UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s): Brigida Andrew** | **Defendant(s):** ; **United States Department of Transportation ; Anthony R. Foxx , Secretary, U.S. Department of Transportation; Federal Aviation Administration ; Michael Huerta , Administrator, Federal Aviation Administration; Stephanie Jones , Acting Director, Departmental Office of Civil Rights, U.S. Department of Transportation** |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Jeffrey Wilson McCoy , Staff Attorney (**Brigida Andrew **)**
**Mountain States Legal Foundation**
**2596 South Lewis Way**
**Lakewood, Colorado  80227**
**3032922021**


**Steven James Lechner , Vice President and Chief Legal Officer (**Brigida Andrew **)**
**Mountain States Legal Foundation**
**2596 South Lewis Way**
**Lakewood, Colorado  80227**
**3032922021**


**Michael Pearson (**Brigida Andrew **)**
**Curry, Pearson, & Wooten, PLC**

Defendant's Atty(s):

**814 West Roosevelt**
**Phoenix, Arizona  85007**
**6022581000**

---

II. Basis of Jurisdiction:       **2. U.S. Government Defendant**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                  Plaintiff:- **N/A**
               Defendant:- **N/A**

IV. Origin :       **1. Original Proceeding**

V. Nature of Suit:       **442 Employment**

VI. Cause of Action:       **42 U.S.C. § 2000e; U.S. Constitution Amend. V. Equal Protection and Employment Discrimination claim against Defendants' adoption of a discriminatory hiring practice for Air Traffic Controllers.**

VII. Requested in Complaint
              Class Action: **Yes**
          Dollar Demand: **Damages TBD at Trial**
             Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:   /s/ Jeffrey Wilson McCoy**

    Date:   12/30/5015

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**