# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

ANDREW J. BRIGADA

          **Plaintiff(s)/Petitioner(s),**

vs.

U.S. Department of Transportation, et al.

          **Defendant(s)/Respondent(s)**

CASE NO:

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Steven J. Lechner, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of ANDREW J. BRIGADA and the Class he seeks to represent.

**City and State of Principal Residence:** Westminster, Colorado
**Firm Name:** Mountain States Legal Foundation
**Address:** 2596 South Lewis Way   **Suite:**
**City:** Lakewood   **State:** CO   **Zip:** 80227
**Firm/Business Phone:** (303) 292-2021
**Firm Fax Phone:** (303) 292-1980   **E-mail Address:** lechner@mountainstateslegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See attached | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/30/15
**Date**

[signature]
**Signature of Applicant**

Fee Receipt # _____

(Rev. 04/12)

## BAR ADMISSION FOR STEVEN J. LECHNER

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|---|
| Colorado Supreme Court Bar No. 19853 | 2 East 14th Avenue Denver, CO | October 22, 1990 | YES |
| U.S. Supreme Court | 1 First Street, NE Washington, D.C. | January 17, 1995 | YES |
| U.S. District Court for the Eastern District of Arkansas | 500 West Capitol Ave. Little Rock, AR | April 9, 2014 | YES |
| U.S. District Court for the Western District of Arkansas | 30 South 6th Street Fort Smith, AR | April 9, 2014 | YES |
| U.S. District Court for the District of Colorado | 901 19th Street Denver, CO | April 2, 1991 | YES |
| U.S. District Court for the District of Columbia Bar No. AZ0001 | 333 Constitution Avenue Washington, D.C. | March 9, 1998 | YES |
| U.S. District Court for the Central District of Illinois | 600 E. Monroe Street Springfield, IL | August 21, 2014 | YES |
| U.S. District Court for the Western District of Michigan | 110 Michigan St., N.W. Grand Rapids, MI | May 2, 2014 | YES |
| U.S. District Court for the District of Nebraska | 100 Centennial Mall North Lincoln, NE | September 18, 2012 | YES |
| U.S. Court of Federal Claims | 717 Madison Place, NW Washington, D.C. | December 19, 2000 | YES |
| U.S. Court of Appeals for the D.C. Circuit – Bar No. 43247 | 333 Constitution Avenue Washington, D.C. | October 10, 1994 | YES |
| U.S. Court of Appeals for the Third Circuit | 601 Market Street Philadelphia, PA | June 22, 2009 | YES |
| U.S. Court of Appeals for the Fourth Circuit | 1100 East Main Street Richmond, VA | December 14, 2010 | YES |
| U.S. Court of Appeals for the Fifth Circuit | 600 S. Maestri Place New Orleans, LA | July 28, 2014 | YES |

| | | | |
|---|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | 100 East Fifth Street Cincinnati, OH | March 31, 1994 | YES |
| U.S. Court of Appeals for the Seventh Circuit | 219 S. Dearborn Street Chicago, IL | June 13, 2014 | YES |
| U.S. Court of Appeals for the Eighth Circuit | 111 South 10th Street St. Louis, MO | February 6, 1997 | YES |
| U.S. Court of Appeals for the Ninth Circuit | 95 7th Street San Francisco, CA | May 9, 1996 | YES |
| U.S. Court of Appeals for the Tenth Circuit | 1823 Stout Street Denver, CO | April 2, 1991 | YES |
| U.S. Court of Appeals for the Eleventh Circuit | Forsyth Street NW Atlanta, GA | October 28, 2010 | YES |
| U.S. Court of Appeals for the Federal Circuit | 717 Madison Place, NW Washington, D.C. | October 18, 2002 | YES |



# Certificate of Good Standing
### and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**STEVEN JAMES LECHNER**

was admitted to practice in this court on
April 2, 1991
and is in good standing with no disciplinary history.

Dated: December 22, 2015

_____
Jeffrey P. Colwell, Clerk