IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent

Plaintiff(s)/Petitioner(s),

vs.

U.S. Department of Transportation, et al.

Defendant(s)/Respondent(s)

CASE NO: 15cv2654

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ☑  LODGED ☐
RECEIVED ☐  COPY ☐
JAN 0 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Jeffrey Wilson McCoy, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Andrew J. Brigida and the Class he seeks to represent.

**City and State of Principal Residence:** Colorado
**Firm Name:** Mountain States Legal Foundation
**Address:** 2596 South Lewis Way                    **Suite:**
**City:** Lakewood          **State:** CO   **Zip:** 80227
**Firm/Business Phone:** (303) 292-2021
**Firm Fax Phone:** (303) 292-1980   **E-mail Address:** jmccoy@mountainstateslegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Colorado Supreme Court | 10/24/2011 | ☑ Yes  ☐ No* |
| U.S. District Court for the District of Colorado | 02/12/2012 | ☑ Yes  ☐ No* |
| Please see attached list for additional admissions | | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 2:13-cv-01028-PGR | Western Watersheds Project v. BLM | 01/27/2014 |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/30/2015                          /s/ Jeffrey McCoy
**Date**                             **Signature of Applicant**
**Fee Receipt #** _____

(Rev. 04/12)

PHX166903

### ADDITIONAL BAR ADMISSION FOR JEFFREY WILSON MCCOY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 95 Seventh Street<br>San Francisco, CA 94103 | May 7, 2012 | YES |
| U.S. Court of Appeals for the Tenth Circuit | 1823 Stout Street<br>Denver, CO | October 12, 2012 | YES |



# Certificate of Good Standing
### and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**JEFFREY WILSON MCCOY**

was admitted to practice in this court on
February 7, 2012
and is in good standing with no disciplinary history.

Dated: December 22, 2015

_____
Jeffrey P. Colwell, Clerk