# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2016, I caused all defendants to be served a copy of the January 5, 2016 Order via the U.S. Postal Service by Certified/Return Receipt to the following addresses:

Attorney General Loretta Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530-0001

Michael Huerta
Administrator
Federal Aviation Administration
800 Independence Avenue, SW
Washington, D.C.  20591

Anthony R. Foxx
Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C.  20590

Stephanie Jones
Acting Director
Departmental Office of Civil Rights
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C.  20590

Civil Process Clerk
United States Attorney
District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ  85004-4408

United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C.  20590

Federal Aviation Administration
800 Independence Avenue, SW
Washington, D.C.  20591

/s/ Jeffrey Wilson McCoy
Jeffrey Wilson McCoy, Esq. (CO No. 43562)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado  80227\
Phone:  303-292-2021

Fax: 303-292-1980
jmccoy@mountainstateslegal.com

Attorney for Plaintiff Andrew J. Brigida and
Putative Class Counsel