BENJAMIN C. MIZER
 Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
 Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
 Trial Attorney
 U.S. Department of Justice
 Civil Division, Federal Programs Branch
 20 Massachusetts Ave. NW
 Washington, DC  20530
 Tel: (202) 305-8613
 Fax: (202) 616-8470
 Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Transportation, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-02654-DLR <br><br> **NOTICE OF APPEARANCE OF ARJUN GARG** |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that U.S. Department of Justice Trial Attorney Arjun Garg hereby enters his appearance in this matter on behalf of all defendants.

DATED: February 23, 2016         Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 */s/ Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016 I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

/s/ *Arjun Garg*
ARJUN GARG