BENJAMIN C. MIZER
 Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
 Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
 Trial Attorney
U.S. Department of Justice
 Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Transportation, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-02654-DLR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> (First Request) |

## STIPULATION

Pursuant to LRCiv 7.3, Plaintiff Andrew J. Brigida and Defendants U.S. Department of Transportation ("DOT"), DOT Secretary Anthony R. Foxx, Federal Aviation Administration ("FAA"), FAA Administrator Michael Huerta, and Stephanie Jones, Acting Director of DOT's Departmental Office of Civil Rights ("DOCR") hereby jointly stipulate, subject to the Court's approval, that Defendants' deadline to respond to Plaintiffs' Class Action Complaint shall be April 18, 2016.  Plaintiff and Defendants further stipulate that Defendants do not waive any defenses by filing this stipulation, except that Defendants waive any objection to the sufficiency of service of process in this matter.  No prior extensions have been requested or granted concerning this response

deadline, and all parties consent in this request. A proposed form of Order consistent with the relief requested is attached for the Court's consideration.

DATED: February 23, 2016            Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ *Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*


 /s/ *Jeffrey Wilson McCoy (with permission)*
Jeffrey Wilson McCoy (CO No. 43562)
Steven J. Lechner (CO No. 19853)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson (AZ No. 0016281)
Curry, Pearson & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016 I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　 /s/ *Arjun Garg*
　　　　　　　　　　　　　　　　　　　ARJUN GARG