1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation to Extend Time to Respond to the Complaint, and good cause appearing, the Court hereby **ORDERS** that Defendants' deadline to respond to the complaint shall be April 18, 2016.

**SO ORDERED**.