# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, | No. CV-15-02654-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Transportation, et al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation to Extend Time to Respond to the Complaint, (Doc. 14), and good cause appearing,

**IT IS ORDERED** Defendants' deadline to respond to the complaint shall be up to and including **April 18, 2016**.

Dated this 26th day of February, 2016.

Douglas L. Rayes
United States District Judge