AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-02654-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Federal Aviation Administration__

was received by me on *(date)* __01/14/2016__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to F.R.C.P. 4(i)

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/14/2016__

*Jane E. Larrew* (signature)
*Server's signature*

Jane E. Larrew, Paralegal
*Printed name and title*

2596 S. Lewis Way
Lakewood, CO  80227
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federal Aviation Administration
   800 Independence Avenue, SW
   Washington, D.C. 20591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  M. Scott    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    1/14/16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7014 3490 0001 5505 8613

PS Form 3811, July 2013    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.25 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.87 |

Postmark: JAN -5 2016, BEAR VALLEY STATION DENVER CO 80227-USPS

Sent To: Federal Aviation Administration
Street & Apt. No.; or PO Box No.: 800 Independence Avenue, SW
City, State, ZIP+4: Washington, D.C. 20591
15- 4013

7014 3490 0001 5505 8613

PS Form 3800, July 2014    See Reverse for Instructions