AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-cv-02654-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Anthony R. Foxx, Secretary

was received by me on *(date)*         01/28/2016             .

   ☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ☐ I returned the summons unexecuted because _____ ; or

   ☑ Other *(specify):*  Pursuant to F.R.C.P. 4(i)


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:     03/14/2016            _____
                                               *Server's signature*

                                Jane E. Larrew, Paralegal
                                  *Printed name and title*

                                  2596 S. Lewis Way
                                  Lakewood, CO  80227

                                  *Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony R. Foxx
Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C.  20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☑ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Paula Lee                        1/28/2016

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail®       ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 3490 0001 5505 8996

PS Form 3811, July 2013        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ .40 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.65 |

Postmark Here

Sent To   Anthony R. Foxx, Secretary
Street & Apt. or PO Box   United States Department of Transportation
          1200 New Jersey Avenue, SE
City, State,   Washington, D.C.  20590   15-8012

PS Form 3800, July 2014                See Reverse for Instructions