1   Jeffrey Wilson McCoy (CO No. 43562), *pro hac vice*
2   Steven J. Lechner (CO No. 19853), *pro hac vice*
    MOUNTAIN STATES LEGAL FOUNDATION
3   2596 South Lewis Way
    Lakewood, Colorado 80227
4   (303) 292-2021
5   (303) 292-1980 (facsimile)
    jmccoy@mountainstateslegal.com
6   lechner@mountainstateslegal.com

7   Michael W. Pearson (AZ No. 016281)
8   Curry, Pearson, & Wooten, PLC
    814 West Roosevelt
9   Phoenix, Arizona 85007
    (602) 258-1000
10  (602) 523-9000 (facsimile)
11  mpearson@azlaw.com

12  Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel

13

14              IN THE UNITED STATES DISTRICT COURT
15                 FOR THE DISTRICT OF ARIZONA

16  ANDREW J. BRIGIDA, on behalf of        )
17  himself and the Class he seeks to represent,) Case No. 2:15-cv-02654-DLR
                                           )
18          Plaintiff,                     )
                                           )
19                                         )   **NOTICE OF FILING FIRST**
        v.                                 )   **AMENDED CLASS ACTION**
20                                         )   **COMPLAINT FOR DECLARATORY**
                                           )   **AND INJUNCTIVE RELIEF AND**
21  UNITED STATES DEPARTMENT OF            )   **DAMAGES**
    TRANSPORTATION; ANTHONY R.             )
22  FOXX, Secretary, U.S. Department of    )
23  Transportation; FEDERAL AVIATION       )
    ADMINISTRATION; MICHAEL                )
24  HUERTA, Administrator, Federal Aviation)
    Administration; STEPHANIE JONES,       )
25  Acting Director, Departmental Office of )
26  Civil Rights, U.S. Department of       )
    Transportation,                        )
27
28          Defendants.
    _____

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1(b), Plaintiff Brigida, on behalf of himself and the Class he seeks to represent, hereby submits this notice of filing a First Amended Class Action Complaint for Declaratory and Injunctive Relief and Damages ("First Amended Complaint").  The grounds for filing a First Amended Complaint are as follows:

1.    The First Amended Complaint adds allegations to support and clarify Plaintiff's second and third claims for relief, support and clarify Plaintiff's choice of venue, and correct various allegations based on knowledge obtained since the filing of the original Complaint.  Furthermore, in support of the third claim for relief, the First Amended Complaint adds the Equal Employment Opportunity Commission ("EEOC") and Jenny R. Yang, in her official capacity as Chair of the EEOC, as Defendants.

2.    The First Amended Complaint supersedes Plaintiff's original Complaint in its entirety.

3.    The undersigned has consulted with counsel for Defendants, Arjun Garg. The undersigned certifies that Mr. Garg has provided written consent:  (1) consenting to the filing of the First Amended Complaint and (2) accepting service on behalf of the EEOC and Chair Yang, subject to the condition that if Defendants respond to the First Amended Complaint with a motion asserting any Rule 12(b) defense, then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the First Amended Complaint.

4.    In accordance with Local Rule 15.1(b), attached to this notice is a copy of the First Amended Complaint that indicates in what respect it differs from the original

1  Complaint, by bracketing or striking through the text that was deleted and underlining the

2  text that was added.

3          DATED this 18th day of April 2016.

4

5                                        Respectfully submitted,

6                                        /s/ Jeffrey Wilson McCoy

7                                        Jeffrey Wilson McCoy (CO No. 43562)
                                          *pro hac vice*
8                                        Steven J. Lechner (CO No. 19853)
                                          *pro hac vice*
9                                        Mountain States Legal Foundation
                                         2596 South Lewis Way
10                                       Lakewood, Colorado 80227
                                         (303) 292-2021
11                                       (303) 292-1980 (facsimile)
                                         jmccoy@mountainstateslegal.com
12                                       lechner@mountainstateslegal.com
13

14                                       Michael W. Pearson (AZ No.0016281)
                                         Curry, Pearson, & Wooten, PLC
15                                       814 West Roosevelt
                                         Phoenix, Arizona 85007
16                                       (602) 258-1000
                                         (602) 523-9000 (facsimile)
17                                       mpearson@azlaw.com

18

19                                       Attorneys for Plaintiff Andrew Brigida and
                                         Putative Class Counsel
20

21

22

23

24

25

26

27

28

1

2                                **CERTIFICATE OF SERVICE**

3            I hereby certify that on this 18th day of April 2016, I caused a true and correct

4    copy of the foregoing **NOTICE OF FILING FIRST AMENDED CLASS ACTION**

5    **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND**

6    **DAMAGES** to be electronically filed with the Clerk of the Court using the Court's

7    CM/ECF system which sent notification of such filing to the following counsel of record

8    in this matter:

9            Arjun Garg
10           Arjun.garg@usdoj.gov

11                                        /s/ Jeffrey Wilson McCoy
12                                        Jeffrey Wilson McCoy, Esq. (CO No. 43562)
13                                         *pro hac vice*
                                          MOUNTAIN STATES LEGAL FOUNDATION
14                                        2596 South Lewis Way
                                          Lakewood, Colorado 80227
15                                        Phone:  303-292-2021
16                                        Fax:  303-292-1980
                                          jmccoy@mountainstateslegal.com
17

18                                        Attorney for Plaintiff Andrew Brigida and Putative
19                                        Class Counsel

20

21

22

23

24

25

26

27

28

                                              4