# **Exhibit 5**

# *TEAM SEVEN PROGRESS REPORT* *10-2-2013*

**ISSUE**: For the past 18 years, the DOT/FAA has steadfastly refused to develop and implement an Affirmative Employment Program (AEP) as stipulated in 29 CFR 1614. 101 and in accordance with the Supreme Court rulings that such plans must be "narrowly tailored" and utilize "strict scrutiny" in implementation.

**RAMIFICATIONS**: An effective AEP would ensure fairness in recruitment, hiring, training, promotions, etc., in addition to eliminating trends and barriers for women and minorities in the workplace. As a result of this blatant violation of law and regulation, DOT/FAA is one of the least diverse federal agencies in America. The economic impact includes denial of jobs and advancement opportunities for Blacks and other minorities.

**INFORMATION**:

1. DOT/FAA submits one national MD-715 Report to EEOC and Congress that violates law and regulation because it is not "narrowly tailored" to specific geographiclocation (use United States Supreme Court Decisions, such as Adarand and Croson)
2. Reports indicate African-Americans in the DOT/FAA are significantly under

represented and are severely, adversely impacted by workplace discrimination.

**ISSUES/CONCERNS**:

1. Agency showing no accountability for improvement in workforce diversity
2. Agency does not apply "strict scrutiny" in identifying and taking action on under representation issues
3. MD-715 report does not provide a breakdown of statistics by geographic locality but presents only an overall national reporting synopsis.
4. There have been no effective programs to address under representation or workplace discrimination.
5. Current data is inaccurate due to narrow analysis and reporting.

**CONCLUSION**:

1. A systemic solution is necessary since this is a systemic problem due to the FAA's failure to utilize a legal plan that will hold management accountable for Civil Rights issues.
2. NBCFAE stands ready to be part of the solution.

Since the 2012 Las Vegas conference, Team 7 members have made several trips to Washington to meet with government officials concerning the Federal Aviation

Administration's (FAA) failure to address under representation of Blacks in the agency. Congressional visits included:
February- 40 offices
March – 6 offices including CBC and EEOC
June – 18 offices, FAA + consultants
August- EEOC and Attorneys Kator, Parks and Wiser and Office of the Congressional Black Caucus.
Our plan has three (3) prangs:

1. Continue to form external alliances with other civil rights organizations.
2. Continue to meet with members of congress.
3. File law suit.

For the Federal Aviation Administration to be successful in eliminating under representation in their recruitment, hiring, awards, promotion, retention, and training practices they must implement an affirmative employment program plan (AEP).
NBCFAE recommendations are that an AEP must include elements from President Obama's Executive Order 13583 (for Diversity Oversight) that will create a culture of collaboration, flexibility, and fairness to enable individuals to participate to their full potential; a plan that includes a continuing effort to identify and adopt best practices, that will improve the effectiveness of the agency's efforts to recruit, hire, promote, retain, develop, and train a diverse and inclusive workforce and that it be incorporated into the agency's human capital plan.