# **Exhibit 7**

From: NER Vice-President & WSC President
<Shelton.snow@nbcfaene.org<mailto:Shelton.snow@nbcfaene.org>>
Subject: IMPORTANT!
Date: January 15, 2014 4:54:55 PM EST
To: REDACTED

WSC Brothers and Sisters,

It has been confirmed, there will NOT be a selection panel for the open bid on February 10th. Instead, FAA Human Resources will scan in resumes and the computer will group resumes based on key words (aka. "Buzz Words"). These buzzwords will flag your resume, thereby giving you the advantage over thousands of resumes that may flood the system. A list of these buzzwords are attached to this email. This list is being provided to you through one of our members in HR. I encourage you to keep a lid of this attachment and focus on YOUR resume. If the entire country caught wind of this attachment, then how will your resume be distinguished from others? After editing your resume using the attached file, resend me your resume for viewing. In the subject line type: "Amended Resume for (Name)".

Please keep this email confidential between yourselves and the NBCFAE. The information we share with you is to help members of our organization that has invested in their future through the NBCFAE.

In Unity,

Shelton G Snow
NER VICE-PRESIDENT
NBCFAE