**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation to Extend Time to Respond to First Amended Complaint, and good cause appearing, the Court hereby

**ORDERS** that Defendants' deadline to respond to Plaintiffs' First Amended Class Action Complaint shall be June 10, 2016; and further

**ORDERS** that if Defendants respond to the First Amended Class Action Complaint with a motion asserting any defense under Federal Rule of Civil Procedure 12(b), then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the First Amended Complaint.

**SO ORDERED**.