# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Transportation, et al.,<br><br>　　　　　　Defendants. | No. CV-15-02654-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Extend Time to Respond to First Amended Complaint, (Doc. 19), and good cause appearing,

**IT IS ORDERED** Defendants' deadline to respond to Plaintiffs' First Amended Class Action Complaint shall be **June 10, 2016**.

**IT IS FURTHER ORDERED** that if Defendants respond to the First Amended Class Action Complaint with a motion asserting any defense under Federal Rule of Civil Procedure 12(b), then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the First Amended Complaint.

Dated this 28th day of April, 2016.

_____
Douglas L. Rayes
United States District Judge