BENJAMIN C. MIZER
 Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
 Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
 Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**STIPULATION TO STAY PROCEEDINGS**<br>(First Request) |

**STIPULATION**

Pursuant to LRCiv 7.3, all parties to this action[1] hereby stipulate, subject to the Court's approval, to stay proceedings in this matter pending anticipated legislative action that, as relevant to this case, could modify FAA's practices in hiring air traffic control specialists. As grounds for this stay, the parties respectfully state as follows:

1. "A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N.*

---

[1] The parties are Plaintiff Andrew J. Brigida and Defendants U.S. Department of Transportation ("DOT"); DOT Secretary Anthony R. Foxx; Federal Aviation Administration ("FAA"); FAA Administrator Michael Huerta; Stephanie Jones, Acting Director of DOT's Departmental Office of Civil Rights ("DOCR"); Equal Employment Opportunity Commission ("EEOC"); and EEOC Chair Jenny R. Yang.


*Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254.

2. Plaintiff, on behalf of a putative class, seeks relief in this case concerning the FAA's practices in hiring air traffic control specialists, particularly in relation to graduates from the Collegiate Training Initiative program. *See* First. Am. Compl. [Dkt. No. 18] ¶ 24-33, 54, 94, 104, *prayer for relief*.

3. At present, Defendants' deadline to respond to Plaintiffs' First Amended Class Action Complaint is June 10, 2016. *See* Dkt. No. 20.

4. The FAA's existing statutory authorization (and thus its funding) runs through July 15, 2016. *See* Airport and Airway Extension Act of 2016, Pub. L. No. 114-141. Accordingly, it is anticipated that Congress will act by that date to reauthorize the FAA. *See* Bart Jansen, *FAA Authorization Extended to July 15*, USA TODAY, Mar. 21, 2016.[2]

5. The U.S. Senate already has passed a bill, by a vote of 95-3, to reauthorize the FAA past July 15, 2016. *See* Federal Aviation Administration Reauthorization Act of 2016, H.R. 636, 114th Cong. (2016) (as passed by Senate, Apr. 19, 2016). The U.S. House of Representatives is being encouraged to pass this or a similar bill for FAA reauthorization. *See* Letter from Sens. Thune and Nelson to Reps. Shuster and DeFazio (May 24, 2016).[3]

6. The bill passed by the Senate contains language modifying the FAA's hiring practices for air traffic control specialists, including in relation to graduates from the Collegiate Training Initiative program. *See id.* § 4204. These or similar

---

[2] Available at http://www.usatoday.com/story/news/2016/03/21/faa-authorization-extended-july-15/82089950/

[3] Available at https://www.enotrans.org/wp-content/uploads/2016-05-24-Thune-Nelson-to-Shuster-DeFazio.pdf

modifications, if ultimately enacted, could significantly affect whether and in what manner this lawsuit proceeds—with impacts potentially including mootness, a consensual resolution, and/or amendment of the complaint.

7. In view of the Senate's concrete action and the considerable possibility that legislation anticipated by July 15, 2016 could significantly affect the course of this lawsuit, the parties believe that a stay of proceedings in this case is appropriate to prevent potentially unnecessary or misdirected expenditure of resources by the Court and the parties. A stay of limited duration will neither unduly delay progress in this litigation nor prejudice any party.

8. The parties propose to file a joint status report no later than the earlier of (1) two weeks after the enactment into law of legislation reauthorizing the FAA past July 15, 2016; or (2) July 29, 2016. The status report will advise the Court of pertinent developments and propose next steps in this litigation. All other proceedings in this action will be stayed in the interim, and Defendants' existing June 10, 2016 deadline to respond to the First Amended Class Action Complaint will be vacated.

9. No prior stay has been requested or granted in this matter, and all parties consent in this request. A proposed form of Order consistent with the relief requested is attached for the Court's consideration.

DATED: June 3, 2016                Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ *Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 305-8613
Fax: (202) 616-8470

Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

 /s/ *Jeffrey Wilson McCoy (with permission)*
Jeffrey Wilson McCoy (CO No. 43562)
Steven J. Lechner (CO No. 19853)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson (AZ No. 0016281)
Curry, Pearson & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel*

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 3, 2016 I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

               */s/ Arjun Garg*
               ARJUN GARG