# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>  Plaintiff,<br><br>  v.<br><br>United States Department of Transportation, *et al.*,<br><br>  Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation to Stay Proceedings, and good cause appearing, the Court hereby

**ORDERS** that Defendants' existing June 10, 2016 deadline to respond to Plaintiff's First Amended Class Action Complaint is **VACATED**;

**ORDERS** that the parties shall file a joint status report, to advise the Court of pertinent developments and propose next steps in this litigation, no later than the earlier of (1) two weeks after the enactment into law of legislation reauthorizing the FAA past July 15, 2016; or (2) July 29, 2016; and further

**ORDERS** that all proceedings in this action are **STAYED** in the interim.

**SO ORDERED**.