IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Andrew J. Brigida, | No. CV-15-02654-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Transportation, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation to Stay Proceedings (Doc. 21). For good cause shown,

**IT IS ORDERED** that Defendants' existing June 10, 2016 deadline to respond to Plaintiff's First Amended Class Action Complaint is **VACATED.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status report, to advise the Court of pertinent developments and propose next steps in this litigation, no later than the earlier of (1) two weeks after the enactment into law of legislation reauthorizing the FAA past July 15, 2016 or (2) July 29, 2016.

**IT IS FURTHER ORDERED** that all proceedings in this action are **STAYED** in the interim.

Dated this 7th day of June, 2016.

Douglas L. Rayes
United States District Judge