BENJAMIN C. MIZER
 Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
 Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
 Trial Attorney
U.S. Department of Justice
 Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's June 7, 2016 Order [Dkt. No. 22], the parties to this action[1] respectfully file this joint status report to advise the Court of pertinent developments and propose next steps in this litigation.

1.  Plaintiff, on behalf of a putative class, has sought relief in this case concerning the FAA's practices in hiring air traffic control specialists, particularly in

---

[1] The parties are Plaintiff Andrew J. Brigida and Defendants U.S. Department of Transportation ("DOT"); DOT Secretary Anthony R. Foxx; Federal Aviation Administration ("FAA"); FAA Administrator Michael Huerta; Stephanie Jones, Acting Director of DOT's Departmental Office of Civil Rights ("DOCR"); Equal Employment Opportunity Commission ("EEOC"); and EEOC Chair Jenny R. Yang.

1

relation to graduates from the Collegiate Training Initiative program.  *See* First. Am. Compl. [Dkt. No. 18] ¶ 24-33, 54, 94, 104, *prayer for relief*.

2. The parties stipulated to stay proceedings in this matter pending anticipated legislative action reauthorizing the FAA that, as relevant to this case, could modify FAA's practices in hiring air traffic control specialists, including in relation to graduates from the Collegiate Training Initiative program.  *See* Dkt. No. 21.  The parties stated that such "modifications, if ultimately enacted, could significantly affect whether and in what manner this lawsuit proceeds."  *Id*. ¶ 6.

3. The Court granted the requested stay of proceedings.  *See* Dkt. No. 22.

4. An FAA reauthorization bill, H.R. 636, was signed into law on July 15, 2016.[2]  Section 2106 of that bill contains language modifying the FAA's hiring practices for air traffic control specialists, including in relation to graduates from the Collegiate Training Initiative program.

5. In light of the foregoing developments, Plaintiff proposes to amend the presently-operative First Amended Class Action Complaint [Dkt. No. 18].  Defendants do not oppose amendment of the operative complaint.

6. The parties propose that Plaintiff's amended complaint shall be filed no later than August 19, 2016.  The parties further propose that Defendants' deadline to move, answer, or otherwise respond to that amended complaint will be September 16, 2016.  A proposed form of Order consistent with the relief requested is attached for the Court's consideration.

DATED: July 29, 2016           Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

---

[2]   *See* https://www.congress.gov/bill/114th-congress/house-bill/636.

  /s/ *Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

  /s/ *Jeffrey Wilson McCoy (with permission)*
Jeffrey Wilson McCoy (CO No. 43562)
Steven J. Lechner (CO No. 19853)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson (AZ No. 0016281)
Curry, Pearson & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel*

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 29, 2016 I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

                                                    /s/ *Arjun Garg*
                                                  ARJUN GARG