# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Joint Status Report [Dkt. No. 23], and good cause appearing, the Court hereby

**ORDERS** that Plaintiff's deadline to amend the First Amended Class Action Complaint shall be August 19, 2016; and further

**ORDERS** that Defendants' deadline to move, answer, or otherwise respond to the amended complaint shall be September 16, 2016. If Defendants respond to the amended complaint with a motion asserting any defense under Federal Rule of Civil Procedure 12(b), then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the amended complaint.

**SO ORDERED**.