# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Transportation, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-02654-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Status Report. (Doc. 23.) For good cause shown,

**IT IS ORDERED** that Plaintiff's deadline to amend the First Amended Class Action Complaint shall be **August 19, 2016**;

**IT IS FURTHER ORDERED** that Defendants' deadline to move, answer, or otherwise respond to the amended complaint shall be **September 16, 2016**. If Defendants respond to the amended complaint with a motion asserting any defense under Federal Rule of Civil Procedure 12(b), then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the amended complaint.

Dated this 2nd day of August, 2016.

Douglas L. Rayes
United States District Judge