1  Jeffrey Wilson McCoy (CO No. 43562), *pro hac vice*
   Steven J. Lechner (CO No. 19853), *pro hac vice*
2  MOUNTAIN STATES LEGAL FOUNDATION
3  2596 South Lewis Way
   Lakewood, Colorado 80227
4  (303) 292-2021
5  (303) 292-1980 (facsimile)
   jmccoy@mountainstateslegal.com
6  lechner@mountainstateslegal.com

7  Michael W. Pearson (AZ No. 016281)
8  Curry, Pearson, & Wooten, PLC
   814 West Roosevelt
9  Phoenix, Arizona 85007
10 (602) 258-1000
   (602) 523-9000 (facsimile)
11 mpearson@azlaw.com

12 Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel
13

14                   **IN THE UNITED STATES DISTRICT COURT**
15                        **FOR THE DISTRICT OF ARIZONA**

16 ANDREW J. BRIGIDA, on behalf of        )
17 himself and the Class he seeks to represent, ) Case No. 2:15-cv-02654-DLR
                                          )
18         Plaintiff,                     )
                                          )
19                                        ) **NOTICE OF FILING SECOND**
       v.                                 ) **AMENDED AND SUPPLEMENTAL**
20                                        ) **CLASS ACTION COMPLAINT FOR**
21 UNITED STATES DEPARTMENT OF            ) **DECLARATORY AND INJUNCTIVE**
   TRANSPORTATION; ANTHONY R.             ) **RELIEF AND DAMAGES**
22 FOXX, Secretary, U.S. Department of    )
   Transportation; FEDERAL AVIATION       )
23 ADMINISTRATION; MICHAEL                )
24 HUERTA, Administrator, Federal Aviation)
   Administration; STEPHANIE JONES,       )
25 Acting Director, Departmental Office of )
26 Civil Rights, U.S. Department of       )
   Transportation,                        )
27                                        )
28         Defendants.                    )

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), and this Court's August 2, 2016 Order, Plaintiff, Andrew J. Brigida, by and through his attorneys, hereby submits this notice of filing a Second Amended and Supplemental Class Action Complaint for Declaratory and Injunctive Relief and Damages ("Second Amended Complaint. The grounds for filing a Second Amended Complaint are as follows:

1. The Second Amended Complaint addresses Congress's passing of the FAA Extension, Safety, and Security Act of 2016 ("Act") which, *inter alia*, addresses the hiring of Air Traffic Controller positions by the FAA. The Second Amended Complaint alleges that the Act does not provide the complete relief requested in the First Amended Complaint."). Accordingly, the Second Amended Complaint keeps its first two claims for relief, except that Plaintiff no longer requests that the Court enjoin the FAA from implementing the hiring practices it adopted in January 2014, as those practices have been superseded by the Act.

2. Additionally, the Second Amended Complaint dismisses Plaintiff's Third Claim for Relief and Defendants Equal Employment Opportunity Commission ("EEOC") and EEOC Chair Jenny Yang as a result of the June 30, 2016 order by Administrative Judge Cynthia G. McKnight which dismissed Plaintiff Brigida's EEO Complaint without prejudice.

3. The Second Amended Complaint supersedes Plaintiff's First Amended Complaint in its entirety.

4. As indicated by the July 29, 2016 Status Report [Dkt. No. 18], Defendants do not oppose amendment of the operative complaint.

5. In accordance with Local Rule 15.1(b), attached to this notice is a copy of the Second Amended Complaint that indicates in what respect it differs from the First Amended Complaint, by bracketing or striking through the text that was deleted and underlining the text that was added.

DATED this 19th day of August 2016.

Respectfully submitted,

/s/ Jeffrey Wilson McCoy

Jeffrey Wilson McCoy (CO No. 43562)
 *pro hac vice*
Steven J. Lechner (CO No. 19853)
 *pro hac vice*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson (AZ No. 0016281)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel

3

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on this 19th day of August 2016, I caused a true and correct |
| 4 | copy of the foregoing **NOTICE OF FILING SECOND AMENDED AND** |
| 5 | **SUPPLEMENTAL CLASS ACTION COMPLAINT FOR DECLARATORY AND** |
| 6 | **INJUNCTIVE RELIEF AND DAMAGES** to be electronically filed with the Clerk of |
| 7 | the Court using the Court's CM/ECF system which sent notification of such filing to the |
| 8 | following counsel of record in this matter: |

Arjun Garg
Arjun.garg@usdoj.gov

/s/ Jeffrey Wilson McCoy
Jeffrey Wilson McCoy, Esq. (CO No. 43562)
 *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Phone:  303-292-2021
Fax:  303-292-1980
jmccoy@mountainstateslegal.com

Attorney for Plaintiff Andrew Brigida and Putative Class Counsel