# **Exhibit 6**

From: "Shelton G. Snow" <shelton.snow@nbcfaene.org>
Subject: Telcon Minutes (12/16/2013) Please Read Regarding FAA ATC Hire
Date: December 16, 2013 10:47:35 PM EST
To:



Email addresses allegedly obtained by NBCFAE from FAA HR

Aspiring FAA Air Traffic Controllers,

I was delighted to share with you the process of becoming the next group of Air Traffic Controllers selected for FAA hire!

As promised, attached to this email is the minutes from tonight's telcon. Please consider this file as a checklist to prepare for the open bid. I can be reached for additional questions and/or comments.

Also attached is a membership application for those wanting to join our organization as Associate Members. I have already stressed the importance and the benefit of joining our organization. **Your membership will grant us the authority to represent you INDIVIDUALLY.** Join us to see and be seen. If you choose to join our beloved organization please complete the attached application and send it back to me via email. I am also attaching past newsletters that should give you a small view of what goes on in our organization. The check/money order shall be sent to:

NBCFAE National Treasure
Jacki Malone
6430 College Park
Atlanta, Ga. 30349

Please allow us the opportunity to serve you. We are the only organization of its kind. We have many gatherings within our Region that will place you up-close and personal to some of the most powerful men and women in the Air Traffic Organization (ATO). It's important to know that you will become a member of a winning team. Our region is distinguished as one of the best regions in the country. The

Washington Suburban Chapter has been recognized as the best operating Chapter in the country for 2 straight years. We are here for you. Our trenches are supplied with essentials that will give you the best chance to succeed.

May God continue to bless you and your families. Again, it's been a pleasure and I look forward to collaborating with each of you very soon. Good luck!

In Unity,

Shelton G. Snow
**Northeast Regional Vice-President**
**Washington Suburban Chapter President**
**\*\*\*2012 & 2013 National Chapter of the Year**
**\*\*\*2013 National Region of the Year**
**Email:** shelton.snow@nbcfaene.org
**Cell:** 757-589-0577

<u>Associates Members TELCON</u>

12/16/2013

Welcome

Introduction

- Name, JOB Title, Location, Transfer Status
- NBCFAE Title
- Introduce
    - Roosevelt
    - Ejide
    - Leslie
    - Ashley Morely
    - NBCFAE
        - http://www.nbcfae.org/content.aspx?page_id=22&club_id=303425&module_id=107292
        - http://www.nbcfae.org/content.aspx?page_id=22&club_id=303425&module_id=107294
- 1. Groom members thought process to better corner achievement, heighten potential to advance up the managerial and/or facility ranks, and influence them to become the best at their craft; thereby making them a key professional in their field of expertise.
- 2. Be your voice of reason in catering to their needs as African-Americans and women in the FAA.
- 3. Serve as a national directory – meaning that regardless of where they work the coalition is within reach to serve as their support group in a host of occurrences.
- 4. Serve as a mentor, coach, and overseer of their training to ensure equality and fairness throughout the training program.
- 5. Also serve as their professional network. This is important for those desiring transfers, promotions, and recommendations for leadership programs such as: ATCLP and PEL. You will discover that some of the most powerful black managers in the ATO stand united with younger generations of FAA employees, and together they stand as one voice! **It's just who you know, but it's how well you know them**
    - And in this case, preparing eligible members for FAA careers.

