BENJAMIN C. MIZER
  Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
  Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
  Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Transportation, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-02654-DLR <br><br> **DECLARATION OF RICKIE P. CANNON** |

I, Rickie P. Cannon, hereby declare as follows:

1. I am the Deputy Assistant Administrator for Human Resource Management at the Federal Aviation Administration ("FAA"). I have held this position since December 1, 2013. I have worked for the FAA continuously since August 16, 2009. My duty location since August 16, 2009 has been Washington, DC.

2. The FAA is an operating administration within the U.S. Department of Transportation ("DOT") and is headquartered at 800 Independence Avenue, SW, Washington, DC 20591. The Department of Transportation ("DOT") is headquartered at 1200 New Jersey Avenue, SE, Washington, DC 20590.

3. Washington, DC is the principal duty station of Secretary of Transportation Anthony R. Foxx and FAA Administrator Michael P. Huerta. Washington, DC is also

1

the principal duty station of Stephanie P. Jones, Acting Director of DOT's Departmental Office of Civil Rights.

4. From March 1, 2015 through November 1, 2015, after Carrolyn Bostick left the FAA, I assumed her responsibilities as the Assistant Administrator for Human Resource Management. Carrolyn Bostick left the FAA to take a position with Howard University, located in Washington, DC, where I understand she now continues to work.

5. Joseph Teixeira was formerly the Vice President of Safety and Technical Training at the FAA, with his duty station in Washington, DC. I understand that he now works in the Washington, DC metropolitan area for a private firm.

6. Terry Craft has been the Manager of the Air Traffic Services Team in the FAA's Air Traffic Organization ("ATO") since January 2012, with his duty station in Washington, DC. Since assuming that position, he has continued performing duties associated with his prior position as the Program Manager for ATO's Collegiate Training Initiative ("CTI").

7. Nationwide, there are 36 approved CTI schools in 24 different states (including Puerto Rico). A list of approved institutions and their locations is available at: https://www.faa.gov/jobs/students/schools/media/air-traffic-cti-schools.pdf. There has been no change to the composition of approved CTI schools since 2013.

8. Under practices that have existed since before 2013, upon hiring by the FAA, CTI students are required to complete a training course at the FAA Academy in Oklahoma City, Oklahoma. After successfully completing that course, such individuals can be placed as trainees at any air traffic control facility around the country. Under practices that existed when Mr. Brigida applied for an air traffic control specialist in 2014, the applicant could list geographic preferences for the FAA's consideration, but the FAA made no guarantees on geographic area preference and instead reserved authority to decide where a trainee is placed according to agency need. Mr. Brigida's application in any event listed a minimum of eleven states where he would prefer to work.

Accordingly, there is neither a guarantee nor a likelihood that Mr. Brigida, if hired, would have been placed in Arizona.

9. To conduct a barrier analysis of the air traffic control specialist ("ATCS") hiring process, the FAA's Office of Civil Rights hired Outtz and Associates, a consulting firm in the Washington, DC area headed by Dr. James Outtz specializing in the development and validation of employment selection procedures. I understand that Dr. Outtz is recently deceased.

10. I was involved in a June, 2013 presentation regarding the barrier analysis to the FAA's National Employee Association Forum. That meeting took place in Washington, DC.

11. In 2013, the FAA established two stakeholder teams to oversee work on ATCS hiring improvements: an Executive Steering Committee ("ESC") and a Barrier Analysis Implementation Team ("BAIT"). I was a member of the ESC and chaired the BAIT.

12. The ESC, chaired by Deputy Administrator Michael Whitaker, served in an advisory and decision-making role and consisted primarily of FAA executives. In addition to Deputy Administrator Whitaker, the members primarily represented the Air Traffic Organization, Human Resource Management, the Office of Civil Rights, Chief Counsel's Office, and Information Services. Deputy Administrator Whitaker's duty location is Washington, DC. All ESC principals, myself included, worked at FAA National Headquarters in Washington, DC. No principals held duty locations in Arizona. ESC meetings took place at FAA Headquarters in Washington, DC. No ESC meetings took place in Arizona. Records of the ESC's work would be located and collected primarily or exclusively in Washington, DC and not in Arizona.

13. The BAIT developed selection recommendations for the Executive Steering Committee and implemented approved changes to the ATCS hiring process. BAIT participants were located throughout the country, but primarily in Washington, DC and Oklahoma City, Oklahoma. To my knowledge, no BAIT participants held duty

locations in Arizona. The BAIT met periodically by telephone conference and 1-2 times a year in Oklahoma City. No BAIT meetings took place in Arizona. Records of the BAIT's work would be located and collected primarily or exclusively in Washington, DC and not in Arizona.

14. In February 2014, the FAA issued a single vacancy announcement for the hiring of air traffic control specialists encompassing prior applicant sources. Under this announcement, all applicants were to be evaluated against the same qualifications criteria and would be subject to a new pre-employment test. In conjunction with this hiring announcement, then-existing inventories of ATCS applicants were closed and not utilized for hiring.

15. The decision to revise the ATCS hiring process was made in Washington, DC. The decision to use a single vacancy announcement to fill entry-level ATCS positions was made in Washington, DC. The decision to close all ATCS applicant inventories was made in Washington, DC. No decisions related to the ATCS hiring process changes were made in Arizona. Records relating to FAA's decisions regarding hiring policies and procedures generally are not maintained and administered in Arizona

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **16** day of September 2016.

Rickie P. Cannon