BENJAMIN C. MIZER
 Principal Deputy Assistant Attorney General
CARLOTTA P. WELLS
 Assistant Branch Director
ARJUN GARG (DC Bar No. 975335)
 Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL** |

## **NOTICE**

Pursuant to the Court's January 5, 2016 Order [Dkt. No. 8], Defendants U.S. Department of Transportation ("DOT"); DOT Secretary Anthony R. Foxx; Federal Aviation Administration ("FAA"); FAA Administrator Michael Huerta; and Stephanie Jones, Acting Director of DOT's Departmental Office of Civil Rights, hereby certify that, prior to Defendants' filing of their motion to dismiss [Dkt. No. 27], the parties have conferred by exchange of correspondence to determine whether amendments could cure the deficiencies of Plaintiff's Second Amended Class Action Complaint that are raised in Defendants' motion.  The parties have been unable to agree that the pleading is curable by a permissible amendment.

| | | |
|---|---|---|
| 1 | DATED: September 16, 2016 | Respectfully submitted, |
| 2 | | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| 3 | | |
| 4 | | CARLOTTA P. WELLS<br>Assistant Branch Director |
| 5 | | /s/ *Arjun Garg*<br>ARJUN GARG (DC Bar No. 975335) |
| 6 | | Trial Attorney<br>U.S. Department of Justice |
| 7 | | Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW |
| 8 | | Washington, DC  20530<br>Tel: (202) 305-8613 |
| 9 | | Fax: (202) 616-8470<br>Email: arjun.garg@usdoj.gov |
| 10 | | |
| 11 | | *Attorneys for Defendants* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

　　　　　　　　　　　　　　　　　　/s/ *Arjun Garg*
　　　　　　　　　　　　　　　　　　ARJUN GARG