# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to Defendants' Motion to Dismiss Plaintiff's Second Claim, to Dismiss Improper Defendants, to Dismiss Request for Improper Relief, and to Transfer Venue [Dkt. No. 27], and good cause appearing, the Court hereby

**ORDERS** that Plaintiff's second claim is **DISMISSED**;

**ORDERS** that Defendants U.S. Department of Transportation, Federal Aviation Administration, Michael Huerta, and Stephanie Jones are **DISMISSED**;

**ORDERS** that Plaintiff's request for "an order directing the FAA to reinstate the purged Qualified Applicant Register and give hiring preference to Plaintiff Brigida and other putative Class Members" is **DISMISSED**; and further

**ORDERS** that the remainder of this action is **TRANSFERRED** to the United States District Court for the District of Columbia.

**SO ORDERED**.