# EXHIBIT A

1  Jeffrey Wilson McCoy (CO No. 43562), *pro hac vice*
   Steven J. Lechner (CO No. 19853), *pro hac vice*
2  MOUNTAIN STATES LEGAL FOUNDATION
3  2596 South Lewis Way
   Lakewood, Colorado 80227
4  (303) 292-2021
   (303) 292-1980 (facsimile)
5  jmccoy@mountainstateslegal.com
6  lechner@mountainstateslegal.com

7  Michael W. Pearson (AZ No. 016281)
8  Curry, Pearson, & Wooten, PLC
   814 West Roosevelt
9  Phoenix, Arizona 85007
   (602) 258-1000
10 (602) 523-9000 (facsimile)
11 mpearson@azlaw.com

12 Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel
13

14              **IN THE UNITED STATES DISTRICT COURT**
15                    **FOR THE DISTRICT OF ARIZONA**

16 Andrew J. Brigida, on behalf of himself  )
17 and the Class he seeks to represent,     )  Case No. 2:15-cv-02654-DLR
                                            )
18              Plaintiff,                  )
                                            )
19                                          )  **DECLARATION OF ANDREW**
           v.                               )  **BRIGIDA.**
20                                          )
                                            )
21 United States Department of              )
   Transportation; Anthony R. Foxx,         )
22 Secretary, U.S. Department of            )
   Transportation; Federal Aviation         )
23 Administration; Michael Huerta,          )
24 Administrator, Federal Aviation          )
   Administration; Stephanie Jones, Acting  )
25 Director, Departmental Office of Civil   )
26 Rights, U.S. Department of Transportation,)
                                            )
27              Defendants.                 )
28 _____)

1

I, Andrew Brigida, hereby declare as follows:

1. From 2007 to 2013, I attended Arizona State University ("ASU"), an approved air traffic collegiate training initiative ("AT-CTI") school, for the purpose of training for a position as an air traffic control specialist, as well as a secondary bachelor degree in Aeronautical Management Technology.

2. On May 13, 2013, while attending ASU, I took the Air Traffic Control Selection and Training ("AT-SAT") examination, and passed with the top numerical score possible of 100%.

3. On August 13, 2013, I graduated from ASU and, on August 28, 2013, ASU recommended me to the Federal Aviation Administration ("FAA") for an ATCS positions. The FAA subsequently placed me on a Qualified Applicant Register list and was eligible to be hired for open ATCS positions.

4. On or about January 27, 2014, while residing in Arizona, the FAA informed me of changes to the hiring process for ATCS positions. I was informed that the Qualified Applicant Register was being eliminated, and that I would need to reapply under a new hiring process if I wished to be considered for open ATCS positions.

5. On February 10, 2014, while residing in Arizona, I reapplied for a ATCS position. As part of the application, I was required to take a Biographical Questionnaire.

6. I believed that the FAA's decision to eliminate the Qualified Applicant Register and change the hiring process for ATCS position was racially motivated and that I had been discriminated on the basis of race. As a result, on February 15, 2014, I contacted Michael Pearson, a local attorney, and entered into an attorney-client relationship with him in order for him to represent me in a discrimination suit against the FAA.

7. On February 25, 2014, while residing in Arizona, I contacted an Equal Employment Opportunity ("EEO") counselor for the U.S. Department of Transportation ("DOT") by filing an informal electronic complaint, and alleged that the FAA

discriminated against me on the basis of race and gender by changing its Air Traffic Controller hiring practice.

8. On February 27, 2014, the FAA notified me that I had failed the biographical questionnaire and was ineligible to be hired for an ATCS position.

9. On March 31, 2014, I received my notice of right to file a formal EEO Complaint with the DOT. On April 12, 2014, while I was still residing in Arizona, Mr. Pearson filed a formal EEO Complaint on my behalf.

10. On July 10, 2015, I moved to Arlington, Virginia in order to pursue a job opportunity.

11. Despite moving from Arizona, I retain close ties with the state. Prior to moving, I lived in Arizona for 14 years and my family still resides in Arizona. As a result, I return to Arizona several times a year to visit friends and family.

12. Eventually, I wish and plan to return to Arizona if my career allows me to.

13. In December of 2015, I entered into an attorney-client relationship with Mountain States Legal Foundation who, along with Mr. Pearson, would represent in this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this __30th__ day of __September__, 2016.

*Andrew Brigida*
_____
Andrew Brigida