Jeffrey Wilson McCoy (CO No. 43562), *pro hac vice*
Steven J. Lechner (CO No. 19853), *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson (AZ No. 016281)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent, | Case No. 2:15-cv-02654-DLR |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND RELATED DEADLINES.** |
| United States Department of Transportation; Anthony R. Foxx, Secretary, U.S. Department of Transportation; Federal Aviation Administration; Michael Huerta, Administrator, Federal Aviation Administration; Stephanie Jones, Acting Director, Departmental Office of Civil Rights, U.S. Department of Transportation, | |
| Defendants. | |

Plaintiff Andrew J. Brigida, without opposition from Defendants U.S. Department of Transportation ("DOT"), DOT Secretary Anthony R. Foxx, Federal Aviation Administration ("FAA"), FAA Administrator Michael Huerta, and Stephanie Jones, Acting Director of DOT's Departmental Office of Civil Rights ("DOCR"), hereby moves to vacate the November 22, 2016 scheduling conference, and all related deadlines, until the resolution of Defendants' Motion to Dismiss Plaintiff's Second Claim, to Dismiss Improper Defendants, to Dismiss Request for Improper Relief, and To Transfer Venue [Dkt. No. 27].  The grounds for this motion are as follows:

1.  On August 19, 2016, Plaintiff, on behalf of himself and the Class he seeks to represent, filed his Second Amended and Supplemental Class Action Complaint [Dkt. No. 26].

2.  On September 16, 2016, Defendants filed a Motion requesting that this Court dismiss Plaintiff's Second Claim for Relief, dismiss some Defendants, dismiss one of Plaintiff's requests for relief, and transfer this litigation to the U.S. District Court for the District of Columbia.  [Dkt.. No. 27].  On September 30, 2016, Plaintiff filed a Response in Opposition to the Motion.  [Dkt. No. 29].  Defendants filed their Reply in support of their Motion on October 11, 2016.  [Dkt. No. 30].

3.  Meanwhile, on September 20, 2016, this Court entered a standard Initial Scheduling Order setting a Rule 16 Scheduling Conference for November 22, 2016, directing the parties to plan for discovery pursuant to Rule 26(f), and ordering initial disclosures under Rule 26(a)(1).  [Dkt. No. 28].  The first deadline set in that order is on November 1, 2016.

4. Under present circumstances, the scheduling conference and initial discovery deadlines are premature. Although Defendants' motion does not seek to fully dismiss this case, the resolution of the motion will determine the parties to the proceeding, the claims to be resolved, and the venue in which the case will be heard. Thus, the scope of discovery, including the scope of initial disclosures, cannot be determined until after the resolution of the motion. Moreover, if the case is transferred, the receiving court may wish to supervise initial case management proceedings.

5. This Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

6. In order to allow for the efficient resolution of the issues in this litigation, and in order to avoid needless expenditure of time and resources by parties and their counsel, Plaintiff requests that this Court vacate the November 22, 2016 scheduling conference, and all related deadlines in the September 20, 2016 Order, until after this Court has resolved Defendants' pending motion. Undersigned counsel conferred with counsel for Defendants, who advised that Defendants do not oppose this request.

7. For this Court's convenience, a proposed Order is attached hereto.

WHEREFORE, Plaintiff respectfully requests, without opposition, that this Court vacate the November 22, 2016 scheduling conference, and all related deadlines listed in this Court's September 20, 2016 Order, until after the resolution of Defendants' Motion to Dismiss Plaintiff's Second Claim, to Dismiss Improper Defendants, to Dismiss Request for Improper Relief, and To Transfer Venue.

DATED this 28th day of October 2016.

                                                Respectfully submitted,

/s/ Jeffrey Wilson McCoy
_____
Jeffrey Wilson McCoy, *pro hac vice*
Steven J. Lechner, *pro hac vice*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Michael W. Pearson
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff Andrew Brigida and Putative Class Counsel

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2016, I caused a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND RELATED DEADLINES** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

/s/ Jeffrey Wilson McCoy
Jeffrey Wilson McCoy, Esq. (CO No. 43562)
 *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com

Attorney for Plaintiff Andrew Brigida and Putative Class Counsel