IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Transportation; Anthony R. Foxx, Secretary, U.S. Department of Transportation; Federal Aviation Administration; Michael Huerta, Administrator, Federal Aviation Administration; Stephanie Jones, Acting Director, Departmental Office of Civil Rights, U.S. Department of Transportation,<br><br>Defendants. | Case No. 2:15-cv-02654-DLR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND RELATED DEADLINES.** |

This Matter comes before the Court on Plaintiff's Unopposed Motion to Vacate Scheduling Conference and Related Deadlines. The Court having reviewed the motion and being fully advised,

IT IS ORDERED that the Motion is Granted. The November 22, 2016 scheduling conference is **VACATED**. All other deadlines listed in the Court's September 20, 2016 Order Setting Rule 16 Scheduling Conference are **VACATED**. As appropriate, the Court will enter another order setting a Rule 16 scheduling conference upon resolution of Defendants' Motion to Dismiss Plaintiff's Second Claim, to Dismiss Improper Defendants, to Dismiss Request for Improper Relief, and To Transfer Venue.

DATED this _____ day of _____ 2016.