# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Brigida, | No. CV-15-02654-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Transportation, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Unopposed Motion to Vacate Scheduling Conference and Related Deadlines. (Doc. 31.) For good cause shown,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference set for November 22, 2016 at 9:30 a.m.

All other deadlines listed in the Court's September 20, 2016 Order Setting Rule 16 Scheduling Conference, (Doc. 28), are **VACATED**. As appropriate, the Court will enter another order setting a Rule 16 scheduling conference upon resolution of Defendants'

//
//
//
//
//

1   Motion to Dismiss Plaintiff's Second Claim, to Dismiss Improper Defendants, to Dismiss
2   Request for Improper Relief, and To Transfer Venue, (Doc. 27).
3       Dated this 31st day of October, 2016.

                                                                  *[signature]*
Douglas L. Rayes
United States District Judge