CLOSED,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:15–cv–02654–DLR

| | |
|---|---|
| Brigida v. United States Department of Transportation et al | Date Filed: 12/30/2015 |
| Assigned to: Judge Douglas L Rayes | Date Terminated: 11/07/2016 |
| Cause: 42:2000e Job Discrimination (Employment) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Andrew J Brigida**  represented by  **Jeffrey Wilson McCoy**
*on behalf of himself and the Class he seeks to represent*

Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
303–292–2021
Fax: 303–292–1980
Email: jmccoy@mountainstateslegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael William Pearson**
Curry Pearson & Wooten PLC
814 W Roosevelt St.
Phoenix, AZ 85007
602–258–1000
Fax: 602–523–9000
Email: mpearson@azlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven James Lechner**
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
303–292–2021
Fax: 303–292–1980
Email: lechner@mountainstateslegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Transportation**  represented by  **Arjun Garg**
*TERMINATED: 11/07/2016*

US Dept of Justice – Civil Division
20 Massachusetts Ave. NW
Washington, DC 20530
202–305–8613
Email: arjun.garg@usdoj.gov
*LEAD ATTORNEY*

|   |   |
|---|---|
|   | ATTORNEY TO BE NOTICED |

**Defendant**

| | |
|---|---|
| **Anthony R Foxx** <br> *Secretary, U.S. Department of Transportation* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Federal Aviation Administration** <br> *TERMINATED: 11/07/2016* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Michael P Huerta** <br> *named as: Michael Huerta – Administrator,* <br> *Federal Aviation Administration* <br> *TERMINATED: 11/07/2016* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Stephanie Jones** <br> *Acting Director, Departmental Office of Civil* <br> *Rights, U.S. Department of Transportation* <br> *TERMINATED: 11/07/2016* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Equal Employment Opportunity** <br> **Commission** <br> *TERMINATED: 08/19/2016* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Jenny R Yang** <br> *Chair, Equal Employment Opportunity* <br> *Commission* <br> *TERMINATED: 08/19/2016* | represented by **Arjun Garg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2015 | ï 1 | COMPLAINT. Filing fee received: $400.00, receipt number 0970–12474708 filed by Andrew J Brigida. (submitted by Jeffrey McCoy) (Attachments: # 1 Civil Cover Sheet)(REK) (Entered: 12/30/2015) |
| 12/30/2015 | ï 2 | SUMMONS Submitted by Andrew J Brigida. (submitted by Jeffrey McCoy) (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(REK) (Entered: 12/30/2015) |
| 12/30/2015 | ï 3 | Filing fee paid, receipt number 0970–12474708. This case has been assigned to the Honorable Douglas L. Rayes. All future pleadings or documents should bear the correct case number: |

