UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J BRIGIDA
*on behalf of himself and the Class he seeks to represent*,

             Plaintiff,

v.

ANTHONY R FOXX
*Secretary, U.S. Department of Transportation*,

             Defendant.

Civil Action No. 16-cv-2227 (TSC)

## ORDER

A Status Conference is set for 11:00 a.m. on December 9, 2016 in Courtroom 2 before Judge Tanya Chutkan.

No later than December 5, 2016, the parties shall file a written report containing a <u>succinct</u> statement regarding each of the following:

(1) a summary of the case;

(2) a summary of all discovery taken thus far;

(3) whether either party contemplates filing motions for summary judgment; and

(4) whether either party feels mediation would be beneficial to resolution of the case.

The parties' report shall also contain a proposed schedule for moving forward with this case. Prior to filing the proposed schedule, the parties shall review the Sample Scheduling Order found on Judge Chutkan's webpage and submit the schedule

in a similar format, including any proposed changes.

Date: November 8, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge
