## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,  )  )  ) | |
| Plaintiff,  ) | Civil Action No. 16-cv-2227 (TSC) |
| v.  ) | |
| ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*  )  ) | |
| Defendant.  ) | |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER

Defendant Anthony Foxx, Secretary of the U.S. Department of Transportation, respectfully seeks an extension of time through December 16, 2016 to answer Plaintiff Andrew J. Brigida's Second Amended and Supplemental Class Action Complaint for Declaratory and Injunctive Relief and Damages.  At present, Defendant's deadline to answer is November 21, 2016.  *See* Aug. 2, 2016 Order [ECF No. 24] (directing that answer be filed within 14 days following resolution of Rule 12(b) motion).  The extension is requested to allow Defendant additional time to verify information needed to answer, and because Plaintiff is evaluating options for challenging the November 7, 2016 Order on Defendant's Rule 12(b) motion.

Undersigned counsel for Defendant has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the requested extension.  A proposed Order consistent with the relief requested is attached for the Court's consideration.

DATED:  November 17, 2016            Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone: (202) 305-8613
Facsimile: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing Unopposed Motion to Extend Deadline to Answer using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                              */s/Arjun Garg*
                                              Arjun Garg