# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*<br><br>Defendant. | Civil Action No. 16-cv-2227 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Extend Deadline to Answer [ECF No. 36] by Defendant Anthony Foxx, Secretary of the U.S. Department of Transportation, the Court hereby **ORDERS** that Defendant shall have until December 16, 2016 to answer Plaintiff Andrew J. Brigida's Second Amended and Supplemental Class Action Complaint for Declaratory and Injunctive Relief and Damages.

**SO ORDERED.**

DATED: November \_\_\_\_, 2016       _____
                                    TANYA S. CHUTKAN
                                    U.S. District Judge