Jeffrey Wilson McCoy, CO Bar No. 43562 (*pro hac vice* application pending)
Steven J. Lechner, D.C. Bar No. AZ 0001
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com
jmccoy@mountainstateslegal.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*, | Civil Case No. 16-cv-2227 (TSC) |
| Plaintiff, | Judge Tanya S. Chutkan |
| v. | **MOTION FOR ATTORNEY JEFFREY W. MCCOY TO APPEAR PRO HAC VICE** |
| ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*, | |
| Defendant. | |

To the Honorable Judge Tanya S. Chutkan:

Jeffrey Wilson McCoy hereby applies for permission to appear and participate as counsel for Plaintiff and putative class representative, Andrew Brigida, in the above-entitled cause pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Attorney Jeffrey W. McCoy to Appear *Pro Hac Vice*.

The undersigned, Steven J. Lechner, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney

of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 23rd day of November 2016.

Respectfully submitted,

s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com


Jeffrey W. McCoy, CO Bar No. 43652 (*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of November 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

                                  s/ Steven J. Lechner
                                  Steven J. Lechner, Esq