Jeffrey Wilson McCoy, CO Bar No. 43562 (*pro hac vice* application pending)
Steven J. Lechner, D.C. Bar No. AZ 0001
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com
jmccoy@mountainstateslegal.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*,<br><br>Defendant. | Civil Case No. 16-cv-2227 (TSC)<br><br>Judge Tanya S. Chutkan<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY JEFFREY W. MCCOY TO APPEAR PRO HAC VICE** |

I, Jeffrey W. McCoy, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

    1.    My full name is Jeffrey Wilson McCoy.

    2.    My office address is 2596 South Lewis Way, Lakewood, Colorado 80227.

    3.    My office telephone number is (303) 292-2021.

    4.    I am currently admitted to practice before the following courts:

| Jurisdiction | Address | Year |
|---|---|---|
| State of Colorado | 2 East 14th Ave.<br>Denver, CO  80203 | 2011 |
| United States District Court for | 901 19th Street | 2012 |

| | | |
|---|---|---|
| the District of Colorado | Denver, CO 80294 | |
| United States Court of Appeals for the Ninth Circuit | 95 7th Street<br>San Francisco, CA 94103 | 2012 |
| United States Court of Appeals for the Tenth Circuit | 1823 Stout Street<br>Denver, CO 80257 | 2012 |
| United States District Court for the District of Arizona (*pro hac vice*) | 401 West Washington Street, SPC 1<br>Phoenix, AZ 85003-2118 | 2014 |
| United States District Court for the District of Idaho (*pro hac vice*) | 801 E. Sherman Street<br>Pocatello ID 83201 | 2015 |
| Idaho Fourth Judicial District Court (*pro hac vice*) | 200 W. Front Street<br>Boise, ID 83702 | 2015 |

5. I am in good standing and eligible to practice before all of the above-referenced courts to which I am admitted. I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

6. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

8. I am ready, willing and able to appear before this Court in person for any and all conferences, arguments, hearings, as requested by the Court.

9. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom

the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

>Steven J. Lechner, Esq.
>MOUNTAIN STATES LEGAL FOUNDATION
>2596 South Lewis Way
>Lakewood, Colorado 80227
>(303) 292-2021
>(303) 292-1980 (facsimile)
>lechner@mountainstateslegal.com

DATED this 23rd day of November 2016.

Respectfully submitted,

*/s/ Jeffrey W. McCoy*
Jeffrey W. McCoy, CO Bar No. 43562 (*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com