# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*,<br><br>　　　　Defendant. | Civil Case No. 16-cv-2227 (TSC)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, STATUS REPORT DEADLINE, AND ANSWER DEADLINE** |

THIS MATTER having come before this Court on Plaintiff's Unopposed Motion to Vacate Status Conference, Status Report Deadline, and Answer Deadline, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS ORDERED that Plaintiff's Motion is Granted. The December 9, 2016 status conference is **VACATED**. All other deadlines listed in the Court's November 8, 2016 Order are **VACATED**. As appropriate, the Court will enter another order setting a status conference upon resolution of Plaintiff's upcoming motion to alter or amend the November 7, 2016 Order.

IT IS FURTHER ORDERED that the November 21, 2016 Minute Order requiring Defendant to answer or otherwise respond to the complaint by December 16, 2016 is **VACATED**. Defendant's deadline to answer or otherwise respond to the complaint shall be 21 days after the Court resolves Plaintiff's upcoming motion to alter or amend the November 7, 2016 Order.

IT IS FURTHER ORDERED that the schedule for briefing Plaintiff's upcoming motion to alter or amend the November 7, 2016 Order shall be as follows:

December 5, 2016:  Plaintiff's Motion

January 6, 2017:  Defendant's Opposition

January 27, 2017:  Plaintiff's Reply

DATED this _____ day of _____ 2016.

TANYA S. CHUTKAN  
U.S. District Judge