## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Civil Case No. 16-cv-2227 (TSC) |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE NOVEMBER 7, 2016 ORDER**
**(ORAL ARGUMENT REQUESTED)**

Plaintiff, Andrew J. Brigida, by and through its undersigned counsel, hereby moves, pursuant to Federal Rules of Civil Procedure 54(b) and 59(e), that this Court reconsider, alter, and/or amend the November 7, 2016 Order [Dkt. No. 33]. Specifically, Plaintiff requests that this Court restore Mr. Brigida's prayer for relief in his Second Amended and Supplemental Class Action Complaint For Declaratory and Injunctive Relief and Damages [Dkt. No. 26] that the Qualified Applicant Register be reinstated and that hiring preference be given to Mr. Brigida and the other putative Class Members. In the alternative, Plaintiff requests that this Court reconsider, alter, and/or amend the November 7, 2016 Order [Dkt. No. 33] and restore Mr. Brigida's Second Claim for Relief. Counsel for Plaintiff has consulted with counsel for Defendant, and Defendant opposes this Motion. Support for this Motion is contained in the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Reconsideration of the November 7, 2016 Order, filed concurrently herewith.

DATED this 2nd day of December 2016.

Respectfully submitted,

MOUNTAINS STATES LEGAL FOUNDATION

s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
Jeffrey W. McCoy (*pro hac vice*)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com
jmccoy@mountainstateslegal.com

Michael W. Pearson (AZ No. 016281)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd of December 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

s/ Steven J. Lechner
Steven J. Lechner