**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, Secretary, U.S. Department of Transportation,<br><br>　　　　Defendant. | Civil Case No. 16-cv-2227 (TSC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE NOVEMBER 7, 2016 ORDER** |

THIS MATTER having come before this Court on Plaintiff's Motion for Reconsideration of the November 7, 2016 Order, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS ORDERED that Plaintiff's Motion is **GRANTED**.

The November 7, 2016 Order [Dkt. 33] is amended as follows:

1,　　On page 11 of the Order, the words "Defendants' motion to dismiss, (Doc. 27), is **GRANTED**." are **REPLACED** with the words "Defendants' motion to dismiss, [Dkt. 27], is **GRANTED IN PART AND DENIED IN PART.**"

2.　　On page 11 of the Order, the words "Plaintiff's request that the Qualified Applicant Register be reinstated and that hiring preference be given to CTI graduates who passed the AT-SAT is **STRICKEN** from the Second Amended and Supplemental Complaint." are **STRICKEN** from the Order.

IT IS FURTHER ORDERED that Mr. Brigida's prayer for relief in his Second Amended and Supplemental Class Action Complaint For Declaratory and Injunctive Relief and Damages

[Dkt. No. 26] that the Qualified Applicant Register be reinstated and that hiring preference be given to Mr. Brigida and the other putative Class Members is **RESTORED.**

DATED this _____ day of _____ 2016.

_____
TANYA S. CHUTKAN
U.S. District Judge
