# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, ) ) ) ) Plaintiff, ) ) v. ) ) ANTHONY R. FOXX, Secretary, U.S. ) Department of Transportation, ) ) Defendant. ) ) | Civil Case No. 16-cv-2227 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of the November 7, 2016 Order, Defendant's opposition thereto, and the entire record in this case, the Court hereby **ORDERS** that the motion is **DENIED**.

**SO ORDERED.**

DATED: _____, 2017     _____
                                  TANYA S. CHUTKAN
                                  U.S. District Judge