Steven J. Lechner, D.C. Bar No. AZ 0001
Jeffrey Wilson McCoy, CO Bar No. 43562 (*pro hac vice*)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com
jmccoy@mountainstateslegal.com

Michael W. Pearson, AZ Bar No. 016281 (*pro hac vice* pending)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*, <br><br> Defendant. | Civil Case No. 16-cv-2227 (TSC) <br><br> Judge Tanya S. Chutkan <br><br> **MOTION FOR ATTORNEY MICHAEL W. PEARSON TO APPEAR PRO HAC VICE** |

To the Honorable Judge Tanya S. Chutkan:

Michael W. Pearson hereby applies for permission to appear and participate as counsel for Plaintiff and putative class representative, Andrew Brigida, in the above-entitled cause pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the

District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Michael W. Pearson to Appear *Pro Hac Vice*.

The undersigned, Steven J. Lechner, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 17th day of January 2017.

        Respectfully submitted,

        s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

        s/Michael W. Pearson
Michael W. Pearson, AZ Bar No. 016281 (*pro hac vice* application pending)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of January 2017, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

                                                             s/ Steven J. Lechner
                                                             Steven J. Lechner, Esq