CURRY, PEARSON
& WOOTEN, PLC
Attorneys at Law
814 West Roosevelt Street
Phoenix, Arizona 85007

Telephone: (602) 258-1000
Facsimile: (602) 523-9000

Michael W. Pearson, AZ SBN 016281; D.C. SBN 997169 (*pro hac vice* application pending)
mpearson@azlaw.com
docket@azlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent,*<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation,*<br><br>Defendant. | Case No: 16-CV-2227 (TSC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR MICHAEL W. PEARSON TO APPEAR PRO HAC VICE**<br><br>Assigned to the Honorable Judge Tanya S. Chutkan |

I, Michael W. Pearson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true and correct to the best of my knowledge:

1. My name is Michael W. Pearson.

2. My office address is 814 W. Roosevelt St., Phoenix, AZ 85007.

3. My office telephone number is 602-258-1000.

4. I am currently admitted to practice in the following courts:

| Jurisdiction | Date Admitted |
|---|---|
| State of Arizona | May 20, 1995 |
| State of Colorado | July 2, 1997 |
| District of Columbia | November 5, 2010 |
| United States District Court for the District of Arizona | July 10, 1995 |
| United States Court of Appeals for the Ninth Circuit | May 22, 2009 |

5. I am in good standing and eligible to practice before all of the above-referenced courts to which I am admitted. I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

6. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

7. I am a member of the District of Columbia State Bar, however, I do not engage in the practice of law from an office located within the District of Columbia.

8. I am ready, willing, and able to appear before this Court in person for any and all conferences, arguments, or hearings, as requested by the Court.

9. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

> Steven J. Lechner, Esq.
> MOUNTAIN STATES LEGAL FOUNDATION
> 2596 South Lewis Way
> Lakewood, Colorado 80227
> (303) 292-2021
> (303) 292-1980 (fax)
> lechner@mountainstateslegal.com

DATED this 7th day of December, 2016.

CURRY, PEARSON & WOOTEN, PLC

Michael W. Pearson, Esq.
814 W. Roosevelt Street
Phoenix, Arizona 85007
*Attorney for Plaintiff*