# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*,<br><br>Defendant. | Civil Case No. 16-cv-2227 (TSC)<br><br>Judge Tanya S. Chutkan<br><br>**ORDER GRANTING MOTION OF ATTORNEY MICHAEL W. PEARSON TO APPEAR PRO HAC VICE** |

THIS MATTER having come before this Court on the Motion of Michael W. Pearson, to Appear in the United States District Court for the District of Columbia, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Attorney, Michael W. Pearson, may appear and participate in the above-captioned case on behalf of Plaintiff.

DATED this _____ day of _____ 2017.

_____
United States District Judge Tanya S. Chutkan