Steven J. Lechner, D.D.C. Bar No. AZ0001
Jeffrey Wilson McCoy, CO Bar No. 43562 (*pro hac vice*)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com
jmccoy@mountainstateslegal.com

Michael W. Pearson, AZ Bar No. 016281 (*pro hac vice*)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, | ) ) ) ) | Civil Case No. 16-cv-2227 (TSC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ANTHONY R. FOXX, Secretary, U.S. Department of Transportation, | ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO WITHDRAW

In accordance with the LCvR 83.6 of the Rules of the U.S. District Court for the District

of Columbia, Jeffrey W. McCoy hereby moves to withdrawal as counsel for Plaintiff in light of

the fact that he is leaving the employment of Mountain States Legal Foundation ("MSLF"),

effective January 27, 2017.  Steven J. Lechner of MSLF and Michael W. Pearson of Curry,

Pearson & Wooten, PLC, will continue to represent Plaintiff in this case.  As a result, Mr.

McCoy's withdrawal will not unduly delay any proceedings, nor prejudice any party.

      DATED this 27th day of January 2017.

                                    Respectfully submitted,

                                    /s/ Jeffery W. McCoy
                                    Jeffrey W. McCoy
                                    Mountain States Legal Foundation
                                    2596 South Lewis Way
                                    Lakewood, Colorado 80227
                                    (303) 292-2021
                                    jmccoy@mountainstateslegal.com

                                    Steven J. Lechner, D.D.C. Bar No. AZ0001
                                    Mountain States Legal Foundation
                                    2596 South Lewis Way
                                    Lakewood, CO 80227
                                    (303) 292-2021
                                    (303) 292-1980 (facsimile)
                                    lechner@mountainstateslegal.com

                                    Michael W. Pearson (AZ No. 016281)
                                    Curry, Pearson, & Wooten, PLC
                                    814 West Roosevelt
                                    Phoenix, Arizona 85007
                                    (602) 258-1000
                                    (602) 523-9000 (facsimile)
                                    mpearson@azlaw.com

                                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2017, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

/s/ Jeffrey W. McCoy
Jeffrey W. McCoy