IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Civil Case No. 16-cv-2227 (TSC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

THIS MATTER having come before this Court on the Motion to Withdraw of Jeffrey W. McCoy, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Jeffrey W. McCoy is withdrawn from this case.

DATED this _____ day of _____ 2017.


_____
Tanya S. Chutkan
United States District Judge