AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Andrew J. Brigada<br>*Plaintiff* | )<br>) |
| v. | ) Case No. 1:16-cv-02227 |
| Elaine L. Chao, Secretary, Dep't of Transportation<br>*Defendant* | )<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elaine L. Chao, Secretary of the U.S. Department of Transportation                                                                           .

Date:     04/10/2018

/s/Courtney D. Enlow
*Attorney's signature*

Courtney D. Enlow, NC Bar No. 46578
*Printed name and bar number*

20 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

courtney.d.enlow@usdoj.gov
*E-mail address*

(202) 616-8467
*Telephone number*

(202) 616-8470
*FAX number*