## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:16-cv-02227-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that ARJUN GARG of the U.S. Department of Justice hereby withdraws his appearance as attorney of record for Defendant in this action. Defendant remains represented by other counsel of record.

DATED:  April 10, 2018

Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

CHAD A. READLER
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

　　*/s/ Arjun Garg*
ARJUN GARG (DC Bar No. 975335)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone: (202) 305-8613
Facsimile: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, I electronically filed the foregoing Notice of Withdrawal of Counsel using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                          */s/Arjun Garg*
                                          Arjun Garg