William Perry Pendley, D.D.C. Bar No. 378906
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, | ) ) ) ) | Civil Case No. 16-cv-2227 (DLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), William Perry Pendley, hereby enters his appearance in this action as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The Clerk of the Court is respectfully requested to add Mr. Pendley's name to the list of attorneys of record. Mr. Pendley is registered for ECF and will receive copies of filings, notices and orders electronically.

Mr. Pendley's contact information is as follows:

William Perry Pendley
Mountain States Legal Foundation

2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com

DATED this 24th day of April 2018.

                                       Respectfully submitted,

                                       /s/ William Perry Pendley
                                       William Perry Pendley (D.D.C. Bar No. 378906)
                                       Mountain States Legal Foundation
                                       2596 South Lewis Way
                                       Lakewood, Colorado 80227
                                       (303) 292-2021
                                       wppendley@mountainstateslegal.com

                                       Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of April 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Arjun Garg
Arjun.garg@usdoj.gov

/s/ William Perry Pendley
William Perry Pendley