**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANDREW J. BRIGIDA, on behalf of
himself and the Class he seeks to represent,

    Plaintiff,

v.

ELAINE L. CHAO, Secretary, U.S.
Department of Transportation.,

    Defendants.

Civil Case No. 16-cv-2227 (DLF)

**NOTICE OF WITHDRAWAL OF STEVEN J. LECHNER**

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Steven J. Lechner hereby withdraws his appearance in above-captioned matter as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The basis for this withdrawal is that Mr. Lechner is no longer employed with Mountain States Legal Foundation. William Perry Pendley and Michael W. Pearson, who have previously entered appeances on behalf of Mr. Brigida in this matter, will remain as counsel for Plaintiff.

DATED this the 25th day of April 2018.

Respectfully submitted,

*/s/ Steven J. Lechner (with authorization)*
Steven J. Lechner (D.D.C. Bar No. AZ 0001)
9830 Xavier Court
Westminster, CO  80031
(720) 936-8363
steven.j.lechner@gmail.com

Acknowledged by,

*Andrew Brigida*

Andrew J. Brigida

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the all counsel of record in this matter.

*/s/ William Perry Pendley*
William Perry Pendley
MOUNTAIN STATES LEGAL FOUNDATION