Christian Brian Corrigan, KS Bar No. 25622 (*pro hac vice* application pending)
William Perry Pendley, D.D.C. Bar No. 378906
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com
ccorrigan@mountainstateslegal.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Civil Case No. 16-cv-2227 (DLF) |

### MOTION FOR ATTORNEY CHRISTIAN BRIAN CORRIGAN
### TO APPEAR PRO HAC VICE

To the Honorable Dabney L. Friedrich:

Christian Brian Corrigan hereby applies for permission to appear and participate as counsel for Plaintiff and putative class representative, Andrew Brigida, in the above-entitled cause pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Attorney Christian B. Corrigan to Appear *Pro Hac Vice*.

The undersigned, William Perry Pendley, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 4th day of May 2018.

Respectfully submitted,

/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com


/s/ Christian B. Corrigan
Christian B. Corrigan, KS Bar No. 25622 (*pro hac vice* application pending)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
ccorrigan@mountainstateslegal.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 4th day of May 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Courtney Danielle Enlow
courtney.d.enlow@usdoj.gov

            /s/ William Perry Pendley
            William Perry Pendley