Christian Brian Corrigan, KS Bar No. 25622 (*pro hac vice* application pending)
William Perry Pendley, D.D.C. Bar No. 378906
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com
ccorrigan@mountainstateslegal.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, | Civil Case No. 16-cv-2227 (DLF) |
| Plaintiff, | |
| v. | |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | |
| Defendant. | |

## DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY CHRISTIAN B. CORRIGAN TO APPEAR PRO HAC VICE

I, Christian B. Corrigan, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

1. My full name is Christian Brian Corrigan.

2. My office address is 2596 South Lewis Way, Lakewood, Colorado 80227.

3. My office telephone number is (303) 292-2021.

4. I am currently admitted to practice before the following courts:

| Jurisdiction | Address | Year |
|---|---|---|
| State of Kansas | 301 SW 10th Ave, Topeka, KS 66612 | 2013 |
| United States District Court for the District of Colorado | 901 19th St. Denver, CO 80294 | 2018 |
| United States Court of Federal Claims | 717 Madison Place NW, Washington, D.C. 20439 | 2018 |
| United States District Court for the Western District of Michigan | 399 Federal Bldg. 110 Michigan St NW, Grand Rapids, MI 49503 | 2018 |

5. I am in good standing and eligible to practice before all of the above-referenced courts to which I am admitted. I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

6. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

8. I am ready, willing and able to appear before this Court in person for any and all conferences, arguments, hearings, as requested by the Court.

9. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served:

    William Perry Pendley (D.D.C. Bar No. 378906)
    Mountain States Legal Foundation
    2596 South Lewis Way
    Lakewood, Colorado 80227
    (303) 292-2021
    wppendley@mountainstateslegal.com

DATED this 4th day of May 2018.

    Respectfully submitted,

    /s/ Christian B. Corrigan
    KS Bar No. 25622 (*pro hac vice* application pending)
    Mountain States Legal Foundation
    2596 South Lewis Way
    Lakewood, Colorado 80227
    (303) 292-2021
    ccorrigan@mountainstateslegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 4th day of May 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Courtney Danielle Enlow
courtney.d.enlow@usdoj.gov

            /s/ William Perry Pendley
            William Perry Pendley