# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, ) ) ) ) Plaintiff, ) ) v. ) ) ANTHONY R. FOXX, Secretary, U.S. ) Department of Transportation, ) ) Defendant. ) ) | Civil Case No. 16-cv-2227 (DLF) |

## SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court enter the appearance of Michael L. Drezner on his behalf, and withdraw the appearance of Courtney D. Enlow as his Counsel in the above-captioned matter.

Dated: May 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL L. DREZNER
Trial Attorney (V.A. Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 414-4505
Michael.L.Drezner@usdoj.gov
*Counsel for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                      /s/ Michael Drezner
                                      MICHAEL DREZNER
                                      Trial Attorney