**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                     )
ANDREW J. BRIGIDA, *on behalf of*              )
*himself and the Class he seeks to represent*,   )
                                                                     )
                Plaintiff,                             )  Civil Action No. 16-cv-2227 (DLF)
                                                                     )
                v.                                     )
                                                                     )
ANTHONY R. FOXX, *Secretary, U.S.*             )
*Department of Transportation*                     )
                                                                     )
                Defendant.                        )
_____)

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Plaintiff Andrew J. Brigida, and Defendant U.S. Department of Transportation hereby jointly file this motion for an enlargement of time of twenty-one (21) days for Defendant to answer Plaintiff's Second Amended Complaint, through and including July 12, 2018.  In support of this Motion, the parties aver the following:

       1.       On May 31, 2018, this Court granted in part Plaintiff's Motion for Reconsideration, and ordered Defendant to file its Answer on or before June 21, 2018.

       2.       However, the parties intend to explore potential settlement options in this case. To provide sufficient time for initial discussions on this topic, the parties respectfully request an extension of time of twenty-one (21) days for Defendant to file its Answer.

       3.       Accordingly, the parties propose that on or before July 12, 2018, they will notify the Court as to whether a stay of the litigation is warranted, to facilitate further settlement discussions, or Defendant will file its Answer on or before that date.

DATED: June 21, 2018　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/ Michael Drezner*
　　　　　　　　　　　　　　　　　　MICHAEL DREZNER (V.A. Bar No. 83836)
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　20 Massachusetts Ave, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-4505
　　　　　　　　　　　　　　　　　　Facsimile: (202) 616-8470
　　　　　　　　　　　　　　　　　　Email: michael.l.drezner@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*


**CURRY, PEARSON & WOOTEN, PLC**
**MOUNTAIN STATES LEGAL FOUNDATION**

*/s/Michael W. Pearson*
By: Michael W. Pearson, Esq.
814 W. Roosevelt Street
Phoenix, Arizona 85007

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Michael Drezner*
MICHAEL DREZNER