**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY R. FOXX, *Secretary, U.S. Department of Transportation*<br><br>        Defendant. | Civil Action No. 16-cv-2227 (DLF) |

### **[PROPOSED] ORDER**

Upon consideration of the Joint Motion for an Extension of Time, it is hereby:

**ORDERED** that the joint motion is **GRANTED**, and it is further

**ORDERED** that on or before **July 12, 2018**, the parties will notify the Court as to whether a stay of the litigation is warranted, or Defendant will file its Answer to Plaintiff's Second Amended Complaint on or before that date

**SO ORDERED**.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE