UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of Himself and the Class he seeks to represent,*<br><br>　　　　Plaintiff,<br>　v.<br><br>ELAINE L. CHAO, *Secretary, U.S. Department of Transportation,*<br><br>　　　　Defendant.[1] | Civil Action No. 16-cv-2227 (DLF) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND
ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**

Pursuant to 5 U.S.C. § 552a(b)(11), Federal Rule of Civil Procedure 26(c), and Federal Rule of Evidence 502(d), the parties respectfully move the Court to enter the attached Proposed Orders: (1) a Protective Order, and (2) an Order pursuant to Federal Rule of Evidence 502(d). In support of this motion, the parties state as follows:

1.  In the course of this lawsuit, Plaintiff has requested documents and information about nonparties to this case—such as names, personnel actions, and training records—that are private in nature and that the Privacy Act may prevent Defendant from disclosing without a Court order.  *See* 5 U.S.C. § 552a(b)(11)

2.  The prompt entry of a protective order addressing the disclosure, handling, and use of such information would facilitate the efficient negotiations for potential settlement here.

3.  Similarly, the entry of an order pursuant to Federal Rule of Evidence 502(d)

---

[1] Secretary Elaine Chao is automatically substituted as Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

would further safeguard the parties' discussions, by ensuring that privilege or protection as to any produced information or documents is not waived.

4. Accordingly, there is good cause for entry of (1) a protective order, and (2) an order pursuant to Federal Rule of Evidence 502(d), and the parties respectfully request that the attached proposed orders be approved.

Dated: June 26, 2018

Respectfully Submitted,

CURRY, PEARSON & WOOTEN, PLC
MOUNTAIN STATES LEGAL
FOUNDATION

U.S. DEPARTMENT OF JUSTICE

By:

By:

*/s/ Michael W. Pearson*
Michael W. Pearson, Esq.
CURRY, PEARSON & WOOTEN, PLC
814 W. Roosevelt Street
Phoenix, Arizona 85007
T: (602) 258-1000
F: (602) 523-9000
Email: mpearson@azlaw.com

Attorneys for Plaintiff,
ANDREW J. BRIGIDA

CHAD A. READLER
Acting Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: michael.l.drezner@usdoj.gov

Attorneys for Defendant,
ELAINE L. CHAO