# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*<br><br>Defendant. | Civil Action No. 16-cv-2227 (DLF) |

## JOINT MOTION FOR STAY

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Plaintiff Andrew J. Brigida, and Defendant U.S. Department of Transportation hereby jointly file this motion for a stay of the litigation for twenty-eight (28) days, through and including August 9, 2018. In support of this motion, the parties aver the following:

1. On June 21, 2018, this Court granted the parties' joint motion for an extension of time for Defendant to file an Answer, ordering that on or before July 12, 2018 Defendant would file its answer, or the parties would notify the Court regarding the need for a stay of the litigation to facilitate further settlement discussions.

2. Since that time the parties have begun settlement discussions, and on June 27, 2018, this Court entered both a Protective Order and an order pursuant to Rule 502(d) of the Federal Rules of Evidence, in order to facilitate the exchange of information in settlement negotiations.

3. The parties would benefit from a stay of the litigation, in order to fully devote their resources to explore the potential for settlement in this case.

4. Accordingly, the parties propose that on or before August 9, 2018, they will notify the Court as to whether an additional stay of the litigation is warranted, to facilitate further settlement discussions, or Defendant will file its Answer on that date.

DATED: July 11, 2018

CHAD A. READLER
Acting Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: michael.l.drezner@usdoj.gov

*Counsel for Defendant*

**CURRY, PEARSON & WOOTEN, PLC**
**MOUNTAIN STATES LEGAL FOUNDATION**

*/s/Michael W. Pearson*
By: Michael W. Pearson, Esq.
814 W. Roosevelt Street
Phoenix, Arizona 85007

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                      */s/ Michael Drezner*
                                      MICHAEL DREZNER