## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *on behalf of himself and the Class he seeks to represent*, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE L. CHAO, *Secretary, U.S. Department of Transportation* <br><br> Defendant. | Civil Action No. 16-cv-2227 (DLF) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion for Stay, it is hereby:

**ORDERED** that the joint motion is **GRANTED**, and it is further

**ORDERED** that on or before **August 9, 2018**, the parties will notify the Court as to whether a further stay of the litigation is warranted, or Defendant will file its Answer to Plaintiff's Second Amended Complaint on that date

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE