# Exhibit 4

TEAM 7 ON THE MOVE-VISIT TO THE HILL

Since the 2012 Las Vegas conference, Team 7 has made two trips to Washington to meet with government officials concerning the Federal Aviation Administration's (FAA) lack of an Affirmative Employment Plan as required by law. Today we are planning our next round of visits that will begin in January of 2013. Although our goal is in sight we have a great distance yet to travel. However please be advised that every effort will be made to use every resource available to reach our ultimate destination.

Several meetings were held on December 5, 2012 between members of NBCFAE Team 7 and Congressional Staffers.

The purpose of the meetings was to:

1. Raise awareness reference FAA's lack of a legal and implementable Affirmative Employment Plan (AEP) in accordance with 29 CFR 1614.102(b)(4).
2. Request support from congress to slow down or stop hiring of new employees until some changes are made by the FAA.
3. BuUd relat'1onships with bi-part'lsan Committee Members of the Congressional Transportation and Infrastructure Subcommittee.
4. Continue to strive to build relationships with the Congressional Black Caucus (CBC).

Offices of Staffers who NBCFAE met with:

- Legislative Assistant to Congresswoman Marcia L. Fudge.
    - Congresswoman Fudge has been elected as the new Chair for the Congressional Black Caucus, effective January 2013. The agenda for the CBC's 2013 calendar is being developed. We requested that consideration be made to add our issues to their agenda. Although there may not be a lot of room for revisions Congresswoman Fudge will be briefed on our meeting and contact Ronald G. Bagley with follow up information. They want NBCFAE to forward all correspondence between NBCFAE and other Congressional offices. They also requested that we reach out and meet with the Congressional Tri - Caucus whose members comprise representatives from the Black, Asian and Hispanic congress.
    - Finally, we received assurance that NBCFAE have their support.
- Professional Staff, Aviation Subcommittee, Democratic Staff Director, Subcommittee on Aviation, Democratic Counsel Subcommittee on Aviation.
    - Of al! the meetings held, this one with the three (3) bi-partisan members was also productive. Aviation Subcommittee Staffer was the lead for the group and stressed although she may not be a member of the Aviation Subcommittee in January 2013, she would be briefing her boss on the issues discussed. They will all follow up with NBCFAE after briefing their bosses.
- Legislative Correspondent for Congressman Henry "Hank" Johnson, 4th District of Georgia.

- There was no meeting scheduled with Congressman Johnson however, a "courtesy visit" proved to be meaningful. The Legislative Correspondent asked follow up questions about MD-715 and how is EEOC addressing reports from FAA. NBCFAE explained that MD-715 is simply a reporting tool and provides guidance for selecting officials and not an action plan.
- The question arose regarding previous congressional contacts and correspondence exchanges. The Correspondent requested copies of all correspondence exchanges be sent to him. He also wanted to know if the Inspector General {IG) had seen the reports submitted by FAA. Answer, no.
- We were advised that Congressman Johnson is trying to get back on the Transportation Committee.

- Director of Policies, Congressional Black Caucus.
    - This was a follow up meeting with the Director to do an overview of the previous meeting and we asked what can NBCFAE do to assist with getting the "ball rolling" again. We were told to continue to push.
    His office will follow up with the letter that was sent to the FAA and assess their response and share with Committee Chairman Ronald G. Bagley.