# Exhibit 6

From: "Shelton G. Snow' <sbelton.snow@nbcfaene.org>
Subject: Tekon Minutes (12/16/2013) Please Read Regarding FAA ATC Hire
Date: December 16, 2013 10:47:35 PM EST
To:



Email addresses allegedly obtained by NBCFAE from FAA HR

Aspiring FAA Air Traffic Controllers,

I was delighted to share with you the process of becoming the next group of Air Traffic Controllers selected for FAA hire!

As promised, attached to this email is the minutes from tonight's telcon. Please consider this file as a checklist to prepare for the open bid. I can be reached for additional questions and/or comments.

Also attached is a membership application for those wanting to join our organization as Associate Members. I have already stressed the importance and the benefit of joining our organization. **Your membership will** grant us the authority to represent youINDIVIDUALLY. Join us to see and be seen. If you choose to join our beloved organization please complete the attached application and send it back to me via email. I am also attaching past newsletters that should give you a small view of what goes on in our organization. The check/money order shall be sent to:

NBCFAE National Treasure
Jacki Malone
6430 College Park
Atlanta, Ga. 30349

Please allow us the opportunity to serve you. We are the only organization of its kind. We have many gatherings within O\!r Region that will place you up-close and personal to some of the most powerful men and women in the Air Traffic Organization (ATO). It's important to know that you will become a member of a winning team. Our region is distinguished as one of the best regions in the country. The

Washington Suburban Chapter has been recognized as the best operating Chapter in the country for 2 straight years. We are here for you. Our trenches are supplied with essentials that will give you the best chance to succeed .

May God continue to bless you and your families. Again, it's been a pleasure and I look forward to collaborating with each of you very soon. Good luck!

In Unity,

Shelton G. Snow
**Northeast Regional Vice-President**
**Washington Suburban Chapter President**
**\*\*\*2012 & 2013 National Chapter of the Year**
**\*\*\*2013 National Region of the Year**
**Email:** shelton.snow@nbcfaene.org
**Cell:** 757-589-0577

<u>Associates Members TELCON</u>

12/16/2013

Welcome

Introduction

- Name, JOB Title, Location, Transfer Status
- NBCFAE Title
- 1ntroduce
    - Roosevelt
    - Ejide
    - Leslie
    - Ashley Morely
    - NBCFAE
        - http://www.nbcfae.org/content.aspx?page id=22&club id=303425&module id=107292
        - http://www.nbcfae.org/content.aspx?page_id=22&club_id=303425&module_id=107294
- 1. Groom members thought process to better corner achievement, heighten potential to advance up the managerial and/or facility ranks, and influence them to become the best at their craft; thereby making them a key professional in their field of expertise.
- 2. Be your voice of reason in catering to their needs as African-Americans and women in the FAA.
- 3. Serve as a national directory - meaning that regardless of where they work the coalition is within reach to serve as their support group in a host of occurrences.
- 4. Serve as a mentor, coach, and overseer of their training to ensure equality and fairness throughout the training program.
- 5. Also serve as their professional network. This is important for those desiring transfers, promotions, and recommendations for leadership programs such as: ATCLP and PEL. You will discover that some of the most powerful black managers in the ATO stand united with younger generations of FAA employees, and together they stand as one voice! **It's just who you know, but it's how well you know them**
    - And in this case preparing eligible members for FAA careers.

