UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA,

    *Plaintiff*,

  v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

    *Defendant.*

Civil Action No. 16-2227 (DLF)

## NOTICE OF WITHDRAWAL OF PLAINTIFF ANDREW J. BRIGIDA'S THIRD AMENDED COMPLAINT

On September 4, 2018, Plaintiff, Andrew J. Brigida, filed a Third Amended and Supplemental Class Action Complaint for Declaratory and Injunctive Relief. Dkt. 58. Plaintiff Brigida now files this Notice to inform the Court and all Parties of Record that he is withdrawing his previously filed Third Amended and Supplemental Class Action Complaint for Declaratory and Injunctive Relief.

DATED: September 5, 2018

Respectfully submitted,

/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
Christian B. Corrigan (KS Bar No. 25622), *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com
ccorrigan@mountainstateslegal.com

                        Michael W. Pearson (AZ Bar No. 016281). *pro hac vice*
                        Curry, Pearson, & Wooten, PLC
                        814 West Roosevelt
                        Phoenix, Arizona 85007
                        (602) 258-1000
                        (602) 523-9000 (facsimile)
                        mpearson@azlaw.com

                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2018, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF THIRD AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

>Michael Drezner
>Michael.L.Drezner@usdoj.gov

/s/ William Perry Pendley

William Perry Pendley (D.D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com

3