UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA,

    *Plaintiff*,

  v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

    *Defendant.*

Civil Action No. 16-2227 (DLF)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that U.S. Department of Justice Senior Counsel Galen Thorp hereby enters his appearance in this matter on behalf of Defendant.

Dated: September 5, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Galen N. Thorp    .
GALEN N. THORP (VA Bar No. 75517)
Senior Counsel
MICAEL DREZNER (VA Bar No. 83836)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
(202) 514-4781 (phone)
(202) 616-8470 (facsimile)
galen.thorp@usdoj.gov
*Counsel for Defendant*