# Exhibit 1

From: terry.cra ft@ faa.oov [terry.craft @faa .gov]
Sent: Friday, February 08, 2013 6:30 AM
To: Ramon Claudio
Cc: afsll@uaa.alaska.edu ; anau_mann@m dc.edu; asikora@b roward.edu ; Bren t.Spencer@era u.edu; csco tt @greenriver.edu ; Coynea 7e@erau.edu ; danm@hesston.edu ; donofri j@dowling.edu ; drechsel@ae ro.und.edu; dwil liams @ccbcmd.edu ; dw il t@fit .e du; Deborah.abingdon@ ro swell.enmu.edu ; gwescott @t u!sacc.edu; jeichelberger@ccbcmd.edu ; jmerkt@i u.ed u; Jim.Scott @cc bc.edu ; kuhlmank @msudenver.edu ; linda.bracewe 1l@ mlnneapolis.edu; lwllkin2@aims.edu ; mike.dem l@mi nneapolis.ed u; mmcfarl 2@ken t. edu; mnolan@p urdue.edu; mt franqui@gm ail.co m; Margare t. browning @ham ptonu.edu; parrotwi@ lewisu.edu ; ron.f errara@m tsu.edu; rpace@mgc.e du; rroqus @m tsac. edu; ryan.seiler @w mich. edu; sam. fischer@fscj.e du; sdaum @mtsac.e du; sharon.devivo@vaughn.edu ; slanderson @stclo udstate.edu ; stephenwest@ou.edu ; Seanfort ier @letu .edu ; vern e.l atha m@as u.edu: Webb, Donnetta; Peter Wyman; " > "@faa .gov ; afach@uaa.alaska.edu ; ancds@uaa .alaska .edu ; aviation@greenrlver.edu ; Alber t.cu lp@tstc.edu ; beverly.byrdsong @hamptonu .edu ; broganwi@lewisu.edu ; Barb.soleta@aim s.edu ; Brad.Sherman@tstc.edu ; car ey. freeman@hamptonu.edu ; ccheatu m@f scj.edu ; ckomsa@ccbcm d.edu ; dbraun1@ broward.edu ; dcushwa @uaa.alas ka.edu ; dgalllon@fscj.e du ; dlewis4@mdc.edu; Dusty.lewis@roswell .enmu .edu; flealr@erau.e du; forrest j@m sudenver.edu ; gcomollo @greenriver.edu ; gregory.mcgu ir k@erau.e du; greverdi@ fjt aviatio n.com; gzlotky@m tsu.edu; hayden scott (a)dwc.edu; Ida, Richard; j boerger@ken t. edu ; jcain @fi t. edu ; john.gilding@asu.edu ; joseph.gridley@asu.edu ; j shakesp@broward .edu ; juan .salmon@roswell. enm L1.edu ; JCALAF@bayamon.inter .edu ; koplinkl @dow ling .edu ; lstephe4@aim s.edu ; Miller, Scott; mtsuatc@mtsu.edu ; mumm eb6e@erau.edu ; mwi llet@ju.edu ; Mary.Niemczyk@asu.edu ; rcharles@ mgc.edu ; rpcapozzi @uaa.alaska.ed u; ryates@j u.edu; RBanc roft@tu lsacc.edu ; Rosalinda.Herrera@tstc.edu ; Rusty.Chandler@cecllai rport. com ; sandraz@hesston.edu ; sa ndyt@hesston.edu ; senglish@b roward.edu ; smithabc@erau.edu ; streitmi@lewisu.edu ; Sshackelfor d@mtsac.edu; SteveKintner@letu.edu ; trena.mathis@minneapolis.edu
Subject: Re: URGENT REQUEST: CTI Diversity initia t ives

Ramon;

The panel sees the application but does not see anything that is prohibited in sele ct ing based on merit that is anything that is prohibited.

By law the FAA or any other employer can not select an applicant based on race, color, creed, national origin, sex, and in our case and most companies, sexual orientation (Government Executive Order (Clinton 1992), not law).

The issue we have is ensuring those applying and found qua lified represent diversit y, wh ich hopefully means the applicant "pool" is diverse. If we select as we are bound to, by "merit" without reg.ard to the factors mentioned above, then the selections will hopefully represent the diversity of the pool.

My objective, should it be true, is to demonstrate that the CTI pool is as diverse as the other hiri,ng pols im:luding VRA and Gen Pub. There is a perception that it is not. So far I do not see this as true, so I need data to back this up before perception becomes perceived truth.

I am attempting to demonstrate, again if true, that the CTI future hiring pool is as or more

diverse, and the 36 schools do more to reach those communities than we, the FAA, or anyone else can do.

I hope that helps everyone understand what I am doing and how important it is.

Terry


Terry L. Craft
AJI-216 Manager External Training Initiatives
Air Traffic Collegiate Training Initiative
www.faa.gov/go/atcti <http://www.faa.gov/go/atcti>
Tech Ops Collegiate Training Initiative
Flight Deck Training
Out of Agency Training
202.385.6788 (Office)
202.578.7627 (Mobile)


