# Exhibit 3

February 10. 2010

## National Black Coalition of Federal Aviation Employees
## MD-715 Compliance Effort
### TALKING POINTS

BACKGROUND: In late 2008, NBCFAE sent a letter to the FAA Office of Civil Rights requesting a copy of each of the last five years' MD-715 Report from FAA to the Equal Employee Opportunity Commission (EEOC). The FAA responded to that request by sending the reports for years 2004, 2005, 2006, and 2007. Upon receipt of those reports, the NBCFAE contracted with Dr. Herbert \tVong and Associates to conduct an expert analysis of that Information. That analysis was completed and the associated report was delivered to NBCFAE in the summer of 2009. Among the many conclusions drawn from that analysis, the followit,g Hems stood out:

> The FAA/DOT Is the least diverse agency/depattment, when compared to all the Executive Branch Departments In the Federal Government.

> The FAA/DOT has the lowest Percentage of Minority Employees In the Federal Civilian Workforce, when compared lo all other Executive Branch Deparlmenls In lhe Federal Government.

> Afrir..an Americans constitute 9.47 percent of the FAA Workforce as compared to 17.6 percent in the Federal Civilian Workforce. Thus, the FAA would be required to increase their complement of African American employees by 8.13 percent to reach parody with the f=ederal Civilian Workforce.

That Information was very compelling and prompted the NBCFAE National Executive Board to seek cause{s) for the sustained und-errepresentation of minoriti s at,d vl()men Within FAA.

In July of 2009, we senl an introductory letter lo lhe FAA Administrator, and requested to meet with hltn concernlng disparate treatment and under-representation In FAA. That request was denied, ,md we were Ir)formed the Adminlslrator would not meet it)dMdually wlth Employee Associations, However, he would continue the pracfice of meeHng with all ernployee association rep1·ese1 tatlves jolntly, at the Na.tlonel Employee Forum. That ansiNer was nol a.cceptable to the Natlonal Executive Board.

So, in October 2009, the board sent a follow-up leller lo the Secretary of Transportation, and lhe FAA Admin!slralor, ihal leller outlined our position lhat FAA Is not In compliance wilh cer1aln provisions of lhe EEOC's Management Directive (MD) 715, or lhe U.S. Supreme Court declsiot,s related to the Adarand Construotlo1, Inc. v. Pena, and the City of Richmond VJ.A. Croson Ca. We, agaln, requested ta meet with lhe FAA Administrator. *(n:w spt."Cifics of tooseck.·•cfsirms will bep faced on our website)*

## WHAT IS MD-715?

Management Directive 715 (MD-715) is the policy guidance which the Equal Employment Opportunity Commission (EEOC) provides to federal agencies for their use in establishing an2.ooalOJ.!J.IDlrJg effective programs of equal employment opportunity under Section 717 of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 20000 *et seq.*, and Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act). as amended. 29 U.S.C. § 791 *et seq.* MD-715 provides a roadmap for creating effective equal employment opportunity (EEO) programs for all federal employees as required by Title VII and the Rehabilitation Act. It also sets forth the general reporting requirements for all federal agencies. MD715 took effect on October 1, 2003.

## WHY SHOULD WE BE CONCERNED ABOUT THEIR NON-COMPLIANCE?

Under-representation of minority, women, and disabled employees is apparent in the FAA workplace. a use of the agency's failure to comply with the provisions of MD-715, there is no actionable plan to effectively address those conditions. Thus, we continue to experience huge disparities in Hiring, Selections, Promotions, Pay, Awards, and Training/Development Opportunities, as compared to other federal employees.

## WHAT ARE WE DOING?

A group of senior members of NBCFAE. (TEAM 7) drafted a plan to move the FAA towards the desired diversity in their workforce. In January 2010 that plan was approved by the National Executive Committee. While we will not reveal the run details of that plan, the following initiatives have been completed or are now in progress:

> As indicated above, we requested to meet with FAA Administrator Babbitt. That request was denied. However on February 4, 2010 we met with official of FAA. The results of that meeting will be forthcoming. Meeting participants were:

### Federal Aviation Administration

Fanny Rivera, Associate Administrator for the Office of Civil Rights

Ventris Gibson, Associate Administrator for the Office of Human Resources

Jerry Melody, Attorney for the Office of General Counsel External Affairs

Julia Rhodes, Attorney for the Office of General Counsel, Personnel and Labor Law

### National Black Coalition of Federal Aviation Employees

Shaun Sanders, National President

Roosevelt Lenard, National Vice President

Margaret Bonles, Washington Headquarters Regional President

Rolland Sa,glt, EEO Action Committee Chairperson

We have re-directed a portion of our National Operational Budget to support this effort.

We are building a coalition of supporters from entities, outside the FAA, that possess the power to Influence the FAA to do what Is legally required, and right for its employees. The first organization to slgnup Is the Reverend Jesse Jackson and Rainbow PUSH. Other Organizations we hope to bring on board illciude the NAACP, National Urban League, and Blacl<s•ln..Government.

We are contacting selected U.S. House and Senatorial Representatives about the ongoing problems$ and requesting their assistance to call the FAA to task.

We are re-initiating our efforts to gather information concerning discriminatoty practices in 1he FAA.

We are re•tooling our EEO Complaint 1raining in order to educate members on more enective ways to address their EEO issues and/or successfully navigate the EEO Complalnl process.

**WHAT CAN YOU DO?**

Become intimately tammar with the etto1i and be prepared to discuss it with others. (Members and Non members)

Join other clvlt tlghts based groups such es the Rainbow PUSH, NAACP, a11d Urban League, at the local level.

Go to our new Website. Tailor the contact letter lo fit your needs. Print the letter and mall lt to your respective congressional representatives.

Document the specifics of your personal experiences co11eerning FAA discriminatory practices, and send that information to:

*Mr. Rooafd Ba{Jfey*
*NBCFAE EEO Action Chairperson*
*2'/ 20 61'8.nd Gleaton Pass*
*Conyers, GA 30013*
*Cell (770) 815-6885*
*Fax (770) 78,5-6767*
*Em;.111:* Ron td.Ba.g1Hy@mbcfae.org
       Bagss m@aoLcom

Leam 1he EEO prncess fol' yourself.  Be avallable and participate in lhe NBCFAE provided EEO Complaint lralnlr)g.