UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No. 16-2227 (DLF) |

**UNOPPOSSED MOTION FOR RETROACTIVE EXTENSION OF TIME TO AMEND**

Plaintiff, Andrew J. Brigida, humbly asks that—due to last-minute technical complications—the Court retroactively grant Plaintiff an extension of time to file its Motion for Leave to File Amend Complaint as required by Local Rule 15.1 and the Court's October 12, 2018 Order. The grounds for granting this motion are as follows:

1. This Court ordered Plaintiff to file his motion for leave to file an amended complaint by October 22, 2018. Dkt. 66.

2. Counsel for Plaintiff made a good-faith effort to comply with this deadline, but experienced technical glitches at the last minute, which caused the proposed Amended Complaint, as required by Local Rule 15.1, to be filed 16 minutes late, and without exhibits. *See* Dkt. 67, 68.

3. Plaintiff's counsel encountered last-minute technical issues with converting the Third Amended Complaint from a Word document to a PDF document as required by the Court's ECF system.

4. Plaintiff's counsel was eventually able to convert and file the Amended Complaint,

but without exhibits, and 16 minutes after the Court's deadline.  *See* Dkt. 68.

5. As a result, Plaintiff's filing was in violation of this Court's October 12, 2018 order and Local Rule 15.1.

6. The exhibits Plaintiff wished to attach to his Third Amended Complaint are identical to the exhibits Plaintiff attached to his Second Amended Complaint.

7. Under the circumstances, Plaintiff asks for the Court's forgiveness and understanding and that the Court treat Plaintiff's Motion for Leave to Amend, Dkt. 67, and the proposed Amended Complaint, Dkt. 68, as timely filed, and give Plaintiff leave to supplement that filing with the aforementioned exhibits.

8. In the alternative, the Court could grant Plaintiff very brief grace period to immediately re-file his Motion for Leave and proposed Third Amended Complaint with the referenced exhibits.

9. Plaintiff recognizes the inconvenience he has caused the Court and apologizes for the situation.

10. Plaintiff will immediately comply with however the Court instructs Plaintiff to cure the errors.

11. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel has conferred with counsel for Defendant on this Motion.

12. Defendant's counsel advised that they take no position on Plaintiff's Motion, and thus, do not oppose it.

13. Pursuant to Local Civil Rule 7(c), a Proposed Order is attached to this Motion. However, Plaintiff leaves it to the Court's discretion on the best way to cure the error, should the

Court grant the Motion.

DATED: October 23, 2018                     Respectfully Submitted,


/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
Christian B. Corrigan (KS Bar No. 25622), *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com
ccorrigan@mountainstateslegal.com

Michael W. Pearson (AZ Bar No. 016281). *pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of October 2018, I caused a true and correct copy of the foregoing **UNOPPOSSED MOTION FOR RETROACTIVE EXTENSION OF TIME TO AMEND** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

    Michael Drezner
    Michael.L.Drezner@usdoj.gov

    Galen Nicholas Thorp
    galen.thorp@usdoj.gov

/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com