UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA,<br><br>*Plaintiff*,<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No. 16-2227 (DLF) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR RETROACTIVE EXTENSION OF TIME TO AMEND**

This matter having come before the Court on Plaintiff Andrew J. Brigida's Motion for Retroactive Extension of Time to File his Motion for Leave to Amend Complaint, and this Court having reviewed the Motion and good cause being show, IT HEREBY ORDERED that the Motion is Granted.

IT IS FURTHER ORDERED that Plaintiff shall, by _____, cure any filing defects in his Third Amended Complaint.

DATED this _____ day of _____2018

_____
United States District Judge

.

1