**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
ANDREW J. BRIGIDA, et al.,            )
                                                            )
               Plaintiffs,                 )
                                                            )
       v.                                              )    Civil Action No. 16-cv-2227 (DLF)
                                                            )
ELAINE L. CHAO, Secretary, U.S.    )
Department of Transportation,          )
                                                            )
               Defendant.                )
_____)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendant Elaine L. Chao, Secretary of the U.S. Department of Transportation, files this motion for an extension of the deadline to respond to Plaintiffs' forthcoming Motion for Class Certification. In support of this Motion, Defendant avers the following:

      1.      On October 12, 2018, this Court ordered Plaintiffs for file a motion for class certification on or before November 12, 2018.

      2.      Pursuant to Local Rule 7(b), Defendant's response to the motion will be due on or before November 26, 2018.

      3.      However, Defendant needs additional time to adequately respond to Plaintiffs' motion. Counsel for Defendant, Michael Drezner, will be out of town for pre-scheduled personal travel for the seven day period from November 24-December 1. In addition, counsel for Defendant, Galen Thorp, will be traveling from November 28-29. Relevant agency counsel and agency personnel with factual knowledge will be unavailable a significant portion of the week preceding November 26 due to the Thanksgiving holiday.

4. In order to provide sufficient time for the undersigned to confer with agency counsel and other agency personnel regarding the factual and legal claims in Plaintiffs' motion for class certification, and to complete the internal review process for government briefs, Defendants respectfully request an extension of 21 days to respond to Plaintiffs' motion, on or before December 17, 2018.

5. Plaintiffs will not be prejudiced by this extension because Plaintiffs' motion is the only scheduled deadline, and a three week extension will not affect any substantive interest Plaintiffs may possess. Undersigned counsel conferred with Plaintiffs, through counsel, and Plaintiffs have consented to the instant request.

DATED: November 9, 2018

JOSEPH H. HUNT
Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL DREZNER (VA Bar No. 83836)
Trial Attorney
GALEN N. THORP (VA Bar No. 75517)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St. NW
Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: michael.l.drezner@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Michael Drezner*
MICHAEL DREZNER