## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, Secretary, U.S. )<br>Department of Transportation, )<br>)<br>Defendant. )<br>) | Civil Action No. 16-cv-2227 (DLF) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that Defendant will file its opposition to Plaintiffs' Motion for Class Certification on or before **December 17, 2018**

**SO ORDERED.**

DATED: _____, 2018        _____
                                                                                        UNITED STATES DISTRICT JUDGE