UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, POLLYANNA L. WANG, SUZANNE M. REBICH; MATTHEW L. DOUGLAS-COOK

*Plaintiffs*,

v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

*Defendant.*

Civil Action No. 16-2227 (DLF)

**PLAINTIFFS' NOTICE OF ERRATA**

Plaintiffs, Andrew J. Brigida, Pollyanna L. Wang, Suzanne M. Rebich, and Matthew L Douglas-Cook, by and through their undersigned counsel, provide notice to the Court and other parties of the following errors contained in Plaintiffs' Third Amended Complaint, ECF No. 68.

1. Paragraph 63 of the Third Amended Complaint incorrectly states: "On or about January 27, 2015, FAA HR Official Bostick assured NBCFAE National President Lenard that the Register would be "purged" and none of these post-assessment applicants would be offered a letter of employment. *Id.*"  The date should be corrected to January 27, *2014* to read: "On or about January 27, 2014, FAA HR Official Bostick assured NBCFAE National President Lenard that the Register would be "purged" and none of these post-assessment applicants would be offered a letter of employment. *Id.*"

2. Paragraph 90 of the Third Amended Complaint incorrectly states: "On April 1, 2013, while attending an FAA approved CTI Institution, ASU, Plaintiff Wang took, and successfully passed, the AT-SAT assessment with a score of 89.2."  The date should be

corrected to *May 1, 2012* to read: "On May 1, 2012, while attending an FAA approved CTI Institution, ASU, Plaintiff Wang took, and successfully passed, the AT-SAT assessment with a score of 89.2."

3. Exhibits to Third Amended Complaint: As explained in Plaintiff's Motion for Extension of Time to Amend, ECF No. 69, Plaintiffs encountered last-minute technical issues with filing their Third Amended Complaint. These issues caused the Third Amended Complaint to be filed without the corresponding Exhibits. These Exhibits were identical to the Exhibits filed for Plaintiffs' Second Amended Complaint. These Exhibits are hereby attached as Exhibits to this Notice of ERRATA.

DATED:  November 12, 2018          Respectfully submitted,

/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
Christian B. Corrigan (KS Bar No. 25622), *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com
ccorrigan@mountainstateslegal.com

Michael W. Pearson (AZ Bar No. 016281). *pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2018, I caused a true and correct copy of the foregoing **NOTICE OF ERRATA** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to counsel of record in this matter.

/s/ William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wppendley@mountainstateslegal.com