# Exhibit 1

16-2227-DLF  PLA0034

 Federal Aviation
Administration

# AIR TRAFFIC COLLEGIATE TRAINING INITIATIVE (AT-CTI) PARTNERSHIP AGREEMENT

## This partnership is between the Federal Aviation Administration and

**PARTNERSHIP AGREEMENT SIGNATORIES.** As signatories to this agreement, we the undersigned on behalf of the organization which we represent accept the criteria and policy established for the AT-CTI program.

Ezekiel Jenkins
Manager
Air Traffic Controller Training and Development Group, AJL-11

Date

Date

16-2227-DLF PLA0035



U.S. Department
of Transportation
**Federal Aviation
Administration**

# AIR TRAFFIC COLLEGIATE TRAINING INITIATIVE (AT-CTI)
# MANAGEMENT GUIDE

**BACKGROUND.** The Air Traffic Collegiate Training Initiative (AT-CTI) is a non-funded program designed to establish partnerships with educational institutions and to broaden employment opportunities in the aviation industry. While AT-CTI graduates are not guaranteed employment, the FAA considers the AT-CTI program a valuable hiring source for Air Traffic Control Specialists (ATCS).

AT-CTI students are required to achieve a passing score on the Air Traffic Selection and Training (AT-SAT) test battery, attend the FAA Academy, and successfully complete initial qualification training.

The AT-CTI school acknowledges its role and responsibilities in the AT-CTI program. Schools are expected to teach subjects that encompass the FAA's Air Traffic Basics Course; ensure graduates have a broad knowledge of the aviation industry; and possess the requisite knowledge, skills, and abilities to succeed in training.

**PURPOSE.** The intent of this document is to outline policies, roles and responsibilities of the FAA and the participating AT-CTI schools.

**AT-CTI SCHOOL RESPONSIBILITIES.** AT-CTI schools provide the FAA graduates who have successfully completed a FAA-approved AT-CTI program and have received a non-engineering aviation degree that includes curriculum that satisfies the Air Traffic Basics course teaching objectives. In addition, AT-CTI schools shall:

- Ensure that AT-CTI-related advertising accurately reflects the intent of the AT-CTI program, including employment opportunities.

- Ensure that their faculty is knowledgeable of the curriculum and current air traffic control policies.

- Provide guidance and counseling for students in all aspects of the AT-CTI program.

- Construct and administer a comprehensive test of all AT Basics subjects using a testing process equivalent to that used at the FAA Academy. The FAA test blueprint will be provided. Students must achieve a minimum score of 70% on an AT Basics comprehensive test prior to recommendation to the FAA.

I

16-2227-DLF  PLA0036

**AT-CTI SCHOOL RESPONSIBILITIES** *(Continued)*

AT-CTI schools will provide the FAA the following information:

- Student test scores
- An institutional recommendation for employment for each student
- A current list of the non-engineering aviation degree programs
- Major changes made to the approved degree program(s) and curriculum.

In addition, the following information will be provided quarterly:
- Number of students enrolled in the AT-CTI program
- Number of graduates recommended to the FAA

**FAA RESPONSIBILITIES.** The FAA will test the students' AT Basics knowledge upon arrival for Initial En route or Tower Cab training. In addition, the FAA will:

Track performance of AT-CTI schools

Communicate pertinent information related to the AT-CTI program

Provide the following information to the AT-CTI schools:
- AT Basics Curriculum and AT Basics Test Blueprint
- Aggregate AT Basics Readiness test scores, quarterly.
- Semi-annual report that includes the following:
  - AT-CTI Basics Readiness analysis. This analysis provides the following data:
    - → The academic ranking of the AT-CTI student performance
    - → AT Basics Readiness scores by topic and school

2

16-2227-DLF  PLA0037

**CERTIFICATION GUIDELINES.** Participating AT-CTI schools will be monitored throughout the year.

- **Full Certification.** Full certification is granted to applicants who apply and meet the qualifications written in the AT-CTI Institution Participation Guidelines.

- **Provisional Status Entry.** Provisional status entry into the AT-CTI program will be granted to first time applicants who apply and meet the qualifications written in the AT-CTI Institution Participation Guidelines. The applicant must apply for full certification within one year by submitting an application and responding to components I through V.

- **Probationary Guidelines.** The following actions can lead to a school being placed on one year probation.

  - Application by a current fully certified program that does not meet the deadline and qualifications written in the AT-CTI Institution Participation Guidelines.

  - Unresponsiveness to FAA requests for student data or program information.

  - The average number of graduates of the aviation program drops below 25 per year.

  - Consistent AT Basics Readiness test failures.

  - Violation of the terms of the management guide.

  - Actions that reflect negatively on the FAA and the AT-CTI Program.

- **Re-Certification.** Schools must apply for re-certification as required. The re-certification process will be conducted in the same manner as the certification process.

- **Decertification/Termination.** The following are grounds for decertification/termination. Schools must wait two years before they can reapply.

  - Loss of accreditation

  - Non-engineering aviation degree is no longer offered

  - Schools that apply for full or re-certification and do not meet the qualifications written in the AT-CTI Institution Participation Guidelines.

  - Multiple violations of the guidelines

**GENERAL CONDITIONS.** This management guide can be modified only by written amendment.

Any difficulties arising as a result of this guide should be referred to the Air Traffic Controller Training and Development Group, AJA-51.

School's wishing to withdraw from the AT-CTI Program should notify AJA-51 in writing.

The AT-CTI Program is governed by policy and procedures which are identified in Appendix 1 of this document. Copies of policy are in attachments 1 – 7.

16-2227-DLF  PLA0038

**APPENDIX I**

**POLICY.** The following Human Resource Management policies should be used in conjunction with the provisions of this Partnership Agreement.

- HROI, Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures
- HROI, Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates
- EMP-1.10, Permanent External Hiring
- HRPM EMP-1.11, Temporary External Hiring
- HRPM EMP-1.20, Maximum Entry Age For Air Traffic Control Specialists
- Volume I: Employment - EMP-1.7 (Series 2152), Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options
- EMP-1.7, Qualification Requirements
- HROI, Applying Veterans Preference

   **NOTE:** Go to the following website for detailed information:

   https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/

**AT-CTI MANAGEMENT.** The AT-CTI program is managed as follows:

The Office of Acquisition & Business Services, ATO-A, within the Air Traffic Organization (ATO), is responsible for acquisition policy, contracting, and quality assurance services. It also provides information technology services and human resource management services. In addition, it oversees flight services program operations, workforce development and controller training.

The Air Traffic Controller Training and Development Group, AJA-51, within the ATO-A, manages the AT-CTI program and is the liaison between the participating AT-CTI schools and the FAA.

- AJA-51 is responsible for the following:

  – Conducting the annual application, certification, re-certification, and de-certification processes;

  – Monitoring communication and notification of AT-CTI Program schools regarding program requirements and changes;

  – Reviewing and summarizing the performance of the AT-CTI Program.

- The Office of Human Resources Management Programs and Policies, AHP-300, supports ATO-A by developing and managing issues and policies relating to the qualifications, recruitment, and employment of AT-CTI graduates.

16-2227-DLF  PLA0039

**AT-CTI MANAGEMENT** *(Cont'd)*

- The Aviation Careers Division, AMH-300, within the Office of Human Resource Management:

  - Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI inventory, and authorizes pre-employment testing of all AT-CTI students.

  - Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.

- The Office of Aerospace Medicine, AAM-1, develops policy and manages the medical clearances for AT-CTI graduates.

- The Assistant Administrator for Security & Hazardous Materials, ASH-1, develops policy and manages the security clearances for AT-CTI graduates.

