# Exhibit 2

16-2227-DLF PLA0067



FAA Home    **About FAA**    Jobs    News    A-Z Index    I Am A …

Aircraft | Airports | Air Traffic | Data & Research | Licenses & Certificates | Regulations & Policies | Training & Testing

FAA Home » Offices » Human Resource Management » Jobs & Careers »

**Human Resource Management**

Key Officials

Offices

**Jobs & Careers**

Human Resources Office Directory

New Employee Onboarding

## Air Traffic Collegiate Training Initiative (AT-CTI)

 Print

### What is the AT-CTI program?

The FAA has partnerships with many colleges and universities. These schools offer two- and four-year non-engineering aviation degrees that teach basic courses in air traffic control. We call this program the Air Traffic Collegiate Training Initiative (AT-CTI) program. The program is designed to provide qualified applicants to fill developmental air traffic control specialist positions.

Graduates of the AT-CTI program are eligible to bypass the Air Traffic Basics Course, which is the first five weeks of qualification training at the FAA Academy in Oklahoma City. Academy training consists of option-specific (terminal or en route) initial training. Students must successfully complete all required training at the FAA Academy to continue employment with FAA.

**Length of Training**
- Initial Qualification Training for the terminal option is approximately 37 days
- Initial Qualification Training for the en route option is approximately 62 days

**If I am interested in the AT-CTI program and want to be an air traffic controller, what must I do?**
- Graduate from an FAA approved AT-CTI program
- Receive an official school recommendation
- Be a United States citizen
- In most cases, not have reached age 31
- Pass a medical examination
- Pass a security investigation
- Achieve a score of at least 70 on the FAA pre-employment test
- Speak English clearly enough for others to understand you on communications equipment
- Complete an interview

### What schools have AT-CTI approved programs?

### What schools have AT-CTI approved programs?

A number of schools across the country have approved programs. Here is a list of AT-CTI schools.

### Does FAA provide tuition assistance for the AT-CTI program?

No. You must pay to attend an AT-CTI program. For tuition assistance, contact the financial aid office at the AT-CTI school you want to attend. They will tell you about financial aid programs, scholarships, and grants.

### How does FAA track my status in the AT-CTI program?

The Aviation Careers Division maintains an inventory of students enrolled in the AT-CTI program provided by school officials, and of eligible AT-CTI graduates. The FAA uses the AT-CTI inventory to track information on applicant eligibility, graduation dates, school recommendation status, and for scheduling the pre-employment test.

### How long can I stay in the AT-CTI inventory?

You can stay in the inventory for at least three years after you graduate from your AT-CTI program. The initial eligibility period is 3 years from your graduation date or your 31st birthday, if sooner. After that, you can stay in the inventory only if you apply each year for an extension.

### Can I extend my eligibility in the AT-CTI inventory?

Yes. You may apply for a one-year extension after your three-year eligibility period expires or within 60 calendar days of expiration. You may continue to apply for one-year extensions until you reach age 31. You must contact the Aviation Careers Division to request an extension.

### Why do I need a recommendation from my AT-CTI school?

An official school recommendation from your AT-CTI school tells us that you satisfied all academic requirements and that we can consider you for employment. If you do not get a school recommendation, then your name will be removed from the AT-CTI inventory.

### Are AT-CTI graduates guaranteed employment with FAA?

No. The FAA hopes to employ all eligible AT-CTI graduates but cannot guarantee that all will be hired.

### What if I am referred on a list of eligible candidates but not selected?

Your name will be returned to the AT-CTI inventory for future referral unless:
- Your eligibility in the AT-CTI inventory expires
- You reach age 31

16-2227-DLF  PLA0069

Your name will be returned to the AT-CTI inventory for future referral unless:

- Your eligibility in the AT-CTI inventory expires
- You reach age 31

For more information see Job Offers & Accepting a Position.

### If I decline a position, will I receive future consideration for an ATC job?

Yes, until your eligibility expires.

### Who can I contact for information regarding the AT-CTI program?

Aviation Careers Division
AMH-300
P.O. Box 25082
Oklahoma City, OK 73125
Phone: (405) 954-4657
Fax: (405) 954-8531
Email: 9-AMC-AMH-CTI@faa.gov

Page Last Modified: 08/10/11 10:43 EDT

---

**FAA for...**
Pilots
Mechanics
Other Aviation Professionals
Travelers
Educators & Students

**Handbooks & Manuals**
Aircraft
Aviation
Examiner & Inspector

**Forms**
FAA Forms
National Airports Forms

**Aircraft Certificates**
Type Certificate Data Sheets (TCDS)
Supplemental Type Certificates

**Aeronautical Navigation Products**
Airport Diagrams
Airport/Facility Directory (d-A/FD)
National Flight Data Center (NFDC)
Terminal Procedures (d-TPP)

**NextGen Information**
NextGen
Performance Snapshots
Why NextGen Matters

**Offices**
Headquarters, Regional, & Field
Flight Standards District Offices (FSDO)

**Accidents & Incidents**
Accident & Incident Data
Preliminary Accident & Incident Data

**Our Safety Culture**
FAA Mission
The Foundation of Everything We Do

**Regulations & Guidelines**
Advisory Circulars
Airworthiness Directives (ADs) – Current Only
Airworthiness Directives (ADs) – Historical
Federal Aviation Regulations (FAR)
Orders & Notices
Temporary Flight Restrictions

**Other Popular FAA Sites**
Airmen Inquiry
Airmen Online Services
FAA Registry Aircraft Inquiry
FAA Safety Team
Flight Delay Information

Visit **FAA Mobile** Go

**Stay Connected**

 

 

---



U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, SW

**Readers & Viewers**



**Government Sites**
DOT.gov
USA.gov

 **Frequently Asked Questions**
All Questions

16-2227-DLF   PLA0070