# Exhibit 4



# FAA
# Air Traffic -Collegiate Training Initiative
# Diversity Data 2011-12

Federal Aviation Administration
ATO Safety and Technical Training
External Training Initiatives AJI-216
Air Traffic CTI Program
950 L'Enfant Plaza
Washington, DC
202-385-6788

**June 12, 2012**

16-2227-DLF  PLA0088

## Overview

The purpose of this report is to determine the diversity among the pool of potential applicants pursuing approved ATO-CTI degrees in our partner colleges and universities. This report will serve as a baseline that can be compared to future ATSAT testers and applicants. Additionally the Program Office will conduct the same survey yearly to determine trends which will allow us to determine if we are meeting our goals of increasing diversity within the AT-CTI Program.

## Background

In January 2012 the FAA Air Traffic Collegiate Training Initiative Program Office asked Miriam Vega, Director, National EEO Outreach Program, Office of Civil Rights to create a self-reporting form that could be used by students at the Colleges and Universities in the FAA Air Traffic Collegiate Training Initiative.

The purpose of this questionnaire was to determine the diversity of the students prior to application where we collect the first Race and National Origin data (RNO). The AT-CTI Program Office wanted to determine if there were significant differences in the diversity as students moved their college program. There are very few conclusions that can be drawn until data is collected during the ensuing school years.

In January 2012 the CTI Program stakeholders were briefed on the monthly Telcon and the form was distributed to the Colleges and Universities for distribution to students that were in a degree program that would qualify them as a CTI applicant. A text of the distribution email and the minutes of the Telcon can be found in Attachment 1.

Schools distributed the forms and retuned them through April 2012. The response rate among schools was greater than 90% with only 3 schools returning no forms. It is our plan to distribute these forms yearly to determine if there is a trend. All responses were entered into a spreadsheet to calculate the totals as outlined in the "Findings".

## FINDINGS

There were 1116 forms returned, 1110 total responses. This is the first time this has been attempted with the CTI Program and very few conclusions can be drawn until there is subsequent data to compare.

### Gender

There were 846 males (76.2%) and 264, (23.8%) females self-identified. Females increased as a percentage of the total from "Year 1 "New student"" in a 2 year program 16.7% to "Year 2" (24.1%). In the 4 year programs, females increased from 21.3% in the freshman year to 26.1% in the senior year.

### Hispanic Latino

198 Respondents identified as Hispanic and/or Latino. Of those that replied that they were Hispanic/Latino 120 did not identify with a race. 55 of the 78 respondents who did identify race identified as "white" No race information was included in the totals for respondent's who identified as Hispanic/Latino

## Identification of Race

Of the respondents, 153 did not report race identification while 28 respondents reported more than one category of race:
- 24 reported 2 categories
- 3 reported 3 categories
- 1 reported 4 categories

The predominate race identification was "White" 58.7% followed by "Black/ African American at 12%, "Asian" 7.1%, and "American Indian / Alaska Native", and Native Hawaiian / Other Pacific Islander at less than 1%

Based on the data below the number of "Black / African Americans" entering the programs is nearly triple in 4 year programs comparing "Freshman" and "Seniors". This was more pronounced among males than females.

Respondents identifying as "white" were less in the final years of a program than first years.

Those identifying as "Asian" increased as a percentage from the first years of a degree program to the final years.

Non Whites categories were identified by 39.6% of the respondents. This was greater among females (48.1%) versus males (36.8%) (Table 2-3)

| Class | TOTAL | H/L | % | AI/AN | % | A | % | B/AA | % | NH/PI | % | W | % | NW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year New Student | 18 | 3 | 16.7% | 0 | 0.0% | 0 | 0.0% | 2 | 11.1% | 0 | 0.0% | 13 | 72.2% | 27.8% |
| 2 Year: More than 1 Year Remaining | 89 | 12 | 13.5% | 0 | 0.0% | 5 | 5.6% | 15 | 16.9% | 0 | 0.0% | 54 | 60.7% | 37.2% |
| 2 Year: Less than 1 Year Remaining | 253 | 40 | 15.8% | 2 | 0.8% | 13 | 5.1% | 34 | 13.4% | 2 | 0.8% | 152 | 60.1% | 37.4% |
| 4 Year: Freshman | 89 | 12 | 13.5% | 1 | 1.1% | 7 | 7.9% | 15 | 16.9% | 0 | 0.0% | 56 | 62.9% | 38.5% |
| 4 Year: Sophomore | 167 | 33 | 19.8% | 2 | 1.2% | 13 | 7.8% | 30 | 18.0% | 1 | 0.6% | 84 | 50.3% | 48.5% |
| 4 Year: Junior | 195 | 41 | 21.0% | 2 | 1.0% | 15 | 7.7% | 19 | 9.7% | 2 | 1.0% | 114 | 58.5% | 40.9% |
| 4 Year: Senior | 299 | 57 | 19.1% | 3 | 1.0% | 26 | 8.7% | 18 | 6.0% | 2 | 0.7% | 179 | 59.9% | 37.2% |
| TOTAL | 1110 | 198 | 17.8% | 10 | 0.9% | 79 | 7.1% | 133 | 12.0% | 7 | 0.6% | 652 | 58.7% | 39.6% |

