# Exhibit 5

# FAA Statement
# on the
# Barrier Analysis of the Air Traffic Control Specialist
# Centralized Hiring Process

Administrator Michael Huerta has made an historic commitment to transform the Federal Aviation Administration (FAA) into a more diverse and inclusive workplace that reflects, understands, and relates to the diverse customers we serve. To meet this goal and satisfy the requirements of the Equal Employment Opportunity Commission MD-715, the Administrator tasked the Office of the Assistant Administrator for Civil Rights to conduct barrier analyses of the Air Traffic Control Specialist (ATCS) Centralized Hiring Process, Aviation Safety Inspectors, and Airway Transportation Systems Specialists.

The first study completed is on the ATCS series; therefore, the FAA is pleased to submit the reports entitled, "Barrier Analysis of the Air Traffic Control Specialist (ATCS) Centralized Hiring Process" and "Extension to Barrier Analysis of the Air Traffic Control Specialist Centralized Hiring Process." These reports reflect a collaborative effort undertaken by the FAA's Office of Civil Rights, Office of Human Resources, and the Air Traffic Organization. The primary purpose of these reports is to identify and analyze potential barriers to equal employment opportunities within the ATCS Centralized Hiring Process and to offer solutions to establish the foundation for improving the Process.

The reports reflect a detailed scope of work, approaches and methodologies, work plans, and analytical provisions including overall hiring conditions within the ATCS job series 2152. Our consultant, Outtz and Associates, was commissioned to conduct the barrier analysis, which began in April 2012, with the issuance of the final report in May 2013. The barrier analysis identified that four (4) of seven (7) decision points in the air traffic controller hiring process resulted in adverse impact to applicants from at least one demographic group. Subsequently, another independent consultant, APT Metrics, was hired to analyze the barrier decision points, specifically reflecting on the differential pass rates for protected group members. APT Metrics' report was finalized and issued in February 2013. These reports, in tandem, present recommendations and specific suggestions to improve the ATCS Centralized Hiring Process and to ensure that there will be no barriers to equal employment opportunity.

Significant progress is now underway. To date, progress includes the establishment of an Executive Steering Committee comprised of senior agency executives. The Steering Committee provides oversight for the new hiring process and has implemented multiple cross functional project teams to operationalize the recommendations identified in the report.

ATCS Centralized Hiring Process improvements being implemented to support the Fiscal Year 2014 hiring of air traffic controllers include (1) comprehensive outreach and recruitment, (2) improved automation enhancements to our application process, (3) revisions to the Air Traffic Selection Assessment Tools, and (4) standardization of human resource procedures in review of applications.

These efforts will result in important improvements in the ATCS Centralized Hiring Process, further demonstrating the FAA's commitment to equal employment opportunity for all.