# Exhibit 7

# Controller Hiring Proposal



**Federal Aviation Administration**

Presented to: AJI

By: Dana Broach, Ph.D. (AAM-520)

Date: April 9, 2013

16-2227-DLF  PLA104

# Key questions for leadership

- **What does leadership want to predict?**
  - Achievement of CPC status?
  - Post-CPC on-the-job performance?
  - Impacts weights, cut-scores, & categories (score bands)
- **What are the relative values of diversity and the prediction of performance/outcomes?**
  - There is a trade-off between diversity (adverse impact) and predicted job performance/outcomes
  - How much of a change in job performance is acceptable to achieve what diversity goals?
  - Impacts weights, cut-scores, & categories (score bands)

16-2227-DLF  PLA105