# Exhibit 8

FAA 9570 9.12.18 002060



**Re: Info on ATCS Inventory**
Rickie Cannon
AHP-200, Personnel Services Division     to: Cathy Grossman     12/05/2013 09:51 AM
Cc: Rick Mitchell

Thanks. I think Rick already did the RNO for ACR before on this, but it would not hurt to have it again.

Rickie P. Cannon
Director, Regional Human Resource Services
Federal Aviation Administration
(202) 267-3850 or (202) 267-9416
Fax: (202) 267-9508

| Cathy Grossman | Rickie, Here is the information on the current AT... | 12/05/2013 09:09:39 AM |

| From: | Cathy Grossman/AMC/FAA |
|---|---|
| | AMH-001, Human Resource Management |
| To: | Rickie Cannon/AWA/FAA@FAA, |
| Cc: | Rick Mitchell/AMC/FAA@FAA |
| Date: | 12/05/2013 09:09 AM |
| Subject: | Info on ATCS Inventory |

Rickie,

Here is the information on the current ATCS inventory for the meeting tomorrow. There are approximately 2,668 candidates in the inventory but AT-SATs are expiring and candidates are aging out daily. Do you need the RNO data as well? Please let me know and we'll get that to you.


Existing Inventory Eligibles as of 12.5.13.docx


Cathy Grossman
Director, Office of Human Resource Management, AMH-1
Federal Aviation Administration, Mike Monroney Aeronautical Center
cathy.grossman@faa.gov
Phone 405-954-3501

FAA Employees - click here to provide feedback on my service