# Exhibit 9

16-2227-DLF  PLA0108

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW J. BRIGIDA. et. al., on behalf of himself and all others similarly situated, | ) ) ) ) ) | Case Number: Case No. 16-cv-2227 (DLF) |
| Plaintiff(s), | ) ) ) | **DECLARATION OF ANDREW J. BRIGIDA** |
| vs. | ) ) ) ) | **IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, et al. | ) ) ) | |
| Defendant(s). | ) ) ) ) ) ) ) | |

I, Andrew J. Brigida, declare as follows:

1.     I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.     I developed an interest in becoming an air traffic controller when I was a teenager.

3.     I was told, by several Federal Aviation Administration ("FAA") employees, that the only way to effectively be considered for employment as an air traffic controller was to become a military controller or attend an FAA approved AT-CTI institution.

DECLARATION OF ANDREW J. BRIGIDA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.
CASE NO. Case No. 16-cv-2227 (DLF); PAGE 1 OF 3.          [*JDC TEMPLATE Rev.2015*]

16-2227-DLF  PLA0109

4.      After I reviewed, and based on the information published by the FAA, including information on the FAA AT-CTI website, I decided to change my major at Arizona State University ("ASU"), an FAA approved AT-CTI school.

5.      On April 3, 2013, while attending ASU, I took, and successfully passed the AT-SAT assessment with the top numerical score possible of 100%.

6.      On August 13, 2013, I graduated from ASU with a 3.0 GPA, and ASU notified the FAA that I met all requirements to be placed on the Qualified Applicant Register ("Register") and be considered for employment as an AT-CTI graduate, on August 28, 2013.

7.      In early January 2014 I was shocked to find out that the FAA would not consider my graduation from a AT-CTI school, recommendation, and AT-SAT score and that I would have to reapply for all future job opportunities as an off-the-street or general public hire.

8.      I have devoted years of my life, focused my college studies on air traffic control, and paid significant funds to obtain my education and air traffic control training.

9.      Subsequently I found out that the FAA stopped maintaining the Register in late 2012-2013, as they promised as they would do, and failed to administratively transfer my name to the Register although I met all qualifications to added to it. The FAA never notified the AT-CTI schools or students that they were doing this.

10.     I am well aware of my duties as a prospective Class representative as my legal counsel has briefed me numerous times.

11.     I am well aware of the subject matter and issues addressed in the Complaints, as amended, filed against the FAA in this matter.

12.     I will act independently and in the best interests of all class members if I am appointed as Class representative.

13.     I am free of any conflicts and agree to do my very best to represent the interests of the entire class if I am appointed as Class representative.

DECLARATION OF ANDREW J. BRIGIDA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.
CASE NO. Case No. 16-cv-2227 (DLF); PAGE 2 OF 3.          [*JDC TEMPLATE Rev.2015*]

16-2227-DLF  PLA0110

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November  6  , 2018.

Signature: _____

Printed name: _Andrew J Brigida_____

Address: _1585 Anderson Rd  F532 McLean  VA 22102_

Phone Number: _480 - 250 - 2110_____

DECLARATION OF ANDREW J. BRIGIDA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.

CASE NO. <u>Case No. 16-cv-2227 (DLF)</u>; PAGE 3 OF 3.          [*JDC TEMPLATE Rev.2015*]

16-2227-DLF  PLA0111