# Exhibit 10

16-2227-DLF  PLA0112

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA; POLLYANNA L.
WANG; SUZANNE M. REBICH;
MATTHEW L. DOUGLAS-COOK,

     *Plaintiffs*,

     v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

     *Defendant.*

Civil Action No. 16-2227 (DLF)

## DECLARATION OF MATTHEW L. DOUGLAS-COOK
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Matthew L. Douglas-Cook, declare as follows:

1.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify completely thereto:

2.    I developed an interest in becoming an air traffic controller and decided to particulate in the Collegiate Training Initiative ("CTI") Program.

3.    Based on the information published by the FAA, including information on the FAA AT-CTI website, I enrolled at the University of Alaska at Anchorage ("UAA"), an FAA approved AT-CTI school.

4.    On April 9, 2013, I took, and successfully passed, the AT-SAT assessment with the top numerical score possible of 100%.

5.    In December 2013, I graduated from UAA and satisfied all requirements for being placed on the Qualified Applicant Register.

1

11

6.    I subsequently learned that UAA did not recommend me to the FAA because the FAA did not request any recommendations from December 2013 graduating class.

7.    In early January 2014, I was shocked to find out that the FAA would not consider my graduation from a AT-CTI school and AT-SAT score and that I would have to reapply for all future job opportunities as an off-the-street or general public hire.

8.    I have devoted years of my life, focused my college studies on air traffic control, and paid significant funds to obtain my education and air traffic control training.

9.    I am well aware of my duties as a prospective Class representative as my legal counsel has briefed me numerous times.

10.    I am well aware of the subject matter and issues addressed in the complaints, as amended, filed against the FAA in this matter.

11.    I will act independently and in the best interests of all class members if I am appointed as Class representative.

12.    I am free of any conflicts and agree to do my very best to represent the interests of the entire class if I am appointed as Class representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 11ᵗʰ 2018

Signature _____M↓D↓L_____

Printed Name _Matthew Leonard Douglas-Cook_

Address _4901 NE 47ᵗʰ AVE Vancouver, WA 98661_

Phone Number _360-936-7221_

2