# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

## SECOND CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendant Elaine L. Chao, Secretary of the U.S. Department of Transportation, files this motion for an extension of the deadline to respond to Plaintiffs' Motion for Class Certification. In support of this Motion, Defendant avers the following:

1. On November 11, 2018, this Court granted Defendant's first consent motion for an extension of time to respond to Plaintiffs' Motion for Class Certification, such that Defendant's opposition is due on or before December 17, 2018.

2. However, Defendant requires a short amount of additional time to properly respond to Plaintiffs' Motion, in light of the recent holidays and associated travel by undersigned counsel.

3. In order to provide sufficient time for the undersigned counsel to confer with agency counsel and other agency personnel regarding the factual and legal claims in Plaintiffs' Motion for Class Certification, and to complete the internal review process for government

1

briefs, Defendant respectfully requests an extension of seven (7) days to respond to Plaintiffs' motion, on or before December 24, 2018.

4. Plaintiffs will not be prejudiced by this extension because Plaintiffs' motion is the only scheduled deadline, and an additional one-week extension will not affect any substantive interest Plaintiffs may possess. Undersigned counsel conferred with Plaintiffs, through counsel, and Plaintiffs have consented to the instant request.

DATED: December 7, 2018                JOSEPH H. HUNT
                                       Assistant Attorney General

                                       JOSHUA E. GARDNER
                                       Special Counsel
                                       Civil Division, Federal Programs Branch

                                       */s/ Michael Drezner*
                                       MICHAEL DREZNER (VA Bar No. 83836)
                                       Trial Attorney
                                       GALEN N. THORP (VA Bar No. 75517)
                                       Senior Counsel
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L. St. NW
                                       Washington, DC 20005
                                       Telephone: (202) 514-4505
                                       Facsimile: (202) 616-8470
                                       Email: michael.l.drezner@usdoj.gov

                                       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Michael Drezner*
MICHAEL DREZNER