**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA; POLLYANNA L. WANG; SUZANNE M. REBICH; and MATTHEW L. DOUGLAS-COOK, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 16-cv-2227 (DLF) |
| v. | ) ) | |
| ELAINE L. CHAO, *Secretary, U.S. Department of Transportation* | ) ) ) | |
| Defendant. | ) ) | |

I, Nicole Gage, hereby declare as follows:

1.    I am the Human Resources Director for the Mike Monroney Aeronautical Center at the Federal Aviation Administration ("FAA" or "Agency"). I have held this position since January 2017. My duty location since January 2017 has been Oklahoma City, Oklahoma.

2.    I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3.    As part of my job duties since January 2017, I oversee the FAA's Aviation Careers Division ("Aviation Careers").

4.    Aviation Careers serves as a centralized staffing office for entry-level hiring of FAA mission-critical skills (*Air Traffic Controller, Airway Transportation Systems Specialist and Aviation Safety Inspector*). The office conducts agency-wide centralized recruitment, examining, inventory management, and applicant referrals for designated safety occupations including air traffic controllers.

1



5.      Prior to 2014, the FAA hired Air Traffic Control Specialists ("ATCS") through vacancy announcements specifically targeted to different populations.  For instance, the FAA issued a vacancy announcement for the general public in July 2009 (AAC-AMH-09-PUBNAT8-12162), also a vacancy announcement was issued for individuals who were eligible for appointment under the Veterans' Recruitment Appointment ("VRA") authority in January 2013 (FAA-AMH-13-VRA-29648).

6.      The FAA also issued announcements for graduates of the Collegiate Training Initiative ("AT-CTI").   Since 2010, Aviation Careers issued three AT-CTI vacancy announcements: AAC-AMH-09-CTI-12655 (Sep 2010), AAC-AMH-11-CTI-19558 (Jun 2011), and FAA-AMH-13-CTI-27053 (Aug 2012).  *See* Exhibit 1, Vacancy Announcement FAA-AMH-13-CTI-27053.

7.      I understand that Plaintiffs' allegations in this case concern the hiring of AT-CTI graduates in particular.

8.      The last AT-CTI vacancy announcement (FAA-AMH-13-CTI-27053) opened on August 27, 2012 and closed on September 10, 2012.  Qualified applicants to this announcement were placed on referral lists for fiscal year 2013.  However, the referral lists were closed with no selections.

9.      Plaintiffs Andrew Brigida and Matthew Douglas-Cook did not submit applications to Vacancy Announcement FAA-AMH-13-CTI-27053.  Plaintiffs Pollyanna Wang and Suzanne Rebich did submit applications to this vacancy announcement and were placed on referral lists for employment consideration.

10.     Prior to 2014, it was a common practice for CTI students to apply to other ATCS vacancy announcements, such as those for the general public or veterans, thereby increasing their opportunities for employment.

2

11. Prior to 2014, all inexperienced applicants, including AT-CTI graduates, were required to take the Air Traffic Selection and Training Test Battery ("AT-SAT"), which measured seven job-related cognitive skills. A passing score was required for further eligibility. *See* Exhibit 2, Civil Aerospace Medical Institute, The Utility of the Air Traffic Selection and Training Test Battery in Hiring Graduates of an Air Traffic-Collegiate Training Initiative Program at 1-2 (June 2013).

12. Per Policy Bulletin 84, in 2014, the FAA transitioned from issuing vacancy announcements segregated according to status (such as CTI Graduate status, military status), and began issuing single nationwide vacancy announcements open to all U.S. citizens who would compete against all other applicants ("All Sources" vacancy announcement). *See* Exhibit 3, Human Resources Policy Manual, Policy Bulletin 84, Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring (Feb. 7, 2014).

13. The first vacancy announcement under this new policy (FAA-AMC-14-ALLSRCE-33537) opened on February 10, 2014 and closed on February 21, 2014. *See* Exhibit 4, Vacancy Announcement FAA-AMC-14-ALLSRCE-33537.

14. The second vacancy announcement under this new policy (FAA-ATO-15-ALLSRCE-40166) opened on March 23, 2015 and closed on March 31, 2015. *See* Exhibit 5, Vacancy Announcement FAA-ATO-15-ALLSRCE-40166. The FAA also issued a vacancy announcement for experienced air traffic controllers (FAA-ATO-ATC-EXP-38839) opened on January 26, 2015 and closed on February 18, 2015.

15. Under the 2014 and 2015 All Sources vacancy announcements, all inexperienced applicants (regardless of whether the applicant was a CTI Graduate) were required to take the

3

Biographical Assessment ("BA"), which assessed nine job-related personal characteristics. All applicants who passed the BA were then required to take the AT-SAT.

16.     Applicants who passed the BA and AT-SAT and met other eligibility requirements were ranked based on a weighted composite of the BA, AT-SAT, and veterans' preference. Selections from each referral list were made in rank order.

17.     All four named Plaintiffs applied to the "All Sources" vacancy announcement in 2014 (FAA-AMC-14-ALLSRCE-33537), but failed the BA, and were accordingly not included on the referral list for that vacancy announcement.

18.     Of the named Plaintiffs, only Plaintiffs Douglas-Cook and Rebich applied to the "All Sources vacancy announcement in 2015 (FAA-ATO-15-ALLSRCE-40166). Both were disqualified due to the updated BA, and were accordingly not included on the referral list for that vacancy announcement.

19.     In 2016, Congress passed the FAA Extension, Safety, and Security Act of 2016, Pub. L. No. 114-190 (codified at 49 U.S.C. § 44506(f). This law required the FAA to create two pools for hiring inexperienced applicants for ATCS positions. Pool 1 is for CTI graduates and veterans, and Pool 2 is open to all U.S. citizens. Under this law, the FAA may not use a biographical assessment with respect to a CTI graduate who could qualify as an applicant in Pool 1. In addition, any applicant previously denied a position as an ATCS as a result of failing the Biographical Assessment in response to vacancy announcement FAA-AMC-14-ALLSRCE-33537 was explicitly permitted to reapply under the revised hiring procedures.

20.     Accordingly, under the FAA's All Source vacancy announcements from 2016-2017, CTI Graduates could elect to be considered for employment in Pool 1 without having to take or pass the Biographical Assessment. *See* Exhibit 6, Vacancy Announcement FAA-ATO-16-

ALLSRCE-49075, Exhibit 7, Vacancy Announcement FAA-ATO-17-ALLSRCE-53474 (July 2017), Exhibit 8, Vacancy Announcement FAA-ATO-18-ALLSRCE-57792 (July 2018).

21.     In 2016, the FAA replaced the AT-SAT with a new test battery, the Air Traffic Skills Assessment ("ATSA"). All inexperienced applicants, including those exempt from taking the BA were required to take the ATSA. *See* Exhibit 9, HRPM Policy Bulletin 90, Air Traffic Control Specialist Hiring for New Appointments (Aug. 8, 2016).

22.     In 2018, the FAA no longer required any applicants to take the BA. *See* Exhibit 10, HRPM Policy Bulletin 90, Air Traffic Control Specialist Hiring for New Appointments (Revised, July 6, 2018).

23.     Following his application in 2014, Plaintiff Brigida did not reapply to seek employment as an ATCS in 2015, 2016, 2017 or 2018. He, did however, apply to dozens of vacancy announcements for other types of positions issued by the FAA between fiscal years 2014 and 2018. Plaintiff Brigida was hired by the Agency as a Management and Program Analyst, 0343, with an effective date of November 27, 2016.

24.     Plaintiff Douglas-Cook did not reapply to seek employment as an ATCS in 2016, 2017 or 2018.

25.     Plaintiff Wang applied to vacancy announcement FAA-ATO-17-ALLSRCE-53474 (July 2017); however, she did not take the ATSA and was not referred for employment consideration. In addition, Plaintiff Wang applied to vacancy announcement FAA-ATO-18-ALLSRCE-57792 (July 2018); she achieved a passing ATSA score and is currently on an active referral list for employment consideration.

26.     Plaintiff Rebich reapplied via the ATCS vacancy announcements in 2016 and 2017, but failed the ATSA test on both occasions, and was therefore ineligible for consideration for ATCS

5

employment.   She also applied to FAA-ATO-18-ALLSRCE-57792 (July 2018), achieved a passing ATSA score, and is currently on an active referral list for employment consideration.

27.     Since 1996, CTI Graduates who were hired as entry-level air traffic controllers were hired under one of the two following designations: (1) FG-2152 or (2) AT-2152.  Because the FAA is an excepted Agency that has not been subject to the General Schedule (GS) pay scale since 1996, no CTI Graduates have been hired using the GS-2152 designation since 1996.

*   *   *   *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **2]** day of December 2018.

Nicole Gage

6

Transportation: FAA-AMH-13-CTI-27053, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

EXHIBIT
1

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,803.00 - $17,803.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States, United States

**Relocation expenses reimbursed**          **Telework eligible**

No

### Announcement number

FAA-AMH-13-CTI-27053

### Control number

325024600

## Duties

### Summary

### Responsibilities

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring

procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

## Travel Required

## Supervisory status                    Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Submission of transcript required with application
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Applicants must have successfully completed all program requirements for graduation from an FAA-approved Air Traffic-Collegiate Training Initiative (AT-CTI) College or University* and received a passing score on the Air Traffic Selection & Training (AT-SAT) exam. 2) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. 3) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and t USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact Aviation Careers at (405) 954-4657 for any questions regarding these requirements. *You MUST submit a copy of your transcript (official or unofficial) upon submission of your on-line application. Failure to do so WILL eliminate you from consideration. Official transcript required prior to appointment.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire

https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27053

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

Notes: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. The En Route training program requires up to 62 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA, if applicable, based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 3) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 6) This replaces announcement AAC-AMH-11-CTI-19558. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; which may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the reemployed annuitant reaches their 56th birthday. 8)

A unique job code is required to apply for this announcement.

This is a bargaining unit position.

**Links to Important Information:** [Locality Pay, COLA](#)

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                  **Drug test required**

# REQUIRED DOCUMENTS

YOU MUST SUBMIT A COPY OF YOUR TRANSCRIPT BY UPLOAD, FAX OR MAIL UPON SUBMISSION OF THE ONLINE APPLICATION. Failure to do so will eliminate you from consideration.

Please include the letters "CTI" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from [schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/)](http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please [click here.](#)

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"**

each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information
## Aviation Careers

### Phone

405-954-4657

### Fax

405-954-5766/0593

### Email

9-amc-amh-cti@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 S MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



**Federal Aviation Administration**

EXHIBIT
**2**

DOT/FAA/AM-13/11
Office of Aerospace Medicine
Washington, DC 20591

# The Utility of the Air Traffic Selection and Training Test Battery in Hiring Graduates of an Air Traffic-Collegiate Training Initiative Program

Linda G. Pierce
M. Kathryn Bleckley
Lynn Crayton
Civil Aerospace Medical Institute
Federal Aviation Administration
Oklahoma City, OK 73125

June 2013

Final Report

# NOTICE

This document is disseminated under the sponsorship
of the U.S. Department of Transportation in the interest
of information exchange. The United States Government
assumes no liability for the contents thereof.

―――――――――

This publication and all Office of Aerospace Medicine
technical reports are available in full-text from the Civil
Aerospace Medical Institute's publications Web site:
www.faa.gov/go/oamtechreports

**Technical Report Documentation Page**

| 1. Report No.<br>DOT/FAA/AM-13/11 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br>The Utility of the Air Traffic Selection and Training Test Battery in Hiring Graduates of an Air Traffic-Collegiate Training Initiative Program | | 5. Report Date<br>June 2013 |
| | | 6. Performing Organization Code |
| 7. Author(s)<br>Pierce LG, Bleckley MK, Crayton L | | 8. Performing Organization Report No. |
| 9. Performing Organization Name and Address<br>FAA Civil Aerospace Medical Institute<br>P.O. Box 25082<br>Oklahoma City, OK 73125 | | 10. Work Unit No. (TRAIS) |
| | | 11. Contract or Grant No. |
| 12. Sponsoring Agency name and Address<br>Office of Aerospace Medicine<br>Federal Aviation Administration<br>800 Independence Ave., S.W.<br>Washington, DC 20591 | | 13. Type of Report and Period Covered |
| | | 14. Sponsoring Agency Code |

15. Supplemental Notes

Work was accomplished under approved task AM-B-11-HRR-523

16. Abstract

   The FAA recruits applicants for Air Traffic Control Specialist (ATCS) training positions from multiple hiring sources. Each hiring source has requirements that applicants must meet for eligibility. These hiring sources include the Air Traffic – Collegiate Training Initiative (CTI) for applicants with specialized education in air traffic control (ATC) and general public (GP) applicants with no prior ATC education or experience. CTI and GP applicants must pass the Air Traffic Selection and Training (AT-SAT) test battery, a computerized pre-employment test battery designed to assess a candidate's aptitude for performing the duties of an ATCS. Applicants must score as Qualified with a score of 70 – 84.9 or Well-Qualified with a score of 85 or above for further consideration.

   The current research provides an initial assessment of AT-SAT as part of the hiring process for CTI graduates. To consider the utility of AT-SAT in hiring CTI graduates, we compared the selection and training performance of CTI graduates and GP applicants taking AT-SAT between April 2007 and December 2009. In our sample, only 6.2% of CTI graduates and GP applicants failed to pass AT-SAT with a score of 70 or higher (2.3% CTI graduates, 6.9% GP applicants). There was variation in the scores of those who passed AT-SAT, but most were categorized as Well-Qualified (58.8%). Also, while most CTI graduates and GP applicants selected for training had scored as Well-Qualified on AT-SAT, more Qualified CTI graduates (24.2%) than GP applicants (5.8%) were selected. There was little difference between CTI and GP trainees in assignment to terminal or en route facilities (less than 2 percentage points). The majority of the trainees (63.4%) had completed training (successfully or unsuccessfully). CTI trainees were successful slightly more often (55.3%) than GP trainees (51.9%) and unsuccessful slightly less often (16.2% vs. 22.6%, respectively). Also, while Well-Qualified CTI trainees were successful at approximately the same level as Qualified CTI trainees (55.7% vs. 54.2%, respectively), they were unsuccessful less often (14.0% vs. 23.5%, respectively).

   Our recommendations are to continue to use AT-SAT in the hiring process of CTI graduates and to select primarily those who score in the Well-Qualified score category.

| 17. Key Words<br>Air Traffic Control Specialist Selection, Aptitude | 18. Distribution Statement<br>Document is available to the public through the Internet:<br>www.faa.gov/go/oamtechreports | | |
|---|---|---|---|
| 19. Security Classif. (of this report)<br>Unclassified | 20. Security Classif. (of this page)<br>Unclassified | 21. No. of Pages<br>20 | 22. Price |

**Form DOT F 1700.7**  (8-72)          Reproduction of completed page authorized

**ACKNOWLEDGMENTS**

Research reported in this paper was conducted under the Air Traffic Program Directive/Level of Effort Agreement between the Human Factors Division (ANG-C1), FAA Headquarters, and the Aerospace Human Factors Research Division (AAM-500) of the Civil Aerospace Medical Institute. We thank all those who helped us secure the data we needed for this research. We especially acknowledge Tai-li Kwan for her patience in helping us access personnel data in the National Data Center and Randi Schmicking for her invaluable assistance in dealing with the National Training Database.

