## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA; POLLYANNA L. WANG; SUZANNE M. REBICH; and MATTHEW L. DOUGLAS-COOK, | )<br>)<br>)<br>) |
|  | ) |
| Plaintiffs, | )   Civil Action No. 16-cv-2227 (DLF) |
|  | ) |
| v. | ) |
|  | ) |
| ELAINE L. CHAO, *Secretary, U.S. Department of Transportation* | )<br>)<br>) |
|  | ) |
| Defendant. | ) |

I, Richard Mitchell, hereby declare as follows:

1.      I am the Manager for the Business Management Support Team in the Financial Service Directorate of the Air Traffic Organization (ATO) at the Federal Aviation Administration (FAA or Agency).  I have held this position since September 30, 2018.  I have worked for the FAA continuously since August 2004.  My duty location since August 2004 has been Oklahoma City, Oklahoma.

2.      I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3.      From August 2004 through May 2014, I worked in the FAA's Aviation Careers Division ("Aviation Careers").   Aviation Careers is an office within the FAA's Human Resources Office that is responsible for the issuing of referral lists, rating of applications, and processing of applicants selected for hire for three safety related occupations within the FAA. Those occupations include: Aviation Safety Inspector, Airway Transportation System Specialist, and Air Traffic Control Specialist.



EXHIBIT
**C**

1

4.      The FAA has a consistent need to hire new Air Traffic Control Specialists (ATCS).  It hires from several sources, including the general public, Veterans' Recruitment Appointment,[1] and experienced controllers (either retired military or civilian).

5.      According to the Agency's 2007 Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures, in 1990 the FAA established the AT-CTI Program for employment of air traffic controllers.  *See* Exhibit 1, Human Resource Operating Instruction, Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures (Apr. 1, 2007).

6.      By 2013, the FAA had formally partnered with 36 different AT-CTI institutions, which offered one or more degree programs that incorporated the FAA required curriculum for a graduate to be considered for employment under the AT-CTI Program.  *See* Exhibit 2, Air Traffic Controller Training Initiative (AT-CTI) Program, Program Overview and FAQs Collegiate Version at 1 (July 10, 2013).  CTI schools offer two- and four-year aviation degree programs on a wide variety of topics relevant to air traffic control and aviation administration.  In total, 52 different degree options in the field of aviation were offered by the partner AT-CTI schools, including 16 Associates degree programs, 34 Bachelor's degree programs, and two Master's degree programs. *Id*. at 5.  As independent institutions, each of the AT-CTI schools had its own requirements for successful completion of these programs, including graduation.  *Id*. at 12.  That is, while the FAA set certain minimum standards for the curriculum necessary for a degree at a CTI school to qualify for the CTI program, the FAA did not set graduation requirements for the wide variety of two- and four-year degrees involved.

---

[1] Veterans recruitment appointments are excepted appointments, made without competition, to positions otherwise in the competitive service.  *See* 5 C.F.R. § 307.103.

7.      Graduates from approved AT-CTI institutions ("CTI Graduates") who met air traffic control specialist (ATCS) basic qualification requirements could be considered for employment with the FAA based on the Agency's needs.  Regardless of whether they met the requisite basic ATCS qualifications, however, CTI Graduates were not guaranteed employment with the FAA. CTI Graduates also did not receive any priority consideration over other applicant sources for Agency employment.

8.      Those graduates who do apply and are selected by FAA for controller positions are eligible to bypass the first five weeks of training at the FAA Academy, the Air Traffic Basics Course.

9.      During my tenure in Aviation Careers, as part of the AT-CTI Program, approved CTI schools would provide Aviation Careers with lists of current CTI students and graduates (CTI Student Lists) on a rolling basis, generally on an academic calendar schedule with each new semester.  CTI students were included on CTI Student Lists regardless of graduation status.

10.     These CTI Student Lists included the following information for each student: (1) Name, (2) Contact Information, (3) Social Security Number, (4) Date of Birth, (5) Projected Graduation Date, and (6) Date of Additional Course of Instruction.

11.     The CTI schools would generally provide these CTI Student Lists to Aviation Careers in the form of an Excel spreadsheet.

12.     Upon receipt of the CTI Student Lists, Aviation Careers would manually upload the information contained therein into a Microsoft Access database.  The total of the information in this Aviation Careers database, the centralized collection of all the data from the student lists, was commonly referred to as the "AT-CTI Inventory."

13.     The Inventory was necessary for FAA planning purposes and, after 2008, was used for informational purposes only.  For example, CTI students generally took a pre-employment exam,

3



the Air Traffic Selection and Training Test Battery (AT-SAT), prior to graduating and applying for ATCS positions through the CTI program. Because the FAA was responsible for funding this testing, the Agency had to project the number of CTI students who would be referred for pre-employment testing in a given period.

14.     After inputting the CTI Student Lists, Aviation Careers would thereafter update each student's information in the AT-CTI Inventory to also include the following: (1) AT-CTI School, (2) AT-SAT Score, (3) Graduation Date, (4) Employment Eligibility Status, (5) Geographic Preference, (6) Cumulative Grade Point Average, (7) Veterans' Preference, (8) Self-Certified Citizenship, and (9) Military Discharge Date (if applicable).

15.     Thus, any student at an AT-CTI school would be automatically added to the FAA's AT-CTI Inventory, provided that his or her school provided the necessary information to the FAA. Inclusion on the Inventory, in itself, did not confer any benefit on CTI students or graduates. Instead, since 2008, the Inventory was maintained solely for informational purposes by the FAA. For example, because the FAA had to allocate funding for administering the AT-SAT around the country, the Inventory was used to project the number of CTI students who would be referred for the AT-SAT in a given period.

16.     In February 2008, the FAA began using an online application system for the CTI program. The system, known as Automated Staffing and Placement (ASAP) was used for most major occupations across the FAA; The ASAP system subsequently became AVIATOR (Automated Vacancy Information and Applicant Tool for Online Referral). Although the FAA began using this automated system for the application process, it continued to maintain the AT-CTI Inventory to account for students enrolled in the program in order to predict testing cost.

4



17.    There were several ways in which a CTI Graduate could be removed from active status in the AT-CTI Inventory including: (1) the FAA approved CTI school official did not recommend the CTI Graduate, (2) the CTI Graduate did not receive a passing score on the AT-SAT exam after two consecutive attempts, (3) the CTI Graduate was not selected for employment within three years of graduation and did not request or receive approval for an extension of eligibility, (4) the CTI Graduate reaches the age of 31, or (5) the CTI Graduate failed to meet the FAA's Basic Qualification Requirements for CTI Graduates.

18.    To reiterate, a CTI student or graduate's inclusion on the AT-CTI Inventory did not guarantee FAA employment for that individual, or even provide priority consideration for FAA employment.

19.    Pursuant to the FAA's Basic Qualification Requirements for CTI Graduates, to even be eligible for employment consideration, CTI Graduates must:

    a. Successfully complete the FAA approved AT-CTI program including:

        i. Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.

        ii. Receiving an institutional recommendation for employment from an authorized school official.

    b. Achieve a passing score (70 or above) on the AT-SAT test.

    c. Be a United States citizen at the time of application for the AT-SAT test.

    d. Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.

    e. Meet FAA medical, security, and suitability requirements.

    f. (Starting in 2007), attend an interview with FAA officials.

20.    Even where CTI graduates met all FAA eligibility criteria they were not guaranteed employment or even given a hiring preference.  CTI graduates were instead required to participate

5

in a competitive hiring process, by first applying to the FAA through an applicable ATCS vacancy announcement.

21.    Concerning CTI applications for ATCS positions, beginning in 2008 the FAA used vacancy announcements to advertise air traffic controller positions for eligible CTI Graduates. The FAA typically issued these vacancy announcements one-to-two times per calendar year. Under this process, the applicant was required to submit an application using the on-line system to received consideration.[2] Thus, from 2008 to 2014, the FAA posted ATCS vacancy announcements directed at specific populations, such as CTI graduates, military veterans, the general public, and others.

22.    Accordingly, since 2008, CTI Graduates did not enter into a "direct hire pool" simply by virtue of graduating from a CTI school, earning a passing score on the requisite pre-employment test, or meeting any of the other eligibility requirements to be hired. No such "direct hire pool" existed.

23.    A CTI Graduate was required to submit an application pursuant to each one of the aforementioned vacancy announcements to be eligible for employment consideration as a CTI Graduate air traffic controller under that vacancy announcement.

24.    A CTI Graduate seeking employment would submit his/her application using the ASAP/AVIATOR system. Beginning in 2008, the AT-CTI Inventory was also used to notify graduates of a CTI program when a vacancy announcement was scheduled to be advertised. Graduates of CTI programs were given a "job code" which gave those individuals access to the vacancy announcement on the ASAP/AVIATOR system in order to submit their application and

---

[2] Before that time, CTI applicants needed to submit a geographic preference sheet and an Option Form 306, Declaration for Federal Employment to be referred and considered. If Aviation Careers did not receive these two documents from a CTI applicant, their names were not referred for employment consideration.

other required documentation. Aviation Careers would provide the job code to individuals from the CTI Inventory that had met the following:

> a. Notification from an approved CTI program that the individual has completed the program and graduated;
>
> b. Passed the pre-employment exam (AT-SAT); and
>
> c. Received recommendation from their attending college/university.

25. After a vacancy announcement period closed, Aviation Careers would gather the submitted CTI Graduate applications and check each applicant against FAA records to determine whether that applicant met the FAA's basic qualification requirements for employment consideration.

26. Only those CTI Graduate applicants who met the FAA's basic qualification requirements were considered for employment. Each applicant specified one or two locations they were willing to work. Aviation Careers compiled lists of CTI Graduate applicants from the online application system who satisfied the FAA's employment qualifications and identified the same location preference ("Referral Lists"). It then submitted those Referral Lists to a centralized Agency selection panel of subject matter experts, which used the lists to make employment selections for ATCS vacancies in each location.

27. CTI Graduates who failed to submit a timely application under the relevant vacancy announcement were not included on a Referral List.

28. A CTI graduate was not guaranteed employment if he or she was included on a Referral List. Inclusion recognized only that a given application was eligible for consideration by the selection panel in the competitive ATCS hiring process. Indeed, a CTI Graduate's inclusion on one Referral List had no effect whatsoever on whether that CTI Graduate would even be included on subsequent Referral Lists. Accordingly, those CTI Graduates on Referral Lists generated by



Aviation Careers in 2012 or 2013 were not automatically entitled to employment consideration under vacancy announcements issued in subsequent years.

29.    Once an applicant was selected, several additional steps followed. First, the selectee received a tentative offer letter. Second, if the selectee accepted the offer, he or she must complete an FAA medical and psychological examination, a security investigation, and a drug test. Third, upon satisfactory completion of these processes, the selectee would receive a final offer letter.

30.    The selectee would become a temporary FAA employee upon arriving at the FAA Academy for training. Trainees only become permanent employees upon successful completion of the FAA Academy. (By contrast, selectees with prior air traffic control experience would report directly to their assigned FAA facility as permanent employees.)

31.    Once the selection panel filled the vacancies contemplated under the vacancy announcement, the relevant Referral Lists were closed. Referral Lists could also be closed with no selections made. For example, in 2013, no ATCS selections were made from Referral Lists associated with the CTI Vacancy Announcement due to a hiring freeze and other factors. I am not aware of any occasion on which the FAA used a closed Referral List from one vacancy announcement for hiring under any subsequent vacancy announcement.

32.    The use of the terms "closed referral lists" and "purged referral list" were used interchangeably by FAA personnel.

33.    Thus, Aviation Careers compiled new Referral Lists for each vacancy announcement based on the aforementioned requirements.

34.    Accordingly, those CTI Graduates on Referral Lists generated by Aviation Careers at any time were not automatically entitled to employment consideration under vacancy announcements issued in subsequent years.

8

35.    In 2014, the FAA transitioned from issuing vacancy announcements segregated according to status (such as CTI Graduate status, veteran status, reinstatement/PATCO) and began issuing a single nationwide vacancy announcement open to all U.S. citizens who would compete against all other applicants.

*  *  *  *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of December 2018.

_____

Richard Mitchell

9

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.
Please check with your servicing Labor Relations office for guidance.




Welcome Guest MyAccess Sign In




MyFAA Home | Employee Services | Tools & Resources | FAA Organizations

My Tools

Find an FAA Employee
Last Name
First Name
Find
Search Organizational Listing »

eCenter (Webmail, Update Your Profile, Sametime)

My Links | Collaborate

To edit your links, sign in.

- Employee Express
- Thrift Savings Plan (TSP)
- Update My FAA Profile




Employee Services




Human Resource Management (AHR)

About Us
Accountability Board
Center of Organizational Excellence
Corporate Learning and Development
Employee Safety and Workers' Compensation
Labor and Employee Management Relations
Program and Policies
- ATO HR Support
- Employee Benefits and Worklife
- Employee Exit Information
- Executive Resources
- Human Capital Management
- Information Systems
- **Policy & Guidance**
- Recruitment Services

Manager Toolbox
Customer Satisfaction

MyFAA Home » FAA Organizations » Staff Offices » Human Resource Management (AHR) » Program and Policies » **Policy & Guidance**

# HROI - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

Printer Friendly
Email Page
Add to My Links

**This HROI established:** April 1, 2007

**This version effective:** April 1, 2007

**Use this HROI in conjunction with:**

- HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates
- EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

CANCELED

1. **Purpose:** This document implements the Standard Operating Procedures (SOP) for the Air Traffic - Collegiate Training Initiative (AT-CTI) Program and provides instructions and guidance to all FAA offices to assist them in implementing these procedures.
2. **Background:** In 1990, the FAA established the AT-CTI program for the employment of Air Traffic Controllers. Graduates who meet the basic qualification requirements for the AT-CTI program may be considered for employment in terminal and en route facilities.
3. **Definitions:**
   a. **AT-CTI. Air Traffic – Collegiate Training Initiative:** A program established for the employment of entry level Air Traffic Controllers in the terminal and en route options.
   b. **AT-CTI Inventory:** A centralized register of AT-CTI candidates maintained by the Aviation Careers Division. The AT-CTI Inventory tracks important information about applicant eligibility including graduation date, recommendation status, and AT-SAT score. This inventory is used for placement and hiring of AT-CTI students.
   c. **AT-SAT Air Traffic – Selection and Training:** A required computer-based entrance exam for the Air Traffic Controller occupation in the terminal and en route options.
   d. **NET. Notice of Eligibility to Test:** A notice issued by the Aviation Careers Division that authorizes applicants to take the AT-SAT test.
   e. **NOTR. Notice of Test Results:** A notice issued by the Aviation Careers Division that provides the results of the AT-SAT test. This notice does not indicate employment eligibility.
   f. **On-Hold Rule:** An AT-SAT score of 70 or above will be placed in a hold status for students in the AT-CTI program until the candidate graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for three years from the candidate's graduation or eligibility date. The On Hold Rule applies to AT¬CTI candidates only.
4. **AT-CTI Program Management Responsibilities**
   a. ATO-A, the Office of Acquisition & Business Services within the Air Traffic Organization (ATO):
      i. Serves as the Program Manager for the AT-CTI program and as liaison between the colleges and the FAA.
      ii. Funds the administration of the AT-SAT test.
   b. Office of Human Resources Management Programs and Policies, AHP, supports Acquisition & Business Services by developing and managing issues and policies relating to the qualifications, recruitment, and employment of AT-CTI graduates.
   c. AMH-300, the Aviation Careers Division within the Office of Human Resource Management:
      i. Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI Inventory, and authorizes pre-employment testing of all AT-CTI students
      ii. Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.
   d. The Office of Aerospace Medicine develops policy and manages the medical clearances for AT-CTI graduates.

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.
Please check with your servicing Labor Relations office for guidance.

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.

e. The Assistant Administrator for Security & Hazardous Materials develops policy and manages the security clearances for AT-CTI graduates.

5. **Management of the AT-CTI Inventory:** The Aviation Careers Division is responsible for the overall management of the AT-CTI Inventory.

  a. **Establishment of the AT-CTI Inventory:** All AT-CTI schools will provide the Aviation Careers Division an electronic list of students enrolled in the AT-CTI Program. This list should be provided as soon as practical after enrollment in the AT¬CTI program. The list will include:

    i. Student Name
    ii. Address
    iii. Daytime Phone Number
    iv. Nighttime Phone Number
    v. Email address
    vi. Social Security Number
    vii. Date of Birth
    viii. Projected Graduation Date
    ix. Date Additional Course of Instruction

  b. **Maintenance of the AT-CTI Inventory:** The Aviation Careers Division establishes and maintains a roster of AT-CTI students and an inventory of eligible candidates. Candidate records are updated by the Aviation Careers Division to reflect changes or corrections as reported by the student/graduate or the AT-CTI school as appropriate. Information in each record includes:

    i. Personal Information including the data listed in paragraph 5a.
    ii. AT-CTI School
    iii. AT-SAT Score
    iv. Graduation Date
    v. Employment Eligibility Status
    vi. Geographic Preference
    vii. Cumulative Grade Point Average
    viii. Veterans' Preference
    ix. Self-Certified Citizenship
    x. Military Discharge Date

  c. **Removal from the AT-CTI Inventory:** There are several ways in which a candidate will be removed from the AT-CTI Inventory including:

    i. FAA approved AT-CTI school official does not recommend the candidate.
    ii. Candidate does not achieve a passing score on the AT-SAT test after two consecutive attempts.
    iii. The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.
    iv. Candidate reaches age 31.
    v. The candidate fails to meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6.

6. **Basic Qualification Requirements for AT-CTI Graduates:** To be considered for employment with the FAA, AT-CTI graduates must:

  a. Successfully complete the FAA approved AT-CTI program including:

    i. Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.
    ii. Receiving an institutional recommendation for employment from an authorized school official.

  b. Achieve a passing score (70 or above) on the AT-SAT test.
  c. Be a United States citizen at the time of application for the AT-SAT test.
  d. Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.
  e. Meet FAA medical, security, and suitability requirements; and
  f. Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

7. **Eligibility Requirements for AT-CTI Graduates:** The AT-CTI Program is designed to provide the FAA with qualified applicants for air traffic controller positions who possess a broad-based knowledge of the aviation industry with specific education in air traffic control. Due to the education received at approved AT-CTI schools, candidates hired through this program are authorized to by-pass the Air Traffic Basics Course at the FAA Academy in Oklahoma City.

  a. **AT-CTI Eligibility:** Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.
  b. **Extending AT-CTI Eligibility:** Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.
  c. **Establishing Eligibility for Previous AT-CTI Graduates:** Students who graduated from

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.

an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

    i. (1) The candidate is within two years of their graduation date.

