| | |
|---|---|
| **From:** | William Perry Pendley |
| **To:** | Drezner, Michael L. (CIV) |
| **Subject:** | Automatic reply: Extension Request |
| **Date:** | Thursday, December 06, 2018 5:05:04 PM |

Thank you for your message. I am no longer with Mountain States Legal Foundation. If your message relates in any way to Mountain States Legal Foundation, please contact Cristen Wohlgemuth, Executive Vice President, at cristen@mountainstateslegal.com or call 303-292-2021 ext 25.

If your message is one that relates to me personally, please contact me directly.

EXHIBIT F