# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, et al.,

    *Plaintiffs*,

    v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

    *Defendant.*

Civil Action No. 16-2227 (DLF)

## FIRST CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs, Andrew J. Brigida, et al., file this motion for an extension of the deadline to their Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Class Certification. The grounds for granting this motion are as follows:

1.    On November 11, 2018, this Court granted Defendant's first consent motion for an extension of time to respond to Plaintiffs' Motion for Class Certification, such that Defendant's opposition was due on or before December 17, 2018.

2.    On December 8, 2018, this Court granted Defendant's second consent motion for an extension of time to respond to Plaintiffs' Motion for Class Certification, such that Defendant's opposition was due on or before December 24, 2018.

3.    Plaintiffs' Reply to Defendant's Response is currently due December 31, 2018.

4.    Plaintiffs require additional time to properly file their Reply to Defendant's Response in Opposition in light of the holiday period occurring between December 24 and

December 31 where undersigned counsel will be on vacation. Additionally, co-counsel William Perry Pendley departed Mountain States Legal Foundation in early-December 2018.[1]

5. Therefore, Plaintiffs respectfully request an extension of fourteen (14) days to reply to Defendant's Response in Opposition, on or before January 14, 2019.

6. Defendant will not be prejudiced by this extension because Plaintiffs' Reply will be the only remaining deadline and it will not affect any substantive interest Defendant may possess. Defendant's Response in Opposition was originally due November 26, 2018. Granting Plaintiffs an additional 14 days to reply, especially in light of the holiday period, is reasonable.

7. Pursuant Local Civil Rule 7(m), Plaintiffs have conferred with Defendant who has consented to this extension.

**DATED:** December 26, 2018

/s/ Michael W. Pearson
Michael W. Pearson (AZ Bar No. 016281),
*pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Christian B. Corrigan (KS Bar No. 25622)
*pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ccorrigan@mountainstateslegal.com

*Counsel for Plaintiffs*

---

[1] Zhonette M. Brown, General Counsel for Mountain States Legal Foundation, has submitted her application for admission to this Court and should be admitted in early-January 2019.

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Christine L. Penick*
