**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELAINE L. CHAO, Secretary, <br> U.S. Department of Transportation, <br><br> *Defendant.* | Civil Action No. 16-2227 (DLF) |

This matter having come before this Court through Plaintiffs' First Consent Motion for Extension of Time and this Court having reviewed the Motion and good cause appearing,

**IT IS HEREBY ORDERED** granting said Motion. Plaintiffs shall file their Reply to Defendant's Response in Opposition to Plaintiffs' Motion for Class Certification on or before January 14, 2019.

_____<br>
United States District Judge Dabney L. Friedrich