Zhonette M. Brown, D.D.C. Bar No. 463407
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mountainstateslegal.com

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, | |
| Plaintiff, | Civil Case No. 16-cv-2227 (DLF) |
| v. | |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | |
| Defendant. | |

### NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Zhonette M. Brown, hereby enters her appearance in this action as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The Clerk of the Court is respectfully requested to add Mrs. Brown's name to the list of attorneys of record. Mrs. Brown is registered for ECF and will receive copies of filings, notices and orders electronically.

Mrs. Brown's contact information is as follows:

Zhonette M. Brown
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mountainstateslegal.com

DATED this 16th day of January 2019.

    Respectfully submitted,

    /s/ Zhonette M. Brown
    Zhonette M. Brown (D.D.C. Bar No. 463407)
    Mountain States Legal Foundation
    2596 South Lewis Way
    Lakewood, Colorado 80227
    (303) 292-2021
    zhonette@mountainstateslegal.com

    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael Leon Drezner
U.S. DEPARTMENT OF JUSTICE
Email: Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
U.S. DEPARTMENT OF JUSTICE
Email: galen.thorp@usdoj.gov

                                              /s/ Zhonette M. Brown
                                              Zhonette M. Brown