# Exhibit 13

PLA0122

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ███ | ███ | ███ | ███ 2018 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE ███-19 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| 919 | COMPETITIVE ACTION |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
AIR TRAFFIC CONTROL SPECIALIST
AJT-ACMD E  AJTE28A

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FG | 2152 | 01 | 01 | 24086 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | 18785 | 5301 | 24086 | 0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
OFFICE OF THE ADMINISTRATOR
CHIEF OPERATING OFFICER
VP, AIR TRAFFIC SERVICES
DIRECTOR OF OPERATIONS HEADQUARTERS
AT CENTRALIZED HIRING E
WASHINGTON, DC

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 0 - None   2 - Conditional<br>3   1 - Permanent   3 - Indefinite | | YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0   BASIC ONLY | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   FERS-FRAE & FICA | ███ 2018 | F   FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2   2 - Excepted Service   4 - SES Career Reserved | N   E - Exempt<br>N - Nonexempt | 0036230 | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location)<br>WASHINGTON, DISTRICT OF COLUMBIA |
|---|---|
| ███ | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| FUNC CLS 00 | | | SUPV STAT 8 | POSITION SENSITIVITY NONCRITICAL-SENSITI |

45. Remarks
APPOINTMENT AFFIDAVIT EXECUTED
CREDITABLE MILITARY SERVICE: ███
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
REASON FOR TEMPORARY APPOINTMENT TO ATTEND ACADEMY TRAINING
ELIGIBLE FOR SICK AND ANNUAL LEAVE
SALARY SET IN ACCORDANCE WITH ARTICLE 108, SECTION 5, PARAGRAPH A
CONDITION OF TEMP EMPLOYMENT EXPLAINED IN STATEMENT DTD ███
FROZEN SERVICE NONE
REGISTRATION MUST BE RECEIVED BY PERSONNEL NLT 60 DAYS FOR HEALTH BENEFITS AND 60 DAYS FOR LIFE INSURANCE FROM THE EFFECTIVE DATE OF THIS ACTION.
SELECTED FROM FA-FAA-███, DATED ███.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.
SUBJECT TO SATISFACTORY REPORT OF INVESTIGATION AS TO SUITABILITY FOR EMPLOYMENT.
SUBJECT TO SATISFACTORY COMPLETION OF AIR TRAFFIC TRAINING PROGRAM AT THE FAA ACADEMY.
APPOINTEE HAS MET AGE REQUIREMENT IAW PB12   TOL DATED ███
*** REMARKS CONTINUED ON THE NEXT PAGE ***

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| TD - FAA | 180787222 / ELECTRONICALLY SIGNED BY:<br>ROBERT A BARTON<br>HUMAN RESOURCES ASSISTANT |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD03 | 1675 | ███ 2018 |

5-Part 50-316         2 - OPF Copy - Long-Term Record - DO NOT DESTROY         Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

PLA0123

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] 2018 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE [redacted] 19 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| 919 | COMPETITIVE ACTION |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
AIR TRAFFIC CONTROL SPECIALIST
AJT-ACMD E  AJTE28A

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | FG | 2152 | 01 | 01 | 24086 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 18785 | 5301 | 24086 | 0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
OFFICE OF THE ADMINISTRATOR
CHIEF OPERATING OFFICER
VP, AIR TRAFFIC SERVICES
DIRECTOR OF OPERATIONS HEADQUARTERS
AT CENTRALIZED HIRING E
WASHINGTON, DC

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other   [X]<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 0 - None   2 - Conditional<br>3<br>1 - Permanent   3 - Indefinite |  | [X] YES   [ ] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | [redacted] 2018 | F  FULL-TIME |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>**2**   2 - Excepted Service   4 - SES Career Reserved | N  E - Exempt<br>N - Nonexempt | 0036230 | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| [redacted] | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| FUNC CLS 00 | [redacted] | [redacted] | SUPV STAT 8 | POSITION SENSITIVITY NONCRITICAL-SENSITI |

**45. Remarks**
*** REMARKS CONTINUED ***
SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 28.22% (IN BLOCK 20B)
ATC POSITION NOT COVERED BY PL 92-297 FOR EARLY RETIREMENT PURPOSES

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| TD - FAA | 180787222 / ELECTRONICALLY SIGNED BY: |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | ROBERT A BARTON |
| TD03   1675   [redacted] 2018 | HUMAN RESOURCES ASSISTANT |

5-Part 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

PLA0124