# Exhibit 14

PLA0125

 FILE COPY

| 
**U.S. Department of Transportation**

INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF TRANSPORTATION | **FOR OFFICE USE ONLY** |
|---|---|

| | **DEPARTMENT CASE NUMBER** 2014 - 25526 - FAA |
| | **FILING DATE** 4-12-2014 |

| PART I   COMPLAINANT IDENTIFICATION INFORMATION ||
|---|---|
| 1.   Name (Last, First, Middle Initial)<br>**Brigida, Andrew J.** | **5a. Name and Address of Organization Where You Work** (If a Department of Transportation Employee) |
| 2.    **Telephone/Fax (Include Area Code)**<br><br>Home: 480-250-2110 | Office and Staff Symbol |
| Work:                           Fax | Street Address |
| E-Mail: mpearson@azlaw.com | |
| 3. **Present Home Address** (You must notify the Departmental Office of Civil Rights of any changes of address while complaint is pending, or your complaint may be dismissed) | City                          State          Zip Code |
| 4507 East Sleepy Ranch Road | **5b. Last four digits of your Social Security Number: 3610** |
| Street Address | **6.  Employment Status in Relation to this Complaint:** |
| Cave Creek       Arizona      85331 | X **Applicant**    □ **Probationary**     □ **Career/Career Conditional** |
| City                 State          Zip Code | □ **Former Employee**_____ |
| 4.    **If you are a *current* or *former* employee of the federal government, list your most recent title, series, and grade.** | □ **Retired**          Date Last Employed at Department<br>                          **Date of Retirement**<br>□ **Other**<br>                          **Specify** |
| Title          Series      Grade | |

7. **I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.**

Signature of Complainant or ATTORNEY Representative                    4-12-2014

**Signature of Complainant or ATTORNEY Representative**              **Date**

| PART II  DESIGNATION OF REPRESENTATIVE |
|---|

8.   You may represent yourself in this complaint or you may choose someone to represent you.  Your representative does not have to be an attorney.  You may change your designation of a representative at a later date, but you must notify the Departmental Office of Civil Rights immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate <u>Michael Pearson</u> to serve as my representative during the course of this complaint.  I understand that my representative is authorized to act on my behalf.

| 9. **Representative's Mailing Address**<br><u>Curry, Pearson & Wooten, PLC</u> | 10.  **Representative's Employer** (If Federal Agency) |
|---|---|
| Firm/Organization<br>814 West Roosevelt Street | 11.  **Representative's Telephone/Fax**<br>     (Include Area Code) |
| Street Address | |
| Phoenix        Az.          85007 | 602-258-1000                          602-523-9000 |
| City                 State          Zip Code | Telephone:                              Fax: |
| | **12. COMPLAINANT'S SIGNATURE                    DATE** |

PL-A0126

## PART III  ALLEGED DISCRIMINATORY ACTIONS

| | |
|---|---|
| 13.    Name and Address of Agency/office that took the action at issue (if different than item 5.)<br>**DOT/FAA- AHR/ACR/ATO** | 14.    If your complaint involves nonselection for a position, please complete the following: |

| | | |
|---|---|---|
| Office and Organizational Component | **Air Traffic Control Specialist (developmental) GS-2152** | |
| | **Position Title**                Series          Grade | |

**800 Independence Avenue, SW**
Street Address

| | |
|---|---|
| **Washington**           **DC** | **CTI Preferred applicant list termination** |
| City          State          Zip Code | Vacancy Announcement No.        Date Learned of Nonselection: February 9, 2014 |

15.    (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, genetic information, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) indicate what harm, if any, came to you in your work situation as a result of this action. (You may attach extra sheets.)

**See Exhibit A attached hereto and incorporated herein.**

16.    Mark below ONLY the bases you believe were relied on to take the actions described in #15.

| | |
|---|---|
| X Race (State Race) _____ | ☐ Mental Disability (Specify) _____ |
| X Color (State Complexion) _____ | ☐ Physical Disability (Specify) _____ |
| ☐ Religion (State Religion) _____ | ☐ Retaliation/Reprisal (Dates of prior EEO Activity) |
| X Sex (State Sex) _____ | |
| ☐ National Origin (Specify) _____ | ☐ Sexual Orientation (Specify) _____ |
| ☐ Age (Date of Birth) _____ | ☐ Genetic Information _____ |
| ☐ Pregnancy Discrimination Act of 1978 _____   **X See additional basis on Exhibit A** | |

17.    What remedial or corrective action are you seeking?

**See Exhibit A attached hereto and incorporated herein.**

## PART IV COUNSELOR CONTACT

| | |
|---|---|
| 18.   When did the most <u>recent</u> discriminatory event occur?<br>On or about January 8, 2014 and ongoing<br>Month          Day          Year | 23.  When did you receive your Notice of Right to File?<br>**March          31          2014**<br>Month          Day          Year |
| 19.   When did you first become aware of the alleged discrimination?    On or about February 9, 2014<br>Month          Day          Year | 24.  On this same matter, have you filed a grievance or appeal under: |
| 20.   When did you contact an EEO counselor?<br>E-file electronic complaint- February 25, 2014<br>Month          Day          Year | Negotiated Grievance procedures    ☐ YES    X NO<br>Agency grievance procedure          ☐ YES    X NO<br>MSPB appeal procedure                ☐ YES    X NO |
| 21.   Did you discuss <u>ALL</u> actions raised in item 15 with an EEO Counselor?    X YES      ☐ NO<br>(If no, explain on attached sheet) through legal counsel | If you filed agrievance or appeal, provide date filed, case number, and present status. |
| 22.   Name and Telephone number of EEO Counselor<br>Lee Whilden          609-485-6729<br>Name              Telephone No. | |

PLA0127

## EXHIBIT A

## FORMAL COMPLAINT

Complainant Andrew Brigida ("Complainant" or "Brigida"), individually and on behalf and
those similarly situated as a putative Class Agent, brings the following complaint against the
Department of Transportation ("DOT") and Federal Aviation Administration ("FAA")
(collectively herein "Respondents").

## GENERAL BACKGROUND

1. This Formal Complaint incorporates all allegations and information in the Complainant's
   Individual Complaint of Employment Discrimination DOT Form 1050-8, regarding case
   number 2014-25526-FAA.

2. This case arises out of Respondents' intentional race-based discrimination against Brigida as
   well as identifiable putative air traffic control applicant Class members, resulting in the loss
   of employment opportunities with the FAA.

3. In short, the Respondents had no basis in evidence, let alone a strong basis in evidence, that
   the air traffic controller application assessment process, in place prior to January 2014,
   resulted in disparate impact treatment to any potential class of air traffic controller job
   applicants. Despite this lack of evidence, the FAA changed the assessment and post
   assessment processes resulting in disparate treatment on the basis of race, color and/or
   national origin.

4. In 1989, the FAA established the Air Traffic-Collegiate Training Initiative ("CTI") program
   to "develop, deliver, and implement air traffic control recruiting, selection, and training.

5. The FAA entered into Partnership Agreements with the CTI institutions.

## EXHIBIT A

2014-25526-FAA
Page | 2

6.  The objective of the CTI program was to develop a professional air traffic controller workforce possessing the skills necessary to succeed in training at a lower cost to the government.

7.  Graduates from these CTI programs, were required to pass a validated air traffic aptitude test, known as the Air Traffic Control Selection and Training examination ("AT-SAT") in order to be eligible for employment as a trainee controller.

8.  The AT-SAT was developed in approximately 2000-2001 in order to provide a selection tool for applicants for Air Traffic Control Specialist (ATCS) positions within the Federal Aviation Administration (FAA) who had not previously been employed as an air traffic controller.[1]

9.  The AT-SAT is an aptitude assessment test developed to assess the likelihood of an applicant successfully learning ATCS skills as well as a valid predictor of achievement of Certified Professional Controller ("CPC") status, which is the successful completion of air traffic training at the applicant's first assigned field facility.[2]

10. The AT-SAT has been validated multiple times since the test was instituted to ensure the AT-SAT test was in accord with the law and professional guidelines.[3] Most recently in March of 2013.[4]

---

[1] *Reweighting AT-SAT to Mitigate Group Score Differences*, Andrew R. Dattel and Raymond E. King, FAA Civil Aerospace Medical Institute July 2006.

[2] *Id.* ; *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use*, Dana Broach, Cristina L. Byrne, Carol A. Manning, Linda Pierce, Darendia McCauley and M. Kathryn Bleckley, FAA Civil Aerospace Medical Institute, March 2013.

[3] *Documentation of Validity for the AT-SAT Computerized Test Battery Volume I*, Michael C. Heil, and Carol A. Manning, FAA Civil Aeromedical Institute March 2001; *See* Fn. 2 supra.

[4] *See* Fn. 2 supra.

## EXHIBIT A

2014-25526-FAA
Page | 5

11. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem-solving, and movement detection.[5]

12. Graduates from CTI programs, that passed the validated AT- SAT assessment entered a direct hire pool of applicants, were placed on a "Qualified Applicant Register" or "List", and were given hiring preference.

13. Prior to the introduction of the CTI program, the FAA hired from two main sources. The first source of controller applicants was from military trained controllers ("VRA") who had separated or retired from military service. The second source was through General Public Announcement("GPA") also known as Off-the-Street ("OTS") hiring.

14. OTS hiring brought in candidates without any required air traffic or college experience under a general public hiring announcement.

15. All air traffic controller applicants, regardless of source, were required to take the AT-SAT assessment before the applicant would be deemed a qualified applicant.

16. Problems were identified with the OTS hiring program; besides being very expensive to administer, the quality of candidates was not deemed satisfactory. High "washout" (training failure) rates and excessively long training times were among the OTS problems cited.

17. Since the CTI program was instituted in 1989, most air traffic controller hiring has been from the pool of CTI graduates and prior-military controllers.

18. In 2005, the FAA forecast a controller shortage due to a large number of controllers who were becoming retirement eligible.

---

[5] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022,* Department of Transportation, Federal Aviation Administration, page 45.

**EXHIBIT A**

2014-25526-FAA
Page | 4

19. This retirement eligible group of controllers had been hired after the PATCO strike in 1981.

20. The established CTI colleges were not able to keep up with the demand for replacement controllers and a OTS hiring announcement was conducted to supplement the VRA and CTI applicant pools.

