# Exhibit 15

PLA0189

# Zhonette M. Brown

**PROFESSIONAL EXPERIENCE:**

**Mountain States Legal Foundation**, Lakewood, CO; *General Counsel*, 11/2018-Present.

**United States Postal Service**, Denver, CO; *Contract Attorney*, 1/2018-11/2018.

*Practice:* Employment discrimination class actions and administrative proceedings.

**Bryan Cave LLP**, Denver, CO; *Partner*, 2012-7/2017.

*Practice:* Commercial Litigation and White-Collar Defense. Experience includes defense of federal False Claims Act cases, trade secrets claims, employment disputes, and contract disputes; defending and pursuing class claims; conducting internal investigations and responses to governmental investigations; and providing contracting counseling. Industries represented include health care, real estate, oil & gas, telecommunications, financial services, and software service providers. Routinely provided transactional risk-mitigation/liability advice. Pro bono efforts include membership on the Colorado Lawyer's Committee Educational Task force and pursuit of related litigation as well as involvement in legal clinics and provision of services for the homeless.

*Leadership*: Hiring Partner; Chair of the Colorado Recruiting Committee; Denver Chair for the Women's Affinity group.

**Brownstein Hyatt Farber Schreck**, Denver, CO; *Shareholder*, 2008-2012.

*Practice:* Commercial Litigation. Experience includes defense of employment discrimination claims, consumer class actions, business torts, contracts, and regulatory matters as well as bankruptcy/reorganization litigation. Industries represented include insurance, real estate development, mortgage lending, oil & gas, and telecommunications. Pro bono representations included Section 1983 litigation and legal services clinics.

*Leadership:* Primary responsibilities include serving as the principal attorney with day to day responsibility and client interaction for numerous complex and interrelated matters; supervising teams of associates, professionals, staff, experts and consultants on various matters; serving on the Professional Development Committee; and serving as the Assignment Partner for the Litigation Department.

**Kirkland & Ellis LLP**, Washington, D.C.; *Partner*, 2004-2008; *Associate*, 1999-2004.

*Practice:* Commercial Litigation. Experience includes defense of financial fraud and misrepresentation cases, response to SEC investigations, multi-district litigation, class actions, domestic and international contract arbitration, and bankruptcy litigation. Industries served include energy, automotive, chemicals, homebuilding and oil & gas. Pro bono representations included employment litigation and seeking asylum for an immigrant.

*Leadership*: Chair of Summer Associate Committee, member of Summer Associate, Recruiting, Legal Assistant Review and Diversity Committees, Women's Leadership Initiative.

**United States District Court, District of Maryland**, Baltimore, MD; *Law Clerk*, 1998-99.

The Honorable Marvin J. Garbis: Researched and wrote bench memoranda. Drafted judicial opinions on various matters including bankruptcy, trademark infringement, and employment discrimination. Managed cases and docket.

## CLASS ACTION EXPERIENCE:

*In re American Online, Inc. Version 5.0 Software Litigation.;* No. 00-1341; (S.D. Fla. 2000) (Multiple Class Actions). Represented AOL in defending against multiple federal consumer class-action matters subject to MDL, as well as in state class actions, concerning the operation and inter-operability of the AOL software. MDL action resolved via class action settlement.

*Rees v. BP Am. Prod. Co.*, 211 P.3d 910, 911 (Okla. Civ. App. 2008). Represented BP in defending against class action alleging that BP defrauded royalty owners in BP's largest natural gas system in Oklahoma. Trial court dismissed class action complaint and Oklahoma Court of Civil Appeals affirmed the dismissal, marking the first time that an Oklahoma appellate court has held that a class action can be denied because issue preclusion prevents unnamed class members from filing subsequent class actions.

*Chockley v. BP Am. Prod. Co.*, No. CJ-2002-84 (Okla. Dist. Ct., Beaver County 2002). Represented BP in defending against state-wide class action alleging that BP defrauded Oklahoma royalty owners by miscalculating royalty payments. Class was not certified.

*George Durgin v. Technical Olympic, USA, Inc. et al*, Case No.: 06-61844-CIV-Marra (S.D. Fla. 2006). Represented Technical Olympic, USA, Inc. in defending against securities fraud class action.

*Vernon v. Qwest Communications*, No. C08-1516Z; W.D. Wash, 1:09-cv-01840, D. Colo. (2009). Represented Qwest Communications in defending consumer class action challenging Qwest's internet service termination fees.

*Grosvenor v. Qwest Corp.*, No. 1:2009-cv-02848 (D. Colo. 2009). Represented Qwest Communications in defending consumer class action challenging Qwest's internet service pricing.

Plaintiffs' Representation: *Cheryl M. Foley, et al v. Cordillera Golf Club, LLC.*, Case No. 2011-CV5-52, Co. District Court, Eagle County (2011); Case No 1:2012-cv-00351 (D. Colo. 2012); No. 12-707 (10th Cir. 2012). Represented plaintiff class of club members suing club for violation of various membership terms. Case resolved via class action settlement.

**EDUCATION:**

**Georgetown University Law Center**, J.D., *magna cum laude*, 1998

**University of Colorado**, B.A. Communications, *summa cum laude*, 1995

**BOARD MEMBERSHIPS:**

Colorado Women's Chamber of Commerce: 2014-2016; Secretary, 2016

Food Bank of the Rockies: 2011-2013

ACTS Resource Center, Inc.: 2010-2011; Secretary, October 2010-July 2011

**CIVIC SERVICE:**

Belleview Elementary School Accountability Committee; Cherry Creek School District Accountability Committee; Colorado Lawyers Committee Educational Task Force; Leadership Cherry Creek; 50 for Colorado

**AWARDS:**

Colorado Super Lawyer 2014-17; Colorado Lawyers Pro Bono Team of the Year 2015

**BAR ADMISSIONS:**

Colorado (2008); Maryland (1998, inactive); District of Columbia (1999)