# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELAINE L. CHAO, Secretary, U.S. ) <br> Department of Transportation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 16-cv-2227 (DLF) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Stay in Light of Lapse of Appropriations, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that, within seven days after appropriations are restored to the U.S. Department of Justice and the U.S. Department of Transportation, the Parties shall file a joint status report regarding any further briefing on Plaintiffs' Motion for Class Certification.

**SO ORDERED.**

DATED: _____, 2019        _____
                                                                         UNITED STATES DISTRICT JUDGE