# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, Secretary, U.S. )<br>Department of Transportation, )<br>)<br>Defendant. )<br> | Civil Action No. 16-cv-2227 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Leave to File Surreply to Plaintiffs' Motion for Class Certification, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that Defendant may file a surreply in opposition to Plaintiffs' Motion for Class Certification, not to exceed ten pages, on or before February 8, 2019.

**SO ORDERED.**

DATED: _____, 2019      _____
                                     UNITED STATES DISTRICT JUDGE