# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent, | |
| Plaintiff, | Civil Case No. 16-cv-2227 (DLF) |
| v. | |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF WILLIAM PERRY PENDLEY

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), William Perry Pendley hereby withdraws his appearance in above-captioned matter as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The basis for this withdrawal is that Mr. Pendley is no longer employed with Mountain States Legal Foundation. Zhonette M. Brown and Michael W. Pearson, who have previously entered appearances on behalf of Mr. Brigida in this matter, will remain as counsel for Plaintiff.

DATED this the 4th day of February 2019.

Respectfully submitted,

*/s/* William Perry Pendley
William Perry Pendley (D.D.C. Bar No. 378906)
27453 Mildred Lane
Evergreen, CO 80439
Sagebrushrebel@reagan.com

Acknowledged by,

_Andrew Brigida_
_____
Andrew J. Brigida

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the all counsel of record in this matter.

<u>*/s/* Zhonette M. Brown</u>
Zhonette M. Brown
MOUNTAIN STATES LEGAL FOUNDATION