**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-001887-PAB

WILLSOURCE ENTERPRISE, LLC,

     Plaintiff,

v.

INTERIOR BOARD OF LAND APPEALS, RYAN ZINKE, in his official capacity as the Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,

     Defendants,

v.

WILDERNESS WORKSHOP,

     Intervenor Defendant.

---

**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

---

COMES NOW, Plaintiff, WillSource Enterprise, LLC, by and through their attorneys, and respectfully request that Christian B. Corrigan of Mountain States Legal Foundation be allowed to withdraw as counsel of record and that Zhonette M. Brown of Mountain States Legal Foundation be substituted as counsel of record. Pursuant to D.C.COLO. LCivR 7.1(a), counsel conferred with Counsel for Defendant and Counsel for Defendant-Intervenor, who advised that they have no objection to the granting of this Motion. Christian B. Corrigan will be leaving employment of Mountain States Legal Foundation on April 2, 2019. A Notice of Entry of Appearance for Zhonette Brown has been filed. Doc. 46.

Dated this 2nd day of April 2019.

/s/ Zhonette M. Brown
Zhonette M. Brown
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: 303-292-2021
zhonette@mslegal.org

Counsel for Plaintiff

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 2nd day of April 2019, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which will cause the following counsel of record to be notified:

<u>**Counsel for Defendants**</u>

David Z. Moskowitz
david.moskowitz@usdoj.gov

<u>**Counsel for Intervenor Defendant**</u>

Kyle James Tisdel
Shannon Laun
tisdel@westernlaw.org
laun@westernlaw.org

/s/ Jane E. Larrew
Jane E. Larrew
Paralegal