IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>Defendants. | Civil Case No. 16-cv-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF CHRISTIAN B. CORRIGAN

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Christian B. Corrigan hereby withdraws his appearance in above-captioned matter as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The basis for this withdrawal is that Mr. Corrigan is no longer employed with Mountain States Legal Foundation. Zhonette M. Brown and Michael W. Pearson, who have previously entered appearances on behalf of Mr. Brigida in this matter, will remain as counsel for Plaintiff.

DATED this the 10th day of April 2019.

Respectfully submitted,

*/s/ Christian B. Corrigan*
Christian B. Corrigan
(KS Bar No. 25622), *pro hac vice*
310 F St. NE
Washington, D.C. 20002
Christian.Corrigan@gmail.com

2

Acknowledged by,

*Andrew Brigida*
Andrew J. Brigida

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                                */s/ Zhonette M. Brown*
                                                Zhonette M. Brown
                                                MOUNTAIN STATES LEGAL FOUNDATION