Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063 (*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mslegal.org
brian@mslegal.org

Michael W. Pearson, AZ Bar No. 016281
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiffs and Putative Class Counsel*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, POLLYANNA L. WANG, SUZANNE M. REBICH, MATTHEW L. DOUGLAS-COOK, <br><br>    Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*, <br><br>    Defendant. | Civil Case No. 16-cv-2227 (DLF) <br><br> Judge Dabney L. Friedrich <br><br> **MOTION FOR ATTORNEY BRIAN GREGG SHELDON TO APPEAR *PRO HAC VICE*** |

To the Honorable Judge Dabney L. Friedrich:

Brian Gregg Sheldon hereby applies for permission to appear and participate as counsel for Plaintiffs and putative class representatives, Andrew J. Brigida, Pollyanna L. Wang, Suzanne M. Rebich, and Matthew L. Douglas-Cook, in the above-entitled cause pursuant to LCvR 83.2(c)

and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Brian Gregg Sheldon to Appear *Pro Hac Vice*.

The undersigned, Zhonette M. Brown, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

Pursuant to LcvR 7(m), on September 9, 2019, counsel for Plaintiffs and putative class representatives conferred with Defendant's counsel who stated that the *Pro Hac Vice* motion is unopposed.

DATED this 10th day of September 2019.

Respectfully submitted,

*s/ Zhonette M. Brown*
Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063 (*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mslegal.org
brian@mslegal.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of September 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Galen Thorp
*Galen.Thorp@usdoj.gov*

Michael Drezner
*Michael.L.Drezner@usdoj.gov*

                                          *s/ Zhonette M. Brown*
                                          Zhonette M. Brown, Esq