Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063 (*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mslegal.org
brian@mslegal.org

Michael W. Pearson, AZ Bar No. 016281
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiffs and Putative Class Counsel*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW J. BRIGIDA, POLLYANNA L. WANG, SUZANNE M. REBICH, MATTHEW L. DOUGLAS-COOK, | ) ) ) ) | Civil Case No. 16-cv-2227 (DLF) Judge Dabney L. Friedrich |
| Plaintiffs, v. ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*, Defendant. | ) ) ) ) ) ) ) ) ) | **DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY BRIAN GREGG SHELDON TO APPEAR *PRO HAC VICE*** |

I, Brian Gregg Sheldon, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following information is true and correct to the best of my knowledge:

1. My name is Brian Gregg Sheldon.

2. My office address is 2596 South Lewis Way, Lakewood, CO 80227.

3. My office telephone number is 303-292-2021.

4. I am currently admitted to practice in the following jurisdictions:

| Jurisdiction | Date of Admittance |
| --- | --- |
| State of Idaho | October 2, 2013 |
| U.S. District of Idaho | October 2, 2013 |
| Ninth Circuit Court of Appeals | February 10, 2014 |
| State of Colorado | September 13, 2017 |
| State of Wyoming | (pending admission ceremony) |

5. I am in good standing and eligible to practice before all of the above-referenced courts to which I am admitted, save for the State of Wyoming where I am still waiting to be sworn in by a judge (though my application to practice law has been approved in all other ways). I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

6. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

7. I am not a member of the District of Columbia State Bar, I do not engage in the practice of law from an office located in the District of Columbia, and I have never applied for membership in the District of Columbia Bar.

8. I am ready, willing, and able to appear before this Court in person for any and all conferences, arguments, or hearings as requested by this Court.

9. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

Zhonette M. Brown, Esq.
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mslegal.org

DATED this 10th day of September 2019.

        Respectfully submitted,

        *s/ Brian Gregg Sheldon*
        Brian Gregg Sheldon, Esq.
        2596 South Lewis Way
        Lakewood, Colorado 80227
        *Attorney for Plaintiff*