# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, POLLYANNA L. WANG, SUZANNE M. REBICH, MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*, <br><br> Defendant. | Civil Case No. 16-cv-2227 (DLF) <br><br> Judge Dabney L. Friedrich <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEY BRIAN GREGG SHELDON TO APPEAR PRO HAC VICE** |

Having reviewed the motion for admission of attorney Brian Gregg Sheldon, the Court finds that it should be GRANTED. IT IS THEREFORE ORDERED that Brian Gregg Sheldon is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Plaintiffs Andrew J. Brigida, Pollyanna L. Wang, Suzanne M. Rebich, and Matthew L. Douglas-Cook.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
Hon. Dabney L. Friedrich
United States District Judge