# Exhibit 3

# Google Groups

## ATC Hiring update from the National President

Jan 24, 2014 10:50 PM

Posted in group: **NBCFAEinfoWESTPAC**

NBCFAE Family,
  Please read the information below carefully.  This process is constantly evolving.


So here's what is fact so far.

1. The controller vacancy announcement is open to all US citizens that meet the minimum qualifications of the vacancy.  Everyone interested should bid.  The list will also be used to fill future vacancies.

2. Rumors have been spreading that (TOL) temporary offer letters may still be offered to people that went through the old hiring process.. As you know this has been a big issue for NBCFAE.  I confirmed yesterday with agency leadership including AHR-1 that the agency will not offer jobs to people that may have been in that pipeline.  Their words were "That list has been purged".   So please tell everyone impacted by this to apply on the upcoming bid.

3.  CTI schools.  During the holidays CTI schools were informed that they will no longer receive the preferences they have been receiving. I received a lot of feedback from people impacted the change. Some of it was very negative and some centered around not understanding why NBCFAE fought the issue the way it did. That conversation will continue but the bottom line is  All CTI students need to apply on the upcoming bid.

4.  Veterans Preference remains.  There will be more coming on this one.

5.  There is an effort to hire people with targeted disabilities to work in the ATO.  The ATO has set a 2014 goal of hiring 10 people with targeted disabilities. The key word is targeted which are defined. More to come.


What we do not know
We do not know exactly what the new ATSAT test will look like.  We have a general idea based on the skill set needed to perform the job. The test will have two components.  A biographical test and a cognitive test. You will have to pass the biographical portion to take the cognitive portion.

We do not know exactly how the selection factors will be applied but we do know that a diverse pool must come from the process.

The FAA is still working both these issues and as soon as I know you will know.  Please bear with me if it takes time.  I want to share the correct information the first time.

We will be offering  online training for persons interested in learning the types of skill set assessments we believe will be apart of the ATSAT test.


WHATS DIFFERENT
The hiring process for applicants will be a modified Pepsi which means there will be five locations where a person can travel at their own expense to go through the hiring process before attending the academy.  The locations are Seattle, Dallas, Atlanta, Chicago and the fifth site is to be determined.

Applicants will be able to go through the security and human resources part of the process but will have to handle their medical clearance separately.  If a person chooses not to use the Pepsi process then they will still have the option to use the standard hiring process which takes more time. More to come.

The Federal Aviation Administration (FAA)  will be issuing a large number of vacancy announcements on
February 10, 2014, for air-traffic control specialists on a nation-wide basis.  It will only be open for 10 days.

http://www.faa.gov/jobs/career_fields/aviation_careers/

Visit the FAA Virtual Career Fair and learn all about select aviation
careers FAA is offering. FAA recruitment experts will be available for
live chats on Jan. 29, 12–4 p.m. EST, and Feb. 12, 12–4 p.m. EST.

To register for the Career Fair and to learn about these aviation careers,
please visit:   http://vshow.on24.com/vshow/network/registration/5492

Applicants are highly encouraged to use the resume builder available on the
USAJOBS website usajobs.gov.

Visit the USAJOBS Resource Center at  help.usajobs.gov/ to learn how to
build your resume, and access tips and tutorials on applying and
interviewing for federal jobs.


 Let me say a few things in closing.

We have been very successful in spreading the word on this announcement and it is no
surprise, especially in these times, that the response has been enormous.  I have seen so many diverse and talented young folks looking for opportunities.  Our challenge is to assist them in any way we can to find opportunities wherever they can including in other areas of the federal government
if possible.  More to come and we will need your help.

NBCFAE has a proud history of helping everyone who ask us for help.  We do not ask the ethnicity of anyone seeking our assistance and we want the best and brightest to work for the FAA. I believe what is sometimes lost is that we are also the best and brightest.  NBCFAE's goals include assisting in recruiting African Americans, females, and minority individuals into the FAA and to promote equal employment opportunities through all lawful means.  We do not apologize for our commitment to that end.

We encourage everyone to join us as members and hope that our organizations work speaks for itself when people consider becoming a member

Please sign on the membership section of www.NBCFAE.org.  Go to the Resources header.  Use the drop down menus to go to Documents and then to ATC hiring for additional information.

Please email any questions you have to me.  I will compile them and send a Frequently Asked Questions next week,

Have a wonderful weekend.


 In Unity,

Roosevelt Lenard, Jr.
NBCFAE National President