# Exhibit 6

From: Molly Harris/AWA/FAA
AGI-002, Government & Industry Affairs
To: 
Date:
Subject:

All -- I want to consolidate a few different email chains and make sure everyone is on the same page as it related to Congressional inquiries and CTI schools. I spoke with Sasha and I think we'll set up a meeting in the next day or two to discuss. There are two areas where we need to reach agreement and move forward -- pending request from approps/follow up from S1's hearing and Hill briefing requests.

**S1 Hearing Follow-Up:** Senate Appropriations staff has asked about the timing of a response on Senator Murray's questions about CTI schools from the Secretary's hearing. Staff have added a few additional questions as well, and I've compiled all of these below. If these have already been compiled and addressed then please disregard. If not, we need to determine how and when we'll be able to respond.

- **Would like to understand what is happening with CTI schools. What is the biographical questionnaire? How is this questionnaire being evaluated? Why are people failing?**
- **How many people have recently taken the biographical questionnaire, and how many passed?**
- **Could you tell me a little about the demographics of the 2,200 people who recently passed under the FAA's new biographical questionnaire, please? How many of them were white men? Could you give me the break outs by gender and race?**

**Congressional Briefings:** We have several requests for briefings on the CTI changes, including Senate Commerce on behalf of multiple Members and potentially a HouseTI committee request. We have to find a way to address Congressional inquiries without hurting our cause when it comes to litigation.

Molly R. Harris | Deputy Assistant Administrator
Office of Government and Industry Affairs | FAA
800 Independence Ave SW | Washington, DC 20591
T 202.267.8211 | F 202.267.8210