# Exhibit 9

February 10, 2010

# National Black Coalition of Federal Aviation Employees
## MD-715 Compliance Effort
### **TALKING POINTS**

BACKGROUND: In late 2008, NBCFAE sent a letter to the FAA Office of Civil Rights requesting a copy of each of the last five years' MD-715 Report from FAA to the Equal Employee Opportunity Commission (EEOC). The FAA responded to that request by sending the reports for years 2004, 2005, 2006, and 2007. Upon receipt of those reports, the NBCFAE contracted with Dr. Herbert Wong and Associates to conduct an expert analysis of that Information. That analysis was completed and the associated report was delivered to NBCFAE in the summer of 2009. Among the many conclusions drawn from that analysis, the following items stood out:

> The FAA/DOT Is the least diverse agency/department, when compared to all the Executive Branch Departments In the Federal Government.

> The FAA/DOT has the lowest Percentage of Minority Employees In the Federal Civilian Workforce, when compared to all other Executive Branch Departments In the Federal Government.

> African Americans constitute 9.47 percent of the FAA Workforce as compared to 17.6 percent in the Federal Civilian Workforce. Thus, the FAA would be required to increase their complement of African American employees by 8.13 percent to reach parody with the Federal Civilian Workforce.

That Information was very compelling and prompted the NBCFAE National Executive Board to seek cause(s) for the sustained und-errepresentation of minorities and women Within FAA.

In July of 2009, we sent an introductory letter to the FAA Administrator, and requested to meet with him concerning disparate treatment and under-representation In FAA. That request was denied, and we were Ir)formed the Administrator would not meet individually with Employee Associations, However, he would continue the pracfice of meeting with all employee association representatives jointly, at the National Employee Forum. That answer was not acceptable to the National Executive Board.

So, in October 2009 the board sent a follow-up letter to the Secretary of Transportation, and the FAA Administrator, that letter outlined our position that FAA Is not In compliance with certain provisions of the EEOC's Management Directive (MD) 715, or the U.S. Supreme Court decisions related to the <u>Adarand</u> Construction, Inc. v. Pena, and the City of Richmond VJ.A. <u>Croson</u> Ca. We, again, requested to meet with the FAA Administrator. *(n:w spt."Cifics of too seck..•cfsirms will bepfaced on ourwebsite)*

## WHAT IS M0..715?

Management Oirectlve 715 (MD-715) Is the policy guidance which lhe equal Employment Opportunity Commission (EEOC) provides to federal agencies for their use In establishing an2.ooalOJ.!J.IDlrJg effective programs of equal employment opportunity under Section 717 of Title VII of the CMI Rights Acl of '1964 (Title VII), as amended, 42 U.S.C. § 20000 *et seq.*, and Section 501 of the Rehtlbllitatlon Act of 1973 (Rehabilitation Act). as amended. 29 U.S.C. § 791 *et seq*. M0-715 provides a roadmap for creating effoolive equal employment opportunity (EEO) programs for an federal employees as required by Tille VII and the RehabHttation Act. It also sets forth the general reporting requiroments tor a.II federal agoncies. MD715 took effect on October 11 2003.

## WHY SHOULD WE BE CONCERNED ABOUT THEIR NON..COMPLIANCE?

Under•represen1ation of minority, woinen, and disabled employees is apparent in lhe FAA \.Yorkplace. a use of the agency's failure to comply with the provisions of Mo..715, there is no actionable plan to effectively address those conditions, Thus, we continue to experience huge disparities in Hiring, Selbotions, Promotions, PayJ Awards, ar)d Training!Developmoni Opportunilies, as compared to olher federal employees.

## WHAT ARE WE DOING?

A group of senior members of NBCFAE. (TEAM 7) dratted a plan 10 move the FAA towards the desired diversity in their workforce. In January 201O that plan was approved by the National Executive Committee. While we will not reveal the run details of that pla1, the following i11it!a1ives have beon completed or are now in progress:

> As indicated above, we requested to meet with FAA Administrator BabbiH. That request was denied, However on February 4, 201Owe met with officlal of FAA, The results or that meeting will oo forthcoming, Meeting participants were:

| Federal Aviation Administration | Nsti-onat Bh;rnk Coalition of F&d&t;nl AViaUQn Employ ee.s |
|---|---|
| Fann)r Rivera, Associate Adminlstretor for the Office of Civit Rights | Shaun Sanders, National President |
| Vantrls Gibson, A..o<CJato Admlnlstrmor for the Office of Human r,e-soo,oes | Roooovelt Lenard, National Vic;-.e President |
| Jorry Melk)dy1 A.ttornay for the Office of Gc-norw Counsoli Extorn I Arfairs | M21rgaret<.t Bonlos. Wru;hington Hoadqum'le:rs Roglor,al Prosltlont |
| Julia Rhodes, li.tt-orney for the OW:::.ie of General Counsel, Peraonn,el and Labor La.w | Ro11afd S a,glt )1, EEO Action Committee Chairperson |

We have re-directed a portion of our National Operational Budget to support this effort.

We are building a coalition of supporters from entities, outside the FAA, that possess the power to Influence the FAA to do what Is legally required, and right for its employees. The first organization to signup Is the Reverend Jesse Jackson and Rainbow PUSH. Other Organizations we hope to bring on board illciude the NAACP, National Urban League, and Blacks·ln..Government.

We are contacting selected U.S. House and Senatorial Representatives about the ongoing problems$ and requesting their assistance to call the FAA to task.

We are re-initiating our efforts to gather information concerning discriminatoty practices in 1he FAA.

We are re·tooling our EEO Complaint 1raining in order to educate members on more enective ways to address their EEO issues and/or successfully navigate the EEO Complalnl process.

**WHAT CAN YOU DO?**

Become intimately tammar with the ettoli and be prepared to discuss it with others. (Members and Non members)

Join other clvlt tlghts based groups such es the Rainbow PUSH, NAACP, a11d Urban League at the local level.

Go to our new Website. Tailor the contact letter lo fit your needs. Print the letter and mall lt to your respective congressional representatives.

Document the specifics of your personal experiences co11eerning FAA discriminatory practices, and send that information to:

> *Mr. Rooafd Ba{Jfey*
> *NBCFAE EEO Action Chairperson*
> *2'/ 20 61'8.nd Gleaton Pass*
> *Conyers, GA 30013*
> *Cell (770) 815-6885*
> *Fax (770) 78,5·6767*
> *Em;.111:* Ron td.Ba.g1Hy@mbcfae.org
>         Bagss m@aoLcom

Leam 1he EEO prncess fol' yourself. Be avallable and participate in Ihe NBCFAE provided EEO Complaint lralnlr)g.