# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW J. BRIGIDA,<br>    Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 16-cv-2227 (DLF)<br><br>Judge Dabney L. Friedrich<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE FILE TO FOURTH AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT** |

THIS MATTER having come before this Court on Plaintiff's Motion for Leave File to Fourth Amended and Supplemental Class Action Complaint, and this Court having reviewed the Motion and being otherwise full advised in the premises:

IT IS SO ORDERED this _____ day of _____, 2019.

_____
Hon. Dabney L. Friedrich
United States District Judge