Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063, *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
zhonette@mslegal.org
brian@mslegal.org

Michael W. Pearson, AZ Bar No. 016281, *pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff and Putative Class Counsel

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ELAINE L. CHAO, Secretary,<br>  U.S. Department of Transportation,<br><br>    *Defendant*. | Civil Action No. 16-2227 (DLF) |

**UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF**
**TIME TO FILE MOTION TO AMEND COMPLAINT**

Plaintiff Andrew J. Brigida respectfully seeks an extension of time of one additional day to file his Motion to Amend and associated Fourth Amended Complaint, moving the due date from October 31, 2019 to November 1, 2019.  Plaintiff Brigida had completed the Motion to Amend and associated documents on October 31st and served them via email on government counsel.  However, Plaintiff was not able to file these documents electronically due to technical difficulties with the online ECF filing system, specifically the NextGen upgrade.  The only resolution to the issue

depended on a response from the clerk's office, but due to the time difference between Denver and Washington D.C. the staff were no longer available by the time Plaintiff sent his request for assistance. As such, the only choice was to resolve the matter on the following morning (November 1st). Plaintiff conferred with Defendant about the issue and Defendant did not oppose the one-day extension of the filing deadline.

    For these reasons, Plaintiff respectfully requests the Court grant him leave to extend his filing deadline until November 1, 2019. A proposed Order consistent with the relief requested is attached for the Court's consideration.

DATED this 1st day of November 2019.    Respectfully submitted,

/s/ Zhonette M. Brown
Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063, *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
zhonette@mslegal.org
brian@mslegal.org

Michael W. Pearson, AZ Bar No. 016281, *pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiffs and Putative Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2019, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE MOTION TO AMEND COMPLAINT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael L. Drezner
Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
galen.thorp@usdoj.gov

*/s/ Meri Pincock*
Meri Pincock
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
meri@mslegal.org