# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW J. BRIGIDA,<br>　　　Plaintiff,<br>v.<br>ELAINE L. CHAO, *Secretary, U.S.*<br>*Department of Transportation*,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 16-cv-2227 (DLF)<br><br>Judge Dabney L. Friedrich<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE MOTION TO AMEND COMPLAINT** |

THIS MATTER having come before this Court on Plaintiff's Motion for Extension of Time to File Motion to Amend, and this Court having reviewed the Motion and being otherwise full advised in the premises:

IT IS SO ORDERED this _____ day of _____, 2019.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dabney L. Friedrich
　　　　　　　　　　　　　　　　　　　United States District Judge