IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, | ) | Civil Case No. 16-cv-2227 (DLF) |
| Plaintiff, | ) | Judge Dabney L. Friedrich |
| v. | ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRE-CERTIFICATION CLASS DISCOVERY** |
| ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*, | ) | |
| Defendant. | ) | |

THIS MATTER having come before this Court on Plaintiffs' Motion for Pre-Certification Discovery, and this Court having reviewed the Motion and being otherwise full advised in the premises, hereby GRANTS the Plaintiffs' Motion. Class and merits discovery will proceed simultaneously and related deadlines will be set forth in a separate order.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
Hon. Dabney L. Friedrich
United States District Judge