# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| ELAINE L. CHAO, Secretary, U.S. ) | |
| Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to Respond to Plaintiffs' Motion for Pre-Certification Class Discovery and to Begin Discovery, and good cause being shown, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**; and further

**ORDERED** that briefing on Plaintiffs' Motion for Pre-Certification Class Discovery and to Begin Discovery is suspended pending the Court's ruling on Plaintiffs' Motion to Amend.

**SO ORDERED.**

DATED: _____, 2019          _____
                                              UNITED STATES DISTRICT JUDGE