

Transportation: AAC-AMH-08-PUBNAT1-08232, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

01/23/2008 to 02/15/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

AAC-AMH-08-PUBNAT1-08232

### Control number

1112529

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**                    **Promotion Potential**

                                          1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. To qualify based upon work experience, interested individuals must have three years of progressively responsible full-time (40 hours per week) experience that demonstrates the potential for learning. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. To qualify based upon education, applicants must have a full 4-year course of study leading to a bachelor's degree. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal

characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=8232

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. To be considered applicants should selected "UNITED STATES" and "THROUGHOUT THE NATION" for their location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. A complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, and aviation industry. b. Classroom instruction & workshop exercises relating to the air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel in accordance with applicable agency travel policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                    **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-CTI-08458, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

EXHIBIT
11

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization.

## Overview

**Open & closing dates**

02/19/2008 to 03/25/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-08-CTI-08458

**Control number**

1138050

**Telework eligible**

## Duties

### Summary

### Responsibilities

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

### Travel Required

**Supervisory status**

**Promotion Potential**

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=8458

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                              **Drug test required**

# REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

## Agency contact information

## Aviation Careers Division

### Phone

405-954-4657

### Fax

### Email

9-amc-amh-300@faa.gov

### Address

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.

http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT 12**

Transportation: AAC-AMH-08-CTI-09135, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

Case AAC-AMH-08-CTI-09135 was reannounced from case <u>AAC-AMH-08-CTI-08458</u>

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

04/09/2008 to 04/22/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-08-CTI-09135

**Control number**

1188135

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

# Education

Preview Job Questionnaire

https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9135

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                **Drug test required**

# REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

## Agency contact information

**Aviation Careers Division**

| | |
|---|---|
| **Phone** | **Address** |
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73169 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

• Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

• Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-PUBNAT2-09140, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

## DEPARTMENT OF TRANSPORTATION

## <u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 04/14/2008 to 05/02/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**          **Telework eligible**

No

### Announcement number

AAC-AMH-08-PUBNAT2-09140

### Control number

1192281

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9140

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. To be considered applicants should selected "UNITED STATES" and "THROUGHOUT THE NATION" for their location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. A complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, and aviation industry. b. Classroom instruction & workshop exercises relating to the air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel in accordance with applicable agency travel policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                              **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S.

Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



EXHIBIT
14

Transportation: AAC-AMH-08-PUBNAT3-09613, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization.

## Overview

**Open & closing dates**

05/19/2008 to 05/30/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-08-PUBNAT3-09613

**Control number**

1226579

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

## Travel Required

## Supervisory status                                    **Promotion Potential**

1

## Job family (Series)
2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. If you previously applied under announcement numbers AAC-AMH-08-PUBNAT1-08232 and AAC-AMH-08-PUBNAT2-9140 you will continue to receive consideration for employment do not need to reapply.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9613

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Status updates can be acquired through the online application system. To be considered applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations is expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD *Testing may occur in some or all locations listed. If necessary, more testing sites may be added. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will also pay cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                          **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be counted towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

‣ Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

‣ Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

15

Transportation: AAC-AMH-08-CTI-09622, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy
Case AAC-AMH-08-CTI-09135 was reannounced from case **AAC-AMH-08-CTI-08458**
Case AAC-AMH-08-CTI-09622 was reannounced from case **AAC-AMH-08-CTI-09135**

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 05/19/2008 to 05/30/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

### Announcement number

AAC-AMH-08-CTI-09622

### Control number

1226576

## Duties

### Summary

### Responsibilities

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

## Travel Required

## Supervisory status

## Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire

https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9622

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                    **Drug test required**

## REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information

**Aviation Careers Division**

| **Phone** | **Address** |
|---|---|
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73169 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



**EXHIBIT 16**

Transportation: AAC-AMH-08-PUBNAT4-09989, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 06/17/2008 to 06/30/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

**Announcement number**

AAC-AMH-08-PUBNAT4-09989

**Control number**

1253430

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9989

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD Honolulu, HI Anchorage, AK  Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                              **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards

qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

‣ Equal Employment Opportunity (EEO) office at OPM
(https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

‣ Office of Equal Opportunity
(http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations
(https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency
(https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



EXHIBIT 17

Transportation: AAC-AMH-08-PUBNAT5-10363, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

07/17/2008 to 07/31/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

AAC-AMH-08-PUBNAT5-10363

### Control number

1282925

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**                           **Promotion Potential**

                                                 1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10363

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD Honolulu, HI Anchorage, AK  Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                              **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards

qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
**18**

Transportation: AAC-AMH-08-CTI-10709, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

Case AAC-AMH-08-CTI-09135 was reannounced from case **AAC-AMH-08-CTI-08458**

Case AAC-AMH-08-CTI-09622 was reannounced from case **AAC-AMH-08-CTI-09135**

Case AAC-AMH-08-CTI-10709 was reannounced from case **AAC-AMH-08-CTI-09622**

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 08/13/2008 to 08/26/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

**Announcement number**

AAC-AMH-08-CTI-10709

**Control number**

1310185

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867.

As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

### Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10709

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                          **Drug test required**

# REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

| | |
|---|---|
| **Phone** | **Address** |
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73169 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

**Next steps**
Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important -** If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

**Equal Employment Opportunity Policy**

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)


**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-PUBNAT6-10764, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| **Open & closing dates** | **Service** |
| --- | --- |
| 08/18/2008 to 08/29/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

| **Relocation expenses reimbursed** | **Telework eligible** |
| --- | --- |
| No | |

### Announcement number

AAC-AMH-08-PUBNAT6-10764

### Control number

1314609

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide...... You will select your preferred

duty locations/facility assignments at a later date through our office, please be patient with the process...... POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands.

**Travel Required**

**Supervisory status**                                **Promotion Potential**

                                                       1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

**Key Requirements**

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

**Qualifications**

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Maximum Retention Age: 5 USC 8335 (a) & 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, please be patient. .........After the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10764

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Oklahoma City, OK Los Angeles, CA Oakland, CA Seattle, WA Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

## Security clearance                                        Drug test required

## REQUIRED DOCUMENTS

None.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

| **Phone** | **Address** |
| --- | --- |
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| **Email** | P.O. Box 25082 |
| 9-amc-amh-300@faa.gov | AMH-300 |
|  | Oklahoma City, OK |
|  | 73125 |
|  | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

### Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
**20**

Transportation: AAC-AMH-09-PUBNAT7-11589, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| **Open & closing dates** | **Service** |
| --- | --- |
| 12/09/2008 to 12/16/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 Months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

| **Relocation expenses reimbursed** | **Telework eligible** |
| --- | --- |
| No | |

**Announcement number**

AAC-AMH-09-PUBNAT7-11589

**Control number**

1418332

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide...... You will select your preferred duty locations/facility assignments at a later date through our office, please be patient with the process...... POSITIONS

ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands..*** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

## Travel Required

## Supervisory status                          ## Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen

## Qualifications

***Age Requirements***: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. SCHOOLS MUST BE ACCREDITED BY AN ACCREDITING INSTITUTION RECOGNIZED BY THE U.S. DEPARTMENT OF EDUCATION. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, please be patient. .........After the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=11589

