UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA,<br><br>*Plaintiff*,<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>U.S. Department of Transportation,<br><br>*Defendant*. | Civil Action No. 16-2227 (DLF) |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE AND REPLY BRIEFS**

Plaintiff Andrew J. Brigida and Defendant Elaine L. Chao respectfully request that the Court extend the filing deadlines for: (1) Plaintiff's Reply to Plaintiff's Motion for Leave to Amend and Response in Opposition to Motion to Strike Class Claim (ECF No. 91) ("Plaintiff's Opposition"); and (2) Defendant's Reply to Defendant's Motion to Strike Class Claim ("Defendant's Reply"). At present, Plaintiff's Reply/Opposition is due December 6, 2019, and Defendant's Reply is due seven days thereafter. *See* Minute Order, Sept. 13, 2019; LCvR 7(d). The Parties respectfully request that Plaintiff's Opposition shall be filed on **December 23, 2019** and Defendant's Reply shall be filed on **January 10, 2020**. The extension is requested to allow Plaintiff additional time to respond to Defendant's lengthy opposition memoranda and attachments, totaling nearly 400 pages. Further, Plaintiff's lead counsel is currently arguing a two-day administrative hearing before the Nevada State Engineer on an unrelated matter and will be unable to assist in preparing Plaintiff's response prior to December 6, 2019. No prior extensions have been requested or granted concerning these filing deadlines, and all parties consent to this request. A proposed form of Order consistent with the relief requested is attached for the Court's consideration.

DATED this 3rd day of December 2019.

Respectfully submitted,

/s/ *Brian Gregg Sheldon*

Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063
*pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
zhonette@mslegal.org
brian@mslegal.org

Michael W. Pearson, AZ Bar No. 016281
*pro hac vice*
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiffs and
Putative Class Counsel

/s/ *Galen N. Thorp*

Galen N. Thorp, VA Bar No. 75517
Michael Drezner, VA Bar No. 83836
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
*Tel:* (202) 514-4781
*Fax*: (202) 616-8470
galen.thorp@usdoj.gov
michael.l.drezner@usdoj.gov

Attorneys for Defendant