Zhonette M. Brown, D.C. Bar No. 463407
Brian Gregg Sheldon, CO Bar No. 51063
David C. McDonald, D.C. Bar No. CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
zhonette@mslegal.org
brian@mslegal.org
dmcdonald@mslegal.org

Michael W. Pearson (AZ Bar No. 016281)
Curry, Pearson, & Wooten, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiffs and Putative Class Counsel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; SUZANNE M. REBICH; MATTHEW L. DOUGLAS-COOK<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>　　　　Defendant<br><br>LUCAS K. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. DEPARTMENT OF TRANSPORTATION; ELAINE L. CHAO, Secretary of the U.S. Department of Transportation,<br><br>　　　　Defendants | Case No. 16-cv-2227 (DLF)<br><br>Consolidated with:<br>　Case No. 19-cv-1916 |

### NOTICE OF ENTRY OF APPEARANCE
### OF DAVID C. MCDONALD

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), David C. McDonald, hereby enters his appearance in this action as counsel for Plaintiff, Andrew J. Brigida and the Class he seeks to represent. The Clerk of the Court is respectfully requested to add Mr. McDonald's name to the list of attorneys of record. Mr. McDonald is registered for ECF and will receive copies of filings, notices and orders electronically.

Mr. McDonald's contact information is as follows:

David C. McDonald
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
dmcdonald@mslegal.org

DATED this 4th day of March 2020.

                                              Respectfully submitted,

                                              */s/ David C. McDonald*
                                              David C. McDonald (D.D.C. Bar No. CO0079)
                                              Mountain States Legal Foundation
                                              2596 South Lewis Way
                                              Lakewood, Colorado 80227
                                              (303) 292-2021
                                              dmcdonald@mslegal.org

                                              Attorney for Plaintiffs and Putative Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2020, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF DAVID C. MCDONALD** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael Leon Drezner
U.S. DEPARTMENT OF JUSTICE
Email: Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
U.S. DEPARTMENT OF JUSTICE
Email: galen.thorp@usdoj.gov

                                              */s/ David C. McDonald*
                                              David C. McDonald