# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, | Civil Case No. 16-cv-2227 (DLF) |
| Plaintiff, | Judge Dabney L. Friedrich |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT** |
| ELAINE L. CHAO, *Secretary, U.S. Department of Transportation*, | |
| Defendant. | |

THIS MATTER having come before this Court on Plaintiff's Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint, ECF No. [ ], and this Court having reviewed the Motion and being otherwise fully advised in the premises, it is:

**ORDERED** that Plaintiff's motion is GRANTED, and the Complaint is deemed filed as of the date of this Order.

It is further **ORDERED** that Defendant shall serve an Answer or otherwise respond with 21 days per Fed R. Civ. Pro. 12(a).

IT IS SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Hon. Dabney L. Friedrich
United States District Judge