# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent,<br><br>  Plaintiff,<br><br>  vs.<br><br>United States Department of Transportation; Elaine L. Chao, Secretary of the U.S. Department of Transportation;<br><br>  Defendants. | Case No 1:16-cv-2227-DLF<br>Consolidated with 1:19-cv-1916<br><br><br>**STIPULATION TO DISMISS**<br><br><br>(Assigned to the Honorable Dabney L. Friedrich) |

The parties, through undersigned counsel, stipulate to dismiss this matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorney's fees and costs.

**RESPECTFULLY SUBMITTED** this 29th day of April, 2020.

| | |
|---|---|
| **CURRY, PEARSON & WOOTEN, PLC**<br><br>*/s/ Michael W. Pearson*<br>Michael W. Pearson, DDC Bar No. 997169<br>814 W. Roosevelt St.<br>Phoenix, AZ 85007<br>Office: (602) 258-1000<br>Facsimile: (602) 523-9000<br>docket@azlaw.com<br>mpearson@azlaw.com<br>*Attorneys for Plaintiff Lucas Johnson and Putative Class* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>*/s/Galen N. Thorp (with permission)*<br>Galen N. Thorp, V.A. Bar No. 75517<br>Senior Counsel<br>Michael Drezner, V.A. Bar No. 83836<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20530<br>Office: (212) 514-4781<br>Facsimile: (212) 616-8470<br>galen.thorpe@usdoj.gov<br>*Attorneys for Defendants* |