UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; SUZANNE M. REBICH; MATTHEW L. DOUGLAS-COOK,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>　　　　Defendant<br><br><br>LUCAS K. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. DEPARTMENT OF TRANSPORTATION; ELAINE L. CHAO, Secretary of the U.S. Department of Transportation,<br><br>　　　　Defendants | Case No. 16-cv-2227 (DLF)<br>Consolidated with:<br>　Case No. 19-1916 |

## JOINT STATUS REPORT

In light of the Court's Order issued April 5, 2020 (ECF No. 98), the parties conferred via telephone on April 21, 2020 and subsequently via e-mail to discuss the status of the consolidated cases and report the following:

***Brigida Case Pleading:*** Plaintiff Brigida has filed a motion for leave to amend his complaint (ECF No. 99), which Defendant will oppose and alternatively cross-move to strike the

class claims. The parties propose the following schedule for briefing this motion: (1) Defendant's opposition to Plaintiffs' motion for leave to amend, together with any cross-motion, is due on or before May 22, 2020; (2) Plaintiffs' reply, together with their opposition to any cross-motion is due on or before June 12, 2020; (3) Defendant's reply in support of any cross-motion is due on or before June 26, 2020. A proposed order is attached for the Court's convenience.

**Plaintiffs' Position:**

To remedy the prior objection to the scope of the class, the revised Complaint, among other changes, limits the proposed class definition to a subset of non-African American CTI graduates who applied for an ATCS position in response to the February 2014 vacancy announcement.

**Defendant's Position:**

In her opposition, Defendant will show that it is not in the interest of justice to permit additional amendments seeking to revive the putative class claims and that the proposed amendment is futile, in part for reasons previously briefed. Defendant also intends to cross-move to strike the class claims.

*Johnson Case/Consolidation:* Plaintiff *Johnson* has voluntarily dismissed his separate lawsuit by stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), *see* ECF No. 100, and anticipates that, if a class action is certified in this action, he may become a member of a class or a subclass.

*Other Matters:* In all other respects, the parties' positions remain generally unchanged from the Joint Meet and Confer Statement filed on March 3, 2020. ECF No. 96. Specifically, Plaintiff still seeks discovery, but in light of current developments, will not move for discovery until the Court has ruled on the pending Motion to Amend. Defendant still opposes discovery until the scope of the case has been determined. The parties have, nonetheless, continued conferral

discussions regarding how discovery of electronically stored documents should proceed in this case. Further, the dates proposed by Plaintiff in the Joint Meet and Confer Statement will need to be adjusted for the passage of time. The parties agree that adjustment of those dates is best addressed after the Court rules on the pending motion to amend, which may permit the parties to further narrow their disagreements.

| | |
|---|---|
| DATED: April 29, 2020 | Respectfully submitted, |
| /s/ Zhonette M. Brown (by permission) | JOSEPH H. HUNT |
| Zhonette M. Brown, D.C. Bar # 463407 | Assistant Attorney General |
| Brian E. Gregg, CO Bar # 51063 | |
| MOUNTAIN STATES LEGAL FOUNDATION | CARLOTTA P. WELLS |
| 2596 South Lewis Way | Assistant Branch Director |
| Lakewood, Colorado 80227 | Civil Division, Federal Programs Branch |
| Telephone: (303) 292-2021 | /s/ Galen N. Thorp |
| Facsimile: (303) 292-1980 | Galen N. Thorp (V.A. Bar No. 75517) |
| Email: zhonette@mslegal.org | Senior Counsel |
| brian@mslegal.org | Michael Drezner (V.A. Bar No. 83836) |
| | Trial Attorney |
| *Counsel for Plaintiffs Andrew Brigida, Suzanne Rebich, Matthew Doulas-Cook* | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| /s/ Michael W. Pearson (by permission) | Washington, DC 20530 |
| Michael W. Pearson, DC Bar No. 997169 | Telephone: (202) 514-4781 |
| CURRY, PEARSON, & WOOTEN, PLC | Facsimile: (202) 616-8470 |
| 814 West Roosevelt | Email: galen.thorp@usdoj.gov |
| Phoenix, Arizona 85007 | |
| (602) 258-1000 | (602) 523-9000 (facsimile) | *Counsel for Defendants* |
| mpearson@azlaw.com | |
| *Counsel for Plaintiffs* | |