# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. ) Department of Transportation, ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, it is hereby:

**ORDERED** that Defendant's opposition to Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint (ECF No. 99), together with Defendant's alternative cross-motion to strike the class claims, is due on or before May 22, 2020; and further

**ORDERED** that Plaintiffs' reply in support of their motion, together with their opposition to any cross-motion, is due on or before June 12, 2020; and further

**ORDERED** that Defendant's reply in support of any cross-motion is due on or before June 26, 2020.

**SO ORDERED.**

DATED: _____, 2020      _____
                                                                UNITED STATES DISTRICT JUDGE