IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendant Elaine L. Chao, Secretary of the U.S. Department of Transportation, files this motion for a two week extension of the deadline to respond to Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint, ECF No. 99. In support of this Motion, Defendant avers the following:

1. On April 29, 2020, Plaintiffs filed their renewed motion for leave to amend. On April 30, 2020, pursuant to the parties' joint status report, ECF No. 101, this Court ordered that Defendant's opposition to Plaintiffs' motion, along with any cross-motion to strike the class claims, is due on or before May 22, 2020, with the parties' replies to follow on June 12 and June 26, 2020. *See* Minute Order, Apr. 30, 2020.

2. However, Defendant needs additional time to adequately respond to Plaintiffs' motion. Plaintiffs' proposed amended complaint is substantially different than Plaintiffs' prior complaints, citing many more documents, alleging additional claims (including both disparate treatment and disparate impact theories), and comprising more than 200 paragraphs and 44 pages

1

(almost twice as long as the 127 paragraph, 23 page Third Amended Complaint).  Both undersigned counsel have had pressing work in unrelated litigation matters and have had extensive family responsibilities due to the pandemic's closure of schools and child care facilities.  Also, agency counsel had a death in the family and may need to take additional personal leave to assist her family.

3. In order to provide sufficient time for the undersigned to confer with agency counsel and other agency personnel regarding the factual and legal claims in Plaintiffs' motion, and to complete the internal review process for government briefs, Defendants respectfully request an extension of 14 days to respond to Plaintiffs' motion.  The remaining briefing schedule would be as follows:

- Defendant's opposition to Plaintiffs' Motion to Amend, along with any cross-motion to strike the class claims, shall be due on or before June 5, 2020;

- Plaintiffs' reply in support of their motion to amend, together with their opposition to any cross-motion, shall be due on or before June 26, 2020;

- Defendant's reply in support of any cross-motion shall be due on or before July 10, 2020.

4. Plaintiffs will not be prejudiced by this extension because these briefs are the only scheduled deadlines, and a 14-day extension will not affect any substantive interest Plaintiffs may possess.  Undersigned counsel conferred with Plaintiffs, through counsel, who stated that Plaintiffs do not consent to this motion.

5. A proposed order is attached to motion.

Dated: May 20, 2020                                  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Galen N. Thorp*
Galen N. Thorp (V.A. Bar No. 75517)
Senior Counsel
Michael Drezner (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendants*