THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that Defendant's opposition to Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint [99], along with any cross-motion to strike the class claims, is due on or before June 5, 2020; and further

**ORDERED** that Plaintiffs' reply in support of their motion, together with their opposition to any cross-motion, is due on or before June 26, 2020; and further

**ORDERED** that Defendant's reply in support of any cross-motion is due on or before July 10, 2020.

**SO ORDERED.**

DATED: _____, 2020       _____
                                     UNITED STATES DISTRICT JUDGE