# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA,<br><br>*Plaintiff*,<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No. 16-2227 (DLF) |

**NOTICE OF CONSENT TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

On May 20, 2020, Defendant Elaine L. Chao, Secretary of the U.S. Department of Transportation, filed a motion (ECF No. 102) for a two-week extension of time per Fed. R. Civ. P. 1 and 6(b)(1)(a) to extend the deadline to respond to Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint (ECF No. 99). Defendant represented that Plaintiffs do not consent to the motion. This Notice is necessary given that Defendant failed to properly confer with the Plaintiffs on this matter. As a result of this miscommunication, **Plaintiffs do not oppose** Defendant's motion for a two-week extension.

Defendant's conferral to the Plaintiffs did not disclose that there was a death in the family. This circumstance was only revealed to Plaintiffs when Defendant filed her motion for extension. *See* ECF No. 102 at ¶ 2. Plaintiffs' prior position was based on Defendant's failure to properly confer; had Plaintiffs' counsel known about this death in the family, they would not have objected. Accordingly, Plaintiffs do not oppose Defendant's motion for extension of time. Plaintiffs further attach an email chain describing the entirety of the conferral between Defendant and Plaintiffs prior to the filing of Defendant's motion for extension (ECF No. 102).

DATED this 20th day of May 2020.  Respectfully submitted,

>  */s/ Zhonette M. Brown*
>  Zhonette M. Brown, D.C. Bar No. 463407
>  Brian Gregg Sheldon, CO Bar No. 51063, *pro hac vice*
>  MOUNTAIN STATES LEGAL FOUNDATION
>  2596 South Lewis Way
>  Lakewood, Colorado 80227
>  (303) 292-2021
>  zhonette@mslegal.org
>  brian@mslegal.org
>
>  Michael W. Pearson, AZ Bar No. 016281, *pro hac vice*
>  Curry, Pearson, & Wooten, PLC
>  814 West Roosevelt
>  Phoenix, Arizona 85007
>  (602) 258-1000
>  (602) 523-9000 (facsimile)
>  mpearson@azlaw.com
>
>  Attorneys for Plaintiffs and Putative Class Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2020, I caused a true and correct copy of the foregoing **NOTICE OF CONSENT TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael L. Drezner
Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
galen.thorp@usdoj.gov

                                                 */s/ Meri Pincock*
                                                 Meri Pincock
                                                 MOUNTAIN STATES LEGAL FOUNDATION
                                                 2596 South Lewis Way
                                                 Lakewood, Colorado 80227
                                                 (303) 292-2021
                                                 meri@mslegal.org