**Brian Gregg**

| | |
|---|---|
| **From:** | Zhonette Brown |
| **Sent:** | Wednesday, May 20, 2020 1:58 PM |
| **To:** | Thorp, Galen (CIV); Michael W. Pearson |
| **Cc:** | Drezner, Michael L. (CIV); Christine Penick; Brian Gregg; David McDonald |
| **Subject:** | RE: Brigida v. Chao (D.D.C.) |

Mr. Thorp,

During our April 29, 2020 conferral plaintiffs rejected defendant's request for an extension such that defendant's response would be due on May 29 and the parties compromised on May 22.  Now defendant seeks an even greater extension and delay.  Without further information, Plaintiffs do not consent to this further extension.

Zhonette M. Brown
General Counsel

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021, Ex. 1010
www.mslegal.org

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Thorp, Galen (CIV) <Galen.Thorp@usdoj.gov>
**Sent:** Tuesday, May 19, 2020 7:35 PM
**To:** Zhonette Brown <zhonette@mslegal.org>; Michael W. Pearson <mpearson@azlaw.com>
**Cc:** Drezner, Michael L. (CIV) <Michael.L.Drezner@usdoj.gov>; Christine Penick <cpenick@azlaw.com>; Brian Gregg <Brian@mslegal.org>; David McDonald <dmcdonald@mslegal.org>
**Subject:** RE: Brigida v. Chao (D.D.C.)

Counsel,

Under the Court's April 30 minute order, our response brief and cross-motion are due Friday, May 22.  On May 20, we intend to file a motion seeking a two-week extension.  Due to the press of other litigation matters and child care complications due to the continuing pandemic, we have not been able to complete our response.  Will you consent to an extension through June 5th?  The respective reply briefs would be due June 26 and July 10.

Sincerely,
Galen

_____
**Galen Thorp** | Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch

(202) 514-4781 | Galen.Thorp@usdoj.gov