EXHIBIT 1



U.S. Department
of Transportation

**Federal Aviation
Administration**

# A Plan for the Future

10-Year Strategy for the Air Traffic Control Workforce
2011 – 2020



This is FAA's sixth annual update to the controller workforce plan. The FAA issued the first comprehensive controller workforce plan in December 2004. This 2011 report incorporates changes in air traffic forecasts, controller retirements and other factors into the plan. In addition, it provides staffing ranges for all of the FAA's air traffic control facilities and actual onboard controllers as of September 25, 2010.

This report is required by Section 221 of Public Law 108-176 (updated by Public Law 111-117) requiring the FAA Administrator to transmit a report to the Senate Committee on Commerce, Science and Transportation and the House of Representatives Committee on Transportation and Infrastructure that describes the overall air traffic controller staffing plan, including strategies to address anticipated retirement and replacement of air traffic controllers.

# Contents

4    Executive Summary

6    Chapter 1: Introduction
6    Staffing to Traffic
8    Meeting the Challenge

9    Chapter 2: Facilities and Services
9    Terminal and En Route Air Traffic Services
10   FAA Air Traffic Control Facilities

12   Chapter 3: Staffing Requirements
15   Staffing Ranges
21   Air Traffic Staffing Standards Overview
23   Tower Cab Overview
24   TRACON Overview
25   En Route Overview
26   Technological Advances

27   Chapter 4: Losses
27   Controller Loss Summary
28   Actual Controller Retirements
29   Controller Workforce Age Distribution
30   Controller Retirement Eligibility
31   Controller Retirement Pattern
32   Controller Losses Due to Retirements
33   Controller Losses Due to Resignations,
     Removals and Deaths
33   Developmental Attrition
33   Academy Attrition
34   Controller Losses Due to Promotions
     and Other Transfers
35   Total Controller Losses

36   Chapter 5: Hiring Plan
36   Controller Hiring Profile
38   Trainee-to-Total-Controller Percentage

41   Chapter 6: Hiring Process
41   Controller Hiring Sources
41   Recruitment
42   General Hiring Process

43   Chapter 7: Training
43   The Training Process
44   Training Time to CPC
44   Academy Training
46   Facility Training
46   Facility Training Improvements

47   Chapter 8: Funding Status

48   Appendix: Facility Staffing Ranges

# Executive Summary

**Safety is the top priority** of the Federal Aviation Administration (FAA) as it manages America's National Airspace System (NAS). Thanks to the expertise of people and the support of technology, tens of thousands of aircraft are guided safely and expeditiously every day through the NAS to their destinations.

**Workload**

An important part of managing the NAS involves actively aligning controller resources with demand. The FAA "staffs to traffic," matching the number of air traffic controllers at its facilities with traffic volume and workload. The FAA's staffing needs are dynamic due to the dynamic nature of the workload and traffic volume.

**Traffic**

Air traffic demand has declined significantly since 2000, the peak year for traffic. For the purposes of this plan, air traffic includes aircraft that are controlled, separated and managed by air traffic controllers. This includes commercial passenger and cargo aircraft as well as general aviation and military aircraft. In the past decade, volume has declined by 22 percent and is not expected to return to 2000 levels in the near term.

**Headcount**

System-wide controller headcount is slightly higher than in 2000. We continue to hire in advance of need to allow sufficient training time for our new hires to replace retiring controllers. On a per-operation basis, the FAA has more fully certified controllers on board today than in 2000.

**Retirements**

Fiscal year 2010 retirements were below projections, and lower than FY 2009. In addition, current year retirements are trending close to plan. The FAA carefully tracks actual retirements and projects future losses to make sure its recruitment and training keep pace.

**Hiring**

In the last five years, the FAA has hired more than 7,800 new air traffic controllers. The Department of Transportation's Inspector General stated that the FAA has "done what I can only say is a remarkable job in hiring replacements for controllers who have decided to leave."

**Training**

As the FAA continues to bring these new employees on board, we must carefully manage the process to ensure that our trainees are hired in the places we need them and progress in a timely manner to become certified professional controllers (CPC). The FAA will also continue to take action at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

As the agency brings thousands of new air traffic controllers on board, the training of these new employees continues to be closely monitored at all facilities.

The trainee percentage of the FAA's national controller workforce has averaged 26 percent over the last 40 years, but has ranged from 15 to 50 percent. With the large number of new hires since 2005, the national average peaked in 2009 at 27 percent, and is expected to continue to decline in subsequent years. This figure may be higher at some individual facilities; the FAA reviews this information along with other indicators so we can manage training and daily operations at each facility.

While the agency is focused on a small subset of facilities with particular staffing needs, the FAA reached critical milestones in FY 2010.

- Achieved for the first time the number of new certified professional controllers exceeding the agency's CPC attrition rate. We have produced more than 4,100 new CPCs over the past three years.

- Completed redesign of the initial training course for En Route and Oceanic Services.

- Expanded use of the high-fidelity Tower Simulation System (TSS) to optimize training at the FAA Academy and at field facilities, including annual refresher training to improve controller proficiency in seldom-used procedures and runway incursion prevention.

- Installed SimFast radar simulators in terminal facilities. SimFast is a low-cost, PC-based technology that provides controllers the opportunity to train on simulated traffic, increasing skill levels for situations that cannot be created with live traffic.

Ongoing hiring and training initiatives, as well as increased simulator use, are helping the FAA meet its goals. While the FAA is managing today's air traffic, we must also integrate new technologies into air traffic operations. From state-of-the-art simulators to satellite technology, air traffic is evolving into a more automated system. The FAA is working diligently to ensure well-trained controllers continue to uphold the highest safety standards as we plan for the future.

 The FAA's goal is to ensure that the agency has the flexibility to match the number of controllers at each facility with traffic volume and workload. Staffing to traffic is just one of the ways we manage America's National Airspace System.

# ⑤ Hiring Plan

**T**he FAA safely operates and maintains the NAS because of the combined expertise of its people, the support of technology and the application of standardized procedures. Every day tens of thousands of aircraft are guided safely and expeditiously through the NAS to their destinations.

Deploying a well-trained and well-staffed air traffic control workforce plays an essential role in fulfilling this responsibility. The FAA's current hiring plan has been designed to phase in new hires as needed. To staff the right number of people in the right places at the right time, the FAA develops annual hiring plans that are responsive to changes in traffic and in the controller workforce.

FAA hires new developmentals in advance of the agency's staffing needs in order to have ample time to train them to offset future attrition, including retirements, promotions, etc. Proper execution of the hiring plan, while flexibly adapting to the dynamic nature of traffic and attrition, is critical to the plan's success. If the new developmentals are not placed correctly or if CPCs are not transferred from other facilities, shortages could occur at individual facilities that may affect schedules, overtime levels, or the requirement to increase the use of developmentals on position.

Staffing is and will continue to be monitored at all facilities. The agency will continue to take action at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

There are thousands of qualified controller candidates eager to be hired. In fact, the number of qualified candidates in FY 2010 so far exceeded the number of available positions that the FAA did not advertise a general public announcement for the entire fiscal year. Through various hiring sources, the FAA will maintain a sufficient number of applicants to achieve this hiring plan.

**Controller Hiring Profile**

The controller hiring profile is shown in Figure 5.1. The number of planned hires is lower than the number of expected losses in the near term due to above-plan hiring over the last few years, and the reduction in forecast traffic and attrition. The number of controllers projected to be hired through FY 2020 is 10,544.

→ The FAA hired 998 new controllers in FY 2010, and has hired more than 7,800 controllers over the last five years.



**Figure 5.1** Controller Hiring Profile

**Trainee-to-Total-Controller Percentage**

The hiring plan allows the FAA to maintain an appropriate number of trainees (developmental and CPC-IT) in the workforce. While the FAA strives to keep trainees below 35 percent for both terminal and en route controllers, it is not the only metric used by the agency to measure trainee progress.

Figure 5.2 shows the projected trainee to total controller percentages by year to 2020.

The percentage shown is calculated as the sum of CPC-ITs plus developmentals divided by all controllers.



**Figure 5.2** Trainee-to-Total-Controller Percentage

Before the 1981 strike, the FAA experienced trainee percentages ranging from 23 to 44 percent. Following the strike, through the end of the hiring wave in 1992, the trainee percentage ranged from 24 to 52 percent. When the post-strike hires became fully certified by the end of decade, the trainee percentage declined.

As the new controllers hired en masse in the early '80s achieved full certification, the subsequent need for new hires dropped significantly from 1993 to 2006. This caused trainee percentages to reach unusually low levels. The FAA's current hiring plans return trainee percentages to their historical averages for the near term.

By phasing in new hires as needed, the FAA will level out the significant training spikes and troughs experienced over the last 40 years. Even though there was a long-expected peak in 2009, the percentage continues to drop as thousands of trainees become certified controllers.

Figure 5.3 shows historical trainee percentages from 1969 to present.



**Figure 5.3** Historical Trainee Percentage

The FAA uses many metrics (e.g., 35 percent trainee to total controllers) to manage the flow of trainees while accomplishing daily operations. Facilities meter training to coincide with a number of dynamic factors, including technology upgrades, new runway construction and recurrent proficiency training for existing CPCs. Facility training is enabled by many factors. Examples include the use of contract instructors, access to simulators, scheduled overtime, and the seasonality and complexity of operations.

In itself, the actual number of trainees does not indicate the progress of each individual in the training program or the additional utility they provide which can help to supplement other on-the-job training instruction and support operations. A key facility measure of training performance is whether trainees are completing their training within the agency's facility benchmarks. The goal ranges from one and one-half years at our lower-level terminal facilities to three years at our en route facilities.

The FAA is achieving these goals by improving training and scheduling processes through increased use of simulators and better tracking of controller training using the FAA's national training database.

The FAA will continue to closely monitor facilities to make sure trainees are progressing through each stage of training while also maintaining the safe and efficient operation of the NAS.



# **6** Hiring Process

**Controller Hiring Sources**

The FAA has three major categories of controller hiring sources.

**Previous controllers:** These individuals have prior FAA or Department of Defense (civilian or military) air traffic control experience.

**AT-CTI students:** These individuals have successfully completed an aviation-related program of study from a school under the FAA's AT-CTI program.

**General public:** These individuals are not required to have prior air traffic control experience and may apply for vacancies announced by the FAA.

**Recruitment**

The agency continues to attract and recruit high-quality applicants into the controller workforce to meet staffing requirements. Of the 998 controllers hired in FY 2010, 252 were graduates of AT-CTI schools while an additional 226 had previous air traffic control experience.

In fiscal year 2010, the FAA continued to hire a significant number of applicants from the general public. We expect this trend to reverse going forward because of the number of available applicants from our CTI and military sources.

Due to the thousands of qualified air traffic controller applicants available from previously advertised general public announcements, the agency did not offer a vacancy announcement to this pool in FY 2010. The FAA did, however, issue an open, continuous announcement for AT-CTI graduates. Announcements were also opened for retired military controllers, veterans eligible under the Veterans' Recruitment Appointment Authority, Control Tower Operators, as well as current and former civilian air traffic controllers. The number of people in the hiring pool varies during the year as the agency recruits applicants, evaluates them and draws from the pool. However, the overall goal is to maintain a pool of between 2,000 and 3,000 applicants available for consideration by selection panels at any one time. During FY 2010, the agency's recruitment and advertising activities enabled the FAA to far exceed this pool's target range.  At the conclusion of FY 2010, the FAA's pool totaled over 5,000 applicants.

As an added recruitment incentive, the agency also can offer eligible developmental controllers Montgomery GI Bill education benefits. These new veterans' training initiatives will help meet controller hiring goals.

**General Hiring Process**

Applicants from the general public must achieve a qualifying score on the Air Traffic Selection and Training (AT-SAT) examination. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. Some of these include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem solving and movement detection.

Additionally, all applicants must also meet the following requirements:

• Complete three years of progressively responsible work experience, or a full four-year course of study leading to a bachelor's degree, or an equivalent combination of work experience and college credits

• Be a U.S. citizen

• Be able to speak English clearly enough to be understood over radios, intercoms and similar communications equipment

• Be no older than age 30

• Pass stringent medical and psychological exams, an extensive security background investigation and an interview

Complete details can be found on the FAA's website at http://www.faa.gov/jobs.



EXHIBIT 2



U.S. Department of Transportation

**Federal Aviation Administration**

# A Plan for the Future

10-Year Strategy for the Air Traffic Control Workforce

2012–2021



2012
2013
2014
2015
2016
2017
2018
2019
2020
2021

This is the FAA's seventh annual update to the controller workforce plan. The FAA issued the first comprehensive controller workforce plan in December 2004. This 2012 report incorporates changes in air traffic forecasts, controller retirements and other factors into the plan. In addition, it provides staffing ranges for all of the FAA's air traffic control facilities and actual onboard controllers as of September 24, 2011.

This report is required by Section 221 of Public Law 108-176 (updated by Public Law 111-117) requiring the FAA Administrator to transmit a report to the Senate Committee on Commerce, Science and Transportation and the House of Representatives Committee on Transportation and Infrastructure that describes the overall air traffic controller staffing plan, including strategies to address anticipated retirement and replacement of air traffic controllers.

# Contents

4     **Executive Summary**

6     **Chapter 1: Introduction**
6     Staffing to Traffic
8     Meeting the Challenge

9     **Chapter 2: Facilities and Services**
9     Terminal and En Route Air Traffic Services
10    FAA Air Traffic Control Facilities

12    **Chapter 3: Staffing Requirements**
15    Staffing Ranges
21    Air Traffic Staffing Standards Overview
23    Tower Cab Overview
23    TRACON Overview
24    En Route Overview
25    Resource Management Tool
26    Technological Advances

27    **Chapter 4: Losses**
27    Controller Loss Summary
28    Actual Controller Retirements
28    Controller Workforce Age Distribution
30    Controller Retirement Eligibility
31    Controller Retirement Pattern
32    Controller Losses Due to Retirements
33    Controller Losses Due to Resignations, Removals and Deaths
33    Developmental Attrition
33    Academy Attrition
34    Controller Losses Due to Promotions and Other Transfers
35    Total Controller Losses

36    **Chapter 5: Hiring Plan**
36    Controller Hiring Profile
38    Trainee-to-Total-Controller Percentage

41    **Chapter 6: Hiring Process**
41    Controller Hiring Sources
41    Recruitment
42    General Hiring Process

43    **Chapter 7: Training**
43    FAA's Call to Action
43    The Training Process
44    FAA Academy Training
44    FAA Facility Training
45    Refresher Training
46    Infrastructure Investments
47    Time to Certification
47    Preparing for NextGen

48    **Chapter 8: Funding Status**

49    **Appendix: Facility Staffing Ranges**

# Executive Summary

**Safety is the top priority** of the Federal Aviation Administration (FAA) as it manages America's National Airspace System (NAS). Thanks to the expertise of people and the support of technology, tens of thousands of aircraft are guided safely and expeditiously every day through the NAS to their destinations.

**Workload**
An important part of managing the NAS involves actively aligning controller resources with demand. The FAA "staffs to traffic," matching the number of air traffic controllers at its facilities with traffic volume and workload. The FAA's staffing needs are dynamic due to the dynamic nature of the workload and traffic volume.

**Traffic**
Air traffic demand has declined significantly since 2000, the peak year for traffic. For the purposes of this plan, air traffic includes aircraft that are controlled, separated and managed by air traffic controllers. This includes commercial passenger and cargo aircraft as well as general aviation and military aircraft. In the past decade, volume has declined by 23 percent and is not expected to return to 2000 levels in the near term.

**Headcount**
System-wide controller headcount is slightly higher than in 2000. We continue to hire in advance of need to allow sufficient training time for our new hires to replace retiring controllers. On a per-operation basis, the FAA has more fully certified controllers on board today than in 2000.

**Retirements**
Fiscal year 2011 retirements were above projections, and higher than FY 2010 actuals, while 2012 retirements are trending close to plan. In the last five years, 3,151 controllers have retired. The FAA carefully tracks actual retirements and projects future losses to ensure its recruitment and training keep pace.

**Hiring**
In the last five years, the FAA has hired more than 7,500 new air traffic controllers. We plan to hire 6,200 new controllers over the next five years to keep pace with expected attrition and traffic growth.

**Training**
As the FAA continues to bring these new employees on board, we must carefully manage the process to ensure that our trainees are hired in the places we need them and progress in a timely manner to become certified professional controllers (CPC). The FAA will also continue to take action at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

As the agency brings thousands of new air traffic controllers on board, the training of these new employees continues to be closely monitored at all facilities.

The trainee percentage of the FAA's national controller workforce has averaged 26 percent over the last 40 years, but has ranged from 15 to 50 percent. With the large number of new hires since 2005, the national average grew to 27 percent in 2009, but then receded and is expected to stay below 20 percent for the next few years. This figure may be higher at some individual facilities; the FAA reviews this information along with other indicators so we can manage training and daily operations at each facility.

While the agency is focused on a small subset of facilities with particular staffing needs, the FAA reached the following critical milestones in FY 2011. The agency:

• Redesigned initial training courses at the FAA Academy.

• Initiated the Flight Deck Training (FDT) program, designed to improve understanding and communication between controllers and pilots.

• Expanded the Automated Radar Terminal System Color Display (ACD) lab at the FAA Academy. Students use the simulation lab to practice air traffic concepts and complexities such as multiple arrivals with various types of aircraft.

• Established a yearly refresher training course for senior controllers who serve as field instructors.

In FY 2011, the FAA also convened an Independent Review Panel that focused on air traffic controller selection, assignment and training. The panel, part of a nationwide Call to Action on air traffic control safety and professionalism, delivered its comprehensive set of recommendations to the agency in September for review and implementation. The FAA is reviewing the report and has begun to develop action plans to address the recommendations.

Ongoing hiring and training initiatives, as well as increased simulator use, are helping the FAA meet its goals. While the FAA is managing today's air traffic, we must also integrate new technologies into air traffic operations. From state-of-the-art simulators to satellite technology, air traffic is evolving into a more automated system. The FAA is working diligently to ensure well-trained controllers continue to uphold the highest safety standards as we plan for the future.

 The FAA's goal is to ensure that the agency has the flexibility to match the number of controllers at each facility with traffic volume and workload. Staffing to traffic is just one of the ways we manage America's National Airspace System.

# ⑤ Hiring Plan

The FAA safely operates and maintains the NAS because of the combined expertise of its people, the support of technology and the application of standardized procedures. Every day tens of thousands of aircraft are guided safely and expeditiously through the NAS to their destinations.

Deploying a well-trained and well-staffed air traffic control workforce plays an essential role in fulfilling this responsibility. The FAA's current hiring plan has been designed to phase in new hires as needed. To staff the right number of people in the right places at the right time, the FAA develops annual hiring plans that are responsive to changes in traffic and in the controller workforce.

The FAA hires new developmentals in advance of the agency's staffing needs in order to have ample time to train them to offset future attrition, including retirements, promotions, etc. Proper execution of the hiring plan, while flexibly adapting to the dynamic nature of traffic and attrition, is critical to the plan's success. If the new developmentals are not placed correctly or if CPCs are not transferred from other facilities, shortages could occur at individual facilities that may affect schedules, increase overtime usage, or the requirement to increase the use of developmentals on position.

Staffing is and will continue to be monitored at all facilities throughout the year. The agency will continue to modify the hiring plan at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

There are thousands of qualified controller candidates eager to be hired. The FAA has again been able to attract large numbers of qualified controller candidates in FY 2011 without the need to advertise a general public announcement. Through the various hiring sources, the FAA will maintain a sufficient number of applicants to achieve this hiring plan.

**Controller Hiring Profile**

The controller hiring profile is shown in Figure 5.1. The number of planned hires is lower than the number of expected losses in the near term due to above-plan hiring from 2006 to 2008. The number of controllers projected to be hired through FY 2021 is 11,747.



→ The FAA hired 824 new controllers in FY 2011, and has hired more than 7,500 controllers over the last five years.

**Figure 5.1** Controller Hiring Profile



**Trainee-to-Total-Controller Percentage**

The hiring plan allows the FAA to maintain an appropriate number of trainees (developmental and CPC-IT) in the workforce. While the FAA strives to keep trainees below 35 percent for both Terminal and En Route controllers, it is not the only metric used by the agency to measure trainee progress.

Figure 5.2 shows the projected trainee-to-total-controller percentages by year to 2021.

The percentage shown is calculated as the sum of CPC-ITs plus developmentals divided by all controllers.

The general trend observed in Figure 5.2 shows the trainee percentage reaching a low point in the next one to two years as controllers in the current developmental pipeline become fully certified. The trainee percentage for both En Route and Terminal grows and reaches another peak, well below 35 percent, around 2015 and 2016 as new controllers are hired to account for expected attrition. Note the rate of growth and peak level for the En Route trainee ratio exceeds the Terminal ratio primarily because of the longer times to certify (on average) in En Route facilities. Additionally, a portion of future year hiring

**Figure 5.2** Trainee-to-Total-Controller Percentage



requirements have shifted from Terminal to En Route as developmental failures in En Route are given the opportunity to transfer and certify at lower-level Terminal facilities.

Before the 1981 strike, the FAA experienced trainee percentages ranging from 23 to 44 percent. Following the strike, through the end of the hiring wave in 1992, the trainee percentage ranged from 24 to 52 percent. When the post-strike hires became fully certified by the end of decade, the trainee percentage declined.

As the new controllers hired en masse in the early 1980s achieved full certification, the subsequent need for new hires dropped significantly from 1993 to 2006. This caused trainee percentages to reach unusually low levels. The FAA's current hiring plans return trainee percentages to their historical averages for the near term.

By phasing in new hires as needed, the FAA will level out the significant training spikes and troughs experienced over the last 40 years. Even though there was a long-expected peak in 2009, the percentage continues to drop as thousands of trainees become certified controllers.

Figure 5.3 shows historical trainee percentages from 1969 to present.

**Figure 5.3** Historical Trainee Percentage



The FAA uses many metrics (e.g., 35 percent trainee to total controllers) to manage the flow of trainees while accomplishing daily operations. Facilities meter training to coincide with a number of dynamic factors, including technology upgrades, new runway construction and recurrent proficiency training for existing CPCs. Facility training is enabled by many factors. Examples include the use of contract instructors, access to simulators, scheduled overtime, and the seasonality and complexity of operations.

In itself, the actual number of trainees does not indicate the progress of each individual in the training program or the additional utility they provide that can help to supplement other on-the-job training instruction and support operations. A key facility measure of training performance is whether trainees are completing their training within the agency's facility benchmarks. The goal ranges from one and one-half years at our lower-level Terminal facilities to three years at our En Route facilities.

The FAA is achieving these goals by improving training and scheduling processes through increased use of simulators and better tracking of controller training using the FAA's national training database.

The FAA will continue to closely monitor facilities to make sure trainees are progressing through each stage of training while also maintaining the safe and efficient operation of the NAS.



# 6 Hiring Process

**Controller Hiring Sources**

The FAA has three major categories of controller hiring sources.

**Previous controllers:** These individuals have prior FAA or Department of Defense (civilian or military) air traffic control experience.

**Air Traffic Collegiate Training Initiative (AT-CTI) students:** These individuals have successfully completed an aviation-related program of study from a school under the FAA's AT-CTI program.

**General public:** These individuals are not required to have prior air traffic control experience and may apply for vacancies announced by the FAA.

**Recruitment**

The agency continues to attract and recruit high-quality applicants into the controller workforce to meet staffing requirements. Of the 824 controllers hired in FY 2011, 245 were graduates of AT-CTI schools while an additional 188 had previous air traffic control experience.

In fiscal year 2011, the FAA continued to hire a significant number of applicants from the general public. We expect this trend to reverse going forward because of the number of available applicants from our AT-CTI and military sources.

Due to the thousands of qualified air traffic controller applicants available from previously advertised general public announcements, the agency did not offer a vacancy announcement to this pool in FY 2011. The FAA did, however, issue an open, continuous announcement for AT-CTI graduates. Announcements were also opened for retired military controllers, veterans eligible under the Veterans' Recruitment Appointment Authority, Control Tower Operators, as well as current and former civilian air traffic controllers. The number of people in the hiring pool varies during the year as the agency recruits applicants, evaluates them and draws from the pool. However, the overall goal is to maintain a pool of between 2,000 and 3,000 applicants available for consideration by selection panels at any one time. During FY 2011, the agency's recruitment and advertising activities enabled the FAA to far exceed this pool's target range. At the conclusion of FY 2011, the FAA's pool totaled over 5,000 applicants.

As an added recruitment incentive, the agency also can offer eligible developmental controllers Montgomery GI Bill education benefits. This flexibility enables us to increase the size of the pool, which helps us meet our controller hiring goals.

**General Hiring Process**

Applicants from the general public must achieve a qualifying score on the Air Traffic Selection and Training (AT-SAT) examination. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem solving and movement detection.

Additionally, all applicants must also meet the following requirements:

• Complete three years of progressively responsible work experience, or a full four-year course of study leading to a bachelor's degree, or an equivalent combination of work experience and college credits.

• Be a U.S. citizen.

• Be able to speak English clearly enough to be understood over radios, intercoms and similar communications equipment.

• Be no older than age 30.

• Pass stringent medical and psychological exams, an extensive security background investigation and an interview.

Complete details can be found on the FAA's website at http://www.faa.gov/jobs.





EXHIBIT 3

U.S. Department of Transportation

**Federal Aviation Administration**

# A Plan for the Future

10-Year Strategy for the Air Traffic Control Workforce

2013 – 2022

**2013**
**2014**
**2015**
**2016**
**2017**
**2018**
**2019**
**2020**
**2021**
**2022**

This 2013 report is the FAA's eighth annual update to the controller workforce plan. The FAA issued the first comprehensive controller workforce plan in December 2004. It provides staffing ranges for all of the FAA's air traffic control facilities and presents actual onboard controllers as of September 22, 2012.

Section (221) of Public Law (108-176) (updated by Public Law 111-117) requires the FAA Administrator to transmit a report to the Senate Committee on Commerce, Science and Transportation and the House of Representatives Committee on Transportation and Infrastructure that describes the overall air traffic controller workforce plan. It is due by March 31 of each fiscal year, otherwise the FAA's appropriation is reduced by $100,000 for each day it is late.

DUE TO THE TIMING OF THE REQUIREMENT TO PRODUCE THE PLAN BY MARCH 31 TO AVOID A DAILY FINE OF $100,000 PER PUBLIC LAW 111-117, THIS PLAN DOES NOT REFLECT THE POTENTIAL EFFECTS OF SEQUESTRATION. THE FAA WILL ADJUST THE ACTUAL STAFFING AND HIRING FORECASTS TO REFLECT FUTURE FUNDING LEVELS AS THEY BECOME MORE CERTAIN.

# Table of Contents

4   **Executive Summary**

6   **Chapter 1: Introduction**

6   Staffing to Traffic

8   Meeting the Challenge

10   **Chapter 2: Facilities and Services**

10   Terminal and En Route Air Traffic Services

10   FAA Air Traffic Control Facilities

12   **Chapter 3: Staffing Requirements**

14   Staffing Ranges

18   Air Traffic Staffing Standards Overview

20   Tower Cab Overview

21   TRACON Overview

22   En Route Overview

23   Operational Planning and Scheduling (OPAS), formerly known as Resource Management Tool (RMT)

24   Specify Demand

25   Manage a Schedule/Day of Operation Views

25   OPAS Lite

26   Technological Advances

28   **Chapter 4: Losses**

28   Controller Loss Summary

29   Actual Controller Retirements

30   Controller Workforce Age Distribution

31   Controller Retirement Eligibility

32   Controller Retirement Pattern

33   Controller Losses Due to Retirements

34   Controller Losses Due to Resignations, Removals and Deaths

34   Developmental Attrition

34   Academy Attrition

36   Controller Losses Due to Promotions and Other Transfers

37   Total Controller Losses

38   **Chapter 5: Hiring Plan**

38   Controller Hiring Profile

40   Trainee-to-Total-Controller Percentage

44   **Chapter 6: Hiring Process**

44   Controller Hiring Sources

44   Recruitment

45   General Hiring Process

46   **Chapter 7: Training**

46   FAA's Call to Action

47   The Training Process

47   FAA Academy Training

47   FAA Facility Training

48   Recurrent Training

48   Infrastructure Investments

49   Time to Certification

49   Preparing for NextGen

52   **Chapter 8: Funding Status**

53   **Appendix A: En Route Facility Controller Staffing Ranges**

54   **Appendix B: Terminal Facility Controller Staffing Ranges**

# Executive Summary

Safety is the top priority of the Federal Aviation Administration (FAA) as it manages America's National Airspace System (NAS). Thanks to the expertise of people and the support of technology, tens of thousands of aircraft are guided safely and expeditiously every day through the NAS to their destinations.

## Workload

An important part of managing the NAS involves actively aligning controller resources with demand. The FAA "staffs to traffic," matching the number of air traffic controllers at its facilities with traffic volume and workload. The FAA's staffing needs are dynamic due to the dynamic nature of the workload and traffic volume.

## Traffic

Air traffic demand has declined significantly since 2000, the peak year for traffic. For the purposes of this plan, air traffic includes aircraft that are controlled, separated and managed by air traffic controllers. This includes commercial passenger and cargo aircraft as well as general aviation and military aircraft. In the past decade, volume has declined by 24 percent and is not expected to return to 2000 levels in the near term.

## Headcount

System-wide controller headcount is slightly lower than in 2000 but on a per-operation basis, the FAA has more fully certified controllers on board today than in 2000.

In many facilities, the current Actual on Board (AOB) number may exceed the range. This is because many facilities' current AOB (all controllers at the facility) numbers include many developmental controllers in training to offset expected future attrition. Individual facilities can be above the range due to advance hiring. The FAA hires and staffs facilities so that trainees are fully prepared to take over responsibilities when senior controllers retire.

## Retirements

Fiscal year 2012 retirements were below projections, and slightly higher than FY 2011 actuals, while 2013 retirements are tracking slightly above projections. In the last five years, 2,883 controllers have retired. The FAA carefully tracks actual retirements and projects future losses to ensure its recruitment and training keep pace.

## Hiring

In the last five years, the FAA has hired more than 6,600 new air traffic controllers. We plan to hire more than 6,200 new controllers over the next five years to keep pace with expected attrition and traffic growth.

## Training

As the FAA continues to bring these new employees on board, the training of these new employees continues to be closely monitored at all facilities. We must carefully manage the process to ensure that our trainees are hired in the places we need them and progress in a timely manner to become certified professional controllers (CPC). The FAA will also continue to take action at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

In FY 2012, the FAA continued its efforts from an Independent Review Panel that focused on air traffic controller selection, assignment and training. The panel, part of a nationwide Call to Action on air traffic control safety and professionalism, delivered its comprehensive set of recommendations to the agency for review and implementation. The FAA has begun to develop action plans to address the recommendations.

Ongoing hiring and training initiatives, as well as increased simulator use, are helping the FAA meet its goals. While the FAA is managing today's air traffic, we must also integrate new technologies into air traffic operations. From state-of-the-art simulators to satellite technology, air traffic is evolving into a more automated system. The FAA is working diligently to ensure well-trained controllers continue to uphold the highest safety standards as we plan for the future.

> The FAA's goal is to ensure that the agency has the flexibility to match the number of controllers at each facility with traffic volume and workload. Staffing to traffic is just one of the ways we manage America's National Airspace System.

# Chapter 1: Introduction

## Staffing to Traffic

Air traffic controller workload and traffic volume are dynamic, and so are the FAA's staffing needs. A primary factor affecting controller workload is the demand created by air traffic, encompassing both commercial and non-commercial activity. Commercial activity includes air carrier and commuter/air taxi traffic. Non-commercial activity includes general aviation and military traffic.

Adequate numbers of controllers must be available to cover the peaks in traffic caused by weather and daily, weekly or seasonal variations, so we continue to "staff to traffic." This practice gives us the flexibility throughout each day to match the number of controllers at each facility with traffic volume and workload.

System-wide, air traffic has declined by 24 percent since 2000. The chart in Figure 1.1 shows that air traffic volume is not expected to return to peak levels in the near term.

**Figure 1.1: Traffic Forecast**



*Total Workforce Operations = Tower + TRACON + Aircraft Handled by En Route Centers

The chart below shows system-wide controller staffing and traffic, indexed from 2000 and projected through 2022. Indexing is a widely used technique which compares change over time of two or more data series (in this case, staffing and traffic). The data series are set equal to each other (or indexed) at a particular point in time (in this case, the year 2000, a recent high mark for traffic) and measured relative to that index point in each successive year. This way we know how much growth or decline has occurred compared to the base value.

Staffing to traffic not only applies on a daily basis, but also means that we staff to satisfy expected needs two to three years in advance. We do this to ensure sufficient training time for new hires. Despite the decline in air traffic shown in Figure 1.2, "staffing to traffic" requires us to anticipate controller attrition, so that we plan and hire new controllers in advance of need. The "bubble" caused by this advance-hire trainee wave is one reason that staffing remains well ahead of traffic.



**Figure 1.2: System-wide Traffic and Total Controller Trends**

# Chapter 1: Introduction

## Meeting the Challenge

The FAA has demonstrated over the past several years it can handle the long-predicted wave of expected controller retirements. In the last five years, the FAA has hired 6,674 controllers. There were 2,883 retirements for the same period.

FAA hires in advance to reflect all attrition, not just retirements. The FAA's current hiring plan has been designed to phase in new hires as needed over time. This will avoid creating another major spike in retirement eligibility in future years like the current one resulting from the 1981 controller strike. We are now entering a steady-state period in which we expect new hires to mirror losses for the next several years.

Hiring, however, is just one part of the challenge. Other challenges involve controller placement, controller training and controller scheduling. It is important that newly hired and transferring controllers are properly placed in the facilities where we will need them. Once they are placed, they need to be effectively and efficiently trained, and assigned to efficient work schedules.

To address these challenges, the FAA:

• Convened an Independent Review Panel that focused on air traffic controller selection, assignment and training.

• Procured a commercially available off-the-shelf scheduling product that provides a common toolset for FAA facilities to effectively develop and maintain optimal schedules based on traffic, staffing, work rules and qualifications.

Effective and efficient training, properly placing new and transferring controllers, and efficient scheduling of controllers are all important factors in the agency's success.



Systematically replacing air traffic controllers where we need them, as well as ensuring the knowledge transfer required to maintain a safe NAS, is the focus of this plan.



# Chapter 2: Facilities and Services

America's NAS is a network of people, procedures and equipment. Pilots, controllers, technicians, engineers, inspectors and supervisors work together to make sure millions of passengers move through the airspace safely every day.

More than 15,000 federal air traffic controllers in airport traffic control towers, Terminal radar approach control facilities and air route traffic control centers guide pilots through the system. An additional 1,375 civilian contract controllers and more than 9,500 military controllers also provide air traffic services for the NAS.

These controllers provide air navigation services to aircraft in domestic airspace, including 24.6 million square miles of international oceanic airspace delegated to the United States by the International Civil Aviation Organization.

## Terminal and En Route Air Traffic Services

Controller teams in airport towers and radar approach control facilities watch over all planes traveling through the Terminal airspace. Their main responsibility is to organize the flow of aircraft into and out of an airport. Relying on visual observation and radar, they closely monitor each plane to ensure a safe distance between all aircraft and to guide pilots during takeoff and landing. In addition, controllers keep pilots informed about changes in weather conditions.

Once airborne, the plane quickly departs the Terminal airspace surrounding the airport.

At this point, controllers in the radar approach control notify En Route controllers who take charge in the vast airspace between airports. There are 21 air route traffic control centers around the country. Each En Route center is assigned a block of airspace containing many defined routes. Airplanes fly along these designated routes to reach their destination.

En Route controllers use surveillance methods to maintain a safe distance between aircraft. En Route controllers also provide weather advisory and traffic information to aircraft under their control. As an aircraft nears its destination, En Route controllers transition it to the Terminal environment, where Terminal controllers guide it to a safe landing.

## FAA Air Traffic Control Facilities

As of October 1, 2012, the FAA operated 315 air traffic control facilities and the Air Traffic Control System Command Center in the United States. Table 2.1 lists the type and number of these FAA facilities. More than one type of facility may be collocated in the same building.

Each type of FAA facility has several classification levels based on numerous factors, including traffic volume, complexity and sustainability of traffic. To account for changes in traffic and the effect of investments that reduce complexity, as well as to compensate controllers that work the highest and most complex volume of traffic, facilities are monitored for downward and upward trends.

**Table 2.1** Types and Number of FAA Air Traffic Control Facilities

| Type | Name | Number of Facilities | Description |
|---|---|---|---|
| 1 | Tower without Radar | 1 | An airport traffic control terminal that provides service using direct observation primarily to aircraft operating under visual flight rules (VFR). This terminal is located at airports where the principal user category is low-performance aircraft. |
| 2 | Terminal Radar Approach Control (TRACON) | 23 | An air traffic control terminal that provides radar-control service to aircraft arriving or departing the primary airport and adjacent airports, and to aircraft transiting the terminal's airspace. |
| 3 | Combination Radar Approach Control and Tower with Radar | 131 | An air traffic control terminal that provides radar-control service to aircraft arriving or departing the primary airport and adjacent airports, and to aircraft transiting the terminal's airspace. This terminal is divided into two functional areas: radar approach control positions and tower positions. These two areas are located within the same facility, or in close proximity to one another, and controllers rotate between both areas. |
| 4 | Combination Non-Radar Approach Control and Tower without Radar | 2 | An air traffic control terminal that provides air traffic control services for the airport at which the tower is located and without the use of radar, approach and departure control services to aircraft operating under Instrument Flight Rules (IFR) to and from one or more adjacent airports. |
| 6 | Combined Control Facility | 4 | An air traffic control facility that provides approach control services for one or more airports as well as en route air traffic control (center control) for a large area of airspace. Some may provide tower services along with approach control and en route services. |
| 7 | Tower with Radar | 129 | An airport traffic control terminal that provides traffic advisories, spacing, sequencing and separation services to VFR and IFR aircraft operating in the vicinity of the airport, using a combination of radar and direct observations. |
| 8 | Air Route Traffic Control Center (ARTCC) | 21 | An air traffic control facility that provides air traffic control service to aircraft operating on IFR flight plans within controlled airspace and principally during the en route phase of flight. When equipment capabilities and controller workload permit, certain advisory/assistance services may be provided to VFR aircraft. |
| 9 | Combined TRACON Facility | 4 | An air traffic control terminal that provides radar approach control services for two or more large hub airports, as well as other satellite airports, where no single airport accounts for more than 60 percent of the total Combined TRACON facility's air traffic count. This terminal requires such a large number of radar control positions that it precludes the rotation of controllers through all positions. |
| — | Air Traffic Control System Command Center | 1 | The Air Traffic Control System Command Center is responsible for the strategic aspects of the NAS. The Command Center modifies traffic flow and rates when congestion, weather, equipment outages, runway closures or other operational conditions affect the NAS. |

# Chapter 3: Staffing Requirements

The FAA issued the first comprehensive controller workforce plan in December 2004. "A Plan for the Future: 10-Year Strategy for the Air Traffic Control Workforce" detailed the resources needed to keep the controller workforce sufficiently staffed. This report is updated each year to reflect changes in traffic forecasts, retirements and other factors.

"Staffing to traffic" requires the FAA to consider many facility-specific factors. They include traffic volumes based on FAA forecasts and hours of operation, as well as individualized forecasts of controller retirements and other non-retirement losses. In addition, staffing at each location can be affected by unique facility requirements such as temporary airport runway construction, seasonal activity and the number of controllers currently in training. Staffing numbers will vary as the requirements of the location dictate.

Proper staffing levels also depend on the efficient scheduling of employees, so the FAA tracks a number of indicators as part of its continuous staffing review. Some of these indicators are overtime, time on position, leave usage and the number of trainees. For example, in FY 2012, the system average for overtime was 2.2 percent, a slight increase from the FY 2011 level.

Figure 3.1 shows the expected end-of-year headcount, losses and new hires by year through FY 2022.

Figures for FY 2012 represent actual end-of-year headcount, losses and hires. Losses include retirements, promotions and transfers, resignations, removals, deaths, developmental attrition and academy attrition.

**Figure 3.1: Projected Controller Workforce Controller Trends**



Note: Annual hires and losses are a relatively small proportion of the total controller workforce. Forecast does not include the effects of sequestration.


The FAA uses many metrics to manage its facilities.

# Chapter 3: Staffing Requirements

## Staffing Ranges

Each of the FAA's 315 facilities typically staffs open positions with a combination of certified controllers who are proficient, or checked out, in specific sectors or positions. Because traffic and other factors are dynamic at these facilities, the FAA produces facility-level controller staffing ranges. These ranges are calculated to ensure that there are enough controllers to cover operating positions every day of the year.

Ensuring that we have enough controllers is not only important on a daily basis, but also means that we staff to satisfy expected needs two to three years in advance. We do this to ensure sufficient training time for new hires. The "bubble" caused by hiring two to three years ahead of time is one reason that staffing remains well ahead of traffic.

The FAA uses four data sources to calculate staffing ranges. Three are data driven, the other is based on field judgment. They are:



1. Staffing standards — mathematical models used to relate controller workload and air traffic activity.

2. Service unit input —the number of controllers required to staff the facility, typically based on past position utilization and other unique facility operational requirements. The service unit input is validated by field management.

3. Past productivity — the headcount required to match the historical best productivity for the facility. Productivity is defined as operations per controller. Facility productivity is calculated using operations and controller data from the years 2000 to 2012. If any annual point falls outside +/- 5 percent of the 2000 to 2012 average, it is thrown out. From the remaining data points, the highest productivity year is then used.

4. Peer productivity — the headcount required to match peer group productivity. Like facilities are grouped by type and level and their corresponding productivity is calculated. If the facility being considered is consistently above or below the peer group, the peer group figure is not used in the overall average and analysis.

The average of this data is calculated, rounded to the nearest whole number, multiplied by +/- 10 percent and then rounded again to determine the high and low points in the staffing range.

Exceptional situations, or outliers, are removed from the averages (for example, if a change in the type or level of a facility occurred over the period of evaluation). By analyzing the remaining data points, staffing ranges are generated for each facility.

The 2013 staffing ranges for certified controllers are published by facility in the Appendixes of this report. In many facilities, the current Actual on Board (AOB) number may exceed the range. This is because many facilities' current AOB (all controllers at the facility) numbers include larger numbers of developmental controllers in training to offset expected future attrition. Individual facilities can be above the range due to advance hiring. Facilities may also be above the range based upon facility-specific training and attrition forecasts.

In the longer term, the number of new hires and total controllers will decline as the current wave of developmental controllers become certified professional controllers (CPC), and the long-expected retirement wave has passed. At that point, the vast majority of the controllers will be CPCs and certified professional controllers in training (CPC-IT), and more facilities will routinely fall within the ranges.

**Figure 3.2: Controller Staffing Range**



Facility X Staffing

**Acceptable Controller Staffing Range**

High

**Characteristics/Drivers of High Staffing Levels**
- Inefficient scheduling
- Fewer losses than projected
- Less overtime
- Reduction in traffic volumes
- Decrease in hours of operation
- Temporary airport construction
- Higher number of position-qualified controllers
- Higher number of advance hire trainees

Low

**Characteristics/Drivers of Low Staffing Levels**
- Reduced controller lost time
- Greater use of overtime
- Increase in traffic volumes
- Increase in hours of operation
- Lower number of position-qualified controllers
- Lower number of advance hire trainees

Figure 3.3 depicts an example of a large, Type 3 FAA facility. This Combination Radar Approach Control and Tower with Radar facility is one in which controllers work in the tower cab portion and in the radar room (also known as a TRACON). To be a CPC in these types of facilities, controllers must be checked out on all positions in both the tower and the TRACON.

Trainees are awarded "D1" status (and the corresponding increase in pay) after being checked out on several positions. The levels of responsibility (and pay) gradually increase as trainees progress through training.

Once developmental controllers are checked out at the D1 level, they can work several positions in the tower (Clearance Delivery, Ground Control and Local Control). Once checked out on the Runway Crossing Coordinator position, the developmental controller would be considered tower certified, but still not a CPC, as CPCs in this type of facility must also be certified on positions in the radar room.

The levels of responsibility continue to increase as one progresses toward CPC status, but trainees can and do control traffic much earlier in the training process. Historically, the FAA has used these position-qualified controllers to staff operations and free up CPCs for more complex positions as well as to conduct training.

Having the majority of the workforce checked out as CPCs makes the job of scheduling much easier at the facility. CPCs can cover all positions in their assigned area, while position-qualified developmentals require the manager to track who is qualified to work which positions independently. This task will be easier once the FAA's operational planning and scheduling (OPAS) tool is fully implemented.

> The FAA hires and staffs facilities so that trainees are fully prepared to take over responsibilities when senior controllers retire.

**Figure 3.3: Controller Training Progression**



 Trainees are defined as the number of developmental and certified professional controllers in training.

# Chapter 3: Staffing Requirements

## Air Traffic Staffing Standards Overview

The FAA has used air traffic staffing standards to help determine controller staffing levels since the 1970s.

FAA facilities are currently identified and managed as either Terminal facilities where airport traffic control services are provided, including the immediate airspace around an airport, or En Route facilities where high altitude separation services are provided using computer systems and surveillance technologies. Terminal facilities are further designated as tower cabs or TRACONs. These Terminal facilities may be collocated in the same building, but because of differences in workload, their staffing requirements are modeled separately.

**Figure 3.4: Air Traffic Control Position and Facility Overview**



Push back, taxi and takeoff

Ascent

Cruise

## Airport Traffic Control Tower (ATCT)

**Ground Controller**

Issues approval for push back from gate and issues taxi instructions and clearances.

**Local Controller**

Issues takeoff clearances, maintains prescribed separation between departure aircraft, provides departure aircraft with latest weather/field conditions.

**Clearance Delivery**

Issues IFR and VFR flight plan clearances.

**Flight Data**

Receives and relays weather information and Notice to Airmen.

## Terminal Radar Approach Control (TRACON)

**Departure Controller**

Assigns headings and altitudes to departure aircraft. Hands off aircraft to the En Route Radar Controller.

**Flight Data - Radar**

Issues IFR flight plan clearances to aircraft at satellite airports, coordinates releases of satellite departures.

## Air Route Traffic Control Center (ARTCC)

**Radar Controller**

Ensures the safe separation and orderly flow of aircraft through En Route center airspace (includes oceanic airspace).

**Radar Associate**

Assists the Radar Controller.



Cruise

*Descent and* approach

Landing and taxi to gate

### Air Route Traffic Control Center (ARTCC)

**Radar Associate (Flight Data)**

Supports the Center Radar Controller by handling flight data.

### Terminal Radar Approach Control (TRACON)

**Arrival Controller**

Assigns headings and altitudes to arrival aircraft to establish aircraft on final approach course.

### Airport Traffic Control Tower (ATCT)

**Local Controller**

Issues landing clearances, maintains prescribed separation between arrivals, provides arrival aircraft with latest weather/field conditions.

**Ground Controller**

Issues taxi instructions and clearances to guide aircraft to the gate.

# Chapter 3: Staffing Requirements

The dynamic nature of air traffic controller workload coupled with traffic volume and facility staffing needs are all taken into account during the development of FAA staffing standards and models.

All FAA staffing models incorporate similar elements:

- Controller activity data is collected and processed quarterly, commensurate with the type of work being performed in the facilities.

- Models are developed that relate controller workload to air traffic activity. These requirements are entered into a scheduling algorithm.

- The modeled workload/traffic activity relationship is forecasted for the 90th percentile (or 37th busiest) day for future years for each facility. Staffing based on the demands for the 90th percentile day assures that there are adequate numbers of controllers to meet traffic demands throughout the year.

- Allowances are applied for off-position activities such as vacation, training, and additional supporting activities that must be accomplished off the control floor, such as performance management discussions, training team discussions, and other activities to enhance workplace operations.

In 2005, the FAA began an air traffic staffing standard review and assessment with the expectation of developing staffing ranges at the facility level. In 2007, the FAA revised the standards models for towers and En Route centers and, in 2009, completed revised standards models for TRACON facilities.

The FAA incorporated recommendations found in the Transportation Research Board special report "Air Traffic Control Facilities, Improving Methods to Determine Staffing Requirements." These recommendations included significantly expanding the amount of input data and improving the techniques used to develop the standards.

All staffing models went through similar development processes. Some components of the model-development phase varied as a function of the work being performed by the controllers. For example, a crew-based approach was used to model tower staffing requirements because the number and type of positions in a tower cab vary considerably as traffic changes, compared to those of a single sector in a TRACON or En Route center. All staffing models reflect the dynamic nature of staffing and traffic. Controller staffing requirements can vary throughout the day and throughout the year.

## Tower Cab Overview

Air traffic controllers working in tower cabs manage traffic within a radius of a few miles of the airport. They instruct pilots during taxiing, takeoff and landing, and they grant clearance for aircraft to fly. Tower controllers ensure that aircraft maintain minimum separation distances between landing and departing aircraft, transfer control of aircraft to TRACON controllers when the aircraft leave their airspace, and receive control of aircraft for flights coming into their airspace.

- There are a variety of positions in the tower cab, such as Local Control, Ground Control, Flight Data, Coordinator, etc. Depending on the airport layout and/or size of the tower cabs (some airports have more than one tower), there can be more than one of the same types of position on duty.

• As traffic, workload and complexity increase, more or different positions are opened; as traffic, workload and complexity decrease, positions are closed or combined with other positions.

Important factors that surfaced during the tower staffing model development included the availability, accessibility and increased reliability of traffic data and controller on-position reporting systems. The FAA is now able to analyze much larger quantities of tower data at a level of granularity previously unattainable. Staffing data and traffic volumes are collected for every facility.

The revised tower cab standards were developed using regression analysis as the primary method for modeling the relationship between staffing and workload drivers. The models relate observed, on-position controllers to the type and amount of traffic they actually handle. Regression analysis allows us to relate modeled controller staffing requirements with traffic activity and then use this relationship to predict future staffing requirements (standards) based on traffic projections.

## TRACON Overview

Air traffic controllers working in TRACONs typically manage traffic within a 40-mile radius of the primary airport; however, this radius varies by facility. They instruct departing and arriving flights, and they grant clearance for aircraft to fly through the TRACON's airspace. TRACON controllers ensure that aircraft maintain minimum separation distances between landing and departing aircraft, transfer control of aircraft to tower or En Route center controllers when the aircraft leave their airspace, and receive control of aircraft for flights coming into their airspace.

• TRACON airspace is divided into sectors that often provide services to multiple airports. Consolidated or large TRACONs in major metropolitan areas provide service to several primary airports. Their airspace is divided into areas of specialization, each of which contains groups of sectors.

• Controllers are assigned to various positions such as Radar, Final Vector, Departure Data, etc., to work traffic within each sector. These positions may be combined or de-combined based on changes in air traffic operations.

• As traffic, workload and complexity increase, the sectors may be subdivided (de-combined) and additional positions opened, or the sector sizes can be maintained with an additional controller assigned to an assistant position within the same sector.

• Similarly, when traffic, workload and complexity decline, the additional positions can be closed or the sectors recombined.

Like the tower analysis, the FAA is able to analyze much larger quantities of TRACON data at a level of granularity previously unattainable. Important factors surfaced during the TRACON staffing model review including the availability, accessibility and increased reliability of traffic data and controller on-position reporting systems. Staffing data and traffic volumes were collected for every facility.

The TRACON standards models were updated in early 2009. The revised TRACON standards were developed using regression analysis as the primary method for modeling the relationship between staffing and workload drivers. The models relate observed, on-position controllers to the type and amount of traffic they actually handled. Regression allows us to relate modeled controller staffing requirements with traffic activity and then use this relationship to predict future staffing requirements (standards) based on traffic projections.

# Chapter 3: Staffing Requirements

### En Route Overview

Air traffic controllers assigned to En Route centers guide airplanes flying outside of Terminal airspace. They also provide approach control services to small airports around the country where no Terminal service is provided. As aircraft fly across the country, pilots talk to controllers in successive En Route centers.

• En Route center airspace is divided into smaller, more manageable blocks of airspace called areas and sectors.

• Areas are distinct, and rarely change based on changes in traffic. Within those areas, sectors may be combined or de-combined based on changes in air traffic operations.

• Controllers are assigned to positions within the sectors (e.g., Radar, Radar Associate, Tracker). As traffic increases, sectors can be de-combined and additional positions opened, or the sector sizes can be maintained but additional controllers added to assistant positions within the sectors.

• Similarly, when traffic declines, the additional positions can be closed or the sectors recombined.

The FAA's Federally Funded Research and Development Center, operated by the MITRE Corporation, developed a model to generate data needed for the FAA's staffing models. Like the tower and TRACON standards models, this approach incorporated actual traffic and more facility-specific data.

MITRE's modeling approach reflects the dynamic nature of the traffic characteristics in a sector. It estimates the number of controllers, in teams of one to three people, necessary to work the traffic for that sector in 15-minute intervals. Differences in traffic characteristics in a sector could require different numbers of controllers to handle the same volume of traffic. For example, at one time most traffic might be cruising through a sector toward another location requiring minimal controller intervention. At another time, traffic might be climbing and descending through the same sector, a more complex scenario requiring more controllers. The same modeling techniques were applied uniformly to all sectors, providing results based on a common methodology across the country.

The FAA's staffing models incorporate the input data provided by MITRE, run it through a shift scheduling algorithm, apply traffic growth forecasts, and then apply factors to cover vacation time, break time, training, etc., to provide the staffing ranges presented in this plan for each En Route center.

In September 2010 the National Academy of Sciences completed a review at the FAA's request of MITRE's workload modeling capabilities. The review "concludes that the model is superior to past models because it takes into account traffic complexity when estimating task load. It recommends obtaining more operational and experimental data on task performance, however, to establish and validate many key model assumptions, relationships and parameters." The FAA continues its work with MITRE to address the National Academy of Sciences recommendations, while remaining cognizant of the current tight fiscal environment.

**Operational Planning and Scheduling (OPAS), formerly known as Resource Management Tool (RMT)**

Optimizing controller schedules is a critical aspect of efficient workforce planning, since inefficient facility schedules can lead to excess staffing and/or increased overtime. Currently, the FAA's air traffic facilities do not have access to a standardized, automated tool to assist them in developing optimal schedules and analyzing long-term workforce planning requirements. FAA facilities currently use a variety of non-standard methods that do not fully incorporate the complex resource management requirements that exist in today's environment.

To address this need, the FAA has procured a commercially available "off-the-shelf" system that has been configured to FAA-specific requirements (e.g., national labor contract terms, FAA policy, etc.). The FAA's operational planning and scheduling (OPAS) tool will provide a common toolset for FAA facilities to effectively develop and maintain optimal schedules based on traffic, staffing, work rules and employee qualifications. Similar systems are being used by air navigation service providers worldwide and are commonplace in best-practice companies.

More specifically, OPAS will be used to create and analyze optimized schedules over variable blocks of time, with viewing capability in days, weeks, months, years or seasons. The system is able to:

• Generate optimal schedules for a given period of time (day, month, year) based on demand, business rule constraints, employee qualification requirements and available resources.

• Calculate optimal shift start times and length in support of national and local bargaining evaluations.

• Distribute employees across various shifts in the most efficient way.

• Calculate projected time on position (signed on and controlling traffic) to staff an area by shift, line and/or person.

• Run what-if analyses.

• Recommend optimal utilization of overtime and other time outside shift.

• Automate shift requests, bid process and other scheduling-related tasks.

The major functionalities in the OPAS application are split into long-term (typically yearly), short-term, and day-of operations. A typical workflow (from top-to-bottom and left-to-right) is shown below:

**Long-term**



• Staff to traffic demand
• Bidding
• Efficient start times and shifts

**Short-term**



• Schedule generation and management

**Day-of**



• Schedule management
• Managing short-term employee requests

# Chapter 3: Staffing Requirements

## Specify Demand

OPAS forecasts demand (or number of CPCs required per 15-minute interval) for the entire year in a series of one-week periods. For example, one week of demand may describe the period from January to February and another the period from February to May, etc. If the summer is a particularly busy time, then there may be two separate demand periods, one for the summer and one for the winter. The application translates these demand periods into the set of start times and minimum number of shifts that are required (per day) in order to cover the demand. This minimum number helps determine whether it is possible to approve leave or move someone from an evening shift to a day shift.

**Figure 3.5: OPAS Demand Forecast and Shift Lines**



## Manage a Schedule/Day of Operation Views

Other views drill down to show the details of a single day. They allow the user to get a quick overview of what is happening on a given day, including leave, overtime, briefing periods and other duties (like ERAM training or special assignments).

The views can also address questions such as:

• "Who is working today and when?"

• "Who is working overtime?"

• "Who has a leave request for today, pending or approved?"

## OPAS Lite

OPAS Lite is a mobile Web application developed to provide access to many of the major functions within OPAS. It is accessible on all modern browsers and allows users to view and interact with the schedule anywhere, anytime. Functionality in OPAS Lite also includes a desktop kiosk (view-only mode), quick changing of users, viewing schedules, submitting requests and proxy requests, and viewing and acting on requests.

Figure 3.6: Operational Planning and Scheduling Lite



# Chapter 3: Staffing Requirements

## Technological Advances

The Next Generation Air Transportation System (NextGen) is taking shape. Recent efforts to expand the use of Performance Based Navigation are already paying off in fuel savings and increased capacity in key parts of the National Airspace System (NAS). Infrastructure that was committed to in recent years, including Automatic Dependent Surveillance-Broadcast (ADS-B) and the modernization of major automation systems, is being deployed and creating the tangible foundation for NextGen. And the FAA continues to mature the next wave of NextGen capabilities, including Data Communications, the next generation of voice switches and new concepts for weather management.

These investments, over time, are expected to drive substantial benefits for the FAA and its stakeholders. For air carriers, NextGen aims to create a more predictable, efficient environment that saves their customers time and allows for better decision-making about resources, including crew scheduling and fuel usage. For the FAA, NextGen should lead to a range of benefits, including increased productivity from a workforce using a full suite of modern tools.

This increased productivity, and its ultimate impact on the size and composition of the FAA's workforce, depends on many factors. Over time, the relationship between pilots and air traffic controllers will evolve. The relationship between controller, and automated systems will similarly evolve. These evolutions will occur gradually and require much testing and analysis to ensure the safety of the system.

While the staffing projections in this workforce plan are based on the current concept of operations for air traffic control, the FAA's En Route staffing models are incorporating data captured from centers that have switched from the computer and backup system to ERAM (En Route Automation Modernization). ERAM is the new automation platform for the centers, which control high-altitude traffic and replaces the 40-year-old En Route system used nationwide.

ERAM technology is the heart of NextGen and the pulse of the NAS. It is helping to advance our transition from a ground-based system of air traffic control to a satellite-based system of air traffic management. ERAM technology processes flight radar data, provides communications and generates display data for air traffic controllers.

In the future, ERAM will increase capacity and improve efficiency in our skies. En Route controllers will have the capability to track more aircraft at a time. Additionally, coverage will extend beyond facility boundaries, enabling controllers to handle traffic more efficiently.



# Chapter 4: Losses

In total, the FAA expects to lose over 1,400 controllers due to retirements, promotions and other losses this fiscal year. Other controller losses include transfers, resignations, removals, deaths, developmental attrition and academy attrition.

Fiscal year 2012 attrition came in at 1,132 losses, representing 99.4 percent accuracy with the forecast of 1,139 losses. We have incorporated this updated attrition into our forecasts.

The FAA hires and staff facilities so that trainees are fully prepared to take over responsibilities when senior controllers retire.

## Controller Loss Summary

Table 4.1 shows the total estimated number of controllers that will be lost, by category, over the period FY 2013 through FY 2022.

**Table 4.1 Controller Loss Summary**

| Loss Category | Losses: 2013 – 2022 |
| --- | --- |
| Retirements | 5,476 |
| Resignations, Removals and Deaths | 487 |
| Developmental Attrition | 1,139 |
| Promotions/Transfers | 3,598 |
| Academy Attrition | 1,642 |
| **Total** | **12,342** |

## Actual Controller Retirements

Fiscal year 2007 was correctly projected to be a peak year for retirements of controllers hired in the early 1980s.

**Figure 4.1: Actual Controller Retirements**



# Chapter 4: Losses

### Controller Workforce Age Distribution

The agency hired a substantial number of controllers in the years immediately following the 1981 strike. This concentrated hiring wave meant a large portion of the controller workforce would reach retirement age in roughly the same time period. In September 2005, the age distribution peak on the right side of Figure 4.2 was greater than 1,900 controllers. Today, the magnitude of that remaining peak is down to about 1,200 controllers.

**Figure 4.2: Controller Workforce Age Distribution as of September 22, 2012**



Today's hiring plans are designed to gradually phase in new hires as needed. This will also spread out the retirement eligibility of the current wave of new hires and reduce the magnitude of the retirement eligibility peak in future years.

## Controller Retirement Eligibility

In addition to normal civil service retirement criteria, controllers can become eligible under special retirement criteria for air traffic controllers (age 50 with 20 years of "good time" service or any age with 25 years "good time" service). "Good time" is defined as service in a covered position, as defined in Public Law 92-297. Under Public Law 92-297, air traffic controllers are usually required to retire at age 56.

After computing eligibility dates using all criteria, the FAA assigns the earliest of the dates as the eligibility date. Eligibility dates are then aggregated into classes based on the fiscal year in which eligibility occurs.

Figure 4.3 shows the number of controllers who are currently retirement eligible as of September 2012 and those projected to become retirement eligible each fiscal year through FY 2022. Agency projections show that an additional 629 controllers will become eligible to retire in FY 2013.

**Figure 4.3: Retirement Eligibility**



# Chapter 4: Losses

## Controller Retirement Pattern

History shows that not all controllers retire when they first become eligible. In 2012, only 12.4 percent of controllers who first became eligible actually retired. This is down slightly from 13 percent in the previous year's plan.

Since the economic downturn began in 2008, the FAA has observed that many controllers are delaying retirement until they get closer to the mandatory retirement age of 56. Because most controllers first become retirement eligible at age 50, they typically reach mandatory retirement age in their seventh year of eligibility.

These trends are seen in Figure 4.4 below, which shows fewer controllers are retiring earlier in their eligibility and are waiting until closer to their mandatory retirement age.

Despite the increased likelihood of delayed retirement, the majority of controllers still leave the controller workforce prior to reaching the mandatory age.



**Figure 4.4: Percent of Controllers Retiring in the Nth Fiscal Year of Their Eligibility**

**Controller Losses Due to Retirements**

For the current plan, the agency incorporated FY 2012 retirement data into the retirement histogram used for future retirement.

As in prior years, the FAA projected future retirements by analyzing both the eligibility criteria of the workforce (Figure 4.3) and the pattern of retirement based on eligibility (Figure 4.4).

For each eligibility class (the fiscal year the controller first becomes eligible to retire), the agency applied the histogram percentage to estimate the retirements for each class by year.

In FY 2012, there were 560 controller retirements, a decrease of 55 versus a plan of 615. Year-to-date retirements for 2013 are trending at or slightly above the FY 2013 projection of 742 retirements.

**Figure 4.5: Retirement Projection**



# Chapter 4: Losses

## Controller Losses Due to Resignations, Removals and Deaths

Estimated controller losses due to resignations, removals (excluding developmental attrition) and deaths are based on historical rates and shown in Table 4.6.

**Table 4.2  Controller Losses Due to Resignations, Removals and Deaths**

| 2012* | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|-------|------|------|------|------|------|------|------|------|------|------|
| 39 | 48 | 48 | 48 | 48 | 49 | 49 | 49 | 49 | 49 | 50 |

## Developmental Attrition

Estimated losses of trainees who terminate from the FAA while still in developmental status are shown in Table 4.7. The agency has incorporated historical developmental attrition rates into the latest FAA forecasts.

**Table 4.3  Developmental Attrition**

| 2012* | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|-------|------|------|------|------|------|------|------|------|------|------|
| 105 | 197 | 136 | 105 | 108 | 110 | 107 | 102 | 96 | 91 | 87 |

## Academy Attrition

Estimated loss figures from new hires who are not successful in the FAA Academy training program, before they ever reach an air traffic control facility, are based on historical rates and shown in Table 4.8.

**Table 4.4  Academy Attrition**

| 2012* | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|-------|------|------|------|------|------|------|------|------|------|------|
| 138 | 115 | 176 | 187 | 195 | 189 | 177 | 162 | 153 | 146 | 142 |

*Actual



# Chapter 4: Losses

## Controller Losses Due to Promotions and Other Transfers

This section presents FAA estimates of controller losses due to internal transfers to other positions (staff support specialists, traffic management coordinators, etc.) and controller losses due to promotions to front line manager or air traffic management/supervisory positions.

In addition to backfilling for supervisory attrition (retirements, promotions, etc.), the FAA expects that the supervisor workforce will likely grow along with the controller workforce, and that these additional supervisors will also come from the controller population.

This forecast is also driven by the shifting demographics of these groups. In short, an increasing number of supervisors and other air traffic personnel will become retirement eligible after 2013, creating additional opportunities for current controllers to be promoted.

**Figure 4.6: Controller Losses Due to Promotions and other Transfers**



## Total Controller Losses

The FAA projects a total loss of 12,342 controllers over the next 10 years. Overall losses appear to be trending in line with projections for FY 2013.



Figure 4.7: Projected Total Controller Losses

# Chapter 5: Hiring Plan

The FAA safely operates and maintains the NAS because of the combined expertise of its people, the support of technology and the application of standardized procedures. Every day tens of thousands of aircraft are guided safely and expeditiously through the NAS to their destinations.

Deploying a well-trained and well-staffed air traffic control workforce plays an essential role in fulfilling this responsibility. The FAA's current hiring plan has been designed to phase in new hires as needed. To staff the right number of people in the right places at the right time, the FAA develops annual hiring plans that are responsive to changes in traffic and in the controller workforce.

The FAA hires new developmentals in advance of the agency's staffing needs in order to have ample time to train them to offset future attrition, including retirements, promotions, etc. Proper execution of the hiring plan, while flexibly adapting to the dynamic nature of traffic and attrition, is critical to the plan's success. If the new developmentals are not placed correctly or if CPCs are not transferred from other facilities, shortages could occur at individual facilities that may affect schedules, increase overtime usage, or require the use of more developmentals on position.

Staffing is and will continue to be monitored at all facilities throughout the year. The agency will continue to modify the hiring plan at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

There are thousands of qualified controller candidates eager to be hired. The FAA has again been able to attract large numbers of qualified controller candidates in FY 2012. Through the various hiring sources, the FAA will maintain a sufficient number of applicants to achieve this hiring plan.

## Controller Hiring Profile

The controller hiring profile is shown in Figure 5.1. The number of planned hires is lower than the number of expected losses in the near term due to above-plan hiring from 2006 to 2008. The number of controllers projected to be hired through FY 2022 is 11,360.

The FAA hired 925 new controllers in FY 2012, and has hired more than 6,600 controllers over the last five years.

**Figure 5.1: Controller Hiring Profile**



# Chapter 5: Hiring Plan

### Trainee-to-Total-Controller Percentage

The hiring plan allows the FAA to maintain an appropriate number of trainees (developmental and CPC-IT) in the workforce. While the FAA strives to keep trainees below 35 percent for both Terminal and En Route controllers, it is not the only metric used by the agency to measure trainee progress.

Figure 5.2 shows the projected trainee-to-total-controller percentages by year to 2022. The percentage shown is calculated as the sum of CPC-ITs plus developmentals divided by all controllers.

The general trend observed in Figure 5.2 shows the trainee percentage reaching a low point in the next one to two years as controllers in the current developmental pipeline become fully certified. The trainee percentage for both En Route and Terminal grows and reaches another peak, well below 35 percent, around 2015 and 2016 as new controllers are hired to account for expected attrition. Note the rate of growth and peak level for the En Route trainee ratio exceeds the Terminal ratio primarily because of the longer times to certify (on average) in En Route facilities. Additionally, a portion of future year hiring requirements have shifted from Terminal to En Route as developmental failures in En Route are given the opportunity to transfer and certify at lower-level Terminal facilities.

**Figure 5.2: Trainee to Total Controller Percentage**



Before the 1981 strike, the FAA experienced trainee percentages ranging from 23 to 44 percent. Following the strike, through the end of the hiring wave in 1992, the trainee percentage ranged from 24 to 52 percent. When the post-strike hires became fully certified by the end of decade, the trainee percentage declined.

As the new controllers hired en masse in the early 1980s achieved full certification, the subsequent need for new hires dropped significantly from 1993 to 2006. This caused trainee percentages to reach unusually low levels. The FAA's current hiring plans return trainee percentages to their historical averages for the near term.

By phasing in new hires as needed, the FAA will level out the significant training spikes and troughs experienced over the last 40 years. Even though there was a long-expected peak in 2009, the percentage continues to drop as thousands of trainees become certified controllers.

Figure 5.3 shows historical trainee percentages from 1969 to the present.

**Figure 5.3: Historical Trainee Percentage**



# Chapter 5: Hiring Plan

The FAA uses many metrics (e.g., 35 percent trainee to total controllers) to manage the flow of trainees while accomplishing daily operations. Facilities meter training to coincide with a number of dynamic factors, including technology upgrades, new runway construction and recurrent proficiency training for existing CPCs. Facility training is enabled by many factors. Examples include the use of contract instructors, access to simulators, scheduled overtime, and the seasonality and complexity of operations.

In itself, the actual number of trainees does not indicate the progress of each individual in the training program or the additional utility they provide that can help to supplement other on-the-job training instruction and support operations. A key facility measure of training performance is whether trainees are completing their training within the agency's facility benchmarks. The goal ranges from one and one-half years at our lower-level Terminal facilities to three years at our En Route facilities.

The FAA is achieving these goals by improving training and scheduling processes through increased use of simulators and better tracking of controller training using the FAA's national training database.

The FAA will continue to closely monitor facilities to make sure trainees are progressing through each stage of training while also maintaining the safe and efficient operation of the NAS.



# Chapter 6: Hiring Process

## Controller Hiring Sources

The FAA has three major categories of controller hiring sources.

Previous controllers: These individuals have prior FAA or Department of Defense (civilian or military) air traffic control experience.

Air Traffic Collegiate Training Initiative (AT-CTI) students: These individuals have successfully completed an aviation-related program of study from a school under the FAA's AT-CTI program.

General public: These individuals are not required to have prior air traffic control experience and may apply for vacancies announced by the FAA.

## Recruitment

The agency continues to attract and recruit high-quality applicants into the controller workforce to meet staffing requirements. Of the 925 controllers hired in FY 2012, 467 were graduates of AT-CTI schools, 268 were hired from the general public, while an additional 190 had previous air traffic control experience.

Due to the thousands of qualified air traffic controller applicants available from previously advertised general public announcements, the agency did not offer a vacancy announcement to this pool in FY 2012; however, we are planning to open a general public announcement in FY 2014 to add more depth and diversity to our controller hiring sources. The FAA issued an open, continuous announcement for AT-CTI graduates. Announcements were also opened for retired military controllers, veterans eligible under the Veterans' Recruitment Appointment Authority, control tower operators, as well as current and former civilian air traffic controllers. The number of people in the hiring pool varies during the year as the agency recruits applicants, evaluates them and draws from the pool. However, the overall goal is to maintain at least 2,000 to 3,000 applicants available for consideration by selection panels at any one time. During FY 2012, the agency's recruitment and advertising activities enabled the FAA to far exceed this pool's target range. At the conclusion of FY 2012, the FAA's pool totaled over 5,000 applicants.

As an added recruitment incentive, the agency also can offer eligible developmental controllers Montgomery GI Bill education benefits. This flexibility enables us to increase the size of the pool, which helps us meet our controller hiring goals.

**General Hiring Process**

Applicants from the general public must achieve a qualifying score on the Air Traffic Selection and Training (AT-SAT) examination. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem solving and movement detection. The agency does not anticipate that these controller characteristics/competencies will change as NextGen technologies are introduced.

 Additionally, all applicants must also meet the following requirements:

• Complete three years of progressively responsible work experience, or a full four-year course of study leading to a bachelor's degree, or an equivalent combination of work experience and college credits.

• Be a U.S. citizen.

• Be able to speak English clearly enough to be understood over radios, intercoms and similar communications equipment.

• Be no older than age 30.

• Pass stringent medical and psychological exams, an extensive security background investigation and an interview.

Complete details can be found on the FAA's website at http://www.faa.gov/jobs.

One of the primary goals of the FAA's technical training and development programs is to ensure that our air traffic controllers have all the necessary skills and abilities to perform their jobs effectively and maintain the safety of the NAS.

The FAA's technical training framework is designed to provide controllers with training to meet the challenges of today and prepare them for the next generation of air traffic management.

In early 2012, the FAA completed an organizational restructuring designed to improve the integration of safety into all aspects of air traffic services. The new Office of Safety and Technical Training in the Air Traffic Organization is helping the agency firmly instill the FAA's safety mission in controllers from the start of their careers. The powerful combination of safety, training and quality assurance under the same leadership structure enhances the FAA's ability to identify, mitigate and manage risks, and integrate lessons learned into the technical training curriculum. The training program for air traffic controllers is governed by FAA Order 3120.4, Air Traffic Technical Training; the organization has committed to initiate an annual review process to update the training order to ensure technical accuracy and compliance.

## FAA's Call to Action

The FAA convened an Independent Review Panel (IRP) in 2011 to review air traffic controller selection, assignment and training as part of a nationwide Call to Action on air traffic control safety and professionalism. The panel produced 49 recommendations that can be found at the following link: http://www.faa.gov/news/press_releases/news_story. cfm?newsId=13132.

In line with the IRP's recommendations, the FAA continues to improve processes for hiring and training the controller workforce. Many of these efforts were under way before the IRP began its review (e.g., professional standards, organizational structure and recurrent training). The Office of Safety and Technical Training has evaluated the IRP's recommendations and adapted several into new projects for the overall improvement of the training program, with some projects already completed before the end of FY 2012. For example, the next controller training instruction will require on-the-job training instructors to have one year of experience versus the current six-month requirement. The FAA is also increasing data sharing with AT-CTI partners so they are getting better feedback on their alumni. Curriculum will be restructured so controllers will have a more well-rounded understanding of the air traffic system during initial training at the FAA Academy. Students will demonstrate abilities earlier on, and those assigned to more complex facilities will get enhanced training before they leave the FAA Academy.

## The Training Process

Training begins at the FAA Academy where students gain foundational ATC knowledge. Later at the facilities, they receive the necessary training to become certified professional controllers (CPC). All controllers have periodic refresher training to maintain proficiency.

The FAA is adopting an outcome-based approach to the design and development of training, based on one of the recommendations from the IRP. The outcome-based approach refers to the strategy used to design individual courses and is based on the performance requirements found in the competency model. It uses the collection of job tasks, knowledge, skills and abilities to define the operational outcome required for the controller's job so that training can be designed accordingly. The newer approach includes mapping curriculum to job tasks, knowledge, skills and training methods. The techniques apply to new course development, redesigns and updates.

> The FAA continues to invest in making its training more effective by gearing it toward the skills needed for successful career-long development.

## FAA Academy Training

The FAA Academy trains new controllers using lecture, computer-based instruction, and simulation with a range of fidelity. The FAA Academy lays the foundation for controller development by teaching common, fundamental air traffic control procedures that are used throughout the country.

In 2011, the FAA began looking at ways to modernize courses at the FAA Academy, expanding the required level of knowledge and increasing students' proficiency. Enhanced training content ensures the FAA can bridge the gap between the FAA Academy training and field requirements at the higher-level facilities. This effort achieves the goals of improving quality and increasing the effectiveness of training as controllers reach CPC.

## FAA Facility Training

After graduating from the FAA Academy, developmental controllers begin facility training in the classroom, where they learn facility-specific rules and procedures. Often, these rules and procedures are practiced in simulation. The FAA is increasing the use of simulators - technology that allows instructors to duplicate and play back actual operating events to give students opportunities for improvement in a safe environment. Simulators enable students to not only see the cause and effect, but also to avoid mistakes in the future. Until recently, controllers working in airport traffic control towers trained solely on live air traffic. Since live traffic is inconsistent and unpredictable due to weather and system delays, a controller may have to wait days or weeks for an opportunity to learn a particular procedure, and even longer to become proficient at it. The FAA uses simulation to help compress the training timeline while also improving the students' learning experience and reducing training costs.

After classroom and simulation training are complete, developmental controllers begin on-the-job training on operational positions. This training is conducted by CPCs who observe and instruct developmental controllers working the control position. Once they are certified on control positions, developmental controllers often work independently on those positions under the direction of a supervisor to gain experience and to supplement staffing.

# Chapter 7: Training

For current controllers, the recently initiated Flight Deck Training (FDT) program is designed to improve understanding and communications between controllers and pilots. It gives controllers a perspective from the flight deck during flight. As part of supplemental training at FAA field facilities, it focuses on specific outcomes that complement the overall controller training curriculum.

## Recurrent Training

In the field, the FAA has a renewed emphasis on proficiency training for current CPCs via a new initiative called Recurrent Training 2012. This new training initiative is designed to promote a safety culture and move facilities to the next level of safety. It is a combination of cadre-led and computer-based instruction for air traffic controllers that delivers innovative recurrent training and incorporates lessons learned from the Air Traffic Safety Action Program (ATSAP), and Quality Assurance and Quality Control activities.

The Office of Safety and Technical Training is also working on the initial design phases of an annual recurrent training course for its on-the-job training field instructors. It is especially important for field instructors to maintain proficiency on all of the latest skills, new procedures and technologies coming into the system through NextGen improvements. This is another effort that was recommended and supported by the IRP.

## Infrastructure Investments

The FAA is investing in its infrastructure to ensure facilities are equipped with the computers, bandwidth and technology required to deliver enhanced technology-based training. Facility training has improved with the deployment of dedicated training computers and changes to FAA Order 3120.4, Air Traffic Technical Training. Activities already under way include:

- Increased use of simulators in all phases of training during a controller's career. Simulators allow students to obtain practical learning experience and effectively move from theory to application. Simulator training better prepares junior controllers for the transition to live traffic. By increasing the use of simulators for proficiency training, controllers have the opportunity to practice seldom-used procedures and increase technical proficiency. It also has the potential to reduce time to certification for CPC controllers who transfer to new facilities.

- Location of simulators at the FAA Academy and at the En Route and Terminal facilities to support training. We are currently exploring the feasibility of deploying technology to allow remote simulation capabilities to reduce the distance and travel time for controllers at smaller facilities' simulators.

- Expansion of the FAA Academy's Automated Radar Terminal System Color Display (ACD) lab in Oklahoma City. Students use the ACD lab terminal radar simulation to practice air traffic concepts and complexities, such as multiple arrivals involving various types of aircraft and sequencing departures within arrivals.

- Increased facility access to the SimFast Terminal radar simulator, a scenario generation tool and low-cost simulation software that provides radar simulation training capability via the personal computer (PC). SimFast enables smaller facilities to provide PC-to-PC simulations involving a pilot operator and a trainee without requiring expensive radar equipment. SimFast installation coincided with Computer Based Instruction (CBI) upgrades at the facilities.

## Time to Certification

The FAA continues to meet its overall goals for time to certification and number of controllers certified. Implementation of NextGen platforms such as En Route Automation Modernization (ERAM) and new training requirements are factors that affect overall time to CPC. Depending on the type of facility, facility level (complexity), and the number of candidates to certify, controllers are generally completing certification in one and one-half to three years.

Table 7.1 shows the FAA's training targets by facility type as well as actual training times for controllers who reached CPC between FY 2010 and FY 2012.

**Table 7.1 Years to Certify**

| Facility Type | Facility Level | Training Target | FY 2010 | FY 2011 | FY 2012 |
|---|---|---|---|---|---|
| En Route | All | 3.0 | 2.62 | 2.79 | 2.94 |
| Terminal | 4-6 | 1.5 | 1.39 | 1.34 | 1.42 |
| | 7-9 | 2.0 | 1.82 | 2.01 | 2.07 |
| | 10-12 | 2.5 | 2.01 | 2.39 | 2.75 |

Developmental controllers who fail to certify at a facility may be removed from service or reassigned to a less complex facility in accordance with agency policies and directives. The ultimate goal of the training program is for the controller to achieve certification on all positions at a facility and attain CPC status while maintaining the safety of the NAS.

## Preparing for NextGen

The Office of Safety and Technical Training provides critical input to support implementation of NextGen. Training professionals are part of an FAA team that evaluates how NextGen will change the air traffic work environment and what competencies will be required for the future workforce. The FAA is incorporating what it learns from this evolving and ongoing process into training programs as new systems are implemented. Outcomes-based training aligns NextGen functionality with job tasks as well, so that the training organization can make predictions on how programs will need to change with the advent of NextGen.

Some of the Technical Training office's NextGen training efforts involve the Traffic Management Advisor (TMA), ERAM, Airport Surface Detection Equipment – Model X (ASDE-X) and ADS-B.

• TMA has been recognized in the FAA Flight Plan as one of the building blocks of NextGen. The Traffic Management Advisor for the cadre course, currently under development, is designed for those who need to demonstrate TMA subject matter expertise, use all elements of TMA to safely and efficiently move aircraft through the NAS, explain the impact of controllers' TMA actions and procedures on other elements of the NAS, and train other TMA users.

# Chapter 7: Training

- Multiple courses covering ERAM have been implemented to support the transition of En Route facilities to this new technology. Courses include workforce training, refresher training, supplemental training, and cadre training for instructors who deliver training in the field. These various courses enable a consistent yet flexible delivery of ERAM training as facilities cycle through the phases of system implementation.

- ASDE-X training is a two-day blended-media training course that employs a brief introductory lecture, computer-based instruction with a knowledge and performance check, and hands-on practice with actual equipment. Instructors deliver the training at the controller's facility. Several enhancements to the ASDE-X system have been developed and each has been fielded with effective training to inform controllers of the changes to the system.

- ADS-B training combines instructor-led training with hands-on performance verification on the actual equipment. This training covers ADS-B, FUSED Mode and associated new functionality in the Standard Terminal Automation Replacement System (STARS).



# Chapter 8: Funding Status

In addition to direct training costs, the FAA will incur salary and other costs for developmentals before they certify. The average cost of a developmental in FY 2013 is projected to be $94,868.

Figure 8.1 depicts expected annual compensation costs of developmentals, as well as the expected number of developmentals by year through 2022. As training takes one and one-half to three years, the chart depicts a rolling total of hires and costs from the current and previous years. It also incorporates the effect of the controller contract.

**Figure 8.1: Estimated Cost of Developmentals Before Certification**



# Appendix A: En Route Facility Controller Staffing Ranges

Appendix A, below, presents controller staffing ranges, by facility, for En Route air traffic control facilities for FY 2013. Appendix B presents controller staffing ranges, by facility, for Terminal facilities for FY 2013. These ranges include the number of controllers needed to perform the work. While most of the work is accomplished by CPCs, work is also being performed in facilities by CPC-ITs and position-qualified developmentals who are proficient, or checked out, in specific sectors or positions and handle workload independently.

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | CPC | CPC-IT | Developmental | Total | Low | High |
| ZAB | Albuquerque ARTCC | 192 | 5 | 46 | 243 | 171 | 209 |
| ZAN | Anchorage ARTCC | 93 | 2 | 12 | 107 | 83 | 101 |
| ZAU | Chicago ARTCC | 336 | 22 | 44 | 402 | 285 | 348 |
| ZBW | Boston ARTCC | 246 | 13 | 22 | 281 | 203 | 248 |
| ZDC | Washington ARTCC | 260 | 18 | 91 | 369 | 260 | 317 |
| ZDV | Denver ARTCC | 252 | 14 | 55 | 321 | 232 | 283 |
| ZFW | Fort Worth ARTCC | 266 | 20 | 31 | 317 | 231 | 282 |
| ZHU | Houston ARTCC | 243 | 14 | 34 | 291 | 195 | 239 |
| ZID | Indianapolis ARTCC | 319 | 3 | 28 | 350 | 256 | 313 |
| ZJX | Jacksonvile ARTCC | 265 | 13 | 54 | 332 | 227 | 277 |
| ZKC | Kansas City ARTCC | 247 | 6 | 28 | 281 | 196 | 240 |
| ZLA | Los Angeles ARTCC | 217 | 17 | 49 | 283 | 230 | 281 |
| ZLC | Salt Lake City ARTCC | 190 | 7 | 13 | 210 | 140 | 171 |
| ZMA | Miami ARTCC | 241 | 8 | 51 | 300 | 188 | 230 |
| ZME | Memphis ARTCC | 240 | 9 | 48 | 297 | 228 | 278 |
| ZMP | Minneapolis ARTCC | 265 | 8 | 23 | 296 | 214 | 262 |
| ZNY | New York ARTCC | 248 | 10 | 75 | 333 | 236 | 289 |
| ZOA | Oakland ARTCC | 154 | 14 | 44 | 212 | 185 | 226 |
| ZOB | Cleveland ARTCC | 342 | 7 | 25 | 374 | 273 | 334 |
| ZSE | Seattle ARTCC | 152 | 8 | 14 | 174 | 131 | 160 |
| ZSU | San Juan ARTCC | 36 | 5 | 11 | 52 | 44 | 54 |
| ZTL | Atlanta ARTCC | 374 | 13 | 51 | 438 | 269 | 328 |
| ZUA | Guam ARTCC | 9 | 3 | 3 | 15 | 15 | 19 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| | | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ID | Facility Name | CPC | CPC-IT | Developmental | Total | Low | High |
| A11 | Anchorage TRACON | 22 | 6 | 3 | 31 | 23 | 28 |
| A80 | Atlanta TRACON | 74 | 15 | 5 | 94 | 78 | 95 |
| A90 | Boston TRACON | 62 | 4 | 0 | 66 | 49 | 60 |
| ABE | Allentown Tower | 19 | 4 | 6 | 29 | 21 | 26 |
| ABI | Abilene Tower | 15 | 0 | 7 | 22 | 16 | 20 |
| ABQ | Albuquerque Tower | 32 | 1 | 4 | 37 | 27 | 33 |
| ACK | Nantucket Tower | 13 | 0 | 1 | 14 | 10 | 12 |
| ACT | Waco Tower | 13 | 1 | 6 | 20 | 17 | 21 |
| ACY | Atlantic City Tower | 19 | 3 | 6 | 28 | 22 | 27 |
| ADS | Addison Tower | 12 | 2 | 2 | 16 | 9 | 11 |
| ADW | Andrews Tower | 16 | 1 | 2 | 19 | 11 | 14 |
| AFW | Alliance Tower | 15 | 1 | 3 | 19 | 11 | 13 |
| AGC | Allegheny Tower | 12 | 1 | 5 | 18 | 11 | 14 |
| AGS | Augusta Tower | 14 | 1 | 4 | 19 | 13 | 16 |
| ALB | Albany Tower | 21 | 1 | 7 | 29 | 23 | 28 |
| ALO | Waterloo Tower | 10 | 0 | 3 | 13 | 12 | 15 |
| AMA | Amarillo Tower | 15 | 0 | 8 | 23 | 15 | 19 |
| ANC | Anchorage Tower | 25 | 1 | 1 | 27 | 22 | 27 |
| APA | Centennial Tower | 17 | 2 | 5 | 24 | 19 | 24 |
| APC | Napa Tower | 9 | 0 | 3 | 12 | 7 | 8 |
| ARB | Ann Arbor Tower | 11 | 0 | 0 | 11 | 5 | 7 |
| ARR | Aurora Tower | 10 | 3 | 0 | 13 | 7 | 8 |
| ASE | Aspen Tower | 8 | 1 | 4 | 13 | 13 | 15 |
| ATL | Atlanta Tower | 44 | 9 | 0 | 53 | 44 | 53 |
| AUS | Austin Tower | 27 | 5 | 7 | 39 | 35 | 43 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|------|--------|--------------|-------|-----|------|
|    |               | CPC  | CPC-IT | Developmental | Total | Low | High |
| AVL | Asheville Tower | 13 | 0 | 5 | 18 | 14 | 17 |
| AVP | Wilkes-Barre Tower | 20 | 0 | 2 | 22 | 18 | 23 |
| AZO | Kalamazoo Tower | 15 | 0 | 7 | 22 | 13 | 16 |
| BDL | Bradley Tower | 14 | 1 | 3 | 18 | 11 | 14 |
| BED | Hanscom Tower | 16 | 0 | 1 | 17 | 10 | 13 |
| BFI | Boeing Tower | 21 | 2 | 5 | 28 | 20 | 25 |
| BFL | Bakersfield Tower | 15 | 2 | 2 | 19 | 19 | 24 |
| BGM | Binghamton Tower | 10 | 0 | 9 | 19 | 13 | 16 |
| BGR | Bangor Tower | 13 | 1 | 8 | 22 | 18 | 22 |
| BHM | Birmingham Tower | 24 | 3 | 4 | 31 | 22 | 27 |
| BIL | Billings Tower | 16 | 1 | 4 | 21 | 16 | 20 |
| BIS | Bismarck Tower | 13 | 0 | 4 | 17 | 13 | 16 |
| BJC | Broomfield Tower | 14 | 1 | 0 | 15 | 9 | 11 |
| BNA | Nashville Tower | 35 | 4 | 7 | 46 | 34 | 41 |
| BOI | Boise Tower | 21 | 4 | 4 | 29 | 21 | 26 |
| BOS | Boston Tower | 26 | 6 | 0 | 32 | 26 | 32 |
| BPT | Beaumont Tower | 12 | 0 | 2 | 14 | 9 | 11 |
| BTR | Baton Rouge Tower | 12 | 2 | 6 | 20 | 17 | 20 |
| BTV | Burlington Tower | 15 | 1 | 7 | 23 | 16 | 20 |
| BUF | Buffalo Tower | 24 | 2 | 16 | 42 | 25 | 30 |
| BUR | Burbank Tower | 14 | 2 | 6 | 22 | 14 | 18 |
| BWI | Baltimore Tower | 25 | 3 | 2 | 30 | 20 | 24 |
| C90 | Chicago TRACON | 67 | 17 | 7 | 91 | 77 | 94 |
| CAE | Columbia Tower | 22 | 0 | 6 | 28 | 21 | 25 |
| CAK | Akron-Canton Tower | 21 | 1 | 7 | 29 | 20 | 25 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| | | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|---|---|---|---|---|---|---|---|
| ID | Facility Name | CPC | CPC-IT | Developmental | Total | Low | High |
| CCR | Concord Tower | 8 | 1 | 2 | 11 | 7 | 9 |
| CDW | Caldwell Tower | 11 | 0 | 2 | 13 | 8 | 9 |
| CHA | Chatanooga Tower | 15 | 2 | 9 | 26 | 16 | 20 |
| CHS | Charleston Tower | 22 | 1 | 7 | 30 | 21 | 26 |
| CID | Cedar Rapids Tower | 15 | 0 | 2 | 17 | 14 | 17 |
| CKB | Clarksburg Tower | 14 | 0 | 4 | 18 | 14 | 18 |
| CLE | Cleveland Tower | 37 | 10 | 9 | 56 | 39 | 48 |
| CLT | Charlotte Tower | 63 | 20 | 3 | 86 | 75 | 92 |
| CMA | Camarillo Tower | 6 | 2 | 5 | 13 | 8 | 10 |
| CMH | Columbus Tower | 47 | 5 | 3 | 55 | 38 | 47 |
| CMI | Champaign Tower | 14 | 0 | 7 | 21 | 15 | 18 |
| CNO | Chino Tower | 8 | 1 | 5 | 14 | 9 | 12 |
| COS | Colorado Springs Tower | 26 | 2 | 8 | 36 | 22 | 27 |
| CPR | Casper Tower | 9 | 0 | 8 | 17 | 14 | 17 |
| CPS | Downtown Tower | 11 | 0 | 0 | 11 | 9 | 10 |
| CRP | Corpus Christi Tower | 23 | 5 | 10 | 38 | 36 | 44 |
| CRQ | Palomar Tower | 17 | 0 | 0 | 17 | 9 | 12 |
| CRW | Charleston Tower | 20 | 1 | 6 | 27 | 20 | 25 |
| CSG | Columbus Tower | 6 | 0 | 2 | 8 | 5 | 7 |
| CVG | Cincinnati Tower | 55 | 5 | 6 | 66 | 41 | 51 |
| D01 | Denver TRACON | 55 | 16 | 2 | 73 | 72 | 87 |
| D10 | Dallas - Ft Worth TRACON | 58 | 15 | 9 | 82 | 74 | 90 |
| D21 | Detroit TRACON | 32 | 12 | 13 | 57 | 53 | 65 |
| DAB | Daytona Beach Tower | 42 | 7 | 7 | 56 | 47 | 57 |
| DAL | Dallas Love Tower | 22 | 2 | 0 | 24 | 17 | 20 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|------|--------|---------------|-------|-----|------|
|    |               | CPC  | CPC-IT | Developmental | Total | Low | High |
| DAY | Dayton Tower | 16 | 1 | 0 | 17 | 11 | 14 |
| DCA | Washington National Tower | 26 | 4 | 2 | 32 | 23 | 28 |
| DEN | Denver Tower | 38 | 2 | 0 | 40 | 35 | 42 |
| DFW | DFW Tower | 51 | 10 | 0 | 61 | 45 | 55 |
| DLH | Duluth Tower | 16 | 3 | 6 | 25 | 17 | 20 |
| DPA | Dupage Tower | 9 | 1 | 5 | 15 | 10 | 12 |
| DSM | Des Moines Tower | 20 | 0 | 5 | 25 | 20 | 25 |
| DTW | Detroit Tower | 38 | 2 | 0 | 40 | 28 | 34 |
| DVT | Deer Valley Tower | 18 | 0 | 3 | 21 | 18 | 23 |
| DWH | Hooks Tower | 14 | 2 | 3 | 19 | 10 | 13 |
| E10 | High Desert TRACON | 18 | 5 | 7 | 30 | 25 | 31 |
| ELM | Elmira Tower | 5 | 1 | 8 | 14 | 14 | 17 |
| ELP | El Paso Tower | 18 | 2 | 6 | 26 | 19 | 23 |
| EMT | El Monte Tower | 12 | 0 | 1 | 13 | 6 | 8 |
| ERI | Erie Tower | 13 | 3 | 5 | 21 | 16 | 19 |
| EUG | Eugene Tower | 17 | 2 | 3 | 22 | 16 | 20 |
| EVV | Evansville Tower | 20 | 0 | 7 | 27 | 14 | 18 |
| EWR | Newark Tower | 24 | 7 | 2 | 33 | 29 | 36 |
| F11 | Central Florida TRACON | 39 | 12 | 1 | 52 | 46 | 56 |
| FAI | Fairbanks Tower | 15 | 3 | 2 | 20 | 20 | 25 |
| FAR | Fargo Tower | 14 | 4 | 6 | 24 | 16 | 19 |
| FAT | Fresno Tower | 22 | 3 | 4 | 29 | 26 | 32 |
| FAY | Fayetteville Tower | 16 | 2 | 11 | 29 | 22 | 27 |
| FCM | Flying Cloud Tower | 12 | 2 | 1 | 15 | 8 | 9 |
| FFZ | Falcon Tower | 14 | 1 | 1 | 16 | 12 | 14 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|-----|--------|---------------|-------|-----|------|
|    |               | CPC | CPC-IT | Developmental | Total | Low | High |
| FLL | Fort Lauderdale Tower | 27 | 0 | 1 | 28 | 20 | 24 |
| FLO | Florence Tower | 11 | 2 | 6 | 19 | 13 | 15 |
| FNT | Flint Tower | 16 | 1 | 1 | 18 | 14 | 17 |
| FPR | St Lucie Tower | 11 | 0 | 4 | 15 | 9 | 11 |
| FRG | Farmingdale Tower | 14 | 0 | 4 | 18 | 13 | 16 |
| FSD | Sioux Falls Tower | 17 | 0 | 3 | 20 | 15 | 18 |
| FSM | Fort Smith Tower | 24 | 0 | 7 | 31 | 19 | 23 |
| FTW | Meacham Tower | 9 | 3 | 4 | 16 | 11 | 13 |
| FWA | Fort Wayne Tower | 16 | 0 | 8 | 24 | 18 | 23 |
| FXE | Fort Lauderdale Executive Tower | 15 | 0 | 6 | 21 | 13 | 16 |
| GCN | Grand Canyon Tower | 7 | 2 | 0 | 9 | 9 | 12 |
| GEG | Spokane Tower | 26 | 1 | 5 | 32 | 24 | 30 |
| GFK | Grand Forks Tower | 18 | 1 | 3 | 22 | 21 | 26 |
| GGG | Longview Tower | 13 | 1 | 5 | 19 | 14 | 17 |
| GPT | Gulfport Tower | 11 | 2 | 11 | 24 | 15 | 18 |
| GRB | Green Bay Tower | 25 | 0 | 4 | 29 | 16 | 20 |
| GRR | Grand Rapids Tower | 22 | 0 | 4 | 26 | 18 | 21 |
| GSO | Greensboro Tower | 23 | 6 | 8 | 37 | 23 | 29 |
| GSP | Greer Tower | 17 | 0 | 9 | 26 | 17 | 21 |
| GTF | Great Falls Tower | 12 | 1 | 7 | 20 | 17 | 21 |
| HCF | Honolulu Control Facility | 72 | 11 | 22 | 105 | 79 | 97 |
| HEF | Manassas Tower | 9 | 0 | 5 | 14 | 9 | 12 |
| HIO | Hillsboro Tower | 14 | 1 | 2 | 17 | 12 | 15 |
| HLN | Helena Tower | 8 | 1 | 3 | 12 | 8 | 10 |
| HOU | Hobby Tower | 25 | 1 | 2 | 28 | 16 | 20 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|------|--------|---------------|-------|-----|------|
|    |               | CPC | CPC-IT | Developmental | Total | Low | High |
| HPN | Westchester Tower | 14 | 2 | 10 | 26 | 14 | 17 |
| HSV | Huntsville Tower | 17 | 1 | 8 | 26 | 17 | 20 |
| HTS | Huntington Tower | 15 | 0 | 9 | 24 | 18 | 23 |
| HUF | Terre Haute Tower | 15 | 0 | 8 | 23 | 17 | 21 |
| HWD | Hayward Tower | 8 | 1 | 6 | 15 | 9 | 11 |
| I90 | Houston TRACON | 75 | 15 | 7 | 97 | 88 | 107 |
| IAD | Dulles Tower | 33 | 0 | 3 | 36 | 26 | 32 |
| IAH | Houston Intercontinental Tower | 36 | 4 | 0 | 40 | 32 | 39 |
| ICT | Wichita Tower | 33 | 6 | 2 | 41 | 29 | 35 |
| ILG | Wilmington Tower | 11 | 1 | 2 | 14 | 9 | 11 |
| ILM | Wilmington Tower | 14 | 0 | 6 | 20 | 14 | 18 |
| IND | Indianapolis Tower | 44 | 10 | 8 | 62 | 35 | 42 |
| ISP | Islip Tower | 12 | 0 | 7 | 19 | 12 | 15 |
| ITO | Hilo Tower | 12 | 2 | 6 | 20 | 16 | 19 |
| JAN | Jackson Tower | 13 | 3 | 4 | 20 | 14 | 17 |
| JAX | Jacksonville Tower | 29 | 4 | 19 | 52 | 38 | 46 |
| JFK | Kennedy Tower | 28 | 4 | 4 | 36 | 28 | 35 |
| JNU | Juneau Tower | 12 | 1 | 0 | 13 | 11 | 13 |
| K90 | Cape TRACON | 19 | 0 | 5 | 24 | 20 | 25 |
| L30 | Las Vegas TRACON | 34 | 26 | 4 | 64 | 45 | 55 |
| LAF | Lafayette Tower | 8 | 0 | 0 | 8 | 8 | 10 |
| LAN | Lansing Tower | 19 | 2 | 6 | 27 | 18 | 22 |
| LAS | Las Vegas Tower | 29 | 17 | 2 | 48 | 33 | 40 |
| LAX | Los Angeles Tower | 36 | 10 | 0 | 46 | 41 | 50 |
| LBB | Lubbock Tower | 19 | 0 | 4 | 23 | 17 | 20 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|---|---|---|---|---|---|---|---|
| | | CPC | CPC-IT | Developmental | Total | Low | High |
| LCH | Lake Charles Tower | 11 | 0 | 8 | 19 | 14 | 17 |
| LEX | Lexington Tower | 22 | 1 | 8 | 31 | 22 | 26 |
| LFT | Lafayette Tower | 17 | 0 | 6 | 23 | 17 | 21 |
| LGA | La Guardia Tower | 29 | 5 | 2 | 36 | 27 | 33 |
| LGB | Long Beach Tower | 19 | 8 | 0 | 27 | 16 | 20 |
| LIT | Little Rock Tower | 20 | 5 | 10 | 35 | 24 | 30 |
| LNK | Lincoln Tower | 11 | 0 | 1 | 12 | 8 | 10 |
| LOU | Bowman Tower | 12 | 1 | 2 | 15 | 7 | 9 |
| LVK | Livermore Tower | 9 | 0 | 4 | 13 | 8 | 10 |
| M03 | Memphis TRACON | 28 | 6 | 5 | 39 | 34 | 42 |
| M98 | Minneapolis TRACON | 49 | 12 | 0 | 61 | 45 | 55 |
| MAF | Midland Tower | 16 | 2 | 10 | 28 | 20 | 24 |
| MBS | Saginaw Tower | 10 | 3 | 7 | 20 | 12 | 15 |
| MCI | Kansas City Tower | 40 | 6 | 2 | 48 | 29 | 36 |
| MCO | Orlando Tower | 26 | 2 | 1 | 29 | 21 | 26 |
| MDT | Harrisburg Tower | 20 | 3 | 7 | 30 | 22 | 27 |
| MDW | Midway Tower | 28 | 1 | 2 | 31 | 18 | 23 |
| MEM | Memphis Tower | 26 | 1 | 8 | 35 | 26 | 32 |
| MFD | Mansfield Tower | 9 | 1 | 10 | 20 | 14 | 17 |
| MGM | Montgomery Tower | 13 | 2 | 4 | 19 | 17 | 20 |
| MHT | Manchester Tower | 15 | 0 | 3 | 18 | 10 | 12 |
| MIA | Miami Tower | 72 | 14 | 12 | 98 | 81 | 99 |
| MIC | Crystal Tower | 15 | 0 | 0 | 15 | 7 | 9 |
| MKC | Downtown Tower | 13 | 0 | 4 | 17 | 11 | 14 |
| MKE | Milwaukee Tower | 38 | 7 | 12 | 57 | 41 | 51 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|-----|--------|---------------|-------|-----|------|
| | | CPC | CPC-IT | Developmental | Total | Low | High |
| MKG | Muskegon Tower | 16 | 0 | 5 | 21 | 15 | 18 |
| MLI | Quad City Tower | 10 | 0 | 4 | 14 | 13 | 16 |
| MLU | Monroe Tower | 8 | 0 | 5 | 13 | 11 | 13 |
| MMU | Morristown Tower | 11 | 1 | 4 | 16 | 9 | 11 |
| MOB | Mobile Tower | 21 | 2 | 4 | 27 | 19 | 23 |
| MRI | Merrill Tower | 12 | 0 | 1 | 13 | 9 | 12 |
| MRY | Monterey Tower | 8 | 1 | 1 | 10 | 6 | 8 |
| MSN | Madison Tower | 19 | 1 | 6 | 26 | 17 | 21 |
| MSP | Minneapolis Tower | 34 | 3 | 0 | 37 | 28 | 35 |
| MSY | New Orleans Tower | 32 | 6 | 0 | 38 | 30 | 37 |
| MWH | Grant County Tower | 9 | 0 | 7 | 16 | 14 | 17 |
| MYF | Montgomery Tower | 15 | 1 | 1 | 17 | 11 | 14 |
| MYR | Myrtle Beach Tower | 18 | 0 | 7 | 25 | 20 | 24 |
| N90 | New York TRACON | 156 | 17 | 15 | 188 | 178 | 218 |
| NCT | Northern California TRACON | 146 | 29 | 11 | 186 | 141 | 173 |
| NEW | Lakefront Tower | 8 | 0 | 2 | 10 | 6 | 7 |
| NMM | Meridian TRACON | 12 | 0 | 1 | 13 | 11 | 14 |
| OAK | Oakland Tower | 23 | 8 | 0 | 31 | 18 | 22 |
| OGG | Maui Tower | 11 | 2 | 5 | 18 | 10 | 12 |
| OKC | Oklahoma City Tower | 24 | 5 | 9 | 38 | 29 | 35 |
| OMA | Eppley Tower | 11 | 2 | 6 | 19 | 10 | 12 |
| ONT | Ontario Tower | 18 | 1 | 4 | 23 | 12 | 15 |
| ORD | Chicago O'Hare Tower | 56 | 17 | 0 | 73 | 54 | 67 |
| ORF | Norfolk Tower | 26 | 4 | 14 | 44 | 32 | 39 |
| ORL | Orlando Executive Tower | 12 | 0 | 2 | 14 | 9 | 11 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|-----|--------|---------------|-------|-----|------|
|    |               | CPC | CPC-IT | Developmental | Total | Low | High |
| P31 | Pensacola TRACON | 31 | 4 | 7 | 42 | 27 | 34 |
| P50 | Phoenix TRACON | 46 | 11 | 0 | 57 | 52 | 64 |
| P80 | Portland TRACON | 22 | 8 | 2 | 32 | 24 | 29 |
| PAE | Paine Tower | 11 | 0 | 4 | 15 | 9 | 11 |
| PAO | Palo Alto Tower | 7 | 1 | 5 | 13 | 9 | 11 |
| PBI | Palm Beach Tower | 33 | 5 | 9 | 47 | 41 | 50 |
| PCT | Potomac TRACON | 138 | 29 | 28 | 195 | 137 | 167 |
| PDK | DeKalb - Peachtree Tower | 14 | 3 | 3 | 20 | 11 | 13 |
| PDX | Portland Tower | 22 | 6 | 1 | 29 | 18 | 22 |
| PHF | Patrick Henry Tower | 11 | 0 | 2 | 13 | 9 | 11 |
| PHL | Philadelphia Tower | 75 | 19 | 6 | 100 | 72 | 87 |
| PHX | Phoenix Tower | 28 | 9 | 0 | 37 | 29 | 36 |
| PIA | Peoria Tower | 14 | 0 | 5 | 19 | 16 | 20 |
| PIE | St Petersburg Tower | 14 | 0 | 2 | 16 | 10 | 12 |
| PIT | Pittsburgh Tower | 45 | 0 | 3 | 48 | 33 | 40 |
| PNE | Northeast Philadelphia Tower | 11 | 0 | 6 | 17 | 8 | 10 |
| PNS | Pensacola Tower | 15 | 1 | 1 | 17 | 9 | 11 |
| POC | Brackett Tower | 9 | 1 | 1 | 11 | 7 | 9 |
| POU | Poughkeepsie Tower | 9 | 3 | 2 | 14 | 7 | 9 |
| PRC | Prescott Tower | 9 | 2 | 6 | 17 | 13 | 15 |
| PSC | Pasco Tower | 17 | 0 | 3 | 20 | 14 | 17 |
| PSP | Palm Springs Tower | 9 | 2 | 3 | 14 | 8 | 10 |
| PTK | Pontiac Tower | 15 | 1 | 2 | 18 | 10 | 12 |
| PUB | Pueblo Tower | 12 | 1 | 4 | 17 | 12 | 15 |
| PVD | Providence Tower | 24 | 1 | 4 | 29 | 23 | 28 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | CPC | CPC-IT | Developmental | Total | Low | High |
| PWK | Chicago Executive Tower | 12 | 1 | 1 | 14 | 8 | 10 |
| PWM | Portland Tower | 18 | 3 | 3 | 24 | 18 | 23 |
| R90 | Omaha TRACON | 21 | 1 | 1 | 23 | 18 | 21 |
| RDG | Reading Tower | 11 | 1 | 7 | 19 | 17 | 21 |
| RDU | Raleigh-Durham Tower | 41 | 5 | 4 | 50 | 35 | 43 |
| RFD | Rockford Tower | 17 | 1 | 4 | 22 | 19 | 23 |
| RHV | Reid-Hillview Tower | 10 | 0 | 0 | 10 | 9 | 11 |
| RIC | Richmond Tower | 16 | 0 | 2 | 18 | 11 | 14 |
| RNO | Reno Tower | 14 | 3 | 7 | 24 | 11 | 14 |
| ROA | Roanoke Tower | 23 | 0 | 7 | 30 | 21 | 26 |
| ROC | Rochester Tower | 23 | 2 | 6 | 31 | 19 | 23 |
| ROW | Roswell Tower | 12 | 0 | 7 | 19 | 14 | 17 |
| RST | Rochester Tower | 15 | 0 | 5 | 20 | 12 | 15 |
| RSW | Fort Myers Tower | 20 | 6 | 4 | 30 | 23 | 28 |
| RVS | Riverside Tower | 13 | 0 | 4 | 17 | 11 | 14 |
| S46 | Seattle TRACON | 43 | 14 | 2 | 59 | 41 | 51 |
| S56 | Salt Lake City TRACON | 33 | 8 | 6 | 47 | 35 | 43 |
| SAN | San Diego Tower | 27 | 2 | 0 | 29 | 15 | 19 |
| SAT | San Antonio Tower | 37 | 3 | 13 | 53 | 42 | 51 |
| SAV | Savannah Tower | 23 | 0 | 6 | 29 | 20 | 24 |
| SBA | Santa Barbara Tower | 22 | 6 | 6 | 34 | 22 | 27 |
| SBN | South Bend Tower | 14 | 2 | 9 | 25 | 17 | 21 |
| SCK | Stockton Tower | 9 | 0 | 1 | 10 | 6 | 8 |
| SCT | Southern California TRACON | 209 | 27 | 9 | 245 | 184 | 224 |
| SDF | Standiford Tower | 30 | 6 | 7 | 43 | 35 | 43 |

# Appendix B: Terminal Facility Controller Staffing Ranges

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|-----|--------|---------------|-------|-----|------|
| | | CPC | CPC-IT | Developmental | Total | Low | High |
| SDL | Scottsdale Tower | 12 | 0 | 2 | 14 | 9 | 11 |
| SEA | Seattle Tower | 25 | 2 | 0 | 27 | 21 | 26 |
| SEE | Gillespie Tower | 15 | 2 | 1 | 18 | 10 | 12 |
| SFB | Sanford Tower | 17 | 3 | 1 | 21 | 15 | 18 |
| SFO | San Francisco Tower | 28 | 7 | 0 | 35 | 28 | 34 |
| SGF | Springfield Tower | 31 | 0 | 5 | 36 | 22 | 27 |
| SHV | Shreveport Tower | 14 | 0 | 8 | 22 | 21 | 26 |
| SJC | San Jose Tower | 15 | 1 | 2 | 18 | 11 | 13 |
| SJU | San Juan Tower | 17 | 1 | 4 | 22 | 14 | 17 |
| SLC | Salt Lake City Tower | 26 | 2 | 2 | 30 | 24 | 30 |
| SMF | Sacramento Tower | 12 | 0 | 1 | 13 | 12 | 15 |
| SMO | Santa Monica Tower | 11 | 2 | 4 | 17 | 8 | 10 |
| SNA | John Wayne Tower | 21 | 11 | 1 | 33 | 18 | 22 |
| SPI | Springfield Tower | 11 | 2 | 4 | 17 | 11 | 14 |
| SRQ | Sarasota Tower | 15 | 0 | 0 | 15 | 9 | 11 |
| STL | St Louis Tower | 22 | 2 | 1 | 25 | 16 | 20 |
| STP | St Paul Tower | 15 | 2 | 0 | 17 | 7 | 9 |
| STS | Sonoma Tower | 9 | 0 | 3 | 12 | 7 | 9 |
| STT | St Thomas Tower | 8 | 0 | 3 | 11 | 8 | 10 |
| SUS | Spirit Tower | 14 | 1 | 0 | 15 | 9 | 11 |
| SUX | Sioux Gateway Tower | 7 | 0 | 7 | 14 | 12 | 15 |
| SYR | Syracuse Tower | 18 | 2 | 7 | 27 | 21 | 26 |
| T75 | St Louis TRACON | 32 | 4 | 1 | 37 | 28 | 34 |
| TEB | Teterboro Tower | 16 | 1 | 6 | 23 | 18 | 23 |
| TLH | Tallahassee Tower | 19 | 4 | 4 | 27 | 18 | 22 |
| TMB | Tamiami Tower | 16 | 0 | 2 | 18 | 12 | 15 |

| ID | Facility Name | Actual on Board as of 09/22/12 | | | | Staffing Ranges | |
|----|---------------|-----|--------|--------------|-------|-----|------|
|    |               | CPC | CPC-IT | Developmental | Total | Low | High |
| TOA | Torrance Tower | 9 | 0 | 6 | 15 | 9 | 11 |
| TOL | Toledo Tower | 16 | 1 | 8 | 25 | 19 | 24 |
| TPA | Tampa Tower | 43 | 9 | 10 | 62 | 46 | 57 |
| TRI | Tri-Cities Tower | 18 | 1 | 4 | 23 | 16 | 19 |
| TUL | Tulsa Tower | 30 | 1 | 5 | 36 | 24 | 29 |
| TUS | Tucson Tower | 13 | 3 | 1 | 17 | 13 | 16 |
| TVC | Traverse City Tower | 7 | 1 | 2 | 10 | 8 | 9 |
| TWF | Twin Falls Tower | 7 | 1 | 3 | 11 | 7 | 9 |
| TYS | Knoxville Tower | 22 | 1 | 6 | 29 | 23 | 28 |
| U90 | Tucson TRACON | 15 | 4 | 3 | 22 | 17 | 20 |
| VGT | North Las Vegas Tower | 10 | 6 | 1 | 17 | 10 | 12 |
| VNY | Van Nuys Tower | 18 | 4 | 5 | 27 | 20 | 25 |
| VRB | Vero Beach Tower | 9 | 1 | 6 | 16 | 9 | 12 |
| Y90 | Yankee TRACON | 18 | 6 | 3 | 27 | 21 | 26 |
| YIP | Willow Run Tower | 11 | 0 | 5 | 16 | 10 | 12 |
| YNG | Youngstown Tower | 15 | 1 | 8 | 24 | 18 | 22 |

# Notes














**U.S. Department of Transportation**

**Federal Aviation Administration**

800 Independence Avenue, SW
Washington, DC 20591

2013-ABA-006 • Produced by FAA Communications

EXHIBIT

4

# A Plan for the Future

10-Year Strategy for the Air Traffic Control Workforce

2014 – 2023

**2014**

**2015**

**2016**

**2017**

**2018**

**2019**

**2020**

**2021**

**2022**

**2023**

This 2014 report is the FAA's ninth annual update to the controller workforce plan. The FAA issued the first comprehensive controller workforce plan in December 2004. It provides staffing ranges for all of the FAA's air traffic control facilities and actual onboard controllers as of September 21, 2013.

Section (221) of Public Law (108-176) (updated by Public Law 111-117) requires the FAA Administrator to transmit a report to the Senate Committee on Commerce, Science and Transportation and the House of Representatives Committee on Transportation and Infrastructure that describes the overall air traffic controller workforce plan. It is due by March 31 of each fiscal year, otherwise the FAA's appropriation is reduced by $100,000 for each day it is late.

THIS PLAN ADDRESSES THE EFFECTS OF SEQUESTRATION. THE FAA HAS ADJUSTED ITS ACTUAL STAFFING AND HIRING FORECASTS TO REFLECT THESE IMPACTS. THE FAA WILL FALL BEHIND IN STAFFING WHEN COMPARED TO PREVIOUS VERSIONS OF THIS PLAN.

**Contents**

4 Executive Summary
6 Chapter 1: Introduction
6 Staffing to Traffic
8 Meeting the Challenge
9 Chapter 2: Facilities and Services
9 Terminal and En Route Air Traffic Services
9 FAA Air Traffic Control Facilities
11 Chapter 3: Staffing Requirements
13 Staffing Ranges
17 Air Traffic Staffing Standards Overview
18 Tower Cab Overview
19 TRACON Overview
20 En Route Overview
21 Operational Planning and Scheduling (OPAS)
22 Specify Demand
23 Manage on Schedule/Day of Operation Views
24 OPAS Lite
24 Technological Advances
26 Chapter 4: Losses
26 Controller Loss Summary
27 Actual Controller Retirements
28 Controller Workforce Age Distribution
29 Controller Retirement Eligibility
30 Controller Retirement Pattern
31 Controller Losses Due to Retirements
32 Controller Losses Due to Resignations, Removals and Deaths
32 Developmental Attrition
32 Academy Attrition
33 Controller Losses Due to Promotions and Other Transfers
34 Total Controller Losses
35 Chapter 5: Hiring Plan
35 Controller Hiring Profile
37 Trainee-to-Total-Controller Percentage
40 Chapter 6: Hiring Process
40 Controller Hiring Sources
40 Recruitment
41 General Hiring Process
42 Chapter 7: Training
42 FAA's Call to Action
43 The Training Process
43 FAA Academy Training
43 FAA Facility Training
44 Recurrent Training
44 Infrastructure Investments
44 Time to Certification
46 Preparing for NextGen
47 Chapter 8: Funding Status
48 Appendix: 2014 Facility Staffing Ranges

# Executive Summary

Safety is the top priority of the Federal Aviation Administration (FAA) as it manages America's National Airspace System (NAS). Thanks to the expertise of people and the support of technology, tens of thousands of aircraft are guided safely and expeditiously every day through the NAS to their destinations.

**Workload**
An important part of managing the NAS involves actively aligning controller resources with demand. The FAA "staffs to traffic," matching the number of air traffic controllers at its facilities with traffic volume and workload. The FAA's staffing needs are dynamic due to the dynamic nature of the workload and traffic volume.

**Traffic**
Air traffic demand has declined significantly since 2000, the peak year for traffic. For the purposes of this plan, air traffic includes aircraft that are controlled, separated and managed by air traffic controllers. This includes commercial passenger and cargo aircraft as well as general aviation and military aircraft. In the past decade, volume has declined by 25 percent and is not expected to return to 2000 levels in the near term.

**Headcount**
In many facilities, the current Actual on Board (AOB) number may exceed the facility's target staffing ranges. This is because many facilities' current AOB (all controllers at the facility) numbers include many developmental controllers in training to offset expected future attrition. Individual facilities can be above the range due to advance hiring. The FAA hires and staffs facilities so that trainees are fully prepared to take over responsibilities when senior controllers leave.

**Retirements**
Fiscal year 2013 retirements were below projections, and slightly higher than FY 2012 actuals, while 2014 retirements are tracking slightly above projections. In the last five years, 2,790 controllers have retired. The FAA carefully tracks actual retirements and projects future losses to ensure its recruitment and training keep pace.

**Hiring**
In the last five years, the FAA has hired more than 5,000 new air traffic controllers. We plan to hire more than 6,600 new controllers over the next five years to keep pace with expected attrition and traffic growth. Because of the effects of sequestration, the FAA only hired 554 controllers compared to the previously reported plan of 1,315.

**Training**
As the FAA continues to bring these new employees on board, the training of these new employees continues to be closely monitored at all facilities. We must carefully manage the process to ensure that our trainees are hired in the places we need them and progress in a timely manner to become certified professional controllers (CPC). The FAA will also continue to take action at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

The FAA continues its efforts from an Independent Review Panel that focused on air traffic controller selection, assignment and training. The panel, part of a nationwide Call to Action on air traffic control safety and professionalism, delivered its comprehensive set of recommendations to the agency for review and implementation. About a third of the panel's 49 recommendations dealt with the selection and placement of air traffic control specialists, while the rest covered improvements to professionalism, on-the-job training instruction, learning technologies and record-keeping, and curriculum design. While budget cuts impacted implementation of some of the planned improvements, multiple workgroups continue to work on projects that adopt the panel's recommendations.

Ongoing hiring and training initiatives, as well as increased simulator use, are helping the FAA meet its goals. While the FAA is managing today's air traffic, we must also integrate new technologies into air traffic operations. From state-of-the-art simulators to satellite technology, air traffic is evolving into a more automated system. The FAA is working diligently to ensure well-trained controllers continue to uphold the highest safety standards as we plan for the future.

The FAA's goal is to ensure that the agency has the flexibility to match the number of controllers at each facility with traffic volume and workload. Staffing to traffic is just one of the ways we manage America's National Airspace System.

# 5 - Hiring Plan

The FAA safely operates and maintains the NAS because of the combined expertise of its people, the support of technology and the application of standardized procedures. Every day tens of thousands of aircraft are guided safely and expeditiously through the NAS to their destinations.

Deploying a well-trained and well-staffed air traffic control workforce plays an essential role in fulfilling this responsibility. The FAA's current hiring plan has been designed to phase in new hires as needed. To staff the right number of people in the right places at the right time, the FAA develops annual hiring plans that are responsive to changes in traffic and in the controller workforce.

The FAA hires new developmental controllers in advance of the agency's staffing needs in order to have ample time to train them to offset future attrition, including retirements, promotions, etc. Proper execution of the hiring plan, while flexibly adapting to the dynamic nature of traffic and attrition, is critical to the plan's success. If the new developmentals are not placed correctly or if CPCs are not transferred from other facilities, shortages could occur at individual facilities that may affect schedules, increase overtime usage or require the use of more developmentals on position.

Staffing is and will continue to be monitored at all facilities throughout the year. The agency will continue to modify the hiring plan at the facility level should adjustments become necessary due to changes in traffic volume, retirements or other attrition.

There are thousands of qualified controller candidates eager to be hired. The FAA has again been able to attract large numbers of qualified controller candidates. Through the various hiring sources, the FAA will maintain a sufficient number of applicants to achieve this hiring plan.

**Controller Hiring Profile**

The controller hiring profile is shown in Figure 5.1. Because of the effects of sequestration, the FAA was unable to hire the planned number of controllers in FY 2013. The number of planned hires is almost equal to the projected losses in FY 2014. The number of controllers projected to be hired through FY 2023 is 11,317.

 Due to the effects of sequestration, the FAA only hired 554 new controllers in FY 2013.

**Figure 5.1: Controller Hiring Profile**



**Trainee-to-Total-Controller Percentage**

The hiring plan allows the FAA to maintain an appropriate number of trainees (developmental and CPC-IT) in the workforce. While the FAA strives to keep trainees below 35 percent for both Terminal and En Route controllers, it is not the only metric used by the agency to measure trainee progress.

Figure 5.2 shows the projected trainee-to-total-controller percentages for En Route and Terminal by year to 2023. The percentage shown is calculated as the sum of CPC-ITs plus developmentals divided by all controllers.

While Terminal facilities are showing a decline through 2023, there is a peak En Route for the next couple of years as controllers in the current developmental pipeline become fully certified. Note the trainee percentage for both En Route and Terminal is still well below 35 percent. The En Route trainee ratio exceeds the Terminal ratio primarily because of the longer times to certify (on average) in En Route facilities. Additionally, a portion of future year hiring requirements have shifted from Terminal to En Route as developmental failures in En Route are given the opportunity to transfer and certify at lower-level Terminal facilities.



Figure 5.2: Trainee to Total Controller Percentage

Before the 1981 strike, the FAA experienced trainee percentages ranging from 23 to 44 percent. Following the strike, through the end of the hiring wave in 1992, the trainee percentage ranged from 24 to 52 percent. When the post-strike hires became fully certified by the end of decade, the trainee percentage declined.

As the new controllers hired en masse in the early 1980s achieved full certification, the subsequent need for new hires dropped significantly from 1993 to 2006. This caused trainee percentages to reach unusually low levels. The FAA's current hiring plans return trainee percentages to their historical averages for the near term.

By phasing in new hires as needed, the FAA will level out the significant training spikes and troughs experienced over the last 40 years. Even though there was a long-expected peak in 2009, the percentage remains low as thousands of trainees have become certified controllers.

Figure 5.3 shows historical trainee percentages from 1969 to the present.

**Figure 5.3: Historical Trainee Percentage**



The FAA uses many metrics (e.g., 35 percent trainee to total controllers) to manage the flow of trainees while accomplishing daily operations. Facilities meter training to coincide with a number of dynamic factors, including technology upgrades, new runway construction and recurrent proficiency training for existing CPCs. Facility training is enabled by many factors. Examples include the use of contract instructors, access to simulators, scheduled overtime, and the seasonality and complexity of operations.

In itself, the actual number of trainees does not indicate the progress of each individual in the training program or the additional utility they provide that can help to supplement other on-the-job training instruction and support operations. A key facility measure of training performance is whether trainees are completing their training within the agency's facility benchmarks. The goal ranges from one and one-half years at our lower-level Terminal facilities to three years at our En Route facilities.

The FAA is achieving these goals by improving training and scheduling processes through increased use of simulators and better tracking of controller training using the FAA's national training database.

The FAA will continue to closely monitor facilities to make sure trainees are progressing through each stage of training while also maintaining the safe and efficient operation of the NAS.

# 6 - Hiring Process

**Controller Hiring Sources**

The FAA has three major categories of controller hiring sources.

**Previous controllers:** These individuals have prior FAA or Department of Defense (civilian or military) air traffic control experience.

**Air Traffic Collegiate Training Initiative (AT-CTI) students:** These individuals have successfully completed an aviation-related program of study from a school under the FAA's AT-CTI program.

**General public**: These individuals are not required to have prior air traffic control experience and may apply for vacancies announced by the FAA.

**Recruitment**

The agency continues to attract and recruit high-quality applicants into the controller workforce to meet staffing requirements. Of the 554 controllers hired in FY 2013, 361 were graduates of AT-CTI schools, 64 were hired from the general public, while an additional 129 had previous air traffic control experience.

In FY 2013, the FAA issued individual vacancy announcements for retired military controllers and veterans eligible under the Veterans' Recruitment Appointment Authority. However, due to the hiring freeze implemented on March 1, 2013, we were unable to hire any applicants from these announcements.

Although the agency did not offer a vacancy announcement to the general public in FY 2013; we revised our hiring processes and opened an "all sources" vacancy announcement this fiscal year.

The number of people in the hiring pool varies during the year as the agency recruits applicants, evaluates them and draws from the pool. However, the overall goal is to maintain at least 2,000 to 3,000 applicants available for selection at any one time. At the conclusion of FY 2013, the FAA's pool totaled over 2,500 applicants.

As an added recruitment incentive, the agency also can offer eligible developmental controllers Montgomery GI Bill education benefits. This flexibility enables us to increase the size of the pool, which helps us meet our controller hiring goals.

**General Hiring Process**

Beginning in FY 2014, all applicants will be required to take a bio-data assessment that covers education, experience and work habits. Applicants who pass the bio-data assessment and meet the general requirements will then be referred to take the Air Traffic Selection and Training (AT-SAT) examination, and must achieve a qualifying score. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem-solving and movement detection. The agency does not anticipate that these controller characteristics/competencies will change as NextGen technologies are introduced.

Additionally, applicants must also meet the following requirements:

- Complete three years of progressively responsible work experience, or a full four-year course of study leading to a bachelor's degree, or an equivalent combination of work experience and college credits.

- Be a U.S. citizen.

- Be able to speak English clearly enough to be understood over radios, intercoms and similar communications equipment.

- Be no older than age 30.

- Pass stringent medical and psychological exams, an extensive security background investigation and an interview.

Complete details can be found on the FAA's website at http://www.faa.gov/jobs.

EXHIBIT
5



**Federal Aviation Administration**

*Federal Aviation Administration (FAA)*

# Annual EEO Program Status Report

Fiscal Year

# 2011

Prepared by FAA
Office of Civil Rights 2011

## EEOC Forms and Documents Included in this Report

- EEOC (Form 715-01 Part A-D)                                            Tab 1

- FAA Executive Summary (Form 715-01 Part E)                             Tab 2

- FAA Statement of Establishment of Continuing
  EEO Programs (Form 715-01 Part F)                                       Tab 3

- FAA Policy Statements                                                   Tab 4

- FAA Annual Self-Assessment Checklist of
  Essential Elements (Form 715-01 Part G)                                 Tab 5

- FAA EEO Plan to obtain the Essential Elements
  of a Model EEO Program (Form 715-01 Part H)                             Tab 6

- FAA EEO Plan to Eliminate Identified Barrier
  (Form 715-01 Part I)                                                    Tab 7

- FAA Special Program Plan for Recruitment, Hiring,
  and Advancement of Individuals with Targeted
  Disabilities for Agencies with 1000 or more
  Employees (Form 715-01 Part J)                                          Tab 8

- FAA Workforce Data Tables ("A" Tables)                                  Tab 9

- FAA Disability Workforce Data Tables ("B" Tables)                       Tab 10

- FAA 462 Report                                                          Tab 11

- FAA UFAS/Section 504 Rehabilitation Act Assessment                      Tab 12

- FAA Organization Chart                                                  Tab 13

# TAB 2

**Part E**

**Executive Summary**

## PART E.1 - Executive Summary: Mission

The Federal Aviation Administration (FAA) is a component of the U. S. Department of Transportation (DOT). Its continuing mission is to provide the safest, most efficient aerospace system in the world. To ensure the success of our mission, the FAA is committed to achieving organizational excellence in managing its human resources. Our vision is to strive to reach the next level of safety, efficiency, environmental responsibility and global leadership. We are accountable to the American public and our stakeholders. Our values are the following: "Safety is our passion; excellence is our promise; integrity is our touchstone; people are our strength; and innovation is our signature."

**Results of the Agency's Annual Self-Assessment**

The FAA FY 2011 Annual Equal Employment Opportunity (EEO) Program Status Report has three purposes. First, the report identifies program deficiencies and barriers to achieving a Model EEO Program. Second, the report delineates the planned actions necessary to address and/or eliminate the program deficiencies and barriers. Finally, the report outlines the agency's accomplishments toward rectifying the program deficiencies and barriers. An analysis of the FAA workforce for FY 2011 was conducted to complete this report.

The agency has conducted its annual self-assessment against the MD 715 "Essential Elements." The following highlights the agency's FY 2011 activities in support of a Model EEO Program.

## PART E.2 - Executive Summary: Essential Element A

·       In May 2011, Administrator Babbitt affirmed his commitment to EEO and diversity at the FAA by issuing his policy statements in support of EEO, diversity, and a workplace free of discriminatory harassment.

·       EEO policy statements were communicated to all employees including notification that the policies would be vigorously enforced.

·       Agency senior executives and managers were evaluated on the EEO critical element in their performance plans.

## PART E.3 - Executive Summary: Essential Element B

·       FAA continues to evaluate whether barriers may be impeding the realization of a Model EEO Program. The FAA's tracking of employment data will allow us to conduct thorough statistical analyses looking at the detrimental impact of policies, practices, and procedures on the goal of a Model EEO Program.

## PART E.4 - Executive Summary: Essential Element C

·       The DOT average for formal complaints is 0.60%.   The FAA formal complaint average is 0.54%.

4

## PART E.5 - Executive Summary: Essential Element D

·      FAA continues to evaluate whether barriers may be impeding the realization of a Model EEO Program. The FAA's tracking of employment data will allow us to conduct thorough statistical analyses looking at the detrimental impact of policies, practices, and procedures on the goal of a Model EEO Program.

## PART E.6 - Executive Summary: Essential Element E

·      ACR offered alternative dispute resolution (ADR) to employees who filed complaints and processed 100% of all pre-complaints timely. ADR usage has continued to increase from 27.7% in FY 2010 to 28.3% in FY 2011.

·      ACR performs EEO counseling through full-time dedicated counselors employed by the FAA.

·      FAA utilized the OPM Employee Viewpoint Survey to gather feedback on the services provided to the workforce. This annual survey allows Federal employees to express their views on the implementation of human capital management practices such as: Recruitment and Retention of Qualified Talent, Performance Management, Leadership, Rewards and Recognition, Training and Development, and Work/Life Balance.

## PART E.7 - Executive Summary: Essential Element F

·      FAA posted statistical complaint data on the website in compliance with the No FEAR Act.

·      FAA holds agency personnel accountable for ensuring compliance with EEOC orders, completing actions, and reporting requirements.

## PART E.8 - Executive Summary: Workforce Analyses

In the beginning of FY 2011, the FAA employed 48,648 workers compared with 48,262 workers at the end of FY 2011. In FY 2011, the agency lost 2,367 employees to attrition. In the same timeframe, FAA hired a total of 2,306 employees in permanent and temporary positions. Therefore, during the course of FY 2011, the agency's workforce decreased by 386 employees for a -0.79% net rate of change.

Among the FAA workforce, the following race/ethnic/gender groups are above or equal to the Civilian Labor Force (CLF) participation rates: White males, Black males, Asian males, Native Hawaiian or Other Pacific Islander males and females, and American Indian or Alaska Native males and females. From FY10 to FY11 the following race/ ethnic/gender groups are lower than the expected CLF participation rates with Net Changes at FAA:  Hispanic males (On-Board: 4.95%, CLF: 6.17%, Net Change: 2.57%) and Hispanic females (On-Board: 1.64%, CLF: 4.52%, Net Change: -0.50%), White females (On-Board: 17.02%, CLF: 33.74%, Net Change: -1.39%), Black females (On-Board: 4.42%, CLF: 5.66%, Net Change: -0.88%), Asian females (On-Board:

1.03%, CLF: 1.71%, Net Change: -0.20%), Two-or–more-races males (On-Board: 0.57%, CLF: 0.88%, Net Change 22.42%) and Two-or-more-races females (On-Board: 0.17%, CLF: 0.76%, Net Change 12.16%).

Note that although Hispanic males and Two-or-more-races males and females had a participation rate below the National 2000 CLF, their participation rate increased at the FAA during FY 2011. During FY 2011, the number of FAA permanent and temporary employees reporting targeted disabilities reflects a positive change of 12 employees (FAA On-Board: 0.59% versus the Federal High: 2.95%--although below the Federal High the FAA resulted in a net change of 4.41%).

## PART E.9 - Executive Summary: Accomplishments

During the past fiscal year, FAA had the following accomplishments at the corporate level to move the agency closer to achieving MD 715's Model EEO program:

The FAA's onboard rate of PWTD increased from .56% in FY 10 to .59% in FY 11.

During FY11, the FAA Office of Civil Rights collaborated with the FAA Office of Human Resource Management (AHR), the Department of Transportation (DOT) Office of Civil Rights and Human Resources to develop our strategic plan for Executive Order 13548: Increasing Federal Employment of People with Disabilities. DOT's plan was submitted to OPM for approval on April 11, 2011. DOT's plan included specific hiring goals for people with disabilities and a sub goal for people with targeted disabilities.  Also included is a proposed training module for all AHR specialists on the schedule A hiring authority.  FAA's AHR and ACR collaborated on creating a proposed training module for AHR specialists on the On-the-Spot hiring authority.

During FY 11, the FAA processed 85% of reasonable accommodation requests within the 25 business day time frame set forth in our reasonable accommodation procedures. This is an increase from FY 10 when we processed 80% of reasonable accommodations requests within 25 business days.

### EEO Training Institute

During FY 2011, ACR delivered 384 training sessions to 5,286 managers and employees. Additionally, of the 1,079 new Air Traffic Controllers and Technical Operation students hired, 1,012 (93.7%) of them received training at the EEO Training Institute.

### Outreach Events

In FY 2011, the FAA ACR Outreach Team collaborated with AHR and all of the Agency lines of business/staff offices (LOB/SO) participated in 114 outreach events targeting women, Hispanics/Latinos, and people with disabilities.  During the events, the Agency collected 7,511 signatures from attendees with expressed interest in specific job areas.  In FY 2011, FAA ACR also purchased advertisement space in the IMAGE, Inc. Conference Program, an article in the

6

Latina Style Magazine, and a permanent on-line FAA advertisement in the Hispanic Network Magazine, Professionals Women Magazine, Black Equal Opportunity Employment Magazine, and the Asian American, African American, Hispanic, and Arab Yearbooks (TIYM P Publishing Company).

## PART E.10 - Executive Summary: Planned Activities

The FAA identified program deficiencies in its Self-Assessment. Please see part H for the Agency's plan for addressing these deficiencies.  The FAA has developed a process in accordance with the requirements of MD 715 to conduct additional trend analyses of the workforce's major occupations by race, national origin, sex and disability based upon the data gathered in the refined data tracking system. The FAA will also continue to monitor its compliance with the Uniform Federal Accessibility Standards (UFAS) at its facilities. In addition, the Agency implemented a process for timely processing of reasonable accommodation requests.

Several Barrier Statements were identified in Part I, focusing on recruitment and selection of Aviation Safety Inspectors (1825), Air Traffic Controllers (2152), and Transportation Specialists (2101) to determine if existing policies, procedures, and practices need to be modified.   In addition, goals have been set using Part J, regarding People with Targeted Disabilities in an effort to meet or exceed the 3% hiring goal.

# TAB 3

**Part F**

**Certification**

**CERTIFICATION of ESTABLISHMENT of CONTINUING
EQUAL EMPLOYMENT OPPORTUNITY PROGRAMS**

I,                          Mamie Mallory, Acting Assistant Administrator for Civil Rights,     I am the
                            EV/340/SES

Principal EEO Director/Official for          Federal Aviation Administration

The agency has conducted an annual self-assessment of Section 717 and Section 501 programs against the essential elements as prescribed by EEO MD-715. If an essential element was not fully compliant with the standards of EEO MD-715, a further evaluation was conducted and, as appropriate, EEO Plans for Attaining the Essential Elements of a Model EEO Program, are included with this Federal Agency Annual EEO Program Status Report.

The agency has also analyzed its work force profiles and conducted barrier analyses aimed at detecting whether any management or personnel policy, procedure or practice is operating to disadvantage any group based on race, national origin, gender or disability. EEO Plans to Eliminate Identified Barriers, as appropriate, are included with this Federal Agency Annual EEO Program Status Report.

I certify that proper documentation of this assessment is in place and is being maintained for EEOC review upon request.

_Mamie Tho Mallory_                                                    _2/24/2012_
Signature of Principal EEO Director/Official                                    Date
Certifies that this Federal Agency Annual EEO Program Status Report is in compliance with EEO MD-715.

_[signature]_                                                        MAR   1 2012
Signature of Agency Head or Agency Head Designee                          Date

# TAB 4

**Policy Statements**



## ADMINISTRATOR'S POLICY STATEMENT ON...

# NON-DISCRIMINATION

The Federal Aviation Administration is committed to compliance with all anti-discrimination laws, regulations and policies. We have zero tolerance for discrimination in the workplace on the basis of race, color, religion, sex, genetic information, national origin, age, disability (mental or physical), sexual orientation or reprisal for participating in protected Equal Employment Opportunity (EEO) activity.

One of the goals in our agency strategic plan is to achieve organizational excellence. Ensuring that everyone has an equal opportunity to participate, contribute, and advance is necessary to achieve this goal. To be a model EEO employer capable of attracting, developing and retaining a top caliber workforce, the FAA must strive to identify and eliminate any barriers that may impede EEO.

Discrimination on the basis of race, color, religion, sex, genetic information, national origin, age, disability (mental or physical), or sexual orientation is prohibited.  Retaliation against any employee who files an EEO complaint or participates in the EEO process is also prohibited.  Any discriminatory or retaliatory conduct is unlawful and violates FAA policy.

I expect all FAA employees to monitor their own conduct and behavior in the workplace and to act in conformance with applicable law and agency policy. I also expect any executive or manager who becomes aware of inappropriate or unlawful behavior or conduct to take immediate and appropriate action to stop the conduct and to prevent it from reoccurring. Employees who have engaged in or condoned unacceptable or unlawful EEO behavior or conduct will be subject to appropriate disciplinary action under the agency's Conduct and Discipline policy.  Together, we must vigorously eliminate behavior that is discriminatory, harassing, or otherwise inappropriate to the workplace.

For additional information, please contact your local Civil Rights Office or visit: http://www.faa.gov/about/office_org/headquarters_offices/acr/



**J. Randolph Babbitt**
*Administrator*

May 2011



HQ 111336



ADMINISTRATOR'S
POLICY STATEMENT ON...

# THE PREVENTION OF HARASSMENT

The Federal Aviation Administration is committed to being a model Equal Employment Opportunity (EEO) employer. Harassment based on race, color, religion, sex, genetic information, national origin, age, disability (mental or physical), sexual orientation or reprisal for participating in protected EEO activity will not be tolerated. To achieve our strategic goal to have a model EEO workplace, the FAA must strive to eliminate any discriminatory harassment within our organization.

Harassment includes unwelcome verbal or physical conduct based on race, color, religion, sex, genetic information, national origin, age, disability (mental or physical), sexual orientation or reprisal for participating in protected EEO activity. Harassment becomes unlawful, where 1) enduring the conduct becomes a condition of continued employment, or 2) the conduct is severe or pervasive enough to create a hostile work environment. Harassment includes, but is not limited to: sexual advances or sexual favors; labels, epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; and jokes or other written or graphic materials (including electronic media) displayed or circulated in the workplace that degrades a group.

Sexual harassment is also unlawful. Sexual harassment involves unwanted or unwelcome sexual advances, requests for sexual favors, and other verbal or physical harassment of a sexual nature. Offensive remarks about a person's sex, or any other type of harassment that is based on a person's sex, is also considered sexual harassment.

I expect all FAA employees to monitor their own conduct in the workplace and to act in conformance with applicable law and agency policy. I also expect employees to report any harassment they may witness to the Administrator's Hotline, the Office of Civil Rights, the Office of Security and Hazardous Materials, or the FAA Accountability Board. In addition, any executive or manager who becomes aware of harassing conduct must take immediate and appropriate action to stop the conduct and to prevent it from reoccurring. Any employee who has engaged in unlawful harassment will be subject to appropriate disciplinary action under the agency's Conduct and Discipline policy.

Please do your part to prevent and eliminate discrimination and harassment in the FAA. Communicate this policy to others and demonstrate your support of the policy by modeling professional behavior in the workplace.

For additional information, please contact your local Civil Rights Office or visit: http://www.faa.gov/about/office_org/headquarters_offices/acr/



J. Randolph Babbitt
*Administrator*

May 2011



# TAB 7

**Part I**

**Barrier Analysis**

### PART I.1 - Agency EEO Plan to Eliminate Identified Barrier

## Statement of Condition That Was a Trigger for a Potential Barrier:

| Source of the Trigger | Specific Workforce Data Table (if applicable) | Row within Identified Workforce Data Table (if applicable) | Narrative Description of Trigger |
|---|---|---|---|
| Workforce Data Tables (See tables below) | Table A6/B6 | Aviation Safety Inspector (1825) Major Occupation | Lower than expected participation rate in several categories |

## EEO Group(s) Affected by Trigger

| EEO Group | Affected By Trigger? |
|---|---|
| All Men | |
| All Women | Yes |
| Hispanic or Latino Males | Yes |
| Hispanic or Latino Females | |
| White Males | |
| White Females | |
| Black or African American Males | Yes |
| Black or African American Females | |
| Asian Males | |
| Asian Females | |
| Native Hawaiian or Other Pacific Islander Males | |
| Native Hawaiian or Other Pacific Islander Females | |
| American Indian or Alaska Native Males | |
| American Indian or Alaska Native Females | |
| Two or More Races Males | |
| Two or More Races Females | |
| Individuals with Targeted Disabilities | |

## Barrier Analysis Process

| Sources of Data | Has Source Been Reviewed? | Identify Information Collected |
|---|---|---|
| Workforce Data Tables Reviewed | Yes | |
| Complaint Data (i.e., Trends, Findings of Discrimination, etc.) | No | |
| Grievance Data | No | |
| Climate Assessment Survey | Yes | |
| Exit Interview Data | Yes | |
| Interviews | Yes | |
| Applicable Policies and Procedures | No | |
| Reports (OIG, EEOC, MSPB, GAO, etc.) | No | |
| Other (Please Describe) | No | |

## Status of Barrier Analysis Process

| Barrier Analysis Process Completed? | Barrier(s) Identified? |
|---|---|
| No | No |

## Statement of Identified Barrier(s)

| Types of Barrier | Description of Policy, Procedure, or Practice |
|---|---|
| None | Barrier Analysis Process is not completed. |

## Objective(s) and Dates for EEO Plan

| Objective | Date Objective Initiated (mm/dd/yyyy) | Target Date for Completion of Objective (mm/dd/yyyy) | Date Objective Completed (mm/dd/yyyy) |
|---|---|---|---|
| Conduct a barrier analysis of the 1825 occupational series. | 3/1/2012 | 09/30/2013 | |
| Develop a plan to | 3/1/2012 | 09/30/2014 | |

| Objective | Date Objective Initiated (mm/dd/yyyy) | Target Date for Completion of Objective (mm/dd/yyyy) | Date Objective Completed (mm/dd/yyyy) |
|---|---|---|---|
| eliminate, when possible any identified barriers. | | | |

**Responsible Official(s)**

| Title | Name |
|---|---|
| Associate Administrator for Aviation Safety / Assistant Administrator for Civil Rights and FAA Diversity Advocate | Margaret Gilligan, Associate Administrator for Aviation Safety (AVS)/ Mamie Mallory, Acting Assistant Administrator for Civil Rights and FAA Diversity Advocate |

## Planned Activities Toward Completion of Objective

| Planned Activities | Target Date (mm/dd/yyyy) | Modified Date (mm/dd/yyyy) | Completed? | Completion Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Review the results of trend analysis conducted of the 1825 occupational series to identify any potential barriers. | 09/30/2012 | | No | |
| Complete barrier analysis of 1825 occupational series. | 09/30/2013 | | No | |
| Develop a plan to eliminate when possible any identified barriers. | 09/30/2014 | | No | |

## Report of Accomplishments and Modifications to Objective

Participated in a trend analysis of the 1825 occupational series. The trend analysis is scheduled for completion FY2012.

### PART I.2 - Agency EEO Plan to Eliminate Identified Barrier

## Statement of Condition That Was a Trigger for a Potential Barrier:

| Source of the Trigger | Specific Workforce Data Table (if applicable) | Row within Identified Workforce Data Table (if applicable) | Narrative Description of Trigger |
|---|---|---|---|
| Workforce Data Tables (See tables below) | Table A6/B6 | Air Traffic Control Specialist (2152) Major Occupation | Lower than expected participation rate in several categories |

## EEO Group(s) Affected by Trigger

| EEO Group | Affected By Trigger? |
|---|---|
| All Men | |
| All Women | |
| Hispanic or Latino Males | |
| Hispanic or Latino Females | |
| White Males | |
| White Females | Yes |
| Black or African American Males | Yes |
| Black or African American Females | Yes |
| Asian Males | |
| Asian Females | Yes |
| Native Hawaiian or Other Pacific Islander Males | |
| Native Hawaiian or Other Pacific Islander Females | |
| American Indian or Alaska Native Males | |
| American Indian or Alaska Native Females | |
| Two or More Races Males | Yes |
| Two or More Races Females | Yes |
| Individuals with Targeted Disabilities | Yes |

## Barrier Analysis Process

| Sources of Data | Has Source Been Reviewed? | Identify Information Collected |
|---|---|---|
| Workforce Data Tables Reviewed | Yes | |

38

| Sources of Data | Has Source Been Reviewed? | Identify Information Collected |
|---|---|---|
| Complaint Data (i.e., Trends, Findings of Discrimination, etc.) | No | |
| Grievance Data | No | |
| Climate Assessment Survey | No | |
| Exit Interview Data | No | |
| Interviews | No | |
| Applicable Policies and Procedures | No | |
| Reports (OIG, EEOC, MSPB, GAO, etc.) | No | |
| Other (Please Describe) | No | |

## Status of Barrier Analysis Process

| Barrier Analysis Process Completed? | Barrier(s) Identified? |
|---|---|
| No | No |

## Statement of Identified Barrier(s)

| Types of Barrier | Description of Policy, Procedure, or Practice |
|---|---|
| None | Barrier Analysis Process has not been completed. |

## Objective(s) and Dates for EEO Plan

| Objective | Date Objective Initiated (mm/dd/yyyy) | Target Date for Completion of Objective (mm/dd/yyyy) | Date Objective Completed (mm/dd/yyyy) |
|---|---|---|---|
| Review and analyze current Outreach plan and recruitment and selection process to determine if there are any barriers to EEO. | 11/30/2007 | 09/30/2012 | |
| Eliminate, when possible, any barriers to EEO. | 11/30/2007 | 09/30/2012 | |

## Responsible Official(s)

| Title | Name |
|---|---|
| ACR, EEO Outreach Office, ACR-7, in Consultation with ATO | Miriam Vega, Director, EEO Outreach Program |

## Planned Activities Toward Completion of Objective

| Planned Activities | Target Date (mm/dd/yyyy) | Modified Date (mm/dd/yyyy) | Completed? | Completion Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Review and analyze current Outreach plan and recruitment and selection process to determine if there are any barriers to EEO. | 09/30/2012 | 09/30/2010 | No | |
| Eliminate, when possible, any barriers to EEO. | 09/30/2012 | 09/30/2010 | No | |

## Report of Accomplishments and Modifications to Objective

ATO is focusing on reviewing, analyzing, and researching its Outreach Plan along with the recruitment and selection process to determine if there are any barriers to EEO. A barrier analysis for this MCO is scheduled for completion in FY2012.

### PART I.3 - Agency EEO Plan to Eliminate Identified Barrier

## Statement of Condition That Was a Trigger for a Potential Barrier:

| Source of the Trigger | Specific Workforce Data Table (if applicable) | Row within Identified Workforce Data Table (if applicable) | Narrative Description of Trigger |
|---|---|---|---|
| Workforce Data Tables (See tables below) | Table A6/B6 | Airway Transportation System Specialist (2101) | Lower than expected for females in this occupation. |

## EEO Group(s) Affected by Trigger

| EEO Group | Affected By Trigger? |
|---|---|

| EEO Group | Affected By Trigger? |
|---|---|
| All Men | |
| All Women | Yes |
| Hispanic or Latino Males | |
| Hispanic or Latino Females | |
| White Males | |
| White Females | |
| Black or African American Males | |
| Black or African American Females | |
| Asian Males | |
| Asian Females | |
| Native Hawaiian or Other Pacific Islander Males | |
| Native Hawaiian or Other Pacific Islander Females | |
| American Indian or Alaska Native Males | |
| American Indian or Alaska Native Females | |
| Two or More Races Males | |
| Two or More Races Females | |
| Individuals with Targeted Disabilities | |

## Barrier Analysis Process

| Sources of Data | Has Source Been Reviewed? | Identify Information Collected |
|---|---|---|
| Workforce Data Tables Reviewed | Yes | |
| Complaint Data (i.e., Trends, Findings of Discrimination, etc.) | | |
| Grievance Data | | |
| Climate Assessment Survey | | |
| Exit Interview Data | | |

41

| Sources of Data | Has Source Been Reviewed? | Identify Information Collected |
|---|---|---|
| Interviews | | |
| Applicable Policies and Procedures | | |
| Reports (OIG, EEOC, MSPB, GAO, etc.) | | |
| Other (Please Describe) | | |

## Status of Barrier Analysis Process

| Barrier Analysis Process Completed? | Barrier(s) Identified? |
|---|---|
| No | No |

## Statement of Identified Barrier(s)

| Types of Barrier | Description of Policy, Procedure, or Practice |
|---|---|
| None | Barrier Analysis has not been completed. |

## Objective(s) and Dates for EEO Plan

| Objective | Date Objective Initiated (mm/dd/yyyy) | Target Date for Completion of Objective (mm/dd/yyyy) | Date Objective Completed (mm/dd/yyyy) |
|---|---|---|---|
| Review and analyze current Outreach plan and recruitment and selection process to determine if there are any barriers to EEO. | 10/01/2009 | 09/30/2012 | |
| Eliminate, when possible, any identified barriers to EEO. | 10/01/2009 | 09/30/2012 | |

## Responsible Official(s)

| Title | Name |
|---|---|
| ACR, EEO Outreach Office, ACR-7, in Consultation with ATO | Miriam Vega, Director, EEO Outreach Program |

## Planned Activities Toward Completion of Objective

| Planned Activities | Target Date (mm/dd/yyyy) | Modified Date (mm/dd/yyyy) | Completed? | Completion Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Review and analyze current Outreach plan and recruitment and selection process to determine if there are any barriers to EEO. | 09/30/2012 | 10/01/2009 | No | |
| Eliminate, when possible, any identified barriers to EEO. | 09/30/2012 | 10/01/2009 | No | |

## Report of Accomplishments and Modifications to Objective

ATO is focusing on reviewing, analyzing, and researching its Outreach plan along with the recruitment and selection process to determine if there are any barriers to EEO. A barrier analysis is scheduled for completion in FY12.

# TAB 9

**Tables by RNO and Gender A1-A14**

## List of Workforce Data Tables

| "A" Tables | Description | Comments |
|---|---|---|
| Table A1 | Total Workforce - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A2 | Permanent Workforce By Component - Distribution by Race/Ethnicity and Sex | Not Applicable to the FAA |
| Table A3-1 | Occupational Categories - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A3-2 | Occupational Categories - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A4-1 | Participation Rates For General Schedule Grades - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A4-2 | Participation Rates For General Schedule (GS) Grades by Race/Ethnicity and Sex | Data Provided |
| Table A5-1 | Participation Rates For Wage Grades by Race/Ethnicity and Sex | Data Provided |
| Table A5-2 | Participation Rates For Wage Grades by Race/Ethnicity and Sex | Data Provided |
| Table A5NS-1 | Participation Rates for Non-Supervisory Wage Grades - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A5NS-2 | Participation Rates for Non-Supervisory Wage Grades - Distribution by Race/Ethnicity and Sex - Permanent Workforce | Data Provided |
| Table A5S-1 | Participation Rates for Supervisory Wage Grades - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A5S-2 | Participation Rates for Supervisory Wage Grades - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A6 | Participation Rates for Major Occupations - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A7 | Hires for Major Occupations Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A8 | New Hires by Type of Appointment - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A9 | Selections for Internal Competitive Promotions for Major Occupations by Race/Ethnicity and Sex | Not Available |
| Table A10 | Non-Competitive Promotions - Time in Grade - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A11 | Internal Selections for Senior Level Positions (GS 13, GS 14, GS 15, and SES) by Race/Ethnicity and Sex | Not Available |
| Table A12 | Participation in Career Development by Race/Ethnicity and Sex | Not Available |
| Table A13 | Employee Recognition and Awards - Distribution by Race/Ethnicity and Sex | Data Provided |
| Table A14 | Separations by Type of Separation - Distribution by Race/Ethnicity and Sex | Data Provided |

**\*\*This is a statistical snapshot of the workforce demographics.  Conclusions concerning the existence of workplace barriers must not be drawn from gross numerical assessments.  The use of this data in any employment decision is PROHIBITED without the express written authorization of the Deputy Chief Counsel, AGC-2.**

DOT FAA FEDERAL AVIATION ADMINISTRATION   Pay Period 201120

Table A6: PARTICIPATION RATES FOR MAJOR OCCUPATIONS - Distribution by Race/Ethnicity and Sex - Permanent Workforce

| Job Title/Series Agency Rate Occupational CLF | | RACE/ETHNICITY | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | TOTAL EMPLOYEES | | | Hispanic or Latino | | Non-Hispanic or Latino | | | | | | | | | | | |
| | | | | | | | White | | Black or African American | | Asian | | Native Hawaiian or Other Pacific Islander | | American Indian or Alaska Native | | Two or more races | |
| | | All | male | female | male | female | male | female | male | female | male | female | male | female | male | female | male | female |
| | # | 1709 | 1195 | 514 | 63 | 22 | 908 | 344 | 119 | 95 | 70 | 39 | 4 | 0 | 20 | 14 | 11 | 0 |
| INFORMATION TECHNOLOGIST (0334) | % | 100% | 69.92% | 30.08% | 3.69% | 1.29% | 53.13% | 20.13% | 6.96% | 5.56% | 4.10% | 2.28% | 0.23% | 0.00% | 1.17% | 0.82% | 0.64% | 0.00% |
| Occupational CLF | # | 100% | 66.73% | 33.00% | 3.14% | 1.55% | 50.42% | 24.73% | 4.29% | 3.48% | 7.40% | 2.89% | 0.05% | 0.02% | 0.24% | 0.11% | 1.23% | 0.45% |
| | # | 844 | 713 | 131 | 52 | 11 | 494 | 64 | 62 | 36 | 98 | 18 | 0 | 0 | 5 | 2 | 2 | 0 |
| GENERAL ENGINEERING (0801) | % | 100% | 84.48% | 15.52% | 6.16% | 1.30% | 58.53% | 7.58% | 7.35% | 4.27% | 11.61% | 2.13% | 0.00% | 0.00% | 0.59% | 0.24% | 0.24% | 0.00% |
| Occupational CLF | # | 100% | 89.58% | 10.30% | 3.19% | 0.60% | 71.83% | 7.15% | 3.04% | 0.77% | 9.92% | 1.63% | 0.09% | 0.01% | 0.21% | 0.05% | 1.32% | 0.18% |
| | # | 405 | 350 | 55 | 39 | 6 | 241 | 33 | 21 | 8 | 42 | 8 | 2 | 0 | 1 | 0 | 4 | 0 |
| CIVIL ENGINEERING (0810) | % | 100% | 86.42% | 13.58% | 9.63% | 1.48% | 59.51% | 8.15% | 5.19% | 1.98% | 10.37% | 1.98% | 0.49% | 0.00% | 0.25% | 0.00% | 0.99% | 0.00% |
| Occupational CLF | # | 100% | 89.83% | 10.02% | 3.71% | 0.61% | 74.05% | 7.53% | 2.91% | 0.62% | 7.44% | 1.09% | 0.03% | 0.01% | 0.33% | 0.08% | 1.37% | 0.21% |
| | # | 834 | 750 | 84 | 53 | 12 | 469 | 34 | 65 | 15 | 151 | 22 | 1 | 0 | 11 | 1 | 0 | 0 |
| ELECTRONICS ENGINEERING (0855) | % | 100% | 89.93% | 10.07% | 6.35% | 1.44% | 56.24% | 4.08% | 7.79% | 1.80% | 18.11% | 2.64% | 0.12% | 0.00% | 1.32% | 0.12% | 0.00% | 0.00% |
| Occupational CLF | # | 100% | 91.28% | 8.60% | 3.63% | 0.45% | 72.08% | 5.51% | 3.55% | 0.92% | 10.47% | 1.62% | 0.05% | 0.01% | 0.23% | 0.03% | 1.31% | 0.16% |
| | # | 763 | 653 | 110 | 33 | 8 | 494 | 80 | 38 | 9 | 79 | 13 | 1 | 0 | 4 | 0 | 4 | 0 |
| AEROSPACE ENGINEERING (0861) | % | 100% | 85.58% | 14.42% | 4.33% | 1.05% | 64.74% | 10.48% | 4.98% | 1.18% | 10.35% | 1.70% | 0.13% | 0.00% | 0.52% | 0.00% | 0.52% | 0.00% |
| Occupational CLF | # | 100% | 90.92% | 8.97% | 4.10% | 0.54% | 74.25% | 6.47% | 2.56% | 0.66% | 8.25% | 1.20% | 0.15% | 0.00% | 0.24% | 0.03% | 1.39% | 0.16% |
| | # | 458 | 283 | 175 | 37 | 12 | 201 | 104 | 28 | 48 | 12 | 6 | 0 | 3 | 4 | 1 | 1 | 1 |
| GENERAL INSPECTION, INVESTIGATION & COMPLIANCE (1801) | % | 100% | 61.79% | 38.21% | 8.08% | 2.62% | 43.89% | 22.71% | 6.11% | 10.48% | 2.62% | 1.31% | 0.00% | 0.66% | 0.87% | 0.22% | 0.22% | 0.22% |
| Occupational CLF | # | 100% | 52.87% | 46.74% | 4.17% | 3.52% | 41.33% | 34.08% | 4.47% | 6.95% | 1.66% | 1.41% | 0.06% | 0.05% | 0.39% | 0.44% | 0.82% | 0.65% |
| | # | 4320 | 3989 | 331 | 230 | 13 | 3439 | 293 | 188 | 12 | 58 | 6 | 9 | 3 | 49 | 4 | 16 | 0 |
| AVIATION SAFETY INSPECTOR (1825) | % | 100% | 92.34% | 7.66% | 5.32% | 0.30% | 79.61% | 6.78% | 4.35% | 0.28% | 1.34% | 0.14% | 0.21% | 0.07% | 1.13% | 0.09% | 0.37% | 0.00% |
| Occupational CLF | # | 100% | 83.79% | 15.90% | 7.32% | 1.65% | 65.29% | 10.99% | 7.69% | 2.72% | 1.64% | 0.31% | 0.10% | 0.00% | 0.51% | 0.08% | 1.26% | 0.31% |
| AIRWAY TRANSPORTATION SYSTEMS SPECIALIST (2101) | # | 6164 | 5619 | 545 | 509 | 36 | 4208 | 371 | 499 | 84 | 221 | 34 | 25 | 2 | 99 | 10 | 58 | 8 |
| | % | 100% | 91.16% | 8.84% | 8.26% | 0.58% | 68.27% | 6.02% | 8.10% | 1.36% | 3.59% | 0.55% | 0.41% | 0.03% | 1.61% | 0.16% | 0.94% | 0.13% |
| Occupational CLF | # | 100% | 43.42% | 56.05% | 4.74% | 5.27% | 30.24% | 39.74% | 4.89% | 7.79% | 2.57% | 2.34% | 0.07% | 0.08% | 0.24% | 0.40% | 0.67% | 0.94% |
| AIR TRAFFIC CONTROL SPECIALIST (2152) | # | 20115 | 16748 | 3367 | 1030 | 210 | 14107 | 2726 | 934 | 290 | 339 | 78 | 40 | 9 | 167 | 24 | 131 | 30 |
| | % | 100% | 83.26% | 16.74% | 5.12% | 1.04% | 70.13% | 13.55% | 4.64% | 1.44% | 1.69% | 0.39% | 0.20% | 0.04% | 0.83% | 0.12% | 0.65% | 0.15% |
| Occupational CLF | # | 100% | 81.51% | 18.14% | 3.79% | 0.98% | 69.02% | 14.45% | 5.37% | 1.94% | 1.36% | 0.43% | 0.12% | 0.01% | 0.49% | 0.11% | 1.41% | 0.51% |

# TAB 10

**Tables by Disability**

**B1-B14**

**List of Workforce Data Tables**

| "B" Tables | Description | Comments |
|---|---|---|
| Table B1 | Total Workforce - Distribution by Disability | Data Provided |
| Table B2 | Permanent Workforce by Component - Distribution by Disability | Not Applicable to the FAA |
| Table B3-1 | Occupational Categories - Distribution by Disability | Data Provided |
| Table B3-2 | Occupational Categories - Distribution by Disability | Data Provided |
| Table B4-1 | Participation Rates For General Schedule Grades - Distribution by Disability | Data Provided |
| Table B4-2 | Participation Rates For General Schedule Grades - Distribution by Disability | Data Provided |
| Table B5-1 | Participation Rates For Wage Grades by Disability | Data Provided |
| Table B5-2 | Participation Rates For Wage Grades by Disability | Data Provided |
| Table B5NS-1 | Participation Rates for General Schedule Grades - Distribution by Disability | Data Provided |
| Table B5NS-2 | Participation Rates for General Schedule Grades - Distribution by Disability | Data Provided |
| Table B5S-1 | Participation Rates for Supervisory Wage Grades - Distribution by Disability | Data Provided |
| Table B5S-2 | Participation Rates for General Schedule Grades - Distribution by Disability | Data Provided |
| Table B6 | Participation Rates for Major Occupations - Distribution by Disability | Data Provided |
| Table B7 | Hires for Major Occupations - Distribution by Disability | Data Provided |
| Table B8 | New Hires by Type of Appointment - Distribution by Disability | Data Provided |
| Table B9 | Selections for Internal Competitive Promotions for Major Occupations by Disability | Not Available |
| Table B10 | Non-Competitive Promotions - Time in Grade - Distribution by Disability | Data Provided |
| Table B11 | Internal Selections for Senior Level Positions (GS 13, GS 14, GS 15, and SES) by Disability | Not Available |
| Table B12 | Participation in Career Development by Disability | Not Available |
| Table B13 | Employee Recognition and Awards Distribution by Disability | Data Provided |
| Table B14 | Separations by Type of Separation - Distribution by Disability | Data Provided |

**\*\*This is a statistical snapshot of the workforce demographics. Conclusions concerning the existence of workplace barriers must not be drawn from gross numerical assessments. The use of this data in any employment decision is PROHIBITED without the express written authorization of the Deputy Chief Counsel, AGC-2.**

DOT FAA FEDERAL AVIATION ADMINISTRATION   Pay Period 201120

Table B6: PARTICIPATION RATES FOR MAJOR OCCUPATIONS - Distribution by Disability - Permanent Workforce

| Occupational Category | | Total | Total by Disability Status | | | | Detail for Targeted Disabilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No Disability (04,05) | Not Identified -1 | Disability (06-94) | Targeted Disability | Deafness (16,17) | Blindness (23,25) | Missing Limbs (28,32-38) | Partial Paralysis (64-68) | Total Paralysis (71-78) | Convulsive Disorder -82 | Mental Retardation -90 | Mental Illness -91 | Distortion Limb/Spine -92 |
| INFORMATION TECHNOLOGIST (0334) | # | 1709 | 1483 | 81 | 145 | 20 | 1 | 3 | 1 | 3 | 2 | 2 | 0 | 8 | 0 |
| | % | 100% | 86.78% | 4.74% | 8.48% | 1.17% | 0.06% | 0.18% | 0.06% | 0.18% | 0.12% | 0.12% | 0.00% | 0.47% | 0.00% |
| GENERAL ENGINEERING (0801) | # | 844 | 778 | 26 | 40 | 6 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 2 | 0 |
| | % | 100% | 92.18% | 3.08% | 4.74% | 0.71% | 0.00% | 0.00% | 0.12% | 0.12% | 0.24% | 0.00% | 0.00% | 0.24% | 0.00% |
| CIVIL ENGINEERING (0810) | # | 405 | 348 | 31 | 26 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | % | 100% | 85.93% | 7.65% | 6.42% | 0.25% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | 0.00% |
| ELECTRONICS ENGINEERING (0855) | # | 834 | 769 | 20 | 45 | 5 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| | % | 100% | 92.21% | 2.40% | 5.40% | 0.60% | 0.00% | 0.12% | 0.00% | 0.24% | 0.00% | 0.24% | 0.00% | 0.00% | 0.00% |
| AEROSPACE ENGINEERING (0861) | # | 763 | 677 | 44 | 42 | 5 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 2 | 0 |
| | % | 100% | 88.73% | 5.77% | 5.50% | 0.66% | 0.00% | 0.00% | 0.00% | 0.13% | 0.13% | 0.13% | 0.00% | 0.26% | 0.00% |
| GENERAL INSPECTION, INVESTIGATION & COMPLIANCE (1801) | # | 458 | 370 | 41 | 47 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | % | 100% | 80.79% | 8.95% | 10.26% | 0.22% | 0.00% | 0.00% | 0.00% | 0.22% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| AVIATION SAFETY INSPECTOR (1825) | # | 4320 | 3599 | 271 | 450 | 12 | 1 | 2 | 1 | 2 | 0 | 0 | 0 | 5 | 1 |
| | % | 100% | 83.31% | 6.27% | 10.42% | 0.28% | 0.02% | 0.05% | 0.02% | 0.05% | 0.00% | 0.00% | 0.00% | 0.12% | 0.02% |
| AIRWAY TRANSPORTATION SYSTEMS SPECIALIST (2101) | # | 6164 | 5338 | 286 | 540 | 28 | 2 | 4 | 1 | 4 | 0 | 4 | 0 | 13 | 0 |
| | % | 100% | 86.60% | 4.64% | 8.76% | 0.45% | 0.03% | 0.06% | 0.02% | 0.06% | 0.00% | 0.06% | 0.00% | 0.21% | 0.00% |
| AIR TRAFFIC CONTROL SPECIALIST (2152) | # | 20115 | 19286 | 312 | 517 | 39 | 1 | 0 | 7 | 9 | 3 | 4 | 0 | 15 | 0 |
| | % | 100% | 95.88% | 1.55% | 2.57% | 0.19% | 0.00% | 0.00% | 0.03% | 0.04% | 0.01% | 0.02% | 0.00% | 0.07% | 0.00% |

EXHIBIT
6

# Extension to Barrier Analysis of Air Traffic Control Specialist Centralized Hiring Process

## FINAL REPORT

## *April 16, 2013*



*© 2013 APTMetrics, Inc.*

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

# TABLE OF CONTENTS

| Section | Page |
| --- | --- |
| Chapter 1: Executive Summary | 3 |
| Chapter 2: Overview, Barrier Analysis and Stakeholder Insights regarding the FAA ATCS Selection Process | 10 |
| Chapter 3: Root Cause Analysis of ATCS Decision Point Barriers | 18 |
| Chapter 4: Summary and Recommendations | 51 |
| Chapter 5: References/Appendices | 57 |
| References | 57 |
| Appendix A: IRP Review | 59 |
| Appendix B: Documents Received and Reviewed | 77 |
| Appendix C: FAA ATCS Stakeholder Interview Protocol | 83 |
| Appendix D: Analysis Decisions | 90 |
| Appendix E: Full Data Analysis Results | 97 |

**List of Figures**

| | | |
| --- | --- | --- |
| Figure 1 | Total Applicants by Source (2008 – 2011) | 22 |
| Figure 2 | Applicant Demographics by Source (At Point of Application) | 22 |
| Figure 3 | Total Applicant Flow – Applicant Survival (2008 – 2011) | 23 |
| Figure 4 | Candidate Pool Representation Through to CSP by Ethnicity | 24 |
| Figure 5 | Total Applicant Flow by Ethnicity – Applicant Survival (2008 – 2011) | 25 |
| Figure 6 | Total Applicant Flow by Gender – Applicant Survival (2008 – 2011) | 26 |
| Figure 7 | Total Applicant Flow by Source – Applicant Survival (2008 – 2011) | 27 |
| Figure 8 | Percentage Qualified Applicants Who Are Referred (Announcements Throughout Nation/US Only) | 38 |
| Figure 9 | Process Used to Create CSP Location-Specific Referral Pools | 40 |
| Figure 10 | Distribution of Race & Gender Groups in AT-SAT Bands | 43 |

**List of Tables**

| | | |
| --- | --- | --- |
| Table 1 | ATCS Minimum Qualifications by Applicant Source | 11 |
| Table 2 | Merit System Principles | 14 |
| Table 3 | Outtz and Associates Barrier Analysis Summary | 16 |
| Table 4 | Stakeholder Insights Regarding Barrier Analysis | 17 |
| Table 5 | SME Interviews | 19 |
| Table 6a | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 30 |
| Table 6b | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. HISPANIC | 31 |
| Table 6c | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - MALE VS. FEMALE | 31 |
| Table 6d | System Qualifications (from Applied) - Unique Analysis | 97 |
| Table 6e | System Qualifications (from Applied) - Cumulative Analysis | 99 |
| Table 7a | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 32 |
| Table 7b | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. HISPANIC | 32 |
| Table 7c | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - MALE VS. FEMALE | 33 |
| Table 7d | HR Qualifications Review (from System Qual) - Unique Analysis | 101 |
| Table 7e | HR Qualifications Review (from System Qual) - Cumulative Analysis | 103 |



# TABLE OF CONTENTS

| | | |
|---|---|---|
| Table 8a | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 34 |
| Table 8b | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - WHITE VS. HISPANIC | 34 |
| Table 8c | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - MALE VS. FEMALE | 35 |
| Table 8d | HR Qualifications Review (from Applied) - Unique Analysis | 105 |
| Table 8e | HR Qualifications Review (from Applied) - Cumulative Analysis | 107 |
| Table 9a | AT-SAT Pass for Public Source - Unique Applicant Analysis - AFRICAN AMERICAN, HISPANIC, & FEMALE GROUPS | 35 |
| Table 9b | AT-SAT Pass (Public Source Only) - Unique Analysis | 109 |
| Table 10a | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – WHITE vs. AFRICAN AMERICAN | 37 |
| Table 10b | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – WHITE vs. Hispanic | 37 |
| Table 10c | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – Male vs. Female | 37 |
| Table 10d | Geographic Location Preferences - Cumulative Analysis | 110 |
| Table 11 | Impact of Location Preferences on African Americans | 39 |
| Table 12a | Overview of Adverse Impact by Individual CSP | 41 |
| Table 12b | CSP - Selected (from Referred) - Unique Analysis | 112 |
| Table 12c | CSP - Selected (from Referred) - Cumulative Analysis | 114 |
| Table 12d | CSP Overall - Selected (from Referred) - Unique Analysis | 116 |
| Table 12e | CSP Eastern Service Area - Selected (from Referred) - Unique Analysis | 120 |
| Table 12f | CSP Central Service Area - Selected (from Referred) - Unique Analysis | 124 |
| Table 12g | CSP Western Service Area - Selected (from Referred) - Unique Analysis | 128 |
| Table 13 | Examination of Impact of Lowering AT-SAT Cutoff Score | 44 |
| Table 14a | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - WHITE VS. AFRICAN AMERICAN | 47 |
| Table 14b | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - WHITE VS. HISPANIC | 47 |
| Table 14c | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - MALE VS. FEMALE | 48 |
| Table 14d | Interview Pass - Unique Analysis | 132 |
| Table 14e | Medical Pass - Unique Analysis | 133 |
| Table 14f | Conditional Suitability Pass - Unique Analysis | 134 |
| Table 14g | Final Suitability Pass - Unique Analysis | 135 |
| Table 14h | Both Conditional & Final Suitability Pass - Unique Analysis | 136 |
| Table 14i | Hire Decision Pass - Unique Analysis | 137 |
| Table 15a | Overall Hiring Process Decisions - Unique Applicant Analysis - WHITE VS. AFRICAN AMERICAN | 49 |
| Table 15b | Overall Hiring Process Decisions - Unique Applicant Analysis - WHITE VS. HISPANIC | 49 |
| Table 15c | Overall Hiring Process Decisions - Unique Applicant Analysis - MALE VS. FEMALE | 49 |
| Table 15d | Overall Process: Applied to Hired - Unique Analysis | 138 |
| Table 15e | Overall Process: Fully Qualified to Hired - Unique Analysis | 139 |
| Table 16 | HR Screen Comments | 90 |
| Table 17 | Referral Action Comment Recode | 93 |
| Table 18 | Overall Security Score | 94 |
| Table 19 | CSP Dates | 96 |



# Chapter 1

## EXECUTIVE SUMMARY

A Barrier Analysis of the FAA's Air Traffic Control Specialist (ATCS) centralized hiring process was recently completed by Outtz and Associates (October, 2012). This analysis was guided by EEOC's Management Directive 715 & the Uniform Guidelines on Employee Selection Procedures (1978). The results of that analysis indicated that barriers exist for certain protected groups on four of the seven critical decision points that comprise the ATCS centralized hiring process. APT*Metrics* was contracted by the FAA's Office of Human Resources (OHR) in December, 2012 to conduct a detailed root cause analysis of the identified barriers and establish the foundation for corrective interventions. A summary of our approach, findings and recommendations are discussed below.

While there are 10 steps in the overall hiring process, from Vacancy Announcement (Step 1) through to Firm offer Letter (Step 10), seven of these steps require personnel actions that impact applicant flow and were therefore targeted for review by the barrier analysis (**See Chapter 2**). These seven decision points are:

- **Minimum Qualifications (MQs**).  The ATCS minimum qualifications are customized to each applicant source. The minimum qualification review is carried out in two stages: automated system screening and manual HR review.

- **Air Traffic Selection and Training (AT-SAT).** The AT-SAT is a computer-based selection test battery designed to assess key ATCS worker requirements, aptitude, and personal characteristics associated with success as an ATCS.  The AT-SAT is only relevant for individuals applying from CTI, General Public, and VTP applicant sources.

- **Generation of Referral Lists.**  For all applicant sources except General Public, referral lists are generated separately for each applicant source and geographic location that has vacancies.  Non-referral would occur if an applicant failed to specify a location preference or if the location preferences did not align with state/facility hiring needs.

- **Centralized Selection Panel (CSP).** Once referral lists have been generated, a CSP is convened to review these lists and select individuals to fill specific facility vacancies. The CSP is comprised of management representatives who have expertise in the ATCS occupation and knowledge of the facilities within their respective regions.

- **Interview.**  Applicants who are selected during the CSP are invited to participate in an interview with a facility manager, typically at the facility that is closest to the address on record for the applicant.

- **Medical Screen.** The medical screen consists of both physical and psychological components.



- **Security Clearance.** The security screen consists mainly of a primary screen (termed Conditional Suitability). If the primary screen is insufficient to make a determination, a subsequent secondary screen (termed Final Suitability) is then conducted.

The decision points described above combine to form a fairly complex hiring process. This complexity is due to a number of factors including the use of multiple applicant sources with different minimum qualifications, mixed uses of the AT-SAT, application knock-out factors unrelated to qualifications (e.g., location preference), a potentially multi-year hiring process from the point of application to hire, and referral lists organized by applicant source. Each of these factors is addressed in this report in terms of its impact on protected groups as well as how it can be changed or improved.

Based upon the Barrier Analysis and FAA stakeholder responses to this analysis (including ATO, CAMI, and AHR), a root-cause analysis was blueprinted to thoroughly investigate each of the barriers identified and determine whether any additional hurdles existed to the fair and accurate selection of candidates for the ATCS position (**See Chapter 3**).

The process for conducting this root cause analysis required a thorough understanding of how the various decision points of the hiring process impact candidates' "survival" from application through to the hire decision. Both qualitative and quantitative analyses were employed to interpret the impact of each decision point and tease out the underlying causes of differential pass rates for protected group members.

*Qualitative Review*

The qualitative review incorporated stakeholder interviews, site visits, a review of existing FAA documentation, and an evaluation of recommendations generated through the *FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (IRP)*. Among the insights gleaned during this review was the need to: 1) increase standardization, consistency and documentation across all decision points in the hiring process, 2) establish the job-relatedness of all decision points in the hiring process, 3) minimize subjectivity, particularly in the MQ and CSP steps, 4) improve data capturing and tracking capabilities, and 5) establish a central group to oversee and improve the ATCS hiring process. This phase of the study provided additional context to the barrier analysis and allowed for a thorough understanding of how the hiring system works, the unique challenges involved in balancing applicant flow with adverse impact, and provided direction for the types of analyses that would lead to sustainable interventions.

*Quantitative Review*

The quantitative review relied on data housed in the AVIATOR system between 2006 and 2011, as well as AT-SAT testing data provided by CAMI. This phase of the study began with a high-level evaluation of where important subgroup differences are occurring in the hiring process.

<u>Survival Analysis</u>. When examining the underlying diversity of the various applicant sources, the most dramatic difference was found between the Collegiate Training Initiative (CTI) source and



all other applicant sources with respect to African American representation. African American applicants comprise only 5% of the CTI pool compared to an average of 34% African American representation across the non-CTI applicant sources. While the CTI applicant source is relatively small compared to the other sources, the CTI subgroup differences are magnified when considering the relatively high "survival" rate of CTI candidates through the hiring process.

An analysis of survival rates by race, gender, and applicant source was conducted for each step in the hiring process. This applicant flow information provided insights into which of the decision points in the hiring process serve to disproportionately screen out minority candidates and certain applicant sources. These analyses illustrated a number of important findings:

- Nearly all applicant screening occurs prior to the interview stage, primarily during the MQ and CSP stages of the hiring process;

- Advancement in the hiring process is clearly correlated with race. White applicants pass the MQ screening and CSP stages at a significantly higher rate than African American applicants;

- Advancement in the hiring process is clearly correlated with applicant source. CTI applicants pass the MQ qualification and CSP hurdles at a significantly higher rate than all other applicant sources, and

- MQ screening dramatically alters the overall diversity of the applicant pool that moves forward in the hiring process. For example, prior to any screening, 32% of all applicants are African Americans and 48% are White. However, following the MQ screening, 16% of all applicants moving forward are African American while 65% are White. Moreover, this is the stage at which at least 80% of applicants from the most diverse sources are eliminated.

The applicant flow information above highlights several important points which were used to drive our subsequent analyses. First, the steps from application to CSP selection are the most likely places for systematic adverse impact simply because these steps are responsible for the vast majority of applicant fails. Second, African Americans stand out as having a very different survival rate for these earlier hurdles. Third, applicant sources show very different demographics. Because the CTI source is much less diverse, the CTI source itself can confound analyses by ethnicity.

<u>Root Cause Analyses by Decision Point.</u> Using the applicant survival analysis, the results of the Barrier Analysis, and our in depth interviews with SMEs, analyses were conducted to evaluate the underpinnings of this differential impact across the hiring decision points.

> *MQ Stage.* The MQs were developed to be tailored to each applicant source and therefore differ significantly across sources. This approach impacts pass rates, which happen to vary considerably by applicant source. Results of our adverse impact analyses indicate that the overall MQ stage produces adverse impact for African Americans and Hispanics for all applicant sources except CTI (98% of CTI candidates pass through the MQ stage). Adverse impact was also found for Females for all applicant sources except CTI and General Public.



*Air Traffic Selection and Training (AT-SAT).* The AT-SAT serves as a hurdle after qualification for the General Public and VTP applicants and as a minimum qualification for CTI applicants.  All three of these sources must score at least a 70 to pass their respective AT-SAT hurdle.  However, the AT-SAT is used again during the CSP process to differentiate applicants into "qualified" and "well qualified" bands (see below). When used as a minimum qualification with a 70% pass score, approximately 95% of applicants pass the exam with no resulting adverse impact for African Americans, Hispanics, and Females

*Referral Stage.* The referral decision point is an automated decision based solely on the location preference provided by applicants. If the applicant chooses a location for which an ATCS candidate need exists, then the applicant is referred for that location.[4] However, the use of location preferences as a basis for the referral is problematic.  Our analyses revealed that referral rates vary considerably by applicant source. Applicants from the CTI, CTO, and Reinstatement sources were referred at twice the rate of applicants from the RMC and VRA sources, and these also happen to be the sources with the largest percentage of African Americans. Ultimately, African American diversity is reduced disproportionality in the overall process because African American membership is highest for those sources that are referred at much lower rates.  Given that the referral rates are so different (i.e., 97% vs. 47%) suggests that perhaps the CTI, CTO, and Reinstatement sources are better informed as to the location of open positions.

*CSP Stage.* For the CSP process, adverse impact was observed for African Americans and Females, for specific panel sessions, though no consistent pattern of adverse impact was observed over the 2008-2011 time period. One significant finding was that adverse impact only occurs for African Americans within the CSP when national Public announcements are used.  This is due largely to how the AT-SAT is used to prioritize the selection of General Public applicants.

Currently, applicants are split into two bands based on predetermined score ranges. Scores less than 85 and greater than or equal to 70 are considered to be "qualified." Scores at or above 85 are considered to be "well qualified."  Applicants who score in the "well qualified" band are given substantial preference in CSP selection decisions.

Applicants who score in the "Well Qualified" band on the AT-SAT receive priority over those scoring in the "Qualified" band. White applicants score in the preferred band at a disproportionately higher rate than racial minorities (e.g., 70% White vs. 36% African American and 47% Hispanic).

---

[4]  The referral process for General Public applicants is slightly different in that applicants are placed on national referral lists and are therefore considered for all locations.



*Interview Stage.* Almost 100% of applicants who were interviewed passed the interview. No race or gender adverse impact was found for the interview. The interview questions and answers can be found online.

*Medical Stage.* More than 90% of applicants passed the medical screen.  No race or gender adverse impact was found for the medical screening.

*Security Stage.* Selection rates for all groups remained very high (greater than 95%).  No race or gender adverse impact was found for passing the overall security screening process.

*Overall Hiring Process.* Adverse impact was found at several hurdles in the ATCS selection process, as well as across the overall ATCS selection process. Specifically, two of the three focal groups (African Americans and Females) have disproportionately lower pass rates than White and Male applicants for both minimum qualification hurdles (automated and HR) as well as for the CSP selection process. Regarding the minimum qualification hurdles, adverse impact was found within most of the applicant sources as well. Adverse impact was not observed for CTI at any point in the hiring process, though the qualification rate was very high in general.  Importantly, adverse impact for the CSP process does vary considerably by individual CSP event and appears to be a function of using General Public source national referral lists.  Also, the current method of using location preferences is decreasing applicant diversity due to vastly different referral rates for the applicant sources.

A summary of our findings along with a number of recommendations for each of the decision points that were identified as problematic are presented in **Chapter 4**.  In addition, specific suggestions to improve assessment tool vulnerabilities, process inefficiencies, and overall design challenges that need to be addressed to ensure the sustainability of recommended interventions over time are discussed.

**STEP 1: Vacancy Announcements.**  A structured process, involving a job analysis and formal validation, should be conducted to determine and validate the differentiating criteria for ranking and deciding upon which applicant sources should be drawn upon for each open position.

In addition, it is recommended that the FAA continue community outreach efforts to educate applicants about the ATCS occupational series and more broadly, establish a national recruitment outreach and education program around the ATCS position.

**STEP 2: Minimum Qualifications.**  It is strongly recommended that the MQs be reviewed against the job analysis and revised and validated accordingly.  Additionally, every attempt should be made to build consistent MQs across recruitment sources.

Consideration should also be given to the use of preferred qualifications (PQs) that could be used to differentiate between a large number of candidates meeting the MQs and other



qualification requirements (e.g., passing the AT-SAT).  As with MQs, job relevance and potential for adverse impact must be considered for PQs.

A tracking system should also be established to evaluate MQ screening decisions for accuracy and adverse impact on an ongoing basis.

**STEP 3: AT-SAT**.  Roughly 95% of applicants score at or above the passing score of 70, however, this rate drops precipitously and produces significant adverse impact for the cutoff associated with the well qualified band. Operationally, the cutoff score for selection in the CSP is 85 since applicants in the "qualified" band are rarely selected.

One potential solution to this issue is to replace the use of the AT-SAT within the CSP with a measure that can differentiate candidates without increasing adverse impact.  For example, the use of validated preferred qualifications that are collected during the application process could be used for this purpose.

In terms of the AT-SAT itself, it is recommended that supplemental validation research be conducted to confirm its relevance to the job. Specifically, the AT-SAT should be reviewed against an updated job analysis to ensure that it is still measuring the most important requirements for success in the ATCS position.

**STEP 4: Generation of Referral Lists.**  It is recommended that the air traffic controller application form be changed so that applicants could select the "anywhere in the nation" option. They should also be provided with information as to which facilities have openings.  This is in line with the Independent Review Panel's recommendation (ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).

**STEP 5: Centralized Selection Panel (CSP).**  It is recommended that the full CSP process design be evaluated for efficiency, accuracy and fairness.  It is quite likely that alternative approaches to the CSP model would result in more precise, fair outcomes along with tremendous cost savings.  For example, there may be potential to automate much of the current decision making localized in the CSP selection process.  Under this scenario CSP panelists could operate in more of a final review/quality control role.

It will also be critical to implement a rigorous evaluation of the CSP decision making process to ensure that the process is operating as intended.  Initially it will be important to closely monitor and oversee a full cycle of CSPs to ensure real-time decisions are fair and job-related. Decision making in the CSP should continue to be monitored by HR on an on-going basis thereafter.

**STEP 6: Interview**.  The interview has become more of a formality in the ATCS hiring process as almost 100% of the candidates pass.  It is recommended that new interview content be developed and validated, using the job analysis as the driver of which competencies need to be measured.

Additionally, it is recommended that training be provided to all hiring managers involved in conducting the interviews to ensure they understand how to fairly and accurately conduct the



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

interview process. Training should include "frame of reference" exercises in order to help calibrate judgments and ratings across hiring managers.

**ATCS Overall Design Considerations**

The current ATCS selection process is highly decentralized, with decision making and process tracking occurring across multiple departments and organizations.  The absence of a clear structure and accountability for the full selection process results in significant challenges to the evaluation, ongoing improvement, and long-term success of the program.  It is our recommendation that a single organization take charge of this process so that it can be centrally managed from announcement through to placement into the FAA Academy.  The organization best positioned to "own" and run this process is the Office of Human Resources.

A centralized process, housed in AHR, would enable improved standardization and targeted outreach of the recruitment process, an improved ability to track and evaluate the hiring process, and enhanced coordination of the entire process.



# Chapter 2

**OVERVIEW, BARRIER ANALYSIS AND STAKEHOLDER INSIGHTS REGARDING THE FAA ATCS SELECTION PROCESS**

In order to set the context for these analyses, a brief description of the steps and decision points that comprise the ATCS hiring process is provided below.

**Overview of ATCS Hiring Process**

**STEP 1: Vacancy Announcements.**  Applicants for ATCS positions must apply online to formal vacancy announcements.  The vacancy announcements are specific to an applicant hiring source[5].  Applicant sources used in the ATCS hiring process include the following:

- Reinstatements/Transfers
    - Former FAA controllers
    - PATCO
    - Department of Defense (DOD)
- Former military controllers
    - Veterans' Recruitment Appointment (VRA)
    - Retired Military Controllers (RMC)
- Graduates from FAA accredited collegiate programs
    - Collegiate Training Initiative (CTI)
- General Public
    - Includes Veterans Training Program (VTP) candidates
- Control Tower Operators (CTO)

The mix of applicant sources chosen during any hiring period is based on a combination of the number of positions that need to be filled and preferences of the FAA for particular applicant sources.  Notably, candidates can apply to multiple applicant source announcements at any given time.

Announcements, when made, are also designated to a specific geographic area.  "National" announcements (i.e., Throughout the US/Nation) are typically issued to cover hiring needs across the US and US territories, though announcements have also been issued for specific states and facilities at different points in time.  When applicants apply to an announcement, the applicant must indicate up to two location preferences.  For example, for an announcement designated "Throughout the Nation," an applicant might indicate both "Illinois" and "Indiana." These location preferences can be changed by the applicant until the announcement is closed.

---

[5] There are two exceptions to the announcement and application process. First, in 1993, a list of reinstatement and transfer eligible ATCS who were separated from the FAA as a result of the PATCO job action of 1981 was created (known as the PATCO list). This list represents an additional source of applicants. Vacancy announcements are not issued for PATCOs.  Second, exceptions were accorded to Flight Service Station (FSS) employees whose positions were eliminated when FSS functions were contracted out,



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

For all applicant sources except General Public, location preferences dictate which location-specific referral list(s) (e.g., RMC-Illinois referral list) an applicant can be placed on once the applicant is deemed fully qualified.  Qualified General Public applicants, however, are placed on a national referral list.

**STEP 2: Minimum Qualifications (MQs).**  All applications, regardless of applicant hiring source, are then screened against the established minimum qualifications. The ATCS minimum qualifications are customized to each applicant source.  Table 1 below outlines the minimum qualifications by applicant source.

### Table 1.  ATCS Minimum Qualifications by Applicant Source

| | VRA | RMC | CTO | REIN | PUBLIC | CTI |
|---|---|---|---|---|---|---|
| **Citizenship** | U.S. citizen | | | | | |
| **Language** | Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment | | | | | |
| **Age** | Maximum entry age of 31* | | | | | |
| **Experience or Education** | 52 consecutive weeks of certified ATC experience | | Experience in a military or air traffic tower facility | ATCS in FAA / DoD -**CPC**: Federal Civilian CPC or FPL -**DOD**: 52 wks certified ATC experience | 3 yrs progressive responsible FT work experience OR Bachelor's degree OR Comb. of experience / education equal to 3 yrs OR Alternative requirements | Successful completion of FAA-approved curriculum with university rec |
| **Ratings, Certifications, and/or Assessments** | -- | ATCS certification or facility rating according to FAA standards | Valid CTO certificate with facility rating of Tower/Cab | ATCS certification or facility rating according to FAA standards | -- | AT-SAT score of 70 or higher |
| **Eligibility** | Veterans' Recruitment Appointment eligibility | On terminal leave pending retirement from active duty military svc. or retired from active duty on or after 1999-09-17 | -- | -- | -- | Within eligibility time period from graduation |

*Some applicant sources (i.e., VRA, Reinstatement, CTI) allow for applicants to be over the age of 31 as long as the applicant's initial appointment as an ATCS occurred prior to turning 31.  Additionally, the maximum entry age requirement does not apply to the RMC applicant source.



The minimum qualification review is carried out in two stages: automated system screening and manual HR review. As part of the application process, applicants are required to answer a series of "Yes/No" questions to indicate whether or not they meet specific minimum requirements (e.g., age, experience). The minimum qualifications screening process begins with an automated system review of applicant responses to these online screening questions. Applicants are also required to provide specific documentation to support their responses. Applicants who pass the automated screening are then subject to further review by HR representatives to ensure they in fact meet the source-specific minimum qualifications. This includes a detailed review of the application, including work history (if relevant) and required supporting documentation (e.g., facility ratings, veteran's service forms, certifications). Once an applicant has passed both of the qualification stages (automatic and manual HR review), they are considered to be fully qualified.

Note, there is no policy that prohibits an individual from applying through multiple applicant sources within a given hiring period. If an applicant chooses to apply to multiple applicant source announcements, this can result in cases of the same applicant both meeting and not meeting the minimum qualifications of the ATCS position within the same hiring period.  Also, due to age requirements and military retirement dates, it is possible for a candidate who is minimally qualified at one point in the process to later be disqualified.

**STEP 3: Air Traffic Selection and Training (AT-SAT).**  The AT-SAT is a computer-based selection test battery designed to assess key ATCS worker requirements, aptitude, and personal characteristics associated with success as an ATCS (Ramos, Heil, & Manning, 2001). The AT-SAT is only relevant for individuals applying to CTI, General Public, and VTP announcements, though the timing of when the test must be taken and passed differs between these applicant sources.  Individuals applying to a VTP and General Public announcement who have been determined to be fully qualified based on the prior minimum qualification screening must then take and pass the AT-SAT in order to receive further consideration in the ATCS hiring process (i.e., be placed on a referral list). Individuals applying to a CTI vacancy announcement must first pass the AT-SAT before they can apply to a CTI vacancy announcement.

A score of 70 is required to pass the AT-SAT.  Roughly 95% of applicants score at or above this passing score.

If the announcement was for a specific state or facility, these applicants must travel to that state to sit for the exam.

Notably, the AT-SAT scores of CTI, VTP, and General Public applicants are also considered during the Centralized Selection Process (CSP) which occurs later in the ATCS hiring process. Here, applicants are placed into either a Well Qualified band (score of 85 or higher) or a Qualified band (score between 70 and 84.9).  A score of 85 or higher has become the operational cut score during the CSP selection phase.  This is discussed in more detail below.

**STEP 4: Generation of Referral Lists.**  Applicants who pass the previous stages of the ATCS hiring process are then referred on to the CSP for further consideration.  More specifically,



referral lists are automatically generated on the basis of the applicant's previously specified location preferences. The only reasons an applicant who passed all prior stages of the ATCS hiring process would not be referred on to the CSP is if they failed to specify any location preference or if the applicant's location preferences did not align with state/facility hiring needs.

For all applicant sources except General Public, referral lists are generated separately for each applicant source and geographic location that has vacancies (e.g., RMC-Illinois, CTI-Illinois). Applicants on a specific state referral list can be considered by the CSP for selection for any facility vacancies within that state.

For the General Public applicant source, a single "national" referral list is generated containing those General Public applicants who passed all prior stages of the ATCS hiring process. Referred General Public applicants can be considered by the CSP for selection for any facility vacancy within the US or US territories.

The ordering and presentation of candidates on referral lists varies by applicant source. The following summarizes the rules for each applicant source:

> *Reinstatements/Transfers:* Candidates are sorted by alpha order

> *Veterans' Recruitment Appointment (VRA):* Candidates are sorted by Priority Veterans Preference

> *Retired Military Controllers (RMC):* Candidates are sorted by Priority Veterans Preference

> *Veterans Training Program (VTP):* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then presented in random order within these two categories

> *Collegiate Training Initiative (CTI):* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then sorted by Priority Veterans Preference and secondarily presented in random order within these two categories

> *General Public:* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then sorted by Priority Veterans Preference and secondarily presented in random order within these two categories

> *Control Tower Operators (CTO):* Candidates are sorted by Priority Veterans Preference.

**STEP 5: Centralized Selection Panel (CSP).** Once referral lists have been generated, a CSP is convened to review the referral lists and select individuals to fill specific facility vacancies. The CSP is comprised of management representatives who have expertise in the ATCS occupation and knowledge of the facilities within their respective regions. Facility selections must be made from amongst the pool of applicants referred on either the relevant state-specific list or national General Public referral list. Panelists have access to applications and vitas (if provided) to



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

inform their decision making.   Panelists are instructed to treat each applicant source with equal weight.  Additionally, panelists are instructed by HR that all selections must be made in compliance with merit system principles, veteran's preference, and agency policy.  The merit system principles presented to CSP panelists are listed below in Table 2.

**Table 2.  Merit System Principles**

| Merit System Principles (FAA PMS VII and 5 U.S.C. § 2301 (b)) |
| --- |
| Recruit qualified people to achieve a workforce that fairly represents our society |
| Select and promote on the basis of relative knowledge, skills, and abilities as they relate to the requirements of the job to be filled |
| Use fair and open competition to assure equal opportunity |
| Treat employees and applicants fairly and equitably |
| Maintain high standards of integrity, conduct, and concern for the public interest |

**STEP 6: Interview.**  Applicants who are selected during the CSP are invited to participate in an interview with a facility manager, typically at the facility that is closest to the address on record for the applicant.  The interview is used to assess six competencies: Dependability, Job Motivation, Reactions to Job Demands, Team Work, Air Traffic Control, and Spoken English. Interviewers provide an overall rating of either "Recommended", "Marginal", or "Not Recommended" to Selecting Officials.  Applicants must receive a rating of "Recommended" in order to receive a Tentative Offer Letter (discussed in the next section).

Currently, interviews are not standardized and those conducting the interviews are not trained on how to administer and score the interview.

Importantly, interview questions can be found on the internet, providing applicants ample opportunity to practice the interview prior to its administration.  Additionally, Selecting Officials, who are not present at the time of the interview, review all "Marginal" and "Not Recommended" decisions and make the final determination as to whether a "Marginal" or "Not Recommended" applicant should be "Recommended".  During stakeholder interviews, it was noted that the pass rate at the interview stage is very high (e.g. 95%).  Based on the cleaned, final sample used in this report, we found an even higher pass rate for the interview at approximately 99%.

**STEP 7: Tentative Offer Letter.**  The tentative offer letter (TOL) is issued after the applicant passes the interview.  At the point of a tentative offer it is generally assumed the applicant will be hired barring failure of medical or security clearance.

It should be noted that the TOL stage in the selection process can be somewhat of a "freezing" point for applicants.  Specifically, applicants are permitted to turn age 31 after the TOL has been issued with no penalty to their application process (see FAA Policy Bulletin #12, In-Process Rule for Air Traffic Control Specialist Positions).  Further, applicants who are on active duty in



the military may also be issued a TOL, which essentially holds the applicant's place in the selection process until their active duty service term is complete. In this case, the applicant's security and medical clearance would be postponed until the applicant nears the end of their active duty term. Once medical and security clearances have been conducted and the applicant is no longer on active duty, the applicant can then proceed through the final steps of the selection process.

**STEP 8: Medical and Security Clearance.** While distinct steps, both medical and security clearance screens can be initiated simultaneously. The medical screen consists of both physical and psychological components. The security screen consists mainly of a primary screen (termed Conditional Suitability). If the primary screen is insufficient to make a determination, a subsequent secondary screen (termed Final Suitability) is then conducted.

**STEP 9: Coordination with Air Traffic Organization on Entry on Duty (EOD) dates.** Following the medical and security screens, HR must coordinate with ATO to determine EOD dates. These dates indicate when the applicant will begin training at the Academy.

**STEP 10: Firm Offer Letter.** The last step of the ATCS centralized hiring process is the issuance of a firm offer letter.

The decision points described above combine to form a fairly complex hiring process. This complexity is due to a number of factors including the use of multiple applicant sources with different minimum qualifications, mixed uses of the AT-SAT, application knock-out factors unrelated to qualifications (e.g., location preference), a potentially multi-year hiring process from the point of application to hire, and referral lists organized by applicant source. Each of these factors is addressed in this report in terms of its impact on protected groups as well as how it can be changed or improved.

## RESULTS OF BARRIER ANALYSIS

As a first step in the root cause analysis, Outtz and Associates' Barrier Analysis (2012) was thoroughly reviewed. A high level summary table created by Outtz and Associates is presented below. As can be seen in Table 3, four of the seven evaluated decision points present barriers to protected group members. These decision points were therefore specifically targeted by APT*Metrics* for follow-up root cause analysis.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 3.  Outtz and Associates Barrier Analysis Summary**

| Decision Points | Evaluation Comments | Female | Asian | AA | Hispanic | Multi |
|---|---|---|---|---|---|---|
| Minimum Qualifications Determination | Non-standardized training for HR Specialists | ✓ | ✓ | * | * | * |
| AT-SAT Testing | Decision to use well qualified band results in substantial reduction of RNO and gender representation<br>Validity needs to be reestablished | * | * | * | * | * |
| Preparation of Referral Lists | Use of the minimum qualifications in the referral process builds on adverse impact caused by the qualifications determination | ✓ | ✓ | * | ✓ | ✓ |
| Centralized Selection Panel | CSP members do not receive formal training<br>Inconsistent follow-up on references<br>Applicant location preference has potential to create RNO issues<br>Conflict of interests (candidates may be known to CSP panelists) | ✓ | ✓ | * | ✓ | ✓ |
| Interview | Interview questions are available to candidates on public web site – candidates all well prepared as a result<br>Interview not effective in current form | ✓ | ✓ | ✓ | ✓ | ✓ |
| Medical Clearance | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Security Clearance | | ✓ | ✓ | ✓ | ✓ | ✓ |

*Statistical criteria indicate that selection decision point is a barrier
✓Statistical criteria indicate that selection decision point is not a barrier

The Barrier Analysis was also reviewed internally by FAA stakeholders, including ATO, CAMI, and AHR.  Insights from these constituents were thematically organized to provide additional direction for the root cause analysis.  Table 4 presents a summary of these comments.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

### Table 4. Stakeholder Insights Regarding Barrier Analysis

| Barrier | Stakeholder Insights |
|---|---|
| **Choice of Applicant Source Pools** | • Clarify bases for past selection of applicant source pools and the impact of these choices on subpopulations within the pools<br>• Recommend development of explicit rationale for balancing use of sources in the future to achieve desired RNO/gender/veteran/disabled representation in the FAA controller workforce<br>    • Rationale should take into account Federal guidance/mandates on hiring diversity (e.g., increase veterans) and preferences that are allowed under laws governing federal agencies<br>• Compare non-BA CTI program AA drop-out rates to BA CTI programs<br>    • Compare US college drop-out rates to CTI BA programs<br>• Recommend that FAA work to help CTI partners expand diversity and retain minority/women students in the program<br>• Investigate whether further targeted recruitment is needed to source candidates, particularly in CTI programs who will fare better in the selection process<br>• Establish whether it is reasonable to consider the amount of training required for different applicant sources as a factor in source selection |
| **Minimum Qualifications** | • Conduct further analysis to determine impact of MQs used for each applicant source and their impact on diversity of the candidate output<br>    • E.g., Noted much lower qualification rates for VRA and RMC than other sources. Needs to be explored further<br>• Minimum qualifications applied to each source need to be validated and modified based on findings; should be standardized to the extent feasible<br>• Recommend process enhancements to ensure consistency in application of minimum qualifications |
| **AT-SAT Testing** | • Investigate need to bolster analysis of job-relatedness of the AT-SAT<br>• Review bi-level cutoff currently in use to assess impact on gender/RNO subgroups<br>• Determine reason for including test segments that were not previously shown as having incremental validity<br>• Investigate whether test may have been compromised by its availability through public websites |
| **Referral List Preparation** | • Gather additional information on the process from interviews<br>• Analyze actual process for creating the referral list<br>• Review impact of AT-SAT score and location preference information on referral list and panel decisions |
| **Centralized Selection Panel** | • Review selection of panel members, including their diversity, the training provided, and process as now documented and implemented<br>• Recommend guidelines for the process, selection of CSP decision-makers, and their training<br>• Consider potential impact of bias based on perceived race/ethnicity as represented by applicant names<br>• Examine the impact of changing the way location preference is handled<br>    • Potential inconsistency of application of location information by panel members<br>• Propose improvements to increase consistency and reduce disparate impact<br>• Consider elimination of panel approach |

Based upon the Barrier Analysis and FAA stakeholder comments, a root cause analysis was blueprinted to thoroughly investigate each of the barriers identified and determine whether any additional hurdles existed to the fair and accurate selection of candidates for the ATCS position.



# Chapter 3

## ROOT CAUSE ANALYSIS

### Methodology

*APTMetrics* took a two-pronged approach in executing the root cause analysis. First, we conducted a qualitative review, incorporating stakeholder interviews, existing FAA documentation, and best practices insights generated through the *FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (IRP)* (contained within ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012). The qualitative review ultimately guided the quantitative review insofar as understanding how selection process decisions were made, interpreting the data we received, and highlighting where root causes may be located. The quantitative review relies on data housed in the AVIATOR system between 2006 and 2011, as well as AT-SAT testing data received from CAMI. The following two sections summarize the approaches used within the qualitative and quantitative reviews.

### Qualitative Review

As a first step in the root cause analysis of potential barriers, APT*Metrics* was asked to review the IRP report, mentioned above, and provide specific recommendations and analysis of the panel's recommendations. Using several criteria, we evaluated each panel recommendation. The full report we prepared in November 2012 can be found in Appendix A. Note that much of the information collected for the root cause analysis was not yet available at the time of our original review of the IRP report[6]. However, the IRP report did highlight several key considerations that ultimately guided several analyses within this report, as well as the interview protocol developed and used for interviewing key stakeholders.

For the second, and primary step of APT*Metrics*' qualitative analysis, we conducted subject matter expert (SME) interviews, an on-site visit to the training academy, and a thorough policy and documentation review (all documents reviewed/used can be found in Appendix B). Table 5 lists the SMEs who were interviewed. The interview protocol is presented in Appendix C.

---

[6] Our review of the IRP recommendations occurred prior to the commencement of our barrier analysis extension work described herein and was limited to the information presented in the FAA IRP Report. As such, APT*Metrics* did not have the opportunity to speak with any individuals to gather more information related to the IRP recommendations nor were any policy/process documentation available prior to preparation of the IRP report.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 5.  SME Interviews**

| Key Stakeholder Interviews | |
|---|---|
| December 3, 2012 | |
| HR Director | Diana Pearsall |
| Aviation Careers Manager | Rick Mitchell |
| Aviator Program Manager | J.B. Goelz |
| CAMI Representatives | Kate Bleckley, Ph.D., and Dana Broach, Ph.D. |
| Technical Workforce Representative | Henry Mogilka |
| Academy Representative | Brian Harmelink |
| December 4, 2012 | |
| Aviation Careers Manager and Aviation Careers Supervisors | Rick Mitchell (Manager), Nancy-Owens Curtis & Elaine McCollum (Supervisors) |
| January 9, 2013 | |
| Human Resources Specialist | Barbara Goldberg |
| VP of Management Services | Mike McCormick |
| January 10, 2013 | |
| Manager of Corporate Recruitment and Marketing | Regina Jones |
| ATO Hiring Lead | Lisa Giordano |
| January 11, 2013 | |
| Personnel Research Psychologist | Lexee Waterford, Ph.D. |
| Human Resources Specialist | Sheila Robinson |
| Supervisory Human Resources Specialist and former Director, ATO Support Team, AHR-4 | Jay Aul, Ph.D. |

Initial insights that emerged during this second phase of qualitative analysis included:

**Enhance Process Controls**.  A consistent theme running through the SME interviews was a call for greater standardization, consistency and documentation across all decision points in the hiring process.  The MQ review and CSP stage were singled out as decision points in particular need of attention.  Training for HR specialists and CSP panelists was thought to be particularly important in achieving greater consistency.  These conclusions were further reinforced by a review of existing policies and procedures and are aligned with the findings reported in the Barrier Analysis.

**Improve Validation & Ongoing Evaluation of ATCS Hiring Effectiveness**.  While the AT-SAT has received a good deal of research attention and has been formally validated, the other steps in the selection process have not.  Since each step in the hiring process is considered to be a selection tool under the Uniform Guidelines (1978), each requires documented evidence of job relatedness.  Additionally, formal program evaluation was suggested as a way to ensure ongoing improvement and overall effectiveness of the ATCS hiring process.

**Reduce Subjectivity and Close "Loopholes" in the Hiring Process**.  Information gained from the interviews indicated that too much subjectivity exists in the process, particularly in the MQ and CSP steps. This is a result of inconsistent MQ requirements by recruitment source and a lack of structured criteria for making CSP decisions.  In addition, the use of location preference appears to benefit those who are able to determine where vacancies exist.



**Improve Data Capturing and Tracking Capabilities**. The FAA's ability to accurately track and analyze its hiring process is compromised by the AVIATOR system due to system limitations.  Examples include repurposing variables, recording late process decisions in earlier process decision fields, lack of integration with AT-SAT data, and not recording specific minimum qualification pass/fail values.

**Establish a Central Group to Monitor and Improve the ATCS Hiring Process.**  A common issue brought to light through the SME interviews, documentation review and Barrier Analysis is that the decision points within the hiring process are disjointed from one another.  This is compounded by continual changes to various components of the process with little or no monitoring of the overall impact from year to year.  There is currently no centralized entity in place to monitor, manage and take ownership of the full process.

The qualitative review provided additional context to the barrier analysis and allowed for a thorough understanding of how the hiring system works and the unique challenges involved in balancing applicant flow with adverse impact, and provided insight into additional data analyses that would be required to support recommended interventions. The next section details the results of the quantitative phase of the root cause analysis.

## Data Cleaning

Before the quantitative analyses could get underway, it was necessary to merge multiple databases and perform extensive data cleaning to ensure that the conclusions would be accurate.

**General Data Cleaning.**  APT*Metrics* received multiple iterations of AVIATOR-exported data for the 2006-2011 time period.  After confirming which files were appropriate for analysis with our stakeholders, we first merged this data into a master database, along with separate files containing AT-SAT data, facility information and location, referral list locations, and supplemental suitability data exports.  After reviewing the data and the information obtained in the qualitative review, it became apparent that AVIATOR had incomplete data for 2006-2007.  Specifically, not all applicant sources used during this time period proceeded through the AVIATOR system.  Further, the medical and security clearance data was deemed unreliable for these years as it was not entered into the AVIATOR system until 2007.  Therefore data for 2006-2007 were excluded from our analyses.

Significant data cleaning was used where necessary to ensure the data accurately reflects decisions made during the ATCS selection process.  A full explanation of data cleaning and analysis decisions can be found in Appendix D, but the following are the key decisions that impacted the resulting clean data set to the greatest extent:

> Individuals who were qualified but not referred were excluded (except for General Public applicants who failed the AT-SAT) based on the assumption of no vacancies and/or location preferences were not a match



Individuals who did not fully complete an application or did not submit all required documents were excluded

If an individual was selected from a referral list, they were removed from other referral lists within that same announcement (i.e. they cannot be hired twice)

Gender and ethnicity were filled in for individuals who may have indicated these values on an earlier or later application but did not indicate it on a given application

Individuals who declined somewhere during the process as indicated by referral actions and/or comments were excluded from analyses

Applications for announcements that did not have resulting location-specific referral lists (e.g. General Public) were assigned to all possible state/territory CSP location pools.  For those selected from these lists, the location/facility that the applicant was selected for was extracted from the referral comments to withhold that individual from other referral list pools to ensure a selected applicant was not counted as an applicant elsewhere

Comments found in the both the HR MQ screen and the referral notations were categorized and used in data cleaning rules.  Comments were coded using a combination of manual review and automated categorization based on key terms.

## Applicant Flow (Survival) Analysis

Once the above data decision rules were put into place, we examined the flow of applicants using a variety of approaches.  Importantly, our first goal was to diagnose at a high level where important differences in the hiring process may be occurring.  To this end, we first examined the diversity of applicants within the ATCS applicant sources.  We then examined applicant survival rates for ATCS decision points by race, gender and applicant source.  The survival charts presented below visually illustrate the flow of applicants within each racial and gender subgroup across the hiring process.  This approach helps highlight the parts of the hiring process that are resulting in the largest percentage decrease of minority applicants.  Additionally, we examined the proportional racial and gender representation among those surviving each phase in the hiring process.

Figure 1 presents the total number of unique applicants by source for the 2008-2011 time period.  While the General Public makes up the largest percentage of applicants, it is important to note that this applicant source is not consistently used across announcements.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 1.  Total Applicants by Source (2008 – 2011)**



As can be seen below in Figure 2, applicant sources vary considerably in their respective demographic makeup.  Importantly, representation of African Americans and Females is significantly lower in the CTI source.

**Figure 2.  Applicant Demographics by Source (At Point of Application)**





*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

We then examined the survival of all applicants through the entire hiring process to understand which ATCS selection hurdles were screening out the most applicants. Figure 3 displays the percentage of applicants that remained in the ATCS selection process at each hurdle. This figure reveals three important insights. First, both the automated and HR minimum qualification screen reduce the applicant pool substantially. Second, the CSP is also responsible for a significant reduction in applicants. Lastly, after the point of the CSP, the selection rates for applicants are exceptionally high, suggesting little practical adverse impact is likely to exist in the later stages of the process.

**Figure 3. Total Applicant Flow – Applicant Survival (2008 – 2011)**

Applicant survival percentages by stage:
- Application: 100%
- System…: 54%
- HR Qual: 39%
- Referral: 37%
- CSP: 14%
- Interview: 14%
- Medical: 13%
- Security: 13%
- Hire: 13%

Callout annotations:
- 38,645 valid, unique applicants entered the process
- 2% drop due to the AT-SAT; of the 10,059 applicants that had to take the AT-SAT 95% passed
- 5,572 applicants were selected by the CSP

Figure 3 presents the percentage of the original applicant pool passing the hurdle. Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using the overall estimated pass rate of each hurdle.

Figure 4 displays the proportional RNO representation of candidates at each stage from initial application through the CSP. The figure presents several key insights. First, MQ screening dramatically alters the overall diversity of the applicant pool that moves forward in the hiring process. For example, prior to any screening, 32% of all applicants are African Americans and 48% are White. However, following the MQ screening, 16% of all applicants moving forward are African American while 65% are White. Moreover, this is the stage at which at least 80% of applicants from the most diverse sources are eliminated. Second, the proportion of non-White and non-African American applicants relative to all applicants surviving each stage in the process is virtually constant across the process. However, relative to African American representation in the initial applicant pool, African Americans become increasingly underrepresented within the surviving applicant pool as the hiring process progresses.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 4.  Candidate Pool Representation Through to CSP by Ethnicity**



Figure 5 displays the survival of applicants across the ATCS selection process by ethnicity.  The figure presents several key insights.  First, and similar to Figure 3, the vast majority of applicant screening occurs prior to the interview for all ethnicities.  Second, substantial differences exist between ethnic groups.  Whites are passing the minimum qualification review at a much higher rate than other groups.  A large effect is apparent for African Americans, with African Americans passing the minimum qualification and CSP hurdles at a much lower rate than Whites.



**Figure 5. Total Applicant Flow by Ethnicity – Applicant Survival (2008 – 2011)**



Figure 5 presents the percentage of the original applicant pool passing the hurdle. Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

Figure 6 displays the survival of applicants across the ATCS selection process by gender. The figure also provides several insights. First, the vast majority of applicant screening occurs prior to the interview for both genders. Second, differences exist between men and women, particularly early on in the process during the minimum qualification screening.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 6.  Total Applicant Flow by Gender − Applicant Survival (2008 – 2011)**



Figure 6 presents the percentage of the original applicant pool passing the hurdle.  Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

Figure 7 displays the survival of applicants across the ATCS selection process by applicant source.  Similar to Figure 3, the vast majority of applicant screening occurs prior to the interview for all groups.  More importantly, the figure illustrates that there are substantial differences in survival rates across the applicant sources.  CTI applicants are passing the minimum qualification and CSP hurdles at a drastically higher rate than all other applicant sources. It is important to note here that survival rates in the hiring process should not be interpreted as indicative of the caliber of the applicants. Caliber is an empirical question, whereas our survival rates are merely descriptive of how groups of applicants fare in the hiring process. The fact that CTI applicants are hired at a significantly higher rate than any other applicant sources does not mean this is the strongest source of applicants.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 7. Total Applicant Flow by Source – Applicant Survival (2008 – 2011)**



Figure 7 presents the percentage of the original applicant pool passing the hurdle. Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

**Summary of Applicant Flows and Analysis Considerations**

The applicant flow information above highlights several important points which were used to drive our subsequent analyses. First, nearly all screening (i.e., hurdle failures) of applicants occurs prior to the interview process. The steps from application to CSP selection are the most likely places for systematic adverse impact simply because these steps are responsible for the vast majority of applicant fails. Second, African Americans stand out as having a very different survival rate for these earlier hurdles. Third, applicant sources show very different demographics. Because the CTI source is much less diverse, the CTI source itself can confound analyses by ethnicity. We analyze sources distinctly throughout the process to determine if effects are due to applicant source alone.

Using the applicant survival analysis, the results of Outtz and Associates (October, 2012) Barrier Analysis, and our in depth interviews with SMEs, we developed a plan to best model the ATCS selection process so we could further evaluate potential points of adverse impact. The following section outlines our approach and decision rules used in our quantitative analysis.



**Statistics Used in Quantitative Analysis**

For the primary quantitative analyses, APT*Metrics* analyzed all applicant sources and data from 2008-2011 simultaneously.  All applicant sources chosen for announcements during a given hiring period are considered simultaneously during the process.  Thus, an analysis of the overall process should treat these various candidate pools as a single pool.  However, because applicant sources are subjected to many source-specific criteria and processes throughout the ATCS selection process, significant differences in adverse impact may exist by applicant source.  To address these potential differences we also evaluated the impact of each decision point on each applicant source.

**Cumulative vs. Unique Person Counts**. When aggregating selection data, decisions and applicants can be combined in two different ways: using a cumulative person count, and using a unique person count. The cumulative person approach counts an applicant as many times as he or she appears on one or more decision points in the process. Therefore, if an applicant is on four announcements or referral lists over the relevant time period being examined (e.g., 2008-2011), he/she is counted four times.  A unique person count, on the other hand, counts each unique applicant only once regardless of the number of times he or she appears on different referral lists over the relevant time period being examined.  With a unique person count, a decision must be made as to which disposition to use in the analysis when there is conflicting information (e.g., applicant failed the MQ screening at time one but passed the MQ screening at time two).  Using a cumulative count can provide a more accurate representation of the potential biases in the decisions and hurdles of a process.  A unique count can provide a better assessment of the true impact of the process on the applicant pool. Both unique and cumulative approaches are used for our analyses, up to and including the point of CSP selection decisions. For the unique count, the applicant's best disposition (i.e. pass) at each hurdle/decision point was used.  When both types of approaches were used, only the cumulative results are presented within the report text.  Please refer to Appendix E for unique count results.

**Methods Used to Evaluate Adverse Impact**. APT*Metrics* used three primary methods to examine the FAA's hiring data for evidence of adverse impact: the Four-Fifths Rule, the standard deviation of the difference in selection rates, and the Mantel-Haenszel z test.  All three analytical methods examine the differences in selection rates between subgroups (e.g. Female versus Male, African Americans versus Whites).

*Four-Fifths Rule*. The four-fifths rule is a non-statistical comparison or "rule of thumb" articulated in the federal Uniform Guidelines on Employee Selection Procedures (EEOC et al., 1978). Both the Guidelines and the Questions and Answers to the Guidelines (1979, 1980) (Q&As) indicate that the purpose of the Four-Fifths Rule is to assist the agencies in interpreting the practical meaningfulness of statistically significant differences in selection rates.  Adverse Impact Ratios (AIR) less than 80% or .80 are regarded as an indication of adverse impact (EEOC et al., 1978).

When sample sizes are large, statistical significance can often be found when the "practical significance" of the difference is very small.  Because the sample size is large in many of our analyses within the FAA selection process, it is especially important to couple a measure of



practical significance, such as the AIR, with measures of statistical significance. While an adverse impact ratio greater than 0.80 does not indicate a significant statistical result is invalid, it does assist in the interpretation of the relative impact.

*Standard Deviation of the Difference (SD diff).* The standard deviation of the difference in selection rates is a statistical test used to determine whether the selection rates between two groups are significantly different. Calculating the standard deviation of the difference results in a Z-score and associated probability value (i.e., p-value) which indicates the likelihood that the observed differences in selection rates occurred by chance alone. An SD diff value of greater than 1.96 indicates a statistically significant difference in selection rates.

Adverse impact was determined to be present when the indicators of statistical significance (i.e., SD diff) and practical significance (i.e., impact ratio) are present (i.e., SD difference is greater than 1.96; impact ratio is less than .80).

*Mantel-Haenszel z test.* The Mantel-Haenszel test examines the adverse impact at the cumulative person count level and was applied specifically for CSP decisions. The advantage of the Mantel-Haenszel z test is that it calculates the probability of majority and minority selection for each pool of applicants, and then aggregates these expectancies over time and/or applicant pools to arrive at an overall evaluation of the selection process. This approach allows accurate modeling of the CSP process even though the mix of sources is highly variable across years. A significant Mantel-Haenszel p-value indicates that the actual number of selections is statistically different than the expected number of selections, and hence is an indicator of adverse impact.

The two different ways for combining the data — using the cumulative person count or the unique person count — have different implications in terms of the strengths and challenges that they each impose on the interpretation of adverse impact analyses and results. Given the nature of the CSP hurdle, the cumulative count is analytically the most appropriate in conjunction with the Mantel-Haenszel z test. A cumulative person count also yields larger sample sizes which leads to increased statistical power, or an increased likelihood of finding a statistically significant result if one, in fact, exists. For completeness, however, both cumulative person and unique person count methods were calculated for all selection decisions through to the CSP process.

In the following review, we present statistics for three primary reference groups: African Americans, Hispanics, and Females. Data for all groups can be found in Appendix E.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Quantitative Analysis**

**FAA ATCS Selection Hurdle 1: Automated MQ Screen**. The qualifications vary greatly across the various applicant sources leading to different selection rates by applicant source. We analyzed the automated MQ screening step distinctly from the HR MQ screen. This analysis includes all applicants who applied to an announcement and met our data cleaning rules (see Appendix D). The automated screen consists of system-related decisions that automatically exclude applicants based on responses to previously determined minimum qualifications.

Overall, adverse impact was found for African Americans and Hispanics using both aggregation approaches (see Tables 6a-c for focal group cumulative results; see Tables 6d-e in Appendix E for full unique and cumulative approach results).

Importantly, the adverse impact associated with this decision point varies by applicant source. As noted above, the various applicant sources have a wide variety of minimum qualifications, which can lead to very different selection rates by source and by demographic groups. Adverse impact was found for African Americans, Hispanics, and Females for all applicant sources except CTI and General Public for the automated MQ screen.

**Table 6a. MQ: System Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **28,637** | **45,170** | **6,557** | **25,543** | **12,455** | **5,898** | **0.40** | **89.86** |
| CTI | 474 | 5,233 | 472 | 5,219 | 473 | 1 | 1.00 | 0.61 |
| Other - CTO | 2,307 | 4,285 | 244 | 2,220 | 862 | 618 | 0.20 | 33.00 |
| Public | 6,267 | 13,567 | 4,604 | 11,804 | 5,184 | 580 | 0.84 | 23.45 |
| Reinstatement | 903 | 1,816 | 75 | 909 | 327 | 252 | 0.17 | 21.34 |
| RMC | 9,975 | 8,335 | 373 | 1,172 | 842 | 469 | 0.27 | 25.02 |
| VRA | 8,711 | 11,934 | 789 | 4,219 | 2,113 | 1,324 | 0.26 | 43.53 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 6b.  MQ: System Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC**[*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **5,285** | **45,170** | **2,271** | **25,543** | **2,913** | **642** | **0.76** | **18.78** |
| CTI | 549 | 5,233 | 546 | 5,219 | 547 | 1 | 1.00 | 1.15 |
| Other - CTO | 427 | 4,285 | 126 | 2,220 | 213 | 87 | 0.57 | 8.79 |
| Public | 1,432 | 13,567 | 1,122 | 11,804 | 1,234 | 112 | 0.90 | 9.02 |
| Reinstatement | 176 | 1,816 | 32 | 909 | 83 | 51 | 0.36 | 8.09 |
| RMC | 1,311 | 8,335 | 111 | 1,172 | 174 | 63 | 0.60 | 5.54 |
| VRA | 1,390 | 11,934 | 334 | 4,219 | 475 | 141 | 0.68 | 8.42 |

**Table 6c.  MQ: System Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **21,007** | **65,780** | **7,892** | **30,638** | **9,326** | **1,434** | **0.81** | **22.88** |
| CTI | 1,363 | 5,821 | 1,359 | 5,801 | 1,358 | -1 | 1.00 | -0.29 |
| Other - CTO | 1,659 | 5,992 | 466 | 2,478 | 638 | 172 | 0.68 | 9.83 |
| Public | 5,555 | 17,685 | 4,587 | 14,673 | 4,604 | 17 | 1.00 | 0.68 |
| Reinstatement | 737 | 2,413 | 187 | 930 | 261 | 74 | 0.66 | 6.54 |
| RMC | 6,007 | 15,012 | 238 | 1,589 | 522 | 284 | 0.37 | 15.40 |
| VRA | 5,686 | 18,857 | 1,055 | 5,167 | 1,441 | 386 | 0.68 | 13.44 |

**FAA ATCS Selection Hurdle 2: HR MQ Screen.** We next analyzed the HR MQ screening step. This analysis includes all applicants who passed the automated MQ screen.  The HR screen consists of minimum qualification pass/fail decisions made by HR representatives to screen out applicants based on detailed reviews of applicant work history and official documents (e.g., facility ratings, veteran's service forms, certifications) submitted during the application process.

Overall, adverse impact was found for African Americans using both aggregation approaches (see Table 7a-c for focal group cumulative results; see Tables 7d-e in Appendix E for full unique and cumulative results).

Importantly, and as found for the automated MQ screen, adverse impact for the HR MQ screen varies by applicant source.  HR MQ screening for the General Public source resulted in adverse

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

impact for African Americans and Hispanics. HR MQ screening for the RMC source resulted in adverse impact for Hispanics and Females. HR MQ screening for the Reinstatement source resulted in adverse impact for Hispanics.

**Table 7a. MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. AFRICAN AMERICAN***

|  | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **6,557** | **25,543** | **4,018** | **20,222** | **4,951** | **933** | **0.77** | **30.05** |
| CTI | 472 | 5,219 | 463 | 5,129 | 464 | 1 | 1.00 | 0.29 |
| Other - CTO | 244 | 2,220 | 222 | 2,102 | 230 | 8 | 0.96 | 2.37 |
| Public | 4,604 | 11,804 | 2,538 | 8,780 | 3,176 | 638 | 0.74 | 23.96 |
| Reinstatement | 75 | 909 | 53 | 663 | 55 | 2 | 0.97 | 0.42 |
| RMC | 373 | 1,172 | 219 | 564 | 189 | -30 | 1.22 | -3.56 |
| VRA | 789 | 4,219 | 523 | 2,984 | 553 | 30 | 0.94 | 2.50 |

**Table 7b. MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC***

|  | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **2,271** | **25,543** | **1,606** | **20,222** | **1,782** | **176** | **0.89** | **9.39** |
| CTI | 546 | 5,219 | 530 | 5,129 | 536 | 6 | 0.99 | 2.00 |
| Other - CTO | 126 | 2,220 | 121 | 2,102 | 119 | -2 | 1.01 | -0.66 |
| Public | 1,122 | 11,804 | 667 | 8,780 | 820 | 153 | 0.80 | 10.78 |
| Reinstatement | 32 | 909 | 18 | 663 | 23 | 5 | 0.77 | 2.07 |
| RMC | 111 | 1,172 | 36 | 564 | 52 | 16 | 0.67 | 3.17 |
| VRA | 334 | 4,219 | 234 | 2,984 | 236 | 2 | 0.99 | 0.26 |

---

* *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 7c.  MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **7,892** | **30,638** | **5,730** | **23,395** | **5,966** | **236** | **0.95** | **6.92** |
| CTI | 1,359 | 5,801 | 1,325 | 5,706 | 1,335 | 10 | 0.99 | 2.16 |
| Other - CTO | 466 | 2,478 | 433 | 2,354 | 441 | 8 | 0.98 | 1.83 |
| Public | 4,587 | 14,673 | 3,018 | 10,205 | 3,149 | 131 | 0.95 | 4.78 |
| Reinstatement | 187 | 930 | 136 | 684 | 137 | 1 | 0.99 | 0.23 |
| RMC | 238 | 1,589 | 80 | 812 | 116 | 36 | 0.66 | 5.03 |
| VRA | 1,055 | 5,167 | 738 | 3,634 | 741 | 3 | 0.99 | 0.25 |

**FAA ATCS Point of Full Qualification.** The point of full qualification is examined as applicants need to pass both the automated screen and HR screen to be considered fully qualified.  This analysis includes all applicants who applied to an announcement and met our data cleaning rules, combining the pass/fail decisions at both the automated and HR MQ screen.

Overall, adverse impact was found for African Americans, Hispanics, and Females for the point of full qualification using both aggregation approaches (see Tables 8a-c for focal group cumulative results; see Tables 8d-e in Appendix E for full unique and cumulative results).

Importantly, and as was found in the separate analysis of the automated and HR MQ screening steps, the adverse impact for full qualification hurdle varies by applicant source.  As noted previously, the various applicant sources have a wide variety of minimum qualifications, which can lead to very different selection rates by source and by demographic groups.  Ultimately, adverse impact was found for African Americans and Hispanics for all applicant sources except CTI.  Adverse impact was also found for Females for all applicant sources except CTI and General Public.

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =* the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 8a.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. AFRICAN AMERICAN***

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **28,637** | **45,170** | **4,018** | **20,222** | **9,405** | **5,387** | **0.31** | **86.65** |
| CTI | 474 | 5,233 | 463 | 5,129 | 464 | 1 | 1.00 | 0.49 |
| Other - CTO | 2,307 | 4,285 | 222 | 2,102 | 813 | 591 | 0.20 | 31.96 |
| Public | 6,267 | 13,567 | 2,538 | 8,780 | 3,576 | 1,038 | 0.63 | 32.03 |
| Reinstatement | 903 | 1,816 | 53 | 663 | 238 | 185 | 0.16 | 17.08 |
| RMC | 9,975 | 8,335 | 219 | 564 | 427 | 208 | 0.32 | 15.22 |
| VRA | 8,711 | 11,934 | 523 | 2,984 | 1,480 | 957 | 0.24 | 35.90 |

**Table 8b.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC**

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **5,285** | **45,170** | **1,606** | **20,222** | **2,286** | **680** | **0.68** | **19.97** |
| CTI | 549 | 5,233 | 530 | 5,129 | 537 | 7 | 0.98 | 2.28 |
| Other - CTO | 427 | 4,285 | 121 | 2,102 | 201 | 80 | 0.58 | 8.18 |
| Public | 1,432 | 13,567 | 667 | 8,780 | 902 | 235 | 0.72 | 13.52 |
| Reinstatement | 176 | 1,816 | 18 | 663 | 60 | 42 | 0.28 | 7.02 |
| RMC | 1,311 | 8,335 | 36 | 564 | 82 | 46 | 0.41 | 5.60 |
| VRA | 1,390 | 11,934 | 234 | 2,984 | 336 | 102 | 0.67 | 6.74 |

---

\* *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 8c.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source
Cumulative Applications Analysis
MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **21,007** | **65,780** | **5,730** | **23,395** | **7,050** | **1,320** | **0.77** | **22.15** |
| CTI | 1,363 | 5,821 | 1,325 | 5,706 | 1,334 | 9 | 0.99 | 1.87 |
| Other - CTO | 1,659 | 5,992 | 433 | 2,354 | 604 | 171 | 0.66 | 9.88 |
| Public | 5,555 | 17,685 | 3,018 | 10,205 | 3,161 | 143 | 0.94 | 4.43 |
| Reinstatement | 737 | 2,413 | 136 | 684 | 192 | 56 | 0.65 | 5.36 |
| RMC | 6,007 | 15,012 | 80 | 812 | 255 | 175 | 0.25 | 13.25 |
| VRA | 5,686 | 18,857 | 738 | 3,634 | 1,013 | 275 | 0.67 | 10.87 |

**FAA ATCS Selection Hurdle 3: AT-SAT**.

The next hurdle, the AT-SAT exam, occurs only for General Public and VTP applicants, although CTI applicants must complete and pass the AT-SAT prior to application.  This analysis includes all General Public applicants (VTP applicants were dropped from the analysis due to their small sample size) who passed the minimum qualification stage.  A unique count analysis approach was used for evaluating adverse impact related to the AT-SAT.

To pass the AT-SAT and move on to the referral stage, applicants must score at least a 70 on the exam.  A score of 70 corresponds to a very low cut score, resulting in approximately 95% of applicants passing the exam.

As can be seen in Table 9a, the use of a passing score of 70 does not result in adverse impact for African Americans, Hispanics, and Females (see Table 9b in Appendix E for full results).

**Table 9a.  AT-SAT Pass for Public Source - Unique Applicant Analysis
AFRICAN AMERICAN, HISPANIC, & FEMALE GROUPS**[*]

| | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | # Minority Expected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **White vs. African American** | 1,942 | 6,235 | 1,715 | 6,049 | 1,844 | 129 | 0.91 | 15.30 |
| **White vs. Hispanic** | 494 | 6,235 | 451 | 6,049 | 477 | 26 | 0.94 | 6.75 |
| **Male vs. Female** | 2,185 | 7,361 | 1,997 | 7,052 | 2,071 | 74 | 0.95 | 8.14 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



**FAA ATCS Selection Hurdle 4: Referral.**  Adverse impact was not analyzed at the Referral decision point in our primary analyses because this screen is purely automated based on the geographic location preferences as discussed above.  Once an applicant is qualified (and if a General Public applicant passes the AT-SAT), that applicant is automatically placed on a referral list if they indicated a location that has an open vacancy.  If the applicant chose a location for which no identified ATCS candidate need exists, the applicant is not referred (the only exception is General Public applicants who are placed on national referral lists and are therefore considered for all locations).

Given the automatic nature of the process and our data cleaning rule that excluded individuals who were qualified but not referred due to location preferences, APT*Metrics* did not analyze the Referral decision point with our final, clean database.  However, because there could be significant group differences in how location preferences impact selection rates, we did create a secondary data set specifically to evaluate the impact of location preferences in a separate analysis.

The data cleaning rules used to produce the data set for this analysis are distinct from those found in Appendix D and are listed below:

1) The analysis does not exclude applicant declines, incomplete applications, and applicants already selected elsewhere, which are exclusion rules used in our primary analysis.
2) The analysis approach uses a cumulative count rather than a unique count.  From a process perspective, applicants can be referred/not referred many times, and it is important to use a cumulative perspective to capture these potential differences.
3) The analysis excludes General Public applicants who failed the AT-SAT.  These applicants would not have been eligible for referral and therefore it is not known if location or the AT-SAT led to the applicants' failure to be referred.

As can be seen in Tables 10a-c, the use of geographic location preferences does not result in adverse impact within or across applicant sources for race or gender (see Table 10d in Appendix E for full results). However, this practice does serve to disproportionately reduce the diversity and the representation of certain applicant sources in the overall hiring process.



**Table 10a.** *Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis*
**WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **6,897** | **33,752** | **4,242** | **24,301** | **4,843** | **601** | **0.85** | **17.37** |
| CTI | 605 | 7,651 | 598 | 7,575 | 599 | 1 | 1.00 | 0.39 |
| Other - CTO | 262 | 2,472 | 251 | 2,361 | 250 | -1 | 1.00 | -0.22 |
| Public | 3,702 | 12,051 | 2,357 | 9,016 | 2,673 | 316 | 0.85 | 13.24 |
| Reinstatement/DoD CPC | 61 | 775 | 61 | 744 | 59 | -2 | 1.04 | -1.59 |
| RMC | 486 | 1,344 | 237 | 643 | 234 | -3 | 1.02 | -0.35 |
| VRA | 1,781 | 9,459 | 738 | 3,962 | 745 | 7 | 0.99 | 0.35 |

**Table 10b.** *Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis*
**WHITE VS. HISPANIC**[*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **2,672** | **33,752** | **1,874** | **24,301** | **1,920** | **46** | **0.97** | **2.06** |
| CTI | 717 | 7,651 | 714 | 7,575 | 710 | -4 | 1.01 | -1.52 |
| Other - CTO | 136 | 2,472 | 133 | 2,361 | 130 | -3 | 1.02 | -1.27 |
| Public | 948 | 12,051 | 646 | 9,016 | 705 | 59 | 0.91 | 4.53 |
| Reinstatement/DoD CPC | 21 | 775 | 20 | 744 | 20 | 0 | 0.99 | 0.18 |
| RMC | 98 | 1,344 | 47 | 643 | 47 | 0 | 1.00 | -0.02 |
| VRA | 752 | 9,459 | 314 | 3,962 | 315 | 1 | 1.00 | 0.07 |

**Table 10c.** *Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis*
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **9,558** | **39,361** | **6,541** | **27,789** | **6,708** | **167** | **0.97** | **4.15** |
| CTI | 1,887 | 8,349 | 1,862 | 8,266 | 1,867 | 5 | 1.00 | 1.27 |
| Other - CTO | 516 | 2,763 | 497 | 2,634 | 493 | -4 | 1.01 | -0.99 |
| Public | 4,275 | 14,097 | 2,915 | 10,348 | 3,086 | 171 | 0.93 | 6.67 |
| Reinstatement/DoD CPC | 174 | 786 | 166 | 760 | 168 | 2 | 0.99 | 0.83 |
| RMC | 201 | 1,923 | 90 | 920 | 96 | 6 | 0.94 | 0.83 |
| VRA | 2,505 | 11,443 | 1,011 | 4,861 | 1,055 | 44 | 0.95 | 1.95 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

As can clearly be seen in Figure 7, referral rates for each applicant source vary considerably. CTI, CTO, and Reinstatement applicants are referred at a much higher rate. It is believed that location preferences are at the root of these differential rates. The use of location preferences also has a differential impact on the referral rate of White and African American applicants, with qualified African Americans being referred at a substantively lower rate than qualified Whites (see Table 11). As can be seen in Table 11, the sources with the highest African American representation (Public, RMC, and VRA) at the point of referral are also the sources least likely to be referred based on location preferences. Ultimately, African American diversity is reduced disproportionality in the overall process because African American membership is highest for those sources that are referred at much lower rates. This effect is also exacerbated by the fact that the Public, RMC, and VRA applications constitute 68% of total applications at the point of referral.

**Figure 8. Percentage Qualified Applicants Who Are Referred (Announcements Throughout Nation/US Only)**





*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 11. Impact of Location Preferences on African Americans**

|  | % Qualified Who are Referred | % Qualified Who are African American |
|---|---|---|
| CTI | 99% | 6% |
| Reinstatement/DoD CPC | 97% | 6% |
| Other - CTO | 95% | 8% |
| Public | 72% | 20% |
| RMC | 48% | 23% |
| VRA | 45% | 13% |

**FAA ATCS Selection Hurdle 5: Centralized Selection Panel (CSP).** Once applicants are referred, the centralized selection panel process is used to select and slot applicants for specific facilities as needed.  CSP panelists are provided referral lists containing the pool of applicants from which each specific facility vacancy can be filled.  Once an applicant is selected, the applicant cannot be considered for another facility.

In order to analyze the CSP decisions, it was important to accurately model the constraints the CSP panelists had for making their selection decisions.  To this end, APT*Metrics* reconstructed the candidate pools considered at each of the twelve CSP meetings from 2008 to 2012. Applicant pools were reconstructed by assigning referral lists with referral dates coinciding with the appropriate CSP date.  Referral lists within a given CSP were then grouped into applicant pools based on the referral location (e.g. state or facility).  Referral lists that were not location-specific (primarily occurring for the General Public source) were replicated to each location-specific pool.  Figure 8 illustrates a simplified version of this process and how we arrived at location specific referral pools for each CSP.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 9. Process Used to Create CSP Location-Specific Referral Pools**

Announcement 1

- CTI Texas Referral
- CTI Illinois Referral
- VRA Texas Referral
- VRA Illinois Referral
- Public US Referral

**Location Specific Referral Pools**

- Texas CSP Pool
- Illinois CSP Pool

**CSP Panel Time 1**

Announcement 2

- CTI Texas Referral
- CTI Illinois Referral
- VRA Texas Referral
- VRA Illinois Referral
- Public US Referral

- Texas CSP Pool
- Illinois CSP Pool

**CSP Panel Time 2**



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

As discussed in the methodology section earlier, a Mantel-Haenszel approach is appropriate when modeling discrete applicant pools, such as location specific referral pools. We also conducted adverse impact analyses to examine demographic group differences for the following points of aggregation:

- By service area for each CSP meeting
- By service area across all CSP meetings
- For each CSP meeting
- Across all CSP meetings

Results indicate that across all CSPs from 2008-2012, adverse impact can be seen for African Americans and Females based on significant (>1.96) and positive Mantel-Haenszel Z values (see Tables 12b-g in Appendix E for all results). We also analyzed the data by CSP service area to determine whether the observed adverse impact was merely a function of decision making in a particular service area as opposed to a pattern observed for all service areas. Our results indicated adverse impact for all service areas across the CSPs. Finally, the data were analyzed by individual CSP. Reviewing adverse impact across CSPs highlights that some CSP events contain adverse impact while other events do not. Table 12a summarizes the adverse impact by individual CSP.

### Table 12a. Overview of Adverse Impact by Individual CSP

| CSP | Adverse Impact | | | | | | | Public Source Used | Public Announcement Type |
|---|---|---|---|---|---|---|---|---|---|
| | African American | Hispanic | Asian | Native American | Hawaiian | Multi | Female | | |
| February 26-28, 2008 | | | | | | | | ✓ | State Specific |
| May 6-8, 2008 | | | | | | | | ✓ | State Specific |
| June 10-12, 2008 | * | * | * | | * | * | * | ✓ | Throughout US |
| September 8-10, 2008 | * | | * | | | | * | ✓ | Throughout US |
| January 13-15, 2009 | * | | | * | | * | * | ✓ | Throughout US |
| April 28-30, 2009 | * | | | | | | * | ✓ | Throughout US |
| October 27-29, 2009 | * | | * | | | | * | ✓ | Throughout US |
| March 23-25, 2010 | | | * | * | | | | | |
| October 19-21, 2010 | * | | | | | | | ✓ | Throughout US |
| March 8-10, 2011 | | | | | | | | | |
| November 1-3, 2011 | | | | | | * | | | |
| March 6-8, 2012 | | | | | | | * | | |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

Taken together our results indicate the CSP hurdle does have adverse impact for protected groups, particularly African Americans and Females, for specific panel sessions, though no consistent pattern of adverse impact was observed over the 2008-2012 time period. However, closer investigation does reveal that adverse impact only occurs for African Americans when national Public announcements are used.

*Analysis and Impact of AT-SAT during the CSP Process.* In evaluating the CSP selection decisions, and why adverse impact may be occurring, it is necessary to review how the AT-SAT is used within the CSP process. As discussed above, the AT-SAT serves as a hurdle after qualification for the General Public and VTP applicants and as a minimum qualification for CTI applicants. All three of these sources must score at least a 70 to pass their respective AT-SAT hurdle. However, the AT-SAT is used again during the CSP process to differentiate applicants into "qualified" and "well qualified" bands.

Currently, applicants are split into these two bands based on predetermined score ranges. Scores less than 85 and greater than or equal to 70 are considered to be "qualified." Scores at or above 85 are considered to be "well qualified." Applicants who score in the "well qualified" band are given substantial preference in CSP selection decisions.

Figure 9 shows a breakdown of % passing in each of the AT-SAT bands by race and gender groups. African Americans, Hawaiians, Females, and Hispanics have the lowest number of applicants falling into the Well Qualified band.



**Figure 10. Distribution of Race & Gender Groups in AT-SAT Bands**



APT*Metrics* conducted a focused analysis to understand potential barriers associated with the use of the AT-SAT in the upcoming ATCS hiring in early 2013.  More specifically, an analysis was conducted to evaluate the impact of lowering the AT-SAT well-qualified band cutoff score on predicted success on the job and adverse impact for CTI candidates[4].  Table 13 outlines the impact of lowering the cutoff for achieving a "well qualified" score from an 85 to either an 80 or 75.  Table 13 is organized as follows:

- Expected performance data based on two research studies (columns 2-3)

- Historical adverse impact for the AT-SAT with real applicants (column 4)

- Distribution of scores for the most recent CTI candidate group (columns 5-8)

An explanation of performance data in column 2 is drawn from a report entitled *Revision of the AT-SAT* (Wise, Tsacoumis, Waugh, Putka, & Hom, 2001).  It is explained as follows: *Performance ratings were collected using an anchored 7-point scale… a '4' reflected generally acceptable performance, but a '3' reflected performance that is not always acceptable. The*

---

[4]  While applicants from the General Public also take the AT-SAT as part of the hiring process, the General Public applicant source was not used for this particular hiring wave.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

*dividing point between these two levels, 3.5, was mapped onto 70, the minimum passing score on the final reporting scale… Further, a value of 5.5 divided the middle (acceptable) range of performance and the upper two categories indicating outstanding or superior performance. This value was mapped onto a 90 on the final reporting scale. Because the mapping was linear, a final score of 65 was equivalent to a rating score of 3.0, 70 was equivalent to 3.5, 75 was equivalent to 4.0 and so forth.* (Wise, et al., 2001, p. 5).

The performance data presented in column 3 is based on a study, *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use* (Broach, Byrne, Manning, Pierce, McCauley, & Bleckley, M. K., under review), that examined the correlation between the AT-SAT and achievement of CPC status at the first field facility.

Based on Table 13, we can see that the current operational cut score of 85 predicts the following: 1) candidates are likely to achieve a job performance rating of "5" on a 7 point scale (Wise et al., 2001); 2) candidates have a 75% probability of achieving Certified Professional Controller (CPC) status (Broach et al.); 3) the adverse impact ratio for African Americans is .48 (using 2007-11 data analyzed by APT*Metrics*) and 4) 70% of the CTI candidates pass the AT-SAT at this level.

At an AT-SAT score of 80, the predicted job performance rating is 4.5 and the probability that candidates will achieve CPC status is 71%.  The adverse impact ratio for African Americans is .62 and 87% of the CTI candidates pass the AT-SAT at this level.

At an AT-SAT score of 75, the predicted job performance rating is 4.0 and the probability that candidates will achieve CPC status is 67%.  The adverse impact ratio for African Americans is .76 and 96% of the CTI candidates pass the AT-SAT at this level.

**Table 13. Examination of Impact of Lowering AT-SAT Cutoff Score**

| AT-SAT "Well Qualified" Cutoff | Job Performance Rating (7 point scale) (Wise et al, 2001) | Probability of achieving CPC Status at First Field Facility (Broach et al, under review) | White vs. African American Adverse Impact Ratio (2007-2011 app data) | Current CTI Applicants | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Pass N | Total N | % Pass | Additional Passing |
| 70 | 3.5 | 60% | .88 | 1321 | 1321 | 100% | 390 |
| 75 | 4 | 67% | .76 | 1269 | 1321 | 96% | 338 |
| 80 | 4.5 | 71% | .62 | 1153 | 1321 | 87% | 222 |
| 85 | 5 | 75% | .48 | 931 | 1321 | 70% | - |

This analysis demonstrates that lowering the cutoff score to a 75 still reflects the prediction of acceptable performance with substantially less adverse impact.  Despite this improvement in adverse impact, and given the historical pass rates for the General Public on the AT-SAT, a lower well-qualified band cutoff would be expected to have a sizeable increase in the number of



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

well qualified applicants included in the CSP process.  Considerations for making a cut score change for entry into the well qualified band need to include adverse impact, predicted performance, and the number of additional candidates passing that will need to be incorporated into the evaluation phase (CSP).

*Data Management for Post-CSP Decisions*.  Before discussing the analyses and results for the remaining selection hurdles, a brief note on data treatment is warranted.  Given the process by which post-CSP selection information is entered into the AVIATOR system, the data for the interview, medical, and security clearance stages were sometimes incomplete.  For example, 15% (1,273 out of 8,068) of individuals who were selected by the CSP did not have an interview score.  As such, the analyses on these stages do not include the exact same applicants and applications at each step, e.g., an application may have been included in the security analysis but not in the medical and interview analyses, even though the latter screens should occur first in the overall process.  Each analysis for interview, medical, and security screens contains only the applicants for which data existed (or was recoded based on data cleaning rules).

Data cleaning rules were established in an effort to attain the cleanest and most accurate applicant pools as possible.  Due to missing data, rules were developed to maintain consistency in recoding and handling the data and can be found in Appendix D.

**FAA ATCS Selection Hurdle 6: Interview.**  After applicants are selected by the CSP, the next step in the process is to take an interview.  The interview is conducted by a selecting official and assesses six critical competencies: Dependability, Job Motivation, Reactions to Job Demands, Team Work, Air Traffic Control, and Spoken English.  The applicants included in these analyses are those who had interview data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, almost 100% of applicants who were interviewed passed the interview.  No race or gender adverse impact was found for the interview (see Table 14d in Appendix E for full results).

**FAA ATCS Selection Hurdle 7: Medical.**  After passing the interview, candidates receive a tentative offer letter (TOL) and are moved into the medical and security screening stages.  The medical screen consists of both physical and psychological components and results in an overall pass or fail determination.  Applicants included in these analyses are those who had medical data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, more than 90% of applicants passed the medical screen.  No race or gender adverse impact was found for the medical screening (see Table 14e in Appendix E for full results).

**FAA ATCS Selection Hurdle 8: Suitability/Security.** As was previously discussed, the security screen consists of two possible stages: a primary screen (termed Conditional



Suitability) and a subsequent secondary screen (Final Suitability).  These screens will be discussed separately, followed by a discussion of the results for the overall security screen.

Applicants included in these analyses are those who had security/suitability data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

*Primary Screen: Conditional Suitability.*  As can be seen in Tables 14a-c, more than 90% of applicants passed the conditional suitability screen.  No race or gender adverse impact was found for the conditional suitability screening (see Table 14f in Appendix E for full results).

*Secondary Screen: Final Suitability.*  As can be seen in Tables 14a-c, passing rates remained very high (close to 100%) for the Final Suitability Screen.  No race or gender adverse impact was found for the final suitability screening (see Table 14g in Appendix E for full results).

*Overall Security/Suitability Screen: Passing both Conditional and Final Suitability.* Tables 14a-c show the overall results for passing the suitability/security screen (incorporating both the Conditional and Final Suitability determinations).  Selection rates for all groups remained very high (greater than 95%).  No race or gender adverse impact was found for passing the overall security screening process (see Table 14h in Appendix E for full results).

**FAA ATCS Selection Hurdle 9: Hire Decision.** The final hurdle in the ATCS selection process is the hiring decision.  Once an applicant has passed the medical and security clearances and coordinated with the FAA on facility and Academy dates, they are issued a firm offer letter (FOL) that indicates an official hiring decision.  The applicants included in these analyses are those who had firm offer letter data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, once again a large majority of applicants at this stage received a firm offer letter.  No race or gender adverse impact was found for the issuance of a FOL (see Table 14i in Appendix E for full results).



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 14a.  *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis***
**WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 515 | 3,834 | 512 | 3,820 | 513 | 1 | 1.00 | 0.74 |
| **Medical** | 446 | 3,367 | 411 | 3,167 | 419 | 8 | 0.98 | 1.57 |
| **Overall Suitability/Security** | 484 | 3,721 | 472 | 3,670 | 477 | 5 | 0.99 | 1.89 |
| Conditional Suitability | 484 | 3,721 | 456 | 3,642 | 472 | 16 | 0.96 | 4.81 |
| Final Suitability | 317 | 2,420 | 313 | 2,383 | 312 | -1 | 1.00 | -0.37 |
| **Hire Decision** | 413 | 3,171 | 408 | 3,139 | 409 | 1 | 1.00 | 0.38 |

**Table 14b.  *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis***
**WHITE VS. HISPANIC**[*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 252 | 3,834 | 252 | 3,820 | 251 | -1 | 1.00 | -0.96 |
| **Medical** | 218 | 3,367 | 204 | 3,167 | 205 | 1 | 0.99 | 0.29 |
| **Overall Suitability/Security** | 241 | 3,721 | 237 | 3,670 | 238 | 1 | 1.00 | 0.37 |
| Conditional Suitability | 241 | 3,721 | 233 | 3,642 | 236 | 3 | 0.99 | 1.23 |
| Final Suitability | 152 | 2,420 | 150 | 2,383 | 150 | 0 | 1.00 | -0.21 |
| **Hire Decision** | 204 | 3,171 | 204 | 3,139 | 202 | -2 | 1.01 | -1.44 |

---

[*] ***Practical Significance Indices:***
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
***Statistical Significance Indices:***
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



**Table 14c.  *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis***
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 912 | 4,273 | 911 | 4,256 | 909 | -2 | 1.00 | -1.34 |
| **Medical** | 824 | 3,722 | 780 | 3,488 | 774 | -6 | 1.01 | -1.03 |
| **Overall Suitability/Security** | 881 | 4,126 | 870 | 4,062 | 868 | -2 | 1.00 | -0.67 |
| Conditional Suitability | 881 | 4,126 | 864 | 4,013 | 858 | -6 | 1.01 | -1.37 |
| Final Suitability | 535 | 2,631 | 529 | 2,594 | 528 | -1 | 1.00 | -0.52 |
| **Hire Decision** | 780 | 3,497 | 769 | 3,468 | 773 | 4 | 0.99 | 1.52 |

## FAA ATCS Full Process Review

Now that each hurdle in the selection process has been analyzed and examined separately, an important final analysis is a review of the ATCS selection process as a whole to determine the impact of decisions on adverse impact overall.  Two analyses were undertaken here, both from a unique counts perspective, but distinguished by the starting applicant pool.

The first set of analyses was conducted using all applicants who applied to the position, or in other words, the full, clean database.  The second set of analyses was conducted on an initial pool of individuals who were fully qualified, i.e., passed both the automated and HR MQ screens.  Both analyses use the final hire decision as the outcome (see Tables 15a-c for results).

Given the fact that the job posting system essentially allows any applicant to apply through any applicant source, even though they may not meet even the most basic eligibility requirements on the vacancy announcement (e.g., is a veteran), it is impossible to discern who are "true" applicants for the specific applicant sources from those who indiscriminately applied. As such, we chose to model the hiring process two different ways to understand the adverse impact picture associated with the different definitions of an applicant (i.e., anyone who applies, only those applicants who meet the MQs).

**"Applied" Applicant Pool.**  As can be seen in Tables 15a-c, our analyses of the overall hiring process (i.e., from application to hire) found adverse impact for African Americans, Hispanics, and Females (see Table 15d in Appendix E for full results).

**"Fully Qualified" Applicant Pool.** When excluding applicants who did not pass the minimum qualifications screening, adverse impact is also observed for African Americans though not for Hispanics and Females for the overall hiring process (i.e., from qualification to hire) (see Tables 15a-c below; see Table 15e in Appendix E for full results).



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 15a.** *Overall Hiring Process Decisions - Unique Applicant Analysis*
**WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 12,278 | 18,627 | 408 | 3,139 | 1,409 | 1,001 | 0.20 | 36.51 |
| Overall Process: Fully Qualified to Hired | 2,350 | 9,658 | 408 | 3,139 | 694 | 286 | 0.53 | 14.43 |

**Table 15b.** *Overall Hiring Process Decisions - Unique Applicant Analysis*
**WHITE VS. HISPANIC**[*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 2,267 | 18,627 | 204 | 3,139 | 363 | 159 | 0.53 | 9.63 |
| Overall Process: Fully Qualified to Hired | 756 | 9,658 | 204 | 3,139 | 243 | 39 | 0.83 | 3.13 |

**Table 15c.** *Overall Hiring Process Decisions - Unique Applicant Analysis*
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 8,861 | 27,037 | 769 | 3,468 | 1,046 | 277 | 0.68 | 10.50 |
| Overall Process: Fully Qualified to Hired | 3,008 | 11,189 | 769 | 3,468 | 898 | 129 | 0.82 | 5.78 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Summary of Quantitative Analyses**

Adverse impact was found at several hurdles in the ATCS selection process, as well as across the overall ATCS selection process. Specifically, two of our three focal groups (African Americans and Females) have disproportionately lower pass rates than White and Male applicants for both minimum qualification hurdles (automated and HR) as well as for the CSP selection process. Regarding the minimum qualification hurdles, adverse impact was found within most of the applicant sources as well. Adverse impact was not observed for CTI at any point in the hiring process, though the qualification rate was very high in general.  Importantly, adverse impact for the CSP process does vary considerably by individual CSP event and appears to be a function of using General Public source national referral lists.  Also, the current method of using location preferences is decreasing applicant diversity due to vastly different referral rates for the applicant sources.

Overall, our conclusions align with the findings in the Outtz and Associates Barrier Analysis although some specific analyses (e.g. referral, suitability) have changed substantially due to process and data insights gathered after that report was produced.  The following chapter provides a summary of issues identified, associated recommendations, and additional questions that should be addressed.



# Chapter 4

## SUMMARY AND RECOMMENDATIONS

In addition to the adverse impact found at key points in the hiring process, this analysis also uncovered assessment tool vulnerabilities, process inefficiencies, and overall design challenges that need to be addressed to ensure the sustainability of recommended interventions.

The first step towards ensuring a high-quality, sustainable ATCS hiring process is to clearly understand and specify the candidate qualifications (i.e., knowledge, skill, ability, other personal characteristics; KSAOs) necessary for success on the job.  This can be accomplished through a well-executed job analysis.  Job analysis should serve as the foundation for the ATCS hiring process. Legal guidelines (Equal Employment Opportunity Commission [EEOC], 1978) and professional standards (APA, 1999; SIOP, 2003) describe the importance of job analysis in the development of legally defensible, fair, and effective selection programs. It is our understanding that a job analysis was conducted to support the AT-SAT.  At the time of our review, we were only aware of the SACHA job analysis study. This study was published 18 years ago and is too dated to be regarded as professionally acceptable to support the hiring process.  However, in response to our draft report, CAMI has noted that subsequent efforts have in fact been carried out that should be incorporated into this recommendation. APT*Metrics* is currently in possession of these subsequent studies and would propose to include their evaluation as part of this recommendation.

With an up-to-date job analysis in place, a blueprint can be established for refining the key decision points in the process, addressing the assessment tool vulnerabilities and refining the overall design.  It is with the understanding that a current job analysis exists or will be conducted that the following recommendations are made.  These recommendations have been organized into two categories: ATCS Decision Points and Overall Hiring Design.

## ATCS DECISION POINT RECOMMENDATIONS

**STEP 1: Vacancy Announcements.**  As described in this report, there appears to be no consistent rationale for determining which applicant source pools are chosen for use for a given hiring period.  There may in fact be certain applicant sources that are justifiably ranked above others based upon job-related experience, credentials or other factors.  However, this determination needs to be based upon the job analysis, consultation with ATO subject matter experts and confirmed through a validation process using current incumbents. It is therefore recommended that a structured process, involving a job analysis and formal validation, be conducted to determine and validate the differentiating criteria for ranking applicant sources.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

In addition, since the choice of applicant sources significantly impacts the diversity of the applicant pool, it is recommended that the applicant pool criteria explicitly serve to balance recruitment needs, operational issues, and commitment to diversity.

There is also a need to better populate the applicant pools with more diverse candidates. To this end, it is recommended that the FAA continue community outreach efforts to educate applicants about the ATCS occupational series and more broadly, establish a national recruitment outreach and education program around the ATCS position.

Furthermore, while CTI schools appear to be a preferred applicant source, this applicant source tends to have very little diversity. It is highly recommended that the FAA work with CTI schools to address the low retention rates of minority candidates in their programs. Specifically, it is recommended that the FAA work with CTI schools to evaluate how diversity can be increased at these schools to more generally represent the US population. For example, this might include targeted recruiting efforts, working with CTI school marketing to ensure both minority and majority population are targeted with advertising.

**STEP 2: Minimum Qualifications.** The MQs as they currently stand were drawn from standards provided by the Office of Personnel Management (OPM). There is no evidence that these qualifications have been recently reviewed or even validated against the ATCS position. Furthermore, these MQs are specific to each applicant source, which results in inconsistent eligibility and qualification standards being applied for individuals applying to perform the same job. Beyond that, many of the MQs are vague and open to interpretation. It is therefore strongly recommended that the MQs be reviewed against a current job analysis and revised and validated accordingly. Additionally, every attempt should be made to build consistent MQs across recruitment sources.

Consideration should also be given to the use of preferred qualifications (PQs) that could be used to differentiate between a large number of candidates meeting the MQs and other qualification requirements (e.g., passing the AT-SAT). As with MQs, job relevance and potential for adverse impact must be considered for PQs.

It is also recommended that the evaluation of MQs be automated to the extent possible through the creation of a standardized application blank. Criteria that cannot be automatically evaluated must be articulated in such a way as to be objectively evaluated by HR Specialists – with minimal opportunity for differential interpretation. HR Specialists engaged in this evaluation should receive training and a standard operating manual with accompanying screening checklists for each recruitment source. Refresher training should be conducted periodically and documented.

Finally, a tracking system should be established to evaluate MQ screening decisions for accuracy and adverse impact on an ongoing basis.

**STEP 3: AT-SAT.** The AT-SAT is approximately 12 years old and while more recent studies have been conducted to establish its ongoing job relevance and weighting, this test battery



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

continues to produce adverse impact. The AT-SAT is used at two points in the hiring process: 1) to determine whether particular applicants will be referred on to the CSP (i.e., achieve at least a score of 70) and 2) to prioritize selection decisions in the CSP for particular applicants (i.e., use of "well qualified" and "qualified" bands). Roughly 95% of applicants score at or above the passing score of 70, however, this rate drops precipitously and produces significant adverse impact for the cutoff associated with the well qualified band. Operationally, the cutoff score for selection in the CSP is 85 since applicants in the "qualified" band are rarely selected.

One potential solution to this issue is to replace the use of the AT-SAT within the CSP with a measure that can differentiate candidates without increasing adverse impact. For example, the use of validated preferred qualifications that are collected during the application process could be used for this purpose. These PQs would be based on background and experience dimensions (and other factors) identified through the job analysis and established as valid through a proper validation study. This approach has been successfully leveraged for similar applications. We would propose to leverage CAMI's previous work and experience in the development of PQs for this position. We therefore recommend that PQs are explored as a valid differentiator and substitute for the AT-SAT for use during the CSP.

In terms of the AT-SAT itself, it is recommended that supplemental validation research be conducted to confirm its relevance to the job. Specifically, the AT-SAT should be reviewed against a recent job analysis to ensure that it is still measuring the most important requirements for success in the ATCS position. A determination can then be made as to whether any gaps exist in its coverage of the important requirements. If it is determined that the test covers the essential requirements of the job, the next step would be to review the subtest weights and cutoff scores to determine whether a different configuration of subtests could be modeled and cutoff scores modified to more effectively balance validity and adverse impact considerations.

If the mapping of the AT-SAT to the job analysis identifies gaps in coverage of the essential requirements of the job, then new tests should be proposed to fill in these gaps. Regardless of the findings of the job analysis/AT-SAT mapping process, it is highly recommended that the AT-SAT, or its revised form, be revalidated using a criterion-related strategy, which is outlined below[5].

1. Review/conduct job analysis of ATCS position

    ▪ Verify importance of key responsibilities and required knowledge, skill, ability and personal characteristics

2. Map current AT-SAT against job requirements

    ▪ Identify any gaps in competency coverage

    ▪ Recommend as needed any additions/revisions to test components

    ▪ Develop new components as required

---

[5] As CAMI noted in their response to a prior draft of this report, a properly conducted criterion-related validation study will require a meaningful investment of time and resources.



3. Conduct criterion validation study

- Develop training and performance criteria
- Administer experimental version of revised AT-SAT to representative sample of incumbents and applicants
- Collect performance data on participating incumbents
- Conduct psychometric, validation and adverse impact analyses

4. Finalize and implement revised test

**STEP 4: Generation of Referral Lists.** At present, when applicants apply to an announcement, the applicant must also indicate up to two location preferences. Except for General Public applicants, location preferences ultimately drive which referral lists an applicant can be placed on once the applicant is deemed fully qualified. Applicants who select a location that does not have a position opening are *not* referred on to the CSP even though they meet the source-specific minimum qualifications. It is therefore recommended that the air traffic controller application form be changed so that applicants could select the "anywhere in the nation" option. They should also be provided with information as to which facilities have openings. This is in line with the Independent Review Panel's recommendation (ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).

**STEP 5: Centralized Selection Panel (CSP).** Based upon both the qualitative and quantitative reviews, it was determined that there is a significant opportunity for improvement of the CSP process. The process has been described by stakeholders as complex, unstandardized and subjective. In addition, the CSP process has exhibited adverse impact for protected groups, although those effects are not consistent from one CSP to another.

It is recommended that the full CSP process design be evaluated for efficiency, accuracy and fairness. It is quite likely that alternative approaches to the CSP model would result in more precise, fair outcomes along with tremendous cost savings. For example, there may be potential to automate much of the current decision making localized in the CSP selection process. Under this scenario CSP panelists could operate in more of a final review/quality control role.

Regardless of the final CSP configuration, it is highly recommended that the criteria by which decisions are made at this stage in the hiring process be firmly established and validated against the essential requirements of the job. Once the criteria have been documented and validated, CSP panelists should be trained and monitored in the application of these criteria. It will be important to develop clear policies, rating guidelines, and standardized processes for reviewing applicants and making decisions, including criteria that can and cannot be considered. All panel members must have the same understanding of the purpose of the process and be provided with an approach that will ensure accurate and fair treatment of the candidates.



Finally, it will be critical to implement a rigorous evaluation of the CSP decision making process to ensure that the process is operating as intended.  Initially it will be important to closely monitor and oversee a full cycle of CSPs to ensure real-time decisions are fair and job-related. Decision making in the CSP should continue to be monitored by HR on an on-going basis thereafter.

**STEP 6: Interview**.  The interview has become more of a formality in the ATCS hiring process as almost 100% of the candidates pass.  It is recommended that new interview content be developed and validated, using the job analysis as the driver of which competencies need to be measured.  Specifically, the interview should be developed and mapped against required knowledge, skills, and abilities and validated using subject matter experts. Multiple questions should be developed to assess each competency and behavioral anchors should be developed and validated for each of the questions to help guide interviewers in making accurate ratings.

Additionally, it is recommended that training be provided to all individuals involved in conducting the interviews to ensure they understand how to fairly and accurately conduct the interview process. Training should include "frame of reference" exercises in order to help calibrate judgments and ratings across interviewers.

## ATCS Overall Design Considerations

The current ATCS selection process is highly decentralized, with decision making and process tracking occurring across multiple departments and organizations.  The absence of a clear structure and accountability for the full selection process results in significant challenges to the evaluation, ongoing improvement, and long-term success of the program.  It is our recommendation that a single organization take charge of this process so that it can be centrally managed from announcement through to placement into the FAA Academy.  The organization best positioned to "own" and run this process is the Office of Human Resources.

A centralized process, housed in AHR, would enable improved standardization and targeted outreach of the recruitment process, an improved ability to track and evaluate the hiring process, and enhanced coordination of the entire process.

AHR centralization and benefits include:

1.  Review and coordination of the applicant sources chosen for a given hiring period, ensuring choices are aligned with FAA diversity and inclusion goals and overall ATCS openings in the field.

2.  Coordinated and consistent development, validation, and training on and implementation of minimum qualification screens.

3.  Generation of referral lists and tracking applicants throughout the selection process to ensure declinations, location assignments, and communications to applicants are handled fairly and consistently.



4.  Coordination of applicant selections from referral lists, using formulaic and standardized decision rules for moving applicants further along in the selection process.

5.  Coordination, review, and sign off on all applicant interview results.

6.  Review of the medical and security screen processes.

7.  Consistent documentation of decisions regarding the selection process.

8.  Consistent documentation of applicant dispositions throughout the process.

9.  Coordination with FAA facilities, Training Academy, and applicants on EODs and distribution of tentative and firm offer letters.



# Chapter 5

**REFERENCES/APPENDICES**

**References**

Air Traffic Organization & Office of Human Resource Management. (2012). *ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects.* November 6, 2012.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education. (1999). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

Broach, D., Byrne, C. L., Manning, C. A., Pierce, L., McCauley, D., & Bleckley, M. K. (under review). *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use.* [Draft report in review for publication as an Office of Aerospace Medicine technical report.]

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1978). Uniform guidelines on employee selection procedures. *Federal Register, 43*(166), 38290-38315.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1979). Adoption of questions and answers to clarify and provide a common interpretation of the uniform guidelines on employee selection procedures. *Federal Register, 44*(43), 11996-12009.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1980). Adoption of additional questions and answers to clarify and provide a common interpretation of the uniform guidelines on employee selection procedures. Federal Register, *45*(87), 29530-29531.

FAA PMS VII and 5 U.S.C. § 2301 (b). *Merit System Principles.*

Federal Aviation Administration. (2010). *Policy Bulletin #12, In-Process Rule for Air Traffic Control Specialist Positions.* [Effective 10/07/02; modified 06/1/10.]

Outtz, J. L., & Hanges, P. J. (2012). *Barrier Analysis of the Air Traffic Control Specialists (ATCS) Centralized Hiring Process.* October 19, 2012.

Ramos, R. A., Heil, M. C., & Manning, C. A. (2001). *Documentation of validity for the AT-SAT computerized test battery* (Volumes I and II). DOT/FAA/AM-01/5. Washington, D.C.: Office of Aviation Medicine.

Society of Industrial and Organizational Psychology. (2003). *Principles for the Validation and Use of Personnel Selection Procedures* (4th ed.). Bowling Green, OH: Author.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

Wise, L. L., Tsacoumis, S., Waugh, G. W., Putka, D. J., & Hom, I. (2001). *Revision of the AT-SAT* (DTR-04-58). Alexandria, VA: Human Resources Research Organization.



EXHIBIT

**7**



**Federal Aviation Administration**

# Testimony – Statement of Michael Huerta

April 16, 2013

## Statement of Michael Huerta, Administrator

Before the Senate Committee on Commerce, Science and Transportation on FAA's Progress on Key Safety Initiatives

Good afternoon, Chairman Rockefeller, Ranking Member Thune and members of the committee. Thank you for the opportunity to be here today to discuss the FAA's progress on key safety initiatives.

As you are aware, this is my first appearance before you as Administrator of the FAA. I appreciate the work of this committee and of the full Senate in moving my confirmation forward. We have a great number of challenges and opportunities ahead, and I look forward to enhancing our productive working relationship.

The FAA's number one priority is safety. It's our mission, and we focus on it 24 hours a day.

First let me briefly address the Boeing 787. The company has redesigned the internal battery components and conducted extensive testing. This includes limited test flights–without passengers–using the redesigned battery prototype. The FAA is reviewing these test reports and analysis to make sure that the 787's new battery system ensures the safety of the aircraft and its passengers.

Turning to broader safety considerations, while aviation safety encompasses many technical issues, we cannot overlook the role of human beings in aviation and how they interact with sophisticated technology.

In the last few years, Congress has given us much guidance on how to advance aviation safety. And we have accomplished a great deal. The FAA overhauled flight and duty rules to guarantee that airline pilots have the opportunity to get the rest they need to operate safely. And we are increasing the required hours of experience

a pilot must have before operating the controls of any airline flight. We are also finalizing a rule that requires more realistic training so that flight crews can better handle rare but serious scenarios.

The best way to enhance safety across the board is to improve the safety culture of an organization. Part of this effort involves self-reporting by our own employees on safety issues.

We have put programs in place for air traffic controllers and aviation technicians to report a problem, or even a mistake they may have made – and not fear retribution. This makes the system even safer.

We are taking many other actions to enhance safety across the board – including promoting safety management systems and sharing more data between industry and the FAA. By analyzing this data, we are able to identify trends and hazards across the airspace system and mitigate issues before something happens.

As you know, we are in a very uncertain and unpredictable fiscal environment.

The sequester is requiring the FAA to make significant cuts in services and investments. These cuts will impact air traffic control, NextGen implementation, and our certification services.

We are exercising all options to reduce costs – a hiring freeze; cutting contracts; cutting travel and other items not related to day-to-day operations.

One of our largest contracts is the Federal Contract Tower Program. We have notified 149 airports across the country that federal funding for their air traffic control towers will end in mid-June. These airports have lower activity levels, and together, these contract towers handle less than 3 percent of the commercial operations nationally and less than 1 percent of the passengers. Communities still have the option to keep their tower open if they are able to provide the funding, and the FAA stands ready to help with that transition.

I want to emphasize that as we undergo the difficult process of implementing the deep cuts required by the sequester, we refuse to sacrifice safety–even if this means less efficient operations.

In addition to contract towers, large facilities will also be affected. To reach the figure we need to cut from our payroll—which is our largest operating cost—we have to furlough 47,000 of our employees for up to 11 days between now and September.

The furloughs will reduce controller work hours at all airports with towers, but also at radar facilities across the country. Again, safety is our number one concern. We will only allow the amount of air traffic that we can handle safely to take off and land. This means travelers should expect delays. Today we are meeting with air carriers to go over specific operational impacts related to the furloughs facility by facility.

Furthermore, our aviation safety inspectors will have to focus their attention on the most pressing priorities and will devote their time to overseeing current activities to ensure continued operational safety of the existing fleet. These activities will take precedence over new projects.

Our overarching principle in making these difficult decisions is to maintain safety and offer the best air traffic services to the largest number of people both now and in the future.

It is my hope, and the hope of everyone at the Department of Transportation that our leaders can work together to rally around our nation's air transportation system and protect the great contribution that civil aviation makes to our economy.

Mr. Chairman, this concludes my prepared remarks. I would be pleased to answer any questions you may have.

### 

This page was originally published at: https://www.faa.gov/news/testimony/news_story.cfm?newsId=14514



**Federal Aviation Administration**

EXHIBIT
**8**

# Speech – "FAA Report"

"FAA Report"
Michael Huerta, Washington, DC
June 4, 2013

## NextGen Advisory Committee

---

**Sequester and Budget Update**

Good morning and thank you, Bill, for that update. Thank you all for coming today. And special thanks to Representative LoBiondo and Deputy Secretary Porcari for their continued support of NextGen.

As you know, we have had an extremely busy year. We're working on many important projects, but at the same time, we're dealing with the sequester and all that it entails.

We have had to make sizeable budget cuts that affect our operations and our future.

As the Deputy Secretary said, the sequester is not over. But, Congress gave us the financial flexibility to avoid the furloughs for the remainder of this fiscal year – through September 30. We were able to transfer $253 million from the airport grant program – which was exempt from the sequester.

With this flexibility, we are also able to keep open the 149 low activity contract towers through September. And we're putting $10 million towards NextGen, to reduce cuts and delays in core programs; and $11 million to maintain equipment and infrastructure that is so necessary for the system.

**Metroplex**

As part of this flexibility, we are able to restart the Metroplex work that had been put on hold. As you know these projects are highly collaborative and must include our operational air traffic control personnel. Furloughs under the sequester required us to recall air traffic controllers and managers back to their duty stations.

Last week, we started the coordination efforts to get these air traffic controllers back on the Metroplex work. They are experts in their airspace, and we will restart the collaborative process with airlines and the many other stakeholders who are all working to improve congested airspace over busy cities. We are able to do this in seven Metroplex cities where the work will continue, including: Washington, D.C., Northern Texas, Charlotte, Northern and Southern California, Houston and Atlanta.

**Sequester not over**

Keep in mind however, that the sequester is still in place and that the FAA must still cut a total of $637 million from our budget by Sept. 30.

We've also cut our spare parts inventory, which may increase restoration time during outages and reduce system efficiency. And as an interim measure, we're not training new air traffic controllers or technicians to maintain and operate new technologies, which has led to a shut down of a large part of the FAA Academy in Oklahoma City.

**NextGen under sequester**

Because the sequester is designed to last ten years, we have conducted an initial assessment of how a long term sequester would impact our current NextGen Implementation Plan. Today, we have seven programs in the implementation phase. These programs are current contract commitments that will deliver new capabilities for all phases of flight by 2018.

The budget profile even under sequester would provide the capital funding required to meet most of those commitments. But, to make this happen we must have the operations funds to maintain our active workforce participation in key activities like procedures design, onsite testing, and training. And, if we are not able to keep the workforce engagement, we simply will not be able to meet all of our current commitments and the associated timelines.

**Mike Whitaker**

Nonetheless, there are bright spots. And we are delighted that the President has appointed Mike Whitaker to be the Deputy Administrator of the FAA. Mike has more than 20 years of experience in the airline industry and he will be the Chief NextGen

Officer. He'll be in charge of everything NextGen and will be doing these reports from now on with all of you. He just came on board yesterday, and I'm looking forward to a very productive relationship. Please join me in welcoming Mike. He'll be leading our NextGen efforts, focused on delivering benefits now, and will be taking over as the NAC's Designated Federal Official going forward. He may need a few more days to get fully immersed in all our acronyms, but I'm confident that in working with all of you, he will make a difference. Please join me in welcoming Mike.

**Jim Crites**

I would also like to congratulate Jim Crites, Executive Vice President for Operations at Dallas Fort Worth Airport. Jim has received this year's White House Champions of Change award in the category of Transportation Technology Solutions.

Jim has demonstrated a powerful personal and professional commitment to the advancement of NextGen. He has been an effective, vocal advocate, and he has actively participated in the testing and demonstration of key NextGen technologies and programs. As a champion of collaboration, he has brought representatives of various communities to the table when necessary to collaborate on NextGen planning and implementation, and to overcome challenges.

Please join me in congratulating Jim Crites.

**City Pairs**

Now, I would like to talk about some of the work the FAA has been doing as a result of our collaboration here at the NextGen Advisory Committee.

As you know, Congress has asked us to measure NextGen performance in the context of key city pairs. This was part of reauthorization.

Last summer we asked for your help in identifying these city pairs and we received your suggestions in February. I am pleased to say that the FAA accepts those recommendations for 25 city pairs. We are going to begin to report the benefits we realize between these cities as part of our metrics web page and the NextGen Performance Snapshots.

Also, we plan to release the NextGen Implementation Plan within the month. We wanted to make sure that everything in the plan lines up with the President's 2014 budget. It will be available online this year. We're trying to reduce printing costs.

**Controller Handbook**

Despite the difficulties of the sequester, we are making progress on important work that the NAC has helped to guide and that will make our airspace safer and more efficient.

We are updating our air traffic control handbook, which sets the standards that controllers use to ensure safety and properly separate aircraft. It was published long before the use of performance based navigation, and we've identified 15 updates that would allow air traffic controllers to take full advantage of the benefits of NextGen. While these changes are complicated, we are determined to publish many this year.

**ELSO**

For example, we're going to expand the use of equivalent lateral spacing operations, or ELSO. You'll hear more about this later today. The precision of NextGen navigation means we can safely allow jets to take off on headings that are slightly closer together. This small change has been used in Atlanta and we're seeing an increase of 8 to 12 planes departing per hour. Last year we estimate that this saved customers 700,000 minutes of waiting, or 1.3 years of waiting in line to take-off in Atlanta. It's better for the environment too. All those jets spend less time on the ground with their engines running. So we're burning less fuel and decreasing pollution. ELSO saved the airlines $20 million last year in Atlanta alone. We want other major airports to be able to use ELSO, so we are changing the handbook.

**Closely spaced parallel operations**

We're also working very diligently to increase the number of aircraft that can land at an airport each hour, while maintaining safety. That is why we have put so much effort into closely spaced parallel operations and will change the controller handbook to make these operations more common.

We are working on improvements to staggered approaches for runways that are very close together – closer than 2,500 feet. About 17 of our busiest 35 airports have runways this close together.

You can't do simultaneous operations on these runways, but we can still safely lower the separation standard for aircraft that are coming into these close runways.

This is because our entire airspace system has undergone extensive advances over the years. We have the ability to collect and analyze better radar data. Our aircraft have better avionics, and we have more effective training for both pilots and

controllers. Technology across the board has improved to such an extent that we are extremely confident that we can operate aircraft at a closer proximity to one another and still be just as safe.

These reduced separation standards of three miles down to one-and-a-half nautical miles for staggered approaches have already been approved for specific runways at eight airports right now. They are: Boston, Newark, St. Louis, Cleveland, Seattle, Memphis, Philadelphia and San Francisco. Before airports can use these new separation standards, the FAA must first train the controllers.

These changes will help the entire air space system by safely increasing capacity at major hubs when the weather prohibits visual approaches. It will decrease the ripple of delays that spreads across the system when one hub is experiencing weather conditions.

**Conclusion**

We have a lot of good work going on at the FAA and a very dedicated workforce. I've really enjoyed working with everyone on the NAC over the past few years. Thank you very much for all of the work you are doing and your dedication to NextGen and to improving flight today and for future generations.

Now I'd like to introduce Pam Whitley, who is Acting Assistant Administrator for NextGen. She'll introduce the next agenda item which is on the NextGen performance snapshots website. We established this website a year ago to report NextGen specific metrics and to publish NextGen success stories.

###

This page was originally published at: https://www.faa.gov/news/speeches/news_story.cfm?newsId=14734

# Air Traffic Controller Training Initiative (AT-CTI) Program

EXHIBIT
9



*CTI Students Control Traffic Using a Tower Simulator at Broward College*

# Program Overview and FAQs Collegiate Version

Updated:  July 10, 2013 Version  3.2

# Change Log

| V3.2<br>July 10, 2013 | Revised ATSAT information:<br>From : The score can be extended for up to one year if approved by Aviation Careers.<br>To: If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list. |
|---|---|
| V3.1<br>June 11, 2013 | Updated Hiring Summary for FY13, Updated POC for MCTC |
| V3.0<br>April 24 2013 | Updated Hiring Summary for FY13<br>Added Selection Panel High Level Map   (page 50)<br>Updated number and percentage of CTI's hired in "Background" section of Document<br>Updated Degrees<br>Reformatted and updated content. |
| V2.5<br>2/3/13 | Updated Hiring Summary for FY13<br>Added Selection Panel High Level Map   (page 50)<br>Updated number and percentage of CTI's hired in "Background" section of Document |
| V2.4<br>1/13/13 | Updated Hiring Summary for FY13<br>Updated TSTC Degree Name<br>Updated Degree name FIT |
| V2.3<br>11/11/12 | Updated Hiring Summary for FY12 |
| V2.2<br>10/3/2012 | Updated Points of Contact<br>Updated Hiring Summary for FY12<br>Changed Name of Middle Georgia College to Middle Georgia State College (effective 1/1/2013) |
| V2.1<br>August 27, 2012 | Updated Points of Contact<br>Updated Metropolitan State College of Denver to Metropolitan State University of Denver<br>Updated Hiring Summary for FY13<br>Added Regional Flight Surgeon contact information in the Medical qualifications section<br>Added FY13 Hiring Plan |
| V2.0<br>July 29, 2012 | Updated Hiring Summary for FY12<br>Updated Points of Contact |
| V1.9<br>June 15, 2012 | Updated Hiring Summary for FY12<br>Updated Points of Contact<br>Updated Controller Workforce Hiring Plan |
| V1.8<br>May 20, 2012 | Edited Degree Name for CCBC-MD<br>Updated Hiring Summary for FY12 |
| V1.7<br>May 21, 2012 | Updated Hiring Summary for FY12<br>Updated CTI School Contact List |
| V1.6<br>March 19, 2012 | Added ATSAT Test List Procedures<br>Updated Hiring Summary for FY12<br>Added 4 questions to Section 4 FAQ "Hiring and Selection"<br>Added Regional Security Specialists for School Use |
| V1.5<br>2/24/2012 | Updated Hiring Summary for FY12<br> Added Regional Security POC's in "Security Section" |
| V1.4<br>1/30/2012 | Updated Hiring Summary for FY12<br>Added Question to Public Questions<br>Updated Security section<br>Added Security section to FAQ's |
| V1.3<br>1/18/2012 | Updated Hiring Process Overview<br>Added FAA AT CTI Program Section |
| V1.2<br>1/16/2012 | Added Degree Programs for Dowling College, Miami Dade and Hampton University<br>Added section of FAQ's for Pre Hire "Public Inquiries"<br>Updated POC's<br>Added new overview of Evaluation Process |
| V1.1<br>12/27/2011 | Updated Points of Contact<br>Update Degree Programs by Institution<br>Moved a medical question listed in error in the ATSAT section to Medical section<br>Added question 3 in FAQ Medical section (color blind test)<br>Updated FY11 Hiring Summary<br>Added Monthly Telcon Information<br>Added Degree Change Policy in detail<br>Updated missing elements of the current evaluation objectives<br>Added a new section to FAQ's "CTI Institutional Requirements (Section 7) added question about degree programs.<br>Renumbered subsequent sections. |
| V1.0<br>7/12/2011 | Original |

This document provides general guidance and information. This document will be updated as necessary. Although great care has been exercised to ensure its accuracy, always consult the appropriate source documents. This document does not supersede any other document, order, policy, or law.

Questions, comments, corrections, or suggestions should be directed to AJI ATO Safety and Technical Training 9-ato-atcti@faa.gov

# Table of Contents

**BACKGROUND**                                                                                          **1**

**CTI Institutional Participants**                                                                      **3**

**CTI Degree Programs**                                                                                 **5**

**Partnership Agreement**                                                                               **11**

**HR Policy**                                                                                           **13**

    **Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures**     **13**

    **Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates**      **12**

    **Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options**     **20**

    **Citizenship Documentation**                                                                **24**

**ATSAT**                                                                                               **25**

**Hiring Process**                                                                                      **31**

**Controller Hiring 2005-2013 YTD**                                                                     **33**

**Medical Investigation**                                                                               **35**

**Security investigation**                                                                              **43**

**Evaluations**                                                                                         **45**

**Points of Contacts**                                                                                  **47**

**Calendar**                                                                                            **51**

**AT Basics Training Objectives**                                                                       **53**

**FAQ**                                                                                                 **59**

**Communications**                                                                                      **73**

**Definitions ACRONYMS and Abbreviations**                                                              **81**

# Background

The Federal Aviation Administration (FAA) Air Traffic Collegiate Training Initiative (AT-CTI) Program is designed to establish partnerships with higher educational institutions to broaden the employment opportunities in the aviation industry, particularly among air traffic controllers. AT-CTI graduates are not guaranteed jobs as air traffic controllers, but the FAA does consider AT-CTI graduates as a valuable hiring source for Air Traffic Control Specialists (ATCS).

There are 36 FAA Air Traffic Collegiate Training Initiative partner institutions. These institutions offer 34 Associate's degrees, 56 Bachelor's degrees, and two Master's degrees Since FY 2005 the FAA has hired 4176,  (Air Traffic Controller Hiring Summary, February 23, 2013) from the CTI pool, 39.4 percent of all new hires.

The AT-CTI Program was tested in 1991 to determine whether colleges and universities were capable of screening and training air traffic controllers. This five-year test program was documented in FAA Order 3120.26, Pre-Hire Air Traffic Control Demonstration Program.

The objective of the demonstration program was to determine if post-secondary educational institutions could develop and validate an innovative selection process and training curriculum that encompassed the knowledge, skills, and abilities required of the air traffic control occupation (terminal and en route options) under the current air traffic operation and future automation systems. During the test period, graduates hired from this program bypassed all training or screening at the FAA Academy and reported directly to their facilities for classroom and On-The-Job (OJT) training.

The Pre-Hire Demonstration Program was tested with five schools including The Community College of Beaver County, Hampton University, Minneapolis Community and Technical College, The University of Alaska, and The University of North Dakota. Two evaluations were completed at the end of the test program to document the results and to determine the extent to which the program achieved its objectives.
.

Based on the results of the Pre-Hire Demonstration Program, collegiate aviation was determined to be a viable method of developing and delivering air traffic curriculum. It is clear that this program could be a valuable source of new controllers.

As a result, the AT-CTI program is now an FAA authority created in accordance with Congressional intent as provided for in Section 362 of Public Law 102-388 and Section 347 of the 1996 DOT Appropriations Act, which states that the administrator may enter into new agreements and maintain existing agreements with post-secondary educational institutions, as he or she may define them, whereby such institutions prepare students for the position of an FAA ATCS. The AT-CTI special appointing authority allows hiring managers to recruit eligible graduates for potential employment with the FAA.

As a result of the authority the AT-CTI Program was expanded in 1997 from five to 13 schools.

With the introduction of Air Traffic Selection and Training (AT-SAT), the FAA decided that schools would no longer need to focus on selection and screening and instead would concentrate on delivering basic air traffic knowledge. Future AT-CTI graduates would bypass the AT Basics academic portion of training only and attend a pass/fail skills based course at the FAA Academy prior to reporting to their facility.

In response to the air traffic controller hiring needs, in 2006 the FAA began soliciting new schools to join the CTI Program. An announcement was sent out for interested institutions to submit an application

package for evaluation.  .FAA evaluators reviewed the applications and conducted site visits and as a result an additional nine schools were added in 2007, eight in 2008, and five in 2009.

The administrator, or his or her designee, may establish standards for entry of institutions into such programs and for their continued participation.

## Our Aspiration:

We will provide the FAA Academy and field facilities with highly motivated, educated, and adaptable Air Traffic Control (ATC) candidates who will certify as controllers and lead the next generation of controllers.

## Our Goals

o   Ensure CTI institutions are familiar with, teach, test, and provide application of the Air Traffic Basics curriculum within approved degree programs.

o   The FAA must ensure that our partner institutions are providing the agency with the most qualified individuals and are promoting the program and education in a manner that meets our needs of highly motivated, educated, and adaptable Air Traffic Control candidates who will certify as controllers and lead the next generation of controllers. The program allows institutions to provide a specialized education for their stakeholders and communities.

o   Promote partnerships between CTI Institutions to address "Best Practices" that produce diverse, adaptable, and well educated candidates for Air Traffic Control positions.

o   Ensure that CTI schools and students are familiar with the technical and cultural environment and needs of FAA facilities.

o   Provide opportunities for practical application of knowledge and continued learning outside of the classroom.

o   Improve the communication process to FAA AT-CTI member institutions thereby improve graduates knowledge of FAA policy and practice hiring and training process.

o   Improve the collection of data and analysis of data to measure the success of the CTI Program as a hiring source.

# CTI Institutional Participants



**Initial Schools**

Community College of Beaver County

Hampton University

Minneapolis Community and Technical College

University of Alaska at Anchorage

University of North Dakota

| Accepted 1996 (9) | Accepted 2007 (9) |
| --- | --- |
| Vaughn College of Aeronautics ,Flushing, NY<br>Daniel Webster College Nashua, NH<br>Dowling College, Oakdale, NY<br>Embry-Riddle Aeronautical University, Daytona Beach, FL<br>Inter-American University of Puerto Rico, Bayamon, PR<br>Miami-Dade College, Homestead, FL<br>Middle Tennessee State University, Murfreesboro, TN<br>Mt. San Antonio College Walnut, CA<br>Purdue University, West Lafayette, IN | Arizona State University, Mesa , AZ<br>Florida State College at Jacksonville, Jacksonville, FL<br>Green River Community College, Auburn, WA<br>Kent State University, Kent, OH<br>Lewis University, Romeoville, IL<br>Middle Georgia State College, Macon, GA<br>Community College of Baltimore County, Catonsville, MD<br>University of Oklahoma, Norman, OK<br>Metropolitan State University of Denver,  Denver, CO |

| Accepted 2008 (8) | Accepted 2009 (5) |
| --- | --- |
| Aims Community College, Greely CO<br>Broward College, Fort Lauderdale, FL<br>Eastern New Mexico, Roswell, NM<br>Embry-Riddle Aeronautical University, Prescott AZ<br>Jacksonville University, Jacksonville, FL<br>Letourneau University, Longview TX<br>St. Cloud State University, St Cloud, MN<br>Tulsa Community College, Tulsa, OK | Florida Institute of Technology, Melbourne, FL<br>Hesston College, Hesston, KS<br>Sacramento City College, Sacramento, CA<br>Texas State Technical College, (Waco, TX<br>Western Michigan University , Kalamazoo, MI |

# CTI Degree Programs

The FAA CTI partner schools provide students with a diverse choice in aviation degrees types and areas. There are 16 different Associate's degree programs, 34 Bachelor's degree programs, and 2 Master's degree programs.

**Degrees Offered**

| Associate's Degrees (16) | Bachelor's Degrees (continued) |
|---|---|
| Aeronautical Engineering Technology | Airport Management |
| Aeronautical Technology | Airway Science Management |
| Air Traffic Control and Management | Applied Meteorology |
| Aircraft Operations | Aviation Computer Science |
| Airport Management | Aviation Flight Management |
| Aviation Administration | Aviation Flight Service |
| Aviation Flight Management | Aviation Maintenance |
| Aviation Maintenance | Aviation Maintenance Management |
| Aviation Maintenance Management | Aviation Maintenance Technology |
| Aviation Operations | Aviation Management |
| Aviation Science | Aviation Management Flight Option |
| Aviation Sciences Technology | Aviation Meteorology |
| Aviation Security | Aviation Meteorology Flight Option |
| Electronic Engineering Technology (Avionics Option) | Aviation Operations |
| Professional Flight | Aviation Science and Administration |
| Professional Pilot Technology | Aviation Security |
| **Bachelor's Degrees (34)** | Aviation Technology |
| Aeronautical Engineering Technology | Aviation Technology ATC emphasis |
| Aeronautical Science | Business Administration, Concentration Air Traffic Management |
| Aeronautical Science Flight Option | Electronic Engineering Technology (Avionics Option) |
| Aeronautical Technology | Management |
| Aeronautics | Professional Flight |
| Aerospace and Aerospace Studies | Airport Management |
| Aerospace Systems Technology | Airway Science Management |
| Air Traffic Control and Management | Applied Meteorology |
| Air Traffic Control with Flight Science Concentration | **Master's (2)** |
| Aircraft Operations | Aeronautics |
| Aircraft System Management | Aviation Management |
| Airline Management | |
| | |
| | |

5

The following are the currently recognized, accredited degree programs from each institution that contain the requisite FAA required curriculum to be considered for employment under the FAA AT-CTI Program.

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Aims Community College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Arizona State University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Management |
| **Broward College**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Community College of Beaver County**<br>**Middle States Commission on Higher Education** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control Terminal or En Route |
| **Daniel Webster College**<br>**New England Association of Schools and Colleges,**<br>**Commission on Institutions of Higher Education** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Air Traffic Control |
| **Dowling College**<br>**Middle States Commission on Higher Education** | MASTER'S OF BUSINESS ADMINISTRTON<br>• Aviation Management  (Added 12/27/2011)<br><br>BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aerospace Systems Technology |
| **Eastern New Mexico University – Roswell**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Embry Riddle Aeronautical University  - Daytona**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | MASTER'S of Science Aeronautics<br><br>BACHELOR OF SCIENCE<br>• Air Traffic Management<br>• Aviation Related when accompanied by an ATC Minor (Revised 8/3/2011) |
| **Embry Riddle Aeronautical University  - Prescott** | BACHELOR OF SCIENCE<br>• Aeronautics<br>• Aeronautical Science<br>• Applied Meteorology<br>• Air Traffic Management (Added 7/18/2011) |
| **Florida Institute of Technology College of Aeronautics**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aeronautical Science Flight Option<br>• Aeronautical Science<br>• Aviation Computer Science<br>• Aviation Meteorology Flight Option<br>• Aviation Meteorology<br>• Aviation Management Flight Option<br>• Aviation Management |
| **Florida State College at Jacksonville**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Operations |
| **Green River Community College**<br>**Northwest Commission on Colleges and Universities** | ASSOCIATE'S DEGREE<br>• Air Traffic Control |

6

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Hampton University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control Management (Added 1/2/2012) |
| **Hesston College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED ARTS AND  SCIENCE<br>• Professional Pilot<br>• Air Traffic Control |
| **InterAmerican University of Puerto Rico** | BACHELOR OF SCIENCE<br>• Airway Science Management  (Minor in ATC)<br>• Aircraft System Management  (Minor in ATC) |
| **Jacksonville State  University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aviation Management and  Flight Operations |
| **Kent State University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautics with a concentration in:<br>   ○ Aeronautical Studies<br>   ○ Aviation Management<br>   ○ Flight Technology<br>   ○ Air Traffic Control<br>   ○ Aeronautical Systems Engineering Technology |
| **LeTourneau University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Air Traffic Management (ATC Minor)<br>• Air Traffic Control with Flight Science Concentration<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control |
| **Lewis University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Control Management (Minor in Air Traffic Control Management)<br>• Aviation Flight Management<br>• Aviation Security<br><br>ASSOCIATE'S DEGREE<br>• Air Traffic Control Management<br>• Minor in Air Traffic Control Management<br>• Aviation Flight Management<br>• Aviation Security |
| **Metropolitan State College of Denver**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Technology |
| **Miami Dade College**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Administration<br>• AS Professional Pilot Technology<br>• Aviation Maintenance Management |
| **Middle Georgia State College**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE<br>• Business Administration, Concentration Air Traffic Management<br><br>ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Management |
| **Middle Tennessee State University**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | BACHELOR OF SCIENCE:<br>• Aerospace |

7

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Minneapolis Community and Technical College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Mount San Antonio College**<br>**Western Association of Schools and Colleges,**<br>**Accrediting Commission for Community and Junior Colleges** | ASSOCIATE'S DEGREE<br>• Aviation Science |
| **Purdue University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | MASTER'S OF SCIENCE<br>• Aviation<br><br>BACHELOR OF SCIENCE<br>• Aviation Management<br>• Professional Flight<br>• Aeronautical Technology<br>• Aeronautical Engineering Technology<br><br>ASSOCIATE'S DEGREE  (Until 2012)<br>• Aviation Management<br>• Professional Flight<br>• Aeronautical Technology<br>• Aeronautical Engineering Technology |
| **Sacramento City College**<br>**Western Association of Schools and Colleges,**<br>**Accrediting Commission for Community and Junior Colleges** | ASSOCIATE'S DEGREE<br>• Air Traffic Control |
| **St. Cloud State University**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Operations<br>• Professional Flight<br>• Management |
| **The Community College of Baltimore County**<br>**Middle States Commission on Higher Education** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Texas State Technical College - Waco**<br>**Southern Association of Colleges and Schools,**<br>**Commission on Colleges** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Management |
| **Tulsa Community College**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | ASSOCIATE'S OF APPLIED SCIENCE<br>• Aviation Sciences Technology<br>• Air Traffic Control |
| **University of Alaska Anchorage**<br>**Northwest Commission on Colleges and Universities** | BACHELOR OF SCIENCE<br>• Aviation Technology ATC emphasis<br><br>ASSOCIATE'S OF APPLIED SCIENCE<br>• Air Traffic Control |
| **University of North Dakota**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautics w/ Major in ATC |
| **University of Oklahoma**<br>**North Central Association of Colleges and Schools,**<br>**The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Management (ATC Minor)<br>• Aviation-Air Traffic Management<br>• Aviation Professional Pilot (ATC Minor) |

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Vaughn College of Aeronautics and Technology**<br>**Middle States Commission on Higher Education** | ASSOCIATES OF APPLIED SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Electronic Engineering Technology (Avionics Option)<br><br>BACHELOR OF SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Airline Management<br>• Aviation Maintenance Management<br>• Airline Management<br>• Electronic Engineering Technology (Avionics Option) |
| **Western Michigan University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Flight Service<br>• Aviation Maintenance Technology<br>• Aviation Science and Administration |

## Adding, Deleting, or Changing a Degree Program

Schools will be allowed to add, remove, or modify a degree program once a year based on the needs of the institution.

### Adding a Degree Program

If a current partner institution has the need to add a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office requesting the addition of the degree; include the degree type, (i.e. Associate's or Bachelor's degree) and a projected date of the first degree awarded.

    **Using a template provided by the CTI Program Office**

- List all the required classes for the degree and catalog description of the courses included in the degree

- A mapping of the FAA required AT Basics Objectives to the applicable courses within the degree where the material is taught (See Sample ATTACHMENT 1)

The FAA will issue a letter to the institution through the Program Office advising as to whether the degree will be accepted. The institution must maintain all supporting documentation including syllabi and testing instruments to validate that AT Basics are taught in the courses outlined. The FAA may approve this degree and validate the package through a site visit or remote validation.

### Modifying a Degree Program

If a current partner institution has the need to add a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office requesting the modification of the degree and a catalog description of the courses included in the degree

### Using a template provided by the CTI Program Office

- A  document, listing all the required classes for the degree

- A document providing a mapping of the FAA required AT Basics Objectives to the applicable courses within the degree where the material is taught (See Sample ATTACHMENT 1)

The FAA will issue a letter to the institution through the Program Office advising as to whether the degree will be accepted. The institution must maintain all supporting documentation including syllabi and testing instruments to validate that AT Basics are taught in the courses outlined. The FAA may approve this degree and validate the package through a site visit or remote validation.

## Removing a Degree Program

If a current partner institution has the need to remove a degree program, they will submit:

- An electronic letter on institution letterhead to the FAA CTI Program Office advising that they will no longer offer a previously approved degree and a projected date of the last degree awarded for CTI purposes

10

# Partnership Agreement

## 1. Background

The Federal Aviation Administration (FAA) and the Collegiate Training Initiative (CTI) Participant, desire to collaborate via this partnership agreement to best serve the interests of both parties.

## 2. Purpose and Scope

The FAA has established the Collegiate Training Initiative (CTI) program for the purpose of implementing the FAA's intent of using collegiate aviation as one of the primary means of meeting the future needs of the agency for air traffic control specialists (ATCS).  The purpose of this partnership are to encourage and facilitate collaborative efforts between the two parties with respect to an emphasis on collegiate aviation as an active source of future recruitment of ATCS's, and to promote a collegial environment wherein knowledge is shared with mutual respect for the institutional goals of each party.  The intent of this document is to express the desire of the FAA to work in cooperation with CTI Institutional Participant to achieve the goals of the CTI program.  Nothing contained herein is intended to prohibit either party from collaborating with any other organization, entity, or individual in the subject areas of interest.

## 3. Funding

This partnership agreement in no way obligates the FAA to any financial expenditure.  Activities carried out by each party in support of this partnership are to be funded by the respective parties.  Nothing contained herein is intended to prohibit either party from seeking and awarding funding available under any other program.

## 4. Term of Agreement

This partnership shall commence as of the last date entered in the signature block of the agreement.  It may be terminated by either party after thirty (30) days written notice to the other party.

Recruitment of CTI program graduates will not be in effect until completion of all FAA recommendations, which have been communicated to the institution.  Upon completion and approval of these activities by the specified FAA organizations, eligible program graduates can be considered for employment.

## 5. Amendments

This partnership agreement may be modified only by a written amendment.  Any amendment must be jointly executed by the duly authorized representatives of both parties.

## 6. Roles, Responsibilities, and Expectations

### Federal Aviation Administration

- Provide access to current CTI-related technical documents (orders, directives, etc.)
- Provide electronic versions or a single hard copy of curriculum materials and guidance to include lesson plans, student handouts, and multimedia materials
- Provide technical advice and support
- Provide academic diagnostic testing materials
- Provide institutions with feedback

11

- Establish appropriate forums for regular communication among participating institutions and the FAA

- Consider recommended graduates for employment on the basis of FAA needs

### CTI Institutional Participant

- Ensure that the curriculum satisfies the CTI teaching objectives

- Ensure that the faculty is knowledgeable in current air traffic policies, procedures, and curriculum

- Provide counseling for students in all aspects of the CTI program

- Ensure that CTI-related advertising accurately reflects the intent of the CTI program, including employment opportunities

- Provide an institutional recommendation for employment



Broward University

## 7. CTI Program Graduate Qualification Requirements and Expectations

To qualify for employment consideration with the FAA, CTI program graduates must meet all legal and regulatory requirements including, but not limited to, the following:

- Achieve a qualifying score on the current FAA testing procedures

- Successfully complete the FAA interview process

- Receive institutional recommendation

- Meet entry level ATCS medical standards

- Pass a pre-employment drug test

- Pass the background investigation for security and suitability

- Have U.S. citizenship

- May not have reached their 31st birthday prior to initial appointment in the terminal or en route options

- Complete institutional graduation requirements

- Complete course work including all CTI-specific required courses

- Be able to read, write, and understand the English language and speak it rapidly without accent or impediment of speech that would interfere with two-way radio conversation

## 8. Summary

The FAA's employment goals include a need for a highly trained work force and the desire to enhance the cultural diversity of the work force. For any CTI graduates selected for employment, the FAA's intent is to assign these employees to targeted geographical areas. However, the actual assignments for the employees selected from the CTI program will depend upon the current needs of the FAA. CTI program graduates must understand that employment is not guaranteed for any individual.

# Human Resources Policy

## Human Resources Operating Instruction (HROI) - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures (SOP)

***This HROI established:*** *April 1, 2007*
***This version effective:*** *April 1, 2007*
***Use this HROI in conjunction with:***

- *HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates*
- *EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options*

1. **Purpose:** This document implements the Standard Operating Procedures (SOP) for the Air Traffic - Collegiate Training Initiative (AT-CTI) Program and provides instructions and guidance to all FAA offices to assist them in implementing these procedures.

2. **Background**: In 1990, the FAA established the AT-CTI program for the employment of Air Traffic Controllers. Graduates who meet the basic qualification requirements for the AT-CTI program may be considered for employment in terminal and en route facilities.

3. **Definitions:**
   a. **AT-CTI. Air Traffic – Collegiate Training Initiative:** A program established for the employment of entry level Air Traffic Controllers in the terminal and en route options.
   b. **AT-CTI Inventory:** A centralized register of AT-CTI candidates maintained by the Aviation Careers Division. The AT-CTI Inventory tracks important information about applicant eligibility including graduation date, recommendation status, and AT-SAT score. This inventory is used for placement and hiring of AT-CTI students.
   c. **AT-SAT Air Traffic – Selection and Training:** A required computer-based entrance exam for the Air Traffic Controller occupation in the terminal and en route options.
   d. **NET. Notice of Eligibility to Test:** A notice issued by the Aviation Careers Division that authorizes applicants to take the AT-SAT test.
   e. **NOTR. Notice of Test Results:** A notice issued by the Aviation Careers Division that provides the results of the AT-SAT test. This notice does not indicate employment eligibility.
   f. **On-Hold Rule:** An AT-SAT score of 70 or above will be placed in a hold status for students in the AT-CTI program until the candidate graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for three years from the candidate's graduation or eligibility date. The On Hold Rule applies to ATÂ¬CTI candidates only.

4. **AT-CTI Program Management Responsibilities**
   a. ATO-A, the Office of Acquisition & Business Services within the Air Traffic Organization (ATO):

      i. Serves as the Program Manager for the AT-CTI program and as liaison between the colleges and the FAA.
      ii. Funds the administration of the AT-SAT test.

   b. Office of Human Resources Management Programs and Policies, AHP, supports Acquisition & Business Services by developing and managing issues and policies relating to the qualifications, recruitment, and employment of AT-CTI graduates.
   c. AMH-300, the Aviation Careers Division within the Office of Human Resource Management:

13

      i.  Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI Inventory, and authorizes pre-employment testing of all AT-CTI students

     ii.  Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.

d.  The Office of Aerospace Medicine develops policy and manages the medical clearances for AT-CTI graduates.

e.  The Assistant Administrator for Security & Hazardous Materials develops policy and manages the security clearances for AT-CTI graduates.

5.  **Management of the AT-CTI Inventory:** The Aviation Careers Division is responsible for the overall management of the AT-CTI Inventory.

  a.  Establishment of the AT-CTI Inventory: All AT-CTI schools will provide the Aviation Careers Division an electronic list of students enrolled in the AT-CTI Program. This list should be provided as soon as practical after enrollment in the ATÂ¬CTI program. The list will include:

      i.  Student Name
     ii.  Address
    iii.  Daytime Phone Number
    iv.  Nighttime Phone Number
     v.  Email address
    vi.  Social Security Number
   vii.  Date of Birth
  viii.  Projected Graduation Date
    ix.  Date Additional Course of Instruction

  b.  Maintenance of the AT-CTI Inventory: The Aviation Careers Division establishes and maintains a roster of AT-CTI students and an inventory of eligible candidates. Candidate records are updated by the Aviation Careers Division to reflect changes or corrections as reported by the student/graduate or the AT-CTI school as appropriate. Information in each record includes:

      i.  Personal Information including the data listed in paragraph 5a.
     ii.  AT-CTI School
    iii.  AT-SAT Score
    iv.  Graduation Date
     v.  Employment Eligibility Status
    vi.  Geographic Preference
   vii.  Cumulative Grade Point Average
  viii.  Veterans' Preference
    ix.  Self-Certified Citizenship
     x.  Military Discharge Date

  c.  Removal from the AT-CTI Inventory: There are several ways in which a candidate will be removed from the AT-CTI Inventory including:

      i.  FAA approved AT-CTI school official does not recommend the candidate.
     ii.  Candidate does not achieve a passing score on the AT-SAT test after two consecutive attempts.
    iii.  The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.
    iv.  Candidate reaches age 31.
     v.  The candidate fails to meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6.

6.  **Basic Qualification Requirements for AT-CTI Graduates:** To be considered for employment with the FAA, AT-CTI graduates must:

14

    a.  Successfully complete the FAA approved AT-CTI program including:

        i.  Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.

        ii.  Receiving an institutional recommendation for employment from an authorized school official.

    b.  Achieve a passing score (70 or above) on the AT-SAT test.

    c.  Be a United States citizen at the time of application for the AT-SAT test.

    d.  Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.

    e.  Meet FAA medical, security, and suitability requirements; and

    f.  Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

7.  **Eligibility Requirements for AT-CTI Graduates:** The AT-CTI Program is designed to provide the FAA with qualified applicants for air traffic controller positions who possess a broad-based knowledge of the aviation industry with specific education in air traffic control. Due to the education received at approved AT-CTI schools, candidates hired through this program are authorized to by-pass the Air Traffic Basics Course at the FAA Academy in Oklahoma City.

    a.  AT-CTI Eligibility: Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.

    b.  Extending AT-CTI Eligibility: Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.

    c.  Establishing Eligibility for Previous AT-CTI Graduates: Students who graduated from an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

        i.  (1) The candidate is within two years of their graduation date. (Note: With regard paragraph 7ci, AT-CTI graduates who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)

        ii.  The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6 of this document.

        iii.  The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

        iv.  The candidate may be authorized to take the AT-SAT exam.

        v.  The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

        vi.  Candidates may apply for an eligibility extension in accordance with paragraph 7b of this document.

    d.  Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program may not reapply through this hiring source.

8.  **Administration of AT-SAT Testing:** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. The Aviation Careers Division is responsible for coordinating AT-SAT testing for AT-CTI students. The following guidelines are used for the

administration of AT-SAT testing:

    a.  The Aviation Careers Division issues the authority for AT-CTI students to take the AT-SAT test.

    b.  To qualify for AT-SAT testing, AT-CTI students must:

        i.  Have completed specific coursework at the AT-CTI school indicating commitment to the program. Qualifying coursework is determined by the AT-CTI school and approved by the FAA.

        ii.  Be identified by an authorized school official as an AT-CTI student.

        iii.  Submit a signed self-certification of citizenship to the Aviation Careers Division.

        iv.  Be able to provide own transportation to and from the test site.

        v.  Meet FAA testing parameters at time of testing.

    c.  The Aviation Careers Division issues a Notice of Eligibility to Test (NET) authorizing candidates to be tested.

    d.  The Aviation Careers Division provides a Notice of Test Results (NOTR) to each candidate and updates the AT-CTI Inventory to reflect the AT-SAT score.

    e.  The On-Hold Rule for the AT-SAT test score is used.

    f.  Candidates who take the AT-SAT exam for the first time and fail must wait one year from the date of the initial exam before retesting.

    g.  Candidates who take the AT-SAT exam and achieve a passing score are not authorized to retake the test under the AT-CTI Program to improve their test score.

    h.  Candidates who take the test and do not achieve a passing score after two consecutive attempts are not allowed to retake the test through the AT-CTI program. This does not preclude them from applying through other hiring methods.

    i.  The second AT-SAT score will replace the first AT-SAT score regardless of the outcome.

9.  **Employment of AT-CTI Graduates:** Employment of AT-CTI graduates in the En Route & Oceanic Service Unit and Terminal Service Unit is in accordance with established FAA hiring policies and practices used to fill air traffic control positions.

## Human Resources Operating Instruction (HROI) - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates

*This HROI established: May 26, 2006*
*This version effective: April 1, 2007*
*Use this HROI in conjunction with:*

- EMP-1.10 Permanent External Hiring
- EMP-1.11 Temporary External Hiring
- EMP-1.20 Maximum Entry Age for Air Traffic Control Specialists
- EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

### Background Information

The FAA AT-CTI program is a separate and distinct recruitment source for terminal and en route air traffic controller candidates. This group of candidates consists of graduates from certain colleges and universities that provide a pre-approved major course of study and recommendations for employment.

All AT-CTI candidates must obtain passing AT-SAT scores.

Because the AT-CTI curriculum provides appropriate education, experience, and training which meet the basic requirements for the terminal and en route air traffic occupations, AT-CTI graduates may be permitted to bypass some of the FAA Academy's Air Traffic Control Training program.

The Aviation Careers Division (AMH-300) maintains an inventory of eligible AT-CTI candidates. Referral eligibility for the candidates is initially a three-year period after graduating from a CTI college or university. Eligibility to remain in the CTI inventory expires if the candidate is not referred or is not selected during the initial three-year eligibility period.

This Human Resources Operating Instruction (HROI) establishes a process for extending candidates' eligibility on the AT-CTI inventory. Candidates may request one-year eligibility extensions. This change will help the FAA successfully fulfill the Controller Workforce Plan to increase hiring of air traffic and en route controllers by maintaining a ready source of candidates in a viable active inventory of eligible AT-CTI candidates.

### General Requirements

- Candidates whose three-year eligibility on the inventory has expired or will expire within 60 calendar days may apply to continue to have their names on the inventory.
- Candidates who reestablish eligibility under this policy will be eligible for one additional year from the date that AMH-300 approves the request. Candidates may continue to reapply and have their names placed on the inventory in one-year increments after each additional year expires, until they reach the maximum entry age.
- If applicants have a valid Air Traffic Selection and Training (AT-SAT) test score in accordance with EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options, they will not be required to retest. Approval will be based on all requirements being met.
- Candidates whose air traffic control specialist pre-employment test score expires prior to their being granted an extension must take and pass the AT-SAT examination in order to be eligible for an extension. Special testing sites will not be provided. Testing will be done in conjunction with current AT-CTI school testing. Applicants should keep in contact with AMH-300 for future testing cycles.
- Candidates who receive two consecutive non-qualifying AT-SAT test scores will not be allowed to retake the test for entrance on the AT-CTI inventory. This does not preclude candidates from applying through other hiring methods (e.g., general public announcement); however, they must wait the allotted time in accordance with national policy from the date of their last test.

17

- The Air Traffic Organization (ATO) may require that candidates who are granted these extensions take refresher training or take portions of the FAA Academy Air Traffic Training program that AT-CTI graduates are normally permitted to bypass.

## Who is eligible?

To apply for an extension, applicants must meet all of the following requirements:

- Have been identified by an AT-CTI school,
- Have received an AT-CTI school recommendation,
- Have passed a pre-employment test,
- Have submitted all appropriate paperwork to AMH-300 (i.e., geographic preference sheet, etc.), and
- Be under the maximum entry age.

**Please Note:** In addition to meeting the requirements stated above, applicants are required to have a valid AT-SAT test score of 70 or higher before an extension is approved.

## Who is not eligible?

Applicants who meet one of the following conditions under the AT-CTI program are not eligible to request an extension:

- Removed - Suitability,
- Removed - Medical,
- Failed to respond to official correspondence,
- Correspondence returned unclaimed, or
- Over the maximum entry age.

## How to apply?

Applicants must complete and return the Request for Air Traffic Collegiate Training Initiative Extension form (MS Word) to AMH-300 using one of the following methods:

- Fax to 405-954-8531, or
- E-mail to 9-amc-amh-cti@faa.gov, or
- Regular mail to:
  Aviation Careers Division
  AMH-300
  P.O. Box 25082
  Oklahoma City, OK 73125

## Extension Procedures

**Step 1. The AMH-300 AT-CTI Program Manager will:**

- Verify applicant record to ensure that eligibility requirements are met,
- Notify applicant of eligibility/ineligibility for extension and to include notification that AT-SAT testing will be scheduled at a later date, and
- Send applicant's name to the AMH-300 Testing Officer with the next group of AT-CTI applicants who are authorized to take AT-SAT.

**Step 2. The AMH-300 Testing Officer will send authorized applicant's name to AT-SAT Test Administrator.**

**Step 3. AT-SAT Test Administrator will:**

- Notify applicant,
- Schedule applicant to test (applicant will be tested with AT-CTI schools),
- Administer AT-SAT test, and
- Send test results to AMH-300 Testing Officer.

**Step 4. The AMH-300 Testing Officer will:**

- Enter all test results into database, and
- Notify the AMH-300 AT-CTI Program Manager that all test scores have been processed.

**Step 5. The AMH-300 AT-CTI Program Manager will:**

- Notify applicant of approval/disapproval of extension, which includes test score results and/or eligibility/ineligibility to apply for future extensions, and
- Place applicant's name on the inventory for one year from the date of approval.

## Maximum Entry Age

This policy does not change or supersede any laws, regulations, or agency policies related to the maximum entry age for air traffic controllers.

## Points of Contact

Questions about this guidance should be directed to the ATO Support Team, AHR-4, on (202) 267-9862.

## HRPM EMP-1.7 (Series 2152) Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

Updated: 10:23 am ET June 11, 2010

**This Supplement applies to:** Filling entry-level air traffic control specialist (ATCS) positions in the terminal and en route options.

**Supplement established on:** April 1, 2007

**This version effective:** April 1, 2007

**Use this supplement in conjunction with:** EMP-1.7, Qualification Requirements

**Background information:** This supplement replaces Policy Bulletin #8. Changes were made in this supplement to include increasing the valid period of an Air Traffic Selection and Training test score from 2 years to 3 years. Other changes made were to bring the document into agreement with the Air Traffic Organization (ATO) structure.

Changes made to this document were coordinated between AHR and ATO. References to ATO internal administrative processes, roles, and procedures have been deleted. Responsibility for determining who must take AT-SAT was deleted as that is covered by this supplement and would be covered by the change procedures for the Human Resources Policy Manual. Reference to Human Resources Management Division, Mike Monroney Aeronautical Center, AMH-1, internal standard operating procedures has also been deleted.

1. **Policy:** Individuals covered by this supplement are required to pass Air Traffic Selection and Training (AT-SAT) prior to employment as an entry level ATCS in the terminal and en route options. AT-SAT is used in place of the Office of Personnel Management (OPM) written test for ATCS candidates and any further screening previously required, specifically the FAA Academy Screening Program or the Pre-Training Screen.

    a. All candidates must meet the established qualification requirements or alternatives in accordance with the guidelines contained in EMP-1.7, Qualification Requirements.
    b. Applicants seeking entry-level positions in the flight service option are subject to passing the OPM test for ATCS positions.

2. **Definitions:**

    a. **AT-CTI - Air Traffic Collegiate Training Initiative:** A program established for employment of entry level ATCS in the terminal and en route options.
    b. **AT-SAT - Air Traffic Selection and Training:** Computer based examination that screens potential candidates for entry-level ATCS positions in the terminal and en route options.
    c. **COTR - Contracting Officer's Technical Representative:** Refers to a Government employee who certifies payment and coordinates contracts with the contractor.
    d. **NET - Notice of Eligibility to Test:** A notice issued applicants to take the AT-SAT test.
    e. **NOTR - Notice of Test Results:** A notice that does not reflect eligibility for ATCS positions, but gives results of the test.
    f. **"On-Hold" Rule:** Students in the AT-CTI program with an AT-SAT score of 70 or above will be placed in a "hold" status until the applicant graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for 3 years from the student's graduation date. The "on-hold rule" applies only to those students in the AT-CTI program.
    g. **SMS -Score Management System:** A database that stores and maintains applicant AT-SAT

test scores.

h. **VRA - Veterans Readjustment Appointment:** A special appointing authority by which agencies can, if they wish, appoint eligible veterans without competition to positions up to the applicable pay band permitted by FAA policy.

3. **Coverage:**

   a. The following groups of individuals must pass AT-SAT to be eligible for selection for entry level terminal and en route ATCS positions:

      i. Individuals applying under a vacancy announcement open to the general public;
      ii. Candidates applying based on successful completion of AT-CTI programs;
      iii. Individuals who are part of the OPM inventory who did not take and successfully pass the Pre-Training Screen;
      iv. Former military personnel (with or without ATC experience) who apply to a specific vacancy announcement that states that passing AT-SAT is a qualification requirement;
      v. Entry level internal applicants (e.g., selections under provisions outlined in EMP-1.14, Permanent Internal Assignments).

   b. The following groups of individuals shall not be required to take AT-SAT to be eligible for selection:

      i. Former FAA controllers seeking reinstatement (e.g., former PATCO controllers);
      ii. Former military controllers who are eligible and are selected under a Veterans Readjustment Appointment (VRA);
      iii. Department of Defense civilian controllers (DOD 2152's);
      iv. Former military controllers selected under the Retired Military Air Traffic Controllers Program.

4. **Program Administration**

   a. **Test Administration:**

      i. **Contractor conducted testing:** AT-SAT may be administered by a test company awarded an FAA-wide government contract to provide AT-SAT testing services.
      ii. **Government conducted testing:** Under special circumstances, ATO may request that AHR conduct testing at certain locations without the involvement of the contractor.
      iii. **Selection to take AT-SAT:** Passing AT-SAT is an eligibility requirement for entry-level employment in the terminal or en route options. Selection to take the test battery shall be in accordance with merit principles.

   b. **Travel and transportation to an AT-SAT test site:** Applicants are responsible for all travel expenses incurred to and from an AT-SAT test site.

   c. **Re-testing or re-examination using AT-SAT:**

      i. Re-testing is not guaranteed: Applicants must apply through an appropriate and available hiring procedure or be participating in a recognized AT-CTI program to be considered for re-testing.
      ii. **Individuals who pass:** Applicants who pass the AT-SAT with a score of 70 or above are eligible to retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.
      iii. **Individuals who fail:** Applicants who fail the AT-SAT with a score of below 70 may retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

    iv. **Individuals who do not complete taking AT-SAT:** Applicants who do not complete the test may retest one year (12 months) from the initial test date.

    v. **Exceptions to the one-year waiting period:** Exceptions to the one-year waiting period may be made in situations where candidates are unable to complete the test for technical reasons such as power failure, where the test administrator must stop the test for other reasons that are outside the candidate's control, and in a limited number of other cases as specified by the agency.

  **d. Valid period**: Applicants' scores are valid for 3 years, except for AT-CTI students who use the "on-hold" rule. AT-SAT results may be used for any hiring source during the valid period.

  **e. Qualification Requirements**: All qualification requirements of the position to be filled (e.g., maximum entry age, etc.) must be met before entering on duty.

**5. Program Responsibilities:**

  **a. Office of Human Resources Management Programs and Policies, AHP, is responsible for:**

    i. Conducting testing and providing the COTR for test administration contracts;
    ii. Testing procedures;
    iii. Exceptions/decisions to re-test candidates that are not addressed in the standard operating procedures (SOP's);
    iv. Resolving unusual testing problems;
    v. Approving/disapproving requests received from ATO for special testing sessions;
    vi. Responding to inquiries from outside entities (e.g., Congress, etc.);
    vii. Certifying contractor invoices for payment; and
    viii. Contacting the contractor regarding any incidents.
    ix. Programming, maintenance, and operation of staff acquisition software applications and appropriate interfaces to:
      i. Support the generation of lists of applicants eligible for AT-SAT testing
      ii. Record applicant AT-SAT test scores for use in referral of applicants; and
    x. Providing user instructions, training, and technical support to AMH-300 relative to the staff acquisition software applications and interfaces.

  **b. Vice President of Business and Acquisition Services, ATO-A, is responsible for:**

    i. Communicating the ATO's testing needs and hiring requirements to AHR;
    ii. Funding AT-SAT testing.

  **c. Office of Human Resource Management, Aviation Careers Division, AMH-300, is responsible for:**

    i. Exchanging information about examinees with the test administration contractor;
    ii. Day to day resolution of testing problems such as determining if "no-shows" may be re-scheduled, etc.;
    iii. Maintaining the SMS database of who has taken AT-SAT and their scores;
    iv. Serving as the single point of contact for the contractor for issuing test authorizations;
    v. Providing the names of AT-CTI candidates to be tested;
    vi. Resolving candidate problems, such as authorizing extensions for testing periods or retest issues;

**6. Recruitment:** See the Human Resources Policy Manual (HRPM) chapters Permanent External Hiring

(EMP-1.10) and Permanent Internal Assignments (EMP-1.14).

7. **Referral of Applicants**: The category grouping method, in which candidates are divided into "qualified" and "well qualified" groups, is mandatory when referring applicants who have passed AT-SAT. AMH-300 is responsible for grouping candidates. Applicants are grouped as follows:

   a. Well-Qualified applicants are those who passed AT-SAT with a score of 85 or higher.
   b. Qualified applicants are those who passed AT-SAT with a score of 70-84.9. The provisions outlined in EMP-1.12, Veterans' Preference in Hiring, apply when making selections under external competitive appointment procedures. Also refer to the HROI entitled, Method of Evaluating Candidates.

**Note:** This section should not be interpreted to mean that only scores of 85 or above are acceptable. Using the category ranking method, selecting officials may request the names of all candidates or only those in the well-qualified group (all CP and CPS veterans who pass the test must be referred regardless). If there are an insufficient number of candidates in the well qualified group, all candidates from the qualified group must be considered before resorting to testing more applicants for the same hiring effort.

8. **Exceptions**: Requests for exceptions to provisions of this policy should be submitted to the Manager, HR ATO Support Team. Exceptions are considered on a case-by-case basis. A request for an exception must clearly describe the exception requested, the reason for the request, and the impact if the request is granted.

---

**Related Information**

**Policies**
EMP-1.7 Qualification Requirements
EMP-1.10 Permanent External Hiring
EMP-1.12. Veterans' Preference in Hiring
EMP-1.14 Permanent Internal Assignments

**Human Resource Operating Instructions**
Method of Evaluating Candidates
Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

## Citizenship Documentation

In order to apply for a federal job you must be a citizen of the United States.

### Born in the United States

A birth certificate provides proof of citizenship. To obtain a copy of your birth certificate, contact the Bureau of Vital Statistics in the State in which you were born. There is no "citizenship document" for a person who is a citizen by birth in the United States.

### Born Outside the United States

The citizenship of someone born outside of the United States, as the child of a U.S. citizen parent, could vary depending on the law in effect when the birth took place.  In most cases citizens born outside the U.S. requires a combination of evidence showing at least one parent being a U.S. citizen when the child was born and having lived in the United States or its possessions for a period of time.

To apply for recognition of citizenship, you must have:

- A Consular Report of Birth Abroad, or FS-240, which provides proof of citizenship if your birth was registered at the nearest U.S. consulate when you were born.

- If you are already in the United States, apply for a Certificate of Citizenship. Use Form N-600 available at the US Citizenship and Immigration Service website : http://www.uscis.gov

### Naturalized Citizen or Derivative Citizen

Naturalization Certificate or Certificate of Citizenship serves as proof of citizenship.  If you have lost either of your certificates, you can apply for a replacement using Form N-565 available at the US Citizenship and Immigration Service website:   http://www.uscis.gov

# AT-SAT

## Air Traffic Selection and Training (AT-SAT)

AT-SAT is a computer-based examination that assesses if job applicants have certain characteristics needed to perform effectively as air traffic controllers. Some of the abilities and characteristics assessed by AT-SAT include:

- Prioritization
- Decisiveness
- Tolerance for high intensity
- Problem solving
- Composure
- Visualization
- Planning
- Working cooperatively

- Execution
- Numeric ability
- Thinking ahead
- Working with angles
- Taking charge
- Movement detection
- Reasoning

The total maximum time to take AT-SAT is eight hours. Included in this testing time are two scheduled 15-minute rest breaks and a maximum 45-minute lunch break.

There are eight tests within AT-SAT. These are called:

- Scan
- Dial Reading
- Angles
- Applied Math

- Experience Questionnaire
- Analogies
- Letter Factory
- Air Traffic Scenario

Each sub-test starts with a section explaining the test and providing ungraded practice questions. The more complex tests have correspondingly more extensive explanations and practice questions.

## SCAN

In this test, multiple moving blocks of data appear at random on the computer screen. The numbers that appear in the data blocks will be either inside or outside a specific range displayed on the bottom of the computer screen. Scoring of the test is based on how quickly and accurately candidates can identify data blocks with numbers outside the specified range.



Type the identification numbers contained in the data block with lower line numbers falling beyond the range (360-710).

25

## READING



Air traffic controllers must be able to perceive visual information quickly and accurately and perform simple processing tasks like comparisons. The Dial Reading Test assesses ability to read dials quickly and accurately.

Temp.

1) 22     2) 24     3) 28     4) 30     5) 45

## ANGLES

Air traffic controllers must recognize angles and perform calculations based on those angles. The Angles Test measures the ability to perform these tasks.







## APPLIED MATH

This test consists of word math problems with four possible answers for each problem. All of the questions involve calculating time, distance, or speed based on information given in the problem. All problems involve the movement of aircraft. Knowledge of knots or nautical mile terminology is not required to determine the answer. Scoring of the test is based on the number of problems answered correctly.

## EXPERIENCE

Air traffic controllers must possess certain work-related attributes to perform their job well. The Experience Questionnaire determines whether candidates have these attributes by asking about past experience. There are no correct or incorrect answers. People will respond differently based on what is true for themselves.

26

## ANALOGIES

Air traffic controllers must solve reasoning problems by knowing which rules apply to a situation and then applying those rules. The Analogies Test measures reasoning ability in applying the correct rules to solve the problem. The test consists of both text and visuals.





## LETTER FACTORY



FIG. 1

This test measures three abilities required to perform the air traffic controller job:

1. Planning and deciding what action to take in a given situation
2. Thinking ahead to avoid problems before they occur
3. Maintaining awareness of the work setting

In the first of several scenarios, letters move down each conveyer belt as show in Figure-1. Candidates must place the correctly colored letter in the correct color box at the bottom of the diagram using the computer mouse. Candidates are asked to move empty boxes from the storage area to the loading area, order new boxes when supplies become low, and call Quality Control when "defective" letters appear. They are also asked to answer multiple choice questions about the letter factory display.



FIG. 2

Figure-2 shows the second type of question used in this test. Candidates are asked to answer multiple "situational awareness" questions based on the rules provided for this test and previous test scenarios.

27



**Air Traffic Scenarios**

This test simulates air traffic situations and measures the ability to safely and efficiently guide airplanes. The test uses simple rules and does not require that candidates have knowledge of air traffic control.

Candidates are presented with simulated air traffic situations. Aircraft appear on the screen and must be routed to an appropriate exit or airport. All situations involve the movement of aircraft. Scoring of the test is based on how quickly and accurately the aircraft are directed to their destinations. There are practice and graded scenarios of different lengths and complexity.

**HELPFUL HINTS**

1. Arrive for the testing session on time.
2. Take the rest breaks provided. Some of the tests can be mentally taxing. The test breaks are organized to help you concentrate and stay alert and relaxed.
3. Read the directions. The directions do not try to fool or trick you, but some of the questions are quite challenging. Frequently, when people have problems with a test, it is because they did not pay attention to the directions.

Test administrators are not permitted to answer questions about the test or the rules provided.

*AT-SAT Register*

The AT-SAT eligibility register is provided by the partner institutions to Aviation Careers in order to schedule AT-SAT testing. The AT-SAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before the anticipated graduation date and the scores are good for three years. If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list.

The partner institution must submit a list of eligible candidates for the AT-SAT test when requested by Aviation Careers. Aviation Careers will send the list back to the institution for corrections and amendments. Once the list is closed, schools will have to wait on the next call for AT-SAT candidates.

*Testing Eligibility and Submission of Testing List*

**Initial AT-SAT Testing**

In an effort to ensure that all students who are entitled to take the AT-SAT test have their names submitted in a timely manner, the following process will be used.

CTI partner institutions, will submit the names of those students who are within 12 months of graduation, enrolled in a FAA-approved degree program, and eligible for AT-SAT testing on or before the designated due date as advertised by Aviation Careers. No amendments will be accepted after the due date unless initialized by the FAA.

- The names must be submitted on a spreadsheet provided by Aviation Careers without modification of the columns, rows, or formulas.

- Amendments and corrections will be accepted up to the cutoff date. All amendments must be sent using the same spreadsheet. This amended/revised spreadsheet will replace all previous submissions.

Once a student's name has been submitted, the school should assume that the student was scheduled for and completed the test.

If a student was contacted, and was either not able to schedule the testing for which their name was submitted, or was scheduled and was not able to take the test:

If the student has:

- NOT GRADUATED: The student must notify the school that his/her name needs to be resubmitted for AT-SAT testing. Schools must submit the student for the next cycle of testing.

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the next testing cycle. His/her name must have been previously submitted by the school.

**Retaking the AT-SAT Test**

A student who scored less than a 70 on the initial AT-SAT testing may retake the AT-SAT test -one year after the initial test.

If the student has:

- NOT GRADUATED: The student must notify the school that his/her name needs to be resubmitted for AT-SAT testing. Schools must submit the student for the next cycle of testing.

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the list for the next testing cycle.


A student took the test before graduation and scored at least a 70 on the AT-SAT test may retake the test three years after graduation or three years from the test date if the test was taken after graduation.

If the student has:

- GRADUATED: The student must contact Aviation Careers  at the address below and request to be placed on the next testing cycle.

       Aviation Careers Division
       AMH-300
       P.O. Box 25082
       Oklahoma City, OK 73125
       Phone: (405) 954-4657
       Fax: (405) 954-8531
       Email: 9-AMC-AMH-CTI@faa.gov

# Hiring Process

Each year the Air Traffic Organization determines the field needs for controllers. Each facility determines the number of controllers that are retiring, moving for promotion, etc. These needs are forwarded to the ATO to determine a "hiring plan" for the year. Announcements are created based on these needs.

The ATO assembles Centralized Selection Panels with selecting officials from each of the service units and representatives from each service area. These officials are provided with lists of candidates from each announcement that have been deemed "qualified."

List may include:

- Veteran's Readjustment Appointment (VRA)
- For Retired Military Controller (RMC)
- For Certified Tower Operator (CTO)
- For Reinstatement eligible former FAA CPC ATCS and EVHO
- For Reinstatement eligible former DOD ATCS and EVHO
- General Public

Tentative selections are made by the teams for each facility through their representatives at the hiring panel.  Aviation Careers then must review the list to ensure that selections were made in accordance with applicable laws and criteria (i.e., veterans are considered as required; well-qualified lists are exhausted before qualified).

After all selections for interviews are made the interview process is started. Qualified interviewers and potential employees receive an email indicating that they need to set up an interview. The candidate will be interviewed and a recommendation will be made to the ATO.

Once the ATO receives all recommendations, Aviation Careers will send tentative offer letters to candidates. These letters differ depending on the service unit.  En route letters will indicate the facility to which the applicant has been assigned and the terminal letter will indicate the state to which the applicant has been assigned.

Each applicant will then begin the suitability process of medical, pre-employment clearances including security process. This process can take between 30 and 90 days. There may be a temporary waiver pending a full security and medical clearance, if necessary. If there are issues with the initial investigation this process could take longer.

After completion of the pre-employment clearances, Aviation Careers begins the process of working with the Academy on class dates in accordance with facility hiring needs throughout the fiscal year. The applicant will receive a Firm Offer Letter (FOL) approximately 30 days before their Academy date.

## Air Traffic Centralized Hiring Process



ATCS Centralized External Hiring – High Level Process
March 2011

High Level Process Flow

Page 1

[1] CTI students are required to take the AT-SAT test prior to graduating.
[2] ATO may elect to send Reinstatement candidates to Academy training.

# Controller Hiring

| Category | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY | 2006 | 2006 | 2007 | 2007 | 2008 | 2008 | 2009 | 2009 | 2010 | 2010 | 2011 | 2011 | 2012 | 2012 | 2013 | 2013 |
| CTI Schools | 544 | 49% | 1019 | 56% | 823 | 37% | 335 | 19% | 252 | 25% | 245 | 29.7% | 467 | 50.5% | 360 | 65% |
| General Public | 44 | 4% | 130 | 7% | 653 | 30% | 1134 | 66% | 519 | 52% | 390 | 47.3% | 268 | 29% | 63 | 11% |
| VRA | 404 | 36% | 605 | 33% | 644 | 29% | 218 | 13% | 177 | 18% | 126 | 15.3% | 133 | 14.4% | 88 | 16% |
| All Others | 124 | 11% | 61 | 3% | 54 | 2% | 29 | 2% | 28 | 3% | 63 | 7.6% | 57 | 6.1% | 41 | 7% |
| GRAND TOTAL | 1116 | | 1815 | | 2196 | | 1731 | | 998 | | 824 | | 925 | | 552 | |

Through 04/20/2013



Figure 5.1 Controller Hiring Profile

*Source:  A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2012 – 2021*
*http://www.faa.gov/air_traffic/publications/controller_staffing/media/CWP_2011.pdf*

## FY13 Hiring Plan

| FY | Terminal | % | En Route | % | Total |
|---|---|---|---|---|---|
| FY 2013 | 528 | 46.3% | 612 | 53.7% | 1140 |

33

# Medical Investigation

**Individuals must pass a rigid medical exam, which includes:**

- **Vision Standards** — Applicants for ATCS employment in an en route center or a terminal must have distant and near vision of 20/20 or better in each eye separately, without correction, or have lenses that correct distant and near vision to 20/20, each eye separately. Applicants for a flight service station specialist position must have distant and near vision of 20/20 or better in at least one eye, without correction, or have lenses that correct distant and near vision to 20/20, in at least one eye.

- **Color Vision Standards** — Applicants must have normal color vision.

- **Hearing Standards** — Applicants must have no hearing loss in either ear of more than 25 db at 500, 1,000 and 2,000 Hz, and no more than a 20 db loss in the better ear by audiometer, using ANSI (1969) standards.

- **Cardiovascular Standards** — Applicants must have no medical history of any form of heart disease. A history of high blood pressure requiring medication will require special review.

- **Neurological Standards** — Applicants must have no medical history or clinical diagnosis of a convulsive disorder, or a disturbance of consciousness, without satisfactory medical explanation of the cause, and must not be under any treatment, including preventive, for any condition of the nervous system.

- **Psychiatric Standard** — Any medical history or clinical diagnosis of a psychosis, or other severe mental disorders, is disqualifying.

- **Diabetes** — A medical history or diagnosis of diabetes mellitus will require special review.

- **Substance Abuse/Dependency** — A history of substance abuse/dependency, including alcohol, narcotic, non-narcotic drugs, and other substances will be extensively investigated.

- **Psychological Exam** — Individuals must take and pass a psychological exam.

- **General Medical** — All other medical conditions will be evaluated on an individual basis. All applicants' medical histories and current examinations will be carefully reviewed. This includes past medical records and, if applicable, a review of military medical records.

  http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/medical/

The physical impairments/medical conditions that follow, unless otherwise noted, are disqualifying because there are medical and/or management reasons to conclude that an individual with such impairment/condition cannot perform the duties of the position without unacceptable risk to his or her own health, or to the health or safety of others (employees or the public).

**Initial Employment:**

Applicants for initial employment to air traffic control specialist positions must meet the following requirements. Unless otherwise indicated, these requirements are identical for all specializations.

**Eye**

1.  *Visual Acuity*

    a.  *Terminal and Center Positions* -- Applicants must demonstrate distant and near vision of 20/20 or better (Snellen or equivalent) in each eye separately. If glasses or contact lenses are required, refractive error that exceeds plus or minus 5.50 diopters of spherical equivalent or plus or minus 3.00 diopters of cylinder is disqualifying. The use of orthokeratology or radial keratotomy methods is not acceptable for purposes of meeting this requirement. The use of contact lenses for the correction of near vision only or the use of bifocal contact lenses for the correction of near vision is unacceptable.

        *Equivalents in Near Visual Acuity Notations*
        Standard Test Chart: 14/14
        Snellen Metric: 0.50M
        Jaeger: J-1
        Metric: 6/6

2.  *Color Vision* -- For all specializations, applicants must demonstrate normal color vision.

3.  *Visual Fields*

    a.  *Terminal and Center Positions* -- Applicants must demonstrate a normal central visual field (i.e, the field within 30 degrees of the fixation point, in each eye). They must also demonstrate a normal peripheral visual field, (i.e., the field of vision beyond the central field that extends 140 degrees in the horizontal meridian and 100 degrees in the vertical meridian, in each eye.

4.  *Intraocular Pressure* -- For all specializations, if tonometry reveals either intraocular pressure greater than 20 mm of mercury, or a difference of 5 or more mm of mercury intraocular pressure between the two eyes, ophthalmological consultation is required to rule out the presence of glaucoma. If a diagnosis of glaucoma is made, or if any medication is routinely required for control of intraocular tension, the applicant is disqualified.

5.  *Phorias*

    a.  *Terminal and Center Positions* -- If an applicant demonstrates greater than 1-1/2 prism diopters of hyperphoria or greater than 10 prism diopters of esophoria or exophoria, evaluation by a qualified eye specialist is required. If this evaluation determines that bifoveal fixation and vergence-phoria relationships sufficient to prevent disruption of fusion under normal working conditions are not present, the applicant is disqualified.

6.  *Eye Pathology* -- For all specializations, if examination of either eye or adnexa reveals any form of glaucoma or cataract formation, uveitis, or any other acute or chronic pathological condition that would be likely to interfere with proper function or likely to progress to that degree, the applicant is disqualified.

7.  *Chronic Eye Disease* -- For all specializations, an applicant with any chronic disease of either eye that may interfere with visual function is disqualified.

8.  *Ocular Motility* -- For terminal and center specialist positions, applicants must demonstrate full extraocular motility.

9. *History of Eye Surgery* -- For all specializations, a history of ocular surgery requires ophthalmological consultation. If consultation indicates that the condition that necessitated surgery could interfere with the visual function necessary for performance as an air traffic control specialist, the applicant is disqualified. A history of radial keratotomy is disqualifying.

**Ear, Nose, Throat, Mouth**

1. Examination must show no outer, middle, or inner ear disease, either acute or chronic, unilateral or bilateral.

2. Examination must show no active disease of either mastoid.

3. Examination must show no unhealed perforation of either eardrum.

4. Examination must show no deformity of either outer ear that might interfere with the use of headphones of the applied or semi-inserted type.

5. Examination must show no disease or deformity of the hard palate, soft palate, or tongue that interferes with enunciation. The applicant must demonstrate clearly understandable speech, and an absence of stuttering or stammering.

6. Applicants must demonstrate, by audiometry, no hearing loss in either ear of more than 25 decibels in the 500, 1000, or 2000 Hz ranges and must demonstrate no hearing loss in these ranges of more than 20 decibels in the better ear, using ISO (1964) or ANSI (1969) standards. Hearing loss in either ear of more than 40 decibels in the 4000 Hz range may necessitate an otological consultation. Incipient disease processes that may lead to early hearing loss will be cause for disqualification.

**Cardiovascular**

1. No medical history of any form of heart disease. Must demonstrate absence of heart disease to clinical examination, including resting and post-exercise electrocardiogram.

2. Blood pressure levels no greater than the appropriate values as shown below:

| Age | Maximum Reclining Blood Pressure | |
|---|---|---|
| | Systolic | Diastolic |
| 20 to 29 | 140 | 90 |
| 30 to 39 | 150 | 90 |
| 40 to 49 | 150 | 100 |
| 50 & over | 160 | 100 |

3. Must demonstrate to X-ray no evidence of increase in heart size beyond normal limits.

4. An applicant under any form of treatment for any disease of the cardiovascular system is disqualified.

**Neurological**

1. No medical history or clinical diagnosis of a convulsive disorder.

2. No medical history or clinical diagnosis of a disturbance of consciousness without satisfactory

medical explanation of the cause.

3. No other disease of the nervous system that would constitute a hazard to safety in the air traffic control system.

4. An applicant under any form of treatment, including preventive treatment, of any disease of the nervous system, is disqualified.

**Musculoskeletal**

1. No deformity of spine or limbs of sufficient degree to interfere with satisfactory and safe performance of duty. Certain limitations of range of motion may be acceptable for certain specific options or positions, in which case acceptance of limitations will be noted specifically for that position or option only.

2. No absence of any extremity or digit, or any portion thereof, sufficient to interfere with the requirements for locomotion and manual dexterity of the position being sought. Acceptance of limitations for employment for a specific option or position will be noted for that option or position only.

3. No condition that predisposes to fatigue or discomfort induced by long periods of standing or sitting.

**General Medical**

1. No medical history or clinical diagnosis of diabetes mellitus.

2. Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3. Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory evaluations, will be obtained, and when clinically indicated, special consultations or examinations will be accomplished.

**Psychiatric**

No established medical history or clinical diagnosis of any of the following:

1. A psychosis;

2. A neurosis; or

3. Any personality or mental disorder that clearly demonstrates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

**Substance Dependency**

A history, review of all available records, and clinical and laboratory examination will be utilized to determine the presence or absence of substance dependency, including alcohol, narcotic, and non-narcotic drugs. Wherever clinically indicated, the applicant must demonstrate an absence of these on any clinical or psychological tests required as part of the medical evaluation.

**Retention Requirements:**

The physical requirements in this section apply to: (1) air traffic control specialists in the center and terminal specializations who are actively engaged in the separation and control of air traffic, (2) immediate supervisors of air traffic control specialists actively engaged in the separation and control of air traffic, and (3) air traffic control specialists in the station specialization who regularly perform flight assistance services.

Employees occupying the types of positions described above must requalify in an annual medical examination, usually given during the employee's month of birth. Controllers incurring illness, injury, or incapacitation at any time between the annual examinations must be medically cleared before returning to air traffic control duty. Examinations, including laboratory tests and consultations, will be accomplished to the extent required to determine medical clearance for continued duty. New employees are required to meet the retention requirements by examination during the first 10 months of service.

Employees who are found to be not physically or emotionally qualified for air traffic control duties at any time will be subject to reassignment to a position for which they are fully qualified, retirement for disability if eligible, or separation from the service.

To be medically qualified for retention, an air traffic control specialist must meet the following requirements. (Unless otherwise indicated these requirements are identical for all specializations.)

**Eye**

Retention requirements for vision and eye conditions are identical to the requirements for initial hire.

**Ear, Nose, and Throat**

1. *Ear Disease; Equilibrium*

   a. *Terminal and Center Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with the comfortable, efficient use of standard headphone apparatus or that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

   b. *Flight Service Station Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

2. *Mastoid* -- No active disease of either mastoid.

3. *Eardrum Perforation* -- Must demonstrate no unhealed perforation of either eardrum.

4. *Speech* -- Must have no interference with enunciation, and must have clear speech free of stuttering or stammering.

5. *Hearing Loss* -- No hearing loss in either ear of more than 30 decibels in either the 500, 1000, or 2000 Hz ranges. No loss in these ranges greater than 25 decibels in the better ear. Non-static hearing loss in either ear of greater than 50 decibels in the 4000 Hz range will require an otological consultation.

**Cardiovascular**

1. *Heart Disease*

   a. *Terminal and Center Positions* -- No history or symptomatic form of heart disease or any form requiring therapy.

   b. *Flight Service Station Positions* -- No symptomatic form of heart disease.

2. *Disturbance of Rhythm; Other Abnormality; EKG* -- Must demonstrate no disturbance of rhythm or other cardiac abnormality on clinical examination, including resting, and when clinically indicated, post-exercise electrocardiography.

3. *Blood Pressure* -- Retention requirements are identical to the requirements for initial hire.

4. *Heart Size* -- Must have no increase in heart size beyond normal limits.

**Neurological**

Retention requirements are identical to the requirements for initial hire.

**Musculoskeletal**

Retention requirements are identical to the requirements for initial hire.

**General Medical**

1. *Diabetes Mellitus*

   a. *Terminal and Center Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control. A controller with diabetes mellitus who cannot demonstrate satisfactory control over specified and observed periods of 48 hours is not cleared for duty involving active air traffic control.

   b. *Flight Service Station Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control.

2. *Body Configuration* -- Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3. *Other Medical Conditions* -- Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory screening, will be obtained, and when clinically indicated, special consultations and examinations will be accomplished.

**Psychiatric**

1. *Psychotic Disorder* -- No established medical history or clinical diagnosis of a psychosis.

2. *Mental, Neurotic, or Personality Disorder* -- No neurosis, personality disorder, or mental disorder, that clearly indicates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

3. *Alcoholism and/or Alcohol Abuse* -- No clinical diagnosis of alcoholism or alcohol abuse, since these constitute a hazard to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated) will be accomplished to determine the presence or absence of alcohol addiction, dependency, habituation, abuse, or use.

4. *Addiction, Dependency, Habituation, or Abuse of Dangerous Drugs* -- No clinical diagnosis of addiction, habituation, dependency, or abuse of any narcotic or non-narcotic drug, since these constitute a threat to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated), will be accomplished to determine the presence or absence of drug addiction, dependency, habituation, abuse, or use.

*Source: US Office of Personnel Management , Standards, Air Traffic Control Series 2152*
*http://www.opm.gov/qualifications/standards/IORs/GS2100/2152.htm*

For more information or for questions those students have about particular cases contact a regional Flight Surgeons Office"

| Region | NAME | TELEPHONE # |
|---|---|---|
| Alaska | Willis M. Simmons, M.D. | (907) 271-5431 |
| Central | Daniel K. Berry, D.O., Ph.D | (816) 329-3250 |
| Eastern | Harriet Lester, M.D. | (718) 553-3300 |
| Great Lakes | David Schall, M.D | (847) 294-7491 |
| New England | Paul H. Clark, M.D. | (781) 238-7300 |
| Northwest Mountain | Michael D. Jones, M.D. | (425) 227-2300 |
| Southern | Susan E. Northrup, M.D. | (404) 305-6150 |
| Southwest | G.J. Salazar, M.D., M.P.H. | (817) 222-5300 |
| Western Pacific | Stephen H. Goodman, M.D | (310) 725-3750 |

41

# Security Investigation

The FAA and OPM must investigate all persons who are considered for a job because the interests of national security require that all persons privileged to be employed in these departments and agencies of the government shall be reliable, trustworthy, of good conduct and character, and of complete and unswerving loyalty to the United States. This means that the appointment of each civilian employee in any department or agency of the government is subject to investigation. The scope of the investigation will vary, depending on the nature of the position and the degree of harm that an individual in that position could cause.

The requirement to be investigated applies whether or not the position requires a security clearance (in order to have access to classified national security information).

Air traffic controllers hold a job that provides access to information that is not for public dissemination. This includes the movement of elected officials, military, and local law enforcement. The responsibility of the controller is important to ensuring not only safe movement of aircraft, but the safe movement of these groups as they conduct their jobs. As a result, the security investigation is even more rigorous than a general background investigation and requires a "National Security Clearance."

The investigation is a job requirement. Providing the information is voluntary, but if you choose not to provide the required information, you will not meet the requirements of the job and will therefore not be considered further. If you are already employed by the federal government, your appointment will be terminated. The courts have upheld this principle.

The following are types of issues, which are reviewed as part of the background/security check:

- General or dishonorable military discharge
- Statutory debarment issue
- Government loyalty issues
- Evidence of dishonesty in an application or examination process (e.g., falsification of application)
- Drug-related offenses
- Felony offenses
- Firearms or explosives offenses
- Alcohol-related incidents
- Willful disregard of financial obligations
- Derogatory employment terminations
- Patterns and/or combinations of incidents which lead to questions about your behavior and intent
  http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/security_investigation/

For more information or for questions those students have about particular cases contact a Regional Security Specialist.

| Region | NAME | TELEPHONE # |
|---|---|---|
| Alaska | Rowell, Marilyn | 907-271-4811 |
| Eastern | Ellison, Yvette (Supervisor) | 718-553-3129 |
| Eastern | Duarte, Maritza (Federal n - v) | 718-553-2577 |
| Great Lakes | Langosch, Susan (all of IN & WI) | 847-294-7701 |
| Great Lakes | Uehlein, Joe (Investigations Manager) | 847-294-7118 |
| New England | Whitaker-Gray, Pamela (Manager) | 781-238-7703 |
| New England | Azar, Laura (Federal) | 781-238-7709 |
| Northwest Mountain | Rodgers, Pat | 425-227-2714 |
| Northwest Mountain | Vacant | 425-227-2736 |
| Northwest Mountain | Rowell, Marilyn | 907-271-4811 |
| Southern | Parker, Barbara (Supervisor) | 404-305-6808 |
| Southern | Sanders, Val (Federal a - f) | 404-305-6706 |
| Southwest | Stinson, Lisa (supervisor) | 817-222-5719 |
| Southwest | Bernal, Rachel | 817-222-5718 |
| Southwest /Central | McBurrows, Walter, (CE Manager) | 816-329-3700 |
| Southwest/Central | Williams, Camisha (CE Region) | 816-329-3711 |
| Western Pacific | Ramos, Flor (Branch Manager) | 310-725-3726 |
| Western Pacific | Robinson, Donna (A - H/contract CA) | 310-725-3713 |



# Evaluations

The Air Traffic Collegiate Training Initiative Evaluation Model has evolved since the first evaluations were conducted in 2007. The model was built for program expansion and has been adjusted every year. The primary use of the evaluation model was to rank candidates that requested entry into the   Program. The FAA also used the model to recertify existing schools. The model includes four components and associated sub-factors that are assigned a score. The scores are added up to provide an overall score for comparison.

In January 2012, a new evaluation model was introduced. The new evaluation process requires institutions to complete a self-assessment and is concentrated more on the "technical" aspect of the "Partnership Agreement."

The evaluation has been broken the evaluation down into two primary areas:

### Administrative Evaluation

In an effort to ensure that member institutions, at a minimum, remain at the level in which they were accepted into the CTI Program, the FAA conducts "technical" and "administrative" evaluations. These evaluations serve as documentation for continuing the partnership.

Administrative evaluations primarily address the areas associated with the institution and policy including:

- Component I Accreditation

- Component II Degree Programs

- Component III Faculty

- Component IV Program Support

- Component V EEO/Recruitment/Outreach

- Component VI Continuous Performance and Improvement Initiatives

### Technical Evaluation

This is where we document the "technical" side of the college/university CTI Program. This section is to be completed and updated as necessary.

In an effort to ensure that member institutions satisfy the teaching of the FAA Objectives "AT Basics," the FAA conducts technical and administrative evaluations. These evaluations serve as documentation and justification for continuing the partnership.

- Component I Curriculum

- Component II Testing

- Component III Quality Control

- Component IV AT Basics Scorecard

45

**AT Basics Score-card/Mapping**

There are two parts to this evaluation: narrative questions included in this document and a spreadsheet that lists all elements of the AT Basics curriculum. Schools will be scored on areas associated with each element:

- Teaching of the material

- Quizzing of the material

- Part-tasking exercises where applicable

- Midterm or final examination testing of the element

Templates for the Evaluations can be found at:

KSN Share Point https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx

# Points of Contact

### FAA: Program Office

| POC | Phone | Title | Email |
|---|---|---|---|
| Terry Craft | 202-385-6788 | Manager | terry.craft@faa.gov |

### FAA: HR

| POC | Phone | Title | Email |
|---|---|---|---|
| Lexsee Waterford | (202) 267-7181 | Manager, AHR ATO Support Team Team, AHR-4 | lexsee.waterford@faa.gov |

### FAA: HR Aviation Careers

| POC | Phone | Title | Email |
|---|---|---|---|
| Amanda Quezada | (405) 954-3943 | Office of Human Resource Management, Aviation Careers Division | Amanda.Quezada@faa.gov |
| Beau Bruhwiler | 405-954-0637 | Office of Human Resource Management, Aviation Careers Division CTI Backup | **Beau.Bruhwiler@faa.gov** |

### FAA: Security

| POC | Phone | Title /Region | Email |
|---|---|---|---|
| Rowell, Marilyn | 907-271-4811 | Alaska | marilyn.rowell@faa.gov |
| Ellison, Yvette | 718-553-3129 | Eastern(Supervisor) | yvette.ellison@faa.gov |
| Duarte, Maritza | 718-553-2577 | Eastern | maritza.duarte@faa.gov |
| Langosch, Susan | 847-294-7701 | Great Lakes | susan.langosch@faa.gov |
| Uehlein, Joe | 847-294-7118 | Great Lakes (Investigations Manager) | joe.uehlein@faa.gov |
| Whitaker-Gray, Pamela | 781-238-7703 | New England (Manager) | pamela.whitaker-gray@faa.gov |
| Azar, Laura | 781-238-7709 | New England (Federal) | laura.j.azar@faa.gov |
| Rodgers, Pat | 425-227-2714 | Northwest Mountain | pat.rodgers@faa.gov |
| Parker, Barbara | 404-305-6808 | Southern (Supervisor) | barbara.parker@faa.gov |
| Sanders, Val | 404-305-6706 | Southern (Federal a - f) | val.sanders@faa.gov |
| Stinson, Lisa | 817-222-519 | Southwest (supervisor) | lisa.d.stinson@faa.gov |
| Bernal, Rachel | 817-222-5718 | Southwest | rachel.bernal@faa.gov |
| McBurrows, Walter, | 816-329-3700 | Central (CE Manager) | walter.mcburrows@faa.gov |
| Williams, Camisha | 816-329-3711 | Central (CE Region) | camisha.williams@faa.gov |
| Ramos, Flor | 310-725-3726 | Western Pacific (Branch Manager) | flor.ramos@faa.gov |
| Robinson, Donna | 310-725-3713 | Western Pacific (A - H/contract CA) | donna.robinson@faa.gov |

**CTI Schools Primary Contacts**

| College | POC | POC Title | Phone1 | Email |
|---|---|---|---|---|
| **Aims Community College** | Les Wilkinson | ATC Coordinator | 970-339-6652 | lwilkin2@aims.edu |
| **Arizona State University** | Verne Latham | Lecturer | 480-727-1652 | verne.latham@asu.edu\ |
| **Broward College** | Andrew Sikora | Manager of the Air Traffic Control Simulation Lab | 954-201-8669 | asikora@broward.edu |
| **Community College of Beaver County** | James E. Scott | ATC Coordinator | 724-480-3603 | Jim.Scott@ccbc.edu |
| **Daniel Webster College** | Peter Wyman, | Associate Professor, Air Traffic Management | 603-577-6204 | wyman_peter@dwc.edu |
| **Dowling College** | Joseph Donofrio, | Assistant Professor of Aviation | 631-244-1320 | donofrij@dowling.edu |
| **Eastern New Mexico - Roswell** | Deborah Abingdon, | Air Traffic Control Faculty | 575-624-7023 | Deborah.abingdon@roswell.enmu.edu |
| **Embry Riddle Aeronautical University, Daytona Beach** | William Coyne | Associate Professor , ATM Coordinator | 386- 226-6794 | coynea7e@erau.edu |
| **Embry-Riddle Aeronautical University, Prescott** | Brent Spencer, | Assistant Professor, Project Coordinator | 928-777-3869 | Spenceb3@erau.edu |
| **Florida Institute of Technology** | Dr. Donna Wilt | Air Traffic Control Program Administrator | 321-674-8120 | dwilt@fit.edu |
| **Florida State College at Jacksonville** | Mr. Sam Fischer, | Project Coordinator, Air Traffic Control Program | 904-317-3844 | sfischer@fscj.edu |
| **Green River Community College** | Curtis E. (Curt) Scott, | Aviation and ATC Instructor | 253-833-9111 X4335 | cscott@greenriver.edu |
| **Hampton University** | Margaret Browning | Assistant Professor and CTI Program Manager | 757-727-5520 | Margaret.browning@hamptonu.edu |
| **Hesston College** | Dan Miller | Aviation Director | 800-995-7257 X8333 | danm@hesston.edu |
| **Inter American University of Puerto Rico** | Maria T. Franqui-Vélez | ATC CTI Program Manager | 787-279-1912 X2400 | mtfranqui@gmail.com |
| **Jacksonville University** | Dr. Juan R. Merkt | Director and Associate Professor of Aeronautics | 904-256-7895 | jmerkt@ju.edu |
| **Kent State University** | Lt. Col Maureen McFarland, | Academic Program Director, Aeronautics Division | 330-672-9867 | mmcfarl2@kent.edu |
| **LeTourneau University** | Sean Fortier, | Associate Dean, School of Aeronautical Science | 903-233-4221 | Seanfortier@letu.edu |
| **Lewis University** | William Parrot | Director, AT-CTI Program | 815-836-5809 | parrotwi@lewisu.edu |
| **Metropolitan State University of Denver** | Kevin R. Kuhlmann | Professor | 303-556-4623 | kuhlmank@msudenver.edu |
| **Miami Dade College** | Andre Naumann | Program Coordinator | 305-237-5952 | anaumann@mdc.edu |
| **Middle Georgia State College** | Ramey Pace | Chair, Air Traffic Management Department | 478-448-4701 | rpace@mgc.edu |
| **Middle Tennessee State University** | Ron Ferrara | Chair | 615-898-5835 | ron.ferrara@mtsu.edu |

| College | POC | POC Title | Phone1 | Email |
|---------|-----|-----------|--------|-------|
| **Minneapolis Community and Technical College** | Trena Mathis, | ATC Faculty | 952-826-2420 | trena.mathis@minneapolis.edu |
| **Mount San Antonio College** | Robert Rogus | Aeronautics Faculty, Co-Chairman Aeronautics Department, CTI Coordinator | 909-274-5006 | rrogus@mtsac.edu |
| **Purdue University** | Prof. Michael S. Nolan | Professor of Aviation Technology | 765-494-9962 | mnolan@purdue.edu |
| **Sacramento City College** | Donetta Webb | Dean, Advanced Technology | 916-558-2408 | webbd@scc.losrios.edu |
| **St. Cloud State University** | Dr. Steven L. Anderson | Professor | 320-308-2107 | slanderson@stcloudstate.edu |
| **Texas State Technical College – Waco** | Ramon Claudio | ATC Department Chair | 254-867-2086 | ramon.claudio@tstc.edu |
| **The Community College of Baltimore County** | Douglas Williams | Aviation Program Director | 443-840-4157 | dwilliams@ccbcmd.edu |
| **Tulsa Community College** | Gary Wescott | Coordinator | 918-828-4158 | gwescott@tulsacc.edu |
| **University of Alaska, Anchorage** | Sharon LaRue | Associate Professor | 907-786-7218 | afsll@uaa.alaska.edu |
| **University of North Dakota** | Paul V.J. Drechsel, | Associate Professor/Co-Director ATC Program | 701-777-4923 | drechsel@aero.und.edu |
| **University of Oklahoma** | Stephen West | Director, AT-CTI Training Program | 405-325-3586 | stephenwest@ou.edu |
| **Vaughn College of Aeronautics and Technology** | Sharon DeVivo | Senior Vice President | 718-429-6600 X102 | sharon.devivo@vaughn.edu |
| **Western Michigan University College of Aviation** | Ryan Seiler | Faculty Specialist , College of Aviation | 269-964-6652 | ryan.seiler@wmich.edu |

49

# Calendar

**Reporting of New CTI Students**

Schools must report all newly declared or eligible CTI students in their respective programs to Aviation Careers no later than the first day of July, October, and February.

This list includes all students who are in programs that will make them eligible whether they have declared the intent or are in a degree program that will automatically make them eligible.

**ATSAT Register**

The AT-SAT eligibility register is provided by the partner institutions to Aviation Careers in order to schedule AT-SAT testing. The AT-SAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before anticipated graduation and the scores are good for three years. If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list..

□

# AT Basics Training Objectives

The list of objectives in this document was originally developed by the FAA Academy in January 1997 for two purposes: 1) to guide the design of the instruction for the Air Traffic Basics Course (Air Traffic Basics is a course on fundamental ATC knowledge that is common to En Route, Terminal, and Flight Service Specialist options and is taken as part of the FAA Initial Qualifications Training Program for ATCSs at the Academy), and 2) to provide guidance to institutions in the Air Traffic Collegiate Training Initiative (CTI) on FAA expectations for their graduates' level of knowledge.

After the objectives were established, individual lessons and their respective content and instructional activities were developed. As a part of this normal course development process, the initial list of objectives was reviewed and refined as each of the lessons were developed. The resulting list of revised objectives is provided below.

All AT-CTI partner institutions ensure that the content contained in the "objectives" is included in at least one of the courses that required for the approved degree program. It should be noted that most of the objectives are fundamental to any aviation degree.

| Lesson/Topic | Objectives |
|---|---|
| **Introduction to the ATC System and National Airspace System** | In accordance with Order 7110.65, 7210.3, AC 61-27, and the AIM, the student will identify the following concepts:<br><br>1.    Elements of the National Airspace System (NAS)<br>2.    Role of the Traffic Management System (TMS) within the NAS<br><br>Without references and in accordance with AC 61-27 and  Orders 7110.65, Chapter 2; 7110.10, Chapter 1; 3120.4, and the AIM, the student will identify the primary functions and associated team responsibilities (to include interrelationships between positions) of:<br><br>1.    Air Traffic Control Tower<br>      a. Local<br>      b. Ground<br>      c. Clearance Delivery/Flight Data<br><br>2.    Approach Control<br>      a. Arrival<br>      b. Departure<br><br>3.    Air Route Traffic Control Center<br>      a. Radar<br>      b. Handoff<br>      c. Radar Associate (D side)<br>      d. Assistant Controller (A side)<br><br>4.    Flight Service Station<br>      a. Weather Observer<br>      b. Flight Data/Search and Rescue/Notice to Airmen<br>      c. Preflight (includes pilot weather briefing)<br>      d. Inflight<br>      e. Flight Watch<br>      f  Broadcast<br>      g. Coordinator<br>      h. Controller-in-Charge<br><br>In accordance with Order 7110.65, Chapter 2, you will identify duty priority, procedural preference, and operational priorities of the Air Traffic Controller. |

| Lesson/Topic | Objectives |
|---|---|
| **Teamwork in the ATC Environment** | The student will discuss the:<br><br>1.  Characteristics of effective teams<br>2.  Functions affecting team performance<br>3.  Stages of group development |
| **Airports** | In accordance with the AIM, you will identify airport:<br><br>1.  Lighting<br>2.  Markings |
| **Airspace** | In accordance with FAR, Parts 71 and 73, ATC Orders 7110.65 and 7400.2, and the AIM, you will identify:<br><br>1.  Classes of airspace and their use<br>2.  Special Use Airspace |
| **Introduction to Federal Aviation Regulations** | In accordance with the Federal Aviation Regulations (FARs), Parts 1, 65, 67, and 91 and FAA Orders 7110.65 and 3930.3, you will identify:<br><br>1.  Terms and definitions<br>2.  General operating rules<br>3.  General flight rules<br>4.  ATC certification<br>5.  Medical requirements |
| **Wake Turbulence** | In accordance with the AIM , FAA Order 7110.65, and AC 61-23C *Pilot's Handbook*, you will identify the following categories related to wake turbulence:<br><br>1.  Definition of Wake Turbulence<br>2.  Factors Affecting Wake Turbulence Intensity<br>3.  Wingtip Vortices<br>4.  Induced Roll<br>5.  Helicopter Downwash<br>6.  Jet Blast |
| **Aircraft Characteristics and Aircraft Recognition** | In accordance with FAA Order 7110.65 and the ATG-2, *Tri-Option Controller Reference Manual*, you will:<br><br>1.  Identify aircraft:<br>   A.  Categories<br>   B.  Weight Classes<br>   C.  Designators<br>   D.  Performance Characteristics<br>   E.  Identification Features<br><br>2.  Recognize selected aircraft |
| **Special Operations** | In accordance with FAA Orders 7110.65 and 7610.4, Special Military Operations, you will identify flights requiring special handling, including terms and definitions associated with these flights. |
| **Basic Navigation** | In accordance with the FAA Order 7110.65, *An Invitation to Fly,* AC 61-23, *The Pilot's Handbook,* and the AIM, you will identify:<br><br>1.  Reference lines of the Earth and their purpose<br>2.  Great circle route, distance, and direction measurement<br>3.  Methods of time conversion and acronyms used with time<br>4.  Magnetic variations and headings<br>5.  Basic methods of navigation<br>6.  Basic calculations for time, speed, and distance<br>7.  Effects of wind on flight<br>8.  Effects of altitude and temperature on speed<br><br>In accordance with AC 61-23, *The Pilot's Handbook,* you will compute aircraft time, speed, and distance. |

| Lesson/Topic | Objectives |
|---|---|
| **Radio and Satellite Navigation** | In accordance with FAA ORDER 7110.65; FAR, PART 71.75; the AIM, AC 61-23, *The Pilot's Handbook*, and FAA-H-8083-15 *Instrument Procedures Handbook*, *Instrument Flying Handbook*, you will identify the characteristics of:<br><br>1.  Radio and Satellite Navigation<br>2.  Federal Airway System |
| **VFR Charts and Publications** | Given aeronautical charts and an airport facility directory, and in accordance with the AIM, AC 61-23, FAA Order 7110.65, and chart/directory legends (Dallas-Fort Worth VFR Sectional Aeronautical Chart, a Sample VFR Terminal Area Chart, South Central U.S. Airport/Facility Directory), you will identify the purpose, features,  contents, and specific items and information (e.g., NAVAIDS, airport, elevation, etc.) related to:<br><br>1.  Sectional Aeronautical Charts<br>2.  VFR Terminal Area Charts<br>3.  World Aeronautical Charts<br>4.  Airport/Facility Directory |
| **En Route IFR Charts** | In accordance with FAA Order 7110.65 the AIM, AC 61-23, and as depicted in the chart legends (L-5/L-6 En Route Low Altitude Chart; H-2/H-4 En Route High Altitude Chart; IFR Area Chart), you will identify the purpose, contents, and specific items and information for the following En Route charts:<br><br>1.  Low Altitude<br>2.  High Altitude<br>3.  IFR Area |
| **SIDs and STARs** | In accordance with FAA Order 7110.65, AIM, FAA-H-8083-15 *Instrument Procedures Handbook*, and the *U.S. Terminal Procedures Publication*, you will identify the purpose, types, contents, and specific items and information (e.g., altitudes, headings, etc.) of:<br><br>1.  SIDs<br>2.  STARs |
| **Approaches** | In accordance with FAA Order 7110.65, the AIM, FAA-H-8083-15 *Instrument Procedures Handbook*, and the *U.S. Terminal Procedures Publication*, you will identify types of approaches, and the purpose, contents, and specific items and information (e.g., minimum altitudes, courses, missed approaches, etc.) of an Instrument Approach Procedure (IAP) Chart.<br><br>Given an IAP Chart, and in accordance with a U.S. Terminal Procedures Chart, you will identify the contents and geographical features. |
| **Pilot's Environment** | In accordance with the AIM; AC 61-23, *The Pilot's Book of Aeronautical Knowledge*; AC 61-27, *Instrument Flying Handbook*; and ATC and TCAS System Overview, you will identify:<br><br>1.  Characteristics and uses of aircraft instrumentation<br>2.  Physiological factors affecting flight |
| **Introduction to Emergencies** | In accordance with FAA Orders 7110.65 and 7110.10 and the AIM, you will identify:<br><br>1.  The meaning of distress, urgency, mayday, and pan-pan<br>2.  Roles and responsibilities of the pilot and controller during an emergency.<br>3.  Information necessary to handle an emergency<br>4.  Types of emergencies |
| **Search and Rescue** | In accordance with FAA Orders 7110.10 and 7110.65 and the AIM, you will identify the:<br><br>1.  Purpose of the National Search and Rescue Plan<br>2.  Roles, responsibilities, and procedures of search and rescue |

| Lesson/Topic | Objectives |
|---|---|
| **Fundamentals of Weather and Aviation Weather Services** | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify:<br><br>1. Characteristics of the atmosphere<br>2. Principles of atmospheric temperature<br>3. Characteristics and modification of air masses<br>4. Characteristics of atmospheric pressure<br>5. Formation and types of fronts<br>6. Characteristics of convection currents<br>7. Causes of wind<br>8. Formation and types of clouds<br>9. Formation and types of precipitation<br><br>In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the duties and responsibilities of the National Weather Service (NWS) and the Center Weather Service Unit (CWSU). |
| **Hazardous Weather** | In accordance with Aviation Weather, AC 00-6 and Aviation Weather Services, AC 00-45, and the AIM, you will identify the characteristics of hazardous weather that impact aviation. |
| **Current Weather** | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the contents of METAR, including associated contractions and terms.<br><br>Given examples of current weather reports, and in accordance with AC 00-45, Aviation Weather Services, and FAA Order 7110.10, you will decode METARs. |
| **Pilot Reports (PIREP)** | In accordance with FAA Orders 7110.65, and the AIM, you will identify the purpose, uses, and contents of Pilot Weather Reports (PIREP).<br><br>In accordance with FAA Order 7110.10, you will decode PIREPs. |
| **Forecasts and Advisories** | In accordance with AC 00-45, Aviation Weather Services, you will identify the contents and purpose of the following weather products:<br><br>1. Aviation Terminal Forecast (TAF)<br>2. Area Forecast (FA)<br>3. Airman's Meteorological Information (AIRMET)<br>4. Significant Meteorological Information (SIGMET)<br>5. Convective SIGMET (WST)<br>6. Center Weather Advisory (CWA)<br>7. Meteorological Impact Statement (MIS)<br>8. Winds Aloft Forecast (FD)<br><br>In accordance with AC 00-45, Aviation Weather Services, you will decode the following weather products:<br><br>1. Aviation Terminal Forecast (TAF)<br>2. Area Forecast (FA)<br>3. Airman's Meteorological Information (AIRMET)<br>4. Significant Meteorological Information (SIGMET)<br>5. Convective SIGMET (WST)<br>6. Center Weather Advisory (CWA)<br>7. Meteorological Impact Statement (MIS)<br>8. Winds Aloft Forecast (FD) |
| **Basic Communications** | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br><br>1. Radio and interphone communications<br>2. ICAO phonetics<br>3. Numbers usage<br>4. Basic phraseology<br>5. Coordination procedures<br>6. Purpose and steps of the position relief briefing |

| Lesson/Topic | Objectives |
|---|---|
| **Strip marking** | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br><br>1.   Purpose and legal requirements of flight progress strips<br>2.   Meaning of selected abbreviations and symbols used in strip marking<br>3.   Content requirements of selected blocks in terminal, en route, and flight service strips |
| **ATC Clearances** | In accordance with FAA Order 7110.65 and FAR 91.123, you will identify:<br><br>1.   Purpose of an ATC clearance<br>2.   Pilot's responsibility for compliance with an ATC clearance<br>3.   ATC clearance items and their sequence<br>4.   Clearance prefixes and their use<br>5.   Types of ATC clearances |

58

# **FAQs**



---

## **SECTION 1:  General CTI Program Questions**

**1. Question: What is the expected duration of the CTI Program at the universities - being that so many controllers have been hired already, what is the Program's expected "expiration date"? That will help to know when to stop enrolling students who may not have good employment possibilities.**

*Answer: There is no movement towards ending the CTI Program; as a matter of fact, the hiring source for controllers may be military veterans and CTI students as the need for hiring will diminish slightly from the peak of 2007-08.  Employment opportunities will always be dependent on the needs of the agency. For information on future hiring plans see the section entitled "Controller Hiring."*

---

## **SECTION 2:  Public Inquiry**

**1. Question: How do I become an air traffic controller?**

*Answer:  For a candidate to become an air traffic controller in the FAA for the first time, there are generally four paths to employment. First there must be an "announcement" or "job vacancy" that is open. All announcements are listed at [www.usajobs.gov](http://www.usajobs.gov).*

*The path depends on whether or not the candidate has previous air traffic control experience.*

***Candidates with Experience:***

*Prior air traffic control experience announcements are reserved for those who have been certified and actively controlled air traffic either with the military or for a private entity.*

### ***Retired Military Controllers (RMC):***

*This announcement is for candidates who previously retired or will retire from the military and have actively controlled air traffic. This program provides for appointment for five-year time periods. They are on terminal leave pending retirement from active duty military service, or retired from active duty on or after September 17, 1999.*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *Pass a medical examination*

- *Pass a security investigation*

- *Speak English clearly enough to be understood over communications equipment*

- *May need to complete an interview*

***Veterans Recruitment Appointment (VRA)***

*The VRA is a special authority by which agencies can appoint an eligible veteran without competition. To qualify for this announcement, at a minimum, controllers must have:*

- *52 consecutive weeks of air traffic control experience in a military or civilian air traffic control facility that shows you have the knowledge, skills, and ability to perform air traffic controller duties*

- *You must be discharged from active duty or on terminal leave, and have not reached age 31. These types of veterans are eligible to apply for a VRA appointment:*

  - *Disabled veterans*

  - *Veterans separated from active duty within three years*

  - *Veterans who served on active duty in the Armed Forces during a war declared by Congress, or in a campaign or expedition for which a campaign badge has been authorized*

  - *Veterans who, while serving on active duty in the Armed Forces, participated in a military operation for which the Armed Forces Service Medal was awarded*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *In most cases, not have reached age 31*

- *Pass a medical examination*

- *Pass a security investigation*

- *Achieve a score of at least 70 on the FAA pre-employment test (ATSAT)*

- *Speak English clearly enough to be understood over communications equipment*

- *Complete an interview*

### Control Tower Operator

*This announcement is for candidates who have experience working air traffic control and possess an FAA-issued Control Tower Operator (CTO) certificate (i.e., have been certified to work in a control tower).*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*

- *In most cases, not have reached age 31*

- *Pass a medical examination*

- *Pass a security investigation*

- *Achieve a score of at least 70 on the FAA pre-employment test (AT-SAT)*

- *Speak English clearly enough to be understood over communications equipment*

- *Complete an interview*

60

*Candidates without Experience:*

### *Public Announcement*

*A public announcement is the solicitation of candidates for openings across the country.*

*Applicants must meet at a minimum the following requirements:*

- *Be a United States citizen*
- *In most cases, not have reached age 31*
- *Pass a medical examination*
- *Pass a security investigation*
- *Have three years of progressively responsible work experience and/or a full four-year course of study leading to a Bachelor's degree, or some combination of the two*
- *Achieve a score of at least 70 on the FAA pre-employment test*
- *Speak English clearly enough to be understood over communications equipment*
- *Complete an interview*

### *Collegiate Training Initiative CTI*

*A CTI announcement is open to those candidates who successfully meet the requirements of the CTI Program including:*

*To qualify for employment consideration with the FAA, CTI program graduates must meet all legal and regulatory requirements including, but not limited to, the following:*

- *Achieve a qualifying score on the current FAA testing procedures*
- *Successfully complete the FAA interview process*
- *Receive an institutional recommendation*
- *Meet entry level ATCS medical standards*
- *Pass a pre-employment drug test*
- *Pass the background investigation for security and suitability*
- *Have U.S. citizenship*
- *May not have reached their 31st birthday prior to initial appointment in the terminal or en route options*
- *Complete institutional graduation requirements*

*A list of approved CTI institutions, degrees offered and contact information can be found at: http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti*

## 2.  What is the FAA Air Traffic Collegiate Training Initiative (CTI) Program?

*Answer: The FAA CTI Program encourages potential college students who are interested in aviation, and specifically, air traffic control, to apply for a job as an air traffic controller utilizing a separate "path" provided that they meet additional requirements:*

*Successfully complete the FAA-approved AT-CTI program and:*

- *Receive a degree from the FAA-approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA*

- *Receive an institutional recommendation for employment from an authorized school official*

- *Achieve a passing score (70 or above) on the AT-SAT (pre-employment) test*

- *Be a United States citizen at the time of application for the AT-SAT test*

- *Have not reached their 31st birthday when entering on duty in an FAA terminal or en route facility*

- *Meet FAA medical, security, and suitability requirements*

- *Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment*

**3. Question: I live in (City, State) and I wanted to know if the program is offered down here?**

*Answer: Currently there are 36 schools located throughout the US and Puerto Rico. The list is located at:* **http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/**

*There are points of contact listed for each school who can give you specific information about each school. Additionally, there are links to the institutions' websites.*

**4. Question: I Should I select a two-year or four-year program?**

*Answer: That decision is totally up to each individual. It is your preference as to the type of degree that you want to obtain. You should consider a degree that gives you flexibility in the marketplace should you decide not to become an Air Traffic Controller. If you are interested in aviation, we encourage you to look at a degree that will give you broad appeal to future employers. There are many jobs available in the FAA other than an Air Traffic Controller Specialist (ATCS) as well as the aviation community.*

*Understand that CTI schools are not training ATCS per se, but providing an aviation education that includes FAA mandatory and approved curriculum in the degree programs that qualify them as CTI partner institutions. Graduating with an approved degree from a CTI school is only one of the requirements to become an ATCS. Other requirements are:*

- o *Receive an official school recommendation*

- o *Be a United States citizen*

- o *In most cases, be under the age of 31*

- o *Pass a medical examination*

- o *Pass a security investigation*

- o *Achieve a score of at least 70 on the FAA pre-employment test*

- o *Speak English clearly enough for others to understand you on communications equipment*

- o *Complete an interview*

**5. Question: What's the hire rate for new graduates?**

*Answer:  The new hire rate is determined strictly by the number of controllers we need in any given year. This may vary due to many factors including the economy, mandatory retirement, etc. According to our projections, which can be found in the Controller Workforce Plan, we are looking at hiring about 1,000 new controllers per year for the next 10 years.*

*There are a number of hiring sources including former military controllers, CTI graduates, I, and on occasion general public with no experience required. These hiring sources will determine the size of the pool thus determine the rate of hire from any individual source.*

**6. Question: Should I go to a school that offers a certificate program, an Associate's degree program, or a Bachelor's degree program?**

*Answer:  The type of college program you enroll in is entirely based on your goals and preferences.*

*Degree programs are based on the amount of knowledge you will receive about a given area of study. Some jobs require a "certificate." These are usually reserved for career entry where there is not a specific college degree for the knowledge required by the employer. As for an Associate's degree versus a Bachelor's degree, again, this depends on what your future employer may require as a minimum and what will make you competitive with other applicants.*

*Of course, other considerations must be taken into account including financial obligations.*

*The bottom line is to choose a degree that will make you competitive in an aviation field and that you can use provided you are not hired as an air traffic controller.*

**7. Question: Will the CTI Program and degree train me to be an air traffic controller?**

*Answer:  The CTI Program is not specifically training to be an air traffic controller. The degree programs offered by CTI-approved institutions vary and are all aviation related. The only requirement for the school  is that the "basics" of aviation or air traffic are included within the courses required for the approved degree program. The subjects are fundamental to aviation and include aviation weather, airspace, clearances, map-reading, federal air regulations, etc.*

*Some institutions may offer degrees that are more air traffic control intensive, but this is not required by the FAA (as part of the agreement between the institution and the FAA) to be included in the CTI Program.*

**8. Question: Can you recommend a CTI school to attend?**

*Answer:  The FAA cannot recommend any school. All CTI institutions are treated equally for their primary purpose – which is to include aviation fundamentals within the classes required for the approved degree. These fundamentals are necessary for almost any job in aviation. The candidate should contact the schools they are interested in and talk to them about the degrees that they provide.*

**9. Question: Are there CTI Schools that are more successful than others?**

*Answer:  Success is based primarily on the applicant and his/her abilities. The agreement between the FAA and the approved institution is that they include the fundamentals of aviation within classes that are part of the degree program. These fundamentals are necessary for almost any job in aviation. Although there are some schools which offer degrees that include more intensive ATC curriculum, they do this as a service to their students. This may help a student once they become an air traffic controller, but the FAA takes full responsibility for training all air traffic control students.*

63

*All CTI approved institutions are treated equally when it comes to the ability to apply for a job as an air traffic controller under the CTI Vacancy Announcement. The success in getting hired is based on a candidate's application, experience, networking, and most importantly, the Air Traffic Skills and Training aptitude (AT-SAT) test. All applicants must pass the aptitude test, which is a measure of the candidate's aptitude to become a certified air traffic controller. Knowledge and college education have very little influence on the aptitude and test score.*

**10. Question: "I want to take Air Traffic Controller classes. How do I apply?"**

**Answer:** *There are no air traffic controller classes, specifically. If you mean that you are interested in becoming an air traffic controller.  In order to apply as an air traffic controller under the Collegiate Training Initiative announcement, it is required that you complete one of the degrees at the approved CTI institution.*

**11. Question: How do I apply for "FAA School "and how much does it cost?**

**Answer:** *The FAA trains all new air traffic controllers at the FAA Academy in Oklahoma City. This training takes place after a candidate accepts a job offer. All new controllers must be selected from the application under the various vacancy announcements. There is no cost for the training; and, as a matter of fact, you get paid during your training.*

*The FAA CTI Program is an agreement to allow those graduates with approved degree programs from approved institutions to apply for a job as an air traffic controller. The cost varies from institution to institution and degree type.*

**12. Question: Is there a CTI school I can attend online?**

**Answer:** *CTI schools are public colleges and universities. Under the CTI Program, the FAA recognized the "Aeronautical/Aviation Degree" from partner schools.  Some colleges and universities offer some of their "general education" courses online, but we are not aware of any institution that is part of the CTI Program that allows you to complete the entire degree online.*

*Due to the nature of ATC, specifically the teamwork concept,  it is beneficial to have the one-on-one experience and  many schools provide hands-on part-tasking and simulation that does not lend itself to an online experience.*

***13. Question:*** *Is there a school that offers air traffic certification?*

**Answer:** *The FAA is the only body that provides "certification" for air traffic controllers.*

**SECTION 3:  Application Process**

**1. Question: Are there any plans to change the "geographic selection" to more than two states?**

**Answer:** *At this time there are no plans to change the geographic selection. This method of selecting states was an effort to ensure that those who were native to a local area were able to stay in that area as a controller (if they so desired). This however, has not always proven to be the case as applicants appear to change states based on the perception of where hiring will take place.*

*As with all program objectives, we will be exploring this one to determine if it indeed meets our goal.*

**2. Question: At what point in the CTI process are specific items weighted (i.e., Veterans' Preference, AT-SAT score, geographical preference, ethnicity, degree(s), and pilot certificates)?**

*Answer: The selection panel uses a list of vacancies based on the state location of the facility and a list of candidates that are separated into "Qualified" or "Well-Qualified"  who have selected that particular state on their FAA application. .*

*If there are veterans or qualifying "disabled vets" who are entitled to "preference" points, they will be added to the top of the respective lists.*

*There are no preferences whatsoever for ethnicity or any other EEO protected class. Ethnicity is a protected class, meaning that you cannot discriminate based on an applicant's ethnicity therefore it does not carry a selection weight.*

*Degrees and certificates should be listed in section titled "Other Qualifications" of the candidate application for selecting officials to review; but, at this time we do not assign a weight to the degree but hiring officials do review the application for a complete picture of the candidate.*


**3. Question: Will students have the option of choosing terminal or en route when they are ready *to fill out their job application?***

*Answer: Currently, there is no method to indicate service unit (terminal or en route) preference. There are some inherent issues with making this a preference, for example, if a candidate selects  en route, but the particular state he/she selected the en route centers did not have vacancies, yet the terminal facility did –  the student will not be considered for the opening in terminal.*

*We will discuss this issue with the service units to determine if they want to be provided lists based on facility "type" preference.*


**SECTION 4:  Hiring and Selection**

**1. Question: Does training for a specific facility increase the odds of a pick-up?**

*Answer: In general, the selecting officials from the service units (terminal and en route) are not privy to the local facilities taught within the  CTI curriculum at each school. The CTI Program is based on AT Basics curriculum being taught, graduates should be prepared for the Academy. The knowledge of a local facility may help the graduate to grasp the application of AT procedures and concepts, but will not necessarily ensure that they are picked up by the facility which is taught at the institution.*


**2. Question: It's very disturbing that CTI students aren't getting hired with a "Qualified" score on the AT-SAT.  The AT-SAT should be issued earlier than the final semester if this policy stays in place.**

*Answer: There is a perception that those who score between a 70 and an 84.9 and are classified by Human Resources as "qualified" will not get a job. This is not necessarily the case as it depends on the state in which the applicant is selected. The larger states that have high numbers of facilities also have high numbers of applicants. This provides a large number of applicants for a limited number of jobs available and the hiring officials may not get to the "qualified" list. There are other cases where a student has selected a smaller state where there are no "well-qualified" applicants and have been selected off the "qualified" list.*

65

*The AT-SAT can be taken up to a year before graduation. Typically, the contractor who administers the test are bound by contracted locations and timelines based on availability of those locations. If you have a student who is eligible for the AT-SAT their name should be forwarded to Aviation Careers as soon as possible.*

**3. Question: In 2010 I asked if the FAA would consider moving the Spring Hiring Panel meeting back to late April, so schools on term schedule (quarters) that had students graduating in the winter quarter (which ends in late March) would be eligible for the Spring Hiring Panel. This would mean that the student could avoid waiting nearly seven months (between March and late October) for the Fall Hiring Panel which has traditionally met in late October or early November.  Do you have any news regarding moving the Spring Panel back to late April?**

*Answer: At this time there is no movement towards conducting the Spring Hiring Panel in April. The Spring Panel is usually a follow-up panel to select candidates for ATC positions for the remainder of the current fiscal year and replace students selected in the fall who did not accept an offer, thereby filling in new gaps not realized in the fall.*

*The panels are set up by workforce services and the service unit (terminal and en route) as hiring needs are identified.*

**4. Question: Can a student be recommended a second time for employment consideration through the AT-CTI hiring source if the graduate has been hired and terminated or has resigned from the FAA?**

*Answer:  No. There is only one opportunity for employment through the AT-CTI hiring source. HROI - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures, paragraph 7d states, "Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program may not reapply through this hiring source."*

**5. Question: If an applicant fails to successfully complete/pass the interview stage for whatever reason, what are his/her options for further employment consideration, if any?**

*Answer:  If an applicant fails the interview, he/she is moved back to the list for referral to future Centralized Hiring Panels (CSP).*

**6. Question: If an applicant does not accept a Tentative Offer Letter (TOL) for whatever reason, what are his/her options for further employment consideration, if any?**

*Answer:  If an applicant "does not accept a TOL," he/she is moved back to the list for referral to future CSPs.*

**7. Question: If an applicant does not accept a Firm Offer Letter (FOL) for whatever reason, what are his/her options for further employment consideration, if any?**

*Answer:  If an applicant "does not accept a FOL," he/she is moved back to the list for referral to future CSPs.*

**8. Question: Is an applicant who is selected at a CSP and successfully completes an interview and initial Employment Agreement paperwork guaranteed a TOL eventually?**

*Answer:  If an applicant is selected and recommended after the interview, he/she should receive a TOL with the possible exception including Congressional/Presidential hiring freezes or budget actions where the FAA cannot hire."*

**9. Question: Is an applicant receives a  TOL  can they apply for again for the position while undergoing background and medical clearances  with different geographic preferences, in an attempt to receive a TOL faster?**

*Answer:  The applicant can reapply while in a waiting status, although if it is because of budget or law there would probably be no new announcements.*

**10. Question: Once an applicant is selected at a CSP, is their application somehow removed from further employment consideration at future CSPs (assuming their application is still currently submitted and under the one year of eligibility for employment consideration?**

*Answer:  If an applicant is selected for an interview from a CSP, he/she will remain in the list of eligible referrals with a note that he/she has been selected. Most selecting officials will not select someone already in process.*

## SECTION 5:  Air Traffic Skill Assessment Test (ATSAT)

**1. Question: Is it possible that CTI students will have the option to retake the AT-SAT after one year if they pass instead of having them wait three years before being permitted to retake the test?**

*Answer: Currently, there is conflicting information on when a CTI graduate can retake the ATSAT Currently, the policy is that if a candidate fails the test by scoring less than a 70, they can retake the test after one year. Those who pass the test cannot retake the test for three years. The thought is that they have passed the test and there is no need to re-pass the test.*

*With the hiring groups being divided into "qualified" (AT-SAT scores of 70-84.9) and "well-qualified" (AT-SAT scores of 85 or greater,  the perception is that those who make the "qualified" list are not going to get an offer for employment.*

*The Program Office is working with Human Resources to determine additional criteria for "well-qualified" as well as whether the AT-SAT can be retaken before the current three-year timeline.*

**2. Question: Why can students only take the AT-SAT twice? It's disturbing that students who receive the score of "Qualified" have to wait three years until that score expires, while those who totally fail the test can retake it in a year.**

*Answer: The students recommended by the CTI  Institution can take the ATSAT twice. The timeline is dependent on the initial test results. Those who pass the test (score greater than 70) are required to wait three years. Those who do not pass the test (score less than 70) may retake the test after one year.*

*We do understand the frustration associated with this policy. It is a remnant of the era when there was only one list for CTI students. As the hiring pools became larger, we split the lists into "qualified" and "well-qualified" to ensure that the selecting officials had a more manageable list to choose from.*

*The Program Office is working with Human Resources to determine additional criteria for "well-qualified" as well as determining whether the AT-SAT can be retaken before the current three-year timeline.*

## SECTION 6: Air Traffic Basics

**1. Question: Can we get the FAA provided AT Basics curriculum in June of each year  so that adjustments can be made to courses in the summer and we can make all appropriate adjustments for the next semester class during the summer recess?**

*Answer: Currently, the AT Basics curriculum is provided to institutions in the fall. The FAA Academy compiles the most up-to-date lesson plans and student handouts and provides DVDs to the institutions.*

*As AT Basics is continuously updated, based on revisions to orders and policies, we post any updates to the CTI webpage..*

**2. Question: Is the AT Basics test a pre-hire test?**

*Answer: The AT Basics "pre-test" is a test given to all new hires who bypassed AT Basics. The largest group of test takes is the CTI graduates. This test is "post-hire" given the first day of initial training for either terminal or en route at the Academy to measure the AT Basics knowledge of all incoming CTI students. This is subject to change, so students are encouraged to remain familiar with the material, especially if they have been given a tentative offer letter.*

## SECTION 7: Institutional CTI Requirements

**1. Question: Must students complete CTI requirements at the same time as they are earning their degrees?**

*Answer: Ideally, the requirements are met within the approved degree program. In some cases, students may take different electives if they are not pursuing an institutional recommendation for the CTI Program.*

*Students who earn an approved degree under the CTI Program and have not completed all the institution required courses to meet CTI requirements can, at the institution's discretion, take those classes that meet all the requirements for institutional recommendation.*

*All candidates must have received an approved degree and meet institutional requirements, including classes that are mapped to the AT Basics objectives.*

## SECTION 8: Institution Curriculum

**1. Question: Our institution goes above and beyond what is required for the AT Basics objectives. Will this provide us with a better ranking?**

*Answer: Those schools that go above and beyond the FAA Program requirements of incorporating the AT Basics objectives into their curriculum are not currently ranked.. The "above and beyond" is an important contract between the institution and the student. The FAA benefits from the advanced instruction; but, the student, provided that the curriculum is taught and learned at an advanced level, benefits most in the certification process at the Academy and facility.*

## SECTION 9: Program Evaluation

**1. Question: Will the evaluation process continue? What are the dates of expected data submission, formats, etc.?**

*Answer: The Program Office has developed a new self-performing annual evaluation. The due dates for the evaluation Are October 1 of each year effective October 1, 2013.*

**SECTION 10: Medical Clearance**

**1. Question: Will "diabetes mellitus" disqualify a person from passing the ATC Medical?**

*Answer: Diabetes mellitus is a disqualifying condition; however, if the condition is adequately controlled and there are no other disqualifying sequelae, an individual may be found qualified under special consideration. This means that the individual may need to follow a strict protocol while performing safety-related duties and be willing to notify management and co-workers of his/her condition and needs in the case of an emergency. He/she must be willing and able to work all shifts and be responsible for providing all medical documentation necessary to maintain qualification at his/her own expense– (from the FAA Medical Office).*

**2. Question: If I pass a Class II Medical "color blind test" will I pass the ATC Medical?**

*Answer: Having a Class II medical certificate is not the same as passing the color vision test for air traffic controllers. Many schools falsely believe that a Class II medical certificate is proof of fitness for the ATC career field. Due to a dilemma of employment law, we cannot offer the test to individuals before a tentative offer of employment. A color deficient applicant may not be able to pass the test and, as a result, may never be able to get a return on his/her educational investment. I would not offer encouragement to an individual who has a color deficiency and would offer a stern warning before investing in an education in ATC– (from the FAA Medical Office).*

**3. Question: I understand there are several color vision tests available. If an applicant fails the test given by the FAA, can he/she take a different color vision test from his/her eye doctor and have that information sent to the flight surgeon to pass the medical requirements?**

*Answer: The FAA color test is specific to controllers and is a prerequisite for employment. Passing any other color test does not ensure that the applicant will pass the FAA test. Due to a dilemma of employment law, we cannot offer the test to individuals before a tentative offer of employment.*

**4. Question: My son/daughter has Crohn's Disease. He/she takes the drug Remicade. It does not do anything to him/her psychologically; it just works in the intestines. Can he/she get a flight medical, and if so, what class? In addition, will he/she be able to be hired after completion of the CTI Degree Program?**

*Answer: The disease is not disqualifying, but there will be a review of the individual case history. If selected, he/she would need to provide a complete history of the disease course. The drug is acceptable, but there would be limitations regarding the performance of safety duties around dosing intervals– (from the FAA Medical Office).*

**5. Question: My son/daughter has a history of being prescribed Zoloft (for anxiety/depression) and Vyvanse (for ADHD-related symptoms). These problems are completely under control and do not interfere with her ability to perform (academically or athletically).Does the use of these medications disqualify him/her from becoming an air traffic controller?**

*Answer: Continued use of these medications is generally disqualifying. If the son/daughter has been off the medications for a year and he/she has demonstrated stability, he/she might very well be found qualified for the job of air traffic controller.*

**SECTION 11:  Security   (Background Investigations)**

**1.  Question:  The personnel security questionnaire is very long and asks a lot of personal questions. Do I have to answer all the questions on the form? Much of that information is already on my resume.**

*Answer: Yes. The resume is part of the application process. The Security Questionnaire is part of the investigation process. All of the security questionnaire questions should be answered fully, accurately, and honestly.*

**2.  Question:  What will happen if I refuse to give you some of this personal information on the Security Questionnaire?**

*Answer: The investigation is a job requirement. Providing the information is voluntary, but if you choose not to provide the required information, you will not meet the requirements of the job and will therefore not be considered further. If you are already employed by the federal government, your appointment will be terminated. The courts have upheld this principle.*

**3.  Question:  What should I do if I remember something later, after I've filled out the form and returned it?**

*Answer: Immediately notify the security officials to whom you submitted the questionnaire.*

**4.  Question:  Who has access to the information collected?**

*Answer: The only persons authorized to see your personal information are Personnel Security, Suitability, and Investigations professionals who have been investigated at the appropriate level and who have a genuine and demonstrated need for access to the information.*

**5.  Question:  I'm not a criminal. Why do you want my fingerprints?**

*Answer: So that we can verify your claim that you are not a criminal by checking the FBI's fingerprint files. Executive Order 10450 requires that all federal employees be fingerprinted.*

**6.  Question:  Are you going to interview people other than those I name on the questionnaire? If so, why?**

*Answer: Yes. Background investigators are required to identify, locate, and interview a sufficient number of people who know you well. We want a balanced and unbiased investigation. It would be a questionable investigative practice to only interview persons whom the individual being investigated identified for us.*

**7.  Question:  Is it okay if I guess at dates and addresses that I can barely remember?**

*Answer: Providing information that is as complete and accurate as possible will ensure that your investigation is completed in an efficient and timely manner. If you are unable to answer a question with precision, provide approximate information and note that you have done so on the questionnaire. If you are interviewed in person, point out the approximated information on the questionnaire to the investigator.*

**8.  Question:  Why do you need information about my relatives?**

*Answer: Relatives sometimes influence the actions of family members. We need to determine if you could be exploited by threats or pressure against your relatives or if they themselves could exert pressure against you.*

**9. Question: Will I get a chance to explain some of the answers I provide?**

*Answer: Yes. Many types of background investigations involve a personal interview. Moreover, you may submit information on extra pages with your questionnaire if you feel you need to more fully explain details or circumstances of the answers you put on the form.*

**10. Question: Can I get a copy of the report you prepare about me?**

*Answer: The only persons authorized to see this information are Personnel Security, Suitability, and Investigations professionals who have been investigated and have a demonstrated need to review the information. You may request a copy of your investigation file under provisions of the Privacy Act. For an OPM investigation request, write to OPM-CIS, FOIP, Post Office Box 618, Boyers, PA 16018-0618. You must include your full name, Social Security number, date and place of birth, and you must sign your request.*

**11. Question: What if you talk to someone who just doesn't like me and they lie about me?**

*Answer: We talk to as many knowledgeable people as possible to get a balanced, accurate, and comprehensive picture of the person being investigated. Later, you may have an opportunity to refute any misleading or false information that was reported about you.*

**12. Question: I was cited for speeding once. Will that keep me from getting a job or a clearance?**

*Answer: Not necessarily. Any negative information is evaluated regarding its recency, seriousness, relevance to the position and duties, and in light of, and in relationship to, all other information about you.*

**13. Question: I was arrested for shoplifting 20 years ago. Is that going to be held against me now?**

*Answer: Not necessarily. Any negative information is evaluated regarding its recency, seriousness, relevance to the position and duties, and in light of, and in relationship to, all other information about you.*

**14. Question: I have a physical disability. Will that hurt my chances for a job?**

*Answer: No. It is against federal law to discriminate against an individual based on his or her disability.*

**15. Question: Are you going to tell my current employer that I'm looking for a job?**

*Answer: It is a requirement of a background investigation, and actual employment, that your current employer be contacted. We must verify your employment data and make other inquiries concerning your background. If you are a federal employee or contractor, for example, it may be that your current employer needs you to have a security clearance for the work you do. In other instances, you are asked to complete the investigative form for an investigation and clearance only after a conditional offer of employment has been made for a position requiring a security clearance.*

**16. Question: Is it true that the investigation will include a credit report about me?**

*Answer: Yes. A search of the records of commercial credit reporting agencies is an integral part of almost all background investigations.*

**17. Question: Do you ever interview someone's ex-spouse or relatives?**

*Answer: Yes; although, in many instances, interviewing ex-spouses or relatives is not mandatory.*

**18. Question: Why is detailed information about my education required?**

*Answer: Educational history is necessary for jobs that require specific education and expertise. Any information supplied by the applicant must be verified.*

71

**19.  Question:  I was politically active during the last elections. Will that hurt my chances for a job or a clearance?**

*Answer:* No. It will neither hurt nor help your chances.

**20.  Question:  Do I have to go to a police station to be fingerprinted?**

*Answer:* You may go to a police station to be fingerprinted. In most instances, however, the agency requiring the investigation and clearance will fingerprint you.

**21.  Question:  Doesn't the FBI conduct all federal background investigations?**

*Answer:* The U.S. Office of Personnel Management, the Department of Defense, and a few other agencies share this responsibility. The FBI mostly conducts investigations on the following:  High-level Presidential appointees, cabinet officers, agency heads, and staff who may work at the White House directly for the President.

**22.  Question:  How long does a background investigation take?**

*Answer:* The timeliness of a background investigation depends on the type of investigation conducted. Depending on the type of background investigation, the scope of the investigation may require coverage for specific items.

The need for a security clearance may affect the time period in which an investigation is completed. Each background investigation requires that certain areas are covered before an investigation is completed.

# Communications

## KSN SharePoint Web Site

The Air Traffic CTI Program has established a Microsoft SharePoint website so that CTI schools and the FAA can share information. The location of the site is https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx.

To access the site, you must be registered with the CTI Program Office. Once your name is added to the site by the Program Office you will receive an  email similar to the one below:

The following email provides your sign-on and password information. Please change your password once you successfully log on. If you forget or lose your password, please send an email to terry.craft@faa.gov. The password cannot be reset through the help-desk for users outside the FAA domain.





There are four sections that can be accessed by using the "navigation tabs" at the top of the page:

**Calendar:** This section will contain CTI-related events including telephone conferences (telcons), conferences, etc. Feel free to add events that will highlight your institution's activities as they relate to the CTI Program. Please include graduation dates, Air Traffic Club activities, etc.

**Document Library**: This section will contain documents and materials for your CTI Program. Some of the folders included are:

- **Air Traffic Selection and Training Battery (AT-SAT):** This section contains research reports for the ATSAT. It will definitely make for interesting reading for those who relish research papers.

- **At Basics Curriculum: In previous years, the FAA has sent AT Basics curriculum to the** partner institutions once a year on DVD. In an effort to ensure that our partners have the most up-to-date information, we are posting the material online for your use.

- **NOTE:** The curriculum material posted is for instructor use to ensure that the teaching material is accurate. In its current format, the FAA logo is not to be distributed or sold. Feel free to use the graphics and text, as appropriate, in your own material.

- **CTI Institution Folders:** This is a temporary placeholder. We will be developing folders for each institution that are only accessible by the FAA and the individual institution; this will allow a secure method to transfer data.

- **CTI Pictures:**  This library contains pictures submitted by partner institutions to "show off" your program and students. These pictures may be used in the CTI Program Office **presentations** and documents

- **FAA CTI Telcons**: This library contains the agendas and minutes for program telcons.

- **FAA Source Orders:** This library will hold orders and notices that may not be accessible online through faa.gov. Although every effort will be made to ensure that orders and notices are up to date, always use caution

**Useful Links:**  This page will have links to CTI information such as HR policy Orders and Notices, Workforce Plans. If you have additional links you would like to see, please let the Program Office know.

**CTI Institution Contacts:** This section is the official contact list for CTI school contacts. When a school adds faculty or staff, they will add them to the contact page. In order to gain access to the site, primary or secondary point of contact must send an email to the Program Office at 9-ato-atcti@faa.gov . To view all the contact information select name from list.



**Contact Fields:**

- **Last Name:** For the purposes of this database, the "Last Name" is the "Full Name."

- **Company:** CTI School

- **Contact Type:** The contact types are classified to filter those who should receive program office emails.

  - **P: Primary Contact**; receives all program office, and school-specific emails. Serves as PRIMARY contact if there are any questions from the CTI Program Office.

  - **S:** Secondary Contact; receives all program office, and school-specific emails.  Is the SECONDARY contact if the program office needs to contact the school and are unable to reach the primary contact.

  - **SA:** School's signing authority for any policy and agreements. This can also be a primary or secondary contact. Does not receive emails from the Program Office unless also designated as a primary or secondary contact. (see below)

o **N:** Is a school contact, but is not included in emails sent to schools.

**Combinations:**

o **SA/P** Signing Authority and Primary Contact

o **SA/S** Signing authority and Secondary contact

- **Full Name:** Same as "Last Name"
- **Job Title:** Self-explanatory
- **Business Phone:** Primary means of contact
- **Secondary Phone:** Self-explanatory
- **Mobile Phone:** Self-explanatory
- **Email Address:** Self-explanatory
- **Web Page:** This is the web page address that will appear in the public FAA website for the institution. This page lists all CTI schools and acts as a point of contact for interested students.

- **Mailing Address:** This is the general mailing address for the contact/institution
- **Physical Address (If different from Mailing):** Complete this address if it is not the same as your "mailing address
- **Shipping Address (If different from Physical):** Complete if there is an address for shipping other than the physical address
- **Public Contact:** This is the contact that will appear on the FAA Webpage that indicates the appropriate contact for the school for those interested in your degree programs. The name, email and phone number of this person will be published on the FAA AT-CTI public website [http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/schools/ }

**Creating a New Contact**

On the top of the page, select: "CTI Institution Contacts", then under "List Tools" select "Items"



Select "New Item".



This will bring up a new "contact card" that can be completes, click "Save" when complete.



## Editing a Current Contact

From the CTI Institution Contacts List

Select the card to edit by scrolling over the name and selecting the "check box". This will also bring up the tools bar in the top navigation pane.



Select "Edit Item" from the toolbar.  Make all necessary edits and "Save" before closing/

## Deleting a Contact

From the CTI Institution Contacts List

Select the card to delete  by scrolling over the name and selecting the "check box". This will also bring up the tools bar in the top navigation pane.



Select "Delete Item" from the toolbar.

## MONTHLY TELCONS

The FAA CTI Program has an ongoing monthly telcon with CTI institutions. The telcon is held the 3rd Wednesday of each month at 2:00 p.m. Eastern Standard Time.

Dial-in Number: 1-712-432-3066
Conference Code: 542998

Agenda items should be sent to 9-ato-atcti@faa.gov no later than close of business on the Thursday prior to the telcon. Minutes will be posted no later than Wednesday following the telcon.

# Abbreviations

| | |
|---|---|
| ATC | Air Traffic Controller |
| ATCT | Air Traffic Control Tower |
| CBI | Computer-Based Instruction |
| CTI | Collegiate Training Initiative |
| OJT | On-the-Job Training |
| POC | Point of Contact |
| SA | Service Area |
| LOA | Letter of Agreement |

**EXHIBIT**

**10**

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84**

## Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring

**This policy bulletin applies to:**  (1) Non-bargaining unit employees/positions and (2) bargaining unit employees/positions, except where the applicable collective bargaining agreement contains conflicting provisions or the subject has not been negotiated.

**Policy bulletin effective date:**  02/07/2014.  This policy bulletin will remain in effect until cancelled by the Office of Human Resource Management or until new assessment/selection process has been incorporated in agency policy(ies), whichever occurs first.

**Background information:**   In the spirit of continuous process improvement, the FAA reviewed the end-to-end process of hiring air traffic control specialists.   As a result, the FAA chose to make several improvements to the way it selects, trains, and assigns air traffic controllers in order to enhance decision making and increase objectivity in the assessment of candidates.  The new process will ensure compliance with statutory requirements including antidiscrimination laws, apply Merit System Principles, and align with the applicable FAA HR employment policies related to permanent external hiring.

_____

1. Purpose
2. Interim Process—Overview
3. Policy Suspension/Modification
4. Points of Contact

**1.   Purpose:**  This policy bulletin suspends provisions of FAA Human Resources (HR) policy related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist (ATCS) Academy Trainees.

**2.   Interim Process—Overview:**

    **a.**   The Agency will apply the existing FG-2152-01 position description and minimum experience/education requirements under the single agency qualification standard for FG-2152-01, Air Traffic Control Trainee-FAA Academy.

    **b.**   Generally, the FAA will use a single external competitive vacancy announcement open to all U.S. citizens to create an ATCS Academy trainee candidate inventory. At its discretion, the Agency  may consider using another candidate source (such as reinstatement, or an on-the-spot hiring authority such as Veterans' Recruitment Appointment, 30% or More Disabled Veteran Program, People With Disabilities) to fill specific positions as appropriate.

    **c.**   The FAA will close previous ATCS Academy trainee competitive inventories, notifying candidates that their prior applications and pre-employment test scores will no longer be considered and encouraging them to apply to future vacancy announcements.

    **d.**   Applicants may indicate preferred geographical region and state(s) but this information will not be used in the selection process.  The Agency may consider designated geographic preferences in the post-Academy facility placement process but staffing needs will be paramount.

    **e.**   All applicants will complete the Biographical Assessment.

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84: Temporary Suspension of Agency Policy on**
**Air Traffic Control Specialist Academy Trainee Hiring**

**Effective:  02/07/2014**
**Page 1 of 2**

**f.**   Applicants with a passing score on the Biographical Assessment will be screened for eligibility (citizenship, Selective Service registration, etc.) and minimum experience/education.

**g.**   Applicants meeting the requirements for eligibility and experience/education and with passing scores on the Biographical Assessment will be contacted regarding scheduling of the AT-SAT exam.

**h.**   Candidates meeting all requirements for eligibility and experience/education and with passing scores on the Biographical Assessment and the AT-SAT exam will be placed into one of three quality categories based on a weighted composite of both pre-employment tests and veterans' preference.

**i.**   Selections will be made beginning with the candidates at the top of the category group and working down the list.   Randomization will be used to break any ties.  Veterans' passover procedures will be used if necessary.

**3.  Policy Suspension/Modification:**

**a.**   Effective immediately, provisions of FAA HR policy documents related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist Academy Trainees are suspended.  While some provisions of these policy documents may be referred to as guidance, the FAA will not be bound by their provisions.  This includes (but is not limited to) the following documents:

- **Human Resources Operating Instruction (HROI): Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures** effective 04/01/2007;

- **HROI: Eligibility Period for AT-CTI Graduates** effective 04/01/2007; originally established 05/26/2006;

- **HRPM EMP-1.7a Supplement (Series 2152) Testing Policy for Filling Entry Level  Air Traffic Control Specialist Positions in Terminal and En Route Options** effective 04/01/2007;

- **HRPM EMP-1.11b Supplement (ATCS Employment Policy) Entry Level Pay and Grade for Air Traffic Academy Trainees** effective 06/25/2009; originally established 04/07/2007;

- **FAPM Letter 330-3 Placement of Entry Level Air Traffic Control Specialists** effective 10/04/85; and

- **AHF Operating Procedure #18: Use of On-the-Spot (OTS) Hiring Authority for Air Traffic Control Specialist (ATCS) Positions** effective 3/26/09

**b.**   Some exceptions or modifications to FAA HR policy provisions that are not specific to ATCS employment may also occur as part of the implementation (for example, using more than the two categories specified in EMP-1.28 Category Rating for ranking candidates.)   Any such an exception/modification must be approved by the Director, HR Policy and Compliance Division, AHR-100.

**4.  Points of Contact:**  Questions about this policy should be directed to the Office of Human Resource Management HR Policy and Compliance Division, AHR-110.



**Federal Aviation
Administration**

# Results of Air Traffic Control Specialist (ATCS) Interim Hiring Process

Privileged and Confidential



EXHIBIT
**11**

# Executive Summary

- **The interim ATCS selection process strongly favored those with an aviation and/or military background/education**
    - 1034 of the 1591 referrals (65%) had some combination of CTI, VP, some military, or some specific aviation related work history/experience
    - CTI grads/students were referred at three times the rate of non-CTI grads/students

- **The best qualified CTI candidates and general public candidates were selected to fill the open vacancies**

- **28,474 applicants applied via the interim process and 1591 are to receive a TOL**
    - All interested applicants across the country were able to apply, allowing the Agency to select from a larger pool of qualified applicants than under past vacancy announcements
    - The interim process allowed the Agency to find highly qualified candidates to fill demanding and challenging positions as Air Traffic Controllers

Privileged and Confidential



**Federal Aviation Administration**

# CTI Statistics

| Status | Total Applicants | Passes | Percent Passing |
|---|---|---|---|
| Non CTI | 22508 | 837 | 3.72% |
| CTI Grads and Students/Some Coursework | 5966 | 754 | 12.64% |
| *CTI Grads* | 4092 | 569 | 13.91% |
| *CTI Students/Some Coursework* | 1874 | 185 | 9.87% |





**Federal Aviation Administration**

3

# Veterans Statistics

| Status | Total Applicants | Passes | Percent Passing |
|---|---|---|---|
| Non Vet/Non Military | 24165 | 1301 | 5.38% |
| Some Military Service and VP Vets | 4309 | 290 | 6.73% |
| Some Military Service | 665 | 86 | 12.93% |
| VP Vets | 3644 | 204 | 5.60% |



**Federal Aviation Administration**

4

# TOL Pool Demographics – Overview*

|  | CPC Population | | TOL Group** | | Percentage Difference |
|---|---|---|---|---|---|
|  | n | % | n | % |  |
|  | 11567 | 100% | 1591 | 100% |  |
| **Ethnicity** |  |  |  |  |  |
| American Indian or Alaskan Native | 86 | 0.7% | 4 | 0.4% | •-0.3% |
| Asian | 270 | 2.3% | 57 | 6.3% | •4.0% |
| Black or African American | 623 | 5.4% | 92 | 10.2% | •4.8% |
| Hispanic or Latino | 782 | 6.8% | 153 | 16.9% | •10.1% |
| Multi-ethnic | 123 | 1.1% | 48 | 5.3% | •4.2% |
| Native Hawaiian or Other Pacific Islander | 29 | 0.3% | 6 | 0.7% | •0.4% |
| White | 9654 | 83.5% | 544 | 60.2% | •-23.3% |
| Missing | 0 |  | 687 |  |  |
| **Disability** | NA |  | 31 | 2.0% |  |
| **Gender** |  |  |  |  |  |
| Female | 1855 | 16.0% | 260 | 28.6% | •12.6% |
| Male | 9712 | 84.0% | 650 | 71.4% | •-12.6% |
| Missing | 0 |  | 681 |  |  |

* This information responds to questions raised by congressional staff

**Groups do not include candidates with missing data in percentage calculations

Privileged and Confidential



**Federal Aviation Administration**

# Next Steps

- **Finalize changes to ATCS assessment tools**

- **Next Vacancy Announcement for ATCS positions expected in March of 2015**

Privileged and Confidential



**Federal Aviation Administration**

6

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

**EXHIBIT 12**

# Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012

## Report to the Congress



a New Day for Federal Service

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
January 2014

# A MESSAGE FROM THE DIRECTOR OF THE
# U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM)

I am pleased to submit the annual Federal Equal Opportunity Recruitment Program (FEORP) Report for Fiscal Year (FY) 2012 to Congress. Prepared in accordance with the requirements of title 5, United States Code, section 7201, this report provides statistical data on employment in the Federal workforce (FW) and highlights human capital practices Federal agencies are using to recruit, develop, and retain talent.

### Findings for FY 2012

The number of minorities in the FW increased by 1.2 percent from 662,991 in FY 2011 to 670,853 in FY 2012. The FW is 17.9 percent Black, 8.2 percent Hispanic, 5.8 percent Asian/Pacific Islander, 1.7 percent American Indian/Alaska Native, 1.0 percent Non-Hispanic/Multi-Racial, and 65.4 percent White. Minorities as a whole constituted 34.6 percent of the FW. Men comprised 56.5 percent of all Federal permanent employees and women 43.5 percent. Notably, the Federal government still faces challenges with regard to the full employment of Hispanics, as they constitute 8.2 percent of the FW.

The Senior Executive Service (SES) is now more diverse than ever. The SES is 10.5 percent Black, 4.1 percent Hispanic, 3.3 percent Asian/Pacific Islander, 1.4 percent American Indian/Alaska Native, and 0.6 percent Non-Hispanic/Multi-Racial. In addition, women now make up 33.5 percent of the SES.

### OPM Initiatives

Since 2009 President Obama has signed various Executive Orders aimed at promoting a diverse and inclusive Federal workforce. On August 19, 2011, the President signed and issued Executive Order 13583, *Establishing a Coordinated Government-Wide Initiative to Promote Diversity and Inclusion in the Federal Workforce*, in order to promote the Federal workplace as a model of equality, diversity, and inclusion. On November 17, 2011, OPM issued the Government-Wide Diversity and Inclusion Strategic Plan, which identified three goals for implementation by agencies to include Workforce Diversity, Workplace Inclusion, and Sustainability. Fifty-seven agencies submitted agency-specific Diversity and Inclusion Strategic Plans, and they continue to actively implement those plans with guidance from OPM.

On November 9, 2009, President Obama signed Executive Order 13518, Employment of Veterans in the Federal Government, which established the Veterans Employment Initiative. In the first full year, the Executive Branch of the Government hired the highest percentage of veterans in more than 20 years.

In addition, OPM is committed to assisting agencies in implementing Executive Order 13548, Increasing Federal Employment of Individuals with Disabilities. The goal under Executive Order 13548 is to hire 100,000 people with disabilities in all job series and at all

grade levels by 2015 in order to enable the Federal Government to tap into this rich source of diverse talent. Initial FY 2012 data indicates an increase in the hiring of people with disabilities as compared to 2011, and in FY 2011, Americans with disabilities, including veterans who are 30 percent or more disabled, made up 14.7 percent of new hires, a 20-year high.

To address difficulties recruiting and hiring students, recent graduates and Veterans, President Obama signed Executive Order 13562, Recruiting and Hiring Students and Recent Graduates, on December 27, 2010. This executive order establishes the Pathways Program, consisting of three excepted-service programs tailored to recruit, hire, develop, and retain students and recent graduates to include veterans.  Under this program, OPM is conducting outreach to, among others, Historically Black Colleges and Universities, Hispanic Serving Institutions, Tribal Colleges and Universities, and Asian American and American Indian/Alaska Native Pacific Islander Serving Institutions. Additionally, through the creation of the *Governmentwide Veterans Recruitment and Employment Strategic Plan for FY 2010–FY 2012*, OPM is helping agencies to meet the overarching goal to increase the percentage of veterans hired in the Federal Executive Branch.

Due to the challenge of underrepresentation of Hispanics in the Federal workforce, OPM renewed the Hispanic Council on Federal Employment (Council) through 2014.  This Council, which brings together leaders from the Hispanic community, Human Resources (HR), Equal Employment Opportunity (EEO), and Diversity and Inclusion (D&I), is actively advising the Director of OPM on specific practices and recommendations related to the recruitment, hiring, retention, and advancement of Hispanics in the Federal workplace.

Finally, the OPM is working with the Chief Human Capital Officers (CHCO) Council and agencies to assess current and emerging skills gaps and develop strategies to close these gaps in mission-critical occupations and skills areas that have the greatest impact on government-wide, and agency-specific, performance. The desired outcomes of this effort are: (1) increased proficiency levels in targeted skills areas through training, and (2) institutionalized processes for identifying and addressing skills gaps (government-wide and agency-specific).

These efforts are designed to provide agencies with the foundation and support they need to advance the Federal government's goals - to recruit, hire, retain, and develop  qualified candidates for Federal service.  OPM will continue to work with agencies to ensure that they have the tools required to succeed in creating and developing a diverse and inclusive Federal workforce that is a model for the 21st Century.


Katherine L. Archuleta
Director

# TABLE OF CONTENTS

EXECUTIVE SUMMARY.................................................................................................................2

MAJOR FINDINGS AT A GLANCE ..........................................................................................3

DATA COVERAGE AND DEFINITIONS ...................................................................................5

FEDERAL WORKFORCE ...........................................................................................................7

BLACKS IN THE FEDERAL WORKFORCE.............................................................................10

HISPANICS IN THE FEDERAL WORKFORCE. .....................................................................19

ASIAN/PACIFIC ISLANDERS IN THE FEDERAL WORKFORCE.................................28

AMERICAN INDIAN/ALASKA NATIVES IN THE FEDERAL WORKFORCE............................37

WOMEN IN THE FEDERAL WORKFORCE........................................................................46

NON-HISPANIC/MULTI-RACIAL EMPLOYMENT IN THE FEDERAL WORKFORCE ...........55

 WHITES IN THE FEDERAL WORKFORCE..........................................................................65

AGENCY FEORP CURRENT PRACTICES.........................................................................75

APPENDIX A: DATA NOTES.................................................................................................89

# EXECUTIVE SUMMARY

On August 18, 2011, President Obama signed Executive Order 13583, Establishing a Coordinated Government-Wide Initiative to Promote Diversity and Inclusion in the Federal Workforce. As a result, OPM in consultation with the Office of Management and Budget (OMB) and the Equal Employment Opportunity Commission (EEOC) developed a Government-Wide Diversity and Inclusion Strategic Plan (Plan) that provides guidance to agencies on implementing the President's Executive Order (the Executive Order). The Plan provides a shared direction, encourages commitment, and creates alignment so agencies can approach their workplace diversity and inclusion efforts in a coordinated, collaborative, and integrated manner. Three key goals provide a path for successful agency diversity and inclusion efforts: workforce diversity, workplace inclusion, and sustainability.

On March 16, 2012, 120 days after the issuance of the Government-Wide Diversity and Inclusion Strategic Plan, agencies were required to submit agency-specific Diversity and Inclusion Strategic Plans, consistent with the government-wide plan. Fifty-seven departments and agencies submitted plans, and OPM continues to conduct Feedback Assistance Roundtables (FAR), a three phased review process, with each agency's Chief Human Capital Officer (CHCO), Equal Employment Opportunity (EEO) Director, and Diversity and Inclusion (D&I) Director, where one exists. During Phase I of the FAR review, which was completed in July 2012, agencies met in clusters of three (3) in the OPM Innovation Lab to share successful practices and address challenges. OPM is now conducting Phase II of the FAR review, which entails meeting with each agency individually and discussing progress on the agency-specific Diversity and Inclusion Strategic Plans. Phase III will begin approximately 18 months after the submission of the plans and will include metric analysis for each agency, related to the three goals of diversity, inclusion, and sustainability.

In addition, the Executive Order directed agencies to identify and adopt best practices to promote diversity and inclusion and to identify and remove any barriers to equal employment opportunity, consistent with merit system principles and applicable law. To this end, agencies were asked to submit their successful or promising practices from the agency-specific Diversity and Inclusion Strategic Plans. This report provides information about those successful practices that agencies discussed during the FAR process or submitted in their FEORP reports.

Against this backdrop, we present the data for the FY 2012 FEORP Report.

## FEORP Composition of Federal Workforce at a Glance

| | Representation of the Federal Workforce | | Representation in the Senior Executive Service | |
|---|---|---|---|---|
| | FY 2012 | FY 2011 | FY 2012 | FY 2011 |
| Men | 56.5 | 56.4 | 66.5 | 67.7 |
| Women | 43.5 | 43.6 | 33.5 | 32.3 |
| Hispanic or Latino | 8.2 | 8.1 | 4.1 | 4.1 |
| White | 65.4 | 65.9 | 80.6 | 81.2 |
| Black or African American | 17.9 | 17.8 | 10.5 | 10.1 |
| Asian/Pacific Islander | 5.8 | 5.6 | 3.3 | 3.2 |
| American Indian/Alaska Native | 1.7 | 1.7 | 1.4 | 1.1 |
| Non-Hispanic/Multi-Racial | 1.0 | 0.8 | 0.6 | 0.5 |

**Major findings in the FY 2012 FEORP Report are:**

➢ The number of minorities in the FW increased by 1.2 percent from 662,991 in FY 2011 to 670,853 in FY 2012. The FW is 17.9 percent Black, 8.2 percent Hispanic, 5.8 percent Asian/Pacific Islander, 1.7 percent American Indian/Alaska Native, 1.0 percent Non-Hispanic/Multi-Racial, and 65.4 percent White. Minorities as a whole constituted 34.6 percent of the FW.

➢ Black employees represented 17.9 percent (346,824) of the permanent FW as of September 30, 2012, compared to 17.8 percent in FY 2011.

➢ Hispanic employees represented 8.2 percent (159,639) of the permanent FW as of September 30, 2012, compared to 8.1 percent in FY 2011.

➢ Asian/Pacific Islander employees represented 5.8 percent (112,261) of the permanent FW as of September 30, 2012, compared to 5.6 percent in FY 2011.

➢ American Indian/Alaska Native employees represented 1.7 percent (33,171) of the permanent FW as of September 30, 2012, compared to 1.7 percent in FY 2011.

➢ White employees represented 65.4 percent (1,270,362) of the permanent FW as of September 30, 2012, compared to 65.9 percent in FY 2011.

➢ Non-Hispanic Multi-Racial employees represented 1.0 percent (18,958) of the permanent FW as of September 30, 2012, compared to 0.8 percent in FY 2011.

➢ Women comprised 43.5 percent (844,223) of all Federal permanent employees as of September 30, 2012, compared to 43.6 percent in FY 2011.

➢ Men comprised 56.5 percent (1,096,992) of all Federal permanent employees as of September 30, 2012, compared to 56.4 percent in FY 2011.

➢ The percentage of minorities in the Senior Executive Service (SES) increased by 0.9 percent from 19 percent in FY 2011 to 19.9 percent in FY 2012. The SES is 10.5 percent Black, 4.1 percent Hispanic, 3.3 percent Asian/Pacific Islander, 1.4 percent American Indian/Alaska Native, and 0.6 percent Non-Hispanic/Multi-racial.

➢ The percentage of women in the Senior Executive Service (SES) increased by 1.2 percent from 32.3 percent in FY 2011 to 33.5 percent in FY 2012.

4

**Federal Agencies' FEORP Report Submissions**

In an effort to consolidate reporting requirements that necessitate similar information and provide meaningful guidance to the agencies, the OPM once again requested that Federal agencies jointly submit their FEORP Report and their Hispanic Employment Report, as required by Executive Order 13171 of October 12, 2000. Agencies were provided with the opportunity to include successful practices and planned activities that have been shown to improve the recruitment, career development, and retention of Hispanics, as well as women and other minorities. OPM also requested data regarding mentoring programs, leadership development programs, D&I Councils, and D&I training.

Agency successful practices can be found in the section titled *Agency FEORP Current Practices* on page 72 of this report.

# DATA COVERAGE AND DEFINITIONS

On-board Federal employment statistics used in this report are as of September 30, 2011. All data are produced from OPM's Central Personnel Data File (CPDF). The FW referred to in this report is not the entire FW, but rather only permanent employees in those non-postal Federal Executive Branch agencies participating in the CPDF. This report covers workers in all pay plans including General Schedule and Related (GSR) pay plans, non-GSR pay plans, blue-collar pay plans, and employees at Senior Pay levels.

All references made to the General Schedule pay plan in this report are to General Schedule and Related (GSR) pay plans.

Only those agencies with 500 or more permanent employees are displayed in this report.

**Non-Hispanic/Multi-Racial** is defined as Non-Hispanic and of more than one race.

**Senior Pay** level employment includes employees in the Senior Executive Service (SES), Senior Foreign Service, and other employees earning salaries above grade 15, step 10 of the General Schedule, but excludes those employees under the Executive Schedule (pay plan EX).

The **Civilian Labor Force** (**CLF**) percentages for each minority group presented in this report are derived from the Bureau of Labor Statistics' (BLS) Current Population Survey (CPS). The CPS data, which is a monthly survey of households that is conducted by the Bureau of the Census for BLS, cover non-institutionalized individuals 16 years of age or older, employed or unemployed, U.S. citizens and non-U.S. citizens. Regarding multi-racial persons, the BLS designation "Two or More Races, Both Sexes" provides the data source for the multi-racial CLF percent.

The **Relevant Civilian Labor Force (RCLF)** is the CLF data that are directly comparable (or relevant) to the occupational population being considered in the FW. The RCLF is the benchmark used to measure individual Federal agencies' minority representation relative to their representation in that occupational category. In this Report, the RCLF is presented for each occupational category in the sections titled "Employment by Occupational Category." For further info on the RCLF, please see the U.S. Census Bureau Equal Employment Opportunity (EEO) Tabulation at http://www.census.gov/people/eeotabulation/about/page_c.html

**Underrepresentation**, as defined in 5 CFR, section 720.202, means a situation in which the number of women or members of a minority group within a category of civil service employment constitutes a lower percentage of the total number of employees within the employment category than the percentage of women or the minority group constitutes within the CLF of the United States.

**Occupational categories** discussed in this report are white collar and blue collar. The white-collar category contains Professional, Administrative, Technical, Clerical or "Other" white-collar occupations. Professional occupations typically require a baccalaureate or professional degree and, along with Administrative occupations, are the usual sources for selections to senior management and executive positions. Positions in Technical, Clerical, Other, and blue-collar occupations usually are limited to lower grades, with limited opportunity for promotion to management levels. Advancement in these occupations often depends on individual attainment of further education or advanced skills. Employment data in this report are presented by occupational category and grade to provide a more informative profile.

**NOTE: STATISTICS IN THIS REPORT MAY VARY FROM OTHER FEORP RELEASES BECAUSE OF DIFFERENCES IN COVERAGE (E.G., AGENCY, WORK SCHEDULE, TENURE, AND DATES). ALSO, PERCENTAGES SHOWN IN THIS REPORT MAY NOT ADD TO TOTALS OF 100 DUE TO INDEPENDENT ROUNDING.**

7

# FEDERAL WORKFORCE

## TOTAL FEDERAL WORKFORCE EMPLOYMENT[1]



The number of minorities in the FW increased by 1.2 percent from 662,991 to 670,853 in FY 2012.

- Blacks represented 17.9 percent (346,824) of the FW in 2012 and 17.8 percent (345,679) in FY 2011. The representation of Blacks in the CLF was 10.1 percent in 2012 and 2011.
- Hispanics represented 8.2 percent (159,639) of the FW in 2012, compared to 8.1 percent (157,648) in FY 2011. The representation of Hispanics in the CLF[2] was 14.2 percent in 2012, compared to 13.6 in 2011.
- Asian/Pacific Islanders represented 5.8 percent (112,261) of the FW in 2012, compared to 5.6 percent (109,871) in FY 2011. The representation of Asians/Pacific Islanders in the CLF[3] was 4.9 percent in 2012, compared to 4.4 in 2011.

---

[1] Detail percentages may not add to total due to rounding.

[2] Although Hispanics, taken as a whole, make up 14.2 percent of the Civilian Labor Force (CLF), that number drops to 10.8 percent of the CLF when only U.S. citizens (including those in Puerto Rico) are counted. (Citizenship is a requirement for most Federal positions.) Citizenship-based CLF calculations are based on the Equal Employment Opportunity (EEO) Tabulation of 5-year ACS data.

[3] Although Asian/Pacific Islanders make up 4.9 percent of the Civilian Labor Force (CLF), that number drops to 3.6 percent of the CLF, when only U.S. citizens are counted. As noted above, citizenship is a requirement for most Federal positions. Citizenship-based CLF calculations are based on the Equal Employment Opportunity (EEO) Tabulation of 5-year ACS data.

- American Indian/Alaska Natives represented 1.7 percent (33,171) of the FW in 2012 and 1.7 percent (33,761) in FY 2011. American Indian/Alaska Natives representation in the CLF was 0.9 percent in 2012, compared to 0.7 in 2011.
- Non-Hispanic Multi-Racial employees represented 1.0 percent (18,958) of the FW in 2012 compared to 0.8 (16,032) in FY 2011. The representation of Non-Hispanic Multi-Racial employees in the CLF was 1.7 percent in 2012, compared to 1.2 in 2011.
- White employees represented 65.4 percent (1,270,362) of the permanent FW as of September 30, 2012, compared to 65.9 (1,281,659). The representation of White employees in the CLF was 68.5 percent in 2012, compared to 70.0 percent in 2011.
- Women represented 43.5 percent (844,223) of the FW in 2012, compared to 43.6 percent (848,257) in FY 2011. The representation of women in the CLF was 46.3 percent in 2012, and the same in 2011.

# BLACKS IN THE FEDERAL WORKFORCE

# BLACK EMPLOYMENT

Black employees represented 17.9 percent (346,824) of the permanent FW as of September 30, 2012 and 17.8 percent in FY 2011.

Black men represented 7.3 percent of the FW in FY 2012 and 7.2 percent in FY 2011.

Black women represented 10.6 percent of the FW in FY 2012 and 10.6 percent in FY 2011.



# BLACK EMPLOYMENT BY OCCUPATIONAL CATEGORY

Black employment in professional occupations increased by 1,404, to 52,740 in FY 2012, from 51,336 in FY 2011. Blacks represented 10.7 percent of all Federal employees in this occupational category in FY 2012, compared to 10.6 percent in FY 2011.

Black employment in administrative occupations increased by 1,272 to 135,113 in FY 2012, from 133,841 in FY 2011. Blacks represented 18.4 percent of all Federal employees in this occupational category in FY 2012, compared to 18.3 percent in FY 2011.

| 2012 | Black Employment | Percent of FW |
|------|------------------|---------------|
| **Counts and Percentages of Blacks based on All Employees in Each Occupational Category (September 2012)** | | |
| **Professional** | 52,740 | 10.7 |
| **Administrative** | 135,113 | 18.4 |
| **Technical** | 80,540 | 24.2 |
| **Clerical** | 33,242 | 27.4 |
| **Other** | 11,053 | 14.5 |
| **White-Collar (WC)** | 312,688 | 17.8 |
| **Blue-Collar (BC)** | 34,136 | 18.4 |
| **Total (WC + BC)** | 346,824 | 17.9 |

Black employment in technical occupations decreased by 389 to 80,540 in FY 2012, from 80,929 in FY 2011. Blacks represented 24.2 percent of all Federal employees in this occupational category in FY 2012, compared to 24 percent in FY 2011.

Black employment in clerical occupations decreased by 552 to 33,242 in FY 2012, from 33,794 in FY 2011. Blacks represented 27.4 percent of all Federal employees in this occupational category in FY 2012, compared to 27.3 percent in FY 2011.

Black employment in "other" white-collar occupations decreased by 54 to 11,053 in FY 2012 from 11,107 in FY 2011. Blacks represented 14.5 percent of all Federal employees in this occupational category in FY 2012, compared to 14.4 in FY 2011.

Black employment in white-collar occupations increased by 1,681 to 312,688 in FY 2012 from 311,007 in FY 2011. Blacks represented 17.8 percent of all Federal employees in this occupational category in FY 2012, compared to 17.7 in FY 2011.

Black employment in blue-collar occupations decreased by 536, to 34,136 in FY 2012 from 34,672 in FY 2011. Blacks represented 18.4 percent of all Federal employees in this occupational category in FY 2012, as compared to 18.5 in FY 2011.

# TRENDS
## New Hires compared to Attrition Government-Wide[4]



## Blacks

New Hires: 2009: 45,822; 2010: 42,571; 2011: 35,255; 2012: 29522

Attrition: 2009: 28,602; 2010: 32,155; 2011: 33,891; 2012: 31996

◆— New Hires   ■— Attrition

**Representation in the Federal Workforce over a 5-year period**



### Blacks

2008: 17.90%
2009: 17.80%
2010: 17.70%
2011: 17.80%
2012: 17.90%

---

[4] The New Hires compared to Attrition chart does not include Transfers In, nor does it include Transfers Out. Furthermore, the Judicial Branch is entirely excluded and some Executive Branch agencies are not included. Please see data notes for details.

# BLACK PERMANENT FEDERAL CIVILIAN EMPLOYMENT
## SALARY TRENDS

| WHITE-COLLAR / PAY SYSTEM GROUPS | 2012 | | 2011 | | DIFFERENCE 2011 TO 2012 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | #COUNT | %CHANGE |
| UP TO $20,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| $20,001 TO $40,000 | 36,216 | 2.6 | 37,347 | 2.7 | -1,131 | -3 |
| $40,001 TO $60,000 | 84,849 | 6.1 | 86,485 | 6.2 | -1,636 | -1.9 |
| $60,001 TO $80,000 | 61,045 | 4.4 | 59,442 | 4.3 | 1,603 | 2.7 |
| $80,001 TO $100,000 | 43,037 | 3.1 | 41,313 | 3 | 1,724 | 4.2 |
| $100,001 TO $120,000 | 25,486 | 1.8 | 24,539 | 1.8 | 947 | 3.9 |
| $120,001 TO $140,000 | 9,377 | 0.7 | 8,915 | 0.6 | 462 | 5.2 |
| $140,001 TO $160,000 | 3,940 | 0.3 | 3,713 | 0.3 | 227 | 6.1 |
| $160,001 AND GREATER | 105 | 0 | 122 | 0 | -17 | -13.9 |
| UNSPECIFIED | 244 | 0 | 281 | 0 | -37 | -13.2 |
| TOTAL | 264,299 | 18.9 | 262,157 | 18.8 | 2,142 | 0.8 |
| SES | | | | | | |
| $100,001 TO $120,000 | 5 | 0.1 | 4 | 0.1 | 1 | 25 |
| $120,001 TO $140,000 | 27 | 0.3 | 27 | 0.3 | 0 | 0 |
| $140,001 TO $160,000 | 238 | 3 | 216 | 2.8 | 22 | 10.2 |
| $160,001 AND GREATER | 546 | 6.9 | 528 | 6.8 | 18 | 3.4 |
| UNSPECIFIED | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 816 | 10.4 | 775 | 10 | 41 | 5.3 |
| OTHER WHITE COLLAR | | | | | | |
| UP TO $20,000 | 60 | 0 | 50 | 0 | 10 | 20 |
| $20,001 TO $40,000 | 8,780 | 2.5 | 9,050 | 2.6 | -270 | -3 |
| $40,001 TO $60,000 | 7,668 | 2.2 | 7,980 | 2.3 | -312 | -3.9 |
| $60,001 TO $80,000 | 10,323 | 3 | 10,645 | 3 | -322 | -3 |
| $80,001 TO $100,000 | 8,171 | 2.3 | 8,208 | 2.3 | -37 | -0.5 |
| $100,001 TO $120,000 | 5,596 | 1.6 | 5,553 | 1.6 | 43 | 0.8 |
| $120,001 TO $140,000 | 2,822 | 0.8 | 2,689 | 0.8 | 133 | 4.9 |
| $140,001 TO $160,000 | 2,086 | 0.6 | 2,024 | 0.6 | 62 | 3.1 |
| $160,001 AND GREATER | 2,058 | 0.6 | 1,869 | 0.5 | 189 | 10.1 |
| UNSPECIFIED | 9 | 0 | 7 | 0 | 2 | 28.6 |
| TOTAL | 47,573 | 13.6 | 48,075 | 13.6 | -502 | -1 |
| | | | | | | |
| TOTAL WHITE-COLLAR (PATCO) | 312,688 | 17.8 | 311,007 | 17.7 | 1,681 | 0.5 |
| TOTAL BLUE-COLLAR | 34,136 | 18.4 | 34,672 | 18.5 | -536 | -1.5 |
| TOTAL WHITE/BLUE-COLLAR | 346,824 | 17.9 | 345,679 | 17.8 | 1,145 | 0.3 |

# BLACKS REPRESENTATION IN EXECUTIVE DEPARTMENTS

| REPRESENTATION IN PERMANENT FEDERAL WORKFORCE September 30, 2012 and September 30, 2011 BLACKS | | |
|---|---|---|
| EXECUTIVE DEPARTMENTS | 2012 GROUP PCT. | 2011 GROUP PCT |
| DEPARTMENT OF THE AIR FORCE | 11.8 | 11.8 |
| DEPARTMENT OF AGRICULTURE | 11.4 | 11.3 |
| DEPARTMENT OF THE ARMY | 16.7 | 16.7 |
| DEPARTMENT OF COMMERCE | 15.8 | 16 |
| DEPARTMENT OF DEFENSE | 21.4 | 21.4 |
| DEPARTMENT OF JUSTICE | 16.7 | 16.8 |
| DEPARTMENT OF LABOR | 22.4 | 22.4 |
| DEPARTMENT OF ENERGY | 11 | 11.1 |
| DEPARTMENT OF EDUCATION | 36.9 | 36.8 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | 20.5 | 20.3 |
| DEPARTMENT OF HOMELAND SECURITY | 14.6 | 14.6 |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | 37.9 | 37.9 |
| DEPARTMENT OF INTERIOR | 5.7 | 5.7 |
| DEPARTMENT OF THE NAVY | 13.3 | 13.1 |
| DEPARTMENT OF STATE | 27.9 | 28.4 |
| DEPARTMENT OF TRANSPORTATION | 11.6 | 11.6 |
| DEPARTMENT OF TREASURY | 24.9 | 24.5 |
| DEPARTMENT OF VETERANS AFFAIRS | 23.9 | 23.8 |
| GOVERNMENTWIDE | 17.9 | 17.8 |



# BLACKS REPRESENTATION IN INDEPENDENT AGENCIES

| REPRESENTATION IN PERMANENT FEDERAL WORKFORCE<br>September 30, 2012 and September 30, 2011<br>BLACKS | | |
| --- | --- | --- |
| **INDEPENDENT AGENCIES** | **2012 GROUP PCT.** | **2011 GROUP PCT.** |
| BROADCASTING BOARD OF GOVERNORS | 22 | 22.4 |
| COURT SERVICES AND OFFENDR SUPERVSN AGY | 79.7 | 80.8 |
| COMMODITY FUTURES TRADING COMMISSION | 16.5 | N/A |
| CORP FOR NATIONAL AND COMMUNITY SERVICE | 29.5 | 30.6 |
| ENVIRONMENTAL PROTECTION AGENCY | 18.3 | 18.2 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 41 | 40.8 |
| FEDERAL COMMUNICATIONS COMMISSION | 30.5 | 31.3 |
| FEDERAL DEPOSIT INSURANCE CORPORATION | 17.5 | 17.6 |
| FEDERAL HOUSING FINANCE AGENCY | 22 | N/A |
| FEDERAL RESERVE SYSTEM | 17.9 | N/A |
| FEDERAL TRADE COMMISSION | 16.8 | 16.9 |
| GENERAL SERVICES ADMINISTRATION | 26.6 | 26.3 |
| GOVERNMENT PRINTING OFFICE | 52.4 | 53.6 |
| NAT ARCHIVES AND RECORDS ADMINISTRATION | 26.2 | 25.6 |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION | 11.7 | 11.6 |
| NATIONAL CREDIT UNION ADMINISTRATION | 14.7 | 13.6 |
| NATIONAL LABOR RELATIONS BOARD | 20.9 | 21.5 |
| NATIONAL SCIENCE FOUNDATION | 31.2 | 31.7 |
| NUCLEAR REGULATORY COMMISSION | 15 | 15.1 |
| OFFICE OF PERSONNEL MANAGEMENT | 23.9 | 22.9 |
| PENSION BENEFIT GUARANTY CORPORATION | 41.3 | 41.6 |
| RAILROAD RETIREMENT BOARD | 36.4 | 34.8 |
| SECURITIES AND EXCHANGE COMMISSION | 16.9 | 17 |
| SMALL BUSINESS ADMINISTRATION | 25.2 | 25.2 |
| SMITHSONIAN INSTITUTION | 39.3 | 39.5 |
| SOCIAL SECURITY ADMINISTRATION | 28.3 | 28.4 |
| US AID | 25.4 | 25.7 |
| GOVERMENTWIDE | 17.9 | 17.8 |



# WHITES IN THE FEDERAL WORKFORCE

# WHITE EMPLOYMENT

White employees comprised 65.4 percent (1,270,362) of the permanent FW as of September 30, 2012 and 65.9 percent in FY 2011.

White men comprised 39.9 percent of the FW in FY 2012 and 40.1 percent in FY 2011.

White women comprised 25.5 percent of the FW in FY 2012 and 25.8 percent in FY 2011.



**White men and women their representation in the Civilian Labor Force (September 2012)**

# WHITES[11] BY OCCUPATIONAL CATEGORY

White employment in professional occupations increased by 716 to

357,590 in FY 2012, from 356,874 in FY 2011. Whites represented 72.8 percent of all Federal employees in this occupational category in FY 2012, compared to 73.4 percent in FY 2011.

White employment in administrative occupations decreased by 2,529 to 488,615 in FY 2012, from 491,144 in FY 2011. Whites represented 66.6 percent of all Federal employees in this occupational category in FY 2012, compared to 67.1 percent in FY 2011.

| 2012 | White Employment | Percent of FW |
|---|---|---|
| **Counts and Percentages of White based on All Employees in Each Occupational Category (September 2012)** | | |
| **Professional** | 357,590 | 72.8 |
| **Administrative** | 488,615 | 66.6 |
| **Technical** | 194,924 | 58.5 |
| **Clerical** | 63,612 | 52.5 |
| **Other** | 44,890 | 58.8 |
| **White-Collar (WC)** | 1,149,631 | 65.5 |
| **Blue-Collar (BC)** | 120,731 | 65.2 |
| **Total (WC + BC)** | 1,270,362 | 65.4 |

White employment in technical occupations decreased by 4,009 to 194,924 in FY 2012, from 198,933 in FY 2011. Whites represented 58.5 percent of all Federal employees in this occupational category in FY 2012, compared to 59 percent in FY 2011.

White employment in clerical occupations decreased by 2,192, to 63,612 in FY 2012, from 65,804 in FY 2011. Whites represented 52.5 percent of all Federal employees in this occupational category in FY 2012, compared to 53.1 percent in FY 2011.

White employment in "other" white-collar occupations decreased by 1,084, to 44,890 in FY 2012 from 45,974 in FY 2011. Whites represented 58.8 percent of all Federal employees in this occupational category in FY 2012, compared to 59.4 percent in FY 2011.

White employment in white-collar occupations decreased by 9,098 to 1,149,631 in FY 2012 from 1,158,729 in FY 2011. Whites represented 65.5 percent of all Federal employees in this occupational category in FY 2012, compared to 66 percent in FY 2011.

---

[11] Although this new category is not a minority group as determined under 5 U.S.C. § 7201, collection and representation of this data is consistent with the new Racial/National Origin structure required by the Office of Management and Budget. OPM guidance to agencies required use of the new codes for all accessions occurring on or after January 1, 2006. However, while agencies were not required to resurvey their workforce, they had the option to do so. As a result, the Federal civilian employees in this category do not reflect total numbers in the FW; they reflect only those who completed the new Standard Form 181, Ethnicity and Race Identification (dated July 2005).

68

White employment in blue-collar occupations decreased by 2,199, to 120,731 in FY 2012 from 122,930 in FY 2011. Whites represented 65.2 percent of all Federal employees in this occupational category in FY 2012, as compared to 65.5 percent in FY 2011.

# TRENDS
## New Hires compared to Attrition[12]



### Whites



**Representation in the Federal Workforce over a 5-year period**

---

[12] The New Hires compared to Attrition chart does not include Transfers In, nor does it include Transfers Out. Furthermore, the Judicial Branch is entirely excluded and some Executive Branch agencies are not included. Please see data notes for details.

FY 2012 FEORP                                    U.S. Office of Personnel Management

## WHITE PERMANENT NON-POSTAL FEDERAL CIVILIAN EMPLOYMENT SALARY TRENDS

| WHITE-COLLAR / PAY SYSTEM GROUPS GS,GM,GL | 2012 # | 2012 % | 2011 # | 2011 % | DIFFERENCE 2011 TO 2012 #COUNT | DIFFERENCE 2011 TO 2012 %CHANGE |
|---|---|---|---|---|---|---|
| UP TO $20,000 | 0 | 0 | 1 | 0 | -1 | -100 |
| $20,001 TO $40,000 | 80,256 | 5.7 | 85,320 | 6.1 | -5,064 | -5.9 |
| $40,001 TO $60,000 | 211,498 | 15.1 | 222,008 | 15.9 | -10,510 | -4.7 |
| $60,001 TO $80,000 | 218,159 | 15.6 | 213,414 | 15.3 | 4,745 | 2.2 |
| $80,001 TO $100,000 | 183,302 | 13.1 | 180,131 | 12.9 | 3,171 | 1.8 |
| $100,001 TO $120,000 | 121,264 | 8.7 | 119,645 | 8.6 | 1,619 | 1.4 |
| $120,001 TO $140,000 | 51,687 | 3.7 | 50,784 | 3.6 | 903 | 1.8 |
| $140,001 TO $160,000 | 32,108 | 2.3 | 31,724 | 2.3 | 384 | 1.2 |
| $160,001 AND GREATER | 1,671 | 0.1 | 1,931 | 0.1 | -260 | -13.5 |
| UNSPECIFIED | 585 | 0 | 727 | 0.1 | -142 | -19.5 |
| TOTAL | 900,530 | 64.4 | 905,685 | 64.9 | -5,155 | -0.6 |
| SES | | | | | | |
| $100,001 TO $120,000 | 15 | 0.2 | 15 | 0.2 | 0 | 0 |
| $120,001 TO $140,000 | 152 | 1.9 | 135 | 1.7 | 17 | 12.6 |
| $140,001 TO $160,000 | 1,285 | 16.3 | 1,183 | 15.2 | 102 | 8.6 |
| $160,001 AND GREATER | 4,873 | 61.9 | 4,990 | 64.1 | -117 | -2.3 |
| UNSPECIFIED | 15 | 0.2 | 0 | 0 | 15 | 0 |
| TOTAL | 6,340 | 80.6 | 6,323 | 81.2 | 17 | 0.3 |
| OTHER WHITE COLLAR | | | | | | |
| UP TO $20,000 | 117 | 0 | 117 | 0 | 0 | 0 |
| $20,001 TO $40,000 | 19,818 | 5.7 | 21,063 | 6 | -1,245 | -5.9 |
| $40,001 TO $60,000 | 25,504 | 7.3 | 27,087 | 7.7 | -1,583 | -5.8 |
| $60,001 TO $80,000 | 43,202 | 12.4 | 44,803 | 12.7 | -1,601 | -3.6 |
| $80,001 TO $100,000 | 40,774 | 11.7 | 41,990 | 11.9 | -1,216 | -2.9 |
| $100,001 TO $120,000 | 39,437 | 11.3 | 40,600 | 11.5 | -1,163 | -2.9 |
| $120,001 TO $140,000 | 23,462 | 6.7 | 22,542 | 6.4 | 920 | 4.1 |
| $140,001 TO $160,000 | 23,190 | 6.6 | 23,066 | 6.5 | 124 | 0.5 |
| $160,001 AND GREATER | 27,226 | 7.8 | 25,413 | 7.2 | 1,813 | 7.1 |
| UNSPECIFIED | 31 | 0 | 40 | 0 | -9 | -22.5 |
| TOTAL | 242,761 | 69.5 | 246,721 | 70 | -3,960 | -1.6 |
| | | | | | | |
| TOTAL WHITE-COLLAR (PATCO) | 1,149,631 | 65.5 | 1,158,729 | 66 | -9,098 | -0.8 |
| TOTAL BLUE-COLLAR | 120,731 | 65.2 | 122,930 | 65.5 | -2,199 | -1.8 |
| TOTAL WHITE/BLUE-COLLAR | 1,270,362 | 65.4 | 1,281,659 | 65.9 | -11,297 | -0.9 |

# WHITE REPRESENTATION IN EXECUTIVE DEPARTMENTS

| REPRESENTATION IN PERMANENT FEDERAL WORKFORCE<br>September 30, 2012 and September 30, 2011<br>WHITES | | |
|---|---|---|
| EXECUTIVE DEPARTMENTS | 2012 GROUP PCT. | 2011 GROUP PCT. |
| DEPARTMENT OF THE AIR FORCE | 75.5 | 75.7 |
| DEPARTMENT OF AGRICULTURE | 75.4 | 76.5 |
| DEPARTMENT OF THE ARMY | 69.8 | 69.9 |
| DEPARTMENT OF COMMERCE | 67.1 | 68.1 |
| DEPARTMENT OF DEFENSE | 65.2 | 65.7 |
| DEPARTMENT OF JUSTICE | 57.6 | 70 |
| DEPARTMENT OF LABOR | 51.2 | 63.2 |
| DEPARTMENT OF ENERGY | 75 | 75.1 |
| DEPARTMENT OF EDUCATION | 50.4 | 51.2 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | 47.9 | 51 |
| DEPARTMENT OF HOMELAND SECURITY | 74.1 | 57.7 |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | 69.9 | 48.3 |
| DEPARTMENT OF INTERIOR | 62.4 | 74.1 |
| DEPARTMENT OF THE NAVY | 68.8 | 69.5 |
| DEPARTMENT OF STATE | 60.3 | 61.1 |
| DEPARTMENT OF TRANSPORTATION | 75 | 75.3 |
| DEPARTMENT OF TREASURY | 59.1 | 60.1 |
| DEPARTMENT OF VETERANS AFFAIRS | 60.7 | 60.9 |
| GOVERNMENTWIDE | 65.4 | 65.9 |



# WHITE REPRESENTATION IN 27 INDEPENDENT AGENCIES

| REPRESENTATION IN PERMANENT FEDERAL WORKFORCE<br>September 30, 2012 and September 30, 2011<br>WHITES | | |
|---|---|---|
| **INDEPENDENT AGENCIES** | **2012 GROUP PCT.** | **2011 GROUP PCT.** |
| BROADCASTING BOARD OF GOVERNORS | 52.6 | 53.4 |
| COMMODITY FUTURES TRADING COMMISSION | 71.7 | N/A |
| CORP FOR NATIONAL AND COMMUNITY SERVICE | 63.1 | 61.8 |
| COURT SERVICES AND OFFENDR SUPERVSN AGY | 12.7 | 12.8 |
| ENVIRONMENTAL PROTECTION AGENCY | 67.7 | 67.9 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 39.6 | 40.1 |
| FEDERAL COMMUNICATIONS COMMISSION | 58.3 | 58.1 |
| FEDERAL DEPOSIT INSURANCE CORPORATION | 73.2 | 73.7 |
| FEDERAL HOUSING FINANCE AGENCY | 64.8 | N/A |
| FEDERAL RESERVE SYSTEM | 66.7 | N/A |
| FEDERAL TRADE COMMISSION | 71.6 | 72 |
| GENERAL SERVICES ADMINISTRATION | 60.5 | 61.1 |
| GOVERNMENT PRINTING OFFICE | 42.5 | 41.5 |
| NAT ARCHIVES AND RECORDS ADMINISTRATION | 68.3 | 69.1 |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION | 73.7 | 74.3 |
| NATIONAL CREDIT UNION ADMINISTRATION | 72.9 | 75.2 |
| NATIONAL LABOR RELATIONS BOARD | 63.7 | 63.8 |
| NATIONAL SCIENCE FOUNDATION | 57.5 | 57.5 |
| NUCLEAR REGULATORY COMMISSION | 67.6 | 68.2 |
| OFFICE OF PERSONNEL MANAGEMENT | 66.1 | 68 |
| PENSION BENEFIT GUARANTY CORPORATION | 44.5 | 44.5 |
| RAILROAD RETIREMENT BOARD | 52.7 | 55.2 |
| SECURITIES AND EXCHANGE COMMISSION | 68.2 | 68.4 |
| SMALL BUSINESS ADMINISTRATION | 56.7 | 57.5 |
| SMITHSONIAN INSTITUTION | 50.6 | 50.8 |
| SOCIAL SECURITY ADMINISTRATION | 49.8 | 50.2 |
| US AID | 63 | 63.9 |
| GOVERMENTWIDE | 65.4 | 43.6 |

