

**United States Government Accountability Office**

## Report to the Chairman, Committee on the Budget, House of Representatives

EXHIBIT

13

**March 2014**

# 2013 SEQUESTRATION

# Agencies Reduced Some Services and Investments, While Taking Certain Actions to Mitigate Effects

# GAO Highlights

March 2014

Highlights of GAO-14-244, a report to the Chairman, Committee on the Budget, House of Representatives

## 2013 SEQUESTRATION

### Agencies Reduced Some Services and Investments, While Taking Certain Actions to Mitigate Effects

## Why GAO Did This Study

On March 1, 2013, pursuant to the Balanced Budget and Emergency Deficit Control Act of 1985, the President ordered an across-the-board cancellation of budgetary resources—known as sequestration—to achieve $85.3 billion in reductions across federal government accounts.

GAO was asked to evaluate how agencies prepared for and implemented sequestration. This report examines (1) the effects of fiscal year 2013 sequestration on agency operations, performance, or services to the public; (2) how agencies prepared and planned for sequestration; and (3) how agencies implemented sequestration. GAO collected standard information from and interviewed chief financial officers or their designee in 23 federal agencies and OMB, and reviewed documents when available to corroborate the information reported. GAO did not assess the appropriateness of actions taken.

## What GAO Recommends

GAO recommends that the Director, OMB (1) publish the criteria used to determine which accounts and programs, projects, and activities were exempt from sequestration, and which accounts contain funds that are temporarily sequestered and available for obligation in future years; and (2) direct agencies to record their decisions and principles used to implement sequestration for potential future application. OMB agreed with GAO's recommendations and plans to publish its criteria and reiterate to agencies the importance of recording decisions.

View GAO-14-244. For more information, contact Michelle Sager at (202) 512-6806 or sagerm@gao.gov or Edda Emmanuelli Perez at (202) 512-2853 or emmanuelliperez@gao.gov.

## What GAO Found

Fiscal year 2013 sequestration reduced or delayed some public services and disrupted some operations in the 23 federal agencies GAO reviewed, even though agencies took actions to minimize the effects. For example, agencies reported that sequestration reduced assistance for education, housing, and nutrition, as well as health and science research and development grants. Agencies also reported delaying investments such as information technology and facilities projects. Some federal services also experienced backlogs and delays as a result of personnel actions including limiting hiring and furloughing employees. However, many of the effects of sequestration could not be quantified or will not be known until future years, if at all, for a number of reasons including the timing of when funds are disbursed (such as grant cycles that start late in the fiscal year), challenges in isolating the effects from other factors, and the lack of currently available performance data for some programs. Moreover, congressional and agency actions mitigated some potential effects by shifting funds to higher priorities while deferring or reducing funding for lower priorities.

Most agencies began sequestration preparation and planning in 2012, but uncertainty over if and when it would occur, and how to implement it, delayed resource allocation decisions. While the Office of Management and Budget (OMB) identified exemptions and special rules relevant to certain accounts in a September 2012 report, issues regarding application of sequestration continued to be reviewed after the March 1, 2013, sequestration order. In some cases, agencies said they lacked sufficient information to determine whether funds sequestered from certain user fees and trust fund accounts were temporarily canceled in fiscal year 2013 but would be available in fiscal year 2014, creating uncertainty about available budgetary resources. The Sequestration Transparency Act of 2012 required OMB to report data and explanations to enhance public understanding of sequestration. However, OMB did not make publicly available its criteria for determining which programs were exempt. Further, because this was the first sequestration in more than two decades, agencies said they lacked institutional knowledge about applying sequestration to certain programs, such as those funded through fees and trust funds, which created planning challenges and delayed resource allocation decisions. Federal internal control standards indicate that to ensure communications are relevant, reliable, and timely, agencies should identify and record pertinent information needed to carry out their duties.

To implement sequestration, most agencies reported using funding flexibilities to balance mission protection and required sequestration reductions. These flexibilities included reprogramming funds within an account, transferring funds between accounts, and using unobligated balances from prior years. However, funding flexibilities may be more limited in future years. Nevertheless, 19 agencies reported curtailing hiring; 16 reported rescoping or delaying contracts or grants for core mission activities; 19 reported reducing employee training; 20 reported reducing employee travel; and 7 reported furloughing more than 770,000 employees from 1 to 7 days. GAO's report includes summary results for the 23 agencies reviewed as well as individual agency sections.

# Contents

| | |
|---|---|
| Letter | 1 |
| Background | 6 |
| Agencies' Actions in Response to Sequestration Resulted in a Range of Immediate and Longer-Term Effects | 14 |
| Most Agencies Began Formal Planning for Sequestration in 2012 While Continued Uncertainty Delayed Decisions Regarding Resource Allocation | 26 |
| Agencies Used Funding Flexibilities and Congress Took Actions to Mitigate Some Effects on Core Mission While Still Achieving Sequestration Reductions | 37 |
| Conclusions | 55 |
| Recommendations for Executive Action | 57 |
| Agency Comments and Our Evaluation | 57 |
| Overview of Sequestration at 23 Federal Agencies | 61 |
| Department of Agriculture | 64 |
| Department of Commerce | 71 |
| Department of Defense | 76 |
| Department of Education | 83 |
| Department of Energy | 88 |
| Department of Health and Human Services | 97 |
| Department of Homeland Security | 104 |
| Department of Housing and Urban Development | 112 |
| Department of the Interior | 119 |
| Department of Justice | 126 |
| Department of Labor | 133 |
| Department of State and U.S. Agency for International Development Operations and Foreign Assistance | 138 |
| Department of Transportation | 143 |
| Department of the Treasury | 149 |
| Environmental Protection Agency | 155 |
| General Services Administration | 162 |
| National Aeronautics and Space Administration | 166 |
| National Science Foundation | 171 |
| Nuclear Regulatory Commission | 177 |
| Office of Personnel Management | 182 |
| Small Business Administration | 187 |
| Social Security Administration | 192 |

| Appendix I | Objectives, Scope, and Methodology | 197 |
| Appendix II | Comments from the Department of Education | 201 |
| Appendix III | Comments from the Department of Treasury | 203 |
| Appendix IV | Comments from the Social Security Administration | 205 |
| Appendix V | Glossary of Budget Terms | 206 |
| Appendix VI | GAO Contacts and Staff Acknowledgments | 213 |

Tables

| Table 1: Report Sections on Sequestration at Selected Federal Agencies | 5 |
| Table 2: Sequestered Funds, Budget Accounts, and Programs, Projects, and Activities (PPA) by Agency, Fiscal Year 2013 | 39 |
| Table 3: Funding Actions Agencies Reported Taking in Fiscal Year 2013 to Mitigate the Effects of Sequestration | 41 |
| Table 4: Personnel and Related Actions Agencies Reported Taking to Achieve Reductions Required by Sequestration in Fiscal Year 2013 | 50 |
| Table 5: Summary of Furloughed Federal Employees As a Result of Sequestration in Fiscal Year 2013 | 51 |
| Table 6: Non-personnel Actions Agencies Reported Taking to Achieve Reductions Required by Sequestration in Fiscal Year 2013 | 54 |
| Table 7: Report Sections on Sequestration at Selected Federal Agencies | 63 |
| Table 8: Names of GAO Staff Contributing to Information on Selected Agencies | 215 |

Figures

Figure 1: OMB Calculation of Sequestration Amounts for Fiscal
Year 2013 (Dollars in Billions)                                    9
Figure 2: Fiscal Year 2013 Joint Committee Sequestration:
Related Legislative and OMB Actions                                13

**Abbreviations**

| | |
|---|---|
| ACF | Administration for Children and Families |
| ATF | Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| ATRA | American Taxpayer Relief Act of 2012 |
| BBEDCA | Balanced Budget and Emergency Deficit Control Act of 1985 |
| BCA | Budget Control Act of 2011 |
| BWPMO | Balanced Workforce Program Management Office |
| CBP | Customs and Border Protection |
| BLS | Bureau of Labor Statistics |
| BOP | Federal Bureau of Prisons |
| CDBG | Community Development Block Grants |
| CDC | Centers for Disease Control and Prevention |
| CDFI | Community Development Financial Institutions Fund |
| CFO | Chief Financial Officer |
| CMS | Centers for Medicare & Medicaid Services |
| Coast Guard | U.S. Coast Guard |
| Commerce | Department of Commerce |



U.S. GOVERNMENT ACCOUNTABILITY OFFICE

441 G St. N.W.
Washington, DC 20548

March 6, 2014

The Honorable Paul Ryan
Chairman
Committee on the Budget
House of Representatives

Dear Mr. Chairman:

Through most of fiscal year 2013, federal agencies faced uncertainty about funding levels associated with the automatic, across-the-board cancellation of budgetary resources, known as sequestration. Sequestration was first established in the Balanced Budget and Emergency Deficit Control Act of 1985 (BBEDCA) to enforce discretionary spending limits and control the deficit.[1] This budgetary enforcement mechanism was recently revived by the Budget Control Act of 2011 (BCA),[2] which provided the legal basis for the fiscal year 2013 sequestration. Accordingly, on March 1, 2013—5 months into the fiscal year—the President ordered the sequestration of budgetary resources to achieve $85.3 billion in reductions across federal government accounts and their subunits, known as programs, projects, and activities (PPA).[3] Because these cuts were to be achieved during the 7 remaining months of the fiscal year, the Office of Management and Budget (OMB) estimated that the effective percentage reductions to fiscal year 2013 spending over that time period were approximately 13 percent for defense programs and 9 percent for nondefense programs. Reductions were required to be applied uniformly, across the board, to nonexempt accounts within the

---

[1]BBEDCA has been amended many times, including by the Budget Enforcement Act of 1990, the Statutory Pay-As-You-Go Act of 2010, the Budget Control Act of 2011, and the American Taxpayer Relief Act of 2012. This body of law is classified in sections 900 through 907d in title 2 of the U.S. Code.

[2]Pub. L. No. 112-25, 125 Stat. 240 (Aug. 2, 2011).

[3]Under the Balanced Budget and Emergency Deficit Control Act of 1985, an account is defined as an item for which appropriations are made in any appropriation act or, for items not provided for in appropriation acts, an item with a designated budget account identification code in the President's budget.

defense and nondefense spending categories.[4] This was the first sequestration in more than two decades.[5] Under current law, a sequestration of direct spending will occur through fiscal year 2024 and another sequestration of discretionary appropriations could occur in any fiscal year through 2021.[6]

You asked that we evaluate how agencies prepared for and implemented sequestration.[7] This report examines: (1) the effects of sequestration in fiscal year 2013 on agency operations, performance, or services to the public; (2) how agencies prepared and planned for sequestration; and (3) how agencies implemented sequestration.

To achieve these objectives, we gathered information from 23 of 24 chief financial officers (CFO) in CFO Act agencies. We excluded the

---

[4]The defense spending category consists of budgetary resources in the national defense budget function. In addition to the Department of Defense, several other agencies received funding classified under the national defense budget function, including the Departments of Energy and Homeland Security. The nondefense spending category consists of budgetary resources in budget functions other than national defense. For more detailed information on sequestration at the Department of Defense, see GAO, *Sequestration: Observations on the Department of Defense's Approach in Fiscal Year 2013,* GAO-14-177R (Washington, D.C.: Nov. 7, 2013).

[5]Previous sequestrations occurred in the 1980s and 1990s, and most recently in 1991. For more information on the 1991 sequestration, see GAO, *The Budget for Fiscal Year 1991: Compliance With the Balanced Budget and Emergency Deficit Control Act of 1985,* GAO/AFMD-91-35 (Washington, D.C.: Dec. 10, 1990).

[6]Discretionary appropriations are budgetary resources provided in appropriations acts. By contrast, direct spending, often referred to as mandatory spending, consists of budgetary resources provided by entitlement authority and laws other than appropriations acts. Many direct spending programs (though not necessarily the associated administrative budgets) are exempt from sequestration, including Social Security benefit payments, federal employees' retirement, and programs that serve lower income populations such as Supplemental Security Income, Medicaid, the Supplemental Nutrition Assistance Program (formerly the Food Stamp Program), the Children's Health Insurance Program, and school meals. Federal income tax credits paid to individuals, such as the Child Tax Credit and the Earned Income Tax Credit, are also exempt. Medicare payments and other select health programs were limited to a 2 percent reduction. The sequestration of direct spending was recently extended through fiscal year 2024. Pub. L. No. 113-82, § 1, 128 Stat. 1009 (Feb. 15, 2014).

[7]In response to your request, we also reviewed whether OMB's March 1 actions complied with section 251A of BBEDCA. In the legal opinion that we released in July 2013, we concluded that OMB's calculations, the President's March 1 sequestration order, and OMB's March 1 report satisfied the BBEDCA requirements. See GAO, *March 1 Joint Committee Sequestration for Fiscal Year 2013,* B-324723 (July 31, 2013).

Department of Veterans Affairs, because its accounts were exempt from sequestration.[8] The CFO Act agencies covered by the CFO Act of 1990, as amended, are the Departments of Agriculture (USDA), Commerce (Commerce), Defense (DOD), Education (Education), Energy (DOE), Health and Human Services (HHS), Homeland Security (DHS), Housing and Urban Development (HUD), the Interior (Interior), Justice (DOJ), Labor (DOL), State (State), Transportation (DOT), the Treasury (Treasury), and Veterans Affairs (VA), as well as the Agency for International Development (USAID), Environmental Protection Agency (EPA), General Services Administration (GSA), National Aeronautics and Space Administration (NASA), National Science Foundation (NSF), Nuclear Regulatory Commission (NRC), Office of Personnel Management (OPM), Small Business Administration (SBA), and Social Security Administration (SSA).[9] The agencies covered by the CFO Act are generally the largest federal agencies. They accounted for approximately 98 percent of the total sequestration for fiscal year 2013. They also accounted for the majority of federal spending in 13 of the federal government's 17 broad mission areas, or budget functions.

We reviewed agency documents on the effects of sequestration and conducted structured interviews with the CFO (or his or her designee) and other officials at each of the 23 agencies. We reviewed supporting documents to assess the reasonableness of agencies' estimates of the effects of sequestration on agency operations, performance, and services to the public. Specifically, we reviewed the data and methodology used to calculate these estimates and we reported the estimates when they met our evidentiary standards. In some cases we found it appropriate to report agency estimates, as long as we also included significant contextual information and information about limitations regarding the estimates. In other cases, if agency explanations of the data and methodologies used

---

[8]2 U.S.C. § 905(b). In May 2012, we reported on the effect of the Budget Control Act on the Department of Veterans Affairs. See GAO, *The Budget Control Act and the Department of Veterans Affairs' Programs*, B-323157 (May 21, 2012). For the purposes of this report, when we refer to an "agency," we are referring to the overall government component. This could be a cabinet-level department (e.g., the Department of Transportation) or an independent agency (e.g., the Environmental Protection Agency).

[9]We will issue additional work in the spring of 2014 providing more detail on the planning, implementation, and effects of sequestration at four case study bureaus within these agencies: DHS's U.S. Customs and Border Protection, Education's Elementary and Secondary Education, HHS's Centers for Medicare & Medicaid Services, and HUD's Public and Indian Housing.

to estimate the effects of sequestration indicated significant uncertainty surrounding the estimates, we did not report the estimates. In our communications with agencies we asked them to isolate the effects of sequestration from other factors such as operating under a continuing resolution and the rescission enacted in the Consolidated and Further Continuing Appropriations Act, 2013 to the degree possible. We recognize that these other factors could also contribute to budget uncertainty and affect agency operations, performance, and services to the public.

To assess how agencies prepared and planned for sequestration and ultimately implemented it we used a structured questionnaire and information request for agency documents, such as operating and spending plans. Based on this information, we evaluated whether the actions agencies took were broadly consistent with OMB guidance. However, we did not assess the appropriateness of actions agencies took to implement sequestration. We assessed whether OMB's actions were broadly consistent with BBEDCA and other related laws and regulations in terms of providing information and guidance that enhanced public understanding of sequestration. We also assessed whether the guidance was distributed at the appropriate time to enable efficient and effective decision making.

As part of the structured information request, we asked agencies to identify the source of information provided and any known limitations or purposes for which the data being provided should not be used. To further assess the reliability of the data provided by agencies we interviewed knowledgeable officials as needed. We also reviewed existing reports by inspectors general on the databases or systems that produced any data provided. We sent an e-mail questionnaire to federal inspectors general offices at the agencies included in our review, asking for information related to the effects of sequestration on each office's budget and its oversight activities.

We conducted our work from April 2013 to March 2014 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives. For additional details on our scope and methodology, see appendix I.

This report first provides an overview of our findings for the objectives outlined above for fiscal year 2013 sequestration, including key themes and illustrative examples pertaining to the 23 agencies included in our work. For purposes of this report, information on State and USAID is reported together because State's Office of U.S. Foreign Assistance Resources jointly manages both agencies' budgets. Therefore, we report summary results of our review in terms of 22 rather than 23 agencies. Next, this report presents specific findings for our objectives at the agencies we reviewed. These findings are presented in individual agency sections. For each agency, we present contextual information, including a brief description of the agency's mission as well as information on fiscal year 2013 funding, sequestered amount, PPAs, and transfer and reprogramming authorities. We also present information on each agency's planning and implementation actions, as well as the effects of sequestration on the agency's operations, performance, or services to the public. In addition, a glossary of budget terms is included in appendix V. Table 1 shows where information on individual agencies is located in this report.

**Table 1: Report Sections on Sequestration at Selected Federal Agencies**

| Agency | Page | Agency | Page |
|---|---|---|---|
| Department of Agriculture (USDA) | 64 | Department of Transportation (DOT) | 143 |
| Department of Commerce (Commerce) | 71 | Department of the Treasury (Treasury) | 149 |
| Department of Defense (DOD) | 76 | Agency for International Development (USAID) | 138 |
| Department of Education (Education) | 83 | Environmental Protection Agency (EPA) | 155 |
| Department of Energy (DOE) | 88 | General Services Administration (GSA) | 162 |
| Department of Health and Human Services (HHS) | 97 | National Aeronautics and Space Administration (NASA) | 166 |
| Department of Homeland Security (DHS) | 104 | National Science Foundation (NSF) | 171 |
| Department of Housing and Urban Development (HUD) | 112 | Nuclear Regulatory Commission (NRC) | 177 |
| Department of the Interior (Interior) | 119 | Office of Personnel Management (OPM) | 182 |
| Department of Justice (DOJ) | 126 | Small Business Administration (SBA) | 187 |
| Department of Labor (DOL) | 133 | Social Security Administration (SSA) | 192 |
| Department of State (State) | 138 | | |

Source: GAO.

# Background

In August 2011, Congress and the President enacted the BCA, amending BBEDCA. Among other things, the BCA established the Joint Select Committee on Deficit Reduction (Joint Committee), which was tasked with proposing legislation to reduce the deficit by $1.2 trillion or more through fiscal year 2021. The Joint Committee was directed to report its proposal by December 2, 2011, and Congress and the President were to enact legislation by January 15, 2012. The Joint Committee did not report a proposal, and Congress and the President did not enact legislation. This failure triggered the sequestration process in section 251A of BBEDCA, known as the Joint Committee sequestration, which is the subject of this report.[10]

# Changes to the Timing and Amount of Fiscal Year 2013 Sequestration

During fiscal year 2013, several laws changed the timing and amount of sequestration, contributing to uncertainty regarding agencies' total funding for the fiscal year. As originally enacted in August 2011, if a Joint Committee bill failed to achieve $1.2 trillion in deficit reduction by its statutory deadline, the BCA required fiscal year 2013 cuts totaling $109.3 billion to be ordered on January 2, 2013. In September 2012, OMB estimated that sequestration would require the following reductions:[11]

- 9.4 percent in defense discretionary appropriations,
- 10 percent in defense direct spending,
- 8.2 percent in nondefense discretionary appropriations,
- 2 percent in Medicare payments and certain health programs, and
- 7.6 percent in other nondefense direct spending.

On January 2, 2013, the American Taxpayer Relief Act of 2012 (ATRA) reduced the amount of sequestration to $85.3 billion and delayed

---

[10]The BCA also imposed discretionary spending limits for fiscal years 2012 to 2021 to reduce projected spending by about $1 trillion. If the discretionary spending caps are not met in a given fiscal year, they will be enforced by an "after session sequestration" within 15 days after the end of a congressional session. This report focuses on the Joint Committee sequestration.

[11]OMB produced these preliminary estimates as directed by the Sequestration Transparency Act of 2012. Because a fiscal year 2013 appropriation had not been enacted, the act directed OMB to base the estimates on the fiscal year 2012 appropriation level.

implementation until March 1, 2013.[12] Later in January 2013, the Disaster Relief Appropriations Act, 2013, was enacted to provide supplemental appropriations to respond to Hurricane Sandy. According to the Congressional Budget Office, this law increased nondefense discretionary appropriations for fiscal year 2013 by more than $50 billion, which significantly increased the amount of budget authority subject to sequestration—known as the sequestrable base—for the nondefense budget function. As a result, nondefense discretionary appropriations were ultimately subject to a smaller percentage reduction. The Disaster Relief Appropriations Act, 2013, increased defense discretionary appropriations by more than $100 million. This did not significantly increase the sequestrable base for the defense budget function, and therefore did not change the percentage reduction to these accounts.[13]

In accordance with BBEDCA, as amended, on March 1, 2013, OMB calculated and the President ordered a sequestration of discretionary appropriations and direct spending to achieve an $85.3 billion reduction for fiscal year 2013. At that time, agencies were operating under a part-year continuing resolution (CR) and did not yet know their final funding levels for the fiscal year. OMB calculated sequestration based on the annualized funding level set by the CR that was currently in effect. OMB calculated percentage sequestration reductions of:

- 7.9 percent for direct defense spending,
- 7.8 percent for defense discretionary spending,
- 5.1 percent for nondefense direct spending—other than Medicare payments and certain health programs, which are limited to 2 percent sequestration under BBEDCA, and
- 5 percent for nondefense discretionary spending.

---

[12]Pub. L. No. 112-240, § 901(a), 126 Stat. 2313, 2370 (Jan. 2, 2013). The $24 billion reduction in the fiscal year 2013 sequestration was offset by $12 billion in revenue increases and $12 billion in total reductions to the fiscal year 2013 and 2014 discretionary spending limits.

[13]Section 251(b) of BBEDCA provides for adjustments to the discretionary spending limits for certain categories of funding, including amounts designated as emergency and disaster relief appropriations. OMB adjusted the discretionary spending limits for fiscal year 2013 to reflect appropriations enacted in response to Hurricane Sandy. OMB, *OMB Final Sequestration Report to the President and Congress for Fiscal Year 2013* (Apr. 9, 2013).

On March 26, 2013, Congress and the President enacted the Consolidated and Further Continuing Appropriations Act, 2013, which provided full-year appropriations to federal agencies.[14] This law had the effect of reducing the sequestered amount for fiscal year 2013 from $85.3 billion to $80.5 billion,[15] because BBEDCA provides for a reduction to the amount of sequestration for accounts funded by discretionary appropriations when the full-year appropriation is less than the annualized CR amount minus the sequestration amount.[16] Under this provision, the sequestered amount for those accounts was reduced by the amount of savings achieved by the full-year appropriation. The appropriations act also required an across-the-board cancellation of budget authority—known as a rescission—to eliminate any amount by which the new budget authority provided in the act exceeded the fiscal year 2013 discretionary spending limits.[17] Accordingly, OMB calculated a rescission of 0.032 percent for all security PPAs and 0.2 percent for all nonsecurity PPAs.[18] Figure 1 shows how OMB calculated the sequestration percentages that were applied on March 1, 2013, and the final amount of sequestration cuts reflecting the full-year appropriation enacted on March 26, 2013.

---

[14]Pub. L. No. 113-6, 127 Stat. 198 (Mar. 26, 2013).

[15]The final sequestered amount for fiscal year 2013 is dependent on total sequestered amounts for programs that are funded by permanent indefinite budget authority, such as entitlement programs like Medicare payments where obligations depend on the number of eligible beneficiaries receiving benefits. Further, while agencies were generally required to implement the cuts by the end of fiscal year 2013, sequestration of Medicare payments extends through March of 2014.

[16]2 U.S.C. § 903(f).

[17]In addition, the Consolidated and Further Continuing Appropriations Act, 2013, also provided for additional rescissions for specific categories of spending, including 2.513 percent and 1.877 percent rescissions for certain categories of nonsecurity spending and a 0.1 percent rescission for security spending.

[18]While the Joint Committee sequestration cuts applied to defense and nondefense spending categories, BBEDCA set discretionary spending limits based on security and nonsecurity categories for fiscal years 2012 and 2013, and discretionary spending limits based on defense and nondefense categories for fiscal years 2014 through 2021. The security category included discretionary appropriations for accounts in the Department of Defense, the Department of Homeland Security, the Department of Veterans Affairs, the National Nuclear Security Administration, the Intelligence Community Management Account, and all discretionary accounts in the international affairs budget function. The nonsecurity category included all discretionary appropriations that do not fall into the security category.

reducing carryover funds to mitigate sequestration reduces DOE's ability to absorb large budget reductions in subsequent years. Similarly, unobligated carryover balances represented more than one-third of the amount DHS transferred in fiscal year 2013. These balances had been set aside for other purposes such as emerging requirements and pilot programs at CBP. In February and April 2013 memorandums, OMB cautioned against using such balances in a manner that would leave the agency vulnerable to future risk.[69]

Some temporary transfer authority used to meet short-term funding needs in fiscal year 2013 may not be available in future years. For example, DOT was able to minimize the number of furlough days for Federal Aviation Administration (FAA) personnel and restore air traffic control and other aviation services when it obtained statutory authority to transfer funds between accounts in fiscal year 2013 in the Reducing Flight Delays Act of 2013. However, FAA would need to seek statutory authority to make similar transfers in future years. Further transfers would also continue to delay infrastructure investments. The transfer of $253 million from the Airport Improvement Program will mean that FAA must curtail funding for eligible airport projects, such as airport planning, equipment, construction, and noise mitigation. FAA estimated about 170 projects— most of them associated with either runway or taxiway construction or both—will be delayed. Some of these projects were scheduled to start in fiscal year 2013 and were deferred, while other phased projects may take longer to complete.

## Congressional Action Helped Mitigate Sequestration Effects for Some Selected Programs

Legislation enacted after the sequestration order helped mitigate the effects of sequestration for some selected programs by providing funds above the level enacted in the CR or providing enhanced flexibility. An increased appropriation effectively reduced the percentage reduction for the year. For example, Congress increased funding levels for the Food Safety and Inspection Service (FSIS) and Special Supplemental Nutrition Program for Women, Infants, and Children (WIC). According to USDA officials, the additional funding for FSIS enabled USDA to cancel 15 days of planned furloughs of meat and poultry inspectors. The furloughs would

---

[69]OMB, *Ongoing Implementation of the Joint Committee Sequestration*, OMB Memorandum M-13-11 (Washington, D.C.: Apr. 4, 2013) and *Agency Responsibilities for Implementation of Potential Joint Committee Sequestration,* OMB Memorandum M-13-05 (Washington, D.C.: Feb. 27, 2013).

have caused a nationwide shutdown of meat and poultry plants, which USDA projected would have cost about $10 billion in production losses and $400 million in lost wages for industry workers. In addition, USDA officials projected that without the additional funding for WIC, the department would not have been able to provide benefits to about 600,000 WIC participants and the level of support would likely have been reduced. The Consolidated and Further Continuing Appropriations Act, 2013 appropriated approximately $87 million more to DOJ for BOP's Salaries and Expenses account compared to the fiscal year 2013 Continuing Resolution. According to NSF officials, NSF also received an additional $300 million for its full-year appropriation. This resulted in an effective 2 percent reduction of its annualized funding level from sequestration because the dollar amount of the required reduction did not change.

As previously mentioned, the Reducing Flight Delays Act of 2013, enacted on May 1, 2013, provided DOT authority to transfer up to $253 million from the Airport Improvement Program, an exempt account, to FAA's Operations and Facilities and Equipment accounts. DOT implemented the transfer, and, according to DOT officials, prevented reduced operations and furloughs of air traffic controllers, among other employees. The act was the only new legislation enacted after the Consolidated and Further Continuing Appropriations Act, 2013 in fiscal year 2013 to provide an agency with additional authority to mitigate the effects of sequestration.

## Agencies Used Personnel and Related Actions to Achieve Required Reductions

Although agency officials reported that minimizing the effects of sequestration on the federal workforce was a guiding principle in implementing sequestration, all agencies reported taking some actions that affected employees. The depth and breadth of the actions varied, as shown in table 4. For example, most agencies reported that they took actions such as restricting training, overtime, and travel to achieve the required reductions:

- Nineteen agencies reported that they restricted employee training,
- Fifteen agencies reported that they reduced employee overtime, and
- Twenty agencies reported that they reduced employee travel.

According to agency officials, significant savings were achieved through hiring freezes or curtailed hiring. Nineteen agencies reported limiting or freezing hiring to achieve the required reductions. For example, according to HUD officials, the hiring freeze implemented in March 2013 saved the

agency $34 million, which was more than the savings achieved from its 5 furlough days. To mitigate sequestration's effect on the American Salaries account for the Diplomatic and Consular Program, State curtailed hiring by conducting a smaller Foreign Service officer orientation class in March 2013. In April 2013 they instituted a plan to slow down attrition hiring, allowing one hire for every two new vacancies.

