**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| ELAINE L. CHAO, Secretary, U.S. ) Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Class Action Complaint and Defendant's opposition, it is hereby:

**ORDERED** that Plaintiffs' motion is DENIED with prejudice.

**SO ORDERED.**

DATED: _____, 2020     _____
                                    UNITED STATES DISTRICT JUDGE