IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

**ERRATA**

Defendant Elaine L. Chao, Secretary of the U.S. Department of Transportation, submits a revised version of her Reply in Support of Cross-Motion to Strike Class Claim, ECF No. 109, to correct undersigned counsel's inadvertent mistake and conform the brief to Local Rule 5.1(d)'s requirement that footnotes appear in 12-point font.  Because raising the footnotes to 12-point font made the brief one page over-long, Defendant made limited edits to bring the brief within Local Rule 7(e)'s 25-page limit for reply briefs.[1]

---

[1] To the extent Plaintiffs challenge Defendant's reply brief as an "impermissible sur-reply," ECF No. 110 at 2, Defendant notes that her cross-motion to strike the class claim, *see* ECF Nos. 105, 106, was filed pursuant to the Court' Order and with Plaintiffs' consent to a briefing schedule that included Defendant's reply.  *See* Joint Status Report, ECF No. 101; Minute Orders, Apr. 30 & May 22, 2020.

Dated: July 14, 2020                                Respectfully submitted,

                                                               ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Galen N. Thorp*
Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Michael Drezner (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendants*