UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>Plaintiffs,<br><br>vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 16-cv-2227 (DLF)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**

Pursuant to 5 U.S.C. § 552a(b)(11), Federal Rule of Civil Procedure 26(c) and other applicable laws and rules, the parties respectfully move the Court to enter the attached proposed amended protective order. In support of this motion, the parties state as follows:

1. In the course of this lawsuit, Plaintiffs have requested and will request documents and information about nonparties to this case—such as names, personnel actions, and training records—that are private in nature and that the Privacy Act may prevent Defendant from disclosing without a Court order. *See* 5 U.S.C. § 552a(b)(11).

2. While a Protective Order had been entered that would cover Privacy Act information, the case is now at the stage where the parties may seek from one another or from third-parties other confidential information, such as information subject to the Family Educational Rights and Privacy Act, trade secret protection, or other personal privacy concerns.

3. In order to expand the protection offered to confidential material beyond the limits of the Privacy Act, the parties therefore seek the entry of the proposed amended

protective order.

4.     The prompt entry of an amended protective order addressing the disclosure, handling, and use of party, third-party, student, and other confidential information would facilitate efficient discovery and help provide assurances to third-parties and putative class members regarding the protection of their private information.

5.     Accordingly, there is good cause for entry of the amended protective order and the parties respectfully request that the attached proposed order be approved.

Dated: October 30, 2020

AGREED TO BY:

/s/ *Zhonette M. Brown*
Zhonette M. Brown, D.C. Bar # 463407
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
Email: zhonette@mslegal.org

*Counsel for Plaintiffs Andrew Brigida, and Matthew Doulas-Cook*

/s/ *Michael W. Pearson (with permission)*
Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Galen N. Thorp (with permission)*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Trial Counsel
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendants*