UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELAINE L. CHAO, Secretary,<br>U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No 16-2227 (DLF) |

**NOTICE OF WITHDRAWAL OF BRIAN GREGG**

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Brian Gregg hereby withdraws his appearance in above-captioned matter as counsel for Andrew J. Brigida and Matthew L. Douglas-Cook (collectively referred to as "PLAINTIFFS").

The basis for this withdrawal is that Mr. Gregg is no longer employed by Mountain States Legal Foundation. Zhonette M. Brown, who has previously entered an appearance on behalf of PLAINTIFFS in this matter, will remain as counsel of record for Plaintiffs.

DATED this 2nd day of November 2020.

Respectfully submitted,

*/s/ Brian Gregg (with authorization)*

Brian Gregg, CO Bar No. 51063
2595 S Knox Court
Denver, CO  80219
briangregg325@gmail.com

Acknowledged by:

Andrew J. Brigida

Matthew L. Douglas-Cook

Respectfully submitted,

*/s/ Brian Gregg (with authorization)*

Brian Gregg, CO Bar No. 51063
2595 S Knox Court
Denver, CO  80219
briangregg325@gmail.com


Acknowledged by:

*Andrew Brigida*

Andrew J. Brigida



Matthew L. Douglas-Cook

Respectfully submitted,

*/s/ Brian Gregg (with authorization)*
Brian Gregg, CO Bar No. 51063
2595 S Knox Court
Denver, CO 80219
briangregg325@gmail.com

Acknowledged by:

_____
Andrew J. Brigida

_____*M L D̶*_____
Matthew L. Douglas-Cook

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael L. Drezner
Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
galen.thorp@usdoj.gov

／s／ *Meri Pincock*
Meri Pincock
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
meri@mslegal.org