## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA and MATTHEW L.
DOUGLAS-COOK,

        *Plaintiffs*,

    v.

ELAINE L. CHAO, Secretary,
U.S. Department of Transportation,

        *Defendant.*

Civil Action No 16-2227 (DLF)

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

### CONCERNING CLASS CERTIFICATION ISSUES

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 34, Defendant is hereby requested to produce the following Documents. Pursuant to Federal Rule of Civil Procedure 26(e), these Requests shall be deemed continuing, so as to require supplemental response(s) if Defendant obtains additional information after service of its original responses. Defendant's responses shall be provided to Plaintiffs, at the office of Mountain States Legal Foundation, 2596 South Lewis Way, Lakewood, Colorado 80227, or via electronic means pursuant to Local Rule 5.4(b), by December 18, 2020.

### DEFINITIONS

For purposes of these Requests, the following definitions shall apply (please note that future Requests may use different definitions as suits their purpose):

1.      "AT-SAT" refers to the Air Traffic Selection and Training Exam/Assessment/Battery.

2.      "ATC" refers to Air Traffic Controllers employed by the FAA.

3.     "ATC Vacancy Announcement" refers to the FAA's job postings for air traffic controllers.

4.     "Biographical Assessment" or "Biographical Questionnaire" both refer to the pre-employment screening tool for ATC applicants developed *inter alia* between 2013-2014 with the assistance of APT Metrics and administered through AVIATOR to ATC job applicants who applied to the February 2014 ATC Vacancy Announcement.

5.     "Biographical Data" includes but is not limited to an individual's name, address, phone number, email address, race, national origin, status as a United States citizen, gender, and date of birth.

6.     "CAMI" refers to the FAA Civil Aerospace Medical Institute.

7.     "College" refers to any of the 36 institutions that participated in the FAA AT-CTI program as of December 31, 2013.

8.     "Communications" includes but is not limited to written, recorded or otherwise documented information, including but not limited to recorded or documented verbal, non-verbal, electronic, wire, and telephonic communications.

9.      "CTI" or "AT-CTI" refers to the Air Traffic-College Training Initiative.

10.     "CTI Graduates" refers to individuals who have earned a degree in an FAA approved AT-CTI degree program at a College.

11.     "CTI Students" refers to individuals who have or were enrolled in an FAA approved AT-CTI degree program at College but have not earned a degree as of the date specified.

12.     "Defendant" and "You" refers to Elaine L. Chao, in her official capacity as Secretary of the U.S. Department of Transportation, and her officers, employees, agents, or representatives, and the Federal Aviation Administration.

13.     "Document" shall have the full meaning ascribed to it in Federal Rules of Civil

Procedure Rule 34(a) and shall include any medium upon which intelligence or information can be recorded or retrieved, including, without limitation, the original and each unique copy, regardless of origin or location (including but not limited to Lotus Notes, Outlook, Proofpoint, Backup tapes, Share Drives, Sametime Chat, KSN, Lync, or any other form of database or system that retains or archives data), of any book, handbook, manual, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, e-mail, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, map, survey, field note, agreement, patent, deed, permit, special-use authorization, note, agreement, study, draft, sketch, graph, index, list, audiotape, photograph (including aerial photographs), videotape, film, microfilm, radiograph, x-ray, data sheet or data processing card, magnetic storage media (discs or diskettes), or any other graphic matter, however produced or reproduced, which is/was in the Defendant's possession, custody and/or control.  If a Document responsive to any Request was, but no longer is, in Defendant's possession and control, describe in detail the contents of the Document(s), the date of creation and disposition, and the former and present location of the Document(s) and custodian(s).

14.     "Educational Data" includes but is not limited to: (1) College attended; (2) projected College graduation date; (3) actual college graduation date; (4) college degree received; (5) date/type of additional course instruction; (6) college cumulative Grade Point Average; (7) AT-SAT scores and dates taken; (8) college transcripts; (9) possession and date of high school diploma or equivalent; and (10) possession of, or eligibility or ineligibility for, a letter of recommendation from a college.

