# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| ELAINE L. CHAO, Secretary, U.S. ) | |
| Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' Fourth Amended Complaint In Part, and good cause being shown, it is hereby:

**ORDERED** that Plaintiffs' hiring preference claim is DISMISSED.

**SO ORDERED.**


DATED: _____, 2020      _____
                                                                            UNITED STATES DISTRICT JUDGE