# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>Defendant | Case No. 16-cv-2227 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' Fourth Amended Complaint in Part and Plaintiffs' opposition, it is hereby:

**ORDERED** that Defendant's motion is DENIED.

**SO ORDERED.**

Dated: _____, 20___

_____
UNITED STATES DISTRICT JUDGE

1