UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> ELAINE L. CHAO, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

**JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO CONFER**

Andrew J. Brigida and Matthew L. Douglas-Cook ("Plaintiffs") and Elaine L. Chao ("Defendant") (collectively the "Parties"), hereby jointly move the Court for an extension of time to confer currently set for January 6, 2021 to January 22, 2021, and in support thereof state:

1. In the Parties' Joint Status Report of October 23, 2020, ECF No. 113, the Parties projected that:

> "On or before November 12, 2020, Plaintiffs will serve not more than 10 Pre-Certification Rule 34 Production Requests;
>
> • Defendant's Responses and Objections to those Requests, including the production of responsive documents, will be due on or before December 18, 2020".

2. The Court adopted part of the Parties' proposals and pursuant to this Court's Minute Order of October 26, 2020, the Parties must confer on or before January 6, 2021 regarding outstanding discovery.

3. By consent of the Parties Plaintiffs served Rule 34 production requests on November 13 and Defendant served objections, responses, and produced documents on December 23, 2020.

4. In Defendant's response, she noted that she was continuing to review documents for production by January 5, 2021.

5. On January 4, 2021, in an anticipation of the January 6, 2021 deadline, the Parties conferred concerning when Defendant would complete her document production.

6. Defendant indicated that she was finalizing more than 700 documents for production on January 5, 2021, but had been unable to complete collection of some information due to employee absences around the recent holidays.

7. Defendant proposes to complete her production by January 13, 2021.

8. Plaintiffs then require a small amount of time to adequately review produced documents in order to conduct a meaningful conferral regarding what may be needed for class certification.

9. The Parties note that January 18 and 20 are holidays for federal government employees this year.

10. For all of these reasons, in order to provide sufficient time for the Parties to engage in a constructive conferral, the Parties jointly request an extension of time until January 22, 2021 to confer regarding any outstanding discovery issues.

| | |
|---|---|
| DATED: January 5, 2021 | Respectfully submitted, |
| */s/ Zhonette M. Brown* | JEFFREY BOSSERT CLARK |
| Zhonette M. Brown, D.C. Bar # 463407 | Acting Assistant Attorney General |
| David C. McDonald, D.C. Bar # CO0079 | |
| MOUNTAIN STATES LEGAL FOUNDATION | CARLOTTA P. WELLS |
| 2596 South Lewis Way | Assistant Director |
| Lakewood, Colorado 80227 | Civil Division, Federal Programs Branch |
| Telephone: (303) 292-2021 | |
| Facsimile: (303) 292-1980 | */s/ Galen N. Thorp [with permission]* |
| Email: zhonette@mslegal.org | Galen N. Thorp (V.A. Bar No. 75517) |
| Email: dmcdonald@mslegal.org | Senior Trial Counsel |
| | Michael Drezner (V.A. Bar No. 83836) |
| *Counsel for Plaintiffs Andrew Brigida and Matthew Douglas-Cook* | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| */s/ Michael W. Pearson [with permission]* | 1100 L Street NW |
| Michael W. Pearson, DC Bar No. 997169 | Washington, DC 20530 |
| CURRY, PEARSON, & WOOTEN, PLC | Telephone: (202) 514-4781 |
| 814 West Roosevelt | Facsimile: (202) 616-8470 |
| Phoenix, Arizona 85007 | Email: galen.thorp@usdoj.gov |
| Telephone: (602) 258-1000 | |
| Facsimile: (602) 523-9000 | *Counsel for Defendant* |
| Email: mpearson@azlaw.com | |
| | |
| *Counsel for Plaintiffs* | |