UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> ELAINE L. CHAO, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs Andrew J. Brigida and Matthew L. Douglas-Cook and Defendant Elaine L. Chao's (collectively the "Parties") Joint Motion for Extension of Time for Parties to Confer, it is hereby:

**ORDERED** that Parties' motion is GRANTED; on or before January 22, 2021 the parties shall confer regarding any outstanding discovery issues; thereafter, before filing a motion to compel, the parties shall jointly email the Court (at Friedrich_Chambers@dcd.uscourts.gov), providing a clear, concise description of the issues in dispute and proposing dates and times for a teleconference. Counsel shall not file any discovery related motions without a prior telephone conference with the Court.

**SO ORDERED.**

Dated: _____, 2021

_____
UNITED STATES DISTRICT JUDGE

1