UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>Plaintiffs,<br><br>vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>Defendant | Case No. 16-cv-2227 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders issued October 23, 2020 (ECF No. 113) and January 6, 2021 (ECF No. 123), the parties conferred via telephone on January 19, 2021 to discuss outstanding issues regarding class certification discovery in this matter. The parties report the following:

As reflected in the October 23, 2020 Joint Status Report, despite the parties' differences regarding the need for and scope of discovery, Defendant agreed to respond to limited Rule 34 Production Requests relevant to class certification. *See* Joint Status Report at 2, 5, ECF No. 113. On November 13, 2020, Plaintiffs served a Request for Production of Documents concerning class certification ("Class RFP") on Defendant. On November 23, 2020 Plaintiffs served document subpoenas on approximately half of the schools participating in the CTI program in 2013. Given the holidays and the impact of COVID-19 on college operations, Plaintiffs granted extensions on the subpoena productions and most productions are not due until February 5, 2021.

Defendant submitted her first production of documents, as well as her objections and responses to the Class RFP to Plaintiffs on December 23, 2020. Defendant submitted her second production of documents on January 5, 2021, and a third production of documents on January 14, 2021. To date, Defendant has produced over 9,000 pages of documents and over 100,000 lines of database entries to Plaintiffs in response to the Class RFP.  Plaintiffs note that this total includes thousands of pages of various publicly available documents – including documents already filed as exhibits in this case – such as the Barrier Analysis and the Extension; sixteen years of 10-year strategies for the ATC workforce; over 1000 pages of FAA operational orders, such as JO7210 and JO3120 available on the FAA website; dozens of CAMI reports; office of inspector general reports; and other reports which were Congressionally mandated; the total also includes multiple files with duplicated content and/or non-threaded email.

During their January 19, 2021 conferral, the parties discussed the scope of the Defendant's search and production, the purpose for the requests and the production, the scope of information reasonably available to Defendant at this point in the litigation, certain inconsistencies in data produced from different sources, and whether some additional responsive data is available to the FAA. The parties agreed that Defendant will conduct a limited further review of information in Defendant's possession to identify information concerning any additional recommendations by CTI schools that has not yet been produced but may be reasonably available and will then report whether Defendant will produce additional documents.

Concurrently, to obtain information about potential class members that may not be in Defendant's possession, such as the CTI schools' recommendation policies and whether students who were not formally recommended after the announcement of the FAA's 2014 hiring process changes met their respective CTI schools' recommendation policies, Plaintiffs will issue narrow

subpoenas to the CTI schools that have not yet received subpoenas. Plaintiffs will ask that productions be complete by late February 2021 but again expect certain of the schools may request extensions.

The parties also discussed technical issues concerning Defendant's production of electronic documents and privileges that have been asserted by Defendant. Plaintiffs have concerns and potential objections to the method of production and the assertion of privileges, but the parties will continue to work together to develop a protocol for electronic discovery in the merits phase of this case and, at this stage of the case, Plaintiffs reserve without waiving potential objections regarding Defendant's assertion of privileges.

The parties also discussed whether Plaintiffs would voluntarily produce to Defendant the responses and productions from the subpoenas to the CTI schools. In Defendant's view, there is no practical reason for Plaintiffs to decline to share these documents as they are received. It appears that some or all of the responses and productions in Plaintiffs' possession may be relevant to class certification. It would be inefficient and contrary to Rule 45(d)(1) to require Defendant to serve its own subpoenas on the third parties to receive this information. Plaintiffs are considering Defendant's request but note that Defendant could, as Plaintiffs have, issue a document request for the documents and pose no additional burden on third parties.

The parties propose filing another Joint Status Report on or before March 12, 2021 or, should this Court rule on Defendant's Motion to Dismiss prior to that date, within 30 days of the issuance of that order, whichever is sooner.

DATED: January 22, 2021

/s/ Zhonette M. Brown

Zhonette M. Brown, D.C. Bar # 463407
David C. McDonald, D.C. Bar # CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
Email: zhonette@mslegal.org
Email: dmcdonald@mslegal.org

*Counsel for Plaintiffs Andrew Brigida and Matthew Douglas-Cook*

/s/ Michael W. Pearson [with permission]

Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
Telephone: (602) 258-1000
Facsimile: (602) 523-9000
Email: mpearson@azlaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ Galen N. Thorp [with permission

Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Michael Drezner (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*