# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK, <br><br>Plaintiffs, <br><br>vs. <br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation, <br><br>Defendant. | Case No. 16-cv-2227 (DLF) |

## MOTION FOR ADMISSION OF ATTORNEY
## COREY C. BARTKUS TO APPEAR PRO HAC VICE

To the Honorable Judge Dabney L. Friedrich:

Corey C. Bartkus hereby applies for permission to appear and participate as counsel for Plaintiffs, in the above-entitled matter pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney Corey C. Bartkus to Appear *Pro Hac Vice*.

The undersigned, Zhonette M. Brown, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 26th day of January 2021.

        Respectfully submitted,

        /s/ *Zhonette M. Brown*
        Zhonette M. Brown (D.D.C. Bar No. 463407)
        Corey C. Bartkus (CO Bar No. 54789)
        (*pro hac vice* application pending)
        MOUNTAIN STATES LEGAL FOUNDATION
        2596 South Lewis Way
        Lakewood, Colorado 80227
        (303) 292-2021
        zhonette@mslegal.org
        corey@mslegal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically serve notice of the filing on all counsel of record.

*/s/Meri Pincock*
Meri Pincock