UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ELAINE L. CHAO, Secretary, U.S. Department of Transportation,<br><br>    Defendant. | )<br>)<br>)<br>) Case No. 16-cv-2227 (DLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY COREY C. BARTKUS TO APPEAR PRO HAC VICE**

I, Corey C. Bartkus, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

1. My full name is Corey Christopher Bartkus.

2. My office address is 2596 South Lewis Way, Lakewood, Colorado 80227.

3. My office telephone number is (303) 292-2021.

4. I am currently admitted to practice before the following courts:

| Jurisdiction | Address | Year |
|---|---|---|
| State of Colorado | 2 East 14th Ave.<br>Denver, CO 80203 | 2020 |

5. I am in good standing and eligible to practice before the above-referenced court to which I am admitted. I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

6. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

8. I am ready, willing and able to appear before this Court in person for any and all conferences, arguments, hearings, as requested by the Court.

9. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

    Zhonette M. Brown, Esq., D.C. Bar No. 463407
    MOUNTAIN STATES LEGAL FOUNDATION
    2596 South Lewis Way
    Lakewood, Colorado 80227
    (303) 292-2021
    (303) 292-1980 (facsimile)
    zhonette@mslegal.org

Respectfully submitted,

*s/ Corey C. Bartkus*
Corey C. Bartkus, CO Bar No. 54789
(*pro hac vice* application pending)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
corey@mslegal.org