UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> ELAINE L. CHAO, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY COREY C. BARTKUS TO APPEAR PRO HAC VICE**

Having reviewed the motion for admission of attorney Corey C. Bartkus, the Court finds that it should be GRANTED. IT IS THEREFORE ORDERED that Corey C. Bartkus is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Plaintiffs.

IT IS SO ORDERED this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE