# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF ENTRY OF APPEARANCE OF COREY C. BARTKUS

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Corey C. Bartkus, hereby enters his appearance in this action as counsel for Plaintiff, Andrew J. Brigida and Matthew L. Douglas-Cook.  The Clerk of the Court is respectfully requested to add Mr. Bartkus' name to the list of attorneys of record.  Mr. Bartkus is registered for ECF and will receive copies of filings, notices and orders electronically.

Mr. Bartkus' contact information is as follows:

Corey C. Bartkus
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
corey@mslegal.org

DATED this 23rd day of February 2021.

Respectfully submitted,

*/s/ Corey B. Bartkus*

Corey B. Bartkus, CO Bar No. 54789, *pro hac vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
corey@mslegal.org

Michael W. Pearson, D.C. Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

Attorneys for Plaintiff and Putative Class Counsel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of February, 2021, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COREY C. BARTKUS** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael Leon Drezner
U.S. DEPARTMENT OF JUSTICE
Email: Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
U.S. DEPARTMENT OF JUSTICE
Email: galen.thorp@usdoj.gov

*/s/ Corey C. Bartkus*
Corey C. Bartkus

3