IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

**[PLAINTIFFS' PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby:

**ORDERED** that Defendant may serve on Plaintiffs a Rule 34 request for production of documents produced to Plaintiffs by the CTI schools in response to Plaintiffs' recent subpoenas related to class certification discovery on or before March 19, 2021; and further

**ORDERED** that any expert reports Plaintiffs plan to rely upon in support of their motion for class certification shall be served on Defendant on or before April 15, 2021; that Plaintiffs' motion for class certification shall be filed on or before April 29, 2021, that any expert reports Defendant intends to rely upon in opposition to the motion for class certification shall be served on Plaintiffs on or before June 15, 2021, that Defendant's opposition to the motion for class certification shall be filed on or before July 15, 2021; and that Plaintiffs' reply shall be due in the time allotted by the Local Rules.

**SO ORDERED.**

DATED: _____, 2021         _____
                                                                      UNITED STATES DISTRICT JUDGE