IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| PETE BUTTIGIEG, Secretary, U.S. ) Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

### **[DEFENDANT'S PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby:

**ORDERED** that Defendant may serve on Plaintiffs a Rule 34 request for production of documents related to class certification discovery on or before March 19; and further

**ORDERED** that Plaintiffs may not serve third party subpoenas on entities other than the FAA Air Traffic-Collegiate Training Initiative schools until the Court permits merits discovery to begin; and further

**ORDERED** that, in the event Plaintiffs choose to serve expert reports and file a motion for class certification before the Court rules on Defendant's Motion to Dismiss Plaintiffs' Fourth Amended Complaint in Part [ECF No. 119], any rebuttal reports from Defendant's experts shall not be due until 60 days after either the date upon which the Court rules on the pending motion to dismiss or the service of Plaintiffs' expert reports, whichever is later; and that Defendant's opposition to the motion for class certification shall not be due until 90 days after either the date upon which the Court rules on the pending motion to dismiss or the service of Plaintiffs' expert reports, whichever is later.

**SO ORDERED.**

DATED: _____, 2021        _____
                                                                    UNITED STATES DISTRICT JUDGE