UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> ELAINE L. CHAO, Secretary, U.S. Department of Transportation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 16-cv-2227 (DLF) |

### NOTICE OF ENTRY OF APPEARANCE OF WILLIAM E. TRACHMAN

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), William E. Trachman hereby enters his appearance in this action as counsel for Plaintiffs, Andrew J. Brigida and Matthew L. Douglas-Cook. The Clerk of the Court is respectfully requested to add Mr. Trachman's name to the list of attorneys of record. Mr. Trachman is registered for ECF and will receive copies of filings, notices and orders electronically.

Mr. Trachman's contact information is as follows:

William E. Trachman
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wtrachman@mslegal.org

DATED this 8th day of April 2021.

        Respectfully submitted,

        */s/ William E. Trachman*
        William E. Trachman, D.C. Bar No. 502500
        MOUNTAIN STATES LEGAL FOUNDATION
        2596 South Lewis Way
        Lakewood, Colorado 80227
        (303) 292-2021
        wtrachman@mslegal.org

        Michael W. Pearson, D.C. Bar No. 997169
        CURRY, PEARSON, & WOOTEN, PLC
        814 West Roosevelt
        Phoenix, Arizona 85007
        (602) 258-1000
        (602) 523-9000 (facsimile)
        mpearson@azlaw.com

        Attorneys for Plaintiffs and Putative Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF WILLIAM E. TRACHMAN** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael Leon Drezner
U.S. DEPARTMENT OF JUSTICE
Email: Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
U.S. DEPARTMENT OF JUSTICE
Email: galen.thorp@usdoj.gov

                                              */s/ William E. Trachman*
                                              William E. Trachman