UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *at al.*,

    *Plaintiffs*,

 v.

PETE BUTTIGIEG,
Secretary, U.S. Dep't of Transportation

    *Defendant.*

No. 16-cv-2227 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion to Dismiss in Part the Plaintiffs' Fourth Amended Complaint, Dkt. 119, is **DENIED**.

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

May 12, 2021