# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-2227 (DLF) |
| PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) ) ) | |
| Defendant. | ) ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendant Pete Buttigieg, Secretary of the U.S. Department of Transportation, files this motion for a one week extension of the deadline to answer to Plaintiffs' Fourth Amended Complaint, ECF No. 114.  In support of this Motion, Defendant avers the following:

1.      On October 27, 2020, Plaintiffs filed their Fourth Amended Complaint, ECF No. 114.  On May 12, 2021, the Court denied Defendant's Partial Motion to Dismiss.  *See* Order, ECF No. 129.  Accordingly, Defendant's Answer is currently due May 26, 2021.  *See* Fed. R. Civ. P. 15(a)(3).

2.      Defendant needs additional time to complete the Answer.  Some relevant Department of Justice personnel have leave scheduled this week.  And undersigned counsel has been occupied on other matters, including drafting answers for two other matters and a dispositive motion in one of those cases.  A seven day extension of this deadline will not affect any pending deadlines in this case or prejudice Plaintiffs.

3.      Undersigned counsel conferred with counsel for Plaintiffs who stated that they do not oppose this motion.

4.      A proposed order is attached to motion.


Dated: May 25, 2021                                      Respectfully submitted,

                                                         BRIAN M. BOYNTON
                                                         Acting Assistant Attorney General

                                                         CARLOTTA P. WELLS
                                                         Assistant Branch Director
                                                         Civil Division, Federal Programs Branch

                                                         /s/ *Galen N. Thorp*
                                                         Galen N. Thorp (V.A. Bar No. 75517)
                                                         Senior Counsel
                                                         Michael Drezner (V.A. Bar No. 83836)
                                                         Trial Attorney
                                                         U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         1100 L Street NW
                                                         Washington, DC 20530
                                                         Telephone: (202) 514-4781
                                                         Facsimile: (202) 616-8470
                                                         Email: galen.thorp@usdoj.gov

                                                         *Counsel for Defendants*