# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that Defendant's motion is granted; and further

**ORDERED** that Defendant's answer to Plaintiffs' Fourth Amended and Supplemental Class Action Complaint [114], shall be filed on or before June 2, 2021.

**SO ORDERED.**


DATED: _____, 2020      _____
                                     UNITED STATES DISTRICT JUDGE