# EXHIBIT 1

# RE: 2152 Interim Process Edits

**From:** "Mallory, Mamie (FAA)" <mamie.mallory@faa.gov>
**To:** James Outtz <jlouttz@aol.com>, phanges@umd.edu
**Cc:** "Sanusi, Tola (FAA)" <tola.sanusi@faa.gov>, "Johnson, Taylor (FAA)" <taylor.johnson@faa.gov>
**Date:** Tue, 13 Jan 2015 08:48:14 -0500

You and Dr. Hanges can call in. Please refer to the meeting invite for the number. I don't think Friday's meeting is scheduled yet, but we will find out today at the pre-brief.

Mamie W. Mallory
Assistant Administrator
Office of Civil Rights
Federal Aviation Administration
(O) 202-267-8087
(b) (6)

**From:** James Outtz [mailto:Jlouttz@aol.com]
**Sent:** Tuesday, January 13, 2015 8:40 AM
**To:** Mallory, Mamie (FAA)
**Subject:** Re: 2152 Interim Process Edits

Mamie

Is the prep meeting today going to be face to face?

Jim Outtz

Sent from my iPhone

On Jan 12, 2015, at 4:37 PM, <Mamie.Mallory@faa.gov> <Mamie.Mallory@faa.gov> wrote:

Please review email below with attachment,  I do not think this was closed out.

Mamie W. Mallory
Assistant Administrator
Office of Civil Rights
Federal Aviation Administration
(O) 202-267-8087
(M) (b) (6)

**From:** Ronneberg, Dan (FAA)
**Sent:** Friday, November 21, 2014 4:45 PM
**To:** Jim Outtz; (b) (6)               ; phanges@umd.edu
**Cc:** Mallory, Mamie (FAA); Wilkerson, Courtney (FAA)
**Subject:** 2152 Interim Process Edits

Dr. Outtz/Dr. Hanges:

Attached please see our edits/comments.  Most of these can be accepted by accepting or rejecting changes through track changes in Word.  Comments were a little more complex or required your specific expertise to answer/fix.

If you have any questions, please don't hesitate to contact me.  I am available over the weekend by cell if you need to speak with me (b) (6)

Respectfully,

Dan

*Daniel T. Ronneberg*
Daniel T. Ronneberg, JD
Aviation Safety Inspector,
Part 121 Air Carrier Operations Branch (AFS-220) &
National Chairperson, FAA GLOBE

*on detail as:*
Barrier Analysis Program Manager
Office of Civil Rights

**T (202) 267-1216**
F (202) 267-5565

FAA National Headquarters
800 Independence Ave S.W., Room 1030-N
Washington, DC 20591

<Adverse_Impact_Analysis (Edited) _of_the_2152 interim_hiring_Process_for_atcs September 2 2014_ACR Edits.docx>