# EXHIBIT 2

# RE: Technical Assistance

**From:** "Miller, Shirley (FAA)" <shirley.miller@faa.gov>
**To:** "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Daee, Brett (FAA)" <brett.daee@faa.gov>, "Ruiz, Humberto (FAA)" <humberto.ruiz@faa.gov>, "Mellody, Jerry (FAA)" <jerry.mellody@faa.gov>, "Wood, John C (FAA)" <john.c.wood@faa.gov>, "Smothers, Joyce (FAA)" <joyce.smothers@faa.gov>, "Cannon, Rickie (FAA)" <rickie.cannon@faa.gov>
**Cc:** "Burdick, Gene (FAA)" <gene.burdick@faa.gov>
**Date:** Wed, 06 Apr 2016 17:24:17 -0400

Molly, et al,
Input from ATO (Gene).  Let us know if you want to discuss.

- (b) (5)



**From:** Harris, Molly (FAA)

**Sent:** Wednesday, April 06, 2016 12:16 PM
**To:** Daee, Brett (FAA); Ruiz, Humberto (FAA); Mellody, Jerry (FAA); Wood, John C (FAA); Smothers, Joyce (FAA); Cannon, Rickie (FAA); Miller, Shirley (FAA)
**Subject:** FW: Technical Assistance
**Importance:** High



**From:** Henry, Peter (Sullivan) [mailto:Peter_Henry@sullivan.senate.gov]
**Sent:** Wednesday, April 06, 2016 11:23 AM
**To:** Langdon, Brian (FAA); Harris, Molly (FAA)
**Subject:** Technical Assistance

Brian and Molly,
Would you mind providing some technical assistance on the attached language.

Thanks,
Peter

Peter A. Henry
Legislative Director
Senator Dan Sullivan (R-AK)
(202) 224-3004

# RE: Technical Assistance

| | |
|---|---|
| **From:** | "Harris, Molly (FAA)" <molly.harris@faa.gov> |
| **To:** | "Henry, Peter (Sullivan)" <peter_henry@sullivan.senate.gov>, "Langdon, Brian (FAA)" <brian.langdon@faa.gov> |
| **Cc:** | "Gejji, Siddharth (FAA)" <siddharth.gejji@faa.gov>, "Wells, Michael (FAA)" <michael.wells@faa.gov>, "Girvin, Raquel (FAA)" <raquel.girvin@faa.gov> |
| **Date:** | Thu, 07 Apr 2016 16:08:17 -0400 |
| **Attachments:** | Compiled edits to ATC hiring 4-6.docx (22.48 kB) |

Peter – Thank you for the chance to review the language. (b) (5) ████████████
(b) (5) ███████

**From:** Henry, Peter (Sullivan) [mailto:Peter_Henry@sullivan.senate.gov]
**Sent:** Wednesday, April 06, 2016 11:23 AM
**To:** Langdon, Brian (FAA); Harris, Molly (FAA)
**Subject:** Technical Assistance

Brian and Molly,
Would you mind providing some technical assistance on the attached language.

Thanks,
Peter

Peter A. Henry
Legislative Director
Senator Dan Sullivan (R-AK)
(202) 224-3004

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: Technical Assistance

**From:**    "Smothers, Joyce (FAA)" <joyce.smothers@faa.gov>
**To:**    "Harris, Molly (FAA)" <molly.harris@faa.gov>
**Date:**    Thu, 07 Apr 2016 09:30:49 -0400

Molly

Yes, HR has comments but we were operating based on the original deadline of COB today.  Will have to push to see if comments can be ready sooner, they were due to me by noon for consolidation.

Joyce

---

**From:** Harris, Molly (FAA)
**Sent:** Thursday, April 07, 2016 8:06 AM
**To:** Miller, Shirley (FAA)
**Cc:** Daee, Brett (FAA); Ruiz, Humberto (FAA); Mellody, Jerry (FAA); Wood, John C (FAA); Smothers, Joyce (FAA); Cannon, Rickie (FAA); Burdick, Gene (FAA)
**Subject:** Re: Technical Assistance

Thank you. AGC/AHR   any other comments? Humberto or Brett   can you please take a look at these and make technical changes to the extent possible? We need to provide something to staff by noon today.

On Apr 6, 2016, at 5:24 PM, Miller, Shirley (FAA) <shirley.miller@faa.gov> wrote:

> Molly, et al,
> Input from ATO (Gene).  Let us know if you want to discuss.





**From:** Harris, Molly (FAA)
**Sent:** Wednesday, April 06, 2016 12:16 PM
**To:** Daee, Brett (FAA); Ruiz, Humberto (FAA); Mellody, Jerry (FAA); Wood, John C (FAA); Smothers, Joyce (FAA); Cannon, Rickie (FAA); Miller, Shirley (FAA)
**Subject:** FW: Technical Assistance
**Importance:** High



**From:** Henry, Peter (Sullivan) [mailto:Peter_Henry@sullivan.senate.gov]
**Sent:** Wednesday, April 06, 2016 11:23 AM
**To:** Langdon, Brian (FAA); Harris, Molly (FAA)
**Subject:** Technical Assistance

Brian and Molly,
Would you mind providing some technical assistance on the attached language.

Thanks,
Peter

Peter A. Henry
Legislative Director
Senator Dan Sullivan (R-AK)
(202) 224-3004

# RE: Technical Assistance

**From:** "Daee, Brett (FAA)" <brett.daee@faa.gov>
**To:** "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Miller, Shirley (FAA)" <shirley.miller@faa.gov>
**Cc:** "Ruiz, Humberto (FAA)" <humberto.ruiz@faa.gov>, "Mellody, Jerry (FAA)"
<jerry.mellody@faa.gov>, "Wood, John C (FAA)" <john.c.wood@faa.gov>, "Smothers, Joyce
(FAA)" <joyce.smothers@faa.gov>, "Cannon, Rickie (FAA)" <rickie.cannon@faa.gov>, "Burdick,
Gene (FAA)" <gene.burdick@faa.gov>
**Date:** Thu, 07 Apr 2016 09:42:32 -0400

Molly – There are more comments/edits. They are being compiled this morning.

**From:** Harris, Molly (FAA)
**Sent:** Thursday, April 07, 2016 9:06 AM
**To:** Miller, Shirley (FAA)
**Cc:** Daee, Brett (FAA); Ruiz, Humberto (FAA); Mellody, Jerry (FAA); Wood, John C (FAA); Smothers, Joyce
(FAA); Cannon, Rickie (FAA); Burdick, Gene (FAA)
**Subject:** Re: Technical Assistance

Thank you. AGC/AHR   any other comments? Humberto or Brett   can you please take a look at these
and make technical changes to the extent possible? We need to provide something to staff by noon
today.

