UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>Plaintiffs,<br><br>vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>Defendant | Case No. 16-cv-2227 (DLF) |

**STIPULATION REGARDING EXPERT WITNESS DISCLOSURE**

The Parties hereby stipulate pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure to a modification of the default timing for disclosure of Defendant's expert report in opposition to class certification.

1. Defendant disclosed any expert witness for purposes of his opposition to class certification on July 23, 2021, pursuant to the Court's June 2, 2021 minute order. This disclosure was accompanied by the expert witness's curriculum vitae.

2. Defendant may provide any expert report for a witness identified pursuant to paragraph 1 on or before July 28, 2021.

1

DATED: July 26, 2021

/s/ Zhonette M. Brown
Zhonette M. Brown, D.C. Bar No. 463407
William E. Trachman, D.C. Bar No. 502500
David C. McDonald, D.C. Bar No. CO0079
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Email: zhonette@mslegal.org
Email: dmcdonald@mslegal.org

/s/ Michael W. Pearson
Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
Telephone: (602) 258-1000
Email: mpearson@azlaw.com
*Counsel for Plaintiffs Andrew Brigida and Matthew Douglas-Cook*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ Galen N. Thorp
Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Rebecca Cutri-Kohart (D.C. Bar No. 1049030)
Michael Drezner (V.A. Bar No. 83836)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*