UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br>    Plaintiffs, <br><br> vs. <br><br> PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 16-cv-2227 (DLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT**

Andrew J. Brigida and Matthew L. Douglas-Cook ("Plaintiffs") and Pete Buttigieg ("Defendant") (collectively the "Parties"), hereby jointly move the Court for an extension of time to submit their Rule 26 status report. The Parties request that the deadline to submit the report be extended from August 27, 2021 to November 16, 2021 and in support thereof state:

1. In the Parties' Joint Status Report of May 28, 2021, ECF No. 132, the Parties proposed a schedule whereby the Parties would confer and submit a joint status report proposing a timeline for merits discovery on August 27, 2021.

2. The Court adopted the Parties' proposed schedule in its Minute Order dated June 2, 2021. The Minute Order, however, also stated that the Court would not address merits discovery until after it resolves Plaintiffs' Motion for Class Certification. Class certification is not scheduled to be complete until the end of October, 2021.

3. In light of the Court's statement that it will not address merits discovery until it has resolved class certification, and in order to allow counsel for both Parties to focus their

energies on expert matters concerning and briefing for class certification, the Parties jointly request the deadline for submitting a Rule 26 status report proposing a schedule for merits discovery be extended until November 16, 2021, slightly over two weeks after class certification briefing has concluded. The parties further request this extension because they have scheduled an expert deposition to occur on August 27, 2021.

4. The proposed extension will cause no delay, as the Court has indicated it will not establish a schedule for merits discovery until it has had the opportunity to resolve Plaintiff's impending motion for class certification.

5. For all of these reasons, and in order to provide sufficient time for the Parties to engage in a constructive conferral, the Parties jointly request an extension of time until November 16, 2021 to submit their Rule 26 report. A proposed order is attached to this Motion.

DATED: August 17, 2021

/s/ Zhonette M. Brown
Zhonette M. Brown, D.C. Bar # 463407
David C. McDonald, D.C. Bar # CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
Email: zhonette@mslegal.org
Email: dmcdonald@mslegal.org

*Counsel for Plaintiffs*

/s/ Michael W. Pearson
Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
Telephone: (602) 258-1000
Facsimile: (602) 523-9000
Email: mpearson@azlaw.com
*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ Galen N. Thorp (with permission)
Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Rebecca Cutri-Kohart (D.C. Bar No. 1049030)
Michael Drezner (V.A. Bar No. 83836)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*