# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs Andrew J. Brigida and Matthew L. Douglas-Cook and Defendant Pete Buttigieg's (collectively the "Parties") Joint Motion for Extension of Time, it is hereby:

**ORDERED** that Parties' motion is GRANTED; on or before November 16, 2021, the Parties will submit a Joint Status Report, pursuant to Federal Rule of Civil Procedure 26, detailing a proposed schedule for merits discovery.

**SO ORDERED.**

Dated: _____, 2021

_____
UNITED STATES DISTRICT JUDGE