

# Air Traffic Controller Training Initiative (AT-CTI) Program



*CTI Students Control Traffic Using a Tower Simulator at Broward College*

# Program Overview and FAQ's

Updated: 10/3/2011 V1.0 CTI School Version

# EXHIBIT 2

FAA_00007920

## Change Log

| V1.0 | Original |
|------|----------|

This document is provided as general guidance and information. This document will be updated as necessary. Although great care has been exercised to ensure its accuracy always consult the appropriate source documents. This document does not supersede any other document.

Questions, comments, corrections, or suggestions should be directed to AJL-14, ATO Technical Training

FAA_00007921

# Table of Contents

**BACKGROUND**                                                                                          **1**

**CTI Institutional Participants**                                                                      **3**

**CTI Degree Programs**                                                                                 **5**

**Partnership Agreement**                                                                               **9**

**HR Policy**                                                                                           **13**

Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures                       13

Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates                    17

Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route
Options                                                                                                 20

**ATSAT**                                                                                               **25**

**Medical Investigation**                                                                               **31**

**Security investigation**                                                                              **39**

**Controller Hiring 2005-2011 YTD**                                                                     **41**

**Evaluations**                                                                                         **43**

**Points of Contacts**                                                                                  **45**

**Calendar**                                                                                            **49**

**AT Basics Training Objectives**                                                                       **51**

**FAQ**                                                                                                 **59**

**Communications**                                                                                      **67**

**Definitions ACRONYMS and Abbreviations**                                                              **75**

FAA_00007922

FAA_00007923

# Background

The AT-CTI Program was tested in 1991 to determine whether or not colleges and universities were capable of screening and training air traffic controllers. This five-year test program was documented in FAA Order 3120.26, Pre-Hire Air Traffic Control Demonstration Program.

The objective of the demonstration program was to determine if post-secondary educational institutions could develop and validate an innovative selection process and training curriculum that encompassed the knowledge, skills, and abilities required of the air traffic control occupation (terminal and en route options) under the current air traffic operation and future automation systems. During the test period, graduates hired from this program bypassed all training or screening at the FAA Academy and reported directly to their facilities for classroom and on-the job training (OJT).

The Pre-Hire Demonstration Program was tested with five schools including: 1) Community College of Beaver County, 2) Hampton University, 3) Minneapolis Community & Technical College, 4) University of Alaska, and 5) University of North Dakota. Two evaluations were completed at the end of the test program to document the results and to determine the extent to which the program achieved its objectives. .

Based on the results of the Pre-Hire Demonstration Program, collegiate aviation was determined to be a viable method of developing and delivering air traffic curriculum and that this program could be a valuable source of new controllers.

As a result the AT-CTI program is now an FAA authority created in accordance with Congressional intent as provided for in Section 362 of Public Law 102-388 and Section 347 of the 1996 DOT Appropriations Act, which states that the Administrator may enter into new agreements and maintain existing agreements with post-secondary educational institutions, as he or she may define them, whereby such institutions prepare students for the position of FAA Air Traffic Control Specialist. The AT-CTI special appointing authority allows hiring managers to recruit eligible graduates for potential employment with the FAA.

As a result of the authority the AT-CTI Program was expanded in 1997 from five to thirteen schools

With the introduction of Air Traffic Selection and Training (AT-SAT), the FAA decided that schools would no longer need to focus on selection and screening and instead would concentrate on delivering basic air traffic knowledge. Future AT-CTI graduates would bypass the AT Basics academic portion of training only and attend a pass/fail skills based course at the FAA Academy prior to reporting to their facility.

In response to the Air Traffic Controller hiring needs, in 2006 the FAA began soliciting new schools to join the CTI Program. An announcement was sent out for interested institutions to submit a package for evaluation. Evaluation packages were reviewed by FAA evaluators analyzing the AT-CTI Program school evaluation package and conducting site visits. As a result an additional 9 schools were added in 2007, 8 in 2008, and 5 in 2009.

Since FY 2005 the FAA has hired 3412 controllers from the CTI pool, 39% of all new hires.

1

The Administrator or his or her designee may establish standards for entry of institutions into such programs and for their continued participation.

FAA_00007925

# CTI Institutional Participants

**Initial Schools**

Community College of Beaver County
Hampton University
Minneapolis Community & Technical College
University of Alaska at Anchorage
University of North Dakota

**Accepted 1996**

Vaughn College of Aeronautics, Flushing NY
Daniel Webster College, Nashua NH
Dowling College, Oakdale NY
Embry-Riddle Aeronautical University,
Daytona Beach FL
Inter American University of Puerto Rico, Bayamon PR
Miami-Dade College, Homestead FL
Middle Tennessee State University, Murfreesboro TN
Mt. San Antonio College, Walnut CA
Purdue University, West Lafayette IN



**Accepted 2007 (9)**

Arizona State University
Florida State College at Jacksonville
Green River Community College
Kent State University
Lewis University
Middle Georgia College
The Community College of Baltimore County
University of Oklahoma
Metropolitan State College of Denver

**Accepted 2008 (8)**

Aims Community College
Broward College
Eastern New Mexico - Roswell
Embry-Riddle Aeronautical University, PRC
Jacksonville University
LeTourneau University
St. Cloud State University
Tulsa Community College

**Accepted 2009 (5)**

Florida Institute of Technology
Hesston College
Sacramento City College
Texas State Technical College – Waco
Western Michigan University College of Aviation

3

FAA_00007926

4

FAA_00007927

# CTI Degree Programs

The following are the currently recognized accredited degree programs from each institution that contain the requisite FAA required curriculum to be considered for employment under the FAA AT-CTI Program.

*Institutions who wish to add additional degrees must:*

- Submit an electronic letter on institution letterhead to the Program Office requesting the addition of the degree; include the degree type, i.e. Associate or Bachelor, and a catalog description of the courses included in the degree.
- A  document, listing all the required classes for the degree
- A document providing a mapping of the FAA required AT Basics Objectives to the applicable courses where the material is taught.

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Aims Community College**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Arizona State University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Management |
| **Broward College**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Community College of Beaver County**<br>**Middle States Commission on Higher Education** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control Terminal or En Route |
| **Daniel Webster College**<br>**New England Association of Schools and Colleges, Commission on Institutions of Higher Education** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Air Traffic Control |
| **Dowling College**<br>**Middle States Commission on Higher Education** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aerospace Systems Technology |
| **Eastern New Mexico University – Roswell**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Embry Riddle Aeronautical University  - Daytona**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Air Traffic Management<br>• Aviation related when accompanied by an ATC Minor  (revised 8/3/2011)<br><br>MASTERS of Science<br>• Aeronautics (Name Changed 8/3/2011) |

FAA_00007928

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Embry Riddle Aeronautical University  - Prescott** | BACHELOR OF SCIENCE<br>• Aeronautics<br>• Aeronautical Science<br>• Applied Meteorology<br>• Aerospace Studies<br>• Air Traffic Management (added 7/18/2011) |
| **Florida Institute of Technology College of Aeronautics**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aeronautical Science Flight Option w/ATC<br>• Aeronautical Science w/ATC<br>• Aviation Computer Science w/ATC<br>• Aviation Meteorology Flight Option w/ATC<br>• Aviation Meteorology w/ATC<br>• Aviation Management Flight Option w/ATC<br>• Aviation Management w/ATC |
| **Florida State College at Jacksonville**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATES DEGREE<br>• Aviation Operations |
| **Green River Community College**<br>**Northwest Commission on Colleges and Universities** | ASSOCIATES DEGREE<br>• Air Traffic Control |
| **Hampton University**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management |
| **Hesston College**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATES OF APPLIED ARTS AND  SCIENCE<br>• Professional Pilot<br>• Air Traffic Control |
| **InterAmerican University of Puerto Rico** | BACHELOR OF SCIENCE<br>• Airway Science Management<br>• Aircraft System Management<br>• (any science) minor in ATC |
| **Jacksonville State  University**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Aviation Management<br>• Aviation Management and  Flight Operations |
| **Kent State University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautical Studies<br>• Aviation Management<br>• Flight Technology<br>• Air Traffic Control<br>• Aeronautical Systems<br>• Engineering Technology |
| **LeTourneau University**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Air Traffic Management<br>• Air Traffic Control with Flight Science Concentration<br><br>ASSOCIATES DEGREE<br>• Air Traffic Control |

6

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Lewis University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Air Traffic Control Management<br>• Minor in Air Traffic Control Management<br>• Aviation Flight Management<br>• Aviation Security<br><br>ASSOCIATES DEGREE<br>• Air Traffic Control Management<br>• Minor in Air Traffic Control Management<br>• Aviation Flight Management<br>• Aviation Security |
| **Metropolitan State College of Denver**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Technology |
| **Miami Dade College**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATES DEGREE<br>• Aviation Administration<br>• AS Professional Pilot Technology |
| **Middle Georgia College**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE<br>• Air Traffic Management<br><br>ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Management |
| **Middle Tennessee State University**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | BACHELOR OF SCIENCE: AEROSPACE |
| **Minneapolis Community and Technical College**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control |
| **Mount San Antonio College**<br>**Western Association of Schools and Colleges, Accrediting Commission for Community and Junior Colleges** | ASSOCIATES DEGREE<br>• Aviation Science |
| **Purdue University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | MASTERS OF SCIENCE<br>• Aviation Technology<br><br>BACHELOR OF SCIENCE<br>• Aviation Technology<br><br>ASSOCIATES DEGREE<br>• Aviation Technology |
| **Sacramento City College**<br>**Western Association of Schools and Colleges, Accrediting Commission for Community and Junior Colleges** | ASSOCIATES DEGREE<br>• Air Traffic Control |
| **St. Cloud State University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Operations<br>• Professional Flight<br>• Management |
| **The Community College of Baltimore County**<br>**Middle States Commission on Higher Education** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control: Terminal or Enroute |
| **Texas State Technical College - Waco**<br>**Southern Association of Colleges and Schools, Commission on Colleges** | ASSOCIATES OF APPLIED SCIENCE<br>• Applied Science in Air Traffic Control |

7

FAA_00007930

| Institution/Accreditation | Approved Degree Program |
|---|---|
| **Tulsa Community College**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | ASSOCIATES OF APPLIED SCIENCE<br>• Aviation Sciences Technology<br>• Air Traffic Control |
| **University of Alaska Anchorage**<br>**Northwest Commission on Colleges and Universities** | ASSOCIATES OF APPLIED SCIENCE<br>• Air Traffic Control<br><br>BACHELOR OF SCIENCE<br>• Aviation Technology ATC emphasis. |
| **University of North Dakota**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aeronautics w/major in ATC |
| **University of Oklahoma**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Management ATC Minor<br>• Aviation-Air Traffic Management<br>• Aviation Professional Pilot-Air Traffic Minor |
| **Vaughn College of Aeronautics and Technology**<br>**Middle States Commission on Higher Education** | ASSOCIATES OF APPLIED SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Electronic Engineering Technology (Avionics Option)<br><br>BACHELOR OF SCIENCE<br>• Airport Management<br>• Aircraft Operations<br>• Aviation Maintenance<br>• Airline Management<br>• Aviation Maintenance Management<br>• Airline Management<br>• Electronic Engineering Technology (Avionics Option) |
| **Western Michigan University**<br>**North Central Association of Colleges and Schools, The Higher Learning Commission** | BACHELOR OF SCIENCE<br>• Aviation Flight Service<br>• Aviation Maintenance Technology<br>• Aviation Science and Administration |

FAA_00007931

# Partnership Agreement

**1. Background**

The Federal Aviation Administration (FAA) and CTI Institutional Participant, desire to collaborate via this partnership agreement to best serve the interests of both parties.

**2. Purpose and Scope**

The FAA has established the Collegiate Training Initiative (CTI) program for the purpose of implementing the FAA's intent of using collegiate aviation as one of the primary means of meeting the future needs of the agency for air traffic control specialists (ATCS).  The purpose of this partnership are to encourage and facilitate collaborative efforts between the two parties with respect to an emphasis on collegiate aviation as an active source of future recruitment of ATCS's, and to promote a collegial environment wherein knowledge is shared with mutual respect for the institutional goals of each party.  The intent of this document is to express the desire of the FAA to work in cooperation with CTI Institutional Participant to achieve the goals of the CTI program.  Nothing contained herein is intended to prohibit either party from collaborating with any other organization, entity, or individual in the subject areas of interest.

**3. Funding**

This partnership agreement in no way obligates the FAA to any financial expenditures.  Activities carried out by each party in support of this partnership are to be funded by the respective parties. Nothing contained herein is intended to prohibit either party from seeking and awarding funding available under any other program.

**4. Term of Agreement**

This partnership shall commence as of the last date entered in the signature block below.  It may be terminated by either party after thirty (30) days written notice to the other party.

