

# FAA AT-CTI Program

# Standard Operating Procedures for Submitting Student Information for ATSAT

Prepared by:

Federal Aviation Administration
Office of Safety and Technical Training
CTI Program Office
950 L'Enfant Plaza
Washington, DC

**March 13, 2012**

**Case 1:16-cv-02227-DLF**     **EXHIBIT 3**

# BACKGROUND

CTI Partner Colleges and Universities are responsible for providing a list of students who are eligible to take the Air Traffic Skill and Training Test (ATSAT) currently administered twice a year. This list contains those students who have declared that they are interested in applying for a job as an air traffic controller after graduation and are enrolled in a FAA approved degree program. Schools may submit student names up to 12 months before graduation for ATSAT testing.

The FAA has changed the method of collecting the list over the years. The current process requires that schools submit the names of all students eligible to take the test in a single spreadsheet. The students included on the list are verified and provided to a contractor by the FAA for test scheduling.

When a student is contacted by contractor and is scheduled for a test the school has no means of determining whether the student actually took the test. This has led to multiple submissions for the same student to take the test, or the school does not resubmit the name leading to the student missing the testing opportunity.

FAA Policy allows a student to retake the ATSAT test, one time, and one year after the initial test if they failed to obtain a score of "70" or greater.  For candidates who scored greater than "70" the ATSAT score is valid for three years after graduation. Before the test score expires, the student must submit a request for an extension, or may retake the test. *They are not able to extend their AT-SAT score.* If the test score expires or will expire within a testing cycle, the applicant must contact Aviation Careers to be placed on the test list.

# CHALLENGE

Due to the large number of submissions it is time consuming to review lists provided by the institutions to determine if the student has previously tested. Additionally, the possibility exists that a student who is entitled to take the test may be left off the list.

Under current ATSAT retake policy there is confusion over how student's names are submitted for an eligible retake.

# POLICY

## Initial ATSAT Testing

In an effort to ensure that all students who are entitled to take the ATSAT test have their names submitted in a timely manner, the following process will be used.

CTI Partner Institutions, will submit the names of those students, who are within 12 months of graduation, enrolled in a FAA approved degree program, and eligible for ATSAT testing on or before the designated due date as advertised by Aviation Careers. No amendments will be accepted after the due date unless initialized by the FAA.

> The names must be submitted on a spreadsheet provided by Aviation Careers without modification of the columns, rows or formulas.
>
> Amendments and corrections will be accepted up to the cutoff date. All amendments must be sent using the same spreadsheet. This amended/revised spreadsheet will replace all previous submissions.

Once a student's name has been submitted, the school should assume that the student was scheduled for and completed the test.

If a student was contacted, and was either not able to schedule the testing for which their name was submitted, or was scheduled and was not able to take the test:

If the student has:

> **NOT GRADUATED**: **the student must notify the school** that their name needs to be resubmitted for ATSAT testing. Schools must submit the student for the next cycle of testing.
>
> **GRADUATED**, the student must contact Aviation Careers and request to be placed on the next testing cycle. **Their name must have been previously submitted by the school**.
>
> *Aviation Careers Division*
> *AMH-300*
> *P.O. Box 25082*
> *Oklahoma City, OK 73125*
> *Phone: (405) 954-4657*
> *Fax: (405) 954-8531*
> *Email: 9-AMC-AMH-CTI@faa.gov*

## Retaking the ATSAT Test

A student who scored less than a "70" on the initial ATSAT testing may retake the ATSAT test after one year from the initial test.

If the student has:

> **NOT GRADUATED**: **the student must notify the school** that their name needs to be resubmitted for ATSAT testing. Schools must submit the student for the next cycle of testing.
>
> **GRADUATED:** Student must contact Aviation Careers and request to be placed on the list for the next testing cycle.

\

> *Aviation Careers Division*
> *AMH-300*
> *P.O. Box 25082*
> *Oklahoma City, OK 73125*
> *Phone: (405) 954-4657*
> *Fax: (405) 954-8531*
> *Email: 9-AMC-AMH-CTI@faa.gov*

A student who scored at least a "70" on the initial ATSAT testing may retake the ATSAT 3 years after graduation, if the test was taken prior to graduating, or 3 years from the test date if the test was taken after graduation.

If the student has:

> **GRADUATED**, the student must contact Aviation Careers and request to be placed on the next testing cycle.
>
> *Aviation Careers Division*
> *AMH-300*
> *P.O. Box 25082*
> *Oklahoma City, OK 73125*
> *Phone: (405) 954-4657*
> *Fax: (405) 954-8531*
> *Email: 9-AMC-AMH-CTI@faa.gov*