

# FAA
# New Hire Training Performance
# Semi-Annual Report

Federal Aviation Administration
ATO Safety and Technical Training
Analytics Product Team AJI-223
950 L'Enfant Plaza
Washington, DC
202-385-6788

**June 7, 2012**

Joseph Teixeira, Vice President
**ATO Safety and Technical Training**

# EXHIBIT 4

(This page is intentionally left blank)

FAA_00000004

## Document Change History

| Version | Date | Description of Change |
|---------|------|----------------------|
| Initial | 03/07/2012 | Original draft – Research of CTI Hiring Source |
| Draft 1.0 | 04/12/2012 | Amend to semi-annual report |
| Final 1.0 | 05/15/2012 | March 2012 Update |

FAA_00000005

# Table of Contents

Table of Figures ................................................................................................................................. iii

List of Tables ..................................................................................................................................... iii

Definitions: ....................................................................................................................................... iv

Executive Overview ........................................................................................................................... 1

Introduction ...................................................................................................................................... 3

    DATA SOURCE .............................................................................................................................. 3

    FACILITY LEVEL ASSIGNMENT ..................................................................................................... 3

    FIELD FACILITY TRAINING (FIRST FACILITY) .................................................................................. 4

        Hiring Sources ...................................................................................................................... 4

FINDINGS FOR HIRING ...................................................................................................................... 7

    Overall Hiring ............................................................................................................................. 7

    2006 Hiring Class-97.4 % CPC or Attrition Out of Training ......................................................... 7

    2007 Hiring Class-97.2 % CPC or Attrition Out of Training ......................................................... 9

    2008 Hiring Class-89.9 % CPC or Attrition Out of Training ....................................................... 10

FACILITY LEVEL ASSIGNMENT ......................................................................................................... 13

TIME TO CPC ................................................................................................................................... 15

CPC STATUS AND ATTRITION OF ALL NEW HIRES ........................................................................... 19

    Status of 2006 Hiring Classes .................................................................................................... 19

    Status of 2007 Hiring Classes .................................................................................................... 21

    Status of 2008 Hiring Classes .................................................................................................... 23

APPENDIX 1 NATIONAL TRAINING DATABASE INFORMATION ......................................................... 25

APPENDIX 2 FULL DATA SET USED IN ANALYSIS .............................................................................. 27

    Overall Statistics ....................................................................................................................... 27

    En Route Statistics .................................................................................................................... 29

    Terminal Statistics .................................................................................................................... 31

FAA_00000006

## Table of Figures

Figure 1: Status Breakdown by Placement Source & Year........................................................................ 1
Figure 2: Status Distribution by Year ...................................................................................................... 2
Figure 3: Yearly Placement by Source...................................................................................................... 2
Figure 4: Active Students vs. New Hires by Year ..................................................................................... 7
Figure 5: 2006 CPC and Attrition Rates........................................................... **Error! Bookmark not defined.**
Figure 6: 2007 CPC and Attrition Rates........................................................... **Error! Bookmark not defined.**
Figure 7: 2008 CPC and Attrition Rates........................................................... **Error! Bookmark not defined.**
Figure 8: Average Facility Level by Placement Year.............................................................................. 13
Figure 9: Average Terminal Facility Level by Placement Year ............................................................... 14
Figure 10: Time to CPC 2006-2008........................................................................................................ 15
Figure 11: Time to CPC En Route 2006-2008 ........................................................................................ 16
Figure 12: Time to CPC Terminal 2006-2008 ........................................................................................ 17
Figure 13: Status Breakdown of 2006 by Hiring Source........................................................................ 19
Figure 14: En Route Status Breakdown of 2006 by Hiring Source ........................................................ 20
Figure 15: Terminal Status Breakdown of 2006 by Hiring Source ........................................................ 20
Figure 16: Status Breakdown of 2007 by Hiring Source........................................................................ 21
Figure 17: En Route Status Breakdown of 2007 by Hiring Source ........................................................ 22
Figure 18: Terminal Status Breakdown of 2007 by Hiring Source ........................................................ 22
Figure 19: Status Breakdown of 2008 by Hiring Source........................................................................ 23
Figure 20: En Route Status Breakdown of 2008 by Hiring Source ........................................................ 24
Figure 21: Terminal Status Breakdown of 2008 by Hiring Source ........................................................ 24

## List of Tables

Table 1: Overall First and Second Facility Statistics of Developmentals.................................................. 27
Table 2: Overall Status Statistics for Developmentals ........................................................................... 28
Table 3: En Route First and Second Facility Statistics for Developmentals ........................................... 29
Table 4: En Route Status Statistics for Developmentals ........................................................................ 30
Table 5: Terminal First and Second Facility Statistics for Developmentals ........................................... 31
Table 6: Terminal Status Statistics for Developmentals ........................................................................ 32

FAA_00000007

## Definitions:

**Hire Source**: Announcement hiring source
**Hires**: Number of hires from source (Other includes: Reinstatements; PATCO Rehires; CTO; FSS; and FCT)
**Average Level**: Average ATC Facility Level for group
**FF CPC**: Number of those who attained CPC at first facility
**FF CPC Rate**: Rate of CPC attainment for first facility
**FF IP**: Number of Developmentals "In Progress" at first facility
**FF IP Rate**: Percentage of Developmentals "In Progress" at first facility
**FF CPC  IP Rate**: Percentage of those who have attained CPC or are "In Progress" at first facility
**F/R**: Number of Developmentals that FAILED or RESIGNED from first facility
**F/R Rate**: Percentage of total Developmentals that FAILED or RESIGNED
**SF**: Number of those who were assigned to a second facility
**SF Rate**: Percentage of those who FAILED or RESIGNED that were assigned to a Second Facility
**SF CPC**: Number of those who attained CPC at second facility
**SF CPC Rate**: Rate of CPC attainment for second facility
**SF IP**: Number of Developmentals "In Progress" at second facility
**SF IP Rate**: Percentage of Developmentals "In Progress" at second facility
**SF CPC  IP Rate**: Percentage of those who have attained CPC or are "In Progress" at second facility
**SF F/R**: Number of Developmentals who FAILED or RESIGNED from second facility
**SF F/R Rate**: Percentage of total Developmentals that FAILED or RESIGNED from second facility
**TRANS**: Developmentals that transferred to a third Facility or data incomplete.
**TRANS Rate**: Rate of Developmentals in second facility who transferred to third facility or data incomplete
**Attrition**: Number of new hires that are no longer in the ATC Training Program
**A Rate**: Percentage of new hires that are no longer in the ATC Training Program
**IP Rate**: Percentage of Developmentals that are in training
**CPC Rate**: Percentage of CPC's from original hires
**Average CPC Time**: Number of Years to attain CPC in first or second facility
**Active During FY**: The count of all Developmentals in training at any point during a given fiscal year.
**CTO:** Control Tower Operator
**FSS:** Flight Service Station
**FCT:** Federal Contract Tower
**VRA:** Veterans Recruitment Act

FAA_00000008

# Executive Overview

In an effort to determine how various hiring sources compare with respect to successful/unsuccessful rates, time to CPC and average first facility level, a detailed semi-annual report is prepared to provide an objective data-based analysis of the various hiring sources in "facility training". This report is divided into fiscal years capturing data on all new hires from 2006-2011.

Discreet yearly time periods are used for analysis and observations to include new hires hired in:

- FY 2006, 2007, 2008, 2009, 2010, 2011 and 2012

Because the training program for an Air Traffic Control Specialist (ATCS) typically covers multiple years, the data has been organized in order to group Developmentals by their FAA enter-on-duty (EOD) year. In addition, the duration of the training program results in many recent new hires to be classified as in progress, greatly increases the uncertainty of those datasets. Rates and analyses are most meaningful in the years 2006-2008 as there are fewer Developmentals still in progress. For instance, CPC Rate for 2011 new hires is relatively low, but this is merely due to the fact that the only Developmentals to be analyzed are the few who completed training much quicker than average. Figure 1 illustrates that in recent years, as there are many Developmentals still in progress, both the CPC and attrition rates are poor measures of likely outcomes. For this reason, the only analysis in this report will only cover years 2006-2008 as these hiring classes have ten percent or less who remain in training.



**Figure 1: Status Breakdown by Placement Source & Year**

While Figure 1 portrays the percentages of each status by the various placement sources, Figure 2 on the following page illustrates the total amounts of each status for years 2006-2012. The graph further illustrates the issue of there still being a large amount of individuals from recent hiring classes still in training.

Note for the rest of the report, because the 2012 fiscal year is only half complete, there are still more new hires expected to be placed in the remainder of the year; therefore results based on current fiscal year 2012 data will not be wholly representative until 2013.

FAA_00000009



**Figure 2: Status Distribution by Year**

Due to the length of training, the Certified Professional Controllers (CPC) rate (the rate of those from each hiring source that ultimately become CPCs and are able to work position with general supervision) is a strong measure of the number of controllers we can expect from a hiring source given that there are an insignificant (less than 10%) level of Developmentals still in progress.

The number of new hires has not remained constant throughout the reporting period. Figure 3 shows the years of 2007-2009 saw the highest level of hiring while 2010 and 2011 had returned to near 2006 levels. Furthermore, Figure 3 shows that the ratio of general public hires drastically increased from 2006-2009 and still remains a significant hiring source while VRA and CTI hiring have retreated throughout the timeframe. Lastly, because the "Other" hiring source represents such a small level of overall hiring, it is seldom used throughout this report.



**Figure 3: Yearly Placement by Source**

FAA_00000010

# Introduction

The following information is applicable to the data analysis and is uniform for all years analyzed.

## DATA SOURCE

The data source used for this analysis is the National Training Database (NTD) for all new hires from FY 2006-2012.  Previously certified controllers, which have transferred and therefore reentered training, are not included as a data source.   The NTD is the official repository for controller certification training.

For the purposes of this report, any new hire who did not successfully complete CPC status at the facility for which he or she was hired was considered "unsuccessful". This includes the following categories:

- Employee Requested Reassignment (ERR): The ERR process was used extensively by the higher-level facilities for those employees who did not meet the transfer requirements outlined in the Collective Bargaining Agreement (CBA). The purpose of this was to maintain employees that the Air Traffic Manager believed would be successful at a lower-level facility.
- Training Failure: Normally this status is used to designate a new hire who has certified on the number of positions which would allow he or she to transfer to a lower-level facility.
- Resignations: The employee resigned prior to certification. It is assumed that this was prompted by the belief that he or she would not be able to certify.
- Hardships: Those employees who requested a change in facility due to personal reasons.
- Terminations: This status is usually reserved for management who has determined that the developmental will not be successful in certification and the developmental did not meet the requirements for transfer under the CBA, or ERR process.
- Medical Termination: Indicates that a developmental either developed, or it was determined after hire that he or she did not qualify for, a medical clearance necessary for an ATCS.

