# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; POLLYANNA L. WANG; SUZANNE M. REBICH; and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO, *Secretary, U.S. Department of Transportation* <br><br> Defendant. | Civil Action No. 16-cv-2227 (DLF) |

I, Richard Mitchell, hereby declare as follows:

1. I am the Manager for the Business Management Support Team in the Financial Service Directorate of the Air Traffic Organization (ATO) at the Federal Aviation Administration (FAA or Agency). I have held this position since September 30, 2018. I have worked for the FAA continuously since August 2004. My duty location since August 2004 has been Oklahoma City, Oklahoma.

2. I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3. From August 2004 through May 2014, I worked in the FAA's Aviation Careers Division ("Aviation Careers"). Aviation Careers is an office within the FAA's Human Resources Office that is responsible for the issuing of referral lists, rating of applications, and processing of applicants selected for hire for three safety related occupations within the FAA. Those occupations include: Aviation Safety Inspector, Airway Transportation System Specialist, and Air Traffic Control Specialist.

1

**EXHIBIT C**

4.  The FAA has a consistent need to hire new Air Traffic Control Specialists (ATCS). It hires from several sources, including the general public, Veterans' Recruitment Appointment,[1] and experienced controllers (either retired military or civilian).

5.  According to the Agency's 2007 Air Traffic-Collegiate Training Initiative (AT-CTI) Standard Operating Procedures, in 1990 the FAA established the AT-CTI Program for employment of air traffic controllers. *See* Exhibit 1, Human Resource Operating Instruction, Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures (Apr. 1, 2007).

6.  By 2013, the FAA had formally partnered with 36 different AT-CTI institutions, which offered one or more degree programs that incorporated the FAA required curriculum for a graduate to be considered for employment under the AT-CTI Program. *See* Exhibit 2, Air Traffic Controller Training Initiative (AT-CTI) Program, Program Overview and FAQs Collegiate Version at 1 (July 10, 2013). CTI schools offer two- and four-year aviation degree programs on a wide variety of topics relevant to air traffic control and aviation administration. In total, 52 different degree options in the field of aviation were offered by the partner AT-CTI schools, including 16 Associates degree programs, 34 Bachelor's degree programs, and two Master's degree programs. *Id.* at 5. As independent institutions, each of the AT-CTI schools had its own requirements for successful completion of these programs, including graduation. *Id.* at 12. That is, while the FAA set certain minimum standards for the curriculum necessary for a degree at a CTI school to qualify for the CTI program, the FAA did not set graduation requirements for the wide variety of two- and four-year degrees involved.

---

[1] Veterans recruitment appointments are excepted appointments, made without competition, to positions otherwise in the competitive service. *See* 5 C.F.R. § 307.103.

7. Graduates from approved AT-CTI institutions ("CTI Graduates") who met air traffic control specialist (ATCS) basic qualification requirements could be considered for employment with the FAA based on the Agency's needs. Regardless of whether they met the requisite basic ATCS qualifications, however, CTI Graduates were not guaranteed employment with the FAA. CTI Graduates also did not receive any priority consideration over other applicant sources for Agency employment.

8. Those graduates who do apply and are selected by FAA for controller positions are eligible to bypass the first five weeks of training at the FAA Academy, the Air Traffic Basics Course.

9. During my tenure in Aviation Careers, as part of the AT-CTI Program, approved CTI schools would provide Aviation Careers with lists of current CTI students and graduates (CTI Student Lists) on a rolling basis, generally on an academic calendar schedule with each new semester. CTI students were included on CTI Student Lists regardless of graduation status.

10. These CTI Student Lists included the following information for each student: (1) Name, (2) Contact Information, (3) Social Security Number, (4) Date of Birth, (5) Projected Graduation Date, and (6) Date of Additional Course of Instruction.

11. The CTI schools would generally provide these CTI Student Lists to Aviation Careers in the form of an Excel spreadsheet.

12. Upon receipt of the CTI Student Lists, Aviation Careers would manually upload the information contained therein into a Microsoft Access database. The total of the information in this Aviation Careers database, the centralized collection of all the data from the student lists, was commonly referred to as the "AT-CTI Inventory."

