

## FAA AT-CTI Program

# CPC Analysis:  Success of CTI New Hires Compared to All Hiring Sources

Prepared by:

Terry L. Craft
Federal Aviation Administration
ATO Safety and Technical Training
Office of External Training Initiatives
CTI Program Office
950 L'Enfant Plaza
Washington, DC

**March 4, 2012**

# EXHIBIT 13

# Table of Contents

| | |
|---|---|
| **Executive Overview** | **1** |
| **Introduction** | **5** |
| **Hiring Data for FY 2006** | **9** |
| **Hiring Data for FY 2006-2007** | **13** |
| **Hiring Data for FY 2006-2008** | **17** |
| **Hiring Data for FY 2006-2009** | **21** |
| **Hiring Data for FY 2006-2010** | **25** |
| **Appendix 1 National Training Database Information** | |
| **Appendix 2 Full Data Set Used in Analysis** | |

# Executive Overview

In an effort to address the question: "How does the wash-out rates for *Controller Training Initiative* (CTI) applicants compare to other hires?" and "What is the FAA doing to ensure better performance of CTI graduates?"  A detailed analysis was conducted to provide an objective data based analysis of the success of the graduates of the FAA CTI Program who enter "facility training".  This report is divided into "aggregate years".  This report and analysis captures all "new hires" from FY2006-FY2010.

Because the "training program" for an Air Traffic Control Specialists (ATCS) typically covers multiple years, the data has been broken down in a "aggregate years to demonstrate how the length of time in training affects the date derived and subsequent conclusions.  The more time elapsed from hire date, the more meaningful the numbers and rates become.

The time periods used for analysis and observations include "New Hires" hired in:

- FY 2006
- FY 2006-07
- FY 2006-08
- FY 2006-09
- FY 2006-10

Additionally, due to the length of training, "Certified Professional Controllers", (CPC) rate, the rate of those from each hiring source that ultimately become CPC's, able to work position with general supervision is a better measure of the number of controllers we can expect from a given hiring source.  Use of "attrition" for short periods of time with a large number of controllers "in progress" only accounts for those who leave the training program early in the process.

A review of aggregate time periods since FY 2006 that have greater than a 90% "final disposition", the combination of CPC certification and attrition rate demonstrates that the CTI Program in its current format provides the same or greater number of CPC certifications as the VRA Program and more than 50% greater than the GP hires. .

In FY 2006, 94.8% of **all** new hires have either attained CPC certification or are no longer in the controller training program. The "class of 2006", in total, attained CPC status at a rate of 76.24%, 5% are in training, and 18.6% are no longer in the training program.



**CTI "new hires" attained CPC status at a rate of 84.57%.** VRA's at a rate of 76.9%; while GP hires attained CPC at nearly half the rate, 44.68%.

**CTI hires attained the CPC status in an average of 2.64, .5 years sooner than the General Public (GP).** VRA hires attained CPC status 1.2 years less than the GP hires. CTI and GP hires were assigned, in general to the same level of facility while VRA's were assigned to a facility .5 level(s) lower.



The combined "class of 2006-07" attained CPC statuses at a rate of 77.03%, 6% are in training, and 16.96% are no longer in the training program **CTI "new hires" attained CPC status at a rate of 80.33%.** VRA new hires at a rate of 77.13%; and General Public 58.56%.

**CTI hires attained the CPC status an average of 2.23 years, .5 years sooner than the general public**. VRA's attained CPC status .88 years sooner than GP. CTI and VRA hires were assigned to an average ATC-10 facility GP hires ATC-11

In an effort **to "ensure better performance of the CTI graduates"** the FAA, ATO Safety and Technical Training, has moved the CTI Program to Washington DC from Oklahoma City. A dedicated "Program Manager" has been assigned to the Program.

This move has allowed the Manager to set goals, develop metrics, and communicate expectations with stakeholders. The primary concentration has been to address administrative and operating practices that will allow the Program office and stakeholders to hold each accountable. In conjunction with the FAA Destination 2025, we have developed a CTI Destination 2012. (Attachment 1) This document outlines the Aspirations, Goals, Outcomes, Challenges and Strategies for the CTI Program in 2012.

To encourage a concentration on the technical knowledge needed by new hires, the Program Office has revamped the "Evaluation" process from an application based evaluation to a process that is weighted more towards ensuring the institutions are concentrating on the Air Traffic Basics. Although this is a "self-evaluation" the feedback by a number of schools is that this has helped them verify that they are indeed teaching all the objectives within their programs. The Program Office will begin site visits under the new evaluation process in April 2012.

The primary concentration has been to improve the "AT Basics" knowledge of CTI graduates. Although this information is included in the curriculum of the degree programs approved for the CTI program, the gap between graduation and hiring has resulted in degradation of that knowledge of curriculum.

Partnering with the CTI colleges and universities the Program office has developed an "Air Traffic Basics" study Guide, and will share partner created mobile applications that emphasize aircraft recognition and AT Basics for graduates to remain proficient.

The CTI Program Office has increased communications by holding monthly telcons that where metrics, best practices and information are shared by stakeholders. Additionally the annual "Best Practices" conference was revamped to allow the stakeholders share teaching, instruction, and processes that are unique to the field. The response has been overwhelmingly positive.

In an effort familiarize CTI Institutions with FAA Training and processes, there will be an "Open House" at the FAA Academy on April 3-4 which will include observation and tours of the controller training program.

