FEDERAL AVIATION ADMINISTRATION
NATIONAL EMPLOYEE'S FORUM

*Presents*

# A Business Case and Strategic Plan to Address Under-Representation of Minorities, Women, and People with Targeted Disabilities

Case 1:16-cv-02227-DLF

# EXHIBIT 14

## *HUMAN CAPTIAL MAKES IT HAPPEN*

NATIONAL EMPLOYEE'S FORUM
FEDERAL AVIATION ADMINISTRATION
800 INDEPENDENCE AVENUE, SW
WASHINGTON, DC  20591

# ACKNOWLEDGEMENTS

The Federal Aviation Administration National Employee's Forum Task Force, would like to thank and publicly acknowledge the assistance provided by the following organizations, staffs, and contractual support:

- ◆ Airway Facilities Services, AFZ-1
- ◆ Free Flight Phase I Program Office, AOZ-1
- ◆ Integrated Management Services, LLC (IMS)
- ◆ National Employee's Forum Members
- ◆ Oklahoma City Air Traffic Control Tower, OKC-500
- ◆ Office of Civil Rights, ACR-1
- ◆ Office of Human Resource Management, AHR-1

The Task Force was comprised of the following members:

- ◆ Alfredia Brooks, Council of African American Employees (CAAE)
- ◆ Mamie Mallory, National Black Coalition of Federal Aviation Employees (NBCFAE)
- ◆ Martin Otero, National Hispanic Coalition of Federal Aviation Employees (NHCFAE)

The National Employee's Forum is an active and integral partner with senior management as a voice for equality. The Forum serves as a catalyst for change with regard to Equal Employment Opportunity (EEO), Affirmative Employment (AE), managing diversity, and personnel management issues in support of the Agency's mission.

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

# TABLE OF CONTENTS

PAGE

Executive Summary.................................................................................................4

Introduction............................................................................................................13

SECTION 1.  Current Situational Assessment and Demographic Statistics.........................15
    1.1.    The Changing Face of the United States............................................16
    1.2.    The Faces and Status of the Civilian, Federal, and FAA Workforce..................................................................................16
    1.3.    The FAA Workforce..............................................................................24
    1.4.    Retirement Eligibility of FAA Workforce by Selected Occupational Series Over the Next 5 years.............................29
    1.5.    Analysis of the FAA Retirement Workforce.....................................30

SECTION 2.  Review of Workforce Diversity Initiatives.................................................31
    2.1.    Importance of a Workforce Cultural Audit.......................................32
    2.2.    Career Development...............................................................................32
    2.2.1.    Recruitment, Retention, and Appointment Tools............................33
    2.2.2.    The Student Employment Program (SEP).........................................34
    2.2.3.    FAA Best Practices in Career Development.......................................35
    2.2.4.    Career Development Program Opportunities Not Currently Provided by the FAA.............................................................37
    2.3.    The Role of Work/Family Initiatives in Affirmative Employment and Diversity Programs.................................................39
    2.3.1    Representation of Women in the Workforce.....................................39
    2.3.2.    FAA Best Practices in Work and Family Initiatives........................40
    2.3.3.    Work and Family Benefits Not Provided by the FAA.....................41
    2.4.    Current Programs Effective in Other Government Agencies...................42

SECTION 3.  Methodologies.......................................................................................43
    3.1.    Developing a Model for Hiring Targets for Minorities, Women, and People with Targeted Disabilities at the FAA.....................43
    3.2.    Ensuring Accountability Across LOB's ............................................44
    3.3.    Reducing EEO Costs..............................................................................46
    3.4.    Establishing an Affirmative Employment Oversight Board....................50
    3.5.    Benefits of Establishing an Affirmative Employment Oversight Board....................................................................52

SECTION 4.  Recommended Strategies.........................................................................53

SECTION 5.  Next Steps............................................................................................62

## APPENDICES

A. Definitions...................................................................................................................63
B. Administrator Garvey's Policy Statement on Model Work Environment............................66
C. List of Surveyed Companies and Federal Government Agencies
   Exhibiting Best Practices...........................................................................................67
D. Source List ................................................................................................................69

## LIST OF FIGURES

Figure 1.   Total FAA Minorities (Comparative Analysis of the CLF
            and the FCW to the FAA).........................................................................17
Figure 2.   FAA African Americans (Comparative Analysis of the CLF
            and the FCW to the FAA).........................................................................18
Figure 3.   FAA Hispanics (Comparative Analysis of the CLF and
            the FCW to the FAA)...............................................................................19
Figure 4.   FAA Asian Americans and Pacific Islanders
            (Comparative Analysis of the CLF and the FCW to the FAA)...................20
Figure 5.   FAA American Indian and Alaskan Natives
            (Comparative Analysis of the CLF and the FCW to the FAA)...................21
Figure 6.   FAA Women (Comparative Analysis of the CLF and the FCW to the FAA)...........22
Figure 7.   FAA Targeted Disabilities
            (Comparative Analysis of the CLF and the FCW to the FAA)...................23
Figure 8.   Race and Ethnicity by LOB..........................................................................25
Figure 9.   Targeted Disabilities by LOB........................................................................25
Figure 10.  Ethnicity and Race Distribution by Grade.......................................................26
Figure 11.  Gender Distribution by Grade.......................................................................27
Figure 12.  Demographics by Ethnicity, Race, and Gender...............................................28
Figure 13.  Diversity Plans and Diversity Identified Performance Standards by LOB.............45
Figure 14.  Formal EEO Complaints Filed by Fiscal Year..................................................47
Figure 15.  EEO Complaint Bases Filed.........................................................................48
Figure 16.  Affirmative Employment Oversight Board.......................................................51

## LIST OF TABLES

Table 1.    Percent of U.S. Population Projections by RNO................................................15
Table 2.    Employment of Minorities:  Federal Civilian Workforce (FCW) and Civilian
            Labor Force (CLF) compared to DOT/FAA................................................16
Table 3.    Demographics by LOB.................................................................................24
Table 4.    Ethnicity and Race Distribution by Grade.......................................................26
Table 5.    Gender Distribution By Grade.......................................................................27
Table 6.    Demographics By Ethnicity, Race, and Gender................................................28
Table 7.    Retirement Eligibility of Selected Occupations.................................................29
Table 8.    Women's Growth in the Workforce.................................................................39
Table 9.    Hiring Targets for Current Separations...........................................................44
Table 10.   Estimated EEO Costs Per Case....................................................................46
Table 11.   EEO Issues by Fiscal Year...........................................................................49

# EXECUTIVE SUMMARY

## BACKGROUND:

On August 10, 1999, a task force was created from the members of the National Employee's Forum, to develop a business case for a corporate approach to address under-representation of minorities, women, and people with targeted disabilities at the Federal Aviation Administration (FAA). This assignment was accomplished under the direction and support of Administrator Jane Garvey; Assistant Administrator for Human Resource Management, Glenda Tate; and Assistant Administrator for Civil Rights, Fanny Rivera.

## PURPOSE:

The focus of the task force was two-fold.

◆ Perform a current situational assessment of the Agency by showing the data to make the case for addressing under-representation. As a benchmark, the task force used the Civilian Labor Force (CLF) and the Federal Civilian Workforce (FCW) to establish targets for the Agency's workforce. The areas assessed are as follows:

- Demographics of the U.S. Population
- Demographics of the CLF and the FCW
- Current state of the FAA's demographics and employment data about the workforce to include race, national origin, gender, people with targeted disabilities, grade distribution and retirement data
- Assessment of Equal Employment Opportunity (EEO) cases filed and associated costs

◆ Provide a comprehensive strategic plan to address under-representation. To develop the plan, the task force reviewed best practices other government and private entities have employed to achieve diversity values and Model Work Environment (MWE) goals. The proposed plan includes the following strategic goals:

- Goal 1 - Establish Management Accountability
- Goal 2 - Establish Zero Tolerance Policy and Model Work Environment
- Goal 3 - Educate About Managing Diversity, EEO, & Affirmative Action
- Goal 4 - Retain Existing Workforce
- Goal 5 - Recruit a Diverse Workforce
- Goal 6 - Establish Succession/Workforce Planning
- Goal 7 - Promote and Expand the Quality of Work Life Programs

## ASSESSMENT:

Historically, minorities, women, and people with targeted disabilities have not been success-fully recruited or employed by the FAA and have not attained a level of employment at the Agency commensurate with their presence in the CLF.

**WORKFORCE DEMOGRAPHICS**

Today, women make up approximately 47% of the U.S. workforce. In the FAA, women comprise 24% of the workforce. By 2005, 85% of those entering the workforce will be women, people of color, and immi-grants. Currently at the FAA, minorities make up approximately 18% of the workforce. Minorities represent approximately 26% of the CLF and 29% of the FCW. To be able to effectively recruit and be competi-tive in the labor force with the changing workforce demographics, the FAA must provide direction and leadership to change the business cul-ture of the organization.

The demographic statistics by race, gender and people with targeted disabilities show a disparity between the number of minorities at the Agency as compared to non-minorities. Although women constitute 46.3% of the CLF and 42.9% of the FCW, when minority women are compared to white males at the Agency, their low numbers equate to the significant race and gender difference as the gap widens. When compared to white males, a notable disparity in career levels for minorities and women begins at grade 9 and the gap widens at grade 15 through the Senior Executive Service (SES) level.

This disparity is apparent for people with targeted disabilities as well. At the FAA, people with targeted disabilities represents 0.5% of the workforce in comparison to 3.7% in the CLF.

This plan presents strategic goals for successful recruitment, retention, and development of women, minorities, and people with targeted disabilities to address under-representation at the FAA workforce.

## STRATEGIC GOALS FOR ADDRESSING UNDER-REPRESENTATION AND AFFIRMATIVE EMPLOYMENT:

**GOAL 1**   Establish Accountability at the Administrator and Associate/ Assistant Administrator levels for improving under-representation of minorities, women, and people with targeted disabilities and for creating a culture of inclusion and diversity.

**MANAGEMENT ACCOUNTABILITY**

The FAA must make a corporate commitment to eliminate under-representation of minorities, women, and people with targeted disabilities. The FAA conducts business worldwide and is the global industry leader in aviation. In recognition of the global changes in demographics, the Agency must embark on a new strategy of inclusion. This strategy must contain an understanding of domestic and international cultures. In providing aviation services worldwide, the FAA's customers will demand that the Agency be representative of all races and nationalities. The FAA must compete to recruit and retain the best talent if it hopes to achieve its statutory mission.

**AFFIRMATIVE EMPLOYMENT OVERSIGHT BOARD (AEOB)**

Establishing the Affirmative Employment Oversight Board (AEOB), which reports directly to the Administrator, also insures accountability. The Board shall be empowered to enforce the Agency's workforce plan to correct under-representation and to provide corporate commitment and responsibility for ensuring the Agency has a process of accountability for affirmative employment programs.

**GOAL 2**   Establish a Model Work Environment (MWE) by assessing and removing organizational barriers and by establishing a Zero Tolerance Policy (ZTP) concerning discrimination, harassment, and hostile work environments.

**MODEL WORK ENVIRONMENT**

The FAA must change its workplace culture to one of a Model Work Environment (MWE). All Lines of Business (LOB) must establish, attain, and maintain a MWE in which employees find an inclusive, welcoming, productive, rewarding, fair, safe, and satisfying workplace. A successful MWE will set the stage for a positive, healthy workplace and quality of work life to recruit and retain the best talent regardless of race, gender or targeted disabilities.

**ZERO TOLERANCE POLICY**

The FAA cannot be competitive as an "employer of choice" if its image and its working climate is perceived as less than positive.

Approximately 53% (638) of the EEO complaints reached the formal stages of negotiation and resolution. Financial resources are being depleted which could be redirected to accomplish the Agency's primary mission and development of employees. EEO complaint activity is indicative of the climate at the Agency. FAA does not keep records on the cost of processing an EEO complaint. However estimates range as high as $50K to process a complaint from the informal stage to final adjudication. Processing EEO complaints filed in FY 1998 and 1999 may have cost FAA $31M per year.

Racial incidents, Congressional hearings of sexual harassment, EEO complaints, jury damages, etc., not only reduce financial resources, but also illustrate negative elements of a workplace culture antagonistic to inclusion, and diversity, recruitment, and retention.

**WORKFORCE CULTURAL AUDIT**

A workforce cultural audit of the organization will assist in identifying barriers-both real and perceived-to achieving career successes at the FAA. For example, the result of the feedback would provide greater understanding of the root causes of discrimination and the bases for improving the workplace climate. Without a positive work culture of inclusion and diversity, ongoing recruitment and retention efforts would merely continue the "revolving door" effect for minorities, women and people with targeted disabilities. A Workplace Cultural Audit is a first step in moving toward the elimination of those barriers.

## GOAL 3

Educate managers, supervisors, and employees on maintaining an inclusive and diverse workplace, managing diversity, applying Affirmative Employment practices and complying with EEO laws.

**MANAGING DIVERSITY, EEO, & AFFIRMATIVE ACTION**

Managers, supervisors and employees need to receive continuous training to reinforce managing diversity, affirmative employment, and EEO initiatives. The cornerstone for addressing under-representation is derived from the Civil Service Reform Act of 1978 (CSRA). According to the report by the U.S. Merit Systems Protection Board on "Fair & Equitable Treatment: A Progress Report on Minority Employment in the Federal Government," Federal employees are to be selected and advanced solely on the basis of relative ability, knowledge, and skills. However, drawing from the impetus of congressional action in 1972, which extended coverage of the Civil Rights Act of 1964 to Federal employment, the CSRA also articulates a concurrent goal of a workforce representative of "all segments of society." In other words, Federal agencies have a dual obligation to strive for a representative workforce and to do so in a manner free from discrimination and preferential treatment. The challenge facing the Government is to ensure Federal agencies successfully balance the need to meet both of these statutory objectives.

The report continues to proclaim that throughout much of the 20th century, instances of discriminatory employment practices had a clearly negative impact on the representation and careers of minorities in the Federal workforce. Over time, a number of major efforts were made to respond to this situation. To date, minorities, women, and people with targeted disabilities remain under-represented in the Federal workforce and the FAA.

## GOAL 4

Develop and implement workforce retention programs designed to retain representation of minorities, women, and people with targeted disabilities in order for the FAA's workforce to reflect the diversity of the nation.

