<u>**MEMORANDUM**</u>

**TO:**     Secretary Ray LaHood
**FROM:**   David Weingart, Chief of Staff
**CC:**     Michael P. Huerta, Acting Administrator, AOA-1
**DATE:**   March 15, 2012
**RE:**     Meeting with Reverend Jesse Jackson

**MEETING OVERVIEW**
- YOU are meeting with Reverend Jesse Jackson regarding some concerns he and members of the Rainbow PUSH Coalition and the National Black Coalition of Federal Aviation Employees (NBCFAE) have with the Federal Aviation Administration.

- Reverend Jackson requested this meeting in a phone call with YOU last week. Topics of discussion include FAA employment and contracting with the FAA.

- Other attendees will include Janice Mathis (Vice-President of the Rainbow PUSH Coalition), Roosevelt Lenard (President of NBCFAE), and Ron Bagley (National Officer of NBCFAE). DOT attendees will include Michael Huerta, Joan DeBoer, Bob Rivkin, James Cole, Katie Thomson, and David Weingart.

**TOPIC OF MEETING & TALKING POINTS**
- The Rainbow PUSH Coalition and NBCFAE will discuss African-American employment numbers at FAA, including at senior levels, and FAA approaches to recruit, retain, and promote a diverse workforce. The groups also plan to discuss diversity among FAA contractors.

- Improving the FAA's diversity has been a high priority for Acting Administrator Huerta, and he has tasked the Office of Civil Rights to work with Human Resources and the FAA employee associations (including NBCFAE) to develop concrete action plans in this area.

- We have recently made strides in moving forward with a plan to complete a barrier analysis that will tell us what some of the barriers are that we need to overcome in recruitment and selection. We expect this to be complete by this summer.

- While we are not yet where we strive to be, FAA's employment of African-Americans as a share of total employees is close to the share of the civilian labor force. At the executive level, our African-American demographic is higher than the government-wide average.

- Although FAA tracks the share of contract awards that go to small businesses and various other categories, we do not track awards to minority-owned contractors.

**NOTABLE BACKGROUND**
- The NBCFAE is one of eight employee associations within the FAA. The employee association leaders meet together once a quarter in the National Employee Forum. The FAA Administrator typically meets with the Forum as part of their quarterly meetings to hear the group's concerns.
- The NBCFAE, like other employee associations, holds an annual national training conference. Acting Administrator Huerta attended the NBCFAE conference in 2010. The 2012 conference is from July 30-August 4 in Las Vegas, Nevada.
- The FAA's previous Assistant Administrator for Civil Rights retired at the end of January; while we are in the middle of the recruitment process for a successor, the current acting head of the office has made some significant improvements, including moving forward with a barrier analysis.

**FOR MORE INFORMATION CONTACT:**   Case 1:16-cv-02227-DLF
David Weingart at 202-267-7416 (work) or ▮▮▮▮▮▮ (cell)

**EXHIBIT 16**