Appreciation

ABOUT THE FEBRUARY 10TH BID

I. Date & Length of time it will stay open.
   a. FEBRUARY 10, 2014

  b. 2 weeks
II. Purpose of this telcon
  a. Ensure that you are locked and loaded by the end of the year.
III. What to do now.
  a. Start grouping resume's applicable records and upload them to USA Jobs (12/31).
    i. DD214
    ii. VA Disability confirmation Letters by the Department of Veterans Affiars.
    iii. Locate, scan and upload CTO and Radar Certifications.
    iv. Locate, scan and upload any information that will help validate your credentials in the hiring process.
    v. Locate, scan and upload everything NOW!
    vi. **FIRST AND FOREMOST**....check your email addresses. If your email address does not include your first and last name then change it. For example: Denzel.Washington@gmail.com. Explain why.
    vii. In the past we've had people on the selection panel we want them to be able to identify you.
    viii. Also, very important...on your resume please include if you are a NBCFAE Member. Most of you are Associate Member; put it on your resume! This is for us to know who our people are in the case that we have one of our very own on the board. In the past we've always had one, and they share our enthusiasm. **Can you see the strategy.**
  b. We are only concerned about African-Americans, Women (of every ethnic background), and other minorities. Please ensure that you share this information with no one that is identified outside of that. This information is reserve for those classes of people we represent. This is to minimize competition. We effort to influence the FAA to diversify the ATC workforce, and we aim to only prepare candidates that are demographically classed to meet that diversification.
  c. When you apply for the air traffic bid in the past it gave you an opportunity to choose a state in which you could be selected for. If that state is not available you will be passed over. PLEASE PUT ANYWHERE IN THE US ON THE APPLICATION, this will maximize the possibilities of you getting picked up.
  d. In the past the FAA has hired ATC candidates without regard to Affirmative Action.
IV. Introduction of the Barrier Analysis. (President Roosevelt)
  a. This is important!
  b. Please listen and pay close attention.
  c. This will explain why it is important for each of you to satisfy the purpose of this telcon. **That's all you can do. Your part is critical.**
V. More Information Regarding the Bid.
  a. There will be a test for ALL Applicants (regardless of filing status)

      i. President Roosevelt, again, can you comment?
      ii. 70%, 85% or higher.
      iii. VRA will also have to test.
      iv. **There will be a practice exam released by the FAA towards the end of January.** January 29, 2014 and February 12, 2014. It will be a virtual tour to the FAA's air traffic control occupation. Web address?
      v.
      vi.
   b. CTI Students
      i. AT-SAT will not count for the FAA version of the test. You will need to retest. Allow the AT-SAT help you prepare for the FAA's test.
      ii. This will be an open/off-the-street-hire for air traffic candidates. **Everyone will be grouped together.**
      iii. In the past there were a separate vacancy job announcement for filing status (VRA, CTI, and then there were the open/off-the-street-bid). That's over now. Everyone will be grouped together on this bid.

VI. Membership
   a. 2 main categories of membership
      i. Active
          1. Describe
          2. Dues Paying Members
      ii. Associate
          1. Any person who is not an employee of the FAA, but has an interest in NBCFAE, may become an Associate Member on such terms and with such privileges as the Membership Committee may provide.
          2. $50 Year. Complete Membership Application, scan and email back to me. Mail Check or money order to
              a. NBCFAE National Treasure. 6430 Jones Road. College Park, GA 30349
              b. I will include each you in our chapter database
      iii. Why should you become a member?
          1. Website
          2. The fact that we are having this telcon detailing specific information which could drastically change your circumstances indicates that we are heavily concerned your future as an ATCS in the FAA.
          3. The NBCFAE is the largest, most successful and influential employee association in the agency. We exist because of people like you - potential and/or associate members looking for FAA

        careers. We exist because of people like me – Active members that are constant in need of professional development and mentorship.
       4. The question is not why should you join, the question is why should you not, because you have nothing to lose but a career in the FAA as an air traffic control specialist to gain. Let us label you.

VII. RECAP the high-lit information.

VIII. Questions
  a. Ask in the order those who called in on the telcon.
  b. Be specific, direct, and very on your question.
  c. These Q&A's, and the minutes of this telcon, will travel throughout the country to other Regional Presidents. This information will be used for them to host telcons throughout their region so your question may help them address concerns before they are asked.
  d. Do not let us move on without your question being answered.

IX. Conclusion