| | | |
|---|---|---|
| | | CV–15–02654–PHX–DLR. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 12/30/2015) |
| 12/30/2015 | Ï 4 | MOTION for Admission Pro Hac Vice as to attorney Jeffrey Wilson McCoy on behalf of Andrew J Brigida. (BAS) (Entered: 12/30/2015) |
| 12/30/2015 | Ï 5 | MOTION for Admission Pro Hac Vice as to attorney Steven James Lechner on behalf of Andrew J Brigida. (BAS) (Entered: 12/30/2015) |
| 12/30/2015 | Ï 6 | Summons Issued as to Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation, U.S. Attorney and U.S. Attorney General. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(REK) (Entered: 12/30/2015) |
| 12/30/2015 | Ï 7 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Andrew J Brigida. Document not in compliance with LRCiv 7.1(c) – Documents shall be converted to PDF directly from a word processing program and per Administrative Policies and Procedures Manual must be text searchable. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 12/30/2015) |
| 01/05/2016 | Ï 8 | ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motions to determine whether it can be avoided. FURTHER ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. See attached Order for complete details. Signed by Judge Douglas L Rayes on 1/5/2016. (MMO) (Entered: 01/05/2016) |
| 01/06/2016 | Ï 9 | MOTION for Admission Pro Hac Vice as to attorney Jeffrey Wilson McCoy on behalf of Andrew J Brigida. (BAS) (Entered: 01/06/2016) |
| 01/06/2016 | Ï | PRO HAC VICE FEE PAID. $ 35, receipt number PHX166903 as to Jeffrey Wilson McCoy. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/06/2016) |
| 01/06/2016 | Ï 10 | MOTION for Admission Pro Hac Vice as to attorney Steven J Lechner on behalf of Andrew J Brigida. (BAS) (Entered: 01/06/2016) |
| 01/06/2016 | Ï | PRO HAC VICE FEE PAID. $ 35, receipt number PHX166904 as to Steven James Lechner. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/06/2016) |
| 01/06/2016 | Ï 11 | ORDER pursuant to General Order 09–08 granting 4 Motion for Admission Pro Hac Vice; granting 5 Motion for Admission Pro Hac Vice; terminating 9 Motion for Admission Pro Hac Vice; terminating 10 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e−mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 01/06/2016) |
| 01/06/2016 | Ï 12 | NOTICE re: Certificate of Service by Andrew J Brigida re: 8 Order re Rule 12(b) Motions . (McCoy, Jeffrey) (Entered: 01/06/2016) |
| 02/23/2016 | Ï 13 | NOTICE OF ATTORNEY APPEARANCE: Arjun Garg appearing for Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation. . (Garg, Arjun) (Entered: 02/23/2016) |
| 02/23/2016 | Ï 14 | STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT . (Attachments: # 1 Text of Proposed Order)(Garg, Arjun) (Entered: 02/23/2016) |