Appreciation

ABOUT THE FEBRUARY 10TH BID

1. Date & Length of time it will stay open.
    a. FEBRUARY 10, 2014

      b. 2 weeks
- II. Purpose of this telcon
    - a. Ensure that you are locked and [()aded by the eiil'd of the yeair.
- III. What to do now.
    - a. S1art grouping resume's applicab le records and upload them o USA Jobs 12/31).
        - i. DD214
        - ii. VA Disability confinnation Letters by the Department of Veterans Affiars.
        - iii. Locate scan and upload CTO and Radar Certifications.
        - 1v. Loca1e scan and upload any information that will help validate your credentials in the hirinE process.
        - v. Locate scan and upload everything NOW!
        - v1. **FIRST AND FOREMOST** ....check your email addresses. Jfyoor email address does not include our first and last name then change :it. Fo:r example: Denzel.\Vashington@gmaiL m. Explain why.
        - vu. In the past we've had people on the selection panel we want them to be able to identify you.
        - v111. Also, very important . . .on your resume please include if you are a NBCFAE Member. Most of you are Associate Member; put it on your resume! This is for us to know who our people are in the case that we have one of our very own on the board. In the past we've always had one, and they share our enthusiasm. **Can you see the strategy.**
    - b. We are only concerned about African-Americans, Women (of every ethnic background], and other minorit ies. Please ensure that you share this information with no one that is identified outside of tha<t. This information is reserve for those classes of r.copJc we re rcscnrt. This is to mirnimize competition. We effo1i to influence the FAA to diversify the ATC workforce , and we aim to only prepare candidates that are demographically classed to meet that diversification.
    - c. When you apply for the air traffic bid in the past it gave you an opportunity to choose a state in which you could be selected for. If that state is not available you will be passed over. PLEASE PUT ANYWHERE 1N THE US ON THE AP PUCATJ0N, this will maximize the possibilities of you getting picked up.
    - d. In the past the FAA has hired ATC candidates without regard to Affirmative Action.
- IV. Introduction of the Banier Analysi s. (President Roosevelt)
    - a. This is important!
    - b. Please listen and pay close attent io n.
    - **c.** This will explain why it is imp01iant for each of you to satisfy the purpose of this telcon . **That's all you can do. Your part is critical.**
- V. More Infonnation Regarding the Bid.
    - a. There will be a test for ALL Applicants (regardless of filing status)

   1. President Roosevelt, again, can you comment?
   ii. 70%, 85% or higher.
   iii. VRA will also have to test.
   iv. **There will be a practice exam released b the FAA towards the e-nd of January.** January 29, 2014 and February 12, 2014. It will be a virtual tour to the FAA's air traffic control occupation. Web address?
   v.
   vi.
b. CTJ Students
   1. AT-SAT win not count for the FAA vers:ion of the test. You will need to retest. Allow the AT-SAT help you repare for the FAA' s test.
   n. This will be an open/off-the-street-hire for air traffic candidates. **Everyone will be grouped together.**
   iii. In the past there were a separate vacancy job announcement for filing status (VRA, CTI, and then there were the open/off-the-street-bid). That's over now. Everyone will be grouped together on this bid.

VI. Membership
   a. 2 main categories of membership
      1. Active
         1. Describe
         2. Dues Paying Members
      ii. Associate
         1. Any person who is not an employee of the FAA, but has an interest in NBCFAE, may become an Associate Member on such terms and with such privileges as the Membership Committee may provide.
         2. $50 Year. Complete Membership Application, scan and email back to me. Mail Check or money order to
            a. NBCFAE National Treasure. 6430 Jones Road. College Park, GA 30349
            b. I will include each you in our chapter database
   m. Why should you become a member?
      1. Website
      2. The fact that we are having this telcon detailing specific infonnation which could drastically change your circumstances indicates that we are heavily concerned your future as an ATCS in the FAA.
      3. The NBCFAE is the la rgest , most successful and influential employee association in the agency. We exist because of people like you - potential and/or associate members lookin g for FAA

        careers. We exist because of people like me - Active members that are constant in need of professional development and mentorship.
4. The question is not why should you join, the question is why should you not, because you have nothing to lose but a career in the FAA as an air traffic control specialist to gain. Let us label you,

VII. RECAP the high-lit infonnation.
VIII. Questions
    a. Ask in the order those who called in on the telcon.
    b. Be specific, direct, and very on your question.
    c. These Q&A's, and the minutes of this telcon, will travel throughout the country to other Regional Presidents. This infonnation will be used for them to host telcons throughout their region so your question may help them address concems before they are asked.
    d. Do not let us move on without your question being answered.

IX. Conclusion