-----Ramon Claudio <ramon.claudjo@tstc.edu> wrote: -----

To: **Terry Craft/AWA/FAA@FAA**
From: Ramon Claudio <ramon.claudio (ci)t stc.edu>
Date: 02/08/2013 08:57AM
cc: afsll@uaa.alaska.edu, anaumann@mdc.edu, iJSikora@broward.edu, Brent.Spencer@erau.edu, cscott@greenriver.edu, Coynea7e@erau.edu, danm@hesston.edu, donofrii@dowling.edu, drechsel@aero.und.edu, dwilliams@ccbcmd.edu, dwllt@fit.edu, Deborah.abing don@roswell.enmu.edu, gwescott@tulsacc.edu, jeichelberger@ccbcmd.edu, jmerkt@ju.edu, Jim.Scott@ccbc.edu, kuhlmank@msudenver.edu, linda.bracewell@minneapolis.edu, lwilkin2@a.ims.edu, mike.deml@minneapolis.edu, mmcfarl2@kent.edu, mnolan@purdue.edu, mtfrangui@gmail.com, Margaret.browning@hamptonu.edu, parrotwi@lewisu.edu, ron.ferrara@mtsu.edu, rpace@mgc.edu, rrogus@mtsac.edu, ryan.seiler@wmich.edu, sam.fischer@fscj.edu, sdaum@mtsac.edu, sharon.devivo@vaughn.edu, slanderson@stcloudstate.edu, stephenwest@ou.edu, Seanfortier@letu.edu, verne.latham@asu.edu, webbd@scc.losrios.edu, wyman peter@dwc.edu, afach@uaa.alaska.edu, ancds@uaa.alaska.edu, aviation@greenriver.edu, Albert.culp@tstc.edu, beverly.byrdsong@hamptonu.edu, broganwi@lewisu.edu, Barb.soleta@aims.edu, Brad.Sherman@tstc.edu, carey.freeman@hamptonu.edu, ccheatum@fscj.edu, ckomsa@ccbcmd.edu, dbraunl@broward.edu, dcushwa@uaa.alaska.edu, dgallion@fscj.edu, dlewis4@mdc.edu, Dusty.lewis@roswell.enmu.edu, fieglr@erau.edu, forrestj@msudenver.edu, gcomollo@greenriver.edu, gregory.mcguirk@erau.edu, greverdi@fitaviation.com, gzlotky@mtsu.edu, hayden scott@dwc.edu, idar@scc.losrios.edu, jboerger@kent.edu, jcain@fit.edu, john.gilding@asu.edu, joseph.gridley@asu.edu, jshakesp@broward.edu, juan.salmon@roswell.enmu.edu, JCALAF@bayamon.inter.edu, koplinkl@dowling.edu, lstephe4@aims.edu, millers@scc.losrios.edu, m t suatc@mtsu.edu, mummeb6e@erau.edu, mwillet@ju.edu, Mary.Niemczyk@asu.edu, rcharles@mgc.edu, rpcaoozzi@uaa.alaska.edu, ryates@ju.edu, RBancroft@tulsacc.edu, Rosalinda.Herrera@tstc.edu, Rusty.Chandler@ceciIairport.com, sandraz@hesston.edu, sandyt@hesston.edu, senglish@broward.edu, smithabc@erau.edu, streitmi@lewisu.edu, Sshackelford@mtsac.edu, SteveKintner@letu.edu, trena.mathis@minneapolis.edu

Subject: Re: URGENT REQUEST: CTI Diversity initiatives

Terry,

The overwhelming efforts and initiatives that all CTI schools have leave no doubt that we are reaching out to everyone; however, I have to wonder if the FAA is doing the same. From my understanding of how the hiring panels operate is that the only information the panel members see are names, AT-SAT Scores, GPA, and whatever the student writes in a small comments section of the application. How can the FAA explain that they are looking for diversity yet they blind the very people who are supposed to hire a more diverse workforce by hiding diversity information from the hiring panel members?

Can you please clarify what information the hiring panel members see of each applicant?

Ramon

On Fri, Feb 8, 2013 at 6:43 AM, <terry.craft@faa.gov   < m ail to: terry .craft@faa.g ov > > wrote:
CTI Partners;

As I have briefed in the past I am working on the CTI Diversity report that will be pushed up to the highest levels of the FAA.

As l have noted before, I am overwhelmed at the werk that you do to reach out to those in under served communities and expose the profession to those who may not be aware of it.

I have compiled all the data that was collected and most important all the initiatives you have worked on this school year. I have transposed them from your evaluations into a single document that will accompany the data. (ATTACHED) I did not alter them, only formatted. Additionally I am going to write a preface to the report that will highlight the CTI commitment through your actions.

Most of you were very detailed in your evaluations and some, did just as asked and answered the question. I want to give you the opportunity to update and add any additional initiatives you may have so I can include them in the report that is being sent up next Friday.

If you have anything new or want to expand on the simple "yes" "no" answers send it to me in a word document no later than COB Tuesday 2/12/2013. I will update the report and add the information to your 2012-13 evaluations.

I can not stress enough how important it is to us for you to do what you do, I absolutely need to demonstrate this to those way way above.

Thanks again as always for being so responsive!

Terry


Terry L. Craft
AJI - 21 6 Manager External Training Initiatives
Air Traffic Collegiate Training Initiative

www.faa.gov/go/atcti <http://www. faa.gov/go/atcti >
Tech Ops Collegiate Training Initiative
Flight Deck Training
Out of Agency Training
202.385.6788< tel: 202.385.6788 > (Office)
202.578.7627< l el : 202.578.7627 > (Mobile)

[http://www. waco.tstc.edu/docs/2194.jpg]
Ramon Claudio
ATC Department Chair
Texas State Technical College
3801 Campus Drive
Waco, Texas 76705
Office: 254-867-2086
Mobile 254-523-7519
Email: ramon.claudlo_@tstc .edu< mailto: ramon.claudlo@tstc.edu>

"This email may contain the thoughts and opinions of Ramon Claudio and does not represent official Texas State Technical College-Waco policy."