**MANAGEMENT OF THE AT-CTI INVENTORY.** AMH-300 is responsible for the overall management of the AT-CTI Inventory.

> **NOTE:** Go to the following website for detailed information:
>
> https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/atctisop/

**REMOVAL FROM THE AT-CTI INVENTORY.** There are several ways a candidate will be removed from the AT-CTI Inventory including:

- The FAA approved AT-CTI school official does not recommend the candidate.

- The candidate does not achieve a passing score on the Air Traffic Selection and Training (AT-SAT) test battery after two consecutive attempts.

- The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.

- The candidate reaches age 31.

- The candidate fails to meet the basic qualification requirements for AT-CTI graduates.

16-2227-DLF  PLA0040

**BASIC QUALIFICATION REQUIREMENTS FOR AT-CTI GRADUATES.** To be considered for employment with the FAA, AT-CTI graduates must:

- Successfully complete the FAA approved AT-CTI Program including:
  - Receipt of a degree from a FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.
  - Receipt of an institutional recommendation for employment from an authorized school official.
- Be a United States citizen at the time of application for the AT-SAT test battery.
- Achieve a passing score (70 or above) on the AT-SAT test battery.
- Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.
- Meet FAA medical, security, and suitability requirements.
- Successfully complete an interview to determine whether the candidate possesses the necessary personal characteristics and the ability to clearly speak English.

**EMPLOYMENT OF AT-CTI GRADUATES.** Selected candidates will be hired as Air Traffic Control Specialists in the Terminal or En Route option at the FG-2152-01 level. The appointment will be full time temporary, not to exceed 13 months. They will earn annual and sick leave and be eligible for other federal benefits.

En Route & Oceanic Services, ATO-E and Terminal Services, ATO-E establish the hiring requirements and are responsible for selection and placement.

The candidates are required to attend training at the FAA Academy located at the Mike Monroney Aeronautical Center in Oklahoma City, Oklahoma.

- They will be responsible for paying their own lodging and other expenses.
- The FAA will pay for the cost of travel to and from Oklahoma.

AMH-300 is responsible for initiating the employment process.

- Candidate interviews will be coordinated by the AMH-300, in conjunction with ATO-E and ATO-T.

Security clearances are initiated with the tentative offer of employment.

- The regional Security Division will administer security adjudications for AT-CTI candidates.
- Suitability adjudications will be made in accordance with applicable agency guidance.

Candidates must pass an Air Traffic Control Specialist medical examination prior to employment.

- Medical clearances are initiated with the tentative offer of employment.
  - Additional information can be found in FAA Order 8500.2, FAA Job Required Medical Examinations/Drug Screens.

3

**ELIGIBILITY REQUIREMENTS FOR AT-CTI GRADUATES.** Candidates hired through this program by-pass the Air Traffic Basics Course.

- **AT-CTI Eligibility:** Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.

- **Extending AT-CTI Eligibility:** Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.

  **NOTE:** Go to the following website for detailed information:

  https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/actcieligibility/

- **Establishing Eligibility for Previous AT-CTI Graduates:** Students who graduated from an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

  - The candidate is within two years of their graduation date.

    (AT-CTI graduates, who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)

  - The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates.

  - The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

  - The candidate will take the AT-SAT test battery.

  - The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

  - Candidates may apply for an eligibility extension in accordance with extending AT-CTI Eligibility above.

- **Reapplying to the AT-CTI Program:** Candidates previously hired through the AT-CTI Program cannot reapply through this hiring source.

  **NOTE:** Go to the following website for detailed information:

  https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/atctisop/

4

16-2227-DLF  PLA0042

**ADMINISTRATION OF AT-SAT TESTING.** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. AMH-300 is responsible for coordinating AT-SAT testing for AT-CTI students.

> **NOTE:** Go to the following websites for detailed information:
>
> https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/atctisop/
>
> https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp_sup/emp-1-7_2152/

**ELIGIBILTY PERIOD.** The extension of a candidate's eligibility is in accordance with HROI - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates.

> **NOTE:** Go to the following websites for detailed information:
>
> https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/actcieligibility/

**STUDENT ACCESS TO AT-CTI PROGRAM AND HIRING INFORMATION.**
Information about the AT-CTI program will be maintained on the website below. We encourage the participating schools to persuade their students to frequently browse the website.

> **NOTE:** Go to the following websites for detailed information:
>
> Website is under construction

5

**Air Traffic Collegiate Training Initiative (AT-CTI) Management Guide**

# Appendix I
# (Partial)

# MYFAA
## Employee Site

# HROI - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

Updated: 1:42 pm ET April 30, 2007

---

**This HROI established:** April 1, 2007

**This version effective:** April 1, 2007

**Use this HROI in conjunction with:**
- HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates
- EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

---

1. **Purpose:** This document implements the Standard Operating Procedures (SOP) for the Air Traffic - Collegiate Training Initiative (AT-CTI) Program and provides instructions and guidance to all FAA offices to assist them in implementing these procedures.
2. **Background:** In 1990, the FAA established the AT-CTI program for the employment of Air Traffic Controllers. Graduates who meet the basic qualification requirements for the AT-CTI program may be considered for employment in terminal and en route facilities.
3. **Definitions:**
   a. **AT-CTI. Air Traffic – Collegiate Training Initiative:** A program established for the employment of entry level Air Traffic Controllers in the terminal and en route options.
   b. **AT-CTI Inventory:** A centralized register of AT-CTI candidates maintained by the Aviation Careers Division. The AT-CTI Inventory tracks important information about applicant eligibility including graduation date, recommendation status, and AT-SAT score. This inventory is used for placement and hiring of AT-CTI students.
   c. **AT-SAT Air Traffic – Selection and Training:** A required computer-based entrance exam for the Air Traffic Controller occupation in the terminal and en route options.
   d. **NET. Notice of Eligibility to Test:** A notice issued by the Aviation Careers Division that authorizes applicants to take the AT-SAT test.
   e. **NOTR. Notice of Test Results:** A notice issued by the Aviation Careers Division that provides the results of the AT-SAT test. This notice does not indicate employment eligibility.
   f. **On-Hold Rule:** An AT-SAT score of 70 or above will be placed in a hold status for students in the AT-CTI program until the candidate graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for three years from the candidate's graduation or eligibility date. The On Hold Rule applies to AT¬CTI candidates only.
4. **AT-CTI Program Management Responsibilities**
   a. ATO-A, the Office of Acquisition & Business Services within the Air Traffic Organization (ATO):
      i. Serves as the Program Manager for the AT-CTI program and as liaison between the colleges and the FAA.
      ii. Funds the administration of the AT-SAT test.
   b. Office of Human Resources Management Programs and Policies, AHP, supports Acquisition & Business Services by developing and managing issues and policies relating to the qualifications, recruitment, and employment of AT-CTI graduates.
   c. AMH-300, the Aviation Careers Division within the Office of Human Resource Management:
      i. Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI Inventory, and authorizes pre-employment testing of all AT-CTI students
      ii. Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.
   d. The Office of Aerospace Medicine develops policy and manages the medical clearances for AT-CTI graduates.
   e. The Assistant Administrator for Security & Hazardous Materials develops policy and manages the security clearances for AT-CTI

16-2227-DLF  PLA0045

graduates.