Table 1

| Key | | Black or African American | B/AA |
|---|---|---|---|
| Hispanic / Latino | H/L | Native Hawaiian or Other Pacific Islander | NH/PI |
| American Indian / Alaska Native | AI/AN | White | W |
| Asian | A | Non White | NW |

**Male**

| Class | TOTAL | % | H/L | % | AI/AN | % | A | % | B/AA | % | NH/PI | % | W | % | NW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year New Student | 15 | 83.3% | 2 | 13.3% |  | 0.0% |  | 0.0% | 1 | 6.7% |  | 0.0% | 12 | 80.0% | 20.0% |
| 2 Year: More than 1 Year Remaining | 66 | 74.2% | 6 | 9.1% |  | 0.0% | 4 | 6.1% | 12 | 18.2% |  | 0.0% | 43 | 65.2% | 33.8% |
| 2 Year: Less than 1 Year Remaining | 192 | 75.9% | 24 | 12.5% | 2 | 1.0% | 10 | 5.2% | 24 | 12.5% | 2 | 1.0% | 121 | 63.0% | 33.9% |
| 4 Year: Freshman | 70 | 78.7% | 9 | 12.9% |  | 0.0% | 6 | 8.6% | 12 | 17.1% |  | 0.0% | 43 | 61.4% | 38.6% |
| 4 Year: Sophomore | 133 | 79.6% | 21 | 15.8% | 2 | 1.5% | 12 | 9.0% | 21 | 15.8% | 1 | 0.8% | 73 | 54.9% | 43.8% |
| 4 Year: Junior | 149 | 76.4% | 29 | 19.5% | 2 | 1.3% | 10 | 6.7% | 12 | 8.1% | 1 | 0.7% | 90 | 60.4% | 37.5% |
| 4 Year: Senior | 221 | 73.9% | 42 | 19.0% | 2 | 0.9% | 19 | 8.6% | 12 | 5.4% | 1 | 0.5% | 134 | 60.6% | 36.2% |
| TOTAL | 846 | 76.2% | 133 | 15.7% | 8 | 0.9% | 61 | 7.2% | 94 | 11.1% | 5 | 0.6% | 516 | 61.0% | 36.8% |

Table 2

**Female**

| Class | TOTAL | % | H/L | % | AI/AN | % | A | % | B/AA | % | NH/PI | % | W | % | NW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year New Student | 3 | 16.7% | 1 | 33.3% |  | 0.0% |  | 0.0% | 1 | 33.3% |  | 0.0% | 1 | 33.3% | 66.7% |
| 2 Year: More than 1 Year Remaining | 23 | 25.8% | 6 | 26.1% |  | 0.0% | 1 | 4.3% | 3 | 13.0% |  | 0.0% | 11 | 47.8% | 47.6% |
| 2 Year: Less than 1 Year Remaining | 61 | 24.1% | 16 | 26.2% |  | 0.0% | 3 | 4.9% | 10 | 16.4% |  | 0.0% | 31 | 50.8% | 48.3% |
| 4 Year: Freshman | 19 | 21.3% | 3 | 15.8% | 1 | 5.3% | 1 | 5.3% | 3 | 15.8% |  | 0.0% | 13 | 68.4% | 38.1% |
| 4 Year: Sophomore | 34 | 20.4% | 12 | 35.3% |  | 0.0% | 1 | 2.9% | 9 | 26.5% |  | 0.0% | 11 | 32.4% | 66.7% |
| 4 Year: Junior | 46 | 23.6% | 12 | 26.1% |  | 0.0% | 5 | 10.9% | 7 | 15.2% | 1 | 2.2% | 24 | 52.2% | 51.0% |
| 4 Year: Senior | 78 | 26.1% | 15 | 19.2% | 1 | 1.3% | 7 | 9.0% | 6 | 7.7% | 1 | 1.3% | 45 | 57.7% | 40.0% |
| TOTAL | 264 | 23.8% | 65 | 24.6% | 2 | 0.8% | 18 | 6.8% | 39 | 14.8% | 2 | 0.8% | 136 | 51.5% | 48.1% |

Table 3

## Conclusions

Although no trending conclusions can be drawn from this one-year data, there are areas that can be watched, specifically, when comparing subsequent years to determine if the percentages in a given year continue in subsequent years.

Based on the "self-reporting" of students from partner Air Traffic Collegiate Training Initiative schools, there is a 3:1 ratio of male students pursuing degrees that qualify for application under the CTI announcement. The reporting of categories other than "White" is 41% among the respondents.