# CONTENTS

**The Utility of the Air Traffic Selection and Training Test Battery in Hiring Graduates of an Air Traffic-Collegiate Training Initiative Program**

INTRODUCTION ------------------------------------------------------------------------------------- 1

   CTI Program ------------------------------------------------------------------------------------ 1

   AT-SAT ------------------------------------------------------------------------------------------ 1

   CTI Program and the ATCS Hiring Process ------------------------------------------------- 2

   Independent Review Panel --------------------------------------------------------------------- 3

   Research Question ------------------------------------------------------------------------------ 3

METHOD --------------------------------------------------------------------------------------------- 4

   Sample ------------------------------------------------------------------------------------------- 4

   Analyses ----------------------------------------------------------------------------------------- 7

RESULTS ---------------------------------------------------------------------------------------------- 8

   Selection ----------------------------------------------------------------------------------------- 8

   Training Performance at the First Facility ----------------------------------------------------- 10

DISCUSSION ----------------------------------------------------------------------------------------- 12

   Selection ----------------------------------------------------------------------------------------- 12

   Training Performance at the First Facility ----------------------------------------------------- 13

CONCLUSIONS AND RECOMMENDATIONS ---------------------------------------------------- 13

   Limitation --------------------------------------------------------------------------------------- 13

REFERENCES ---------------------------------------------------------------------------------------- 13

APPENDIX A: Approved CTI Schools by Location --------------------------------------------- 15

# The Utility of the Air Traffic Selection and Training Test Battery in Hiring Graduates of an Air Traffic-Collegiate Training Initiative Program

## INTRODUCTION

The Federal Aviation Administration (FAA) hires and trains Air Traffic Control Specialists (ATCSs) to maintain a workforce of approximately 15,000 controllers (FAA, 2012). These ATCSs control air traffic within the National Airspace System (NAS) at both terminal and en route facilities. Terminal facilities include air traffic control towers and terminal radar approach controls (TRACONs). It is the responsibility of controllers within terminal facilities to organize the flow of air traffic into and out of airports. As air traffic leaves the terminal airspace, the responsibility for control transfers to ATCSs at air route traffic control centers (ARTCCs), commonly referred to as en route facilities.

Terminal and en route facilities are assigned a level based on the volume and complexity of air traffic. A description of the type, level, and number of FAA air traffic control facilities can be found in the FAA's Controller Workforce Plan (2012). For more information on air traffic facility levels, see FAA Order 7210.57. The Controller Workforce Plan, updated each year, presents the FAA's strategy for hiring, placing, and training controllers to safely meet the demands of air traffic.

In 2011, the FAA hired 824 controllers and anticipates selecting more controllers each year through 2020 (FAA, 2012). The FAA engages in an ongoing program of research to develop and continually improve strategies to select, place, and train candidates who are most likely to succeed as air traffic controllers. The current research contributes to that program. Our purpose is to examine the use of the Air Traffic Selection and Training (AT-SAT) test battery to select from among those applicants who have successfully completed an aviation-related program of study from a school participating in the FAA's Air Traffic Collegiate Training Initiative (CTI) program.

### CTI Program

The CTI program is maintained by the FAA as a collaborative effort with 36 colleges and universities approved to participate in the program. The CTI program produces graduates with a basic understanding of air traffic control. The FAA provides schools in the program with air traffic curriculum, which includes approximately 200 hours of classroom instruction on air traffic control. The schools integrate the FAA-developed coursework into their own two- or four-year aviation program. Graduates bypass the first five weeks of basic qualification training in air traffic control at the FAA Academy. While they receive no guarantee of employment with the FAA, CTI graduates are considered as a primary hiring source of ATCSs (FAA, 2012). The FAA reported in October of 2011 that, since 2005, 39% of all ATCSs hired were from the CTI pool of applicants (FAA, 2011, Oct.).

The number of schools participating in the CTI program increased from five, in the original 1992 CTI Demonstration Program, to 13 in a 1997 program expansion (FAA, 2012). One of the original demonstration schools, the Minneapolis Community and Technical College (MCTC, previously referred to as the Midwest Aviation Resource Consortium, or MARC) was not considered one of the 13, because it was a congressionally-mandated, FAA-funded program, and all other schools were unfunded. In 2005, FAA funding was discontinued for the MARC program, and it became the 14th school in the CTI program. The number of schools remained the same for approximately the next 10 years. However, in 2006 and in response to ATC hiring needs, the FAA began to solicit applications from schools interested in joining the CTI program. As a result, 22 schools were added to the program from 2007 to 2009. There are currently 36 schools participating in the CTI program (see Appendix A).

### AT-SAT

To be eligible for selection by the FAA as an air traffic controller, CTI graduates must pass AT-SAT. AT-SAT is a computerized pre-employment test battery designed to assess a candidate's aptitude for performing the duties of an ATCS. For a detailed description of the development and validation of AT-SAT, see the two-volume technical report edited by Ramos, Heil, and Manning (2001a, 2001b). AT-SAT was first used in ATCS selection in 2002. At that time, only those applicants with no prior experience or education in air traffic control were required to pass AT-SAT to be eligible for hiring as an FAA ATCS. A score of 70 is required to pass AT-SAT. Those applicants who score from 70 to 84.9 are categorized as "Qualified," and those who score from 85 to 100 are categorized as "Well- Qualified." In 2005, the requirement to pass AT-SAT for employment consideration was extended to those applicants who had graduated from a CTI program.

The requirement for applicants to take AT-SAT stemmed from the FAA's decision to separate training from selection at the FAA Academy (Quartetti, Kieckhaefer, & Houston, 2001). Prior to development of AT-SAT, a two-stage process was used to select ATCSs from applicants with no prior experience. The first stage required candidates to pass an aptitude test battery administered by the Office of Personnel Management. The second stage was the Academy Screen, a nine-week program at the FAA Academy, used for both selection and training. The Academy screening program, as described by Heil and Reese (2002), contained both academics and non-radar simulated exercises. Applicants had to pass the Screen to advance to an ATC facility for on-the-job training. The Screen was a very difficult program. A reported 43% of applicants attending the Academy Screen from 1985 to 1992 failed or withdrew (Della Rocco, 1998). The

process was criticized as being inefficient due to the time and cost involved and the high failure rate. There was also a concern that training effectiveness was compromised by a focus on both selection and training.

In response, the FAA developed and validated AT-SAT (Ramos, et al., 2001a, 2001b) for use in selecting ATCSs and began emphasizing training rather than selection at the Academy (Heil & Reese, 2002). The FAA began in June 2002 using AT-SAT as the official Civil Service test to select ATCSs. "The goal of AT-SAT is to predict the likelihood of success in air traffic control training and, more importantly, subsequently on the job" (King, Manning, & Drechsler, 2007, p. 1).

## CTI Program and the ATCS Hiring Process

The FAA has three primary hiring sources for air traffic controllers (FAA, 2011). In addition to CTI graduates (described earlier), the FAA recruits and hires controllers with prior experience as civilian or military controllers. A third source is from the general public (GP). GP candidates are not required to have prior experience or education in air traffic control. Separate vacancy announcements are used to advertise positions for candidates from each hiring source. Vacancy announcements for CTI graduates or for those with prior civilian or military air traffic control experience require specific education and/or experience, but applicants with prior aviation education and/or experience may also apply under announcements aimed at the general public. The current flowchart for hiring and training

ATCSs is shown in Figure 1 and described in more detail below.

Both CTI and GP applicants are required to pass AT-SAT with a minimum score of 70. Applicants with prior air traffic control experience do not take AT-SAT if applying in response to an announcement specifically designed for applicants with previous experience. Lists of eligible candidates for each vacancy announcement are organized by hiring source for review by a centralized selection panel. The candidate lists are also divided by AT-SAT score, with those scoring from 85-100 categorized as Well-Qualified and those scoring 70-84.9 categorized as Qualified. Consistent with merit systems principles in hiring, Well-Qualified candidates are considered for hiring by the selection panel before Qualified candidates. Qualified candidates cannot be considered until no more than two candidates remain on the Well-Qualified list.

CTI graduates are eligible for hiring through the CTI program for three years after their graduation date and may request one-year extensions until their 31st birthday. To be considered, CTI graduates must apply to each new announcement posted for CTI graduates. AT-SAT scores are valid for three years from the date taken or from graduation if AT-SAT is taken before the CTI student graduates. If AT-SAT is failed on the first attempt, it can be retaken after a one-year waiting period. When applying, CTI graduates must indicate one or two states within the U.S. and/or U.S. territories in which they would prefer to work. Their applications are only considered for vacancies within the state or states identified.



Figure 1. ATCS Hiring and Academy Training Flowchart

As part of their qualification requirements, CTI graduates must receive a letter of recommendation from their CTI college or university for employment with the FAA. In addition to the unique requirements that must be met by the applicants with prior air traffic control experience or education, there are general criteria that all candidates must meet for eligibility. These criteria, which can be found at http://www.faa.gov/jobs, include the following:

- Complete three years of progressively responsible work experience, or a full four-year course of study leading to a bachelor's degree, or an equivalent combination of work experience and college credits
- Be a U.S. citizen
- Be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
- Be no older than age 31
- Pass stringent medical and psychological exams, an extensive security background investigation, and an interview

With few exceptions, those candidates selected for an ATCS position must attend at least one training course at the FAA Academy. Applicants hired with no prior air traffic control experience or education attend a Basics Course on the fundamentals of aviation and air traffic control. The Basics Course is followed by an Initial Course. Almost all candidates, regardless of hiring source, attend the Initial Course. The Initial Course is divided by terminal radar, tower, and en route options and provides both academic instruction and opportunities to practice on simulated scenarios designed to test particular skills. Once training is completed, all candidates must pass a Performance Verification (PV) test before advancing to their first facility for on-the-job training. The PV tests the candidate's performance in a simulated scenario, rather than on a written test.

The approach described above is known as the Multi-Path Hiring and Training Model (Heil & Reese, 2002). AT-SAT is seen as an important aspect in the application of the Multi-Path Hiring and Training Model as a method to screen and eliminate candidates who are not likely to perform well in training. However, the use of AT-SAT as a tool for assessing job performance has not been determined.

**Independent Review Panel**

In 2011, the FAA Administrator convened an Independent Review Panel (IRP) on air traffic controller selection, assignment, and training (Barr, Brady, Koleszar, New, & Pounds, 2011). An aspect of the panel's effort was to review the CTI program as a hiring source for air traffic controllers. A concern of the panel was the unequal capabilities of the CTI programs. To address the concern, the IRP proposed a strategy for distinguishing among the CTI programs.

The IRP recommended that the programs be ranked according to their capabilities. Programs that taught the basics of air traffic control and provided simulation capabilities for all options (tower, terminal radar, en route, and non-radar) would be classified as Level 4. Levels 1-3 would be assigned in a prescribed manner to CTI programs with fewer capabilities. The panel also recommended that the performance of CTI graduates be tracked and fed back to their institutions to support program improvement.

The IRP also proposed a model for selecting among FAA air traffic control applicants without prior air traffic control experience, including both CTI graduates and GP candidates. The proposed model was based on scores of four objective and two subjective components. The objective components were assigned CTI Program Level (as described above), AT-SAT score, college GPA, and a score on a test of air traffic Basics (which is not currently administered until after applicants are hired). The subjective components of the model would be derived from an interview with the candidate and an assessment by the selection panel of the entire application package.

Of the 100 points possible in the model algorithm, Program Level was proposed to be worth a maximum of 40 points and AT-SAT score a maximum of 15 points. A candidate who had attended a Level 4 Program would receive the maximum of 40 points. For each decrease in Program Level, 10 points would be subtracted from the candidate's score such that a candidate attending a Level 1 Program would receive 10 points. AT-SAT points were awarded based on AT-SAT scores, with higher AT-SAT scores being awarded more points. In the Panel's proposed model, an AT-SAT score of 99-100 would be awarded 15 points. Scores below 99 would be awarded points in decreasingly smaller amounts, with all scores 85 and below awarded a score of 1. Proposed weights for each of the other components can be found in the IRP's report (Barr, Brady, Koleszar, New, & Pounds, 2011).

**Research Question**

The IRP recommendations listed above are currently in review, and while it is unlikely that the recommendations will be implemented as originally planned, FAA leaders continue to discuss potential strategies to better identify the potentially good controllers from among all ATCS applicants. Another recommendation made by the IRP was that all selectees be tracked by hiring source and that a longitudinal study be conducted to determine the predictive value of AT-SAT. The current research effort provides an initial assessment of the hiring process for CTI graduates and specifically addresses the utility of AT-SAT in hiring CTI graduates. The approach is to compare the selection and training performance of CTI graduates and GP applicants. It is proposed that if CTI graduates do very well on AT-SAT and in training at the Academy and in the field in comparison to GP applicants, then eliminating AT-SAT in the selection process of CTI graduates might be justified.

## METHOD

**Sample**

Samples for our analyses were created using data elements drawn from multiple data sources. The samples included application, selection, and training performance data for CTI graduates and GP applicants. Each of the databases used to generate the samples, with a brief description of the data source, is shown in Table 1.

Using the data sources identified above, we created two samples for our study. The first was a dataset of AT-SAT scores generated during AT-SAT testing from April 2007 through December 2009. There were 16,036 records in our dataset. We used our data sources to determine if the applicants were CTI graduates, GP applicants (with no previous aviation education or experience), or belonged to some other category based on their previous aviation education or experience. GP applicants found to have had previous aviation education or experience were removed from the GP applicant pool. All applicants that could not be classified as CTI graduates or GP applicants (with no previous aviation education or experience) were excluded from further analyses.

Table 1. Data Sources

| Database | Data Source Description |
|---|---|
| Civil Aerospace Medical Institute (CAMI) Selection Research Team Database | CAMI maintains a selection database to support on-going research in selection, placement, and training of ATCSs. These data were used to develop an initial database of AT-SAT scores and the date AT-SAT was taken from April 2007 through December 2009. |
| Automated Vacancy Information Access Tool for On-line Referrals (AVIATOR) | AVIATOR is the FAA's on-line application system. Currently, all ATCS applicants use AVIATOR to apply for positions with the FAA. GP applicants apply before taking AT-SAT. CTI graduates apply after taking AT-SAT. Applicant information obtained from the AVIATOR database included:<br>■ date the application was submitted,<br>■ vacancy announcement the application was submitted under (e.g., CTI, GP, or other)<br>■ applicant biographical information (e.g., age, gender).<br>These data are maintained by FAA Human Resources at the Mike Monroney Aeronautical Center (MMAC). The AVIATOR data were used as a primary source to classify applicants as having previous aviation education (CTI graduates) or as having no previous aviation education or experience (GP applicants). |
| CTI Program Database | The CTI Program Office in Aviation Careers at the MMAC maintains the CTI Program database. Student information is provided to Aviation Careers by each of the CTI program colleges or universities. The CTI program school attended by each applicant was obtained from the CTI program database. These data were used to identify all applicants who had been enrolled in a CTI program. |
| Federal Personnel/ Payroll System (FPPS) | FPPS is the official system of records for FAA personnel. All ATCS applicants hired and paid by the FAA have a record in FPPS. These data were used to determine if and when ATCS applicants were hired and to match applicant social security numbers with their employee numbers used to track field training performance. |
| Academy Performance Verification (PV) | These data are maintained by the FAA Academy on the performance of trainees in the Academy. These data were used to determine trainee success or failure at the Academy. |
| National Training Database (NTD) | These data are maintained by the National Training Data Center on the training performance of ATCSs at ATC field sites. Information obtained from the NTD database included:<br>■ type and level of FAA facility, terminal or en route, to which the trainee reported as their first facility,<br>■ training status of the trainees at their first facility.<br>These data were used to verify applicant's previous aviation education and experience, as noted in the AVIATOR database. |

There were 1,912 applicants excluded from the original dataset. Reasons for exclusion were varied. There were 854 applicants excluded because, even though they were hired as GP applicants, their records indicated that they had previous military or civil experience in aviation. There were 1,058 records excluded for inconsistent information in regards to previous aviation education. Of those, 53 records were excluded because AVIATOR or NTD data indicated that the individual was hired as a CTI graduate, but was not in the CTI program database. The remaining 1,005 records were excluded because each individual was identified as being hired as a GP applicant in the AVIATOR or NTD databases, but was also in the CTI Program database. CTI graduates may apply for an ATCS position using the GP job announcement. Thus, some applicants who graduated from CTI programs may be in both the CTI and GP datasets. It is possible that some of these individuals were CTI graduates hired as GP applicants. It is also possible that some had entered, but had not completed a CTI program. Our data were insufficient to determine if the applicants were or were not qualified CTI graduates. Thus, we chose to exclude them from our analyses.