    **(Note: With regard paragraph 7ci, AT-CTI graduates who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)**

    ii. The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6 of this document.

    iii. The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

    iv. The candidate may be authorized to take the AT-SAT exam.

    v. The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

    vi. Candidates may apply for an eligibility extension in accordance with paragraph 7b of this document.

  d. **Reapplying to the AT-CTI Program:** Candidates previously hired through the AT-CTI Program may not reapply through this hiring source.

8. **Administration of AT-SAT Testing:** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. The Aviation Careers Division is responsible for coordinating AT-SAT testing for AT-CTI students. The following guidelines are used for the administration of AT-SAT testing:

  a. The Aviation Careers Division issues the authority for AT-CTI students to take the AT-SAT test.

  b. To qualify for AT-SAT testing, AT-CTI students must:

    i. Have completed specific coursework at the AT-CTI school indicating commitment to the program. Qualifying coursework is determined by the AT-CTI school and approved by the FAA.

    ii. Be identified by an authorized school official as an AT-CTI student.

    iii. Submit a signed self-certification of citizenship to the Aviation Careers Division.

    iv. Be able to provide own transportation to and from the test site.

    v. Meet FAA testing parameters at time of testing.

  c. The Aviation Careers Division issues a Notice of Eligibility to Test (NET) authorizing candidates to be tested.

  d. The Aviation Careers Division provides a Notice of Test Results (NOTR) to each candidate and updates the AT-CTI Inventory to reflect the AT-SAT score.

  e. The On-Hold Rule for the AT-SAT test score is used.

  f. Candidates who take the AT-SAT exam for the first time and fail must wait one year from the date of the initial exam before retesting.

  g. Candidates who take the AT-SAT exam and achieve a passing score are not authorized to retake the test under the AT-CTI Program to improve their test score.

  h. Candidates who take the test and do not achieve a passing score after two consecutive attempts are not allowed to retake the test through the AT-CTI program. This does not preclude them from applying through other hiring methods.

  i. The second AT-SAT score will replace the first AT-SAT score regardless of the outcome.

9. **Employment of AT-CTI Graduates:** Employment of AT-CTI graduates in the En Route & Oceanic Service Unit and Terminal Service Unit is in accordance with established FAA hiring policies and practices used to fill air traffic control positions.



**Find it on FAA.gov**

| About FAA | **Top Requests** | **More MyFAA** |
| --- | --- | --- |
| Aircraft | CASTLE | Acronyms & Abbreviations |
| Airports | CEDAR | Employee Services |
| Air Traffic | Cru-X (LDR) Applications | FAA Directory |
| Data & Research | eCenter (incl. Webmail) | Forms |
| Licenses & Certificates | eLMS | News & Media |
| Regulations & Policies | Employee Express | Plans & Reports |
| Safety & Efficiency | eOPF | Tools & Resources |
| Training & Testing | GovTrip | |
| | Jobs | **Readers & Viewers** |
| | New FAA ID Card | |
| | Thrift Savings Plan (TSP) | |


**Problem with this page?**
Let Us Know!

**Stay Connected**

  

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.
Please check with your servicing Labor Relations office for guidance.

This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.
Please check with your servicing Labor Relations office for guidance.

Voluntary Leave Transfer

WMT Scheduler



**Federal Aviation
Administration**

USA.gov    DOT Intranet    MyFAA    FocusFAA    Privacy Policy    Accessibility



This policy document has been canceled by the Office of Human Resources but may still be in effect for certain collective bargaining agreements.
Please check with your servicing Labor Relations office for guidance.



# Air Traffic Controller Training Initiative (AT-CTI) Program

**EXHIBIT 2**



*CTI Students Control Traffic Using a Tower Simulator at Broward College*

# Program Overview and FAQs Collegiate Version

**Updated:  July 10, 2013 Version  3.2**

# Change Log

| | |
|---|---|
| V3.2<br>July 10, 2013 | Revised ATSAT information:<br>From : The score can be extended for up to one year if approved by Aviation Careers.<br>To:  If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list. |
| V3.1<br>June 11, 2013 | Updated Hiring Summary for FY13, Updated POC for MCTC |
| V3.0<br>April  24 2013 | Updated Hiring Summary for FY13<br>Added Selection Panel High Level Map   (page 50)<br>Updated number and percentage of CTI's hired in "Background" section of Document<br>Updated Degrees<br>Reformatted and updated content. |
| V2.5<br>2/3/13 | Updated Hiring Summary for FY13<br>Added Selection Panel High Level Map   (page 50)<br>Updated number and percentage of CTI's hired in "Background" section of Document |
| V2.4<br>1/13/13 | Updated Hiring Summary for FY13<br>Updated TSTC Degree Name<br>Updated Degree name FIT |
| V2.3<br>11/11/12 | Updated Hiring Summary for FY12 |
| V2.2<br>10/3/2012 | Updated Points of Contact<br>Updated Hiring Summary for FY12<br>Changed Name of Middle Georgia College to Middle Georgia State College (effective 1/1/2013) |
| V2.1<br>August 27, 2012 | Updated Points of Contact<br>Updated Metropolitan State College of Denver to Metropolitan State University of Denver<br>Updated Hiring Summary for FY12<br>Added Regional Flight Surgeon contact information in the Medical qualifications section<br>Added FY13 Hiring Plan |
| V2.0<br>July 29, 2012 | Updated Hiring Summary for FY12<br>Updated Points of Contact |
| V1.9<br>June 15, 2012 | Updated Hiring Summary for FY12<br>Updated Points of Contact<br>Updated Controller Workforce Hiring Plan |
| V1.8<br>May 20, 2012 | Edited Degree Name for CCBC-MD<br>Updated Hiring Summary for FY12 |
| V1.7<br>May 21, 2012 | Updated Hiring Summary for FY12<br>Updated CTI School Contact List |
| V1.6<br>March 19, 2012 | Added ATSAT Test List Procedures<br>Updated Hiring Summary for FY12<br>Added 4 questions to Section 4 FAQ "Hiring and Selection"<br>Added Regional Security Specialists for School Use |
| V1.5<br>2/24/2012 | Updated Hiring Summary for FY12<br> Added Regional Security POC's in "Security Section" |
| V1.4<br>1/30/2012 | Updated Hiring Summary for FY12<br>Added Question to Public Questions<br>Updated Security section<br>Added Security section to FAQ's |
| V1.3<br>1/18/2012 | Updated Hiring Process Overview<br>Added FAA AT CTI Program Section |
| V1.2<br>1/16/2012 | Added Degree Programs for Dowling College, Miami Dade and Hampton University<br>Added section of FAQ's for Pre Hire "Public Inquiries"<br>Updated POC's<br>Added new overview of Evaluation Process |
| V1.1<br>12/27/2011 | Updated Points of Contact<br>Update Degree Programs by Institution<br>Moved a medical question listed in error in the ATSAT section to Medical section<br>Added question 3 in FAQ Medical section (color blind test)<br>Updated FY11 Hiring Summary<br>Added Monthly Telcon Information<br>Added Degree Change Policy in detail<br>Updated missing elements of the current evaluation objectives<br>Added a new section to FAQ's "CTI Institutional Requirements (Section 7) added question about degree programs.<br>Renumbered subsequent sections. |
| V1.0<br>7/12/2011 | Original |

This document provides general guidance and information. This document will be updated as necessary. Although great care has been exercised to ensure its accuracy, always consult the appropriate source documents. This document does not supersede any other document, order, policy, or law.

Questions, comments, corrections, or suggestions should be directed to AJI ATO Safety and Technical Training 9-ato-atcti@faa.gov

# Table of Contents

| | |
|---|---|
| **BACKGROUND** | **1** |
| **CTI Institutional Participants** | **3** |
| **CTI Degree Programs** | **5** |
| **Partnership Agreement** | **11** |
| **HR Policy** | **13** |
| Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures | 13 |
| Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates | 12 |
| Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options | 20 |
| Citizenship Documentation | 24 |
| **ATSAT** | **25** |
| **Hiring Process** | **31** |
| **Controller Hiring 2005-2013 YTD** | **33** |
| **Medical Investigation** | **35** |
| **Security investigation** | **43** |
| **Evaluations** | **45** |
| **Points of Contacts** | **47** |
| **Calendar** | **51** |
| **AT Basics Training Objectives** | **53** |
| **FAQ** | **59** |
| **Communications** | **73** |
| **Definitions ACRONYMS and Abbreviations** | **81** |

# Background

The Federal Aviation Administration (FAA) Air Traffic Collegiate Training Initiative (AT-CTI) Program is designed to establish partnerships with higher educational institutions to broaden the employment opportunities in the aviation industry, particularly among air traffic controllers. AT-CTI graduates are not guaranteed jobs as air traffic controllers, but the FAA does consider AT-CTI graduates as a valuable hiring source for Air Traffic Control Specialists (ATCS).

There are 36 FAA Air Traffic Collegiate Training Initiative partner institutions. These institutions offer 34 Associate's degrees, 56 Bachelor's degrees, and two Master's degrees Since FY 2005 the FAA has hired 4176,  (Air Traffic Controller Hiring Summary, February 23, 2013) from the CTI pool, 39.4 percent of all new hires.

The AT-CTI Program was tested in 1991 to determine whether colleges and universities were capable of screening and training air traffic controllers. This five-year test program was documented in FAA Order 3120.26, Pre-Hire Air Traffic Control Demonstration Program.

The objective of the demonstration program was to determine if post-secondary educational institutions could develop and validate an innovative selection process and training curriculum that encompassed the knowledge, skills, and abilities required of the air traffic control occupation (terminal and en route options) under the current air traffic operation and future automation systems. During the test period, graduates hired from this program bypassed all training or screening at the FAA Academy and reported directly to their facilities for classroom and On-The-Job (OJT) training.

The Pre-Hire Demonstration Program was tested with five schools including The Community College of Beaver County, Hampton University, Minneapolis Community and Technical College, The University of Alaska, and The University of North Dakota. Two evaluations were completed at the end of the test program to document the results and to determine the extent to which the program achieved its objectives.
.

Based on the results of the Pre-Hire Demonstration Program, collegiate aviation was determined to be a viable method of developing and delivering air traffic curriculum. It is clear that this program could be a valuable source of new controllers.

As a result, the AT-CTI program is now an FAA authority created in accordance with Congressional intent as provided for in Section 362 of Public Law 102-388 and Section 347 of the 1996 DOT Appropriations Act, which states that the administrator may enter into new agreements and maintain existing agreements with post-secondary educational institutions, as he or she may define them, whereby such institutions prepare students for the position of an FAA ATCS. The AT-CTI special appointing authority allows hiring managers to recruit eligible graduates for potential employment with the FAA.

As a result of the authority the AT-CTI Program was expanded in 1997 from five to 13 schools.

With the introduction of Air Traffic Selection and Training (AT-SAT), the FAA decided that schools would no longer need to focus on selection and screening and instead would concentrate on delivering basic air traffic knowledge. Future AT-CTI graduates would bypass the AT Basics academic portion of training only and attend a pass/fail skills based course at the FAA Academy prior to reporting to their facility.

In response to the air traffic controller hiring needs, in 2006 the FAA began soliciting new schools to join the CTI Program. An announcement was sent out for interested institutions to submit an application

1

package for evaluation.  .FAA evaluators reviewed the applications and conducted site visits and as a result an additional nine schools were added in 2007, eight in 2008, and five in 2009.

The administrator, or his or her designee, may establish standards for entry of institutions into such programs and for their continued participation.

## Our Aspiration:

We will provide the FAA Academy and field facilities with highly motivated, educated, and adaptable Air Traffic Control (ATC) candidates who will certify as controllers and lead the next generation of controllers.

## Our Goals

- o   Ensure CTI institutions are familiar with, teach, test, and provide application of the Air Traffic Basics curriculum within approved degree programs.

- o   The FAA must ensure that our partner institutions are providing the agency with the most qualified individuals and are promoting the program and education in a manner that meets our needs of highly motivated, educated, and adaptable Air Traffic Control candidates who will certify as controllers and lead the next generation of controllers. The program allows institutions to provide a specialized education for their stakeholders and communities.

- o   Promote partnerships between CTI Institutions to address "Best Practices" that produce diverse, adaptable, and well educated candidates for Air Traffic Control positions.

- o   Ensure that CTI schools and students are familiar with the technical and cultural environment and needs of FAA facilities.

- o   Provide opportunities for practical application of knowledge and continued learning outside of the classroom.

- o   Improve the communication process to FAA AT-CTI member institutions thereby improve graduates knowledge of FAA policy and practice hiring and training process.

- o   Improve the collection of data and analysis of data to measure the success of the CTI Program as a hiring source.

# CTI Institutional Participants



## Initial Schools

Community College of Beaver County

Hampton University

Minneapolis Community and Technical College

University of Alaska at Anchorage

University of North Dakota

| Accepted 1996 (9) | Accepted 2007 (9) |
|---|---|
| Vaughn College of Aeronautics ,Flushing, NY<br>Daniel Webster College Nashua, NH<br>Dowling College, Oakdale, NY<br>Embry-Riddle Aeronautical University, Daytona Beach, FL<br>Inter-American University of Puerto Rico, Bayamon, PR<br>Miami-Dade College, Homestead, FL<br>Middle Tennessee State University, Murfreesboro, TN<br>Mt. San Antonio College Walnut, CA<br>Purdue University, West Lafayette, IN | Arizona State University, Mesa , AZ<br>Florida State College at Jacksonville, Jacksonville, FL<br>Green River Community College, Auburn, WA<br>Kent State University, Kent, OH<br>Lewis University, Romeoville, IL<br>Middle Georgia State College, Macon, GA<br>Community College of Baltimore County, Catonsville, MD<br>University of Oklahoma, Norman, OK<br>Metropolitan State University of Denver,  Denver, CO |

| Accepted 2008 (8) | Accepted 2009 (5) |
|---|---|
| Aims Community College, Greely CO<br>Broward College, Fort Lauderdale, FL<br>Eastern New Mexico, Roswell, NM<br>Embry-Riddle Aeronautical University, Prescott AZ<br>Jacksonville University, Jacksonville, FL<br>Letourneau University, Longview TX<br>St. Cloud State University, St Cloud, MN<br>Tulsa Community College, Tulsa, OK | Florida Institute of Technology, Melbourne, FL<br>Hesston College, Hesston, KS<br>Sacramento City College, Sacramento, CA<br>Texas State Technical College, (Waco, TX<br>Western Michigan University , Kalamazoo, MI |

# CTI Degree Programs

The FAA CTI partner schools provide students with a diverse choice in aviation degrees types and areas. There are 16 different Associate's degree programs, 34 Bachelor's degree programs, and 2 Master's degree programs.

**Degrees Offered**

| Associate's Degrees (16) | Bachelor's Degrees (continued) |
|---|---|
| Aeronautical Engineering Technology | Airport Management |
| Aeronautical Technology | Airway Science Management |
| Air Traffic Control and Management | Applied Meteorology |
| Aircraft Operations | Aviation Computer Science |
| Airport Management | Aviation Flight Management |
| Aviation Administration | Aviation Flight Service |
| Aviation Flight Management | Aviation Maintenance |
| Aviation Maintenance | Aviation Maintenance Management |
| Aviation Maintenance Management | Aviation Maintenance Technology |
| Aviation Operations | Aviation Management |
| Aviation Science | Aviation Management Flight Option |
| Aviation Sciences Technology | Aviation Meteorology |
| Aviation Security | Aviation Meteorology Flight Option |
| Electronic Engineering Technology (Avionics Option) | Aviation Operations |
| Professional Flight | Aviation Science and Administration |
| Professional Pilot Technology | Aviation Security |
| **Bachelor's Degrees (34)** | Aviation Technology |
| Aeronautical Engineering Technology | Aviation Technology ATC emphasis |
| Aeronautical Science | Business Administration, Concentration Air Traffic Management |
| Aeronautical Science Flight Option | Electronic Engineering Technology (Avionics Option) |
| Aeronautical Technology | Management |
| Aeronautics | Professional Flight |
| Aerospace and Aerospace Studies | Airport Management |
| Aerospace Systems Technology | Airway Science Management |
| Air Traffic Control and Management | Applied Meteorology |
| Air Traffic Control with Flight Science Concentration | **Master's (2)** |
| Aircraft Operations | Aeronautics |
| Aircraft System Management | Aviation Management |
| Airline Management | |
| | |
| | |

The following are the currently recognized, accredited degree programs from each institution that contain the requisite FAA required curriculum to be considered for employment under the FAA AT-CTI Program.