21. At the end of 2012, the FAA announced that it would not be conducting any further General Public hiring since the CTI Colleges and Universities, along with the VRA military pipeline, were producing sufficient quantities of qualified applicants to fulfill demand.

22. By 2012, the FAA had entered into Partnership Agreements with the 36 certified CTI institutions.

23. The CTI program has been very successful in preparing air traffic control applicants. Many minority candidates and applicants have successfully graduated from CTI institutions.

24. The FAA controller hiring plan required the FAA to hire over one thousand controllers, per year, in years 2012, 2013, and 2014.

25. On or about December 31, 2013 the CTI institutions received an e-mail communication ("Teixeira email") from Joseph Teixeira, the FAA's Vice President for Safety and Technical Training. [6]

26. The Teixeira email stated, among other things, that "...[r]ecently, the FAA completed a barrier analysis of the ATC occupation pursuant to the Equal Employment Opportunity Commission's (EEOC) Management Directive 715. **As a result of the analysis,** recommendations were identified that we are implementing to improve and streamline the selection of ATC candidates." [7] [emphasis added].

---

[6] Exhibit A-1 is a copy of the Teixeira email.
[7] *Id.*

**EXHIBIT A**

2014-25536-FAA
Page | 5

27. The Teixeira email also stated "[a] nationwide competitive FG-01 vacancy announcement open to all U.S. Citizens will be issued in February 2014. **Any individual desiring consideration for employment (including CTI graduates) MUST apply. Existing inventories of past applicants will not be used.**"[8] [emphasis added].

28. The Teixeira email also stated "[t]he existing testing process has been updated. The revised testing process is comprised of a biographical questionnaire (completed as part of the application process) and the cognitive portion of the AT-SAT.  The cognitive portion of the AT-SAT will be administered only to those who meet the qualification standards and pass the biographical questionnaire. **Applicants for the February 2014 announcement will be required to take and pass the new assessments in order to be referred on for a selection decision.**" [emphasis added].[9]

29. In short, on or about December 20, 2013, the FAA eliminated the CTI Applicant Register or List resulting in Complainant and putative Class Members losing their employment preference and opportunity.

30. The FAA subsequently scheduled a teleconference ("Teleconference") with the CTI institutions on January 8, 2014.

31. During the Teleconference, Teixeira stated that "[T]here were no special interest groups involved in the design of the [new] FAA policy at all.  This was done by experts in the human resources department and civil rights...."

32. On information and belief the statement in line 31 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA Human Resources ("AHR") and

---

[8] *Id.*
[9] *Id.*

**EXHIBIT A**

2014-35536 FAA
Page 16

Civil Rights ("ACR") Offices had been working with the National Black Coalition of Federal Aviation Employees ("NBCFAE") to illegally eliminate the CTI Qualified Applicant Register or List since 2010.[10]

33. During the Teleconference Teixeira also stated that "...[w]e really have not announced these changes to anyone other than to CTI schools, and you received that for the first time on the 30th of December. There's been no announcement...."

34. The statement in line 33 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA AHR and ACR Offices had notified, among others, the NBCFAE that the FAA was going to purge the Qualified Applicant Register or preferred hiring List well prior to the announcement to the CTI institutions on January 8, 2014 as well as more specific details including detailed information on the new two phase assessment and the date that the new assessment would be open for applicants.[11]

35. On information and belief, by the end of December 2013 there were approximately 3,000 to 3,500 qualified applicants that possessed a CTI institution degree, had passed the ATSAT assessment and were on the FAA's Qualified Applicant Register or preferred hiring List.

36. Regarding years 2012-13 the FAA stated "...it is clear that the FAA AT-CTI schools are making great strides to incorporate minority students and faculty into their programs...."[12]

---

[10]  Exhibit's A-2 through A-8, are a series of communications illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment. Several of these communications pre-date the January 8, 2014 in which the CTI institutions were notified of the actual changes; Exhibit A-9 is the first slide of a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013.

[11] *Id.*

[12] Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.

## EXHIBIT A

2 0 1 4 - 2 5 5 2 6 - 1 A A
P a g e | 7

37. The FAA's CTI program manger, Terry Craft, stated on February 8, 2013 that he did not see the CTI applicant pool as non-diverse .[13]

38. Black CTI school enrollees exceeded the national black civilian labor workforce. In 2012-2013, 11.5% of CTI school enrollees were Black /African-Americans.[14] As the total black civilian workforce population is 10.1% there was a 1.4% overage.[15] That is, the CTI institutions had 13.86% more black students training to be air traffic controllers than the comparable black civilian labor force in 2012. [16]

39. On information and belief, the FAA's CTI Program Office, managed by Teixeira, has further documents and information that clearly illustrate that the collective CTI institutions provide a diverse applicant pool to the FAA that exceeds the black civilian as well as other minority civilian workforce pools.

40. On June 20, 2013, FAA officials met with members of the FAA National Employee Association Forum. This forum is composed of eight employee associations that represent various minority, women and disadvantaged sub-groups, one of which is the NBCFAE. The stated purpose of this meeting was to brief the various employee associations of recommended changes in the ATC hiring process.[17]

41. Among the persons conducting the June 2013 briefing was an FAA consultant named Dr. James Outtz. Outtz's presentation centered on a recently concluded Barrier Analysis of the FAA Air Traffic Controller hiring process.

---

[13] Exhibit A-10 email from CTI Program Manager Terry Craft.
[14] *Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.*
[15] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress*, United States Office Of Personnel Management, January 2014, page 5.
[16] 1.4%/10.1%*100=13.861 or 13.86%.
[17] Exhibit A-9.

PLA0134

# EXHIBIT A

42. Outtz suggested that the hiring process may have a disparate impact on minority candidates, primarily black males, for ATC positions. Outtz asserted that the present construct of the ATC hiring system resulted in the hiring of too many white applicants and not enough black applicants due to barriers imbedded in the application and selection process.

43. During the years 2010 through 2014 certain FAA employees and NBCFAE members calling themselves "Team 7" were actively working to discriminate against Complainant and those similarly situated.[19]

44. Subsequent to this meeting, the President of the NBCFAE, Roosevelt Lenard, Jr., discussed with senior FAA officials, including Carrolyn Bostick ("AHR-1"), his desire that the FAA purge the entire Qualified Applicant Register.[20]

45. Top FAA AHR Official Bostick assured Lenard that the entire register would be purged and none of these post-assessment applicants would be offered a letter of employment.[21]

46. Lenard then notified his constituents via email that the FAA AHR-1 had assured him the entire applicant pool of CTI graduates would not be offered employment.[22]

47. Due to this interstitial relationship of NBCFAE members, FAA Human Resources, and FAA Office of Civil Rights hiring officials, Roosevelt Lenard, Jr., in his role as President of the NBCFAE exerted, and continues to exert, undue influence on both the Office of Human Resources and Office of Civil Rights.

---

[19] Exhibit's A-2 through A-8 are a series of emails illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment.

[20] Exhibit A-7.

[21] *Id.*

[22] *Id.*

## EXHIBIT A

2014-25525-FAA
Page | 9

48. Numerous FAA employees and officials of both the Office of Human Resources and Office of Civil Rights are allegedly active members of the NBCFAE.

49. On information and belief, certain members of the FAA Human Rights staff and Civil Rights staff, many of whom are NBCFAE members, preferred policy outcomes that would benefit the NBCFAE to the detriment of all other races including other minority applicants.

50. At least one FAA HR member, also a member of the NBCFAE, was illegally providing NBCFAE officer(s) confidential information regarding the new hiring process with the intention of skewing the results so that more black applicants than any other race would pass the new assessment process. [24]

51. The FAA's Controller Workforce Plan, published in late 2012 or early 2013, states that the FAA is "… planning to open a general public announcement in FY 2014 to **add more depth and diversity** to our controller hiring sources.[25] [emphasis added].

52. At the annual CTI Conference ("CTI Conference") in October 2013, the FAA, through CTI Program Director Terry Craft, told the CTI institutions that a General Public (OTS) announcement would be forthcoming in order to **ensure greater diversity**. [emphasis added].

53. In March 2014 FAA spokesman Tony Molinaro, Public Affairs Officer for the FAA in the Great Lakes and Central Regions, said the decision was made to "**add diversity to the workforce**."[26] [emphasis added].

---

[24] Exhibit A-6.

[25] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022*, Department of Transportation, Federal Aviation Administration, Page 44.

[26] Exhibit A-11, relevant portions attached hereto and incorporated herein, *"Want to be an air traffic controller? UND says FAA has 'dumbed down the process."* Anna Burleson, Forum News Service, March 5, 2014.

PLA0136

**EXHIBIT A**

54. Numerous other officials stated the reason for the change was "diversity." Such talk ended when Complainant and others similarly situated filed their informal EEO complaints.

## ALLEGATIONS

55. This section incorporates the previous paragraphs and references herein.

56. Complainant and putative Class Agent Complainant took, and successfully passed, the AT-SAT assessment with the top numerical score possible of 100% on May 13, 2013.

57. Complainant graduated from an FAA approved CTI institution, Arizona State University ("ASU"), on August 13, 2013, and was recommended to the FAA by ASU on August 28, 2013.

58. Complainant met all hiring qualifications, passed the AT-SAT assessment, and was placed on the Qualified Applicant Register or List by the FAA along with approximately 3,000-3,500 other similarly situated air traffic control applicants and putative Class Members.

59. Complainant eventually became aware via written communication from the FAA that Qualified Applicant Register or List, which he earned a position on, was eliminated or purged by the FAA.

60. In short, the air traffic applicant hiring pool of between 3,000- 3,500 was intentionally eliminated after Complainant and putative Class members had qualified under the validated air traffic control assessment process used by the FAA until January 2014.

61. Complainant has been informed and believes that the FAA has taken this action on the basis of an unsubstantiated concern claimed by NBCFAE and others that the air traffic control

## EXHIBIT A

2014-25526-F.AA
Page | 11

assessment process used by the FAA until January 2014 may have had a disparate impact on black minority candidates for air traffic control positions.

62. There is no valid statistical evidence or basis in evidence that the assessment and test system in place prior to January 2014 created an unlawful disparate impact on minority air traffic control candidates or applicants.