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... **THE ATO HAS A PARTICULAR HIRING NEED IN THE STATE OF LOUISIANA.** Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Shreveport, LA Oklahoma City, OK Los Angeles, CA Oakland, CA Seattle, WA Applicants should include examples of experience in their Work History. The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies. No Permanent Change of Station (PCS) expenses will be paid. May be required to serve a one year probationary period. Multiple selections may be made from this announcement. Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments as developmental ATCS's at their assigned terminal facility. They will receive salary increases as they complete subsequent phases of training. Individuals who do not successfully complete training at the FAA

Academy and all other requirements for continuing employment will have their employment terminated. For veterans' preference information, see "Veteran's Preference" link on left hand side.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                              **Drug test required**

## REQUIRED DOCUMENTS

To claim veterans' preference, submit a copy of your DD-214 and if applicable, the Application for 10-Point Veteran Preference, SF-15, along with required proof to fax: 405-954-5766.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Divison

**Phone**

405-954-4657

**Fax**

**Email**

9-AMC-AMH-Aviation-Careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
PO Box 26650
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
**21**

Transportation: AAC-AMH-09-CTI-11766, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

## DEPARTMENT OF TRANSPORTATION

## <u>Federal Aviation Administration</u>

## Air Traffic Organization

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 11/26/2008 to 12/10/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

### Announcement number

AAC-AMH-09-CTI-11766

### Control number

1408736

## Duties

### Summary

### Responsibilities

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**                    **Promotion Potential**

1

**Job family (Series)**
2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an official CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=11766

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                                        **Drug test required**

**REQUIRED DOCUMENTS**

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Benefits**

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**                                          **Address**

405-954-4657                                       Federal Aviation Administration
                                                   Aviation Careers Division
**Fax**                                            P.O. Box 25082
                                                   Oklahoma City, OK
**Email**                                          73169
                                                   US
9-amc-amh-cti@faa.gov

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)


**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



EXHIBIT

**22**

Transportation: AAC-AMH-09-PUBNAT8-12162, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist (Trainee)

## DEPARTMENT OF TRANSPORTATION

## <u>Federal Aviation Administration</u>

## Air Traffic Organization.

### Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 07/06/2009 to 07/17/2009 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,540.00 - $23,565.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 Months | Full Time |

### Locations

FAA Air Traffic Control Locations Throughout the Nation

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

#### Announcement number

AAC-AMH-09-PUBNAT8-12162

#### Control number

1611580

### Duties

#### Summary

#### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. Upon successful

completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Positions are located throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands.*** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen

### Qualifications

***Age Requirements***: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE AND INCLUDE SEMESTER/QUARTER COLLEGE HOURS. SCHOOLS MUST BE ACCREDITED BY AN ACCREDITING INSTITUTION RECOGNIZED BY THE U.S. DEPARTMENT OF EDUCATION. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, after the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher,

based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=12162

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... It is anticipated that selections from this announcement will be made around November/December 2009. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Oklahoma City, OK Los Angeles, CA Oakland, CA Grand Forks, ND Albuquerque, NM Memphis, TN Pittsburgh, PA Indianapolis, IN Salt Lake City, UT Applicants should include examples of experience in their Work History. The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies. No Permanent Change of Station (PCS) expenses will be paid. May be required to serve one year probationary period. Multiple selections may be made from this announcement. Individuals, who successfully complete initial qualification training at the FAA Academy & all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments as developmental ATCS's at their assigned facility. They will receive salary increases as they complete subsequent phases of training. Individuals who don't successfully complete training at the FAA Academy & all other requirements for continuing employment will have their employment terminated. For veterans' preference information, see "Veteran's Preference"

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                          **Drug test required**

## REQUIRED DOCUMENTS

To claim veterans' preference, submit a copy of your DD-214 and if applicable, the Application for 10-Point Veteran Preference, SF-15, along with required proof to fax: 405-954-5766.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**                                       **Address**

405-954-4657                                    Federal Aviation Administration
                                                Aviation Careers Division
**Fax**                                         P.O. Box 26650
                                                Oklahoma City, OK
**Email**                                       73169
9-AMC-AMH-Aviation-Careers@faa.gov              US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period (https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

23

Transportation: AAC-AMH-09-CTI-12655, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

## DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

## Air Traffic Organization

## Overview

**Open & closing dates**

09/23/2010 to 10/26/2010

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,803.00 - $17,803.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-09-CTI-12655

**Control number**

1489944

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Salary: Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments with a salary of $33,700 base pay. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. Individuals who do not successfully complete training at the FAA Academy and all other requirements for

continuing employment will have their employment terminated. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**                    **Promotion Potential**

                                           1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an OFFICIAL CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=12655

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                                  **Drug test required**

**REQUIRED DOCUMENTS**

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Benefits**

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-cti@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

**Next steps**

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

**Equal Employment Opportunity Policy**

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov/Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT 24**

Transportation: AAC-AMH-11-CTI-19558, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee-Collegiate Training Initiative (AT-CTI) Graduates

## DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization

## Overview

**Open & closing dates**

06/01/2011 to 02/28/2012

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,803.00 - $17,803.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-11-CTI-19558

**Control number**

2138600

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Salary: Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments with a salary of $37,070 base pay. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are

completed. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment will have their employment terminated. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**                          **Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. ***Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. ***Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an OFFICIAL AT-CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: AT-CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=19558

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

A unique job code is required to apply for this announcement.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                              **Drug test required**

## REQUIRED DOCUMENTS

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S.

Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-cti@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important -** If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov/Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

**25**

Transportation: FAA-AMH-13-VRA-26915, Series: 2152

Grade(s): AT-AG

Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide.

## Overview

| **Open & closing dates** | **Service** |
|---|---|
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| AT AG | $37,070.00 - $139,953.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Multiple Appointment Types | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

| **Relocation expenses reimbursed** | **Telework eligible** |
|---|---|
| No | |

**Announcement number**

FAA-AMH-13-VRA-26915

**Control number**

325024200

## Duties

**Summary**

**Responsibilities**

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**

**Promotion Potential**

NA

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Submission of DD-214 or other proof of VRA eligibility is mandatory
- Certified air traffic control experience required
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required
- SF-50 may be required (see Required Documents for addl information)

## Qualifications

1) Applicants must possess 52 weeks of certified air traffic control experience in a civilian or military air traffic control facility, which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. The 52 weeks of certified experience cannot include any FAA Academy time nor formal Military training time, as this is not considered "live" air traffic. 2) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact Aviation Careers at (405) 954-4657 for any questions regarding these requirements. 3) Applicants must be able to speak English clearly to be understood over radios, intercoms, and similar communications equipment. 4) This announcement is open only to VRA eligibles. The following veterans are eligible for a VRA appointment: a) A veteran who is in receipt of a campaign badge for service during a war or in a campaign or expedition; or b) A veteran who is disabled; or c) A veteran who is in receipt of an Armed Forces Service Medal for participation in a military operation; or d) A veteran who was recently separated (recently separated veterans are defined as those who have separated from active service within the last three years.) In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge).

We are not accepting applications from noncitizens.

**Requirement for preemployment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military

medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a preemployment or preappointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to preappointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.