**Table 4: Personnel and Related Actions Agencies Reported Taking to Achieve Reductions Required by Sequestration in Fiscal Year 2013**

| Agency | Canceled/limited monetary awards | Reduced employee travel | Reduced employee training | Curtailed external hiring | Reduced overtime | Curtailed internal hiring[a] | Offered VERA/VSIP[b] | Furloughed employees | Implemented reduction in force[c] |
|---|---|---|---|---|---|---|---|---|---|
| USDA | ● | ● | ● | ● | ● |  | ● |  |  |
| Commerce | ● | ● | ● | ● | ● | ● |  |  |  |
| DOD | ● | ● | ● | ● | ● | ● | ● | ● |  |
| Education | ● | ● | ● | ● | ● |  |  |  |  |
| DOE | ● | ● | ● | ● | ● | ● | ● |  |  |
| HHS | ● | ● | ● | ● |  | ● | ● |  |  |
| DHS | ● | ● | ● | ● | ● | ● | ● |  |  |
| HUD | ● | ● | ● | ● | ● | ● |  | ● |  |
| Interior | ● | ● | ● | ● | ● | ● | ● | ● |  |
| DOJ | ● | ● | ● | ● | ● |  |  |  | ● |
| DOL | ● | ● | ● | ● | ● | ● | ● | ● |  |
| State/USAID | ● | ● | ● | ● |  | ● |  |  |  |
| DOT | ● | ● | ● | ● | ● | ● | ● | ● |  |
| Treasury | ● | ● | ● | ● | ● | ● |  | ● |  |
| EPA | ● | ● | ● | ● | ● | ● |  | ● |  |
| GSA |  | ● |  | ● |  |  |  |  |  |
| NASA | ● | ● | ● |  |  |  |  |  |  |
| NSF | ● |  |  |  |  |  |  |  |  |
| NRC | ● | ● | ● |  |  |  |  |  |  |
| OPM |  |  |  | ● | ● | ● |  |  |  |
| SBA | ● | ● | ● | ● |  |  |  |  |  |
| SSA | ● | ● | ● | ● | ● | ● | ● |  |  |
| **Number of agencies that reported taking this action to achieve reductions required by sequestration** | **20** | **20** | **19** | **19** | **15** | **14** | **9** | **7** | **1** |

Source: GAO analysis.

Notes:

Table 4 displays data for 22 agencies instead of 23 agencies. For purposes of this report, information on State and USAID is reported together because State's Office of U.S. Foreign Assistance Resources jointly manages both agencies' budgets.

[a]This includes reassignments, transfers, and promotions.

[b]Voluntary Early Retirement Authority and Voluntary Separation Incentive Payments.

[c]DOJ officials reported that one DOJ component—the U.S. Parole Commission—implemented a reduction in force of one employee to achieve partial savings required by sequestration in fiscal year 2013.

Seven of the agencies that we reviewed furloughed a combined total of more than 770,000 federal employees for 1 to 7 days (see table 5). All of these agencies were able to limit the number of furlough days relative to their initial estimates by achieving savings through other actions or making use of funding flexibilities. For example, HUD reduced the number of furlough days from 7 to 5, which, according to HUD officials, was possible due to greater-than-expected savings from a general hiring freeze and by using funds allocated for a project to reorganize the Office of Multifamily Housing and small office closures.

**Table 5: Summary of Furloughed Federal Employees As a Result of Sequestration in Fiscal Year 2013**

| Agency | Actual furlough days | Approximate number of employees furloughed | Component(s) affected | Estimated spending reductions (in millions of dollars) |
|---|---|---|---|---|
| DOD | 6 | 640,500 | Civilian employees[a] | $1,200 |
| HUD | 5 | 8,000 | Agency-wide[b] | $19 |
| Interior | 3 | 766 | U.S. Park Police | $0.827 |
| DOL | 0.5 - 7 | 4,000 | Various[c] | $3.7 |
| DOT | 1 | 21,100 | Federal Aviation Administration[d] | $8.7 |
| Treasury | 3 | 84,000[e] | Internal Revenue Service | $89 |
| EPA | 6[f] | 16,000 | Agency-wide[g] | $48 |

Source: GAO analysis of agency data.

Notes:

Figures are as reported by the agency.

[a]There were some exceptions and not all DOD civilian employees were furloughed. Specifically, approximately 126,000 DOD civilian employees were not affected by furloughs.

[b]HUD reported that some employees were not furloughed, including employees within the Office of the Inspector General and Ginnie Mae, among others.

[c]DOL furloughed employees in 11 components for between 4 hours and 7 days based on the account that funded the component. For example, employees in the Office of Labor Management Standards were furloughed for 2.5 days and employees in the Benefits Review Board and the Employees' Compensation Appeals Board were furloughed for up to 7 days.

[d]DOT initially planned to furlough FAA's 47,000 employees for one day per pay period for the remainder of the fiscal year, beginning April 21, 2013. DOT expected that each employee would take up to 11 furlough days. However, DOT suspended furloughs on April 27, 2013 pending enactment of the Reducing Flight Delays Act of 2013. Consequently, some employees were never furloughed, and of those that were, few were furloughed more than 8 hours.

[e]The number of IRS employees furloughed by Treasury on each day ranged from roughly 84,000 to 90,000.

[f]EPA furloughed employees for 47 hours.

[g]EPA reported that the Office of Inspector General was able to avoid the need to furlough employees by applying carryover balances from prior fiscal years.

Of the employees furloughed government-wide, about 640,500 were DOD employees. DOD officials reported that the President's exemption of military personnel accounts from sequestration—as authorized by BBEDCA—and DOD's decisions to protect certain programs, such as overseas contingency operations, had the effect of reducing the number of areas where spending reductions could be applied. One of the actions DOD implemented to achieve the required spending cuts was to furlough civilian personnel; DOD estimated that a spending reduction of approximately $1.2 billion was ultimately achieved through furloughs of about 640,500 civilian personnel for 6 days.

## Agencies Reduced Grant Awards, Rescoped Contracts, and Delayed Other Actions to Implement Sequestration

Most agencies reported that they adjusted the scope of contracts or delayed contracts as a result of sequestration. As shown in table 6, the most common types of contracts affected were for program management and support services (19 agencies) and information technology (18 agencies). For example, State reported that it cut or delayed several contract-funded IT initiatives to facilitate internal and external communication and collaboration. Fifteen agencies reported revising planned maintenance or repairs or delaying these tasks until a future fiscal year. For example, some of DOD's military services deferred depot maintenance that had been planned for fiscal year 2013 until future years. Specifically, Air Force officials estimated that about $100 million of maintenance for the active duty force would be deferred from its public depots. In addition, military service installation commands and other organizations identified areas where spending reductions at military bases could be implemented without sacrificing the protection of life, health, and safety—such as deferring building maintenance and delaying the renewal of contracts.

Sixteen agencies reported canceling or adjusting the scope of grants or other actions related to core mission activities. This could include reducing grants to states and localities, nonprofits, and other organizations. For example, NSF reported that its primary action to implement sequestration was to reduce the number of new awards for research and development projects in fiscal year 2013. HHS's National Institute of Health (NIH) reported in May 2013 that it planned to reduce funding for all of its non-competing research project grants and award fewer competing research project grants in 2013 compared to 2012. NRC

reported reducing support for licensing of new reactors and approval of designs for advanced reactors—an estimated reduction of $12.7 million, which, according to NRC officials, is a core function of the agency.

**Table 6: Non-personnel Actions Agencies Reported Taking to Achieve Reductions Required by Sequestration in Fiscal Year 2013**

| Agency | Rescoped contracts for | | | | Rescoped or delayed | | | | Canceled | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | IT[a] | Program management/support services | Facilities/ building services | Hardware procurement | Planned maintenance or repairs | Other contracts | Core function-related actions[b] | New grants | Grants/other core function-related activities | Contracts related to core functions |
| USDA | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
| Commerce | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| DOD |  |  |  | ● | ● |  |  |  | ● |  |
| Education | ● | ● | ● | ● |  | ● |  | ● | ● |  |
| DOE | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
| HHS | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| DHS | ● | ● | ● | ● | ● |  |  |  |  | ● |
| HUD | ● | ● | ● |  |  | ● |  |  |  |  |
| Interior | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
| DOJ | ● | ● | ● | ● | ● | ● | ● |  | ● | ● |
| DOL | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
| State/USAID | ● | ● |  |  | ● | ● |  | ● | ● |  |
| DOT | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
| Treasury | ● | ● | ● |  | ● | ● | ● | ● |  |  |
| EPA |  | ● | ● | ● | ● | ● |  | ● | ● |  |
| GSA | ● | ● |  |  |  | ● |  |  |  |  |
| NASA | ● | ● | ● | ● | ● | ● | ● |  |  |  |
| NSF |  |  |  |  |  |  |  | ● |  |  |
| NRC | ● | ● | ● |  | ● |  |  | ● | ● |  |
| OPM | ● | ● |  |  |  |  | ● |  |  |  |
| SBA | ● | ● |  | ● |  | ● |  |  | ● |  |
| SSA |  |  |  |  |  |  | ● |  | ● |  |
| **Number of agencies that reported taking this action to achieve reductions required by sequestration** | **18** | **19** | **15** | **14** | **15** | **16** | **12** | **13** | **16** | **4** |

Source: GAO analysis.

Notes:

Table 6 displays data for 22 agencies instead of 23 agencies. For purposes of this report, information on State and USAID is reported together because the Office of U.S. Foreign Assistance Resources jointly manages both agencies' budgets.

[a]Information technology.

[b]This includes rescoping the production, development, or testing of new products, or delaying these activities until a future fiscal year.

## Agencies Identified Lessons for Implementing a Potential Sequestration in the Future

To respond to sequestration in fiscal year 2013, agencies implemented some new policies or processes to create efficiencies. Agencies also enhanced reviews of spending in order to achieve the required reductions. Some agency officials told us that these processes or policies will remain in place in fiscal year 2014 or would be implemented again in the event of another sequester. For example, Education officials said they instituted a process for approving any personnel actions that could increase the agency's salary expenses. This process was coordinated across Education's Office of Management, Budget Service, and Office of the Deputy Secretary. Approval was based on processing only high-priority personnel actions that allowed Education to operate within post-sequestration budget levels. DOE officials told us that to enhance internal efficiency they are automating some of the department's data collection processes for tracking and monitoring certain budgetary elements, such as carryover balances. Further, DOE officials noted that the agency is working to execute reprogramming actions more efficiently so that the resources can be allocated in a timelier manner. Treasury officials reported that they are working to leverage technology in order to achieve efficiencies and cost savings. For example, IRS shifted to virtual training, which reduced travel costs. Although this process was under way prior to sequestration, Treasury officials plan to continue to identify ways to use technology to reduce costs. Further, Treasury's departmental offices instituted a centralized travel review process in response to sequestration and plan to continue the effort. The process encouraged more scrutiny of travel needs and expenses and also provided more consistency around travel policy in various departmental offices.

## Conclusions

Sequestration reduced public benefits, delayed services, and resulted in lost wages for more than 770,000 furloughed federal employees. While agencies were able to mitigate some effects on mission, the full effects are still unknown in part because some of the actions taken by agencies made the effects of sequestration less disruptive and therefore less visible. Many of these actions, however, were short-term responses—not sustainable long-term budget reduction strategies. For example, agencies that relied on one-time actions to mitigate the effects of sequestration in fiscal year 2013 may find it more difficult to implement similar budget

reductions in the future without significant disruptions in services to the public. In addition, personnel actions used to implement budget reductions—particularly curtailing hiring—are generally not the best approach for reshaping the federal workforce and could contribute to skills gaps in future years.

In general, budget cuts that occur later in the fiscal year leave an agency with fewer options because less time is available to take action, leading to reduced flexibility in the types of actions available. The timing of the sequestration reductions—more than 5 months into the fiscal year—limited agencies' cost-cutting and cost-avoidance options. Agencies' fiscal year 2013 experiences demonstrate that longer-term strategies to identify efficiencies and cost savings can be helpful for implementing budget reductions. Those agencies that had begun cost savings or cost avoidance initiatives in previous years in response to the prospect of continued declines in agency budgets or administration initiatives reported being better positioned to absorb the additional budget cuts required by sequestration.

There is, however, a limit to agencies' ability to achieve efficiencies and budget reductions by doing more with less. Agencies reprioritized many activities in fiscal year 2013 to address sequestration but their lower priority activities could remain important, mandated by law in many cases. Agencies have limited authority to reprioritize many activities and may not be able to defer or reduce funding for lower priority activities indefinitely. Implementing future budget reductions will likely require Congress and the executive branch to reexamine federal agencies' missions—what they do and how they do it—for more than a single fiscal year.

Timely and transparent guidance can also help facilitate more effective decision making by agencies and better inform policymakers and the public about how the law is being implemented. As the first sequestration in more than two decades, such guidance was particularly important in fiscal year 2013 because of the lack of institutional knowledge at federal agencies about the technical details of how to implement sequestration. OMB worked with agencies to resolve a number of technical details associated with sequestration. However, in some circumstances, decisions were not reached until well into the fiscal year. In some cases, agencies were still unclear at the start of fiscal year 2014 whether certain funds sequestered in fiscal year 2013 would be available in fiscal year 2014. This added to the uncertainty already surrounding sequestration, affecting agencies' and policymakers' ability to effectively plan and make decisions about resource allocation.

Further, because the information on how OMB implemented key provisions in the law was not made publicly available, the public still lacked access to information necessary to fully understand how some of the provisions of BBEDCA were being interpreted for the purpose of sequestration, such as why certain fee-funded programs were not exempt. Greater transparency would have helped enhance the public's and key stakeholders' understanding of the law, reduced confusion about the effects of sequestration on program constituents and stakeholders, and helped policymakers carry out their oversight responsibilities. Absent changes to current law, sequestration of discretionary appropriations could occur again in future years if either defense or nondefense discretionary appropriations exceed the current statutory limits established through fiscal year 2021. OMB and agencies have an opportunity to leverage their experiences implementing sequestration in 2013 to help inform future efforts to plan for sequestration and to minimize some of the confusion and uncertainty should sequestration be ordered again in the future.

# Recommendations for Executive Action

To help inform agencies' efforts to plan for and potentially implement sequestration in future years and also to enhance public understanding of the law and how it was implemented, we recommend that the Director, OMB, document and make publicly available OMB's decisions regarding how sequestration was implemented. This includes:

- the criteria that OMB used to determine which accounts contain funds that were temporarily sequestered and available for obligation in future fiscal years pending congressional action, and
- the criteria that OMB used to determine which accounts and PPAs were exempt from sequestration, including those that were exempt from sequestration under section 255(g)(1) of BBEDCA.

We also recommend that the Director, OMB, issue guidance directing agencies to formally document the decisions and principles used to implement sequestration for potential future application.

# Agency Comments and Our Evaluation

We provided a draft of this report to OMB, USDA, Commerce, DOD, Education, DOE, HHS, DHS, HUD, Interior, DOJ, DOL, State, DOT, Treasury, USAID, EPA, GSA, NASA, NSF, NRC, OPM, SBA, and SSA. We received written responses from Education, Treasury, and SSA. These comments are reprinted in appendices II through IV.

OMB staff provided comments via e-mail on February 12, 2014, indicating that OMB concurs with our recommendations. OMB agreed that the criteria used for making determinations about how sequestration was implemented should be published and indicated that OMB is planning to do so in its guidance to agencies, OMB Circular No. A-11, *Preparation, Submission, and Execution of the Budget*. OMB also said that it would reiterate to agencies the importance of recording their decisions with respect to sequestration.

OMB also had two general comments. First, OMB said the report overstated the issue of determinations made after the sequestration order was issued on March 1, 2013. OMB stated that it had made determinations with respect to all accounts by March 1, 2013. According to OMB, in a few very limited circumstances, agencies raised questions about specific accounts after issuance of the sequestration order. OMB stated that in some cases, these issues were caused by subsequent events, such as passage of full-year appropriations, or were raised a significant period of time after the sequestration order was issued. In all cases, OMB said that it worked with agencies to resolve these issues as quickly as possible, and did so in a timely manner. In our report, we acknowledge that there were a number of factors that made it difficult for agencies to plan for and then implement sequestration—including changes to the timing and amount of sequestration and the complexity of certain types of accounts. We also noted that OMB worked extensively with agencies to resolve technical issues. We highlight those instances where decisions were not made until after March 1, 2013, because such delays were generally more disruptive to agencies' efforts to plan for and implement sequestration. Further, as indicated in the report, as of December 2013, OMB staff still had more than 90 accounts undergoing review to determine whether or not the sequestered funds would be permanently or temporarily canceled, and OMB still expected to receive more accounts for adjudication. This indicates that some determinations were not made until later in the fiscal year and that issues were not isolated to a few accounts or a few agencies.

Second, OMB also said that the report, in some circumstances, suggested that OMB guidance was unclear when it appeared that those circumstances arose from particularly complicated accounts or, in one instance, a computational error. According to OMB, given that sequestration applied to almost every budget account, it is not surprising that the application of general OMB guidance was more complicated in certain unusual circumstances. We agree that in some circumstances, rather than being unclear, OMB guidance may have been too broad to

sufficiently resolve specific issues about how agencies should plan for and implement sequestration, particularly for complicated accounts. We revised certain passages in the report accordingly. Again, our work indicates that these issues were not isolated to a few accounts or a few agencies. This underscores the need for OMB to document and make publicly available its decisions and the underlying criteria applied for determining how to implement sequestration as we have recommended.

EPA also provided general comments via e-mail on February 12, 2014. First, EPA stated that consensus almost never exists within organizations or among major stakeholders about what are lower priority items or even what criteria should be used to determine that programs are considered lower priority. EPA and other departments or agencies have to organize long-term performance and budget formulation processes to inform these difficult choices each year. We recognize that identifying and setting agencies' priorities is a subject of ongoing debate among policymakers, agency officials, and stakeholders. We did not independently identify or evaluate agencies' priorities. Rather we reported what agency officials said were higher or lower priorities. Further, in our conclusions, we state that lower priority activities could remain important, mandated by law in many cases. EPA also noted that the final outcome of agencies' efforts to reprogram funds is not always certain. We revised the report to acknowledge this point. For example, we note that congressional committees may express disagreement via formal letters and informal conversations with agencies. Agencies may ultimately choose not to pursue a reprogramming action.

EPA and NSF also provided comments specific to our overview of sequestration at their agencies. Summaries of those comments along with our evaluation appear in the following agency sections of this report.

DOD, Education, and SSA indicated in their responses that they concurred with the findings in our report related to their agencies. OMB, USDA, Commerce, Education, DOE, HHS, DHS, HUD, Interior, DOJ, DOL, DOT, Treasury, EPA, GSA, NSF, NRC, SBA, and SSA also provided technical or clarifying comments, which we incorporated as appropriate. State, USAID, NASA, and OPM did not provide comments.

We are sending copies of this report to OMB, USDA, Commerce, DOD, Education, DOE, HHS, DHS, HUD, Interior, DOJ, DOL, State, DOT, Treasury, USAID, EPA, GSA, NASA, NSF, NRC, OPM, SBA, SSA, and

other interested parties. In addition, the report will be available at no charge on GAO's website at http://www.gao.gov.

If you or your staff have any questions about this report, please contact Michelle Sager at (202) 512-6806 or sagerm@gao.gov or Edda Emmanuelli Perez at (202) 512-2853 or emmanuellipereze@gao.gov. Contact points for our work at individual agencies are shown in the agency sections of this report. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report.

Sincerely yours,

Michelle Sager
Director, Strategic Issues

Edda Emmanuelli Perez
Managing Associate General Counsel



# Department of Transportation

## Mission and Budget Overview

### Mission

DOT's mission is to serve the United States by ensuring a fast, safe, efficient, accessible, and convenient transportation system that meets vital national interests and enhances the quality of life of the American people.

### 2013 Funding Prior to Sequestration

DOT received a total of $91 billion in funding for fiscal year 2013, including $71.6 billion in annual discretionary appropriations, $13 billion in supplemental discretionary appropriations, and $6.4 billion in direct spending authority. DOT's funding supports investments in highway, aviation, transit, rail, and other activities and promotes safety across all modes of transportation.

### Sequestered Amount

The estimated amount sequestered was $1.9 billion—$1 billion in annual discretionary appropriations, $600 million in supplemental discretionary appropriations, and $326 million in direct spending. Overall, 75 percent of DOT's total funding was exempt from sequestration, including grant programs for airport improvements, highways, motor carrier safety, and public transit.

### Programs, Projects, and Activities (PPA)

Sequestration applied to 100 of DOT's 167 PPAs within 38 of its 46 accounts. About $1.7 billion, or 90 percent of the sequestered funds, came from 14 accounts related to 3 DOT administrations—FAA, the Federal Highway Administration, and the Federal Transit Administration. Within these organizations, funding for operations and maintenance of the air traffic control system, general revenue contributions to the Highway Trust

*(Continued on following page.)*

Much of the Department of Transportation's (DOT) planning went into how to adjust Federal Aviation Administration (FAA) operations under the potential reduced spending levels of sequestration. Planning included determining the number of furlough days for FAA air traffic controllers and other employees and identifying federal contract air traffic control towers for closure. DOT halted these actions when it was provided with authority to make a one-time transfer of $253 million from the Airport Improvement Program account to address these issues. Spending reductions affected the available amount of DOT support for Hurricane Sandy rebuilding efforts as well as other infrastructure investments and, according to DOT officials, could create long-term delays in these investments. DOT also reduced some grants, research funding, and maintenance activities, although the extent to which these reductions might prolong or delay projects supported by these investments varies by program, according to DOT.

## Planning

According to DOT officials, the department began planning for sequestration in the summer of 2012. Its guiding principle was to minimize the effects on its mission of ensuring a fast, safe, efficient, accessible, and convenient transportation system, with a particular focus on ensuring the safety of the traveling public.

As part of the planning effort, budget, legal, procurement, and human resources staff from each of DOT's operating administrations met to discuss and review their efforts to address past funding reductions. While the largest DOT grant programs were exempt from sequestration, DOT reported that 11 of its 13 operating administrations were affected in some way by sequestration. According to DOT budget officials, the department's initial planning involved identifying areas that, if cut, would have the least effect on component operations and activities. For example, DOT budget officials reported that 6 of its operating administrations continued restrictions on hiring and non-essential spending implemented earlier in the fiscal year when a continuing resolution was in place.

DOT identified additional cost-savings measures to address the reduction at FAA, which was the largest reduction among DOT's administrations ($637 million), after excluding DOT's disaster relief appropriation. According to DOT officials, these measures included a hiring freeze, termination of certain temporary employees and rehired annuitants, about $253.5 million in contract reductions, and about $46.9 million in travel reductions.

FAA reviewed its operational activities to determine the number of furlough days needed to absorb the sequestered amounts. According to DOT budget officials, FAA determined that furloughs, if necessary, would be applied to staff across the country without targeting any specific airport or geographic area. They indicated that targeting specific airports could disproportionately affect airlines serving targeted airports and cause system-wide disruptions given the interconnectedness of the national airspace system.

Fund, and emergency response and relief funding for transit operators following Hurricane Sandy accounted for $1.3 billion of the sequestered funds.

Transfer Authority

For fiscal year 2013, DOT was limited to a total of 2 percent that could be transferred from one FAA budget activity to another, except for aviation safety. Any transfer in excess of 2 percent would require that DOT notify the Appropriations Committees.

Reprogramming Limitations

For fiscal year 2013, DOT was prohibited from reprogramming funds that, among other things, augmented or reduced funds for existing PPAs by 10 percent or $5 million, whichever was less.

Other Funding Flexibilities

On May 1, 2013, the Reducing Flight Delays Act of 2013 was enacted, which authorized DOT to make a one-time transfer of $253 million from the Airport Improvement Program account to fund air traffic control and other activities.

*For information on the objectives, scope, and methodology, see appendix I. For a detailed glossary of budget terms, see appendix V.*

At the same time, DOT assessed options for closing air traffic control towers that are operated under contracts (referred to as federal contract towers) or eliminate overnight air traffic control service at certain airports. On March 22, 2013, the department announced it had identified 149 federal contract towers for closure, which would begin on April 7, 2013. However, on April 5, 2013, the start date was postponed until June 15, 2013, pending legal challenges to the proposed closure decisions. Eventually, the closures were canceled pending the enactment of the Reducing Flight Delays Act of 2013.

According to DOT budget officials, planning was challenging because of the timing of the sequestration and the agency's PPA structure. Officials noted that the delay of sequestration implementation until March resulted in a shorter period of time in which to absorb the reductions. In addition, DOT officials stated that the PPA structure and limitations on FAA's transfer authority created a challenge. Specifically, according to DOT and FAA officials, about 70 percent of FAA's Air Traffic Organization PPA covers employee salaries and benefits, including all of FAA's air traffic controllers. According to DOT officials, even if DOT maximized its existing transfer authority, it would not have been able to provide for employee costs, as cuts were to be made uniformly across all PPAs in FAA's Operations account. Consequently, DOT could only make the required reductions through an employee furlough.

## Implementation

DOT's most significant action in response to sequestration was the furlough of FAA personnel in April 2013. DOT officials noted that furloughs were used as the last option to achieve sequestration levels. The department announced that the vast majority of the 47,000 FAA employees, including air traffic controllers, aviation safety inspectors, maintenance technicians, and engineers would take one furlough day per pay period beginning April 21 through the remainder of the fiscal year. After the furloughs began, FAA reported delays occurring in major metropolitan areas, including New York, Chicago, and Southern California, because fewer controllers were available to manage air traffic. On April 27, 2013, the furlough was suspended pending the enactment of the Reducing Flight Delays Act of 2013 which provided DOT the authority to make a one-time transfer from the Airport Improvement Program—a grant program that makes funds available to airports for capital improvements—to other FAA accounts. Subsequently, the department used this additional authority to terminate all planned furloughs and fund air traffic control services and other activities. DOT budget officials reported that in all, 21,141 FAA employees were furloughed for an average of approximately 8 hours per employee, resulting in an estimated savings of $8.7 million.

DOT also reduced funding for grants and research projects that were subject to sequestration. For example, DOT reduced funding available for Transportation Investment Generating Economic Recovery discretionary grants by $25.2 million,[63] for pipeline safety grants and emergency preparedness grants to states by $3.5 million, and for research by $20.9 million. In addition, DOT reduced payments under the Maritime Security Program—a program that provides financial assistance to operators of U.S. flag vessels that, in turn, make their fleet available upon request of

---

[63]Transportation Investment Generating Economic Recovery grants are awarded on a competitive basis for road, rail, transit, and port projects that will have a significant effect on the nation, a metropolitan area, or a region.

the Secretary of Defense during times of war or national emergency—by $13.7 million. In implementing the $32.6 million reduction to the National Highway Performance Program, DOT reduced funding to each state by 5.1 percent, the sequestration rate for the program, and notified the states of this reduction.

See figure 18 for a timeline of sequestration planning and implementation at DOT.

**Figure 18: Timeline of Fiscal Year 2013 Sequestration Planning and Implementation at the Department of Transportation**



Source: GAO analysis of legislation, OMB guidance, and documentation from DOT.

**Effects on Operations, Performance, or Services to the Public**

DOT was able to mitigate the effects of the furlough at FAA and restore air traffic control and other aviation services through the transfer of funds between accounts allowed by Congress. However, the transfer of $253 million from the Airport Improvement Program will mean that FAA must curtail funding for eligible airport projects, including funding for airport planning, equipment, construction, and noise mitigation. FAA estimates about 170 projects—most of them associated with runway and taxiway construction—will be delayed.  Some of these projects were scheduled to start in fiscal year 2013 and were deferred, while other phased projects may take longer to complete.

DOT reported sequestration effects in other program areas, including the following:

- Delays in Next Generation Air Transportation System (NextGen) projects: FAA's undertaking to transform and update the air traffic control system relies, in part, on participation by subject matter experts, such as air traffic controllers, to develop and test NextGen systems. Anticipating furloughs, FAA pulled its air traffic controllers from NextGen projects and put them back online to support air traffic control operations. Following the furlough, FAA was unable to schedule air traffic controllers back to NextGEN work until June 2013. Consequently, FAA indicated that projects to improve the airspace efficiency around major metropolitan airports will be delayed by 60 days to 5 months, because of the time that it took to reinitiate these projects following the transfer of funds. According to DOT, the hiatus in air traffic controller involvement also extended the timelines for FAA's En Route Automation Modernization program—a key modernization system that will provide the foundation for NextGen—by 7 months and resulted in delays for some programs dependent on this system's capabilities.[64] In addition, despite the transfer of funds, FAA reduced funding for contracts that support NextGen development, including improvements in data communications and global position system technology in the cockpit.

- Increased transit project costs: In fiscal year 2013, DOT reduced funding for existing grant agreements under the New Starts and Smart Starts program, its primary grant program for funding major transit capital investments. According to DOT, these reductions could lead to increased costs for transit projects supported by these grants or delays in other projects. DOT officials explained that project sponsors have contractual arrangements with design and construction firms that include schedule and payment requirements. Sponsors can incur delay claims if these requirements are not met. Therefore, the sponsors must figure out how to keep a project moving forward, even if federal funds fall short. According to DOT, some sponsors may borrow additional funds, which could increase overall project costs, while other sponsors may choose to reprioritize where they put their limited funds, which could delay projects.