15.     "FAA" refers to the Federal Aviation Administration.

16.     "Identify" means to: (a) state a person's full name, title or occupation, business and home addresses, business and home telephone numbers, and present and past relationship to the

parties; or (b) state the title or type of any Document, the name of the person who prepared it, the date the Document was prepared and/or filed, where the Document is located, who is or was the custodian of the Document, and what program/application/software system the Document originated from.

17.    "Inventory of Eligible Candidates" refers to the FAA's lists or other collections of data regarding ATC Graduates eligible to receive notice of an ATC Vacancy Announcement or "job code" as described in the December 21, 2018 Declaration of Richard Mitchell (ECF 75-3), particularly paragraph 24.

18.    "Plaintiffs" refers to Andrew J. Brigida and Matthew L. Douglas-Cook.

19.    "Qualification Data" refers to military or other aviation related training; veteran's preference eligibility, pilot training and license(s) or certificates; other aviation courses/training such as for instrument rating; prior employment in an aviation related job or internship; expressed geographic preference; and any other training, experience, or characteristics the FAA considered when hiring ATCs in 2005-present due to expected correlation with an applicant's likelihood of success in completing the ATC academy or becoming a certified ATC.

20.    "Regarding" or "relating to" means containing, constituting, discussing, describing, identifying, referring to, supporting, explaining, contradicting, or in any way pertaining to the subject specified.

21.    "Request" refers to the requests for the production of Documents contained herein.

22.    "Roster of AT-CTI Students" refers to any collection or aggregation of information provided by AT-CTI schools about CTI Students or CTI Graduates or other information collected by the FAA concerning the CTI Students' or CTI Graduates' Educational Data, Biographic Data or

Qualification Data and includes all students at AT-CTI schools, regardless of graduation status or whether the students ultimately applied for FAA positions.

23. "Washout" refers to ATC training failures, whether at the FAA ATC Academy or during on-the-job training, where such failure precludes the trainee from continuing progression toward fully certified ATC status.

## INSTRUCTIONS

1. All Documents that respond, in whole or in part, to a Request should be produced in their entirety without any redaction(s). Documents that in the original condition were stapled, clipped or otherwise fastened together should be produced in such form. Documents which are segregated or separated from other Documents, whether by inclusion in binders, files, subfiles, or by use of dividers, tabs, or any other method, shall be left so segregated or separated. Documents shall be produced in the order in which they are maintained. Where multiple copies of Documents exist, each non-identical copy should be produced.

2. All Documents should be grouped together according to the individual Request to which they are responsive or should, preferably, be produced as they are kept in the usual course of business.

3. If, in responding to any Request, you object to responding to any part of the Request, respond to each part of the Request to which you do not object and state separately the grounds for objection.

4. If any privilege or protection is claimed as to any Document, state the nature of the privilege or protection claimed (e.g., attorney-client, work product) and state the basis for claiming the privilege or protection. If less than an entire Document is claimed to be privileged, furnish a copy of those portions of the Document that are not privileged. For each Document or portion of a Document for which privilege or protection is claimed, provide the following information where

5

such information is not clear from the information contained in non-redacted portions of the document:

      a.     the title of the Document;

      b.     the identity and title of each author;

      c.     the identity and title of each recipient, if known, and not clear from the information contained in non-redacted portions of the document;

      d.     the date of the Document;

      e.     a description of the Document; and

      f.     a statement of the basis on which privilege is claimed.

5.     Use of the singular shall be deemed to include the plural and vice versa. The term "all" includes "any" and vice versa. The terms "and" and "or" should be interpreted as conjunctive, disjunctive, or both, depending on the context, so as to have their broadest meaning. Whenever necessary to bring within the scope of a Request all information or Documents that might otherwise be construed to be outside its scope, the use of a verb in any tense shall be construed as the use of the verb in all other tenses.