On Apr 6, 2016, at 5:24 PM, Miller, Shirley (FAA) <shirley.miller@faa.gov> wrote:

Molly, et al,
Input from ATO (Gene).  Let us know if you want to discuss.

· (b) (5)

(b) (5)

**From:** Harris, Molly (FAA)
**Sent:** Wednesday, April 06, 2016 12:16 PM
**To:** Daee, Brett (FAA); Ruiz, Humberto (FAA); Mellody, Jerry (FAA); Wood, John C (FAA); Smothers, Joyce (FAA); Cannon, Rickie (FAA); Miller, Shirley (FAA)
**Subject:** FW: Technical Assistance
**Importance:** High

(b) (5)

**From:** Henry, Peter (Sullivan) [mailto:Peter_Henry@sullivan.senate.gov]
**Sent:** Wednesday, April 06, 2016 11:23 AM
**To:** Langdon, Brian (FAA); Harris, Molly (FAA)
**Subject:** Technical Assistance

Brian and Molly,
Would you mind providing some technical assistance on the attached language.

Thanks,
Peter

Peter A. Henry
Legislative Director
Senator Dan Sullivan (R-AK)
(202) 224-3004

.

# RE: THUD noise Amendments - Briefing Deck

**From:**      "Harris, Molly (FAA)" <molly.harris@faa.gov>
**To:**        "Pickard, Lynne (FAA)" <lynne.pickard@faa.gov>
**Date:**      Thu, 17 Sep 2015 11:15:13 -0400

(b) (5) ████████ .

---
**From:** Pickard, Lynne (FAA)
**Sent:** Thursday, September 17, 2015 11:11 AM
**To:** Harris, Molly (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

(b) (5) ███████████████████████████████████████

---
**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:00 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

<< File: THUD Noise Amendments Briefing v2.pptx >>
(b) (5) ████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

---
**From:** Yoshida, Lois (FAA)
**Sent:** Friday, September 04, 2015 5:39 PM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck
**Importance:** High

Dear Molly,

This follows on Lynne Pickard's attached suggestions.

AGC600 submits the following suggestions for AGI's consideration:



Rojas 2016-004963 AGI00020070



(b) (5)

(b) (5)

?)

Thank you for giving us the opportunity to review.

Best,
Lois


Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division
FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

This communication might contain communications between attorney and client, communications that are part of the agency deliberative process, or attorney-work product, all of which are privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Office of Chief Counsel before disclosing any information contained in this email.

**From:** Pickard, Lynne (FAA)
**Sent:** Tuesday, September 01, 2015 9:54 AM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA)
**Subject:** Re: THUD noise Amendments



Lynne

**From:** Harris, Molly (FAA)
**Sent:** Monday, August 31, 2015 2:04 PM
**To:** Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Pickard, Lynne (FAA); Burleson, Carl (FAA)
**Subject:** THUD noise Amendments

All -- Sorry for the long delay; not sure if this briefing has been scheduled yet, but I wanted to circulate what I hope is close to the final briefing deck.  See attached, let me know if you have any concerns.

Molly R. Harris | Acting Assistant Administrator
Office of Government and Industry Affairs | FAA
T 202.267.3277 | F 202.267.8210

Begin forwarded message:

**From:** "Molly Harris" (b) (6)
**To:** "Harris, Molly (FAA)" <Molly.Harris@faa.gov>

# RE: THUD noise Amendments - Briefing Deck

**From:**      "Pickard, Lynne (FAA)" <lynne.pickard@faa.gov>
**To:**        "Harris, Molly (FAA)" <molly.harris@faa.gov>
**Bcc:**       "Pickard, Lynne (FAA)" <lynne.pickard@faa.gov>
**Date:**      Thu, 17 Sep 2015 11:10:55 -0400

(b) (5)

_____

**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:00 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

<< File: THUD Noise Amendments Briefing v2.pptx >>

(b) (5)

_____

**From:** Yoshida, Lois (FAA)
**Sent:** Friday, September 04, 2015 5:39 PM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck
**Importance:** High

Dear Molly,

This follows on Lynne Pickard's attached suggestions.

AGC600 submits the following suggestions for AGI's consideration:

(b) (5)



Rojas 2016-004963 AGI00020074

(b) (5)

(b) (5)

Thank you for giving us the opportunity to review.

Best,
Lois


Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division
FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

This communication might contain communications between attorney and client,
communications that are part of the agency deliberative process, or attorney-work
product, all of which are privileged and not subject to disclosure outside the
agency or to the public.  Please consult with the Office of Chief Counsel before
disclosing any information contained in this email.

**From:** Pickard, Lynne (FAA)
**Sent:** Tuesday, September 01, 2015 9:54 AM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A
(FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller,
Shirley (FAA); Burleson, Carl (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA);
Andrus, Katherine (FAA)
**Subject:** Re: THUD noise Amendments

(b) (5)





Lynne

**From:** Harris, Molly (FAA)
**Sent:** Monday, August 31, 2015 2:04 PM
**To:** Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Pickard, Lynne (FAA); Burleson, Carl (FAA)
**Subject:** THUD noise Amendments

All -- Sorry for the long delay; not sure if this briefing has been scheduled yet, but I wanted to circulate what I hope is close to the final briefing deck.  See attached, let me know if you have any concerns.

Molly R. Harris | Acting Assistant Administrator
Office of Government and Industry Affairs | FAA
T 202.267.3277 | F 202.267.8210

Begin forwarded message:

**From:** "Molly Harris" (b) (6)
**To:** "Harris, Molly (FAA)" <Molly.Harris@faa.gov>

# RE: THUD noise Amendments - Briefing Deck

**From:**    "Harris, Molly (FAA)" <molly.harris@faa.gov>
**To:**    "Miller, Shirley (FAA)" <shirley.miller@faa.gov>
**Date:**    Thu, 17 Sep 2015 12:10:52 -0400

Thanks!