Recruitment of CTI program graduates will not be in effect until completion of all FAA recommendations, which have been communicated to the institution.  Upon completion and approval of these activities by the specified FAA organizations, eligible program graduates can be considered for employment.

**5. Amendments**

This partnership agreement may be modified only by a written amendment.  Any amendment must be jointly executed by the duly authorized representatives of both parties.

**6. Roles, Responsibilities, and Expectations**

   **Federal Aviation Administration**

   - Provide access to current CTI-related technical documents (orders, directives, etc.)
   - Provide electronic versions or a single hard copy of curriculum materials and guidance to

9

include lesson plans, student handouts, and multimedia materials

- Provide technical advice and support
- Provide academic diagnostic testing materials
- Provide institutions with feedback
- Establish appropriate forums for regular communication among participating institutions and the FAA
- Consider recommended graduates for employment on the basis of FAA needs

**CTI Institutional Participant**

- Ensure that the curriculum satisfies the CTI teaching objectives
- Ensure that the faculty is knowledgeable in current air traffic policies, procedures, and curriculum
- Provide counseling for students in all aspects of the CTI program
- Ensure that CTI-related advertising accurately reflects the intent of the CTI program, including employment opportunities



Broward

- Provide an institutional recommendation for employment

## 7. CTI Program Graduate Qualification Requirements and Expectations

To qualify for employment consideration with the FAA, CTI program graduates must meet all legal and regulatory requirements including, but not limited to, the following:

- Achieve a qualifying score on the current FAA testing procedures
- Successfully complete the FAA interview process
- Receive institutional recommendation
- Meet entry level ATCS medical standards
- Pass a pre-employment drug test
- Pass the background investigation for security and suitability
- Have U.S. citizenship
- May not have reached their 31st birthday prior to initial appointment in the terminal or en route options

10

- Complete institutional graduation requirements

- Complete course work including all CTI-specific required courses

- Be able to read, write, and understand the English language and speak it rapidly without accent or impediment of speech that would interfere with two-way radio conversation

## 8. Summary

The FAA's employment goals include a need for a highly trained work force and the desire to enhance the cultural diversity of the work force.  For any CTI graduates selected for employment, the FAA's intent is to assign these employees to targeted geographical areas.  However, the actual assignments for the employees selected from the CTI program will depend upon the current needs of the FAA.  CTI program graduates must understand that employment is not guaranteed for any individual.

FAA_00007934

12

FAA_00007935

# HR Policy

## HROI - Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

***This HROI established:*** *April 1, 2007*
***This version effective:*** *April 1, 2007*
***Use this HROI in conjunction with:***

- *HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates*
- *EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options*

1.   **Purpose:** This document implements the Standard Operating Procedures (SOP) for the Air Traffic - Collegiate Training Initiative (AT-CTI) Program and provides instructions and guidance to all FAA offices to assist them in implementing these procedures.

2.   **Background**: In 1990, the FAA established the AT-CTI program for the employment of Air Traffic Controllers. Graduates who meet the basic qualification requirements for the AT-CTI program may be considered for employment in terminal and en route facilities.

3.   **Definitions:**

   a.   **AT-CTI. Air Traffic – Collegiate Training Initiative:** A program established for the employment of entry level Air Traffic Controllers in the terminal and en route options.

   b.   **AT-CTI Inventory:** A centralized register of AT-CTI candidates maintained by the Aviation Careers Division. The AT-CTI Inventory tracks important information about applicant eligibility including graduation date, recommendation status, and AT-SAT score. This inventory is used for placement and hiring of AT-CTI students.

   c.   **AT-SAT Air Traffic – Selection and Training:** A required computer-based entrance exam for the Air Traffic Controller occupation in the terminal and en route options.

   d.   **NET. Notice of Eligibility to Test:** A notice issued by the Aviation Careers Division that authorizes applicants to take the AT-SAT test.

   e.   **NOTR. Notice of Test Results:** A notice issued by the Aviation Careers Division that provides the results of the AT-SAT test. This notice does not indicate employment eligibility.

   f.   **On-Hold Rule:** An AT-SAT score of 70 or above will be placed in a hold status for students in the AT-CTI program until the candidate graduates from an FAA approved AT-CTI program. The score is activated upon graduation and is valid for three years from the candidate's graduation or eligibility date. The On Hold Rule applies to AT¬CTI candidates only.

4.   **AT-CTI Program Management Responsibilities**

   a.   ATO-A, the Office of Acquisition & Business Services within the Air Traffic Organization (ATO):

      i.   Serves as the Program Manager for the AT-CTI program and as liaison between the colleges and the FAA.

      ii.   Funds the administration of the AT-SAT test.

   b.   Office of Human Resources Management Programs and Policies, AHP, supports Acquisition & Business Services by developing and managing issues and policies relating to the

13

qualifications, recruitment, and employment of AT-CTI graduates.

    c.      AMH-300, the Aviation Careers Division within the Office of Human Resource Management:

        i.      Maintains the centralized hiring of AT-CTI graduates, the overall management of the AT-CTI Inventory, and authorizes pre-employment testing of all AT-CTI students

        ii.     Reviews applications for completeness, to include registration with the selective service, and verifies veterans' preference.

    d.      The Office of Aerospace Medicine develops policy and manages the medical clearances for AT-CTI graduates.

    e.      The Assistant Administrator for Security & Hazardous Materials develops policy and manages the security clearances for AT-CTI graduates.

5.   **Management of the AT-CTI Inventory:** The Aviation Careers Division is responsible for the overall management of the AT-CTI Inventory.

    a.  Establishment of the AT-CTI Inventory: All AT-CTI schools will provide the Aviation Careers Division an electronic list of students enrolled in the AT-CTI Program. This list should be provided as soon as practical after enrollment in the ATÂ¬CTI program. The list will include:

        i.     Student Name

        ii.     Address

        iii.    Daytime Phone Number

        iv.    Nighttime Phone Number

        v.     Email address

        vi.    Social Security Number

        vii.   Date of Birth

        viii.  Projected Graduation Date

        ix.    Date Additional Course of Instruction

    b.  Maintenance of the AT-CTI Inventory: The Aviation Careers Division establishes and maintains a roster of AT-CTI students and an inventory of eligible candidates. Candidate records are updated by the Aviation Careers Division to reflect changes or corrections as reported by the student/graduate or the AT-CTI school as appropriate. Information in each record includes:

        i.     Personal Information including the data listed in paragraph 5a.

        ii.     AT-CTI School

        iii.    AT-SAT Score

        iv.    Graduation Date

        v.     Employment Eligibility Status

        vi.    Geographic Preference

        vii.   Cumulative Grade Point Average

        viii.  Veterans' Preference

        ix.    Self-Certified Citizenship

        x.     Military Discharge Date

    c.  Removal from the AT-CTI Inventory: There are several ways in which a candidate will be removed from the AT-CTI Inventory including:

14

i.   FAA approved AT-CTI school official does not recommend the candidate.

ii.   Candidate does not achieve a passing score on the AT-SAT test after two consecutive attempts.

iii.   The candidate was not selected within three years of graduation and did not request or receive approval for an extension of eligibility.

iv.   Candidate reaches age 31.

v.   The candidate fails to meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6.

6.   **Basic Qualification Requirements for AT-CTI Graduates:** To be considered for employment with the FAA, AT-CTI graduates must:

a.   Successfully complete the FAA approved AT-CTI program including:

i.   Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.

ii.   Receiving an institutional recommendation for employment from an authorized school official.

b.   Achieve a passing score (70 or above) on the AT-SAT test.

c.   Be a United States citizen at the time of application for the AT-SAT test.

d.   Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.

e.   Meet FAA medical, security, and suitability requirements; and

f.   Successfully complete an interview to determine whether the candidate possesses the personal characteristics necessary for the performance of air traffic control work and that the candidate is able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

7.   **Eligibility Requirements for AT-CTI Graduates:** The AT-CTI Program is designed to provide the FAA with qualified applicants for air traffic controller positions who possess a broad-based knowledge of the aviation industry with specific education in air traffic control. Due to the education received at approved AT-CTI schools, candidates hired through this program are authorized to by-pass the Air Traffic Basics Course at the FAA Academy in Oklahoma City.

a.   AT-CTI Eligibility: Candidates are eligible to be hired through the AT-CTI Program for three years after their graduation date.

b.   Extending AT-CTI Eligibility: Candidates who have passed the eligibility period may apply to have their eligibility extended in accordance with HROI: Eligibility Period for Air Traffic Collegiate Training Initiative Graduates.

c.   Establishing Eligibility for Previous AT-CTI Graduates: Students who graduated from an AT-CTI school with a qualifying aviation degree, including the AT-CTI required courses, and did not establish eligibility for employment consideration under the AT-CTI program may elect to do so under the following guidelines:

i.   (1) The candidate is within two years of their graduation date.
(Note: With regard paragraph 7ci, AT-CTI graduates who enter active military duty after graduation will be given the opportunity to be considered under the AT-CTI program once they are released from active duty, provided they continue to meet all other eligibility requirements. Eligibility must be established within one year of being released from active duty.)

ii.   The candidate must meet the Basic Qualification Requirements for AT-CTI Graduates detailed in paragraph 6 of this document.

iii.   The candidate must be identified to the FAA as an AT-CTI student by an authorized school official.

15

      iv.    The candidate may be authorized to take the AT-SAT exam.

      v.    The AT-CTI Inventory will indicate the graduation date on the school transcript. (Note: Employment eligibility will be reduced depending upon the length of time between graduation and when the candidate establishes eligibility.)

      vi.    Candidates may apply for an eligibility extension in accordance with paragraph 7b of this document.

  d.  Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program may not reapply through this hiring source.

8.    **Administration of AT-SAT Testing:** AT-SAT testing is conducted in accordance with EMP-1.7 (Series 2152): Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En route Options. The Aviation Careers Division is responsible for coordinating AT-SAT testing for AT-CTI students. The following guidelines are used for the administration of AT-SAT testing:

  a.  The Aviation Careers Division issues the authority for AT-CTI students to take the AT-SAT test.

  b.  To qualify for AT-SAT testing, AT-CTI students must:

      i.    Have completed specific coursework at the AT-CTI school indicating commitment to the program. Qualifying coursework is determined by the AT-CTI school and approved by the FAA.

      ii.    Be identified by an authorized school official as an AT-CTI student.

      iii.    Submit a signed self-certification of citizenship to the Aviation Careers Division.

      iv.    Be able to provide own transportation to and from the test site.

      v.    Meet FAA testing parameters at time of testing.

  c.  The Aviation Careers Division issues a Notice of Eligibility to Test (NET) authorizing candidates to be tested.

  d.  The Aviation Careers Division provides a Notice of Test Results (NOTR) to each candidate and updates the AT-CTI Inventory to reflect the AT-SAT score.

  e.  The On-Hold Rule for the AT-SAT test score is used.

  f.  Candidates who take the AT-SAT exam for the first time and fail must wait one year from the date of the initial exam before retesting.

  g.  Candidates who take the AT-SAT exam and achieve a passing score are not authorized to retake the test under the AT-CTI Program to improve their test score.

  h.  Candidates who take the test and do not achieve a passing score after two consecutive attempts are not allowed to retake the test through the AT-CTI program. This does not preclude them from applying through other hiring methods.

  i.  The second AT-SAT score will replace the first AT-SAT score regardless of the outcome.

9.    **Employment of AT-CTI Graduates:** Employment of AT-CTI graduates in the En Route & Oceanic Service Unit and Terminal Service Unit is in accordance with established FAA hiring policies and practices used to fill air traffic control positions.

FAA_00007939

## HROI - Eligibility Period for Air Traffic Collegiate Training Initiative (AT-CTI) Graduates

*This HROI established: May 26, 2006*
*This version effective: April 1, 2007*
*Use this HROI in conjunction with:*

- EMP-1.10 Permanent External Hiring
- EMP-1.11 Temporary External Hiring
- EMP-1.20 Maximum Entry Age for Air Traffic Control Specialists
- EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

## Background Information

The FAA AT-CTI program is a separate and distinct recruitment source for terminal and en route air traffic controller candidates. This group of candidates consists of graduates from certain colleges and universities that provide a pre-approved major course of study and recommendations for employment.

All AT-CTI candidates must obtain passing AT-SAT scores.

Because the AT-CTI curriculum provides appropriate education, experience, and training which meet the basic requirements for the terminal and en route air traffic occupations, AT-CTI graduates may be permitted to bypass some of the FAA Academy's Air Traffic Control Training program.

The Aviation Careers Division (AMH-300) maintains an inventory of eligible AT-CTI candidates. Referral eligibility for the candidates is initially a three-year period after graduating from a CTI college or university. Eligibility to remain in the CTI inventory expires if the candidate is not referred or is not selected during the initial three-year eligibility period.