More information about the available data in the NTD can be found in Appendix 1.

## FACILITY LEVEL ASSIGNMENT

ATC facility levels are based on traffic volume and complexity level as measured by the "Traffic Count Index".  For more information on Air Traffic Facility Levels, see FAA Order 7210.57 and Appendix A to the FAA NATCA CBA 2008.   A sample of facilities and associated ATC levels:

**ATC-11**
Boston TRACON
Minneapolis TRACON
Las Vegas TRACON
New York LaGuardia Air Traffic Control Tower
Boston En Route Air Traffic Control Center
Kansas City En Route Air Traffic Control Center

**ATC-10**
Kennedy (JFK) Airport Air Traffic Control Tower
San Francisco Air Traffic Control Tower
Washington National Air Traffic Control Tower
Salt Lake En Route Air Traffic Control Center

FAA_00000011

Seattle En Route Air Traffic Control Center

**ATC -9**
Memphis Air Traffic Control Tower
Palm Beach Combined Approach Control and Air Traffic Control Tower
Nashville Combined Approach Control and Air Traffic Control Tower
Pittsburgh Combined Approach Control and Air Traffic Control Tower

**ATC-8**
Anchorage Air Traffic Control Tower
Oakland Air Traffic Control Tower
Boeing Field Air Traffic Control Tower

**ATC-7**
Allentown Combined Approach Control and Air Traffic Control Tower
Albany Combined Approach Control and Air Traffic Control Tower
Burbank Air Traffic Control Tower
San Jose Air Traffic Control Tower
Knoxville Combined Approach Control and Air Traffic Control Tower

## FIELD FACILITY TRAINING (FIRST FACILITY)
The new hire, after attending and successfully completing the required courses at the FAA Academy, moves to his or her facility for facility-specific classroom and on-the-job training (OJT). The requirements for facility training are outlined in FAA Order 3120.4.

### Hiring Sources
For this report, all new hires were grouped into "sources" that were consummate with the requirements for the announcement.

**General Public: An applicant who meets the minimum requirements below.**

Note: The FAA is aware that most CTI students who were eligible also applied under this announcement. We cannot determine at this time how many candidates were eligible under both announcements because HR does not track multiple applications to distinct announcements.

> **Qualifications Required:** Prior experience or training in air traffic control is not required. An applicant can apply for this position on the basis of work experience, college education, or a combination of both.
>
> To qualify based on work experience, interested individuals must document three years of progressively responsible full-time (40 hours per week) experience that demonstrates the potential for learning.
>
> To qualify based upon education; applicants must document a full four year course of study leading to a bachelor's degree and include semester/quarter college hours. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education.

**VRA:** This category is a combination of Department of Defense Controller (DoD), VRA and Retired Military Controller (RMC). VRAs make up the overwhelming majority of the applicants.

FAA_00000012

**Qualifications Required:** Applicants must possess 52 consecutive weeks of qualifying air traffic control experience in a civilian or military air traffic control facility which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. The 52 consecutive weeks of experience cannot include any FAA Academy time, as this is not considered "live" air traffic. Examples of non-qualifying air traffic control experience include: a) Military Flight Following Experience; b) Military Ground Control Approach; c) Ship-based air traffic control experience; d) Tactical Air Traffic Control; e) Radar Final Controller; f) Air Operations; g) Flight Planning; h) Flight Data.

The following veterans are eligible for a VRA appointment:

> a) A veteran who is in receipt of a campaign badge for service during a war or in a campaign or expedition; or
>
> b) A veteran who is disabled; or
>
> c) A veteran who is in receipt of an Armed Forces Service Medal for participation in a military operation; or
>
> d) A veteran who was recently separated from active service within the last three years.)

In addition to meeting the criteria above, eligible veterans must have separated under honorable conditions.

**CTI: Graduates of the FAA Air Traffic Collegiate Training Initiative**

**Qualifications Required:** Applicants must have successfully completed all program requirements for graduation from an FAA-approved CTI College or University and receive a passing score on the Air Traffic Selection and Training (AT-SAT) test.

**Other:** "Other" includes a number of categories that are classified as new hires

- Flight Service Transfer
- Federal Contract Tower
- PATCO Rehire
- Former Controller Reinstated
- Control Tower Operator (CTO)

FAA_00000013

(This Page is Intentionally Left Blank)

FAA_00000014

# FINDINGS FOR HIRING

## Overall Hiring

Comparing yearly hiring with actual levels of Developmentals in the program help to illustrate rises and falls in hiring levels.  Figure 4 compares the level of active Developmentals and the number of new hires for 2006-2012.  Active Developmentals are defined as those receiving any training during a fiscal year.  Therefore, a new hire arriving in the last week of a fiscal year will still count as active for that year.  The graph shows that the number of new hires for 2006-2008 accounted for roughly 40-50% of the Developmentals in the training program for those years.  As the hiring levels decreases from 2009 on, there was a lag in the reaction of the level of active Developmentals.  This is expected as training generally takes two to three years.  It is difficult to discern if hiring levels were used to hit target active levels as there is not a flat pattern in the graph.



### Active Students vs. New Hires by Year

|                    | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|--------------------|------|------|------|------|------|------|------|
| New Hires          | 977  | 1810 | 2044 | 1590 | 888  | 738  | 254  |
| Active During FY   | 2307 | 3622 | 5102 | 5533 | 4918 | 4275 | 3102 |

2012-Halfway through fiscal year

Figure 4: Active Students vs. New Hires by Year

## 2006 Hiring Class-98 % CPC or Attrition Out of Training

98% of all new hires in FY 2006 have either attained CPC status or are no longer in air traffic control training. 2.6% remain in training.

### First Facility

There were a total of 977 new hires in FY06 who entered training at an air traffic control facility.   71.6% of the new hires have attained CPC status at the first facility to which they were assigned.  Of those, CTI hires attained CPC status from their first facility at a rate of 73.9%, followed by VRA at 69.2%, and General Public at a rate of 44.7%, as shown in **Error! Reference source not found.** on the following page.

CTI and VRA attained first facility CPC status at a nearly 65% greater rate than general public.

FAA_00000015



Figure 5: First and Second Facility Performance

There were a total of 142 new hires (15%) who were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

**Second Facility**

There were 120 Developmentals (12.7%) who were not successful in their first facility and were offered an opportunity to continue the air traffic control training program, normally at a lower-level, less complex facility. Of those who have transferred once or more, 65% have successfully attained the designation of CPC. 15.8% are designated as "in progress".

CTI hires attained CPC status at the second facility at a rate of 71.9% followed by VRA at 68%, and general public 25%.

There were a total of 20 new hires (16.7%) who were not successful in achieving CPC status at their second facility. Of these, 11 (9.2%) were either terminated, resigned from their position, or were assigned to another non-controller position, while 9 (7.5%) transferred to a third facility.

FAA_00000016

## 2007 Hiring Class-97.2 % CPC or Attrition Out of Training

97.2% of all new hires in FY 2007 have either attained CPC status or are no longer in air traffic control training. 2.8% remain in training.

**First Facility**

There were a total of 1782 new hires in FY07 who entered training at an air traffic control facility.  This is an increase of nearly 90% from 2006.  72.8% of the new hires attained CPC status at the first facility to which they were assigned.  Of those, CTI hires attained CPC status from their first facility at a rate of 75.1%, followed by VRA at 70.1%, and general public at a rate of 60.7%, as shown in **Error! Reference source not found.**.  This is an improvement for both the entire hiring class and by each placement source from 2006, with the largest improvement coming from the general public.

Although general public placements have greatly improved in first facility CPC rate, they still trail CTI and VRA by about 20%.



| | First Facility | Second Facility | First Facility | Second Facility | First Facility | Second Facility |
|---|---|---|---|---|---|---|
| ■ Unsuccessful | 35 | 5 | 113 | 13 | 98 | 10 |
| ■ Transfer | 16 | 2 | 123 | 9 | 95 | 11 |
| ■ In Progress | 2 | 3 | 5 | 18 | 8 | 13 |
| ■ CPC Rate | 82 | 6 | 725 | 83 | 471 | 60 |

Figure 6: 2007 First and Second Facility Performance

There were a total of 233 new hires (13%) who were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.  This is greater than the 144 of 2006, but is expected given that there were nearly 90% more new hires in 2007.

FAA_00000017

**Second Facility**

There were 236 Developmentals (13.2%) who were not successful in their first facility and were offered an opportunity to continue the air traffic control training program, normally at a lower-level, less complex facility. Of those who have transferred once or more, 63.1% have successfully attained the designation of CPC. 14.4% are designated as "in progress".

CTI hires attained CPC status at the second facility at a rate of 67.5%, followed by VRA at 63.2%, and general public at a rate of 37.5%.  Nearly all of these numbers are fairly consistent with 2006 except for general public placements, which saw a 12- point increase in their second facility CPC rate.

There were a total of 52 (22%) new hires that were not successful in achieving CPC status at their second facility. Of these, 29 (12.3%) were either terminated, resigned from their position, or were assigned to another non-controller position, while 23 (9.7%) transferred to a third facility.

## 2008 Hiring Class-89.9 % CPC or Attrition Out of Training

89.9% of all new hires in FY 2008 have either attained CPC status or are no longer in air traffic control training. 10.1% remain in training.  Because of the slightly higher-level of in progress students, it is expected that the CPC and attrition rates will increase as the remainder of the Developmentals finish or leave the training program.

**First Facility**

There were a total of 2051 new hires in FY08 who entered training at an air traffic control facility.  This is an increase of about 15% from 2007.  66.8% of the new hires attained CPC status at the first facility to which they were assigned.  Of those, CTI hires attained CPC status from their first facility at a rate of 69%, with VRA at 70.2%, and general public at a rate of 63.5%, as shown in **Error! Reference source not found.**.  General public first facility CPC Rate continued to improve in 2008, while CTI and VRA have slightly declined.  Once the level of in progress has fallen to near 5%, it is expected that the 2008 CPC Rates will be in line or better than 2007.