13. The Inventory was necessary for FAA planning purposes and, after 2008, was used for informational purposes only. For example, CTI students generally took a pre-employment exam,

3



the Air Traffic Selection and Training Test Battery (AT-SAT), prior to graduating and applying for ATCS positions through the CTI program. Because the FAA was responsible for funding this testing, the Agency had to project the number of CTI students who would be referred for pre-employment testing in a given period.

14. After inputting the CTI Student Lists, Aviation Careers would thereafter update each student's information in the AT-CTI Inventory to also include the following: (1) AT-CTI School, (2) AT-SAT Score, (3) Graduation Date, (4) Employment Eligibility Status, (5) Geographic Preference, (6) Cumulative Grade Point Average, (7) Veterans' Preference, (8) Self-Certified Citizenship, and (9) Military Discharge Date (if applicable).

15. Thus, any student at an AT-CTI school would be automatically added to the FAA's AT-CTI Inventory, provided that his or her school provided the necessary information to the FAA. Inclusion on the Inventory, in itself, did not confer any benefit on CTI students or graduates. Instead, since 2008, the Inventory was maintained solely for informational purposes by the FAA. For example, because the FAA had to allocate funding for administering the AT-SAT around the country, the Inventory was used to project the number of CTI students who would be referred for the AT-SAT in a given period.

16. In February 2008, the FAA began using an online application system for the CTI program. The system, known as Automated Staffing and Placement (ASAP) was used for most major occupations across the FAA; The ASAP system subsequently became AVIATOR (Automated Vacancy Information and Applicant Tool for Online Referral). Although the FAA began using this automated system for the application process, it continued to maintain the AT-CTI Inventory to account for students enrolled in the program in order to predict testing cost.



17.   There were several ways in which a CTI Graduate could be removed from active status in the AT-CTI Inventory including: (1) the FAA approved CTI school official did not recommend the CTI Graduate, (2) the CTI Graduate did not receive a passing score on the AT-SAT exam after two consecutive attempts, (3) the CTI Graduate was not selected for employment within three years of graduation and did not request or receive approval for an extension of eligibility, (4) the CTI Graduate reaches the age of 31, or (5) the CTI Graduate failed to meet the FAA's Basic Qualification Requirements for CTI Graduates.

18.   To reiterate, a CTI student or graduate's inclusion on the AT-CTI Inventory did not guarantee FAA employment for that individual, or even provide priority consideration for FAA employment.

19.   Pursuant to the FAA's Basic Qualification Requirements for CTI Graduates, to even be eligible for employment consideration, CTI Graduates must:

   a. Successfully complete the FAA approved AT-CTI program including:

      i. Receiving a degree from the FAA approved AT-CTI school, in an aviation-related field, that includes the teaching objectives required by the FAA.

      ii. Receiving an institutional recommendation for employment from an authorized school official.

   b. Achieve a passing score (70 or above) on the AT-SAT test.

   c. Be a United States citizen at the time of application for the AT-SAT test.

   d. Not have reached their 31st birthday when entering on duty in an FAA terminal or en route facility.

   e. Meet FAA medical, security, and suitability requirements.

   f. (Starting in 2007), attend an interview with FAA officials.

20.   Even where CTI graduates met all FAA eligibility criteria they were not guaranteed employment or even given a hiring preference. CTI graduates were instead required to participate

5

in a competitive hiring process, by first applying to the FAA through an applicable ATCS vacancy announcement.

21. Concerning CTI applications for ATCS positions, beginning in 2008 the FAA used vacancy announcements to advertise air traffic controller positions for eligible CTI Graduates. The FAA typically issued these vacancy announcements one-to-two times per calendar year. Under this process, the applicant was required to submit an application using the on-line system to received consideration.[2] Thus, from 2008 to 2014, the FAA posted ATCS vacancy announcements directed at specific populations, such as CTI graduates, military veterans, the general public, and others.

22. Accordingly, since 2008, CTI Graduates did not enter into a "direct hire pool" simply by virtue of graduating from a CTI school, earning a passing score on the requisite pre-employment test, or meeting any of the other eligibility requirements to be hired. No such "direct hire pool" existed.