Finally, as part of the Independent Review Panel recommendations, a team led by the CTI Program Manager  is working on enhancing the selection criteria for CTI graduates.  Recommendations are in draft form and may include additional areas that will ensure more technically knowledgeable candidates for selection.

## Introduction

The following information is applicable to the data analysis and is uniform for all years analyzed.

## DATA SOURCE

The data sources used for this analysis is from the National Training Database for all "New Hires" from FY 2006-2010. The NTD is the official repository for controller certification training.

For the purposes of this report, any new hire that did not successfully complete CPC status at the facility for which they were hired was considered "unsuccessful" This includes the following categories":

- Employee Requested Reassignment (ERR): The ERR process was used extensively by the higher level facilities, for those employees who did not meet the transfer requirements outlined in the CBA. To maintain employees that the ATM believed would be successful at a lower level facility.
- Training Failure: Normally this status is used to designate a new hire who has certified on the number of positions which would allow them to transfer to a lower level facility.
- Resignations: The employee resigned prior to certification. It is assumed that this was prompted by the belief that they will not be able to certify.
- Hardships
- Terminations: This status is usually reserved for management who has determined that the developmental will not be successful in certification and they did not meet the requirements for transfer under the Collective Bargaining Agreement (CBA), or ERR process.
- Medical Termination: Indicates that a developmental either developed, or it was determined after hire that they did not qualify for a medical clearance necessary for an ATCS.

More information about the available data in the NTD can be found in Appendix 1

## FACILITY LEVEL ASSIGNMENT

ATC Facility levels are based on traffic volume and complexity level as measured by the "Traffic Count Index" For more information on Air Traffic Facility Levels see FAAO 7210.57 and Appendix A to the FAA NATCA CBA 2008.   A sample of facilities and associated ATC-Levels:

**ATC-11**
Boston TRACON
Minneapolis TRACON
Las Vegas TRACON
New York LaGuardia Air Traffic Control Tower

**ATC-10**
Kennedy (JFK)Airport Air Traffic Control Tower
San Francisco Air Traffic Control Tower
Washington National Air Traffic Control Tower

**ATC -9**
Memphis Air Traffic Control Tower
Palm Beach Combined Approach Control and Air Traffic Control Tower
Nashville Combined Approach Control and Air Traffic Control Tower
Pittsburg Combined Approach Control and Air Traffic Control Tower

**ATC-8**
Anchorage Air Traffic Control Tower
Oakland Air Traffic Control Tower
Boeing Field Air Traffic Control Tower

**ATC-7**
Allentown Combined Approach Control and Air Traffic Control Tower
Albany Combined Approach Control and Air Traffic Control Tower
Burbank Air Traffic Control Tower
San Jose Air Traffic Control Tower
Knoxville Combined Approach Control and Air Traffic Control Tower

## FIELD FACILITY TRAINING (FIRST FACILITY)

The "new hire", after attending, and successfully completing the required courses at the FAA Academy moves to their facility for facility specific classroom and on the job training (OJT). The requirements for facility training are outlined in FAAO 3120.4.

### Hiring Sources

For this report, all new hires were grouped into "sources" that were consummate with the requirements for the announcement.

**General Public: An applicant that meets the minimum requirements below.**

Note: The FAA is aware that most CTI students who were eligible also applied under this announcement. We cannot determine at this time how many candidates were eligible under both announcements because HR does not track multiple applications to distinct announcements.

> **Qualifications Required:** Prior experience or training in air traffic control is not required. An applicant can for this position on the basis of work experience, college education, or a combination of both.
>
> To qualify based on work experience, interested individuals must document three years of progressively responsible full-time (40 hours per week) experience that demonstrates the potential for learning.
>
> To qualify based upon education; applicants must document a full 4-year course of study leading to a bachelor's degree and include semester/quarter college hours. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education.

**VRA:** This category is a combination of Department of Defense Controller (DoD), VRA and Retired Military Controller (RMC). VRA's make up the overwhelming majority if the applicants.

> **Qualifications Required:** Applicants must possess 52 consecutive weeks of qualifying air traffic control experience in a civilian or military air traffic control facility which demonstrates possession of the knowledge, skills and abilities required to perform the level of work. This experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic; knowledge of aircraft separation standards and control techniques; and the ability to apply them properly, often under conditions of great stress. The 52 consecutive weeks of experience cannot include any FAA Academy time, as this is not considered "live" air traffic. Examples of non-qualifying air traffic control experience include: a) Military Flight Following experience b) Military Ground Control Approach c) Ship-based air traffic control experience d) Tactical Air Traffic Control e) Radar Final Controller f) Air Operations g) Flight Planning h) Flight Data.

The following veterans are eligible for a VRA appointment:

> a) A veteran who is in receipt of a campaign badge for service during a war or in a campaign or expedition; or
>
> b) A veteran who is disabled; or
>
> c) A veteran who is in receipt of an Armed Forces Service Medal for participation in a military operation; or
>
> d) A veteran who was recently separated (Recently separated veteran are defined as those who have separated from active service within the last three years.)

In addition to meeting the criteria above, eligible veterans must have been separated under honorable conditions

## CTI: Graduates of the FAA Air Traffic Collegiate Training Initiative

> **Qualifications Required:** Applicants must have successfully completed all program requirements for graduation from an FAA approved CTI College or University and receive a passing score on the Air Traffic Selection & Training (AT-SAT) test.