**RETAIN EXISTING WORKFORCE**

To address the loss of seasoned employees which may result in a high turnover rate, the development and use of each employee's full potential will enable the Agency to retain a diverse workforce.

All career development programs should be centralized to afford employees in all LOBs equal access to the programs. These programs have traditionally suffered because of budget constraints, which adversely impact adequate workforce planning. Examples of these programs are: Upward Mobility, Executive Potential, and Women's Executive Leadership.

Centralizing development programs which cross LOBs will ensure sustained budgetary resources and greater access by minorities, women, and people with targeted disabilities.

## GOAL 5

**Recruit a diverse workforce by adhering to Affirmative Employment and EEO law requirements to enhance the entry of minorities, women, and people with targeted disabilities into the FAA.**

### RECRUITMENT OF A DIVERSE WORKFORCE

Not only does the Agency have to provide opportunities to fully capitalize on its existing workforce, but it must effectively add new people to enhance the diversity of the workplace. Since the decentralization of recruitment, the LOBs were delegated the responsibility of developing recruitment plans, which has not been met. Current initiatives will not improve under-representation within the Agency.

As of January 5, 2000, of the 48,970 employees on board, 10,750 employees are eligible for retirement within the next five years. The high number of forecasted retirements provides the Agency an opportunity to correct under-representation of minorities, women, and people with targeted disabilities at all levels. This opportunity can only be realized through committed leadership and effective recruitment strategies, activities, and efforts.

Each LOB shall establish a five-year recruitment plan to make significant improvement in achieving diversity and in eliminating under-representation of minorities, women, and people with targeted disabilities.

## GOAL 6

**Establish effective succession and workforce planning to facilitate minorities, women, and people with targeted disabilities in their career mobility and to reduce under-representation in all levels at the FAA.**

### SUCCESSION/ WORKFORCE PLANNING

Provide career development and educational support programs which can be implemented to satisfy the Agency's requirements both fiscally and programmatically to meet future workforce competencies.

Establish a formal SES management development program by developing and implementing processes which will prepare a pool of candidates for top level positions.

The movement of minorities, women, and people with targeted disabilities into leadership positions is central to solving the Agency's under-representation.

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDERREPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

## GOAL 7

**Promote and expand the Quality of Work Life Programs to enhance and support an inclusive and diverse work environment and to attract and retain employees from under-represented groups.**

QUALITY OF
WORK LIFE
PROGRAMS

The workforce has changed with increased numbers of working women, single parents, dual career couples, and adults caring for older rela tives. Employees expect to be valued and understood by their employers. Flexibility in the form of work life initiatives and family-friendly benefits demonstrates an employer's commitment to the diversity and needs of its workforce.

While the FAA provides limited childcare facilities, wellness programs, flexible work arrangements, leave and employee assistance programs, there is opportunity for an increased level of effort to enhance the inclusive, supportive workforce culture and to enhance retention.

To address the challenge of managing work and family responsibilities, the FAA should provide or expand benefits and programs which support a healthy balance between work and family, to include elder care, a flexible spending account program, and adoption assistance.

## REVIEW OF WORKFORCE DIVERSITY INITIATIVES:

**CAPITALIZING ON INVESTMENT IN MINORITY INTERN PROGRAM**

Although the Agency participates in numerous career development and intern programs, permanent hiring practices from these programs are ineffective.  For example, between 1995-1999 the Agency has trained 489 minority interns, and hired 11.  **These programs have cost the Agency $4.1M.**  This low return on investment is also indicated in the Student Career Experience Programs most often referred to as Cooperative Education (CO-OP) and Stay-In-School (SIS) programs which show a high percentage of female interns not being converted to permanent appointments.  These programs are estimated at a cost of $6.4M-$8.8M over a 10-year period.

These programs should not be eliminated, but used more effectively to realize high return on investment.  The Agency has the opportunity to hire some of the best and brightest talent.  The recruitment cost is $8500 per intern.

**CAREER DEVELOPMENT IS LESS COSTLY THAN ANNUAL PROCESSING OF EEO COMPLAINTS**

Career development programs have an average cost ranging from $138K-$178K per person annually.   These include Personnel Cost Benefits (PC&B), training, and travel.  The range is dependent upon grade, duration of travel, and program fee. The cost of processing an EEO complaint is $50K per case.  If there are findings of discrimination the cost can go as high as $300K per case.

**STAKEHOLDERS VALUE DIVERSITY INITIATIVES**

Diversity initiatives help corporations build a reputation, which is valued by its many stakeholders—including employees, customers, vendors, and public interest groups.   Diversity initiatives improve workplace cultures by increasing productivity and employee morale, while fostering creativity.  Successful diversity programs improve communication among diverse employee groups.

**DIVERSITY— AN ASSET FOR FORGING INTERNATIONAL PARTNERSHIPS**

A diverse workforce provides a strong customer service platform for international relationships.  A good example is the present cooperative effort between the FAA's Houston Air Traffic Control Center and their counterparts in Mexico City.  Hispanic controllers from a diverse ATC workforce bridge cultural barriers to provide a cooperative environment with Mexican controllers.  They are not only building a safer air traffic control environment for pilots and controllers as they work with one another, but are also forging new business relationships for the future. Another example is the Secretary's Safe Skies Initiative in Africa.  Today, a diverse workforce and international relationships take on new significance as the United States begins to realize the importance of its diverse population in creating goodwill and understanding of other cultures.

Diversity programs in and of themselves generate a greater understanding of multicultural backgrounds and help eliminate stereotypical attitudes. In addition, the Agency's visible commitment to diversity will reinforce the idea that employees must value the opinions and ideas of their co-workers, regardless of background.

## SUMMARY AND RECOMMENDATIONS:

The FAA requires a productive, diverse, and highly skilled workforce to carry out its mission. The Agency's workforce should reflect the composition and diversity of the Nation's population. For the FAA to be a high-performing organization of the 21st century and to hire and retain the required workforce, the Agency must be the employer of choice. Additionally, the Agency must develop employees who are aligned, focused, and committed to the organization's goals, yet also support employee learning and creative thinking. Today's leading companies include diversity initiatives and adherence to affirmative employment laws as part of overall business strategies, because they realize that it is a competitive advantage that can significantly improve their bottom line

The Agency has expressed its value of affirmative employment and workforce diversity by setting forth policies of workforce diversity. To effectively implement and carry out these policies requires the leadership of executives, managers, and supervisors, and the committed efforts of all employees. To ensure complete accountability for this initiative, the Task Force recommends the Agency:

- ◆ Establish an Affirmative Employment Oversight Board (AEOB)
- ◆ Conduct an independent workforce cultural audit
- ◆ Centralize career development programs and ensure budget support especially during austere times when increased demands are made on LOBs and employees
- ◆ Maintain, support, and enhance Quality of Work Life Initiatives

Moreover, the Task Force reinforces the importance of linking the diversity initiatives to strategic plans. Diversity initiatives are often poorly conceptualized, lack specificity, and are not linked to strategic organizational plans. This alignment will ensure plans are coordinated, comprehensive, clearly articulated, and fiscally supported. The Task Force provides recommended strategies in its report to align and link each goal with the strategic plan for accomplishing those goals.

# INTRODUCTION

The Agency vision statement on diversity notes that all employees should be free to focus on their jobs without worry that their political affiliation, race, color, religion, national origin, gender, sexual orientation, marital status, age, or targeted disabilities will have any bearing on job performance.  As an outcome of this vision, the Agency developed the 1998 FAA Strategic Plan endorsing the Model Work Environment (MWE) as one of the four enabling goals to support the productive, diverse, and highly skilled workforce needed to carry out the FAA mission. In addition, the FAA's MWE plan acknowledged that the benefits of a diverse workforce include a mix of differences and similarities at all levels of the organization.  The Agency's position is that discrimination in these areas diminishes an employee's career opportunities and contribution.   To date, the Agency's developed diversity strategic goals and affirmative employment requirements have not been met.

Because under-representation of minorities, women, and people with targeted disabilities continues to be a pervasive problem at the FAA, Administrator Garvey in conjunction with the National Employee's Forum has initiated this business case and strategic plan to address these fundamental concerns by developing strategies and an implementation plan designed to deliver reasonable results.  Changing the business culture of the FAA to reflect workforce demographics is critical to the Agency's success.

The FAA must improve its climate for inclusion and diversity and increase its effectiveness in hiring, development, and retention to become the "employer of choice" and to comply with applicable EEO and affirmative action laws and regulations.  Additionally, the Agency must align and integrate diversity with the organization's business objectives and create management accountability at all levels.  A committed diversity initiative will create and maintain a hospitable work environment which supports a productive and skilled workforce reflective of the nation's diversity.  This commitment will accomplish the FAA's mission to become a high-performing organization in the 21st century, allowing the Agency to better serve its customers. An organization which values diversity by encouraging and recognizing the contributions of all employees is a healthier and more productive organization.

The business case and strategic plan addresses issues focusing on improving the workplace culture, retaining and hiring a diverse workforce, developing employees effectiveness, utilization of human resource policies, and ensuring accountable management practices to address the under-representation problem. To accomplish this, the business case and strategic plan are organized as follows:

<u>**SECTION 1. Situational Assessment and Demographic Statistics:**</u> Provides information that compares the FAA workforce to the Federal Civilian Workforce (FCW) and the Civilian Labor Force (CLF), and presents the current state of the FAA by identifying demographic and employment data as it relates to the workforce.

<u>**SECTION 2. Review of Workforce Diversity Initiatives:**</u> Summarizes solutions recommended by the National Employee's Forum Task Force to address issues and barriers. Also included in this section are related best practices on affirmative employment, recruitment and retention tools, and partnerships to address the issues of under-representation of minorities, women, and people with targeted disabilities at the FAA.

Additionally, this section summarizes the partnership support programs in which the Agency currently participates (to include adopt-a-school, DOT volunteer programs, CFC Loaned Executive Program, Aviation Career Education Camps, Scholarships, and Employee Associations).

<u>**SECTION 3. Methodology:**</u> Provides a model for hiring targets for minorities, women, and people with targeted disabilities at the FAA. This section addresses accountability, diversity plans and performance standards by LOB, analyses of EEO issues, EEO cost per case, annual recruitment and retention costs, analyses of student programs, analyses of career development programs, and analysis of establishing an Affirmative Employment Oversight Board.

<u>**SECTION 4. Recommended Strategies:**</u> Describes strategies, objectives, action steps, and measured outcomes in implementing the activities of this strategic plan and business case.

This section also, describes the project objectives and measures of success for key affirmative employment goals. It also provides a summary of key points in the process and identifies next steps in the project plan.

<u>**SECTION 5. Next Steps:**</u> This section describes the next steps for implementing these recommendations.

# SECTION 1:  CURRENT SITUATIONAL ASSESSMENT AND DEMOGRAPHIC STATISTICS

## 1.1  The Changing Face of the United States

Each day, the U.S. population is becoming more diverse.  The nation's workforce reflects these changes and is a representation of all segments of our society.  Minorities, women, and people with targeted disabilities continue to represent an ever-increasing and larger percentage of the U.S. population, and accordingly, a proportionately larger percentage of the workforce.  Given today's work environment that must do more with fewer resources, a growing national economy, and a shortage of available and skilled unemployed workers, American workers are more pressured, transient, and selective in their employment.  American employers, in turn, have become very proactive to become "employers of choice" to effectively compete for the limited supply of highly skilled, highly competent, and available workers.

According to the U.S. Census data and projections (based upon the 1990 Census):

- ◆ Minorities constitute one in every four Americans today; in ten years, minorities will constitute one in every 3 Americans.
- ◆ Women comprise 60 percent of the new entrants into the workforce.
- ◆ Hispanics will represent the largest ethnic minority group by 2005.  The nation's Hispanic population totals about 30.3 million; a 35-percent gain over the 1990 total of 22.4 million.
- ◆ One in five Americans or 20 percent of the population has a disability.
- ◆ One in every eight U.S. residents was over 65; representing 12.5 percent of the population; by 2020, an estimated one in six U.S. residents will be over 65, representing 16.6 percent of the population.

Table 1 shows the growth in the U.S. population by Race and National Origin (RNO) over time.  Note the increase in the proportion of minorities in the population.

### TABLE 1:  PERCENT OF U.S. POPULATION PROJECTIONS BY RNO

| RNO | 2000 | 2010 | 2020 | 2030 |
|---|---|---|---|---|
| White | 71.8 | 68.0 | 64.3 | 60.5 |
| Black | 12.2 | 12.6 | 12.9 | 13.1 |
| Hispanic | 11.4 | 13.8 | 16.3 | 18.9 |
| Asian American/ Pacific Islander | 3.9 | 4.8 | 5.7 | 6.6 |
| American Indian/ Alaska Native | 0.7 | 0.8 | 0.8 | 0.8 |

*Source:  1990 U.S. Census Report (P25-1130)*

BUSINESS CASE AND STRATEGIC PLAN TO ADDRESS UNDERREPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

In the coming decades, the White population will continue to decrease, and correspondingly, the African American, Hispanic, Asian American/Pacific Islander, and American Indian/Alaskan Native will continue to increase. The percentage of minorities in the population will continue to increase from 2000 and beyond. The significant growth of minorities in the overall population should show a parallel in the nation's workforce. The demographic statistics, however, show a disparity between the proportion of minorities, women, and people with targeted disabilities in the total population and at the FAA workforce. A more detailed comprehensive picture of the growth trends in the workforce follows.