| | | |
|---|---|---|
| 02/29/2016 | 15 | ORDER pursuant to the parties' 14 Stipulation to Extend Time to Respond to the Complaint: Defendants' deadline to respond to the complaint shall be up to and including 4/18/2016. Signed by Judge Douglas L Rayes on 2/26/2016. (MMO) (Entered: 02/29/2016) |
| 03/15/2016 | 16 | * SERVICE EXECUTED filed by Andrew J Brigida: Certified Mail Receipt re: Complaint upon U.S. Agencies and Officers on Final Defendant Served February 17, 2016. (Attachments: # 1 Summons Executed Summons Civil Process Clerk, # 2 Summons Executed Summons FAA, # 3 Summons Executed Summons Anthony Foxx, # 4 Summons Executed Summons Michael Huerta, # 5 Summons Executed Summons Stephanie Jones, # 6 Summons Executed Summons U.S. Department of Transportation)(McCoy, Jeffrey) Modified on 3/15/2016 (LAD). * Note: Attorney General Lynch served 1/15/16; US Attorney, Civil Process Clerk, served 1/11/16; Federal Aviation Administration served 1/14/16; Anthony R. Foxx, Secretary of US Department of Transportation served 1/28/16; Michael Huerta, Administrator of Federal Aviation Administration, served on 1/12/16; Stephanie Jones, Acting Director, US Department of Transportation, served 1/12/16; US Department of Transportation served on 2/17/16. (Entered: 03/15/2016) |
| 04/18/2016 | 17 | NOTICE of Filing Amended Pleading pursuant to LRCiv 15.1(b) by Andrew J Brigida *Notice of Filing First Amended Class Action Complaint for Declaratory and Injunctive Relief and Damages*. (Attachments: # 1 First Amended Complaint With Changes, # 2 Exhibit Exhibit 1 to First Amended Complaint, # 3 Exhibit Exhibit 2 to First Amended Complaint, # 4 Exhibit Exhibit 3 to First Amended Complaint, # 5 Exhibit Exhibit 4 to First Amended Complaint, # 6 Exhibit Exhibit 5 to First Amended Complaint, # 7 Exhibit Exhibit 6 to First Amended Complaint, # 8 Exhibit Exhibit 7 to First Amended Complaint, # 9 Exhibit Exhibit 8 to First Amended Complaint, # 10 Exhibit Exhibit 9 to First Amended Complaint)(McCoy, Jeffrey) (Entered: 04/18/2016) |
| 04/18/2016 | 18 | AMENDED COMPLAINT *First Amended Class Action Complaint for Declaratory and Injunctive Relief and Damages* against All Defendants filed by Andrew J Brigida. (Attachments: # 1 Exhibit Exhibit 1 to First Amended Complaint, # 2 Exhibit Exhibit 2 to First Amended Complaint, # 3 Exhibit Exhibit 3 to First Amended Complaint, # 4 Exhibit Exhibit 4 to First Amended Complaint, # 5 Exhibit Exhibit 5 to First Amended Complaint, # 6 Exhibit Exhibit 6 to First Amended Complaint, # 7 Exhibit Exhibit 7 to First Amended Complaint, # 8 Exhibit Exhibit 8 to First Amended Complaint, # 9 Exhibit Exhibit 9 to First Amended Complaint)(McCoy, Jeffrey) (Entered: 04/18/2016) |
| 04/27/2016 | 19 | STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT re: 18 Amended Complaint . (Attachments: # 1 Text of Proposed Order)(Garg, Arjun) (Entered: 04/27/2016) |
| 04/28/2016 | 20 | ORDER: IT IS ORDERED granting 19 the parties' Stipulation to Extend Time to Respond to First Amended Complaint. Defendants' deadline to respond to Plaintiffs' First Amended Class Action Complaint shall be June 10, 2016. IT IS FURTHER ORDERED that if Defendants respond to the First Amended Class Action Complaint with a motion asserting any defense under Federal Rule of Civil Procedure 12(b), then Defendants shall have until 14 days after the Court resolves that motion to file an answer to any portion of the First Amended Complaint. Signed by Judge Douglas L Rayes on 4/28/16. (JAMA) (Entered: 04/28/2016) |
| 06/03/2016 | 21 | STIPULATION *to Stay Proceedings* by Equal Employment Opportunity Commission, Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation, Jenny R Yang. (Attachments: # 1 Text of Proposed Order)(Garg, Arjun) (Entered: 06/03/2016) |
| 06/07/2016 | 22 | ORDER pursuant to the parties' 21 Stipulation to Stay Proceedings: Defendants' existing 6/10/2016 deadline to respond to Plaintiff's First Amended Class Action Complaint is VACATED. Status Report due no later than the earlier of two weeks after the enactment into law of legislation reauthorizing the FAA past 7/15/2016, or 7/29/2016. All proceedings in this action are STAYED. Signed by Judge Douglas L Rayes on 6/7/2016. (MMO) (Entered: 06/07/2016) |