5. **Management of the AT-CTI Inventory:** The Aviation Careers Division is responsible for the overall management of the AT-CTI Inventory.

   a. **Establishment of the AT-CTI Inventory:** All AT-CTI schools will provide the Aviation Careers Division an electronic list students enrolled in the AT-CTI Program. This list should be provided as soon as practical after enrollment in the AT-CTI program. The list will include:

      1. Student Name
      2. Address
      3. Daytime Phone Number
      4. Nighttime Phone Number
      5. Email address
      6. Social Security Number
      7. Date of Birth
      8. Projected Graduation Date
      9. Date Additional Course of Instruction

   b. **Maintenance of the AT-CTI Inventory:** The Aviation Careers Division establishes and maintains a roster of AT-CTI students and an inventory of eligible candidates. Candidate records are updated by the Aviation Careers Division to reflect changes or corrections as reported by the student/graduate or the AT-CTI school as appropriate. Information in each record includes:

      1. Personal Information including the data listed in paragraph 5a.
      2. AT-CTI School
      3. AT-SAT Score
      4. Graduation Date
      5. Employment Eligibility Status
      6. Geographic Preference
      7. Cumulative Grade Point Average
      8. Veterans' Preference
      9. Self-Certified Citizenship
      10. Military Discharge Date

   c. **Removal from the AT-CTI Inventory:** There are several ways in which a candidate will be removed from the AT-CTI Inventory including:

      1. FAA approved AT-CTI school official does not recommend the candidate.
      2. Candidate does not achieve a passing score on the AT-SAT test after two consecutive attempts.
      3. The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.
      4. Candidate reaches age 31.
      5. The candidate fails to meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6.

6. **Basic Qualification Requirements for AT-CTI Graduates:** To be considered for employment with the FAA, AT-CTI graduates must:

   a. Successfully complete the FAA approved AT-CTI program including:

      1. Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.
      2. Receiving an institutional recommendation for employment from an authorized school official.

   b. Achieve a passing score (70 or above) on the AT-SAT test.
   c. Be a United States citizen at the time of application for the AT-SAT test.
   d. Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.
   e. Meet FAA medical, security, and suitability requirements; and
   f. Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

16-2227-DLF  PLA0046

7. **Eligibility Requirements for AT-CTI Graduates:** The AT-CTI Program is designed to provide the FAA with qualified applicants for air traffic controller positions who possess a broad-based knowledge of the aviation industry with specific education in air traffic control. Due to the education received at approved AT-CTI schools, candidates hired through this program are authorized to by-pass the Air Traffic Basics Course at the FAA Academy in Oklahoma City.

   a. **AT-CTI Eligibility:** Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.

   b. **Extending AT-CTI Eligibility:** Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.

   c. **Establishing Eligibility for Previous AT-CTI Graduates:** Students who graduated from an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

      1. (1) The candidate is within two years of their graduation date.

      **(Note: With regard paragraph 7ci, AT-CTI graduates who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)**

      2. The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6 of this document.

      3. The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

      4. The candidate may be authorized to take the AT-SAT exam.

      5. The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

      6. Candidates may apply for an eligibility extension in accordance with paragraph 7b of this document.

   d. **Reapplying to the AT-CTI Program:** Candidates previously hired through the AT-CTI Program may not reapply through this hiring source.

8. **Administration of AT-SAT Testing:** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. The Aviation Careers Division is responsible for coordinating AT-SAT testing for AT-CTI students. The following guidelines are used for the administration of AT-SAT testing:

   a. The Aviation Careers Division issues the authority for AT-CTI students to take the AT-SAT test.

   b. To qualify for AT-SAT testing, AT-CTI students must:

      1. Have completed specific coursework at the AT-CTI school indicating commitment to the program. Qualifying coursework is determined by the AT-CTI school and approved by the FAA.

      2. Be identified by an authorized school official as an AT-CTI student.

      3. Submit a signed self-certification of citizenship to the Aviation Careers Division.

      4. Be able to provide own transportation to and from the test site.

      5. Meet FAA testing parameters at time of testing.

   c. The Aviation Careers Division issues a Notice of Eligibility to Test (NET) authorizing candidates to be tested.

   d. The Aviation Careers Division provides a Notice of Test Results (NOTR) to each candidate and updates the AT-CTI Inventory to reflect the AT-SAT score.

   e. The On-Hold Rule for the AT-SAT test score is used.

   f. Candidates who take the AT-SAT exam for the first time and fail must wait one year from the date of the initial exam before retesting.

   g. Candidates who take the AT-SAT exam and achieve a passing score are not authorized to retake the test under the AT-CTI Program to improve their test score.

   h. Candidates who take the test and do not achieve a passing score after two consecutive attempts are not allowed to retake the test through the AT-CTI program. This does not preclude them from applying through other hiring methods.

   i. The second AT-SAT score will replace the first AT-SAT score regardless of the outcome.

**Employment of AT-CTI Graduates:** Employment of AT-CTI graduates in the En Route & Oceanic Service Unit and Terminal Service Unit is in accordance with established FAA hiring policies and practices used to fill air traffic control positions.



16-2227-DLF  PLA0047

This page can be viewed online at:

https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/atctisop/

16-2227-DLF  PLA0048

FAA Employees: HROI - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Grad...    Page 1 of 3

# MYFAA
Employee Site

# HROI - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates

Updated: 1:45 pm ET April 30, 2007

---

**This HROI established:** May 26, 2006

**This version effective:** April 1, 2007

**Use this HROI in conjunction with:**
- EMP-1.10 Permanent External Hiring
- EMP-1.11 Temporary External Hiring
- EMP-1.20 Maximum Entry Age for Air Traffic Control Specialists
- EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

**Background Information:** This HROI has been updated to:
- increase the eligibility period for remaining on the AT-CTI inventory from 2 years to 3 years, and
- allow individuals who decline a position for any reason to remain on the inventory until their eligibility expires or apply to continue to have their names on the inventory in accordance with the procedures outlined in this supplement.

---

## Background Information

The FAA AT-CTI program is a separate and distinct recruitment source for terminal and en route air traffic controller candidates. This group of candidates consists of graduates from certain colleges and universities that provide a pre-approved major course of study and recommendations for employment.

All AT-CTI candidates must obtain passing AT-SAT scores.

Because the AT-CTI curriculum provides appropriate education, experience, and training which meet the basic requirements for the terminal and en route air traffic occupations, AT-CTI graduates may be permitted to bypass some of the FAA Academy's Air Traffic Control Training program.

The Aviation Careers Division (AMH-300) maintains an inventory of eligible AT-CTI candidates. Referral eligibility for the candidates is initially a three-year period after graduating from a CTI college or university. Eligibility to remain in the CTI inventory expires if the candidate is not referred or is not selected during the initial three-year eligibility period.

This Human Resources Operating Instruction (HROI) establishes a process for extending candidates' eligibility on the AT-CTI inventory. Candidates may request one-year eligibility extensions. This change will help the FAA successfully fulfill the Controller Workforce Plan to increase hiring of air traffic and en route controllers by maintaining a ready source of candidates in a viable active inventory of eligible AT-CTI candidates.

## General Requirements

- Candidates whose three-year eligibility on the inventory has expired or will expire within 60 calendar days may apply to continue to have their names on the inventory.
  Candidates who reestablish eligibility under this policy will be eligible for one additional year from the date that AMH-300 approves the request. Candidates may continue to reapply and have their names placed on the inventory in one-year increments after each additional year expires, until they reach the maximum entry age.
- If applicants have a valid Air Traffic Selection and Training (AT-SAT) test score in accordance with EMP-1.7 (Series 2152): Testing

16-2227-DLF  PLA0049

Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options, they will not be required to retest. Approval will be based on all requirements being met.