ATTACHMENT 1

## Ethnicity, Race and Gender Self-Identification (Optional)

***Background Information-*** *How will this information be used?*

The following information is confidential and will only be used by the institution to capture the student demographics in the Collegiate Training Initiative (CTI) Program for data record purposes and analysis only. The students name will not be shared nor associated when the data. The institution will utilize CTI student demographics data to review and address areas of enhancement which may include diverse student population in the program, retention rate, and student graduation rate. Thank you for your participation!

Instructions: Please answer questions 1-3, regardless of your response to question 3.

**Question 1:** Please select the category of progress in your pursuit of a college degree that best describes your situation

2 Year Degree

☐ New Student  ☐ More than 1 Year Remaining  ☐ Less than 1 Year Remaining

4 Year Degree

☐ New Student  ☐ Freshman  ☐ Sophomore  ☐ Junior  ☐ Senior

**Question 2:** What is your gender?  ☐ Female  ☐ Male

**Question 3:** Are you Hispanic or Latino? (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish Culture or origin regardless of race)
☐ Yes  ☐ No

**Question 4:** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☐ **American Indian or Alaska Native** | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ **Asian** | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand and Vietnam. |
| ☐ **Black or African American** | A person having origins in any of the black racial groups of Africa. |
| ☐ **Native Hawaiian or Other Pacific Islander** | A person having origins in any if the original peoples of Hawaii, Guam, Samoa or other Pacific Islands. |
| ☐ **White** | A person having origins in any of the original peoples of Europe, the Middle East or North Africa. |

**ATTACHMENT 2**

1/19/2012
CTI Partner Institutions;

For those who were not on the telcon on Wednesday January 18, I want to solicit your help in helping the Program Office poll your students.

As you are aware as Diversity of opportunity and employment is very important to the Federal Government as well as the FAA.

The Program Office believes that the diversity of the candidates who are ultimately hired as air traffic controllers may not reflect the diversity of those who pursue the career through the CTI Program. In an effort to determine if, or when we lose this diversity, we are asking CTI institutions to make available a questionnaire once a year. We will be asking that the questionnaire be made available within the first month of each new academic year. For AY 2011-12 year we will be surveying in January.

We are aware that some students do not take a particular degree for CTI only purposes so we ask that any student, who has considered or is pursuing the degree for Air Traffic Controller hiring purposes, even if that is not the only reason, be provided the questionnaire.

I am asking that each CTI Partner Institution download and print the survey found at:

    KSN Share Point https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx
        Document Library
            Institution Evaluations
                Templates

Allow each student who has expressed interest in the CTI Program and plans to use the degree to apply to the FAA as an ATCS the opportunity to complete at their discretion and return to a designated college official. The completion is absolutely voluntary and no student should be compelled to complete the questionnaire.

Once this is complete, scan the documents in pdf format (preferably one document) and send to 9-ato-atcti@faa.gov  OR mail to

Federal Aviation Administration
c/o Terry Craft
950 L'Enfant Plaza
4th Floor
Washington DC 20024

All responses will be bundled together and given to the FAA Diversity Office to avoid identification of a particular CTI school.

Please reply by COB February 29th as to whether this opportunity has been provided to the students.

# CTI Program Stakeholders Telcon

Date: Wednesday, January 19, 2012 2:00 Eastern

**Diversity Poll**

The Program Office believes that the diversity of the candidates who are ultimately hired as air traffic controllers may not reflect the diversity of those who pursue the career through the CTI Program. In an effort to determine if, or when we lose this diversity, we are asking CTI institutions to make available a questionnaire once a year. We will be asking that the questionnaire be made available within the first month of each new academic year. For AY 2011-12 year we will be surveying in January.

We are aware that some students do not take a particular degree for CTI only purposes so we ask that any student, who has considered or is pursuing the degree for Air Traffic Controller hiring purposes, even if that is not the only reason, be provided the questionnaire.

I am asking that each CTI Partner Institution download and print the survey found at:

KSN Share Point https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx
    Document Library
        Institution Evaluations
            Templates "Self Identification Form for CTI Schools"

Allow each student who has expressed interest in the CTI Program and plans to use the degree to apply to the FAA as an ATCS the opportunity to complete at their discretion and return to a designated college official. The completion is absolutely voluntary and no student should be compelled to complete the questionnaire.

Once this is complete, scan the documents in pdf format (preferably one document) and send to 9-ato-atcti@faa.gov  OR mail to

    Federal Aviation Administration
    c/o Terry Craft
    950 L'Enfant Plaza
    4th Floor
    Washington DC 20024

All responses will be bundled together and given to the FAA Diversity Office to avoid identification of a particular CTI school.

Please reply by COB February 29th as to whether this opportunity has been provided to the students.