The remaining 14,124 applicants were used in our first sample. Of the 89% reporting gender, we found the sample to include 23.8% female and 76.2% male. Our sample included 2,090 CTI graduates and 12,034 GP applicants. Table 2 shows the number of CTI graduates and GP applicants hired by year.

From this first sample, we extracted a second sample, which included the CTI graduates and GP applicants that were selected for an ATCS training position and were onboard by January 2013. The second sample was used to examine training performance of the CTI graduates and GP applicants at the Academy and at their first facility.

Table 2. Number of Applicants by Hiring Source and Year AT-SAT Was Taken

|  |  | Year AT-SAT Was Taken | | | Total |
|---|---|---|---|---|---|
|  |  | 2007 | 2008 | 2009 |  |
| Hiring Source | CTI | 702 | 783 | 605 | 2,090 |
|  | GP | 1,332 | 5,640 | 5,062 | 12,034 |
| Total |  | 2,034 | 6,423 | 5,667 | 14,124 |

There were 4,131 records in the second sample: 1,442 CTI graduates and 2,689 GP applicants. In comparison to the first sample, the proportion of males selected for an ATC trainee position was slightly higher than females selected (18.6% females and 81.4% males). The proportion of females and males hired as CTI graduates or GP applicants was similar. At the time the selected CTI graduates and GP applicants entered the Academy, their average age was 24.81 (*S.D.* = 2.76) and 26.29 (*S.D.* = 2.83), respectively. The number of CTI programs represented by graduates selected for an ATCS position and the year AT-SAT was taken are shown in Table 3. Not all CTI program schools were represented in the second sample. It is possible that graduates from some of the schools were excluded due to inconsistent data. It is also likely that some schools had not been in the CTI program long enough to produce graduates eligible for hiring under the CTI program. For example, Sacramento City College, Florida Institute of Technology, Hesston College, Western Michigan University, and Texas State Technology College all joined the program in 2009 and, thus, their graduates would not have been represented in this study.

Table 3. CTI Program School Attended by AT-SAT Test Date

| | Year AT-SAT Was Taken | | | |
|---|---|---|---|---|
| | 2007 | 2008 | 2009 | Total |
| Arizona State University | 0 | 2 | 1 | 3 |
| Broward College | 0 | 1 | 6 | 7 |
| Community College of Beaver County | 63 | 59 | 37 | 159 |
| Daniel Webster College | 19 | 29 | 3 | 51 |
| Dowling College | 6 | 5 | 7 | 18 |
| Embry-Riddle Aeronautical University | 116 | 107 | 59 | 282 |
| Embry-Riddle Aeronautical University-Prescott | 0 | 0 | 1 | 1 |
| Florida State College | 0 | 1 | 17 | 18 |
| Green River Community College | 0 | 9 | 5 | 14 |
| Hampton University | 7 | 3 | 2 | 12 |
| InterAmerican University of Puerto Rico | 7 | 5 | 3 | 15 |
| Jacksonville University | 0 | 0 | 1 | 1 |
| Lewis University | 0 | 0 | 4 | 4 |
| Metro-State College | 0 | 6 | 6 | 12 |
| Miami Dade College | 75 | 49 | 8 | 132 |
| Middle Georgia College | 1 | 6 | 5 | 12 |
| Middle Tennessee State University | 35 | 26 | 17 | 78 |
| Minneapolis Community and Technical College | 55 | 46 | 16 | 117 |
| Mt. San Antonio College | 61 | 41 | 25 | 127 |
| Purdue University | 15 | 26 | 5 | 46 |
| St. Cloud State University | 0 | 0 | 2 | 2 |
| The Community College of Baltimore County | 0 | 1 | 14 | 15 |
| Tulsa Community College | 0 | 1 | 0 | 1 |
| University of Alaska-Anchorage | 59 | 32 | 9 | 100 |
| University of North Dakota | 49 | 67 | 26 | 142 |
| University of Oklahoma | 0 | 1 | 0 | 1 |
| Vaughn College | 31 | 29 | 12 | 72 |
| Total | 599 | 552 | 291 | 1,442 |

**Analyses**

We examined AT-SAT scores by hiring source and in relationship to (a) selection decisions, (b) type and level of facility assigned for those selected and (c) training outcomes at the Academy and their first facility. Training outcome at the Academy is pass or fail based on a PV assessment. Facility training progress is categorized in the NTD as *completed*, *in progress*, *facility fail*, *transfer lower*, *transfer*, and *other* (Table 4). *Completed training*, *in progress*, *failed*, and *transferred lower* are reflections of the actual training performance of the trainees, referred to as developmentals while in field training. Outcome categories of *transfer* and *other* categories are reflections of factors other than training performance. Developmentals who completed training at their first facility were classified as successful. Those who failed or transferred lower were considered unsuccessful. Developmentals in progress were considered neither successful nor unsuccessful. Time to complete training varies by facility, but it is generally assumed that developmentals will complete training in approximately three years at en route facilities. At terminal facilities time to complete training is highly dependent on the volume and complexity of the traffic, but is generally less than three years.

We performed two types of analyses. The first compared the selection statistics for CTI graduates and GP applicants. The second compared the training performance at the Academy and the first facility of CTI to GP trainees. Throughout the results, we did not assess the statistical significance of the differences found in the data. When using datasets with a large number of participants, the likelihood of attaining statistical significance, even with relatively small differences, is high. Therefore, our approach was to describe the data, highlighting differences. The datasets used in the analyses and the results for the two types of analyses are presented next.

Table 4. National Training Database Training Categories

| Developmental Status Description | Developmental Status Category |
|---|---|
| Successfully Completed Training | Completed |
| Active Military Duty Prior to Completion | In Progress |
| Extended Medical Absence Prior to Completion | |
| In Progress | |
| In Progress - Returned to Training by Training Manager | |
| Temporary Loss of Medical Prior to Completion | |
| Waiting for Training Review | |
| Employee Withdrew From Training | Facility Fail |
| Employment Terminated Prior to Completion | |
| Employment Termination Letter Issued | |
| Reassigned to a non-ATC FAA position | |
| Training Discontinued by ATM | |
| Training Failure - Pending HR Action | |
| Reassigned to Another 2152 Facility | Transfer Lower |
| ERR Employee Requested Reassignment – Transferred Prior to Completion | Transfer |
| Vacancy Announcement – Transferred Prior to Completion | |
| Verified Hardship ERR Employee Requested Reassignment – Transferred | |
| Employee Died Prior To Completion | Other |
| Employee Resigned From Agency Prior to Completion | |
| Employee Retired Prior to Completion | |
| Employment Contract Not Renewed Prior to Completion | |
| Employment Terminated - Medical - Prior to Completion | |
| Employment Terminated - Security - Prior to Completion | |
| Retired or Resigned | |
| Training Stopped Pending Security Investigation | |

## RESULTS

**Selection**

The first dataset, intended to examine the testing results of CTI graduates as compared with GP applicants, contained 14,124 applicants. Of these, 2,090 were CTI graduates and 12,034 were GP applicants. The average AT-SAT score of the CTI and the GP applicants, along with the standard deviation and standard error of the means, are shown in Table 5. CTI graduates averaged 2.49 points higher on AT-SAT than the GP applicants.

Also examined was the ranking category, based on AT-SAT score, assigned to CTI and GP applicants. Recall that a minimum score of 70 is needed to pass AT-SAT. The percentages of CTI graduates and GP applicants scoring within each of the defined AT-SAT ranges (Not Qualified (< 70), Qualified (70-84.9), and Well-Qualified (85-100)) are shown in Table 6. There were 2.3% of the CTI graduates receiving an AT-SAT score less than

70, compared to 6.9% of GP applicants. As shown in Table 6, slightly more than 10% of the CTI graduates (68.1%) scored as Well-Qualified than GP applicants (57.2%).

Of the 14,124 CTI graduates and GP applicants who applied between 2007 and 2009, only 4,131 (29.2%) were selected for an ATC trainee position with the FAA by January 2013. Of the 2,090 CTI graduates, 1,442 (69.08%) were selected, while 2,689 (22.3%) of the 12,034 GP applicants were selected (Table 7).

Table 8 shows the categorization rank of those applicants selected for ATCS trainee positions by hiring source. The majority of those selected (87.5%) from both hiring sources were classified as Well-Qualified. As shown in Table 8, a higher percentage of CTI graduates than GP applicants were selected from the Qualified range (24.2% and 5.8%, respectively). Nine CTI graduates and two GP applicants did not pass AT-SAT on their first attempt. To be hired, they had to have retaken and passed AT-SAT at a later date. This research used the scores on

Table 5. AT-SAT Means, Standard Deviations, and Standard Error of the Means by Hiring Source

| Hiring Source | N | Mean | Std. Deviation | Std. Error Mean |
|---|---|---|---|---|
| CTI | 2,090 | 88.16 | 8.05 | .176145 |
| GP | 12,034 | 85.67 | 9.49 | .086473 |

Table 6. AT-SAT Score Categories by Hiring Source

| AT-SAT Category | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| Well-Qualified | 1,424 (68.1%) | 6,887 (57.2%) | 8,311 (58.8%) |
| Qualified | 617 (29.5%) | 4,319 (35.9%) | 4,936 (34.9%) |
| Not Qualified | 49 (2.3%) | 828 (6.9%) | 877 (6.2%) |
| **Total** | 2,090 | 12,034 | 14,124 |

Table 7. Selected by Hiring Source

| Selected | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| No | 648 (31.0%) | 9,345 (77.7%) | 9,993 (70.8%) |
| Yes | 1,442 (69.0%) | 2,689 (22.3%) | 4,131 (29.2%) |
| **Total** | 2,090 | 12,034 | 14,124 |

Table 8. Selected Applicants AT-SAT Category by Hiring Source

| AT-SAT Category | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| Well-Qualified | 1,084 (75.2%) | 2,531 (94.1%) | 3,615 (87.5%) |
| Qualified | 349 (24.2%) | 156 (5.8%) | 505 (12.2%) |
| Not Qualified | 9 (.6%) | 2 (.1%) | 11 (.3%) |
| **Total** | 1,442 | 2,689 | 4,131 |

the first administration of AT-SAT.

The next set of tables describes the type of facility to which applicants selected for an ATC trainee position were assigned. Placement decisions are made based on a number of factors, to include the needs of the FAA and the preference of the selectee. Table 9 shows that a slightly higher percentage of all trainees were assigned to terminal facilities (55.9%). This was true for both CTI and GP trainees. The difference was less than 2 percentage points between the type of assignments CTI and GP trainees received following successful completion of the Academy.

Of the 1,761 trainees assigned to en route facilities, the majority (1,735) were assigned to levels 10, 11, and 12 facilities. There were only 26 applicants assigned to en route level 8 or 9 facilities in our database. The number of trainees assigned to each level facility for CTI graduates and GP applicants is shown in Table 10. A higher percentage of CTI than GP trainees were assigned to level 10 and 11 facilities. At level 12 facilities, a higher percentage of GP than CTI trainees were assigned. Differences in the proportion of trainees assigned to level 11 and 12 facilities were approximately 10%. There were 10% more CTI trainees assigned to level 11 facilities and 10% more GP trainees assigned to level 12 facilities.

Terminal facilities are grouped by level. Lower level facilities, 4 through 6, are considered small; mid-level facilities, 7 through 9, are medium; and higher level facilities, 10 through 12, are large. For terminal facility assignments, a higher proportion of GP trainees were assigned to lower level facilities than CTI trainees. CTI trainees were assigned to medium and large facilities at a slightly higher rate than GP trainees. The difference in assignment to small facilities was 9.2%, all other differences between CTI and GP trainees in assignment to terminal facilities were less than 5% (Table 11).

Table 9. Terminal or En Route Facility Assignments by Hiring Source

| Option | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| En Route | 620 (43.0%) | 1,141 (42.4%) | 1,761 (42.6%) |
| Terminal | 803 (55.7%) | 1,505 (56.0%) | 2,308 (55.9%) |
| Not Assigned or Unknown | 19 (1.3%) | 43 (1.6%) | 62 (1.5%) |
| Total | 1,442 | 2,689 | 4,131 |

Table 10. En Route Level Assignments by Hiring Source

| En Route Levels | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| 8 | 3 (.5%) | 8 (.7%) | 11 (.6%) |
| 9 | 7 (1.1%) | 8 (.7%) | 15 (.9%) |
| 10 | 116 (18.7%) | 194 (17%) | 310 (17.6%) |
| 11 | 245 (39.5%) | 342 (30.0%) | 587 (33.3%) |
| 12 | 249 (40.2%) | 589 (51.6%) | 838 (47.6%) |
| Total | 620 | 1,141 | 1,761 |

Table 11. Terminal Level Assignments by Hiring Source

| Terminal Levels | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| Small (4-6) | 254 (31.6%) | 614 (40.8%) | 868 (37.6%) |
| Medium (7-9) | 346 (43.1%) | 582 (38.7%) | 928 (40.2%) |
| Large (10-12) | 199 (24.8%) | 307 (20.4%) | 506 (21.9%) |
| Missing | 2 (.1%) | 4 (.5%) | 6 (.3%) |
| Total | 803 | 1,505 | 2,308 |

**Training Performance at the First Facility**

The next set of analyses examined the training performance of the trainees at the Academy and as they progressed through ATC training at their first facility. Training status was gathered from the Academy and the NTD database. We started our analyses with all CTI graduates and GP applicants selected for an ATC trainee position. As shown in Table 7, there were 4,131 trainees in our sample. We used Academy and NTD training performance data to examine training status as of February 2013 of all selected trainees by hiring source. Training outcomes include declined to attend or resigned from the Academy, still in training at the first facility, successfully completed training at the first facility, failed at the Academy or unsuccessful in field training, or other field training outcomes not related to performance (see Table 4 for a listing of these factors), or training outcome has not been documented in any available data source.

As can be seen in Table 12, slightly more CTI trainees were still in training or successfully completed training than GP trainees. Conversely, slightly more GP than CTI trainees declined to attend or resigned from the Academy, or were unsuccessful at the Academy or in field training. Differences were 5 percentage points or less.

The data reported in Table 12 were further refined to include only those outcomes related to performance. Performance-related outcomes are successful, unsuccessful, or still in training. When considering only the performance-related outcomes, there is a greater difference between CTI and GP trainees, especially in regards to unsuccessful performance. There was a difference of 6.4% percentage points between CTI and GP trainees, with more GP than CTI trainees being unsuccessful in the Academy or at their first facility (Table 13).