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Aims Community College**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Arizona State University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Management |
| **Broward College**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Community College of Beaver County**<br>**Middle States Commission on Higher Education** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control Terminal or En Route |
| **Daniel Webster College**<br>**New England Association of Schools and Colleges, Commission on Institutions of Higher Education** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Air Traffic Control |
| **Dowling College**<br>**Middle States Commission on Higher Education** | MASTER'S OF BUSINESS ADMINISTRTON<br>• Aviation Management  (Added 12/27/2011)<br><br>BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aerospace Systems Technology |
| **Eastern New Mexico University – Roswell**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Embry Riddle Aeronautical University  - Daytona**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | MASTER'S of Science Aeronautics<br><br>BACHELOR OF SCIENCE<br>• Air Traffic Management<br>• Aviation Related when accompanied by an ATC Minor (Revised 8/3/2011) |
| **Embry Riddle Aeronautical University  - Prescott** | BACHELOR OF SCIENCE<br>• Aeronautics<br>• Aeronautical Science<br>• Applied Meteorology<br>• Air Traffic Management (Added 7/18/2011) |
| **Florida Institute of Technology College of Aeronautics**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aeronautical Science Flight Option<br>• Aeronautical Science<br>• Aviation Computer Science<br>• Aviation Meteorology Flight Option<br>• Aviation Meteorology<br>• Aviation Management Flight Option<br>• Aviation Management |
| **Florida State College at Jacksonville**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Operations |
| **Green River Community College**<br>**Northwest Commission on Colleges and Universities** | ASSOCIATE'S DEGREE<br>• Air Traffic Control |

6

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Hampton University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control Management (Added 1/2/2012) |
| **Hesston College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED ARTS AND SCIENCE<br>• Professional Pilot<br>• Air Traffic Control |
| **InterAmerican University of Puerto Rico** | BACHELOR OF SCIENCE<br>• Airway Science Management  (Minor in ATC)<br>• Aircraft System Management  (Minor in ATC) |
| **Jacksonville State  University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aviation Management and  Flight Operations |
| **Kent State University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautics with a concentration in:<br>   ○ Aeronautical Studies<br>   ○ Aviation Management<br>   ○ Flight Technology<br>   ○ Air Traffic Control<br>   ○ Aeronautical Systems Engineering Technology |
| **LeTourneau University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Air Traffic Management (ATC Minor)<br>• Air Traffic Control with Flight Science Concentration<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control |
| **Lewis University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Control Management (Minor in Air Traffic Control Management)<br>• Aviation Flight Management<br>• Aviation Security<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control Management<br>• Minor in Air Traffic Control Management<br>• Aviation Flight Management<br>• Aviation Security |
| **Metropolitan State College of Denver**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Technology |
| **Miami Dade College**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Administration<br>• AS Professional Pilot Technology<br>• Aviation Maintenance Management |
| **Middle Georgia State College**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Business Administration, Concentration Air Traffic Management<br><br>ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Management |
| **Middle Tennessee State University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE:<br>• Aerospace |

7

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Minneapolis Community and Technical College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATES'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Mount San Antonio College**<br>**Western Association of Schools and Colleges,**<br>**Accrediting Commission for Community and Junior Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Science |
| **Purdue University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | MASTER'S OF SCIENCE<br>• Aviation<br><br>BACHELOR OF SCIENCE<br>• Aviation Management<br>• Professional Flight<br>• Aeronautical Technology<br>• Aeronautical Engineering Technology<br><br>ASSOCIATE'S DEGREE (Until 2012)<br>• Aviation Management<br>• Professional Flight<br>• Aeronautical Technology<br>• Aeronautical Engineering Technology |
| **Sacramento City College**<br>**Western Association of Schools and Colleges,**<br>**Accrediting Commission for Community and Junior Colleges** | ASSOCIATE'S DEGREE<br>• Air Traffic Control |
| **St. Cloud State University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Operations<br>• Professional Flight<br>• Management |
| **The Community College of Baltimore County**<br>**Middle States Commission on Higher Education** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Texas State Technical College - Waco**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Management |
| **Tulsa Community College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Aviation Sciences Technology<br>• Air Traffic Control |
| **University of Alaska Anchorage**<br>**Northwest Commission on Colleges and Universities** | BACHELOR OF SCIENCE<br>• Aviation Technology ATC emphasis<br><br>ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **University of North Dakota**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautics w/ Major in ATC |
| **University of Oklahoma**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Management (ATC Minor)<br>• Aviation-Air Traffic Management<br>• Aviation Professional Pilot (ATC Minor) |

8

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Vaughn College of Aeronautics and Technology**<br>**Middle States Commission on Higher Education** | ASSOCIATES OF APPLIED SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Electronic Engineering Technology (Avionics Option)<br><br>BACHELOR OF SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Airline Management<br>• Aviation Maintenance Management<br>• Airline Management<br>• Electronic Engineering Technology (Avionics Option) |
| **Western Michigan University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Flight Service<br>• Aviation Maintenance Technology<br>• Aviation Science and Administration |

## Adding, Deleting, or Changing a Degree Program

Schools will be allowed to add, remove, or modify a degree program once a year based on the needs of the institution.

### Adding a Degree Program

If a current partner institution has the need to add a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office requesting the addition of the degree; include the degree type, (i.e. Associate's or Bachelor's degree) and a projected date of the first degree awarded.

  **Using a template provided by the CTI Program Office**

- List all the required classes for the degree and catalog description of the courses included in the degree

- A mapping of the FAA required AT Basics Objectives to the applicable courses within the degree where the material is taught (See Sample ATTACHMENT 1)

The FAA will issue a letter to the institution through the Program Office advising as to whether the degree will be accepted. The institution must maintain all supporting documentation including syllabi and testing instruments to validate that AT Basics are taught in the courses outlined. The FAA may approve this degree and validate the package through a site visit or remote validation.

### Modifying a Degree Program

If a current partner institution has the need to add a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office requesting the modification of the degree and a catalog description of the courses included in the degree

### Using a template provided by the CTI Program Office

- A  document, listing all the required classes for the degree

- A document providing a mapping of the FAA required AT Basics Objectives to the applicable courses within the degree where the material is taught (See Sample ATTACHMENT 1)

The FAA will issue a letter to the institution through the Program Office advising as to whether the degree will be accepted. The institution must maintain all supporting documentation including syllabi and testing instruments to validate that AT Basics are taught in the courses outlined. The FAA may approve this degree and validate the package through a site visit or remote validation.

## Removing a Degree Program

If a current partner institution has the need to remove a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office advising that they will no longer offer a previously approved degree and a projected date of the last degree awarded for CTI purposes

# Partnership Agreement

## 1. Background

The Federal Aviation Administration (FAA) and the Collegiate Training Initiative (CTI) Participant, desire to collaborate via this partnership agreement to best serve the interests of both parties.

## 2. Purpose and Scope

The FAA has established the Collegiate Training Initiative (CTI) program for the purpose of implementing the FAA's intent of using collegiate aviation as one of the primary means of meeting the future needs of the agency for air traffic control specialists (ATCS). The purpose of this partnership are to encourage and facilitate collaborative efforts between the two parties with respect to an emphasis on collegiate aviation as an active source of future recruitment of ATCS's, and to promote a collegial environment wherein knowledge is shared with mutual respect for the institutional goals of each party. The intent of this document is to express the desire of the FAA to work in cooperation with CTI Institutional Participant to achieve the goals of the CTI program. Nothing contained herein is intended to prohibit either party from collaborating with any other organization, entity, or individual in the subject areas of interest.

## 3. Funding

This partnership agreement in no way obligates the FAA to any financial expenditure. Activities carried out by each party in support of this partnership are to be funded by the respective parties. Nothing contained herein is intended to prohibit either party from seeking and awarding funding available under any other program.

## 4. Term of Agreement

This partnership shall commence as of the last date entered in the signature block of the agreement. It may be terminated by either party after thirty (30) days written notice to the other party.

Recruitment of CTI program graduates will not be in effect until completion of all FAA recommendations, which have been communicated to the institution. Upon completion and approval of these activities by the specified FAA organizations, eligible program graduates can be considered for employment.

## 5. Amendments

This partnership agreement may be modified only by a written amendment. Any amendment must be jointly executed by the duly authorized representatives of both parties.

## 6. Roles, Responsibilities, and Expectations

### Federal Aviation Administration

- Provide access to current CTI-related technical documents (orders, directives, etc.)
- Provide electronic versions or a single hard copy of curriculum materials and guidance to include lesson plans, student handouts, and multimedia materials
- Provide technical advice and support
- Provide academic diagnostic testing materials
- Provide institutions with feedback

- Establish appropriate forums for regular communication among participating institutions and the FAA

- Consider recommended graduates for employment on the basis of FAA needs

### CTI Institutional Participant

- Ensure that the curriculum satisfies the CTI teaching objectives

- Ensure that the faculty is knowledgeable in current air traffic policies, procedures, and curriculum

- Provide counseling for students in all aspects of the CTI program

- Ensure that CTI-related advertising accurately reflects the intent of the CTI program, including employment opportunities

- Provide an institutional recommendation for employment



Broward University

## 7. CTI Program Graduate Qualification Requirements and Expectations

To qualify for employment consideration with the FAA, CTI program graduates must meet all legal and regulatory requirements including, but not limited to, the following:

- Achieve a qualifying score on the current FAA testing procedures

- Successfully complete the FAA interview process

- Receive institutional recommendation

- Meet entry level ATCS medical standards

- Pass a pre-employment drug test

- Pass the background investigation for security and suitability

- Have U.S. citizenship

- May not have reached their 31st birthday prior to initial appointment in the terminal or en route options

- Complete institutional graduation requirements

- Complete course work including all CTI-specific required courses

- Be able to read, write, and understand the English language and speak it rapidly without accent or impediment of speech that would interfere with two-way radio conversation

## 8. Summary

The FAA's employment goals include a need for a highly trained work force and the desire to enhance the cultural diversity of the work force.  For any CTI graduates selected for employment, the FAA's intent is to assign these employees to targeted geographical areas.  However, the actual assignments for the employees selected from the CTI program will depend upon the current needs of the FAA.  CTI program graduates must understand that employment is not guaranteed for any individual.

# Human Resources Policy

## Human Resources Operating Instruction (HROI) - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures (SOP)

***This HROI established:*** *April 1, 2007*
***This version effective:*** *April 1, 2007*
***Use this HROI in conjunction with:***

- *HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates*

- *EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist  Positions in Terminal and En Route Options*

1. **Purpose:** This document implements the Standard Operating Procedures (SOP) for the Air Traffic - Collegiate Training Initiative (AT-CTI) Program and provides instructions and guidance to all FAA offices to assist them in implementing these procedures.

2. **Background**: In 1990, the FAA established the AT-CTI program for the employment of Air Traffic Controllers. Graduates who meet the basic qualification requirements for the AT-CTI program may be considered for employment in terminal and en route facilities.

3. **Definitions:**
    a. **AT-CTI. Air Traffic – Collegiate Training Initiative:** A program established for the employment of entry level Air Traffic Controllers in the terminal and en route options.
    b. **AT-CTI Inventory:** A centralized register of AT-CTI candidates maintained by the Aviation Careers Division. The AT-CTI Inventory tracks important information about applicant eligibility including graduation date, recommendation status, and AT-SAT score. This inventory is used for placement and hiring of AT-CTI students.
    c. **AT-SAT Air Traffic – Selection and Training:** A required computer-based entrance exam for the Air Traffic Controller occupation in the terminal and en route options.
    d. **NET. Notice of Eligibility to Test:** A notice issued by the Aviation Careers Division that authorizes applicants to take the AT-SAT test.
    e. **NOTR. Notice of Test Results:** A notice issued by the Aviation Careers Division that provides the results of the AT-SAT test. This notice does not indicate employment eligibility.
    f. **On-Hold Rule:** An AT-SAT score of 70 or above will be placed in a hold status for students in the AT-CTI program until the candidate graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for three years from the candidate's graduation or eligibility date. The On Hold Rule applies to ATÂ¬CTI candidates only.

4. **AT-CTI Program Management Responsibilities**
    a. ATO-A, the Office of Acquisition & Business Services within the Air Traffic Organization (ATO):

        i.   Serves as the Program Manager for the AT-CTI program and as liaison between the colleges and the FAA.
        ii.  Funds the administration of the AT-SAT test.

    b. Office of Human Resources Management Programs and Policies, AHP, supports Acquisition & Business Services by developing and managing issues and policies relating to the qualifications, recruitment, and employment of AT-CTI graduates.
    c. AMH-300, the Aviation Careers Division within the Office of Human Resource Management:

       i.  Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI Inventory, and authorizes pre-employment testing of all AT-CTI students

      ii.  Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.

d. The Office of Aerospace Medicine develops policy and manages the medical clearances for AT-CTI graduates.

e. The Assistant Administrator for Security & Hazardous Materials develops policy and manages the security clearances for AT-CTI graduates.

5. **Management of the AT-CTI Inventory:** The Aviation Careers Division is responsible for the overall management of the AT-CTI Inventory.

a. Establishment of the AT-CTI Inventory: All AT-CTI schools will provide the Aviation Careers Division an electronic list of students enrolled in the AT-CTI Program. This list should be provided as soon as practical after enrollment in the ATÂ¬CTI program. The list will include:

      i.  Student Name
      ii.  Address
      iii.  Daytime Phone Number
      iv.  Nighttime Phone Number
      v.  Email address
      vi.  Social Security Number
      vii.  Date of Birth
      viii.  Projected Graduation Date
      ix.  Date Additional Course of Instruction

b. Maintenance of the AT-CTI Inventory: The Aviation Careers Division establishes and maintains a roster of AT-CTI students and an inventory of eligible candidates. Candidate records are updated by the Aviation Careers Division to reflect changes or corrections as reported by the student/graduate or the AT-CTI school as appropriate. Information in each record includes:

      i.  Personal Information including the data listed in paragraph 5a.
      ii.  AT-CTI School
      iii.  AT-SAT Score
      iv.  Graduation Date
      v.  Employment Eligibility Status
      vi.  Geographic Preference
      vii.  Cumulative Grade Point Average
      viii.  Veterans' Preference
      ix.  Self-Certified Citizenship
      x.  Military Discharge Date

c. Removal from the AT-CTI Inventory: There are several ways in which a candidate will be removed from the AT-CTI Inventory including:

      i.  FAA approved AT-CTI school official does not recommend the candidate.
      ii.  Candidate does not achieve a passing score on the AT-SAT test after two consecutive attempts.
      iii.  The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.
      iv.  Candidate reaches age 31.
      v.  The candidate fails to meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6.

6. **Basic Qualification Requirements for AT-CTI Graduates:** To be considered for employment with the FAA, AT-CTI graduates must:

a. Successfully complete the FAA approved AT-CTI program including:

    i. Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.

    ii. Receiving an institutional recommendation for employment from an authorized school official.

b. Achieve a passing score (70 or above) on the AT-SAT test.

c. Be a United States citizen at the time of application for the AT-SAT test.

d. Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.

e. Meet FAA medical, security, and suitability requirements; and

f. Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

7. **Eligibility Requirements for AT-CTI Graduates:** The AT-CTI Program is designed to provide the FAA with qualified applicants for air traffic controller positions who possess a broad-based knowledge of the aviation industry with specific education in air traffic control. Due to the education received at approved AT-CTI schools, candidates hired through this program are authorized to by-pass the Air Traffic Basics Course at the FAA Academy in Oklahoma City.

a. AT-CTI Eligibility: Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.

b. Extending AT-CTI Eligibility: Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.

c. Establishing Eligibility for Previous AT-CTI Graduates: Students who graduated from an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

    i. (1) The candidate is within two years of their graduation date. (Note: With regard paragraph 7ci, AT-CTI graduates who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)

    ii. The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6 of this document.

    iii. The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

    iv. The candidate may be authorized to take the AT-SAT exam.

    v. The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

    vi. Candidates may apply for an eligibility extension in accordance with paragraph 7b of this document.

d. Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program may not reapply through this hiring source.

8. **Administration of AT-SAT Testing:** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. The Aviation Careers Division is responsible for coordinating AT-SAT testing for AT-CTI students. The following guidelines are used for the

administration of AT-SAT testing:

a. The Aviation Careers Division issues the authority for AT-CTI students to take the AT-SAT test.

b. To qualify for AT-SAT testing, AT-CTI students must:

   i. Have completed specific coursework at the AT-CTI school indicating commitment to the program. Qualifying coursework is determined by the AT-CTI school and approved by the FAA.
   ii. Be identified by an authorized school official as an AT-CTI student.
   iii. Submit a signed self-certification of citizenship to the Aviation Careers Division.
   iv. Be able to provide own transportation to and from the test site.
   v. Meet FAA testing parameters at time of testing.

c. The Aviation Careers Division issues a Notice of Eligibility to Test (NET) authorizing candidates to be tested.

d. The Aviation Careers Division provides a Notice of Test Results (NOTR) to each candidate and updates the AT-CTI Inventory to reflect the AT-SAT score.

e. The On-Hold Rule for the AT-SAT test score is used.

f. Candidates who take the AT-SAT exam for the first time and fail must wait one year from the date of the initial exam before retesting.

g. Candidates who take the AT-SAT exam and achieve a passing score are not authorized to retake the test under the AT-CTI Program to improve their test score.

h. Candidates who take the test and do not achieve a passing score after two consecutive attempts are not allowed to retake the test through the AT-CTI program. This does not preclude them from applying through other hiring methods.

i. The second AT-SAT score will replace the first AT-SAT score regardless of the outcome.

9. **Employment of AT-CTI Graduates:** Employment of AT-CTI graduates in the En Route & Oceanic Service Unit and Terminal Service Unit is in accordance with established FAA hiring policies and practices used to fill air traffic control positions.

## Human Resources Operating Instruction (HROI) - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates

*This HROI established: May 26, 2006*
*This version effective: April 1, 2007*
*Use this HROI in conjunction with:*

- EMP-1.10 Permanent External Hiring
- EMP-1.11 Temporary External Hiring
- EMP-1.20 Maximum Entry Age for Air Traffic Control Specialists
- EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

### Background Information

The FAA AT-CTI program is a separate and distinct recruitment source for terminal and en route air traffic controller candidates. This group of candidates consists of graduates from certain colleges and universities that provide a pre-approved major course of study and recommendations for employment.

All AT-CTI candidates must obtain passing AT-SAT scores.

Because the AT-CTI curriculum provides appropriate education, experience, and training which meet the basic requirements for the terminal and en route air traffic occupations, AT-CTI graduates may be permitted to bypass some of the FAA Academy's Air Traffic Control Training program.

The Aviation Careers Division (AMH-300) maintains an inventory of eligible AT-CTI candidates. Referral eligibility for the candidates is initially a three-year period after graduating from a CTI college or university. Eligibility to remain in the CTI inventory expires if the candidate is not referred or is not selected during the initial three-year eligibility period.

This Human Resources Operating Instruction (HROI) establishes a process for extending candidates' eligibility on the AT-CTI inventory. Candidates may request one-year eligibility extensions. This change will help the FAA successfully fulfill the Controller Workforce Plan to increase hiring of air traffic and en route controllers by maintaining a ready source of candidates in a viable active inventory of eligible AT-CTI candidates.

### General Requirements

- Candidates whose three-year eligibility on the inventory has expired or will expire within 60 calendar days may apply to continue to have their names on the inventory.
- Candidates who reestablish eligibility under this policy will be eligible for one additional year from the date that AMH-300 approves the request. Candidates may continue to reapply and have their names placed on the inventory in one-year increments after each additional year expires, until they reach the maximum entry age.
- If applicants have a valid Air Traffic Selection and Training (AT-SAT) test score in accordance with EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options, they will not be required to retest. Approval will be based on all requirements being met.
- Candidates whose air traffic control specialist pre-employment test score expires prior to their being granted an extension must take and pass the AT-SAT examination in order to be eligible for an extension. Special testing sites will not be provided. Testing will be done in conjunction with current AT-CTI school testing. Applicants should keep in contact with AMH-300 for future testing cycles.
- Candidates who receive two consecutive non-qualifying AT-SAT test scores will not be allowed to retake the test for entrance on the AT-CTI inventory. This does not preclude candidates from applying through other hiring methods (e.g., general public announcement); however, they must wait the allotted time in accordance with national policy from the date of their last test.

17

- The Air Traffic Organization (ATO) may require that candidates who are granted these extensions take refresher training or take portions of the FAA Academy Air Traffic Training program that AT-CTI graduates are normally permitted to bypass.

## Who is eligible?

To apply for an extension, applicants must meet all of the following requirements:

- Have been identified by an AT-CTI school,
- Have received an AT-CTI school recommendation,
- Have passed a pre-employment test,
- Have submitted all appropriate paperwork to AMH-300 (i.e., geographic preference sheet, etc.), and
- Be under the maximum entry age.

**Please Note:** In addition to meeting the requirements stated above, applicants are required to have a valid AT-SAT test score of 70 or higher before an extension is approved.

## Who is not eligible?

Applicants who meet one of the following conditions under the AT-CTI program are not eligible to request an extension:

- Removed - Suitability,
- Removed - Medical,
- Failed to respond to official correspondence,
- Correspondence returned unclaimed, or
- Over the maximum entry age.