63. No court or other agency has determined that the assessment and test system in place prior to January 2014 actually had an unlawful disparate impact on minority candidates or applicants.

64. Allegations by the NBCFAE that the FAA's air traffic controller workforce was non-diverse are without merit.

65. Black representation in the federal workforce specific to the FAA was 9.96 %.[28] This is a .05% underage when compared to the total black civilian workforce population of 10.1%.[29]

66. That is, the federal FAA workforce had .05% fewer black employees than the comparable black civilian labor force in 2012.[30]

67. A one-half of one percent difference between the FAA federal black workforce population and the comparable black civilian labor force existed in the FAA at the time the statistics were available in 2012.[31] This percentage is statistically insignificant.

---

[28] *Annual EEO Program Status Report (EPSR) Fiscal Year 2012, Federal Aviation Administration (FAA),* page 7.

[29] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress,* United States Office Of Personnel Management, January 2014, page 8.

[30] .05%/10.1%*100= .495 or .5%.

[31] The 2012 statistics are the most recent available.

## EXHIBIT A

2 0 1 4 - 2 5 5 2 6   F A A
Page | 15

68. Black representation in the federal workforce specific to the Department of Transportation (including the FAA) was 11.6 %.[32] This is a 1.5% overage when compared to the total black civilian workforce population of 10.1%. That is the federal DOT workforce had 14.85% more black employees than the comparable black civilian labor force in 2012.[33]

69. FAA statistics as of June 11, 2013 show that the air traffic controller candidate pool (those applying for air traffic control positions) representation was 32% black.[34] As the black civilian workforce population is 10.1% the black candidate pool, or those applying for air traffic control positions, greatly exceeds the greatly exceeds the black civilian workforce labor pool.

70. The FAA retained the ability to open a OTS bid while at the same time retaining the Qualified Applicant Register or List.

71. Neither the Barrier Analysis or the Barrier Analysis Extension ("FAA Studies") determined that the CTI institutions were a barrier for minorities.

72. Although the CTI institutions are not a barrier according to the FAA Studies , and the FAA could have opened a separate OTS general public hiring announcement without purging the CTI Qualified Applicant Register they chose to purge the Register of highly qualified candidates in a time of high demand for applicants.

73. On information and belief, the true intention and goal of the FAA's illegal action in purging the CTI Qualified Applicant Register  was to remove the inventory of 3,000-3,500 highly qualified CTI candidates and eliminate competition  by making students who had already

---

[32] *FEORP* at 15.

[33] 1.5%/10.1%*100=14.851or 14.85%.

[34] Exhibit A-12 is a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013, Slide number 22.

**EXHIBIT A**

passed the prior validated assessment process "pass" a highly suspect Biographical Analysis ("BA") questionnaire.

74. Purging the list of highly qualified and assessed controller candidates in a time of high demand, and no basis in evidence of any form of disparate treatment or impact, is not logical as the costs to assess and process "new" candidates is very high and greatly extends the time for air traffic c controller candidates to be placed in the training pipeline.

75. On information and belief, the true motive in eliminating the Qualified Applicant Register or List was to intentionally discriminate against the Complainant, and putative Class members, in order to benefit black air traffic controller applicants.

76. In short, alleging non-existent discrimination without a strong basis in evidence in order to intentionally discriminate. For the reasons set forth below such action is illegal.

## LEGAL BASIS FOR CLAIM

77. This section incorporates the previous paragraphs and references herein.

78. Complainant first became aware of the FAA's action in purging the Qualified Applicant Register or List in late January when he was notified by letter of the official change.

79. Complainant filed an informal EEO Complaint, via the FAA's online system, on February 25, 2014.

80. Complainant received his Notice of Right to File a Formal Complaint on March 31, 2014.

81. All educational institutions, including institutions of higher learning such as the CTI institutions are required to abide by, inter alia, Title IV of the Civil Rights Act of 1964, the Equal Educational Opportunities Act of 1974 (EEOA), Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act, et. al., to ensure that any form of discrimination does not occur.

## EXHIBIT A

2014-55334 1 A A
Page | 14

82. The CTI institutions have various offices and programs to ensure that all laws regarding discrimination are rigorously followed.

83. Since the inception of the CTI partnership program, no CTI institution has ever been accused or charged with violating any law, statute, or regulation regarding disparate impact or treatment of minority students.

84. One of the criteria the FAA used prior to determining CTI partnership certification was diversity outreach and enrollment.

85. As mentioned herein, the CTI institutions have always had diverse student populations, most exceeding the various minority population civilian workforce labor pool percentages, comprised of both genders and many minority students.

86. A Federal agency, such as the FAA, cannot discriminate against a job applicant with respect to the terms, conditions, or privileges of employment on the basis of inter alia, race, color, national origin, or any other factor that is not related to job performance. Discrimination on these bases is prohibited by, and violates, one or more of the following statutes: 5 U.S.C. §2302(b)(1), (b)(10); 42 U.S.C. §200e-16; 42 U. S. C. §2000e–2(a)(1).

87. Discrimination on the basis of race or color violates Title VII of the Civil Rights Act of 1964.

88. The U.S. Supreme Court has held that an employer may not make a race-based employment related decision, such as purging a Qualified Applicant Register or List post assessment, for the purpose of avoiding disparate impact liability in the absence of a strong basis in evidence that the system was deficient and that discarding the system was necessary to avoid violating the disparate impact principles of the civil rights acts.[35]

---

[35] *Ricci v. DeStefano*, 557 U.S. 557, 584 (2009).

## EXHIBIT A

89. While employers, such as the FAA, may take affirmative efforts to ensure that all groups have a fair opportunity to apply for employment opportunities the FAA may not invalidate the existing hiring system, thus upsetting an air traffic control applicant's legitimate expectation not to be judged on the basis of race, color, national origin, or any other factor that is not related to job performance without a strong basis in evidence.

90. The FAA had no basis in evidence, let alone a strong basis in evidence, that the CTI air traffic controller application and employment process, in use before January 2014, resulted in disparate impact or disparate treatment to any potential class of air traffic controller job applicants.

91. Despite having no basis in evidence the FAA purged the Qualified Applicant Register or List, thereby improperly denying the Complainant and Class members of employment, due to the race, color, and/or national origin of the great majority of the Class Members. This is per se discrimination.

92. Complainant believes and alleges that by eliminating, or purging the CTI graduate Qualified Applicant Register or List post assessment at the repeated bequest of the NBCFAE, the FAA has engaged in illegal disparate treatment discrimination against himself and a class of similarly situated CTI air traffic control applicants, all of whom had certain ranks or places on the Qualified Applicant Register, or List, and were awaiting employment.

93. In the alternative, or in addition to other claims enumerated herein, Complainant individually and as Class Agent, bring claims of discrimination regarding appointment, hire, evaluation/appraisal, examination/test/assessment, non-selection and terms/conditions of employment based upon race and/or color and/or national origin animus.

## CLASS STATUS

## EXHIBIT A



94. This section incorporates the previous paragraphs and references herein.

95. This Complaint exceeds the four procedural prerequisites for a Class Complaint under 29 C.F.R. §1614.204.

96. **Commonality**. There are common questions of law, practices and fact as to the members of the Class which predominate over questions affecting only individual members of the Class including, without limitation:

   a. The decision by the FAA to eliminate or purge the Qualified Applicant Register or List resulted in all members of the Class being eliminated from consideration after passing the FAA's CTI assessment procedure. There are no unique factual or practice factors that would make Class status disadvantageous to any member of the Class;

   b. The nature of this action and the nature of laws available to putative Class Complainants make use of the Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein. Specifically, the Class turns upon Respondents' uniform intentional action of eliminating highly qualified air traffic control applicants, post assessment, without any determination of whether their action was in compliance with statutory and case law and without a strong basis in evidence. Therefore, the propriety of terminating 3,000- 3,500 air traffic control job applicants post assessment, after the applicants were placed on the Qualified Applicant Register or List is a predominant question of fact that is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, discovery and common practices/procedures of the Respondents in treating each of the Class

**EXHIBIT A**

2014-25526-FAA
Page | 17

members as a homogeneous group in the purging of the Qualified Applicant Register or List;

c. The determination of whether the FAA's action in purging the Qualified Applicant Register or List had a strong basis in evidence regarding the alleged disparate impact upon minorities is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, and statistical analysis based on scientific principles;

d. Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without basis in law or fact;

e. Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without a strong basis in evidence;

f. Whether the Class Members on the Qualified Applicant Register or List were intentionally and improperly delayed from being offered temporary offer letters ("TOL") and employed as air traffic control specialists during the period 2012 through 2014 due to intentional racial animus and discrimination;

g. Whether members of the Class are entitled to compensatory damages, and if so, the means of measuring such damages;

h. Whether members of the Class are entitled to any form of injunctive, declaratory, or other equitable relief including, but not limited to, reinstatement of the Qualified Applicant Register or List;

i. Whether Respondents are liable for pre-judgment interest; and

j. Whether Respondents are liable for attorneys' fees and costs.

## EXHIBIT A

2014-25526-FAA
Page | 15

97. **Typicality**. The claims of Complainant Brigida for the remedies stated herein are typical of the claims of all members of the putative Class mentioned herein because all members of the prospective Class and sustained similar injuries and damages arising out of Respondents' common course of conduct in violation of law and the injuries and damages of all members of the Class were caused by Respondents' wrongful conduct in violation of law, as alleged herein.

98. **Numerosity**. The potential quantity of members of the putative Class as defined is so numerous that joinder of all members would be unfeasible and impractical. The disposition of their claims through this class action will benefit both the parties and the Administrative Court. While the exact quantity of members of the Class is unknown to Complainant at this time, it is estimated that Class number is in excess of 3,000 individuals. The quantity and identity of such membership is readily ascertainable via inspection of Respondents' records.

99. **Adequacy**. Complainant Brigida is an adequate representative of the putative Class and as Class Agent will fairly protect the interests of the members of the Class, has no interests antagonistic to the members of the Class, and will vigorously pursue this suit via attorneys who are competent, skilled and experienced in litigating complex matters of this type. Putative Class Counsel are competent and experienced in litigating large cases, are preeminent in their fields, and members of the firms have experience in litigating complex matters including employment cases. Approximately 400 potential Complainants have contacted the Complainant's legal counsel and approximately 175 have filed informal EEO Complaints with the FAA listing the same firms as potential legal counsel.