## Education


Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=26915

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

Notes: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. The En Route training program requires up to 62 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, Oklahoma to help offset daily cost of living while attending FAA Academy. The FAA will also pay

for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 3) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 6) This replaces announcement AAC-AMH-12-VRA-23994. Those persons who applied under the previous announcement must re-apply under this one. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; it may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday. 8) Work history must correspond with supporting documentation provided and must also reflect 52 weeks of certified air traffic control experience. 9)

Radar experience may be used as a quality ranking factor when referring applicants to radar facilities.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

### Background checks and security clearance

### Security clearance                        Drug test required

## REQUIRED DOCUMENTS

Applicants must submit copies of ATC certifications/facility ratings.

You must also submit proof of veterans preference (DD-214, and, if claiming 10-point preference, SF-15 plus proof required by that form) as requested by the Human Resource Office. Veterans Preference will only be considered based on what is supported. If you fail to provide the required documents within the stated time period, the Human Resource office may withdraw a job offer and/or remove you from further consideration.

Applicants must provide the following proof of VRA eligibility: Member 4 copy of DD-214, Certificate of Release or Discharge from Active Duty, or if final DD-214 not yet received, official orders or documents for terminal leave pending discharge from active duty. Terminal leave documents must include beginning/ending dates of active duty and type of discharge. If claiming eligibility based on a service-connected disability, you must also submit a completed form SF-15, Application for 10-Point Veteran Preference, and a copy of supporting documents (e.g.; VA letter).

Applicants who have reached the maximum entry age of 31 must also provide a copy of an SF-50, Notification of Personnel Action, that verifies original appointment to a Federal civilian ATCS position with the Department of Defense or FAA prior to age 31.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Please include the letters "VRA" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date**

of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information

**Aviation Careers**

**Phone**

(405) 954-4657

**Fax**

(405) 954-5766/0593

**Email**

9-AMC-AMH-Aviation-Careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


**Legal and regulatory guidance**

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMH-13-RMC-27006, Series: 2152
Grade(s): AT-AG
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| AT AG | $37,070.00 - $103,669.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Multiple Appointment Types | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

**Announcement number**

FAA-AMH-13-RMC-27006

**Control number**

325024300

## Duties

**Summary**

**Responsibilities**

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**

**Promotion Potential**

NA

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Proof of military retirement or terminal leave paperwork is required
- Certified air traffic control experience required
- You must provide proof of claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Applicants must possess 52 weeks of certified air traffic control experience in a civilian or military air traffic facility which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. 2) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for preemployment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a preemployment or preappointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of

responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to preappointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27006

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

NOTES: 1) Individuals selected under this announcement will be given time-limited appointments of no more than five (5) years, in five (5) year increments; which may be extended, or terminated at FAA's discretion. In no case, will appointments be made or extended past the last day of the month in which applicants reach their 56th birthday. 2) Reemployed annuitants, who may be selected under this announcement, will be given time-limited appointments of no more than one (1) year; which may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday. 3) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 4) Work history must correspond with supporting documentation provided and must also reflect 52 weeks of certified air traffic control experience. 5) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed, or e-mailed applications cannot be accepted. 6) Maximum Retention Age: 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact the Aviation Careers at (405) 954-4657 for any questions regarding this requirement. 7) This replaces announcement AAC-AMH-12-RMC-23991. Those persons who applied under the previous announcement must re-apply under this one. 8) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 9)

Radar experience may be used as a quality ranking factor when referring applicants to radar facilities.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

## Security clearance                              Drug test required

## REQUIRED DOCUMENTS

Applicants must provide either a Member 4 copy of DD-214, Certificate of Release or Discharge from Active Duty, or if final DD-214 not yet received, official orders or documents for terminal leave pending discharge from active duty. Terminal leave documents must include beginning/ending dates of active duty and type of discharge.

Applicants must submit copies of ATC certifications/facility ratings.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Please include the letters "RMC" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

### Agency contact information
### Aviation Careers

#### Phone
(405) 954-4657

#### Fax
(405) 954-5766/0593

#### Email
9-AMC-AMH-Aviation-Careers@faa.gov

#### Address
Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

**Next steps**

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMH-13-CTO-27017, Series: 2152
Grade(s): AT-AG
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation administration (FAA), Air Traffic Organization, various Terminal air traffic facilities nationwide.

## Overview

| **Open & closing dates** | **Service** |
|---|---|
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| AT AG | $37,070.00 - $139,953.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 Months | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

| **Relocation expenses reimbursed** | **Telework eligible** |
|---|---|
| No | |

**Announcement number**

FAA-AMH-13-CTO-27017

**Control number**

325021700

## Duties

### Summary

### Responsibilities

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**                           **Promotion Potential**

                                                 NA

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- CTO certificate with a facility rating of Tower/Cab is mandatory
- Copy of CTO (front and back) must be submitted with application
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Experience in a military or civilian air traffic facility that demonstrated possession of the knowledge, skills and abilities required to perform that level of work. This experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations.
2) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact the Aviation Careers at (405) 954-4657 for any questions regarding these requirements. 3) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. 4)
In addition to the minimum qualifications, the following has been determined to be a selective factor for this position. This means possession of this criterion is part of the minimum qualifications and is essential to perform the duties and responsibilities of this position. Applicants who do not possess this criterion are ineligible for further consideration.

- Do you possess a valid Control Tower Operator (CTO) certificate with a facility rating of Tower/Cab?


We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27017

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

NOTES: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 3) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, Oklahoma to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Applicants should include examples of specialized experience in their Work History. 6) This replaces announcement AAC-AMH-12-CTO-23993. Those persons who applied under the previous announcement must re-apply under this one. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; it may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

## Security clearance                              Drug test required

# REQUIRED DOCUMENTS

You must provide a legible copy of the front and back of your CTO certificate as proof of eligibility.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Applicants who have reached the maximum entry age of 31 must also provide a copy of an SF-50, Notification of Personnel Action, that verifies original appointment to a Federal civilian ATCS position with the DOD or FAA prior to age 31.

Please include the letters "CTO" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

# Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information
## Aviation Careers

### Phone
405-954-4657

### Fax
405-954-5766/0593

### Email
9-AMC-AMH-Aviation-Careers@faa.gov

### Address
Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps
Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be

considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

### Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/signature-false-
statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/probationary-period/)

EXHIBIT

28

Transportation: FAA-AMH-13-CTI-27053, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide

## Overview

| **Open & closing dates** | **Service** |
| --- | --- |
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,803.00 - $17,803.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

| **Relocation expenses reimbursed** | **Telework eligible** |
| --- | --- |
| No | |

### Announcement number

FAA-AMH-13-CTI-27053

### Control number

325024600

## Duties

### Summary

### Responsibilities

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**                                    **Promotion Potential**

                                                          1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- Submission of transcript required with application
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

### Qualifications

1) Applicants must have successfully completed all program requirements for graduation from an FAA-approved Air Traffic-Collegiate Training Initiative (AT-CTI) College or University* and received a passing score on the Air Traffic Selection & Training (AT-SAT) exam. 2) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. 3) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and t USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact Aviation Careers at (405) 954-4657 for any questions regarding these requirements. *You MUST submit a copy of your transcript (official or unofficial) upon submission of your on-line application. Failure to do so WILL eliminate you from consideration. Official transcript required prior to appointment.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of

responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27053

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

Notes: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. The En Route training program requires up to 62 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA, if applicable, based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 3) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 6) This replaces announcement AAC-AMH-11-CTI-19558. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; which may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the reemployed annuitant reaches their 56th birthday. 8)

A unique job code is required to apply for this announcement.