---

[64]DOT officials expect overhead costs to increase for this program as a result of the delays, but did not provide any estimates. We have previously reported on how past delays with the En Route Automation Modernization program increased overall acquisition costs as well as affected time frames for other related NextGen programs. See: GAO, *Air Traffic Control Modernization: Management Challenges Associated with Program Costs and Schedules Could Hinder NextGen Implementation*, GAO-12-223 (Washington, D.C. Feb. 16, 2012).

- Fewer pipeline safety personnel: The State Pipeline Safety grant program was reduced by $1.9 million, affecting more than 60 state agencies, according to DOT. Consequently, these agencies deferred the hiring of inspection and enforcement personnel responsible for pipeline safety oversight activities.

- Reduced first responder training: Funding for Emergency Preparedness Grants administered by the Pipeline and Hazardous Materials Safety Administration was reduced by $1.4 million, including $1.1 million in grants for planning and training at the state and local level. According to DOT, with these reductions, grantees will provide less training to first responders such as volunteer and professional firefighters or to the trainers of first responders.

- Decreased participation in the Maritime Security Program:  DOT officials indicated that a $13.7 million reduction in funding for this program resulted in smaller payments in August 2013 to the 13 vessel operators that participate in this program, and no payments in September 2013.  According to DOT, an operator of one vessel withdrew its ship from the program as a result of the reduced payments. DOT officials noted that participation of all operators is needed to ensure that the Department of Defense has sufficient access to commercial vessels during times of national emergency.

Although department officials were able to point to some short-term effects of sequestration, officials noted that it is too soon to tell what the long-term effects of these reductions might be, such as how a prolonged hiring freeze will affect critical backfills. According to DOT officials, they have been collecting information on the effects of the fiscal year 2013 sequestration to help understand the potential effect of any future sequestration.

## Agency Comments

We provided DOT with a draft of this report for review and comment.  DOT provided technical comments, which we incorporated as appropriate.

## GAO Contact

For additional information, contact Phillip R. Herr at (202) 512-2834 or herrp@gao.gov.

EXHIBIT
14

Congressional
Research
Service

# Sequestration at the Federal Aviation Administration (FAA): Air Traffic Controller Furloughs and Congressional Response

**Bart Elias**
Specialist in Aviation Policy

**Clinton T. Brass**
Specialist in Government Organization and Management

**Robert S. Kirk**
Specialist in Transportation Policy

May 7, 2013

Congressional Research Service

7-5700
www.crs.gov
R43065

**CRS Report for Congress**
*Prepared for Members and Committees of Congress*

# Summary

In response to across-the-board funding reductions in federal programs through the budget sequestration process implemented in FY2013, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013. In conjunction with air traffic controller furloughs, FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing on controller workload. This resulted in some delays affecting about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Amid concerns over the impacts of air traffic controller furloughs, Congress passed the Reducing Flight Delays Act of 2013 (P.L. 113-9). The act authorized FAA to transfer up to $253 million from funding available for airport grants or other FAA programs and accounts to the FAA operations account for necessary costs to prevent reduced operations and staffing and ensure a safe and efficient air transportation system. Following passage of this legislation in Congress, FAA suspended all employee furloughs and resumed air traffic control operations under normal procedures and full staffing levels.

Prior to the April 2013 furloughs, FAA furloughed employees in the summer of 2011. However, the FAA furlough actions associated with sequestration had a different legal basis and were consequently implemented quite differently. The summer 2011 furloughs arose as a result of a lapse in authority to collect Airport and Airways Trust Fund (AATF) revenues, the sole funding source for FAA's facilities and equipment (F&E) account, the Airport Improvement Program (AIP), and research, engineering, and development activities. Expenditure authority for AIP also expired in the summer of 2011. The expiration of these authorities resulted in immediate furloughs for most employees funded from these accounts. Some employees funded through the F&E account responsible for ensuring the safety and reliability of navigation and communications equipment were ordered to stay on the job. Employees paid through FAA's operations account, including air traffic controllers, were not furloughed in 2011.

Certain AIP grants-in-aid funds for airport development and planning are now subject to provisions of the Reducing Flight Delays Act of 2013. It appears that the transfer of the designated AIP discretionary funds to air traffic operations reduces the amount made available to airports under 49 U.S.C. 48103. This has implications for both the eventual spending of AIP discretionary funds and the calculation of the amount of AIP entitlement funding available for distribution.

- Unless Congress takes further action, the transferred funds will eventually lead to real reductions in AIP discretionary spending.

- FAA may need to stop or reduce its AIP discretionary grant making for the remainder of FY2013 to comply with the act.

- Individual airports' formula "entitlements" could be reduced for the remainder of the fiscal year if FAA transfers most or all of the $253 million allowed under the act.

# Contents

Introduction.................................................................................................................. 1

    Sequester Cuts and the FAA Budget.................................................................. 1

Implementation of Sequestration at FAA ...................................................................... 3

Contrast with FAA's Summer 2011 Furloughs ............................................................. 4

    The Difference Between Shutdown- and Sequestration-Related Furloughs ............ 4

        Shutdowns and Associated "Shutdown Furloughs" ................................... 5

        Sequestration and Associated "Administrative Furloughs" ......................... 6

Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9)............... 7

    RFDA and the Airport Improvement Program (AIP) ............................................ 7

        "Carryover" Funds (Protected Entitlement Funds) ................................. 8

        Implications of RFDA Transfers for AIP ............................................... 9

## Tables

Table 1. FAA Major Account Funding Levels ................................................................ 2

## Contacts

Author Contact Information.......................................................................................... 10

# Introduction

The Budget Control Act of 2011 (BCA; P.L. 112-25) provided for automatic reductions to most federal discretionary spending if no agreement on deficit reduction was reached by the Joint Select Committee on Deficit Reduction. Such reductions, referred to as sequestration, went into effect on March 1, 2013, which was the extended deadline for a deficit reduction agreement established under the American Taxpayer Relief Act of 2012 (ATRA; P.L. 112-240).[1] In general, sequestration requires agencies to reduce spending for certain suballocations of funds—programs, projects, and activities—within nondefense discretionary accounts by 5.3% in FY2013.[2]

To implement the sequester-related reductions, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013.[3] In the wake of concerns about the adverse effects of furloughs on air travel, the Senate passed S. 853, the Reducing Flight Delays Act of 2013 (RFDA), on April 25, 2013, by unanimous consent.[4] The bill provided new authority to the Secretary of Transportation to transfer up to $253 million to FAA's "operations" account from other FAA accounts, including discretionary grants-in-aid for airports. The next day, the House agreed to H.R. 1765 under suspension of the rules.[5] Under agreement, H.R. 1765, being identical in content to S. 853, was presented to the President on April 30, 2013, and was enacted on May 1, 2013, becoming P.L. 113-9. FAA halted furlough actions even before the bill was signed by President Obama.

This report provides a brief overview of FAA's implementation of the sequester in April 2013, as it relates to air traffic control operations and staff furloughs. It then considers the congressional response, including the potential impact of the funds transfers authorized under P.L. 113-9 on FAA's Airport Improvement Program (AIP).

## Sequester Cuts and the FAA Budget

The sequester cuts reduced FAA spending for FY2013 by about $636 million below the amount specified in the FY2013 continuing budget resolution. The portion of funding designated for staff salaries and benefits varies considerably by major FAA funding account. FAA's operations account, which includes air traffic operations and aviation safety functions, is the most labor-intensive, with about 71% of outlays going to employee salaries and benefits. This is by far the

---

[1] CRS Report R42884, *The "Fiscal Cliff" and the American Taxpayer Relief Act of 2012*, coordinated by Mindy R. Levit.

[2] See CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[3] FAA also previously announced plans to cease operations completely at several air traffic control towers, including 149 towers in the Federal Contract Tower program. A four-week phased closure process, originally set to begin on April 7, 2013, was postponed until June 15, 2013. P.L. 113-9 does not specifically mention contract towers. Pending tower closures are discussed in detail in CRS Report R43021, *Proposed Cuts to Air Traffic Control Towers Under Budget Sequestration: Background and Considerations for Congress*, by Bart Elias.

[4] Likely in light of past House assertions that appropriations bills must originate in the House, the unanimous consent agreement provided "that if the Senate receives a bill from the House and the text of that bill is identical to S. 853, the bill then be considered read three times and passed and the motion to reconsider be considered made and laid upon the table."

[5] The House later in the day corrected a typographical error in the bill by unanimous consent, replacing in Section 2(a) the first instance of the word "account" with "accounts."

---

*The Federal Aviation Administration's Response to Budget Sequester Funding Reductions*

largest FAA budget account. The facilities and equipment account, on the other hand, is spent largely for facility construction and technology acquisition and maintenance, and only 15% of spending is devoted to salaries and benefits. Similarly, Grants-in-Aid for Airports, also known as the Airport Improvement Program (AIP), has a very low percentage (roughly 3%) of its total devoted to salaries and benefits, as most funds designated for this account are passed on to airport authorities for carrying out construction and maintenance projects. The research, engineering, and development account mainly performs its functions through university research grants and industry contracts, with 23% of its budget going to salaries and benefits.

As operations, including both air traffic services and safety-related functions, require the most internal labor resources from FAA, these functions are most heavily impacted by agency-wide furlough actions (see **Table 1**). FAA operations face a sequester reduction of roughly $486 million. P.L. 113-9 gives FAA authority to transfer up to $253 million to operations using available moneys from unspent airport funds, which were not subject to sequestration, and from other available sources. While the focus of legislative debate on P.L. 113-9 was the reduction or elimination of air traffic controller furloughs in order to avoid disruption of airline service, the effects of the legislation will hinge on FAA's specific budgetary actions under this authority.

### Table 1. FAA Major Account Funding Levels

$ in Millions

| Account | FY2012 Actual | FY2013 Requested | FY2013 Continuing Resolution Pre-Sequester Estimate[a] | FY2013 Pre-Sequester Salaries and Benefits | Salaries and Benefits as % of Enacted Account Totals | Sequester Amount |
|---|---|---|---|---|---|---|
| Operations | 9,653 | 9,718 | 9,634 | 6,857 | 71% | -486 |
| Facilities and Equipment | 2,730 | 2,850 | 2,754[b] | 422 | 15% | -142 |
| Research, Engineering, and Development | 166 | 154 | 166 | 39 | 23% | -8 |
| Grants-in-Aid for Airports | 3,350 | 2,424 | 3,343 | 87 | 3% | 0 |
| Total[c] | 15,902 | 15,146 | 15,897 | 7,405 | 46% | -636 |

**Source:** Federal Aviation Administration, FY2013 and FY2014 Budget Estimates.

a. The FY2013 Continuing Resolution (CR) pre-sequester estimate applies a 0.2% rescission to FY2012 amounts to all nonsecurity budget authority based on Office of Management and Budget (OMB) calculations of across-the-board rescissions necessary to avoid exceeding discretionary spending limits. For details of the FY2013 CR, see CRS Report R42782, *FY2013 Continuing Resolutions: Analysis of Components and Congressional Action*, by Jessica Tollestrup.

b. Amount includes $30 million supplemental appropriation specified in P.L. 113-2.

c. Column totals do not equal sum of account totals due to rounding.

# Implementation of Sequestration at FAA

Sequestration under the American Taxpayer Relief Act of 2012 did not affect all Federal Aviation Administration (FAA) functions. FAA's grants for airport improvements, which are subject to obligation limitations, are statutorily exempt from the sequester cuts.[6] FAA's other functions faced significant spending reductions. FAA interpreted the law as requiring it to reduce spending proportionately in all accounts other than airport grants. In response, FAA implemented agency-wide furloughs of employees, including air traffic controllers, beginning April 21, 2013. FAA employees were told they would be required to take 11 furlough days through the remainder of FY2013.

FAA employs about 45,000 people in a variety of functions. Different FAA components implemented various approaches to designating furlough days. FAA's Air Traffic Organization, which includes both air traffic controllers and the technicians and engineers who maintain the air traffic control system, implemented rolling furloughs among its 33,000 employees to minimize staffing impacts to flight operations. Following negotiations with the union representing controllers, FAA agreed that all air traffic controllers nationwide would be required to take one unpaid furlough day in each two-week pay period, irrespective of the workload or potential impact of reduced staffing at a particular facility.

FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing due to furloughs, including increased aircraft spacing, which reduces the number of flights an airport can handle in a given period. These measures led to delays during the first week of reduced staffing, most noticeably in the New York City area and at Dallas-Fort Worth, Las Vegas, Chicago, and Tampa airports.[7] In total, delays related to staffing reductions appear to have affected about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Airlines warned that prolonged furloughs and associated delays could impact revenues, but this could be offset somewhat by lower fuel prices.[8] Also, in response to the furlough delays, airline advocacy groups sought exemption from the Department of Transportation's tarmac delay rules, which generally require airlines to allow passengers to disembark from aircraft delayed more than three hours and carry fines for airlines that fail to comply.[9]

On April 27, 2013, following House and Senate passage of legislation to allow it to transfer $253 million from other accounts to its operations account, FAA announced that it had suspended all employee furloughs and that air traffic facilities would resume operations under normal staffing levels.[10]

---

[6] See CRS Report R42050, *Budget "Sequestration" and Selected Program Exemptions and Special Rules*, coordinated by Karen Spar.

[7] Federal Aviation Administration, *Press Release—FAA Statement*, April 23, 2013. Available at http://www.faa.gov/news/press_releases/news_story.cfm?newsid=14575.

[8] Hugo Martin, "Flight Delays Continue As Airlines Worry About Fiscal Impact," *Los Angeles Times*, April 25, 2013; Gina Chon, "Airlines Warn FAA Furloughs Eating Into April Earnings," *Government Executive,* April 23, 2013.

[9] Motion of Airlines for America (A4) and Regional Airlines Association (RAA) for a temporary exemption from 14 C.F.R. §259.4, Docket DOT-OST-213- 0084, April 19, 2013.

[10] Federal Aviation Administration, *Press Release—FAA Statement*, April 27, 2013.

It is not certain that these steps will avert all furloughs of FAA employees in FY2013. As explained below, FAA may be unable to transfer the entire $253 million from AIP to its operations account without triggering reductions in many airports' entitlements under AIP. One way for FAA to avoid this problem would be for it to transfer some of the funds from programs other than AIP. This would necessitate spending reductions in those programs, which could potentially include employee furloughs.

# Contrast with FAA's Summer 2011 Furloughs

FAA previously furloughed employees in the summer of 2011. Its furlough actions in April 2013 had significantly different impacts due to the fact that they had a different legal basis from those in 2011.

The 2011 furloughs resulted from the effective temporary shutdown of the Airport Improvement Program (AIP) and a lapse in revenue collection authority for the Airport and Airways Trust Fund (AATF), which provides major funding for FAA programs. When short-term extensions of FAA authority under the Airport and Airway Extension Act of 2011, Part III (P.L. 112-21), expired on July 22, 2011, employees working for FAA's office of airports and funded under AIP were immediately furloughed. Other employees paid from the facilities and equipment and research, engineering, and development accounts were also furloughed, as the sole funding source for those FAA programs, the AATF, could no longer collect revenue. Certain employees funded from the facilities and equipment account who inspected FAA navigation and communications equipment were ordered to stay on the job without pay because they were deemed to be essential to the safety of the air traffic system. About 4,000 FAA employees in total, roughly 9% of FAA's total workforce, were affected. As general fund moneys were available to continue paying employees, including any air traffic controllers paid out of the FAA's operations account, these employees were not immediately furloughed.

A subsequent short-term extension of AIP expenditure authority and AATF revenue collection authority (P.L. 112-27) was enacted on August 5, 2011, ending the furloughs for affected FAA employees and eliminating the need for possible additional furloughs of other employees paid through the operations account. Although additional legislation (e.g., H.R. 2814, 112th Congress) sought to compensate FAA employees for lost wages under the August 2011 furlough, the legislation was determined to be unnecessary, and employees were subsequently granted back pay for furloughed days under existing Department of Transportation authority.[11]

## The Difference Between Shutdown- and Sequestration-Related Furloughs

The term "furlough" refers to placement of an employee in temporary nonduty, nonpay status because of lack of work or funds, or other nondisciplinary reasons, but with continued benefits under certain conditions, such as health insurance.[12] There are two types of furloughs: "shutdown furloughs" (also called "emergency furloughs") and "administrative furloughs." This distinction

---

[11] Sean Reilly, "Furloughed FAA Employees To Receive Back Pay," *Federal Times*, October 3, 2011.

[12] U.S. Office of Personnel Management (hereinafter OPM), "Pay & Leave: Furlough Guidance," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/.

explains why, during FAA's April 2013 implementation of the sequester, federal civil service employees such as air traffic controllers were treated differently in comparison with the 2011 shutdown of certain FAA activities in response to a lapse in budget authority.[13]

## Shutdowns and Associated "Shutdown Furloughs"

Under a shutdown, an agency suddenly may lack authority to obligate and spend certain funds due to a lapse in annual appropriations, or, alternatively, due to expiration of an authorizing act that provides access to certain funds.[14] In these situations, it is generally understood that the lapse (or expiration) is temporary, due to an impasse in negotiations within Congress or between Congress and the President, and not intended by policymakers to be a permanent change in law. Some employees who are paid from affected funds are "excepted" by law from a specific kind of furlough ("shutdown furlough").[15] In the context of a shutdown, for example, employees whose duties involve the safety of human life or the protection of property may be told by an agency to come to work during the period of time in which funds are lapsed or an authorizing statute is expired. In other words, they are excepted from furlough. Other employees whose duties do not fit that criterion, however, may be placed on shutdown furlough and told to not come to work during this time period.[16]

The so-called Antideficiency Act, in particular, generally prohibits agencies from accepting voluntary services and employing personal services exceeding that authorized by law, "except for emergencies involving the safety of human life or the protection of property" (31 U.S.C. §1342). The statute elaborates that "the term 'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property."

Two legal opinions from former Attorney General Benjamin R. Civiletti, written in 1980 and 1981, have strongly influenced activities in the executive branch related to shutdowns.[17] The opinions and subsequent guidance from the Office of Management and Budget (OMB) and Office of Personnel Management (OPM) direct agencies in interpreting the Antideficiency Act and the exceptions from the act that are authorized by law, including the exception related to safety of human life and protection of property. These interpretations generally tell agencies which groups of employees may be directed to come to work in the absence of appropriations (i.e., which employees are excepted from shutdown furlough). The interpretations do not require agencies to

---

[13] For example, see Glenn Kessler, "Sequester Politics: Claims About the FAA Furloughs," *Washingtonpost.com*, April 25, 2013, at http://www.washingtonpost.com/blogs/fact-checker/post/sequester-politics-claims-about-the-faa-furloughs/2013/04/24/e0bcf4ce-ad30-11e2-a8b9-2a63d75b5459_blog.html.

[14] For more information about shutdowns associated with a lapse in appropriations, see CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[15] For frequently asked questions regarding shutdown furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Shutdown Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Shutdown-Furlough.

[16] CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[17] For discussion and links to copies of the opinions, see ibid. Congress amended the Antideficiency Act in 1990. In 1995, the Department of Justice issued a further opinion that interpreted the effect of the amendment. The 1995 opinion said one aspect of the 1981 Civiletti opinion's description of emergency governmental functions should be modified in light of the amendment, but that the 1981 opinion otherwise "continues to be a sound analysis of the legal authorities respecting government operations" during a funding gap.

make exceptions for all employees whose activities involve the safety of human life or the protection of property. However, it is possible that agencies may interpret law and guidance as generally communicating an expectation that all or many of these employees should (or shall) be excepted from furlough.

Affected excepted employees and nonexcepted employees do not receive pay during a shutdown, due to lack of available budget authority. Arguably, there is a legal obligation for an agency to pay excepted employees for their work during the lapse period, once funding resumes, however. In historical practice, subsequent law has provided for both excepted and nonexcepted personnel to be paid for the work days that pass during a shutdown period.

## Sequestration and Associated "Administrative Furloughs"

Under the process known as sequestration, a sequester—such as the one associated with the Budget Control Act of 2011 (BCA; P.L. 112-25)—provides for the automatic cancellation of previously enacted spending, making largely across-the-board reductions to nonexempt programs, activities, and accounts.[18] In this situation, certain percentage reductions are applied across major categories of spending. For each category, a uniform percentage reduction of nonexempt budgetary resources is determined. The reduction then is applied to each program, project, and activity (PPA) within each budget account that falls within the category.[19]

Ultimately, sequestration could be characterized as an elaborate process for making a policy decision to reduce the budgets for certain federal activities. As such, Congress and the President may, through law, reduce the budgets of activities that involve the safety of human life or the protection of property. When agencies face these across-the-board reductions at the account level and the PPA level, they may adjust the incidence of the reductions for a given account or PPA through any available authorities to transfer funds from one account to another and reprogram funds from one PPA to another within the same account.[20] A transfer or reprogramming may cushion some activities from across-the-board reductions, but this may increase the extent of reductions elsewhere.

One way in which an agency may cope with budget cuts is to use administrative furloughs. These furloughs reduce an agency's personnel costs, because employees are not required to be paid for furlough days and, in practice, are not paid for these days.[21] Agencies generally have considerable

---

[18] CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[19] Ibid. As noted in this CRS report, PPAs are delineated in different ways: for accounts included in appropriations acts, PPAs within each budget account are delineated in those acts or accompanying reports; and for accounts not included in appropriations acts, PPAs are delineated in the most recently submitted President's budget.

[20] U.S. Government Accountability Office, *A Glossary of Terms Used in the Federal Budget Process*, GAO-05-734SP, September 2005, pp. 85 and 95. For an agency to use transfer authority, it must be given this authority by statute. An agency may reprogram funds as part of its duty to manage funds without additional statutory authority. Many statutes require an agency to notify certain committees in advance of a transfer or reprogramming, a certain number of days before the transfer or reprogramming takes place. In practice, an agency's exercise of transfer and reprogramming authorities may be influenced by congressional committees, such as committees that are required by statute to be notified by the agency.

[21] For frequently asked questions regarding administrative furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Administrative Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Administrative-Furlough.

---

discretion to choose which employees are subject to administrative furlough. OPM's guidance says that "[a]gencies are responsible for identifying the employees affected by administrative furloughs based on budget conditions, funding sources, mission priorities (including the need to perform emergency work involving the safety of human life or protection of property), and other mission-related factors."[22]

In the context of sequestration related to BCA, OMB has offered similar guidance to agencies to implement sequestration-related reductions—including any transfers or reprogramming—in a way that mitigates operational risks and negative impacts on an agency's core mission.[23] Although OMB and OPM both make reference to work involving the safety of human life or protection of property, budget reductions may affect and reduce the extent of this work that an agency undertakes, which in some cases may make administrative furloughs unavoidable.

# Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9)

RFDA provides FAA with the authority to transfer up to $253 million of FAA funds from other uses to operations. Although worded broadly, the transfer authority is meant primarily to counteract the impact of sequestration on the air traffic control system.

The act allows FAA to transfer funds from two sources. Amounts made available for obligation under the Airport Improvement Program (AIP) in FY2013 for discretionary grants derived from apportioned funds not required in FY2013, pursuant to 49 U.S.C. 47117(f), can be transferred to other uses. Further, the act allows for transfers from "any other program or account" of FAA. The transferred amounts are to be available immediately for obligation and expenditure as directly appropriated budget authority.

## RFDA and the Airport Improvement Program (AIP)

The Airport Improvement Program provides federal grants to airports for airport development and planning. The 3,355 airports eligible for AIP grants range from major international hubs to county general aviation airports that have no commercial service.[24]

There are two forms of grant distribution to these airports: entitlement and discretionary. The entitlement funds (also called apportionments) are based on formulas that determine the amount

---

[22] OPM, *Guidance for Administrative Furloughs*, April 2013, p. 1, at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Administrative-Furlough.

[23] See several memoranda from OMB, including U.S. Executive Office of the President, Office of Management and Budget (hereinafter OMB), "Planning for Uncertainty with Respect to Fiscal Year 2013 Budgetary Resources," memorandum M-13-03, January 14, 2013, p. 2; OMB, "Agency Responsibilities for Implementation of Potential Joint Committee Sequestration," memorandum M-13-05, February 27, 2013, pp. 1-4; OMB, "Issuance of the Sequestration Order Pursuant to Section 251A of the Balanced Budget and Emergency Deficit Control Act of 1985, as Amended," memorandum M-13-06, March 1, 2013, p. 1; and OMB, "Ongoing Implementation of the Joint Committee Sequestration," memorandum M-13-11, April 4, 2013, pp. 1-2; available at http://www.whitehouse.gov/omb/memoranda_default/.

[24] See the National Plan of Integrated Airport Systems (NPIAS) reports at http://www.faa.gov/airports/planning_capacity/npias/reports/.

that each eligible airport is entitled to for a fiscal year. Airports do not need to compete with one another for these funds. Once the entitlements are fulfilled, the remaining funds are distributed as discretionary funds by FAA. The distribution is conditioned by certain set-asides and is based on project priority and other selection criteria. The federal share under AIP varies from 75% for projects at large and medium hub airports to 90% for most small airports. The local match is generally paid for by the airport.

Entitlements are available to recipient airports for either three or four years, depending on the type of airport. If an airport has not obligated its entitlement funds within the allowed period, the amounts are reclassified as discretionary funds and remain available for FAA to distribute until expended.

AIP spending authority is based on contract authority, which is a kind of spending authority that allows obligations to be incurred in advance of appropriations. Because of this characteristic, AIP spending is controlled through a limitation on obligations. The annual limitation on obligations is usually set in appropriations legislation and restricts the amount of AIP contract authority that can be obligated (i.e., awarded) in a particular year. Controlling the rate of the annual obligation of funds allows Congress to control the rate of eventual outlays.

## "Carryover" Funds (Protected Entitlement Funds)

Section 2(a)(1) of RFDA allows FAA to transfer any apportioned entitlement funds that airports have elected not to use in the year that the funds are apportioned, for use as discretionary funds. These sums historically were referred to as "carryover" funds, but FAA now uses the term "protected entitlement funds." These entitlement funds are "protected" in the sense that airports have the right to use them in later years of their eligibility. This movement of funds from entitlement to discretionary (carryover) status and back to restored entitlement status is done because of the multiyear nature of the entitlements and the desire to obligate the entire obligation limitation level each year.[25]

In recent years, the balance of protected entitlement funds (i.e., carryover funds) has grown. This could have occurred for a number of reasons. Some airports, especially small ones, sometimes let the funds build up so that they draw on two or more years' entitlements at once to fund larger projects. In some cases, the sequence of a project's construction schedule requires entitlement funds to be held for a period before being spent. Some airports in recent years have had difficulty raising their local matching shares. Also, prior to the enactment of the FAA Modernization and Reform Act of 2012 (P.L. 112-95), FAA funding underwent 23 short-term extensions that made systematic planning difficult for some airports. These factors have caused some airports to defer the obligation of their apportionments to the later years of their eligibility, and the "carryover" balance has reportedly grown to roughly $700 million.

It is important to understand that the use of the terms "carryover funds" or "unused entitlement funds" does not mean that these are idle surplus funds with no intended use. The transfer of these funds to other parts of FAA under RFDA will reduce eventual AIP discretionary outlays by a like amount. Airports of all sizes benefit from the discretionary grants, but unlike entitlement funds, not every airport receives funding every year. In general, small airports depend on AIP funds for

---

[25] The Federal Highway Administration has an annual August redistribution of unobligated formula funds among the states to deal with the same dilemma of multiyear eligibility under annual obligation limitations.

airport improvements more than large airports, because small airports are less likely to be able to finance improvements by selling bonds or imposing passenger facility charges.

## Implications of RFDA Transfers for AIP

Section 2(b)(2) of the act appears to require the amount transferred to be considered an obligation for grants-in-aid airports, effectively reducing the spending authority made available for such purposes. In effect, the act appears to reduce the obligation limitation for FY2013. Should this be the case, there would be two major implications.

- Because the transferred amounts reduce the FY2013 obligation limitation by a like amount (pursuant to Section 2 (b)(2)), FAA might have to refrain from making additional awards or reduce the rate of award-making of discretionary grants from now until the end of FY2013 to keep AIP within its reduced obligation limitation. This reduction of obligational authority for AIP discretionary funding will eventually lead to reductions in outlays for airport improvements unless Congress decides to restore the funding in the future.

- Under the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (P.L. 106-181; codified under 49 U.S.C. 47114), a threshold of at least $3.2 billion must be made available for airport planning and development under Section 48103 in order for FAA to implement certain "special rules" that provide for more generous entitlements.[26] Consequently, if the transfers authorized by RFDA reduce the $3.343 billion[27] made available for FY2013 below $3.2 billion, most airports' entitlements could be reduced for the remainder of FY2013. The $3.2 billion threshold has been met every year for the last 10 fiscal years, and airports have become accustomed to the larger entitlement distributions.[28] To prevent reductions in entitlements, FAA would have to forgo transferring from AIP roughly $100 million to $110 million of the $253 million it is authorized to transfer under RFDA.[29] If FAA determines that it needs the entire $253 million amount to avoid controller furloughs, then, to avoid breaching the threshold, it appears that it would have to transfer roughly $100 million to $110 million from FAA accounts other than AIP unless Congress were to provide some other legislative solution.