6.     You are under a continuing obligation to supplement or amend your responses to this Request for Production of Documents to the extent required by the Rules of Civil Procedure and any other applicable court rules.

7.     To the extent that any copy of any Document whose production is sought, whether a draft or a final version, is not identical to any other copy thereof, by reason of alterations, notes, comments, initials, underscoring, indication of routing or other material contained thereon or attached thereto, such non-identical copy should be produced separately.

8.     Unless otherwise stated or required by necessary interpretation of the category, these Requests cover Documents generated from 2008 to 2019.

9.     Productions need to be in accordance with the attached technical specifications.

6

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Please produce a complete copy of any register, inventory, or other list or database of CTI Students and CTI Graduates dated, created or otherwise in existence as of December 2012 or February 2014, including but not limited to the FAA's Roster of AT-CTI Students and Inventory of Eligible Candidates; this Request includes but is not limited to datapoints regarding the CTI Students' and CTI Graduates' (1) Biographical Data; (2) Educational Data; (3) Qualification Data; and/or (4) other data referred to in the December 21, 2018 Declaration of Richard Mitchell (ECF 75-3) as being in the possession of the FAA.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce Documents and Communications received from CTI schools, or supplied by CTI Students or CTI Graduates during a job application process, or resulting from initial FAA ATC eligibility screening, indicating the ineligibility or potential ineligibility of any CTI Student or CTI Graduate graduating between 2008 and 2014 from being hired as an ATC; this Request specifically includes but is not limited to a CTI Student's or CTI Graduate's denial of or ineligibility for a letter of recommendation from the College, lack of status as a United States citizen, expiration of or failing AT-SAT score, and/or aging out of ATC hiring eligibility

**REQUEST FOR PRODUCTION NO. 3:**  Please produce Biographical Data, Educational Data, Qualification Data, hiring data, training data, promotion data, Washout data, and termination data and information regarding the CTI Student or Graduate applicants to the following CTI-only ATC Vacancy Announcements between 2008 and 2012[1], including whether they were ever offered

---

[1] These are understood to include at least: (1) the February 2008 ATC Vacancy Announcement AAC-AMH-08-CTI-08458; (2) the April 2008 ATC Vacancy Announcement AAC-AMH-08-CTI-09135; (3) the May 2008 ATC Vacancy Announcement AAC-AMH-08-CTI-09622; (4) the August 2008 ATC Vacancy Announcement AAC-AMH-08-CTI-10709; (5) the November 2008 ATC Vacancy Announcement AAC-AMH-09-CTI-11766; (6) the September 2010 ATC Vacancy Announcement AAC-AMH-09-CTI-12655; (7) the June 2011 ATC Vacancy Announcement AAC-AMH-11-CTI-19558; and (8) the August 2012 ATC Vacancy Announcement FAA-AMH-13-CTI-27053.

an ATC trainee position, and their progression through ATC training and certification;. this Request includes but is not limited to data located in the National Training Database and Staffing Workbook or its equivalent. This Request does not include, for example, individual pay actions/adjustments or other such Documents not relevant to the CTI Student's or CTI Graduate's qualification for an ATC position, application for an ATC position, consideration for hiring as an ATC, ATC training, and/or achievement of ATC certification.

**REQUEST FOR PRODUCTION NO. 4:** Please produce Biographical Data, Educational Data, Qualification Data, hiring data, training data, promotion data, Washout data, and termination data and information regarding any CTI Student or CTI Graduate who applied to the following general public ATC Vacancy Announcements between 2008 and 2009 and the all source ATC Vacancy Announcement of February 2014[2], including, where applicable, whether such applicant passed or failed the Biographical Assessment/Biographical Questionnaire, whether they were ever offered an ATC trainee position, and their progression through ATC training and certification:. This Request includes but is not limited to data located in the National Training Database and Staffing Workbook or its equivalent. This Request does not include, for example, individual pay actions/adjustments or other such Documents not relevant to the CTI Student's or CTI Graduate's qualification for an ATC position, application for an ATC position, consideration for hiring as an ATC, ATC training, and/or achievement of ATC certification.