_____
**From:** Miller, Shirley (FAA)
**Sent:** Thursday, September 17, 2015 12:02 PM
**To:** Harris, Molly (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

(b) (5)

_____
**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:24 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

Sorry – one additional edit...
<< File: THUD Noise Amendments Briefing v2.pptx >>

_____
**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:04 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

(b) (5)

v2.pptx >>

_____
**From:** Yoshida, Lois (FAA)
**Sent:** Friday, September 04, 2015 5:39 PM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck
**Importance:** High

Dear Molly,

This follows on Lynne Pickard's attached suggestions.

AGC600 submits the following suggestions for AGI's consideration:





(b) (5)

Thank you for giving us the opportunity to review.

Best,
Lois


Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division
FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

This communication might contain communications between attorney and client, communications that are part of the agency deliberative process, or attorney-work product, all of which are privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Office of Chief Counsel before disclosing any information contained in this email.

**From:** Pickard, Lynne (FAA)
**Sent:** Tuesday, September 01, 2015 9:54 AM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA)
**Subject:** Re: THUD noise Amendments

(b) (5)



(b) (5)

Lynne

**From:** Harris, Molly (FAA)
**Sent:** Monday, August 31, 2015 2:04 PM
**To:** Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Pickard, Lynne (FAA); Burleson, Carl (FAA)
**Subject:** THUD noise Amendments

All -- Sorry for the long delay; not sure if this briefing has been scheduled yet, but I wanted to circulate what I hope is close to the final briefing deck.  See attached, let me know if you have any concerns.

Molly R. Harris | Acting Assistant Administrator
Office of Government and Industry Affairs | FAA
T 202.267.3277 | F 202.267.8210

Begin forwarded message:

**From:** "Molly Harris" (b) (6)
**To:** "Harris, Molly (FAA)" <Molly.Harris@faa.gov>

# RE: THUD noise Amendments - Briefing Deck

**From:**   "Yoshida, Lois (FAA)" <lois.yoshida@faa.gov>
**To:**     "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Black, Elliott (FAA)" <elliott.black@faa.gov>, "McCarthy, Jodi (FAA)" <jodi.mccarthy@faa.gov>
**Cc:**     "Maurice, Lourdes (FAA)" <lourdes.maurice@faa.gov>, "Holsclaw, Curtis (FAA)" <curtis.holsclaw@faa.gov>, "Cointin, Rebecca (FAA)" <rebecca.cointin@faa.gov>, "Marks, Julie (FAA)" <julie.marks@faa.gov>, "Andrus, Katherine (FAA)" <katherine.andrus@faa.gov>, "Pickard, Lynne (FAA)" <lynne.pickard@faa.gov>, "Norek, Gary A (FAA)" <gary.a.norek@faa.gov>, "Burrus, Carl (FAA)" <carl.burrus@faa.gov>, "Schramm, Bob (FAA)" <bob.schramm@faa.gov>, "Fuller, Daphne (FAA)" <daphne.fuller@faa.gov>, "Miller, Shirley (FAA)" <shirley.miller@faa.gov>, "Burleson, Carl (FAA)" <carl.burleson@faa.gov>, "Fuller, Daphne (FAA)" <daphne.fuller@faa.gov>, "Elmore, Eric (FAA)" <eric.elmore@faa.gov>, "Schramm, Bob (FAA)" <bob.schramm@faa.gov>, "Wei, Victoria (FAA)" <victoria.wei@faa.gov>
**Date:**   Fri, 04 Sep 2015 17:38:57 -0400

Dear Molly,

This follows on Lynne Pickard's attached suggestions.

AGC600 submits the following suggestions for AGI's consideration:



(b) (5)



(b) (5)

Thank you for giving us the opportunity to review.

Best,
Lois

Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division

FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

This communication might contain communications between attorney and client, communications that are part of the agency deliberative process, or attorney-work product, all of which are privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Office of Chief Counsel before disclosing any information contained in this email.

**From:** Pickard, Lynne (FAA)
**Sent:** Tuesday, September 01, 2015 9:54 AM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA)
**Subject:** Re: THUD noise Amendments

(b) (5)



Lynne

**From:** Harris, Molly (FAA)
**Sent:** Monday, August 31, 2015 2:04 PM
**To:** Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Pickard, Lynne (FAA); Burleson, Carl (FAA)
**Subject:** THUD noise Amendments

All -- Sorry for the long delay; not sure if this briefing has been scheduled yet, but I wanted to circulate what I hope is close to the final briefing deck.  See attached, let me know if you have any concerns.

Molly R. Harris | Acting Assistant Administrator
Office of Government and Industry Affairs | FAA
T 202.267.3277 | F 202.267.8210

Begin forwarded message:

**From:** "Molly Harris" (b) (6)
**To:** "Harris, Molly (FAA)" <Molly.Harris@faa.gov>

Rojas 2016-004963 AGI00020084

# RE: THUD noise Amendments - Briefing Deck

| | |
|---|---|
| **From:** | "Miller, Shirley (FAA)" <shirley.miller@faa.gov> |
| **To:** | "Harris, Molly (FAA)" <molly.harris@faa.gov> |
| **Date:** | Thu, 17 Sep 2015 12:01:57 -0400 |
| **Attachments:** | THUD Noise Amendments Briefing v2.pptx (785.9 kB) |

(b) (5)

---

**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:24 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

Sorry – one additional edit...
<< File: THUD Noise Amendments Briefing v2.pptx >>

---

**From:** Harris, Molly (FAA)
**Sent:** Thursday, September 17, 2015 11:04 AM
**To:** Yoshida, Lois (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck

(b) (5)

---

**From:** Yoshida, Lois (FAA)
**Sent:** Friday, September 04, 2015 5:39 PM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); McCarthy, Jodi (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA); Pickard, Lynne (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Schramm, Bob (FAA); Wei, Victoria (FAA)
**Subject:** RE: THUD noise Amendments - Briefing Deck
**Importance:** High

Dear Molly,

This follows on Lynne Pickard's attached suggestions.

AGC600 submits the following suggestions for AGI's consideration:

(b) (5)

(b) (5)



Thank you for giving us the opportunity to review.

Best,
Lois


Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division
FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

This communication might contain communications between attorney and client, communications that are part of the agency deliberative process, or attorney-work product, all of which are privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Office of Chief Counsel before disclosing any information contained in this email.