This Human Resources Operating Instruction (HROI) establishes a process for extending candidates' eligibility on the AT-CTI inventory. Candidates may request one-year eligibility extensions. This change will help the FAA successfully fulfill the Controller Workforce Plan to increase hiring of air traffic and en route controllers by maintaining a ready source of candidates in a viable active inventory of eligible AT-CTI candidates.

## General Requirements

- Candidates whose three-year eligibility on the inventory has expired or will expire within 60 calendar days may apply to continue to have their names on the inventory.

- Candidates who reestablish eligibility under this policy will be eligible for one additional year from the date that AMH-300 approves the request. Candidates may continue to reapply and have their names placed on the inventory in one-year increments after each additional year expires, until they reach the maximum entry age.

- If applicants have a valid Air Traffic Selection and Training (AT-SAT) test score in accordance with EMP-1.7 (Series 2152): Testing Policy For Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options, they will not be required to retest. Approval will be based on all requirements being met.

- Candidates whose air traffic control specialist pre-employment test score expires prior to their being granted an extension must take and pass the AT-SAT examination in order to be eligible for an extension. Special testing sites will not be provided. Testing will be done in conjunction with current AT-CTI school testing. Applicants should keep in contact with AMH-300 for future testing cycles.

- Candidates who receive two consecutive non-qualifying AT-SAT test scores will not be allowed to retake the test for entrance on the AT-CTI inventory. This does not preclude candidates from applying through other hiring methods (e.g., general public announcement); however, they must wait the allotted time in accordance with national policy from the date of their last test.

17

FAA_00007940

- The Air Traffic Organization (ATO) may require that candidates who are granted these extensions take refresher training or take portions of the FAA Academy Air Traffic Training program that AT-CTI graduates are normally permitted to bypass.

## Who is eligible?

To apply for an extension, applicants must meet all of the following requirements:

- Have been identified by an AT-CTI school,
- Have received an AT-CTI school recommendation,
- Have passed a pre-employment test,
- Have submitted all appropriate paperwork to AMH-300 (i.e., geographic preference sheet, etc.), and
- Be under the maximum entry age.

**Please Note:** In addition to meeting the requirements stated above, applicants are required to have a valid AT-SAT test score of 70 or higher before an extension is approved.

## Who is not eligible?

Applicants who meet one of the following conditions under the AT-CTI program are not eligible to request an extension:

- Removed - Suitability,
- Removed - Medical,
- Failed to respond to official correspondence,
- Correspondence returned unclaimed, or
- Over the maximum entry age.

## How to apply?

Applicants must complete and return the Request for Air Traffic Collegiate Training Initiative Extension form (MS Word) to AMH-300 using one of the following methods:

- Fax to 405-954-8531, or
- E-mail to 9-amc-amh-cti@faa.gov, or
- Regular mail to:
  Aviation Careers Division
  AMH-300
  P.O. Box 25082
  Oklahoma City, OK 73125

## Extension Procedures

**Step 1. The The AMH-300 AT-CTI Program Manager will:**

- Verify applicant record to ensure that eligibility requirements are met,
- Notify applicant of eligibility/ineligibility for extension and to include notification that AT-SAT testing will be scheduled at a later date, and
- Send applicant's name to the AMH-300 Testing Officer with the next group of AT-CTI applicants who are authorized to take AT-SAT.

**Step 2. The AMH-300 Testing Officer will send authorized applicant's name to AT-SAT Test Administrator.**

**Step 3. AT-SAT Test Administrator will:**

- Notify applicant,

18

- Schedule applicant to test (applicant will be tested with AT-CTI schools),
- Administer AT-SAT test, and
- Send test results to AMH-300 Testing Officer.

**Step 4. The AMH-300 Testing Officer will:**

- Enter all test results into database, and
- Notify the AMH-300 AT-CTI Program Manager that all test scores have been processed.

**Step 5. The AMH-300 AT-CTI Program Manager will:**

- Notify applicant of approval/disapproval of extension, which includes test score results and/or eligibility/ineligibility to apply for future extensions, and
- Place applicant's name on the inventory for one year from the date of approval.

## Maximum Entry Age

This policy does not change or supercede any laws, regulations, or agency policies related to the maximum entry age for air traffic controllers.

## Points of Contact

Questions about this guidance should be directed to the ATO Support Team, AHR-4, on (202) 267-9862.

FAA_00007942

## HRPM EMP-1.7 (Series 2152) Testing Policy for Filling Entry Level Air Traffic Control Specialist Positions in Terminal and En Route Options

Updated: 10:23 am ET June 11, 2010

---

**This Supplement applies to:** Filling entry-level air traffic control specialist (ATCS) positions in the terminal and en route options.

**Supplement established on:** April 1, 2007

**This version effective:** April 1, 2007

**Use this supplement in conjunction with:** EMP-1.7, Qualification Requirements

**Background information:** This supplement replaces Policy Bulletin #8. Changes were made in this supplement to include increasing the valid period of an Air Traffic Selection and Training test score from 2 years to 3 years. Other changes made were to bring the document into agreement with the Air Traffic Organization (ATO) structure.

Changes made to this document were coordinated between AHR and ATO. References to ATO internal administrative processes, roles, and procedures have been deleted. Responsibility for determining who must take AT-SAT was deleted as that is covered by this supplement and would be covered by the change procedures for the Human Resources Policy Manual. Reference to Human Resources Management Division, Mike Monroney Aeronautical Center, AMH-1, internal standard operating procedures has also been deleted.

---

1. **Policy:** Individuals covered by this supplement are required to pass Air Traffic Selection and Training (AT-SAT) prior to employment as an entry level ATCS in the terminal and en route options. AT-SAT is used in place of the Office of Personnel Management (OPM) written test for ATCS candidates and any further screening previously required, specifically the FAA Academy Screening Program or the Pre-Training Screen.

    a. All candidates must meet the established qualification requirements or alternatives in accordance with the guidelines contained in EMP-1.7, Qualification Requirements.

    b. Applicants seeking entry-level positions in the flight service option are subject to passing the OPM test for ATCS positions.

2. **Definitions:**

    a. **AT-CTI - Air Traffic Collegiate Training Initiative:** A program established for employment of entry level ATCS in the terminal and en route options.

    b. **AT-SAT - Air Traffic Selection and Training:** Computer based examination that screens potential candidates for entry-level ATCS positions in the terminal and en route options.

    c. **COTR - Contracting Officer's Technical Representative:** Refers to a Government employee who certifies payment and coordinates contracts with the contractor.

    d. **NET - Notice of Eligibility to Test:** A notice issued applicants to take the AT-SAT test.

    e. **NOTR - Notice of Test Results:** A notice that does not reflect eligibility for ATCS positions, but gives results of the test.

    f. **"On-Hold" Rule:** Students in the AT-CTI program with an AT-SAT score of 70 or above will be placed in a "hold" status until the applicant graduates from an FAA approved AT-CTI program. The

20

FAA_00007943

score is activated upon graduation and is valid for 3 years from the student's graduation date. The "on-hold rule" applies only to those students in the AT-CTI program.

g. **SMS -Score Management System:** A database that stores and maintains applicant AT-SAT test scores.

h. **VRA - Veterans Readjustment Appointment:** A special appointing authority by which agencies can, if they wish, appoint eligible veterans without competition to positions up to the applicable pay band permitted by FAA policy.

## 3. Coverage:

a. The following groups of individuals must pass AT-SAT to be eligible for selection for entry level terminal and en route ATCS positions:

   i. Individuals applying under a vacancy announcement open to the general public;

   ii. Candidates applying based on successful completion of AT-CTI programs;

   iii. Individuals who are part of the OPM inventory who did not take and successfully pass the Pre-Training Screen;

   iv. Former military personnel (with or without ATC experience) who apply to a specific vacancy announcement that states that passing AT-SAT is a qualification requirement;

   v. Entry level internal applicants (e.g., selections under provisions outlined in EMP-1.14, Permanent Internal Assignments).

b. The following groups of individuals shall not be required to take AT-SAT to be eligible for selection:

   i. Former FAA controllers seeking reinstatement (e.g., former PATCO controllers);

   ii. Former military controllers who are eligible and are selected under a Veterans Readjustment Appointment (VRA);

   iii. Department of Defense civilian controllers (DOD 2152's);

   iv. Former military controllers selected under the Retired Military Air Traffic Controllers Program.

## 4. Program Administration

**a. Test Administration:**

   i. **Contractor conducted testing:** AT-SAT may be administered by a test company awarded an FAA-wide government contract to provide AT-SAT testing services.

   ii. **Government conducted testing:** Under special circumstances, ATO may request that AHR conduct testing at certain locations without the involvement of the contractor.

   iii. **Selection to take AT-SAT:** Passing AT-SAT is an eligibility requirement for entry-level employment in the terminal or en route options. Selection to take the test battery shall be in accordance with merit principles.

**b. Travel and transportation to an AT-SAT test site:** Applicants are responsible for all travel expenses incurred to and from an AT-SAT test site.

**c. Re-testing or re-examination using AT-SAT:**

   i. **Re-testing is not guaranteed:** Applicants must apply through an appropriate and available hiring procedure or be participating in a recognized AT-CTI program to be considered for re-testing.

   ii. **Individuals who pass:** Applicants who pass the AT-SAT with a score of 70 or above are eligible to retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

FAA_00007944

      iii. **Individuals who fail:** Applicants who fail the AT-SAT with a score of below 70 may retest one year (12 months) from the initial test date. Regardless of the score, the second test score replaces the first score.

      iv. **Individuals who do not complete taking AT-SAT:** Applicants who do not complete the test may retest one year (12 months) from the initial test date.

      v. **Exceptions to the one-year waiting period:** Exceptions to the one-year waiting period may be made in situations where candidates are unable to complete the test for technical reasons; such as power failure, where the test administrator must stop the test for other reasons that are outside the candidate's control, and in a limited number of other cases as specified by the agency.

  d. **Valid period:** Applicants' scores are valid for 3 years, except for AT-CTI students who use the "on-hold" rule. AT-SAT results may be used for any hiring source during the valid period.

  e. **Qualification Requirements**: All qualification requirements of the position to be filled (e.g., maximum entry age, etc.) must be met before entering on duty.

5. **Program Responsibilities:**

  a. **Office of Human Resources Management Programs and Policies, AHP, is responsible for:**

      i. Conducting testing and providing the COTR for test administration contracts;

      ii. Testing procedures;

      iii. Exceptions/decisions to re-test candidates that are not addressed in the standard operating procedures (SOP's);

      iv. Resolving unusual testing problems;

      v. Approving/disapproving requests received from ATO for special testing sessions;

      vi. Responding to inquiries from outside entities (e.g., Congress, etc.);

      vii. Certifying contractor invoices for payment; and

      viii. Contacting the contractor regarding any incidents.

      ix. Programming, maintenance, and operation of staff acquisition software applications and appropriate interfaces to:

         i. Support the generation of lists of applicants eligible for AT-SAT testing

         ii. Record applicant AT-SAT test scores for use in referral of applicants; and

      x. Providing user instructions, training, and technical support to AMH-300 relative to the staff acquisition software applications and interfaces.

  b. **Vice President of Business and Acquisition Services, ATO-A, is responsible for:**

      i. Communicating the ATO's testing needs and hiring requirements to AHR;

      ii. Funding AT-SAT testing.

  c. **Office of Human Resource Management, Aviation Careers Division, AMH-300, is responsible for:**

      i. Exchanging information about examinees with the test administration contractor;

      ii. Day to day resolution of testing problems such as determining if "no-shows" may be re-scheduled, etc.;

      iii. Maintaining the SMS database of who has taken AT-SAT and their scores;

      iv. Serving as the single point of contact for the contractor for issuing test authorizations;

      v. Providing the names of AT-CTI candidates to be tested;

22

      vi.      Resolving candidate problems, such as authorizing extensions for testing periods or retest issues;

6. **Recruitment:** See the Human Resources Policy Manual (HRPM) chapters Permanent External Hiring (EMP-1.10) and Permanent Internal Assignments (EMP-1.14).

7. **Referral of Applicants**: The category grouping method, in which candidates are divided into "qualified" and "well qualified" groups, is mandatory when referring applicants who have passed AT-SAT. AMH-300 is responsible for grouping candidates. Applicants are grouped as follows:

   a. Well-Qualified applicants are those who passed AT-SAT with a score of 85 or higher.

   b. Qualified applicants are those who passed AT-SAT with a score of 70-84.9. The provisions outlined in EMP-1.12, Veterans' Preference in Hiring, apply when making selections under external competitive appointment procedures. Also refer to the HROI entitled, Method of Evaluating Candidates.

**Note:** This section should not be interpreted to mean that only scores of 85 or above are acceptable. Using the category ranking method, selecting officials may request the names of all candidates or only those in the well-qualified group (all CP and CPS veterans who pass the test must be referred regardless). If there are an insufficient number of candidates in the well qualified group, all candidates from the qualified group must be considered before resorting to testing more applicants for the same hiring effort.