FAA_00000018



**Figure 7: 2008 First and Second Facility Performance**

There were a total of 272 new hires (13.3%) that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.  This is greater than the 233 of 2007, but is expected given that there were nearly 15% more new hires in 2008.

**Second Facility**

There were 297 Developmentals (14.5%) who were not successful in their first facility and were offered an opportunity to continue the air traffic control training program, normally at a lower-level, less complex facility. Of those who have been transferred once of more, 49.2% have successfully attained the designation of CPC. 32.3% are designated as in progress.

CTI hires attained CPC status at the second facility at a rate of 51%, with VRA at 57.4%, and general public at a rate of 41.5%.  These figures are a decline from 2007, but with 32.3% of Developmentals still in progress, they are expected to be consistent with previous years as the training progresses.

There were a total of 53 (17.8%) new hires that were not successful in achieving CPC status at their second facility. Of these, 24 (8.1%) were either terminated, resigned from their position, or were assigned to another non-controller position, while 29 (9.7%) transferred to a third facility.

FAA_00000019

(This Page is Intentionally Left Blank)

FAA_00000020

# FACILITY LEVEL ASSIGNMENT

The 2006-2012 overall average ATC level for all facilities that the new hires were assigned to was 9.29. This includes both En Route and Terminal domains.

As shown in Figure 8, the average facility level new hires were assigned to peaked in 2006 with an average level of 10.63. Since 2006, the initial assigned facility level has decreased sharply with each hiring class averaging between a level of 8.53 and 9.51, reaching the lowest levels in 2011. It is very important to note that correlation does not meet causation. The assignment of facilities depends largely on facility need year-to-year. It is more important to analyze the spread each year by hiring source. The data does not show any significant correlation between hiring source and facility assignment level.



| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Gen Pub | 10.79 | 10.79 | 8.90 | 9.43 | 8.97 | 8.71 | 8.71 |
| CTI | 10.99 | 9.13 | 9.45 | 9.81 | 8.88 | 8.17 | 8.73 |
| VRA | 10.31 | 9.01 | 9.02 | 9.64 | 9.47 | 8.62 | 8.28 |

Figure 8: Average Facility Level by Placement Year

By breaking down the facilities by domain, a correlation emerges in each year of VRA hires being placed in higher facility levels for initial assignment in the Terminal domain. Figure 9 on the following page shows that in every year except 2007, VRA hires were placed in the highest facility level. There may be many reasons for this trend, including a possible correlation of military/DoD backgrounds with Terminal air traffic operations; though a definitive answer requires further investigation.

FAA_00000021



**Figure 9: Average Terminal Facility Level by Placement Year**

Starting in 2010, Terminal facilities were instructed to make an effort not to place new hires in upper-level facilities. This can be seen from the drop in the average facility level in 2011 and 2012.

Examples of facility ATC levels can be found in the Introduction.

A breakout of initial facility levels for the En Route domain does not demonstrate any significant trending. All of the 21 Air Route Traffic Control Center (ARTCC) of En Route are between levels 10 and 12 and the only two other En Route facilities are 9 and 8. For this reason, there is little differentiation in facility levels between the En Route facilities and placement resembles a random distribution.

FAA_00000022

## TIME TO CPC

Another metric commonly used is the "Time to CPC. This time is measured from the day the developmental enters facility training until the date of certification, not including time at the Academy. Previously, there were errors in calculating Time to CPC from Developmentals which transferred to a new facility as the data source creates a new record for the developmental upon transfers or failures reentering training.  Only the time spent at the certifying facility was counted towards the metric, not time spent at earlier facilities.  Data modeling has resolved this issue by combining the time at facilities for each record of an individual developmental until he or she has completed training, or attrited out. Furthermore, as CPC transfers reenter training, they are not new hires.  Therefore, any time spent training after certification is disregarded.

Because many students remain in progress in more recent years (2009-2012), measuring their time to CPC would result in a misrepresentative metric as it would not include the time to CPC of those individuals yet to complete.  For that reason, only years 2006-2008 are analyzed.

General public placements have had the most improvement from 2006 through 2008 with a decrease in time to CPC by 1.32 years, moving from 3.59 to 2.27 years, as shown in Figure 10.  On the other hand, general public still ranks below CTI and VRA every year in Time to CPC.  With an in progress rate of 17% for general public Developmentals, all upcoming certifications will increase its already poor score of 3.59 years.  Both the CTI and VRA placements achieved significant improvement from 2006-2007, but showed a slight fallback in 2008, unable to match the pace set by general public placement improvement, yet still achieve faster certifications.  Lastly, VRA has steadily ranked as the top placement source, averaging less than two years in time to CPC for both 2007 and 2008.



| | 2006 | 2007 | 2008 |
|---|---|---|---|
| Gen Pub | 3.59 | 2.70 | 2.27 |
| CTI | 2.75 | 2.16 | 2.24 |
| VRA | 2.33 | 1.85 | 1.89 |

**Figure 10: Time to CPC 2006-2008**

On average, the time to CPC improved in 2007, going from 2.60 years to 2.07, but slightly reversed the trend in 2008 with a time to CPC of 2.15 years.

FAA_00000023

There are also large differences when comparing En Route to Terminal Time to CPC scores as they have different training paths. For this reason, the two domains have been differentiated in Figure 11 and Figure 12.



**Figure 11: Time to CPC En Route 2006-2008**

The En Route domain shows the least distribution of time to CPC scores between the hiring sources as shown in Figure 11. It does illustrate the improvement in 2007, especially in general public Developmentals, which trail CTI graduates and VRA hires throughout the timeframe. The average time to CPC in 2006, 2007, and 2008 for En Route Developmentals was 2.74, 2.55 and 2.62 years, respectively. Due to the difficulty in requirements for En Route controlling, the time to CPC is generally longer than Terminal and has a goal of three years.

As for the Terminal domain, Figure 12 on the following page illustrates the shorter training cycle as well as the more varied time to CPC based on hiring source. Since 2006, the time to CPC for general public hires has been more than cut in half, from 4.47 years in 2006 to 2.05 years in 2008, where they are shown to be competitive with both CTI graduates and VRA hires. The same trend of a large improvement with slight overall setback in the three-year timeframe is apparent in the Terminal domain as well with average time to CPC of 2.27, 1.84 and 1.94 years. As with En Route, the fastest certifications continue to come from VRA hires.

FAA_00000024



| | 2006 | 2007 | 2008 |
|---|---|---|---|
| ■ Gen Pub | 4.47 | 2.88 | 2.05 |
| ■ CTI | 2.79 | 1.95 | 2.01 |
| ■ VRA | 2.00 | 1.71 | 1.76 |

**Figure 12: Time to CPC Terminal 2006-2008**

FAA_00000025

(This Page is Intentionally Left Blank)

FAA_00000026

# CPC STATUS AND ATTRITION OF ALL NEW HIRES

## Status of 2006 Hiring Classes

A review of FY 2006 new hires, who are near 98% in "final disposition" (the combination of CPC certification and attrition rate), demonstrates that the VRA program leads all hiring sources, with the highest CPC and lowest attrition rates of 82.8% and 14.7% respectively, as shown in Figure 13. Developmentals from the CTI program have slightly lower yet comparable ratings, while the general public shows the lowest CPC and greatest attrition rates, with 48.9% and 34% respectively.



## Status Breakdown of 2006 by Hiring Source

|  | Gen Pub | CTI | VRA |
|---|---|---|---|
| Attrition | 34.0% | 15.7% | 14.7% |
| In-Progress | 17.0% | 1.4% | 2.2% |
| CPC Rate | 48.9% | 82.7% | 82.8% |

**Figure 13: Status Breakdown of 2006 by Hiring Source**

From the FY 2006 hiring class, 98% of all new hires have either attained CPC certification or are no longer in the controller training program. The class of 2006, in total, attained CPC status at a rate of 79.9%. 2.6% are in training, and 17.2% are no longer in the training program.

2006 VRA new hires attained CPC status at a rate of 82.8%. CTIs at a rate of 82.7%, while general public hires attained CPC at nearly half the rate (48.9%). With 17% of general public Developmentals still in training, it is likely that the CPC rate will increase significantly in the future. Even with no more attrition it cannot surpass 66%.

Out of En Route's 39 general public hires, only 53.8% have certified with almost 36% washing out, as illustrated in Figure 14 on the following page. Conversely, CTI and VRA hires are nearly identical with roughly 84% certified, 15% washed out and only 1% remaining in training.

FAA_00000027



**Figure 14: En Route Status Breakdown of 2006 by Hiring Source**

As for the Terminal domain, Figure 15 illustrates how general public hires are split between certification and washing out with both at 25% and half of the class still in training.  With only eight hires, outliers are common.  The VRA hires have done slightly better than CTI with an 81% CPC rate versus 77.7%.



**Figure 15: Terminal Status Breakdown of 2006 by Hiring Source**

FAA_00000028

## Status of 2007 Hiring Classes

A review of FY 2007 new hires that have 97.2% in final disposition (the combination of CPC certification and attrition rate) demonstrates that the CTI program overtakes the 2006 trend by leading all hiring sources with the highest CPC and lowest attrition rates of 84.3% and 13.3% respectively, as shown in Figure 16. Developmentals from the VRA have slightly lower, yet comparable, CPC and attrition ratings, with 80.6% and 16% respectively. The general public on the other hand shows the weakest CPC and greatest attrition rates, despite much improvement, with 66.2% and 30.1% respectively.



### Status Breakdown of 2007 by Hiring Source

|  | Gen Pub | CTI | VRA |
|---|---|---|---|
| ■ Attrition | 30.1% | 13.3% | 16.0% |
| ■ In-Progress | 3.8% | 2.4% | 3.2% |
| ■ CPC Rate | 66.2% | 84.3% | 80.6% |

**Figure 16: Status Breakdown of 2007 by Hiring Source**

From the FY 2007 hiring class, 97.2% of all new hires have either attained CPC certification or are no longer in the controller training program. The class of 2007, in total, has shown stronger figures than the 2006 hiring class, attaining CPC status at a rate of 81.1% (+1.2 pts). 2.8% are in training and 16% are no longer in the training program (1.2 point improvement over 2006).

2007 CTI new hires attained CPC status at a rate of 84.3% (+1.6 pts). VRAs are at a rate of 80.6% (-2.2 pts), while general public achieved the highest improvement with a CPC Rate of 66.2% (17.3 pts).