23. A CTI Graduate was required to submit an application pursuant to each one of the aforementioned vacancy announcements to be eligible for employment consideration as a CTI Graduate air traffic controller under that vacancy announcement.

24. A CTI Graduate seeking employment would submit his/her application using the ASAP/AVIATOR system. Beginning in 2008, the AT-CTI Inventory was also used to notify graduates of a CTI program when a vacancy announcement was scheduled to be advertised. Graduates of CTI programs were given a "job code" which gave those individuals access to the vacancy announcement on the ASAP/AVIATOR system in order to submit their application and

---

[2] Before that time, CTI applicants needed to submit a geographic preference sheet and an Option Form 306, Declaration for Federal Employment to be referred and considered. If Aviation Careers did not receive these two documents from a CTI applicant, their names were not referred for employment consideration.

other required documentation. Aviation Careers would provide the job code to individuals from the CTI Inventory that had met the following:

   a. Notification from an approved CTI program that the individual has completed the program and graduated;

   b. Passed the pre-employment exam (AT-SAT); and

   c. Received recommendation from their attending college/university.

25.   After a vacancy announcement period closed, Aviation Careers would gather the submitted CTI Graduate applications and check each applicant against FAA records to determine whether that applicant met the FAA's basic qualification requirements for employment consideration.

26.   Only those CTI Graduate applicants who met the FAA's basic qualification requirements were considered for employment. Each applicant specified one or two locations they were willing to work. Aviation Careers compiled lists of CTI Graduate applicants from the online application system who satisfied the FAA's employment qualifications and identified the same location preference ("Referral Lists"). It then submitted those Referral Lists to a centralized Agency selection panel of subject matter experts, which used the lists to make employment selections for ATCS vacancies in each location.

27.   CTI Graduates who failed to submit a timely application under the relevant vacancy announcement were not included on a Referral List.

28.   A CTI graduate was not guaranteed employment if he or she was included on a Referral List. Inclusion recognized only that a given application was eligible for consideration by the selection panel in the competitive ATCS hiring process. Indeed, a CTI Graduate's inclusion on one Referral List had no effect whatsoever on whether that CTI Graduate would even be included on subsequent Referral Lists. Accordingly, those CTI Graduates on Referral Lists generated by

Aviation Careers in 2012 or 2013 were not automatically entitled to employment consideration under vacancy announcements issued in subsequent years.

29. Once an applicant was selected, several additional steps followed. First, the selectee received a tentative offer letter. Second, if the selectee accepted the offer, he or she must complete an FAA medical and psychological examination, a security investigation, and a drug test. Third, upon satisfactory completion of these processes, the selectee would receive a final offer letter.

30. The selectee would become a temporary FAA employee upon arriving at the FAA Academy for training. Trainees only become permanent employees upon successful completion of the FAA Academy. (By contrast, selectees with prior air traffic control experience would report directly to their assigned FAA facility as permanent employees.)

31. Once the selection panel filled the vacancies contemplated under the vacancy announcement, the relevant Referral Lists were closed. Referral Lists could also be closed with no selections made. For example, in 2013, no ATCS selections were made from Referral Lists associated with the CTI Vacancy Announcement due to a hiring freeze and other factors. I am not aware of any occasion on which the FAA used a closed Referral List from one vacancy announcement for hiring under any subsequent vacancy announcement.

32. The use of the terms "closed referral lists" and "purged referral list" were used interchangeably by FAA personnel.

33. Thus, Aviation Careers compiled new Referral Lists for each vacancy announcement based on the aforementioned requirements.

34. Accordingly, those CTI Graduates on Referral Lists generated by Aviation Careers at any time were not automatically entitled to employment consideration under vacancy announcements issued in subsequent years.



35. In 2014, the FAA transitioned from issuing vacancy announcements segregated according to status (such as CTI Graduate status, veteran status, reinstatement/PATCO) and began issuing a single nationwide vacancy announcement open to all U.S. citizens who would compete against all other applicants.

\* \* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of December 2018.

_____
Richard Mitchell