**Other:** Other includes a number of categories that are classified as "New Hires"

- Flight Service Transfer
- Federal Contract Tower
- PATCO Rehire
- Former Controller Reinstated

# FINDINGS FOR HIRING IN 2006
## 94.8 % CPC or Attrition Out of Training

94.8% of all new hires in FY 2006 have either attained CPC status, or are no longer in air traffic control training. 5.17% remain in training.

### First Facility

There were a total of 968 "new hires" in FY06 that entered training at an air traffic control facility.   70% of new hires attained CPC status at the first facility to which they were assigned.  CTI hires attained CPC status at a rate of 74.2%, followed by VRA at 70.1%; "Other" at 42.9% and General Public at a rate of 40.4%.

CTI and VRA attained CPC status at nearly 84% greater rate than General Public and "other" new hires.



There were a total of 168 new hires that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

### Second Facility

There were 110 "Developmentals" who were not successful in their "First Facility" that were offered opportunity to continue the air traffic control training program, normally at lower level, less complex facility. 54.6% of those that transferred to a second facility successfully attained the designation of Certified Professional Controller (CPC). 34.6% are designated as "in progress"

CTI hires attained CPC status, at the second facility, at a rate of 59.6%, followed by VRA at 55.3%, "Other" at 33.3% and General Public at a rate of 25%.

There were a total of 12 new hires that were not successful in achieving CPC status at their second facility, Of these, 6 were either terminated, resigned from their position, or were assigned to another non-controller position, 6 transferred to a third facility.



## FACILITY LEVEL ASSIGNMENT

The average "ATC level" for facilities that the new hires were assigned to was 10.73.

CTI, and General Public averaged a low level ATC-11, VRA's a mid-level ATC-10 and "others" an ATC 7.

Examples of facilities for ATC levels can be found in the "Introduction""

## TIME TO CPC

Another metric commonly used is the time to CPC. This time is measured from the time the "Developmental" enters "facility" training until they certify at the facility. The numbers represented include CPC in general whether at the first or second facility. If a "developmental" did not certify in the first



facility, the time to CPC at the second facility only was used.

General Public hires took on average 3.8 years to attain CPC status, CTI, 2.6 and VRA 2.2 years.

## CPC STATUS AND ATTRITION OF ALL NEW HIRES



There were 968 new hires that entered facility training as indicated by the National Training Database. As of July 31, 2011, 76.2% attained CPC status; with 5.2% in training.

- **CTI Program hires at a attained CPC rate of 80.3% with 4.3% in training, and an attrition rate of 15.4%**
- VRA hires at a attained CPC rate of 76.9% with 4.2% in training, and an attrition rate of 18.9%
- General Public Program hires at a attained CPC rate of 44.7% with 21.3% still in training, an attrition rate of 34.04%
- All "other" hires at a attained CPC rate of 46.4% with 7.4% still in training, an attrition rate of 46.4%

# FINDINGS FOR HIRING IN 2006 -2007
## 94 % CPC or Attrition Out of Training

94% of all new hires in FY 2006 have either attained CPC status, or are no longer in air traffic control training. 5.17% remain in training.

**First Facility**

There were a total of 2765 "new hires" in FY06 and FY07 combined that entered training at an air traffic control facility.   70.8% of new hires attained CPC status at the first facility to which they were assigned. CTI hires attained CPC status at a rate of 74.2%, followed by VRA at 70.1%; General Public 54.7%., and "Other" hires at a rate of 50%



There were a total of 333 (15.2%) new hires that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

**Second Facility**

There were 110 (12.1%) "Developmentals" who were not successful in their "First Facility" that were offered opportunity to continue the air traffic control training program, normally at lower level, less complex facility. 52% of those that transferred to a second facility successfully attained the designation of Certified Professional Controller (CPC). 32.7% are designated as "in progress"

VRA hires attained CPC status, at the second facility, at a rate of 54.9%; followed by CTI at 54.2%, "Other" at 30% and General Public at a rate of 29.2%.

There were a total of 51 new hires that were not successful in achieving CPC status at their second facility, Of these, 29 were either terminated, resigned from their position, or were assigned to another non-controller position, 22 transferred to a third facility.



## FACILITY LEVEL ASSIGNMENT

The average "ATC level" for facilities that the new hires were assigned to was 10

General Public averaged a high level ATC-10, CTI and VRA's a low -level ATC-10 and "others" a high level ATC 7.

Examples of facilities for ATC levels can be found in the "Introduction"



## TIME TO CPC

Another metric commonly used is the time to CPC. This time is measured from the time the "Developmental" enters "facility" training until they certify at the facility. The numbers represented include CPC in general whether at the first or second facility.

If a "developmental" did not certify in the first facility, the time to CPC at the second facility only was used.

General Public hires took on average 2.8 years to attain CPC status, CTI, 2.2 and VRA 1.9 years.

## CPC STATUS AND ATTRITION OF ALL NEW HIRES



There were 2,765 new hires that entered facility training as indicated by the National Training Database. As of July 31, 2011, 77% attained CPC status with 6.% in training.