## 1.2  The Faces and Status of the Civilian, Federal, and the FAA Workforce

The proportion of minorities, women, and people with targeted disabilities in the Civilian Labor Force (CLF) and in the Federal Civilian Workforce (FCW) has continued to increase slightly from 1986 to 1998. However, these increases do not parallel the larger changes in the general population. The following table and figures provide the demographic breakouts and compare the proportion of minorities, women, and people with targeted disabilities within key Federal Departments. (Figures 1-7 and Table 2)

TABLE 2:  EMPLOYMENT OF MINORITIES:  FEDERAL CIVILIAN WORKFORCE (FCW)
AND CIVILIAN LABOR FORCE (CLF) COMPARED TO DOT/FAA

*Percent of Total Workforce, As of September 30, 1998.*

|  | Men | Women | Total Minorities | Black | Hispanic | Asian Pacific Islander | American Indian/ Alaska Native | White Non-Hispanic | Targeted Disabilities |
|---|---|---|---|---|---|---|---|---|---|
| FCW | 57.1 | 42.9 | 29.4 | 17.1 | 6.4 | 4.1 | 1.9 | 70.6 | 1.2% |
| CLF | 53.7 | 46.3 | 26.4 | 11.0 | 10.8 | 3.7 | 0.8 | 73.6 | 3.7%* |
| DOT | 72.5 | 27.5 | 20.3 | 11.2 | 4.7 | 2.9 | 1.5 | 79.7 | 0.5% |
| FAA | 75.8 | 24.2 | 18.2 | 8.8 | 4.9 | 2.7 | 1.8 | 81.4 | 0.5%* |

Note:
FCW = Federal Civilian Workforce: Covers full and part-time permanent employees in non-Postal Executive Branch agencies participating in Central Personnel Data File (CPDF). Note that due to population coverage, the Race/National Origin percentage distributions found in this table could differ from those presented in other tables.

CLF = Civilian Labor Force; private sector.

1998 – FAA total employees 50,249

* Provided by FAA Civil Rights Office

The Federal government, as the nation's largest employer, needs to model exemplary employment practices and procedures that do not allow for discrimination. A comparative analysis of the CLF, FCW, and FAA statistics by ethnicity, gender, and targeted disabilities follows. Moreover, the Federal government requires a workforce representative of "all segments of the society."

Total minorities in the CLF (Figure 1) constitute 26.4 percent and will continue to increase in number within the U.S. population (See Table 1).

### FIGURE 1: TOTAL FAA MINORITIES
### (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



*Source: OPM, The Fact Book, 1999 Edition.  (Data as of September 30, 1998)*

*Source:  Federal Civilian Workforce Statistics Demographic Profile of the Federal Workforce:  As of September 30, 1998.*

African Americans constitute 8.8% at the FAA workforce and continue to lag behind the repre-sentative percentage 11% in the CLF (Figure 2).  The disparity is larger when compared with 17.1 percent in the FCW (Table 2).   The 1990 Census figures predict that they would comprise 12.2 percent of the total U.S. population in 2000  (Table 1).  Because of the undercount of African Americans in the 1990 Census, predictions are that the actual 2000 Census will show African Americans to be higher than 12.2% of the U.S. population.  Although progress has been made, more improvement in representation is necessary.

### FIGURE 2:  FAA AFRICAN AMERICANS
### (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



**CLF 11.0%**

Other 89.0%

Under-represented in FAA by 2.2% (1,105)

African American 11.0%

*Source: OPM Fact Book, 1999 Edition.  (Data as of September 30, 1998)*

Under-represented in FAA by 8.3% (4,171)

**FCW 17.1%**

*Source: Federal Civilian Workforce Statistics Demographic Profile of the Federal Workforce:  As of September 30, 1998*

Hispanics represent 6.4 percent of the FCW and 10.8 percent of the CLF.  This is in sharp contrast to the fact that Hispanics hold only 4.9 percent of FAA positions (Figure 3, Table 2).  The 1990 Census figures predict that they would comprise 11.4 percent of the total U.S. population in 2000 (Table 1).  Again, with the undercount of the Hispanic population in 1990, the 2000 Census may show that the Hispanic population is larger than 11.4% of the U.S. population.  Therefore, even more attention to increasing opportunities for employment in the Federal sector for Hispanics is necessary.

### FIGURE 3:  FAA HISPANICS
### (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



*Source:  OPM Fact Book, 1999 Edition.  (Data as of September 30, 1998).*

*Source:  Federal Civilian Workforce Statistics Demographic Profile of the Federal Workforce:  As of September 30, 1998*

Asian Americans and Pacific Islanders (AAPI) constitutes 3.7 percent of the CLF and 4.1 percent of the FCW (Figure 4, Table 2); they are, however, only 2.7% of the FAA employees. The 1990 Census figures predict that Asian Americans and Pacific Islanders will comprise 3.9% of the U.S. population in 2000 (Table 1).

### FIGURE 4: FAA ASIAN AMERICANS AND PACIFIC ISLANDERS (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



The 1990 Census predicts that American Indians and Alaskan Natives (AIAN) would comprise 0.8 percent of the U.S. population in 2000. OPM and FAA, data noted that AIAN would be 0.8 percent of the CLF; 1.9 percent of the FCW; and 1.8 percent of the FAA workforce (Figure 5, Table 2). Although they seem to be represented more at the FAA than many other Federal departments cited, their actual numbers at the FAA are minimal.

### FIGURE 5: FAA AMERICAN INDIAN AND ALASKAN NATIVES (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



CLF 0.8%

Other 99.2%

Total FAA employees: 864

Native American 0.8%

*Source: OPM Fact Book, 1999 Edition. (Data as of September 30, 1998)*

FCW 1.9%

Under-represented in FAA by 0.1% (50)

*Source: Federal Civilian Workforce Statistics Demographic Profile of the Federal Workforce: As of September 30, 1998*

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

The proportion of women in the total Civilian Labor Force, at 46.3 percent, is closer to their percentage of the total U.S. population than their proportion of the FCW (Figure 6). They represent about one-half of each environment. At the FAA, however, they represent less than one-fourth of the employees at 24.2 percent (Figure 6).

### FIGURE 6: FAA WOMEN
### (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



People with targeted disabilities represent 3.7% of the CLF and 1.2% of FCW. In the FAA people with targeted disabilities are severely under-represented compared to the CLF. Obviously, the FAA has to make a concerted effort to correct this disparity.

### FIGURE 7: FAA TARGETED DISABILITIES
### (COMPARATIVE ANALYSIS OF THE CLF AND THE FCW TO THE FAA)



The preceding sections presented the representation of minorities, women, and people with targeted disabilities within a larger national context and Federal Government employers. This next section examines the FAA more closely.

## 1.3 The FAA Workforce

The under-representation data in Figures 1 to 7 are provided by the OPM Fact Book (1999 edition) which captures the Federal Civilian Workforce as of September 30, 1998. More recent statistics based upon the 1999 FAA Workforce exhibit numbers showing slight improvements.

Figures 8 and 9 along with Table 3 provide the actual numbers of minorities and persons with targeted disabilities at the FAA by LOB in 1999. The slight improvements in under-representation numbers are as follows: In 1999, the FAA employ nationally 4,475 African Americans (9.0%), 2,500 Hispanics (5.0%), 864 Native Americans (1.7%), 1,397 Asian Pacific Americans (2.8%), 252 persons with targeted disabilities (0.5%), and 40,432 Whites representing 81.4%.

### TABLE 3:  DEMOGRAPHICS BY LOB
*As of FY 1999*

| | White | African American | Hispanic | Native American | Asian Pacific | Targeted Disability |
|---|---|---|---|---|---|---|
| ACS | 841 | 170 | 98 | 14 | 35 | 3 |
| ARA | 1,434 | 393 | 64 | 10 | 84 | 12 |
| ARC | 2,043 | 513 | 149 | 155 | 90 | 48 |
| ARP | 376 | 51 | 41 | 8 | 31 | 3 |
| AST | 19 | 9 | 0 | 0 | 2 | 0 |
| ATS | 125 | 51 | 13 | 2 | 3 | 0 |
| ATSAF | 8,654 | 1,111 | 828 | 270 | 628 | 64 |
| ATSAT | 21,306 | 1,393 | 949 | 288 | 347 | 78 |
| AVR | 5,021 | 482 | 307 | 111 | 154 | 39 |
| Staff | 613 | 302 | 51 | 6 | 23 | 5 |
| Totals | 40,432 | 4,475 | 2,500 | 864 | 1,397 | 252 |

*Total FAA employees 49,668*

The following two figures depict the above information graphically.

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

### FIGURE 8:  RACE AND ETHNICITY BY LOB



Figure 9 depicts by LOB/Staff the employees with targeted disabilities.  The FAA is grossly under-represented by this group (i.e., only 0.5%, people with targeted disabilities at the FAA as compared to 3.7% in the CLF).

### FIGURE 9:  TARGETED DISABILITY BY LOB



Note:
Targeted disabilities:  Disabilities targeted for emphasis in affirmative action planning are as follows: deafness, blindness, missing extremities, partial paralysis, complete paralysis, convulsive disorder, mental retardation, mental illness and distortion of limbs and or spine.  Source:  EEOC Management Directive 713, 10/1987.

*Source Data: FAA/IPPS/MIR as of 9/30/99*

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

Table 4 and Figure 10 show the disparity in grade distribution at the FAA.  Significant disparity begins at grade 9 and the gap widens at grade 15 through the SES level.

### TABLE 4:  ETHNICITY AND RACE DISTRIBUTION BY GRADE

| Grade | White | | Black | | Hispanic | | Asian Pacific | | Native American | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| 1 to 8 | 464 | 1,837 | 125 | 625 | 86 | 217 | 26 | 82 | 8 | 65 |
| 9 to 12 | 10,136 | 3,231 | 862 | 727 | 669 | 216 | 357 | 110 | 236 | 102 |
| 13 to 15 | 20,602 | 3,771 | 1,372 | 702 | 1,075 | 198 | 660 | 141 | 367 | 66 |

### FIGURE 10:  ETHNICITY AND RACE DISTRIBUTION BY GRADE



Source Data: FAA/IPPS/MIR as of 9/30/99

BUSINESS CASE AND STRATEGIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

Table 5 and Figure 11 shows the disparity of grade distribution by gender at the FAA. Significant disparity begins at grade 9 and widens at grade 15. In addition, women are dis-proportionately concentrated at the lower grade levels. For example, 23% of all women are in grades 1-8, while only 2% of all men are in grades 1-8 (or equivalent pay bands).

### TABLE 5:  GENDER DISTRIBUTION BY GRADE

| Grade | Male | Female |
|---|---|---|
| 1 to 8 | 709 | 2,826 |
| 9 to 12 | 12,260 | 4,386 |
| 13 to 15 | 24,076 | 4,878 |
| SES | 156 | 41 |

### FIGURE 11:  GENDER DISTRIBUTION BY GRADE



*Source Data: FAA/IPPS/MIR as of 9/30/*

The goal for addressing the gender under-representation of women at the FAA involves their proper proportion (representation) in the higher levels at the FAA (grades 9-15 and SES levels.)

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

The demographic statistics by race and gender show a disparity between the proportions of minorities at the Agency as it relates to non-minorities. Although women constitute 46.3% of the CLF and 42.9% of the FCW, when minority women are compared to white males at the Agency, their low numbers equate to the significant race and gender divide as the gap widens.

### TABLE 6:  DEMOGRAPHICS BY ETHNICITY, RACE, AND GENDER

|  | White | | Black | | Hispanic | | Asian Pacific | | Native American | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| Totals | 31,547 | 8,885 | 2.405 | 2,070 | 1,865 | 635 | 1,063 | 334 | 627 | 237 |

### FIGURE 12:  DEMOGRAPHICS BY ETHNICITY, RACE, AND GENDER



*Source Data: FAA/IPPS/MIR as of 9/30/99*

When ethnicity, race and gender are considered together (Figure 12), it's apparent that for all the minority groups, their proportion for men and women needs to be increased to correct the under-representation in overall numbers. In addition, the proportions of women should be increased within each ethnic/race category to correct the gender under-representation in terms of overall numbers and by grade levels.

## 1.4   Retirement Eligibility of the FAA Workforce by Selected Occupational Series over the next 5 years.

While the FAA hires hundreds of new people most years, a significant portion of those hired will fill positions in Air Traffic, Airway Facilities, and Aviation Standards.  As of January 11, 2000, the FAA has on board 48,970 employees of which 22% will be able to retire by 2005.  This equates to 10,750 employees opening the door to numerous vacancies and hiring opportunities that can be used as a tool to address under-representation.

Table 7 shows projections for the number of employees eligible to retire from 10 major job series as an example of this retirement eligibility trend.

### TABLE 7:  RETIREMENT ELIGIBILITY OF SELECTED OCCUPATIONS

| Series | Series Title | Total Employees | Number Eligible to Retire by 2005 | Percent Eligible Retire by 2005 |
|--------|-------------|-----------------|-----------------------------------|--------------------------------|
| 334 | Computer Specialist | 1,181 | 250 | 21% |
| 801 | General Engineer | 794 | 238 | 30% |
| 810 | Civil Engineer | 336 | 43 | 13% |
| 855 | Electronics Engineer | 947 | 210 | 22% |
| 856 | Electronic Technicians | 651 | 167 | 24% |
| 861 | Aerospace Engineer | 515 | 150 | 29% |
| 1801 | Gen. Inspector Investigator, Compliance | 866 | 132 | 15% |
| 1825 | Aviation Safety Inspector | 3,638 | 1,357 | 37% |
| 2101 | Air Transportation Specialist | 6,114 | 1,741 | 28% |
| 2152 | Air Traffic Controller | 22,952 | 3,433 | 15% |

*Source:  DOT/FAA CPMIS Database January 2000. (This data is presented in calendar years.)*
*Retirement eligibility is based on the 30/55, 20/60 formula and does not take into account ATC early retirement.*

## 1.5  Analysis of the FAA Retirement Workforce

As noted before, 22% of the FAA workforce will be eligible to retire within the next five years. These projected retirements present a good opportunity to focus efforts on strategies for filling these vacancies.  Although the high numbers of forecasted retirements provide the Agency an opportunity to correct under-representation of minorities, women and people with targeted disabilities at all levels, this opportunity can only be realized through committed leadership, effective planning, and appropriate recruitment strategies, activities, and efforts.  Established hiring practices cannot possibly fill the ranks of FAA employees with corresponding CLF numbers unless changes are implemented immediately that recognize diversity.  The FAA should begin strategic and contingency planning immediately for this exodus of personnel.