| | | |
|---|---|---|
| 07/29/2016 | 23 | STATUS REPORT by Equal Employment Opportunity Commission, Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation, Jenny R Yang. (Attachments: # 1 Text of Proposed Order)(Garg, Arjun) (Entered: 07/29/2016) |
| 08/02/2016 | 24 | ORDER that Plaintiff's deadline to amend the First Amended Class Action Complaint shall be 8/19/2016. FURTHER ORDERED that Defendants' deadline to move, answer, or otherwise respond to the amended complaint shall be 9/16/2016. Signed by Judge Douglas L Rayes on 8/2/2016. (MMO) (Entered: 08/02/2016) |
| 08/19/2016 | 25 | NOTICE of Filing Amended Pleading pursuant to LRCiv 15.1(b) by Andrew J Brigida *Second Amended and Supplemental Complaint*. (Attachments: # 1 Second Amended and Supplemental Complaint with Changes, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9)(McCoy, Jeffrey) (Entered: 08/19/2016) |
| 08/19/2016 | 26 | ***STRICKEN IN PART per 33 Order***AMENDED COMPLAINT *Second Amended and Supplemental Complaint* against Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation filed by Andrew J Brigida. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(McCoy, Jeffrey) Modified on 11/7/2016 (REK). (Entered: 08/19/2016) |
| 09/16/2016 | 27 | * MOTION to Dismiss Counts/Claims : Second Claim and Request for Improper Relief , MOTION to Dismiss Party U.S. Department of Transportation, Federal Aviation Administration, Michael Huerta, and Stephanie Jones , MOTION to Change Venue/Transfer Case to U.S. District Court for the District of Columbia by Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation. (Attachments: # 1 Affidavit of Rickie P. Cannon, # 2 Supplement Certification of Conferral, # 3 Text of Proposed Order)(Garg, Arjun). *Added MOTION to Dismiss for Failure to State a Claim on 9/19/2016 (REK). (Entered: 09/16/2016) |
| 09/20/2016 | 28 | ORDER SETTING RULE 16 SCHEDULING CONFERENCE: A Scheduling Conference is set for 11/22/2016 at 09:30 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L Rayes. Signed by Judge Douglas L. Rayes on 9/20/16. (CLB) (Entered: 09/20/2016) |
| 09/30/2016 | 29 | RESPONSE to Motion re: 27 MOTION to Dismiss Counts/Claims : Second Claim and Request for Improper Relief MOTION to Dismiss Party U.S. Department of Transportation, Federal Aviation Administration, Michael Huerta, and Stephanie Jones MOTION to Change Venue/Transfer Case to U.S. District Court for the District of Columbia MOTION to Dismiss for Failure to State a Claim filed by Andrew J Brigida. (Attachments: # 1 Exhibit Declaration of Andrew Brigida)(McCoy, Jeffrey) (Entered: 09/30/2016) |
| 10/11/2016 | 30 | REPLY to Response to Motion re: 27 MOTION to Dismiss Counts/Claims : Second Claim and Request for Improper Relief MOTION to Dismiss Party U.S. Department of Transportation, Federal Aviation Administration, Michael Huerta, and Stephanie Jones MOTION to Change Venue/Transfer Case to U.S. District Court for the District of Columbia MOTION to Dismiss for Failure to State a Claim filed by Federal Aviation Administration, Anthony R Foxx, Michael P Huerta, Stephanie Jones, United States Department of Transportation. (Garg, Arjun) (Entered: 10/11/2016) |
| 10/28/2016 | 31 | MOTION to Vacate 28 Order, Set/Reset Hearings *Unopposed Motion to Vacate Scheduling Conference and Related Deadlines* by Andrew J Brigida. (Attachments: # 1 Text of Proposed Order)(McCoy, Jeffrey) (Entered: 10/28/2016) |
| 11/01/2016 | 32 | |

|            |    |    |
|------------|----|----|
|            |    | ORDER granting 31 Unopposed Motion to Vacate Scheduling Conference and Related Deadlines. Rule 16 Scheduling Conference set for 11/22/2016 at 9:30 AM and all other deadlines listed in the Court's 9/20/2016 Order Setting Rule 16 Scheduling Conference, (Doc. 28 ), are VACATED. Signed by Judge Douglas L Rayes on 10/31/2016. (MMO) (Entered: 11/01/2016) |
| 11/07/2016 | 33 | ORDER: Defendants' motion to dismiss, (Doc. 27 ), is GRANTED. Count two of the Second Amended and Supplemental Complaint is DISMISSED. Defendants U.S. Department of Transportation, Federal Aviation Administration, Michael Huerta, and Stephanie Jones are DISMISSED. Plaintiff's request that the Qualified Applicant Register be reinstated and that hiring preference be given to CTI graduates who passed the AT–SAT is STRICKEN from the Second Amended and Supplemental Complaint. This Clerk is directed to TRANSFER this action to the United States District Court for the District of Columbia. Signed by Judge Douglas L Rayes on 11/04/2016. (REK) (Entered: 11/07/2016) |