- Candidates whose air traffic control specialist pre-employment test score expires prior to their being granted an extension must take and pass the AT-SAT examination in order to be eligible for an extension. Special testing sites will not be provided. Testing will b̶ ̶ ̶e in conjunction with current AT-CTI school testing. Applicants should keep in contact with AMH-300 for future testing cycles.
- Candidates who receive two consecutive non-qualifying AT-SAT test scores will not be allowed to retake the test for entrance on the AT-CTI inventory. This does not preclude candidates from applying through other hiring methods (e.g., general public announcement); however, they must wait the allotted time in accordance with national policy from the date of their last test.
- The Air Traffic Organization (ATO) may require that candidates who are granted these extensions take refresher training or take portions of the FAA Academy Air Traffic Training program that AT-CTI graduates are normally permitted to bypass.

## Who is eligible?

To apply for an extension, applicants must meet all of the following requirements:

- Have been identified by an AT-CTI school,
- Have received an AT-CTI school recommendation,
- Have passed a pre-employment test,
- Have submitted all appropriate paperwork to AMH-300 (i.e., geographic preference sheet, etc.), and
- Be under the maximum entry age.

**Please Note:** In addition to meeting the requirements stated above, applicants are required to have a valid AT-SAT test score of 70 or higher before an extension is approved.

## Who is not eligible?

Applicants who meet one of the following conditions under the AT-CTI program are not eligible to request an extension:

- Removed - Suitability,
- Removed - Medical,
- Failed to respond to official correspondence,
- Correspondence returned unclaimed, or
- Over the maximum entry age.

## How to apply?

Applicants must complete and return the Request for Air Traffic Collegiate Training Initiative Extension form (MS Word) to AMH-300 using one of the following methods:

- Fax to 405-954-8531, or
- E-mail to 9-amc-amh-cti@faa.gov, or
- Regular mail to:
  Aviation Careers Division
  AMH-300
  P.O. Box 25082
  Oklahoma City, OK 73125

## Extension Procedures

Step 1. The The AMH-300 AT-CTI Program Manager will:

- Verify applicant record to ensure that eligibility requirements are met,
- Notify applicant of eligibility/ineligibility for extension and to include notification that AT-SAT testing will be scheduled at a later date, and
- Send applicant's name to the AMH-300 Testing Officer with the next group of AT-CTI applicants who are authorized to take AT-SAT.

Step 2. The AMH-300 Testing Officer will send authorized applicant's name to AT-SAT Test Administrator.

Step 3. AT-SAT Test Administrator will:

- Notify applicant,
- Schedule applicant to test (applicant will be tested with AT-CTI schools),

16-2227-DLF  PLA0050

- Administer AT-SAT test, and
- Send test results to AMH-300 Testing Officer.

**Step 4. The AMH-300 Testing Officer will:**

Enter all test results into database, and
Notify the AMH-300 AT-CTI Program Manager that all test scores have been processed.

**Step 5. The AMH-300 AT-CTI Program Manager will:**

- Notify applicant of approval/disapproval of extension, which includes test score results and/or eligibility/ineligibility to apply for future extensions, and
- Place applicant's name on the inventory for one year from the date of approval.

## Maximum Entry Age

This policy does not change or supercede any laws, regulations, or agency policies related to the maximum entry age for air traffic controllers.

## Points of Contact

Questions about this guidance should be directed to the ATO Support Team, AHR-4, on (202) 267-9862.



This page can be viewed online at:

https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/hroi/emp/actcieligibility/

16-2227-DLF  PLA0051

# MYFAA
## Employee Site

# EMP-1.10 Permanent External Hiring

Updated: 11:30 am ET August 15, 2007

---

# Permanent External Hiring EMP-1.10

This Chapter applies to: All positions filled through external hiring process

**Chapter established:** February 1, 1999

**This version effective:** February 20, 2005

**Background information:** This version replaces EMP-1.10 dated February 1, 1999. On January 18, 2005, a memo was issued by the Assistant Administrator for Human Resources Management (AHR-1) rescinding several Human Resource (HR) Delegations of Authority. Paragraph 2, Recruitment Solicitations was revised to incorporate these changes.

**Policy Bulletin in effect:** Policy Bulletin #48 Special Appointing Authority for Individuals Possessing a Control Tower Operator Certificate with Facility Rating from Trade Schools/Universities/Colleges (08/13/07)

---

**1. General:** This section applies when hiring individuals who have never successfully completed a probationary period with the federal government or other agency as stipulated in our Interchange Agreement (see EMP-1.3). Current and former federal employees may also apply for and be considered for employment under these processes.

ions will comply with merit principles. Candidates will be considered regardless of race, color, religion, sex, sexual orientation, national origin, disability, marital status, or political affiliation.

» A selecting official may use various options for external hiring to the extent authorized by the Line of Business/Staff Office (LOB/SO). Appointments may be made using Announced Vacancies or On-the-Spot Hiring authorities.« Priority selections or considerations as outlined in EMP-1.9 must be applied as required.

**2. Recruitment Solicitations:**

1.  LOB/SO may draft vacancy announcements; however, only the servicing Human Resource Management Division (HRMD) has the authority to approve and issue recruitment solicitations. These may include vacancy announcements, recruitment bulletins, email solicitations, media advertisements, etc. They may be issued for one-time use to fill one or more vacancies or to establish a "register" or continuing list of eligibles to be considered as the need arises. There are only two types of announcements, internal and external. Selection lists are issued based on the type of announcement. If the selecting official wants to consider internal applicants separately from external applicants, two announcements must be issued

2.  Vacancies may be announced using any length of open period which may reasonably be expected to produce a sufficient number of well-qualified candidates.

3.  Methods of advertising vacancies (i.e. paid advertising, letters to professional societies, publishing announcements in a particular recruitment area, etc.) may vary according to need. Recruitment may be targeted at underrepresented groups; however, competition may not be limited to such groups. The area in which recruitment takes place should reasonably ensure a sufficient number of highly qualified candidates.

4.  All announcements **must** include:

    a statement as to whether or not payment of relocation expenses to the first duty location will be offered
    *  a statement indicating the strict limitations on the types of financial investments FAA employees may hold in aviation related companies and the requirement, if appropriate, for a financial disclosure statement

16-2227-DLF  PLA0052

Case 1:16-cv-02227-DLF    Document 73-2    Filed 11/12/18    Page 20 of 33

FAA Employees. EMP-1.10 Permanent External Hiring                                    Page 2 of 4

**3. Competitive procedures must be used when hiring under "announced vacancies."** Competitive procedures entail evaluating qualified applicants against job-related selection criteria or administering job-related written tests. Written tests may only be administered if approved for use by the Assistant Administrator for Human Resources or if they are validated in accordance with the technical requirements of the <u>Uniform Guidelines on Employee Selection Procedures</u>.

**4. Candidate Ranking/Grouping, Interviewing and Selection:** When using competitive procedures, » selecting officials have the discretion to decide whether to request that all qualified candidates be referred to them or to have them:

   a.  ranked according to numerical score;
   b.  grouped according to veteran's preference category; or,
   c.  grouped according to "qualified" or "well qualified" categories.«

Whether all qualified candidates are referred, or whether candidates are ranked or grouped, Veteran's Preference (see <u>EMP-1.12</u>) must be applied when making selections under <u>external competitive appointment procedures</u>.

Selecting officials have the discretion to decide whom to interview (see <u>EMP-1.8</u>).

**5. On-the-Spot Hiring:** On-the-Spot hiring is a non-competitive method of filling vacancies and may be used under the following two circumstances:

   1.  **Hard-to-Fill Positions:** If there are an insufficient number of well qualified eligibles on a register or responding to a specific announcement, or if there is an established history of insufficient numbers of applicants even after repeated advertising efforts and the use of a variety of recruitment sources, a position may be designated as hard-to-fill and may be filled using on-the-spot hiring. »The LOB/SO has the authority to establish criteria to be used to determine if a position or group of positions is hard-to-fill.