Table 12. Outcome by Hiring Source

| Outcomes | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| Academy Resigned or Declined | 6 (.4%) | 29 (1.1%) | 35 (.8%) |
| Successfully Completed Training | 702 (48.7%) | 1,203 (44.7%) | 1,905 (46.1%) |
| In Training at First Facility | 362 (25.1%) | 590 (21.9%) | 952 (23.0%) |
| Unsuccessful (Academy/Field) | 206 (14.3%) | 523 (19.4%) | 729 (17.6%) |
| Other (Non-performance) | 134 (9.3%) | 267 (9.9%) | 401 (9.7%) |
| Unknown | 32 (2.2%) | 77 (2.9%) | 109 (2.6%) |
| Total | 1,442 | 2,689 | 4,131 |

Table 13. Performance-Related Outcomes by Hiring Source

| Outcomes | Hiring Source | | Total |
|---|---|---|---|
| | CTI | GP | |
| Successfully Completed Training | 702 (55.3%) | 1,203 (51.9%) | 1,905 (53.1%) |
| In Training at First Facility | 362 (28.5%) | 590 (25.5%) | 952 (26.5%) |
| Unsuccessful (Academy/Field) | 206 (16.2%) | 523 (22.6%) | 729 (20.3%) |
| Total | 1,270 | 2,316 | 3,586 |

For outcomes related to performance, we also examined the data by facility type and level. There were 3,586 trainees in the dataset. These trainees had successfully completed training, were still in training, or had been unsuccessful either at the Academy or at their first assigned facility. These trainees had been assigned to en route (1,571) or terminal (2,015) facilities.

The training performance of trainees assigned to en route facilities is shown in Table 14. Because there were so few trainees at Level 8 and 9 en route facilities, the data were combined. Except for Levels 8-9, CTI trainees had completed training successfully at a higher percentage than GP trainees. Also, again except for Levels 8-9, the percentage of CTI trainees who were unsuccessful was less than the percentage of unsuccessful GP trainees. Across all levels, the percentage of trainees still in training was similar.

We then examined the training performance of trainees at small, medium, and large terminal facilities (Table 15). Again, we only considered outcomes related to performance (successfully completed training, in training and unsuccessful). The percentage of trainees still in training at the first facility varied, but overall there was a higher percentage of CTI than GP trainees still in training at terminal facilities. Based on percentages, GP trainees were slightly more successful than CTI trainees at small and medium-level facilities, but at large facilities CTI trainees were more successful than GP trainees. GP trainees were proportionately more unsuccessful at all levels of facilities than CTI trainees.

Table 14. Outcome by En Route Facility Level and Hiring Source

| Facility Level | Outcomes by En Route Facility Level | Hiring Source | |
|---|---|---|---|
| | | CTI | GP |
| 8 - 9 | Successfully Completed Training | 1 (10%) | 3 (21.4%) |
| | In Training at First Facility | 4 (40%) | 6 (42.9%) |
| | Unsuccessful (Academy/Field) | 5 (50%) | 5 (35.7%) |
| 10 | Successfully Completed Training | 71 (67.0%) | 104 (58.1%) |
| | In Training at First Facility | 20 (18.9%) | 32 (17.9%) |
| | Unsuccessful (Academy/Field) | 15 (14.2%) | 43 (24.0%) |
| 11 | Successfully Completed Training | 99 (46.9%) | 107 (38.5%) |
| | In Training at First Facility | 72 (34.1%) | 90 (32.4%) |
| | Unsuccessful (Academy/Field) | 40 (19.0%) | 81 (29.1%) |
| 12 | Successfully Completed Training | 98 (43.2%) | 218 (39.9%) |
| | In Training at First Facility | 87 (38.3%) | 204 (37.4%) |
| | Unsuccessful (Academy/Field) | 42 (18.5%) | 124 (22.7%) |
| Total | | 1,017 | 554 |

Table 15. Outcome by Terminal Facility Level and Hiring Source

| Facility Level | Outcomes by Terminal Facility Level | Hiring Source | |
|---|---|---|---|
| | | CTI | GP |
| Small (4-6) | Successfully Completed Training | 145 (61.4%) | 332 (62.6%) |
| | In Training at First Facility | 64 (27.1%) | 105 (19.8%) |
| | Unsuccessful (Academy/Field) | 27 (11.4%) | 93 (17.5%) |
| Medium (7-9) | Successfully Completed Training | 178 (56.5%) | 299 (57.8%) |
| | In Training at First Facility | 91 (28.9%) | 116 (22.4%) |
| | Unsuccessful (Academy/Field) | 46 (14.6%) | 102 (19.7%) |
| Large (10-12) | Successfully Completed Training | 110 (66.7%) | 140 (55.6%) |
| | In Training at First Facility | 24 (14.5%) | 37 (14.7%) |
| | Unsuccessful (Academy/Field) | 31 (18.8%) | 75 (29.8%) |
| Total | | 716 | 1,299 |

11

Table 16. Outcome at First Facility by AT-SAT Category

| AT-SAT Category | Outcomes | Hiring Source | |
|---|---|---|---|
| | | CTI | GP |
| Qualified | Successfully Completed Training | 168 (54.2%) | 56 (43.4%) |
| | In Training at First Facility | 69 (22.3%) | 14 (10.9%) |
| | Unsuccessful (Academy/Field) | 73 (23.5%) | 59 (45.7%) |
| Total | | 310 | 129 |
| Well-Qualified | Successfully Completed Training | 531 (55.7%) | 1145 (52.4%) |
| | In Training at First Facility | 289 (30.3%) | 576 (26.4%) |
| | Unsuccessful (Academy/ Field) | 133 (14.0%) | 464 (21.2%) |
| Total | | 953 | 2,185 |

We also examined the outcome data in relationship to AT-SAT score categories. We excluded those in our dataset that did not pass AT-SAT on the first administration. The results can be seen in Table 16. The highest proportion of CTI and GP trainees, scoring in either the Qualified or Well-Qualified range on AT-SAT, had successfully completed training. Both CTI and GP Qualified trainees were unsuccessful more often than Well-Qualified trainees.

## DISCUSSION

These data paint a picture of the selection and initial training performance of ATCSs hired from among CTI and GP applicants. These applicants are required to pass AT-SAT as part of the hiring process. The cost to the FAA for administering AT-SAT is approximately $360 per applicant (L. Waterford, personal communication, February 9, 2012). The question asked in this study is whether or not CTI graduates should continue to take AT-SAT as part of the selection process.

In reviewing the data, we found that the CTI graduates tested from April 2007 through December 2009 scored an average of 2.49 points higher on AT-SAT as compared to GP applicants. More than 97% of the CTI graduates and 93% of the GP applicants passed AT-SAT. Given the high pass rate, it is clear that AT-SAT is not eliminating as many applicants from consideration as it did before reweighting (Wise, Tsacoumis, Waugh, Putka, & Hom, 2001). However, there was variability in the proportion of applicants scoring in the Well-Qualified and Qualified score categories, with more than 50% of test takers scoring in the Well-Qualified category and approximately one-third as Qualified. We will now consider these differences in relationship to training performance.

The remaining results will be discussed in two sections. The first will focus on the comparison of CTI graduates and GP applicants in the selection process. The second will review the training performance of CTI and GP trainees at the Academy and at their first facility. Again, no statistical analyses were performed due to the large number of applicants, so percentage differences noted are merely observational to highlight areas that may be of interest for further review. The differences are not considered statistically significant.

**Selection**

Of the CTI graduates who took AT-SAT (n=2,090), 1442 (69.0%) were selected for a training position. This compared to the selection of 2,689 (22.3%) of GP applicants who took AT-SAT (n=12,034). Although the proportion of CTI graduates selected was much higher than the proportion of GP applicants selected, there were almost twice as many GP applicants selected as CTI graduates. As shown in Table 8, the majority of CTI graduates and GP applicants selected for an ATCS trainee position scored in the Well-Qualified range on AT-SAT (75.2% and 94.1%, respectively). This is not surprising given that the selection panel, as a matter of policy, selected from among the Well-Qualified applicant pool before considering Qualified applicants. Of interest, however, is that the selection panel selected more CTI-Qualified applicants than GP-Qualified applicants. Of the applicants selected, 349 (24.2%) CTI graduates selected scored in the Qualified range on AT-SAT, whereas only 156 (5.8%) of the GP applicants selected scored in the Qualified category. This may demonstrate a preference for CTI-Qualified applicants over GP-Qualified applicants or may merely indicate that more CTI-Qualified applicants were available for selection at the vacancy sites. The latter explanation is unlikely, however, since GP applicants can be considered nationwide, independent of their U.S. state or territory preference, whereas CTI graduates may only be considered for positions within the two U.S. states or territories identified by the graduate as preferred locations on their application (A. Wint, personal communication, December 12, 2012).

There was little difference in assignment of CTI or GP trainees to an en route or terminal facility. Approximately, the same proportion of CTI and GP trainees were assigned to en route and terminal facilities. There were, however, some differences in the level of facility to which the trainees were assigned. Specifically, fairly large differences were noted for assignment to en route level 11 and 12 facilities. There were 9.5% more CTI trainees assigned to en route level 11 facilities, while 10.4% more GP trainees were assigned to en route level 12 facilities. However, at terminal facilities, more CTI trainees were assigned to medium- and large-level facilities than GP trainees. Again, differences in facility level assignment may be due to the applicants available to the selection panel per location. However, there is no reason

to assume that the availability of applicants per location should differ in a way that would systematically affect the proportion of CTI or GP trainees assigned to the most complex en route or terminal facilities. Selection panel preferences, however, may be influencing facility level assignments. The selection panel may favor GP applicants for the most complex en route facilities and CTI graduates for the more complex terminal facilities. Why these preferences exist, however, is unclear.

**Training Performance at the First Facility**

A subset of the data was used to examine training status of CTI and GP trainees. As of February 2013, the majority of CTI and GP trainees had completed training, either successfully or unsuccessfully. Considering only performance-related outcomes (successful, unsuccessful, or still in training), and across both en route and terminal facilities, 53.1% of CTI and GP trainees were successful and 20.3% were unsuccessful. However, overall, a larger proportion of CTI trainees were successful and a smaller proportion unsuccessful than GP trainees. The largest difference between CTI and GP trainees was in unsuccessful performance. With only one exception (en route Level 8-9 Facility), the proportion of unsuccessful CTI trainees was less than the proportion of unsuccessful GP trainees. Simply based on training performance, a preference for CTI graduates over GP applicants at both en route and terminal facilities seems warranted. Future researchers should investigate the statistical significance of the difference between CTI and GP trainees, while controlling for factors such as level of facility. Future researchers may also want to investigate selection panel decision processes.

In examining training performance of CTI and GP trainees, we also found that a higher proportion of Well-Qualified trainees were successful than Qualified trainees (53.4% and 51.0%, respectively) and a smaller proportion were unsuccessful (19.0% and 30.1%, respectively). Similar differences existed for both CTI and GP trainees, although the difference between the performance of Well-Qualified and Qualified GP trainees was more than the difference between Well-Qualified and Qualified CTI trainees. These differences may support the tendency of the selection panel to favor Qualified CTI graduates over GP-Qualified applicants.

## CONCLUSIONS AND RECOMMENDATIONS

At this time, we conclude that the value of AT-SAT in hiring CTI graduates may be more in its ability to categorize them for use by the selection panel than as a tool to eliminate applicants from consideration. We also cannot support awarding points to CTI graduates based on AT-SAT score, as proposed by the IRP (Barr, et al., 2011). We do not have sufficient data to assess the relationship between individual scores on AT-SAT and training performance, and there is no evidence to suggest that differences of one or two points on AT-SAT would predict training outcomes. However, there was a difference in the training performance of Well-Qualified and Qualified trainees in our sample such that Well-Qualified trainees did better in training than Qualified trainees.

Our recommendation is to continue using AT-SAT in the hiring of CTI graduates. Our recommendation is based on our examination of the training performance of both Well-Qualified and Qualified trainees. Well-Qualified trainees performed better in training than Qualified trainees. They succeeded at a higher rate and failed at a lower rate than Qualified trainees. Selecting Well-Qualified trainees should improve overall training performance at the Academy and in the field. However, if there is a need to hire from the Qualified applicant pool, we recommend that Qualified CTI graduates be given preference over Qualified GP applicants.

**Limitation**

A limitation of this research was our inability to classify all AT-SAT test takers as having or not having graduated from a CTI program, based on the data sources to which we had access. There were 1,058 people in our original database of AT-SAT test takers that could not be classified. The data for these people were inconsistent. There were 53 that were hired under a CTI vacancy announcement as noted by hiring source in the AVIATOR database, but these people were not identified as CTI students in the CTI Program Database. More troubling, 1,005 people took AT-SAT and were identified as having attended a CTI school based on the CTI program database. However, they were not identified as CTI graduates based on hiring source in the AVIATOR or NTD databases. In addition, CTI students entered into the CTI program database are not removed from the database if they leave the program. After some period of time, they may be noted as inactive, but there is generally a delay between the student leaving the CTI program and being identified as inactive. Also, CTI students qualified to apply for an ATCS training position as a CTI graduate may also apply and be selected based on a GP vacancy announcement. For those people in the CTI program database not hired based on a CTI vacancy announcement, they may or may not have graduated from a CTI program and may or may not have been qualified to apply as a CTI graduate. Thus, these records were excluded from both the CTI and GP samples. Future researchers interested in comparing selection and training performance differences between CTI graduates and GP applicants will require a strategy to more accurately classify individuals as having or not having prior aviation experience, independent of vacancy announcement or hiring source.

## REFERENCES

Barr, M., Brady, T., Koleszar, G., New, M., & Pounds, J. (September 22, 2011). *FAA Independent Review Panel on the selection, assignment and training of air traffic control specialists*. Final Report. Washington, DC: Federal Aviation Administration. Retrieved from http://www.faa.gov/news/updates/media/IRP%20Report%20on%20Selection%20Assignment%20Training%20of%20ATCS%20FINAL%2020110922.pdf

Della Rocco, P. (1998). FAA Academy air traffic control special-ist screening programs and strike recovery. In D. Broach (Ed.), *Recovery of the FAA air traffic control specialist work-force, 1981-1992* (pp.43-51). (Report No. DOT/FAA/AM-98/23). Washington, DC: FAA Office of Aviation Medicine.

Federal Aviation Administration (2011). A plan for the future: 10-year strategy for the air traffic control workforce 2011-2020. Retrieved from http://www.faa.gov/air_traffic/publications/controller_staffing/media/CWP_2011.pdf

Federal Aviation Administration (2012). A plan for the future: 10-year strategy for the air traffic control workforce 2012-2021. Retrieved from http://www.faa.gov/air_traffic/publications/controller_staffing/media/CWP_2012.pdf

Federal Aviation Administration (2011 May). National Training Database Guidelines.

Federal Aviation Administration Order 7210.57 (1998). Traffic Counting, Reporting, and Processing for Determining Facility Classification Levels. Retrieved from http://www.faa.gov/regulations_policies/orders_notices/index.cfm/go/document.information/documentID/10463.

Federal Aviation Administration (2011, October). Air traffic controller training initiative (CTI) program overview and FAQ. Retrieved from http://www.instruction.greenriver.edu/aviation/downloads/pdfs/CTI_Overview_and_%20FAQ's_CTI_School_Version.pdf.

Heil, M.C., & Reese, N.S. (2002). FAA air traffic controller selection in the united states. In H. Eissfeldt, M.C. Heil & D. Broach (Eds). *Staffing the ATM system: The selection of air traffic controllers* (pp. 109-120). Aldershot, England: Ashgate.