## How to apply?

Applicants must complete and return the Request for Air Traffic Collegiate Training Initiative Extension form (MS Word) to AMH-300 using one of the following methods:

- Fax to 405-954-8531, or
- E-mail to 9-amc-amh-cti@faa.gov, or
- Regular mail to:
  Aviation Careers Division
  AMH-300
  P.O. Box 25082
  Oklahoma City, OK 73125

## Extension Procedures

**Step 1. The AMH-300 AT-CTI Program Manager will:**

- Verify applicant record to ensure that eligibility requirements are met,
- Notify applicant of eligibility/ineligibility for extension and to include notification that AT-SAT testing will be scheduled at a later date, and
- Send applicant's name to the AMH-300 Testing Officer with the next group of AT-CTI applicants who are authorized to take AT-SAT.

**Step 2. The AMH-300 Testing Officer will send authorized applicant's name to AT-SAT Test Administrator.**

**Step 3. AT-SAT Test Administrator will:**

- Notify applicant,
- Schedule applicant to test (applicant will be tested with AT-CTI schools),
- Administer AT-SAT test, and
- Send test results to AMH-300 Testing Officer.

**Step 4. The AMH-300 Testing Officer will:**

- Enter all test results into database, and
- Notify the AMH-300 AT-CTI Program Manager that all test scores have been processed.

**Step 5. The AMH-300 AT-CTI Program Manager will:**

- Notify applicant of approval/disapproval of extension, which includes test score results and/or eligibility/ineligibility to apply for future extensions, and
- Place applicant's name on the inventory for one year from the date of approval.

## Maximum Entry Age

This policy does not change or supersede any laws, regulations, or agency policies related to the maximum entry age for air traffic controllers.

## Points of Contact

Questions about this guidance should be directed to the ATO Support Team, AHR-4, on (202) 267-9862.

# HRPM EMP-1.7 (Series 2152) Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

Updated: 10:23 am ET June 11, 2010

**This Supplement applies to:** Filling entry-level air traffic control specialist (ATCS) positions in the terminal and en route options.

**Supplement established on:** April 1, 2007

**This version effective:** April 1, 2007

**Use this supplement in conjunction with:** EMP-1.7, Qualification Requirements

**Background information:** This supplement replaces Policy Bulletin #8. Changes were made in this supplement to include increasing the valid period of an Air Traffic Selection and Training test score from 2 years to 3 years. Other changes made were to bring the document into agreement with the Air Traffic Organization (ATO) structure.

Changes made to this document were coordinated between AHR and ATO. References to ATO internal administrative processes, roles, and procedures have been deleted. Responsibility for determining who must take AT-SAT was deleted as that is covered by this supplement and would be covered by the change procedures for the Human Resources Policy Manual. Reference to Human Resources Management Division, Mike Monroney Aeronautical Center, AMH-1, internal standard operating procedures has also been deleted.

1. **Policy:** Individuals covered by this supplement are required to pass Air Traffic Selection and Training (AT-SAT) prior to employment as an entry level ATCS in the terminal and en route options. AT-SAT is used in place of the Office of Personnel Management (OPM) written test for ATCS candidates and any further screening previously required, specifically the FAA Academy Screening Program or the Pre-Training Screen.

    a. All candidates must meet the established qualification requirements or alternatives in accordance with the guidelines contained in EMP-1.7, Qualification Requirements.
    b. Applicants seeking entry-level positions in the flight service option are subject to passing the OPM test for ATCS positions.

2. **Definitions:**

    a. **AT-CTI - Air Traffic Collegiate Training Initiative:** A program established for employment of entry level ATCS in the terminal and en route options.
    b. **AT-SAT - Air Traffic Selection and Training:** Computer based examination that screens potential candidates for entry-level ATCS positions in the terminal and en route options.
    c. **COTR - Contracting Officer's Technical Representative:** Refers to a Government employee who certifies payment and coordinates contracts with the contractor.
    d. **NET - Notice of Eligibility to Test:** A notice issued applicants to take the AT-SAT test.
    e. **NOTR - Notice of Test Results:** A notice that does not reflect eligibility for ATCS positions, but gives results of the test.
    f. **"On-Hold" Rule:** Students in the AT-CTI program with an AT-SAT score of 70 or above will be placed in a "hold" status until the applicant graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for 3 years from the student's graduation date. The "on-hold rule" applies only to those students in the AT-CTI program.
    g. **SMS -Score Management System:** A database that stores and maintains applicant AT-SAT

test scores.

h. **VRA - Veterans Readjustment Appointment:** A special appointing authority by which agencies can, if they wish, appoint eligible veterans without competition to positions up to the applicable pay band permitted by FAA policy.

3. **Coverage:**

   a. The following groups of individuals must pass AT-SAT to be eligible for selection for entry level terminal and en route ATCS positions:

      i. Individuals applying under a vacancy announcement open to the general public;
      ii. Candidates applying based on successful completion of AT-CTI programs;
      iii. Individuals who are part of the OPM inventory who did not take and successfully pass the Pre-Training Screen;
      iv. Former military personnel (with or without ATC experience) who apply to a specific vacancy announcement that states that passing AT-SAT is a qualification requirement;
      v. Entry level internal applicants (e.g., selections under provisions outlined in EMP-1.14, Permanent Internal Assignments).

   b. The following groups of individuals shall not be required to take AT-SAT to be eligible for selection:

      i. Former FAA controllers seeking reinstatement (e.g., former PATCO controllers);
      ii. Former military controllers who are eligible and are selected under a Veterans Readjustment Appointment (VRA);
      iii. Department of Defense civilian controllers (DOD 2152's);
      iv. Former military controllers selected under the Retired Military Air Traffic Controllers Program.

4. **Program Administration**

   a. **Test Administration:**

      i. **Contractor conducted testing:** AT-SAT may be administered by a test company awarded an FAA-wide government contract to provide AT-SAT testing services.
      ii. **Government conducted testing:** Under special circumstances, ATO may request that AHR conduct testing at certain locations without the involvement of the contractor.
      iii. **Selection to take AT-SAT:** Passing AT-SAT is an eligibility requirement for entry-level employment in the terminal or en route options. Selection to take the test battery shall be in accordance with merit principles.

   b. **Travel and transportation to an AT-SAT test site:** Applicants are responsible for all travel expenses incurred to and from an AT-SAT test site.

   c. **Re-testing or re-examination using AT-SAT:**

      i. Re-testing is not guaranteed: Applicants must apply through an appropriate and available hiring procedure or be participating in a recognized AT-CTI program to be considered for re-testing.
      ii. **Individuals who pass:** Applicants who pass the AT-SAT with a score of 70 or above are eligible to retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.
      iii. **Individuals who fail:** Applicants who fail the AT-SAT with a score of below 70 may retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

iv. **Individuals who do not complete taking AT-SAT:** Applicants who do not complete the test may retest one year (12 months) from the initial test date.

v. **Exceptions to the one-year waiting period:** Exceptions to the one-year waiting period may be made in situations where candidates are unable to complete the test for technical reasons such as power failure, where the test administrator must stop the test for other reasons that are outside the candidate's control, and in a limited number of other cases as specified by the agency.

d. **Valid period**: Applicants' scores are valid for 3 years, except for AT-CTI students who use the "on-hold" rule. AT-SAT results may be used for any hiring source during the valid period.

e. **Qualification Requirements**: All qualification requirements of the position to be filled (e.g., maximum entry age, etc.) must be met before entering on duty.

5. **Program Responsibilities:**

a. **Office of Human Resources Management Programs and Policies, AHP, is responsible for:**

i. Conducting testing and providing the COTR for test administration contracts;
ii. Testing procedures;
iii. Exceptions/decisions to re-test candidates that are not addressed in the standard operating procedures (SOP's);
iv. Resolving unusual testing problems;
v. Approving/disapproving requests received from ATO for special testing sessions;
vi. Responding to inquiries from outside entities (e.g., Congress, etc.);
vii. Certifying contractor invoices for payment; and
viii. Contacting the contractor regarding any incidents.
ix. Programming, maintenance, and operation of staff acquisition software applications and appropriate interfaces to:
   i. Support the generation of lists of applicants eligible for AT-SAT testing
   ii. Record applicant AT-SAT test scores for use in referral of applicants; and
x. Providing user instructions, training, and technical support to AMH-300 relative to the staff acquisition software applications and interfaces.

b. **Vice President of Business and Acquisition Services, ATO-A, is responsible for:**

i. Communicating the ATO's testing needs and hiring requirements to AHR;
ii. Funding AT-SAT testing.

c. **Office of Human Resource Management, Aviation Careers Division, AMH-300, is responsible for:**

i. Exchanging information about examinees with the test administration contractor;
ii. Day to day resolution of testing problems such as determining if "no-shows" may be re-scheduled, etc.;
iii. Maintaining the SMS database of who has taken AT-SAT and their scores;
iv. Serving as the single point of contact for the contractor for issuing test authorizations;
v. Providing the names of AT-CTI candidates to be tested;
vi. Resolving candidate problems, such as authorizing extensions for testing periods or retest issues;

6. **Recruitment:** See the Human Resources Policy Manual (HRPM) chapters Permanent External Hiring

22

(EMP-1.10) and Permanent Internal Assignments (EMP-1.14).

7. **Referral of Applicants**: The category grouping method, in which candidates are divided into "qualified" and "well qualified" groups, is mandatory when referring applicants who have passed AT-SAT. AMH-300 is responsible for grouping candidates. Applicants are grouped as follows:

   a. Well-Qualified applicants are those who passed AT-SAT with a score of 85 or higher.
   b. Qualified applicants are those who passed AT-SAT with a score of 70-84.9. The provisions outlined in EMP-1.12, Veterans' Preference in Hiring, apply when making selections under external competitive appointment procedures. Also refer to the HROI entitled, Method of Evaluating Candidates.

**Note:** This section should not be interpreted to mean that only scores of 85 or above are acceptable. Using the category ranking method, selecting officials may request the names of all candidates or only those in the well-qualified group (all CP and CPS veterans who pass the test must be referred regardless). If there are an insufficient number of candidates in the well qualified group, all candidates from the qualified group must be considered before resorting to testing more applicants for the same hiring effort.

8. **Exceptions**: Requests for exceptions to provisions of this policy should be submitted to the Manager, HR ATO Support Team. Exceptions are considered on a case-by-case basis. A request for an exception must clearly describe the exception requested, the reason for the request, and the impact if the request is granted.

---

**Related Information**

**Policies**
EMP-1.7 Qualification Requirements
EMP-1.10 Permanent External Hiring
EMP-1.12. Veterans' Preference in Hiring
EMP-1.14 Permanent Internal Assignments

**Human Resource Operating Instructions**
Method of Evaluating Candidates
Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

## Citizenship Documentation

In order to apply for a federal job you must be a citizen of the United States.

### Born in the United States

A birth certificate provides proof of citizenship. To obtain a copy of your birth certificate, contact the Bureau of Vital Statistics in the State in which you were born. There is no "citizenship document" for a person who is a citizen by birth in the United States.

### Born Outside the United States

The citizenship of someone born outside of the United States, as the child of a U.S. citizen parent, could vary depending on the law in effect when the birth took place.  In most cases citizens born outside the U.S. requires a combination of evidence showing at least one parent being a U.S. citizen when the child was born and having lived in the United States or its possessions for a period of time.

To apply for recognition of citizenship, you must have:

- A Consular Report of Birth Abroad, or FS-240, which provides proof of citizenship if your birth was registered at the nearest U.S. consulate when you were born.

- If you are already in the United States, apply for a Certificate of Citizenship. Use Form N-600 available at the US Citizenship and Immigration Service website : http://www.uscis.gov

### Naturalized Citizen or Derivative Citizen

Naturalization Certificate or Certificate of Citizenship serves as proof of citizenship.  If you have lost either of your certificates, you can apply for a replacement using Form N-565 available at the US Citizenship and Immigration Service website:   http://www.uscis.gov

# AT-SAT

## Air Traffic Selection and Training (AT-SAT)

AT-SAT is a computer-based examination that assesses if job applicants have certain characteristics needed to perform effectively as air traffic controllers. Some of the abilities and characteristics assessed by AT-SAT include:

- Prioritization
- Decisiveness
- Tolerance for high intensity
- Problem solving
- Composure
- Visualization
- Planning
- Working cooperatively

- Execution
- Numeric ability
- Thinking ahead
- Working with angles
- Taking charge
- Movement detection
- Reasoning

The total maximum time to take AT-SAT is eight hours. Included in this testing time are two scheduled 15-minute rest breaks and a maximum 45-minute lunch break.

There are eight tests within AT-SAT. These are called:

- Scan
- Dial Reading
- Angles
- Applied Math

- Experience Questionnaire
- Analogies
- Letter Factory
- Air Traffic Scenario

Each sub-test starts with a section explaining the test and providing ungraded practice questions. The more complex tests have correspondingly more extensive explanations and practice questions.

## SCAN

In this test, multiple moving blocks of data appear at random on the computer screen. The numbers that appear in the data blocks will be either inside or outside a specific range displayed on the bottom of the computer screen. Scoring of the test is based on how quickly and accurately candidates can identify data blocks with numbers outside the specified range.



Type the identification numbers contained in the data block with lower line numbers falling beyond the range (360-710).

## READING



Air traffic controllers must be able to perceive visual information quickly and accurately and perform simple processing tasks like comparisons. The Dial Reading Test assesses ability to read dials quickly and accurately.

Temp.

1) 22    2) 24    3) 28    4) 30    5) 45

## ANGLES

Air traffic controllers must recognize angles and perform calculations based on those angles. The Angles Test measures the ability to perform these tasks.







## APPLIED MATH

This test consists of word math problems with four possible answers for each problem. All of the questions involve calculating time, distance, or speed based on information given in the problem. All problems involve the movement of aircraft. Knowledge of knots or nautical mile terminology is not required to determine the answer. Scoring of the test is based on the number of problems answered correctly.

## EXPERIENCE

Air traffic controllers must possess certain work-related attributes to perform their job well. The Experience Questionnaire determines whether candidates have these attributes by asking about past experience. There are no correct or incorrect answers. People will respond differently based on what is true for themselves.

26

## ANALOGIES

Air traffic controllers must solve reasoning problems by knowing which rules apply to a situation and then applying those rules. The Analogies Test measures reasoning ability in applying the correct rules to solve the problem. The test consists of both text and visuals.





## LETTER FACTORY



FIG. 1

This test measures three abilities required to perform the air traffic controller job:

1. Planning and deciding what action to take in a given situation
2. Thinking ahead to avoid problems before they occur
3. Maintaining awareness of the work setting

In the first of several scenarios, letters move down each conveyer belt as show in Figure-1. Candidates must place the correctly colored letter in the correct color box at the bottom of the diagram using the computer mouse. Candidates are asked to move empty boxes from the storage area to the loading area, order new boxes when supplies become low, and call Quality Control when "defective" letters appear. They are also asked to answer multiple choice questions about the letter factory display.



FIG. 2

Figure-2 shows the second type of question used in this test. Candidates are asked to answer multiple "situational awareness" questions based on the rules provided for this test and previous test scenarios.

27



**Air Traffic Scenarios**

This test simulates air traffic situations and measures the ability to safely and efficiently guide airplanes. The test uses simple rules and does not require that candidates have knowledge of air traffic control.

Candidates are presented with simulated air traffic situations. Aircraft appear on the screen and must be routed to an appropriate exit or airport. All situations involve the movement of aircraft. Scoring of the test is based on how quickly and accurately the aircraft are directed to their destinations. There are practice and graded scenarios of different lengths and complexity.

**HELPFUL HINTS**

1. Arrive for the testing session on time.
2. Take the rest breaks provided. Some of the tests can be mentally taxing. The test breaks are organized to help you concentrate and stay alert and relaxed.
3. Read the directions. The directions do not try to fool or trick you, but some of the questions are quite challenging. Frequently, when people have problems with a test, it is because they did not pay attention to the directions.

Test administrators are not permitted to answer questions about the test or the rules provided.

*AT-SAT Register*

The AT-SAT eligibility register is provided by the partner institutions to Aviation Careers in order to schedule AT-SAT testing. The AT-SAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before the anticipated graduation date and the scores are good for three years. If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list.

The partner institution must submit a list of eligible candidates for the AT-SAT test when requested by Aviation Careers. Aviation Careers will send the list back to the institution for corrections and amendments. Once the list is closed, schools will have to wait on the next call for AT-SAT candidates.

*Testing Eligibility and Submission of Testing List*

**Initial AT-SAT Testing**

In an effort to ensure that all students who are entitled to take the AT-SAT test have their names submitted in a timely manner, the following process will be used.

CTI partner institutions, will submit the names of those students who are within 12 months of graduation, enrolled in a FAA-approved degree program, and eligible for AT-SAT testing on or before the designated due date as advertised by Aviation Careers. No amendments will be accepted after the due date unless initialized by the FAA.

- The names must be submitted on a spreadsheet provided by Aviation Careers without modification of the columns, rows, or formulas.

- Amendments and corrections will be accepted up to the cutoff date. All amendments must be sent using the same spreadsheet. This amended/revised spreadsheet will replace all previous submissions.

Once a student's name has been submitted, the school should assume that the student was scheduled for and completed the test.

If a student was contacted, and was either not able to schedule the testing for which their name was submitted, or was scheduled and was not able to take the test:

If the student has:

- NOT GRADUATED: The student must notify the school that his/her name needs to be resubmitted for AT-SAT testing. Schools must submit the student for the next cycle of testing.

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the next testing cycle. His/her name must have been previously submitted by the school.

**Retaking the AT-SAT Test**

A student who scored less than a 70 on the initial AT-SAT testing may retake the AT-SAT test -one year after the initial test.

If the student has:

- NOT GRADUATED: The student must notify the school that his/her name needs to be resubmitted for AT-SAT testing. Schools must submit the student for the next cycle of testing.

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the list for the next testing cycle.

A student took the test before graduation and scored at least a 70 on the AT-SAT test may retake the test three years after graduation or three years from the test date if the test was taken after graduation.

If the student has:

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the next testing cycle.

       Aviation Careers Division
       AMH-300
       P.O. Box 25082
       Oklahoma City, OK 73125
       Phone: (405) 954-4657
       Fax: (405) 954-8531
       Email: 9-AMC-AMH-CTI@faa.gov

29

# Hiring Process

Each year the Air Traffic Organization determines the field needs for controllers. Each facility determines the number of controllers that are retiring, moving for promotion, etc. These needs are forwarded to the ATO to determine a "hiring plan" for the year. Announcements are created based on these needs.

The ATO assembles Centralized Selection Panels with selecting officials from each of the service units and representatives from each service area. These officials are provided with lists of candidates from each announcement that have been deemed "qualified."