100.  **Ascertainable Class**. The proposed class and each subclass are ascertainable in that their members can be identified and located using information contained in Respondents' Records.

## EXHIBIT A

2 0 1 4 - 2 5 5 2 6 - 1  A A
P a g e | 1 9

Specifically the FAA's Aviation Careers Division maintained an inventory of eligible CTI

graduates comprised of the putative class.

101. **Superiority**. The nature of this action and the nature of laws available to Plaintiffs make

use of the class action format a particularly efficient and appropriate procedure to afford

relief to Plaintiff for the wrongs alleged herein, as follows:

  a) This case involves large government Agency Respondents and a sufficient numerous

   group of individual Class Members with many claims and common issues of law and

   fact;

  b) If each individual member of each of the Class was required to file an individual

   lawsuit, the large government Agency Respondents would necessarily gain an

   unconscionable advantage because Respondents would be able to exploit and

   overwhelm the limited resources of each individual member of the Class with

   Respondents' vastly superior financial and legal resources;

  c) Requiring each individual member of each of the Class to pursue an individual

   remedy would also discourage the assertion of lawful claims by the members of the

   Class who would be disinclined to pursue an action against Respondents because of

   an appreciable and justifiable fear of retaliation and permanent damage to their lives,

   careers and well-being;

  d) Proof of a common practice or factual pattern, of which the members of the Class

   experienced, is representative of the Class herein and will establish the right of each

   of the members of the Class to recover on the causes of action alleged herein;

  e) The prosecution of separate actions by the individual members of the Class, even if

   possible, would create a substantial risk of inconsistent or varying verdicts or

## EXHIBIT A

2014-25526-EAA
Page | 20

adjudications with respect to the individual members of the Class against Respondents; and which would establish potentially incompatible standards of conduct for Respondents; and/or legal determinations with respect to individual members of the Class would, as a practical matter, be dispositive of the interest of the other members of the Class who are not parties to the adjudications or which would substantially impair or impede the ability of the members of the Class to protect their legal interests;

f) Many members of the putative class are recent college graduates with large student loan balances and the expenses and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a Class Complaint; and

g) The cost to the administrative court system of adjudication of such individualized litigation would be substantial and a waste of valuable adjudicative and judicial resources..

83. **Manageability of Class and Common Proof.** The nature of this action and the nature of laws available to Complainants' make use of the Class, and Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein.  Specifically, the primary class turns upon Respondents' uniform, systematic decision to purge the Qualified Applicant Register or List of 3,000= 3,500 applicants post assessment.  Therefore, the propriety of the decision to purge the Qualified Applicant Register or List is applicable to all members of the putative class.

## EXHIBIT A

2 0 1 4 - 2 5 5 2 6 - F A A
P a g e | 2 1

Individual adjudication would prejudice Respondent parties opposing the class by requiring the United States government to allocate scarce judicial resources to individually adjudicate the claims of approximately 3,000 to 3,500 air traffic controller applicants.

## **REMEDIES REQUESTED**

Due to the Respondent DOT/FAA'S illegal actions the Complainant, on behalf of himself and status as putative Class Agent, requests compensatory damages, including but not limited to, back pay, hiring, reinstatement, front pay, attorneys' fees, expert witness fees, court costs and for such other and further relief as may be deemed just and proper that will make the Complainant/Class Agent and Class whole.

DATED: April 12, 2014

Michael Pearson
**Curry, Pearson & Wooten, PLC**
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000

Patrick McGroder, Donald Peder Johnsen,
Shannon Clark
**Gallagher & Kennedy, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8437

Attorneys for the Complainant/ Class

PLA0148

# EXHIBIT A-1

PLA0149

From: Joseph.Teixeira@faa.gov [mailto:Joseph.Teixeira@faa.gov]
Sent: Monday, December 30, 2013 2:19 PM
To: les.wilkinson@aims.edu; lstephe4@aims.edu; Verne Latham; Mary Niemczyk; Joseph Gridley; John Gilding; ecolageo@broward.edu; asikora@broward.edu; jshakesp@broward.edu; senglish@broward.edu; dbraun1@broward.edu; Jim.Scott@ccbc.edu; hayden_scott@dwc.edu; wyman_peter@dwc.edu; donofrij@dowling.edu; koplinkl@dowling.edu; LindenfM@dowling.edu; dalyt@dowling.edu; Deborah.abingdon@roswell.enmu.edu; Dusty.lewis@roswell.enmu.edu; juan.salmon@roswell.enmu.edu; Coynea7e@erau.edu; smithabc@erau.edu; mummeb6e@erau.edu; gregory.mcguirk@erau.edu; frances.mitchell@erau.edu; Brent.Spencer@erau.edu; Jack.Panosian@erau.edu; moore@fit.edu; dwilt@fit.edu; sam.fischer@fscj.edu; ccheatum@fscj.edu; dgallion@fscj.edu; Margarita.Cabral-Maly@fscj.edu; cscott@greenriver.edu; gcomollo@greenriver.edu; aviation@greenriver.edu; Eely@greenriver.edu; Margaret.browning@hamptonu.edu; beverly.byrdsong@hamptonu.edu; eric.sheppard@hamptonu.edu; carey.freeman@hamptonu.edu; sandyt@hesston.edu; danm@hesston.edu; sandraz@hesston.edu; mtfranqui@gmail.com; JCALAF@BAYAMON.INTER.EDU; jmartinez@bayamon.inter.edu; ryates@ju.edu; Rusty.Chandler@cecilairport.com; mwillet@ju.edu; jmerkt@ju.edu; mmcfarl2@kent.edu; jboerger@kent.edu; rpriestl@kent.edu; lefton@kent.edu; Jonweber@letu.edu; Seanfortier@letu.edu; SteveKintner@letu.edu; parrotwi@lewisu.edu; streitmi@lewisu.edu; broganwi@lewisu.edu; kuhlmank@msudenver.edu; forrestj@msudenver.edu; vgolich@msudenver.edu; anaumann@mdc.edu; dlewis4@mdc.edu; jeffery.thomas@mdc.edu; ataylor@mgc.edu; lhenry@mgc.edu; rpace@mgc.edu; rcharles@mgc.edu; gzlotky@mtsu.edu; mtsuatc@mtsu.edu; ron.ferrara@mtsu.edu; linda.bracewell@minneapolis.edu; David.Kangas@minneapolis.edu; trena.mathis@minneapolis.edu; rrogus@mtsac.edu; Sshackelford@mtsac.edu; sdaum@mtsac.edu; bdbowen@purdue.edu; mnolan@purdue.edu; congert@scc.losrios.edu; millers@scc.losrios.edu; idar@scc.losrios.edu; webbd@scc.losrios.edu; slanderson@stcloudstate.edu; jwpalmer@stcloudstate.edu; james.rowland@tstc.edu; ramon.claudio@tstc.edu; Rosalinda.Herrera@tstc.edu; Albert.culp@tstc.edu; Brad.Sherman@tstc.edu; jeichelberger@ccbcmd.edu; dwilliams@ccbcmd.edu; ckomsa@ccbcmd.edu; gwescott@tulsacc.edu; RBancroft@tulsacc.edu; rpcapozzi@uaa.alaska.edu; afsll@uaa.alaska.edu; ancds@uaa.alaska.edu; dcushwa@uaa.alaska.edu; afach@uaa.alaska.edu; afrpc@uaa.alaska.edu; lovelace@aero.und.edu; drechsel@aero.und.edu; craigc@aero.und.edu; nradi@aero.und.edu; bsmith@aero.und.edu; kencarson@ou.edu; stephenwest@ou.edu; sharon.devivo@vaughn.edu; domenic.proscia@vaughn.edu; felix.esquibel@wmich.edu; ryan.seiler@wmich.edu; gil.sinclair@wmich.edu; dave.powell@wmich.edu
Subject: Hiring of Air Traffic Controllers by the FAA

Dear Colleagues,

The quoted text below, is an extract from letters we sent today to all our primary Collegiate Training Initiative (CTI) contacts. This email is being sent to an expanded list of CTI stakeholders to initiate a dialogue on upcoming changes to the hiring process for of air traffic controllers by the FAA.

"The Federal Aviation Administration (FAA) has enjoyed a long-standing relationship with your organization and values our partnership in the training of potential Air Traffic Controllers (ATC). Recently, the FAA completed a barrier analysis of the ATC occupation pursuant to the Equal Employment Opportunity Commission's (EEOC) Management Directive 715. As a result of the analysis, recommendations were identified that we are implementing to improve and streamline the selection of ATC candidates.

PLA0150

These improvements will have a direct and present impact on all hiring sources, including CTI. An overview of the immediate changes being made to the ATC hiring process is presented below.

Revisions to ATC Hiring Process

· A nationwide competitive FG-01 vacancy announcement open to all U.S. Citizens will be issued in February 2014. Any individual desiring consideration for employment (including CTI graduates) MUST apply. Existing inventories of past applicants will not be used.

· All applicants will be evaluated against the same set of qualification standards. Specifically, applicants must have at least 3 years of progressively responsible work experience, a 4 year degree, or a combination of the two.

· The existing testing process has been updated. The revised testing process is comprised of a biographical questionnaire (completed as part of the application process) and the cognitive portion of the AT-SAT. The cognitive portion of the AT-SAT will be administered only to those who meet the qualification standards and pass the biographical questionnaire. Applicants for the February 2014 announcement will be required to take and pass the new assessments in order to be referred on for a selection decision.

· Since a single vacancy announcement will be used for all applicant sources, a single nationwide referral list will be generated containing all candidates who meet the qualification standards and pass the assessments. Location preference will no longer be used as a determining factor for referral or selection.

Centralized selection panels will no longer be convened to make selections from the referral list. Selections will now be fully automated, grouping candidates by assessment scores and veteran's preference.

These improvements to the ATC hiring process will significantly strengthen the long term sustainability of our program and offer our candidates a fair and viable opportunity to demonstrate their capabilities and potential for the ATC position.

We recognize that you may have questions concerning these changes.

Considering the upcoming holiday season, we are planning a teleconference for Mid-January when we will more fully address questions and concerns you may have.