Case 1:16-cv-02227-DLF    Document 91-2    Filed 11/27/19    Page 104 of 137

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

### Background checks and security clearance

### Security clearance                                        Drug test required

## REQUIRED DOCUMENTS

YOU MUST SUBMIT A COPY OF YOUR TRANSCRIPT BY UPLOAD, FAX OR MAIL UPON SUBMISSION OF THE ONLINE APPLICATION. Failure to do so will eliminate you from consideration.

Please include the letters "CTI" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"**

each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information
## Aviation Careers

### Phone

405-954-4657

### Fax

405-954-5766/0593

### Email

9-amc-amh-cti@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 S MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

### Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/signature-false-
statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMC-14-ALLSRCE-33537, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

**EXHIBIT 29**

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

02/10/2014 to 02/21/2014

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$20,527.00 - $27,942.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Announcement number**

FAA-AMC-14-ALLSRCE-33537

**Control number**

361350500

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center. As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: - Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system. Individuals who do not successfully

complete training at the FAA Academy and all other necessary requirements will have their employment terminated. Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS will be offered a permanent appointment at an FAA facility with a basic salary of $37,441, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion. ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement after successful completion of Academy training. Ultimately, placement will be based upon the needs of the FAA.

## Travel Required

## Supervisory status

No

## Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Three requirements must be met to be referred for selection consideration:
- 1. Basic Qualifications
- 2. Biographical Assessment
- 3. AT-SAT Exam

## Qualifications

Age Requirements: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You can qualify in 1 of the following 5 ways: 1. TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE: applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. OR 2. TO QUALIFY BASED UPON EDUCATION: applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. OR 3. TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION: The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. OR 4. TO QUALIFY BASED ON SPECIALIZED

WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST: applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). OR 5. TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS, applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: a. Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? b. Do you hold or have held an FAA certificate as a dispatcher for an air carrier? c. Do you hold or have held an instrument flight rating? d. Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? e. Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? f. Have you served as a rated Aerospace Defense Command Intercept Director? Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

## Education

### Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=33537

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

There will be two pre-employment tests: 1: Biographical assessment administered through the online application. 2: Applicants meeting basic qualifications and passing the Biographical Assessment may be scheduled to take the AT-SAT at a designated test site. Travel to & from testing locations will be at the expense of the applicant. The Biographical Assessment will be scored at the close of the vacancy announcement. Applicants may check their USAJOBs account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBs account to provide email updates will receive an email notification with any change in status of their applications. Candidates who have successfully met all three requirements (Basic Qualifications, Biographical Assessment, and the AT-SAT) will be placed into pre-determined quality categories, group 1, group 2, or group 3 based on their veterans' preference and pre-employment exam composite scores. Requirement for pre-employment medical clearance: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected. Requirement for security clearance: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained. Department of Transportation's Drug and Alcohol Testing Program: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing. Training Requirements: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment. Requirement for nonstandard duty hours or work week: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                    **Drug test required**

Public Trust - Background Investigation

## REQUIRED DOCUMENTS

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants who have reached the maximum entry age of 31 must provide a copy of an SF-50, Notification of Personnel Action, which verifies original appointment to a Federal Civilian ATCS position (2152 series) with the Department of Defense or FAA prior to age 31.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees (https://www.usa.gov/benefits-for-federal-employees#item-36407)

- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information
## Aviation Careers

### Phone
405-954-4657

### Fax
405-954-5766

### Email
Aviation.Careers@faa.gov

### Address
Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



## U.S. Department of Transportation

INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION
WITH THE DEPARTMENT OF TRANSPORTATION

| FOR OFFICE USE ONLY |
| --- |
| DEPARTMENT CASE NUMBER 2014 - 25526 - FAA |
| FILING DATE 4-12-2014 |

### PART I    COMPLAINANT IDENTIFICATION INFORMATION

| | |
| --- | --- |
| 1.  Name (Last, First, Middle Initial) **Brigida, Andrew J.** | 5a. Name and Address of Organization Where You Work (If a Department of Transportation Employee) |
| 2.  Telephone/Fax (Include Area Code) Home: 480-250-2110 Work: ____ Fax ____ E-Mail: mpearson@azlaw.com | Office and Staff Symbol Street Address |
| 3. Present Home Address (You must notify the Departmental Office of Civil Rights of any changes of address while complaint is pending, or your complaint may be dismissed) 4507 East Sleepy Ranch Road | City                State          Zip Code |
| | 5b.  Last four digits of your Social Security Number: 3610 |
| Street Address | 6. Employment Status in Relation to this Complaint: |
| Cave Creek        Arizona      85331 City                State      Zip Code | X Applicant    □ Probationary    □ Career/Career Conditional □ Former Employee ____ |
| 4.   If you are a *current* or *former* employee of the federal government, list your most recent title, series, and grade. | □ Retired          Date Last Employed at Department ____ Date of Retirement ____ |
| | □ Other            Specify ____ |
| Title              Series     Grade | |

7. I certify that <u>all</u> of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

Signature of Complainant or ATTORNEY Representative                    4-12-2014
                                                                        Date

### PART II  DESIGNATION OF REPRESENTATIVE

8.   You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the Departmental Office of Civil Rights immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate <u>Michael Pearson</u> to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf.

| | |
| --- | --- |
| 9. Representative's Mailing Address <u>Curry, Pearson & Wooten, PLC</u> Firm/Organization 814 West Roosevelt Street Street Address Phoenix          Az.        85007 City            State      Zip Code | 10. Representative's Employer (If Federal Agency) |
| | 11. Representative's Telephone/Fax (Include Area Code) 602-258-1000          602-523-9000 Telephone:              Fax: |
| | ____ 4-11-14 |
| | 12. COMPLAINANT'S SIGNATURE          DATE |

## PART III  ALLEGED DISCRIMINATORY ACTIONS

| 13.  Name and Address of Agency/office that took the action at issue (if different than Item 5.) | 14.  If your complaint involves nonselection for a position, please complete the following: |
|---|---|
| **DOT/FAA- AHR/ACR/ATO** | |
| Office and Organizational Component | Air Traffic Control Specialist (developmental)  GS-2152 |
| | Position Title                Series            Grade |
| **800 Independence Avenue, SW** | |
| Street Address | CTI Preferred applicant list termination |
| **Washington          DC** | Vacancy Announcement No.          Date Learned of |
| City           State          Zip Code | Nonselection: February 9, 2014 |

15.    (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, genetic information, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) indicate what harm, if any, came to you in your work situation as a result of this action. (You may attach extra sheets.)