---

[26] P.L. 106-181 provided for a major increase in AIP funding over FY1999-FY2003. The act retained most of the underlying formulas. However, to increase entitlement funding the law added a special rule that, contingent on $3.2 billion or more being made available for a fiscal year, doubled the primary airport entitlement and raised the primary minimum entitlement from $650,000 to $1 million; changed the general aviation entitlement from an area and population formula to a guarantee of the lesser of $150,000 or one-fifth of the most recently published estimate of each airport's five-year costs for improvements; and altered cargo and reliever airport grants.

[27] The $3.343 billion reflects the OMB-calculated 0.2% rescission of $6.7 million (under P.L. 113-6) from the $3.350 billion made available for AIP for FY2013.

[28] The amount of discretionary funds available might actually increase, since discretionary funds are the funds that remain after the entitlements are satisfied.

[29] The amount is uncertain because of the unknown budgetary treatment of the 0.2% rescission in the Further Continuing Appropriations Act of 2013 (P.L. 113-9, Division F and Division G, §3004). The Office of Management and Budget estimated AIP rescission to be $6.7 million. See http://www.whitehouse.gov/sites/default/files/omb/assets/legislative_reports/reductions/fy13_atb_reductions_04_25_13.pdf.

# Author Contact Information

Bart Elias
Specialist in Aviation Policy
belias@crs.loc.gov, 7-7771

Clinton T. Brass
Specialist in Government Organization and
Management
cbrass@crs.loc.gov, 7-4536

Robert S. Kirk
Specialist in Transportation Policy
rkirk@crs.loc.gov, 7-7769

EXHIBIT

14

# Congressional Research Service

# Sequestration at the Federal Aviation Administration (FAA): Air Traffic Controller Furloughs and Congressional Response

**Bart Elias**
Specialist in Aviation Policy

**Clinton T. Brass**
Specialist in Government Organization and Management

**Robert S. Kirk**
Specialist in Transportation Policy

May 7, 2013

Congressional Research Service

7-5700
www.crs.gov
R43065

# Summary

In response to across-the-board funding reductions in federal programs through the budget sequestration process implemented in FY2013, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013. In conjunction with air traffic controller furloughs, FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing on controller workload. This resulted in some delays affecting about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Amid concerns over the impacts of air traffic controller furloughs, Congress passed the Reducing Flight Delays Act of 2013 (P.L. 113-9). The act authorized FAA to transfer up to $253 million from funding available for airport grants or other FAA programs and accounts to the FAA operations account for necessary costs to prevent reduced operations and staffing and ensure a safe and efficient air transportation system. Following passage of this legislation in Congress, FAA suspended all employee furloughs and resumed air traffic control operations under normal procedures and full staffing levels.

Prior to the April 2013 furloughs, FAA furloughed employees in the summer of 2011. However, the FAA furlough actions associated with sequestration had a different legal basis and were consequently implemented quite differently. The summer 2011 furloughs arose as a result of a lapse in authority to collect Airport and Airways Trust Fund (AATF) revenues, the sole funding source for FAA's facilities and equipment (F&E) account, the Airport Improvement Program (AIP), and research, engineering, and development activities. Expenditure authority for AIP also expired in the summer of 2011. The expiration of these authorities resulted in immediate furloughs for most employees funded from these accounts. Some employees funded through the F&E account responsible for ensuring the safety and reliability of navigation and communications equipment were ordered to stay on the job. Employees paid through FAA's operations account, including air traffic controllers, were not furloughed in 2011.

Certain AIP grants-in-aid funds for airport development and planning are now subject to provisions of the Reducing Flight Delays Act of 2013. It appears that the transfer of the designated AIP discretionary funds to air traffic operations reduces the amount made available to airports under 49 U.S.C. 48103. This has implications for both the eventual spending of AIP discretionary funds and the calculation of the amount of AIP entitlement funding available for distribution.

- Unless Congress takes further action, the transferred funds will eventually lead to real reductions in AIP discretionary spending.

- FAA may need to stop or reduce its AIP discretionary grant making for the remainder of FY2013 to comply with the act.

- Individual airports' formula "entitlements" could be reduced for the remainder of the fiscal year if FAA transfers most or all of the $253 million allowed under the act.

# Contents

Introduction ................................................................................................................................... 1

    Sequester Cuts and the FAA Budget ......................................................................................... 1

Implementation of Sequestration at FAA ...................................................................................... 3

Contrast with FAA's Summer 2011 Furloughs .............................................................................. 4

    The Difference Between Shutdown- and Sequestration-Related Furloughs ............................ 4

        Shutdowns and Associated "Shutdown Furloughs" .......................................................... 5

        Sequestration and Associated "Administrative Furloughs" ................................................ 6

Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9) .............................. 7

    RFDA and the Airport Improvement Program (AIP) ............................................................... 7

        "Carryover" Funds (Protected Entitlement Funds) ............................................................ 8

        Implications of RFDA Transfers for AIP .......................................................................... 9

## Tables

Table 1. FAA Major Account Funding Levels ............................................................................... 2

## Contacts

Author Contact Information ........................................................................................................... 10

# Introduction

The Budget Control Act of 2011 (BCA; P.L. 112-25) provided for automatic reductions to most federal discretionary spending if no agreement on deficit reduction was reached by the Joint Select Committee on Deficit Reduction. Such reductions, referred to as sequestration, went into effect on March 1, 2013, which was the extended deadline for a deficit reduction agreement established under the American Taxpayer Relief Act of 2012 (ATRA; P.L. 112-240).[1] In general, sequestration requires agencies to reduce spending for certain suballocations of funds—programs, projects, and activities—within nondefense discretionary accounts by 5.3% in FY2013.[2]

To implement the sequester-related reductions, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013.[3] In the wake of concerns about the adverse effects of furloughs on air travel, the Senate passed S. 853, the Reducing Flight Delays Act of 2013 (RFDA), on April 25, 2013, by unanimous consent.[4] The bill provided new authority to the Secretary of Transportation to transfer up to $253 million to FAA's "operations" account from other FAA accounts, including discretionary grants-in-aid for airports. The next day, the House agreed to H.R. 1765 under suspension of the rules.[5] Under agreement, H.R. 1765, being identical in content to S. 853, was presented to the President on April 30, 2013, and was enacted on May 1, 2013, becoming P.L. 113-9. FAA halted furlough actions even before the bill was signed by President Obama.

This report provides a brief overview of FAA's implementation of the sequester in April 2013, as it relates to air traffic control operations and staff furloughs. It then considers the congressional response, including the potential impact of the funds transfers authorized under P.L. 113-9 on FAA's Airport Improvement Program (AIP).

## Sequester Cuts and the FAA Budget

The sequester cuts reduced FAA spending for FY2013 by about $636 million below the amount specified in the FY2013 continuing budget resolution. The portion of funding designated for staff salaries and benefits varies considerably by major FAA funding account. FAA's operations account, which includes air traffic operations and aviation safety functions, is the most labor-intensive, with about 71% of outlays going to employee salaries and benefits. This is by far the

---

[1] CRS Report R42884, *The "Fiscal Cliff" and the American Taxpayer Relief Act of 2012*, coordinated by Mindy R. Levit.

[2] See CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[3] FAA also previously announced plans to cease operations completely at several air traffic control towers, including 149 towers in the Federal Contract Tower program. A four-week phased closure process, originally set to begin on April 7, 2013, was postponed until June 15, 2013. P.L. 113-9 does not specifically mention contract towers. Pending tower closures are discussed in detail in CRS Report R43021, *Proposed Cuts to Air Traffic Control Towers Under Budget Sequestration: Background and Considerations for Congress*, by Bart Elias.

[4] Likely in light of past House assertions that appropriations bills must originate in the House, the unanimous consent agreement provided "that if the Senate receives a bill from the House and the text of that bill is identical to S. 853, the bill then be considered read three times and passed and the motion to reconsider be considered made and laid upon the table."

[5] The House later in the day corrected a typographical error in the bill by unanimous consent, replacing in Section 2(a) the first instance of the word "account" with "accounts."

largest FAA budget account. The facilities and equipment account, on the other hand, is spent largely for facility construction and technology acquisition and maintenance, and only 15% of spending is devoted to salaries and benefits. Similarly, Grants-in-Aid for Airports, also known as the Airport Improvement Program (AIP), has a very low percentage (roughly 3%) of its total devoted to salaries and benefits, as most funds designated for this account are passed on to airport authorities for carrying out construction and maintenance projects. The research, engineering, and development account mainly performs its functions through university research grants and industry contracts, with 23% of its budget going to salaries and benefits.

As operations, including both air traffic services and safety-related functions, require the most internal labor resources from FAA, these functions are most heavily impacted by agency-wide furlough actions (see **Table 1**). FAA operations face a sequester reduction of roughly $486 million. P.L. 113-9 gives FAA authority to transfer up to $253 million to operations using available moneys from unspent airport funds, which were not subject to sequestration, and from other available sources. While the focus of legislative debate on P.L. 113-9 was the reduction or elimination of air traffic controller furloughs in order to avoid disruption of airline service, the effects of the legislation will hinge on FAA's specific budgetary actions under this authority.

### Table 1. FAA Major Account Funding Levels

$ in Millions

| Account | FY2012 Actual | FY2013 Requested | FY2013 Continuing Resolution Pre-Sequester Estimate[a] | FY2013 Pre-Sequester Salaries and Benefits | Salaries and Benefits as % of Enacted Account Totals | Sequester Amount |
|---|---|---|---|---|---|---|
| Operations | 9,653 | 9,718 | 9,634 | 6,857 | 71% | -486 |
| Facilities and Equipment | 2,730 | 2,850 | 2,754[b] | 422 | 15% | -142 |
| Research, Engineering, and Development | 166 | 154 | 166 | 39 | 23% | -8 |
| Grants-in-Aid for Airports | 3,350 | 2,424 | 3,343 | 87 | 3% | 0 |
| Total[c] | 15,902 | 15,146 | 15,897 | 7,405 | 46% | -636 |

**Source:** Federal Aviation Administration, FY2013 and FY2014 Budget Estimates.

a. The FY2013 Continuing Resolution (CR) pre-sequester estimate applies a 0.2% rescission to FY2012 amounts to all nonsecurity budget authority based on Office of Management and Budget (OMB) calculations of across-the-board rescissions necessary to avoid exceeding discretionary spending limits. For details of the FY2013 CR, see CRS Report R42782, *FY2013 Continuing Resolutions: Analysis of Components and Congressional Action*, by Jessica Tollestrup.

b. Amount includes $30 million supplemental appropriation specified in P.L. 113-2.

c. Column totals do not equal sum of account totals due to rounding.

# Implementation of Sequestration at FAA

Sequestration under the American Taxpayer Relief Act of 2012 did not affect all Federal Aviation Administration (FAA) functions. FAA's grants for airport improvements, which are subject to obligation limitations, are statutorily exempt from the sequester cuts.[6] FAA's other functions faced significant spending reductions. FAA interpreted the law as requiring it to reduce spending proportionately in all accounts other than airport grants. In response, FAA implemented agency-wide furloughs of employees, including air traffic controllers, beginning April 21, 2013. FAA employees were told they would be required to take 11 furlough days through the remainder of FY2013.

FAA employs about 45,000 people in a variety of functions. Different FAA components implemented various approaches to designating furlough days. FAA's Air Traffic Organization, which includes both air traffic controllers and the technicians and engineers who maintain the air traffic control system, implemented rolling furloughs among its 33,000 employees to minimize staffing impacts to flight operations. Following negotiations with the union representing controllers, FAA agreed that all air traffic controllers nationwide would be required to take one unpaid furlough day in each two-week pay period, irrespective of the workload or potential impact of reduced staffing at a particular facility.

FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing due to furloughs, including increased aircraft spacing, which reduces the number of flights an airport can handle in a given period. These measures led to delays during the first week of reduced staffing, most noticeably in the New York City area and at Dallas-Fort Worth, Las Vegas, Chicago, and Tampa airports.[7] In total, delays related to staffing reductions appear to have affected about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Airlines warned that prolonged furloughs and associated delays could impact revenues, but this could be offset somewhat by lower fuel prices.[8] Also, in response to the furlough delays, airline advocacy groups sought exemption from the Department of Transportation's tarmac delay rules, which generally require airlines to allow passengers to disembark from aircraft delayed more than three hours and carry fines for airlines that fail to comply.[9]

On April 27, 2013, following House and Senate passage of legislation to allow it to transfer $253 million from other accounts to its operations account, FAA announced that it had suspended all employee furloughs and that air traffic facilities would resume operations under normal staffing levels.[10]

---

[6] See CRS Report R42050, *Budget "Sequestration" and Selected Program Exemptions and Special Rules*, coordinated by Karen Spar.

[7] Federal Aviation Administration, *Press Release—FAA Statement*, April 23, 2013. Available at http://www.faa.gov/ news/press_releases/news_story.cfm?newsid=14575.

[8] Hugo Martin, "Flight Delays Continue As Airlines Worry About Fiscal Impact," *Los Angeles Times*, April 25, 2013; Gina Chon, "Airlines Warn FAA Furloughs Eating Into April Earnings," *Government Executive*, April 23, 2013.

[9] Motion of Airlines for America (A4) and Regional Airlines Association (RAA) for a temporary exemption from 14 C.F.R. §259.4, Docket DOT-OST-213- 0084, April 19, 2013.

[10] Federal Aviation Administration, *Press Release—FAA Statement*, April 27, 2013.

It is not certain that these steps will avert all furloughs of FAA employees in FY2013. As explained below, FAA may be unable to transfer the entire $253 million from AIP to its operations account without triggering reductions in many airports' entitlements under AIP. One way for FAA to avoid this problem would be for it to transfer some of the funds from programs other than AIP. This would necessitate spending reductions in those programs, which could potentially include employee furloughs.

# Contrast with FAA's Summer 2011 Furloughs

FAA previously furloughed employees in the summer of 2011. Its furlough actions in April 2013 had significantly different impacts due to the fact that they had a different legal basis from those in 2011.

The 2011 furloughs resulted from the effective temporary shutdown of the Airport Improvement Program (AIP) and a lapse in revenue collection authority for the Airport and Airways Trust Fund (AATF), which provides major funding for FAA programs. When short-term extensions of FAA authority under the Airport and Airway Extension Act of 2011, Part III (P.L. 112-21), expired on July 22, 2011, employees working for FAA's office of airports and funded under AIP were immediately furloughed. Other employees paid from the facilities and equipment and research, engineering, and development accounts were also furloughed, as the sole funding source for those FAA programs, the AATF, could no longer collect revenue. Certain employees funded from the facilities and equipment account who inspected FAA navigation and communications equipment were ordered to stay on the job without pay because they were deemed to be essential to the safety of the air traffic system. About 4,000 FAA employees in total, roughly 9% of FAA's total workforce, were affected. As general fund moneys were available to continue paying employees, including any air traffic controllers paid out of the FAA's operations account, these employees were not immediately furloughed.

A subsequent short-term extension of AIP expenditure authority and AATF revenue collection authority (P.L. 112-27) was enacted on August 5, 2011, ending the furloughs for affected FAA employees and eliminating the need for possible additional furloughs of other employees paid through the operations account. Although additional legislation (e.g., H.R. 2814, 112th Congress) sought to compensate FAA employees for lost wages under the August 2011 furlough, the legislation was determined to be unnecessary, and employees were subsequently granted back pay for furloughed days under existing Department of Transportation authority.[11]

## The Difference Between Shutdown- and Sequestration-Related Furloughs

The term "furlough" refers to placement of an employee in temporary nonduty, nonpay status because of lack of work or funds, or other nondisciplinary reasons, but with continued benefits under certain conditions, such as health insurance.[12] There are two types of furloughs: "shutdown furloughs" (also called "emergency furloughs") and "administrative furloughs." This distinction

---

[11] Sean Reilly, "Furloughed FAA Employees To Receive Back Pay," *Federal Times*, October 3, 2011.

[12] U.S. Office of Personnel Management (hereinafter OPM), "Pay & Leave: Furlough Guidance," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/.

explains why, during FAA's April 2013 implementation of the sequester, federal civil service employees such as air traffic controllers were treated differently in comparison with the 2011 shutdown of certain FAA activities in response to a lapse in budget authority.[13]

## Shutdowns and Associated "Shutdown Furloughs"

Under a shutdown, an agency suddenly may lack authority to obligate and spend certain funds due to a lapse in annual appropriations, or, alternatively, due to expiration of an authorizing act that provides access to certain funds.[14] In these situations, it is generally understood that the lapse (or expiration) is temporary, due to an impasse in negotiations within Congress or between Congress and the President, and not intended by policymakers to be a permanent change in law. Some employees who are paid from affected funds are "excepted" by law from a specific kind of furlough ("shutdown furlough").[15] In the context of a shutdown, for example, employees whose duties involve the safety of human life or the protection of property may be told by an agency to come to work during the period of time in which funds are lapsed or an authorizing statute is expired. In other words, they are excepted from furlough. Other employees whose duties do not fit that criterion, however, may be placed on shutdown furlough and told to not come to work during this time period.[16]

The so-called Antideficiency Act, in particular, generally prohibits agencies from accepting voluntary services and employing personal services exceeding that authorized by law, "except for emergencies involving the safety of human life or the protection of property" (31 U.S.C. §1342). The statute elaborates that "the term 'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property."

Two legal opinions from former Attorney General Benjamin R. Civiletti, written in 1980 and 1981, have strongly influenced activities in the executive branch related to shutdowns.[17] The opinions and subsequent guidance from the Office of Management and Budget (OMB) and Office of Personnel Management (OPM) direct agencies in interpreting the Antideficiency Act and the exceptions from the act that are authorized by law, including the exception related to safety of human life and protection of property. These interpretations generally tell agencies which groups of employees may be directed to come to work in the absence of appropriations (i.e., which employees are excepted from shutdown furlough). The interpretations do not require agencies to

---

[13] For example, see Glenn Kessler, "Sequester Politics: Claims About the FAA Furloughs," *Washingtonpost.com*, April 25, 2013, at http://www.washingtonpost.com/blogs/fact-checker/post/sequester-politics-claims-about-the-faa-furloughs/2013/04/24/e0bcf4ce-ad30-11e2-a8b9-2a63d75b5459_blog.html.

[14] For more information about shutdowns associated with a lapse in appropriations, see CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[15] For frequently asked questions regarding shutdown furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Shutdown Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Shutdown-Furlough.

[16] CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[17] For discussion and links to copies of the opinions, see ibid. Congress amended the Antideficiency Act in 1990. In 1995, the Department of Justice issued a further opinion that interpreted the effect of the amendment. The 1995 opinion said one aspect of the 1981 Civiletti opinion's description of emergency governmental functions should be modified in light of the amendment, but that the 1981 opinion otherwise "continues to be a sound analysis of the legal authorities respecting government operations" during a funding gap.

make exceptions for all employees whose activities involve the safety of human life or the protection of property. However, it is possible that agencies may interpret law and guidance as generally communicating an expectation that all or many of these employees should (or shall) be excepted from furlough.

Affected excepted employees and nonexcepted employees do not receive pay during a shutdown, due to lack of available budget authority. Arguably, there is a legal obligation for an agency to pay excepted employees for their work during the lapse period, once funding resumes, however. In historical practice, subsequent law has provided for both excepted and nonexcepted personnel to be paid for the work days that pass during a shutdown period.

## Sequestration and Associated "Administrative Furloughs"

Under the process known as sequestration, a sequester—such as the one associated with the Budget Control Act of 2011 (BCA; P.L. 112-25)—provides for the automatic cancellation of previously enacted spending, making largely across-the-board reductions to nonexempt programs, activities, and accounts.[18] In this situation, certain percentage reductions are applied across major categories of spending. For each category, a uniform percentage reduction of nonexempt budgetary resources is determined. The reduction then is applied to each program, project, and activity (PPA) within each budget account that falls within the category.[19]

Ultimately, sequestration could be characterized as an elaborate process for making a policy decision to reduce the budgets for certain federal activities. As such, Congress and the President may, through law, reduce the budgets of activities that involve the safety of human life or the protection of property. When agencies face these across-the-board reductions at the account level and the PPA level, they may adjust the incidence of the reductions for a given account or PPA through any available authorities to transfer funds from one account to another and reprogram funds from one PPA to another within the same account.[20] A transfer or reprogramming may cushion some activities from across-the-board reductions, but this may increase the extent of reductions elsewhere.

One way in which an agency may cope with budget cuts is to use administrative furloughs. These furloughs reduce an agency's personnel costs, because employees are not required to be paid for furlough days and, in practice, are not paid for these days.[21] Agencies generally have considerable

---

[18] CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[19] Ibid. As noted in this CRS report, PPAs are delineated in different ways: for accounts included in appropriations acts, PPAs within each budget account are delineated in those acts or accompanying reports; and for accounts not included in appropriations acts, PPAs are delineated in the most recently submitted President's budget.

[20] U.S. Government Accountability Office, *A Glossary of Terms Used in the Federal Budget Process*, GAO-05-734SP, September 2005, pp. 85 and 95. For an agency to use transfer authority, it must be given this authority by statute. An agency may reprogram funds as part of its duty to manage funds without additional statutory authority. Many statutes require an agency to notify certain committees in advance of a transfer or reprogramming, a certain number of days before the transfer or reprogramming takes place. In practice, an agency's exercise of transfer and reprogramming authorities may be influenced by congressional committees, such as committees that are required by statute to be notified by the agency.

[21] For frequently asked questions regarding administrative furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Administrative Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url= Administrative-Furlough.

---

discretion to choose which employees are subject to administrative furlough. OPM's guidance says that "[a]gencies are responsible for identifying the employees affected by administrative furloughs based on budget conditions, funding sources, mission priorities (including the need to perform emergency work involving the safety of human life or protection of property), and other mission-related factors."[22]

In the context of sequestration related to BCA, OMB has offered similar guidance to agencies to implement sequestration-related reductions—including any transfers or reprogramming—in a way that mitigates operational risks and negative impacts on an agency's core mission.[23] Although OMB and OPM both make reference to work involving the safety of human life or protection of property, budget reductions may affect and reduce the extent of this work that an agency undertakes, which in some cases may make administrative furloughs unavoidable.

# Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9)

RFDA provides FAA with the authority to transfer up to $253 million of FAA funds from other uses to operations. Although worded broadly, the transfer authority is meant primarily to counteract the impact of sequestration on the air traffic control system.

The act allows FAA to transfer funds from two sources. Amounts made available for obligation under the Airport Improvement Program (AIP) in FY2013 for discretionary grants derived from apportioned funds not required in FY2013, pursuant to 49 U.S.C. 47117(f), can be transferred to other uses. Further, the act allows for transfers from "any other program or account" of FAA. The transferred amounts are to be available immediately for obligation and expenditure as directly appropriated budget authority.

## RFDA and the Airport Improvement Program (AIP)

The Airport Improvement Program provides federal grants to airports for airport development and planning. The 3,355 airports eligible for AIP grants range from major international hubs to county general aviation airports that have no commercial service.[24]

There are two forms of grant distribution to these airports: entitlement and discretionary. The entitlement funds (also called apportionments) are based on formulas that determine the amount

---

[22] OPM, *Guidance for Administrative Furloughs*, April 2013, p. 1, at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Administrative-Furlough.

[23] See several memoranda from OMB, including U.S. Executive Office of the President, Office of Management and Budget (hereinafter OMB), "Planning for Uncertainty with Respect to Fiscal Year 2013 Budgetary Resources," memorandum M-13-03, January 14, 2013, p. 2; OMB, "Agency Responsibilities for Implementation of Potential Joint Committee Sequestration," memorandum M-13-05, February 27, 2013, pp. 1-4; OMB, "Issuance of the Sequestration Order Pursuant to Section 251A of the Balanced Budget and Emergency Deficit Control Act of 1985, as Amended," memorandum M-13-06, March 1, 2013, p. 1; and OMB, "Ongoing Implementation of the Joint Committee Sequestration," memorandum M-13-11, April 4, 2013, pp. 1-2; available at http://www.whitehouse.gov/omb/memoranda_default/.

[24] See the National Plan of Integrated Airport Systems (NPIAS) reports at http://www.faa.gov/airports/planning_capacity/npias/reports/.

that each eligible airport is entitled to for a fiscal year. Airports do not need to compete with one another for these funds. Once the entitlements are fulfilled, the remaining funds are distributed as discretionary funds by FAA. The distribution is conditioned by certain set-asides and is based on project priority and other selection criteria. The federal share under AIP varies from 75% for projects at large and medium hub airports to 90% for most small airports. The local match is generally paid for by the airport.

Entitlements are available to recipient airports for either three or four years, depending on the type of airport. If an airport has not obligated its entitlement funds within the allowed period, the amounts are reclassified as discretionary funds and remain available for FAA to distribute until expended.

AIP spending authority is based on contract authority, which is a kind of spending authority that allows obligations to be incurred in advance of appropriations. Because of this characteristic, AIP spending is controlled through a limitation on obligations. The annual limitation on obligations is usually set in appropriations legislation and restricts the amount of AIP contract authority that can be obligated (i.e., awarded) in a particular year. Controlling the rate of the annual obligation of funds allows Congress to control the rate of eventual outlays.

## "Carryover" Funds (Protected Entitlement Funds)

Section 2(a)(1) of RFDA allows FAA to transfer any apportioned entitlement funds that airports have elected not to use in the year that the funds are apportioned, for use as discretionary funds. These sums historically were referred to as "carryover" funds, but FAA now uses the term "protected entitlement funds." These entitlement funds are "protected" in the sense that airports have the right to use them in later years of their eligibility. This movement of funds from entitlement to discretionary (carryover) status and back to restored entitlement status is done because of the multiyear nature of the entitlements and the desire to obligate the entire obligation limitation level each year.[25]

In recent years, the balance of protected entitlement funds (i.e., carryover funds) has grown. This could have occurred for a number of reasons. Some airports, especially small ones, sometimes let the funds build up so that they draw on two or more years' entitlements at once to fund larger projects. In some cases, the sequence of a project's construction schedule requires entitlement funds to be held for a period before being spent. Some airports in recent years have had difficulty raising their local matching shares. Also, prior to the enactment of the FAA Modernization and Reform Act of 2012 (P.L. 112-95), FAA funding underwent 23 short-term extensions that made systematic planning difficult for some airports. These factors have caused some airports to defer the obligation of their apportionments to the later years of their eligibility, and the "carryover" balance has reportedly grown to roughly $700 million.

It is important to understand that the use of the terms "carryover funds" or "unused entitlement funds" does not mean that these are idle surplus funds with no intended use. The transfer of these funds to other parts of FAA under RFDA will reduce eventual AIP discretionary outlays by a like amount. Airports of all sizes benefit from the discretionary grants, but unlike entitlement funds, not every airport receives funding every year. In general, small airports depend on AIP funds for

---

[25] The Federal Highway Administration has an annual August redistribution of unobligated formula funds among the states to deal with the same dilemma of multiyear eligibility under annual obligation limitations.

airport improvements more than large airports, because small airports are less likely to be able to finance improvements by selling bonds or imposing passenger facility charges.

## Implications of RFDA Transfers for AIP

Section 2(b)(2) of the act appears to require the amount transferred to be considered an obligation for grants-in-aid airports, effectively reducing the spending authority made available for such purposes. In effect, the act appears to reduce the obligation limitation for FY2013. Should this be the case, there would be two major implications.

- Because the transferred amounts reduce the FY2013 obligation limitation by a like amount (pursuant to Section 2 (b)(2)), FAA might have to refrain from making additional awards or reduce the rate of award-making of discretionary grants from now until the end of FY2013 to keep AIP within its reduced obligation limitation. This reduction of obligational authority for AIP discretionary funding will eventually lead to reductions in outlays for airport improvements unless Congress decides to restore the funding in the future.

- Under the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (P.L. 106-181; codified under 49 U.S.C. 47114), a threshold of at least $3.2 billion must be made available for airport planning and development under Section 48103 in order for FAA to implement certain "special rules" that provide for more generous entitlements.[26] Consequently, if the transfers authorized by RFDA reduce the $3.343 billion[27] made available for FY2013 below $3.2 billion, most airports' entitlements could be reduced for the remainder of FY2013. The $3.2 billion threshold has been met every year for the last 10 fiscal years, and airports have become accustomed to the larger entitlement distributions.[28] To prevent reductions in entitlements, FAA would have to forgo transferring from AIP roughly $100 million to $110 million of the $253 million it is authorized to transfer under RFDA.[29] If FAA determines that it needs the entire $253 million amount to avoid controller furloughs, then, to avoid breaching the threshold, it appears that it would have to transfer roughly $100 million to $110 million from FAA accounts other than AIP unless Congress were to provide some other legislative solution.

---

[26] P.L. 106-181 provided for a major increase in AIP funding over FY1999-FY2003. The act retained most of the underlying formulas. However, to increase entitlement funding the law added a special rule that, contingent on $3.2 billion or more being made available for a fiscal year, doubled the primary airport entitlement and raised the primary minimum entitlement from $650,000 to $1 million; changed the general aviation entitlement from an area and population formula to a guarantee of the lesser of $150,000 or one-fifth of the most recently published estimate of each airport's five-year costs for improvements; and altered cargo and reliever airport grants.