**REQUEST FOR PRODUCTION NO. 5:** Please produce all summaries of data, analyses, or reports created since 2005 and created by or for, or received by, the FAA Administrator or his or

---

[2] Collectively these are understood to include at least: (1) the January 2008 ATC Vacancy Announcement AAC-AMH-08-PUBNAT1-08232; (2) the April 2008 ATC Vacancy Announcement AAC-AMH-08-PUBNAT2-09140; (3) the May 2008 ATC Vacancy Announcement AAC-AMH-08-PUBNAT3-09613; (4) the June 2008 ATC Vacancy Announcement AAC-AMH-08-PUBNAT4-09989; (5) the July 2008 ATC Vacancy Announcement AAC-AMH-08-PUBNAT5-10363; (6) the August 2008 ATC Vacancy Announcement AC-AMH-08-PUBNAT6-10764; (7) the December 2008 ATC Vacancy Announcement AC-AMH-09-PUBNAT7-11589; (8) the July 2009 ATC Vacancy Announcement AAC-AMH-09-PUBNAT8-12162 and (9) the February 2014 ATC Vacancy Announcement FAA-AMC-14-ALLSRCE-33537

her designee, CAMI, the FAA Office of Civil Rights (or its predecessor/equivalent), the FAA

Human Resources Office (or its predecessor), the FAA Aviation Careers Division (or its

predecessor/equivalent), and/or any third-party contractor employed or retained by one of the

foregoing reflecting factors impacting the hiring, success, or failure of CTI Students or CTI

Graduates as ATCs; for example, but not by way of limitation, this Request includes summaries of

data, analyses, and reports regarding the likelihood of a CTI Student or Graduate being hired and/or

the association of any Biographical Data, Educational Data, or Qualification Data variable with the

likelihood of a CTI Student or Graduate being hired.

**REQUEST FOR PRODUCTION NO. 6:**  Please produce Documents related to whether or

how the FAA considered any requests for the extension of AT-SAT scores made during 2013 or

efforts to avoid the expiration of any CTI Graduate's AT-SAT scores in 2013 or 2014; this Request

includes but is not limited to the FAA's response to requests to extend AT-SAT scores expiring in

2013 or 2014, the FAA's allowing CTI Graduates to re-take the AT-SAT test in 2013 to replace an

expiring AT-SAT score, Documents indicating that the FAA notified or decided not to notify CTI

Graduates that their AT-SAT scores were expiring in 2013 or 2014, and/or Documents indicating

that the FAA was not accepting, considering, processing, or granting the extension of AT-SAT

scores in anticipation of changing the ATC hiring process in 2013-2014.

**REQUEST FOR PRODUCTION NO. 7:**  Please produce Documents and information

sufficient to calculate or evaluate the ability to calculate ATC compensation from 2014 to present on a

formulaic or statistical basis; Documents responsive to this Request include but are not limited to

summary, aggregate, or other data regarding the dates, rates, and results of ATC hires from 2014 to

2019 and the variables or factors most commonly affecting ATC pay or paygrade, including but not

limited to Educational Data, Qualification Data, date of hire, successful completion of training,

promotion or rate of promotion, location of FAA job assignments, and FAA job assignments or titles.

DATED this 13th day of November 2020.

Respectfully submitted,

*/s/ Zhonette M. Brown*

Zhonette M. Brown, D.C. Bar No. 463407
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
zhonette@mslegal.org

Michael W. Pearson, D.C. Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiffs and Putative Class Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2020, I caused a true and correct copy of the

foregoing to be electronically served with the Clerk of the Court using the Court's CM/ECF system

which sent notification of such filing to the following counsel of record in this matter:

Michael L. Drezner
Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
galen.thorp@usdoj.gov

*/s/ Meri Pincock*
Meri Pincock
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
meri@mslegal.org

11