**From:** Pickard, Lynne (FAA)
**Sent:** Tuesday, September 01, 2015 9:54 AM
**To:** Harris, Molly (FAA); Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Burleson, Carl (FAA)
**Cc:** Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); Marks, Julie (FAA); Andrus, Katherine (FAA)
**Subject:** Re: THUD noise Amendments

(b) (5)



Rojas 2016-004963 AGI00020087

(b) (5)

Lynne

**From:** Harris, Molly (FAA)
**Sent:** Monday, August 31, 2015 2:04 PM
**To:** Black, Elliott (FAA); Wei, Victoria (FAA); McCarthy, Jodi (FAA); Norek, Gary A (FAA); Burrus, Carl (FAA); Schramm, Bob (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Miller, Shirley (FAA); Pickard, Lynne (FAA); Burleson, Carl (FAA)
**Subject:** THUD noise Amendments

All -- Sorry for the long delay; not sure if this briefing has been scheduled yet, but I wanted to circulate what I hope is close to the final briefing deck.  See attached, let me know if you have any concerns.

Molly R. Harris | Acting Assistant Administrator
Office of Government and Industry Affairs | FAA
T 202.267.3277 | F 202.267.8210

Begin forwarded message:

**From:** "Molly Harris" (b) (6)
**To:** "Harris, Molly (FAA)" <Molly.Harris@faa.gov>

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: Thurs Aug 20, 2015 Attorney-Client Privileged -- RE: Speier Briefing - Please review and submit comments by 9AM ET

**From:** "Harris, Molly (FAA)" <molly.harris@faa.gov>
**To:** "Yoshida, Lois (FAA)" <lois.yoshida@faa.gov>
**Cc:** "Miller, Shirley (FAA)" <shirley.miller@faa.gov>, "Fuller, Daphne (FAA)" <daphne.fuller@faa.gov>, "Elmore, Eric (FAA)" <eric.elmore@faa.gov>, "Burleson, Carl (FAA)" <carl.burleson@faa.gov>, "Maurice, Lourdes (FAA)" <lourdes.maurice@faa.gov>, "Holsclaw, Curtis (FAA)" <curtis.holsclaw@faa.gov>, "Cointin, Rebecca (FAA)" <rebecca.cointin@faa.gov>, "May, Steve (FAA)" <steve.may@faa.gov>, "Gregor, Ian (FAA)" <ian.gregor@faa.gov>, "Black, Frank (FAA)" <frank.black@faa.gov>, "Parish, Edie (FAA)" <edie.parish@faa.gov>, "Daniel, Patty (FAA)" <patty.daniel@faa.gov>, "Desing, Clark (FAA)" <clark.desing@faa.gov>, "Novia, Robert (FAA)" <robert.novia@faa.gov>, "Martin, Glen (FAA)" <glen.martin@faa.gov>, "Ray, Elizabeth (FAA)" <elizabeth.ray@faa.gov>, "McCarthy, Jodi (FAA)" <jodi.mccarthy@faa.gov>, "Burleson, Carl (FAA)" <carl.burleson@faa.gov>, "Longo, Kristen CTR (FAA)" <kristen.ctr.longo@faa.gov>, "Kate Knorr (kate.knorr@humansolutionsinc.com)" <kate.knorr@humansolutionsinc.com>
**Date:** Thu, 20 Aug 2015 16:02:53 -0400



_____
**From:** Yoshida, Lois (FAA)
**Sent:** Thursday, August 20, 2015 3:59 PM
**To:** Harris, Molly (FAA)
**Cc:** Miller, Shirley (FAA); Fuller, Daphne (FAA); Elmore, Eric (FAA); Burleson, Carl (FAA); Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); May, Steve (FAA); Gregor, Ian (FAA); Black, Frank (FAA); Parish, Edie (FAA); Daniel, Patty (FAA); Desing, Clark (FAA); Novia, Robert (FAA); Martin, Glen (FAA); Ray, Elizabeth (FAA); McCarthy, Jodi (FAA); Burleson, Carl (FAA)
**Subject:** Thurs Aug 20, 2015 Attorney-Client Privileged -- RE: Speier Briefing - Please review and submit comments by 9AM ET

Dear Molly,



Rojas 2016-004963 AGI00020109

(b) (5)



Rojas 2016-004963 AGI00020110

Best,
Lois

Lois H. Yoshida
Environmental Law Branch (AGC-620)
Airports & Environmental Law Division
FAA Office of the Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591
Office:  (202) 267-3199
Direct Dial:  (202) 267-7842
Fax:  (202) 267-5769
E-Mail:  Lois.Yoshida@FAA.GOV

*This communication might contain communications between attorney and client, communications that are part of the agency deliberative process, or attorney-work product, all of which are privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Office of Chief Counsel before disclosing any information contained in this email.*

**From:** Harris, Molly (FAA)
**Sent:** Thursday, August 20, 2015 1:36 PM
**To:** Martin, Glen (FAA); Ray, Elizabeth (FAA); McCarthy, Jodi (FAA); Burleson, Carl (FAA)
**Cc:** Miller, Shirley (FAA); Fuller, Daphne (FAA); Yoshida, Lois (FAA); Elmore, Eric (FAA); Burleson, Carl (FAA); Maurice, Lourdes (FAA); Holsclaw, Curtis (FAA); Cointin, Rebecca (FAA); May, Steve (FAA); Gregor, Ian (FAA); Black, Frank (FAA); Parish, Edie (FAA); Daniel, Patty (FAA); Desing, Clark (FAA); Novia, Robert (FAA)
**Subject:** Speier Briefing - Please review and submit comments by 9AM ET



(b) (5)

**From:** Wentworth, Kathleen [mailto:Kathleen.Wentworth@mail.house.gov]
**Sent:** Monday, June 01, 2015 9:05 PM
**To:** Harris, Molly (FAA)
**Cc:** Beck, Paul; Chapman, Karen; Arago, Alec; Merrill, Debbie; Goldstein, Miriam; Perkins, Brian (Speier)
**Subject:** Congresswoman Speier's letter to Administrator Huerta (attached)

**Hello Ms. Harris:**

**Attached is a copy of a letter from Congresswoman Jackie Speier to Administrator Huerta. This is a follow up to their recent meeting in Washington, D.C.  A hard copy of the letter went out**

today by U.S. Mail.

**We look forward to working with you on these issues.**

*Kathleen Wentworth*

Deputy District Director
District Office of Congresswoman Jackie Speier (CA-14)
155 Bovet Road,  #780   | San Mateo, CA 94402
Phone:    650.342.0300 | Fax: 650.375.8270
E-mail:  Kathleen.Wentworth@mail.house.gov
Website:  www.speier.house.gov
Congressional Watchdog Caucus – www.speier.house.gov/watchdogcaucus

P ease cons der the env ronment before pr nt ng th s e-ma  .