8. **Exceptions**: Requests for exceptions to provisions of this policy should be submitted to the Manager, HR ATO Support Team. Exceptions are considered on a case-by-case basis. A request for an exception must clearly describe the exception requested, the reason for the request, and the impact if the request is granted.

---

**Related Information**

**Policies**

EMP-1.7 Qualification Requirements
EMP-1.10 Permanent External Hiring
EMP-1.12. Veterans' Preference in Hiring
EMP-1.14 Permanent Internal Assignments

**Human Resource Operating Instructions**

Method of Evaluating Candidates

Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures

23

24

FAA_00007947

# ATSAT

## AIR TRAFFIC Selection and Training

AT-SAT is a computer-based examination that assesses if job applicants have certain characteristics needed to perform effectively as air traffic controllers. Some of the abilities and characteristics assessed by AT-SAT include:

- Prioritization • Decisiveness
- Tolerance for high intensity
- Problem solving
- Composure
- Visualization
- Planning
- Working cooperatively

- Execution
- Numeric ability
- Thinking ahead
- Working with angles
- Taking "charge
- Movement detection
- Reasoning

The total maximum time to take AT-SAT is 8 hours. Included in this testing time are two scheduled 15-minute rest breaks and a maximum 45-minute lunch break.

There are 8 tests within AT-SAT. These are called:

- Scan
- Dial Reading
- Angles
- Applied Math

- Experience Questionnaire
- Analogies
- Letter Factory
- Air Traffic Scenario

Each sub-test starts with a section explaining the test and providing ungraded practice questions. The more complex tests have correspondingly more extensive explanations and practice questions.

### SCAN

In this test, multiple moving blocks of data appear at random on the computer screen. The numbers that appear in the data blocks will be either inside or outside a specific range displayed on the bottom of the computer screen. Scoring of the test is based on how quickly and accurately candidates can identify data blocks with numbers outside the specified range.



Type the identification numbers contained in the data block with lower line numbers falling beyond the range (360-710).

25

FAA_00007948



**READING**

Air traffic controllers must be able to perceive visual information quickly and accurately and perform simple processing tasks like comparisons. The Dial Reading test assesses ability to read dials quickly and accurately.

Temp.

1) 22     2) 24     3) 28     4) 30     5) 45

## ANGLES

Air traffic controllers must recognize angles and perform calculations on those angles. The Angles test measures the ability to perform these tasks.





26

## APPLIED MATH

This test consists of word math problems with four possible answers for each problem. All of the questions involve calculating time, distance, or speed based on information given in the problem. All problems involve the movement of aircraft. Knowledge of knots or nautical mile terminology is not required to determine the answer. Scoring of the test is based on the number of problems answered correctly.

An aircraft has flown 375 miles in 90 minutes.  What is the aircraft's ground speed?

A.  150 kts
B.  200 kts
C.  250 kts
D.  300 kts

You freeze and don't know what to do when in a stressful situation.

1- Definitely True
2- Somewhat True
3- Neither True nor False
4- Somewhat False
5- Definitely False

## EXPERIENCE

Air traffic controllers must possess certain work-related attributes to perform their job well. The Experience Questionnaire determines whether candidates have these attributes by asking about Past experience. There are no correct or incorrect answers. People will respond differently based on what is true for themselves.

27

## ANALOGIES

Air traffic controllers must solve reasoning problems by knowing which rules apply to a situation and then applying those rules. The Analogies test measures reasoning ability in applying the correct rules to solve the problem. The test consists of both word and visual items.





## LETTER FACTORY



Fig.-1

This test measures three abilities required to perform the air traffic controller job:

1. Planning and deciding what action to take in a given situation.
2. Thinking ahead to avoid problems before they occur.
3. Maintaining awareness of the work setting.



Fig -2

In the first of several scenarios, letters move down each conveyer belt as show in Figure-i. Candidates must place the correctly colored letter in the correct color box at the bottom of the diagram using the computer mouse. Candidates are asked to move empty boxes from the storage area to the loading area, order new boxes when supplies become low, and call Quality Control when "defective" letters appear. They are also asked to answer multiple choice questions about the letter factory display.

Figure-2 shows the second type of question used in this test. Candidates are asked to answer multiple "situational awareness" questions based on the rules provided for this test and previous test scenarios. (NOTE: In the examples provided. Figure-i cannot he used to answer Figure-2.)

28

## Air Traffic Scenarios

This test simulates air traffic situations and measures the ability to safely and efficiently guide airplanes. The test uses simple rules and does not require that candidates have knowledge of air traffic control.

Candidates are presented with simulated air traffic situations. Aircraft appear on the screen and must be routed to an appropriate exit or airport. All situations involve the movement of aircraft. Scoring of the test is based on how quickly and accurately the aircraft are directed to their destinations. There are practice and graded scenarios of different lengths and numbers of aircraft. All inputs to the computer are by mouse button.



## HELPFUL HINTS

1. Arrive for the testing session on time.
2. Take the rest breaks provided. Some of the tests can be mentally taxing. The test breaks are organized to help you stay alert, relaxed and concentrate.
3. Read the directions. The directions do not try to fool or trick you, but some of the questions are quite challenging. Frequently, when people have problems with a test, it is because they did not pay attention to or remember the directions.

Test Administrators are not permitted to answer questions about the test questions or the rules provided.

29

***ATSAT Register***

The ATSAT eligibility register is provided by the partner Institutions to Aviation Careers in order to schedule ATSAT testing. The ATSAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before anticipated graduation and the scores are good for 3 years.  The score can be extended for up to one year if approved by Aviation Careers.

Partner Institution must submit a list of eligible candidates for the ATSAT test when requested by Aviation Careers. Aviation Careers will send the list back to the institution for corrections and amendments. Once the list is closed schools will have to wait on the next call for ATSAT candidates.

FAA_00007953

# Medical Investigation

**Individuals must pass a rigid medical exam, which includes:**

- **Vision Standards** — Applicants for ATCS employment in an en route center or a terminal must have distant and near vision of 20/20 or better in each eye separately, without correction, or have lenses that correct distant and near vision to 20/20, each eye separately. Applicants for a flight service station specialist position must have distant and near vision of 20/20 or better in at least one eye, without correction, or have lenses that correct distant and near vision to 20/20, in at least one eye.

- **Color Vision Standards** — Applicants must have normal color vision.

- **Hearing Standards** — Applicants must have no hearing loss in either ear of more than 25 db at 500, 1,000 and 2,000 Hz, and no more than a 20 db loss in the better ear by audiometer, using ANSI (1969) standards.

- **Cardiovascular Standards** — Applicants must have no medical history of any form of heart disease. A history of high blood pressure requiring medication will require special review.

- **Neurological Standards** — Applicants must have no medical history or clinical diagnosis of a convulsive disorder, or a disturbance of consciousness, without satisfactory medical explanation of the cause, and must not be under any treatment, including preventive, for any condition of the nervous system.

- **Psychiatric Standard** — Any medical history or clinical diagnosis of a psychosis, or other severe mental disorders, is disqualifying.

- **Diabetes** — A medical history or diagnosis of diabetes mellitus will require special review.

- **Substance Abuse/Dependency** — A history of substance abuse/dependency, including alcohol, narcotic, non-narcotic drugs, and other substances will be extensively investigated.

- **Psychological Exam** — Individuals must take and pass a psychological exam.

- **General Medical** — All other medical conditions will be evaluated on an individual basis. All applicants' medical histories and current examinations will be carefully reviewed. This includes past medical records and, if applicable, a review of military medical records.

    http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/medical/

31

The physical impairments/medical conditions that follow, unless otherwise noted, are disqualifying because there are medical and/or management reasons to conclude that an individual with such impairment/condition cannot perform the duties of the position without unacceptable risk to his or her own health, or to the health or safety of others (employees or the public).

**Initial Employment:**

Applicants for initial employment to air traffic control specialist positions must meet the following requirements. (Unless otherwise indicated, these requirements are identical for all specializations.)

**Eye**

1. *Visual Acuity*

   a. *Terminal and Center Positions* -- Applicants must demonstrate distant and near vision of 20/20 or better (Snellen or equivalent) in each eye separately. If glasses or contact lenses are required, refractive error that exceeds plus or minus 5.50 diopters of spherical equivalent or plus or minus 3.00 diopters of cylinder is disqualifying. The use of orthokeratology or radial keratotomy methods is not acceptable for purposes of meeting this requirement. The use of contact lenses for the correction of near vision only or the use of bifocal contact lenses for the correction of near vision is unacceptable.

      *Equivalents in Near Visual Acuity Notations*
      Standard Test Chart: 14/14
      Snellen Metric: 0.50M
      Jaeger: J-1
      Metric: 6/6

2. *Color Vision* -- For all specializations, applicants must demonstrate normal color vision.

3. *Visual Fields*

   a. *Terminal and Center Positions* -- Applicants must demonstrate a normal central visual field, i.e, the field within 30 degrees of the fixation point, in each eye. They must also demonstrate a normal peripheral visual field, i.e., the field of vision beyond the central field that extends 140 degrees in the horizontal meridian and 100 degrees in the vertical meridian, in each eye.

4. *Intraocular Pressure* -- For all specializations, if tonometry reveals either intraocular pressure greater than 20 mm of mercury, or a difference of 5 or more mm of mercury intraocular pressure between the two eyes, ophthalmological consultation is required to rule out the presence of glaucoma. If a diagnosis of glaucoma is made, or if any medication is routinely required for control of intraocular tension, the applicant is disqualified.

32

FAA_00007955

5. *Phorias*

    a. *Terminal and Center Positions* -- If an applicant demonstrates greater than 1-1/2 prism diopters of hyperphoria or greater than 10 prism diopters of esophoria or exophoria, evaluation by a qualified eye specialist is required. If this evaluation determines that bifoveal fixation and vergence-phoria relationships sufficient to prevent disruption of fusion under normal working conditions are not present, the applicant is disqualified.

6. *Eye Pathology* -- For all specializations, if examination of either eye or adnexa reveals any form of glaucoma or cataract formation, uveitis, or any other acute or chronic pathological condition that would be likely to interfere with proper function or likely to progress to that degree, the applicant is disqualified.

7. *Chronic Eye Disease* -- For all specializations, an applicant with any chronic disease of either eye that may interfere with visual function is disqualified.

8. *Ocular Motility* -- For terminal and center specialist positions, applicants must demonstrate full extraocular motility.

9. *History of Eye Surgery* -- For all specializations, a history of ocular surgery requires ophthalmological consultation. If consultation indicates that the condition that necessitated surgery could interfere with the visual function necessary for performance as an air traffic control specialist, the applicant is disqualified. A history of radial keratotomy is disqualifying.

**Ear, Nose, Throat, Mouth**

1. Examination must show no outer, middle, or inner ear disease, either acute or chronic, unilateral or bilateral.

2. Examination must show no active disease of either mastoid.

3. Examination must show no unhealed perforation of either eardrum.

4. Examination must show no deformity of either outer ear that might interfere with the use of headphones of the applied or semi-inserted type.

5. Examination must show no disease or deformity of the hard palate, soft palate, or tongue that interferes with enunciation. The applicant must demonstrate clearly understandable speech, and an absence of stuttering or stammering.

6. Applicants must demonstrate, by audiometry, no hearing loss in either ear of more than 25 decibels in the 500, 1000, or 2000 Hz ranges and must demonstrate no hearing loss in these ranges of more than 20 decibels in the better ear, using ISO (1964) or ANSI (1969) standards. Hearing loss in either ear of more than 40 decibels in the 4000 Hz range may necessitate an otological consultation. Incipient disease processes that may lead to early hearing loss will be cause for disqualification.

**Cardiovascular**

1. No medical history of any form of heart disease. Must demonstrate absence of heart

33

disease to clinical examination, including resting and post-exercise electrocardiogram.

2. Blood pressure levels no greater than the appropriate values as shown below:

| Age | Maximum Reclining Blood Pressure | |
| --- | --- | --- |
| | Systolic | Diastolic |
| 20 to 29 | 140 | 90 |
| 30 to 39 | 150 | 90 |
| 40 to 49 | 150 | 100 |
| 50 & over | 160 | 100 |

3. Must demonstrate to X-ray no evidence of increase in heart size beyond normal limits.

4. An applicant under any form of treatment for any disease of the cardiovascular system is disqualified.

**Neurological**

1. No medical history or clinical diagnosis of a convulsive disorder.

2. No medical history or clinical diagnosis of a disturbance of consciousness without satisfactory medical explanation of the cause.

3. No other disease of the nervous system that would constitute a hazard to safety in the air traffic control system.

4. An applicant under any form of treatment, including preventive treatment, of any disease of the nervous system, is disqualified.