Of note, 3.8% of 2007 general public new hires still in progress, which is far fewer than the 17% of 2006. Furthermore, despite a nearly triple the amount of general public new hires in 2007 from 2006 (133 and 47), there are fewer individual Developmentals who remain in progress, with five from 2007 and eight from 2006.

The domain-specific analysis reports En Route in Figure 17 on the following page. CTI and VRA hires fall in line with 2006 CPC rates, scoring 82.7% and 84.5%, respectively. General public hires have improved greatly over 2006 with a CPC rate of 70.6% while still showing a high attrition rate of 28.4%.

FAA_00000029



Figure 17: En Route Status Breakdown of 2007 by Hiring Source

The Terminal domain in Figure 18 illustrates that CTI hires report the strongest numbers, with a CPC rate of 85.2%, attrition of 11.8%, and 3% remaining in training. VRA trails slightly with a 79.8% CPC Rate. The improvement shown by general public hires for En Route in 2006 has not translated to the Terminal domain, which saw a CPC rate of 45.8% and an attrition rate of 37.5%.



Figure 18: Terminal Status Breakdown of 2007 by Hiring Source

FAA_00000030

## Status of 2008 Hiring Classes

A review of FY 2008 new hires shows almost 90% in final disposition (the combination of CPC certification and attrition rate). Due to the higher-levels of in progress compared to the sub 3% of 2006 and 2007, comparing performance of the 2008 hiring class to earlier years can be misrepresentative. Despite this fact, Figure 19 demonstrates important trends. The 2008 hiring class shows the CTI Program continuing the 2007 trend by leading all hiring sources with a CPC Rate of 76.8% and an attrition rate of 14.1%. The VRA scores are slightly behind CTI in CPC rate at 75.2%, followed by general public with its best CPC Rate of 70.8%. General public has also greatly improved attrition levels, being ahead of the VRA with 15.9% and 17%, respectively.



| | Gen Pub | CTI | VRA |
|---|---|---|---|
| ■ Attrition | 15.9% | 14.1% | 17.0% |
| ■ In-Progress | 13.1% | 9.0% | 7.8% |
| ■ CPC Rate | 70.8% | 76.8% | 75.2% |

**Figure 19: Status Breakdown of 2008 by Hiring Source**

From the FY 2008 hiring class, 89.9% of all new hires have either attained CPC certification or are no longer in the controller training program, about 7.5% behind the 2007 class. The class of 2008, in total, is showing trends similar to previous hiring classes, attaining CPC status at a rate of 74% so far. 10.1% are in training and 15.8% are no longer in the training program.

2008 CTI new hires have attained CPC status at a rate of 76.8%. VRAs are at a rate of 75.2%, while general public continues to improve with a CPC Rate of 70.8%. These numbers are expected to increase further since in progress Developmentals have invested much time and effort, and are less likely to wash-out this far into training (the relationship between attrition rates and in progress rates is explored later in this report).

Of note, 13.1% of 2008 general public new hires are still in progress, which is still fewer than the 17% of 2006, two years prior.

FAA_00000031

The En Route domain in Figure 20 shows general public training catching up to the performance of the CTI and VRA programs with a CPC Rate of 72.8% and attrition of 15.4%.  With roughly 7% still in training, the CTI and VRA hires report CPC Rates of about 80%.



| | Gen Pub | CTI | VRA |
|---|---|---|---|
| ■ Attrition | 15.4% | 14.8% | 12.9% |
| ■ In-Progress | 11.8% | 6.6% | 7.1% |
| ■ CPC Rate | 72.8% | 78.7% | 80.0% |

**Figure 20: En Route Status Breakdown of 2008 by Hiring Source**

Figure 21 shows that general public hires are improving over 2007 but still lag their 2008 counterparts in En Route as well as Terminal CTI and VRA hires.  The CTI program leads with a CPC rate of 75.6%.



| | Gen Pub | CTI | VRA |
|---|---|---|---|
| ■ Attrition | 16.2% | 13.6% | 17.8% |
| ■ In-Progress | 13.7% | 10.6% | 7.9% |
| ■ CPC Rate | 69.9% | 75.6% | 74.3% |

**Figure 21: Terminal Status Breakdown of 2008 by Hiring Source**

FAA_00000032

# APPENDIX 1 NATIONAL TRAINING DATABASE INFORMATION

Facility data was derived from the NTD. The NTD is the official source of reporting for FAA Air Traffic field facilities to record air traffic control training progress from facility EOD through CPC.

The NTD provides the following information:

| Option | En Route or Terminal |
|---|---|
| SA | Service Area to which the employee is assigned<br><br>| EEOSA | Eastern En Route and Oceanic Service Area |<br>| CEOSA | Central En Route and Oceanic Service Area |<br>| WEOSA | Western En Route and Oceanic Service Area |<br>| ETSA | Eastern Terminal Service Area |<br>| CTSA | Central Terminal Service Area |<br>| WTSA | Western Terminal Service Area | |
| District | The "Terminal District" within the SA. |
| ATC Level | The facility pay level based on traffic volume and complexity |
| Facility Type | • Combined Control Facility<br>• Combined TRACON and Tower<br>• Combined TRACON<br>• En Route<br>• TRACON<br>• Tower |
| Facility ID / Name | Facility for which the employee was hired |
| Hire Source | | | NTD Listing and Combinations |<br>| CTI | Collegiate Training Initiative Includes "CTI and MARC" |<br>| GEN PUBLIC | Those hired under a "general public" Announcement Includes "OPM; ATSAT" |<br>| VRA/RMC | Veterans Recruitment Appointment.  Former Military Controller includes VRA En Route; VRA Terminal; Retired Military Controller |<br>| Other | Flight Service transfers and Reinstatements | |
| Trainee ID, NTD ID, NDC Employee ID | | | NTD Listing and Combinations |<br>| Trainee ID | Unique number in the National Training Database assigned to each developmental when they begin training at a facility.  If a person trains at multiple facilities, he or she  will be given more than one Trainee ID. |<br>| NTD ID | Unique number assigned to each developmental when initially entered into the national Training Database. This number remains the same for that developmental even when they transfer to another facility. |<br>| NDC Employee ID | An HR Assigned ID Number | |

FAA_00000033

| Student Name | Last, First Middle, Surname |
|---|---|
| **FAA EOD** | This is the employee's "enter on duty (EOD) date to the FAA. This is normally the first day of class at the Academy. |

| **Developmental Status** | | | |
|---|---|---|---|
| | **Status Group** | **Abbreviated Status** | **Detailed Status** |
| | Completed | Completed | Completed |
| | Unsuccessful | Facility Fail | Employment Terminated Prior to Completion |
| | | | Reassigned to non ATC, FAA Position |
| | | | Training Failure, Pending HR Action |
| | | Transfer Lower | Reassigned to another 2152 Facility |
| | None | In Progress | |
| | | Transfer | ERR |
| | | | Vacancy Announcement |
| | | | Hardship |
| | | Other | Employee Resigned |
| | | | Employee Retired |
| | | | Employment Terminated-Medical |

| **ATC Level** | ATC Level based on traffic volume and complexity |
|---|---|
| **Years to CPC** | Years in training at facility if the student attained CPC |
| **Second (Current Facility)** | If student transferred to a second facility, facility ID. |
| **Developmental Status** | (See above) |
| | |

Hiring Source: Defines the hiring pool in which the controller was hired.