- **CTI Program hires in 2006 attained CPC rate of 80.3% with 5.5% in training, and an attrition rate of 14.2%**
- VRA hires have attained CPC at a rate of 77.1% with 5.7% in training, and an attrition rate of 17.2%
- General Public Program hires have attained CPC at a rate of 58.6% with 11.6% in training, and an attrition rate of 29.8%
- All "other" hires have attained CPC at a rate of 54.3% with 8.6% in training, and an attrition rate of 37.1%

# FINDINGS FOR HIRING IN 2006 -2008
## 87 % CPC or Attrition Out of Training

87% of all new hires in FY 2006 through 2008 have either attained CPC status, or are no longer in air traffic control training. 5.17% remain in training.

**First Facility**

There were a total of 4,801 "new hires" FY 2006 through 2008 combined that entered training at an air traffic control facility.  65.5% of new hires attained CPC status at the first facility to which they were assigned.  CTI hires attained CPC status at a rate of 69.4%, followed by VRA at 64.3%; General Public 53.7%., and "Other" hires at a rate of 51.9%



There were a total of 688 (14.3%) new hires that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

**Second Facility**

There were 581 (12.1%) "Developmentals" who were not successful in their "First Facility" that were offered opportunity to continue the air traffic control training program, normally at lower level, less complex facility. 45.6% of those that transferred to a second facility successfully attained the designation of Certified Professional Controller (CPC). 40.3% are designated as "in progress"

VRA hires attained CPC status, at the second facility, at a rate of 52.9%; followed by CTI at 50.2%, "Other" at 45.6z and General Public at a rate of 27.6%.

There were a total of 82 new hires that were not successful in achieving CPC status at their second facility, Of these, 43 were either terminated, resigned from their position, or were assigned to another non-controller position, 39 transferred to a third facility.



## FACILITY LEVEL ASSIGNMENT

The average "ATC level" for facilities that the new hires were assigned to was: 9.8

CTI averaged a high level ATC-9 or low ATC-10, General Public and VRA's a mid-level ATC-9 "others" a low level ATC 8.

Examples of facilities for ATC levels can be found in the "Introduction"



## TIME TO CPC

Another metric commonly used is the time to CPC. This time is measured from the time the "Developmental" enters "facility" training until they certify at the facility. The numbers represented include CPC in general whether at the first or second facility.

If a "developmental" did not certify in the first facility, the time to CPC at the second facility only was used.

General Public hires took on average 2.1 years to attain CPC status, CTI, 2.2 and VRA 1.8 years.



## CPC STATUS AND ATTRITION OF ALL NEW HIRES



There were 4,801 new hires that entered facility training as indicated by the National Training Database. As of July 31, 2011, 71% attained CPC status; with 12.9% in training.

- **CTI Program hires in 2006 attained CPC rate of 75.1% with 10.9% in training, and an attrition rate of 14%**
- VRA hires have attained CPC at a rate of 74.4% with 9% in training, and an attrition rate of 16.6%
- General Public Program hires have attained CPC at a rate of 57.4% with 24.9% in training, and an attrition rate of 17.7%
- All "other" hires have attained CPC at a rate of 55.6% with 9.3% in training, and an attrition rate of 35.2%

# FINDINGS FOR HIRING IN 2006 -2009
## 75 % CPC or Attrition Out of Training

75% of all new hires in FY 2006 through 2009 have either attained CPC status, or are no longer in air traffic control training. 5.17% remain in training.

**First Facility**

There were a total of 6,385 "new hires" FY 2006 through 2009 combined that entered training at an air traffic control facility.   55.5% of new hires attained CPC status at the first facility to which they were assigned.  **CTI hires attained CPC status at a rate of 64.5%,** followed by VRA at 64.3%, "Other" hires at a rate of 55.5% and General Public 37.27%



There were a total of 854 (13.4%) new hires that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

**Second Facility**

There were 749 (11.7%) "Developmentals" who were not successful in their "First Facility" that were offered opportunity to continue the air traffic control training program, normally at lower level, less complex facility. 38.7% of those that transferred to a second facility successfully attained the designation of Certified Professional Controller (CPC). 46.7% are designated as "in progress"

VRA hires attained CPC status, at the second facility, at a rate of 50.2%; followed by CTI at 45.8%, "Other" at 29.4% and General Public at a rate of 21.2%.

There were a total of 109 new hires that were not successful in achieving CPC status at their second facility, Of these, 51 were either terminated, resigned from their position, or were assigned to another non-controller position, 58 transferred to a third facility.



## FACILITY LEVEL ASSIGNMENT

The average "ATC level" for facilities that the new hires were assigned to was an ATC-9.8

CTI averaged a high level ATC-9 or low ATC-10, General Public and VRA's a mid-level ATC-9 "others" a low level ATC 8.

Examples of facilities for ATC levels can be found in the "Introduction"



## TIME TO CPC

Another metric commonly used is the time to CPC. This time is measured from the time the "Developmental" enters "facility" training until they certify at the facility. The numbers represented include CPC in general whether at the first or second facility.

If a "developmental" did not certify in the first facility, the time to CPC at the second facility only was used.

General Public hires took on average 2. years to attain CPC status, CTI, 2.1 and VRA 1.8 years.

# CPC STATUS AND ATTRITION OF ALL NEW HIRES



There were 6,385 new hires that entered facility training as indicated by the National Training Database. As of July 31, 2011, 60.6% have attained CPC status; with 12.9% in training.