# SECTION 2:   REVIEW OF WORKFORCE DIVERSITY INITIATIVES

An organization that values diversity by encouraging and recognizing the contributions of all employees while complying with laws relating to affirmative action is a healthier and more productive organization.   It is the team's view after examining a number of companies and agencies best practices that diversity contributes to the organization's problem solving, decision making, effectiveness, and responsiveness by increasing the variety of viewpoints and perspectives available to meet new challenges.   The organization gains strength through this unity and is able to maintain competitiveness in a global environment.   The U.S. Department of Commerce and National Partnership for Reinventing Government Benchmarking Study, "Best Practices in Achieving Workforce Diversity" echoed our conclusion: "Aligning diversity with the mission and business of the organization increases employee satisfaction and retention; improves competitiveness and productivity; increases responsiveness; and adds value to the customer."

The value and contributions of diversity initiatives are even more apparent in the American business environment.   For example, in 1992, Microsoft created the Corporate Diversity Group to encourage an environment that works for everyone.   Since that time, Microsoft has established a number of programs that promote diversity within the company.   Their position is that these programs contribute to the goal of attracting, developing, and keeping the best and the brightest, diverse workforce.

Successful organizations, such as Microsoft, Bell Atlantic, and Sandia have found that their investment in employees is wasted if employees leave.   Training and experience gained are no longer company or agency assets if additional resources are expended on recruitment when employees leave because of job dissatisfaction.   As a result of an improved working environment, employee complaint processing will decrease and funds can be refocused on business issues and work environment improvements.

This section provides a review of diversity initiatives used throughout government and industry.   Those that have fostered exemplary change in the cultural diversity of corporate and government workforces are highlighted.   In addition, those tools currently employed by the FAA are indicated along with suggested enhancements.

## 2.1 Importance of Workplace Cultural Audit

Herbert Wong, of Herbert Z. Wong and Associates, a diversity consultant firm, met with the Task Force to review the Workforce Cultural Audit Survey prepared for the U.S. Coast Guard and to provide the team with a summary of best practices in diversity initiatives in the market place. For the purposes of this report, some of these best practices have been condensed and should be reviewed for inclusion at the FAA's diversity program. In addition to the meeting with Dr. Wong, the team reviewed existing reports that resulted in over 100 cited best practices. Some of the reports were:

- ◆ The United States Coast Guard Cultural Audit
- ◆ U.S. Department of Commerce and National Partnership for Reinventing Government Benchmark Study (NPR Benchmark Study)
- ◆ U.S. Department of Interior Workforce Diversity Plan
- ◆ Department of Energy/Westinghouse Savannah River Company Diversity Strategic Implementation Plan
- ◆ Sandia National Laboratories' Commitment to Diversity
- ◆ Harvard Community Health Plan's Diversity Initiative
- ◆ Selected articles from the Society of Human Resource Management
- ◆ White House Roundtable Dialogue for President Clinton's Initiative on Race
- ◆ Microsoft Diversity Initiatives
- ◆ Merit System Protection Board Diversity Studies
- ◆ United States Postal Service Diversity Plan

Central to the success of the cited successful diversity initiatives and presented "best practices" is the information gained from a workforce cultural audit about the supports and barriers to the diversity initiatives and the opportunities and expected resistances in any particular work environment. As noted in the NPR Benchmarking Study, "Many of our partners administer cultural diversity audits. These audits take the pulse of the workforce and provide candid assessments of the work climate. The results form the basis upon which process improvements are made."

## 2.2 Career Development

Resources are needed for higher education, training, and development programs that develop employee's knowledge and skills, contribute to professional growth, and enhance retention. A myriad of employees throughout the Agency would benefit from participation in these pro-grams. The Agency provides some level of resources for employees to receive job-related train-ing as funding permits. One such example is the university-based program that those employ-ees in the contract specialist series are participating in to satisfy educational requirements to meet new qualification standards. The Associate Administrator for Acquisition and Research (ARA) line of business has provided excellent support to employees within this field. More lines of business should adopt this approach.

The FAA has implemented a variety of programs such as Hispanic Associations of Colleges & Universities (HACU), Historically Black Colleges & Universities (HBCU), Cooperative Education (CO-OP), and Stay In School (SIS), specifically designed to develop and to add to its future work-force. The Agency is successful at providing internships, however the FAA does not follow up with up these internships by exploring and creating hiring opportunities for successful interns. Other agencies and corporations, at the FAA's expense, are recruiting and hiring the students after they complete their internships with the FAA. If the Agency continues to do business in this manner, it can expect very little return on its investment. Instead the corporate sector and other Federal agencies will reap the benefit of the FAA's invested resources. The Agency all too often has had the best of intentions in starting and supporting these programs, but as budgets get tighter, these programs are the first ones cut back and in some cases eliminated. Programs should be measured for their effectiveness and for the benefits derived. If diversity is to be a priority at the Agency then perhaps it should be viewed from that perspective — tying dollars to support those programs that will enhance representation and diversity to the FAA.

## 2.2.1 Recruitment, Retention, and Appointment Tools

The following retention, recruitment, and appointment programs have been implemented at the FAA:

- ◆ **Outstanding scholar:** An applicant who has graduated from an accredited 4-year college or university and who possesses an overall GPA of 3.45 or higher, or who was in the top 10% of the graduating class. According to the Merit Selection Protection Board (MSPB) report, although this program was designed to improve diversity in the Federal government, only one of every 10 employees hired under the program in 1997 was African-American, and only one of every 14 was Hispanic. The Agency needs to seize the opportunities presented by this program to hire these talented individuals.

- ◆ **Job Sharing:** Arrangement in which two FAA employees in the same occupation and grade level occupy the same FTE, but work at different times.

- ◆ **Veteran Readjustment Authority (VRA):** The VRA is a special authority by which agencies can, if they wish, appoint an eligible veteran without competition. The VRA is a convenient method of appointment for both the Agency and the veteran. VRA appointees initially are hired for a 2-year period. Successful completion of the 2-year VRA appointment leads to a permanent appointment.

- ◆ **Job Swap:** A process where two FAA employees in the same occupation and grade exchange jobs, and where no subsequent vacancy is created as a result of the job exchange.

- ◆ **Welfare-to-Work Program (W2W):** This program is designed for an applicant who is an adult or teen parent under the age of 19, who is receiving public assistance.

- ◆ **Temporary Appointments:** Each Line of Business has the flexibility to use various options for temporary external hiring. Appointments can be made under the same competitive procedures or special appointments as permanent hiring or can be made non-competitively.

◆ **Air Traffic Collegiate Training Initiative (AT-CTI):** A program, provided for by Public Law, that allows the Administrator to establish agreements with post-secondary educational institutions, to prepare students for the position of an air traffic controller with the FAA.

The latest statistics show successful and completion rates as follows:

◆ **Collegiate Training Initiative (CTI):**
- 680 — Employed Candidates
- 401 — White Males
- 279 — Women and Minorities

◆ **People with Targeted Disabilities:** There is a need to add a People with Targeted Disabilities Intern Program and an Asian American/Pacific Islander Intern Program.

## 2.2.2  The Student Employment Program (SEP)

The student employment program broadens opportunities for students to gain work experience with the Agency. The program is designed to meet tactical hiring needs while developing a pipeline of qualified candidates to meet future hiring needs. The SEP provides general and FAA-focused (aviation, science, math, engineering, transportation, technology/business) on-the-job training and development opportunities for students enrolled in high schools and post secondary institutions. Students gain valuable professional work experience through clerical, technical, business, and cooperative internship positions. It is recommended that the Agency establish student-hiring targets to improve the diversity at the Agency.

The following are intern programs provided by the Agency:

◆ Hispanic Association of Colleges and Universities (HACU)
◆ Student Career Experience Program
◆ Cooperative Education (CO-OP)
◆ Stay-In-School (SIS)
◆ Historically Black Colleges and Universities (HBCU)
◆ Native American/Alaska Natives Intern (NAAN)

The FAA has been a leading supporter of internship programs such as those offered by the HACU, HBCU, and NAAN intern programs. Each summer, the Agency uses these programs but little retention efforts are expended to employ students permanently.

### 2.2.3  FAA Best Practices in Career Development

Following is a comparison snapshot of career development program opportunities that the FAA currently provides and does not provide its employees.

| PROVIDE | DOES NOT PROVIDE |
|---|---|
| Women's Executive Leadership (WEL) | Special Master's Program |
| Executive Potential (EPP) | Doctoral Study Program |
| DOT Fellows | Centralized Tuition Assistance Program |
| LEGIS Fellows Program | Upward Mobility |
| Federal Executive Institute's (FEI) - Leadership for Democratic Society | Developmental Programs (AT/ET) |
| Presidential Management Intern (PMI) | SES Candidate Development Program. |
| University Research Program | |
| University Fellowship Program | |
| FAA/NASA Joint University Program | |
| Interchange Agreement | |

**Women's Executive Leadership** (WEL).  This program provides participants an opportunity to assess their potential and interest in careers as future supervisors, managers, and executives and to provide the kinds of job-related knowledge, skills, and abilities that will enhance their success.  To be accepted into this program the participants must be a grade 9 through 12 (or equivalent pay bands).  As of FY 1999, the FAA has supported 127 participants.  Support has sharply declined as LOBs search for alternative ways to participate in career development programs.  This program has also been curtailed due to budget constraints.

**Executive Potential (EPP).**  This program is a career enhancement program that provides training and development experiences for high potential individuals to prepare them for managerial and executive positions. To be accepted into this program the participants must be a grade 13 through 14 or equivalent pay band.  As of FY 1999, the FAA has supported 118 participants.  Support has sharply declined as LOBs search for alternative ways to participate in career development programs due to budget constraints.

**DOT Fellows**.  The Excellence in Government Fellows Program is an intensive, yearlong leadership development opportunity to transform mid-level Federal managers into leaders who produce results.  While continuing in their current jobs, the Fellows participate in a series of activities that explore the demands of executive leadership and the commitments required of successful leaders.  Due to budget constraints, support for this program has sharply declined.

**LEGIS Fellows Program:**  This program is designed for Federal executives and managers whose current and/or prospective positions may require working knowledge of the operations of Congress.  Nominee qualifications include a minimum grade level 13 or equivalent; at least two years of Federal service in the Executive Branch; demonstrated flexibility in work habits; ability to work in an unstructured environment; ability to work independently with minimal supervision or direction; and a significant interest in the organization and practices of the Legislative Branch.  This program has suffered from budget constraints and has been curtailed.

**Federal Executive Institute's (FEI) "Leadership for Democratic Society":**  This program is a four-week residential program, emphasizes the democratic values and beliefs that underpin constitutional Government with particular attention to officials' roles in the Executive branch.  SES members and selected GS-15's or equivalent pay band are eligible.  This program has suffered from budget constraints and has been curtailed.

**Presidential Management Intern (PMI) Program:**  PMI was established by Executive Order in 1977.  It is designed to attract the Federal service outstanding graduate students (master's and doctorate) from a wide variety of academic disciplines who have an interest in, and commitment to a career in the analysis and management of public policies and programs.  There are a number of success stories serving in the senior executive service in Air Traffic.  Another former PMI is currently serving the Agency in Brussels as a manager.  Other PMI's are serving the Agency in a variety of fields at the grade 14 and above (or equivalent pay bands).  Support has sharply declined as LOBs search for alternative ways to participate in career development programs.  No Agency program hiring since 1997.

**University Fellowship Program:**  This program was established in 1985 as the "Rutgers" or "GREAT" Program, has been recently restructured to serve as one of ARA's "learning organization" initiatives under personnel reform. An operating plan has been prepared, reviewed and approved by AAR-1, and received the commitment of the AAR Management Team. The restructured and expanded program also was briefed to the Agency's Executive Steering Committee for Training and Development, which voted to approve implementation of the newly expanded program in November 1997, with startup to follow in the fall of 1998.  Essentially, the existing program has been partitioned and expanded into an "Internal" and "External" FAA Fellows Program.  The grant or cooperative agreement is paid for by FAA Research and Development project funds.  Presently, Rutgers and Drexel Universities are active in the program, but the program is open to participation by other universities at any time.

**FAA/NASA Joint University Program:**  The FAA/NASA Joint University Program for Air Transportation Research (JUP) is a research partnership of three universities, the FAA, and NASA.  These partners, comprised of Massachusetts Institute of Technology, Princeton University, Ohio University, the FAA Office of Aviation Research at the William J. Hughes Technical Center and the NASA Ames Research Center, conduct scientific and engineering research on problems of a long-term nature related to the ultimate improvement and development of the NAS.  JUP research covers a broad scope of technical disciplines which contribute

to civil aviation, including, but not limited to AT control theory, human factors, satellite navigation and communications, aircraft flight dynamics, avionics and meteorological hazards. Under a Memorandum of Understanding, FAA and NASA each provide approximately 50% of the program financial support to award the three research grants to the participating academic institutions.

**Interchange Agreement.**  The FAA supports the mutual exchange of employees between the FAA and Federal, State, local and Indian tribal governments, domestic institutions of higher education, private industry, Federal Funded Research and Development Centers, public international organizations, foreign governments, and nonprofit organizations that meet the Agency criteria for the performance of work of mutual concern and benefit.  Interchange assignments are voluntary and requests may be initiated by management or by the employee. The heads of the LOBs have the authority to approve interchange assignment requests. This agency eligibility certification will allow a nonprofit organization the authority to link with other Federal agencies for exchange programs.

## 2.2.4  Career Development Program Opportunities *NOT* Currently Provided by the FAA

**Doctoral Study Program:**  A doctoral program could be developed to provide employees with the opportunity to pursue doctoral-level study in scientific, engineering, and other job-related fields to enhance their ability to perform job assignments in support of the Agency's mission, hard to recruit disciplines.  Bell Atlantic, a company the team reviewed for best practices, offers full reimbursement for tuition as a retention tool for employees.  The Agency should negotiate with local universities and colleges for on-site programs.

**Special Master's Program:**  A master's program should be designed to allow employees to complete a master's degree in a specialized field to help the Agency meet special staffing needs. The Agency should negotiate with local universities and colleges for on-site programs.

**Centralized Tuition Assistance Program:**  This program provides tuition assistance for university courses and degree programs that are job-related.  The Office of Human Resources should manage the tuition awards from a centralized funding pool supported by LOBs.