   Absent such criteria, servicing HRMDs, in collaboration with the LOB/SOs, may develop criteria for hard-to-fill positions specific to their regions.« For cross-cutting positions in the same geographic location, the servicing HRMD will coordinate and develop the criteria for determining if a position or group of positions is hard-to-fill. In all cases, the servicing HRMD will determine if a positio meets the established criteria and will authorize the use of on-the-spot hiring. All determinations must be documented. When posi are filled using <u>On-the-Spot authority</u> for Hard-to-Fill positions, the vacancy case file must contain documentation that justifies and explains how the national or regional criteria are met.

   For more information regarding pay incentives for hard-to-fill positions, see <u>FAA National PRIB #9 Hard to Staff Facilities/Positions</u> and <u>FAA Order 3550.15 FEPCA of 1990</u>.

   2.  **Special Appointment Authorities:** Positions may be filled using the on-the-spot hiring for the following special appointments:

   a.  <u>Outstanding Scholars</u>
   b.  CTI Students
   c.  <u>Welfare-to-Work Program eligibles</u>
   d.  Appointment of individuals to confidential or policy-making positions, as approved by the Administrator;
   e.  Any other appointments authorized by the U.S. Office of Personnel Management (OPM) for use in the <u>competitive civil service</u>;
   f.  Appointments of <u>students</u> under FAA Student Intern Program (FASIP), (otherwise appointment of students is accomplished under Temporary External Hiring, EMP-1.11); and,
   g.  Any other special appointments established by the Administrator.

   The LOB/SOs may establish additional categories of special appointments with the approval of the Assistant Administrator for Human Resources, AHR-1. Employees who have been hired using On-the Spot hiring are eligible to apply for other job opportunities provided they meet applicable requirements (i.e. <u>Area of Consideration</u>) in EMP-1.14, Permanent Internal Assignments and EMP-1.15, Temporary Internal Assignments.

**6. Eligibility Criteria for Special Appointments:**

   1.  **Outstanding Scholar:** An applicant who has a bachelor's degree with a final grade point average of 3.45 (or equivalent) or above on a 4.0 (or equivalent) scale or who graduated in the upper 10 percent of his/her undergraduate class can be hired using the Outstanding

16-2227-DLF  PLA0053

Scholar Program. These candidates may be appointed to either the FG-5 or FG-7 level depending on qualifications. » It is recommended that applicants with education and no general or specialized experience in the occupation group receive a FG-5 grade. Applicants with experience (general or specialized) would receive a FG-7 grade.« **Appointees must meet the qualification requirements for the grade level and occupation to which appointed** as outlined in the U.S. Office of Personnel Management's "Qualification Standards for General Schedule Positions." An official academic transcript is required for appointment. The occupations for which this appointment authority can be used are listed in the Human Resources Operating Instructions for this policy.

2. **CTI Students:** An individual who has successfully completed a program at an institution that is part of the **Air Traffic CTI** program may be selected through the AT CTI Student Program and may be appointed to Air Traffic Control Specialist positions without competition. Appointment to ATCS positions shall be subject to procedures and selection criteria for the CTI program as may be established by the Administrator or his/her designee. Criteria to be met include an **maximum entry age** (see EMP-1.20) established by the Secretary of Transportation for Air Traffic Controller positions. This appointment authority also applies to graduates of the Mid-America Aviation Resource Consortium's Minnesota Air Traffic Control Training Center program. An individual who has successfully completed a program at an institution that is part of the **Airway Facilities CTI** program may be appointed without competition to Electronics Technician or Airway Transportation Specialist positions in accordance with established program criteria. **Other CTI programs** permitting on-the-spot hiring using this authority may be established with the approval of the Administrator or his/her designee.

3. **All Others:** If FAA has not chosen to develop specific criteria for special on-the-spot appointments, » Servicing HRMDs may use eligibility guidelines established by the U.S. Office of Personnel Management for the competitive civil service.« Examples include guidelines established for Veterans Readjustment and Severely Physically Handicapped and Mentally Retarded persons.

## Related Policies

- FAA PMS, Chapter 1, Section 7(b)
- EMP-1.7 Qualification Requirements
- EMP-1.8 Interview Policy
- EMP-1.9 Selection Priority
- EMP-1.12 Veterans' Preference in Hiring
- EMP-1.13 Citizenship Requirements
- FAA National PRIB #9 Hard to Staff Facilities/Positions
- FAA Order 3550.15 FEPCA of 1990
- AAD PRIB #18 External Hiring Options
- ACS PRIB #18 External Hiring Options
- ACS PRIB #28 Outstanding Scholar Provision
- ACS PRIB #30 On the Spot Hiring Authority for AT-CTI Graduates
- ARP PRIB #18 External Hiring
- ATS PRIB #18 External Hiring Options
- ATS PRIB #18B External Hiring (AT-CTI Graduates)
- ATS PRIB #28 On the Spot Hiring Authority for Outstanding Scholars
- ATS PRIB #30 On the Spot Hiring for AT-CTI Graduates

## Human Resources Operating Instructions

- Developing a Crediting Plan
- Documentation of Competitive Selection Process
- Duration of Referral Lists and Requests for Extension
- Method of Evaluating Candidates
- On the Spot Hiring
- Recruiting and Announcing Vacancies for External Hiring
- Selection and Making Job Offers

16-2227-DLF  PLA0054

Case 1:16-cv-02227-DLF    Document 73-2    Filed 11/12/18    Page 22 of 33

FAA Employees. EMP-1.10 Permanent External Hiring                                    Page 4 of 4

- FAA Student Intern Program
- Request for Reconsideration of Rating
- Area of Consideration



This page can be viewed online at:

https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp-1-10/

16-2227-DLF  PLA0055

# MYFAA
## Employee Site

## HRPM EMP-1.11 Temporary External Hiring

Up...: 11:31 am ET August 15, 2007

---

# Temporary External Hiring EMP-1.11

**This Chapter applies to:** All positions filled through the external hiring process

**Chapter established:** February 1, 1999

**This version effective:** February 1, 1999

**Background information:** This version replaces FAA National PRIB #18 External Hiring Options, FAA National PRIB #28 On-the-Spot Hiring Authority for Outstanding Scholars and FAA National PRIB #30 On-the-Spot Hiring Authority for AT-CTI Graduates.

**Policy Bulletin in effect:** Policy Bulletin #48 Special Appointing Authority for Individuals Possessing a Control Tower Operator Certificate with Facility Rating from Trade Schools/Universities/Colleges (08/13/07)

---

**1. General:** This policy applies to filling temporary vacancies or positions with individuals from outside FAA. The policies for filling temporary vacancies or positions with current FAA employees can be found in the Temporary Internal Assignment chapter, Emp-1.15. Candidates for temporary positions will be considered regardless of race, color, religion, sex, sexual orientation, national origin, disability, marital status, or political affiliation

**2.     hods of Selecting Temporary Employees:** » A Line of Business has the flexibility to use various options for temporary external hiring. Appointments can be made under the same competitive procedures or special appointments as permanent hiring (see Emp-1.10) or can be made non-competitively«

   (a) Temporary appointments made **using competitive procedures or special appointments** as outlined in Emp-1.10, Permanent External Assignments, can be made for up to five years. » Extensions beyond this period may be granted by the Head of the Line of Business based on documented organizational need.«

   (b) Temporary appointments made **non-competitively** can be made initially for up to one year and extended for up to one additional year, for a maximum of two years. Further extensions are not permitted non-competitively even if the appointment is to a different position.