King, R.E., Manning, C.A., & Drechsler, G.K. (2007). *Operational use of the air traffic selection and training battery.* (Report No. DOT/FAA/AM-07/14). Washington, DC: FAA Office of Aerospace Medicine.

Quartetti, D., Kieckhaefer, W., & Houston, J. (2001). Predictor development background. In R.A. Ramos, M.C. Heil, & C.A. Manning (Eds.), *Documentation of validity for the AT-SAT computerized test battery, Volume I.* (Report No. DOT/FAA/AM-01/05). Washington, DC: FAA Office of Aviation Medicine.

Ramos, R.A., Heil, M.C., & Manning, C.A. (2001a). *Documentation of validity for the AT-SAT computerized test battery, Volume I.* (Report No. DOT/FAA/AM-01/05). Washington, DC: FAA Office of Aviation Medicine.

Ramos, R.A., Heil, M.C., & Manning, C.A. (2001b). *Documentation of validity for the AT-SAT computerized test battery, Volume II.* (Report No. DOT/FAA/AM-01/06). Washington, DC: FAA Office of Aviation Medicine.

Wise, L.L., Tsacoumis, S.T., Waugh, G.W., Putka, D.J., & Hom, I. (2001). *Revisions of the AT-SAT* (Report No. DTR-01-58). Alexandria, VA: Human Resources Research Organization (HumRRO).

# APPENDIX A

## Approved CTI Schools by Location

|  | School Name | City | State | Year Accepted |
|---|---|---|---|---|
| 1 | University of Alaska | Anchorage | AK | 1992 |
| 2 | Arizona State University | Mesa | AZ | 2007 |
| 3 | Embry-Riddle Aeronautical University | Prescott | AZ | 2008 |
| 4 | Sacramento City College | Sacramento | CA | 2009 |
| 5 | Mount San Antonio College | Walnut | CA | 1996 |
| 6 | Metropolitan State College of Denver | Denver | CO | 2007 |
| 7 | Aims Community College | Greeley | CO | 2008 |
| 8 | Embry-Riddle Aeronautical University | Daytona Beach | FL | 1992 |
| 9 | Miami Dade College | Homestead | FL | 1996 |
| 10 | Florida State College at Jacksonville | Jacksonville | FL | 2007 |
| 11 | Jacksonville University | Jacksonville | FL | 2008 |
| 12 | Florida Institute of Technology | Melbourne | FL | 2009 |
| 13 | Broward College | Pembroke Pines | FL | 2008 |
| 14 | Middle Georgia College | Cochran | GA | 2007 |
| 15 | Lewis University | Romeoville | IL | 2007 |
| 16 | Purdue University | West Lafayette | IN | 1996 |
| 17 | Hesston College | Hesston | KS | 2009 |
| 18 | The Community College of Baltimore County | Baltimore | MD | 2007 |
| 19 | Western Michigan University College of Aviation | Battle Creek | MI | 2009 |
| 20 | Minneapolis Community and Technical College | Eden Prairie | MN | 1992 |
| 21 | St. Cloud State University | St. Cloud | MN | 2008 |
| 22 | University of North Dakota | Grand Forks | ND | 1992 |
| 23 | Daniel Webster College | Nashua | NH | 1996 |
| 24 | Eastern New Mexico | Roswell | NM | 2008 |
| 25 | Vaughn College of Aeronautics and Technology | Flushing | NY | 1996 |
| 26 | Dowling College | Shirley | NY | 1996 |
| 27 | Kent State University | Kent | OH | 2007 |
| 28 | University of Oklahoma | Norman | OK | 2007 |
| 29 | Tulsa Community College | Tulsa | OK | 2008 |
| 30 | Community College of Beaver County | Beaver Falls | PA | 1992 |
| 31 | InterAmerican University of Puerto Rico | San Juan | PR | 1996 |
| 32 | Middle Tennessee State University | Murfreesboro | TN | 1996 |
| 33 | LeTourneau University | Longview | TX | 2008 |
| 34 | Texas State Technical College | Waco | TX | 2009 |
| 35 | Hampton University | Hampton | VA | 1992 |
| 36 | Green River Community College | Auburn | WA | 2007 |



EXHIBIT
3

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84**

## Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring

**This policy bulletin applies to:** (1) Non-bargaining unit employees/positions and (2) bargaining unit employees/positions, except where the applicable collective bargaining agreement contains conflicting provisions or the subject has not been negotiated.

**Policy bulletin effective date:** 02/07/2014. This policy bulletin will remain in effect until cancelled by the Office of Human Resource Management or until new assessment/selection process has been incorporated in agency policy(ies), whichever occurs first.

**Background information:** In the spirit of continuous process improvement, the FAA reviewed the end-to-end process of hiring air traffic control specialists. As a result, the FAA chose to make several improvements to the way it selects, trains, and assigns air traffic controllers in order to enhance decision making and increase objectivity in the assessment of candidates. The new process will ensure compliance with statutory requirements including antidiscrimination laws, apply Merit System Principles, and align with the applicable FAA HR employment policies related to permanent external hiring.

_____

1. Purpose
2. Interim Process—Overview
3. Policy Suspension/Modification
4. Points of Contact

**1. Purpose:** This policy bulletin suspends provisions of FAA Human Resources (HR) policy related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist (ATCS) Academy Trainees.

**2. Interim Process—Overview:**

    **a.** The Agency will apply the existing FG-2152-01 position description and minimum experience/education requirements under the single agency qualification standard for FG-2152-01, Air Traffic Control Trainee-FAA Academy.

    **b.** Generally, the FAA will use a single external competitive vacancy announcement open to all U.S. citizens to create an ATCS Academy trainee candidate inventory. At its discretion, the Agency may consider using another candidate source (such as reinstatement, or an on-the-spot hiring authority such as Veterans' Recruitment Appointment, 30% or More Disabled Veteran Program, People With Disabilities) to fill specific positions as appropriate.

    **c.** The FAA will close previous ATCS Academy trainee competitive inventories, notifying candidates that their prior applications and pre-employment test scores will no longer be considered and encouraging them to apply to future vacancy announcements.

    **d.** Applicants may indicate preferred geographical region and state(s) but this information will not be used in the selection process. The Agency may consider designated geographic preferences in the post-Academy facility placement process but staffing needs will be paramount.

    **e.** All applicants will complete the Biographical Assessment.

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84: Temporary Suspension of Agency Policy on**
**Air Traffic Control Specialist Academy Trainee Hiring**

**Effective:  02/07/2014**
**Page 1 of 2**

**f.**   Applicants with a passing score on the Biographical Assessment will be screened for eligibility (citizenship, Selective Service registration, etc.) and minimum experience/education.

**g.**   Applicants meeting the requirements for eligibility and experience/education and with passing scores on the Biographical Assessment will be contacted regarding scheduling of the AT-SAT exam.

**h.**   Candidates meeting all requirements for eligibility and experience/education and with passing scores on the Biographical Assessment and the AT-SAT exam will be placed into one of three quality categories based on a weighted composite of both pre-employment tests and veterans' preference.

**i.**   Selections will be made beginning with the candidates at the top of the category group and working down the list.   Randomization will be used to break any ties.  Veterans' passover procedures will be used if necessary.

**3.  Policy Suspension/Modification:**

**a.**   Effective immediately, provisions of FAA HR policy documents related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist Academy Trainees are suspended.  While some provisions of these policy documents may be referred to as guidance, the FAA will not be bound by their provisions.  This includes (but is not limited to) the following documents:

- **Human Resources Operating Instruction (HROI): Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures** effective 04/01/2007;

- **HROI: Eligibility Period for AT-CTI Graduates** effective 04/01/2007; originally established 05/26/2006;

- **HRPM EMP-1.7a Supplement (Series 2152) Testing Policy for Filling Entry Level  Air Traffic Control Specialist Positions in Terminal and En Route Options** effective 04/01/2007;

- **HRPM EMP-1.11b Supplement (ATCS Employment Policy) Entry Level Pay and Grade for Air Traffic Academy Trainees** effective 06/25/2009; originally established 04/07/2007;

- **FAPM Letter 330-3 Placement of Entry Level Air Traffic Control Specialists** effective 10/04/85; and

- **AHF Operating Procedure #18: Use of On-the-Spot (OTS) Hiring Authority for Air Traffic Control Specialist (ATCS) Positions** effective 3/26/09

**b.**   Some exceptions or modifications to FAA HR policy provisions that are not specific to ATCS employment may also occur as part of the implementation (for example, using more than the two categories specified in EMP-1.28 Category Rating for ranking candidates.)   Any such an exception/modification must be approved by the Director, HR Policy and Compliance Division, AHR-100.

**4.  Points of Contact:**  Questions about this policy should be directed to the Office of Human Resource Management HR Policy and Compliance Division, AHR-110.

Transportation: FAA-AMC-14-ALLSRCE-33537, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

**EXHIBIT**
**4**

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

02/10/2014 to 02/21/2014

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$20,527.00 - $27,942.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Announcement number**

FAA-AMC-14-ALLSRCE-33537

**Control number**

361350500

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center. As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: - Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system. Individuals who do not successfully

complete training at the FAA Academy and all other necessary requirements will have their employment terminated. Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS will be offered a permanent appointment at an FAA facility with a basic salary of $37,441, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion. ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement after successful completion of Academy training. Ultimately, placement will be based upon the needs of the FAA.

## Travel Required

## Supervisory status

No

## Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Three requirements must be met to be referred for selection consideration:
- 1. Basic Qualifications
- 2. Biographical Assessment
- 3. AT-SAT Exam

## Qualifications

Age Requirements: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You can qualify in 1 of the following 5 ways: 1. TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE: applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. OR 2. TO QUALIFY BASED UPON EDUCATION: applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. OR 3. TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION: The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. OR 4. TO QUALIFY BASED ON SPECIALIZED

WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST: applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). OR 5. TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS, applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: a. Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? b. Do you hold or have held an FAA certificate as a dispatcher for an air carrier? c. Do you hold or have held an instrument flight rating? d. Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? e. Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? f. Have you served as a rated Aerospace Defense Command Intercept Director? Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

## Education

### Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=33537

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

There will be two pre-employment tests: 1: Biographical assessment administered through the online application. 2: Applicants meeting basic qualifications and passing the Biographical Assessment may be scheduled to take the AT-SAT at a designated test site. Travel to & from testing locations will be at the expense of the applicant. The Biographical Assessment will be scored at the close of the vacancy announcement. Applicants may check their USAJOBs account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBs account to provide email updates will receive an email notification with any change in status of their applications. Candidates who have successfully met all three requirements (Basic Qualifications, Biographical Assessment, and the AT-SAT) will be placed into pre-determined quality categories, group 1, group 2, or group 3 based on their veterans' preference and pre-employment exam composite scores. Requirement for pre-employment medical clearance: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected. Requirement for security clearance: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained. Department of Transportation's Drug and Alcohol Testing Program: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing. Training Requirements: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment. Requirement for nonstandard duty hours or work week: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                     **Drug test required**

Public Trust - Background Investigation

## REQUIRED DOCUMENTS

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants who have reached the maximum entry age of 31 must provide a copy of an SF-50, Notification of Personnel Action, which verifies original appointment to a Federal Civilian ATCS position (2152 series) with the Department of Defense or FAA prior to age 31.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)

- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information
## Aviation Careers

### Phone

405-954-4657

### Fax

405-954-5766

### Email

Aviation.Careers@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-ATO-15-ALLSRCE-40166, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy



**EXHIBIT**

**5**

**Job Title:** Air Traffic Control Specialist - Trainee
**Department:** U.S. Department of Transportation
**Agency:** Federal Aviation Administration
**Job Announcement Number:** FAA-ATO-15-ALLSRCE-40166

| | |
|---|---|
| **SALARY RANGE:** | $22,560.00 - $28,213.00 / Per Year |
| | This salary includes locality pay which will be applicable while attending the FAA ATC Academy. |
| **OPEN PERIOD:** | Monday, March 23, 2015 to |
| | Tuesday, March 31, 2015 |
| **SERIES & GRADE:** | FG-2152-1 |
| **POSITION INFORMATION:** | Full Time - Temporary NTE - 13 months |
| **DUTY LOCATIONS:** | Many vacancy(s) in the following locations: |
| | All Air Traffic Locations |
| **WHO MAY APPLY:** | U.S. Citizens |
| **SECURITY CLEARANCE:** | Public Trust - Background Investigation |
| **SUPERVISORY STATUS:** | No |
| **JOB SUMMARY:** | |

About the Agency

**Amendment Date:** 03/27/2015
**Amendment Note:** This announcement has been extended.

**Business Component:**
Air Traffic Organization - ATO

**RELOCATION AUTHORIZED:**

- No

**KEY REQUIREMENTS:**

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Three requirements must be met to be referred for selection consideration:
- Basic Qualifications
- Biographical Assessment
- Air Traffic Selection and Training (AT-SAT) Exam
- This vacancy will be open for a minimum of 5 days and extended as needed

**DUTIES:**

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.
- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

- Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system.
- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.
- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection.
- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $37,815, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.
- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.
- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.
- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the January 26, 2015 ATCS vacancy announcement.

## QUALIFICATIONS REQUIRED:

- **Age Requirements**: A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position.
- **You may qualify in 1 of the following 5 ways**:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or have held an FAA certificate as a dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot

or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?

- Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.
- The agency will use the date of written offer to determine if candidates meet the maximum entry age requirement. This means that some candidates may "age out" after the announcement closes if they reach the maximum entry age before receiving a written offer.
- **Entrance on Duty Requirements (EOD):** If you are selected for a position but are unable to complete pre-employment requirements and EOD within 15 months of this announcement (for reasons other than military service), you will no longer be considered for this vacancy.

We are not accepting applications from noncitizens.

**HOW YOU WILL BE EVALUATED:**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**To preview the application questionnaire, click the following link:** View Application Questionnaire

**BENEFITS:**

**You can review our benefits at:** http://www.faa.gov/jobs/working_here/benefits/

**OTHER INFORMATION:**

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

- **There will be two pre-employment tests:**
    - **1:** Biographical assessment administered through the online application system.
    - **2:** Applicants meeting basic qualifications and passing the Biographical Assessment will be scheduled to take the AT-SAT at a designated test site.
- Travel to & from testing locations will be at the expense of the applicant.
- The Biographical Assessment will be scored at the close of the vacancy announcement.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.

- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA, Citizenship

### HOW TO APPLY:

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

### Forms:

- SF-15 : Application for 10-Point Veteran Preference

### REQUIRED DOCUMENTS:

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants who have reached the maximum entry age of 31 must provide a copy of an SF-50, Notification of Personnel Action, which verifies the original/initial appointment to a Federal Civilian ATCS position (2152 series) with the Department of Defense or FAA prior to age 31.

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

**AGENCY CONTACT INFO:**

| | |
|---|---|
| Aviation Careers | Agency Information: |
| Phone: 405-954-4657 | Federal Aviation Administration |
| Fax: 405-954-5766 | Aviation Careers |
| Email: Aviation.Careers@faa.gov | 6500 South Mac Arthur Blvd. |
| | Oklahoma City, OK |
| | 73160 |
| | US |
| | Fax: 405-954-5766 |

**WHAT TO EXPECT NEXT:**

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

---

### FAA is an Equal Opportunity Employer

All qualified applicants will be considered regardless of political affiliation, race, color, religion, national origin, gender, sexual orientation, marital status, age, disability, or other non-merit factors. DOT provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify us. Decisions on granting reasonable accommodation will be made on a case-by-case basis. Additional information on reasonable accommodations procedures or on EEO Programs is available on Office of Civil Rights (ACR) or by contacting the local FAA Civil Rights Office.