List may include:

- Veteran's Readjustment Appointment (VRA)
- For Retired Military Controller (RMC)
- For Certified Tower Operator (CTO)
- For Reinstatement eligible former FAA CPC ATCS and EVHO
- For Reinstatement eligible former DOD ATCS and EVHO
- General Public

Tentative selections are made by the teams for each facility through their representatives at the hiring panel.  Aviation Careers then must review the list to ensure that selections were made in accordance with applicable laws and criteria (i.e., veterans are considered as required; well-qualified lists are exhausted before qualified).

After all selections for interviews are made the interview process is started. Qualified interviewers and potential employees receive an email indicating that they need to set up an interview. The candidate will be interviewed and a recommendation will be made to the ATO.

Once the ATO receives all recommendations, Aviation Careers will send tentative offer letters to candidates. These letters differ depending on the service unit.  En route letters will indicate the facility to which the applicant has been assigned and the terminal letter will indicate the state to which the applicant has been assigned.

Each applicant will then begin the suitability process of medical, pre-employment clearances including security process. This process can take between 30 and 90 days. There may be a temporary waiver pending a full security and medical clearance, if necessary. If there are issues with the initial investigation this process could take longer.

After completion of the pre-employment clearances, Aviation Careers begins the process of working with the Academy on class dates in accordance with facility hiring needs throughout the fiscal year. The applicant will receive a Firm Offer Letter (FOL) approximately 30 days before their Academy date.

## Air Traffic Centralized Hiring Process



ATCS Centralized External Hiring – High Level Process

March 2011

# Controller Hiring

| Category | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY | 2006 | 2006 | 2007 | 2007 | 2008 | 2008 | 2009 | 2009 | 2010 | 2010 | 2011 | 2011 | 2012 | 2012 | 2013 | 2013 |
| CTI Schools | 544 | 49% | 1019 | 56% | 823 | 37% | 335 | 19% | 252 | 25% | 245 | 29.7% | 467 | 50.5% | 360 | 65% |
| General Public | 44 | 4% | 130 | 7% | 653 | 30% | 1134 | 66% | 519 | 52% | 390 | 47.3% | 268 | 29% | 63 | 11% |
| VRA | 404 | 36% | 605 | 33% | 644 | 29% | 218 | 13% | 177 | 18% | 126 | 15.3% | 133 | 14.4% | 88 | 16% |
| All Others | 124 | 11% | 61 | 3% | 54 | 2% | 29 | 2% | 28 | 3% | 63 | 7.6% | 57 | 6.1% | 41 | 7% |
| GRAND TOTAL | 1116 | | 1815 | | 2196 | | 1731 | | 998 | | 824 | | 925 | | 552 | |

Through 04/20/2013



Figure 5.1 Controller Hiring Profile

*Source:  A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2012 – 2021*
*http://www.faa.gov/air_traffic/publications/controller_staffing/media/CWP_2011.pdf*

## FY13 Hiring Plan

| FY | Terminal | % | En Route | % | Total |
|---|---|---|---|---|---|
| FY 2013 | 528 | 46.3% | 612 | 53.7% | 1140 |

33

# Medical Investigation

**Individuals must pass a rigid medical exam, which includes:**

- **Vision Standards** — Applicants for ATCS employment in an en route center or a terminal must have distant and near vision of 20/20 or better in each eye separately, without correction, or have lenses that correct distant and near vision to 20/20, each eye separately. Applicants for a flight service station specialist position must have distant and near vision of 20/20 or better in at least one eye, without correction, or have lenses that correct distant and near vision to 20/20, in at least one eye.

- **Color Vision Standards** — Applicants must have normal color vision.

- **Hearing Standards** — Applicants must have no hearing loss in either ear of more than 25 db at 500, 1,000 and 2,000 Hz, and no more than a 20 db loss in the better ear by audiometer, using ANSI (1969) standards.

- **Cardiovascular Standards** — Applicants must have no medical history of any form of heart disease. A history of high blood pressure requiring medication will require special review.

- **Neurological Standards** — Applicants must have no medical history or clinical diagnosis of a convulsive disorder, or a disturbance of consciousness, without satisfactory medical explanation of the cause, and must not be under any treatment, including preventive, for any condition of the nervous system.

- **Psychiatric Standard** — Any medical history or clinical diagnosis of a psychosis, or other severe mental disorders, is disqualifying.

- **Diabetes** — A medical history or diagnosis of diabetes mellitus will require special review.

- **Substance Abuse/Dependency** — A history of substance abuse/dependency, including alcohol, narcotic, non-narcotic drugs, and other substances will be extensively investigated.

- **Psychological Exam** — Individuals must take and pass a psychological exam.

- **General Medical** — All other medical conditions will be evaluated on an individual basis. All applicants' medical histories and current examinations will be carefully reviewed. This includes past medical records and, if applicable, a review of military medical records.

  http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/medical/

The physical impairments/medical conditions that follow, unless otherwise noted, are disqualifying because there are medical and/or management reasons to conclude that an individual with such impairment/condition cannot perform the duties of the position without unacceptable risk to his or her own health, or to the health or safety of others (employees or the public).

**Initial Employment:**

Applicants for initial employment to air traffic control specialist positions must meet the following requirements. Unless otherwise indicated, these requirements are identical for all specializations.

**Eye**

1. *Visual Acuity*

   a. *Terminal and Center Positions* -- Applicants must demonstrate distant and near vision of 20/20 or better (Snellen or equivalent) in each eye separately. If glasses or contact lenses are required, refractive error that exceeds plus or minus 5.50 diopters of spherical equivalent or plus or minus 3.00 diopters of cylinder is disqualifying. The use of orthokeratology or radial keratotomy methods is not acceptable for purposes of meeting this requirement. The use of contact lenses for the correction of near vision only or the use of bifocal contact lenses for the correction of near vision is unacceptable.

      *Equivalents in Near Visual Acuity Notations*
      Standard Test Chart: 14/14
      Snellen Metric: 0.50M
      Jaeger: J-1
      Metric: 6/6

2. *Color Vision* -- For all specializations, applicants must demonstrate normal color vision.

3. *Visual Fields*

   a. *Terminal and Center Positions* -- Applicants must demonstrate a normal central visual field (i.e, the field within 30 degrees of the fixation point, in each eye). They must also demonstrate a normal peripheral visual field, (i.e., the field of vision beyond the central field that extends 140 degrees in the horizontal meridian and 100 degrees in the vertical meridian, in each eye.

4. *Intraocular Pressure* -- For all specializations, if tonometry reveals either intraocular pressure greater than 20 mm of mercury, or a difference of 5 or more mm of mercury intraocular pressure between the two eyes, ophthalmological consultation is required to rule out the presence of glaucoma. If a diagnosis of glaucoma is made, or if any medication is routinely required for control of intraocular tension, the applicant is disqualified.

5. *Phorias*

   a. *Terminal and Center Positions* -- If an applicant demonstrates greater than 1-1/2 prism diopters of hyperphoria or greater than 10 prism diopters of esophoria or exophoria, evaluation by a qualified eye specialist is required. If this evaluation determines that bifoveal fixation and vergence-phoria relationships sufficient to prevent disruption of fusion under normal working conditions are not present, the applicant is disqualified.

6. *Eye Pathology* -- For all specializations, if examination of either eye or adnexa reveals any form of glaucoma or cataract formation, uveitis, or any other acute or chronic pathological condition that would be likely to interfere with proper function or likely to progress to that degree, the applicant is disqualified.

7. *Chronic Eye Disease* -- For all specializations, an applicant with any chronic disease of either eye that may interfere with visual function is disqualified.

8. *Ocular Motility* -- For terminal and center specialist positions, applicants must demonstrate full extraocular motility.

36

9. *History of Eye Surgery* -- For all specializations, a history of ocular surgery requires ophthalmological consultation. If consultation indicates that the condition that necessitated surgery could interfere with the visual function necessary for performance as an air traffic control specialist, the applicant is disqualified. A history of radial keratotomy is disqualifying.

**Ear, Nose, Throat, Mouth**

1. Examination must show no outer, middle, or inner ear disease, either acute or chronic, unilateral or bilateral.

2. Examination must show no active disease of either mastoid.

3. Examination must show no unhealed perforation of either eardrum.

4. Examination must show no deformity of either outer ear that might interfere with the use of headphones of the applied or semi-inserted type.

5. Examination must show no disease or deformity of the hard palate, soft palate, or tongue that interferes with enunciation. The applicant must demonstrate clearly understandable speech, and an absence of stuttering or stammering.

6. Applicants must demonstrate, by audiometry, no hearing loss in either ear of more than 25 decibels in the 500, 1000, or 2000 Hz ranges and must demonstrate no hearing loss in these ranges of more than 20 decibels in the better ear, using ISO (1964) or ANSI (1969) standards. Hearing loss in either ear of more than 40 decibels in the 4000 Hz range may necessitate an otological consultation. Incipient disease processes that may lead to early hearing loss will be cause for disqualification.

**Cardiovascular**

1. No medical history of any form of heart disease. Must demonstrate absence of heart disease to clinical examination, including resting and post-exercise electrocardiogram.

2. Blood pressure levels no greater than the appropriate values as shown below:

| Age | Maximum Reclining Blood Pressure | |
| --- | --- | --- |
| | Systolic | Diastolic |
| 20 to 29 | 140 | 90 |
| 30 to 39 | 150 | 90 |
| 40 to 49 | 150 | 100 |
| 50 & over | 160 | 100 |

3. Must demonstrate to X-ray no evidence of increase in heart size beyond normal limits.

4. An applicant under any form of treatment for any disease of the cardiovascular system is disqualified.

**Neurological**

1. No medical history or clinical diagnosis of a convulsive disorder.

2. No medical history or clinical diagnosis of a disturbance of consciousness without satisfactory

medical explanation of the cause.

3. No other disease of the nervous system that would constitute a hazard to safety in the air traffic control system.

4. An applicant under any form of treatment, including preventive treatment, of any disease of the nervous system, is disqualified.

**Musculoskeletal**

1. No deformity of spine or limbs of sufficient degree to interfere with satisfactory and safe performance of duty. Certain limitations of range of motion may be acceptable for certain specific options or positions, in which case acceptance of limitations will be noted specifically for that position or option only.

2. No absence of any extremity or digit, or any portion thereof, sufficient to interfere with the requirements for locomotion and manual dexterity of the position being sought. Acceptance of limitations for employment for a specific option or position will be noted for that option or position only.

3. No condition that predisposes to fatigue or discomfort induced by long periods of standing or sitting.

**General Medical**

1. No medical history or clinical diagnosis of diabetes mellitus.

2. Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3. Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory evaluations, will be obtained, and when clinically indicated, special consultations or examinations will be accomplished.

**Psychiatric**

No established medical history or clinical diagnosis of any of the following:

1. A psychosis;

2. A neurosis; or

3. Any personality or mental disorder that clearly demonstrates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

**Substance Dependency**

A history, review of all available records, and clinical and laboratory examination will be utilized to determine the presence or absence of substance dependency, including alcohol, narcotic, and non-narcotic drugs. Wherever clinically indicated, the applicant must demonstrate an absence of these on any clinical or psychological tests required as part of the medical evaluation.

**Retention Requirements:**

The physical requirements in this section apply to: (1) air traffic control specialists in the center and terminal specializations who are actively engaged in the separation and control of air traffic, (2) immediate supervisors of air traffic control specialists actively engaged in the separation and control of air traffic, and (3) air traffic control specialists in the station specialization who regularly perform flight assistance services.

Employees occupying the types of positions described above must requalify in an annual medical examination, usually given during the employee's month of birth. Controllers incurring illness, injury, or incapacitation at any time between the annual examinations must be medically cleared before returning to air traffic control duty. Examinations, including laboratory tests and consultations, will be accomplished to the extent required to determine medical clearance for continued duty. New employees are required to meet the retention requirements by examination during the first 10 months of service.

Employees who are found to be not physically or emotionally qualified for air traffic control duties at any time will be subject to reassignment to a position for which they are fully qualified, retirement for disability if eligible, or separation from the service.

To be medically qualified for retention, an air traffic control specialist must meet the following requirements. (Unless otherwise indicated these requirements are identical for all specializations.)

**Eye**

Retention requirements for vision and eye conditions are identical to the requirements for initial hire.

**Ear, Nose, and Throat**

1. *Ear Disease; Equilibrium*

   a. *Terminal and Center Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with the comfortable, efficient use of standard headphone apparatus or that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

   b. *Flight Service Station Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

2. *Mastoid* -- No active disease of either mastoid.

3. *Eardrum Perforation* -- Must demonstrate no unhealed perforation of either eardrum.

4. *Speech* -- Must have no interference with enunciation, and must have clear speech free of stuttering or stammering.

5. *Hearing Loss* -- No hearing loss in either ear of more than 30 decibels in either the 500, 1000, or 2000 Hz ranges. No loss in these ranges greater than 25 decibels in the better ear. Non-static hearing loss in either ear of greater than 50 decibels in the 4000 Hz range will require an otological consultation.

39

**Cardiovascular**

1.  *Heart Disease*

    a.  *Terminal and Center Positions* -- No history or symptomatic form of heart disease or any form requiring therapy.

    b.  *Flight Service Station Positions* -- No symptomatic form of heart disease.

2.  *Disturbance of Rhythm; Other Abnormality; EKG* -- Must demonstrate no disturbance of rhythm or other cardiac abnormality on clinical examination, including resting, and when clinically indicated, post-exercise electrocardiography.

3.  *Blood Pressure* -- Retention requirements are identical to the requirements for initial hire.

4.  *Heart Size* -- Must have no increase in heart size beyond normal limits.

**Neurological**

Retention requirements are identical to the requirements for initial hire.

**Musculoskeletal**

Retention requirements are identical to the requirements for initial hire.

**General Medical**

1.  *Diabetes Mellitus*

    a.  *Terminal and Center Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control. A controller with diabetes mellitus who cannot demonstrate satisfactory control over specified and observed periods of 48 hours is not cleared for duty involving active air traffic control.

    b.  *Flight Service Station Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control.

2.  *Body Configuration* -- Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3.  *Other Medical Conditions* -- Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory screening, will be obtained, and when clinically indicated, special consultations and examinations will be accomplished.

**Psychiatric**

1. *Psychotic Disorder* -- No established medical history or clinical diagnosis of a psychosis.

2. *Mental, Neurotic, or Personality Disorder* -- No neurosis, personality disorder, or mental disorder, that clearly indicates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

3. *Alcoholism and/or Alcohol Abuse* -- No clinical diagnosis of alcoholism or alcohol abuse, since these constitute a hazard to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated) will be accomplished to determine the presence or absence of alcohol addiction, dependency, habituation, abuse, or use.

4. *Addiction, Dependency, Habituation, or Abuse of Dangerous Drugs* -- No clinical diagnosis of addiction, habituation, dependency, or abuse of any narcotic or non-narcotic drug, since these constitute a threat to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated), will be accomplished to determine the presence or absence of drug addiction, dependency, habituation, abuse, or use.

*Source: US Office of Personnel Management , Standards, Air Traffic Control Series 2152*
*http://www.opm.gov/qualifications/standards/IORs/GS2100/2152.htm*

For more information or for questions those students have about particular cases contact a regional Flight Surgeons Office"

| Region | NAME | TELEPHONE # |
|---|---|---|
| Alaska | Willis M. Simmons, M.D. | (907) 271-5431 |
| Central | Daniel K. Berry, D.O., Ph.D | (816) 329-3250 |
| Eastern | Harriet Lester, M.D. | (718) 553-3300 |
| Great Lakes | David Schall, M.D | (847) 294-7491 |
| New England | Paul H. Clark, M.D. | (781) 238-7300 |
| Northwest Mountain | Michael D. Jones, M.D. | (425) 227-2300 |
| Southern | Susan E. Northrup, M.D. | (404) 305-6150 |
| Southwest | G.J. Salazar, M.D., M.P.H. | (817) 222-5300 |
| Western Pacific | Stephen H. Goodman, M.D | (310) 725-3750 |

# Security Investigation

The FAA and OPM must investigate all persons who are considered for a job because the interests of national security require that all persons privileged to be employed in these departments and agencies of the government shall be reliable, trustworthy, of good conduct and character, and of complete and unswerving loyalty to the United States. This means that the appointment of each civilian employee in any department or agency of the government is subject to investigation. The scope of the investigation will vary, depending on the nature of the position and the degree of harm that an individual in that position could cause.

The requirement to be investigated applies whether or not the position requires a security clearance (in order to have access to classified national security information).

Air traffic controllers hold a job that provides access to information that is not for public dissemination. This includes the movement of elected officials, military, and local law enforcement. The responsibility of the controller is important to ensuring not only safe movement of aircraft, but the safe movement of these groups as they conduct their jobs. As a result, the security investigation is even more rigorous than a general background investigation and requires a "National Security Clearance."

The investigation is a job requirement. Providing the information is voluntary, but if you choose not to provide the required information, you will not meet the requirements of the job and will therefore not be considered further. If you are already employed by the federal government, your appointment will be terminated. The courts have upheld this principle.

The following are types of issues, which are reviewed as part of the background/security check:

- General or dishonorable military discharge
- Statutory debarment issue
- Government loyalty issues
- Evidence of dishonesty in an application or examination process (e.g., falsification of application)
- Drug-related offenses
- Felony offenses
- Firearms or explosives offenses
- Alcohol-related incidents
- Willful disregard of financial obligations
- Derogatory employment terminations
- Patterns and/or combinations of incidents which lead to questions about your behavior and intent
  http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/security_investigation/

For more information or for questions those students have about particular cases contact a Regional Security Specialist.

| Region | NAME | TELEPHONE # |
|---|---|---|
| Alaska | Rowell, Marilyn | 907-271-4811 |
| Eastern | Ellison, Yvette (Supervisor) | 718-553-3129 |
| Eastern | Duarte, Maritza (Federal n - v) | 718-553-2577 |
| Great Lakes | Langosch, Susan (all of IN & WI) | 847-294-7701 |
| Great Lakes | Uehlein, Joe (Investigations Manager) | 847-294-7118 |
| New England | Whitaker-Gray, Pamela (Manager) | 781-238-7703 |
| New England | Azar, Laura (Federal) | 781-238-7709 |
| Northwest Mountain | Rodgers, Pat | 425-227-2714 |
| Northwest Mountain | Vacant | 425-227-2736 |
| Northwest Mountain | Rowell, Marilyn | 907-271-4811 |
| Southern | Parker, Barbara (Supervisor) | 404-305-6808 |
| Southern | Sanders, Val (Federal a - f) | 404-305-6706 |
| Southwest | Stinson, Lisa (supervisor) | 817-222-5719 |
| Southwest | Bernal, Rachel | 817-222-5718 |
| Southwest /Central | McBurrows, Walter, (CE Manager) | 816-329-3700 |
| Southwest/Central | Williams, Camisha (CE Region) | 816-329-3711 |
| Western Pacific | Ramos, Flor (Branch Manager) | 310-725-3726 |
| Western Pacific | Robinson, Donna (A - H/contract CA) | 310-725-3713 |



# Evaluations

The Air Traffic Collegiate Training Initiative Evaluation Model has evolved since the first evaluations were conducted in 2007. The model was built for program expansion and has been adjusted every year. The primary use of the evaluation model was to rank candidates that requested entry into the   Program. The FAA also used the model to recertify existing schools. The model includes four components and associated sub-factors that are assigned a score. The scores are added up to provide an overall score for comparison.