We want to reiterate that we very much value our partnership with the CTI program and look forward to assisting you in understanding our changes to the ATC selection process. We will be contacting you soon to schedule the January teleconference."

Best Regards, Joseph

Joseph Teixeira
Vice President for Safety &
Technical Training
Air Traffic Organization
Tel: 202-267-3341
Email: joseph.teixeira@faa.gov
(Embedded image moved to file: pic26439.gif)

# EXHIBIT A-2

February 10, 2010

## National Black Coalition of Federal Aviation Employees

## MD-715 Compliance Effort

### TALKING POINTS

**BACKGROUND:** In late 2008, NBCFAE sent a letter to the FAA Office of Civil Rights requesting a copy of each of the last five years' **MD-715 Report** from FAA to the Equal Employee Opportunity Commission (EEOC). The FAA responded to that request by sending the reports for years 2004, 2005, 2006, and 2007. Upon receipt of those reports, the NBCFAE contracted with Dr. Herbert Wong and Associates to conduct an expert analysis of that information. That analysis was completed and the associated report was delivered to NBCFAE in the summer of 2009. Among the many conclusions drawn from that analysis, the following items stood out:

- ❖ The FAA/DOT is the least diverse agency/department, when compared to all the Executive Branch Departments in the Federal Government.

- ❖ The FAA/DOT has the lowest Percentage of Minority Employees in the Federal Civilian Workforce, when compared to all other Executive Branch Departments in the Federal Government.

- ❖ African Americans constitute 9.47 percent of the FAA Workforce as compared to 17.6 percent in the Federal Civilian Workforce. Thus, the FAA would be required to increase their complement of African American employees by 8.13 percent to reach parody with the Federal Civilian Workforce.

That information was very compelling and prompted the NBCFAE National Executive Board to seek cause(s) for the sustained under-representation of minorities and women within FAA.

In July of 2009, we sent an introductory letter to the FAA Administrator, and requested to meet with him concerning disparate treatment and under-representation in FAA. That request was denied, and we were informed the Administrator would not meet individually with Employee Associations. However, he would continue the practice of meeting with all employee association representatives jointly, at the National Employee Forum. That answer was not acceptable to the National Executive Board.

So, in October 2009, the board sent a follow-up letter to the Secretary of Transportation, and the FAA Administrator. That letter outlined our position that FAA is not in compliance with certain provisions of the EEOC's Management Directive (MD) 715, or the U.S. Supreme Court decisions related to the Adarand Construction, Inc. v. Pena, and the City of Richmond V J.A. Croson Co. We, again, requested to meet with the FAA Administrator. *(The specifics of these decisions will be placed on our website)*

PLA0154

## WHAT IS MD-715?

Management Directive 715 (MD-715) is the policy guidance which the Equal Employment Opportunity Commission (EEOC) provides to federal agencies for their use in establishing and maintaining effective programs of equal employment opportunity under Section 717 of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq., and Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 et seq. MD-715 provides a roadmap for creating effective equal employment opportunity (EEO) programs for all federal employees as required by Title VII and the Rehabilitation Act. It also sets forth the general reporting requirements for all federal agencies. MD-715 took effect on October 1, 2003.

## WHY SHOULD WE BE CONCERNED ABOUT THEIR NON-COMPLIANCE?

Under-representation of minority, women, and disabled employees is apparent in the FAA Workplace. Because of the agency's failure to comply with the provisions of MD-715, there is no actionable plan to effectively address those conditions. Thus, we continue to experience huge disparities in Hiring, Selections, Promotions, Pay, Awards, and Training/Development Opportunities, as compared to other federal employees.

## WHAT ARE WE DOING?

A group of senior members of NBCFAE (TEAM 7) drafted a plan to move the FAA towards the desired diversity in their workforce. In January 2010 that plan was approved by the National Executive Committee. While we will not reveal the full details of that plan, the following initiatives have been completed or are now in progress:

❖ As indicated above, we requested to meet with FAA Administrator Babbitt. That request was denied. However, on February 4, 2010 we met with official of FAA. The results of that meeting will be forthcoming. Meeting participants were:

| Federal Aviation Administration | National Black Coalition of Federal Aviation Employees |
|---|---|
| Fanny Rivera, Associate Administrator for the Office of Civil Rights | Shaun Sanders, National President |
| | Roosevelt Lenard, National Vice President |
| Ventris Gibson, Associate Administrator for the Office of Human Resources | Margarete Berrios, Washington Headquarters Regional President |
| Jerry Mellody, Attorney for the Office of General Counsel, External Affairs | Ronald Bagley, EEO Action Committee Chairperson |
| Julia Rhodes, Attorney for the Office of General Counsel, Personnel and Labor Law | |

PLA0155

❖ We have re·directed a portion of our National Operational Budget to support this effort.

❖ We are building a coalition of supporters from entities, outside the FAA, that possess the power to influence the FAA to do what is legally required, and right for its employees. The first organization to signup is the Reverend Jesse Jackson and Rainbow PUSH. Other Organizations we hope to bring on board include the NAACP, National Urban League, and Blacks-In-Government.

❖ We are contacting selected U.S. House and Senatorial Representatives about the ongoing problems, and requesting their assistance to call the FAA to task.

❖ We are re-initiating our efforts to gather information concerning discriminatory practices in the FAA.

❖ We are re-tooling our EEO Complaint training in order to educate members on more effective ways to address their EEO issues and/or successfully navigate the EEO Complaint process.

## WHAT CAN YOU DO?

❖ Become intimately familiar with the effort and be prepared to discuss it with others. (Members and Non-members)

❖ Join other civil rights based groups such as the Rainbow PUSH, NAACP, and Urban League, at the local level.

❖ Go to our new Website. Tailor the contact letter to fit your needs. Print the letter and mail it to your respective congressional representatives.

❖ Document the specifics of your personal experiences concerning FAA discriminatory practices, and send that information to:

> *Mr. Ronald Bagley*
> *NBCFAE EEO Action Chairperson*
> *2120 Grand Gleaton Pass*
> *Conyers, GA 30013*
> *Cell (770) 815-6885*
> *Fax (770) 785-6767*
> *Email:* Ronald.Bagley@nbcfae.org
> Bagss99@aol.com

❖ Learn the EEO process for yourself. Be available, and participate in the NBCFAE provided EEO Complaint training.

PLA0156

# EXHIBIT A-3

PLA0157

TEAM 7 ON THE MOVE-VISIT TO THE HILL

Since the 2012 Las Vegas conference, Team 7 has made two trips to Washington to meet with government officials concerning the Federal Aviation Administration's (FAA) lack of an Affirmative Employment Plan as required by law. Today we are planning our next round of visits that will begin in January of 2013. Although our goal is in sight we have a great distance yet to travel. However please be advised that every effort will be made to use every resource available to reach our ultimate destination.

Several meetings were held on December 5, 2012 between members of NBCFAE Team 7 and Congressional Staffers.

The purpose of the meetings was to:

1.  Raise awareness reference FAA's lack of a legal and implementable Affirmative Employment Plan (AEP) in accordance with 29 CFR 1614.102(b) (4).
2.  Request support from congress to slow down or stop hiring of new employees until some changes are made by the FAA.
3.  Build relationships with bi-partisan Committee Members of the Congressional Transportation and Infrastructure Subcommittee.
4.  Continue to strive to build relationships with the Congressional Black Caucus (CBC).

Offices of Staffers who NBCFAE met with:

- Legislative Assistant to Congresswoman Marcia L. Fudge.
    - Congresswoman Fudge has been elected as the new Chair for the Congressional Black Caucus, effective January 2013. The agenda for the CBC's 2013 calendar is being developed. We requested that consideration be made to add our issues to their agenda. Although there may not be a lot of room for revisions Congresswoman Fudge will be briefed on our meeting and contact Ronald G. Bagley with follow up information. They want NBCFAE to forward all correspondence between NBCFAE and other Congressional offices. They also requested that we reach out and meet with the Congressional Tri-Caucus whose members comprise representatives from the Black, Asian and Hispanic congress.
    - Finally, we received assurance that NBCFAE have their support.
- Professional Staff, Aviation Subcommittee, Democratic Staff Director, Subcommittee on Aviation, Democratic Counsel Subcommittee on Aviation.
    - Of all the meetings held, this one with the three (3) bi-partisan members was also productive. Aviation Subcommittee Staffer was the lead for the group and stressed although she may not be a member of the Aviation Subcommittee in January 2013, she would be briefing her boss on the issues discussed. They will all follow up with NBCFAE after briefing their bosses.
- Legislative Correspondent for Congressman Henry "Hank" Johnson, 4th District of Georgia.

- There was no meeting scheduled with Congressman Johnson however, a "courtesy visit" proved to be meaningful. The Legislative Correspondent asked follow up questions about MD-715 and how is EEOC addressing reports from FAA. NBCFAE explained that MD-715 is simply a reporting tool and provides guidance for selecting officials and not an action plan.
- The question arose regarding previous congressional contacts and correspondence exchanges. The Correspondent requested copies of all correspondence exchanges be sent to him. He also wanted to know if the Inspector General (IG) had seen the reports submitted by FAA. Answer, no.
- We were advised that Congressman Johnson is trying to get back on the Transportation Committee.
- Director of Policies, Congressional Black Caucus.
  - This was a follow up meeting with the Director to do an overview of the previous meeting and we asked what can NBCFAE do to assist with getting the "ball rolling" again. We were told to continue to push.
    His office will follow up with the letter that was sent to the FAA and assess their response and share with Committee Chairman Ronald G. Bagley.