### See Exhibit A attached hereto and incorporated herein.

16.    Mark below ONLY the bases you believe were relied on to take the actions described in #15.

X Race (State Race) _____     ☐ Mental Disability (Specify) _____
X Color (State Complexion) _____     ☐ Physical Disability (Specify) _____
☐ Religion (State Religion) _____     ☐ Retaliation/Reprisal (Dates of prior EEO Activity)
X Sex (State Sex) _____
☐ National Origin (Specify) _____     ☐ Sexual Orientation (Specify) _____
☐ Age (Date of Birth) _____     ☐ Genetic Information _____
☐ Pregnancy Discrimination Act of 1978 _____    X See additional basis on Exhibit A

17.    What remedial or corrective action are you seeking?

### See Exhibit A attached hereto and incorporated herein.

## PART IV COUNSELOR CONTACT

| 18.  When did the most recent discriminatory event occur? On or about January 8, 2014 and ongoing | 23.  When did you receive your Notice of Right to File? **March              31              2014** |
|---|---|
| Month          Day          Year | Month          Day          Year |
| 19.  When did you first become aware of the alleged discrimination?      On or about February 9, 2014 | 24.  On this same matter, have you filed a grievance or appeal under: |
| Month          Day          Year | |
| 20.  When did you contact an EEO counselor? E-file electronic complaint- February 25, 2014 | Negotiated Grievance procedures   ☐ YES   X NO |
| Month          Day          Year | Agency grievance procedure   ☐ YES   X NO |
| 21.  Did you discuss ALL actions raised in item 15 with an EEO Counselor?    X YES    ☐ NO (If no, explain on attached sheet) through legal counsel | MSPB appeal procedure   ☐ YES   X NO  If you filed agrievance or appeal, provide date filed, case number, and present status. |
| 22.  Name and Telephone number of EEO Counselor Lee Whilden          609-485-6729 | |
| Name          Telephone No. | |

DOT F 1050-8

## EXHIBIT A

## FORMAL COMPLAINT

Complainant Andrew Brigida ("Complainant" or "Brigida"), individually and on behalf and those similarly situated as a putative Class Agent, brings the following complaint against the Department of Transportation ("DOT") and Federal Aviation Administration ("FAA") (collectively herein "Respondents").

## GENERAL BACKGROUND

1. This Formal Complaint incorporates all allegations and information in the Complainant's Individual Complaint of Employment Discrimination DOT Form 1050-8, regarding case number 2014-25526-FAA.

2. This case arises out of Respondents' intentional race-based discrimination against Brigida as well as identifiable putative air traffic control applicant Class members, resulting in the loss of employment opportunities with the FAA.

3. In short, the Respondents had no basis in evidence, let alone a strong basis in evidence, that the air traffic controller application assessment process, in place prior to January 2014, resulted in disparate impact treatment to any potential class of air traffic controller job applicants. Despite this lack of evidence, the FAA changed the assessment and post assessment processes resulting in disparate treatment on the basis of race, color and/or national origin.

4. In 1989, the FAA established the Air Traffic-Collegiate Training Initiative ("CTI") program to "develop, deliver, and implement air traffic control recruiting, selection, and training.

5. The FAA entered into Partnership Agreements with the CTI institutions.

## EXHIBIT A

6. The objective of the CTI program was to develop a professional air traffic controller workforce possessing the skills necessary to succeed in training at a lower cost to the government.

7. Graduates from these CTI programs, were required to pass a validated air traffic aptitude test, known as the Air Traffic Control Selection and Training examination ("AT-SAT") in order to be eligible for employment as a trainee controller.

8. The AT-SAT was developed in approximately 2000-2001 in order to provide a selection tool for applicants for Air Traffic Control Specialist (ATCS) positions within the Federal Aviation Administration (FAA) who had not previously been employed as an air traffic controller.[1]

9. The AT-SAT is an aptitude assessment test developed to assess the likelihood of an applicant successfully learning ATCS skills as well as a valid predictor of achievement of Certified Professional Controller ("CPC") status, which is the successful completion of air traffic training at the applicant's first assigned field facility.[2]

10. The AT-SAT has been validated multiple times since the test was instituted to ensure the AT-SAT test was in accord with the law and professional guidelines.[3] Most recently in March of 2013.[4]

---

[1] *Reweighting AT-SAT to Mitigate Group Score Differences*, Andrew R. Dattel and Raymond E. King, FAA Civil Aerospace Medical Institute July 2006.
[2] *Id.* ; *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use*, Dana Broach, Cristina L. Byrne, Carol A. Manning, Linda Pierce, Darendia McCauley and M. Kathryn Bleckley, FAA Civil Aerospace Medical Institute, March 2013.
[3] *Documentation of Validity for the AT-SAT Computerized Test Battery Volume I*, Michael C. Heil, and Carol A. Manning, FAA Civil Aeromedical Institute March 2001; *See* Fn. 2 supra.
[4] *See* Fn. 2 supra.

**EXHIBIT A**

11. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem-solving, and movement detection.[5]

12. Graduates from CTI programs, that passed the validated AT- SAT assessment entered a direct hire pool of applicants, were placed on a "Qualified Applicant Register" or "List", and were given hiring preference.

13. Prior to the introduction of the CTI program, the FAA hired from two main sources. The first source of controller applicants was from military trained controllers ("VRA") who had separated or retired from military service. The second source was through General Public Announcement("GPA") also known as Off-the-Street ("OTS") hiring.

14. OTS hiring brought in candidates without any required air traffic or college experience under a general public hiring announcement.

15. All air traffic controller applicants, regardless of source, were required to take the AT-SAT assessment before the applicant would be deemed a qualified applicant.

16. Problems were identified with the OTS hiring program; besides being very expensive to administer, the quality of candidates was not deemed satisfactory. High "washout" (training failure) rates and excessively long training times were among the OTS problems cited.

17. Since the CTI program was instituted in 1989, most air traffic controller hiring has been from the pool of CTI graduates and prior-military controllers.

18. In 2005, the FAA forecast a controller shortage due to a large number of controllers who were becoming retirement eligible.

---

[5] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022*, Department of Transportation, Federal Aviation Administration, page 45.

## EXHIBIT A

19. This retirement eligible group of controllers had been hired after the PATCO strike in 1981.

20. The established CTI colleges were not able to keep up with the demand for replacement controllers and a OTS hiring announcement was conducted to supplement the VRA and CTI applicant pools.

21. At the end of 2012, the FAA announced that it would not be conducting any further General Public hiring since the CTI Colleges and Universities, along with the VRA military pipeline, were producing sufficient quantities of qualified applicants to fulfill demand.

22. By 2012, the FAA had entered into Partnership Agreements with the 36 certified CTI institutions.

23. The CTI program has been very successful in preparing air traffic control applicants. Many minority candidates and applicants have successfully graduated from CTI institutions.

24. The FAA controller hiring plan required the FAA to hire over one thousand controllers, per year, in years 2012, 2013, and 2014.

25. On or about December 31, 2013 the CTI institutions received an e-mail communication ("Teixeira email") from Joseph Teixeira, the FAA's Vice President for Safety and Technical Training. [6]

26. The Teixeira email stated, among other things, that "...[r]ecently, the FAA completed a barrier analysis of the ATC occupation pursuant to the Equal Employment Opportunity Commission's (EEOC) Management Directive 715. **As a result of the analysis,** recommendations were identified that we are implementing to improve and streamline the selection of ATC candidates."[7] [emphasis added].

---

[6] Exhibit A-1 is a copy of the Teixeira email.
[7] *Id.*

## EXHIBIT A

27. The Teixeira email also stated "[a] nationwide competitive FG-01 vacancy announcement open to all U.S. Citizens will be issued in February 2014. **Any individual desiring consideration for employment (including CTI graduates) MUST apply. Existing inventories of past applicants will not be used.**"[8] [emphasis added].