[27] The $3.343 billion reflects the OMB-calculated 0.2% rescission of $6.7 million (under P.L. 113-6) from the $3.350 billion made available for AIP for FY2013.

[28] The amount of discretionary funds available might actually increase, since discretionary funds are the funds that remain after the entitlements are satisfied.

[29] The amount is uncertain because of the unknown budgetary treatment of the 0.2% rescission in the Further Continuing Appropriations Act of 2013 (P.L. 113-9, Division F and Division G, §3004). The Office of Management and Budget estimated AIP rescission to be $6.7 million. See http://www.whitehouse.gov/sites/default/files/omb/assets/ legislative_reports/reductions/fy13_atb_reductions_04_25_13.pdf.

# Author Contact Information

Bart Elias
Specialist in Aviation Policy
belias@crs.loc.gov, 7-7771

Clinton T. Brass
Specialist in Government Organization and
Management
cbrass@crs.loc.gov, 7-4536

Robert S. Kirk
Specialist in Transportation Policy
rkirk@crs.loc.gov, 7-7769

EXHIBIT
15

Transportation: AAC-AMH-08-PUBNAT1-08232, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

01/23/2008 to 02/15/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-08-PUBNAT1-08232

**Control number**

1112529

**Telework eligible**

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. To qualify based upon work experience, interested individuals must have three years of progressively responsible full-time (40 hours per week) experience that demonstrates the potential for learning. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. To qualify based upon education, applicants must have a full 4-year course of study leading to a bachelor's degree. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal

characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=8232

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. To be considered applicants should selected "UNITED STATES" and "THROUGHOUT THE NATION" for their location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. A complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, and aviation industry. b. Classroom instruction & workshop exercises relating to the air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel in accordance with applicable agency travel policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                 **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-CTI-08458, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

02/19/2008 to 03/25/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Telework eligible**

**Announcement number**

AAC-AMH-08-CTI-08458

**Control number**

1138050

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

<u>**Knowledge, Skills and Abilities (KSA)**</u>

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

# Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=8458

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                     **Drug test required**

## REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information

**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-CTI-09135, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy
Case AAC-AMH-08-CTI-09135 was reannounced from case **AAC-AMH-08-CTI-08458**

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization.

## Overview

**Open & closing dates**

04/09/2008 to 04/22/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

  **Announcement number**

  AAC-AMH-08-CTI-09135

  **Control number**

 1188135

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**                          **Promotion Potential**

                                                1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9135

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                         **Drug test required**

## REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information

**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations
   (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency
   (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT**

**18**

Transportation: AAC-AMH-08-PUBNAT2-09140, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 04/14/2008 to 05/02/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**      **Telework eligible**

No

**Announcement number**

AAC-AMH-08-PUBNAT2-09140

**Control number**

1192281

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

## Travel Required

## Supervisory status

## Promotion Potential

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9140

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. To be considered applicants should selected "UNITED STATES" and "THROUGHOUT THE NATION" for their location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. A complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, and aviation industry. b. Classroom instruction & workshop exercises relating to the air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel in accordance with applicable agency travel policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

## Security clearance                 Drug test required

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S.

Department of Education([http://www.ed.gov/admins/finaid/accred/](http://www.ed.gov/admins/finaid/accred/)).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. [http://www.faa.gov/jobs/](http://www.faa.gov/jobs/)

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

**19**

Transportation: AAC-AMH-08-PUBNAT3-09613, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

05/19/2008 to 05/30/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

AAC-AMH-08-PUBNAT3-09613

### Control number

1226579

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. If you previously applied under announcement numbers AAC-AMH-08-PUBNAT1-08232 and AAC-AMH-08-PUBNAT2-9140 you will continue to receive consideration for employment do not need to reapply.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9613

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Status updates can be acquired through the online application system. To be considered applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations is expense of applicant. At election of agency, testing will be done at any of below locations: Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD *Testing may occur in some or all locations listed. If necessary, more testing sites may be added. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will also pay cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                    **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited toward qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

#### Phone

405-954-4657

#### Fax

#### Email

9-amc-amh-300@faa.gov

#### Address

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/probationary-period/)

**EXHIBIT 20**

Transportation: AAC-AMH-08-CTI-09622, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy
Case AAC-AMH-08-CTI-09135 was reannounced from case **AAC-AMH-08-CTI-08458**
Case AAC-AMH-08-CTI-09622 was reannounced from case **AAC-AMH-08-CTI-09135**

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Air Traffic Organization.

## Overview

**Open & closing dates**

05/19/2008 to 05/30/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Telework eligible**

**Announcement number**

AAC-AMH-08-CTI-09622

**Control number**

1226576

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annoucement closing; please see additional job information.

**Evaluation Criteria**

<u>Knowledge, Skills and Abilities (KSA)</u>

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9622

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                        **Drug test required**

## REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information

**Aviation Careers Division**

| **Phone** | **Address** |
|---|---|
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73169 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

‣ Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

‣ How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)



Transportation: AAC-AMH-08-PUBNAT4-09989, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

06/17/2008 to 06/30/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-08-PUBNAT4-09989

**Control number**

1253430

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=9989

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD Honolulu, HI Anchorage, AK  Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                 **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards

qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

| Phone | Address |
|---|---|
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73125 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

‣ Equal Employment Opportunity (EEO) office at OPM
   (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
‣ Office of Equal Opportunity
   (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

‣ An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
‣ An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
‣ An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
‣ Disability Employment - Reasonable Accommodations
   (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
‣ How to contact an agency
   (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Agency Review Announcement



EXHIBIT
**22**

Transportation: AAC-AMH-08-PUBNAT5-10363, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

07/17/2008 to 07/31/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

AAC-AMH-08-PUBNAT5-10363

### Control number

1282925

## Duties

### Summary

### Responsibilities

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, and advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide. You will be provided an opportunity to identify which locations you are interested in working at a later date. POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, and also in the Virgin Islands.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience and college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10363

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Updates on your status can be acquired through the online application system. Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference. Duty locations/facilities assignments will be determined at a later date. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Seattle, WA Daytona Beach, FL New York, NY Atlanta, GA Chicago, IL Houston, TX Miami, FL Oakland, CA Los Angeles, CA Oklahoma City, OK Fort Worth, TX Baltimore, MD Honolulu, HI Anchorage, AK  Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                      **Drug test required**

## REQUIRED DOCUMENTS

None.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards

qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Division

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-300@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
AMH-300
Oklahoma City, OK
73125
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-08-CTI-10709, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

Case AAC-AMH-08-CTI-09135 was reannounced from case **AAC-AMH-08-CTI-08458**
Case AAC-AMH-08-CTI-09622 was reannounced from case **AAC-AMH-08-CTI-09135**
Case AAC-AMH-08-CTI-10709 was reannounced from case **AAC-AMH-08-CTI-09622**

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 08/13/2008 to 08/26/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

   **Announcement number**

   AAC-AMH-08-CTI-10709

   **Control number**

   1310185

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867.

As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually.

**Travel Required**

**Supervisory status**                                    **Promotion Potential**

                                                          1

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

## Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. The maximum entry age for these positions is 30 years of age, i.e., you must be hired prior to reaching your 31st birthday. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Required documents (complete transcript) must be submitted prior to annocument closing; please see additional job information.

**Evaluation Criteria**

**Knowledge, Skills and Abilities (KSA)**

1. Employment through the CTI Program is a one-time opportunity. I certify that I have not been previously employed by the FAA through the CTI Program.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10709

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. *** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                    **Drug test required**

# REQUIRED DOCUMENTS

*** YOUR APPLICATION PACKAGE MUST INCLUDE: A complete transcript that shows all course requirements, Degree, program and graduation date. Fax must be received by the closing date of this announcement. Please fax required documents to fax numbers 405-954-5766, 405-954-6393, 405-954-7902, or 405-954-8531. Please place announcement number on cover sheet for required documents.***

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

| **Phone** | **Address** |
|---|---|
| 405-954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers Division |
| | P.O. Box 25082 |
| **Email** | AMH-300 |
| 9-amc-amh-300@faa.gov | Oklahoma City, OK |
| | 73169 |
| | US |

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

**Next steps**
Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important -** If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)


**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)


**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Case 1:16-cv-02227-DLF    Document 105-2    Filed 06/05/20    Page 105 of 230

EXHIBIT
**24**

Transportation: AAC-AMH-08-PUBNAT6-10764, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

08/18/2008 to 08/29/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

AAC-AMH-08-PUBNAT6-10764

### Control number

1314609

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide...... You will select your preferred

duty locations/facility assignments at a later date through our office, please be patient with the process...... POSITIONS ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands.

**Travel Required**

**Supervisory status**                          **Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- A one-year probationary period may be required.
- No moving expenses (PCS) will be paid.

### Qualifications

The maximum entry age for these positions is 30 years of age i.e., you must be hired prior to reaching your 31st birthday. Maximum Retention Age: 5 USC 8335 (a) & 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, please be patient. .........After the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

### Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=10764

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Oklahoma City, OK Los Angeles, CA Oakland, CA Seattle, WA Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

### Security clearance                                   Drug test required

## REQUIRED DOCUMENTS

None.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Optional health and life insurance. Competitive salaries. Generous retirement programs. Paid holidays, sick leave, and vacation time.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**                                         **Address**

405-954-4657                                      Federal Aviation Administration
                                                  Aviation Careers Division
**Fax**                                           P.O. Box 25082
                                                  AMH-300
**Email**                                         Oklahoma City, OK
                                                  73125
9-amc-amh-300@faa.gov                             US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Case 1:16-cv-02227-DLF     Document 105-2     Filed 06/05/20     Page 110 of 230

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-09-PUBNAT7-11589, Series: 2152

Grade(s): FG-1

Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 12/09/2008 to 12/16/2008 | Excepted |
| **Pay scale & grade** | **Salary** |
| FG 1 | $17,046.00 - $22,591.00 / Per Year |
| **Appointment type** | **Work schedule** |
| Temporary NTE - 13 Months | Full Time |

## Locations

FAA Air Traffic Control Locations Throughout the Nation

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

**Announcement number**

AAC-AMH-09-PUBNAT7-11589

**Control number**

1418332

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Upon successfully completing training & passing all required evaluations you may be given a permanent appointment at an air traffic control facility nationwide...... You will select your preferred duty locations/facility assignments at a later date through our office, please be patient with the process...... POSITIONS

ARE LOCATED throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands..*** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at FAA Academy in Oklahoma City, OK receiving initial training. Those successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen

### Qualifications

***Age Requirements***: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE. SCHOOLS MUST BE ACCREDITED BY AN ACCREDITING INSTITUTION RECOGNIZED BY THE U.S. DEPARTMENT OF EDUCATION. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, please be patient. .........After the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=11589

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... **THE ATO HAS A PARTICULAR HIRING NEED IN THE STATE OF LOUISIANA.** Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Shreveport, LA Oklahoma City, OK Los Angeles, CA Oakland, CA Seattle, WA Applicants should include examples of experience in their Work History. The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies. No Permanent Change of Station (PCS) expenses will be paid. May be required to serve a one year probationary period. Multiple selections may be made from this announcement. Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments as developmental ATCS's at their assigned terminal facility. They will receive salary increases as they complete subsequent phases of training. Individuals who do not successfully complete training at the FAA

Academy and all other requirements for continuing employment will have their employment terminated. For veterans' preference information, see "Veteran's Preference" link on left hand side.

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

### Background checks and security clearance

### Security clearance                                    Drug test required

## REQUIRED DOCUMENTS

To claim veterans' preference, submit a copy of your DD-214 and if applicable, the Application for 10-Point Veteran Preference, SF-15, along with required proof to fax: 405-954-5766.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

### Agency contact information
### Aviation Careers Divison

### Phone

405-954-4657

### Fax

### Email

9-AMC-AMH-Aviation-Careers@faa.gov

### Address

Federal Aviation Administration
Aviation Careers Division
PO Box 26650
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT
**26**

Transportation: AAC-AMH-09-CTI-11766, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization

## Overview

**Open & closing dates**

11/26/2008 to 12/10/2008

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,046.00 - $22,591.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-09-CTI-11766

**Control number**

1408736

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Upon successful completion of the Academy initial training program and other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

### Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an official CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=11766

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

### Additional information

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

**Links to Important Information:** Locality Pay, COLA

### How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

### Background checks and security clearance

**Security clearance**                              **Drug test required**

## REQUIRED DOCUMENTS

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

Case 1:16-cv-02227-DLF    Document 105-2    Filed 06/05/20    Page 120 of 230

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-cti@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT 27**

Transportation: AAC-AMH-09-PUBNAT8-12162, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

# Air Traffic Control Specialist (Trainee)

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization.

## Overview

**Open & closing dates**

07/06/2009 to 07/17/2009

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 Months

**Service**

Excepted

**Salary**

$17,540.00 - $23,565.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the Nation

**Relocation expenses reimbursed**

No

**Telework eligible**

**Announcement number**

AAC-AMH-09-PUBNAT8-12162

**Control number**

1611580

## Duties

**Summary**

**Responsibilities**

This announcement includes vacancies for both the Terminal & En Route (center) Air Traffic Control (ATC) options. The Terminal option controls air traffic at airports & gives pilots taxiing & takeoff instructions, air traffic clearances, & advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, & they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances & advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry. b. Classroom instruction & workshop exercises relating to air traffic control system. c. Skills training related to the work of air traffic control specialists in air route traffic control centers. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. Upon successful

completion of the Academy initial training program & other employment requirements, you will continue your training at your assigned facility on a permanent appointment with a salary between $37,463 and $43,867. As a new controller you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility with a potential to earn over $100,000 annually. Positions are located throughout the Nation, in Puerto Rico, in Guam, & also in the Virgin Islands.*** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

**Supervisory status**

**Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen

### Qualifications

***Age Requirements***: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You may qualify for this position on the basis of work experience, college education, or a combination of both. TO QUALIFY BASED ON WORK EXPERIENCE, INTERESTED INDIVIDUALS MUST DOCUMENT THREE YEARS OF PROGRESSIVELY RESPONSIBLE FULL-TIME (40 HOURS PER WEEK) EXPERIENCE THAT DEMONSTRATES THE POTENTIAL FOR LEARNING. Progressively responsible experience might include for example: an increase in leadership duties, working with less supervision, or an increase in financial responsibility. You are encouraged to include any experience that is directly related to the air traffic control occupation. TO QUALIFY BASED UPON EDUCATION, APPLICANTS MUST DOCUMENT A FULL 4-YEAR COURSE OF STUDY LEADING TO A BACHELOR'S DEGREE AND INCLUDE SEMESTER/QUARTER COLLEGE HOURS. SCHOOLS MUST BE ACCREDITED BY AN ACCREDITING INSTITUTION RECOGNIZED BY THE U.S. DEPARTMENT OF EDUCATION. You may also qualify by combining your work experience & college credits; one year of undergraduate study (30 semester hours or 45 quarter hours) is equivalent to 9 months of general work experience. Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, & similar communications equipment. ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. ...... Additional information on this job is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ........The ATCS hiring process involves many steps with many offices, after the announcement close date, you can log into ASAP to check your status to take the AT-SAT exam, for your exam score, and referral list updates. All updates are available through the on-line application system. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

**Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher,

based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.


## Education


Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=12162

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information
Applicants should select "UNITED STATES" & "THROUGHOUT THE NATION" for location preference...... You will select your preferred duty locations/facilities assignments at a later date through our office, please be patient with the process...... It is anticipated that selections from this announcement will be made around November/December 2009. Entrance exam: Applicants must achieve a qualifying score on the authorized FAA pre-employment test. Not all applicants will be selected for testing. Travel to & from testing locations will be at expense of applicant. At election of agency, testing may be conducted in some or all locations listed below (If necessary, more testing sites may be added): Baltimore, MD New York, NY Atlanta, GA Daytona Beach, FL Miami, FL Chicago, IL Houston, TX Ft Worth, TX Oklahoma City, OK Los Angeles, CA Oakland, CA Grand Forks, ND Albuquerque, NM Memphis, TN Pittsburgh, PA Indianapolis, IN Salt Lake City, UT Applicants should include examples of experience in their Work History. The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies. No Permanent Change of Station (PCS) expenses will be paid. May be required to serve one year probationary period. Multiple selections may be made from this announcement. Individuals, who successfully complete initial qualification training at the FAA Academy & all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments as developmental ATCS's at their assigned facility. They will receive salary increases as they complete subsequent phases of training. Individuals who don't successfully complete training at the FAA Academy & all other requirements for continuing employment will have their employment terminated. For veterans' preference information, see "Veteran's Preference"

After the announcement close date, be sure to log into AVIATOR to check your status to take the AT-SAT test as well as your test score and continue to check for referral list updates.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                                    **Drug test required**

# REQUIRED DOCUMENTS

To claim veterans' preference, submit a copy of your DD-214 and if applicable, the Application for 10-Point Veteran Preference, SF-15, along with required proof to fax: 405-954-5766.

### If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**                                    **Address**

405-954-4657                                  Federal Aviation Administration
                                              Aviation Careers Division
**Fax**                                       P.O. Box 26650
                                              Oklahoma City, OK
**Email**                                     73169
9-AMC-AMH-Aviation-Careers@faa.gov            US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

Case 1:16-cv-02227-DLF    Document 105-2    Filed 06/05/20    Page 126 of 230

**Visit our careers page**

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT 28**

Transportation: AAC-AMH-09-CTI-12655, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization

## Overview

**Open & closing dates**

09/23/2010 to 10/26/2010

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,803.00 - $17,803.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-09-CTI-12655

**Control number**

1489944

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Salary: Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments with a salary of $33,700 base pay. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. Individuals who do not successfully complete training at the FAA Academy and all other requirements for

continuing employment will have their employment terminated. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**                                    **Promotion Potential**

1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

### Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an OFFICIAL CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, Mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=12655

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                                    **Drug test required**

**REQUIRED DOCUMENTS**

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Benefits**

Case 1:16-cv-02227-DLF     Document 105-2     Filed 06/05/20     Page 131 of 230

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**

405-954-4657

**Fax**

**Email**

9-amc-amh-cti@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers Division
P.O. Box 25082
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)


## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov/Help/how-to/application/agency/contact/)


## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: AAC-AMH-11-CTI-19558, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist Trainee-Collegiate Training Initiative (AT-CTI) Graduates

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization

## Overview

**Open & closing dates**

06/01/2011 to 02/28/2012

**Pay scale & grade**

FG 1

**Appointment type**

Temporary NTE - 13 months

**Service**

Excepted

**Salary**

$17,803.00 - $17,803.00 / Per Year

**Work schedule**

Full Time

## Locations

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Announcement number**

AAC-AMH-11-CTI-19558

**Control number**

2138600

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Vacancies for both the Terminal and Enroute options may be filled from this announcement. The Terminal option controls air traffic at airports and give pilots taxiing and takeoff instructions, air traffic clearances, advice based on their own observations, information from the National Weather Service, Air Route Traffic Control Centers (ARTCCs), flight service stations, pilots, & other sources. Terminal Air Traffic Controllers transfer control of aircraft to the En Route Center controller when the aircraft leaves their airspace, and they receive control of aircraft coming into their airspace. Air Traffic Controllers in the En Route (Center) option give aircraft instructions, air traffic clearances and advice regarding flight conditions while en route between airports. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. As a new Air Traffic Control Specialist, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Salary: Individuals, who successfully complete initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization (ATO), may be given permanent appointments with a salary of $37,070 base pay. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are

completed. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment will have their employment terminated. Excepted Service: The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**Travel Required**

**Supervisory status**                              **Promotion Potential**

                                                    1

**Job family (Series)**

2152 Air Traffic Controller

## Requirements

### Key Requirements

- U.S. Citizen
- No Permanent Change of Station (PCS) expenses will be paid.

### Qualifications

Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test. Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. *** Additional information regarding these positions is located at: http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/ ***Medical Requirements: Selectee must pass a medical examination prior to appointment. ***Male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law. ***Applications will first be reviewed to determine if they meet the minimum qualification requirements. Failure to meet minimum qualification requirements automatically disqualifies an applicant. Applicants should include examples of specialized experience in their Work History. Multiple selections may be made from this announcement. ***Applicants will be required to submit an OFFICIAL AT-CTI school transcript prior to appointment/enter on duty date.*** These must be mailed to: Aviation Careers Division/AMH-300, Attn: AT-CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169. Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

**Education**

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=19558

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**

Applicants for ATCS positions will be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work. Age Requirement: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthdays may not be originally appointed to these positions. Applicants are subject to mandatory separation age 56 unless eligible for exemption. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Please contact Aviation Careers Division at (405) 954-4657 for any questions regarding this requirement. Training Requirements: Individuals selected & hired will be placed on temporary appointments & must pass a rigorous training program in air traffic control conducted by FAA to continue employment. New hires spend several weeks at the FAA Academy in Oklahoma City, OK receiving initial training. Those who are successful & meet all other requirements will be given permanent appointments & continue training at their air traffic facility. Academy students receive basic air traffic control training at the FAA Academy, which includes: a. Classroom instruction & workshop exercises relating to the air traffic control system. b. Skills training related to the work of air traffic control specialists. May be required to serve a one year probationary period. Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy.

A unique job code is required to apply for this announcement.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

**How You Will Be Evaluated**

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

**Background checks and security clearance**

**Security clearance**                                          **Drug test required**

# REQUIRED DOCUMENTS

APPLICANTS WILL BE REQUIRED TO SUBMIT AN OFFICIAL CTI SCHOOL TRANSCRIPT PRIOR TO APPOINTMENT/ENTER ON DUTY DATE. These must be mailed to: Aviation Careers Division/AMH-300, Attn: CTI Program, 6500 S MacArthur Blvd. Oklahoma City, OK 73169

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S.

Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

Benefits include: Flexible spending accounts; health insurance; life insurance; competitive salaries; paid holidays; sick leave and annual leave; flexible work environment and alternative work schedules; paid employment related training and education; possible student loan repayment; long term care insurance; retirement program. For complete information on Federal Employee Benefits, please use this link "Guide to Federal Benefits programs for New Federal Employees": http://www.opm.gov/insure/health/new_employees.asp

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**Agency contact information**
**Aviation Careers Division**

**Phone**                                          **Address**

405-954-4657                                       Federal Aviation Administration
                                                   Aviation Careers Division
**Fax**                                            P.O. Box 25082
                                                   Oklahoma City, OK
**Email**                                          73169
                                                   US
9-amc-amh-cti@faa.gov

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important -** If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMH-13-VRA-26915, Series: 2152
Grade(s): AT-AG
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide.

## Overview

**Open & closing dates**

08/27/2012 to 09/10/2012

**Pay scale & grade**

AT AG

**Service**

Excepted

**Salary**

$37,070.00 - $139,953.00 / Per Year

Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location.

**Appointment type**

Multiple Appointment Types

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

FAA-AMH-13-VRA-26915

### Control number

325024200

## Duties

**Summary**

**Responsibilities**

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

## Travel Required

| **Supervisory status** | **Promotion Potential** |
| --- | --- |
| | NA |

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Submission of DD-214 or other proof of VRA eligibility is mandatory
- Certified air traffic control experience required
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required
- SF-50 may be required (see Required Documents for addl information)

## Qualifications

1) Applicants must possess 52 weeks of certified air traffic control experience in a civilian or military air traffic control facility, which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. The 52 weeks of certified experience cannot include any FAA Academy time nor formal Military training time, as this is not considered "live" air traffic. 2) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact Aviation Careers at (405) 954-4657 for any questions regarding these requirements. 3) Applicants must be able to speak English clearly to be understood over radios, intercoms, and similar communications equipment. 4) This announcement is open only to VRA eligibles. The following veterans are eligible for a VRA appointment: a) A veteran who is in receipt of a campaign badge for service during a war or in a campaign or expedition; or b) A veteran who is disabled; or c) A veteran who is in receipt of an Armed Forces Service Medal for participation in a military operation; or d) A veteran who was recently separated (recently separated veterans are defined as those who have separated from active service within the last three years.) In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge).

We are not accepting applications from noncitizens.

**Requirement for preemployment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military

medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a preemployment or preappointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to preappointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.


**Education**


Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=26915

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

**Additional information**
We may use this vacancy to fill other similar vacant positions.
Travel may be required.
Position may be subject to a background investigation.
A one-year probationary period may be required.
As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.
Direct deposit of pay is required.
The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

Notes: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. The En Route training program requires up to 62 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, Oklahoma to help offset daily cost of living while attending FAA Academy. The FAA will also pay

for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 3) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 6) This replaces announcement AAC-AMH-12-VRA-23994. Those persons who applied under the previous announcement must re-apply under this one. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; it may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday. 8) Work history must correspond with supporting documentation provided and must also reflect 52 weeks of certified air traffic control experience. 9)

Radar experience may be used as a quality ranking factor when referring applicants to radar facilities.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

### Background checks and security clearance

### Security clearance                                    ### Drug test required

## REQUIRED DOCUMENTS

Applicants must submit copies of ATC certifications/facility ratings.

You must also submit proof of veterans preference (DD-214, and, if claiming 10-point preference, SF-15 plus proof required by that form) as requested by the Human Resource Office. Veterans Preference will only be considered based on what is supported. If you fail to provide the required documents within the stated time period, the Human Resource office may withdraw a job offer and/or remove you from further consideration.

Applicants must provide the following proof of VRA eligibility: Member 4 copy of DD-214, Certificate of Release or Discharge from Active Duty, or if final DD-214 not yet received, official orders or documents for terminal leave pending discharge from active duty. Terminal leave documents must include beginning/ending dates of active duty and type of discharge. If claiming eligibility based on a service-connected disability, you must also submit a completed form SF-15, Application for 10-Point Veteran Preference, and a copy of supporting documents (e.g.; VA letter).

Applicants who have reached the maximum entry age of 31 must also provide a copy of an SF-50, Notification of Personnel Action, that verifies original appointment to a Federal civilian ATCS position with the Department of Defense or FAA prior to age 31.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Please include the letters "VRA" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date**

of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information

Case 1:16-cv-02227-DLF    Document 105-2    Filed 06/05/20    Page 144 of 230

**Aviation Careers**

**Phone**

(405) 954-4657

**Fax**

(405) 954-5766/0593

**Email**

9-AMC-AMH-Aviation-Careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

Case 1:16-cv-02227-DLF    Document 105-2    Filed 06/05/20    Page 145 of 230

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMH-13-RMC-27006, Series: 2152

Grade(s): AT-AG

Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide.

## Overview

| | |
|---|---|
| **Open & closing dates** | **Service** |
| 08/27/2012 to 09/10/2012 | Excepted |
| **Pay scale & grade** | **Salary** |
| AT AG | $37,070.00 - $103,669.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |
| **Appointment type** | **Work schedule** |
| Multiple Appointment Types | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

| | |
|---|---|
| **Relocation expenses reimbursed** | **Telework eligible** |
| No | |

### Announcement number

FAA-AMH-13-RMC-27006

### Control number

325024300

## Duties

### Summary

### Responsibilities

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

## Travel Required

## Supervisory status                              ## Promotion Potential

NA

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Proof of military retirement or terminal leave paperwork is required
- Certified air traffic control experience required
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Applicants must possess 52 weeks of certified air traffic control experience in a civilian or military air traffic facility which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. 2) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

**Requirement for preemployment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.

**Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.

**Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a preemployment or preappointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

**Training Requirements:** Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of

responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

**Certificate and Rating Requirements:** ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.

**Interview:** Candidates for ATCS positions may be subject to preappointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.

**Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

# Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27006

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information
We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

NOTES: 1) Individuals selected under this announcement will be given time-limited appointments of no more than five (5) years, in five (5) year increments; which may be extended, or terminated at FAA's discretion. In no case, will appointments be made or extended past the last day of the month in which applicants reach their 56th birthday. 2) Reemployed annuitants, who may be selected under this announcement, will be given time-limited appointments of no more than one (1) year; which may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday. 3) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 4) Work history must correspond with supporting documentation provided and must also reflect 52 weeks of certified air traffic control experience. 5) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed, or e-mailed applications cannot be accepted. 6) Maximum Retention Age: 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact the Aviation Careers at (405) 954-4657 for any questions regarding this requirement. 7) This replaces announcement AAC-AMH-12-RMC-23991. Those persons who applied under the previous announcement must re-apply under this one. 8) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 9)

Radar experience may be used as a quality ranking factor when referring applicants to radar facilities.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

### Security clearance                     Drug test required

## REQUIRED DOCUMENTS

Applicants must provide either a Member 4 copy of DD-214, Certificate of Release or Discharge from Active Duty, or if final DD-214 not yet received, official orders or documents for terminal leave pending discharge from active duty. Terminal leave documents must include beginning/ending dates of active duty and type of discharge.

Applicants must submit copies of ATC certifications/facility ratings.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Please include the letters "RMC" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

### Agency contact information
### Aviation Careers

#### Phone
(405) 954-4657

#### Fax
(405) 954-5766/0593

#### Email
9-AMC-AMH-Aviation-Careers@faa.gov

#### Address
Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

**Next steps**

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

32

Transportation: FAA-AMH-13-CTO-27017, Series: 2152
Grade(s): AT-AG
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation administration (FAA), Air Traffic Organization, various Terminal air traffic facilities nationwide.