<< OLE Object: Picture (Device Independent Bitmap) >>    << OLE Object: Picture (Device Independent Bitmap) >>    **<image003.jpg>**    <image004.png>

<` 150531 KJS letter to FAA Admin HUERTA SFO noise.pdf>

# RE: Town Hall: Answers to Questions

| | |
|---|---|
| **From:** | "Ash, Matthew (FAA)" <matthew.ash@faa.gov> |
| **To:** | "Rosenberg, Jenny (FAA)" <jenny.rosenberg@faa.gov> |
| **Cc:** | "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Swayze, Rich (FAA)" <rich.swayze@faa.gov> |
| **Date:** | Tue, 09 Feb 2016 17:00:21 -0500 |
| **Attachments:** | feb-11-town-hall-questions-comments-as-of-5pm-2-9.xls (97.28 kB) |

(b) (5)

-Matt

**From:** Rosenberg, Jenny (FAA)
**Sent:** Tuesday, February 09, 2016 4:22 PM
**To:** Ash, Matthew (FAA)
**Cc:** Harris, Molly (FAA); Swayze, Rich (FAA)
**Subject:** Town Hall: Answers to Questions

(b) (5)

Thanks,
Jenny

--
Jenny T. Rosenberg
Asst. Administrator for Communications | FAA
O: (202) 267-3454
(b) (6)
Jenny.Rosenberg@faa.gov

(b) (5)

(b) (5)

# RE: Town Hall: Answers to Questions

| | |
|---|---|
| **From:** | "Ash, Matthew (FAA)" <matthew.ash@faa.gov> |
| **To:** | "Swayze, Rich (FAA)" <rich.swayze@faa.gov> |
| **Cc:** | "Rosenberg, Jenny (FAA)" <jenny.rosenberg@faa.gov>, "Harris, Molly (FAA)" <molly.harris@faa.gov> |
| **Date:** | Wed, 10 Feb 2016 10:04:08 -0500 |
| **Attachments:** | feb-11-town-hall-questions-comments-as-of-10am-2-10.xls (106.5 kB) |

Per Jenny's request,
See attached spreadsheet, updated with questions received last night/this morning.
 Matt

Matthew Ash
Office of Communications (AOC)
Federal Aviation Administration
matthew.ash@faa.gov



**From:** Swayze, Rich (FAA)
**Sent:** Tuesday, February 09, 2016 7:00 PM
**To:** Ash, Matthew (FAA)
**Cc:** Rosenberg, Jenny (FAA); Harris, Molly (FAA)
**Subject:** Re: Town Hall: Answers to Questions

I took a quick look through these. We should be able to manage this relatively easily.

Rich


On Feb 9, 2016, at 5:00 PM, Ash, Matthew (FAA) <Matthew.Ash@faa.gov> wrote:

(b) (5)

-Matt

**From:** Rosenberg, Jenny (FAA)
**Sent:** Tuesday, February 09, 2016 4:22 PM
**To:** Ash, Matthew (FAA)
**Cc:** Harris, Molly (FAA); Swayze, Rich (FAA)
**Subject:** Town Hall: Answers to Questions

(b) (5)

Thanks,
Jenny

--
Jenny T. Rosenberg
Asst. Administrator for Communications | FAA
O: (202) 267-3454
(b) (6)
Jenny.Rosenberg@faa.gov

<feb-11-town-hall-questions-comments-as-of-5pm-2-9.xls>

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: transition memo

| | |
|---|---|
| **From:** | "Gore, Scott (FAA)" <scott.gore@faa.gov> |
| **To:** | "Harris, Molly (FAA)" <molly.harris@faa.gov> |
| **Date:** | Thu, 05 May 2016 10:05:25 -0400 |
| **Attachments:** | AGI 1 Transition Memo v3.doc (268.8 kB) |

(b) (5)

Scott

**From:** Harris, Molly (FAA)
**Sent:** Wednesday, May 04, 2016 7:31 PM
**To:** Gore, Scott (FAA)
**Subject:** transition memo

(b) (5)

**Molly R. Harris | Assistant Administrator (Acting)**
Office of Government and Industry Affairs | FAA
T 202.267.8211 | F 202.267.8210

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: transition memo

| | |
|---|---|
| **From:** | "Lozano, Jana (FAA)" <jana.lozano@faa.gov> |
| **To:** | "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Milberg, Rachel (FAA)" <rachel.milberg@faa.gov>, "Langdon, Brian (FAA)" <brian.langdon@faa.gov>, "Gore, Scott (FAA)" <scott.gore@faa.gov> |
| **Date:** | Thu, 05 May 2016 17:05:49 -0400 |
| **Attachments:** | AGI 1 Transition Memo v5.doc (270.34 kB) |

(b) (5)

**From:** Harris, Molly (FAA)
**Sent:** Thursday, May 05, 2016 4:10 PM
**To:** Milberg, Rachel (FAA); Langdon, Brian (FAA); Lozano, Jana (FAA); Gore, Scott (FAA)
**Subject:** transition memo

(b) (5)

**Molly R. Harris | Assistant Administrator (Acting)**
Office of Government and Industry Affairs | FAA
T 202.267.8211 | F 202.267.8210

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: UAS Advisory - Breaking News: FAA Poised to Include Limitations on Hobbyist

| | |
|---|---|
| **From:** | "Brown, Laura J (FAA)" < aura.j.brown@faa.gov> |
| **To:** | "Griffith, Dean (FAA)" <dean.griffith@faa.gov> |
| **Cc:** | "Dorr, Les (FAA)" < es.dorr@faa.gov>, "Duquette, A ison (FAA)" <a ison.duquette@faa.gov>, "Harris, Mo y (FAA)" <mo y.harris@faa.gov> |
| **Date:** | Thu, 29 Jan 2015 16:53:48  0500 |

Thanks!

**From:** Griffith, Dean (FAA)
**Sent:** Thursday, January 29, 2015 4:48 PM
**To:** Brown, Laura J (FAA)
**Cc:** Dorr, Les (FAA); Duquette, A ison (FAA)
**Subject:** RE: UAS Advisory  Breaking News: FAA Poised to Inc ude Limitations on Hobbyist

(b) (5)

Dean

**From:** Brown, Laura J (FAA)
**Sent:** Thursday, January 29, 2015 2:55 PM
**To:** Griffith, Dean (FAA)
**Cc:** Dorr, Les (FAA); Duquette, A ison (FAA)
**Subject:** FW: UAS Advisory  Breaking News: FAA Poised to Inc ude Limitations on Hobbyist

(b) (5)

**From:** Dorr, Les (FAA)
**Sent:** Thursday, January 29, 2015 2:30 PM
**To:** Brown, Laura J (FAA)
**Cc:** Duquette, A ison (FAA)
**Subject:** FW: UAS Advisory  Breaking News: FAA Poised to Inc ude Limitations on Hobbyist

See Forbes story below. How do you want to handle?