**Musculoskeletal**

1. No deformity of spine or limbs of sufficient degree to interfere with satisfactory and safe performance of duty. Certain limitations of range of motion may be acceptable for certain specific options or positions, in which case acceptance of limitations will be noted specifically for that position or option only.

2. No absence of any extremity or digit or any portion thereof sufficient to interfere with the requirements for locomotion and manual dexterity of the position being sought. Acceptance of limitations for employment for a specific option or position will be noted for that option or position only.

3. No condition that predisposes to fatigue or discomfort induced by long periods of standing or sitting.

FAA_00007957

**General Medical**

1. No medical history or clinical diagnosis of diabetes mellitus.

2. Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3. Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory evaluations, will be obtained, and when clinically indicated, special consultations or examinations will be accomplished.

**Psychiatric**

No established medical history or clinical diagnosis of any of the following:

1. A psychosis;

2. A neurosis; or

3. Any personality or mental disorder that clearly demonstrates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

**Substance Dependency**

A history, review of all available records, and clinical and laboratory examination will be utilized to determine the presence or absence of substance dependency, including alcohol, narcotic, and non-narcotic drugs. Wherever clinically indicated, the applicant must demonstrate an absence of these on any clinical or psychological tests required as part of the medical evaluation.

**Retention Requirements:**

The physical requirements in this section apply to: (1) air traffic control specialists in the center and terminal specializations who are actively engaged in the separation and control of air traffic, (2) immediate supervisors of air traffic control specialists actively engaged in the separation and control of air traffic, and (3) air traffic control specialists in the station specialization who regularly perform flight assistance services.

Employees occupying the types of positions described above must requalify in an annual medical examination, usually given during the employee's month of birth. Controllers incurring illness, injury, or incapacitation at any time between the annual examinations must be medically cleared before returning to air traffic control duty. Examinations, including laboratory tests and consultations, will be accomplished to the extent required to determine medical clearance for continued duty. New employees are required to meet the retention requirements by examination during the first 10 months of service.

35

FAA_00007958

Employees who are found to be not physically or emotionally qualified for air traffic control duties at any time will be subject to reassignment to a position for which they are fully qualified, retirement for disability if eligible, or separation from the service.

To be medically qualified for retention, an air traffic control specialist must meet the following requirements. (Unless otherwise indicated these requirements are identical for all specializations.)

**Eye**

Retention requirements for vision and eye conditions are identical to the requirements for initial hire.

**Ear, Nose, and Throat**

1. *Ear Disease; Equilibrium*

    a. *Terminal and Center Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with the comfortable, efficient use of standard headphone apparatus or that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

    b. *Flight Service Station Positions* -- Must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

2. *Mastoid* -- No active disease of either mastoid.

3. *Eardrum Perforation* -- Must demonstrate no unhealed perforation of either eardrum.

4. *Speech* -- Must have no interference with enunciation, and must have clear speech free of stuttering or stammering.

5. *Hearing Loss* -- No hearing loss in either ear of more than 30 decibels in either the 500, 1000, or 2000 Hz ranges. No loss in these ranges greater than 25 decibels in the better ear. Non-static hearing loss in either ear of greater than 50 decibels in the 4000 Hz range will require an otological consultation.

**Cardiovascular**

1. *Heart Disease*

    a. *Terminal and Center Positions* -- No history or symptomatic form of heart disease or any form requiring therapy.

    b. *Flight Service Station Positions* -- No symptomatic form of heart disease.

36

FAA_00007959

2. *Disturbance of Rhythm; Other Abnormality; EKG* -- Must demonstrate no disturbance of rhythm or other cardiac abnormality on clinical examination, including resting, and when clinically indicated, post-exercise electrocardiography.

3. *Blood Pressure* -- Retention requirements are identical to the requirements for initial hire.

4. *Heart Size* -- Must have no increase in heart size beyond normal limits.

**Neurological**

Retention requirements are identical to the requirements for initial hire.

**Musculoskeletal**

Retention requirements are identical to the requirements for initial hire.

**General Medical**

1. *Diabetes Mellitus*

    a. *Terminal and Center Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control. A controller with diabetes mellitus who cannot demonstrate satisfactory control over specified and observed periods of 48 hours is not cleared for duty involving active air traffic control.

    b. *Flight Service Station Positions* -- An employee who has an established clinical diagnosis of diabetes mellitus will be evaluated for continued duty based upon the degree of control of the disease. Whether by diet alone, or diet and hypoglycemic drugs, control that results in the absence of symptoms and the absence of complications of the disease or the therapy may be considered as satisfactory control.

2. *Body Configuration* -- Must possess such a body build as not to interfere with sitting in an ordinary office armchair.

3. *Other Medical Conditions* -- Must have no other organic, functional, or structural disease, defect, or limitation found to indicate clinically a potential hazard to safety in the air traffic control system. A pertinent history and clinical evaluation, including laboratory screening, will be obtained, and when clinically indicated, special consultations and examinations will be accomplished.

FAA_00007960

**Psychiatric**

1. *Psychotic Disorder* -- No established medical history or clinical diagnosis of a psychosis.

2. *Mental, Neurotic, or Personality Disorder* -- No neurosis, personality disorder, or mental disorder, that clearly indicates a potential hazard to safety in the air traffic control system. Determinations will be based on medical case history (including past, social, and occupational adjustment) supported by clinical psychologists and board-certified psychiatrists, including such psychological tests as may be required as part of medical evaluation.

3. *Alcoholism and/or Alcohol Abuse* -- No clinical diagnosis of alcoholism or alcohol abuse, since these constitute a hazard to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated) will be accomplished to determine the presence or absence of alcohol addiction, dependency, habituation, abuse, or use.

4. *Addiction, Dependency, Habituation, or Abuse of Dangerous Drugs* -- No clinical diagnosis of addiction, habituation, dependency, or abuse of any narcotic or non-narcotic drug, since these constitute a threat to safety in the air traffic control system. A history and clinical evaluation, including laboratory evaluation (when indicated), will be accomplished to determine the presence or absence of drug addiction, dependency, habituation, abuse, or use.

*Source: US Office of Personnel Management , Standards, Air Traffic Control Series 2152*

*http://www.opm.gov/qualifications/standards/IORs/GS2100/2152.htm*

38

FAA_00007961

# Security Investigation

Individuals must pass a rigid security/background investigation. The following are types of issues, which are reviewed as part of the background/security check:

- General or dishonorable military discharge

- Statutory debarment issue

- Government loyalty issues

- Evidence of dishonesty in an application or examination process (e.g., falsification of application)

- Drug-related offenses

- Felony offenses

- Firearms or explosives offenses

- Alcohol-related incidents

- Willful disregard of financial obligations

- Derogatory employment terminations

- Patterns and/or combinations of incidents which lead to questions about your behavior and intent

  http://www.faa.gov/about/office_org/headquarters_offices/ahr/jobs_careers/occupations/atc/security_investigation/

FAA_00007962

40

FAA_00007963

# Controller Hiring 2005-2011 YTD

| Category | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY | 2005 | 2005 | 2006 | 2006 | 2007 | 2007 | 2008 | 2008 | 2009 | 2009 | 2010 | 2010 | 2011 | 2011 |
| CTI Schools | 296 | 57% | 544 | 49% | 1019 | 56% | 823 | 37% | 335 | 19% | 252 | 25% | 227 | 29.9% |
| General Public | 7 | 1% | 44 | 4% | 130 | 7% | 653 | 30% | 1134 | 66% | 519 | 52% | 360 | 47% |
| VRA | 62 | 12% | 404 | 36% | 605 | 33% | 644 | 29% | 218 | 13% | 177 | 18% | 121 | 15.9% |
| All Others | 154 | 30% | 124 | 11% | 61 | 3% | 54 | 2% | 29 | 2% | 28 | 3% | 52 | 7.2% |
| GRAND TOTAL | 519 | | 1116 | | 1815 | | 2196 | | 1731 | | 998 | | 760 | |

Updated 9/15/2011



**Figure 5.1** Controller Hiring Profile

*Source:  A Plan for the Future 10-Year Strategy for the Air Traffic Control Workforce 2011 – 2020*
*http://www.faa.gov/air_traffic/publications/controller_staffing/media/CWP_2011.pdf*

41

y

FAA_00007965

# Evaluations

The Air Traffic Collegiate Training Initiative Evaluation Model has evolved since the first evaluations were conducted in 2007. The model was built for program expansion and has been adjusted every year.  The primary use of the evaluation model was to rank candidates that requested entry into the Program. The FAA also used the model to recertify existing schools. The model includes 4 components and associated sub-factors that are assigned a score. The scores are added up to provide an overall score for comparison.

**I. ORGANIZATIONAL FOUNDATION AND RESOURCES**

    **LEADERSHIP**

        ☐ Leadership Understanding and Participation

    **STRATEGIC PLAN**

        ☐ Long-term Vision and Strategic Plan

    **PROGRAM DIVERSITY**

        ☐ Fair and Equitable Aviation Program Environment

        ☐ School Networking Attracts and Maintains Diversity

    **NUMBER OF GRADUATES AND STUDENT SUPPORT**

        ☐ Graduates and Enrollment Trends

        ☐ Provisions for Students in the Aviation Program

        ☐ **II. ORGANIZATION CREDIBILITY**

    **RECOGNITION AND AWARDS**

        ☐ School's Recognition, Awards, and Accolades

        ☐ Aviation Program Accreditations, Awards, and Recognition

    **EXTERNAL RELATIONS**

        ☐ Government and Aviation-Related Affiliations and Partnerships

    **COMMUNITY INVOLVEMENT**

        ☐ School's Community, Regional, or National Service Program

        ☐ Relationships

    **OUTREACH AND RECRUITMENT**

        ☐ Outreach and Recruitment Policy

        ☐ Outreach and Recruitment Efforts

**III: CURRICULUM, FACILITIES, AND FACULTY**

    **CURRICULUM AND AVIATION PROGRAMS**

FAA_00007966

44

FAA_00007967

# Points of Contact

## FAA: Program Office

| POC | Phone | Title | Email |
|-----|-------|-------|-------|
| Terry Craft | 202-385-6788 | Manager | terry.craft@faa.gov |
| | | | |

## FAA: HR

| POC | Phone | Title | Email |
|-----|-------|-------|-------|
| Lexsee Waterford | (202) 267-7181 | Office of Human Resource Management - ATO Support Team | lexsee.waterford@faa.gov |
| Sheila Robinson | | Office of Human Resource Management - ATO Support Team | |

## FAA: HR Aviation Careers

| POC | Phone | Title | Email |
|-----|-------|-------|-------|
| Nancy Owens-Curtis | (405) 954-1062 | Human Resources Specialist | nancy.j.owens-curtis@faa.gov |
| Sherita Tibbs | (405) 954-5702 | Office of Human Resource Management, Aviation Careers Division | sherita.tibbs@faa.gov |

## CTI Schools Primary Contacts

| College | POC | POC Title | Phone1 | Email |
|---------|-----|-----------|--------|-------|
| Aims Community College | Les Wilkinson | ATC Coordinator | 970-339-6652 | lwilkin2@aims.edu |
| Arizona State University | Verne Latham | Lecturer | 480-727-1652 | verne.latham@asu.edu\ |
| Broward College | Ronald Brinson | Manager of the Air Traffic Control Simulation Lab | 954-201-8883 | rbrinson@broward.edu |
| Community College of Beaver County | James E. Scott | | 724-480-3603 | Jim.Scott@ccbc.edu |
| Daniel Webster College | Peter Wyman, | Associate Professor, Air Traffic Management | 603-494-1810 (M) | wyman_peter@dwc.edu |
| Dowling College | Joseph Donofrio, | Assistant Professor of Aviation | 631-244-1320 | donofrij@dowling.edu |
| Eastern New Mexico - Roswell | Deborah Abingdon, | Air Traffic Control Faculty | 575-624-7023 | Deborah.abingdon@roswell.enmu.edu |
| Embry Riddle Aeronautical University, Daytona Beach | Dr. William Coyne, | Associate Professor and Program Coordinator | 386-226-6794 | Coynea7e@erau.edu |
| Embry-Riddle Aeronautical University, Prescott | Brent Spencer, | Assistant Professor, Project Coordinator | 928-777-3869 | Spenceb3@erau.edu |
| Florida Institute of Technology | Dr. John H. Cain Ph.D., | Air Traffic Control Program Administrator | 321-674-8120 | jcain@fit.edu |