- General Public

- VRA: Includes DoD, VRA, and RMC hires

- CTI: CTI School numbers include the previous MARC school

- Other

FAA_00000034

# APPENDIX 2 FULL DATA SET USED IN ANALYSIS

## Overall Statistics

**Table 1: Overall First and Second Facility Statistics of Developmentals**

| Year | Hire Source | Hires | Average Level | FF CPC | FF CPC Rate | FF IP | FF IP Rate | FF CPC/IP Rate | F/R | F/R Rate | SF | SF Rate | SF CPC | SF CPC Rate | SF IP | SF IP Rate | SF CPC/IP Rate | SF F/R | SF F/R Rate | TRANS | TRANS Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006** | Gen Pub | 47 | 10.79 | 21 | 44.7% | 4 | 8.5% | 53.2% | 14 | 29.8% | 8 | 17.0% | 2 | 25.0% | 4 | 50.0% | 75.0% | 2 | 25.0% | 0 | 0.0% |
| | CTI | 509 | 10.99 | 382 | 75.0% | 1 | 0.2% | 75.2% | 71 | 13.9% | 55 | 10.8% | 39 | 70.9% | 6 | 10.9% | 81.8% | 4 | 7.3% | 5 | 9.1% |
| | VRA | 360 | 10.31 | 264 | 73.3% | 1 | 0.3% | 73.6% | 46 | 12.8% | 49 | 13.6% | 34 | 69.4% | 7 | 14.3% | 83.7% | 3 | 6.1% | 4 | 8.2% |
| | Other | 28 | 6.90 | 9 | 32.1% | 0 | 0.0% | 32.1% | 11 | 39.3% | 8 | 28.6% | 3 | 37.5% | 2 | 25.0% | 62.5% | 2 | 25.0% | 0 | 0.0% |
| | Total | 944 | 10.63 | 676 | 71.6% | 6 | 0.6% | 72.2% | 142 | 15.0% | 120 | 12.7% | 78 | 65.0% | 19 | 15.8% | 80.8% | 11 | 9.2% | 9 | 7.5% |
| **2007** | Gen Pub | 133 | 10.79 | 82 | 61.7% | 2 | 1.5% | 63.2% | 33 | 24.8% | 16 | 12.0% | 6 | 37.5% | 3 | 18.6% | 56.3% | 5 | 31.3% | 2 | 12.5% |
| | CTI | 954 | 9.13 | 724 | 75.9% | 5 | 0.5% | 76.4% | 106 | 11.1% | 119 | 12.5% | 80 | 67.2% | 18 | 15.1% | 82.4% | 12 | 10.1% | 9 | 7.6% |
| | VRA | 656 | 9.01 | 470 | 71.6% | 8 | 1.2% | 72.9% | 84 | 12.8% | 94 | 14.3% | 59 | 62.8% | 13 | 13.8% | 76.6% | 10 | 10.6% | 11 | 11.7% |
| | Other | 39 | 8.07 | 21 | 53.8% | 1 | 2.6% | 56.4% | 10 | 25.6% | 7 | 17.9% | 4 | 57.1% | 0 | 0.0% | 57.1% | 2 | 28.6% | 1 | 14.3% |
| | Total | 1782 | 9.19 | 1297 | 72.8% | 16 | 0.9% | 73.7% | 233 | 13.1% | 236 | 13.2% | 149 | 63.1% | 34 | 14.4% | 77.5% | 29 | 12.3% | 23 | 9.7% |
| **2008** | Gen Pub | 740 | 8.90 | 473 | 63.9% | 49 | 6.6% | 70.5% | 95 | 12.8% | 123 | 16.6% | 51 | 41.5% | 48 | 39.0% | 80.5% | 9 | 7.3% | 14 | 11.4% |
| | CTI | 747 | 9.45 | 517 | 69.2% | 36 | 4.8% | 74.0% | 87 | 11.6% | 107 | 14.3% | 57 | 53.3% | 31 | 29.0% | 82.2% | 8 | 7.5% | 10 | 9.3% |
| | VRA | 528 | 9.02 | 361 | 68.4% | 25 | 4.7% | 73.1% | 80 | 15.2% | 62 | 11.7% | 36 | 58.1% | 16 | 25.8% | 83.9% | 7 | 11.3% | 3 | 4.8% |
| | Other | 36 | 7.67 | 20 | 55.6% | 1 | 2.8% | 58.3% | 10 | 27.8% | 5 | 13.9% | 2 | 40.0% | 1 | 20.0% | 60.0% | 0 | 0.0% | 2 | 40.0% |
| | Total | 2051 | 9.11 | 1371 | 66.8% | 111 | 5.4% | 72.3% | 272 | 13.3% | 297 | 14.5% | 146 | 49.2% | 96 | 32.3% | 81.5% | 24 | 8.1% | 29 | 9.8% |
| **2009** | Gen Pub | 1112 | 9.43 | 544 | 48.9% | 281 | 25.3% | 74.2% | 133 | 12.0% | 154 | 13.8% | 55 | 35.7% | 73 | 47.4% | 83.1% | 9 | 5.8% | 16 | 10.4% |
| | CTI | 282 | 9.81 | 145 | 51.4% | 61 | 21.6% | 73.0% | 31 | 11.0% | 45 | 16.0% | 13 | 28.9% | 23 | 51.1% | 80.0% | 2 | 4.4% | 7 | 15.6% |
| | VRA | 203 | 9.64 | 108 | 53.2% | 40 | 19.7% | 72.9% | 28 | 13.8% | 27 | 13.3% | 10 | 37.0% | 11 | 40.7% | 77.8% | 3 | 11.1% | 3 | 11.1% |
| | Other | 14 | 8.20 | 6 | 42.9% | 4 | 28.6% | 71.4% | 0 | 0.0% | 4 | 28.6% | 3 | 75.0% | 0 | 0.0% | 75.0% | 1 | 25.0% | 0 | 0.0% |
| | Total | 1611 | 9.51 | 803 | 49.8% | 386 | 24.0% | 73.8% | 192 | 11.9% | 230 | 14.3% | 81 | 35.2% | 107 | 46.5% | 81.7% | 15 | 6.5% | 26 | 11.3% |
| **2010** | Gen Pub | 503 | 8.97 | 119 | 23.7% | 289 | 57.5% | 81.1% | 53 | 10.5% | 42 | 8.3% | 13 | 31.0% | 23 | 54.8% | 85.7% | 0 | 0.0% | 6 | 14.3% |
| | CTI | 238 | 8.88 | 67 | 28.2% | 126 | 52.9% | 81.1% | 32 | 13.4% | 13 | 5.5% | 3 | 23.1% | 8 | 61.5% | 84.6% | 1 | 7.7% | 1 | 7.7% |
| | VRA | 162 | 9.47 | 70 | 43.2% | 64 | 39.5% | 82.7% | 16 | 9.9% | 12 | 7.4% | 2 | 16.7% | 10 | 83.3% | 100.0% | 0 | 0.0% | 0 | 0.0% |
| | Other | 14 | 8.69 | 8 | 57.1% | 1 | 7.1% | 64.3% | 3 | 21.4% | 2 | 14.3% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 2 | 100.0% |
| | Total | 917 | 9.02 | 264 | 28.8% | 480 | 52.3% | 81.1% | 104 | 11.3% | 69 | 7.5% | 18 | 26.1% | 41 | 59.4% | 85.5% | 1 | 1.4% | 9 | 13.0% |
| **2011** | Gen Pub | 349 | 8.71 | 21 | 6.0% | 311 | 89.1% | 95.1% | 13 | 3.7% | 4 | 1.1% | 0 | 0.0% | 1 | 25.0% | 25.0% | 0 | 0.0% | 3 | 75.0% |
| | CTI | 240 | 8.17 | 19 | 7.9% | 208 | 86.7% | 94.6% | 12 | 5.0% | 1 | 0.4% | 0 | 0.0% | 1 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% |
| | VRA | 151 | 8.62 | 24 | 15.9% | 110 | 72.8% | 88.7% | 12 | 7.9% | 5 | 3.3% | 2 | 40.0% | 2 | 40.0% | 80.0% | 0 | 0.0% | 1 | 20.0% |
| | Other | 17 | 9.12 | 2 | 11.8% | 14 | 82.4% | 94.1% | 0 | 0.0% | 1 | 5.9% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
| | Total | 757 | 8.53 | 66 | 8.7% | 643 | 84.9% | 93.7% | 37 | 4.9% | 11 | 1.5% | 2 | 18.2% | 4 | 36.4% | 54.5% | 0 | 0.0% | 5 | 45.5% |
| **2012** | Gen Pub | 68 | 8.71 | 1 | 1.5% | 64 | 94.1% | 95.6% | 3 | 4.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | CTI | 130 | 8.73 | 1 | 0.8% | 128 | 98.5% | 99.2% | 1 | 0.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | VRA | 58 | 8.28 | 1 | 1.7% | 56 | 96.6% | 98.3% | 1 | 1.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | Other | 4 | 8.00 | 1 | 25.0% | 3 | 75.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | Total | 260 | 8.61 | 4 | 1.5% | 251 | 96.5% | 98.1% | 5 | 1.9% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |

FAA_00000035

**Table 2: Overall Status Statistics for Developmentals**

| Year | Hire Source | Active During FY | Hires | CPCs | CPC Rate | # IP | IP Rate | Attrition | A Rate | Q Proj Attrition | CPC/IP Rate | Time to CPC | L Proj Time to CPC |
|------|-------------|------------------|-------|------|----------|------|---------|-----------|--------|------------------|-------------|-------------|---------------------|
| **2006** | Gen Pub | 79 | 47 | 23 | 48.9% | 8 | 17.0% | 16 | 34.0% | 34.6% | 66.0% | 3.59 | 3.87 |
| | CTI | 1028 | 509 | 421 | 82.7% | 7 | 1.4% | 80 | 15.7% | 15.7% | 84.1% | 2.75 | 2.78 |
| | VRA | 688 | 360 | 298 | 82.8% | 8 | 2.2% | 53 | 14.7% | 14.7% | 85.0% | 2.33 | 2.36 |
| | Other | 436 | 28 | 12 | 42.9% | 2 | 7.1% | 13 | 46.4% | 46.5% | 50.0% | 1.75 | 1.87 |
| | Total | 2231 | 944 | 754 | 79.9% | 25 | 2.6% | 162 | 17.2% | 17.2% | 82.5% | 2.60 | 2.64 |
| **2007** | Gen Pub | 196 | 133 | 88 | 66.2% | 5 | 3.8% | 40 | 30.1% | 30.1% | 69.9% | 2.70 | 2.76 |
| | CTI | 1768 | 954 | 804 | 84.3% | 23 | 2.4% | 127 | 13.3% | 13.3% | 86.7% | 2.16 | 2.20 |
| | VRA | 1175 | 656 | 529 | 80.6% | 21 | 3.2% | 105 | 16.0% | 16.0% | 83.8% | 1.85 | 1.91 |
| | Other | 341 | 39 | 25 | 64.1% | 1 | 2.6% | 13 | 33.3% | 33.3% | 66.7% | 1.43 | 1.47 |
| | Total | 3480 | 1782 | 1446 | 81.1% | 50 | 2.8% | 285 | 16.0% | 16.0% | 84.0% | 2.07 | 2.11 |
| **2008** | Gen Pub | 823 | 740 | 524 | 70.8% | 97 | 13.1% | 118 | 15.9% | 16.3% | 83.9% | 2.27 | 2.48 |
| | CTI | 2228 | 747 | 574 | 76.8% | 67 | 9.0% | 105 | 14.1% | 14.2% | 85.8% | 2.24 | 2.38 |
| | VRA | 1440 | 528 | 397 | 75.2% | 41 | 7.8% | 90 | 17.0% | 17.2% | 83.0% | 1.89 | 2.01 |
| | Other | 214 | 36 | 22 | 61.1% | 2 | 5.6% | 12 | 33.3% | 33.4% | 66.7% | 1.68 | 1.77 |
| | Total | 4705 | 2051 | 1517 | 74.0% | 207 | 10.1% | 325 | 15.8% | 16.0% | 84.1% | 2.15 | 2.31 |
| **2009** | Gen Pub | 1516 | 1112 | 599 | 53.9% | 354 | 31.8% | 158 | 14.2% | 16.0% | 85.7% | 2.22 | 2.73 |
| | CTI | 1828 | 282 | 158 | 56.0% | 84 | 29.8% | 40 | 14.2% | 15.8% | 85.8% | 2.11 | 2.59 |
| | VRA | 1123 | 203 | 118 | 58.1% | 51 | 25.1% | 34 | 16.7% | 17.9% | 83.3% | 1.94 | 2.35 |
| | Other | 115 | 14 | 9 | 64.3% | 4 | 28.6% | 1 | 7.1% | 8.6% | 92.9% | 1.74 | 2.20 |
| | Total | 4582 | 1611 | 884 | 54.9% | 493 | 30.6% | 233 | 14.5% | 16.1% | 85.5% | 2.15 | 2.65 |
| **2010** | Gen Pub | 1463 | 503 | 132 | 26.2% | 312 | 62.0% | 59 | 11.7% | 18.6% | 88.3% | 1.54 | 2.54 |
| | CTI | 1180 | 238 | 70 | 29.4% | 134 | 56.3% | 34 | 14.3% | 19.9% | 85.7% | 1.62 | 2.53 |
| | VRA | 711 | 162 | 72 | 44.4% | 74 | 45.7% | 16 | 9.9% | 13.6% | 90.1% | 1.54 | 2.27 |
| | Other | 74 | 14 | 8 | 57.1% | 1 | 7.1% | 5 | 35.7% | 35.8% | 64.3% | 0.96 | 1.08 |
| | Total | 3428 | 917 | 282 | 30.8% | 521 | 56.8% | 114 | 12.4% | 18.2% | 87.6% | 1.54 | 2.46 |
| **2011** | Gen Pub | 1066 | 349 | 21 | 6.0% | 312 | 89.4% | 16 | 4.6% | 18.8% | 95.4% | 0.87 | 2.31 |
| | CTI | 637 | 240 | 19 | 7.9% | 209 | 87.1% | 12 | 5.0% | 18.5% | 95.0% | 0.85 | 2.26 |
| | VRA | 396 | 151 | 26 | 17.2% | 112 | 74.2% | 13 | 8.6% | 18.4% | 91.4% | 1.06 | 2.26 |
| | Other | 42 | 17 | 2 | 11.8% | 14 | 82.4% | 1 | 5.9% | 17.9% | 94.1% | 0.80 | 2.13 |
| | Total | 2141 | 757 | 68 | 9.0% | 647 | 85.5% | 42 | 5.5% | 18.5% | 94.5% | 0.93 | 2.32 |
| **2012** | Gen Pub | 399 | 68 | 1 | 1.5% | 64 | 94.1% | 3 | 4.4% | 20.1% | 95.6% | 1.61 | 3.13 |
| | CTI | 181 | 130 | 1 | 0.8% | 128 | 98.5% | 1 | 0.8% | 18.0% | 99.2% | 2.95 | 4.54 |
| | VRA | 126 | 58 | 1 | 1.7% | 56 | 96.6% | 1 | 1.7% | 18.3% | 98.3% | 0.29 | 1.85 |
| | Other | 10 | 4 | 1 | 25.0% | 3 | 75.0% | 0 | 0.0% | 10.0% | 100.0% | 0.22 | 1.43 |
| | Total | 716 | 260 | 4 | 1.5% | 251 | 96.5% | 5 | 1.9% | 18.5% | 98.1% | 1.27 | 2.83 |