- **CTI Program hires have attained CPC at a rate of 69.8% with 16.5% in training, and an attrition rate of 13.8%**
- VRA have attained CPC at a rate of 70.3% with 13.8 in training, and an attrition rate of 16%
- General Public Program hires have attained CPC at a rate of 37.8% with 45.3% in training, and an attrition rate of 15%
- All "other" hires have attained CPC at a rate of 53.2% with 15.3% in training, and an attrition rate of 31.5%

# FINDINGS FOR HIRING IN 2006 -2010
## 68 % CPC or Attrition Out of Training

68% of all new hires in FY 2006 through 2010 have either attained CPC status, or are no longer in air traffic control training. 5.17% remain in training.

**First Facility**

There were a total of 7,278 "new hires" FY 2006 through 2010 combined that entered training at an air traffic control facility. 49.9% of new hires attained CPC status at the first facility to which they were assigned.  VRA hires attained CPC status at a rate of 60.4%, followed by at **CTI 59.8%,** "Other" hires at a rate of 47.9% and General Public 31.4%



There were a total of 928 (12.8%) new hires that were not successful in achieving CPC status at their first facility and were either terminated, resigned from their position, or were assigned to another non-controller position.

**Second Facility**

There were 776 (10.6%) "Developmentals" who were not successful in their "First Facility" that were offered opportunity to continue the air traffic control training program, normally at lower level, less complex facility. 37.8% of those that transferred to a second facility successfully attained the designation of Certified Professional Controller (CPC). 47.7% are designated as "in progress"

VRA hires attained CPC status, at the second facility, at a rate of 49.5%; followed by CTI at 45.1%, "Other" at 33.3% and General Public at a rate of 20%.

There were a total of 105 new hires that were not successful in achieving CPC status at their second facility, Of these, 43 were either terminated, resigned from their position, or were assigned to another non-controller position, 62 transferred to a third facility.



## FACILITY LEVEL ASSIGNMENT

The average "ATC level" for facilities that the new hires were assigned to was an ATC- 9.7

CTI averaged a high level ATC-9 or low ATC-10, General Public and VRA's a mid-level ATC-9 "others" a low level ATC 8.

Examples of facilities for ATC levels can be found in the "Introduction"



## TIME TO CPC

Another metric commonly used is the time to CPC. This time is measured from the time the "Developmental" enters "facility" training until they certify at the facility. The numbers represented include CPC in general whether at the first or second facility.

If a "developmental" did not certify in the first facility, the time to CPC at the second facility only was used.

General Public hires took on average 1.9 years to attain CPC status, CTI, 2.1 and VRA 1.8 years.

## CPC STATUS AND ATTRITION OF ALL NEW HIRES



There were 7,278 new hires that entered facility training as indicated by the National Training Database. As of July 31, 2011, 53.9% have attained CPC status; with 31.8% in training.

- **CTI Program hires have attained CPC at a rate of 64.6% with 22.2% in training, and an attrition rate of 13%**
- VRA have attained CPC at a rate of 66% with 18.9 in training, and an attrition rate of 15.2%
- General Public Program hires have attained CPC at a rate of 33.5% with 52.6% in training, and an attrition rate of 14%
- All "other" hires have attained CPC at a rate of 52.1% with 18.6% in training, and an attrition rate of 56%

# ATTACHMENT 1

# Destination 2012
## Air Traffic Controller Training Initiative (AT-CTI) Program

# APPENDIX 2 FULL DATA SET USED IN ANALYSIS

## Column Definitions

Hire Source: Announcement Hiring Source

Hires: Number of Hires from Source (Other includes: Reinstatements; PATCO Rehires; CTO; FSS; and FCT

Average Level: Average ATC Facility Level for group

FF CPC: Number of those who attained CPC at First Facility

FF CPC Rate: Rate of CPC attainment for First Facility

FF IP: Number of Developmentals " In Progress" at First Facility First Facility

FF IP Rate: Percentage of Developmentals "In Progress" at First Facility"

FF CPC  IP Rate: Percentage of those who have attained CPC or are in Progress at First Facility

F/R: Number of Developmentals that FAILED or RESIGNED form First Facility

F/R Rate: Percentage of total Developmentals that FAILED or RESIGNED

Hire Source: Announcement Hiring Source

Hires: Number of Hires from Source (Other includes: Reinstatements; PATCO Rehires; CTO; FSS; and FCT

SF: Number of those who were assigned to a second facility

SF  Rate: Percentage of those who FAILED or RESIGNED that were assigned to a Second Facility

SF CPC: Number of those who attained CPC at Second Facility

SF CPC Rate: Rate of CPC attainment for Second Facility

SF IP: Number of Developmentals " In Progress" at Second Facility

SF IP Rate: Percentage of Developmentals "In Progress" at Second Facility"

SF CPC  IP Rate: Percentage of those who have attained CPC or are in Progress at Second Facility

SF F/R: Number of Developmentals that FAILED or RESIGNED from Second Facility

SF F/R Rate: Percentage of total Developmentals that FAILED or RESIGNED from Second Facility

TRANS: Developmentals that transferred to a Third Facility or Data not complete.