**Upward Mobility Program:**  The Upward Mobility Program (UpMo) is the FAA's management program for implementing specific career opportunities for certain employees.  Eligible employees are those currently unable to meet the normal qualification standards for a target or trainee grade position.  Such employees are usually below the FG-9 level  (or equivalent pay bands) and employed in positions or occupational series which prevent them from realizing their work potential.  Upward Mobility facilitates movement of employees into trainee positions by modifying qualification requirements for certain occupational series.  It provides opportunities for employees to compete for assignments that will assist them in gaining qualifying experience for their career development.  It also provides management with a cost-effective human resources placement program.  Program efforts should be focused on

providing opportunities for employees below the FG-9 (or equivalent pay bands) although the FAA's Affirmative Employment Program does not preclude consideration of employees in grades FG-9 and above (or equivalent pay bands).

Currently, the Agency does not have a formalized centrally funded program as once existed at the Agency.   The formal program existed about five years.  Thirteen participants were selected each year.  More than 60 employees were provided on-the-job and centrally funded formal training.

The program was discontinued and lay dormant for several years.  Later, the program was offered to each LOB as an option that could be exercised.  Very few employees were granted the opportunity to participate in upward mobility positions.  Occasionally, vacancy announcements would be made when an LOB decided to fill a position in this manner.  To date there are a number of upward mobility intern success stories at the Agency.

The FAA should centralize the Upward Mobility Program and manage the program from the Office of Human Resource Management.  Funding support would be derived from various LOBs.

**Senior Executive Candidate Development Program:**  This program is designed to develop SES candidates.  This program develops competencies necessary for SES positions, and to orient candidates to the structure, programs, and operations of the Agency at the executive level.   This program provides a pool of qualified and diverse candidates for filling SES positions.

## 2.3  The Role of Work/Family Initiatives in Affirmative Employment and Diversity Programs

The workforce has changed with increased numbers of working women, single parents, dual career couples, and adults caring for older relatives.  The one truth that remains is the best companies are those that attract and retain the best people.  Understanding diversity and affirmative employment is key to this equation.  Talented employees are looking for employers that are sensitive to work schedules, and are working to meet their needs.  In return, employers gain employees who are more productive and more likely to remain with the company.  One best practice learned from the U.S. Coast Guard is that they provide private areas for lactating (nursing) mothers.  In February 2000, the FAA opened its first lactating facility in the headquarters building for this purpose.  Other areas of concern are employees who must perform dialysis procedures daily.

### 2.3.1  Representation of Women in the Workforce

Women make up a growing portion of the workforce, and according to the Department of Labor's Women's Bureau, women's representation is expected to increase faster than that of men.  As noted in Table 2, women represent 46.3 percent of the CLF and 42.9 percent of the FCW.  The number of women at work will grow by 16.6 percent between 1994 and 2005, compared to only 8.5 percent for men (Table 8).  More than 60 percent of mothers with children under the age of six are in the workforce, according to the Women's Bureau, and many of those women are looking for companies that have taken the initiative to implement programs that center on work and family management.  Some of the factors most important to this group include childcare provisions; flexible work schedules; paid leave for pregnancy or adoption; and elder care resources.

### TABLE 8:  WOMEN'S GROWTH IN THE WORKFORCE

| Gender | 1994-2005 | Mothers with Children 6 yrs. old or under |
|:------:|:---------:|:-----------------------------------------:|
| Women | 16.6% | 60% |
| Men | 8.5% | — |

*Source:  DOL - Women's Bureau*

Employers benefit financially from work and family programs and through raised levels of employee morale. According to the Women's Bureau, U.S. corporations lose about $3 billion each year due to issues surrounding childcare.  Providing resources such as on-site childcare facilities and job-sharing opportunities works to decrease employee absenteeism and tardiness,

as well as eliminate the need for rehiring and retraining.  In addition, these initiatives reduce stress associated with balancing work and family, thus creating a more stable and productive work environment.  Some companies have taken the lead and developed programs that address the concerns of their specific employees.

### 2.3.2  FAA Best Practices in Work and Family Initiatives

Acknowledging the challenge of managing work and family responsibilities, the FAA provides benefits and programs that support a healthy balance between work and family, but the programs may be limited to those individuals on regular work tours and to those in large facilities. Following is a comparison snapshot of work and family initiatives that the FAA currently provides and does not provide employees.

| PROVIDE | DOES NOT PROVIDE |
| --- | --- |
| Childcare | Elder Care |
| Wellness Program | Flexible Spending Account Programs |
| Flexible Work Arrangements | Adoption Assistance Program |
| Leave Programs | |
| Employee Assistance Program | |

**Childcare:**  On-site resources and referral services to assist employees in locating and selecting quality childcare are offered.  However, these services may be limited to those working regular work tours and are in larger facilities.  An adequate number of childcare facilities, including after hours and weekends, for FAA employees is necessary to support an inclusive workforce. One approach is to survey the workforce for dependent childcare needs.  Another recommendation is to provide subsidies for single parents.

**Wellness Program:**  The Agency provides information, motivation, and a supportive environment for employees to pursue a healthy life-style.  Periodic workshops and activities are offered on-site on health and fitness topics such as: parenting, developing healthy relationships, first aid, nutrition, and men's and women's health issues.  It is recommended that the FAA conduct surveys on employee interests, and expand the program to include shift workers in various facilities throughout the country.  A strategy could be to increase fitness center usage by negotiating with neighboring health facilities for more employee access.

**Flexible Work Arrangements:**  Work arrangement policies include flexi-time, compressed workweek, telecommuting, alternate work and part-time work schedules.  These options accommodate changing business needs and lifestyles, and enable employees to contribute to the Agency's success in ways that fit their personal circumstances.  It is recommended that the

FAA educate managers and supervisors on the benefits of these programs.  One strategy is to rearrange work schedules; another is to provide job-sharing opportunities or other flexible programs.

**Leave Programs:**  For periods when employees need time away from work to recover from illness or injury or to assist family members, employees have available a variety of leave options that allow time to meet temporary needs and then return to work.  These options include annual, sick, and family care leaves of absence.  Any absence under the family care, childcare, or medical leave of absence programs is in compliance with the leave requirements of the Family and Medical Leave Act of 1993.  The Leave Donor Program provides donated leave to employees that have exhausted all leave due to long-term or major illness.  The FAA should continue support for these programs.

**Employee Assistance Program (EAP):**  The Agency's EAP is designed to help employees and their families face life challenges constructively.  EAP provides short-term counseling, assessments, and referrals to community resources.  There appeared to be a lack of trust in the confidentiality of the program when team members asked selected employees their feelings about the program.  The FAA should continue support for the program and improve its confidentiality.

### 2.3.3  Work and Family Benefits *NOT* Provided by the FAA

**Elder Care:**  Caring for a family member is becoming an issue for many workers as Americans are living longer and many experience dependency in later years.  The Agency should provide an on-site elder care resource and referral service to assist with information, counseling, and education related to the needs of family members.  Possible funding could be shared between users and health plan providers.

**Flexible Spending Account Program:**  Department of Energy provides flexible spending account programs allowing employees to use pre-tax earnings for dependent daycare and health care expenses not covered by health care plans.  More research is needed on these types of programs for future acceptance.

**Adoption Assistance Program:**  Department of Energy has a program that provides monetary adoption assistance to reimburse an employee for reasonable legal fees, court fees, adoption fees, and certain other necessary direct costs associated with the adoption of a child less than 18 years of age.  The Agency should research this program for future acceptance.

## 2.4  Current Programs Effective in Other Government Agencies

**Corporate Mentoring Program:**  The Department of Energy (DOE) has a formal mentoring program and participation is mandatory for management and employees.  The mentoring process is a formalized program that generates immediate and long-term benefits.  This program helps new and established employees develop professional skills.  As employees work through various job challenges, the program provides opportunities to network and learn from others.  It is recommended that the Agency establish and institutionalize a mandatory mentoring program which is tracked for successful measures.  The Office of Human Resource Management should manage and track the program.

**Administrative Assistant Scholarship Program:**  This program provides an opportunity to pursue an administrative assistant degree at local vocational schools.  An example of this program is in Albuquerque's Technical-Vocational Institute where selected minority high school students participate.  The Agency should research this program for agency-wide adaptability.

**One-Year On Campus (OYOC) Program:**  The Sandia Corporation provides an opportunity to minority college graduates to earn a  MS degree in science or engineering. Over 200 Department of Energy employees have participated in this program at the University of New Mexico.  Twenty-four percent of former OYOC participants currently serve in management positions.  The Agency should investigate the merits of a similar program for its employees.

# SECTION 3:  METHODOLOGIES

## 3.1  Developing a Model for Hiring Targets for Minorities, Women, and People with Targeted Disabilities at the FAA

In Section 1, demographic statistics were presented to compare minority representation in the Civilian Labor Force (CLF), the Federal Civilian Workforce (FCW), and the FAA.  One of the recommended goals of this plan is to maintain a workforce that reflects the diversity of those employed in the private sector referred to in the CLF.  Part of the implementation strategy of this goal is to develop a plan for the FAA to reach workforce parity with the private sector.

In pursuit of this goal, the following model is provided to develop hiring targets each year for a specific under-represented group (e.g., specific minorities, women, and targeted disability group).  This model, over the course of several years, would help the Agency address under-representation of minorities, women and people with disabilities, and provide a platform from which to work towards hiring levels similar to the CLF.

The model can be shown as follows:

If,
$x_r$ = FAA workforce in year r
$y_r$ = CLF percentage for a specific group in year r
$d_r$ = workforce target for a specific group in year r

Then,
$d_r = x_r y_r$

Additionally, if,
$a_r$ = current population of a specific group at the FAA in year r
$b_r$ = number of employees in a specific group at the FAA separating in year r
$n$ = number of years for FAA to reach parity with the CLF
$r$ = current year

Then,
$((d_r - a_r)/n) + b_r$ = hiring target each year for a specific group

Therefore,
$((x_r y_r - a_r)/n) + b_r$ = the hiring target for each year for a specific group

This model assumes that the FAA will stay in a budget neutral environment, and hiring ceilings will not increase over the next 10-years.  It is also assumed that the target timeframe for reaching workforce parity is ten years.  This model can be applied to each under-represented group to determine hiring goals for that group in a given year.

Although this type of analysis may imply "hiring quotas," the Agency must take a hard look at this data and establish a method by which to review, monitor and track progress of diversity initiatives at the Agency.  The pitfalls of discrimination and the FAA workforce ceiling must also be addressed.

A closer review of separations of minorities, women, and people with targeted disabilities would reveal ways to incorporate better retention methods.  For example, how many employees are leaving because of poor career advancement, poor career development, hostile work environments, reprisal, etc.

Exit interviews must be requested from minorities, women, and people with targeted disabilities as they leave the workplace.  The data received will prove an invaluable resource to improve the FAA work culture.

Using this model and applying 1999 data with the "current population", "X" in the formula provides the hiring targets per year resulting in the following data:

### TABLE 9:  HIRING TARGETS FOR CURRENT SEPARATIONS

| | Variable | White | Black | Hispanic | Native American | Asian/Pacific Islander |
|---|---|---|---|---|---|---|
| CLF | y | 73.6% | 11.0% | 10.8% | 0.8% | 3.7% |
| Workforce Target | d | 36,556 | 5,463 | 5,364 | 397 | 1,838 |
| Current Population | a | 40,432 | 4,475 | 2,500 | 864 | 1,397 |
| Separations | b | 1,456 | 203 | 94 | 53 | 38 |
| Hiring Targets per year | | 1,068 | 302 | 380 | 6 | 82 |

Note:
X = 49,668
Model can be applied to women and people with targeted disabilities.

### 3.2  Ensuring Accountability Across LOB's

In the 1998 Strategic Plan, the FAA endorsed the concept of the Model Work Environment (MWE) as an enabling goal to institute remedies and exhibit the Agency's values.  Consistently supportive business practices and management accountability at all levels are keys to achieving this goal.  Further, a senior management endorsement of a 5-year corporate-wide workforce diversity initiative, which must begin by FY 2001, will enable the FAA to better accomplish its mission and serve its customers throughout the 21st century. This plan will present a business case, which depends upon leadership, and management accountability across the LOBs for addressing the under-representation of minorities, women, and people with targeted disabilities in the workforce and suggests implementation strategies for remedying the situation.

A review of the FAA strategic planning commitments to diversity revealed that several organizations did not have a Diversity Plan in place or a link to the organization's strategic or performance plan. The responsibility for a MWE is included as a critical job element in managers' performance standards. Although most LOBs and staff offices hold managers accountable for improving workforce diversity, true accountability would require a review, evaluation, and if needed, a monitor of each manager's activities and accomplishments in this area. Collectively, FAA management has not effectively addressed improving diversity since under-representation remains a problem. Supportive business practices and management accountability at all levels are keys to achieving a diverse workforce. The following responses were received from each LOB:

### FIGURE 13:  DIVERSITY PLANS AND DIVERSITY ACCOUNTABILITY IDENTIFIED IN PERFORMANCE STANDARDS BY LOB

| LOB | Diversity Plan | | Diversity Accountability Identified in Performance Standards | |
|---|---|---|---|---|
| | YES | NO | INCLUDED | NOT INCLUDED |
| FAA Plan | X | | X | |
| ABA | | X | X | |
| ACR | X | | X | |
| ACS | | X | X | |
| AGC | | X | X | |
| AGI | No Response | | No Response | |
| AHR | X | | X | |
| APA | | X | X | |
| API | No Response | | No Response | |
| ARA | X | | X | |
| ARC | X | | X | |
| ARP | X | | X | |
| AST | X | | X | |
| ASY | | X | X | |
| ATS: AT | | X | X | |
| AF | | X | X | |
| AVR | X | | X | |

The Task Force believes the FAA's primary key to success is its employees; therefore, most of the authorities and tools needed to bring about diversity and retention already exists. By including employees of all backgrounds, all FAA employees gain a measure of knowledge, background, experience, and comfort in serving all its customers. However, employees cannot do it alone.

Central to this business case is to ensure management accountability for realizing the Agency's vision and support of an inclusive and diverse workforce.   As noted in the National Preformance Review (NPR) Benchmarking Study, "A Key element to ensuring the success of any organizational initiative, specially diversity initiatives, is accountability.  Accountability is achieved by making the appropriate leaders responsible for diversity by linking performance evaluation elements and compensation to the successful implementation and progress of these initiatives."