   An exception to the two year time limit exists for the temporary appointment of students who are not employed under FAA Student Intern Program. Student temporary appointments will be made Not-to-Exceed one year and may be extended in one-year increments as long as they continue to meet the definition of "student" and supply evidence of enrollment.

   (c) All temporary appointments are time limited and are called "excepted appointment not-to-exceed (date)." Individuals who receive appointments with not-to-exceed dates of greater than one year are eligible for benefits.

**3. Conversion of Temporary FAA Employees to Permanent Appointments:** Temporary employees selected into FAA **using competitive procedures or special appointing authorities** (see 2(a) above) can be converted non-competitively to permanent without further competition. The permanent appointment must be to the same occupation and be at or below the grade or level of the temporary appointment. Temporary employees are also eligible to apply for permanent internal assignments for any FAA position for which they qualify as      as they are within the specified area of consideration and their initial temporary appointment was made using competitive procedures.

Temporary employees whose appointments were made **non-competitively** may **not** be converted to permanent. Employees who are on these appointments may only become permanent using external competitive procedures or special appointments outlined in Emp-1.10.

16-2227-DLF  PLA0056

## Related Policies

- FAA PMS Chapter 1, Section 7 (b)
- EMP-1.7 Qualification Requirements
- EMP-1.8 Interview Policy
- EMP-1.10 Permanent External Hiring
- EMP-1.12 Veteran's Preference in Hiring
- EMP-1.13 Citizenship Requirements
- EMP-1.14 Permanent Internal Assignment
- AAD PRIB #18 External Hiring Options
- ACS PRIB #18 External Hiring Options
- ACS PRIB #28 Outstanding Scholar Provision
- ACS PRIB #30 On the Spot Hiring Authority for AT-CTI Graduates
- ARP PRIB #18 External Hiring
- ATS PRIB #18 External Hiring Options
- ATS PRIB #18B External Hiring (AT-CTI Graduates)
- ATS PRIB #28 On the Spot Hiring Authority for Outstanding Scholars
- ATS PRIB #30 On the Spot Hiring for AT-CTI Graduates

## Human Resources Operating Instructions

- FAA Student Intern Program
- On the Spot Hiring
- Area of Consideration

All text located within the arrows (» « ) is discretionary


**Federal Aviation Administration**

This page can be viewed online at:

https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp-1-11/

16-2227-DLF  PLA0057



# MYFAA
Employee Site

## HRPM EMP-1.20 Maximum Entry Age For Air Traffic Control Specialists

Updated: 3:03 pm ET November 6, 2006

---

# Maximum Entry Age For Air Traffic Control Specialists EMP-1.20

This Chapter applies to: (1) Non-bargaining unit employees/positions (2) bargaining unit employees/positions, except where the applicable collective bargaining agreement contains conflicting provisions, (3) All positions filled through external hiring process

**Chapter established:** October 16, 1998

**This version effective:** July 29, 2003

**Background information:** This version replaces EMP-1.20 (February 8, 2000) Maximum Entry and Retention Age for Air Traffic Control Specialists. The following changes were made to paragraph 2, Maximum Entry and Retention Age Provisions: (1) To ensure that applicants who are hired meet the maximum entry age requirements by their enter-on-duty (EOD) date, HROI: Maximum Entry Age Procedures was established and included within paragraph 2a Maximum entry age, (2) Per Public Law 108-7, paragraph 2b Maximum retention age was revised to add an exemption to the mandatory separation requirements for Civil Service Retirement System (CSRS) air traffic control (ATC) specialists, and (3) To further clarify the maximum retention age requirements, HRPM Reference Materials - Air Traffic Controller Mandatory Separation/Coverage - Q's and A's/Scenarios were established and included within paragraph 2b Maximum retention age.

---

**eral:** This section establishes Federal Aviation Administration (FAA) policy regarding maximum entry age and retention age for air traffic control specialists whose duties require that the employees be actively engaged in the separation and control of air traffic. In accordance with the FAA PMS, Section II, Applicable Statutes, the Secretary of Transportation maintains the authority to establish the maximum entry age for original appointment to air traffic control positions within FAA. The Secretary has delegated to the Administrator of FAA or designee the authority to establish criteria and programs for the employment of individuals age 31 or older who have experience in the direct separation and control of air traffic. The Administrator of FAA has further delegated this authority to set criteria and establish programs to the Associate Administrator for Air Traffic Services, ATS-1. The Assistant Administrator for Human Resource Management, AHR-1, must approve any criteria or programs established by ATS-1 as a result of this delegated authority.

### 2. Maximum Entry and Retention Age Provisions:

**a) Maximum Entry Age:** As established in DPM 338-18, a maximum age of 30 years is established for entry into civilian air traffic control positions in the Federal Aviation Administration whose duties require that the employees be actively engaged in the separation and control of air traffic. This includes the positions of immediate supervisors of any employees actively engaged in the separation and control of air traffic. Persons who have reached their 31st birthdays may not be originally appointed to ATCS positions in FAA. If an individual has previously held such a position, then he/she may be appointed if over age 31. The maximum entry age provision precludes any other appointment or action placing a person age 31 or older into an ATCS position for the first time, except as provided below.

Under the authority outlined in paragraph 1 above, FAA has established the following program and criteria for employment of individuals age 31 or older who have experience in the direct separation and control of air traffic.

o   **Retired Military Air Traffic Controllers** (For more details on this policy see EMP-1.20 (ATS Supplement #1: Employment of Retired Air Traffic Controllers Program)

HROI: Maximum entry age procedures outlines the procedures that need to be followed to ensure that applicants who are hired meet the maximum entry age requirements by their enter-on-duty (EOD) date. Contact your servicing Human Resource Management Division (HRMD) for details and guidance.

16-2227-DLF  PLA0058

**b) Maximum Retention Age:** 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 in a career controller position. Under this provision, separation shall take place on the last day of the month in which a career controller becomes 56 years of age. The law does provide for some exemptions as noted below:

- Effective February 20, 2003, Public Law 108-7 amended 5 USC 8335(a) for CSRS employees in a covered ATC position a November 12, 2001, by extending the mandatory separation requirement until the ATC is eligible for a retirement under 8336 (e). That is, if the air traffic controller reaches age 56 and has not yet completed the required 20 years service under the special provisions, the air traffic controller may continue employment until the last day of the month in which 20 years of service is completed. **This exemption was made retroactive to January 1, 2003.**

- The Secretary, under such regulations as the Secretary may prescribe, may exempt a controller having exceptional skills and experience as a controller from the automatic separation provisions until the controller becomes 61 years of age.

The maximum retention age provisions do not apply to controllers covered under CSRS who: (1) were appointed by the Department of Transportation (DOT) as an air traffic controller that actively engaged in the separation and control of air traffic prior to May 16, 1972, (2) were appointed by the Department of Defense (in a civilian capacity) as an air traffic controller prior to September 12, 1980, or (3) were appointed by DOT to an air traffic controller position that provided preflight, in-flight, or airport advisory service to aircraft operations prior to January 1, 1987. Once any one of the exemptions is met, the employee maintains the exemption regardless of prior or future moves.

All employees selected for air traffic controller positions that do not fall within these exemptions must be notified in writing that they will be subject to the mandatory separation provision. The servicing human resource management division (HRMD) will validate the mandatory separation requirements and notify the respective air traffic division of any employee(s) subject to this provision. The respective air traffic division will issue the notification letter(s). The notification letter must be received a minimum of 60 days prior to mandatory separation. However, Air Traffic has determined that, when feasible, employees shall receive a **90-day** advance notice. This will ensure that the required 60 days advance notice period is met. A copy of this notification should be kept as permanent material in the employee's Official Personnel Folder.