Transportation: FAA-ATO-16-ALLSRCE-49075, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy



EXHIBIT
6

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

08/08/2016 to 08/15/2016

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$22,888.00 - $28,626.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Announcement number**

FAA-ATO-16-ALLSRCE-49075

**Control number**

446961800

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.
- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

- Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system.
- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.
- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection and/or veterans' preference pass over.
- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $38,193, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.
- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.
- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.
- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the December 2015 - March 2016 ATCS vacancy announcement FAA-ATO-ATC-EXP-44955.
- The FAA expects to issue an announcement within the next 60 days for applicants with 52 consecutive weeks of air traffic control involving the full-time active separation of air traffic after receipt of an air traffic certification or air traffic control (ATC) facility rating within 5 years of application for those who served at a FAA air traffic control facility, OR a civilian or military ATC facility, OR a tower operating under contract with the FAA under section 47124. The maximum entry age for applicants under this experience announcement will be age 35.

## Travel Required

**Supervisory status**

No

**Promotion Potential**

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Applicants may be required to pass a Biographical Assessment (BA).
- All applicants must pass the Air Traffic Skills Assessment (AT-SA) Exam.
- If eligible for Pool 1; may elect consideration for Pool 2, but not both.

## Qualifications

**APPLICANT POOLS**

**POOL 1 - All U.S. Citizens who also meet the following Pool 1 eligibility criteria:**

Applicants **MUST** meet one of the following criteria (1, 2, OR 3) listed below in order to be eligible for consideration in Pool 1.

**1.** A graduate from an institution participating in the Collegiate Training Initiative (CTI) program and who has received from the institution an appropriate recommendation.

**2.** A veteran eligible for a Veterans Recruitment Appointment (VRA) pursuant to section 4214 of Title 38 and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**3.** An eligible veteran maintaining aviation experience obtained in the course of your military experience and/or entitled to veterans' preference (must meet eligibility requirements in section 2108 of Title 5, Unites States Code).

Applicants eligible for **Pool 1** will not take the Biographical Assessment (BA) unless they voluntarily elect to be considered in **Pool 2**.

### POOL 2 - All U.S. Citizens

Pool 2 applicants are all other U.S. Citizens not meeting the requirements for Pool 1 and <u>will be required</u> to complete and pass the BA at the time of application to receive further consideration.

<u>Pool 2 applicants do not have an option to elect to be considered for Pool 1.</u>

Applicants who applied to FAA-AMC-14-ALLSRCE-33537 vacancy announcement (issued on February 10, 2014), and were found disqualified from the position as the result of the BA but do not meet one of the above mentioned Pool 1 criteria (1, 2 or 3) will be required to take the BA and will not be eligible to elect consideration in Pool 1.

**Biographical Assessment (BA) Exemptions**

During the application process, you will be directed to either bypass the BA or complete the BA based upon your Applicant Pool election and/or the following:

- Applicants who applied for the air traffic controller vacancy FAA-AMC-14-ALLSRCE-33537 (issued on February 10, 2014), and were found disqualified from the position as the result of a BA are eligible to reapply under this announcement. You must have met one of the Pool 1 criteria referenced above, (1, 2, or 3) to bypass the BA (see age requirements below).
- Applicants who are required to take the BA (Pool 2) must achieve a passing score to receive further consideration.

- **You may qualify in 1 of the following 5 ways**:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or have held an FAA certificate as a

dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?

- Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

**Veterans Recruitment Appointment (VRA) eligible applicants:**

- Disabled veterans; or
- Veterans who served on active duty in the Armed Forces during a war, or in a campaign or expedition for which a campaign badge has been authorized; or
- Veterans who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces Service Medal was awarded; or
- Recently separated veterans (defined as; within the last 3 years).

Veterans claiming eligibility on the basis of service in a campaign or expedition for which a medal was awarded must be in receipt of the campaign badge or medal.

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge).

**Entrance on Duty Requirements (EOD):** If you are selected for a position but are unable to complete pre-employment requirements and EOD within 15 months of this announcement, you will no longer be considered for this vacancy.

**Age Requirements**:

Maximum entry age may be waived for Pool 1 applicants who are reapplying and were found disqualified due to the BA in the February 10, 2014 announcement.

A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Please see the **Required Documents** section of this announcement for further information on specific documentation that MUST be provided if you were previously hired by the FAA or DOD prior to the maximum entry age for this position.

We are not accepting applications from noncitizens.

## Education

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants qualifying based on Collegiate Training Initiative (CTI) education must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date AND an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=49075

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**There will be two pre-employment tests for <u>some</u> applicants, <u>all</u> applicants will be required to take and pass the Air Traffic Skills Assessment (AT-SA):**

- **1:** BA administered through the online application system.
- **2:** Applicants meeting basic qualifications and/or passing the BA will be scheduled to take the AT-SA at a designated test site.

- Travel to & from testing locations will be at the expense of the applicant.
- The BA will be scored at the close of the vacancy announcement.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.
- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

**IMPORTANT:** Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated. Ensure that your application package/resume supports your responses.

## Background checks and security clearance

### Security clearance

### Drug test required

Public Trust - Background Investigation

# REQUIRED DOCUMENTS

Applicants qualifying based on education, including Collegiate Training Initiative (CTI) must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date. CTI applicants must also submit an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Applicants who do not meet one of the waivers to maximum entry age to be considered in Pool 1, but have previous 2152 experience and are past

the maximum entry age of 31, MUST provide a copy of a Notification of Personnel Action (SF-50) that verifies original appointment to the civilian 2152 occupational series prior to reaching the maximum entry age of 31. This would be the initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series) received from your servicing Federal Human Resources office.

If you do not have a copy of your initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series), you can request it through the National Personnel Records Center at the following link: http://www.archives.gov/st-louis/civilian-personnel/

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

Applicants qualifying under VRA must provide either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), OR a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)
- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)

- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)


http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.


**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference


## Agency contact information
## Aviation Careers

### Phone

(405) 954-4657

### Fax

(405) 954-5766

### Email

aviation.careers@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US


The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do

business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov/Help/how-to/application/agency/contact/)


## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
7

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

07/07/2017 to 07/14/2017

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$23,547.00 - $29,450.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Telework eligible**

**Announcement number**

FAA-ATO-17-ALLSRCE-53474

**Control number**

473871400

## Duties

### Summary

### Responsibilities

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.

- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy

training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

- ○ Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to the air traffic control system.

- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.

- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection and/or veterans' preference pass over.

- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $38,575, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.

- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.

- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.

- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the April/May 2017 vacancy announcement FAA-ATO-ATCEXP-52850.

**Travel Required**

**Supervisory status**                    **Promotion Potential**
No                                        1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.

- Selective Service Registration is required for males born after 12/31/1959.
- Applicants may be required to pass a Biographical Assessment (BA).
- All applicants must pass the Air Traffic Skills Assessment (AT-SA) Exam.
- If eligible for Pool 1; may elect consideration for Pool 2, but not both.

## Qualifications

### APPLICANT POOLS

### POOL 1 - All U.S. Citizens who also meet the following Pool 1 eligibility criteria:

Applicants **MUST** meet one of the following criteria (1, 2, OR 3) listed below in order to be eligible for consideration in Pool 1.

**1.** A graduate from an institution participating in the Collegiate Training Initiative (CTI) program and who has received from the institution an appropriate recommendation.

**2.** A veteran eligible for a Veterans Recruitment Appointment (VRA) pursuant to section 4214 of Title 38 and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**3.** An eligible veteran maintaining aviation experience obtained in the course of your military experience and/or entitled to veterans' preference (must meet eligibility requirements in section 2108 of Title 5, Unites States Code) and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

Applicants eligible for **Pool 1** will not take the Biographical Assessment (BA) unless they voluntarily elect to be considered in **Pool 2**.

### POOL 2 - All U.S. Citizens

Pool 2 applicants are all other U.S. Citizens not meeting the requirements for Pool 1 and <u>will be required</u> to complete and pass the BA at the time of application to receive further consideration.

<u>Pool 2 applicants do not have an option to elect to be considered for Pool 1.</u>

Applicants who applied to FAA-AMC-14-ALLSRCE-33537 vacancy announcement (issued on February 10, 2014), and were found disqualified from the position as the result of the BA but do not meet one of the above mentioned Pool 1 criteria (1, 2 or 3) will be required to take the BA and will not be eligible to elect consideration in Pool 1.

**Biographical Assessment (BA) Exemptions**

During the application process, you will be directed to either bypass the BA or complete the BA based upon your Applicant Pool election and/or the following:

- Applicants who applied for the air traffic controller vacancy FAA-ATO-16-ALLSRCE-49075 **AND** successfully passed the BA are not required to re-take the BA, as the passing score is valid for up to 3 years from the closing date of that vacancy (08/15/16).
- Applicants who applied for the air traffic controller vacancy FAA-AMC-14-ALLSRCE-33537 (issued on February 10, 2014), and were found disqualified from the position as the result of a BA are eligible to reapply under this announcement. You must have met one of the Pool 1 criteria referenced above, (1, 2, or 3) to bypass the BA (see age requirements below).
- Applicants who are required to take the BA (Pool 2) must achieve a passing score to receive further consideration.
- **You may qualify in 1 of the following 5 ways**:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or

have held an FAA certificate as a dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?
- Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

**Veterans Recruitment Appointment (VRA) eligible applicants:**

- Disabled veterans; or
- Veterans who served on active duty in the Armed Forces during a war, or in a campaign or expedition for which a campaign badge has been authorized; or
- Veterans who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces Service Medal was awarded; or
- Recently separated veterans (defined as; within the last 3 years).

Veterans claiming eligibility on the basis of service in a campaign or expedition for which a medal was awarded must be in receipt of the campaign badge or medal.

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge). Please also see the section 'All Veterans' at the bottom of this vacancy for further documentation requirements for Veterans.

- **Entrance on Duty Requirements (EOD):** If you are selected for a position but are unable to complete pre-employment requirements **and** EOD within 15 months of this announcement, you will no longer be considered for this vacancy.

**Age Requirements**:

Maximum entry age may be waived for Pool 1 applicants who are reapplying and were found disqualified due to the BA in the February 10, 2014 announcement.

A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Please see the **Required Documents** section of this announcement for further information on specific documentation that MUST be provided if you were previously hired by the FAA or DOD prior to the maximum entry age for this position

We are not accepting applications from noncitizens.

## Education

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants qualifying based on Collegiate Training Initiative (CTI) education must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date AND an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=53474

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.
Travel may be required.
Position may be subject to a background investigation.
A one-year probationary period may be required.
The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**There will be two pre-employment tests for <u>some</u> applicants, <u>all</u> applicants will be required to take and pass the Air Traffic Skills Assessment (AT-SA):**

- **1:** BA administered through the online application system.
- **2:** Applicants meeting basic qualifications and/or passing the BA will be scheduled to take the AT-SA at a designated test site.

- Travel to & from testing locations will be at the expense of the applicant.

- The BA will be scored at the close of the vacancy announcement.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.
- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

**IMPORTANT:** Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated. Ensure that your application package/resume supports your responses.

**Background checks and security clearance**

**Security clearance**                                    **Drug test required**

Public Trust - Background Investigation

# REQUIRED DOCUMENTS

Applicants qualifying based on education, including Collegiate Training Initiative (CTI) must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date. CTI applicants must also submit an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Applicants who do not meet one of the waivers to maximum entry age to be considered in Pool 1, but have previous 2152 experience and are past the maximum entry age of 31, MUST provide a copy of a Notification of Personnel Action (SF-50) that verifies original appointment to the civilian 2152 occupational series prior to reaching the maximum entry age of 31. This would be the initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series) received from your servicing Federal Human Resources office.

If you do not have a copy of your initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series), you can request it through the National Personnel Records Center at the following link: http://www.archives.gov/st-louis/civilian-personnel/

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

Applicants qualifying under VRA must provide either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), OR a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement

and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)
- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information

**Aviation Careers**

**Phone**

(405) 954-4657

**Fax**

(405) 954-5766

**Email**

aviation.careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

• An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

• An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

• An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

• Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

• How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


**Legal and regulatory guidance**

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
8

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

07/27/2018 to 07/29/2018

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$24,086.00 - $30,134.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Telework eligible**

No

### This job is open to

<u>U.S. Citizens</u>

**Clarification from the agency**

Open to all U.S. Citizens

**Announcement number**

FAA-ATO-18-ALLSRCE-57792

**Control number**

506307400

## Duties

**Summary**

Air Traffic Control Trainee.

**Our Agency has received a sufficient number of applications and the job announcement will close at 11:59 p.m. ET on 07/29/18.**

This job announcement may close prior to the listed closing date of 07/31/18. Once a sufficient applicant pool has been reached to meet the needs of the FAA, the job announcement may be closed.

**Responsibilities**

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.

- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

    ◦ Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to the air traffic control system.

- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.

- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection and/or veterans' preference pass over.

- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $39,115, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.

- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.

- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.

- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the March 2018 vacancy announcement FAA-ATO-18-ATCEXP-56707.

**Travel Required**

Not Required - The job does not require any travel.

**Supervisory status**                    **Promotion Potential**

No                                         1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Conditions of Employment

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Designated or Random Drug Testing required.
- All applicants must pass the Air Traffic Skills Assessment (AT-SA) Exam.
- If eligible for Pool 1; may elect consideration for Pool 2, but not both.

## Qualifications

**APPLICANT POOLS**

**POOL 1 - All U.S. Citizens who also meet the following Pool 1 eligibility criteria:**

Applicants **MUST** meet one of the following criteria (1, 2, OR 3) listed below in order to be eligible for consideration in Pool 1.

**1.** A graduate from an institution participating in the Collegiate Training Initiative (CTI) program and who has received from the institution an appropriate recommendation.

**2.** A veteran eligible for a Veterans Recruitment Appointment (VRA) pursuant to section 4214 of Title 38 and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**3.** An eligible veteran maintaining aviation experience obtained in the course of your military experience and/or entitled to veterans' preference (must meet eligibility requirements in section 2108 of Title 5, United States Code) and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**POOL 2 - All U.S. Citizens**

Pool 2 applicants are all other U.S. Citizens not meeting the requirements for Pool 1.

Pool 2 applicants do not have an option to elect to be considered for Pool 1.

- **You may qualify in 1 of the following 5 ways**:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility

rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or have held an FAA certificate as a dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?
- Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

**Veterans Recruitment Appointment (VRA) eligible applicants:**

- Disabled veterans; or
- Veterans who served on active duty in the Armed Forces during a war, or in a campaign or expedition for which a campaign badge has been authorized; or
- Veterans who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces Service Medal was awarded; or
- Recently separated veterans (defined as; within the last 3 years).

Veterans claiming eligibility on the basis of service in a campaign or expedition for which a medal was awarded must be in receipt of the campaign badge or medal.

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge). Please also see the section 'All Veterans' at the bottom of this vacancy for further documentation requirements for Veterans.

- **Entrance on Duty Requirements (EOD):** If you are unable to complete all of the pre-employment requirements within 90 days from the date of the Clearance Instruction Letter (CIL), the FAA may rescind your tentative job offer for this vacancy. If you are a current military member in active duty service, you must submit a copy of your DD Form-214, or written documentation (certification) from your branch of service certifying that you are expected to be discharged or released from active duty under honorable conditions no later than 120 days after the date the certification is signed.