In January 2012, a new evaluation model was introduced. The new evaluation process requires institutions to complete a self-assessment and is concentrated more on the "technical" aspect of the "Partnership Agreement."

The evaluation has been broken the evaluation down into two primary areas:

**Administrative Evaluation**

In an effort to ensure that member institutions, at a minimum, remain at the level in which they were accepted into the CTI Program, the FAA conducts "technical" and "administrative" evaluations. These evaluations serve as documentation for continuing the partnership.

Administrative evaluations primarily address the areas associated with the institution and policy including:

- Component I Accreditation

- Component II Degree Programs

- Component III Faculty

- Component IV Program Support

- Component V EEO/Recruitment/Outreach

- Component VI Continuous Performance and Improvement Initiatives

**Technical Evaluation**

This is where we document the "technical" side of the college/university CTI Program. This section is to be completed and updated as necessary.

In an effort to ensure that member institutions satisfy the teaching of the FAA Objectives "AT Basics," the FAA conducts technical and administrative evaluations. These evaluations serve as documentation and justification for continuing the partnership.

- Component I Curriculum

- Component II Testing

- Component III Quality Control

- Component IV AT Basics Scorecard

**AT Basics Score-card/Mapping**

There are two parts to this evaluation: narrative questions included in this document and a spreadsheet that lists all elements of the AT Basics curriculum. Schools will be scored on areas associated with each element:

- Teaching of the material

- Quizzing of the material

- Part-tasking exercises where applicable

- Midterm or final examination testing of the element

Templates for the Evaluations can be found at:

KSN Share Point https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx

# Points of Contact

### FAA: Program Office

| POC | Phone | Title | Email |
|---|---|---|---|
| Terry Craft | 202-385-6788 | Manager | terry.craft@faa.gov |

### FAA: HR

| POC | Phone | Title | Email |
|---|---|---|---|
| Lexsee Waterford | (202) 267-7181 | Manager, AHR ATO Support Team Team, AHR-4 | lexsee.waterford@faa.gov |

### FAA: HR Aviation Careers

| POC | Phone | Title | Email |
|---|---|---|---|
| Amanda Quezada | (405) 954-3943 | Office of Human Resource Management, Aviation Careers Division | Amanda.Quezada@faa.gov |
| Beau Bruhwiler | 405-954-0637 | Office of Human Resource Management, Aviation Careers Division CTI Backup | Beau.Bruhwiler@faa.gov |

### FAA: Security

| POC | Phone | Title /Region | Email |
|---|---|---|---|
| Rowell, Marilyn | 907-271-4811 | Alaska | marilyn.rowell@faa.gov |
| Ellison, Yvette | 718-553-3129 | Eastern(Supervisor) | yvette.ellison@faa.gov |
| Duarte, Maritza | 718-553-2577 | Eastern | maritza.duarte@faa.gov |
| Langosch, Susan | 847-294-7701 | Great Lakes | susan.langosch@faa.gov |
| Uehlein, Joe | 847-294-7118 | Great Lakes (Investigations Manager) | joe.uehlein@faa.gov |
| Whitaker-Gray, Pamela | 781-238-7703 | New England (Manager) | pamela.whitaker-gray@faa.gov |
| Azar, Laura | 781-238-7709 | New England (Federal) | laura.j.azar@faa.gov |
| Rodgers, Pat | 425-227-2714 | Northwest Mountain | pat.rodgers@faa.gov |
| Parker, Barbara | 404-305-6808 | Southern (Supervisor) | barbara.parker@faa.gov |
| Sanders, Val | 404-305-6706 | Southern (Federal a - f) | val.sanders@faa.gov |
| Stinson, Lisa | 817-222-519 | Southwest (supervisor) | lisa.d.stinson@faa.gov |
| Bernal, Rachel | 817-222-5718 | Southwest | rachel.bernal@faa.gov |
| McBurrows, Walter, | 816-329-3700 | Central (CE Manager) | walter.mcburrows@faa.gov |
| Williams, Camisha | 816-329-3711 | Central (CE Region) | camisha.williams@faa.gov |
| Ramos, Flor | 310-725-3726 | Western Pacific (Branch Manager) | flor.ramos@faa.gov |
| Robinson, Donna | 310-725-3713 | Western Pacific (A - H/contract CA) | donna.robinson@faa.gov |

**CTI Schools Primary Contacts**

| College | POC | POC Title | Phone1 | Email |
|---|---|---|---|---|
| **Aims Community College** | Les Wilkinson | ATC Coordinator | 970-339-6652 | lwilkin2@aims.edu |
| **Arizona State University** | Verne Latham | Lecturer | 480-727-1652 | verne.latham@asu.edu\ |
| **Broward College** | Andrew Sikora | Manager of the Air Traffic Control Simulation Lab | 954-201-8669 | asikora@broward.edu |
| **Community College of Beaver County** | James E. Scott | ATC Coordinator | 724-480-3603 | Jim.Scott@ccbc.edu |
| **Daniel Webster College** | Peter Wyman, | Associate Professor, Air Traffic Management | 603-577-6204 | wyman_peter@dwc.edu |
| **Dowling College** | Joseph Donofrio, | Assistant Professor of Aviation | 631-244-1320 | donofrij@dowling.edu |
| **Eastern New Mexico - Roswell** | Deborah Abingdon, | Air Traffic Control Faculty | 575-624-7023 | Deborah.abingdon@roswell.enmu.edu |
| **Embry Riddle Aeronautical University, Daytona Beach** | William Coyne | Associate Professor , ATM Coordinator | 386- 226-6794 | coynea7e@erau.edu |
| **Embry-Riddle Aeronautical University, Prescott** | Brent Spencer, | Assistant Professor, Project Coordinator | 928-777-3869 | Spenceb3@erau.edu |
| **Florida Institute of Technology** | Dr. Donna Wilt | Air Traffic Control Program Administrator | 321-674-8120 | dwilt@fit.edu |
| **Florida State College at Jacksonville** | Mr. Sam Fischer, | Project Coordinator, Air Traffic Control Program | 904-317-3844 | sfischer@fscj.edu |
| **Green River Community College** | Curtis E. (Curt) Scott, | Aviation and ATC Instructor | 253-833-9111 X4335 | cscott@greenriver.edu |
| **Hampton University** | Margaret Browning | Assistant Professor and CTI Program Manager | 757-727-5520 | Margaret.browning@hamptonu.edu |
| **Hesston College** | Dan Miller | Aviation Director | 800-995-7257 X8333 | danm@hesston.edu |
| **Inter American University of Puerto Rico** | Maria T. Franqui-Vélez | ATC CTI Program Manager | 787-279-1912 X2400 | mtfranqui@gmail.com |
| **Jacksonville University** | Dr. Juan R. Merkt | Director and Associate Professor of Aeronautics | 904-256-7895 | jmerkt@ju.edu |
| **Kent State University** | Lt. Col Maureen McFarland, | Academic Program Director, Aeronautics Division | 330-672-9867 | mmcfarl2@kent.edu |
| **LeTourneau University** | Sean Fortier, | Associate Dean, School of Aeronautical Science | 903-233-4221 | Seanfortier@letu.edu |
| **Lewis University** | William Parrot | Director, AT-CTI Program | 815-836-5809 | parrotwi@lewisu.edu |
| **Metropolitan State University of Denver** | Kevin R. Kuhlmann | Professor | 303-556-4623 | kuhlmank@msudenver.edu |
| **Miami Dade College** | Andre Naumann | Program Coordinator | 305-237-5952 | anaumann@mdc.edu |
| **Middle Georgia State College** | Ramey Pace | Chair, Air Traffic Management Department | 478-448-4701 | rpace@mgc.edu |
| **Middle Tennessee State University** | Ron Ferrara | Chair | 615-898-5835 | ron.ferrara@mtsu.edu |

| College | POC | POC Title | Phone1 | Email |
|---------|-----|-----------|--------|-------|
| **Minneapolis Community and Technical College** | Trena Mathis, | ATC Faculty | 952-826-2420 | trena.mathis@minneapolis.edu |
| **Mount San Antonio College** | Robert Rogus | Aeronautics Faculty, Co-Chairman Aeronautics Department, CTI Coordinator | 909-274-5006 | rrogus@mtsac.edu |
| **Purdue University** | Prof. Michael S. Nolan | Professor of Aviation Technology | 765-494-9962 | mnolan@purdue.edu |
| **Sacramento City College** | Donetta Webb | Dean, Advanced Technology | 916-558-2408 | webbd@scc.losrios.edu |
| **St. Cloud State University** | Dr. Steven L. Anderson | Professor | 320-308-2107 | slanderson@stcloudstate.edu |
| **Texas State Technical College – Waco** | Ramon Claudio | ATC Department Chair | 254-867-2086 | ramon.claudio@tstc.edu |
| **The Community College of Baltimore County** | Douglas Williams | Aviation Program Director | 443-840-4157 | dwilliams@ccbcmd.edu |
| **Tulsa Community College** | Gary Wescott | Coordinator | 918-828-4158 | gwescott@tulsacc.edu |
| **University of Alaska, Anchorage** | Sharon LaRue | Associate Professor | 907-786-7218 | afsll@uaa.alaska.edu |
| **University of North Dakota** | Paul V.J. Drechsel, | Associate Professor/Co-Director ATC Program | 701-777-4923 | drechsel@aero.und.edu |
| **University of Oklahoma** | Stephen West | Director, AT-CTI Training Program | 405-325-3586 | stephenwest@ou.edu |
| **Vaughn College of Aeronautics and Technology** | Sharon DeVivo | Senior Vice President | 718-429-6600 X102 | sharon.devivo@vaughn.edu |
| **Western Michigan University College of Aviation** | Ryan Seiler | Faculty Specialist , College of Aviation | 269-964-6652 | ryan.seiler@wmich.edu |

# Calendar

**Reporting of New CTI Students**

Schools must report all newly declared or eligible CTI students in their respective programs to Aviation Careers no later than the first day of July, October, and February.

This list includes all students who are in programs that will make them eligible whether they have declared the intent or are in a degree program that will automatically make them eligible.

**ATSAT Register**

The AT-SAT eligibility register is provided by the partner institutions to Aviation Careers in order to schedule AT-SAT testing. The AT-SAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before anticipated graduation and the scores are good for three years. If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list..

# AT Basics Training Objectives

The list of objectives in this document was originally developed by the FAA Academy in January 1997 for two purposes: 1) to guide the design of the instruction for the Air Traffic Basics Course (Air Traffic Basics is a course on fundamental ATC knowledge that is common to En Route, Terminal, and Flight Service Specialist options and is taken as part of the FAA Initial Qualifications Training Program for ATCSs at the Academy), and 2) to provide guidance to institutions in the Air Traffic Collegiate Training Initiative (CTI) on FAA expectations for their graduates' level of knowledge.

After the objectives were established, individual lessons and their respective content and instructional activities were developed.  As a part of this normal course development process, the initial list of objectives was reviewed and refined as each of the lessons were developed.  The resulting list of revised objectives is provided below.

All AT-CTI partner institutions ensure that the content contained in the "objectives" is included in at least one of the courses that required for the approved degree program. It should be noted that most of the objectives are fundamental to any aviation degree.

| Lesson/Topic | Objectives |
|---|---|
| **Introduction to the ATC System and National Airspace System** | In accordance with Order 7110.65, 7210.3, AC 61-27, and the AIM, the student will identify the following concepts:<br><br>1.    Elements of the National Airspace System (NAS)<br>2.    Role of the Traffic Management System (TMS) within the NAS<br><br>Without references and in accordance with AC 61-27 and  Orders 7110.65, Chapter 1; 3120.4, and the AIM, the student will identify the primary functions and associated team responsibilities (to include interrelationships between positions) of:<br><br>1.    Air Traffic Control Tower<br>    a. Local<br>    b. Ground<br>    c. Clearance Delivery/Flight Data<br><br>2.    Approach Control<br>    a. Arrival<br>    b. Departure<br><br>3.    Air Route Traffic Control Center<br>    a. Radar<br>    b. Handoff<br>    c. Radar Associate (D side)<br>    d. Assistant Controller (A side)<br><br>4.    Flight Service Station<br>    a. Weather Observer<br>    b. Flight Data/Search and Rescue/Notice to Airmen<br>    c. Preflight (includes pilot weather briefing)<br>    d. Inflight<br>    e. Flight Watch<br>    f  Broadcast<br>    g. Coordinator<br>    h. Controller-in-Charge<br><br>In accordance with Order 7110.65, Chapter 2, you will identify duty priority, procedural preference, and operational priorities of the Air Traffic Controller. |

53

| Lesson/Topic | Objectives |
|---|---|
| **Teamwork in the ATC Environment** | The student will discuss the:<br><br>1. Characteristics of effective teams<br>2. Functions affecting team performance<br>3. Stages of group development |
| **Airports** | In accordance with the AIM, you will identify airport:<br><br>1. Lighting<br>2. Markings |
| **Airspace** | In accordance with FAR, Parts 71 and 73, ATC Orders 7110.65 and 7400.2, and the AIM, you will identify:<br><br>1. Classes of airspace and their use<br>2. Special Use Airspace |
| **Introduction to Federal Aviation Regulations** | In accordance with the Federal Aviation Regulations (FARs), Parts 1, 65, 67, and 91 and FAA Orders 7110.65 and 3930.3, you will identify:<br><br>1. Terms and definitions<br>2. General operating rules<br>3. General flight rules<br>4. ATC certification<br>5. Medical requirements |
| **Wake Turbulence** | In accordance with the AIM , FAA Order 7110.65, and AC 61-23C *Pilot's Handbook*, you will identify the following categories related to wake turbulence:<br><br>1. Definition of Wake Turbulence<br>2. Factors Affecting Wake Turbulence Intensity<br>3. Wingtip Vortices<br>4. Induced Roll<br>5. Helicopter Downwash<br>6. Jet Blast |
| **Aircraft Characteristics and Aircraft Recognition** | In accordance with FAA Order 7110.65 and the ATG-2, *Tri-Option Controller Reference Manual*, you will:<br><br>1. Identify aircraft:<br>   A. Categories<br>   B. Weight Classes<br>   C. Designators<br>   D. Performance Characteristics<br>   E. Identification Features<br><br>2. Recognize selected aircraft |
| **Special Operations** | In accordance with FAA Orders 7110.65 and 7610.4, Special Military Operations, you will identify flights requiring special handling, including terms and definitions associated with these flights. |
| **Basic Navigation** | In accordance with the FAA Order 7110.65, *An Invitation to Fly*, AC 61-23, *The Pilot's Handbook*, and the AIM, you will identify:<br><br>1. Reference lines of the Earth and their purpose<br>2. Great circle route, distance, and direction measurement<br>3. Methods of time conversion and acronyms used with time<br>4. Magnetic variations and headings<br>5. Basic methods of navigation<br>6. Basic calculations for time, speed, and distance<br>7. Effects of wind on flight<br>8. Effects of altitude and temperature on speed<br><br>In accordance with AC 61-23, *The Pilot's Handbook,* you will compute aircraft time, speed, and distance. |

| Lesson/Topic | Objectives |
|---|---|
| **Radio and Satellite Navigation** | In accordance with FAA ORDER 7110.65; FAR, PART 71.75; the AIM, AC 61-23, *The Pilot's Handbook*, and FAA-H-8083-15 *Instrument Procedures Handbook*, *Instrument Flying Handbook*, you will identify the characteristics of:<br><br>1.  Radio and Satellite Navigation<br>2.  Federal Airway System |
| **VFR Charts and Publications** | Given aeronautical charts and an airport facility directory, and in accordance with the AIM, AC 61-23, FAA Order 7110.65, and chart/directory legends (Dallas-Fort Worth VFR Sectional Aeronautical Chart, a Sample VFR Terminal Area Chart, South Central U.S. Airport/Facility Directory), you will identify the purpose, features, contents, and specific items and information (e.g., NAVAIDS, airport, elevation, etc.) related to:<br><br>1.  Sectional Aeronautical Charts<br>2.  VFR Terminal Area Charts<br>3.  World Aeronautical Charts<br>4.  Airport/Facility Directory |
| **En Route IFR Charts** | In accordance with FAA Order 7110.65 the AIM, AC 61-23, and as depicted in the chart legends (L-5/L-6 En Route Low Altitude Chart; H-2/H-4 En Route High Altitude Chart; IFR Area Chart), you will identify the purpose, contents, and specific items and information for the following En Route charts:<br><br>1.  Low Altitude<br>2.  High Altitude<br>3.  IFR Area |
| **SIDs and STARs** | In accordance with FAA Order 7110.65, AIM, FAA-H-8083-15 *Instrument Procedures Handbook*, and the *U.S. Terminal Procedures Publication*, you will identify the purpose, types, contents, and specific items and information (e.g., altitudes, headings, etc.) of:<br><br>1.  SIDs<br>2.  STARs |
| **Approaches** | In accordance with FAA Order 7110.65, the AIM, FAA-H-8083-15 *Instrument Procedures Handbook*, and the *U.S. Terminal Procedures Publication*, you will identify types of approaches, and the purpose, contents, and specific items and information (e.g., minimum altitudes, courses, missed approaches, etc.) of an Instrument Approach Procedure (IAP) Chart.<br><br>Given an IAP Chart, and in accordance with a U.S. Terminal Procedures Chart, you will identify the contents and geographical features. |
| **Pilot's Environment** | In accordance with the AIM; AC 61-23, *The Pilot's Book of Aeronautical Knowledge*; AC 61-27, *Instrument Flying Handbook*; and ATC and TCAS System Overview, you will identify:<br><br>1.  Characteristics and uses of aircraft instrumentation<br>2.  Physiological factors affecting flight |
| **Introduction to Emergencies** | In accordance with FAA Orders 7110.65 and 7110.10 and the AIM, you will identify:<br><br>1.  The meaning of distress, urgency, mayday, and pan-pan<br>2.  Roles and responsibilities of the pilot and controller during an emergency.<br>3.  Information necessary to handle an emergency<br>4.  Types of emergencies |
| **Search and Rescue** | In accordance with FAA Orders 7110.10 and 7110.65 and the AIM, you will identify the:<br><br>1.  Purpose of the National Search and Rescue Plan<br>2.  Roles, responsibilities, and procedures of search and rescue |