# EXHIBIT A-4

PLA0160

# *TEAM SEVEN PROGRESS REPORT* 10-2-2013

**ISSUE**: For the past 18 years, the DOT/FAA has steadfastly refused to develop and implement an Affirmative Employment Program (AEP) as stipulated in 29 CFR 1614. 101 and in accordance with the Supreme Court rulings that such plans must be "narrowly tailored" and utilize "strict scrutiny" in implementation.
**RAMIFICATIONS**: An effective AEP would ensure fairness in recruitment, hiring, training, promotions, etc., in addition to eliminating trends and barriers for women and minorities in the workplace. As a result of this blatant violation of law and regulation, DOT/FAA is one of the least diverse federal agencies in America. The economic impact includes denial of jobs and advancement opportunities for Blacks and other minorities.
**INFORMATION:**

1. DOT/FAA submits one national MD-715 Report to EEOC and Congress that violates law and regulation because it is not "narrowly tailored" to specific geographiclocation (use United States Supreme Court Decisions, such as Adarand and Croson)
2. Reports indicate African-Americans in the DOT/FAA are significantly under

represented and are severely, adversely impacted by workplace discrimination.
**ISSUES/CONCERNS:**

1. Agency showing no accountability for improvement in workforce diversity
2. Agency does not apply "strict scrutiny" in identifying and taking action on under representation issues
3. MD-715 report does not provide a breakdown of statistics by geographic locality but presents only an overall national reporting synopsis.
4. There have been no effective programs to address under representation or workplace discrimination.
5. Current data is inaccurate due to narrow analysis and reporting.

**CONCLUSION:**

1. A systemic solution is necessary since this is a systemic problem due to the FAA's failure to utilize a legal plan that will hold management accountable for Civil Rights issues.
2. NBCFAE stands ready to be part of the solution.

Since the 2012 Las Vegas conference, Team 7 members have made several trips to Washington to meet with government officials concerning the Federal Aviation

PLA0161

Administration's (FAA) failure to address under representation of Blacks in the agency. Congressional visits included:

February- 40 offices

March – 6 offices including CBC and EEOC

June – 18 offices, FAA + consultants

August- EEOC and Attorneys Kator, Parks and Wiser and Office of the Congressional Black Caucus.

Our plan has three (3) prangs:

1. Continue to form external alliances with other civil rights organizations.
2. Continue to meet with members of congress.
3. File law suit.

For the Federal Aviation Administration to be successful in eliminating under representation in their recruitment, hiring, awards, promotion, retention, and training practices they must implement an affirmative employment program plan (AEP).

NBCFAE recommendations are that an AEP must include elements from President Obama's Executive Order 13583 (for Diversity Oversight) that will create a culture of collaboration, flexibility, and fairness to enable individuals to participate to their full potential; a plan that includes a continuing effort to identify and adopt best practices, that will improve the effectiveness of the agency's efforts to recruit, hire, promote, retain, develop, and train a diverse and inclusive workforce and that it be incorporated into the agency's human capital plan.

# EXHIBIT A-5

PLA0163

**From:** "Shelton G. Snow" <shelton.snow@nbcfaene.org>
**Subject: Telcon Minutes (12/16/2013) Please Read Regarding FAA ATC Hire**
**Date:** December 16, 2013 10:47:35 PM EST



Email addresses allegedly obtained by NBCFAE from FAA HR

Aspiring FAA Air Traffic Controllers,

I was delighted to share with you the process of becoming the next group of Air Traffic Controllers selected for FAA hire!

As promised, attached to this email is the minutes from tonight's telcon. Please consider this file as a checklist to prepare for the open bid. I can be reached for additional questions and/or comments.

Also attached is a membership application for those wanting to join our organization as Associate Members. I have already stressed the importance and the benefit of joining our organization. **Your membership will grant us the authority to represent youINDIVIDUALLY.** Join us to see and be seen. If you choose to join our beloved organization please complete the attached application and send it back to me via email. I am also attaching past newsletters that should give you a small view of what goes on in our organization. The check/money order shall be sent to:

NBCFAE National Treasure
Jacki Malone
6430 College Park
Atlanta, Ga. 30349

Please allow us the opportunity to serve you. We are the only organization of its kind. We have many gatherings within our Region that will place you up-close and personal to some of the most powerful men and women in the Air Traffic Organization (ATO). It's important to know that you will become a member of a winning team. Our region is distinguished as one of the best regions in the country. The

Washington Suburban Chapter has been recognized as the best operating Chapter in the country for 2 straight years. We are here for you. Our trenches are supplied with essentials that will give you the best chance to succeed.

May God continue to bless you and your families. Again, it's been a pleasure and I look forward to collaborating with each of you very soon. Good luck!

In Unity,

Shelton G. Snow
**Northeast Regional Vice-President**
**Washington Suburban Chapter President**
**\*\*\*2012 & 2013 National Chapter of the Year**
**\*\*\*2013 National Region of the Year**
**Email: shelton.snow@nbcfaene.org**
**Cell: 757-589-0577**

PLA0165

Associates Members TELCON

12/16/2013

Welcome

Introduction

- Name, JOB Title, Location, Transfer Status
- NBCFAE Title
- Introduce
  - o Roosevelt
  - o Ejide
  - o Leslie
  - o Ashley Morely
  - o NBCFAE
    - ▪ http://www.nbcfae.org/content.aspx?page_id=22&club_id=303425&module_id=107292
    - ▪ http://www.nbcfae.org/content.aspx?page_id=22&club_id=303425&module_id=107294
- 1. Groom members thought process to better corner achievement, heighten potential to advance up the managerial and/or facility ranks, and influence them to become the best at their craft; thereby making them a key professional in their field of expertise.
- 2. Be your voice of reason in catering to their needs as African-Americans and women in the FAA.
- 3. Serve as a national directory – meaning that regardless of where they work the coalition is within reach to serve as their support group in a host of occurrences.
- 4. Serve as a mentor, coach, and overseer of their training to ensure equality and fairness throughout the training program.
- 5. Also serve as their professional network. This is important for those desiring transfers, promotions, and recommendations for leadership programs such as: ATCLP and PEL. You will discover that some of the most powerful black managers in the ATO stand united with younger generations of FAA employees, and together they stand as one voice! **It's just who you know, but it's how well you know them**
  - ▪ And in this case, preparing eligible members for FAA careers.

Appreciation

# ABOUT THE FEBRUARY 10TH BID

I. Date & Length of time it will stay open.
   a. FEBRUARY 10, 2014

PLA0166

b. 2 weeks

II. Purpose of this telcon

    a. Ensure that you are locked and loaded by the end of the year.

III. What to do now.

    a. Start grouping resume's applicable records and upload them to USA Jobs (12/31).

        i. DD214

        ii. VA Disability confirmation Letters by the Department of Veterans Affiars.

        iii. Locate, scan and upload CTO and Radar Certifications.

        iv. Locate, scan and upload any information that will help validate your credentials in the hiring process.

        v. Locate, scan and upload everything NOW!

        vi. **FIRST AND FOREMOST….**check your email addresses. If your email address does not include your first and last name then change it. For example: Denzel.Washington@gmail.com. Explain why.

        vii. In the past we've had people on the selection panel we want them to be able to identify you.

        viii. Also, very important…on your resume please include if you are a NBCFAE Member. Most of you are Associate Member; put it on your resume! This is for us to know who our people are in the case that we have one of our very own on the board. In the past we've always had one, and they share our enthusiasm. **Can you see the strategy.**

    b. We are only concerned about African-Americans, Women (of every ethnic background), and other minorities. Please ensure that you share this information with no one that is identified outside of that. This information is reserve for those classes of people we represent. This is to minimize competition. We effort to influence the FAA to diversify the ATC workforce, and we aim to only prepare candidates that are demographically classed to meet that diversification.

    c. When you apply for the air traffic bid in the past it gave you an opportunity to choose a state in which you could be selected for. If that state is not available you will be passed over. PLEASE PUT ANYWHERE IN THE US ON THE APPLICATION, this will maximize the possibilities of you getting picked up.

    d. In the past the FAA has hired ATC candidates without regard to Affirmative Action.

IV. Introduction of the Barrier Analysis. (President Roosevelt)

    a. This is important!

    b. Please listen and pay close attention.

    c. This will explain why it is important for each of you to satisfy the purpose of this telcon. **That's all you can do. Your part is critical.**

V. More Information Regarding the Bid.

    a. There will be a test for ALL Applicants (regardless of filing status)

       i. President Roosevelt, again, can you comment?

      ii. 70%, 85% or higher.

     iii. VRA will also have to test.

     iv. **There will be a practice exam released by the FAA towards the end of January.** January 29, 2014 and February 12, 2014. It will be a virtual tour to the FAA's air traffic control occupation. Web address?

      v.

     vi.

  b. CTI Students

       i. AT-SAT will not count for the FAA version of the test. You will need to retest. Allow the AT-SAT help you prepare for the FAA's test.

      ii. This will be an open/off-the-street-hire for air traffic candidates. **Everyone will be grouped together.**

     iii. In the past there were a separate vacancy job announcement for filing status (VRA, CTI, and then there were the open/off-the-street-bid). That's over now. Everyone will be grouped together on this bid.

VI. Membership

  a. 2 main categories of membership

       i. Active

         1. Describe

         2. Dues Paying Members

      ii. Associate

         1. Any person who is not an employee of the FAA, but has an interest in NBCFAE, may become an Associate Member on such terms and with such privileges as the Membership Committee may provide.

         2. $50 Year. Complete Membership Application, scan and email back to me. Mail Check or money order to

            a. NBCFAE National Treasure. 6430 Jones Road. College Park, GA 30349

            b. I will include each you in our chapter database

     iii. Why should you become a member?

         1. Website

         2. The fact that we are having this telcon detailing specific information which could drastically change your circumstances indicates that we are heavily concerned your future as an ATCS in the FAA.

         3. The NBCFAE is the largest, most successful and influential employee association in the agency. We exist because of people like you - potential and/or associate members looking for FAA

careers. We exist because of people like me – Active members that are constant in need of professional development and mentorship.

    4. The question is not why should you join, the question is why should you not, because you have nothing to lose but a career in the FAA as an air traffic control specialist to gain. Let us label you.

VII. RECAP the high-lit information.

VIII. Questions

    a. Ask in the order those who called in on the telcon.

    b. Be specific, direct, and very on your question.

    c. These Q&A's, and the minutes of this telcon, will travel throughout the country to other Regional Presidents. This information will be used for them to host telcons throughout their region so your question may help them address concerns before they are asked.

    d. Do not let us move on without your question being answered.