28. The Teixeira email also stated "[t]he existing testing process has been updated. The revised testing process is comprised of a biographical questionnaire (completed as part of the application process) and the cognitive portion of the AT-SAT. The cognitive portion of the AT-SAT will be administered only to those who meet the qualification standards and pass the biographical questionnaire. **Applicants for the February 2014 announcement will be required to take and pass the new assessments in order to be referred on for a selection decision.**" [emphasis added].[9]

29. In short, on or about December 20, 2013, the FAA eliminated the CTI Applicant Register or List resulting in Complainant and putative Class Members losing their employment preference and opportunity.

30. The FAA subsequently scheduled a teleconference ("Teleconference") with the CTI institutions on January 8, 2014.

31. During the Teleconference, Teixeira stated that "[T]here were no special interest groups involved in the design of the [new] FAA policy at all. This was done by experts in the human resources department and civil rights...."

32. On information and belief the statement in line 31 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA Human Resources ("AHR") and

---

[8] *Id.*
[9] *Id.*

# EXHIBIT A

2014-25526-FAA
Page | 6

Civil Rights ("ACR") Offices had been working with the National Black Coalition of Federal Aviation Employees ("NBCFAE") to illegally eliminate the CTI Qualified Applicant Register or List since 2010.[10]

33. During the Teleconference Teixeira also stated that "...[w]e really have not announced these changes to anyone other than to CTI schools, and you received that for the first time on the 30th of December. There's been no announcement...."

34. The statement in line 33 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA AHR and ACR Offices had notified, among others, the NBCFAE that the FAA was going to purge the Qualified Applicant Register or preferred hiring List well prior to the announcement to the CTI institutions on January 8, 2014 as well as more specific details including detailed information on the new two phase assessment and the date that the new assessment would be open for applicants.[11]

35. On information and belief, by the end of December 2013 there were approximately 3,000 to 3,500 qualified applicants that possessed a CTI institution degree, had passed the ATSAT assessment and were on the FAA's Qualified Applicant Register or preferred hiring List.

36. Regarding years 2012-13 the FAA stated "...it is clear that the FAA AT-CTI schools are making great strides to incorporate minority students and faculty into their programs...."[12]

---

[10] Exhibit's A-2 through A-8, are a series of communications illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment. Several of these communications pre-date the January 8, 2014 in which the CTI institutions were notified of the actual changes; Exhibit A-9 is the first slide of a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013.

[11] Id.

[12] Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.

## EXHIBIT A

37. The FAA's CTI program manger, Terry Craft, stated on February 8, 2013 that he did not see the CTI applicant pool as non-diverse .[13]

38. Black CTI school enrollees exceeded the national black civilian labor workforce. In 2012-2013, 11.5% of CTI school enrollees were Black /African-Americans.[14] As the total black civilian workforce population is 10.1% there was a 1.4% overage.[15] That is, the CTI institutions had 13.86% more black students training to be air traffic controllers than the comparable black civilian labor force in 2012.[16]

39. On information and belief, the FAA's CTI Program Office, managed by Teixeira, has further documents and information that clearly illustrate that the collective CTI institutions provide a diverse applicant pool to the FAA that exceeds the black civilian as well as other minority civilian workforce pools.

40. On June 20, 2013, FAA officials met with members of the FAA National Employee Association Forum. This forum is composed of eight employee associations that represent various minority, women and disadvantaged sub-groups, one of which is the NBCFAE. The stated purpose of this meeting was to brief the various employee associations of recommended changes in the ATC hiring process.[17]

41. Among the persons conducting the June 2013 briefing was an FAA consultant named Dr. James Outtz. Outtz's presentation centered on a recently concluded Barrier Analysis of the FAA Air Traffic Controller hiring process.

---

[13] Exhibit A-10 email from CTI Program Manager Terry Craft.
[14] *Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.*
[15] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress,* United States Office Of Personnel Management, January 2014, page 5.
[16] 1.4%/10.1%*100=13.861 or 13.86%.
[17] Exhibit A-9.

## EXHIBIT A

42. Outtz suggested that the hiring process may have a disparate impact on minority candidates, primarily black males, for ATC positions. Outtz asserted that the present construct of the ATC hiring system resulted in the hiring of too many white applicants and not enough black applicants due to barriers imbedded in the application and selection process.

43. During the years 2010 through 2014 certain FAA employees and NBCFAE members calling themselves "Team 7" were actively working to discriminate against Complainant and those similarly situated.[19]

44. Subsequent to this meeting, the President of the NBCFAE, Roosevelt Lenard, Jr., discussed with senior FAA officials, including Carrolyn Bostick ("AHR-1"), his desire that the FAA purge the entire Qualified Applicant Register.[20]

45. Top FAA AHR Official Bostick assured Lenard that the entire register would be purged and none of these post-assessment applicants would be offered a letter of employment.[21]

46. Lenard then notified his constituents via email that the FAA AHR-1 had assured him the entire applicant pool of CTI graduates would not be offered employment.[22]

47. Due to this interstitial relationship of NBCFAE members, FAA Human Resources, and FAA Office of Civil Rights hiring officials, Roosevelt Lenard, Jr., in his role as President of the NBCFAE exerted, and continues to exert, undue influence on both the Office of Human Resources and Office of Civil Rights.

---

[19] Exhibit's A-2 through A-8 are a series of emails illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment.
[20] Exhibit A-7.
[21] Id.
[22] Id.

**EXHIBIT A**

48. Numerous FAA employees and officials of both the Office of Human Resources and Office of Civil Rights are allegedly active members of the NBCFAE.

49. On information and belief, certain members of the FAA Human Rights staff and Civil Rights staff, many of whom are NBCFAE members, preferred policy outcomes that would benefit the NBCFAE to the detriment of all other races including other minority applicants.

50. At least one FAA HR member, also a member of the NBCFAE, was illegally providing NBCFAE officer(s) confidential information regarding the new hiring process with the intention of skewing the results so that more black applicants than any other race would pass the new assessment process. [24]

51. The FAA's Controller Workforce Plan, published in late 2012 or early 2013, states that the FAA is "… planning to open a general public announcement in FY 2014 to **add more depth and diversity** to our controller hiring sources.[25] [emphasis added].

52. At the annual CTI Conference ("CTI Conference") in October 2013, the FAA, through CTI Program Director Terry Craft, told the CTI institutions that a General Public (OTS) announcement would be forthcoming in order to **ensure greater diversity**. [emphasis added].

53. In March 2014 FAA spokesman Tony Molinaro, Public Affairs Officer for the FAA in the Great Lakes and Central Regions, said the decision was made to "**add diversity to the workforce**."[26] [emphasis added].

---

[24] Exhibit A-6.
[25] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022,* Department of Transportation, Federal Aviation Administration, Page 44.
[26] Exhibit A-11, relevant portions attached hereto and incorporated herein, *"Want to be an air traffic controller? UND says FAA has 'dumbed down the process."* Anna Burleson, Forum News Service, March 5, 2014.

## EXHIBIT A

54. Numerous other officials stated the reason for the change was "diversity." Such talk ended when Complainant and others similarly situated filed their informal EEO complaints.

## ALLEGATIONS

55. This section incorporates the previous paragraphs and references herein.

56. Complainant and putative Class Agent Complainant took, and successfully passed, the AT-SAT assessment with the top numerical score possible of 100% on May 13, 2013.

57. Complainant graduated from an FAA approved CTI institution, Arizona State University ("ASU"), on August 13, 2013, and was recommended to the FAA by ASU on August 28, 2013.