## Overview

| Open & closing dates | Service |
|---|---|
| 08/27/2012 to 09/10/2012 | Excepted |

| Pay scale & grade | Salary |
|---|---|
| AT AG | $37,070.00 - $139,953.00 / Per Year |
| | Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location. |

| Appointment type | Work schedule |
|---|---|
| Temporary NTE - 13 Months | Full Time |

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**    **Telework eligible**

No

### Announcement number

FAA-AMH-13-CTO-27017

### Control number

325021700

## Duties

### Summary

### Responsibilities

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

**Travel Required**

| **Supervisory status** | **Promotion Potential** |
|---|---|
| | NA |

**Job family (Series)**

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- CTO certificate with a facility rating of Tower/Cab is mandatory
- Copy of CTO (front and back) must be submitted with application
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Experience in a military or civilian air traffic facility that demonstrated possession of the knowledge, skills and abilities required to perform that level of work. This experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations. 2) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and 5 USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact the Aviation Careers at (405) 954-4657 for any questions regarding these requirements. 3) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. 4)

In addition to the minimum qualifications, the following has been determined to be a selective factor for this position. This means possession of this criterion is part of the minimum qualifications and is essential to perform the duties and responsibilities of this position. Applicants who do not possess this criterion are ineligible for further consideration.

- Do you possess a valid Control Tower Operator (CTO) certificate with a facility rating of Tower/Cab?

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.

- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.
- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27017

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

NOTES: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 3) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, Oklahoma to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Applicants should include examples of specialized experience in their Work History. 6) This replaces announcement AAC-AMH-12-CTO-23993. Those persons who applied under the previous announcement must re-apply under this one. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; it may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the re-employed annuitant reaches their 56th birthday.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

**Security clearance**                          **Drug test required**

## REQUIRED DOCUMENTS

You must provide a legible copy of the front and back of your CTO certificate as proof of eligibility.

Documents must be uploaded or faxed upon submission of the online application. If you fail to submit documentation, you will be determined ineligible until such time as the documentation is received.

Applicants who have reached the maximum entry age of 31 must also provide a copy of an SF-50, Notification of Personnel Action, that verifies original appointment to a Federal civilian ATCS position with the DOD or FAA prior to age 31.

Please include the letters "CTO" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information
## Aviation Careers

**Phone**

405-954-4657

**Fax**

405-954-5766/0593

**Email**

9-AMC-AMH-Aviation-Careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 S. MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be

considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

### Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/privacy-act/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/signature-false-
statements/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/selective-service/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-
government/fair-and-transparent/probationary-period/)

Transportation: FAA-AMH-13-CTI-27053, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

# Air Traffic Control Specialist

DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Federal Aviation Administration (FAA), Air Traffic Organization, various Terminal and En Route (Center) air traffic facilities nationwide

## Overview

**Open & closing dates**

08/27/2012 to 09/10/2012

**Service**

Excepted

**Pay scale & grade**

FG 1

**Salary**

$17,803.00 - $17,803.00 / Per Year

Salary shown above is base pay only. Locality pay, plus COLA if applicable, will be added based upon the duty location.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

FAA Air Traffic Control Locations Throughout the States

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

FAA-AMH-13-CTI-27053

### Control number

325024600

## Duties

**Summary**

**Responsibilities**

Air Traffic Control Specialists (ATCS's) in the Terminal option are responsible for the safe, orderly and expeditious flow of air traffic. Tower Controllers duties involve the sequencing, spacing, and issuing of clearances and instructions to aircraft operating in the Tower's area of responsibility. The controller considers position, type, speed and direction of movement of aircraft desiring to land; estimate of the future positions; the number and capabilities of aircraft wishing to depart from the airport; the patter, length, direction and condition of runways available for use; wind speed and direction; noise abatement requirements; and wake turbulence and traffic information. Radar Controller's provide separation for aircraft operating under IFR and VFR procedures from other aircraft landing, departing and/or overflying within their designated airspace. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. Provide air traffic advisory services to pilots including clearance

to operate aircraft, weather and field conditions and safety and traffic alerts. Provide training to developmental air traffic controllers and other employees in the facility. ATCS's in the En Route (Center) option give aircraft instructions and authorize flight path changes, issue air traffic clearances, and provide weather updates, and flight conditions while in route between airports. Operate radar and communication equipment to apply radar separation standards and vectoring procedures. Detects and adjusts malfunctions and interferences in the equipment. Issues speed, altitude, and directional instructions to pilots to keep aircraft properly separated. They provide separation between aircraft flying along the Federal airways or operating into or out of airports. This is a developmental ATCS position responsible for the safe, orderly and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an air traffic control tower or radar approach control facility. Additional information regarding these positions is located at http://www.faa.gov/jobs/job_opportunities/airtraffic_controllers/

## Travel Required

## Supervisory status                               **Promotion Potential**

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- U.S. Citizen
- Submission of transcript required with application
- You must provide proof for claims of veterans' preference
- Required documents must be received on or before the closing date
- Pre-appointment medical, drug and security clearances required

## Qualifications

1) Applicants must have successfully completed all program requirements for graduation from an FAA-approved Air Traffic-Collegiate Training Initiative (AT-CTI) College or University* and received a passing score on the Air Traffic Selection & Training (AT-SAT) exam. 2) Applicants must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment. 3) Age Requirements: As established in Public Law 92-291, a maximum age of 30 years is established for entry into Federal civilian ATCS positions in the FAA. Persons who have reached their 31st birthdays may not be originally appointed to FAA ATCS positions. If an individual has previously held a civilian ATCS position with the Department of Defense or FAA he/she may be appointed over age 31. 5 USC 8335(a) and t USC 8425(a) require mandatory separation at age 56 for employees in career controller positions. Please contact Aviation Careers at (405) 954-4657 for any questions regarding these requirements. *You MUST submit a copy of your transcript (official or unofficial) upon submission of your on-line application. Failure to do so WILL eliminate you from consideration. Official transcript required prior to appointment.

We are not accepting applications from noncitizens.

- **Requirement for pre-employment medical clearance**: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance**: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher, based on the facility, prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program**: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements**: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of

responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment.

- **Certificate and Rating Requirements**: ATCS's must possess or obtain a valid ATCS Certificate and/or Control Tower Operator Certificate (CTO) if appropriate. They must also obtain the facility ratings required for full performance at assigned facilities within uniformly applicable time limits.
- **Interview**: Candidates for ATCS positions may be subject to pre-appointment interviews to determine whether they possess the personal characteristics necessary to perform air traffic control work.
- **Requirement for nonstandard duty hours or work week**: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=27053

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

As a condition of employment, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System, or are exempt from having to do so under the Selective Service Law.

Direct deposit of pay is required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

Notes: 1) ATCS's are required to attend the initial qualifications training at the FAA Academy and will be placed on temporary excepted appointments not to exceed thirteen (13) months while attending training. The actual duration of time-limited appointment for each individual will be based on the amount of time required to complete the training program. The Terminal training program requires up to 38 classroom days. The En Route training program requires up to 62 classroom days. Individuals who do not successfully complete training at the FAA Academy and all other requirements for continuing employment may have their employment terminated. 2) Upon completion of initial qualification training at the FAA Academy and all other requirements for continuing employment, including evaluations required by the Air Traffic Organization, salary may be adjusted based on the current Air Traffic collective bargaining agreement. These adjustments reflect the facility level and previous experience. Salary will be adjusted to include locality pay or COLA, if applicable, based on duty location of the position. Salary increases will be received as subsequent phases of training are completed. 3) Newly hired ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. The FAA will also pay for cost of travel to and from the training Academy in accordance with applicable agency travel policy. 4) Applicants must apply on-line to receive consideration for this vacancy announcement. Faxed, mailed or e-mailed applications cannot be accepted. 5) Terminal facilities are located in all 50 states. En Route facilities are located in: Alaska, California, Colorado, Florida, Georgia, Guam, Hawaii, Illinois, Indiana, Kansas, Minnesota, New Hampshire, New Mexico, New York, Ohio, Puerto Rico, Tennessee, Texas, Utah, Virginia and Washington. 6) This replaces announcement AAC-AMH-11-CTI-19558. 7) Reemployed annuitants will be given time-limited appointments of no more than one (1) year; which may be extended, or terminated at the FAA's discretion. In no case will appointments be made or extended past the last month in which the reemployed annuitant reaches their 56th birthday. 8)

A unique job code is required to apply for this announcement.

This is a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

## Security clearance                                    Drug test required

## REQUIRED DOCUMENTS

YOU MUST SUBMIT A COPY OF YOUR TRANSCRIPT BY UPLOAD, FAX OR MAIL UPON SUBMISSION OF THE ONLINE APPLICATION. Failure to do so will eliminate you from consideration.

Please include the letters "CTI" and your first and last name on each document.

**All Veterans:** You must submit a DD Form 214, Military Discharge (Member Copy 4 or equivalent). If you are claiming 10 point preference, in addition to your DD Form 214, you must submit a completed SF-15 and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference and submit a DD Form 214 but fail to submit the supporting documents outlined on the SF-15, you will be assessed as a 5 point preference eligible if your DD Form 214 reflects you have the service qualifying for tentative preference (i.e. served in a war, campaign or expedition). Documents must be uploaded or faxed to the Servicing Human Resource Office listed in this announcement and all documents **must be received by the closing date** of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans on active duty claiming veterans' preference:** You will be granted a tentative preference if your application shows that you have the required service (i.e. served in a war, campaign or expedition). Prior to being appointed, you must provide to the Servicing Human Resource Office a DD Form 214 documenting that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Benefits

FAA offers an excellent comprehensive benefits programs. To learn more about the federal government benefits, please click here.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"**

each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month and year (e.g. June 2007 to April 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

## Agency contact information
## Aviation Careers

### Phone
405-954-4657

### Fax
405-954-5766/0593

### Email
9-amc-amh-cti@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 S MacArthur Blvd
HQ 130
Oklahoma City, OK
73169
US

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers. http://www.faa.gov/jobs/

## Next steps
Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)

- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov/Help/how-to/application/agency/contact/)

### Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

EXHIBIT

34

Transportation: FAA-AMC-14-ALLSRCE-33537, Series: 2152
Grade(s): FG-1
Status: Closed Vacancy

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

02/10/2014 to 02/21/2014

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$20,527.00 - $27,942.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Telework eligible**

### Announcement number

FAA-AMC-14-ALLSRCE-33537

### Control number

361350500

## Duties

### Summary

### Responsibilities

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center. As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: - Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system. Individuals who do not successfully

complete training at the FAA Academy and all other necessary requirements will have their employment terminated. Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS will be offered a permanent appointment at an FAA facility with a basic salary of $37,441, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion. ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement after successful completion of Academy training. Ultimately, placement will be based upon the needs of the FAA.

## Travel Required

## Supervisory status                                    Promotion Potential

No                                                       1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Three requirements must be met to be referred for selection consideration:
- 1. Basic Qualifications
- 2. Biographical Assessment
- 3. AT-SAT Exam

## Qualifications

Age Requirements: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You can qualify in 1 of the following 5 ways: 1. TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE: applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. OR 2. TO QUALIFY BASED UPON EDUCATION: applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. OR 3. TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION: The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. OR 4. TO QUALIFY BASED ON SPECIALIZED

WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST: applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). OR 5. TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS, applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: a. Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? b. Do you hold or have held an FAA certificate as a dispatcher for an air carrier? c. Do you hold or have held an instrument flight rating? d. Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? e. Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? f. Have you served as a rated Aerospace Defense Command Intercept Director? Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

## Education

### Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=33537

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information
We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

There will be two pre-employment tests: 1: Biographical assessment administered through the online application. 2: Applicants meeting basic qualifications and passing the Biographical Assessment may be scheduled to take the AT-SAT at a designated test site. Travel to & from testing locations will be at the expense of the applicant. The Biographical Assessment will be scored at the close of the vacancy announcement. Applicants may check their USAJOBs account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBs account to provide email updates will receive an email notification with any change in status of their applications. Candidates who have successfully met all three requirements (Basic Qualifications, Biographical Assessment, and the AT-SAT) will be placed into pre-determined quality categories, group 1, group 2, or group 3 based on their veterans' preference and pre-employment exam composite scores. Requirement for pre-employment medical clearance: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected. Requirement for security clearance: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained. Department of Transportation's Drug and Alcohol Testing Program: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing. Training Requirements: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment. Requirement for nonstandard duty hours or work week: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

### Security clearance                                    Drug test required

Public Trust - Background Investigation

## REQUIRED DOCUMENTS

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants who have reached the maximum entry age of 31 must provide a copy of an SF-50, Notification of Personnel Action, which verifies original appointment to a Federal Civilian ATCS position (2152 series) with the Department of Defense or FAA prior to age 31.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)

- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)


http://www.faa.gov/jobs/working_here/benefits/


Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.


**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference


## Agency contact information
## Aviation Careers

### Phone

405-954-4657

### Fax

405-954-5766

### Email

Aviation.Careers@faa.gov

### Address

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US


The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations
  (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency
  (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period
(https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

Transportation: FAA-ATO-16-ALLSRCE-49075, Series: 2152
Grade(s): FG-1
Status:  Closed Vacancy

EXHIBIT
**35**

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

08/08/2016 to 08/15/2016

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$22,888.00 - $28,626.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Announcement number**

FAA-ATO-16-ALLSRCE-49075

**Control number**

446961800

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.
- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

- Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system.

- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.
- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection and/or veterans' preference pass over.
- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $38,193, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.
- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.
- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.
- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the December 2015 - March 2016 ATCS vacancy announcement FAA-ATO-ATC-EXP-44955.
- The FAA expects to issue an announcement within the next 60 days for applicants with 52 consecutive weeks of air traffic control involving the full-time active separation of air traffic after receipt of an air traffic certification or air traffic control (ATC) facility rating within 5 years of application for those who served at a FAA air traffic control facility, OR a civilian or military ATC facility, OR a tower operating under contract with the FAA under section 47124. The maximum entry age for applicants under this experience announcement will be age 35.

## Travel Required

## Supervisory status                    Promotion Potential

No                                       1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Applicants may be required to pass a Biographical Assessment (BA).
- All applicants must pass the Air Traffic Skills Assessment (AT-SA) Exam.
- If eligible for Pool 1; may elect consideration for Pool 2, but not both.

## Qualifications

APPLICANT POOLS

POOL 1 - All U.S. Citizens who also meet the following Pool 1 eligibility criteria:

Applicants **MUST** meet one of the following criteria (1, 2, OR 3) listed below in order to be eligible for consideration in Pool 1.

**1.** A graduate from an institution participating in the Collegiate Training Initiative (CTI) program and who has received from the institution an appropriate recommendation.

**2.** A veteran eligible for a Veterans Recruitment Appointment (VRA) pursuant to section 4214 of Title 38 and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**3.** An eligible veteran maintaining aviation experience obtained in the course of your military experience and/or entitled to veterans' preference (must meet eligibility requirements in section 2108 of Title 5, Unites States Code).

Applicants eligible for **Pool 1** will not take the Biographical Assessment (BA) unless they voluntarily elect to be considered in **Pool 2**.

**POOL 2 - All U.S. Citizens**

Pool 2 applicants are all other U.S. Citizens not meeting the requirements for Pool 1 and <u>will be required</u> to complete and pass the BA at the time of application to receive further consideration.

Pool 2 applicants do not have an option to elect to be considered for Pool 1.

Applicants who applied to FAA-AMC-14-ALLSRCE-33537 vacancy announcement (issued on February 10, 2014), and were found disqualified from the position as the result of the BA but do not meet one of the above mentioned Pool 1 criteria (1, 2 or 3) will be required to take the BA and will not be eligible to elect consideration in Pool 1.

**Biographical Assessment (BA) Exemptions**

During the application process, you will be directed to either bypass the BA or complete the BA based upon your Applicant Pool election and/or the following:

- Applicants who applied for the air traffic controller vacancy FAA-AMC-14-ALLSRCE-33537 (issued on February 10, 2014), and were found disqualified from the position as the result of a BA are eligible to reapply under this announcement. You must have met one of the Pool 1 criteria referenced above, (1, 2, or 3) to bypass the BA (see age requirements below).
- Applicants who are required to take the BA (Pool 2) must achieve a passing score to receive further consideration.
- **You may qualify in 1 of the following 5 ways**:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or have held an FAA certificate as a

dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?

- Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

**Veterans Recruitment Appointment (VRA) eligible applicants:**

- Disabled veterans; or
- Veterans who served on active duty in the Armed Forces during a war, or in a campaign or expedition for which a campaign badge has been authorized; or
- Veterans who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces Service Medal was awarded; or
- Recently separated veterans (defined as; within the last 3 years).

Veterans claiming eligibility on the basis of service in a campaign or expedition for which a medal was awarded must be in receipt of the campaign badge or medal.

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge).

**Entrance on Duty Requirements (EOD):** If you are selected for a position but are unable to complete pre-employment requirements and EOD within 15 months of this announcement, you will no longer be considered for this vacancy.

**Age Requirements:**

Maximum entry age may be waived for Pool 1 applicants who are reapplying and were found disqualified due to the BA in the February 10, 2014 announcement.

A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Please see the **Required Documents** section of this announcement for further information on specific documentation that MUST be provided if you were previously hired by the FAA or DOD prior to the maximum entry age for this position.

We are not accepting applications from noncitizens.

## Education

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants qualifying based on Collegiate Training Initiative (CTI) education must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date AND an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=49075

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information
We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**There will be two pre-employment tests for <u>some</u> applicants, <u>all</u> applicants will be required to take and pass the Air Traffic Skills Assessment (AT-SA):**

- **1:** BA administered through the online application system.
- **2:** Applicants meeting basic qualifications and/or passing the BA will be scheduled to take the AT-SA at a designated test site.

- Travel to & from testing locations will be at the expense of the applicant.
- The BA will be scored at the close of the vacancy announcement.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.
- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** [Locality Pay, COLA](#)

## How You Will Be Evaluated

**IMPORTANT:** Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated. Ensure that your application package/resume supports your responses.

### Background checks and security clearance

### Security clearance                                      ### Drug test required

Public Trust - Background Investigation

# REQUIRED DOCUMENTS

Applicants qualifying based on education, including Collegiate Training Initiative (CTI) must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date. CTI applicants must also submit an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Applicants who do not meet one of the waivers to maximum entry age to be considered in Pool 1, but have previous 2152 experience and are past

the maximum entry age of 31, MUST provide a copy of a Notification of Personnel Action (SF-50) that verifies original appointment to the civilian 2152 occupational series prior to reaching the maximum entry age of 31. This would be the initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series) received from your servicing Federal Human Resources office.

If you do not have a copy of your initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series), you can request it through the National Personnel Records Center at the following link: http://www.archives.gov/st-louis/civilian-personnel/

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

Applicants qualifying under VRA must provide either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), OR a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)
- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)

- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**

**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information
## Aviation Careers

### Phone
(405) 954-4657
### Fax
(405) 954-5766
### Email
aviation.careers@faa.gov

### Address
Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do

business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

## Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

## Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

## Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

## Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov/Help/how-to/application/agency/contact/)


## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

# Air Traffic Control Specialist - Trainee

DEPARTMENT OF TRANSPORTATION

<u>Federal Aviation Administration</u>

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

07/07/2017 to 07/14/2017

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$23,547.00 - $29,450.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Announcement number**

FAA-ATO-17-ALLSRCE-53474

**Control number**

473871400

**Telework eligible**

## Duties

**Summary**

**Responsibilities**

- This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center.

- As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy

training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes:

- ◦ Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to the air traffic control system.

- Individuals who do not successfully complete training at the FAA Academy and all other necessary requirements will have their employment terminated.

- Prior failure of FAA Academy training or prior declination of permanent facility placement offer after completing Academy training may constitute a basis for non-selection and/or veterans' preference pass over.

- Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS's will be offered a permanent appointment at an FAA facility with a basic salary of $38,575, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion.

- ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policies.

- As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, The U. S. Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement. Facility placements will be finalized the day following successful completion of Academy training. Declining to select a facility from the list of available facilities will result in termination of employment, as placement will be based upon the needs of the FAA.

- Prior experience or training in air traffic control is not required. If a candidate applies for and is selected under this temporary trainee announcement, all of the employment conditions associated with this FG-1 position will apply, regardless of whether the candidate possesses the specialized experience that would have otherwise qualified him/her under the April/May 2017 vacancy announcement FAA-ATO-ATCEXP-52850.

**Travel Required**

**Supervisory status**
No

**Promotion Potential**
1

**Job family (Series)**
2152 Air Traffic Controller

# Requirements

**Key Requirements**

- US Citizenship is required.

- Selective Service Registration is required for males born after 12/31/1959.
- Applicants may be required to pass a Biographical Assessment (BA).
- All applicants must pass the Air Traffic Skills Assessment (AT-SA) Exam.
- If eligible for Pool 1; may elect consideration for Pool 2, but not both.

## Qualifications

### APPLICANT POOLS

### POOL 1 - All U.S. Citizens who also meet the following Pool 1 eligibility criteria:

Applicants **MUST** meet one of the following criteria (1, 2, OR 3) listed below in order to be eligible for consideration in Pool 1.

**1.** A graduate from an institution participating in the Collegiate Training Initiative (CTI) program and who has received from the institution an appropriate recommendation.

**2.** A veteran eligible for a Veterans Recruitment Appointment (VRA) pursuant to section 4214 of Title 38 and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

**3.** An eligible veteran maintaining aviation experience obtained in the course of your military experience and/or entitled to veterans' preference (must meet eligibility requirements in section 2108 of Title 5, Unites States Code) and can provide a Certificate of Release or Discharge from Active Duty within 120 days from the announcement closing.

Applicants eligible for **Pool 1** will not take the Biographical Assessment (BA) unless they voluntarily elect to be considered in **Pool 2**.

### POOL 2 - All U.S. Citizens

Pool 2 applicants are all other U.S. Citizens not meeting the requirements for Pool 1 and <u>will be required</u> to complete and pass the BA at the time of application to receive further consideration.

<u>Pool 2 applicants do not have an option to elect to be considered for Pool 1.</u>

Applicants who applied to FAA-AMC-14-ALLSRCE-33537 vacancy announcement (issued on February 10, 2014), and were found disqualified from the position as the result of the BA but do not meet one of the above mentioned Pool 1 criteria (1, 2 or 3) will be required to take the BA and will not be eligible to elect consideration in Pool 1.

**Biographical Assessment (BA) Exemptions**

During the application process, you will be directed to either bypass the BA or complete the BA based upon your Applicant Pool election and/or the following:

- Applicants who applied for the air traffic controller vacancy FAA-ATO-16-ALLSRCE-49075 **AND** successfully passed the BA are not required to re-take the BA, as the passing score is valid for up to 3 years from the closing date of that vacancy (08/15/16).
- Applicants who applied for the air traffic controller vacancy FAA-AMC-14-ALLSRCE-33537 (issued on February 10, 2014), and were found disqualified from the position as the result of a BA are eligible to reapply under this announcement. You must have met one of the Pool 1 criteria referenced above, (1, 2, or 3) to bypass the BA (see age requirements below).
- Applicants who are required to take the BA (Pool 2) must achieve a passing score to receive further consideration.
- <u>**You may qualify in 1 of the following 5 ways**</u>:
- **TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE:** applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. **OR**
- **TO QUALIFY BASED UPON EDUCATION:** applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. **OR**
- **TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION:** The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. **OR**
- **TO QUALIFY BASED ON SPECIALIZED WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST:** applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). **OR**
- **TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS:** applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: **a.** Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? **b.** Do you hold or

have held an FAA certificate as a dispatcher for an air carrier? **c.** Do you hold or have held an instrument flight rating? **d.** Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? **e.** Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? **f.** Have you served as a rated Aerospace Defense Command Intercept Director?

• Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

**Veterans Recruitment Appointment (VRA) eligible applicants:**

• Disabled veterans; or
• Veterans who served on active duty in the Armed Forces during a war, or in a campaign or expedition for which a campaign badge has been authorized; or
• Veterans who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces Service Medal was awarded; or
• Recently separated veterans (defined as; within the last 3 years).

Veterans claiming eligibility on the basis of service in a campaign or expedition for which a medal was awarded must be in receipt of the campaign badge or medal.

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions (i.e., the individual must have received either an honorable or general discharge). Please also see the section 'All Veterans' at the bottom of this vacancy for further documentation requirements for Veterans.

• **Entrance on Duty Requirements (EOD):** If you are selected for a position but are unable to complete pre-employment requirements **and** EOD within 15 months of this announcement, you will no longer be considered for this vacancy.

**Age Requirements**:

Maximum entry age may be waived for Pool 1 applicants who are reapplying and were found disqualified due to the BA in the February 10, 2014 announcement.

A maximum age of 30 years is established for **initial** entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Please see the **Required Documents** section of this announcement for further information on specific documentation that MUST be provided if you were previously hired by the FAA or DOD prior to the maximum entry age for this position

We are not accepting applications from noncitizens.

## Education

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants qualifying based on Collegiate Training Initiative (CTI) education must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date AND an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.


Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=53474

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.
Travel may be required.
Position may be subject to a background investigation.
A one-year probationary period may be required.
The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.


**There will be two pre-employment tests for some applicants, all applicants will be required to take and pass the Air Traffic Skills Assessment (AT-SA):**

• **1:** BA administered through the online application system.
• **2:** Applicants meeting basic qualifications and/or passing the BA will be scheduled to take the AT-SA at a designated test site.

• Travel to & from testing locations will be at the expense of the applicant.

- The BA will be scored at the close of the vacancy announcement.
- Applicants may check their USAJOBS account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBS account to provide email updates will receive an email notification with any change in status of their applications.
- Candidates referred and tentatively selected for ATCS positions will be randomly assigned to either the En Route or Terminal track. Prior ATCS experience will not be factored when determining track assignments.
- **Requirement for pre-employment medical clearance:** Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected.
- **Requirement for security clearance:** This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained.
- **Department of Transportation's Drug and Alcohol Testing Program:** This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing.
- **Training Requirements:** After successful completion of Academy training, the ATCS will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility.
- Successful certification at assigned FAA facility is required. Failure to certify will result in separation, demotion or reassignment.
- **Requirement for nonstandard duty hours or work week:** Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

**IMPORTANT:** Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated. Ensure that your application package/resume supports your responses.

**Background checks and security clearance**

## Security clearance                               **Drug test required**

Public Trust - Background Investigation

## REQUIRED DOCUMENTS

Applicants qualifying based on education, including Collegiate Training Initiative (CTI) must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date. CTI applicants must also submit an appropriate recommendation letter or endorsement certifying the individual would have met the CTI requirements in effect as of December 31, 2013 for an appropriate recommendation.

Applicants who do not meet one of the waivers to maximum entry age to be considered in Pool 1, but have previous 2152 experience and are past the maximum entry age of 31, MUST provide a copy of a Notification of Personnel Action (SF-50) that verifies original appointment to the civilian 2152 occupational series prior to reaching the maximum entry age of 31. This would be the initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series) received from your servicing Federal Human Resources office.