Les

1/29/2015 @ 11:26AM 1,896 views

# In A Surprise Change, FAA's Proposed Drone Rules Will Address Toy And Hobbyist Drones

**Comment Now**
**Follow Comments**

The FAA's proposed rules to govern the use of drones (technically referred to as small unmanned aircraft systems) will include rules for model aircraft and toys.  According to the Office of Management and Budget's most recent update regarding the status of the proposed rule:

The NPRM also proposes regulations for all sUAS, **including operating standards for model**

**aircraft and low performance (e.g., toy) operations**, to increase the safety and efficiency of the NAS. The FAA and sUAS community lack sufficient formal safety data regarding unmanned operations to support granting traditional, routine access to the NAS. **This proposed rule would result in the regular collection of safety data from the user community and help the FAA develop new regulations and expand sUAS access to the NAS.**

<u>That's right, according to the White House, the FAA through their NPRM is now seeking to regu ate the operation of toys.</u>  It is unclear whether the rule will regulate just the operation of drones, or as the second bolded clause indicates, will also mandate certain information reporting standards for toy/hobbyist drones.

Either way, this is a significant development — the FAA Modernization and Reform Act of 2012 made an explicit carve out for hobbyist uses, in that law Congress wrote:

> Notwithstanding any other provision of law relating to the incorporation of unmanned aircraft systems into Federal Aviation Administration plans and policies, including this subtitle, the Administrator of the Federal Aviation Administration may not promulgate any rule or regulation regarding a model aircraft, or an aircraft being developed as a model aircraft...

The FAA seems to believe that the "Notwithstanding any other provision..." clause does all of the heavy lifting in this statute, relegating the "may not promulgate any rule" provision to mere surplusage.  The FAA pins their argument to the other language in the statute which states "nothing in this section sha  be construed to  imit the authority of the Administrator to pursue enforcement action against persons operating mode  aircraft who endanger the safety of the nationa  airspace system." (That's part of the reasoning they've re ied on to enforce FAA ru es against reck ess operators).

## WHAT TO EXPECT

As I <u>pointed out</u> on November 30, 2014, the rule has been under executive review at the White House's Office of Information and Regulatory Affairs (a subordinate department within the Office of Management and Budget).  This review is the last opportunity for individuals outside of the FAA to correct the FAA's proposed rule.  (Full disclosure, I offered my thoughts on what I believed to be appropriate regulation in a meeting with the White House held in December 2014).

The FAA cannot publish the NPRM until the White House review is complete, and that review is supposed to focus on costs vs. benefits. Under the White House's standard procedures, the rule will be under review for 90 days, which means we should expect the rule before the

end of January.  However if significant changes are mandated by the White House, an additional 30 days can be tacked onto the deadline, which would push the rule's publication date back to the end of February.  With that said, I've been arguing that we will likely see the NPRM by the end of January (so today or tomorrow), but so many deadlines have been missed in this process that predicting when the rule will be published is becoming a losing game.

When the NPRM is published, we should also expect the President's Executive Order on privacy.  As I mentioned in previous posts, the Executive Order wi  segment the privacy issues re ated to drones into two categories    pub ic and private.  For pub ic drones (that is, drones purchased with federa  do ars), the President's order wi  estab ish a series of privacy and transparency guide ines.  The order wi  inc ude some operationa  guide ines, and wi  require that agencies operating drones revea  information about their use and survei ance capabi ities.  (For some possib e guide ines regarding drones and privacy, see this white paper "Drones and Aeria  Survei ance: Considerations for Legis ators").

Keep watching Forbes and my Facebook and Twitter pages for up to date information on these developments.

*Gregory S. McNeal* is a professor specializing in law and public policy.  You can follow him on *Twitter @GregoryMcNeal* or on *Facebook.*



**From:** Griffith, Dean (FAA)
**Sent:** Thursday, January 29, 2015 1:17 PM
**To:** Wi  iams, James H (FAA); Liu, Lirio (FAA); Brown, Laura J (FAA)
**Cc:** Duquette, A ison (FAA); Dorr, Les (FAA); Bury, Mark (FAA); Frenze , Robert (FAA)
**Subject:** FW: UAS Advisory   Breaking News: FAA Poised to Inc ude Limitations on Hobbyist

(b) (5)

Dean

**From:** McKenna Long & A dridge LLP [mai to:Advisories@marketing.mckenna ong.com]
**Sent:** Thursday, January 29, 2015 1:04 PM
**To:** Griffith, Dean (FAA)
**Subject:** UAS Advisory   Breaking News: FAA Poised to Inc ude Limitations on Hobbyist



## UAS Advisory
### JANUARY 29, 2015

# Breaking News: FAA Poised to Include Limitations on Hobbyist / Recreational Use of UAS in proposed new UAS Rules



**Contacts**

For add t ona
nformat on, p ease
contact:

**Mark McKinnon**
703.336.8708

**Lisa Ellman**
202.496.7184

The FAA s Not ce of Proposed Ru emak ng on Sma UAS has been under rev ew before the Wh te House s Off ce of Informat on and Regu atory Affa rs ("OIRA") s nce October 25. Th s rev ew s the ast step before the NPRM s re eased to the pub c for not ce and comment. Late th s afternoon, the brief summary of the proposed ru e on the OIRA webs te underwent an unannounced change, and the fo ow ng c ause was mod f ed, w th the new y added anguage we have h gh ghted be ow:

The FAA s propos ng to amend ts regu at ons to adopt spec f c ru es for the operat on of sma unmanned a rcraft systems (sUAS) n the Nat ona A rspace System (NAS). These changes wou d address the c ass f cat on of sUAS, cert f cat on of sUAS p ots and v sua observers, reg strat on of sUAS, approva of sUAS operat ons, and sUAS operat ona m ts. **The NPRM also proposes regulations for all sUAS, including operating standards for model aircraft and low performance (e.g., toy) operations, to increase the safety and efficiency of the NAS. The FAA and sUAS community lack sufficient formal safety data regarding unmanned operations to support granting traditional, routine access to the NAS. This proposed rule would result in the regular collection of safety data from the user community and help the FAA develop new regulations and expand sUAS access to the NAS.**

Yes, you read that r ght: the NPRM s go ng to propose operat ng standards for mode a rcraft and toy operat ons, n add t on to commerc a use of UAS. It w be nterest ng to see how the FAA pos t ons these new regu at ons n ght of the Congress ona carve-out for hobby sts. In 2012, Congress added the fo ow ng anguage to Sect on 336 of the FAA Modern zat on and Reform Act:

Notw thstand ng any other prov s on of aw re at ng to the ncorporat on of unmanned a rcraft systems nto Federa Av at on Adm n strat on p ans and po c es, nc ud ng th s subt t e, the Adm n strator of the Federa Av at on Adm n strat on may not promu gate any ru e or regu at on regard ng a mode a rcraft, or an a rcraft be ng deve oped as a mode a rcraft . . . .