45

| College | POC | POC Title | Phone1 | Email |
|---|---|---|---|---|
| Florida State College at Jacksonville | Mr. Sam Fischer, | Project Coordinator, Air Traffic Control Program | 904-317-3844 | sfischer@fscj.edu |
| Green River Community College | Curtis E. (Curt) Scott, | Aviation and ATC Instructor | 253-833-9111 X4335 | cscott@greenriver.edu |
| Hampton University | Margaret Browning | Assistant Professor and CTI Program Manager | 757-727-5520 | Margaret.browning@hamptonu.edu |
| Hesston College | Dan Miller, | Aviation Director | 800-995-7257 X8333 | danm@hesston.edu |
| Inter American University of Puerto Rico | Maria T. Franqui-Vélez | ATC CTI Program Manager | 787-635-9967 (M) | mtfranqui@gmail.com |
| Jacksonville University | Dr. Juan R. Merkt | Director and Associate Professor of Aeronautics | 904-256-7895 | jmerkt@ju.edu |
| Kent State University | Major Maureen McFarland, | Academic Program Director, Aeronautics Division | 330-672-9867 | mmcfarl2@kent.edu |
| LeTourneau University | Sean Fortier, | Associate Dean, School of Aeronautical Science | 903-233-4221 | Seanfortier@letu.edu |
| Lewis University | William Parrot | Director, AT-CTI Program | 815-836-5809 | parrotwi@lewisu.edu |
| Metropolitan State College of Denver | James L. Simmons, Ph.D., J.D. | Professor of Aviation and Aerospace Science | 303-556-4452 | simmonsj@mscd.edu |
| Miami Dade College | Diana D Lewis | Director | 305-237-5911 | dlewis4@mdc.edu |
| Middle Georgia College | Ramey Pace | Chair, Air Traffic Management Department | 478-448-4701 | rpace@mgc.edu |
| Middle Tennessee State University | Wayne Dornan | Chair | 615-898-2788 | wdornan@mtsu.edu |
| Minneapolis Community and Technical College | Linda Bracewell, | Co-coordinator and ATC Instructor | 952-826-2409 | Linda.bracewell@minneapolis.edu |
| Mount San Antonio College | Robert Rogus | Aeronautics Faculty, Co-Chairman Aeronautics Department, CTI Coordinator | 909-274-5006 | rrogus@mtsac.edu |
| Mount San Antonio College | Dr. Sarah Daum | Dean of Technology and Health | 909-594-5611 X4750 | sdaum@mtsac.edu |
| Purdue University | Prof. Michael S. Nolan | Professor of Aviation Technology | 765-494-9962 | mnolan@purdue.edu |
| Sacramento City College | Donetta Webb | Dean, Advanced Technology | 916-558-2408 | webbd@scc.losrios.edu |
| St. Cloud State University | Dr. Steven L. Anderson | Professor | 320-308-2107 | slanderson@stcloudstate.edu |
| Texas State Technical College – Waco | Ramon Claudio | ATC Department Chair | 254-867-2086 | ramon.claudio@tstc.edu |
| The Community College of Baltimore County | Douglas Williams | Aviation Program Director | 443-840-4157 | dwilliams@ccbcmd.edu |
| Tulsa Community College | Matthew Wise | Director/Chief Flight Instructor | 918-828-4254 | mwise@tulsacc.edu |
| University of Alaska, Anchorage | Sharon LaRue | Associate Professor | 907-786-7218 | afsll@uaa.alaska.edu |

46

| College | POC | POC Title | Phone1 | Email |
|---|---|---|---|---|
| **University of North Dakota** | Paul V.J. Drechsel, | Associate Professor/Co-Director ATC Program | 701-777-4923 | drechsel@aero.und.edu |
| **University of Oklahoma** | Stephen West | Director, AT-CTI Training Program | 405-325-3586 | stephenwest@ou.edu |
| **Vaughn College of Aeronautics and Technology** | Sharon DeVivo | Senior Vice President | 718-429-6600 X102 | sharon.devivo@vaughn.edu |
| **Western Michigan University College of Aviation** | Gil Sinclair | Faculty Chair, College of Aviation | 269-964-6993 (O) | gil.sinclair@wmich.edu |

47

48

FAA_00007971

# Calendar

### Reporting of New CTI Students

*Schools must report all new declared or eligible CTI students in their respective programs to Aviation Careers no later than the first day of July, October, and February.*

*This includes all students who are in programs that will make them eligible whether they have declared the intent or are in a degree program that will automatically make them eligible.*

### ATSAT Register

*The ATSAT eligibility register is provided by the partner Institutions to Aviation Careers in order to schedule ATSAT testing. The ATSAT test is schedule twice per year, normally in the fall and spring. CTI students are eligible to take the test up to one year before anticipated graduation and the scores are good for 3 years.  The score can be extended for up to one year if approved by Aviation Careers.*

49

50

FAA_00007973

# AT Basics Training Objectives

The list of objectives in this document was originally developed by the FAA Academy in January, 1997 for two purposes:  1) to guide the design of the instruction for the Air Traffic Basics Course (Air Traffic Basics is a course on fundamental ATC knowledge that is common to En Route, Terminal, and Flight Service Specialist options and is taken as part of the FAA Initial Qualifications Training Program for ATCSs at the Academy), and 2) to provide guidance to institutions in the Air Traffic Collegiate Training Initiative (CTI) on FAA expectations for their graduates' level of knowledge.

 After the objectives were established, individual lessons and their respective content and instructional activities were developed.  As a part of this normal course development process, the initial list of objectives was reviewed and refined as each of the lessons were developed.  The resulting list of revised objectives is provided below.

All AT-CTI Partner Institutions must include the "objectives" within the curriculum for each approved degree program. Mapping of each objective and sub task must be maintained at all times. A complete list of sub-tasks is available upon request.

| Lesson/Topic | Objectives |
|---|---|
| Introduction to the ATC System and National Airspace System | In accordance with Order 7110.65, 7210.3, AC 61-27, and the AIM, the student will identify the following concepts:<br><br>1.  Elements of the National Airspace System (NAS)<br>2.  Role of the Traffic Management System (TMS) within the NAS.<br><br>Without references and in accordance with AC 61-27 and  Orders 7110.65, Chapter 2; 7110.10, Chapter 1; 3120.4, and the AIM, the student will identify the primary functions and associated team responsibilities (to include interrelationships between positions) of:<br><br>1.  Air Traffic Control Tower.<br>   a. Local<br>   b. Ground<br>   c. Clearance Delivery/Flight Data<br><br>2.  Approach Control.<br>   a. Arrival<br>   b. Departure<br><br>3.  Air Route Traffic Control Center.<br>   a. Radar<br>   b. Handoff<br>   c. Radar Associate (D side)<br>   d. Assistant Controller (A side) |

FAA_00007974

| Lesson/Topic | Objectives |
|---|---|
| | A.  Flight Service Station.<br>a. Weather Observer<br>b. Flight Data/Search and Rescue/Notice to Airmen<br>c. Preflight (includes pilot weather briefing)<br>d. Inflight<br>e. Flight Watch<br>f  Broadcast<br>g. Coordinator<br>h. Controller-in-Charge<br><br>In accordance with Order 7110.65, Chapter 2; you will identify duty priority, procedural preference, and operational priorities of the air traffic controller. |
| Teamwork in the ATC Environment | The student will discuss the:<br><br>1.  Characteristics of effective teams.<br>2.  Functions affecting team performance.<br>3.  Stages of group development. |
| Airports | In accordance with the AIM, you will identify airport:<br><br>1.  Lighting.<br>2.  Markings. |
| Airspace | In accordance with FAR, Parts 71 and 73, ATC Orders 7110.65 and 7400.2, and the AIM, you will identify:<br><br>1.  Classes of airspace and their use.<br>2.  Special Use Airspace. |
| Introduction to Federal Aviation Regulations | In accordance with the Federal Aviation Regulations (FARs), Parts 1, 65, 67, and 91 and FAA Orders 7110.65 and 3930.3, you will identify:<br><br>1.  Terms and definitions.<br>2.  General operating rules.<br>3.  General flight rules.<br>4.  ATC certification.<br>5.  Medical requirements. |
| Wake Turbulence | In accordance with the AIM , FAA Order 7110.65, and AC 61-23C Pilot's Handbook, you will identify the following categories related to wake turbulence:<br><br>1.  Definition of Wake Turbulence.<br>2.  Factors Affecting Wake Turbulence Intensity.<br>3.  Wingtip Vortices.<br>4.  Induced Roll.<br>5.  Helicopter Downwash.<br>6.  Jet Blast. |

52

| Lesson/Topic | Objectives |
|---|---|
| Aircraft Characteristics and Aircraft Recognition | In accordance with FAA Order 7110.65 and the ATG-2, Tri-Option Controller Reference Manual, you will:<br><br>1. Identify aircraft:<br>   A. Categories.<br>   B. Weight Classes.<br>   C. Designators.<br>   D. Performance Characteristics.<br>   E. Identification Features.<br>2. Recognize selected aircraft. |
| Special Operations | In accordance with FAA Orders 7110.65 and 7610.4, Special Military Operations, you will identify flights requiring special handling, including terms and definitions associated with these flights. |
| Basic Navigation | In accordance with the FAA Order 7110.65, *An Invitation to Fly,* AC 61-23, Pilot's Handbook and the AIM, you will identify:<br><br>1. Reference lines of the Earth and their purpose.<br>2. Great circle route, distance, and direction measurement.<br>3. Methods of time conversion and acronyms used with time.<br>4. Magnetic variations and headings.<br>5. Basic methods of navigation.<br>6. Basic calculations for time, speed, and distance.<br>7. Effects of wind on flight.<br>8. Effects of altitude and temperature on speed.<br><br>In accordance with AC 61-23, the Pilot's Handbook, you will compute aircraft time, speed, and distance. |
| Radio and Satellite Navigation | In accordance with FAA ORDER 7110.65; FAR, PART 71.75; the AIM, AC 61-23, The Pilot's Handbook, and FAA-H-8083-15 Instrument Procedures Handbook, Instrument Flying Handbook, you will identify the characteristics of:<br><br>1. Radio and Satellite Navigation.<br>2. Federal Airway System. |

FAA_00007976

| Lesson/Topic | Objectives |
|---|---|
| VFR Charts and Publications | Given aeronautical charts and an airport facility directory, and in accordance with the AIM, AC 61-23, FAA Order 7110.65, and chart/directory legends (Dallas-Fort Worth VFR Sectional Aeronautical Chart, a Sample VFR Terminal Area Chart, South Central U.S. Airport/Facility Directory), you will identify the purpose, features, contents, and specific items and information (e.g., NAVAIDS, airport, elevation, etc.) related to:<br><br>1. Sectional Aeronautical Charts.<br>2. VFR Terminal Area Charts.<br>3. World Aeronautical Charts.<br>4. Airport/Facility Directory. |
| En Route IFR Charts | In accordance with FAA Order 7110.65 the AIM, AC 61-23, and as depicted in the chart legends (L-5/L-6 En Route Low Altitude Chart; H-2/H-4 En Route High Altitude Chart; IFR Area Chart), you will identify the purpose, contents, and specific items and information for the following En Route charts:<br><br>1. Low Altitude.<br>2. High Altitude.<br>3. IFR Area. |
| SIDs and STARs | In accordance with FAA Order 7110.65, AIM, FAA-H-8083-15 Instrument Procedures Handbook, and the U.S. Terminal Procedures Publication, you will identify the purpose, types, contents, and specific items and information (e.g., altitudes, headings, etc.) of:<br><br>1. SIDs.<br>2. STARs. |
| Approaches | In accordance with FAA Order 7110.65, the AIM, FAA-H-8083-15 Instrument Procedures Handbook, and the U.S. Terminal Procedures Publication, you will identify types of approaches; and the purpose, contents, and specific items and information (e.g., minimum altitudes, courses, missed approaches, etc.) of an Instrument Approach Procedure (IAP) Chart.<br><br>Given an IAP Chart, and in accordance with a U.S. Terminal Procedures Chart, you will identify the contents and geographical features. |
| Pilot's Environment | In accordance with the AIM; AC 61-23, Pilot's Book of Aeronautical Knowledge; AC 61-27, Instrument Flying Handbook; and ATC and TCAS System Overview, you will identify:<br><br>1. Characteristics and uses of aircraft instrumentation.<br>2. Physiological factors affecting flight. |