FAA_00000036

## En Route Statistics

**Table 3: En Route First and Second Facility Statistics for Developmentals**

| Year | Hire Source | Hires | Average Level | FF CPC | FF CPC Rate | FF IP | FF IP Rate | FF CPC/IP Rate | F/R | F/R Rate | SF | SF Rate | SF CPC | SF CPC Rate | SF IP | SF IP Rate | SF CPC/IP Rate | SF F/R | SF F/R Rate | TRANS | TRANS Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | Gen Pub | 39 | 10.95 | 21 | 53.8% | 4 | 10.3% | 64.1% | 13 | 33.3% | 1 | 2.6% | 0 | 0.0% | 0 | 0.0% | 0.0% | 1 | 100.0% | 0 | 0.0% |
|  | CTI | 415 | 11.30 | 344 | 82.9% | 1 | 0.2% | 83.1% | 62 | 14.9% | 8 | 1.9% | 4 | 50.0% | 0 | 0.0% | 50.0% | 1 | 12.5% | 3 | 37.5% |
|  | VRA | 186 | 11.11 | 155 | 83.3% | 1 | 0.5% | 83.9% | 26 | 14.0% | 4 | 2.2% | 2 | 50.0% | 1 | 25.0% | 75.0% | 0 | 0.0% | 1 | 25.0% |
|  | Other | 0 | #DIV/0! | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 640 | 11.23 | 520 | 81.3% | 6 | 0.9% | 82.2% | 101 | 15.8% | 13 | 2.0% | 6 | 46.2% | 1 | 7.7% | 53.8% | 2 | 15.4% | 4 | 30.8% |
| 2007 | Gen Pub | 109 | 11.00 | 77 | 70.6% | 1 | 0.9% | 71.6% | 30 | 27.5% | 1 | 0.9% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
|  | CTI | 352 | 11.34 | 285 | 81.0% | 3 | 0.9% | 81.8% | 50 | 14.2% | 14 | 4.0% | 6 | 42.9% | 2 | 14.3% | 57.1% | 1 | 7.1% | 5 | 35.7% |
|  | VRA | 116 | 11.14 | 97 | 83.6% | 0 | 0.0% | 83.6% | 15 | 12.9% | 4 | 3.4% | 1 | 25.0% | 1 | 25.0% | 50.0% | 0 | 0.0% | 2 | 50.0% |
|  | Other | 5 | 11.20 | 4 | 80.0% | 0 | 0.0% | 80.0% | 0 | 0.0% | 1 | 20.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
|  | Total | 582 | 11.23 | 463 | 79.6% | 4 | 0.7% | 80.2% | 95 | 16.3% | 20 | 3.4% | 7 | 35.0% | 3 | 15.0% | 50.0% | 1 | 5.0% | 9 | 45.0% |
| 2008 | Gen Pub | 228 | 11.21 | 163 | 71.5% | 24 | 10.5% | 82.0% | 30 | 13.2% | 11 | 4.8% | 3 | 27.3% | 3 | 27.3% | 54.5% | 0 | 0.0% | 5 | 45.5% |
|  | CTI | 305 | 11.10 | 239 | 78.4% | 14 | 4.6% | 83.0% | 39 | 12.8% | 13 | 4.3% | 1 | 7.7% | 6 | 46.2% | 53.8% | 2 | 15.4% | 4 | 30.8% |
|  | VRA | 85 | 10.90 | 67 | 78.8% | 5 | 5.9% | 84.7% | 10 | 11.8% | 3 | 3.5% | 1 | 33.3% | 1 | 33.3% | 66.7% | 1 | 33.3% | 0 | 0.0% |
|  | Other | 2 | 12.00 | 0 | 0.0% | 0 | 0.0% | 0.0% | 1 | 50.0% | 1 | 50.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
|  | Total | 620 | 11.12 | 469 | 75.6% | 43 | 6.9% | 82.6% | 80 | 12.9% | 28 | 4.5% | 5 | 17.9% | 10 | 35.7% | 53.6% | 3 | 10.7% | 10 | 35.7% |
| 2009 | Gen Pub | 440 | 11.26 | 220 | 50.0% | 168 | 38.2% | 88.2% | 40 | 9.1% | 12 | 2.7% | 0 | 0.0% | 6 | 50.0% | 50.0% | 0 | 0.0% | 6 | 50.0% |
|  | CTI | 95 | 11.21 | 51 | 53.7% | 29 | 30.5% | 84.2% | 9 | 9.5% | 6 | 6.3% | 0 | 0.0% | 3 | 50.0% | 50.0% | 0 | 0.0% | 3 | 50.0% |
|  | VRA | 42 | 11.42 | 21 | 50.0% | 15 | 35.7% | 85.7% | 3 | 7.1% | 3 | 7.1% | 0 | 0.0% | 3 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 2 | 11.00 | 0 | 0.0% | 2 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 579 | 11.26 | 292 | 50.4% | 214 | 37.0% | 87.4% | 52 | 9.0% | 21 | 3.6% | 0 | 0.0% | 12 | 57.1% | 57.1% | 0 | 0.0% | 9 | 42.9% |
| 2010 | Gen Pub | 185 | 11.35 | 13 | 7.0% | 143 | 77.3% | 84.3% | 20 | 10.8% | 9 | 4.9% | 1 | 11.1% | 3 | 33.3% | 44.4% | 0 | 0.0% | 5 | 55.6% |
|  | CTI | 69 | 11.10 | 10 | 14.5% | 55 | 79.7% | 94.2% | 3 | 4.3% | 1 | 1.4% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
|  | VRA | 27 | 11.52 | 9 | 33.3% | 12 | 44.4% | 77.8% | 4 | 14.8% | 2 | 7.4% | 0 | 0.0% | 2 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 0 |  | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 281 | 11.30 | 32 | 11.4% | 210 | 74.7% | 86.1% | 27 | 9.6% | 12 | 4.3% | 1 | 8.3% | 5 | 41.7% | 50.0% | 0 | 0.0% | 6 | 50.0% |
| 2011 | Gen Pub | 143 | 11.38 | 0 | 0.0% | 137 | 95.8% | 95.8% | 4 | 2.8% | 2 | 1.4% | 0 | 0.0% | 1 | 50.0% | 50.0% | 0 | 0.0% | 1 | 50.0% |
|  | CTI | 71 | 11.41 | 0 | 0.0% | 69 | 97.2% | 97.2% | 2 | 2.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | VRA | 22 | 11.26 | 1 | 4.5% | 19 | 86.4% | 90.9% | 2 | 9.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 3 | 11.33 | 0 | 0.0% | 3 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 239 | 11.38 | 1 | 0.4% | 228 | 95.4% | 95.8% | 8 | 3.3% | 2 | 0.8% | 0 | 0.0% | 1 | 50.0% | 50.0% | 0 | 0.0% | 1 | 50.0% |
| 2012 | Gen Pub | 27 | 11.41 | 0 | 0.0% | 27 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | CTI | 58 | 11.40 | 1 | 1.7% | 57 | 98.3% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | VRA | 11 | 11.18 | 0 | 0.0% | 11 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 1 | 12.00 | 0 | 0.0% | 1 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 97 | 11.39 | 1 | 1.0% | 96 | 99.0% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |

FAA_00000037

Table 4: En Route Status Statistics for Developmentals

| Year | Hire Source | Active During FY | Hires | CPCs | CPC Rate | # IP | IP Rate | Attrition | A Rate | Q Proj Attrition | CPC/IP Rate | Time to CPC | L Proj Time to CPC |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2006 | Gen Pub | 58 | 39 | 21 | 53.8% | 4 | 10.3% | 14 | 35.9% | 36.1% | 64.1% | 3.51 | 3.61 |
|  | CTI | 877 | 415 | 348 | 83.9% | 1 | 0.2% | 66 | 15.9% | 15.9% | 84.1% | 2.75 | 2.75 |
|  | VRA | 471 | 186 | 157 | 84.4% | 2 | 1.1% | 27 | 14.5% | 14.5% | 85.5% | 2.62 | 2.63 |
|  | Other | 60 | 0 | 0 |  | 0 |  | 0 |  | 17.3% |  | #DIV/0! | 2.65 |
|  | Total | 1466 | 640 | 526 | 82.2% | 7 | 1.1% | 107 | 16.7% | 16.7% | 83.3% | 2.74 | 2.75 |
| 2007 | Gen Pub | 164 | 109 | 77 | 70.6% | 1 | 0.9% | 31 | 28.4% | 28.4% | 71.6% | 2.68 | 2.69 |
|  | CTI | 1050 | 352 | 291 | 82.7% | 5 | 1.4% | 56 | 15.9% | 15.9% | 84.1% | 2.53 | 2.55 |
|  | VRA | 451 | 116 | 98 | 84.5% | 1 | 0.9% | 17 | 14.7% | 14.7% | 85.3% | 2.49 | 2.50 |
|  | Other | 43 | 5 | 4 | 80.0% | 0 | 0.0% | 1 | 20.0% | 20.0% | 80.0% | 2.14 | 2.14 |
|  | Total | 1708 | 582 | 470 | 80.8% | 7 | 1.2% | 105 | 18.0% | 18.0% | 82.0% | 2.55 | 2.56 |
| 2008 | Gen Pub | 353 | 228 | 166 | 72.8% | 27 | 11.8% | 35 | 15.4% | 15.6% | 84.6% | 2.74 | 2.85 |
|  | CTI | 1157 | 305 | 240 | 78.7% | 20 | 6.6% | 45 | 14.8% | 14.8% | 85.2% | 2.55 | 2.62 |
|  | VRA | 425 | 85 | 68 | 80.0% | 6 | 7.1% | 11 | 12.9% | 13.0% | 87.1% | 2.53 | 2.60 |
|  | Other | 22 | 2 | 0 | 0.0% | 0 | 0.0% | 2 | 100.0% | 100.0% | 0.0% | #DIV/0! | 2.65 |
|  | Total | 1957 | 620 | 474 | 76.5% | 53 | 8.5% | 93 | 15.0% | 15.1% | 85.0% | 2.62 | 2.70 |
| 2009 | Gen Pub | 581 | 440 | 220 | 50.0% | 174 | 39.5% | 46 | 10.5% | 13.2% | 89.5% | 2.61 | 2.98 |
|  | CTI | 902 | 95 | 51 | 53.7% | 32 | 33.7% | 12 | 12.6% | 14.6% | 87.4% | 2.55 | 2.86 |
|  | VRA | 306 | 42 | 21 | 50.0% | 18 | 42.9% | 3 | 7.1% | 10.3% | 92.9% | 2.47 | 2.87 |
|  | Other | 10 | 2 | 0 | 0.0% | 2 | 100.0% | 0 | 0.0% | 17.3% | 100.0% | #DIV/0! | 2.65 |
|  | Total | 1799 | 579 | 292 | 50.4% | 226 | 39.0% | 61 | 10.5% | 13.2% | 89.5% | 2.59 | 2.96 |
| 2010 | Gen Pub | 530 | 185 | 14 | 7.6% | 146 | 78.9% | 25 | 13.5% | 24.3% | 86.5% | 2.02 | 2.76 |
|  | CTI | 534 | 69 | 10 | 14.5% | 55 | 79.7% | 4 | 5.8% | 16.8% | 94.2% | 2.15 | 2.90 |
|  | VRA | 173 | 27 | 9 | 33.3% | 14 | 51.9% | 4 | 14.8% | 19.5% | 85.2% | 2.26 | 2.75 |
|  | Other | 6 | 0 | 0 |  | 0 |  | 0 |  | 17.3% |  | #DIV/0! | 2.65 |
|  | Total | 1243 | 281 | 33 | 11.7% | 215 | 76.5% | 33 | 11.7% | 21.8% | 88.3% | 2.13 | 2.85 |
| 2011 | Gen Pub | 418 | 143 | 0 | 0.0% | 138 | 96.5% | 5 | 3.5% | 19.6% | 96.5% | 0.00 | 2.65 |
|  | CTI | 247 | 71 | 0 | 0.0% | 69 | 97.2% | 2 | 2.8% | 19.1% | 97.2% | 0.00 | 2.65 |
|  | VRA | 85 | 22 | 1 | 4.5% | 19 | 86.4% | 2 | 9.1% | 22.0% | 90.9% | 1.63 | 2.44 |
|  | Other | 4 | 3 | 0 | 0.0% | 3 | 100.0% | 0 | 0.0% | 17.3% | 100.0% | #DIV/0! | 2.65 |
|  | Total | 754 | 239 | 1 | 0.4% | 229 | 95.8% | 9 | 3.8% | 19.6% | 96.2% | 1.63 | 2.53 |
| 2012 | Gen Pub | 180 | 27 | 0 | 0.0% | 27 | 100.0% | 0 | 0.0% | 17.3% | 100.0% | 0.00 | 2.65 |
|  | CTI | 56 | 58 | 1 | 1.7% | 57 | 98.3% | 0 | 0.0% | 16.7% | 100.0% | 2.95 | 3.88 |
|  | VRA | 28 | 11 | 0 | 0.0% | 11 | 100.0% | 0 | 0.0% | 17.3% | 100.0% | 0.00 | 2.65 |
|  | Other | 0 | 1 | 0 | 0.0% | 1 | 100.0% | 0 | 0.0% | 17.3% | 100.0% | #DIV/0! | 2.65 |
|  | Total | 264 | 97 | 1 | 1.0% | 96 | 99.0% | 0 | 0.0% | 16.9% | 100.0% | 2.95 | 3.88 |

FAA_00000038

## Terminal Statistics

Table 5: Terminal First and Second Facility Statistics for Developmentals

| Year | Hire Source | Hires | Average Level | FF CPC | FF CPC Rate | FF IP | FF IP Rate | FF CPC/IP Rate | F/R | F/R Rate | SF | SF Rate | SF CPC | SF CPC Rate | SF IP | SF IP Rate | SF CPC/IP Rate | SF F/R | SF F/R Rate | TRANS | TRANS Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | Gen Pub | 8 | 5.00 | 0 | 0.0% | 0 | 0.0% | 0.0% | 1 | 12.5% | 7 | 87.5% | 2 | 28.6% | 4 | 57.1% | 85.7% | 1 | 14.3% | 0 | 0.0% |
|  | CTI | 94 | 8.22 | 38 | 40.4% | 0 | 0.0% | 40.4% | 9 | 9.6% | 47 | 50.0% | 35 | 74.5% | 6 | 12.8% | 87.2% | 3 | 6.4% | 2 | 4.3% |
|  | VRA | 174 | 9.15 | 109 | 62.6% | 0 | 0.0% | 62.6% | 20 | 11.5% | 45 | 25.9% | 32 | 71.1% | 6 | 13.3% | 84.4% | 3 | 6.7% | 3 | 6.7% |
|  | Other | 28 | 6.90 | 9 | 32.1% | 0 | 0.0% | 32.1% | 11 | 39.3% | 8 | 28.6% | 3 | 37.5% | 2 | 25.00% | 62.5% | 2 | 25.00% | 0 | 0.0% |
|  | Total | 304 | 8.67 | 156 | 51.3% | 0 | 0.0% | 51.3% | 41 | 13.5% | 107 | 35.2% | 72 | 67.3% | 18 | 16.8% | 84.1% | 9 | 8.4% | 5 | 4.7% |
| 2007 | Gen Pub | 24 | 8.00 | 5 | 20.8% | 1 | 4.2% | 25.0% | 3 | 12.5% | 15 | 62.5% | 6 | 40.0% | 3 | 20.0% | 60.0% | 5 | 33.3% | 1 | 6.7% |
|  | CTI | 602 | 7.61 | 439 | 72.9% | 2 | 0.3% | 73.3% | 56 | 9.3% | 105 | 17.4% | 74 | 70.5% | 16 | 15.2% | 85.7% | 11 | 10.5% | 4 | 3.8% |
|  | VRA | 540 | 8.47 | 373 | 69.1% | 8 | 1.5% | 70.6% | 69 | 12.8% | 90 | 16.7% | 58 | 64.4% | 12 | 13.3% | 77.8% | 10 | 11.11% | 9 | 10.0% |
|  | Other | 34 | 7.52 | 17 | 50.0% | 1 | 2.9% | 52.9% | 10 | 29.4% | 6 | 17.6% | 4 | 66.7% | 0 | 0.0% | 66.7% | 2 | 33.3% | 0 | 0.0% |
|  | Total | 1200 | 8.00 | 834 | 69.5% | 12 | 1.0% | 70.5% | 138 | 11.5% | 216 | 18.0% | 142 | 65.7% | 31 | 14.4% | 80.1% | 28 | 13.0% | 14 | 6.5% |
| 2008 | Gen Pub | 512 | 7.62 | 310 | 60.5% | 25 | 4.9% | 65.4% | 65 | 12.7% | 112 | 21.9% | 48 | 42.9% | 45 | 40.2% | 83.0% | 9 | 8.0% | 9 | 8.0% |
|  | CTI | 442 | 8.05 | 278 | 62.9% | 22 | 5.0% | 67.9% | 48 | 10.9% | 94 | 21.3% | 56 | 59.6% | 25 | 26.6% | 86.2% | 6 | 6.4% | 6 | 6.4% |
|  | VRA | 443 | 8.61 | 294 | 66.4% | 20 | 4.5% | 70.9% | 70 | 15.8% | 59 | 13.3% | 35 | 59.3% | 15 | 25.4% | 84.7% | 6 | 10.2% | 3 | 5.1% |
|  | Other | 34 | 7.38 | 20 | 58.8% | 1 | 2.9% | 61.8% | 9 | 26.5% | 4 | 11.8% | 2 | 50.0% | 1 | 25.00% | 75.0% | 0 | 0.0% | 1 | 25.00% |
|  | Total | 1431 | 8.06 | 902 | 63.0% | 68 | 4.8% | 67.8% | 192 | 13.4% | 269 | 18.8% | 141 | 52.4% | 86 | 32.0% | 84.4% | 21 | 7.8% | 19 | 7.1% |
| 2009 | Gen Pub | 672 | 7.94 | 324 | 48.2% | 113 | 16.8% | 65.0% | 93 | 13.8% | 142 | 21.1% | 55 | 38.7% | 67 | 47.2% | 85.9% | 9 | 6.3% | 10 | 7.0% |
|  | CTI | 187 | 8.92 | 94 | 50.3% | 32 | 17.1% | 67.4% | 22 | 11.8% | 39 | 20.9% | 13 | 33.3% | 20 | 51.3% | 84.6% | 2 | 5.1% | 4 | 10.3% |
|  | VRA | 161 | 9.10 | 87 | 54.0% | 25 | 15.5% | 69.6% | 25 | 15.5% | 24 | 14.9% | 10 | 41.7% | 8 | 33.3% | 75.0% | 3 | 12.5% | 3 | 12.5% |
|  | Other | 12 | 7.50 | 6 | 50.0% | 2 | 16.7% | 66.7% | 0 | 0.0% | 4 | 33.3% | 3 | 75.0% | 0 | 0.0% | 75.0% | 1 | 25.00% | 0 | 0.0% |
|  | Total | 1032 | 8.29 | 511 | 49.5% | 172 | 16.7% | 66.2% | 140 | 13.6% | 209 | 20.3% | 81 | 38.8% | 95 | 45.5% | 84.2% | 15 | 7.2% | 17 | 8.1% |
| 2010 | Gen Pub | 318 | 7.45 | 106 | 33.3% | 146 | 45.9% | 79.2% | 33 | 10.4% | 33 | 10.4% | 12 | 36.4% | 20 | 60.6% | 97.0% | 0 | 0.0% | 1 | 3.0% |
|  | CTI | 169 | 7.83 | 57 | 33.7% | 71 | 42.0% | 75.7% | 29 | 17.2% | 12 | 7.1% | 3 | 25.0% | 8 | 66.7% | 91.7% | 1 | 8.3% | 0 | 0.0% |
|  | VRA | 135 | 9.06 | 61 | 45.2% | 52 | 38.5% | 83.7% | 12 | 8.9% | 10 | 7.4% | 2 | 20.0% | 8 | 80.0% | 100.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 14 | 8.69 | 8 | 57.1% | 1 | 7.1% | 64.3% | 3 | 21.4% | 2 | 14.3% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 2 | 100.0% |
|  | Total | 636 | 7.91 | 232 | 36.5% | 270 | 42.5% | 78.9% | 77 | 12.1% | 57 | 9.0% | 17 | 29.8% | 36 | 63.2% | 93.0% | 1 | 1.8% | 3 | 5.3% |
| 2011 | Gen Pub | 206 | 6.84 | 21 | 10.2% | 174 | 84.5% | 94.7% | 9 | 4.4% | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 2 | 100.0% |
|  | CTI | 169 | 6.82 | 19 | 11.2% | 139 | 82.2% | 93.5% | 10 | 5.9% | 1 | 0.6% | 0 | 0.0% | 1 | 100.0% | 100.0% | 0 | 0.0% | 0 | 0.0% |
|  | VRA | 129 | 8.19 | 23 | 17.8% | 91 | 70.5% | 88.4% | 10 | 7.8% | 5 | 3.9% | 2 | 40.0% | 2 | 40.0% | 80.0% | 0 | 0.0% | 1 | 20.0% |
|  | Other | 14 | 8.64 | 2 | 14.3% | 11 | 78.6% | 92.9% | 0 | 0.0% | 1 | 7.1% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 1 | 100.0% |
|  | Total | 518 | 7.19 | 65 | 12.5% | 415 | 80.1% | 92.7% | 29 | 5.6% | 9 | 1.7% | 2 | 22.2% | 3 | 33.3% | 55.6% | 0 | 0.0% | 4 | 44.4% |
| 2012 | Gen Pub | 41 | 6.79 | 1 | 2.4% | 37 | 90.2% | 92.7% | 3 | 7.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | CTI | 72 | 6.59 | 0 | 0.0% | 71 | 98.6% | 98.6% | 1 | 1.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | VRA | 47 | 7.59 | 1 | 2.1% | 45 | 95.7% | 97.9% | 1 | 2.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Other | 3 | 6.67 | 1 | 33.3% | 2 | 66.7% | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |
|  | Total | 163 | 6.93 | 3 | 1.8% | 155 | 95.1% | 96.9% | 5 | 3.1% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0 | 0.0% |