TRANS Rate: Rate of Developmentals in Second Facility Who Transferred to Third Facility or data incomplete

Attrition: Number of New Hires that are no longer in the ATC Training Program

A Rate:  Percentage of New Hires that are no longer in the ATC Training Program

IP Rate:  Percentage of Developmentals that are in training

CPC Rate:  Percentage of CPC's from Original Hires

Average CPC Time: Number of Years to attain CPC in First or Second Facility

# APPENDIX 2 FULL DATA SET USED IN ANALYSIS

| Hire Source | Hires | Average Level | FF CPC | FF CPC Rate | FF IP | FF IP Rate | FF CPC/IP Rate | F/R | F/R Rate | SF | SF Rate | SF CPC | SF CPC Rate | SF-IP | SF IP Rate | SF CPC/IP Rate | SF F/R | SF F/R Rate | TRANS | TRA Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006-2007** | | 94.00% | | | | | | | | | | | | | | | | | | |
| Gen Pub | 181 | 10.88 | 99 | 54.70% | 10 | 5.52% | 60.22% | 48 | 26.52% | 24 | 13.26% | 7 | 29.17% | 11 | 45.83% | 75.00% | 4 | 57.14% | 2 | 8.33 |
| CTI | 1469 | 10.03 | 1090 | 74.20% | 25 | 1.70% | 75.90% | 188 | 12.80% | 166 | 11.30% | 90 | 54.22% | 55 | 33.13% | 87.35% | 12 | 13.33% | 9 | 5.42 |
| VRA | 1045 | 9.83 | 733 | 70.14% | 18 | 1.72% | 71.87% | 161 | 15.41% | 133 | 12.73% | 73 | 54.89% | 41 | 30.83% | 85.71% | 10 | 13.70% | | 6.77 |
| Other | 70 | 7.87 | 35 | 50.00% | 4 | 5.71% | 55.71% | 21 | 30.00% | 10 | 14.29% | 3 | 30.00% | 2 | 20.00% | 50.00% | 3 | 100.00% | 2 | 20.0 |
| TOTAL | 2765 | 9.96 | 1957 | 70.78% | 57 | 2.06% | 72.84% | 418 | 15.12% | 333 | 12.04% | 173 | 51.95% | 109 | 32.73% | 84.68% | 29 | 16.76% | 22 | 6.61 |
| **2006** | | 94.83% | | | | | | | | | | | | | | | | | | |
| Gen Pub | 47 | 10.95 | 19 | 40.43% | 6 | 12.77% | 53.19% | 14 | 29.79% | 8 | 17.02% | 2 | 25.00% | 4 | 50.00% | 75.00% | 1 | 50.00% | 1 | 12.5 |
| CTI | 512 | 11.04 | 380 | 74.22% | 3 | 0.59% | 74.80% | 77 | 15.04% | 52 | 10.16% | 31 | 59.62% | 14 | 36.54% | 96.15% | 4 | 3.23% | 3 | 1.92 |
| VRA | 381 | 10.54 | 267 | 70.08% | 2 | 0.52% | 70.60% | 65 | 17.06% | 47 | 12.34% | 26 | 55.32% | 14 | 29.79% | 85.11% | 3 | 15.38% | 1 | 6.38 |
| Other | 28 | 7.03 | 12 | 42.86% | 1 | 3.57% | 46.43% | 12 | 42.86% | 3 | 10.71% | 1 | 33.33% | 1 | 33.33% | 66.67% | 1 | 0.00% | 1 | 33.3 |
| TOTAL | 968 | 10.73 | 678 | 70.04% | 12 | 1.24% | 71.28% | 168 | 17.36% | 110 | 11.36% | 60 | 54.55% | 38 | 34.55% | 89.09% | 6 | 10.00% | 6 | 5.45 |

| Hire Source | Hires | Attrition | A Rate | IP | CPC and IP Rate | CPC Rate | Average CPC Time |
|---|---|---|---|---|---|---|---|
| **2006-2007** | | | | | | | |
| Gen Pub | 181 | 54 | 29.83% | | 11.60% | 58.56% | 2.75 |
| CTI | 1469 | 209 | 14.23% | | 5.45% | 80.33% | 2.23 |
| VRA | 1045 | 180 | 17.22% | | 5.65% | 77.13% | 1.87 |
| Other | 70 | 26 | 37.14% | | 8.57% | 54.29% | 1.31 |
| TOTAL | 2765 | 469 | 16.96% | | 6.00% | 77.03% | 2.04 |
| **2006** | | | | | | | |
| Gen Pub | 47 | 16 | 34.04% | | 21.28% | 44.68% | 3.28 |
| CTI | 512 | 79 | 15.43% | | 4.30% | 80.27% | 2.64 |
| VRA | 381 | 72 | 18.90% | | 4.20% | 76.90% | 2.18 |
| Other | 28 | 13 | 46.43% | | 7.14% | 53.57% | 1.31 |
| TOTAL | 968 | 180 | 18.60% | | 5.17% | 76.24% | 2.35 |