### 3.3  Reducing EEO Costs

Approximately 53% of the EEO complaints in 1998 reached the formal stage of negotiations and resolution.  Although the FAA does not keep records on the cost of processing an EEO complaint.  However, estimates range as high as $50K to process a complaint from the informal stage through the final adjudication.  Processing EEO complaints filed in FY-98 has the potential to cost the FAA as much as $32M.  Complainants who prevail in the EEO process may be awarded up to $300K in compensatory damages.   This does not include legal costs that could cause this figure to double ($600K).

The FAA reported that in 1999, 614 (see Figure 15) cases reached the formal stage.  At an average cost of $50K per case, the Agency spent $30.7M in 1999 on EEO complaints.  In 1999, approximately 7% of the cases (43) had findings of discrimination.  Another $12.9M could be added based on settlements of $300K that do not include legal fees and other related costs.

TABLE 10:  ESTIMATED EEO COSTS PER CASE

|  |  | Cost per case | Total Cost* |
|---|---|---|---|
| 1999 Total EEO Cases | 1038 |  |  |
| Total of formal complaints | 614 | $50,000 | $30,700,000 |
| Potential Cost Liability in 1999 (7%) | 43 | $300,000 | $12,900,000 |
| **Total Annual Cost** |  |  | **$43,600,000** |

*Costs are incurred throughout adjudication of case.

### FIGURE 14: FORMAL EEO COMPLAINTS FILED BY FISCAL YEAR



Total estimated costs to the Agency for EEO cases are approximately $44M annually. As years progress, the processing and settling of FAA EEO complaints could cost the government billions of dollars. For example, in 5 years these costs could escalate to $2.2 billion. At these alarming rates, how can the Agency afford not to find solutions to reduce the number of EEO complaints? Theoretically, a 10% reduction in EEO cases could save the Agency as much as $4.4M per year. These savings could best be used in programs designed to train, recruit and retain a diverse workforce and elevate the FAA in status to that of "employer of choice".

Reducing EEO complaints by 10% would save $4.4M annually. These funds could be used for recruitment, development and quality of work life programs. For example, these funds could be used for the following:

|  |  |
|---|---|
| – 10 (HBCU, HACU, NAAN) | 0.3M |
| – 10 (WEL) @ 138K per person | 1.4M |
| – 10 (EPP/Long Term Training) @ 178K per person | 1.8M |
| – Quality of work life per person (QWLP) | 0.5M |
| – 50 (UpMO) @ 8K for training | 0.4M |
|  | 4.4M |

The Agency could have any combination of the above programs or other programs areas such as new hire recruitment. The model recognizes that out-year PC&B dollars has to be available to retain the new hires and another year of funding added for Upward Mobility under the assumption of a 2-year program.

The Task Force recommends focusing complaint reduction efforts in the areas of Promotion/Non-Selection, Non-Sexual Harassment, and Terms/Conditions of Employment. These areas represent the majority of EEO issues and provide the greatest opportunity for initiatives to reduce the Agency's EEO costs.

For example, in 1998, 1,201 EEO complaints were filed. Each complaint may have more than one allegation. Fifty-three (53%) of these allegations were based on race, color, national origin, or gender. The allegations were most frequently about non-selection (22%), non-sexual harassment (21%), and terms of employment (8.79%). See Figure 15.

### FIGURE 15:  EEO COMPLAINT BASES FILED



| Bases | |
|---|---|
| Reprisal | 23.23% |
| Gender | 26.14% |
| Race/Color | 26.98% |
| Age | 11.99% |
| RNO/Gender | 53.12% |

| COMPLAINTS | |
|---|---|
| Promote/Non Selection | 22.31% |
| Harassment Non Sexual | 21.23% |
| Terms/Conditions of Employment | 8.79% |

Table 11 illustrates that since 1995 the Agency has consistently had the largest number of complaints filed based on issues of Promotion/Non-selection, and Harassment/Non-sexual.

### TABLE 11:  EEO ISSUES BY FISCAL YEAR

| ISSUES | 1995 | 1996 | 1997 | 1998 | 1999 |
|--------|------|------|------|------|------|
| **Promote/Non-Selection** | **273** | **190** | **242** | **269** | **239** |
| **Harassment-Non-Sexual** | **137** | **144** | **263** | **256** | **257** |
| Terms/Conditions Of Employ | 55 | 44 | 130 | 106 | 41 |
| Training | 32 | 35 | 50 | 74 | 41 |
| Disciplinary Act-Termination | 11 | 10 | 15 | 70 | 26 |
| Assignment Of Duties | 47 | 34 | 59 | 64 | 47 |
| Other-Accommodation | 109 | 6 | 74 | 63 | 24 |
| Time And Attendance | 13 | 24 | 59 | 55 | 58 |
| Evaluation/Appraisal | 60 | 32 | 34 | 44 | 24 |
| Reassignment-Directed | 27 | 25 | 43 | 34 | 25 |
| Disciplinary Act-Other | 5 | 25 | 13 | 30 | 25 |
| Reassignment-Req Denied | 13 | 9 | 12 | 29 | 24 |
| Disciplinary Act-Reprimand | 12 | 3 | 41 | 22 | 32 |
| Disciplinary Act-Suspensions | 7 | 21 | 31 | 22 | 25 |
| Duty Hours | 19 | 29 | 23 | 17 | 25 |
| Harassment- Sexual-F | 17 | 21 | 16 | 17 | 17 |
| Appointment/Hire | 15 | 22 | 11 | 6 | 19 |
| Disciplinary Action-Demotion | 1 | 2 | 5 | 5 | 4 |
| Harassment- Sexual-M | 5 | 3 | 7 | 5 | 4 |
| Pay Including Overtime | 12 | 53 | 12 | 5 | 38 |
| Retirement | 8 | 11 | 5 | 5 | 1 |
| Examination/Test | 1 | 0 | 3 | 4 | 2 |
| Awards | 5 | 3 | 5 | 3 | 8 |
| Reinstatement | 1 | 6 | 0 | 1 | 0 |
| Conversion To Full-time | 2 | 0 | 0 | 0 | 0 |
| EPA Violation | 1 | 1 | 5 | 0 | 32 |
| **TOTAL** | **888** | **814** | **1158** | **1206** | **1038** |

*Source:  Departmental Office of Civil Rights EEO Case Manager*

### 3.4  Establishing an Affirmative Employment Oversight Board

The issue highlighted, and the statistical data presented, indicates the Agency needs to respond to the under-representation of minorities, women, and people with targeted disabilities in a strategic coordinated and focused manner.

Based on the lack of a centrally focused agency effort, it appears a possible solution to this problem is corporate oversight.  Corporate oversight ensures accountability in all LOBs through:  (1) linkage with management performance standards which address under-representation; (2) mandatory periodic demographic reviews to assess progress; and (3) funding support to underwrite recruitment, developmental programs, and accommodation/accessibility issues.

As noted by the NPR Benchmarking Study, "The top leaders of our benchmarking partner organization are all personally involved in helping the Board of Directors, employees, other stakeholders, and their respective committees understand diversity initiatives, create fairer employment systems, and benefits for <u>everyone."</u>

Equity and job satisfaction contributes to increased productivity and better customer service. As such, "Valuing Diversity through Leadership" is recognized as a part of the organization's business imperative and is incorporated into the organization's goals and objectives.  Diversity according to the Model Work Environment (MWE) should not be viewed as a separate pro-gram, but rather as a way of doing business.  To carry out these goals, objectives, and strategies identified in the business case, the Task Force recommends that the following initiatives be put in place to ensure accountability:

◆ **Establish an independent Affirmative Employment Oversight Board (AEOB).**  The Board shall be an independent body that is straightlined to the FAA Administrator.  This Board is being established to provide management commitment and responsibility for ensuring that the Agency has a process of solid accountability for its diversity programs. <u>The Board shall investigate and decide, monitor and report on all employment issues that have appearances of discrimination as they relate to hiring, promotions, retention, training and awards.</u>  The Board shall ensure that workforce diversity integrates with relative Human Resource Programs and Agency strategic plans.  It shall be empowered to enforce the Agency's workforce affirmative employment plan and review recommen-dations from the Affirmative Employment Management Board (AEMB).  See Figure 16.

◆ **Establish an Affirmative Employment Management Board (AEMB).**  This Board is comprised of one representative from each LOB.  This Board will oversee, direct, and provide representatives to the Affirmative Employment Representatives.

◆ **The Employee Associations shall be considered as the Affirmative Employment Champions** (AEC).  One representative from each of the Employee Associations shall be considered as primary stakeholders.  These representatives will serve as an additional resource to the Affirmative Employment Oversight Board.

◆ **Affirmative Employment Representatives (AER).**  Team members develop strategies and address diversity issues from a management perspective.  They also represent their LOB in the development and implementation of affirmative employment action plans and provide recuitment development and retention strategies for employees within their organizations.  As one of the key elements of development, diversity training and related activities shall be an integral part of the overall diversity initiative and shall be linked to other strategic initiatives and the MWE of the FAA.  Diversity programming and training follow-up are critical.  AERs must develop teams that provide long-term diversity training and goals.  A continuing process for all managers shall be provided with diversity principles and skills incorporated into leadership and management development.

**FIGURE 16:   AFFIRMATIVE EMPLOYMENT OVERSIGHT BOARD**



### 3.5  Benefits of Establishing an Affirmative Employment Oversight Board

**Management Commitment.**   All diversity activities must begin with and maintain executive level support throughout all planned efforts.  To be effective, there should be senior management commitment to implementation, not just buy-in, and visible support from the "top down."  Management and supervisors' performance standards shall address affirmative employment and diversity activity tying bonuses to any activities showing improvement in addressing under-representation.

The issues and statistical data indicate that the Agency has inadequately responded to diversity.  Based on the lack of a centrally focused Agency effort, it appears that a possible solution to this problem is structured corporate oversight.  Corporate oversight ensures accountability in all LOBs through:  (1) linkage with management performance standards that address under-representation; (2) mandatory periodic demographic reviews to assess progress; and (3) funding support to underwrite recruitment, developmental programs, and accommodation/accessibility issues.

The Affirmative Employment Oversight Board (AEOB) shall be straightlined to the Administrator and empowered to enforce the Agency's workforce diversity plan and recommendations from the Task Force.  The AEOB is necessary to provide corporate commitment and responsibility for ensuring that the Agency has a process of accountability for its diversity programs.  Additionally, it shall monitor and report on all diversity issues related to hiring, promotions, retention, training, and awards.  The Board shall ensure that workforce diversity integrates with human resource programs and agency strategic plans.

# SECTION 4:  RECOMMENDED STRATEGIES

The FAA cannot continue along the same path in addressing the issues of under-representation of minorities, women, and people with disabilities.  Immediate action to institute change must occur to correct the pervasive issue of under-representation.  The data in this report shows under-representation in virtually every organization at the FAA, each LOB and all career levels.  The trend in the U.S. population clearly projects changing demographics with more minorities, women, and people with targeted disabilities entering the workforce.  Without implementation and monitoring the progress of hiring and retention initiatives, the Agency will continue in a status quo.  More importantly, an implementation plan is required to be able to compete for highly skilled workers in this era of low unemployment.  Failure to address this problem will simply exacerbate under-representation.  Rising numbers of EEO complaints, class complaints, congressional inquiries, and jeopardized safety brought on by racial incident will continue to plague the Agency until these issues are appropriately addressed.

An affirmative employment strategic plan must be adopted that covers all aspects of the work environment and it must focus on accountability, recruitment, career development, and quality of work life programs.  The Task Force recommends the following definitive goals, measures, and strategies be implemented.

---

**■ GOAL 1** – Establish accountability at the Administrator and Associate/Assistant Administrators levels for improving under-representation of minorities, women, and people with targeted disabilities.

| OBJECTIVE A | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors are accountable and evaluated for improving under-representation of minorities, women, and people with targeted disabilities. | Collect information, review, evaluate and monitor management and leadership at all levels for improving under-representation. | Each LOB will improve its performance in reducing under-representation of minorities, women, and people with targeted disabilities. |

**MEASURABLE OUTCOMES**
1. Increase the percentage of minorities, women, and people with targeted disabilities within each LOB.
2. Increase the new hires of minorities, women, and people with targeted disabilities.

**MEASUREMENTS**
1. Quarterly summaries of the number of employees for each RNO/job category.
2. Quarterly summaries of new hires by RNO/job categories.

**PLANNED ACTIVITIES (IMPLEMENTATION STEPS)**
1. Establish and implement Affirmative Employment Oversight Board; Board will provide oversight review and report on a quarterly basis.
2. Quarterly review by senior executives with head LOBs on outcome results and statistics.
3. Managers and supervisors establish 2 or 3 performance objectives for improving under-representation.
4. Agency will establish and implement quantitative measures to evaluate progress in improving under-representation.
5. Agency will establish bonuses and awards criteria and procedures to achieving performance objectives for addressing under-representation.

**BEST PRACTICES**
◆ Total system leadership accountability and committment to the organization's diversity initiative as exemplified by PPG Industries.

---

BUSINESS CASE AND STRATEGIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

| OBJECTIVE B | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors are accountable and evaluated for Affirmative Employment activities and for the career development, training, and mentoring activities with minorities, women, and people with targeted disabilities. | Collect information, review, evaluate and monitor management and leadership at all levels for Affirmative Employment activities and for the career development, training, and mentoring activities with minorities, women, and people with targeted disabilities. | Each LOB will improve its performance in Affirmative Employment activities and for the career development training and mentoring activities with minorities, women, and people with targeted disabilities. |

### MEASURABLE OUTCOMES

1. Increase the percentage of minorities, women, and people with targeted disabilities within each LOB.
2. Increase the number of career development, training, and mentoring activities with minorities, women, and people with targeted disabilities.
3. Increase the number of applicants in response to job announcements from minorities, women, and people with targeted disabilities.
4. Increase the new hires of minorities, women, and people with targeted disabilities.

### MEASUREMENTS

1. Quarterly summaries of the number of employees for each RNO/job category.
2. Quarterly summaries of the number of job applicants for each open position by RNO/job category.
3. Quarterly summaries of new hires by RNO/job categories.