In general, all Federal Employee Retirement System (FERS) air traffic controllers are subject to mandatory separation at age 56. However, if the air traffic controller reaches age 56 and has not yet completed the required 20 years service under the special provisions, the air traffic controller may continue employment until the last day of the month in which 20 years of service is completed.

For more detailed guidance relating to air traffic controller maximum retention age refer to HRPM Reference Materials - Air Traffic Controller Mandatory Separation/Coverage - Questions and Answers/Scenarios or contact your servicing human resource management division (HRMD).

---

## Related Policies

- EMP-1.20 (ATS Supplement #1: Employment of Retired Air Traffic Controllers Program)

## Human Resources Operating Instructions

- Maximum Entry Age Procedures

## Reference Materials

- Air Traffic Controller Mandatory Separation/Coverage - Questions and Answers/Scenarios
- Maximum Entry Age Requirements Based on Hiring Source and Experience
- Maximum Entry Age Checklist
- Air Traffic Controller Retirement



**Federal Aviation Administration**

16-2227-DLF  PLA0059

This page can be viewed online at:
https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp-1-20/

16-2227-DLF  PLA0060



**MYFAA**
Employee Site

Volume I: Employment - EMP-1.7 (Series 2152)

Updated: 1:50 pm ET April 30, 2007

---

**Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options**

**This Supplement applies to:** Filling entry-level air traffic control specialist (ATCS) positions in the terminal and en route options.

**Supplement established on:** April 1, 2007

**This version effective:** April 1, 2007

**Use this supplement in conjunction with:** EMP-1.7, Qualification Requirements

**Background information:** This supplement replaces Policy Bulletin #8. Changes were made in this supplement to include increasing the valid period of an Air Traffic Selection and Training test score from 2 years to 3 years. Other changes made were to bring the document into agreement with the Air Traffic Organization (ATO) structure.

Changes made to this document were coordinated between AHR and ATO. References to ATO internal administrative processes, roles, and procedures have been deleted. Responsibility for determining who must take AT-SAT was deleted as that is covered by this supplement and would be covered by the change procedures for the Human Resources Policy Manual. Reference to Human Resources Management Division, Mike Monroney Aeronautical Center, AMH-1, internal standard operating procedures has also been deleted.

---

1. **Policy:** Individuals covered by this supplement are required to pass Air Traffic Selection and Training (AT-SAT) prior to employment as an entry level ATCS in the terminal and en route options. AT-SAT is used in place of the Office of Personnel Management (OPM) written test for ATCS candidates and any further screening previously required, specifically the FAA Academy Screening Program or the Pre-Training Screen.
   a. All candidates must meet the established qualification requirements or alternatives in accordance with the guidelines contained in EMP-1.7, Qualification Requirements.
   b. Applicants seeking entry-level positions in the flight service option are subject to passing the OPM test for ATCS positions.
2. **Definitions:**
   a. **AT-CTI - Air Traffic Collegiate Training Initiative:** A program established for employment of entry level ATCS in the terminal and en route options.
   b. **AT-SAT - Air Traffic Selection and Training:** Computer based examination that screens potential candidates for entry-level ATCS positions in the terminal and en route options.
   c. **COTR - Contracting Officer's Technical Representative:** Refers to a Government employee who certifies payment and coordinates contracts with the contractor.
   d. **NET - Notice of Eligibility to Test:** A notice issued applicants to take the AT-SAT test.
   e. **NOTR - Notice of Test Results:** A notice that does not reflect eligibility for ATCS positions, but gives results of the test.
   f. **"On-Hold" Rule:** Students in the AT-CTI program with an AT-SAT score of 70 or above will be placed in a "hold" status until the applicant graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for 3 years from the student's graduation date. The "on-hold rule" applies only to those students in the AT-CTI program.
   g. **SMS -Score Management System:** A database that stores and maintains applicant AT-SAT test scores.
   h. **VRA - Veterans Readjustment Appointment:** A special appointing authority by which agencies can, if they wish, appoint eligible veterans without competition to positions up to the applicable pay band permitted by FAA policy.
3. **Coverage:**

16-2227-DLF  PLA0061

a. The following groups of individuals must pass AT-SAT to be eligible for selection for entry level terminal and en route ATCS positions:

   1. Individuals applying under a vacancy announcement open to the general public;

   2. Candidates applying based on successful completion of AT-CTI programs;

   3. Individuals who are part of the OPM inventory who did not take and successfully pass the Pre-Training Screen;

   4. Former military personnel (with or without ATC experience) who apply to a specific vacancy announcement that states that passing AT-SAT is a qualification requirement;

   5. Entry level internal applicants (e.g., selections under provisions outlined in EMP-1.14, Permanent Internal Assignments).

b. The following groups of individuals shall not be required to take AT-SAT to be eligible for selection:

   1. Former FAA controllers seeking reinstatement (e.g., former PATCO controllers);

   2. Former military controllers who are eligible and are selected under a Veterans Readjustment Appointment (VRA);

   3. Department of Defense civilian controllers (DOD 2152's);

   4. Former military controllers selected under the Retired Military Air Traffic Controllers Program.

4. **Program Administration**

  a. **Test Administration:**

   1. **Contractor conducted testing:** AT-SAT may be administered by a test company awarded an FAA-wide government contract to provide AT-SAT testing services.

   2. **Government conducted testing:** Under special circumstances, ATO may request that AHR conduct testing at certain locations without the involvement of the contractor.

   3. **Selection to take AT-SAT:** Passing AT-SAT is an eligibility requirement for entry-level employment in the terminal or en route options. Selection to take the test battery shall be in accordance with merit principles.

  b. **Travel and transportation to an AT-SAT test site:** Applicants are responsible for all travel expenses incurred to and from an AT-SAT test site.

  c. **Re-testing or re-examination using AT-SAT:**

   1. **Re-testing is not guaranteed:** Applicants must apply through an appropriate and available hiring procedure or be participating in a recognized AT-CTI program to be considered for re-testing.

   2. **Individuals who pass:** Applicants who pass the AT-SAT with a score of 70 or above are eligible to retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

   3. **Individuals who fail:** Applicants who fail the AT-SAT with a score of below 70 may retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

   4. **Individuals who do not complete taking AT-SAT:** Applicants who do not complete the test may retest one year (12 months) from the initial test date.

   5. **Exceptions to the one-year waiting period:** Exceptions to the one-year waiting period may be made in situations where candidates are unable to complete the test for technical reasons; such as power failure, where the test administrator must stop the test for other reasons that are outside the candidate's control, and in a limited number of other cases as specified by the agency.

  d. **Valid period:** Applicants' scores are valid for 3 years, except for AT-CTI students who use the "on-hold" rule. AT-SAT results may be used for any hiring source during the valid period.

  e. **Qualification Requirements:** All qualification requirements of the position to be filled (e.g., maximum entry age, etc.) must be met before entering on duty.