**Age Requirements**:

A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Please see the **Required Documents** section of this announcement for further information on specific documentation that MUST be provided if you were previously hired by the FAA or DOD prior to the maximum entry age for this position.

We are not accepting applications from noncitizens.

## Education

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants qualifying based on Collegiate Training Initiative (CTI) education must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date AND an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation. ***CTI to be eligible for Pool 1 your transcripts with confer date and appropriate recommendation letter must be submitted prior to the closing date of the vacancy announcement and the confer date must be prior to announcement close date. An appropriate recommendation letter is not a personal recommendation. This letter must be on official CTI school letter head, signed by the designated CTI point of contact and certify/endorse that all CTI program requirements have been met (or would have been met effective as of 12/31/13).

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=57792

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information
We may use this vacancy to fill other similar vacant positions.
Position may be subject to a background investigation.
A one-year probationary period may be required.
The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to pre-employment or pre-appointment drug screening. Persons occupying a "testing designated position (TDP)" will be subject to random drug and/or alcohol testing.

**All applicants found qualified for the position will be required to take and pass the Air Traffic Skills Assessment (AT-SA):**

- Travel to & from testing locations will be at the expense of the applicant.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.
- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

**IMPORTANT:** Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated. Ensure that your application package/resume supports your responses.

**Background checks and security clearance**

| Security clearance | Drug test required |
|---|---|
| Public Trust - Background Investigation | Yes |

## REQUIRED DOCUMENTS

Applicants qualifying based on education, including Collegiate Training Initiative (CTI) must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date. CTI applicants must also submit an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements* in effect as of December 31, 2013 for an appropriate recommendation. *Please see the Education section for more information.

Applicants who have previous 2152 experience and are past the maximum entry age of 31, MUST provide a copy of a Notification of Personnel Action (SF-50) that verifies original appointment to the civilian 2152 occupational series prior to reaching the maximum entry age of 31. This would be the initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series) received from your servicing Federal Human Resources office.

If you do not have a copy of your initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series), you can request it through the National Personnel Records Center at the following link: http://www.archives.gov/st-louis/civilian-personnel/

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

Applicants qualifying under VRA must provide either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), OR a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be

assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)
- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

Applications will be accepted online until 11:59PM Eastern Standard/Daylight Time on the closing date of the job opportunity announcement (JOA). However, if a sufficient number of applications are received, the announcement may be closed before the published application deadline. Therefore, applicants are strongly encouraged to promptly apply online and in advance of the announcement closing date.

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

**Agency contact information**
**Aviation Careers**

**Phone**

(405) 954-4657

**Fax**

(405) 954-5766

**Email**

aviation.careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

**Next steps**
Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

All qualified applicants will be considered regardless of political affiliation, race, color, religion, national origin, gender, sexual orientation, marital status, age, disability, or other non-merit factors. DOT provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify us. Decisions on granting reasonable accommodation will be made on a case-by-case basis. Additional information on reasonable accommodations procedures or on EEO Programs is available on Office of Civil Rights (ACR) or by contacting the local FAA Civil Rights Office.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

**Equal Employment Opportunity Policy**

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



EXHIBIT

9

**Human Resource Policy Manual (HRPM)**
**Policy Bulletin #90**

## Air Traffic Control Specialist Hiring for New Appointments

**This policy bulletin applies to:** (1) applicants for non-bargaining unit positions, and (2) applicants for bargaining unit positions, except where the applicable collective bargaining agreement contains conflicting provisions or the subject has not been negotiated.

**Policy bulletin effective date:** 08/08/2016. This policy bulletin will remain in effect until cancelled by the Office of Human Resource Management (AHR).
**Note:** The "in-process rule" provision as outlined in paragraph 7b is retroactive to January 23, 2015.

**Background information:** The Federal Aviation Administration (FAA) continues to review and make improvements to the way it recruits and selects Air Traffic Control Specialists (ATCS) for terminal and en route facilities. The goal is to select those candidates who are most likely to succeed, while adhering to applicable law, regulation, and policy. This policy bulletin applies to external recruitment of entry-level ATCS candidates, as well as those with certain Air Traffic Control experience or education. It also implements the provisions of 49 United States Code (U.S.C.) § 44506(f), as enacted by the FAA Extension, Safety, and Security Act of 2016, dated July 15, 2016.

**This policy bulletin cancels:**

- EMP-1.19, Employment of Former Air Traffic Control Specialists, effective 08/30/2002

- Policy Bulletin #12, In-Process Rule for Air Traffic Control Specialist Positions, effective 10/07/2002

- Reference Material: Request for Air Traffic Collegiate Training Initiative (AT-CTI) Extension

- Policy Bulletin #84, Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring, effective 02/07/2014; including cancellation of the impacted, suspended policies and procedures referenced within, as follows:

  - Human Resources Operating Instruction (HROI): Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures effective 04/01/2007

  - HROI: Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates effective 04/01/2007; originally established 05/26/2006

  - EMP-1.7a (Series 2152), Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options effective 04/01/2007

  - EMP-1.11b (ATCS Employment Policy), Entry-Level Pay and Grade for Air Traffic Academy Trainees effective 06/25/2009; originally established 04/07/2007

  - FAPM Letter 330-3, Placement of Entry Level Air Traffic Control Specialists effective 10/01/1985

**Use this policy bulletin in conjunction with:** Other hiring policies in Volume 1: Employment

---

Policy Bulletin #90, Air Traffic Control Specialist Hiring for New Appointments
Use in conjunction with: Other hiring policies in Volume 1: Employment

Effective: 08/08/2016
Page 1 of 7

1. Purpose
2. Scope
3. Definitions
4. General
5. Hiring Categories and Pools
6. Exceptions
7. Maximum Entry Age Provisions
8. Recruitment Strategies
9. Point of Contact

1. **Purpose.** This policy bulletin outlines the Federal Aviation Administration's (FAA) general policy for recruiting, assessing, and selecting candidates for certain Air Traffic Control Specialist (ATCS) positions.

2. **Scope.** This policy bulletin covers recruitment, assessment, and selection of entry-level and experienced ATCS positions.

3. **Definitions.**

   a. **Air Traffic Control (ATC) Experience:** Experience involving the full-time active separation of air traffic after receipt of an air traffic certification or air traffic control facility rating and that is acquired at one of the following:

   - An FAA air traffic control facility

   - A civilian or military air traffic control facility of the Department of Defense (DoD)

   - A tower operating under contract with the FAA under title 49 of the United States Code (U.S.C.) § 47124

   b. **Air Traffic Control Specialist Skills Assessment Battery (ATSA):** Multiple tests that measure cognitive abilities and personal characteristics shown empirically to predict success as an ATCS, including mathematical ability, decision-making ability, spatial information comprehension, working memory, sustained attention object projection, perceptual speed and accuracy, and planning, among others.

   c. **Biographical Assessment:** An assessment used to identify those candidates who have the highest probability of reaching final controller certification by measuring ATCS job applicant characteristics that have been shown empirically to predict success as an ATCS in the FAA. The Biographical Assessment measures an applicant's education, academic achievement, aviation-related experience, and prior air traffic control-related experience and achievement orientation. The assessment was professionally developed and validated based upon years of extensive research of the ATCS occupation in accordance with relevant professional standards and legal guidelines for pre-employment selection testing.

   d. **Collegiate Training Initiative (CTI) Eligible:** One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B) that includes individuals who have successfully completed air traffic controller training and graduated from an institution participating in a CTI program maintained under title 49 U.S.C. § 44506(c)(1) and who have received one of the following from the institution:

   - An appropriate recommendation

Policy Bulletin #90, Air Traffic Control Specialist Hiring for New Appointments
Use in conjunction with: Other hiring policies in Volume 1: Employment

Effective 08/08/2016
Page 2 of 7

- A written statement certifying that the individual would have met the requirements in effect as of December 31, 2013, for an appropriate recommendation

e. **Cut-Off Date:** A cut-off date establishes an early consideration period for receipt of applications/resumes from a vacancy announcement.

f. **Eligible Applicants:** Applicants who meet minimum qualifications and all other eligibility requirements (e.g., citizenship, maximum entry age, Selective Service Registration). Such applicants must also meet additional eligibility criteria and, in some cases testing requirements, that pertain to the category and pool for which they are applying.

g. **Other Eligible Veterans:** One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B)(ii)(III) that includes certain veterans as defined in 38 U.S.C. § 4211 who are maintaining aviation experience obtained in the course of the individual's military experience. Specifically, this is a person who falls into one of the following categories:

- Served on active duty for a period of more than 180 days and was discharged or released therefrom with other than a dishonorable discharge

- Was discharged or released from active duty because of a service-connected disability

- As a member of a reserve component under an order to active duty pursuant to 10 U.S.C. §§ 12301(a), (d), or (g), 12302, or 12304, served on active duty during a period of war or in a campaign or expedition for which a campaign badge is authorized and was discharged or released from such duty with other than a dishonorable discharge

- Was discharged or released from active duty by reason of a sole survivorship discharge (as that term is defined in 10 U.S.C. § 1174(i))

h. **Pools:** Groupings of candidates defined by 49 USC § 44506(f)(1)(B).

i. **Preference Eligible Veterans:** One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B) that includes a veteran, or the spouse, unmarried widow or widower, or parent of a veteran, who meets the definition of preference eligible as defined in 5 U.S.C. § 2108. For more information on veterans' preference, see EMP-1.12, Employment of Veterans and Service Members.

j. **Preferential Consideration:** The process whereby the FAA, based on its annual hiring targets, refers experienced applicants as defined by 49 USC § 44506(f)(1)(A) for appointment, before considering entry-level applicants.

k. **Veterans Recruitment Appointment (VRA) Eligible:** One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B) that includes individuals who are eligible for a veterans recruitment appointment pursuant to 38 U.S.C. § 4214 and who provide a Certificate of Release or Discharge from Active Duty within 120 days of the vacancy announcement closing date or cut-off date.

4. **General.**

- Generally, the FAA will use external competitive vacancy announcements open to all U.S. citizens to recruit, assess, and select candidates for both entry-level and experienced ATCs. Separate vacancy announcements may be used for some

categories. Typically Aviation Careers will conduct the recruitment and hiring for this category, but deviations may be authorized by the Director, HR Services (AHF-1) or designee.

- Candidates may qualify for the position through experience and/or education. For entry-level positions, the FAA will apply the existing experience/education requirements under the single agency qualification standard for FG-2152-01, Air Traffic Control Trainee-FAA Academy. For experienced ATCS positions, candidates must have 52 weeks of specialized ATC experience; the position level and salary will be AT-2152-AG or higher based on candidate's experience, duty station, and applicable collective bargaining unit provisions.

- Director, Human Resource Services, will establish procedures for testing, to include:

  - Testing forms, if needed

  - When/how often retesting is allowed

  - How long scores are valid

  - Other test-related provisions

  See HROI: Air Traffic Control Specialist Testing Processes for Filling Positions.

- Veterans' preference is applied to each vacancy announcement and each applicant pool covered through that vacancy announcement. Eligible applicants are ranked for potential selection using applicable procedures. When making selections from a referral list that is created using the applicable ranking method and veterans' preference requirements, veterans' passover procedures will be used, as appropriate.

- Applicants may indicate geographic preference, but this information will not be used in the selection process. The FAA may use a selectee's geographic preference in the class assignment and/or final facility placement process; however, assignment/placement will be determined based on the needs of the FAA.

- For entry-level hires, the Air Traffic Organization (ATO) will manage the process of scheduling selectees to the FAA Academy and facility assignment for graduating trainees.

- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection or a justification for objecting to/passing over a veteran, if applicable.

- Training will be handled in accordance with Air Traffic Technical Training policy (Order JO 3120.4P or current version).

**5. Hiring Categories and Pools.** Hiring for ATCS positions will typically come from one of the following categories:

  **a. Air Traffic Control (ATC) Experience:** This category or vacancy announcement is given preferential consideration in accordance with 49 U.S.C. § 44506(f). It is typically used to fill permanent positions assigned directly to an ATC facility. Pre-employment testing is **not** required when experienced candidates are placed directly at an FAA facility. However, if the candidate applies to an announcement for entry-level ATCS

positions that is open to All U.S. Citizens, the candidate is subject to the testing requirements applicable to the pool for which he/she elects consideration.

**b. General Experience and/or Education:** This category is typically used to fill positions for entry-level Academy ATCS trainees. The vacancy announcement process, area of consideration, and referral process must produce two pools in accordance with 49 U.S.C. § 44506(f). The Agency will use one vacancy announcement and group the applicants into one of the two pools based on eligibility. Applicants eligible for both pools will select the pool of their choice. Applicants will be referred and assessed separately based on the applicable pool. AHR will issue referral lists to ATO of all eligible and minimally qualified applicants. ATO will consider and/or select for appointment an approximately equal number of applicants per pool, but in no case shall differ by more than 10%.

**(1) Pool 1 – CTI School Graduates and Certain Veterans:** This pool consists of four types of applicants, but essentially covers graduates of a CTI school and three types of veterans who apply to a vacancy announcement open to all U.S. citizens.

- Eligible applicants for Pool 1, and who elect to be considered in Pool 1, will **not** take any biographical assessment, but must take the ATSA or other current pre-employment test or exam.

- The four types include:

    - CTI Eligible

    - VRA Eligible

    - Preference Eligible Veteran

    - Other Eligible Veteran

**(2) Pool 2 – General Public:** This pool consists of applicants who apply to a vacancy announcement open to all U.S. Citizens. All applicants under this pool, including applicants who meet Pool 1 eligibility but elect to be considered in Pool 2 instead, must take any assessment designated by the FAA, including a biographical assessment. Eligible applicants are also required to take the ATSA or other current pre-employment test or exam.

All applicants must meet minimum qualifications and other eligibility requirements. A summary of additional requirements that must be met for the various ATC hiring categories and pools is shown in the following table:

| Hiring Categories | Pool | Primary Eligibility Requirement | Additional Eligibility Requirement | Comments |
|---|---|---|---|---|
| ATC Experience | Preferential Consideration | Maintaining 52 consecutive weeks of ATC experience after receipt of an air traffic certification or air traffic control facility rating | The requirement must have been met within five years prior to application | Typically used to fill permanent positions assigned directly to an ATC facility |

| Hiring Categories | Pool | Primary Eligibility Requirement | Additional Eligibility Requirement | Comments |
|---|---|---|---|---|
| General Experience and/or Education | CTI Eligible Applicant or Certain Veterans (Pool 1) | CTI graduate with successful completion of air traffic controller training | Recommendation or statement from the CTI school | Typically used to fill positions for entry-level Academy trainees |
| | | Eligible for a Veterans Recruitment Appointment (VRA) | Provide a Certificate of Release or Discharge from Active Duty within 120 days of the vacancy announcement closing date or cut-off date | |
| | | Other eligible veteran | Maintaining aviation experience | |
| | | A veteran, or the spouse, unmarried widow or widower, or parent of a veteran | Eligible for veterans' preference | |
| | General Public (Pool 2) | Persons who apply to a vacancy announcement recruiting from all U.S. Citizens | Applicant does not meet the criteria for Pool 1 | Typically used to fill positions for entry-level Academy trainees |

6. **Exceptions.**

   a. **Policy Exceptions:**

      (1) An exception to EMP-1.28, Category Rating, is authorized for ATCS hiring that allows use of more than two categories for ranking candidates.