| Lesson/Topic | Objectives |
|---|---|
| **Fundamentals of Weather and Aviation Weather Services** | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify:<br><br>1. Characteristics of the atmosphere<br>2. Principles of atmospheric temperature<br>3. Characteristics and modification of air masses<br>4. Characteristics of atmospheric pressure<br>5. Formation and types of fronts<br>6. Characteristics of convection currents<br>7. Causes of wind<br>8. Formation and types of clouds<br>9. Formation and types of precipitation<br><br>In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the duties and responsibilities of the National Weather Service (NWS) and the Center Weather Service Unit (CWSU). |
| **Hazardous Weather** | In accordance with Aviation Weather, AC 00-6 and Aviation Weather Services, AC 00-45, and the AIM, you will identify the characteristics of hazardous weather that impact aviation. |
| **Current Weather** | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the contents of METAR, including associated contractions and terms.<br><br>Given examples of current weather reports, and in accordance with AC 00-45, Aviation Weather Services, and FAA Order 7110.10, you will decode METARs. |
| **Pilot Reports (PIREP)** | In accordance with FAA Orders 7110.65, and the AIM, you will identify the purpose, uses, and contents of Pilot Weather Reports (PIREP).<br><br>In accordance with FAA Order 7110.10, you will decode PIREPs. |
| **Forecasts and Advisories** | In accordance with AC 00-45, Aviation Weather Services, you will identify the contents and purpose of the following weather products:<br><br>1. Aviation Terminal Forecast (TAF)<br>2. Area Forecast (FA)<br>3. Airman's Meteorological Information (AIRMET)<br>4. Significant Meteorological Information (SIGMET)<br>5. Convective SIGMET (WST)<br>6. Center Weather Advisory (CWA)<br>7. Meteorological Impact Statement (MIS)<br>8. Winds Aloft Forecast (FD)<br><br>In accordance with AC 00-45, Aviation Weather Services, you will decode the following weather products:<br><br>1. Aviation Terminal Forecast (TAF)<br>2. Area Forecast (FA)<br>3. Airman's Meteorological Information (AIRMET)<br>4. Significant Meteorological Information (SIGMET)<br>5. Convective SIGMET (WST)<br>6. Center Weather Advisory (CWA)<br>7. Meteorological Impact Statement (MIS)<br>8. Winds Aloft Forecast (FD) |
| **Basic Communications** | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br><br>1. Radio and interphone communications<br>2. ICAO phonetics<br>3. Numbers usage<br>4. Basic phraseology<br>5. Coordination procedures<br>6. Purpose and steps of the position relief briefing |

| Lesson/Topic | Objectives |
|---|---|
| **Strip marking** | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br><br>1.  Purpose and legal requirements of flight progress strips<br>2.  Meaning of selected abbreviations and symbols used in strip marking<br>3.  Content requirements of selected blocks in terminal, en route, and flight service strips |
| **ATC Clearances** | In accordance with FAA Order 7110.65 and FAR 91.123, you will identify:<br><br>1.  Purpose of an ATC clearance<br>2.  Pilot's responsibility for compliance with an ATC clearance<br>3.  ATC clearance items and their sequence<br>4.  Clearance prefixes and their use<br>5.  Types of ATC clearances |

# **FAQs**


## SECTION 1:  General CTI Program Questions

**1. Question: What is the expected duration of the CTI Program at the universities - being that so many controllers have been hired already, what is the Program's expected "expiration date"? That will help to know when to stop enrolling students who may not have good employment possibilities.**

*Answer: There is no movement towards ending the CTI Program; as a matter of fact, the hiring source for controllers may be military veterans and CTI students as the need for hiring will diminish slightly from the peak of 2007-08.  Employment opportunities will always be dependent on the needs of the agency. For information on future hiring plans see the section entitled "Controller Hiring."*

## SECTION 2:  Public Inquiry

**1. Question: How do I become an air traffic controller?**

*Answer:  For a candidate to become an air traffic controller in the FAA for the first time, there are generally four paths to employment. First there must be an "announcement" or "job vacancy" that is open. All announcements are listed at www.usajobs.gov.*

*The path depends on whether or not the candidate has previous air traffic control experience.*

***Candidates with Experience:***

*Prior air traffic control experience announcements are reserved for those who have been certified and actively controlled air traffic either with the military or for a private entity.*

***Retired Military Controllers (RMC):***

*This announcement is for candidates who previously retired or will retire from the military and have actively controlled air traffic. This program provides for appointment for five-year time periods. They are on terminal leave pending retirement from active duty military service, or retired from active duty on or after September 17, 1999.*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *Pass a medical examination*

- *Pass a security investigation*

- *Speak English clearly enough to be understood over communications equipment*

- *May need to complete an interview*

***Veterans Recruitment Appointment (VRA)***

*The VRA is a special authority by which agencies can appoint an eligible veteran without competition. To qualify for this announcement, at a minimum, controllers must have:*

- *52 consecutive weeks of air traffic control experience in a military or civilian air traffic control facility that shows you have the knowledge, skills, and ability to perform air traffic controller duties*

- *You must be discharged from active duty or on terminal leave, and have not reached age 31. These types of veterans are eligible to apply for a VRA appointment:*

  - *Disabled veterans*

  - *Veterans separated from active duty within three years*

  - *Veterans who served on active duty in the Armed Forces during a war declared by Congress, or in a campaign or expedition for which a campaign badge has been authorized*

  - *Veterans who, while serving on active duty in the Armed Forces, participated in a military operation for which the Armed Forces Service Medal was awarded*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *In most cases, not have reached age 31*

- *Pass a medical examination*

- *Pass a security investigation*

- *Achieve a score of at least 70 on the FAA pre-employment test (ATSAT)*

- *Speak English clearly enough to be understood over communications equipment*

- *Complete an interview*

### Control Tower Operator

*This announcement is for candidates who have experience working air traffic control and possess an FAA-issued Control Tower Operator (CTO) certificate (i.e., have been certified to work in a control tower).*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *In most cases, not have reached age 31*

- *Pass a medical examination*

- *Pass a security investigation*

- *Achieve a score of at least 70 on the FAA pre-employment test (AT-SAT)*

- *Speak English clearly enough to be understood over communications equipment*

- *Complete an interview*

*Candidates without Experience:*

### *Public Announcement*

*A public announcement is the solicitation of candidates for openings across the country.*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*
- *In most cases, not have reached age 31*
- *Pass a medical examination*
- *Pass a security investigation*
- *Have three years of progressively responsible work experience and/or a full four-year course of study leading to a Bachelor's degree, or some combination of the two*
- *Achieve a score of at least 70 on the FAA pre-employment test*
- *Speak English clearly enough to be understood over communications equipment*
- *Complete an interview*

### *Collegiate Training Initiative CTI*

*A CTI announcement is open to those candidates who successfully meet the requirements of the CTI Program including:*

*To qualify for employment consideration with the FAA, CTI program graduates must meet all legal and regulatory requirements including, but not limited to, the following:*

- *Achieve a qualifying score on the current FAA testing procedures*
- *Successfully complete the FAA interview process*
- *Receive an institutional recommendation*
- *Meet entry level ATCS medical standards*
- *Pass a pre-employment drug test*
- *Pass the background investigation for security and suitability*
- *Have U.S. citizenship*
- *May not have reached their 31st birthday prior to initial appointment in the terminal or en route options*
- *Complete institutional graduation requirements*

*A list of approved CTI institutions, degrees offered and contact information can be found at: http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti*

## 2.  What is the FAA Air Traffic Collegiate Training Initiative (CTI) Program?

***Answer:*** *The FAA CTI Program encourages potential college students who are interested in aviation, and specifically, air traffic control, to apply for a job as an air traffic controller utilizing a separate "path" provided that they meet additional requirements:*

*Successfully complete the FAA-approved AT-CTI program and:*

61

- *Receive a degree from the FAA-approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA*

- *Receive an institutional recommendation for employment from an authorized school official*

- *Achieve a passing score (70 or above) on the AT-SAT (pre-employment) test*

- *Be a United States citizen at the time of application for the AT-SAT test*

- *Have not reached their 31st birthday when entering on duty in an FAA terminal or en route facility*

- *Meet FAA medical, security, and suitability requirements*

- *Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment*

**3. Question: I live in (City, State) and I wanted to know if the program is offered down here?**

***Answer:*** *Currently there are 36 schools located throughout the US and Puerto Rico. The list is located at:* **http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/**

*There are points of contact listed for each school who can give you specific information about each school. Additionally, there are links to the institutions' websites.*

**4. Question: I Should I select a two-year or four-year program?**

***Answer:*** *That decision is totally up to each individual. It is your preference as to the type of degree that you want to obtain. You should consider a degree that gives you flexibility in the marketplace should you decide not to become an Air Traffic Controller. If you are interested in aviation, we encourage you to look at a degree that will give you broad appeal to future employers. There are many jobs available in the FAA other than an Air Traffic Controller Specialist (ATCS) as well as the aviation community.*

*Understand that CTI schools are not training ATCS per se, but providing an aviation education that includes FAA mandatory and approved curriculum in the degree programs that qualify them as CTI partner institutions. Graduating with an approved degree from a CTI school is only one of the requirements to become an ATCS. Other requirements are:*

- o *Receive an official school recommendation*

- o *Be a United States citizen*

- o *In most cases, be under the age of 31*

- o *Pass a medical examination*

- o *Pass a security investigation*

- o *Achieve a score of at least 70 on the FAA pre-employment test*

- o *Speak English clearly enough for others to understand you on communications equipment*

- o *Complete an interview*

**5. Question: What's the hire rate for new graduates?**

*Answer:*  *The new hire rate is determined strictly by the number of controllers we need in any given year. This may vary due to many factors including the economy, mandatory retirement, etc. According to our projections, which can be found in the Controller Workforce Plan, we are looking at hiring about 1,000 new controllers per year for the next 10 years.*

*There are a number of hiring sources including former military controllers, CTI graduates, I, and on occasion general public with no experience required. These hiring sources will determine the size of the pool thus determine the rate of hire from any individual source.*

**6. Question: Should I go to a school that offers a certificate program, an Associate's degree program, or a Bachelor's degree program?**

*Answer:*  *The type of college program you enroll in is entirely based on your goals and preferences.*

*Degree programs are based on the amount of knowledge you will receive about a given area of study. Some jobs require a "certificate." These are usually reserved for career entry where there is not a specific college degree for the knowledge required by the employer. As for an Associate's degree versus a Bachelor's degree, again, this depends on what your future employer may require as a minimum and what will make you competitive with other applicants.*

*Of course, other considerations must be taken into account including financial obligations.*

*The bottom line is to choose a degree that will make you competitive in an aviation field and that you can use provided you are not hired as an air traffic controller.*

**7. Question: Will the CTI Program and degree train me to be an air traffic controller?**

*Answer:*  *The CTI Program is not specifically training to be an air traffic controller. The degree programs offered by CTI-approved institutions vary and are all aviation related. The only requirement for the school  is that the "basics" of aviation or air traffic are included within the courses required for the approved degree program. The subjects are fundamental to aviation and include aviation weather, airspace, clearances, map-reading, federal air regulations, etc.*

*Some institutions may offer degrees that are more air traffic control intensive, but this is not required by the FAA (as part of the agreement between the institution and the FAA) to be included in the CTI Program.*

**8. Question: Can you recommend a CTI school to attend?**

*Answer:*  *The FAA cannot recommend any school. All CTI institutions are treated equally for their primary purpose – which is to include aviation fundamentals within the classes required for the approved degree. These fundamentals are necessary for almost any job in aviation. The candidate should contact the schools they are interested in and talk to them about the degrees that they provide.*

**9. Question: Are there CTI Schools that are more successful than others?**

*Answer:*  *Success is based primarily on the applicant and his/her abilities. The agreement between the FAA and the approved institution is that they include the fundamentals of aviation within classes that are part of the degree program. These fundamentals are necessary for almost any job in aviation. Although there are some schools which offer degrees that include more intensive ATC curriculum, they do this as a service to their students. This may help a student once they become an air traffic controller, but the FAA takes full responsibility for training all air traffic control students.*

*All CTI approved institutions are treated equally when it comes to the ability to apply for a job as an air traffic controller under the CTI Vacancy Announcement. The success in getting hired is based on a candidate's application, experience, networking, and most importantly, the Air Traffic Skills and Training aptitude (AT-SAT) test. All applicants must pass the aptitude test, which is a measure of the candidate's aptitude to become a certified air traffic controller. Knowledge and college education have very little influence on the aptitude and test score.*

**10. Question: "I want to take Air Traffic Controller classes. How do I apply?"**

***Answer:*** *There are no air traffic controller classes, specifically. If you mean that you are interested in becoming an air traffic controller.  In order to apply as an air traffic controller under the Collegiate Training Initiative announcement, it is required that you complete one of the degrees at the approved CTI institution.*

**11. Question: How do I apply for "FAA School "and how much does it cost?**

***Answer:*** *The FAA trains all new air traffic controllers at the FAA Academy in Oklahoma City. This training takes place after a candidate accepts a job offer. All new controllers must be selected from the application under the various vacancy announcements. There is no cost for the training; and, as a matter of fact, you get paid during your training.*

*The FAA CTI Program is an agreement to allow those graduates with approved degree programs from approved institutions to apply for a job as an air traffic controller. The cost varies from institution to institution and degree type.*

**12. Question: Is there a CTI school I can attend online?**

***Answer:*** *CTI schools are public colleges and universities. Under the CTI Program, the FAA recognized the "Aeronautical/Aviation Degree" from partner schools.  Some colleges and universities offer some of their "general education" courses online, but we are not aware of any institution that is part of the CTI Program that allows you to complete the entire degree online.*

 *Due to the nature of ATC, specifically the teamwork concept,  it is beneficial to have the one-on-one experience and  many schools provide hands-on part-tasking and simulation that does not lend itself to an online experience.*

***13. Question:*** **Is there a school that offers air traffic certification?**

***Answer:*** *The FAA is the only body that provides "certification" for air traffic controllers.*

**SECTION 3:  Application Process**

**1. Question: Are there any plans to change the "geographic selection" to more than two states?**

***Answer:*** *At this time there are no plans to change the geographic selection. This method of selecting states was an effort to ensure that those who were native to a local area were able to stay in that area as a controller (if they so desired). This however, has not always proven to be the case as applicants appear to change states based on the perception of where hiring will take place.*

*As with all program objectives, we will be exploring this one to determine if it indeed meets our goal.*

**2. Question: At what point in the CTI process are specific items weighted (i.e., Veterans' Preference, AT-SAT score, geographical preference, ethnicity, degree(s), and pilot certificates)?**

*Answer: The selection panel uses a list of vacancies based on the state location of the facility and a list of candidates that are separated into "Qualified" or "Well-Qualified"  who have selected that particular state on their FAA application. .*

*If there are veterans or qualifying "disabled vets" who are entitled to "preference" points, they will be added to the top of the respective lists.*

*There are no preferences whatsoever for ethnicity or any other EEO protected class. Ethnicity is a protected class, meaning that you cannot discriminate based on an applicant's ethnicity therefore it does not carry a selection weight.*

*Degrees and certificates should be listed in section titled "Other Qualifications" of the candidate application for selecting officials to review; but, at this time we do not assign a weight to the degree but hiring officials do review the application for a complete picture of the candidate.*


**3. Question: Will students have the option of choosing terminal or en route when they are ready *to fill out their job application?***

*Answer: Currently, there is no method to indicate service unit (terminal or en route) preference. There are some inherent issues with making this a preference, for example, if a candidate selects  en route, but the particular state he/she selected the en route centers did not have vacancies, yet the terminal facility did – the student will not be considered for the opening in terminal.*

*We will discuss this issue with the service units to determine if they want to be provided lists based on facility "type" preference.*


**SECTION 4:  Hiring and Selection**

**1. Question: Does training for a specific facility increase the odds of a pick-up?**

*Answer: In general, the selecting officials from the service units (terminal and en route) are not privy to the local facilities taught within the  CTI curriculum at each school. The CTI Program is based on AT Basics curriculum being taught, graduates should be prepared for the Academy. The knowledge of a local facility may help the graduate to grasp the application of AT procedures and concepts, but will not necessarily ensure that they are picked up by the facility which is taught at the institution.*


**2. Question: It's very disturbing that CTI students aren't getting hired with a "Qualified" score on the AT-SAT.  The AT-SAT should be issued earlier than the final semester if this policy stays in place.**

*Answer: There is a perception that those who score between a 70 and an 84.9 and are classified by Human Resources as "qualified" will not get a job. This is not necessarily the case as it depends on the state in which the applicant is selected. The larger states that have high numbers of facilities also have high numbers of applicants. This provides a large number of applicants for a limited number of jobs available and the hiring officials may not get to the "qualified" list. There are other cases where a student has selected a smaller state where there are no "well-qualified" applicants and have been selected off the "qualified" list.*

65

*The AT-SAT can be taken up to a year before graduation. Typically, the contractor who administers the test are bound by contracted locations and timelines based on availability of those locations. If you have a student who is eligible for the AT-SAT their name should be forwarded to Aviation Careers as soon as possible.*

**3. Question: In 2010 I asked if the FAA would consider moving the Spring Hiring Panel meeting back to late April, so schools on term schedule (quarters) that had students graduating in the winter quarter (which ends in late March) would be eligible for the Spring Hiring Panel. This would mean that the student could avoid waiting nearly seven months (between March and late October) for the Fall Hiring Panel which has traditionally met in late October or early November.  Do you have any news regarding moving the Spring Panel back to late April?**

*Answer: At this time there is no movement towards conducting the Spring Hiring Panel in April. The Spring Panel is usually a follow-up panel to select candidates for ATC positions for the remainder of the current fiscal year and replace students selected in the fall who did not accept an offer, thereby filling in new gaps not realized in the fall.*

*The panels are set up by workforce services and the service unit (terminal and en route) as hiring needs are identified.*

**4. Question: Can a student be recommended a second time for employment consideration through the AT-CTI hiring source if the graduate has been hired and terminated or has resigned from the FAA?**

*Answer:  No. There is only one opportunity for employment through the AT-CTI hiring source. HROI - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures, paragraph 7d states, "Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program may not reapply through this hiring source."*

**5. Question: If an applicant fails to successfully complete/pass the interview stage for whatever reason, what are his/her options for further employment consideration, if any?**
*Answer:  If an applicant fails the interview, he/she is moved back to the list for referral to future Centralized Hiring Panels (CSP).*

**6. Question: If an applicant does not accept a Tentative Offer Letter (TOL) for whatever reason, what are his/her options for further employment consideration, if any?**
*Answer:  If an applicant "does not accept a TOL," he/she is moved back to the list for referral to future CSPs.*

**7. Question: If an applicant does not accept a Firm Offer Letter (FOL) for whatever reason, what are his/her options for further employment consideration, if any?**
*Answer:  If an applicant "does not accept a FOL," he/she is moved back to the list for referral to future CSPs.*