IX. Conclusion

# EXHIBIT A-6

From: NER Vice-President & WSC President
<Shelton.snow@nbcfaene.org<mailto:Shelton.snow@nbcfaene.org>>
Subject: IMPORTANT!
Date: January 15, 2014 4:54:55 PM EST
To: REDACTED

WSC Brothers and Sisters,

It has been confirmed, there will NOT be a selection panel for the open bid on February 10th. Instead, FAA Human Resources will scan in resumes and the computer will group resumes based on key words (aka. "Buzz Words"). These buzzwords will flag your resume, thereby giving you the advantage over thousands of resumes that may flood the system. A list of these buzzwords are attached to this email. This list is being provided to you through one of our members in HR. I encourage you to keep a lid of this attachment and focus on YOUR resume. If the entire country caught wind of this attachment, then how will your resume be distinguished from others? After editing your resume using the attached file, resend me your resume for viewing. In the subject line type: "Amended Resume for (Name)".

Please keep this email confidential between yourselves and the NBCFAE. The information we share with you is to help members of our organization that has invested in their future through the NBCFAE.

In Unity,

Shelton G Snow
NER VICE-PRESIDENT
NBCFAE

# EXHIBIT A-7

PLA0172

Subject: IMPORTANT UPDATE ON ATC Vacancy Announcement.
Date: Tuesday, January 28, 2014

**TO: NBCFAE Family,**

Please read the information below carefully.  This process is constantly evolving.

### *So here's what is fact so far.*

1. The controller vacancy announcement is open to all US citizens that meet the minimum qualifications of the vacancy.  Everyone interested should bid.  The list will also be used to fill future vacancies.

2. Rumors have been spreading that temporary offer letters (TOL) may still be offered to people that went through the old hiring process.  As you know this has been a big issue for NBCFAE.  I confirmed yesterday with agency leadership including AHR-1 that the agency will not offer jobs to people that may have been in that pipeline.  Their words were "That list has been purged.  So please tell everyone impacted by this to apply on the upcoming bid.

3. College Training Initiative (CTI schools:  During the holidays CTI schools were informed that they will no longer receive the preferences they have been receiving. I received a lot of feedback from people impacted by the change.  Some of it was very negative and some centered around not understanding why NBCFAE fought the issue the way it did. That conversation will continue but the bottom line is all CTI students need to apply on the upcoming bid.

4. Veteran Preference remains.  There will be more coming on this one.

5. There is an effort to hire people with targeted disabilities to work in the ATO.  The ATO has set a 2014 goal of hiring 10 people with targeted disabilities. The key word is the definition of targeted.  More to come.

### *WHAT WE DO NOT KNOW*
We do not know exactly what the new ATSAT test will look like.  We have a general idea based on the skill set needed to perform the job. The test will have two components: a biographical test and a cognitive test. You will have to pass the biographical portion to take the cognitive portion.

We do not know exactly how the selection factors will be applied but we do know that a diverse pool must come from the process.

The Federal Aviation Administration (FAA) is still working on both of the above issues and as soon as I know you will know.  Please bear with me if it takes time.  I want to share the correct information the first time.

### *WHAT'S DIFFERENT*
The hiring process for applicants will be a modified Pepsi hiring process which means there will be five locations where a person can travel to at their own expense to go through the hiring process before attending the academy.  The locations are Seattle, Dallas, Atlanta, Chicago and the fifth site is to be determined.

Applicants will be able to go through the security and human resources part of the process but will have to handle their medical clearance separately.  If a person chooses not to use the Pepsi process then they will still have the option to use the standard hiring process which takes more time. More to come.

The FAA plan to issue a number of vacancy announcements on February 10, 2014 for air traffic control specialists on a nation-wide basis.  It will only be open for 10 days.  Go to the link below:
http://www.faa.gov/jobs/career_fields/aviation_careers/

Visit the FAA Virtual Career Fair (VCF) and learn about select aviation careers FAA is offering. FAA recruitment experts will be available for live chats on Jan. 29, 12–4 p.m. EST, and Feb. 12, 12–4 p.m. EST.  To register for the VCF and to learn about these aviation careers, go to http://vshow.on24.com/vshow/network/registration/5492
Also, visit the USAJOBS Resource Center at help.usajobs.gov to learn how to build your resume and access tips and tutorials on applying and interviewing for federal jobs. You are highly encouraged to use the resume builder. available on the USAJOBS website usajobs.gov.

**_Let me say a few things in closing._**

We have been very successful in spreading the word on this announcement and it is no surprise, especially in these times, that the response has been enormous. I have seen so many diverse and talented young folks looking for opportunities. Our challenge is to assist them in any way we can to find opportunities wherever they can including in other areas of the federal government if possible. More to come and we will need your help.

NBCFAE has a proud history of helping everyone who ask us for help. We do not ask the ethnicity of anyone seeking our assistance and we want the best and brightest to work for the FAA. I believe what is sometimes lost is that we are also the best and brightest. NBCFAE's goals include assisting in recruiting African Americans, females, and minority individuals into the FAA and to promote equal employment opportunities through all lawful means. We do not apologize for our commitment to that end.

We encourage everyone to become members of NBCFAE. We believe that NBCFAE's work speaks for itself and we encourage people to become a member. Please go to www.NBCFAE.org. Click on the Member Login on the Home Page. Then go to the Resources header. Use the drop down menu to go to Documents and then to ATC vacancy for additional information on the ATC hiring process.

Please email any questions you have to me. I will compile them and send a Frequently Asked Questions often.

Have a GREAT DAY!

In Unity,
Roosevelt Lenard, Jr.
NBCFAE National President

# EXHIBIT A-8

PLA0175

## NBCFAE'S TEAM SEVEN UPDATE   January 30, 2014



## Ronald Bagley, NBCFAE EEO Chairperson

### CURRENT ACTIVITIES:

Ronald Bagley  has been attending the Coalition for the Peoples' Agenda meeting (Rev. Dr. Joseph E. Lowery's group). Randy Williams continues to work with the Moral Monday group on behalf of Team 7.

### Pending & Ongoing

Schedule meeting with Washington, DC Congressional Black Caucus (CBC) for some time in February.

Follow up on our face to face in March regarding the items below: Questions to Federal Aviation Administration (FAA) Administrator Michael P. Huerta regarding the FAA's barriers and its trend analysis of the workforce's major occupations by race, national origin, sex and disability.  FAA's responses were that they are working on the issues. DOT alliances indicated to the CBC that they should actively remain on this discrimination issue.

CBC leaders met with DOT and FAA to discuss the agency's hiring process. Next steps are to include appropriations language in to the FAA letters as this may be a vehicle that could remove these barriers very quickly.  Additionally, CBC's support to NBCFAE is to ask for best practices that align to FAA's hiring practices for a concentration of minority hiring.

Also, during this visit met with CBC constituents including Congressman Elijah E. Cummings (House Representative, Maryland).  Congressman Cummings, Chair of the Committee on Oversight and Government Reform is engaged with the CBC Policy Director and will aid in the development of strategies regarding FAA's infrastructure and political taskforce.

Follow up with membership (joining) requirements of the Coalition of the Peoples Agenda.  Follow up on a meeting with Dr. Joseph E. Lowery; currently pursuing information on the status of the IOU's from our last meeting with Rainbow PUSH Coalition's Vice President of Legal Affairs, Attorney Janice E. Mathis.  We then will move forward on the following: Letter to and meeting with DOT, FAA and EEOC.

PLA0176

# EXHIBIT A-9

PLA0177

# Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process



**Federal Aviation Administration**

**Prepared by:**
**FAA Office of Civil Rights (ACR) and Office of Human Resources (AHR)**

**Presented to:**
**National Employee Association Forum**

**June 20, 2013**

PLA0178

# EXHIBIT A-10

PLA0179

From: terry.craft@faa.gov [terry.craft@faa.gov]
Sent: Friday, February 08, 2013 6:30 AM
To: Ramon Claudio
Cc: afsll@uaa.alaska.edu; anaumann@mdc.edu; asikora@broward.edu;
Brent.Spencer@erau.edu; cscott@greenriver.edu; Coynea7e@erau.edu;
danm@hesston.edu; donofrij@dowling.edu; drechsel@aero.und.edu;
dwilliams@ccbcmd.edu; dwilt@fit.edu; Deborah.abingdon@roswell.enmu.edu;
gwescott@tulsacc.edu; jeichelberger@ccbcmd.edu; jmerkt@ju.edu; Jim.Scott@ccbc.edu;
kuhlmank@msudenver.edu; linda.bracewell@minneapolis.edu; lwilkin2@aims.edu;
mike.deml@minneapolis.edu; mmcfarl2@kent.edu; mnolan@purdue.edu;
mtfranqui@gmail.com; Margaret.browning@hamptonu.edu; parrotwi@lewisu.edu;
ron.ferrara@mtsu.edu; rpace@mgc.edu; rrogus@mtsac.edu; ryan.seiler@wmich.edu;
sam.fischer@fscj.edu; sdaum@mtsac.edu; sharon.devivo@vaughn.edu;
slanderson@stcloudstate.edu; stephenwest@ou.edu; Seanfortier@letu.edu;
verne.latham@asu.edu; Webb, Donnetta; Peter Wyman; ">"@faa.gov;
afach@uaa.alaska.edu; ancds@uaa.alaska.edu; aviation@greenriver.edu;
Albert.culp@tstc.edu; beverly.byrdsong@hamptonu.edu; broganwi@lewisu.edu;
Barb.soleta@aims.edu; Brad.Sherman@tstc.edu; carey.freeman@hamptonu.edu;
ccheatum@fscj.edu; ckomsa@ccbcmd.edu; dbraun1@broward.edu;
dcushwa@uaa.alaska.edu; dgallion@fscj.edu; dlewis4@mdc.edu;
Dusty.lewis@roswell.enmu.edu; fieglr@erau.edu; forrestj@msudenver.edu;
gcomollo@greenriver.edu; gregory.mcguirk@erau.edu; greverdi@fitaviation.com;
gzlotky@mtsu.edu; hayden_scott@dwc.edu; Ida, Richard; jboerger@kent.edu;
jcain@fit.edu; john.gilding@asu.edu; joseph.gridley@asu.edu; jshakesp@broward.edu;
juan.salmon@roswell.enmu.edu; JCALAF@bayamon.inter.edu; koplinkl@dowling.edu;
lstephe4@aims.edu; Miller, Scott; mtsuatc@mtsu.edu; mummeb6e@erau.edu;
mwillet@ju.edu; Mary.Niemczyk@asu.edu; rcharles@mgc.edu; rpcapozzi@uaa.alaska.edu;
ryates@ju.edu; RBancroft@tulsacc.edu; Rosalinda.Herrera@tstc.edu;
Rusty.Chandler@cecilairport.com; sandraz@hesston.edu; sandyt@hesston.edu;
senglish@broward.edu; smithabc@erau.edu; streitmi@lewisu.edu;
Sshackelford@mtsac.edu; SteveKintner@letu.edu; trena.mathis@minneapolis.edu
Subject: Re: URGENT REQUEST: CTI Diversity initiatives

Ramon;

The panel sees the application but does not see anything that is prohibited in selecting based on merit that is anything that is prohibited.