58. Complainant met all hiring qualifications, passed the AT-SAT assessment, and was placed on the Qualified Applicant Register or List by the FAA along with approximately 3,000-3,500 other similarly situated air traffic control applicants and putative Class Members.

59. Complainant eventually became aware via written communication from the FAA that Qualified Applicant Register or List, which he earned a position on, was eliminated or purged by the FAA.

60. In short, the air traffic applicant hiring pool of between 3,000- 3,500 was intentionally eliminated after Complainant and putative Class members had qualified under the validated air traffic control assessment process used by the FAA until January 2014.

61. Complainant has been informed and believes that the FAA has taken this action on the basis of an unsubstantiated concern claimed by NBCFAE and others that the air traffic control

# EXHIBIT A

assessment process used by the FAA until January 2014 may have had a disparate impact on black minority candidates for air traffic control positions.

62. There is no valid statistical evidence or basis in evidence that the assessment and test system in place prior to January 2014 created an unlawful disparate impact on minority air traffic control candidates or applicants.

63. No court or other agency has determined that the assessment and test system in place prior to January 2014 actually had an unlawful disparate impact on minority candidates or applicants.

64. Allegations by the NBCFAE that the FAA's air traffic controller workforce was non-diverse are without merit.

65. Black representation in the federal workforce specific to the FAA was 9.96 %.[28] This is a .05% underage when compared to the total black civilian workforce population of 10.1%.[29]

66. That is, the federal FAA workforce had .05% fewer black employees than the comparable black civilian labor force in 2012.[30]

67. A one-half of one percent difference between the FAA federal black workforce population and the comparable black civilian labor force existed in the FAA at the time the statistics were available in 2012.[31] This percentage is statistically insignificant.

---

[28] *Annual EEO Program Status Report (EPSR) Fiscal Year 2012, Federal Aviation Administration (FAA)*, page 7.
[29] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress*, United States Office Of Personnel Management, January 2014, page 8.
[30] .05%/10.1%*100= .495 or .5%.
[31] The 2012 statistics are the most recent available.

## EXHIBIT A

68. Black representation in the federal workforce specific to the Department of Transportation (including the FAA) was 11.6 %.[32] This is a 1.5% overage when compared to the total black civilian workforce population of 10.1%. That is the federal DOT workforce had 14.85% more black employees than the comparable black civilian labor force in 2012.[33]

69. FAA statistics as of June 11, 2013 show that the air traffic controller candidate pool (those applying for air traffic control positions) representation was 32% black.[34] As the black civilian workforce population is 10.1% the black candidate pool, or those applying for air traffic control positions, greatly exceeds the greatly exceeds the black civilian workforce labor pool.

70. The FAA retained the ability to open a OTS bid while at the same time retaining the Qualified Applicant Register or List.

71. Neither the Barrier Analysis or the Barrier Analysis Extension ("FAA Studies") determined that the CTI institutions were a barrier for minorities.

72. Although the CTI institutions are not a barrier according to the FAA Studies , and the FAA could have opened a separate OTS general public hiring announcement without purging the CTI Qualified Applicant Register they chose to purge the Register of highly qualified candidates in a time of high demand for applicants.

73. On information and belief, the true intention and goal of the FAA's illegal action in purging the CTI Qualified Applicant Register  was to remove the inventory of 3,000-3,500 highly qualified CTI candidates and eliminate competition  by making students who had already

---

[32] *FEORP* at 15.
[33] 1.5%/10.1%*100=14.851or 14.85%.
[34] Exhibit A-12 is a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013, Slide number 22.

## EXHIBIT A

passed the prior validated assessment process "pass" a highly suspect Biographical Analysis ("BA") questionnaire.

74. Purging the list of highly qualified and assessed controller candidates in a time of high demand, and no basis in evidence of any form of disparate treatment or impact, is not logical as the costs to assess and process "new" candidates is very high and greatly extends the time for air traffic c controller candidates to be placed in the training pipeline.

75. On information and belief, the true motive in eliminating the Qualified Applicant Register or List was to intentionally discriminate against the Complainant, and putative Class members, in order to benefit black air traffic controller applicants.

76. In short, alleging non-existent discrimination without a strong basis in evidence in order to intentionally discriminate. For the reasons set forth below such action is illegal.

## LEGAL BASIS FOR CLAIM

77. This section incorporates the previous paragraphs and references herein.

78. Complainant first became aware of the FAA's action in purging the Qualified Applicant Register or List in late January when he was notified by letter of the official change.

79. Complainant filed an informal EEO Complaint, via the FAA's online system, on February 25, 2014.

80. Complainant received his Notice of Right to File a Formal Complaint on March 31, 2014.

81. All educational institutions, including institutions of higher learning such as the CTI institutions are required to abide by, inter alia, Title IV of the Civil Rights Act of 1964, the Equal Educational Opportunities Act of 1974 (EEOA), Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act, et. al., to ensure that any form of discrimination does not occur.

## EXHIBIT A

2014-25526 1 AA
Page | 14

82. The CTI institutions have various offices and programs to ensure that all laws regarding discrimination are rigorously followed.

83. Since the inception of the CTI partnership program, no CTI institution has ever been accused or charged with violating any law, statute, or regulation regarding disparate impact or treatment of minority students.

84. One of the criteria the FAA used prior to determining CTI partnership certification was diversity outreach and enrollment.

85. As mentioned herein, the CTI institutions have always had diverse student populations, most exceeding the various minority population civilian workforce labor pool percentages, comprised of both genders and many minority students.

86. A Federal agency, such as the FAA, cannot discriminate against a job applicant with respect to the terms, conditions, or privileges of employment on the basis of inter alia, race, color, national origin, or any other factor that is not related to job performance. Discrimination on these bases is prohibited by, and violates, one or more of the following statutes: 5 U.S.C. §2302(b)(1), (b)(10); 42 U.S.C. §200e-16; 42 U. S. C. §2000e-2(a)(1).

87. Discrimination on the basis of race or color violates Title VII of the Civil Rights Act of 1964.

88. The U.S. Supreme Court has held that an employer may not make a race-based employment related decision, such as purging a Qualified Applicant Register or List post assessment, for the purpose of avoiding disparate impact liability in the absence of a strong basis in evidence that the system was deficient and that discarding the system was necessary to avoid violating the disparate impact principles of the civil rights acts.[35]

---

[35] *Ricci v. DeStefano*, 557 U.S. 557, 584 (2009).

## EXHIBIT A

2014-25526 FAA
Page | 15

89. While employers, such as the FAA, may take affirmative efforts to ensure that all groups have a fair opportunity to apply for employment opportunities the FAA may not invalidate the existing hiring system, thus upsetting an air traffic control applicant's legitimate expectation not to be judged on the basis of race, color, national origin, or any other factor that is not related to job performance without a strong basis in evidence.

90. The FAA had no basis in evidence, let alone a strong basis in evidence, that the CTI air traffic controller application and employment process, in use before January 2014, resulted in disparate impact or disparate treatment to any potential class of air traffic controller job applicants.

91. Despite having no basis in evidence the FAA purged the Qualified Applicant Register or List, thereby improperly denying the Complainant and Class members of employment, due to the race, color, and/or national origin of the great majority of the Class Members. This is per se discrimination.