If you do not have a copy of your initial Notification of Personnel Action (SF-50/new-hire action into the 2152 series), you can request it through the National Personnel Records Center at the following link: http://www.archives.gov/st-louis/civilian-personnel/

Service Computation Dates (SCD's) cannot be used for maximum entry age verification purposes, as this could include prior military service and/or current or previous federal civilian service in another occupational series.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

Applicants qualifying under VRA must provide either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), OR a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement

and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees
  (https://www.usa.gov/benefits-for-federal-employees#item-36407)
- Healthcare insurance
  (https://www.opm.gov/healthcare-insurance/)
- Pay and leave
  (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

http://www.faa.gov/jobs/working_here/benefits/

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

## Agency contact information

**Aviation Careers**

| **Phone** | **Address** |
|---|---|
| (405) 954-4657 | Federal Aviation Administration |
| **Fax** | Aviation Careers |
| (405) 954-5766 | 6500 South Mac Arthur Blvd. |
| **Email** | Oklahoma City, OK |
| aviation.careers@faa.gov | 73160 |
| | US |

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

## Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM
  (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity
  (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

**Reasonable Accommodation Policy**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.
- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.
- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.
- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)
- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

**Legal and regulatory guidance**

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)

**EXHIBIT**

**37**

---

**U.S. Department of Transportation**

INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION
WITH THE DEPARTMENT OF TRANSPORTATION

| | FOR OFFICE USE ONLY |
|---|---|
| | DEPARTMENT CASE NUMBER
2014 - 25526 - FAA |
| | FILING DATE
4 - 12 - 2014 |

## PART I   COMPLAINANT IDENTIFICATION INFORMATION

| | |
|---|---|
| 1.    Name (Last, First, Middle Initial)
**Brigida, Andrew J.** | 5a. Name and Address of Organization Where You Work (If a Department of Transportation Employee) |
| 2.    Telephone/Fax (Include Area Code)

Home: 480-250-2110 | Office and Staff Symbol |
| Work:                                 Fax | Street Address |
| E-Mail:  mpearson@azlaw.com | |
| 3. Present Home Address (You must notify the Departmental Office of Civil Rights of any changes of address while complaint is pending, or your complaint may be dismissed)

4507 East Sleepy Ranch Road | City                          State                     Zip Code |
| | 5b.  Last four digits of your Social Security Number: 3610 |
| Street Address | 6. Employment Status in Relation to this Complaint: |
| Cave Creek              Arizona           85331
City                        State            Zip Code | X Applicant   ☐ Probationary   ☐ Career/Career Conditional

☐ Former Employee |
| 4.    If you are a *current* or *former* employee of the federal government, list your most recent title, series, and grade. | ☐ Retired      Date Last Employed at Department
_____
☐ Other         Date of Retirement
_____ |
| Title                       Series       Grade | Specify |

7.  I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

_Signature of Complainant or ATTORNEY Representative_                          4 - 12 - 2014
                                                                                                                          Date

## PART II  DESIGNATION OF REPRESENTATIVE

8.    You may represent yourself in this complaint or you may choose someone to represent you.  Your representative does not have to be an attorney.  You may change your designation of a representative at a later date, but you must notify the Departmental Office of Civil Rights immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate Michael Pearson  to serve as my representative during the course of this complaint.  I understand that my representative is authorized to act on my behalf.

| 9. Representative's Mailing Address
Curry, Pearson & Wooten, PLC
Firm/Organization
814 West Roosevelt Street | 10. Representative's Employer (If Federal Agency) |
|---|---|
| Street Address
Phoenix                Az.           85007
City                        State         Zip Code | 11. Representative's Telephone/Fax
     (Include Area Code)
602-258-1000                        602-523-9000
Telephone:                           Fax: |
| | 4-11-14 |
| | 12.  COMPLAINANT'S SIGNATURE               DATE |

## PART III   ALLEGED DISCRIMINATORY ACTIONS

| 13.    Name and Address of Agency/office that took the action at issue (if different than Item 5.) | 14.    If your complaint involves nonselection for a position, please complete the following: |
|---|---|
| **DOT/FAA- AHR/ACR/ATO** | |
| Office and Organizational Component | Air Traffic Control Specialist (developmental)  GS-2152 |
| | Position Title                    Series          Grade |
| **800 Independence Avenue, SW** | CTI Preferred applicant list termination |
| Street Address | |
| **Washington          DC** | Vacancy Announcement No.          Date Learned of Nonselection: February 9, 2014 |
| City             State        Zip Code | |

15.    (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, genetic information, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) Indicate what harm, if any, came to you in your work situation as a result of this action.  (You may attach extra sheets.)

### See Exhibit A attached hereto and incorporated herein.

16.    Mark below ONLY the bases you believe were relied on to take the actions described in #15.

X Race (State Race) _____          ☐ Mental Disability (Specify) _____
X Color  (State Complexion) _____          ☐ Physical Disability (Specify) _____
☐ Religion (State Religion) _____          ☐ Retaliation/Reprisal (Dates of prior EEO Activity)
X Sex (State Sex) _____
☐ National Origin (Specify) _____          ☐ Sexual Orientation (Specify) _____
☐ Age (Date of Birth) _____          ☐ Genetic Information _____
☐ Pregnancy Discrimination Act of 1978 _____          **X See additional basis on Exhibit A**

17.    What remedial or corrective action are you seeking?

### See Exhibit A attached hereto and incorporated herein.

## PART IV COUNSELOR CONTACT

| 18.  When did the most recent discriminatory event occur? On or about January 8, 2014 and ongoing | 23.  When did you receive your Notice of Right to File? **March          31          2014** |
|---|---|
| Month          Day          Year | Month          Day          Year |
| 19.  When did you first become aware of the alleged discrimination?     On or about February 9, 2014 | 24.  On this same matter, have you filed a grievance or appeal under: |
| Month          Day          Year | |
| 20.  When did you contact an EEO counselor? E-file electronic complaint- February 25, 2014 | Negotiated Grievance procedures    ☐ YES    X NO |
| Month          Day          Year | Agency grievance procedure    ☐ YES    X NO |
| 21.  Did you discuss ALL actions raised in item 15 with an | MSPB appeal procedure    ☐ YES    X NO |
| EEO Counselor?    X YES    ☐ NO (If no, explain on attached sheet) through legal counsel | If you filed agrievance or appeal, provide date filed, case number, and present status. |
| 22.  Name and Telephone number of EEO Counselor Lee Whilden          609-485-6729 | |
| Name          Telephone No. | |

DOT F 1050-8

## EXHIBIT A

## FORMAL COMPLAINT

Complainant Andrew Brigida ("Complainant" or "Brigida"), individually and on behalf and those similarly situated as a putative Class Agent, brings the following complaint against the Department of Transportation ("DOT") and Federal Aviation Administration ("FAA") (collectively herein "Respondents").

## GENERAL BACKGROUND

1. This Formal Complaint incorporates all allegations and information in the Complainant's Individual Complaint of Employment Discrimination DOT Form 1050-8, regarding case number 2014-25526-FAA.

2. This case arises out of Respondents' intentional race-based discrimination against Brigida as well as identifiable putative air traffic control applicant Class members, resulting in the loss of employment opportunities with the FAA.

3. In short, the Respondents had no basis in evidence, let alone a strong basis in evidence, that the air traffic controller application assessment process, in place prior to January 2014, resulted in disparate impact treatment to any potential class of air traffic controller job applicants. Despite this lack of evidence, the FAA changed the assessment and post assessment processes resulting in disparate treatment on the basis of race, color and/or national origin.

4. In 1989, the FAA established the Air Traffic-Collegiate Training Initiative ("CTI") program to "develop, deliver, and implement air traffic control recruiting, selection, and training.

5. The FAA entered into Partnership Agreements with the CTI institutions.

## EXHIBIT A

6. The objective of the CTI program was to develop a professional air traffic controller workforce possessing the skills necessary to succeed in training at a lower cost to the government.

7. Graduates from these CTI programs, were required to pass a validated air traffic aptitude test, known as the Air Traffic Control Selection and Training examination ("AT-SAT") in order to be eligible for employment as a trainee controller.

8. The AT-SAT was developed in approximately 2000-2001 in order to provide a selection tool for applicants for Air Traffic Control Specialist (ATCS) positions within the Federal Aviation Administration (FAA) who had not previously been employed as an air traffic controller.[1]

9. The AT-SAT is an aptitude assessment test developed to assess the likelihood of an applicant successfully learning ATCS skills as well as a valid predictor of achievement of Certified Professional Controller ("CPC") status, which is the successful completion of air traffic training at the applicant's first assigned field facility.[2]

10. The AT-SAT has been validated multiple times since the test was instituted to ensure the AT-SAT test was in accord with the law and professional guidelines.[3] Most recently in March of 2013.[4]

---

[1] *Reweighting AT-SAT to Mitigate Group Score Differences*, Andrew R. Dattel and Raymond E. King, FAA Civil Aerospace Medical Institute July 2006.
[2] *Id.* ; *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use*, Dana Broach, Cristina L. Byrne, Carol A. Manning, Linda Pierce, Darendia McCauley and M. Kathryn Bleckley, FAA Civil Aerospace Medical Institute, March 2013.
[3] *Documentation of Validity for the AT-SAT Computerized Test Battery Volume I*, Michael C. Heil, and Carol A. Manning, FAA Civil Aeromedical Institute March 2001; *See* Fn. 2 supra.
[4] *See* Fn. 2 supra.

**EXHIBIT A**

11. The AT-SAT tests for characteristics needed to perform effectively as an air traffic controller. The characteristics include numeric ability, prioritization, planning, tolerance for high intensity, decisiveness, visualization, problem-solving, and movement detection.[5]

12. Graduates from CTI programs, that passed the validated AT- SAT assessment entered a direct hire pool of applicants, were placed on a "Qualified Applicant Register" or "List", and were given hiring preference.

13. Prior to the introduction of the CTI program, the FAA hired from two main sources. The first source of controller applicants was from military trained controllers ("VRA") who had separated or retired from military service. The second source was through General Public Announcement("GPA") also known as Off-the-Street ("OTS") hiring.

14. OTS hiring brought in candidates without any required air traffic or college experience under a general public hiring announcement.

15. All air traffic controller applicants, regardless of source, were required to take the AT-SAT assessment before the applicant would be deemed a qualified applicant.

16. Problems were identified with the OTS hiring program; besides being very expensive to administer, the quality of candidates was not deemed satisfactory. High "washout" (training failure) rates and excessively long training times were among the OTS problems cited.

17. Since the CTI program was instituted in 1989, most air traffic controller hiring has been from the pool of CTI graduates and prior-military controllers.

18. In 2005, the FAA forecast a controller shortage due to a large number of controllers who were becoming retirement eligible.

---

[5] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022*, Department of Transportation, Federal Aviation Administration, page 45.

**EXHIBIT A**

19. This retirement eligible group of controllers had been hired after the PATCO strike in 1981.

20. The established CTI colleges were not able to keep up with the demand for replacement controllers and a OTS hiring announcement was conducted to supplement the VRA and CTI applicant pools.

21. At the end of 2012, the FAA announced that it would not be conducting any further General Public hiring since the CTI Colleges and Universities, along with the VRA military pipeline, were producing sufficient quantities of qualified applicants to fulfill demand.

22. By 2012, the FAA had entered into Partnership Agreements with the 36 certified CTI institutions.

23. The CTI program has been very successful in preparing air traffic control applicants. Many minority candidates and applicants have successfully graduated from CTI institutions.

24. The FAA controller hiring plan required the FAA to hire over one thousand controllers, per year, in years 2012, 2013, and 2014.

25. On or about December 31, 2013 the CTI institutions received an e-mail communication ("Teixeira email") from Joseph Teixeira, the FAA's Vice President for Safety and Technical Training. [6]

26. The Teixeira email stated, among other things, that "…[r]ecently, the FAA completed a barrier analysis of the ATC occupation pursuant to the Equal Employment Opportunity Commission's (EEOC) Management Directive 715. **As a result of the analysis,** recommendations were identified that we are implementing to improve and streamline the selection of ATC candidates." [7] [emphasis added].

---

[6] Exhibit A-1 is a copy of the Teixeira email.
[7] *Id.*

## EXHIBIT A

27. The Teixeira email also stated "[a] nationwide competitive FG-01 vacancy announcement open to all U.S. Citizens will be issued in February 2014. **Any individual desiring consideration for employment (including CTI graduates) MUST apply. Existing inventories of past applicants will not be used.**"[8] [emphasis added].

28. The Teixeira email also stated "[t]he existing testing process has been updated. The revised testing process is comprised of a biographical questionnaire (completed as part of the application process) and the cognitive portion of the AT-SAT. The cognitive portion of the AT-SAT will be administered only to those who meet the qualification standards and pass the biographical questionnaire. **Applicants for the February 2014 announcement will be required to take and pass the new assessments in order to be referred on for a selection decision.**" [emphasis added].[9]

29. In short, on or about December 20, 2013, the FAA eliminated the CTI Applicant Register or List resulting in Complainant and putative Class Members losing their employment preference and opportunity.

30. The FAA subsequently scheduled a teleconference ("Teleconference") with the CTI institutions on January 8, 2014.

31. During the Teleconference, Teixeira stated that "[T]here were no special interest groups involved in the design of the [new] FAA policy at all. This was done by experts in the human resources department and civil rights...."

32. On information and belief the statement in line 31 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA Human Resources ("AHR") and

---

[8] *Id.*
[9] *Id.*

# EXHIBIT A

Civil Rights ("ACR") Offices had been working with the National Black Coalition of Federal Aviation Employees ("NBCFAE") to illegally eliminate the CTI Qualified Applicant Register or List since 2010.[10]

33. During the Teleconference Teixeira also stated that "...[w]e really have not announced these changes to anyone other than to CTI schools, and you received that for the first time on the 30th of December. There's been no announcement...."

34. The statement in line 33 supra, by FAA representative employee Joseph Teixeira, is false in that several members of the FAA AHR and ACR Offices had notified, among others, the NBCFAE that the FAA was going to purge the Qualified Applicant Register or preferred hiring List well prior to the announcement to the CTI institutions on January 8, 2014 as well as more specific details including detailed information on the new two phase assessment and the date that the new assessment would be open for applicants.[11]

35. On information and belief, by the end of December 2013 there were approximately 3,000 to 3,500 qualified applicants that possessed a CTI institution degree, had passed the ATSAT assessment and were on the FAA's Qualified Applicant Register or preferred hiring List.

36. Regarding years 2012-13 the FAA stated "...it is clear that the FAA AT-CTI schools are making great strides to incorporate minority students and faculty into their programs...."[12]

---

[10] Exhibit's A-2 through A-8, are a series of communications illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment. Several of these communications pre-date the January 8, 2014 in which the CTI institutions were notified of the actual changes; Exhibit A-9 is the first slide of a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013.

[11] *Id.*

[12] Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.

## EXHIBIT A

37. The FAA's CTI program manger, Terry Craft, stated on February 8, 2013 that he did not see the CTI applicant pool as non-diverse .[13]

38. Black CTI school enrollees exceeded the national black civilian labor workforce. In 2012-2013, 11.5% of CTI school enrollees were Black /African-Americans.[14] As the total black civilian workforce population is 10.1% there was a 1.4% overage.[15] That is, the CTI institutions had 13.86% more black students training to be air traffic controllers than the comparable black civilian labor force in 2012.[16]

39. On information and belief, the FAA's CTI Program Office, managed by Teixeira, has further documents and information that clearly illustrate that the collective CTI institutions provide a diverse applicant pool to the FAA that exceeds the black civilian as well as other minority civilian workforce pools.

40. On June 20, 2013, FAA officials met with members of the FAA National Employee Association Forum. This forum is composed of eight employee associations that represent various minority, women and disadvantaged sub-groups, one of which is the NBCFAE. The stated purpose of this meeting was to brief the various employee associations of recommended changes in the ATC hiring process.[17]

41. Among the persons conducting the June 2013 briefing was an FAA consultant named Dr. James Outtz. Outtz's presentation centered on a recently concluded Barrier Analysis of the FAA Air Traffic Controller hiring process.

---

[13] Exhibit A-10 email from CTI Program Manager Terry Craft.
[14] *Air Traffic Collegiate Training Initiative (AT-CTI) Partner School Diversity and Outreach 2012-13.*
[15] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress*, United States Office Of Personnel Management, January 2014, page 5.
[16] 1.4%/10.1%*100=13.861 or 13.86%.
[17] Exhibit A-9.

## EXHIBIT A

42. Outtz suggested that the hiring process may have a disparate impact on minority candidates, primarily black males, for ATC positions. Outtz asserted that the present construct of the ATC hiring system resulted in the hiring of too many white applicants and not enough black applicants due to barriers imbedded in the application and selection process.

43. During the years 2010 through 2014 certain FAA employees and NBCFAE members calling themselves "Team 7" were actively working to discriminate against Complainant and those similarly situated.[19]

44. Subsequent to this meeting, the President of the NBCFAE, Roosevelt Lenard, Jr., discussed with senior FAA officials, including Carrolyn Bostick ("AHR-1"), his desire that the FAA purge the entire Qualified Applicant Register.[20]

45. Top FAA AHR Official Bostick assured Lenard that the entire register would be purged and none of these post-assessment applicants would be offered a letter of employment.[21]

46. Lenard then notified his constituents via email that the FAA AHR-1 had assured him the entire applicant pool of CTI graduates would not be offered employment.[22]

47. Due to this interstitial relationship of NBCFAE members, FAA Human Resources, and FAA Office of Civil Rights hiring officials, Roosevelt Lenard, Jr., in his role as President of the NBCFAE exerted, and continues to exert, undue influence on both the Office of Human Resources and Office of Civil Rights.

---

[19] Exhibit's A-2 through A-8 are a series of emails illustrating that the NBCFAE "Team 7" was actively working to eliminate the prior validated hiring process as well as the preference given to CTI graduates that had passed the AT-SAT assessment.
[20] Exhibit A-7.
[21] Id.
[22] Id.

## EXHIBIT A

48. Numerous FAA employees and officials of both the Office of Human Resources and Office of Civil Rights are allegedly active members of the NBCFAE.

49. On information and belief, certain members of the FAA Human Rights staff and Civil Rights staff, many of whom are NBCFAE members, preferred policy outcomes that would benefit the NBCFAE to the detriment of all other races including other minority applicants.

50. At least one FAA HR member, also a member of the NBCFAE, was illegally providing NBCFAE officer(s) confidential information regarding the new hiring process with the intention of skewing the results so that more black applicants than any other race would pass the new assessment process.[24]

51. The FAA's Controller Workforce Plan, published in late 2012 or early 2013, states that the FAA is "… planning to open a general public announcement in FY 2014 to **add more depth and diversity** to our controller hiring sources.[25] [emphasis added].

52. At the annual CTI Conference ("CTI Conference") in October 2013, the FAA, through CTI Program Director Terry Craft, told the CTI institutions that a General Public (OTS) announcement would be forthcoming in order to **ensure greater diversity**. [emphasis added].

53. In March 2014 FAA spokesman Tony Molinaro, Public Affairs Officer for the FAA in the Great Lakes and Central Regions, said the decision was made to "**add diversity to the workforce**."[26] [emphasis added].

---

[24] Exhibit A-6.

[25] *A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2013 – 2022*, Department of Transportation, Federal Aviation Administration, Page 44.

[26] Exhibit A-11, relevant portions attached hereto and incorporated herein, *"Want to be an air traffic controller? UND says FAA has 'dumbed down the process."* Anna Burleson, Forum News Service, March 5, 2014.

**EXHIBIT A**

54. Numerous other officials stated the reason for the change was "diversity." Such talk ended when Complainant and others similarly situated filed their informal EEO complaints.

## ALLEGATIONS

55. This section incorporates the previous paragraphs and references herein.

56. Complainant and putative Class Agent Complainant took, and successfully passed, the AT-SAT assessment with the top numerical score possible of 100% on May 13, 2013.

57. Complainant graduated from an FAA approved CTI institution, Arizona State University ("ASU"), on August 13, 2013, and was recommended to the FAA by ASU on August 28, 2013.

58. Complainant met all hiring qualifications, passed the AT-SAT assessment, and was placed on the Qualified Applicant Register or List by the FAA along with approximately 3,000-3,500 other similarly situated air traffic control applicants and putative Class Members.

59. Complainant eventually became aware via written communication from the FAA that Qualified Applicant Register or List, which he earned a position on, was eliminated or purged by the FAA.

60. In short, the air traffic applicant hiring pool of between 3,000- 3,500 was intentionally eliminated after Complainant and putative Class members had qualified under the validated air traffic control assessment process used by the FAA until January 2014.

61. Complainant has been informed and believes that the FAA has taken this action on the basis of an unsubstantiated concern claimed by NBCFAE and others that the air traffic control

# EXHIBIT A

assessment process used by the FAA until January 2014 may have had a disparate impact on

black minority candidates for air traffic control positions.

62. There is no valid statistical evidence or basis in evidence that the assessment and test system

in place prior to January 2014 created an unlawful disparate impact on minority air traffic

control candidates or applicants.

63. No court or other agency has determined that the assessment and test system in place prior to

January 2014 actually had an unlawful disparate impact on minority candidates or applicants.

64. Allegations by the NBCFAE that the FAA's air traffic controller workforce was non-diverse

are without merit.

65. Black representation in the federal workforce specific to the FAA was 9.96 %.[28] This

is a .05% underage when compared to the total black civilian workforce population of

10.1%.[29]

66. That is, the federal FAA workforce had .05% fewer black employees than the

comparable black civilian labor force in 2012.[30]

67. A one-half of one percent difference between the FAA federal black workforce

population and the comparable black civilian labor force existed in the FAA at the

time the statistics were available in 2012.[31] This percentage is statistically

insignificant.

---

[28] *Annual EEO Program Status Report (EPSR) Fiscal Year 2012, Federal Aviation Administration (FAA)*, page 7.
[29] *Federal Equal Opportunity Recruitment Program (FEORP) for Fiscal Year 2012 Report to the Congress*, United States Office Of Personnel Management, January 2014, page 8.
[30] .05%/10.1%*100= .495 or .5%.
[31] The 2012 statistics are the most recent available.

# EXHIBIT A

68. Black representation in the federal workforce specific to the Department of Transportation (including the FAA) was 11.6 %.[32] This is a 1.5% overage when compared to the total black civilian workforce population of 10.1%. That is the federal DOT workforce had 14.85% more black employees than the comparable black civilian labor force in 2012.[33]

69. FAA statistics as of June 11, 2013 show that the air traffic controller candidate pool (those applying for air traffic control positions) representation was 32% black.[34] As the black civilian workforce population is 10.1% the black candidate pool, or those applying for air traffic control positions, greatly exceeds the greatly exceeds the black civilian workforce labor pool.

70. The FAA retained the ability to open a OTS bid while at the same time retaining the Qualified Applicant Register or List.

71. Neither the Barrier Analysis or the Barrier Analysis Extension ("FAA Studies") determined that the CTI institutions were a barrier for minorities.

72. Although the CTI institutions are not a barrier according to the FAA Studies , and the FAA could have opened a separate OTS general public hiring announcement without purging the CTI Qualified Applicant Register they chose to purge the Register of highly qualified candidates in a time of high demand for applicants.

73. On information and belief, the true intention and goal of the FAA's illegal action in purging the CTI Qualified Applicant Register  was to remove the inventory of 3,000-3,500 highly qualified CTI candidates and eliminate competition  by making students who had already

---

[32] *FEORP* at 15.
[33] 1.5%/10.1%*100=14.851or 14.85%.
[34] Exhibit A-12 is a PowerPoint presentation given by the FAA to the National Employee Association Forum (which includes the NBCFAE) on June 20, 2013, Slide number 22.

## EXHIBIT A

passed the prior validated assessment process "pass" a highly suspect Biographical Analysis ("BA") questionnaire.

74. Purging the list of highly qualified and assessed controller candidates in a time of high demand, and no basis in evidence of any form of disparate treatment or impact, is not logical as the costs to assess and process "new" candidates is very high and greatly extends the time for air traffic c controller candidates to be placed in the training pipeline.

75. On information and belief, the true motive in eliminating the Qualified Applicant Register or List was to intentionally discriminate against the Complainant, and putative Class members, in order to benefit black air traffic controller applicants.

76. In short, alleging non-existent discrimination without a strong basis in evidence in order to intentionally discriminate. For the reasons set forth below such action is illegal.

## LEGAL BASIS FOR CLAIM

77. This section incorporates the previous paragraphs and references herein.

78. Complainant first became aware of the FAA's action in purging the Qualified Applicant Register or List in late January when he was notified by letter of the official change.

79. Complainant filed an informal EEO Complaint, via the FAA's online system, on February 25, 2014.

80. Complainant received his Notice of Right to File a Formal Complaint on March 31, 2014.

81. All educational institutions, including institutions of higher learning such as the CTI institutions are required to abide by, inter alia, Title IV of the Civil Rights Act of 1964, the Equal Educational Opportunities Act of 1974 (EEOA), Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act, et. al., to ensure that any form of discrimination does not occur.

## EXHIBIT A

82. The CTI institutions have various offices and programs to ensure that all laws regarding discrimination are rigorously followed.

83. Since the inception of the CTI partnership program, no CTI institution has ever been accused or charged with violating any law, statute, or regulation regarding disparate impact or treatment of minority students.

84. One of the criteria the FAA used prior to determining CTI partnership certification was diversity outreach and enrollment.

85. As mentioned herein, the CTI institutions have always had diverse student populations, most exceeding the various minority population civilian workforce labor pool percentages, comprised of both genders and many minority students.

86. A Federal agency, such as the FAA, cannot discriminate against a job applicant with respect to the terms, conditions, or privileges of employment on the basis of inter alia, race, color, national origin, or any other factor that is not related to job performance. Discrimination on these bases is prohibited by, and violates, one or more of the following statutes: 5 U.S.C. §2302(b)(1), (b)(10); 42 U.S.C. §200e-16; 42 U. S. C. §2000e-2(a)(1).

87. Discrimination on the basis of race or color violates Title VII of the Civil Rights Act of 1964.

88. The U.S. Supreme Court has held that an employer may not make a race-based employment related decision, such as purging a Qualified Applicant Register or List post assessment, for the purpose of avoiding disparate impact liability in the absence of a strong basis in evidence that the system was deficient and that discarding the system was necessary to avoid violating the disparate impact principles of the civil rights acts.[35]

---

[35] *Ricci v. DeStefano*, 557 U.S. 557, 584 (2009).

## EXHIBIT A

2014-25526 FAA
Page | 15

89. While employers, such as the FAA, may take affirmative efforts to ensure that all groups have a fair opportunity to apply for employment opportunities the FAA may not invalidate the existing hiring system, thus upsetting an air traffic control applicant's legitimate expectation not to be judged on the basis of race, color, national origin, or any other factor that is not related to job performance without a strong basis in evidence.

90. The FAA had no basis in evidence, let alone a strong basis in evidence, that the CTI air traffic controller application and employment process, in use before January 2014, resulted in disparate impact or disparate treatment to any potential class of air traffic controller job applicants.

91. Despite having no basis in evidence the FAA purged the Qualified Applicant Register or List, thereby improperly denying the Complainant and Class members of employment, due to the race, color, and/or national origin of the great majority of the Class Members. This is per se discrimination.

92. Complainant believes and alleges that by eliminating, or purging the CTI graduate Qualified Applicant Register or List post assessment at the repeated bequest of the NBCFAE, the FAA has engaged in illegal disparate treatment discrimination against himself and a class of similarly situated CTI air traffic control applicants, all of whom had certain ranks or places on the Qualified Applicant Register, or List, and were awaiting employment.

93. In the alternative, or in addition to other claims enumerated herein, Complainant individually and as Class Agent, bring claims of discrimination regarding appointment, hire, evaluation/appraisal, examination/test/assessment, non-selection and terms/conditions of employment based upon race and/or color and/or national origin animus.

## CLASS STATUS

# EXHIBIT A

2 0 1 4 - 2 5 5 2 6 - F A A
Page | 16

94. This section incorporates the previous paragraphs and references herein.

95. This Complaint exceeds the four procedural prerequisites for a Class Complaint under 29 C.F.R. §1614.204.

96. **Commonality**. There are common questions of law, practices and fact as to the members of the Class which predominate over questions affecting only individual members of the Class including, without limitation:

    a. The decision by the FAA to eliminate or purge the Qualified Applicant Register or List resulted in all members of the Class being eliminated from consideration after passing the FAA's CTI assessment procedure. There are no unique factual or practice factors that would make Class status disadvantageous to any member of the Class;

    b. The nature of this action and the nature of laws available to putative Class Complainants make use of the Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein. Specifically, the Class turns upon Respondents' uniform intentional action of eliminating highly qualified air traffic control applicants, post assessment, without any determination of whether their action was in compliance with statutory and case law and without a strong basis in evidence. Therefore, the propriety of terminating 3,000- 3,500 air traffic control job applicants post assessment, after the applicants were placed on the Qualified Applicant Register or List is a predominant question of fact that is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, discovery and common practices/procedures of the Respondents in treating each of the Class

## EXHIBIT A

members as a homogeneous group in the purging of the Qualified Applicant Register or List;

c.  The determination of whether the FAA's action in purging the Qualified Applicant Register or List had a strong basis in evidence regarding the alleged disparate impact upon minorities is easily capable of being discovered through manageable devices of common proof such as representative testimony, documentary evidence, and statistical analysis based on scientific principles;

d.  Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without basis in law or fact;

e.  Whether the Class Members on the Qualified Applicant Register or List were improperly purged by the Respondents without a strong basis in evidence;

f.  Whether the Class Members on the Qualified Applicant Register or List were intentionally and improperly delayed from being offered temporary offer letters ("TOL") and employed as air traffic control specialists during the period 2012 through 2014 due to intentional racial animus and discrimination;

g.  Whether members of the Class are entitled to compensatory damages, and if so, the means of measuring such damages;

h.  Whether members of the Class are entitled to any form of injunctive, declaratory, or other equitable relief including, but not limited to, reinstatement of the Qualified Applicant Register or List;

i.  Whether Respondents are liable for pre-judgment interest; and

j.  Whether Respondents are liable for attorneys' fees and costs.

## EXHIBIT A

97. **Typicality**. The claims of Complainant Brigida for the remedies stated herein are typical of the claims of all members of the putative Class mentioned herein because all members of the prospective Class and sustained similar injuries and damages arising out of Respondents' common course of conduct in violation of law and the injuries and damages of all members of the Class were caused by Respondents' wrongful conduct in violation of law, as alleged herein.

98. **Numerosity**. The potential quantity of members of the putative Class as defined is so numerous that joinder of all members would be unfeasible and impractical. The disposition of their claims through this class action will benefit both the parties and the Administrative Court. While the exact quantity of members of the Class is unknown to Complainant at this time, it is estimated that Class number is in excess of 3,000 individuals. The quantity and identity of such membership is readily ascertainable via inspection of Respondents' records.

99. **Adequacy**. Complainant Brigida is an adequate representative of the putative Class and as Class Agent will fairly protect the interests of the members of the Class, has no interests antagonistic to the members of the Class, and will vigorously pursue this suit via attorneys who are competent, skilled and experienced in litigating complex matters of this type. Putative Class Counsel are competent and experienced in litigating large cases, are preeminent in their fields, and members of the firms have experience in litigating complex matters including employment cases. Approximately 400 potential Complainants have contacted the Complainant's legal counsel and approximately 175 have filed informal EEO Complaints with the FAA listing the same firms as potential legal counsel.