That statute a so goes on to state that "noth ng n th s sect on sha be construed to m t the author ty of the Adm n strator to pursue enforcement act on aga nst persons operat ng mode a rcraft who endanger the safety of the nat ona a rspace system." It was on th s bas s that the FAA stated that t w app y the proh b t on aga nst "care ess or reck ess operat on of an a rcraft under 14 C.F.R. § 91.13 to mode a rcraft and wou d br ng c v pena ty act ons aga nst unsafe operators.

It s poss b e that the reference to "standards for mode a rcraft" cou d be a system to create add t ona vo untary standards and not forma regu atory requ rements. On the other hand, the summary a so makes om nous reference to a ack of nformat on that wou d warrant "trad t ona , rout ne access to the NAS," mp y ng that someth ng more drast c s poss b e. Wh chever t s, the new anguage makes c ear that the federa government v ews th s ru emak ng as the f rst step n an

Rojas 2016-004963 AGI00020243

terat ve UAS po cymak ng process on mode a rcraft. A key goa s the regu ar co ect on of safety data from the user commun ty so that the FAA can cont nue to deve op ref ne the regu at ons and expand access to the nat ona a rspace over t me.

If you re a hobby st or hobby st organ zat on, now s the t me to get nvo ved. Wh e the ru e s under rev ew at OIRA, stakeho ders have a cont nu ng opportun ty to meet w th the Wh te House to ta k about ts nterests n the ru e. And once the FAA s pub shed, the ent re UAS commun ty w have the further opportun ty to offer comments. G ven the ntense nterest, we trust the FAA w rece ve upwards of 100,000 comments.

We can he p. Contact us to make your vo ce heard.



**McKenna Long & Aldridge LLP** s an nternat ona aw f rm w th 500 attorneys and pub c po cy adv sors n 15 off ces and 13 markets. The f rm s un que y pos t oned at the ntersect on of aw, bus ness and government, represent ng c ents n the areas of comp ex t gat on, corporate aw, energy, env ronment, f nance, government contracts, hea th care, nfrastructure, nsurance, nte ectua property, pr vate c ent serv ces, pub c po cy, rea estate, and techno ogy. For more nformat on, v s t **mckennalong.com**.

To be added or removed from th s ma ng st, **click here**.

© 2015 MCKENNA LONG & ALDR DGE LLP  All Rights Reserved

*This Advisory is for informational purposes only and does not constitute specific legal advice or opinions  Such advice and opinions are provided by the firm only upon engagement with respect to specific factual situations  This communication is considered Attorney Advertising



Rojas 2016-004963 AGI00020245



Rojas 2016-004963 AGI00020246

# RE: UAS POLICY DEVELOPMENT CRWG

| | |
|---|---|
| **From:** | "Griffith, Dean (FAA)" <dean.griffith@faa.gov> |
| **To:** | "Owermohle, Kurt (FAA)" <kurt.owermohle@faa.gov>, "Crozier, Bill (FAA)" <bill.crozier@faa.gov>, "Raley, Charles (FAA)" <charles.raley@faa.gov>, "Williams, Dan (FAA)" <dan.williams@faa.gov>, "Brown, Laura J (FAA)" <laura.j.brown@faa.gov>, "Butters, Anthony (FAA)" <anthony.butters@faa.gov>, "Holtzman, Joshua (FAA)" <joshua.holtzman@faa.gov>, "Stone-Arthur, Elaine (FAA)" <elaine.stone-arthur@faa.gov>, "Young, Bob (FAA)" <bob.young@faa.gov>, "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Gore, Scott (FAA)" <scott.gore@faa.gov>, "Riffe, Janet (FAA)" <janet.riffe@faa.gov>, "Turner, Guy (FAA)" <guy.turner@faa.gov>, "Donahue, Ray (FAA)" <ray.donahue@faa.gov>, "Stubblefield, Angela H (FAA)" <angela.h.stubblefield@faa.gov>, "Amend, Erik (FAA)" <erik.amend@faa.gov>, "Carter, Taiya (FAA)" <taiya.carter@faa.gov>, "Might, Carol (FAA)" <carol.might@faa.gov>, "Clow, Michael J (FAA)" <michael.j.clow@faa.gov>, "Dragotto, Bonnie (FAA)" <bonnie.dragotto@faa.gov> |
| **Date:** | Thu, 06 Aug 2015 09:56:24 -0400 |
| **Attachments:** | UAS Policy Working Group Memo AGC.doc (252.42 kB) |

Kurt – here is AGC's input.

---

**From:** Owermohle, Kurt (FAA)
**Sent:** Thursday, August 06, 2015 9:12 AM
**To:** Crozier, Bill (FAA); Raley, Charles (FAA); Williams, Dan (FAA); Brown, Laura J (FAA); Butters, Anthony (FAA); Holtzman, Joshua (FAA); Stone-Arthur, Elaine (FAA); Young, Bob (FAA); Harris, Molly (FAA); Gore, Scott (FAA); Riffe, Janet (FAA); Turner, Guy (FAA); Donahue, Ray (FAA); Griffith, Dean (FAA); Stubblefield, Angela H (FAA); Amend, Erik (FAA); Carter, Taiya (FAA); Might, Carol (FAA); Clow, Michael J (FAA)
**Subject:** FW: UAS POLICY DEVELOPMENT CRWG

Folks,

(b) (5)

Thanks for your support,
V/R,
Kurt Owermohle
Manager, Preparedness and Response Division (AEO-200)
Office of National Security Programs & Incident Response
Security and Hazardous Materials Safety
FAA Washington HQ
(O) 202-267-7775 (STE)
(b) (5)
Kurt.owermohle@faa.gov