54

| Lesson/Topic | Objectives |
|---|---|
| Introduction to Emergencies | In accordance with FAA Orders 7110.65 and 7110.10 and the AIM, you will identify:<br><br>1. The meaning of distress, urgency, mayday, and pan-pan.<br>2. Roles and responsibilities of the pilot and controller during an emergency.<br>3. Information necessary to handle an emergency.<br>Types of emergencies. |
| Search and Rescue | In accordance with FAA Orders 7110.10 and 7110.65 and the AIM, you will identify the:<br><br>1. Purpose of the National Search and Rescue Plan.<br>2. Roles, responsibilities, and procedures of search and rescue. |
| Fundamentals of Weather and Aviation Weather Services | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify:<br><br>1. Characteristics of the atmosphere.<br>2. Principles of atmospheric temperature.<br>3. Characteristics and modification of air masses.<br>4. Characteristics of atmospheric pressure.<br>5. Formation and types of fronts.<br>6. Characteristics of convection currents.<br>7. Causes of wind.<br>8. Formation and types of clouds.<br>9. Formation and types of precipitation.<br><br>In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the duties and responsibilities of the National Weather Service (NWS) and the Center Weather Service Unit (CWSU). |
| Hazardous Weather | In accordance with Aviation Weather,<br><br>AC 00-6 and Aviation Weather Services, AC 00-45, and the AIM, you will identify the characteristics of hazardous weather that impact aviation. |
| Current Weather | In accordance with AC 00-45, Aviation Weather Services, and AC 00-6, Aviation Weather, you will identify the contents of METAR, including associated contractions and terms.<br><br>Given examples of current weather reports, and in accordance with AC 00-45, Aviation Weather Services, and FAA Order 7110.10, you will decode METARs |

FAA_00007978

| Lesson/Topic | Objectives |
|---|---|
| Pilot Reports (PIREPs) | In accordance with FAA Orders 7110.10 and 7110.65, and the AIM, you will identify the purpose, uses and contents of Pilot Weather Reports (PIREPs).<br><br>In accordance with FAA Order 7110.10, you will decode Pilot Weather Reports (PIREPs). |
| Forecasts and Advisories | n accordance with AC 00-45, Aviation Weather Services, you will identify the contents and purpose of the following weather products:<br><br>1. Aviation Terminal Forecast (TAF).<br>2. Area Forecast (FA).<br>3. Airman's Meteorological Information (AIRMET).<br>4. Significant Meteorological Information (SIGMET).<br>5. Convective SIGMET (WST).<br>6. Center Weather Advisory (CWA).<br>7. Meteorological Impact Statement (MIS).<br>8. Winds Aloft Forecast (FD).<br><br>In accordance with AC 00-45, Aviation Weather Services, you will decode the following weather products:<br><br>1. Aviation Terminal Forecast (TAF).<br>2. Area Forecast (FA).<br>3. Airman's Meteorological Information (AIRMET).<br>4. Significant Meteorological Information (SIGMET).<br>5. Convective SIGMET (WST).<br>6. Center Weather Advisory (CWA).<br>7. Meteorological Impact Statement (MIS).<br>8. Winds Aloft Forecast (FD). |
| Basic Communications | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br>1. Radio and interphone communications.<br>2. ICAO phonetics.<br>3. Numbers usage.<br>4. Basic phraseology.<br>5. Coordination procedures.<br>Purpose and steps of the position relief briefing. |
| Stripmarking | In accordance with FAA Orders 7110.65 and 7110.10, you will identify:<br>1. Purpose and legal requirements of flight progress strips.<br>2. Meaning of selected abbreviations and symbols used in Stripmarking.<br>3. Content requirements of selected blocks in terminal, en route and flight service strips. |

56

| Lesson/Topic | Objectives |
|---|---|
| ATC Clearances | In accordance with FAA Order 7110.65 and FAR 91.123, you will identify:<br>1.  Purpose of an ATC clearance.<br>2.  Pilot's responsibility for compliance with an ATC clearance.<br>3.  ATC clearance items and their sequence.<br>4.  Clearance prefixes and their use.<br>5.  Types of ATC clearances. |
|  |  |

57

58

FAA_00007981

# FAQ

\

## SECTION 1:  General Program Questions

**1. Question: Does the FAA have a FAQ page on the website about ATC CTI hires?**

*Answer: We are working on a comprehensive website for FAA AT-CTI program that will include Program Policy, FAQ, and curriculum updates.  We hope to have this in place by the fall 2011.*

**2. Question: What is the expected duration of the CTI Program at the universities - being that so many controllers have been hired already, what is the Program's expected "expiration date"? That will help to know when to stop enrolling students that may not have good employment possibilities.**

*Answer: There is no movement towards ending the CTI Program, as a matter of fact, the hiring source for controllers may be military veterans and CTI students as the need for hiring will diminish slightly from the peak of 2007-08.  Employment opportunities will always be dependent on the needs of the agency. For information on future hiring plans see section "Controller Hiring"*

## SECTION 2:  Public Inquiry

**1. Question: I live in (City State) *and I wanted to know if the program is offered down Here?"***

*Answer: Currently there are 36 schools located throughout the US and Puerto Rico.  The list is located at:*
[http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/](http://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/operations/at_cti/)

*There are points of contacts listed for each school that can give you specific information about each school. Additionally, there are links to the Institutions web site.*

**2. Question: I Should I select a two year or four year program?**

*Answer: That decision is totally up to each individual.  It is your preference as to the type of degree that you want to obtain.  You should consider a degree that gives you flexibility in the marketplace should you decide not to , or do not qualify to become an Air Traffic Controller . We encourage that if you are interested in aviation that you look at a degree that will give you broad appeal to future employers.   There are many jobs available in the FAA other than an Air Traffic Controller Specialist (ATCS) as well as the aviation community.*

*Understand that CTI schools are not training ATCS per se but providing an aviation education that includes FAA mandatory and approved curriculum in the degree programs that qualify them as a CTI Partner.  Graduating with an approved degree from a CTI schools is only one of the requirements to*

59

*become an ATCS. Others to consider are:*

- o *Receive an official school recommendation*

- o *Be a United States citizen*

- o *In most cases, not have reached age 31*

- o *Pass a medical examination*

- o *Pass a security investigation*

- o *Achieve a score of at least 70 on the FAA pre-employment test*

- o *Speak English clearly enough for others to understand you on communications equipment*

- o *Complete an interview*

**3. Question: "What's the hire rate for New graduates?"**

*Answer:  The new hire rate is determined strictly by the number of controllers we need in any given year.  This may vary due to many factors including the economy, mandatory retirement etc. According to our projections, which can be found in the Controller Workforce Plan, we are looking at hiring about 1000 new controllers per year for the next 10 years.*

*There are a number of hiring sources including former military controllers CTI, and potentially an open announcement for the general public with no experience required which will determine the size of the pool thus determine the rate of hire from any individual source.*

FAA_00007983

## SECTION 3:  Application Process

**1. Question: Are there any plans to change the "geographic selection" to more than two states?  Students don't know where jobs are available.**

**Is there a chance that using selection areas rather than the two states (use the back of the US Terminal Publications Volume as the Areas – ie. Pick NE 1 and NE 2 if a student wanted to work in the Northeast, or pick SW 2 or SW 3 if a student wanted to work in California, or pick NC1 and EC 3 if a student wanted to work in the upper Midwest…etc**

*Answer: At this time there are no plans to change the geographic selection. This method of selecting states was an effort to ensure those that were native to a local area wanted to stay in that area as a controller.*

*This has not always proven to be the case as applicants appear to change states based on the perception of where hiring will take place in order to "get their foot in the door".*

*As with all program objectives we will be exploring this one to determine if it indeed meets our goal or determine if there is a better way.*

**2. Question: At what point in the CTI process are specific items weighted, i.e. Vets Preference, AT-SAT score, geographical preference, ethnicity, degree(s), and pilot certificates.**

*Answer: The selection panel uses a list based on the state location of the facility with a vacancy. Candidates who have selected that particular state on their FAA application and have passed the ATSAT will be on either the "Qualified" or "Well Qualified" lists.*

*If there are veterans or qualifying "disabled vets" that are entitled to "preference" points they will be added to the top of the respective lists.*

*There are no preferences whatsoever for ethnicity or any other EEO protected class.  Ethnicity is a protected class meaning you can not discriminate based on an applicant's ethnicity, not a selection weight.*

*Degrees and certificates should be listed in section titled "Other Qualifications"  of the candidate application for selecting officials to review but at this time they do not influence the list only the candidate.*

**3. Question: Will students have the option of choosing terminal or en route when they are ready *to fill out their job application?***

***Answer: Currently there is no method to indicate Service Unit preference.  There are some inherent issues with making sub-lists for example what if a candidate wants En Route but the particular state they selected the En Route Centers did not have vacancies, yet the Terminal facility did. The student will not be considered for the opening.***

*We will discuss this issue with the Service Units to determine if they want to be provided lists based on facility "type" preference.*

FAA_00007984

## SECTION 4:  Hiring and Selection

**1. Question: Does training to a specific facility increase the odds of pick-up?**

*Answer: In general, the selecting officials from the Service Units (Terminal and En Route) are not privy to the facilities taught at the CTI schools. As the CTI Program is based on AT Basics curriculum being taught, graduates should be prepared for the Academy.  The knowledge of a local facility may help the graduate in general to grasp the application of AT procedures and concepts by using them at a particular facility but will not necessarily ensure that they are picked up by the facility which is taught at the institution.*

**2. Question It's very disturbing that CTI students aren't getting hired with a "Qualified" score on the ATSAT.  The ATSAT should be issued earlier than the final semester if this policy stays in place.**

*Answer: There is a perception that those who score between a 70 and 84.9 and are classified by HR as "qualified" will not get a job. This is not necessarily the case as it depends on the state in which the applicant selected on their application.  The larger states that have high numbers of facilities also have high numbers of applicants. This provides a large number of applicants for a limited number of jobs available and the hiring officials may not get to the "qualified" list.  There are other cases where a student has selected a smaller state where no "well qualified" applicants and have been selected off the "qualified" list.  Remember not everyone can live in Florida.*

*The ATSAT can be taken up to a year before graduation. Typically the contractor who administers the test are bound by contracted locations and timelines based on availability.  If you have a student who is eligible for the ATSAT their name should be forwarded to Aviation Careers as soon as possible.*

**3. Question: Last year (2010), I asked if the FAA would consider moving the Spring Hiring Panel meeting back to late April, so Schools on Term Schedule (quarters) that had students graduating in Winter Quarter (which ends in late March) would be eligible for Spring Hiring Panel, which would mean the student could avoid waiting nearly 7 months (between March and late October) for the Fall Hiring Panel which has traditionally met in late October or early November.  Do you have any news regarding moving the Spring Panel back to late April?**

*Answer: At this time there is no movement towards conducting the spring hiring panel to April.  The spring panel is usually a follow up panel to select for the remainder of the current fiscal year; replacing those selected in the fall that did not accept an offer; and filling in new gaps not realized in the fall.*

*The panels are set up by workforce services, and the service unit (Terminal and En Route) as hiring needs are identified.*

**4. Question: Can a student be recommended a second time for employment consideration thru the AT-CTI hiring source if the graduate has been hired and terminated or has resigned from the FAA?**

*Answer:  No. There is only one opportunity for employment through the AT-CTI hiring source. HROI -*

62

*Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures, paragraph 7d.*
*States: Reapplying to the AT-CTI Program: Candidates previously hired through the AT-CTI Program*
*may not reapply through this hiring source*

## SECTION 5:  Air Traffic Skill Assessment Test (ATSAT)

**1. Question: Is there the possibility of CTI students having the option to RETAKE the AT-SAT after one year if they pass instead of having them wait three years before permitted to retake the test.**

*Answer: Currently there is conflicting information on when a CTI graduate can retake the CTI. Currently the policy is that if a candidate fails the test, scores less that a 70,  they can retake the test after one year.  Those who pass can not retake the test for three years. The thought is that they have passed the test and there is no need to re-pass the test.*

*With the hiring groups being divided into "qualified" (ATSAT scores of 70-84.9) and "well qualified" (ATSAT score of 85-) the perception is that those who make the "qualified list" are not going to get an offer for employment.*

*The Program Office is working with HR to determine additional criteria for "well qualified" as well as determining whether the ATSAT can be retaken before the current 3 year timeline.*

**2. Question: Why can students only take the AT-SAT twice? It's disturbing that students the score "Qualified" have to wait 3 years until that score expires. While those that totally fail it can retake it in on year.**

*Answer: CTI Institution recommended students can take the ATSAT twice. The timeline is dependent on the initial test results. Those who pass the test (score greater than 70) are required to wait three years.  Those who do not pass the test (score less than 70) may retake the test after one year.*

*We do understand the frustration associated with this policy. It is a remnant of the era when there was only one list for CTI students. As the hiring pools became larger, we were split the lists into "qualified" and "well qualified" to ensure that the selecting officials had a more manageable list to choose from.*

*The Program Office is working with HR to determine additional criteria for "well qualified" as well as determining whether the ATSAT can be retaken before the current 3 year timeline.*

**3. Question: My son/daughter has a history of being prescribed Zoloft (for anxiety/depression) and Vyvanse (for ADHD-related symptoms). These problems are completely under control and do not interfere with her ability to perform (academically or athletically) at a very high level. Does use of these medications disqualify them from becoming an Air Traffic Controller?**

*Answer: Continued use of these medications is generally disqualifying. If they have been off the medications for a year and they have shown stability they might very well be found qualified.*