FAA_00000039

**Table 6: Terminal Status Statistics for Developmentals**

| Year | Hire Source | Active During FY | Hires | CPCs | CPC Rate | # IP | IP Rate | Attrition | A Rate | Q Proj Attrition | CPC/IP Rate | Time to CPC | L Proj Time to CPC |
|------|-------------|------------------|-------|------|----------|------|---------|-----------|--------|------------------|-------------|-------------|---------------------|
| 2006 | Gen Pub | 21 | 8 | 2 | 25.0% | 4 | 50.0% | 2 | 25.0% | 29.5% | 75.0% | 4.47 | 5.19 |
| | CTI | 151 | 94 | 73 | 77.7% | 6 | 6.4% | 14 | 14.9% | 15.0% | 84.0% | 2.79 | 2.89 |
| | VRA | 217 | 174 | 141 | 81.0% | 6 | 3.4% | 26 | 14.9% | 15.0% | 84.5% | 2.00 | 2.05 |
| | Other | 376 | 28 | 12 | 42.9% | 2 | 7.1% | 13 | 46.4% | 46.5% | 50.0% | 1.75 | 1.86 |
| | Total | 765 | 304 | 228 | 75.0% | 18 | 5.9% | 55 | 18.1% | 18.2% | 80.9% | 2.27 | 2.35 |
| 2007 | Gen Pub | 32 | 24 | 11 | 45.8% | 4 | 16.7% | 9 | 37.5% | 38.0% | 62.5% | 2.88 | 3.13 |
| | CTI | 718 | 602 | 513 | 85.2% | 18 | 3.0% | 71 | 11.8% | 11.8% | 88.2% | 1.95 | 1.99 |
| | VRA | 724 | 540 | 431 | 79.8% | 20 | 3.7% | 88 | 16.3% | 16.3% | 83.5% | 1.71 | 1.76 |
| | Other | 298 | 34 | 21 | 61.8% | 1 | 2.9% | 12 | 35.3% | 35.3% | 64.7% | 1.29 | 1.34 |
| | Total | 1772 | 1200 | 976 | 81.3% | 43 | 3.6% | 180 | 15.0% | 15.0% | 84.9% | 1.84 | 1.89 |
| 2008 | Gen Pub | 470 | 512 | 358 | 69.9% | 70 | 13.7% | 83 | 16.2% | 16.5% | 83.6% | 2.05 | 2.25 |
| | CTI | 1071 | 442 | 334 | 75.6% | 47 | 10.6% | 60 | 13.6% | 13.8% | 86.2% | 2.01 | 2.16 |
| | VRA | 1015 | 443 | 329 | 74.3% | 35 | 7.9% | 79 | 17.8% | 17.9% | 82.2% | 1.76 | 1.88 |
| | Other | 192 | 34 | 22 | 64.7% | 2 | 5.9% | 10 | 29.4% | 29.5% | 70.6% | 1.68 | 1.77 |
| | Total | 2748 | 1431 | 1043 | 72.9% | 154 | 10.8% | 232 | 16.2% | 16.4% | 83.6% | 1.94 | 2.09 |
| 2009 | Gen Pub | 935 | 672 | 379 | 56.4% | 180 | 26.8% | 112 | 16.7% | 18.0% | 83.2% | 1.99 | 2.37 |
| | CTI | 926 | 187 | 107 | 57.2% | 52 | 27.8% | 28 | 15.0% | 16.4% | 85.0% | 1.91 | 2.31 |
| | VRA | 817 | 161 | 97 | 60.2% | 33 | 20.5% | 31 | 19.3% | 20.0% | 80.7% | 1.84 | 2.13 |
| | Other | 105 | 12 | 9 | 75.0% | 2 | 16.7% | 1 | 8.3% | 8.8% | 91.7% | 1.74 | 1.98 |
| | Total | 2783 | 1032 | 592 | 57.4% | 267 | 25.9% | 172 | 16.7% | 17.9% | 83.2% | 1.94 | 2.32 |
| 2010 | Gen Pub | 933 | 318 | 118 | 37.1% | 166 | 52.2% | 34 | 10.7% | 15.6% | 89.3% | 1.48 | 2.24 |
| | CTI | 646 | 169 | 60 | 35.5% | 79 | 46.7% | 30 | 17.8% | 21.7% | 82.2% | 1.54 | 2.22 |
| | VRA | 538 | 135 | 63 | 46.7% | 60 | 44.4% | 12 | 8.9% | 12.4% | 91.1% | 1.42 | 2.06 |
| | Other | 68 | 14 | 8 | 57.1% | 1 | 7.1% | 5 | 35.7% | 35.8% | 64.3% | 0.96 | 1.07 |
| | Total | 2185 | 636 | 249 | 39.2% | 306 | 48.1% | 81 | 12.7% | 16.9% | 87.3% | 1.46 | 2.16 |
| 2011 | Gen Pub | 648 | 206 | 21 | 10.2% | 174 | 84.5% | 11 | 5.3% | 18.1% | 94.7% | 0.87 | 2.10 |
| | CTI | 390 | 169 | 19 | 11.2% | 140 | 82.8% | 10 | 5.9% | 18.2% | 94.1% | 0.85 | 2.05 |
| | VRA | 311 | 129 | 25 | 19.4% | 93 | 72.1% | 11 | 8.5% | 17.8% | 91.5% | 1.04 | 2.09 |
| | Other | 38 | 14 | 2 | 14.3% | 11 | 78.6% | 1 | 7.1% | 18.2% | 92.9% | 0.80 | 1.95 |
| | Total | 1387 | 518 | 67 | 12.9% | 418 | 80.7% | 33 | 6.4% | 18.0% | 93.6% | 0.92 | 2.10 |
| 2012 | Gen Pub | 219 | 41 | 1 | 2.4% | 37 | 90.2% | 3 | 7.3% | 21.9% | 92.7% | 1.61 | 2.92 |
| | CTI | 125 | 72 | 0 | 0.0% | 71 | 98.6% | 1 | 1.4% | 18.8% | 98.6% | 0.00 | |
| | VRA | 98 | 47 | 1 | 2.1% | 45 | 95.7% | 1 | 2.1% | 18.6% | 97.9% | 0.29 | 1.69 |
| | Other | 10 | 3 | 1 | 33.3% | 2 | 66.7% | 0 | 0.0% | 8.0% | 100.0% | 0.22 | 1.19 |
| | Total | 452 | 163 | 3 | 1.8% | 155 | 95.1% | 5 | 3.1% | 19.3% | 96.9% | 0.71 | 2.09 |

FAA_00000040

FAA_00000041