# APPENDIX 2 FULL DATA SET USED IN ANALYSIS

**Summary table**

| Hire Source | Hires | Attrition | A Rate | IP | IP Rate | CPC and IP Rate | CPC Rate | Average CPC Time |
|---|---|---|---|---|---|---|---|---|
| **2006-2010 (68.14%)** | | | | | | | | |
| Gen Pub | 2529 | 353 | 13.96% | 1329 | 52.55% | 86.04% | 33.49% | 1.94 |
| CTI | 2709 | 351 | 12.96% | 601 | 22.19% | 86.75% | 64.56% | 2.13 |
| VRA | 1900 | 288 | 15.16% | 359 | 18.89% | 84.84% | 65.95% | 1.76 |
| Other | 140 | 45 | 32.14% | 26 | 18.57% | 70.71% | 52.14% | 1.25 |
| TOTAL | 7278 | 1037 | 14.25% | 2315 | 31.81% | 85.70% | 53.89% | 1.96 |
| **2006-2009 (75.14%)** | | | | | | | | |
| Gen Pub | 2026 | 303 | 14.96% | 917 | 45.26% | 85.04% | 39.78% | 1.98 |
| CTI | 2486 | 342 | 13.76% | 410 | 16.49% | 86.24% | 69.75% | 2.14 |
| VRA | 1749 | 279 | 15.95% | 241 | 13.78% | 84.05% | 70.27% | 1.78 |
| Other | 124 | 39 | 31.45% | 19 | 15.32% | 68.55% | 53.23% | 1.29 |
| TOTAL | 6385 | 963 | 15.08% | 1587 | 24.86% | 84.92% | 60.06% | 1.85 |
| **2006-2008 (87.07%)** | | | | | | | | |
| Gen Pub | 920 | 163 | 17.72% | 229 | 24.89% | 82.28% | 57.39% | 1.98 |
| CTI | 2212 | 310 | 14.01% | 242 | 10.94% | 85.99% | 75.05% | 2.17 |
| VRA | 1561 | 259 | 16.59% | 140 | 8.97% | 83.41% | 74.44% | 1.80 |
| Other | 108 | 38 | 35.19% | 10 | 9.26% | 64.81% | 55.56% | 1.31 |
| TOTAL | 4801 | 770 | 16.04% | 621 | 12.93% | 83.96% | 71.03% | 1.85 |

**Full detail table**

| Hire Source | Hires | Average Level | FF CPC | FF CPC Rate | FF IP | FF IP Rate | FF CPC/IP Rate | F/R | F/R Rate | SF | SF Rate | SF CPC | SF CPC Rate | Average CPC Time | SF IP | SF IP Rate | SF CPC/IP Rate | SF F/R | SF F/R Rate | TRANS | TRANS Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006-2010** | | | | | | | | | | | | | | | | | | | | | |
| Gen Pub | 2529 | 9.62 | 795 | 31.44% | 1159 | 45.83% | 77.26% | 317 | 12.53% | 258 | 10.20% | 52 | 20.16% | 1.94 | 170 | 65.89% | 86.05% | 12 | 23.08% | 24 | 9.30% |
| CTI | 2709 | 9.88 | 1619 | 59.76% | 480 | 17.72% | 77.48% | 322 | 11.89% | 288 | 10.63% | 130 | 45.14% | 2.13 | 121 | 42.01% | 87.15% | 9 | 6.92% | 20 | 6.94% |
| VRA | 1900 | 9.73 | 1148 | 60.42% | 285 | 15.00% | 75.42% | 255 | 13.42% | 212 | 11.16% | 105 | 49.53% | 1.76 | 74 | 34.91% | 84.43% | 18 | 17.14% | 15 | 7.08% |
| Other | 140 | 8.24 | 67 | 47.86% | 21 | 15.00% | 62.86% | 34 | 24.29% | 18 | 12.86% | 6 | 33.33% | 1.25 | 5 | 27.78% | 61.11% | 4 | 66.67% | 3 | 16.67% |
| TOTAL | 7278 | 9.72 | 3629 | 49.86% | 1945 | 26.72% | 76.59% | 928 | 12.75% | 776 | 10.66% | 293 | 37.76% | 1.96 | 370 | 47.68% | 85.44% | 43 | 14.68% | 62 | 7.99% |
| **2006-2009** | | | | | | | | | | | | | | | | | | | | | |
| Gen Pub | 2026 | 9.69 | 755 | 37.27% | 761 | 37.56% | 74.83% | 269 | 13.28% | 241 | 11.90% | 51 | 21.16% | 1.98 | 156 | 64.73% | 85.89% | 12 | 23.53% | 22 | 9.13% |
| CTI | 2486 | 9.95 | 1604 | 64.52% | 292 | 11.75% | 76.27% | 306 | 12.31% | 284 | 11.42% | 130 | 45.77% | 2.14 | 118 | 41.55% | 87.32% | 17 | 13.08% | 19 | 6.69% |
| VRA | 1749 | 9.68 | 1125 | 64.32% | 170 | 9.72% | 74.04% | 247 | 14.12% | 207 | 11.84% | 104 | 50.24% | 1.78 | 71 | 34.30% | 84.54% | 18 | 17.31% | 14 | 6.76% |
| Other | 124 | 8.10 | 61 | 49.19% | 14 | 11.29% | 60.48% | 32 | 25.81% | 17 | 13.71% | 5 | 29.41% | 1.29 | 5 | 29.41% | 58.82% | 4 | 80.00% | 3 | 17.65% |
| TOTAL | 6385 | 9.77 | 3545 | 55.52% | 1237 | 19.37% | 74.89% | 854 | 13.38% | 749 | 11.73% | 290 | 38.72% | 1.85 | 350 | 46.73% | 85.45% | 51 | 17.59% | 58 | 7.74% |
| **2006-2008** | | | | | | | | | | | | | | | | | | | | | |
| Gen Pub | 920 | 9.58 | 493 | 53.59% | 156 | 16.96% | 70.54% | 144 | 15.65% | 127 | 13.80% | 35 | 27.56% | 1.98 | 73 | 57.48% | 85.04% | 9 | 25.71% | 10 | 7.87% |
| CTI | 2212 | 9.92 | 1534 | 69.35% | 145 | 6.56% | 75.90% | 242 | 10.94% | 251 | 11.35% | 126 | 50.20% | 2.17 | 97 | 38.65% | 88.84% | 16 | 12.70% | 12 | 4.78% |
| VRA | 1561 | 9.68 | 1062 | 68.03% | 80 | 5.12% | 73.16% | 140 | 8.97% | 189 | 12.11% | 100 | 52.91% | 1.80 | 60 | 31.75% | 84.66% | 15 | 15.00% | 14 | 7.41% |
| Other | 108 | 8.00 | 56 | 51.85% | 6 | 5.56% | 57.41% | 14 | 12.96% | 14 | 12.96% | 4 | 28.57% | 1.31 | 4 | 28.57% | 57.14% | 3 | 75.00% | 3 | 21.43% |
| TOTAL | 4801 | 9.74 | 3145 | 65.51% | 387 | 8.06% | 73.57% | 540 | 11.25% | 581 | 12.10% | 265 | 45.61% | 1.85 | 234 | 40.28% | 85.89% | 43 | 16.23% | 39 | 6.71% |