### PLANNED ACTIVITIES (IMPLEMENTATION STEPS)

1. Quarterly review by Senior Executives with head LOBs on outcome results and statistics.
2. Managers and supervisors establish 2 or 3 performance objectives for Affirmative Employment activities and for career development, training, and mentoring of minorities, women, and people with targeted disabilities.
3. Agency will establish bonuses and awards criteria and procedures to achieving performance objectives for Affirmative Employment activities and for career development, training, and mentoring of minorities, women, and people with targeted disabilities.
4. Civil Rights Office will review and approve or disapprove internal selections.
5. Senior FAA officials will champion the Diversity Initiative through highly visible activities, events, and presentations.

### BEST PRACTICES

◆ Affirmative employment and recruitment materials developed by the Department of Energy.
◆ Accountability matrix used by Quaker Oats for evaluating managers and supervisors in achieving established diversity objectives and performance.

### ■ GOAL 2 - Establish a Model Work Environment (MWE) and establish a Zero Tolerance Policy (ZTP) concerning discrimination, harassment, or hostile work environments.

| OBJECTIVE A | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors are accountable and evaluated for conducting their workplaces without discrimination and harassment along with any perception that discrimination and/or harassment is tolerated. | Conduct a Workforce Cultural Audit to measure workplace climate and quantitative/qualitative analyses of employees' barriers and satisfaction with work life to establish gaps in performance and managerial competencies in a MWE and in implementing the ZTP. | Each LOB will improve its performance in enhancing MWE and achieving ZTP. |

### MEASURABLE OUTCOMES

1. Increase satisfaction measure for minorities, women, and people with targeted disabilities within each LOB.
2. Increase positive work climate from rating minorities, women, and people with targeted disabilities.

3. Increase the employee-rated quality of work life by minorities, women, and people with targeted disabilities.
4. Reduction of formal and informal complaints and reports of discrimination, harassment, and related issues and concerns.

## MEASUREMENTS
1. Baseline measures of satisfaction, work climate, culture, quality of life from the workforce cultural audit conducted every two years.
2. Quarterly summary of existing measures of complaint, harassment, discrimination, and other statistics.

## PLANNED ACTIVITIES (IMPLEMENTATION STEPS)
1. Heads of the LOBs will inform all employees of the ZTP and will reaffirm existing policies, programs, and guidelines that prohibit discrimination and harassment on an annual basis.
2. Agency will contract an external consultant to perform a Workforce Cultural Audit of the FAA, at minimum, once every two years.
3. Agency will establish and implement quantitative measures in evaluate progress in improving under-representation.
4. Agency will establish bonuses and awards criteria and procedures in achieving performance objectives for addressing MWE and ZTP.
5. LOB heads will reaffirm policies, programs, and guidelines that prohibit discrimination on a semi-annual basis.
6. LOB heads will ensure that all managers/supervisors resolve informal allegations of discrimination swiftly.
7. LOB heads will ensure that all managers/supervisors are held accountable when discrimination, harassment, or hostile work environments exist in work areas under their responsibility.
8. Affirmative Employment Oversight Board, will closely track any findings of discrimination to ensure that appropriate punitive actions are taken quickly and fully.

## BEST PRACTICES
◆ Workforce Cultural Audit conducted by the U.S. Coast Guard.
◆ Workplace Improvement Survey conducted by the EPA Office of Water.

| OBJECTIVE B | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors are accountable and evaluated, and rewarded for a positive work environment of inclusion and diversity. | Collect information, review, evaluate and monitor management and leadership at all levels for a positive work environment of inclusion and diversity. | Each LOB will improve its performance in enhancing a positive work environment of inclusion and diversity. |

## MEASURABLE OUTCOMES
1. Increase the satisfaction measure for minorities, women, and people with targeted disabilities within each LOB.
2. Increase the positive work climate from rating by minorities, women, and people with targeted disabilities.
3. Increase the employee-rated quality of work life by minorities, women, and people with targeted disabilities.
4. Reduction of formal and informal complaints and allegations of discrimination, harassment, and other employee issues and concerns.

## MEASUREMENTS
1. Baseline measures of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
2. Quarterly summary of existing measures of complaint, harassment, discrimination, and other statistics.

## PLANNED ACTIVITIES (IMPLEMENTATION STEPS)
1. Heads of the LOBs will inform all employees of the ZTP and will reaffirm existing policies, programs, and guidelines that prohibit discrimination and harassment on an annual basis.
2. Agency will adhere to Executive Order 13087 reaffirming the longstanding internal policy that prohibits discrimination based upon sexual orientation.
3. Agency will train all managers, supervisors, and employees regarding the appropriate and fair treatment of employees.
4. Agency will use the Workforce Cultural Audit and other surveys to track trends in employees' perceptions of fair and respectful treatment and to identify gaps in work areas needing remedial actions.

FEDERAL AVIATION ADMINISTRATION – BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES AND WOMEN

### BEST PRACTICES

◆ Diversity initiatives, programs, and accountabilities are clearly understood and acted upon by employees, supervisors, managers, and executives as found at Proctor and Gamble.

◆ Diversity standards and measurable results and outcomes on an individual, group, and organizational level as implemented the Bank of Boston.

### ■ GOAL 3 – Educate managers, supervisors, and employees regarding Diversity, Affirmative Employment and EEO laws.

| OBJECTIVE | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors, and employees are accountable and evaluated for their attendance and completion of the mandatory Inclusion and Diversity (I&D) training for all managers, supervisors, and employees regarding the value of a diverse workforce and the FAA's mission reasons for workplace diversity. | Provide mandatory face-to-face I&D training for all managers, supervisors, and employees regarding the value of a diverse workforce and the FAA's mission for workplace diversity. | Each LOB will improve its training for all managers, supervisors, and employees in to enhancing a positive work environment of inclusion and diversity and the value of a diverse workforce. |

### MEASURABLE OUTCOMES

1. Increase the satisfaction measure by minorities, women, and people with targeted disabilities within each LOB in the areas of leadership, communication, and workforce diversity.
2. Increase the positive work climate from ratings by minorities, women, and people with targeted disabilities.
3. Increase the employee-rated quality of work life by minorities, women and people with targeted disabilities.
4. Reduction of formal and informal complaints and allegations of discrimination, harassment, and other employee issues and concerns.

### MEASUREMENTS

1. Pre- and posttraining evaluations of diversity training and leadership skills training workshops and seminars.
2. Baseline measurements of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
3. Quarterly summary of existing measures of complaint, harassment, discrimination, and other statistics.

### PLANNED ACTIVITIES (IMPLEMENTATION STEPS)

1. Conduct mandatory affirmative employment, EEO laws, and diversity education for all managers, supervisors, and employees.
2. Appoint high-level executives and managers to be "diversity champions" to serve as a role model and speak out for workforce diversity, MWE, ZTP, and related subjects.
3. Conduct diversity leadership skills training and legal policy training for all managers and supervisors.
4. Provide allied and related skills training like conflict resolution, coaching, mentoring, effective listening, etc., for managers and supervisors.

### BEST PRACTICES

◆ Diversity accountability model with employees for participation in diversity training by Mobil Oil Company.

◆ Organizational outcome and impact of diversity training and intervention measurement model used by General Motors Corporation.

■ **GOAL 4** – Develop and implement workforce retention programs designed to retain representation of minorities, women, and people with targeted disabilities in order for the FAA's workforce to reflect the diversity of the Nation.

| OBJECTIVE | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors, and employees are supporting and utilizing the workforce retention programs designed to retain a higher portion of minorities, women, and people with targeted disabilities. | Develop a workforce retention program which identify, target, and enhance promotional opportunity disbursements in specific fields, grade levels, and pay bands to increase retention among under-represented groups. | Each LOB will improve its retention for minorities, women, and people with targeted disabilities. |

**MEASURABLE OUTCOMES**
1. Increase the percentage of minorities, women, and people with targeted disabilities within each LOB.
2. Increase the number of "new hires" within minorities, women, and people with targeted disabilities.
3. Increase the satisfaction measure of minorities, women, and people with targeted disabilities within each LOB on workforce diversity.
4. Increase the positive work climate from ratings by minorities, women and people with targeted disabilities.
5. Increase the employee-rated quality of work life by minorities, women and people with targeted disabilities.
6. Reduction of formal and informal complaints and allegations of discrimination, harassment, and other employee issues.

**MEASUREMENTS**
1. Quarterly summaries of the number of employees for each RNO/job category.
2. Quarterly summaries of the number of job applicants for each open position by RNO/job category.
3. Quarterly summary of new hires by RNO/job categories.
4. Baseline measures of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
5. Quarterly summary of existing measures of complaint, harassment, discrimination, and other statistics.

**PLANNED ACTIVITIES (IMPLEMENTATION STEPS)**
1. LOBs shall assess the exit interviews to determine why employees are leaving the Agency, and develop action plans to eliminate barriers to retention.
2. LOBs shall provide a list of positions that will be vacant within one year.
3. Identify divisions, branches, staffs, and teams that show a disproportion of grade or pay band levels among minorities, women, and people with targeted disabilities employees.
4. Determine the number of positions and grade levels/pay bands necessary for balancing the disproportionate figures.
5. LOBs will assist employees in their development.
6. LOBs assistance role in the employee development shall be a requirement in his/her performance evaluation.
7. LOBs will provide opportunity for cross training, college courses, CMD courses, and self-development workshops.

**BEST PRACTICES**
◆ Retention and succession planning programs using a comprehensive approach as implemented in the Department of Energy.
◆ Assessment and development of targeted groups of persons and provision of career enhancing experiences for promotion and advancement as implemented at the Pacific Telesis Group (AT&T).

■ **GOAL 5** – Recruit a diverse workforce by adhering to Affirmative Employment and the EEO Law requirements to enhance the entry of minorities, women, and people with targeted disabilities into the FAA.

| OBJECTIVE | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors are accountable and evaluated for their Affirmative Employment recruitment activities, selection, and new-hire orientation of minorities, women, and people with targeted disabilities. | Improve workforce under-representation by providing a national, proactive, outreach recruitment plan for under-represented groups which will be implemented within each LOB locally by its managers and supervisors. | Each LOB will improve its recruitment and proportion of new-hires for minorities, women, and people with targeted disabilities. |

MEASURABLE OUTCOMES
1. Increase the percentage of minorities, women, and people with targeted disabilities within each LOB.
2. Increase the number of "new hires" within minorities, women, and people with targeted disabilities.
3. Increase the satisfaction measure by minorities, women, and people with targeted disabilities within each LOB on workforce diversity.
4. Increase the positive work climate from rating by minorities, women, and people with targeted disabilities.
5. Increase the employee-rated quality of work life by minorities, women, and people with targeted disabilities.

MEASUREMENTS
1. Quarterly summaries of the number of employees for each RNO/job category.
2. Quarterly summaries of the number of job applicants for each open position by RNO/job category.
3. Quarterly summaries of new hires by RNO/job categories.
4. Baseline measures of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
5. Quarterly summary of existing measures of complaint harassment, discrimination, and other statistics.

PLANNED ACTIVITIES (IMPLEMENTATION STEPS)
1. The Agency will develop and implement a "National Strategy for Recruitment of a Diverse Workforce" which will contain a targeted recruitment plan for occupations with large numbers of under-representation or for positions anticipated with significant numbers of new hires.
2. The FAA shall develop and use written targeted recruitment plans for occupations with a large amount of under-representation or a significant number of anticipated hires. LOBs that have achieved a diverse workforce in previously under-represented job categories shall continue their efforts to maintain the diverse workforce.
3. The Agency shall develop a system to effectively manage the Affirmative Employment Program (AEP) in occupations with infrequent vacancies. LOBs are to be creative in developing job announcements for more effective targeted recruitment. If there is no formal recruitment plan for these vacancies, the Agency will require selecting officials to list the steps taken to encourage applicants to apply from each under-represented group.
4. Management shall develop a system for workforce planning and the analytical management of the workforce, including projections of vacancies, analyses of recruitment efforts and results, and analyses of selection and separation trends. LOBs shall base their analyses on objective data, and closely coordinate with their Office of Human Resources, Office of Civil Rights, and appropriate budget staffs. Particular emphasis shall be given to the improvement of recruiting and hiring practices, and the elimination of barriers to these improvements. To the extent barriers and underrepresentation are eliminated, bonuses for senior managers will directly correlate with the results of this effort.
5. LOBs shall target their recruitment to assist in reaching the appropriate CLF parity for each occupation in 5 years, given the rate of new hires. Each LOB shall establish a 5-year recruitment plan to make significant improvements in achieving diversity. LOBs shall develop annual reports showing progress in this strategy.
6. In the most egregious cases of under-representation, FAA will, within legal requirements, vigorously pursue allowing RNO- and gender-conscious hiring. This strategy shall be identified in the Agency-specific plans to implement the plan and shall be subject to prior review and approval by the Office of Civil Rights and the Administrator.

7. The Office of Human Resource Management and Office of Civil Rights shall prepare a handbook for managers/supervisors and regional personnel offices that includes a quick reference guide of personnel authorities and procedures which may be of particular use in improving diversity. These offices shall pursue expanding these authorities to improve diversity.

8. LOBs shall include recruitment from under-represented groups for their temporary employment and comparable programs, and track their success in bringing these individuals into permanent positions in accordance with applicable Human Resource Policy and Guidance (HPRM).

BEST PRACTICES
◆ National recruitment policy and planning programs using a comprehensive approach as implemented in the Department of Energy.
◆ Targeted and innovative approaches are used and encouraged to ensure a diverse candidate pool from under–represented groups; use of relationship building networks, and feeder programs exemplified at the Price Waterhouse LLP.

■ GOAL 6 – Establish effective succession and workforce planning programs to facilitate minorities, women, and people with targeted disabilities in their career mobility and to reduce under-representation at all levels at the FAA.

| OBJECTIVE | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors have implemented and evaluated a broad-based LOB succession plan to increase the career mobility of minorities, women, and people with targeted disabilities and to enhance the retention of employees from under-represented groups. | Develop, implement, monitor, and evaluate LOB-specific, broad-based succession plans and processes (for all levels including SES positions) to reduce under-representation in all levels at the FAA. | Each LOB will have plans for leadership succession and will improve its retention for minorities, women, and people with targeted disabilities. |

MEASURABLE OUTCOMES
1. Increase the number of Succession Plans and related workforce planning documents and processes.
2. Increase the (retention in the) percentage of minorities, women, and people with targeted disabilities within each LOB.
3. Increase the number of "upward mobility changes" within minorities, women, and people with targeted disabilities.
4. Increase the satisfaction measure of minorities, women, and people with targeted disabilities on retention and career development areas.
5. Increase the positive work climate from ratings by minorities, women, and people with targeted disabilities.
6. Increase the employee-rated quality of work life by minorities, women, and people with targeted disabilities.
7. Reduction of formal and informal complaints and allegations of discrimination, harassment, and other employee issues and concerns.

MEASUREMENTS
1. Quarterly summaries of the number of employees for each RNO/job category.
2. Quarterly summaries of the number of job transfers and promotions for each open position by RNO/job category.
3. Quarterly summary of departures by RNO/job categories.
4. Baseline measures of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
5. Quarterly summary of existing measures of complaint harassment, discrimination, and other statistics.

PLANNED ACTIVITIES (IMPLEMENTATION STEPS)
1. The Agency shall emphasize and expand management development programs by implementing a process that will prepare a pool of diverse candidates for SES positions.
2. LOBs shall pursue career development strategies that produce leaders who will be flexible, promote quality

    leadership, and successfully manage diversity.
3. Develop centralized upward mobility and career transition programs that shall be managed by the Office of Human Resource Management.
4. Provide centrally funded two-year formal/informal training program for participants.
5. Develop career transition programs, which shall be managed by the Office of Human Resource Management.

## BEST PRACTICES
◆ Individual Development Plan for all employees, management development programs, and executive development process as implemented at the Bank of Boston.
◆ Establish mentoring and workforce succession planning to help develop and transit high-potential individuals from under-represented groups. Formal mentoring teams accessibility to employees from under-represented groups as exemplified at the American Express Financial Services.

■ **GOAL 7 – Promote and expand the Quality of Work Life Programs to enhance and support an inclusive and diverse work environment and to attract an retain minorities, women, and people with targeted disabilities.**

| OBJECTIVE | STRATEGY | EXPECTED OUTCOME |
|---|---|---|
| Ensure that all managers and supervisors sponsor, facilitate, and support employees' full participation in the Quality of Work Life Programs which will enhance and support an inclusive and diverse work environment and will attract and help to retain employees from under-represented groups. | Develop and implement action plans to sustain, expand and/or improve the Quality of Work Life Programs to attract and to retain employees from the under-represented groups. | Each LOB will improve its employees' satisfaction and quality of work life and enhance the LOB's attraction and retention of employees from under-represented groups. |

## MEASURABLE OUTCOMES
1. Increase the percentage of minorities, women, and people with targeted disabilities within each LOB.
2. Increase the satisfaction measure by minorities, women, and people with targeted disabilities within each LOB on quality of work life.
3. Increase the positive work climate from ratings by minorities, women, and people with targeted disabilities.
4. Increase the employee-rated quality of work life by minorities, women, and people with targeted disabilities.
5. Increase the retention of employees from under-represented groups.
6. Increase the accessibility in new facilities constructed and/or renovated.

## MEASUREMENTS
1. Documentation and summary of frequencies and categories of quality of work life concerns.
2. Quarterly summaries of the number of employees for each RNO/job category.
3. Quarterly summaries of the number of job applicants for each open position by RNO/job category.
4. Quarterly summary of Quality of Work Life Programs implemented.
5. Baseline measures of satisfaction, work climate, culture, quality of life from the Workforce Cultural Audit.
6. Quarterly summary of existing measures of complaint, harassment, discrimination, and other statistics.
7. Semi-annual summaries of new construction/renovations and ratings of accessibility.

## PLANNED ACTIVITIES (IMPLEMENTATION STEPS)
1. Semi-annual review by Senior Executives with LOBs heads on Quality of Work Life Program participation statistics and outcomes.
2. On a semiannual basis, LOB heads will provide a summary report which will identify employees' work life issues and concerns specific for the LOB using information from the Workforce Cultural Audit and from other data-gathering approaches specific to the LOB.
3. On a semi-annual basis, LOB heads will develop action plans and a monitoring process for eliminating concerns and issues identified in the summary reported noted above.
4. LOB heads will sponsor, communicate, and encourage employees' participation in activities and services which support quality of work life (such as child/elder care, employee wellness, flexplace, telecommuting, and alternative work schedules, as appropriate).

5. LOB heads will model, encourage, and instruct their managers and supervisors to involve employees in finding solutions for quality of work life issues using local employee-based organizations, such as diversity teams and unions, as appropriate.
6. LOB heads will ensure that when designing new facilities or renovating old facilities, the LOB facility accessibility will be brought up to required standards.
7. LOB Heads will provide a summary report (on a semi-annual basis) documenting the reasons employees from under-represented groups have left the Agency. The summary report will also provide action plans developed by the LOB to eliminate barriers to retention that were discovered.

## BEST PRACTICES

- ◆ Programs, resources, and ongoing review to enhance and to promote work satisfaction and quality of work life in the Aetna.
- ◆ Extraordinary programs for employees to balance family and personal life and flexible workplace practices as exemplified at PPG Industries.

# SECTION 5: NEXT STEPS

◆ Brief FAA Administrator and Employee Forum (completed)

◆ Brief FAA Management Board and others as appropriate

◆ Charter an Affirmative Employment Oversight Board

◆ Develop Action Steps and Implementation Plan for the Seven Goals

  – Contract with a consultant to conduct a Work Force Cultural Audit

  – Conduct additional studies to more fully develop information on targeted disabilities

◆ Inform the workforce and market the effort

◆ Evaluate and measure progress

# APPENDIX A

**Affirmative Action (AA).** Required by law and describes efforts to remedy under-representation of minorities, women, and people with disabilities resulting from the effects of past discrimination through the express consideration of race, gender, and disability.

**Affirmative Employment Plan (AEP).** Written plans for programs required by Executive Order 11478 and other laws and regulations. AAP's may contain studies, which show how the work force at the activity has been used, and may include goals and timetables for increasing the representation of protected class members in those areas where they have been under represented.

**Complaint.** The first step taken by an employee who believes he or she has been discriminated against. A complaint is an allegation of illegal discrimination that is handled through an administrative procedure. A complaint may result when an employee believes he or she has been unfairly treated because of race, color, etc. The allegation itself is not proof that illegal discrimination has taken place. The investigation that follows the filing of a complaint will determine if illegal discrimination has, in fact, occurred. A person who files a complaint is called a complainant.

**Conspicuous Absence.** A particular EEO group that is nearly or totally nonexistent from an occupation or grade level in the work force.

**Discrimination.** Noticing the differences between things or people that are otherwise alike, and making decisions based on those differences. We discriminate when we buy one product over another, when we choose our friends, and when we make personnel decisions based on merit related factors. All these forms of discrimination are legal and necessary. However, some types of discrimination in employment have been made illegal. Illegal discrimination is unfavorable treatment of a person by category, class, or group rather than objective treatment on the basis of merit. Under EEO law, it is illegal to discriminate on the basis of race, color, religion, national origin, sex, age or handicap. Discrimination can be intentional or unintentional.

**Disparate Treatment.** This treatment is inconsistent application of rules and policies to one group of people over another. Discrimination may result when rules and policies are applied differently to members of protected classes.

**Disparate Impact.** Under EEO law, less favorable effect for one group than for another. Disparate impact results when rules applied to all employees have a different and more inhibiting effect on women and minority groups than on the majority. For example, nonessential educational requirements for certain jobs can have a disparate impact on minority groups looking for work, as they often have been limited in their access to educational opportunities.

**Diversity** is the mix of differences and similarities at all levels of the organization. Diversity, affirmative action, and equal employment opportunity come together to create a more productive and hospitable workplace.

**Equal Employment Opportunity (EEO).** The goal of laws, which make some types of discrimination in employment illegal. Equal employment opportunity will become a reality when each U.S. citizen has an equal chance to enjoy the benefits of employment. EEO is not a guarantee of employment for anyone. Under EEO law, only job related factors could be used to determine if an individual is qualified for a particular job. Ideally, EEO laws and Affirmative Action programs combine to achieve equal employment opportunities.

**Equal Employment Opportunity Laws.** Five laws which prohibit discrimination on the basis of race, color, religion, sex, national origin physical handicap and mental handicap in any terms, conditions, or privileges of employment. The five EEO laws are:

◆  Equal Pay Act of 1963, as amended.
◆  Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 and the Pregnancy Disability Act of 1978.
◆  The Rehabilitation Act of 1973, as amended.
◆  The Age Discrimination in Employment Act of 1967, as amended.
◆  The Civil Rights Act of 1991.

**Labor Force/Labor Market.** Labor Force describes all civilians who are at least 16 years old and are employed or looking for work. The labor market is a group within the labor force whose members could fill a particular job. To be considered art of the labor market for a grade 5 clerical positions, for instance, an individual must meet all minimum job-related requirements for that grade and classification. For most jobs, employers can find enough applicants in the local labor market. For jobs that have high minimum qualifications, employers may need to tap the national labor market to find enough applications.

**Minority** is the smaller part of a group. They are a group within a country or state that differs in race, religion or national origin from the dominant group. According to EEOC guidelines, minority is used to mean four particular groups who share a race, color, or national origin. These groups are:

◆  American Indian or Alaskan Native. A person having origins in any of the original peoples of North America, and who maintain their culture through a tribe or community.
◆  Asian or Pacific Islander. A person having origins in any of the original people of the Far East, Southeast Asia, India, or the Pacific Islands. These areas include, for example, China, India, Korea, the Philippine Islands, and Samoa.
◆  Black (except Hispanic). A person having origins in any of the black racial groups of Africa.
◆  Hispanic. A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

◆ The many peoples with origins in Europe, North Africa, or the Middle East make up the dominant white population. Of course, many more minority groups can be identified in the American population. However, they are not classified separately as minorities under EEO law. It should be noted that women are not classified as a minority. However, they have experienced the same kind of systematic exclusion from the economy as the various minorities. Thus, they are considered as having "minority status" as far as the law is concerned.

**Under-representation** means a situation in which the number of women or members of a minority group within a category of civil service women or members of a minority group within a category of civil service employment constitutes a lower percentage of the total number of employees within the employment category than the percentage women or the minority constitutes within the civilian labor force of the United States, in accordance with Sec. 720.205(c) and (d).

**Workforce Cultural Audit.** A workforce cultural audit (WCA) is a climate survey that is used in gathering hard data to identify barriers, both real and perceived, that could be expected to prevent achieving maximum efficiencies of employees and organizations. It is a management tool used in an attempt to understand the attitudes of a specific population. The WCA may be seen as a pipeline to an improved environment for success.

BUSINESS CASE AND STRAGETIC PLAN TO ADDRESS UNDER-REPRESENTATION OF MINORITIES, WOMEN, AND PEOPLE WITH TARGETED DISABILITIES

# APPENDIX B



U.S. Department of Transportation
Federal Aviation Administration

## ADMINISTRATOR'S POLICY STATEMENT ON
## MODEL WORK ENVIRONMENT

The Federal Aviation Administration is committed to a comprehensive approach of managing diversity, practicing equal employment opportunity, and engaging in affirmative efforts to create and maintain an environment that supports and encourages the contribution of all employees and is free of inappropriate and unlawful behavior.  In recognizing the importance of different viewpoints, perspectives, and experiences to problem solving, decision-making, responsiveness, and overall effectiveness, we pledge to have a productive and hospitable environment with a workforce reflective of the Nation's diversity.

In furtherance of our goal to create a work environment that supports and encourages the contributions of all employees, those occupying leadership positions must demonstrate an absolute commitment to actively engage in practices that facilitate a Model Work Environment. This commitment will be manifested through the decisions we as an agency make, actions we take, and the results we achieve.  Every employee has a shared responsibility to treat each other with dignity and respect, work together harmoniously and effectively, and take responsibility for our actions.

We must not discriminate on the basis of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or any other characteristics not bearing on job performance.

By working together, we can maintain our commitment to keep the flying public safe.

By working together, we can focus the Agency resources on business issues and work environment improvements, rather than on the manifestations of workplace discontent such as complaints, grievances, and malaise.

By working together, we can celebrate our successes and welcome the challenges the new millennium will present.

I look forward to working with you in our Model Work Environment.


Jane F. Garvey
Administrator                                        September 1997

# APPENDIX C

## LIST OF SURVEYED COMPANIES AND FEDERAL GOVERNMENT AGENCIES EXHIBITING BEST PRACTICES

Aetna
American Express Financial
Bank of Boston
Cambridge Healthcare
Department of Agriculture
Department of Commerce
Department of Defense
Department of Education
Department of Health and Human Services
Department of Interior
Department of the Army
Department of the Treasury
Environmental Proctection Agency
General Motors Corporation
Lockheed Martin Corporation
Los Alamos National Laboratories
Microsoft Corporation
Mobil Oil Company
National Council of LaRaza
National Partnership for Reinventing Government
Pacific Telesis Group (AT&T)
PPG Industries
Price Waterhouse LLP
Proctor & Gamble
Quaker Oats
Sandia National Laboratories
Society for Human Resource Management
Technical Vocational Institute of Albuquerque
United States Coast Guard
United States Department of Energy
United States Department of Interior
United States Department of the Navy
United States Office of Personnel and Management
United States Small Business Administration
United States Social Security Administration
University of California
University of Maryland
University of New Mexico
Veterans Administration
Westinghouse Savannah River Site

# APPENDIX D

## SOURCE LIST

*U.S. Merit Systems Protection Board, Achieving a Representative Federal Workforce:  Addressing the barriers to Hispanic Participation. Washington, DC*

*U.S. General Accounting Office, "Hispanic Employment:  Best Practices Used by Selected Agencies and Companies," GAO/GGD-97-46R, Washington, DC, March 10, 1997, p. 8.*

*U.S. Merit Systems Protection Board, "Restoring Merit to Federal Hiring:  Why Two Special Hiring Programs Should be ended." Washington, DC, January 2000.*

*U.S. Merit Systems Protection Board, "Fair & Equitable Treatment: A Progress Report on Minority Employment in the Federal Government."  Washington, D.C.*

*Vice President Gore's National Partnership for Reinventing Government Diversity Task Force, Federal Diversity Benchmarking Study.*