5. **Program Responsibilities:**

  a. **Office of Human Resources Management Programs and Policies, AHP, is responsible for:**

   1. Conducting testing and providing the COTR for test administration contracts;

   2. Testing procedures;

   3. Exceptions/decisions to re-test candidates that are not addressed in the standard operating procedures (SOP's);

   4. Resolving unusual testing problems;

   5. Approving/disapproving requests received from ATO for special testing sessions;

   6. Responding to inquiries from outside entities (e.g., Congress, etc.);

   7. Certifying contractor invoices for payment; and

8. Contacting the contractor regarding any incidents.
9. Programming, maintenance, and operation of staff acquisition software applications and appropriate interfaces to:
   i. Support the generation of lists of applicants eligible for AT-SAT testing
   ii. Record applicant AT-SAT test scores for use in referral of applicants; and
10. Providing user instructions, training, and technical support to AMH-300 relative to the staff acquisition software applications and interfaces.

b. **Vice President of Business and Acquisition Services, ATO-A, is responsible for:**
   1. Communicating the ATO's testing needs and hiring requirements to AHR;
   2. Funding AT-SAT testing.

c. **Office of Human Resource Management, Aviation Careers Division, AMH-300, is responsible for:**
   1. Exchanging information about examinees with the test administration contractor;
   2. Day to day resolution of testing problems such as determining if "no-shows" may be re-scheduled, etc.;
   3. Maintaining the SMS database of who has taken AT-SAT and their scores;
   4. Serving as the single point of contact for the contractor for issuing test authorizations;
   5. Providing the names of AT-CTI candidates to be tested;
   6. Resolving candidate problems, such as authorizing extensions for testing periods or retest issues;

6. **Recruitment:** See the Human Resources Policy Manual (HRPM) chapters Permanent External Hiring (EMP-1.10) and Permanent Internal Assignments (EMP-1.14).

7. **Referral of Applicants:** The category grouping method, in which candidates are divided into "qualified" and "well qualified" groups, is mandatory when referring applicants who have passed AT-SAT. AMH-300 is responsible for grouping candidates. Applicants are grouped as follows:
   a. Well-Qualified applicants are those who passed AT-SAT with a score of 85 or higher.
   b. Qualified applicants are those who passed AT-SAT with a score of 70-84.9. The provisions outlined in EMP-1.12, Veterans' Preference in Hiring, apply when making selections under external competitive appointment procedures. Also refer to the HROI entitled, Method of Evaluating Candidates.

   **Note:** This section should not be interpreted to mean that only scores of 85 or above are acceptable. Using the category ranking method, selecting officials may request the names of all candidates or only those in the well-qualified group (all CP and CPS veterans who pass the test must be referred regardless). If there are an insufficient number of candidates in the well qualified group, all candidates from the qualified group must be considered before resorting to testing more applicants for the same hiring effort.

8. **Exceptions:** Requests for exceptions to provisions of this policy should be submitted to the Manager, HR ATO Support Team. Exceptions are considered on a case-by-case basis. A request for an exception must clearly describe the exception requested, the reason for the request, and the impact if the request is granted.

---

## Related Information

**Policies**

- EMP-1.7 Qualification Requirements
- EMP-1.10 Permanent External Hiring
- EMP-1.12, Veterans' Preference in Hiring
- EMP-1.14 Permanent Internal Assignments

**Human Resource Operating Instructions**

- Method of Evaluating Candidates
- Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures



This page can be viewed online at:

https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp_sup/emp-1-7_2152/

16-2227-DLF  PLA0064

The image id 1 is the MYFAA logo at top left.



**Employee Site**

# ЕМP-1.7 Qualification Requirements

Updated: 1:53 pm ET April 30, 2007

---

# Qualification Requirements EMP-1.7

**This Chapter applies to:** All employees

**Chapter established:** February 1, 1999

**This version effective:** June 2, 2005

**Background information:** This policy chapter replaces EMP-1.7 dated February 20,2005. This policy chapter has been revised to clarify information contained in paragraph 3, Waivers to Qualifications. The paragraph has been revised to clearly state that if a position has a positive education requirement, one must possess it to be detailed, promoted, or reassigned into the position. This is not a change but rather a clarification of our current policy.

**Policy Bulletin in effect:**

Policy bulletin #11, OPM Test Score Validity Period for Entry into the Air Traffic Controller Occupation - Flight Service Option.

---

ic Requirements: To ensure that employees and applicants can compete for jobs based solely on their qualifications, FAA has ated the government-wide "time-in-grade requirement" for promotion and selection into FAA positions. **Applicants and incumbents must still meet all length, type, and quality of experience requirements, education/training requirements, licensure, medical and/or physical requirements, and any others contained in the relevant qualification standard except as provided for in 2, below. The Human Resource Management Division (HRMD) is responsible for determining qualifications for both internal and external applicants.**

**2. Qualifications:** The provisions of the Operating Manual for Qualifications Standards for General Schedule Positions (formerly called X-118 Handbook) and the Job Qualification System for Trades and Labor Occupations (OPM's X-118C Handbook) remain in effect for all selections or assignments to FAA positions unless either a new qualification standard has been established and approved as discussed below or a specific program provides for waivers of qualification requirements. » Lines of business and Staff offices (LOB/SO) may continue to take advantage of flexibilities in the Operating Manual, such as in-service placement provisions and approved modifications to the qualification standard for reassignment and voluntary changes to lower grades unless otherwise prohibited.« In most cases, however, individuals must have one year of relevant experience comparable to the next lower grade level, acquired in their current position or in previous paid or unpaid employment, prior to being considered for promotion or selection.

LOB/SO managers are responsible for notifying the HRMD when an employee meets the requirements and is recommended for promotion and for deciding that there is sufficient continuing work at the higher grade level to support the promotion. **Promotion does not automatically follow completion of an established waiting period or upon qualification.** The time in grade requirement no longer applies.

There is no restriction on the number of promotions that a **qualified** employee may receive in a given time period, providing higher level work is available.

**3. Waivers to Qualifications:** Specific programs which allow for limited waivers of qualifications include the Upward Mobility Program (Emp-1.21), and certain placement actions taken under Reductions in Force procedures. The servicing HRMD must approve all qualification under these programs. In addition, certain temporary internal assignments, which result in no increase in pay (formerly called details), require employees to meet qualification requirements. These are not considered "waivers" and » are left to the discretion of the LOB/SO.« However, an employee must meet the qualification requirements if the position has a positive education requirement, license or certification.

16-2227-DLF  PLA0065

**4. Authority to Establish New Requirements:** The Assistant Administrator for Human Resource Management (AHR-1) or his/her designee has the sole authority to identify cross-cutting occupations and to develop and approve objective and quantifiable qualification criteria for these occupations to be used in lieu of the standards contained in the Operating Manual. Crosscutting occupations are those where a single LOB/SO is not the sole or predominant user.

» The LOB/SO, with the concurrence of the Program Director for Personnel (AHP-1), may establish objective, quantifiable qualification       a for an occupation for which they are the sole or predominant user. AHP-1 must approve the proposed qualification criteria prior to implementation. « Until and unless these criteria have been developed, the provisions of the Operating Manual continue to apply.

**In all cases, new qualification criteria must be developed and validated in accordance with the Uniform Guidelines on Employee Selection Procedures (UGESP).**

---

## Related Policies

- FAA PMS Chapter 1, Section 10
- EMP-1.10 Permanent External Hiring
- EMP-1.11 Temporary External Hiring
- EMP-1.14 Permanent Internal Assignments
- EMP-1.15 Temporary Internal Assignments
- AAD PRIB #21 Promotion Qualifications
- ACS PRIB #21 Promotion Qualifications
- ARP PRIB #21 Promotion Qualifications
- ATS PRIB #21 Promotion Qualifications
- Policy bulletin #11, OPM Test Score Validity Period for Entry into the Air Traffic Controller Occupation - Flight Service Option
- EMP-1.7 (Series 1102) FAA Acquisition Career Development Policy for Contracting Professionals
- EMP-1.7 (2154) Air Traffic (FG-2154) Promotion Qualifications
- EMP-1.7 (AF-2186) Supplemental Qualification Guidance for 2186 Series Positions in Airway Facilities

All text located within the arrows (» «) is discretionary



This page can be viewed online at:
https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/hrpm/emp/emp-1-7/

16-2227-DLF  PLA0066