      (2) Any additional exception/modification to FAA HR policy provisions must be documented in writing and approved by the Director, HR Policy and Compliance Division, AHR-100.

   b. **Vacancy Announcement FAA-AMC-14-ALLSRCE-33537 Reconsideration:** In accordance with 49 U.S.C. § 44506(f)(2)(B), certain applicants who applied for Vacancy Announcement FAA–AMC–14–ALLSRCE–33537 (issued on February 10, 2014), who were disqualified as a result of a biographical assessment, may reapply for the position under the revised hiring practices outlined in this policy bulletin.

      (1) This provision applies to applicants in the following groupings:

      • Applicants who are maintaining 52 consecutive weeks of ATC experience within five years prior to application

      • CTI Eligible

      • VRA Eligible

- Preference Eligible Veteran

- Other Eligible Veteran

(2) The maximum age limitation provisions for the position of air traffic controller that would otherwise disqualify the applicant under the new hiring practices are waived if the applicant reapplies by December 31, 2017, and the applicant met the maximum age requirement under Vacancy Announcement FAA–AMC–14–ALLSRCE–33537.

## 7. Maximum Entry Age Provisions.

a. **Original Appointment to ATC position:**  Maximum entry age policy provisions will apply to a candidate's original appointment to an ATC position.

- Applicants, who are maintaining 52 weeks of ATC experience, after receipt of an air traffic certification or ATC facility rating, must be appointed prior to their 36th birthday.

- Applicants who do not have at least 52 weeks of ATC experience must be appointed prior to their 31st birthday.

b. **In-Process Rule:**  As long as a candidate is below the maximum entry age, on or before the closing date of the vacancy announcement, he/she can complete the pre-employment processes and be appointed, if selected.  This provision allows applicants who are at or below the maximum entry age before the vacancy announcement closes, but who subsequently reach the maximum entry age, to continue through the hiring process (referred to as the "in-process rule").

**Note:**  The "in-process rule" provision as outlined above is retroactive to January 23, 2015.  Between the dates of January 23, 2015 and July 15, 2016, the maximum entry age of 31 applied to all applicants.

c. **Other Exceptions:**  Any other maximum entry age exceptions contained in EMP-1.20, Maximum Entry and Retention Age for Air Traffic Control Specialists, (e.g., applicant is a rehired employee who has previously held position separating and controlling live traffic) will also apply.

## 8. Recruitment Strategies.

a. The FAA will consider and implement appropriate and innovative recruitment strategies to publicize ATCS opportunities.

b. The FAA will continue to provide advance notice and outreach for ATCS vacancy announcements open to all U.S. citizens through its network of employee associations, internal and external stakeholders, and directly to secondary schools and institutions of higher learning.

## 9. Point of Contact.  Questions about this policy should be directed to the Office of Human Resource Services, Aviation Careers Branch.

EXHIBIT
10

**Human Resource Policy Manual (HRPM)**
**Policy Bulletin #90**

**Air Traffic Control Specialist Hiring for New Appointments**

**This policy bulletin applies to:** (1) applicants for non-bargaining unit positions, and (2) applicants for bargaining unit positions, except where the applicable collective bargaining agreement contains conflicting provisions or the subject has not been negotiated.

**Policy bulletin effective date**: 08/08/2016.  This policy bulletin will remain in effect until cancelled by the Office of Human Resource Management (AHR).

**Note:**  The "in-process rule" provision as outlined in paragraph 7b is retroactive to January 23, 2015.

**Policy bulletin revision date:**  07/06/2018

**Background information:**  The Federal Aviation Administration (FAA) continues to review and make improvements to the way it recruits and selects Air Traffic Control Specialists (ATCS) for terminal and en route facilities.  The goal is to select those candidates who are most likely to succeed, while adhering to applicable law, regulation, and policy.  This policy bulletin applies to external recruitment of entry-level ATCS candidates, as well as those with certain Air Traffic Control experience or education.  It also implements the provisions of 49 United States Code (U.S.C.) § 44506(f), as enacted by the FAA Extension, Safety, and Security Act of 2016, dated July 15, 2016.

This policy bulletin (PB) version updates PB #90 dated August 8, 2016 (revised July 11, 2017). The updates made were to remove:

- References to the biographical assessment; and
- Language in paragraph 6b concerning reconsideration under vacancy announcement FAA-AMC-14-ALLSRCE-33537. The timeframe for reconsideration expired on December 31, 2017.

**Use this policy bulletin in conjunction with:**  Other hiring policies in <u>Volume 1: Employment</u>

---

1. Purpose
2. Scope
3. Definitions
4. General
5. Hiring Categories and Pools
6. Policy Exceptions
7. Maximum Entry Age Provisions
8. Recruitment Strategies
9. Point of Contact

**1.  Purpose.**  This policy bulletin outlines the Federal Aviation Administration's (FAA) general policy for recruiting, assessing, and selecting candidates for certain Air Traffic Control Specialist (ATCS) positions.

**2.  Scope.**  This policy bulletin covers recruitment, assessment, and selection of entry-level and experienced ATCS positions.

3.  **Definitions.**

a.  **Air Traffic Control (ATC) Experience:**  Experience involving the full-time active separation of air traffic after receipt of an air traffic certification or air traffic control facility rating and that is acquired at one of the following:

- An FAA air traffic control facility

- A civilian or military air traffic control facility of the Department of Defense (DoD)

- A tower operating under contract with the FAA under title 49 of the United States Code (U.S.C.) § 47124

b.  **Air Traffic Control Specialist Skills Assessment Battery (ATSA):**  Multiple tests that measure cognitive abilities and personal characteristics shown empirically to predict success as an ATCS, including mathematical ability, decision-making ability, spatial information comprehension, working memory, sustained attention object projection, perceptual speed and accuracy, and planning, among others.

c.  **Collegiate Training Initiative (CTI) Eligible:**  One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B) that includes individuals who have successfully completed air traffic controller training and graduated from an institution participating in a CTI program maintained under title 49 U.S.C. § 44506(c)(1) and who have received one of the following from the institution:

- An appropriate recommendation; or

- A written statement certifying that the individual would have met the requirements in effect as of December 31, 2013, for an appropriate recommendation.

d.  **Cut-Off Date:**  A cut-off date establishes an early consideration period for receipt of applications/resumes from a vacancy announcement.

e.  **Eligible Applicants:**  Applicants who meet minimum qualifications and all other eligibility requirements (e.g., citizenship, maximum entry age, Selective Service Registration).  Such applicants must also meet additional eligibility criteria and, in some cases, testing requirements that pertain to the category and pool for which they are applying.

f.  **Other Eligible Veterans:**  One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B)(ii)(III) that includes certain veterans as defined in 38 U.S.C. § 4211 who are maintaining aviation experience obtained in the course of the individual's military experience.  Specifically, this is a person who falls into one of the following categories:

- Served on active duty for a period of more than 180 days and was discharged or released therefrom with other than a dishonorable discharge

- Was discharged or released from active duty because of a service-connected disability

- As a member of a reserve component under an order to active duty pursuant to 10 U.S.C. §§ 12301(a), (d), or (g), 12302, or 12304, served on active duty during a period of war or in a campaign or expedition for which a campaign badge is authorized and was discharged or released from such duty with other than a dishonorable discharge

- Was discharged or released from active duty by reason of a sole survivorship discharge (as that term is defined in 10 U.S.C. § 1174(i))

**g.   Pools:**  Groupings of candidates defined by 49 USC § 44506(f)(1)(B).

**h.   Preference Eligible Veterans:**  One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B) that includes a veteran, or the spouse, unmarried widow or widower, or parent of a veteran, who meets the definition of preference eligible as defined in 5 U.S.C. § 2108.  For more information on veterans' preference, see EMP-1.12, Employment of Veterans and Service Members.

**i.   Preferential Consideration:**  The process whereby the FAA, based on its annual hiring targets, refers experienced applicants as defined by 49 USC § 44506(f)(1)(A) for appointment, before considering entry-level applicants.

**j.   Veterans Recruitment Appointment (VRA) Eligible:**  One of four types of applicants eligible for Pool 1 defined by 49 USC § 44506(f)(1)(B). It includes individuals who are eligible for a veterans recruitment appointment pursuant to 38 U.S.C. § 4214 and who provide a Certificate of Release or Discharge from Active Duty within 120 days of the vacancy announcement closing date or cut-off date.

## 4.   General.

- Generally, the FAA will use external competitive vacancy announcements open to all U.S. citizens to recruit, assess, and select candidates for both entry-level and experienced ATCs.  Separate vacancy announcements may be used for some categories, e.g., utilizing a limited area of consideration when warranted due to unique circumstances.  See 49 U.S.C. § 44506(f)(1)(C).  Typically, Aviation Careers will conduct the recruitment and hiring for this category, but the Executive Director, Human Resource Services (AHF-1) or designee may authorize deviations.

- Candidates may qualify for the position through experience and/or education. For entry-level positions, the FAA will apply the existing experience/education requirements under the single agency qualification standard for FG-2152-01, Air Traffic Control Trainee-FAA Academy.  For experienced ATCS positions, candidates must have 52 weeks of specialized ATC experience; the position level and salary will be AT-2152-AG or higher based on candidate's experience, duty station, and applicable collective bargaining unit provisions.

- AHF-1 will establish procedures for testing, to include:

  - Testing forms, if needed

  - When/how often retesting is allowed

  - How long scores are valid

  - Other test-related provisions

  See HROI: Air Traffic Control Specialist Testing Processes for Filling Positions.

- Veterans' preference applies to each vacancy announcement and each applicant pool covered through that vacancy announcement. Eligible applicants are ranked for potential selection using applicable procedures.  When making selections from a referral list

created using the applicable ranking method and veterans' preference requirements, veterans' passover procedures will be used, as appropriate.

- Applicants may indicate geographic preference; however, this information is not used in the selection process. The FAA may use a selectee's geographic preference in the class assignment and/or final facility placement process; however, assignment/placement will be determined based on the needs of the FAA.

- For entry-level hires, the Air Traffic Organization (ATO) will manage the process of scheduling selectees to the FAA Academy and facility assignment for graduating trainees.

- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection or a justification for objecting to/passing over a veteran, if applicable.

- Training is in accordance with Air Traffic Technical Training policy (Order JO 3120.4P or current version).

5. **Hiring Categories and Pools.** Hiring for ATCS positions will typically come from one of the following categories:

a. **Air Traffic Control (ATC) Experience:** This category or vacancy announcement is given preferential consideration in accordance with 49 U.S.C. § 44506(f), and typically used to fill permanent positions assigned directly to an ATC facility. Pre-employment testing is **not** required when placing experienced candidates directly at an FAA facility. However, if the candidate applies to an announcement for entry-level ATCS positions that is open to all U.S. Citizens, the candidate is subject to the testing requirements applicable to the pool for which he/she elects consideration.

b. **General Experience and/or Education:** The use of this category is typically to fill positions for entry-level Academy ATCS trainees. The vacancy announcement process, area of consideration, and referral process must produce two pools in accordance with 49 U.S.C. § 44506(f). The Agency will use one vacancy announcement and group the applicants into one of the two pools based on eligibility. Applicants eligible for both pools will select the pool of their choice. Applicants will be referred and assessed separately based on the applicable pool. AHR will issue referral lists to ATO of all eligible and minimally qualified applicants. ATO will consider and/or select for appointment an approximately equal number of applicants per pool, but in no case shall differ by more than 10%.

(1) **Pool 1 – CTI School Graduates and Certain Veterans:** This pool consists of four types of applicants, but essentially covers graduates of a CTI school and three types of veterans who apply to a vacancy announcement open to all U.S. citizens.

- Eligible applicants for Pool 1, and who elect consideration in Pool 1, must take the ATSA or other current pre-employment test or exam.

- The four types include:

  - CTI Eligible

  - VRA Eligible

  - Preference Eligible Veteran

-    Other Eligible Veteran

(2) **Pool 2 – General Public:**  This pool consists of applicants who apply to a vacancy announcement open to all U.S. Citizens.  All applicants under this pool, including applicants who meet Pool 1 eligibility but elect to be considered in Pool 2 instead, are required to take the ATSA or other current pre-employment test or exam.

All applicants must meet minimum qualifications and other eligibility requirements.  The following table contains a summary of additional requirements for the various ATC hiring categories and pools:

| Hiring Categories | Pool | Primary Eligibility Requirement | Additional Eligibility Requirement | Comments |
|---|---|---|---|---|
| ATC Experience | Preferential Consideration | Maintaining 52 consecutive weeks of ATC experience after receipt of an air traffic certification or air traffic control facility rating | The requirement must have been met within five years prior to application | Typically used to fill permanent positions assigned directly to an ATC facility |
| General Experience and/or Education | CTI Eligible Applicant or Certain Veterans (Pool 1) | CTI graduate with successful completion of air traffic controller training | Recommendation or statement from the CTI school | Typically used to fill positions for entry-level Academy trainees |
| | | Eligible for a VRA | Provide a Certificate of Release or Discharge from Active Duty within 120 days of the vacancy announcement closing date or cut-off date | |
| | | Eligible for veterans' preference | A veteran, or the spouse, unmarried widow or widower, or parent of a veteran | |
| | | Other eligible veteran | Maintaining aviation experience | |
| | General Public (Pool 2) | Persons who apply to a vacancy announcement recruiting from all U.S. Citizens | Applicant does not meet the criteria for Pool 1 | Typically used to fill positions for entry-level Academy trainees |

## 6.  Policy Exceptions.

(1) An exception to EMP-1.28, Category Rating, is authorized for ATCS hiring that allows use of more than two categories for ranking candidates.

(2) Any additional exception/modification to FAA HR policy provisions must be documented in writing and approved by the Director, HR Policy and Compliance Division, AHR-100.

**7.   Maximum Entry Age Provisions.**

**a.   Original Appointment to ATC position:**  Maximum entry age provisions apply to a candidate's original appointment to an ATC position.  As long as a candidate's age is at or below the appropriate maximum entry age (see bullets immediately below), as of the closing date of the vacancy announcement, he/she can complete the pre-employment processes and be appointed, if selected.

- Applicants maintaining 52 weeks of ATC experience, after receipt of an air traffic certification or ATC facility rating, must be age 35 or below, as of the closing date of the vacancy announcement.

- Applicants who do not have at least 52 weeks of ATC experience must be age 30 or below, as of the closing date of the vacancy announcement.

**b.   In-Process Rule:**  Allows applicants who are at or below the maximum entry age on or before the vacancy announcement closes, but who subsequently exceed the maximum entry age prior to appointment, to continue through the hiring process.  For example, an ATC experienced applicant who is age 35 on the date the vacancy announcement closes, but due to the length of the clearance process is not appointed until on or after his/her 36th birthday, still meets the maximum entry age provision based on the in-process rule.

**Note:**  The "in-process rule" provision as outlined above is retroactive to January 23, 2015.  Between the dates of January 23, 2015, and July 15, 2016, the maximum entry age of 30 applied to all applicants.

**c.   Other Exceptions:**  Any other maximum entry age exceptions contained in EMP-1.20, Maximum Entry and Retention Age for Air Traffic Control Specialists, (e.g., applicant is a rehired employee who has previously held position separating and controlling live traffic) will also apply.

**8.  Recruitment Strategies.**

**a.**  The FAA will consider and implement appropriate and innovative recruitment strategies to publicize ATCS opportunities.

**b.**  The FAA will continue to provide advance notice and outreach for ATCS vacancy announcements open to all U.S. citizens through its network of employee associations, internal and external stakeholders, and directly to secondary schools and institutions of higher learning.

**9.  Point of Contact.**  Please direct questions about this policy bulletin to the Office of Human Resource Services, Aviation Careers Branch.