**8. Question: Is an applicant who is selected at a CSP and successfully completes an interview and initial Employment Agreement paperwork guaranteed a TOL eventually?**

*Answer:  If an applicant is selected and recommended after the interview, he/she should receive a TOL with the possible exception including Congressional/Presidential hiring freezes or budget actions where the FAA cannot hire."*

**9. Question: Is an applicant receives a TOL can they apply for again for the position while undergoing background and medical clearances with different geographic preferences, in an attempt to receive a TOL faster?**

*Answer: The applicant can reapply while in a waiting status, although if it is because of budget or law there would probably be no new announcements.*

**10. Question: Once an applicant is selected at a CSP, is their application somehow removed from further employment consideration at future CSPs (assuming their application is still currently submitted and under the one year of eligibility for employment consideration?**

*Answer: If an applicant is selected for an interview from a CSP, he/she will remain in the list of eligible referrals with a note that he/she has been selected. Most selecting officials will not select someone already in process.*

**SECTION 5: Air Traffic Skill Assessment Test (ATSAT)**

**1. Question: Is it possible that CTI students will have the option to retake the AT-SAT after one year if they pass instead of having them wait three years before being permitted to retake the test?**

*Answer: Currently, there is conflicting information on when a CTI graduate can retake the ATSAT Currently, the policy is that if a candidate fails the test by scoring less than a 70, they can retake the test after one year. Those who pass the test cannot retake the test for three years. The thought is that they have passed the test and there is no need to re-pass the test.*

*With the hiring groups being divided into "qualified" (AT-SAT scores of 70-84.9) and "well-qualified" (AT-SAT scores of 85 or greater, the perception is that those who make the "qualified" list are not going to get an offer for employment.*

*The Program Office is working with Human Resources to determine additional criteria for "well-qualified" as well as whether the AT-SAT can be retaken before the current three-year timeline.*

**2. Question: Why can students only take the AT-SAT twice? It's disturbing that students who receive the score of "Qualified" have to wait three years until that score expires, while those who totally fail the test can retake it in a year.**

*Answer: The students recommended by the CTI Institution can take the ATSAT twice. The timeline is dependent on the initial test results. Those who pass the test (score greater than 70) are required to wait three years. Those who do not pass the test (score less than 70) may retake the test after one year.*

*We do understand the frustration associated with this policy. It is a remnant of the era when there was only one list for CTI students. As the hiring pools became larger, we split the lists into "qualified" and "well-qualified" to ensure that the selecting officials had a more manageable list to choose from.*

*The Program Office is working with Human Resources to determine additional criteria for "well-qualified" as well as determining whether the AT-SAT can be retaken before the current three-year timeline.*

**SECTION 6: Air Traffic Basics**

**1. Question: Can we get the FAA provided AT Basics curriculum in June of each year so that adjustments can be made to courses in the summer and we can make all appropriate adjustments for the next semester class during the summer recess?**

*Answer: Currently, the AT Basics curriculum is provided to institutions in the fall. The FAA Academy compiles the most up-to-date lesson plans and student handouts and provides DVDs to the institutions.*

*As AT Basics is continuously updated, based on revisions to orders and policies, we post any updates to the CTI webpage..*

**2. Question: Is the AT Basics test a pre-hire test?**

*Answer:  The AT Basics "pre-test" is a test given to all new hires who bypassed AT Basics. The largest group  of test takes is the CTI graduates. This test is "post-hire" given the first day of initial training for either terminal or en route at the Academy to measure the AT Basics knowledge of all incoming CTI students. This is subject to change, so students are encouraged to remain familiar with the material, especially if they have been given a tentative offer letter.*

## SECTION 7:  Institutional CTI Requirements

**1. Question: Must students complete CTI requirements at the same time as they are earning their degrees?**

*Answer: Ideally, the requirements are met within the approved degree program. In some cases, students may take different electives if they are not pursuing an institutional recommendation for the CTI Program.*

*Students who earn an approved degree under the CTI Program and have not completed all the institution required courses to meet CTI requirements can, at the institution's discretion, take those classes that meet all the requirements for institutional recommendation.*

*All candidates must have received an approved degree and meet institutional requirements, including classes that are mapped to the AT Basics objectives.*

## SECTION 8:  Institution Curriculum

**1. Question: Our institution goes above and beyond what is required for the AT Basics objectives. Will this provide us with a better ranking?**

*Answer: Those schools that go above and beyond the FAA Program requirements of incorporating the AT Basics objectives into their curriculum are not currently ranked.. The "above and beyond" is an important contract between the institution and the student. The FAA benefits from the advanced instruction; but, the student, provided that the curriculum is taught and learned at an advanced level, benefits most in the certification process at the Academy and facility.*

## SECTION 9:  Program Evaluation

**1. Question:  Will the evaluation process continue? What are the dates of expected data submission, formats, etc.?**

*Answer: The Program Office has developed a new self-performing annual evaluation. The due dates for the evaluation Are October 1 of each year effective October 1, 2013.*

**SECTION 10:  Medical Clearance**

**1. Question:  Will "diabetes mellitus" disqualify a person from passing the ATC Medical?**

*Answer: Diabetes mellitus is a disqualifying condition; however, if the condition is adequately controlled and there are no other disqualifying sequelae, an individual may be found qualified under special consideration. This means that the individual may need to follow a strict protocol while performing safety-related duties and be willing to notify management and co-workers of his/her condition and needs in the case of an emergency. He/she must be willing and able to work all shifts and be responsible for providing all medical documentation necessary to maintain qualification at his/her own expense– (from the FAA Medical Office).*

**2. Question:  If I pass a Class II Medical "color blind test" will I pass the ATC Medical?**

*Answer: Having a Class II medical certificate is not the same as passing the color vision test for air traffic controllers. Many schools falsely believe that a Class II medical certificate is proof of fitness for the ATC career field. Due to a dilemma of employment law, we cannot offer the test to individuals before a tentative offer of employment. A color deficient applicant may not be able to pass the test and, as a result, may never be able to get a return on his/her educational investment. I would not offer encouragement to an individual who has a color deficiency and would offer a stern warning before investing in an education in ATC– (from the FAA Medical Office).*

**3. Question: I understand there are several color vision tests available. If an applicant fails the test given by the FAA, can he/she take a different color vision test from his/her eye doctor and have that information sent to the flight surgeon to pass the medical requirements?**

*Answer: The FAA color test is specific to controllers and is a prerequisite for employment.  Passing any other color test does not ensure that the applicant will pass the FAA test. Due to a dilemma of employment law, we cannot offer the test to individuals before a tentative offer of employment.*

**4. Question: My son/daughter has Crohn's Disease.  He/she takes the drug Remicade. It does not do anything to him/her psychologically; it just works in the intestines. Can he/she get a flight medical, and if so, what class? In addition, will he/she be able to be hired after completion of the CTI Degree Program?**

*Answer: The disease is not disqualifying, but there will be a review of the individual case history. If selected, he/she would need to provide a complete history of the disease course. The drug is acceptable, but there would be limitations regarding the performance of safety duties around dosing intervals– (from the FAA Medical Office).*

**5. Question: My son/daughter has a history of being prescribed Zoloft (for anxiety/depression) and Vyvanse (for ADHD-related symptoms). These problems are completely under control and do not interfere with her ability to perform (academically or athletically).Does the use of these medications disqualify him/her from becoming an air traffic controller?**

*Answer: Continued use of these medications is generally disqualifying. If the son/daughter has been off the medications for a year and he/she has demonstrated stability, he/she might very well be found qualified for the job of air traffic controller.*

**SECTION 11:  Security   (Background Investigations)**

**1.   Question:  The personnel security questionnaire is very long and asks a lot of personal questions. Do I have to answer all the questions on the form? Much of that information is already on my resume.**

*Answer: Yes. The resume is part of the application process. The Security Questionnaire is part of the investigation process. All of the security questionnaire questions should be answered fully, accurately, and honestly.*

**2.   Question:  What will happen if I refuse to give you some of this personal information on the Security Questionnaire?**

*Answer: The investigation is a job requirement. Providing the information is voluntary, but if you choose not to provide the required information, you will not meet the requirements of the job and will therefore not be considered further. If you are already employed by the federal government, your appointment will be terminated. The courts have upheld this principle.*

**3.   Question:  What should I do if I remember something later, after I've filled out the form and returned it?**

*Answer: Immediately notify the security officials to whom you submitted the questionnaire.*

**4.   Question:  Who has access to the information collected?**

*Answer: The only persons authorized to see your personal information are Personnel Security, Suitability, and Investigations professionals who have been investigated at the appropriate level and who have a genuine and demonstrated need for access to the information.*

**5.   Question:  I'm not a criminal. Why do you want my fingerprints?**

*Answer: So that we can verify your claim that you are not a criminal by checking the FBI's fingerprint files. Executive Order 10450 requires that all federal employees be fingerprinted.*

**6.   Question:  Are you going to interview people other than those I name on the questionnaire? If so, why?**

*Answer: Yes. Background investigators are required to identify, locate, and interview a sufficient number of people who know you well. We want a balanced and unbiased investigation. It would be a questionable investigative practice to only interview persons whom the individual being investigated identified for us.*

**7.   Question:  Is it okay if I guess at dates and addresses that I can barely remember?**

*Answer: Providing information that is as complete and accurate as possible will ensure that your investigation is completed in an efficient and timely manner. If you are unable to answer a question with precision, provide approximate information and note that you have done so on the questionnaire. If you are interviewed in person, point out the approximated information on the questionnaire to the investigator.*

**8.   Question:  Why do you need information about my relatives?**

*Answer: Relatives sometimes influence the actions of family members. We need to determine if you could be exploited by threats or pressure against your relatives or if they themselves could exert pressure against you.*

**9. Question:  Will I get a chance to explain some of the answers I provide?**

*Answer: Yes. Many types of background investigations involve a personal interview. Moreover, you may submit information on extra pages with your questionnaire if you feel you need to more fully explain details or circumstances of the answers you put on the form.*

**10. Question:  Can I get a copy of the report you prepare about me?**

*Answer: The only persons authorized to see this information are Personnel Security, Suitability, and Investigations professionals who have been investigated and have a demonstrated need to review the information. You may request a copy of your investigation file under provisions of the Privacy Act. For an OPM investigation request, write to OPM-CIS, FOIP, Post Office Box 618, Boyers, PA 16018-0618. You must include your full name, Social Security number, date and place of birth, and you must sign your request.*

**11. Question:  What if you talk to someone who just doesn't like me and they lie about me?**

*Answer: We talk to as many knowledgeable people as possible to get a balanced, accurate, and comprehensive picture of the person being investigated. Later, you may have an opportunity to refute any misleading or false information that was reported about you.*

**12. Question:  I was cited for speeding once. Will that keep me from getting a job or a clearance?**

*Answer: Not necessarily. Any negative information is evaluated regarding its recency, seriousness, relevance to the position and duties, and in light of, and in relationship to, all other information about you.*

**13. Question:  I was arrested for shoplifting 20 years ago. Is that going to be held against me now?**

*Answer: Not necessarily. Any negative information is evaluated regarding its recency, seriousness, relevance to the position and duties, and in light of, and in relationship to, all other information about you.*

**14. Question:  I have a physical disability. Will that hurt my chances for a job?**

*Answer: No. It is against federal law to discriminate against an individual based on his or her disability.*

**15. Question:  Are you going to tell my current employer that I'm looking for a job?**

*Answer: It is a requirement of a background investigation, and actual employment, that your current employer be contacted. We must verify your employment data and make other inquiries concerning your background. If you are a federal employee or contractor, for example, it may be that your current employer needs you to have a security clearance for the work you do. In other instances, you are asked to complete the investigative form for an investigation and clearance only after a conditional offer of employment has been made for a position requiring a security clearance.*

**16. Question:  Is it true that the investigation will include a credit report about me?**

*Answer: Yes. A search of the records of commercial credit reporting agencies is an integral part of almost all background investigations.*

**17. Question:  Do you ever interview someone's ex-spouse or relatives?**

*Answer: Yes; although, in many instances, interviewing ex-spouses or relatives is not mandatory.*

**18. Question:  Why is detailed information about my education required?**

*Answer: Educational history is necessary for jobs that require specific education and expertise. Any information supplied by the applicant must be verified.*

**19.  Question:  I was politically active during the last elections. Will that hurt my chances for a job or a clearance?**

*Answer:* No. It will neither hurt nor help your chances.

**20.  Question:  Do I have to go to a police station to be fingerprinted?**

*Answer:* You may go to a police station to be fingerprinted. In most instances, however, the agency requiring the investigation and clearance will fingerprint you.

**21.  Question:  Doesn't the FBI conduct all federal background investigations?**

*Answer:* The U.S. Office of Personnel Management, the Department of Defense, and a few other agencies share this responsibility. The FBI mostly conducts investigations on the following:  High-level Presidential appointees, cabinet officers, agency heads, and staff who may work at the White House directly for the President.

**22.  Question:  How long does a background investigation take?**

*Answer:* The timeliness of a background investigation depends on the type of investigation conducted. Depending on the type of background investigation, the scope of the investigation may require coverage for specific items.

The need for a security clearance may affect the time period in which an investigation is completed. Each background investigation requires that certain areas are covered before an investigation is completed.

# Communications

## KSN SharePoint Web Site

The Air Traffic CTI Program has established a Microsoft SharePoint website so that CTI schools and the FAA can share information. The location of the site is https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx.

To access the site, you must be registered with the CTI Program Office. Once your name is added to the site by the Program Office you will receive an  email similar to the one below:

The following email provides your sign-on and password information. Please change your password once you successfully log on. If you forget or lose your password, please send an email to terry.craft@faa.gov. The password cannot be reset through the help-desk for users outside the FAA domain.





There are four sections that can be accessed by using the "navigation tabs" at the top of the page:

**Calendar:** This section will contain CTI-related events including telephone conferences (telcons), conferences, etc. Feel free to add events that will highlight your institution's activities as they relate to the CTI Program. Please include graduation dates, Air Traffic Club activities, etc.

**Document Library**: This section will contain documents and materials for your CTI Program. Some of the folders included are:

- **Air Traffic Selection and Training Battery (AT-SAT):** This section contains research reports for the ATSAT. It will definitely make for interesting reading for those who relish research papers.

- **At Basics Curriculum: In previous years, the FAA has sent AT Basics curriculum to the** partner institutions once a year on DVD. In an effort to ensure that our partners have the most up-to-date information, we are posting the material online for your use.

- **NOTE:** The curriculum material posted is for instructor use to ensure that the teaching material is accurate. In its current format, the FAA logo is not to be distributed or sold. Feel free to use the graphics and text, as appropriate, in your own material.

- **CTI Institution Folders:** This is a temporary placeholder. We will be developing folders for each institution that are only accessible by the FAA and the individual institution; this will allow a secure method to transfer data.

- **CTI Pictures:**  This library contains pictures submitted by partner institutions to "show off" your program and students. These pictures may be used in the CTI Program Office **presentations** and documents

- **FAA CTI Telcons**: This library contains the agendas and minutes for program telcons.

- **FAA Source Orders:** This library will hold orders and notices that may not be accessible online through faa.gov. Although every effort will be made to ensure that orders and notices are up to date, always use caution

**Useful Links:**  This page will have links to CTI information such as HR policy Orders and Notices, Workforce Plans. If you have additional links you would like to see, please let the Program Office know.

**CTI Institution Contacts:** This section is the official contact list for CTI school contacts. When a school adds faculty or staff, they will add them to the contact page. In order to gain access to the site, primary or secondary point of contact must send an email to the Program Office at 9-ato-atcti@faa.gov . To view all the contact information select name from list.



**Contact Fields:**

- **Last Name:** For the purposes of this database, the "Last Name" is the "Full Name."

- **Company:** CTI School

- **Contact Type:** The contact types are classified to filter those who should receive program office emails.

    o **P: Primary Contact**; receives all program office, and school-specific emails. Serves as PRIMARY contact if there are any questions from the CTI Program Office.

    o **S:** Secondary Contact; receives all program office, and school-specific emails.  Is the SECONDARY contact if the program office needs to contact the school and are unable to reach the primary contact.

    o **SA:** School's signing authority for any policy and agreements. This can also be a primary or secondary contact. Does not receive emails from the Program Office unless also designated as a primary or secondary contact. (see below)

- o **N:** Is a school contact, but is not included in emails sent to schools.

**Combinations:**

- o **SA/P** Signing Authority and Primary Contact

- o **SA/S** Signing authority and Secondary contact

- **Full Name:** Same as "Last Name"
- **Job Title:** Self-explanatory
- **Business Phone:** Primary means of contact
- **Secondary Phone:** Self-explanatory
- **Mobile Phone:** Self-explanatory
- **Email Address:** Self-explanatory
- **Web Page:** This is the web page address that will appear in the public FAA website for the institution. This page lists all CTI schools and acts as a point of contact for interested students.

- **Mailing Address:**  This is the general mailing address for the contact/institution
- **Physical Address (If different from Mailing):** Complete this address if it is not the same as your "mailing address
- **Shipping Address (If different from Physical):** Complete if there is an address for shipping other than the physical address
- **Public Contact:** This is the contact that will appear on the FAA Webpage that indicates the appropriate contact for the school for those interested in your degree programs. The name, email and phone number of this person will be published on the FAA AT-CTI public website [http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/schools/  }

**Creating a New Contact**

On the top of the page, select: "CTI Institution Contacts", then under   "List Tools" select "Items"



Select "New Item".



This will bring up a new "contact card" that can be completes, click "Save" when complete.



77

## Editing a Current Contact

From the CTI Institution Contacts List

Select the card to edit by scrolling over the name and selecting the "check box". This will also bring up the tools bar in the top navigation pane.



Select "Edit Item" from the toolbar.  Make all necessary edits and "Save" before closing/

## Deleting a Contact

From the CTI Institution Contacts List

Select the card to delete  by scrolling over the name and selecting the "check box". This will also bring up the tools bar in the top navigation pane.



Select "Delete Item" from the toolbar.

**MONTHLY TELCONS**

The FAA CTI Program has an ongoing monthly telcon with CTI institutions. The telcon is held the 3rd Wednesday of each month at 2:00 p.m. Eastern Standard Time.

Dial-in Number: 1-712-432-3066
Conference Code: 542998

Agenda items should be sent to 9-ato-atcti@faa.gov no later than close of business on the Thursday prior to the telcon. Minutes will be posted no later than Wednesday following the telcon.

# Abbreviations

| | |
|---|---|
| ATC | Air Traffic Controller |
| ATCT | Air Traffic Control Tower |
| CBI | Computer-Based Instruction |
| CTI | Collegiate Training Initiative |
| OJT | On-the-Job Training |
| POC | Point of Contact |
| SA | Service Area |
| LOA | Letter of Agreement |