By law the FAA or any other employer can not select an applicant based on race, color, creed, national origin, sex, and in our case and most companies, sexual orientation (Government Executive Order (Clinton 1992), not law).

The issue we have is ensuring those applying and found qualified represent diversity, which hopefully means the applicant "pool" is diverse. If we select as we are bound to, by "merit" without regard to the factors mentioned above, then the selections will hopefully represent the diversity of the pool.

My objective, should it be true, is to demonstrate that the CTI pool is as diverse as the other hiring pols including VRA and Gen Pub. There is a perception that it is not. So far I do not see this as true, so I need data to back this up before perception becomes perceived truth.

I am attempting to demonstrate, again if true, that the CTI future hiring pool is as or more

diverse, and the 36 schools do more to reach those communities than we, the FAA, or anyone else can do.

I hope that helps everyone understand what I am doing and how important it is.

Terry

Terry L. Craft
AJI-216 Manager External Training Initiatives
Air Traffic Collegiate Training Initiative
www.faa.gov/go/atcti<http://www.faa.gov/go/atcti>
Tech Ops Collegiate Training Initiative
Flight Deck Training
Out of Agency Training
202.385.6788 (Office)
202.578.7627 (Mobile)

-----Ramon Claudio <ramon.claudio@tstc.edu> wrote: -----

To: Terry Craft/AWA/FAA@FAA
From: Ramon Claudio <ramon.claudio@tstc.edu>
Date: 02/08/2013 08:57AM
cc: afsll@uaa.alaska.edu, anaumann@mdc.edu, asikora@broward.edu,
Brent.Spencer@erau.edu, cscott@greenriver.edu, Coynea7e@erau.edu,
danm@hesston.edu, donofrij@dowling.edu, drechsel@aero.und.edu,
dwilliams@ccbcmd.edu, dwilt@fit.edu, Deborah.abingdon@roswell.enmu.edu,
gwescott@tulsacc.edu, jeichelberger@ccbcmd.edu, jmerkt@ju.edu, Jim.Scott@ccbc.edu,
kuhlmank@msudenver.edu, linda.bracewell@minneapolis.edu, lwilkin2@aims.edu,
mike.deml@minneapolis.edu, mmcfarl2@kent.edu, mnolan@purdue.edu,
mtfrangui@gmail.com, Margaret.browning@hamptonu.edu, parrotwi@lewisu.edu,
ron.ferrara@mtsu.edu, rpace@mgc.edu, rrogus@mtsac.edu, ryan.seiler@wmich.edu,
sam.fischer@fscj.edu, sdaum@mtsac.edu, sharon.devivo@vaughn.edu,
slanderson@stcloudstate.edu, stephenwest@ou.edu, Seanfortier@letu.edu,
verne.latham@asu.edu, webbd@scc.losrios.edu, wyman_peter@dwc.edu,
afach@uaa.alaska.edu, ancds@uaa.alaska.edu, aviation@greenriver.edu,
Albert.culp@tstc.edu, beverly.byrdsong@hamptonu.edu, broganwi@lewisu.edu,
Barb.soleta@aims.edu, Brad.Sherman@tstc.edu, carey.freeman@hamptonu.edu,
ccheatum@fscj.edu, ckomsa@ccbcmd.edu, dbraun1@broward.edu,
dcushwa@uaa.alaska.edu, dgallion@fscj.edu, dlewis4@mdc.edu,
Dusty.lewis@roswell.enmu.edu, fieglr@erau.edu, forrestj@msudenver.edu,
gcomollo@greenriver.edu, gregory.mcguirk@erau.edu, greverdi@fitaviation.com,
gzlotky@mtsu.edu, hayden_scott@dwc.edu, idar@scc.losrios.edu, jboerger@kent.edu,
jcain@fit.edu, john.gilding@asu.edu, joseph.gridley@asu.edu, jshakesp@broward.edu,
juan.salmon@roswell.enmu.edu, JCALAF@bayamon.inter.edu, koplinkl@dowling.edu,
lstephe4@aims.edu, millers@scc.losrios.edu, mtsuatc@mtsu.edu, mummeb6e@erau.edu,
mwillet@ju.edu, Mary.Niemczyk@asu.edu, rcharles@mgc.edu, rpcapozzi@uaa.alaska.edu,
ryates@ju.edu, RBancroft@tulsacc.edu, Rosalinda.Herrera@tstc.edu,
Rusty.Chandler@cecilairport.com, sandraz@hesston.edu, sandyt@hesston.edu,
senglish@broward.edu, smithabc@erau.edu, streitmi@lewisu.edu, Sshackelford@mtsac.edu,
SteveKintner@letu.edu, trena.mathis@minneapolis.edu

Subject: Re: URGENT REQUEST: CTI Diversity initiatives

Terry,

The overwhelming efforts and initiatives that all CTI schools have leave no doubt that we are reaching out to everyone; however, I have to wonder if the FAA is doing the same. From my understanding of how the hiring panels operate is that the only information the panel members see are names, AT-SAT Scores, GPA, and whatever the student writes in a small comments section of the application. How can the FAA explain that they are looking for diversity yet they blind the very people who are supposed to hire a more diverse workforce by hiding diversity information from the hiring panel members?

Can you please clarify what information the hiring panel members see of each applicant?

Ramon

On Fri, Feb 8, 2013 at 6:43 AM, <terry.craft@faa.gov<mailto:terry.craft@faa.gov>> wrote:
CTI Partners;

As I have briefed in the past I am working on the CTI Diversity report that will be pushed up to the highest levels of the FAA.

As I have noted before, I am overwhelmed at the work that you do to reach out to those in under served communities and expose the profession to those who may not be aware of it.

I have compiled all the data that was collected and most important all the initiatives you have worked on this school year. I have transposed them from your evaluations into a single document that will accompany the data. (ATTACHED) I did not alter them, only formatted. Additionally I am going to write a preface to the report that will highlight the CTI commitment through your actions.

Most of you were very detailed in your evaluations and some, did just as asked and answered the question. I want to give you the opportunity to update and add any additional initiatives you may have so I can include them in the report that is being sent up next Friday.

If you have anything new or want to expand on the simple "yes" "no" answers send it to me in a word document no later than COB Tuesday 2/12/2013. I will update the report and add the information to your 2012-13 evaluations.

I can not stress enough how important it is to us for you to do what you do, I absolutely need to demonstrate this to those way way above.

Thanks again as always for being so responsive!

Terry


Terry L. Craft
AJI-216 Manager External Training Initiatives
Air Traffic Collegiate Training Initiative

www.faa.gov/go/atcti<http://www.faa.gov/go/atcti>
Tech Ops Collegiate Training Initiative
Flight Deck Training
Out of Agency Training
202.385.6788<tel:202.385.6788> (Office)
202.578.7627<tel:202.578.7627> (Mobile)


--
[http://www.waco.tstc.edu/docs/2194.jpg]
Ramon Claudio
ATC Department Chair
Texas State Technical College
3801 Campus Drive
Waco, Texas 76705
Office: 254-867-2086
Mobile 254-523-7519
Email: ramon.claudio@tstc.edu<mailto:ramon.claudio@tstc.edu>

"This email may contain the thoughts and opinions of Ramon Claudio and does not
represent official Texas State Technical College-Waco policy."

# EXHIBIT A-11

PLA0184



The Forum of Fargo-Moorhead

Anna Burleson, Forum News Service, Published March 05 2014

# Want to be an air traffic controller? UND says FAA has 'dumbed down the process'

GRAND FORKS - The Federal Aviation Administration has leveled the playing field for anyone wanting to work as an air traffic controller.

But is that a good thing?

Instead of giving preferential treatment to people with degrees in the field, as of February, anyone can be considered for the job as long as they pass a preliminary test and have a bachelor's degree or three years of work experience in any field whatsoever.

Paul Drechsel, assistant chairman of the University of North Dakota's air traffic control program said the decision was confusing and definitely a cause for concern.

"It's almost like they dumbed down the process," he said. "If I was the flying public I would be very concerned about this."

FAA Spokesman Tony Molinaro said the decision was made to "add diversity to the workforce."

"There's always a need for ATC because by age 55 you have to retire," he said. "That turnover does happen faster than in a normal workplace."

Molinaro said it's great if people with ATC degrees apply because the process will be a lot easier for them, but it doesn't necessarily mean they have a leg up.

"We know that we have to hire 'so many thousands' over the next decade, so it's a way to see if we can find the best applicants across the whole population," he said.

But Drechsel doesn't see it that way.

"We're confused," he said. "We haven't had any feedback yet, but we requested it from the FAA so we can make adjustments."

UND's Department of Aviation has assembled a legislative affairs committee to essentially convince state and local politicians to use their influence to get the decision reversed.

"I think with patience, this will change," Drechsel said.

PLA0185

UND is certified as a Collegiate Training Initiative school, meaning before the rule change, students who

earned degrees could skip the first five weeks of a 12-week FAA-mandated training session at the Mike Monroney Aeronautical Center in Oklahoma City.

Now, a person who has no experience in the field can take the course after passing an initial test to measure things such as one's ability to handle stress.

But Molinaro said it still requires a certain skill set to pass all of the tests and work in ATC.

"We're looking at not just basic knowledge, we're looking at reaction time, working under stress, multitasking, thinking in three dimensions, things like that," he said.

# EXHIBIT A-12

PLA0187

# Candidate Pool Representation Through to CSP by Ethnicity



This is part of a deliberative process focused on the Agency's hiring procedures for Air Traffic Controllers. This progress report, dated June 11, 2013, is based on ongoing analyses.



**Federal Aviation Administration**

22