92. Complainant believes and alleges that by eliminating, or purging the CTI graduate Qualified Applicant Register or List post assessment at the repeated bequest of the NBCFAE, the FAA has engaged in illegal disparate treatment discrimination against himself and a class of similarly situated CTI air traffic control applicants, all of whom had certain ranks or places on the Qualified Applicant Register, or List, and were awaiting employment.

93. In the alternative, or in addition to other claims enumerated herein, Complainant individually and as Class Agent, bring claims of discrimination regarding appointment, hire, evaluation/appraisal, examination/test/assessment, non-selection and terms/conditions of employment based upon race and/or color and/or national origin animus.

## CLASS STATUS

# EXHIBIT A

2014-25526-FAA
Page | 16

94. This section incorporates the previous paragraphs and references herein.

95. This Complaint exceeds the four procedural prerequisites for a Class Complaint under 29 C.F.R. §1614.204.

96. **Commonality.** There are common questions of law, practices and fact as to the members of the Class which predominate over questions affecting only individual members of the Class including, without limitation:

    a. The decision by the FAA to eliminate or purge the Qualified Applicant Register or List resulted in all members of the Class being eliminated from consideration after passing the FAA's CTI assessment procedure. There are no unique factual or practice factors that would make Class status disadvantageous to any member of the Class;

    b. The nature of this action and the nature of laws available to putative Class Complainants make use of the Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein. Specifically, the Class turns upon Respondents' uniform intentional action of eliminating highly qualified air traffic control applicants, post assessment, without any determination of whether their action was in compliance with statutory and case law and without a strong basis in evidence. Therefore, the propriety of terminating 3,000- 3,500 air traffic control job applicants post assessment, after the applicants were placed on the Qualified Applicant Register or List is a predominant question of fact that is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, discovery and common practices/procedures of the Respondents in treating each of the Class

# EXHIBIT A

members as a homogeneous group in the purging of the Qualified Applicant Register or List;

c.   The determination of whether the FAA's action in purging the Qualified Applicant Register or List had a strong basis in evidence regarding the alleged disparate impact upon minorities is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, and statistical analysis based on scientific principles;

d.   Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without basis in law or fact;

e.   Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without a strong basis in evidence;

f.   Whether the Class Members on the Qualified Applicant Register or List were intentionally and improperly delayed from being offered temporary offer letters ("TOL") and employed as air traffic control specialists during the period 2012 through 2014 due to intentional racial animus and discrimination;

g.   Whether members of the Class are entitled to compensatory damages, and if so, the means of measuring such damages;

h.   Whether members of the Class are entitled to any form of injunctive, declaratory, or other equitable relief including, but not limited to, reinstatement of the Qualified Applicant Register or List;

i.   Whether Respondents are liable for pre-judgment interest; and

j.   Whether Respondents are liable for attorneys' fees and costs.

## EXHIBIT A

2014-25526-FAA
Page | 18

97. **Typicality**. The claims of Complainant Brigida for the remedies stated herein are typical of the claims of all members of the putative Class mentioned herein because all members of the prospective Class and sustained similar injuries and damages arising out of Respondents' common course of conduct in violation of law and the injuries and damages of all members of the Class were caused by Respondents' wrongful conduct in violation of law, as alleged herein.

98. **Numerosity**. The potential quantity of members of the putative Class as defined is so numerous that joinder of all members would be unfeasible and impractical. The disposition of their claims through this class action will benefit both the parties and the Administrative Court. While the exact quantity of members of the Class is unknown to Complainant at this time, it is estimated that Class number is in excess of 3,000 individuals. The quantity and identity of such membership is readily ascertainable via inspection of Respondents' records.

99. **Adequacy**. Complainant Brigida is an adequate representative of the putative Class and as Class Agent will fairly protect the interests of the members of the Class, has no interests antagonistic to the members of the Class, and will vigorously pursue this suit via attorneys who are competent, skilled and experienced in litigating complex matters of this type. Putative Class Counsel are competent and experienced in litigating large cases, are preeminent in their fields, and members of the firms have experience in litigating complex matters including employment cases. Approximately 400 potential Complainants have contacted the Complainant's legal counsel and approximately 175 have filed informal EEO Complaints with the FAA listing the same firms as potential legal counsel.

100. **Ascertainable Class**. The proposed class and each subclass are ascertainable in that their members can be identified and located using information contained in Respondents' Records.

## EXHIBIT A

2014-25526-1 AA
Page | 19

Specifically the FAA's Aviation Careers Division maintained an inventory of eligible CTI graduates comprised of the putative class.

101.   .**Superiority**. The nature of this action and the nature of laws available to Plaintiffs make use of the class action format a particularly efficient and appropriate procedure to afford relief to Plaintiff for the wrongs alleged herein, as follows:

  a)   This case involves large government Agency Respondents and a sufficient numerous group of individual Class Members with many claims and common issues of law and fact;

  b)   If each individual member of each of the Class was required to file an individual lawsuit, the large government Agency Respondents would necessarily gain an unconscionable advantage because Respondents would be able to exploit and overwhelm the limited resources of each individual member of the Class with Respondents' vastly superior financial and legal resources;

  c)   Requiring each individual member of each of the Class to pursue an individual remedy would also discourage the assertion of lawful claims by the members of the Class who would be disinclined to pursue an action against Respondents because of an appreciable and justifiable fear of retaliation and permanent damage to their lives, careers and well-being;

  d)   Proof of a common practice or factual pattern, of which the members of the Class experienced, is representative of the Class herein and will establish the right of each of the members of the Class to recover on the causes of action alleged herein;

  e)   The prosecution of separate actions by the individual members of the Class, even if possible, would create a substantial risk of inconsistent or varying verdicts or

adjudications with respect to the individual members of the Class against Respondents; and which would establish potentially incompatible standards of conduct for Respondents; and/or legal determinations with respect to individual members of the Class would, as a practical matter, be dispositive of the interest of the other members of the Class who are not parties to the adjudications or which would substantially impair or impede the ability of the members of the Class to protect their legal interests;

f) Many members of the putative class are recent college graduates with large student loan balances and the expenses and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a Class Complaint; and

g) The cost to the administrative court system of adjudication of such individualized litigation would be substantial and a waste of valuable adjudicative and judicial resources..

83. **Manageability of Class and Common Proof.** The nature of this action and the nature of laws available to Complainants' make use of the Class, and Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein. Specifically, the primary class turns upon Respondents' uniform, systematic decision to purge the Qualified Applicant Register or List of 3,000= 3,500 applicants post assessment. Therefore, the propriety of the decision to purge the Qualified Applicant Register or List is applicable to all members of the putative class.

**EXHIBIT A**

Individual adjudication would prejudice Respondent parties opposing the class by requiring the United States government to allocate scarce judicial resources to individually adjudicate the claims of approximately 3,000 to 3,500 air traffic controller applicants.

**REMEDIES REQUESTED**

Due to the Respondent DOT/FAA'S illegal actions the Complainant, on behalf of himself and status as putative Class Agent, requests compensatory damages, including but not limited to, back pay, hiring, reinstatement, front pay, attorneys' fees, expert witness fees, court costs and for such other and further relief as may be deemed just and proper that will make the Complainant/Class Agent and Class whole.

DATED: April 12, 2014

Michael Pearson
**Curry, Pearson & Wooten, PLC**
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000

Patrick McGroder, Donald Peder Johnsen,
Shannon Clark
**Gallagher & Kennedy, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8437

Attorneys for the Complainant/ Class