100. **Ascertainable Class**. The proposed class and each subclass are ascertainable in that their members can be identified and located using information contained in Respondents' Records.

## EXHIBIT A

Specifically the FAA's Aviation Careers Division maintained an inventory of eligible CTI graduates comprised of the putative class.

101.   .**Superiority**. The nature of this action and the nature of laws available to Plaintiffs make use of the class action format a particularly efficient and appropriate procedure to afford relief to Plaintiff for the wrongs alleged herein, as follows:

    a)   This case involves large government Agency Respondents and a sufficient numerous group of individual Class Members with many claims and common issues of law and fact;

    b)   If each individual member of each of the Class was required to file an individual lawsuit, the large government Agency Respondents would necessarily gain an unconscionable advantage because Respondents would be able to exploit and overwhelm the limited resources of each individual member of the Class with Respondents' vastly superior financial and legal resources;

    c)   Requiring each individual member of each of the Class to pursue an individual remedy would also discourage the assertion of lawful claims by the members of the Class who would be disinclined to pursue an action against Respondents because of an appreciable and justifiable fear of retaliation and permanent damage to their lives, careers and well-being;

    d)   Proof of a common practice or factual pattern, of which the members of the Class experienced, is representative of the Class herein and will establish the right of each of the members of the Class to recover on the causes of action alleged herein;

    e)   The prosecution of separate actions by the individual members of the Class, even if possible, would create a substantial risk of inconsistent or varying verdicts or

adjudications with respect to the individual members of the Class against Respondents; and which would establish potentially incompatible standards of conduct for Respondents; and/or legal determinations with respect to individual members of the Class would, as a practical matter, be dispositive of the interest of the other members of the Class who are not parties to the adjudications or which would substantially impair or impede the ability of the members of the Class to protect their legal interests;

f)  Many members of the putative class are recent college graduates with large student loan balances and the expenses and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a Class Complaint; and

g)  The cost to the administrative court system of adjudication of such individualized litigation would be substantial and a waste of valuable adjudicative and judicial resources..

83. **Manageability of Class and Common Proof.** The nature of this action and the nature of laws available to Complainants' make use of the Class, and Class Agent format a particularly efficient and appropriate procedure to afford relief to Complainants for the wrongs alleged herein.  Specifically, the primary class turns upon Respondents' uniform, systematic decision to purge the Qualified Applicant Register or List of 3,000= 3,500 applicants post assessment.  Therefore, the propriety of the decision to purge the Qualified Applicant Register or List is applicable to all members of the putative class.

## EXHIBIT A

Individual adjudication would prejudice Respondent parties opposing the class by requiring the United States government to allocate scarce judicial resources to individually adjudicate the claims of approximately 3,000 to 3,500 air traffic controller applicants.

## REMEDIES REQUESTED

Due to the Respondent DOT/FAA'S illegal actions the Complainant, on behalf of himself and status as putative Class Agent, requests compensatory damages, including but not limited to, back pay, hiring, reinstatement, front pay, attorneys' fees, expert witness fees, court costs and for such other and further relief as may be deemed just and proper that will make the Complainant/Class Agent and Class whole.

DATED: April 12, 2014

Michael Pearson
**Curry, Pearson & Wooten, PLC**
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000

Patrick McGroder, Donald Peder Johnsen,
Shannon Clark
**Gallagher & Kennedy, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8437

Attorneys for the Complainant/ Class

EXHIBIT

**38**

1
2

## CURRY, PEARSON
## & WOOTEN, PLC

3

Attorneys at Law
814 W. Roosevelt
Phoenix, Arizona 85007
(602) 258-1000 Fax (602) 523-9000

4

5

Michael W. Pearson, SBN 016281

6

mpearson@azlaw.com
*Attorneys for Lucas Johnson*

7

8

## IN THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

9

## WASHINGTON FIELD OFFICE

10

LUCAS JOHNSON, et al.,

EEOC No. 570-2016-0095X
Agency No. 2015-26252-FAA-02

11

Class Agent,

12

vs.

**APPEAL OF DISMISSAL**

13

ANTHONY FOXX, Secretary, Department
of Transportation,

14

15

Agency.

16

17
    Lucas Johnson, as individual class claimant and pursuant to 29 C.F.R. § 1614.403(a), hereby

18
appeals the Order of Dismissal ("Order") issued by Administrative Judge Ivey on July 6, 2016.

19
Appellant requests that the Director reverse the Order and reinstate his Complaint because, as

20
explained below, it contains distinct legal claims from those asserted by the plaintiff in *Brigida v. U.S.*

21
*Dep't of Trans.,* Case no. 2:15-cv-02654-DLR ("Brigida Case"). Appellant has filed EEOC form 573

and submits this brief in support thereof.

22

23

24

25

26
/ / /

27

Curry, Pearson & Wooten, PLC
814 W. Roosevelt Street
Phoenix, Arizona 85007

## MEMORANDUM OF POINTS AND AUTHORITIES

In the Order, Judge Ivey explained that dismissal was based on 29 C.F.R. § 1614.409 which states that the filing of a civil action "shall terminate Commission processing of the appeal." The Order explains that the Brigida Case "raises the same claims and allegations of fact that are subject of this administrative class Complaint." Order at 1. Specifically, both relate to "when *inter alia* the Agency purged its Qualified Applicant register and adopted a new hiring practice for Air Traffic Controllers." Order at 1. While it is true that the underlying facts of both actions are similar, the two Agency actions are factually and legally distinct. The Brigida Case concerns the purge of the applicant register, where this complaint concerns the adoption of the new hiring practice for Air Traffic Controllers.

The two FAA actions are not tied together such that one action would necessitate the other. When the FAA purged the applicant register, it did not necessarily also have to change the test – it could have retained the same test and allowed the purged applicants to reapply. Conversely, when it changed the test, it could have retained the applicant register as those applicants had already been approved by a validated test.

This Complaint has focused on the test itself: "[t]he first and second BQ examinations improperly discriminated against test takers." Complaint Exh. A at 10. On the other hand, the Brigida Case has focused on the purged applicants and asked the district court for "an order directing the FAA to reinstate the Qualified Applicant Register." Brigida Case Dkt. 18 at 21. This also means that the Brigida Case encompasses a different class than this Complaint. The Brigida class will include only those who were cleared under the old test and who were placed onto the Qualified Applicant Register, whereas this Complaint contemplates the class of those who have been and will be harmed by the new test, but who may not have been placed on the Qualified Applicant Register before it was purged.

In short, although the underlying facts of both actions are similar, the Brigida Case contemplates a different agency action, has a different class of complainants, and has different legal claims than this Complaint. Therefore, the Director should reverse the Order and reinstate this Complaint.

2

**RESPECTFULLY SUBMITTED** this 26th day of July, 2016.

CURRY, PEARSON & WOOTEN, PLC

Michael W. Pearson
814 W. Roosevelt St.
Phoenix, AZ 85007
*Attorney for Lucas Johnson*

**ORIGINAL** of the foregoing filed
this 26th day of July, 2016 with

Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

**COPY** of the foregoing mailed this same date to:

Associate Director
Compliance Operations Division
Departmental Office of Civil Rights
Department of Transportation
120 New Jersey Avenue, S.E., W76-401
Washington, DC 20590
*Docr-eeoc-hearingandappealcorrespondence@dot.gov*

Y. Andrea Armstead
Assistant Chief Counsel
Employment and Labor Law Division, AGC-100
Office of the Chief Counsel
Department of Transporation
Federal Aviation Administration (FAA)
800 Independence Ave., S.W.
Washington, DC 20591

3

EXHIBIT

**39**

1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

9    Lucas K. Johnson, on behalf of himself and                Case No: 3:18-cv-02431-M

10   the Class he seeks to represent,

11        Plaintiff,

12        vs.                                                   **PLAINTIFF'S RESPONSE TO**
                                                                **DEFENDANTS' MOTION TO**
13   United States Department of Transportation;               **DISMISS OR, ALTERNATIVELY,**
     Elaine L. Chao, Secretary of the U.S.                     **MOTION TO TRANSFER VENUE**
14   Department of Transportation; Federal
     Aviation Administration; and Daniel K.

15   Elwell, Acting Administrator of the Federal
     Aviation Administration,

16
          Defendants.                                          (Assigned to the Honorable Barbara M.G. Lynn)
17

18

19

20

21

22

23

24

25

26

27

1
2

# <u>TABLE OF CONTENTS</u>

3
TABLE OF CONTENTS ............................................................................. ii
4
TABLE OF AUTHORITIES ...................................................................... iii
I.    INTRODUCTION ............................................................................ 1
5
II.   BACKGROUND .............................................................................. 1
6
III.   ARGUMENT ................................................................................... 2
7
  A.    Venue is Proper In The Northern District of Texas ................... 2
  B.    A Transfer is Not Warranted ...................................................... 4
8
    1.    The *Brigida* litigation and this suit are substantially different and, therefore, this
9
    matter should not be transferred under the First-to-File Rule. ........................................... 4
    2.    Transfer is not appropriate under 28 U.S.C. § 1404(a) ........................................ 7
10
IV.   CONCLUSION ............................................................................... 10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

1

## <u>TABLE OF AUTHORITIES</u>

2

**Cases**

*Brocq v. Lane*,
   No. 3:16-CV-2832-D, 2017 WL 1281129, at *2 (N.D. Tex. Apr. 6, 2017) ........................4

*Cadle Co. v. Whataburger of Alice, Inc.*,
   174 F.3d 599 (5th Cir. 1999) ........................4

*Gundle Lining Const. Corp. v. Fireman's Fund Ins. Co.*,
   844 F. Supp. 1163 (S.D.Tex. 1994) ........................7

*Hart v. Donostia L.L.C.*,
   290 F. Supp. 3d 627 (W.D. Tex. 2018)........................4, 5, 6

*In re Horseshoe Entertainment*,
   337 F.3d 429 (5th Cir. 2003) ........................7

*In re Volkswagen of Am., Inc.*,
   545 F.3d 304 (5th Cir. 2008) ........................7, 8, 9

*Int'l Fid. Ins. Co. v. Sweet Little Mexico Corp.*,
   665 F.3d 671 (5th Cir. 2011) ........................4

*Mohamed v. Mazda Motor Corp.*,
   90 F. Supp. 2d 757 (E.D.Tex. 2000) ........................8

*Spencer v. Rumsfeld*,
   209 F.Supp.2d 15 (D.D.C. 2002) ........................3

*TIG Ins. Co. v. NAFCO Ins. Co., Ltd.*,
   177 F.Supp.2d 561 (N.D.Tex. 2001) ........................7

*Time, Inc. v. Manning*,
   366 F.2d 690 (5th Cir. 1966) ........................7

*Turnley v. Banc of America Inv. Servs, Inc.*,
   576 F.Supp.2d 204 (D.Mass. 2018) ........................2

*West Gulf Maritime Ass'n v. ILA Deep Sea Local 24*,
   751 F.2d 721 (5th Cir. 1985) ........................4

*White v. Peco Foods, Inc.*,
   546 F. Supp.2d 339 (S.D. Miss. 2008)........................4, 5

iii

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

**Statutes**

28 U.S.C. § 1404(a) ................................................................................ 1, 7, 10

28 U.S.C. § 1406(a) ........................................................................................ 1

Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964) ..................... 2

**Rules**

Fed. R. Civ. P. 12(b)(3) ................................................................................ 1

Fed. R. Civ. P. 12(b)(6) ................................................................................ 1

**Other Authorities**

5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1352, at 324
    (2004) ...................................................................................................... 2

## I.    INTRODUCTION

Plaintiff, Lucas K. Johnson, through undersigned counsel, hereby files his *Response to Defendants' Motion to Dismiss or, alternatively, Motion to Transfer Venue*.

The Court must deny Defendants' Motion because the Complaint properly states a claim and proper venue under Federal Rules of Civil Procedure 12(b)(3) and (b)(6) as well as under 28 U.S.C.§§ 1404(a) and 1406(a).

It is well recognized in the American legal system that a plaintiff has strong deference in determining the venue of litigation. Here, there is no substantial overlap between the litigation currently occurring in the District of Columbia, *Brigida v. Chao*, Case No. 16-2227, and this matter as the substantive issues of the cases are unrelated, the parties are distinct, and the outcomes are not dispositive of one another. Further, there is no public or private interest that weighs in favor of a transfer strong enough to override the long-held presumption that a plaintiff's choice in venue should not be disturbed.

## II.    BACKGROUND

This lawsuit, which is wholly distinct from *Brigida*, is based on the implementation of a new and discriminatory test – the Biographical Assessment/Questionnaire ("BA/BQ") that was put into place by the Federal Aviation Administration ("FAA") in order to engage in racial balancing. The BA/BQ, which was an unverified and unvalidated examination that produced results with no correlation to the performance abilities needed for the position of air traffic control specialist, forbade capable and qualified applicants from moving forward in the hiring process based on pointed, racially biased, and meaningless questions into the applicants' personal background. This resulted in thousands of applicants being barred from moving forward in the hiring process even if they possessed military flight experience, college degrees specific to the job, and/or other advanced aviation experience. The FAA used the BA/BQ to discriminate against non-African American applicants.

Plaintiff Lucas Johnson, a resident of Texas, brought suit in this Court alleging violations of Title VII of the Civil Rights Act of 1964 by the FAA through its implementation and use of the BA/BQ. It is beyond dispute that Plaintiff exhausted his administrative remedies and filed suit within the required time period. Plaintiff has two degrees related to aviation, including one in air traffic control, and holds a job in air travel safety with a major commercial airline. Despite holding qualifications well over the minimum required for the position he sought, Plaintiff was not hired for a FAA vacancy after taking the BA/BQ and receiving word that he did not "pass." Plaintiff then brought suit seeking relief.

## III.    ARGUMENT

### A.    Venue is Proper In The Northern District of Texas

Venue was properly stated in the Complaint and, therefore, Defendants' Motion to Dismiss or transfer venue should be denied on these grounds. When weighing on venue, a court should take "[a]ll well-pleaded allegations in the complaint bearing on the venue question . . . as true, unless contradicted by the defendant's affidavits" and should construe and "draw all reasonable inferences and resolve all factual conflicts in favor of the plaintiff." 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1352, at 324 (2004). Under Title VII, venue is proper in any state if it was where the "employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, **or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice**[.]" Only one of Title VII's venue provisions needs to be satisfied in order for venue to be proper. *Turnley v. Banc of America Inv. Servs, Inc.,* 576 F.Supp.2d 204, 212 (D.Mass. 2018).

Plaintiff alleges that the discriminatory conduct forbade him from securing employment in Texas and, therefore, this venue is proper as it meets the third prong of the venue requirement under Title VII. Courts will grant motions to dismiss Title VII claims for lack of venue when the employment opportunity that was sought was not located within the

venue jurisdiction. *Spencer v. Rumsfeld*, 209 F.Supp.2d 15, 18 (D.D.C. 2002) (holding that venue was not proper in the District of Columbia under Title VII's venue statute where the defendant maintained that "even if it had promoted the plaintiff, he would have remained in Arlington, Virginia ...").

Plaintiff, a resident within the Northern District of Texas, applied for a position within the FAA. This position, although nationwide, had 23 possible posts in Texas, including air traffic control facilities within this district. Although the FAA assigns positions based on geographic need, it is impossible for Defendants to assert that Plaintiff would not have been stationed in Texas. Indeed, the FAA employs over 500 individuals at its Air Route Traffic Control Center in the state of Texas. Further, as Plaintiff holds Texas as his home, if he was employed by the FAA for the position he sought, it is likely that he would have eventually sought a transfer or relocation back to Texas.[1] Defendants assert that because Plaintiff is unable to guarantee that he would have been stationed in Texas, that he should be barred from adjudication in his home state, where he desired employment, because it is mere speculation. However, it would be the same level of speculation to assume that Plaintiff, or other possible class members, would not have been placed within the district. Defendants conclude that because Texas was not Plaintiff's first preference when he applied for the FAA five years ago – when he was living in a different state, that Texas was not a desired location. However, Plaintiff is now living in Texas and has intent in remaining in the state and would desire employment therein. But for the discriminatory practices employed by the FAA through the use of the BA/BQ, Plaintiff would have quite possibly been placed within this district's jurisdiction and, therefore, venue is proper.

---

[1] The FAA allows transfers to an employee's requested duty location in accordance with appropriate collective bargaining agreements.

Curry, Pearson & Wooten, PLC
814 W. Roosevelt Street
Phoenix, Arizona 85007

**B.    A Transfer is Not Warranted**

**1.    The *Brigida* litigation and this suit are substantially different and, therefore, this matter should not be transferred under the First-to-File Rule.**

Defendants are not entitled to a transfer under the "first-to-file" rule because *Brigida* and the instant case are not similar enough to trigger this prophylactic doctrine. Under this rule, a court should only transfer a case to another venue if it is shown that the issues in the cases "substantially overlap*." Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 603 (5th Cir. 1999). The doctrine is one of discretion, which allows a court to transfer a case only for the sake of "avoid[ing] the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *West Gulf Maritime Ass'n v. ILA Deep Sea Local 24*, 751 F.2d 721, 720 (5th Cir. 1985). Because this matter and the *Brigida* matter do not substantially overlap and because none of the policy considerations behind the rule apply here, the case should not be transferred.

When examining whether two cases "substantially overlap," the court is to determine if "core issues are the same or if much of the proof adduced would likely be identical." *Brocq v. Lane*, No. 3:16-CV-2832-D, 2017 WL 1281129, at *2 (N.D. Tex. Apr. 6, 2017); *see also White v. Peco Foods, Inc.*, 546 F. Supp.2d 339, 340 (S.D. Miss. 2008). Courts within the 5th Circuit will not find substantial overlap between cases if "the outcome of one is not necessarily dispositive of the other*." Hart v. Donostia L.L.C.*, 290 F. Supp. 3d 627, 631 (W.D. Tex. 2018). Additionally, courts will find a substantial overlap if all of the parties in both suits are the same. *Id.* If there is less than a complete overlap, courts are to embark on a case by case analysis "based on such factors as the extent of overlap, the likelihood of conflict, the comparative advantage and the interest of each forum in resolving the dispute." *Int'l Fid. Ins. Co. v. Sweet Little Mexico Corp.*, 665 F.3d 671, 678 (5th Cir. 2011).

To determine if there is substantial overlap, courts are to compare the core issues and the proof required to prove either claim, and if they are inherently similar, transfer is proper. *White, 546* F.Supp.2d at 342. In *White*, employees of a poultry processing plant brought suit

4

**Curry, Pearson & Wooten, PLC**

814 W. Roosevelt Street
Phoenix, Arizona 85007

against their employer for failure to pay for various overtime activities. *Id.* at 340. The defendant moved to transfer to another court where another suit against them by employers had been filed. The court examined the two cases in order to determine if the first-to-file rule justified a transfer. *Id.* The court held that because the cases involved the *same claim* of failure to pay for certain activities and because they were the *exact same activities*, there existed substantial overlap to justify the transfer. *Id.* at 343.

Courts within the 5th Circuit will not find substantial overlap if the outcomes of the cases are not dispositive of one another. *Hart*, 290 F. Supp. 3d at 631. In *Hart*, the plaintiff employees sued their employers for misclassifying their employment status, barring them from receiving overtime pay. *Id.* at 629. The defendant moved for transfer on the grounds of first-to-file because another suit had been filed against them for similar claims in a different venue. The court held that because a result in one suit, whether it be for the defendant or the plaintiff, would not be dispositive of the result in the other suit, there was no substantial overlap and transfer was inappropriate. *Id.*

Additionally, courts should not transfer on these grounds if there is a difference in the parties in question. *Id.* The court in *Hart* also considered this in their analysis, finding that there was no substantial overlap between the suits when the plaintiff in the second suit was a putative member of the class in the first suit but was not directly involved in the litigation. *Id.*

Unlike the two cases that were seen to have substantial overlap, in *White* when they were derived from the same claims and involved the same activities, this case and *Brigida* only involve surface level similarities. Although both suits involve the FAA's hiring practices, the instant litigation involves the implementation of a new assessment in hiring determinations whereas *Brigida* is centered around the purging of a list of potential applicants from the prior hiring process. Finding substantial overlap here would only be possible if the two suits were viewed in the broadest sense possible, actions against the FAA involving hiring practices. Upon examination, it is clear that the suits do not involve the same substance or potential parties. *Brigida*'s central issue is whether the purge of an applicant list of approximately 2,700

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

college AT-CTI graduates from FAA approved air traffic control programs due to the racial makeup of the list was unjustified. Whereas this case centers around whether the FAA's subsequent use of the non-validated BA/BQ screening examination, that over 28,000 applicants from all sources and walks of life were required to take as part of the initial employment process, was proper and non-discriminatory. The issues, discovery, experts, and proof required in each case are different.

Further, just as the court in *Hart* denied transfer because the results in the cases were not dispositive of one another, this Court should similarly reject the transfer because a result in the *Brigida* case will not require a result in the present suit. A finding in this case that the BA/BQ used by the FAA was or was not discriminatory will not affect the outcome in *Brigida*. Likewise, a finding in *Brigida* will not affect the outcome of this case. The court in *Hart* held that because the outcome of the suits do not have a direct effect on one another they did not substantially overlap, and the same is true here.

Finally, because the parties in the respective suits are different, there is no substantial overlap. Looking again to the *Hart* court which relied on an examination of the parties in question to determine if there was substantial overlap, this court should also factor the parties into its determination. In *Hart*, the court held that because the parties in the second suit were simply members of the putative class in the first suit but were not directly involved, there was no substantial overlap. Similarly, here, Plaintiff is not directly involved in the *Brigida* litigation, he is simply another applicant who happens to be a AT-CTI graduate who was negatively affected by the FAA's use of the BA/BQ screening examination.

Further yet, the class in *Brigida* is limited to approximately 2,700 applicants who were on the FAA's preferred hiring list before it was purged and have not been hired, whereas the class in this case includes approximately 27,000-28,000 non-African American air traffic controller applicants from all walks of life and backgrounds. Finding that these parties involve "substantial overlap" ignores the fact that thousands of individuals could only be members of one class involved, many of which are Texas residents. As discussed further below,

6

Defendant's plan of transferring venue then moving to consolidate this case with *Brigida* will eliminate the possibility of class certification in either matter and potentially leave thousands of injured applicants without an appropriate remedy.

Courts will only transfer a case under the first-to-file doctrine if there is "substantial overlap" between the two suits. Here, because the two claims are substantively different, because the outcomes of the suits are wholly independent and non-dispositive, and because the parties involved are different, there is no substantial overlap and the motion to transfer on these grounds must be denied.

### 2.    Transfer is not appropriate under 28 U.S.C. § 1404(a)

Defendants additionally request a transfer under 28 U.S.C. § 1404(a), however, this ignores the long-held tradition of giving plaintiffs' choice in venue strong deference. Indeed, a "plaintiff's choice of forum is entitled to substantial weight when determining whether a transfer of venue is appropriate." *In re Horseshoe Entertainment*, 337 F.3d 429, 435 (5th Cir. 2003). A court should only disturb a plaintiff's choice of forum if "the balance of factors ***strongly*** favors the moving party*." TIG Ins. Co. v. NAFCO Ins. Co., Ltd.*, 177 F.Supp.2d 561, 569 (N.D.Tex. 2001) (emphasis added). The burden in establishing that a transfer is warranted rests with the moving party. *Time, Inc. v. Manning*, 366 F.2d 690 (5th Cir. 1966). Defendants have not met their burden. In order for a venue transfer under 28 U.S.C. § 1404(a) to be granted, it must be shown that the proposed venue is "substantially more convenient for the parties to litigate the case." *Gundle Lining Const. Corp. v. Fireman's Fund Ins. Co*., 844 F. Supp. 1163, 1165 (S.D.Tex. 1994). The court is to weigh both public and private interest factors. The private factors are: "(1) the relative ease of access to sources of proof; (2) the availability of compulsory process to secure the attendance of witnesses; (3) the cost of attendance for willing witnesses; and (4) all other practical problems that make trial of a case easy, expeditious and inexpensive." *In re Volkswagen of Am., Inc.*, 545 F.3d 304, 315 (5th Cir. 2008). The public interest factors are: (1) the administrative difficulties flowing from court congestion; (2) the local interest in having localized interests decided at home; (3) the

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

familiarity of the forum with the law that will govern the case; and (4) the avoidance of unnecessary problems of conflict of laws [or in] the application of foreign law." *Id.*

In regards to the private interest factors, Defendants base their argument on the inconvenience that they may experience by litigating this case in this district, but wholly ignore the fact that Plaintiff would experience a much higher level of difficulty and inconvenience. Unlike Defendants, Plaintiff is not a nationwide entity with legal resources, assets, and connections in both districts. Under these facts, regardless which venue is housing the suit, a party will be inconvenienced. However, Defendants cannot contend that they will suffer "substantial" inconvenience that would not be suffered by Plaintiff in the event of a transfer. Additionally, courts within this circuit have held that vague mentions of possible witnesses and where they reside will not be enough to outweigh a plaintiff's choice in venue on grounds of witness convenience. *Mohamed v. Mazda Motor Corp.*, 90 F. Supp. 2d 757, 776 (E.D.Tex. 2000) (holding that the convenience factor was not met when the moving party named four possible witnesses and where they resided outside the venue to show that there was a more convenient venue). Therefore, Defendants reliance on named witnesses and FAA officials and where they currently reside does not trump Plaintiff's choice of forum. As evidenced by defense counsel, Defendants have the ability to litigate a case in Texas without prejudice to the private litigants. Finally, the private interest factor of ease of access to proof does not weigh in favor of a transfer. This factor should only be given "slight" value in this analysis due to the advancements in technology. *Id* (holding that this factor is granted only "slight significance due to the increasing ease of communication and transportation"). In this case, there is no reason to believe that the evidence required cannot be accessible instantly from any forum and, thus, it is unnecessary to factor this consideration. Because a transfer would inconvenience Plaintiff more than Defendants and because the convenience of witness and locality of evidence factors are not met, the private factors do not weigh in favor of a transfer.

Likewise, the public interest factors are not heavy enough to overcome the strong presumption favoring Plaintiff's choice of forum. As acknowledged by Defendants in their Motion, two of the four interest factors are neutral. Defendants Motion to Dismiss at 14. Neither an argument based on congestion of the courts nor the ability of either venue to apply federal law "weigh substantially" in disturbing Plaintiff's choice in venue. It must be shown then that the remaining two interest factors carry this substantial weight. However, in this case, neither a localized interest nor the risk of inconsistent rulings give cause to transfer. Courts will not find the local interest factor to be substantially weighted if there could be an interest in "virtually any judicial district or division in the United States." *In Re Volkswagen*, 545 F.3d at 318. The Complaint alleges that FAA hiring practices discriminated against possible applicants across the nation, not in any single district. Therefore, any district with an aggrieved party would have just as keen an interest in resolving the matter as the venue that is home to Plaintiff. Lastly, because there is no risk of problems arising from conflicts of law issues, as the underlying actions challenge different events, transfer is inappropriate.

Defendants' attempt to conflate unrelated litigation to assert that there may be a conflict in litigating the cases separately. However, the two suits have no bearing on one another and, therefore, do not risk conflict of law issues. Defendants' stated plan is to transfer venue and then move to consolidate with *Brigida*. The consolidation of these cases would make class certification impossible as the commonality and typicality requirements, necessary for class certification, would be impossible to meet. Defendants' efforts to confuse and conflate the cases and issues here and in *Brigida* are no more than a pretextual attempt at frustrating class certification in either class. Because two of the four public interest factors are neutral, because there is no particularized local interest, and as there is no risk of conflict of law, the public interest factors do not weigh in favor of a transfer.

A plaintiff's choice of forum is entitled to substantial weight when determining whether a transfer of venue is appropriate and should only be disturbed if it is shown that the balance of the private and public interest factors strongly favor a transfer. Here, none of the

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

9

enumerated factors provide such a substantial weight that this court could use its discretion in transferring the litigation as requested. Because Plaintiff's choice in forum is afforded such deference and because Defendants have failed to establish that any of the interest factors provide enough weight to offset this presumption, Defendants' Motion on 28 U.S.C. § 1404(a) grounds must be denied.

## IV.    CONCLUSION

It has been long appreciated that a plaintiff should have the choice of forum to litigate their actions. Here, because the litigation occurring separately in D.C. does not "substantially overlap" and because there is no interest factor that "strongly outweighs" the presumption that Plaintiff is entitled to their choice in venue, Defendant's Motion to transfer should be denied.

**RESPECTFULLY SUBMITTED** this 29th day of March, 2019.

**CURRY, PEARSON & WOOTEN, PLC**

*/s/ Michael W. Pearson*
Michael W. Pearson, AZ Bar No. 016281
(*Pro hac vice forthcoming*)
814 W. Roosevelt St.
Phoenix, AZ 85007
Office: (602) 258-1000
Facsimile: (602) 523-9000
docket@azlaw.com
mpearson@azlaw.com

Lori Blair, TX Bar No. 24061256
King Blair, PC
9124 Caddo Trial
Flower Mound, TX 75022
Office: (214) 326-0491
Facsimile: (214) 326-0493
lblair@kingblair.com

*Attorneys for Plaintiff Lucas Johnson and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Christine L. Penick*