---

**From:** Owermohle, Kurt (FAA)
**Sent:** Wednesday, August 05, 2015 4:13 PM
**To:** Crozier, Bill (FAA); Raley, Charles (FAA); Williams, Dan (FAA); Brown, Laura J (FAA); Butters, Anthony (FAA); Holtzman, Joshua (FAA); Stone-Arthur, Elaine (FAA); Young, Bob (FAA); Harris, Molly (FAA); Gore, Scott (FAA); Riffe, Janet (FAA); Turner, Guy (FAA); Donahue, Ray (FAA); Griffith, Dean (FAA); Stubblefield, Angela H (FAA); Amend, Erik (FAA); Carter, Taiya (FAA); Might, Carol (FAA); Clow, Michael J (FAA)

**Subject:** UAS POLICY DEVELOPMENT CRWG

All,



Thanks,
V/R,
Kurt Owermohle
Manager, Preparedness and Response Division (AEO 200)
Office of National Security Programs & Incident Response
Security and Hazardous Materials Safety
FAA Washington HQ
(O) 202 267 7775 (STE)
(b) (6)
[Kurt.owermohle@faa.gov](mailto:Kurt.owermohle@faa.gov)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

# RE: UAS POLICY DEVELOPMENT CRWG

| | |
|---|---|
| **From:** | "Stone-Arthur, Elaine (FAA)" <elaine.stone-arthur@faa.gov> |
| **To:** | "Brown, Laura J (FAA)" <laura.j.brown@faa.gov>, "Owermohle, Kurt (FAA)" <kurt.owermohle@faa.gov>, "Crozier, Bill (FAA)" <bill.crozier@faa.gov>, "Raley, Charles (FAA)" <charles.raley@faa.gov>, "Williams, Dan (FAA)" <dan.williams@faa.gov>, "Butters, Anthony (FAA)" <anthony.butters@faa.gov>, "Holtzman, Joshua (FAA)" <joshua.holtzman@faa.gov>, "Young, Bob (FAA)" <bob.young@faa.gov>, "Harris, Molly (FAA)" <molly.harris@faa.gov>, "Gore, Scott (FAA)" <scott.gore@faa.gov>, "Riffe, Janet (FAA)" <janet.riffe@faa.gov>, "Turner, Guy (FAA)" <guy.turner@faa.gov>, "Donahue, Ray (FAA)" <ray.donahue@faa.gov>, "Griffith, Dean (FAA)" <dean.griffith@faa.gov>, "Stubblefield, Angela H (FAA)" <angela.h.stubblefield@faa.gov>, "Amend, Erik (FAA)" <erik.amend@faa.gov>, "Carter, Taiya (FAA)" <taiya.carter@faa.gov>, "Might, Carol (FAA)" <carol.might@faa.gov>, "Clow, Michael J (FAA)" <michael.j.clow@faa.gov> |
| **Cc:** | "Stone-Arthur, Elaine (FAA)" <elaine.stone-arthur@faa.gov> |
| **Date:** | Thu, 06 Aug 2015 16:25:57 -0400 |
| **Attachments:** | AEO-500 DRAFT FAA NATIONAL POLICY AND STRATEGY FOR UAS 080615.docx (288.74 kB); UAS ASH-AFS_Coord.pdf (83.36 kB); UAS ASH-AFS_Coord.jpg (223.12 kB) |

Attached are the AEO-500 suggested edits.

**From:** Stone-Arthur, Elaine (FAA)
**Sent:** Thursday, August 06, 2015 9:08 AM
**To:** Brown, Laura J (FAA); Owermohle, Kurt (FAA); Crozier, Bill (FAA); Raley, Charles (FAA); Williams, Dan (FAA); Butters, Anthony (FAA); Holtzman, Joshua (FAA); Young, Bob (FAA); Harris, Molly (FAA); Gore, Scott (FAA); Riffe, Janet (FAA); Turner, Guy (FAA); Donahue, Ray (FAA); Griffith, Dean (FAA); Stubblefield, Angela H (FAA); Amend, Erik (FAA); Carter, Taiya (FAA); Might, Carol (FAA); Clow, Michael J (FAA)
**Cc:** Stone-Arthur, Elaine (FAA)
**Subject:** RE: UAS POLICY DEVELOPMENT CRWG

(b) (5)

elaine

**From:** Brown, Laura J (FAA)
**Sent:** Wednesday, August 05, 2015 6:27 PM
**To:** Owermohle, Kurt (FAA); Crozier, Bill (FAA); Raley, Charles (FAA); Williams, Dan (FAA); Butters, Anthony (FAA); Holtzman, Joshua (FAA); Stone-Arthur, Elaine (FAA); Young, Bob (FAA); Harris, Molly (FAA); Gore, Scott (FAA); Riffe, Janet (FAA); Turner, Guy (FAA); Donahue, Ray (FAA); Griffith, Dean (FAA); Stubblefield, Angela H (FAA); Amend, Erik (FAA); Carter, Taiya (FAA); Might, Carol (FAA); Clow, Michael J (FAA)
**Subject:** RE: UAS POLICY DEVELOPMENT CRWG

Kurt,
(b) (5)



(b) (5)

Laura

---

**From:** Owermohle, Kurt (FAA)
**Sent:** Wednesday, August 05, 2015 4:14 PM
**To:** Crozier, Bill (FAA); Raley, Charles (FAA); Williams, Dan (FAA); Brown, Laura J (FAA); Butters, Anthony (FAA); Holtzman, Joshua (FAA); Stone-Arthur, Elaine (FAA); Young, Bob (FAA); Harris, Molly (FAA); Gore, Scott (FAA); Riffe, Janet (FAA); Turner, Guy (FAA); Donahue, Ray (FAA); Griffith, Dean (FAA); Stubblefield, Angela H (FAA); Amend, Erik (FAA); Carter, Taiya (FAA); Might, Carol (FAA); Clow, Michael J (FAA)
**Subject:** UAS POLICY DEVELOPMENT CRWG

All,



(b) (5)

Thanks,
V/R,
Kurt Owermohle
Manager, Preparedness and Response Division (AEO 200)
Office of National Security Programs & Incident Response
Security and Hazardous Materials Safety
FAA Washington HQ
(O) 202 267 7775 (STE)
(b) (6)
Kurt.owermohle@faa.gov

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)

(b) (5)