FAA_00007986

## SECTION 6: Air Traffic Basics

**1. Question: Can we get the A Basics curriculum in June so that adjustments can be made to courses in summer so we can make all appropriate adjustments for next semester class during the summer recess.**

*Answer: Currently the AT Basics curriculum is provided to institutions in the fall. The FAA Academy compiles the most up-to-date lesson plans and student handouts and provides DVD's to the institutions*

*As AT Basics is updated continuously based on revisions to Orders and Policy we are looking for an electronic solution to the distribution for the material. We are working on an online location for institutions to download the material as necessary to ensure they have the most up-to-date curriculum.*

*Until we get an FAA site, within the next 30 days we will be posting the material online. As soon as a location is set up, you will be notified.*

**2. Question: Is the AT Basics test a pre-hire test?**

*Answer:  AT Basics "pre-test" is a test given to all new hires who by passed AT Basics. The largest group is the CTI graduates.  This test is "post-hire" given the first day of initial training for either Terminal or En Route at the Academy to measure the AT Basics knowledge of all incoming CTI students.  This is subject to change so students are encouraged to remain familiar with the material, especially if they have been offered a tentative offer letter.*

**3. Question: Regarding the Air Traffic Basics Test Blue print that was sent out, do you want us to indicate how we meet these requirements?**

*Answer: The request from the Program Office was to determine the degrees, curriculum and individual classes where the AT Basic Objectives were taught. This was to help in an internal proposal to overhaul the evaluation process. This is in the development stages and if there are changes, we will advise the schools as necessary.*

*There is no ranking of CTI schools. The only metric we can access other than evaluations is the AT Basics pre-test. Currently we do not release these scores except to the respective schools.*

**4. Question: Will Air Traffic Basics Test Blue print that was sent out determine ranking for CTI schools?**

*Answer: There is no ranking of CTI schools. The only metric we can access other than evaluations is the AT Basics pre-test. Currently we do not release these scores except to the respective schools.*

64

## SECTION 7:  Institution Curriculum

**1. Question: Our institution goes above and beyond what is required for the A Basics objectives and level of complexity does this provide us a better ranking?**

*Answer: Those schools that go above and beyond the FAA Program Requirements of incorporating the AT Basics Objectives into their curriculum is not currently considered as a ranking mechanism. The "above and beyond" is an important contract between the institution and the student.  The FAA does indeed benefit form the advanced instruction, but the student, provided that the curriculum is taught and learned at an advanced level benefits most in the certification process at the Academy and facility.*

## SECTION 8:  Program Evaluation

**1. Question:  Will the evaluation process continue? What are the dates of expected data submission, formats, etc.**

*Answer: This year we have bypassed the current evaluation model due to funding questions. The Program Office is examining the current model to determine if it best beets our needs and is providing the outcomes that we are seeking from the candidate pool. Once we refine our objectives we will provide the information to the CTI Institutions.*

## SECTION 9:  Medical Clearance

**1. Question:  Will "Diabetes Mellitus" disqualify a person from passing the ATC Medical?**

*Answer: Diabetes Mellitus is a disqualifying condition. However, if the condition is adequately controlled and there are no other disqualifying sequela an individual may be found qualified under special consideration. This means that the individual may need to follow a strict protocol while performing safety related duties, be willing to notify management and co-workers of their condition and needs in the case of an emergency. They must be willing an able to work all shifts and are responsible for providing all medical documentation necessary to maintain qualification at their own expense. - FAA Medical Office*

**2. Question:  If I pass a Class II Medical "color blind test" will I pass the ATC Medical?**

*Answer: Having a class II medical certificate is not the same as passing the color vision test for air traffic controllers. Many schools falsely believe that a  class II medical certificate is proof of fitness for the ATC career field.  Due to a dilemma of employment law, we cannot offer the test to individuals before a tentative offer of employment. A color deficient applicant may not be able to pass the test and as a result never be able to get a return on their educational investment.  I would not offer encouragement to an individual who has a color deficiency and would offer a stern warning before investing in an education in ATC.  - FAA Medical Office*

**3. Question: My son/daughter has Crohns Disease.   They take the drug the Remicade.  It does**

65

not do anything to him psychologically it just works in the intestines. Can he/she get a flight medical and what class, as well as, be able to be hired after completion of the CTI Degree Program.

*Answer:* The disease is not disqualifying, but there will be a  review the individual case history. If selected, they would need to provide complete history of the disease course. The drug is acceptable, but there would be limitations regarding the performance of safety duties around dosing intervals. - FAA Medical Office

**SECTION 10:  Security**

FAA_00007989

# Communications

**KSN SharePoint Web Site**

The Air Traffic CTI Program has established a Microsoft SharePoint website for use by CI schools and the FAA to share information.  The location of the site is: https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/default.aspx

To access the site, you must be registered. All CTI Institutional contacts as of July 1 were given access. Once your name is added to the site by the Program Office you will receive two emails similar to the one below:

The following email provides your sign-on and password information. Please change your password once you successfully log on.   If you forget or lose your password, please send an email to terry.craft@faa.gov  the password cannot be reset through the help-desk for users outside the FAA domain.

> **From:** 9-ATOA-HQ-KSN-Helpdesk@faa.gov [mailto:9-ATOA-HQ-KSN-Helpdesk@faa.gov]
> **Sent:** Friday, July 08, 2011 6:24 PM
> **To:** terrylcraft@hotmail.com
> **Subject:** FAA AT CI KSN Account Information-SAVE this Email
>
> Terry Craft/AWA/FAA(FAA\terry craft) has granted you access to a KSN web site (https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti)
>
> Your user name and password for accessing this FAA KSN Web site is:
>
> User name: KSN\terrylcraft
>
> Password: not telling you
>
> Please

The following email will provide you with access information:

> **From:** 9-ATOA-HQ-KSN-Helpdesk@faa.gov [mailto:9-ATOA-HQ-KSN-Helpdesk@faa.gov]
> **Sent:** Friday, July 08, 2011 6:24 PM
> **To:** terrylcraft@xxxxxxxxxx
> **Subject:** Welcome to the KSN group: CTI Institution Points of Contacts [Contribute] for site: CTI Program
>
> Welcome to the 'CTI Institution Points of Contacts' KSN group. 'Terry Craft/AWA/FAA (terry.craft@faa.gov)' has ad
> Contacts' group for this KSN site: https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti
>
> Group description: ''
> You can view the group home page at: https://ksn2.faa.gov/ajl/ajl-1/ajl-14/cti/_layouts/people.aspx?MembershipGrou
>
> What is a KSN site?
>
> A KSN site provides a central storage and collaboration space for documents, information, and ideas. It is a tool for coll
> communication, or a meeting is a tool for decision making. A KSN site helps groups of people share information and wo
> you:
>
> • Coordinate projects, calendars, and schedules.
> • Discuss ideas and review documents or proposals.
> • Share information and keep in touch with other people.

67



## FAA Air Traffic CTI Program

All Sites

FAA Air Traffic CTI Program | Calendar | Document Library | Useful Links | CTI School Contacts

EXPAND

### Program Purpose

The FAA has established the Collegiate Training Initiative (CTI) program for the purpose of implementing the FAA's intent of using collegiate aviation as one of the primary means of meeting the future needs of the agency for air traffic control specialists (ATCS). The purposes of this partnership are to encourage and facilitate collaborative efforts between the two parties with respect to an emphasis on collegiate aviation as an active source of future recruitment of ATCS's, and to promote a collegial environment wherein knowledge is shared with mutual respect for the institutional goals of each party.

### News / Announcements

There are currently no active announcements. To add a new announcement, click "Add new announcement" below.

Add new announcement

### POC

| Last Name | First Name | Job Title | E-mail Address | Work Phone | Mobile Phone |
| --- | --- | --- | --- | --- | --- |
| Craft | Terry | CTI Program Manager | terry.craft@faa.gov | 202-385-6659 | 202-905-1102 |
| Tibbs | Sherita | Office of Human Resource Management, Aviation Careers Division | sherita.tibbs@faa.gov | (405) 954-5702 | |
| Work | Cynthia | CTI Program | cynthia.work@faa.gov | (405) 954-0701 | |

There are four sections that can be accesses by using the "navigation tabs" at the top of the page:

**Calendar:** This section will contain CTI related events including telcons, conferences etc. I hope to add ATSAT testing dates to the calendar as soon as they are scheduled. Feel free to add events that will highlight your institutions activities as it relates to the CTI Program. Please include graduation dates, Air Traffic Club activities etcetera.

**Document Library**: This section will contain documents and materials for your CTI Program. Currently I have sections for:

- Air Traffic Selection and Training Battery (AT-SAT): This section contains research

reports for the ATSAT. It will definitely make for interesting reading for the those who relish research papers.

- At Basics Curriculum: In previous years the FAA has sent AT Basics curriculum to the partner institutions once a year on DVD.  In an effort to ensure that our partners have the most up to date information we are posting the material online for you use.

  **NOTE: The curriculum material posted is for instructor use to ensure that your teaching material is accurate. In its current format with the FAA logo it is not o be distributed or sold. Feel free to use the graphics and text as appropriate in your own material**

- CTI Institution Folders; This is a temporary place holder. We will be developing folders for each institution that is only accessible by the FAA and the individual institution allowing a secure method to transfer data.

- CTI Pictures:  This library contains pictures submitted by partner institutions to "show off" your program and students. These pictures may be used in CTI program Office presentations and documents so please nothing inappropriate.

- FAA CTI Telcons: This library will hold the Agendas and Minutes for program telcons.

- FAA Source orders: This library will hold Orders and Notices that may not be accessible online through faa.gov.  Although every effort will be made to ensure that they are up to date always use caution with orders and Notices.

**Useful Links:**  This page will have links to CTI information such as HR policy Orders and Notices, Workforce Plans. If you have additional links you would like to see, please let the Program Office know.

**CTI School Contact:**   This section is the official contact list for CTI school contacts.  If you add faculty or staff , please add them to the contact page. If you ant them to have access to the SharePoint site, sent an email to the Program Office at: 9-ato-atcti@faa.gov

**Fields:**

**Last Name:** For the purposes of this database, the "Last Name" is the full name"

**Company:** CTI School

69



**Contact Type:** We have divided the contact types into groups to filter those that should receive general information emails

> **P:** Primary Contact, receives all emails addressed to "all schools" as well as school specific emails.  Is the PRIMARY contact if there are any questions from the CTI Program Office

> **S:** Secondary Contact, receives all emails addressed to "all schools" as well as school specific emails.  Is the SECONDARY contact if we are unable to reach the "Primary" contact

> **SA:** Is the Schools signing authority for any policy and agreements. (Can also be a "primary" or "secondary" contact). Does not receive emails form Program Office unless also designated as a Primary or Secondary contact.

> **N:** Is a school contact but is not included in emails sent to schools.

**Combinations**

> **SA/P** Signing Authority and Primary Contact

> **SA/S** Signing authority and Secondary contact

70

FAA_00007993

**Full Name:** Same as "Last Name"

**Job Title:** Self Explanatory

**Business Phone: Primary means of contact**

**Secondary Phone:** Self Explanatory

**Mobile Phone:** Self Explanatory

**Email Address:** Self Explanatory

**Web Page:** This is the web page address that will appear in the public FAA Website for the institution. This page is a list of all CTI Schools and a contact for interested students.

**Mailing Address:** This is the general mailing address for the contact/institution.

**Physical Address (If different from Mailing):** Complete this address if it is not your mailing address, i.e. PO Boxes. It is also used for shipping.

**Shipping Address (If different from Physical):** Complete if there is an address for shipping other than physical address.

**Edit Contact:** For a contact that is already listed in the database, select the contact name on the contact page by clicking on the "Last Name" link:



**The contact information will open as a form, select: EDIT ITEM" from the top navigation menu**



71

**Delete a Contact:**

For a contact that is already listed in the database, select the contact name on the contact page by clicking on the "Last Name" link:



**The contact information will open as a form, select: DELETE ITEM" from the top navigation menu**



**Add Contact:**

From any contact that is already listed in the database, select the contact name on the contact page by clicking on the "Last Name" link:



The contact information will open as a form, select: NEW ITEM" from the top navigation menu

72



A new form will open allowing contact information to be added.

FAA_00007996

74

FAA_00007997

# Definitions ACRONYMS and Abbreviations

| | |
|---|---|
| ATC | Air Traffic Controller |
| ATCT | Air Traffic Control Tower |
| CBI | Computer Based Instruction |
| CTI | Collegiate Training Initiative |
| OJT | On the job training |
| POC | Point of Contact |
| SA | Service Area |
| LOA | Letter of Agreement |
| | |

*Email:  9-ato-atcti@faa.gov*

75

FAA_00007998

FAA_00007999

77

FAA_00008000