**APPENDIX 1 NATIONAL TRAINING DATABASE INFORMATION**

The facility data was derived from the National Training Database (NTD). The NTD is the official source of reporting for FAA Air Traffic field facility's to record air traffic control training progress from facility EOD through CPC.

The NTD provides the following information:

| Option | En Route or Terminal |
|---|---|
| SA | Service Area to which the employee is assigned <br><br> <table><tr><td>EEOSA</td><td>Eastern En Route and Oceanic Service Area</td></tr><tr><td>CEOSA</td><td>Central En Route and Oceanic Service Area</td></tr><tr><td>WEOSA</td><td>Western  En Route and Oceanic Service Area</td></tr><tr><td>ETSA</td><td>Eastern Terminal Service Area</td></tr><tr><td>CTSA</td><td>Central  Terminal Service Area</td></tr><tr><td>WTSA</td><td>Western Terminal Service Area</td></tr></table> |
| District | The "Terminal District" within the SA. |
| ATC Level | The facility pay level based on traffic volume and complexity |
| Facility Type | • Combines Control Facility <br> • Combined TRACON and Tower <br> • Combined TRACON <br> • En Route <br> • TRACON <br> • Tower |
| Facility ID / Name | Facility for  which the employee was hired |
| Hire Source | <table><tr><td></td><td>NTD Listing and Combinations</td></tr><tr><td>CTI</td><td>Collegiate Training Initiative Includes "CTI and MARC"</td></tr><tr><td>GEN PUBLIC</td><td>Those hired under a "General Public" Announcement Includes "OPM; ATSAT"</td></tr><tr><td>VRA/RMC</td><td>Veterans Recruitment Appointment.  Former Military Controller includes VRA En Route; VRA Terminal; Retired Military Controller</td></tr><tr><td>Other</td><td>Flight Service transfers and Reinstatements</td></tr></table> |

| | |
|---|---|
| Trainee ID, NTD ID, NDC Employee ID | <table><tr><td></td><td>NTD Listing and Combinations</td></tr><tr><td>Trainee ID</td><td>Unique number in the National Training Database assigned to each developmental when they begin training at a facility.  If a person trains at multiple facilities, they will be given more than one Trainee ID.</td></tr><tr><td>NTD ID</td><td>Unique number assigned to each developmental when they are initially entered into the national Training Database. This number remains the same for that developmental even when they transfer to another facility.</td></tr><tr><td>NDC Employee ID</td><td>An HR Assigned ID Number</td></tr></table> |
| Student Name | Last, First Middle, Surname |
| FAA EOD | This is the employees, "enter on duty (EOD) date to the FAA. This is normally the first day of class at the Academy. |

# APPENDIX 1 NATIONAL TRAINING DATABASE INFORMATION

| | Status Group | Abbreviated Status | Detailed Status |
|---|---|---|---|
| **Developmental Status** | Completed | Completed | Completed |
| | Unsuccessful | Facility Fail | Employment Terminated Prior to Completion |
| | | | Reassigned to non ATC, FAA Position |
| | | | Training Failure, Pending HR Action |
| | | Transfer Lower | Reassigned to another 2152 Facility |
| | None | In Progress | |
| | | Transfer | ERR |
| | | | Vacancy Announcement |
| | | | Hardship |
| | | Other | Employee Resigned |
| | | | Employee Retired |
| | | | Employment Terminated-Medical |

| **ATC Level** | ATC Level based on traffic volume and complexity |
|---|---|
| **Years to CPC** | Years in training at facility if the student attained CPC |
| **Second (Current Facility)** | If student transferred to a second facility, facility ID. |
| **Developmental Status** | (See above) |

Hiring Source: Defines the hiring pool in which the controller was hired.

- General Public:

- VRA: Includes DoD, VRA, and RMC hires.

- CTI: CTI School numbers include the previous MARC school

- Other: