# Tuesday, April 17, 2012

WATS – Orlando, Florida
ALPA, Washington, DC
April 17, 2012

## Schedule-at-a-glance

| | |
|---|---|
| 8:30am | Meet and Greet w/Chris Lehman, Editor and Chief of CAT Magazine |
| 9:00am | Key note address at WATS |
| 10:00am | Exhibit walk through |
| 10:45am | Depart for Airport |
| 11:55am | Depart for DCA |
| 2:00pm | Arrive Reagan National (DCA) – USAir #1474 |
| 2:10pm | GOV to FAA |
| 3:00pm | National Black Coalition of Federal Aviation Employees (NBCFAE) |
| 4:00pm | Staff Briefing |
| 4:30pm | POV to Omni Shoreham Hotel, 2500 Calvert Street, NW |
| 5:15pm | REMARKS - ALPA: Air Cargo Safety and Security: Closing the Gaps Conf |
| 6:00pm | POV to FAA |

## April 17, 2012

**Participants**:
Michael Huerta, Acting Administrator
Trish Fritz, Special Assistant to AOA – C: **(b) (6)**

WATS POC: Chris Lehman – C: **(b) (6)**

| | |
|---|---|
| **Location** | **Rosen Shingle Creek** |
| | 9939 Universal Blvd. |
| | Orlando, FL  32819 |
| | P: 407-996-9939 |
| | Confirmation # 143803417 |

*Check out of hotel*

**8:30 am**     **Meet and Greet w/Chris Lehman, Editor and Chief of CAT Magazine**
CAT Magazine – Civil Aviation Training
To view the latest issue of CAT - http://halldale.com/cat (ipad link at the bottom)

**9:00 am**     **Keynote address at WATS**
Remarks are 30 minutes, you will stay on stage
9:30 – 10am Nancy Graham will speak
No Q&A

# EXHIBIT 17

**10:00 am**    **Exhibit walk through**
Chris Lehman to guide

**10:45 am**    **Depart for Airport**
Cab to Airport

**11:55 am**    **Depart for DCA**
US Airways Flight # 1474
Duration: 2h 5m
Confirmation # A1C9VH

**2:00 pm**    **Arrive at DCA**
GOV to FAA
Fred – C: (b) (6)

**3:00pm**    **National Black Coalition of Federal Aviation Employees (NBCFAE)**
Location: Acting AOA-1 Conference Room
Duration:  1 Hour
Participants:  D. Weingart, M. Mallory, R. Lenard

**4:00pm**    **Staff Briefing**
Location:  Acting AOA-1 Office
Duration:  15 Minutes
Participants:  D. Weingart, C. Rocheleau, T. Fritz

**4:30pm**    **POV to Omni Shoreham Hotel, 2500 Calvert Street, NW**

**5:15pm**    **REMARKS– ALPA: Air Cargo Safety and Security:  Closing the Gaps Conf.**
Participants: B. Sachse

**6:00pm**    **POV to FAA**

**MEMORANDUM TO THE ADMINISTRATOR**

From:          Margaret A. Gilligan, Associate Administrator for Aviation Safety
               X73131

Prepared by:   John Allen, Director, Flight Standards Service
               X73651

Re:            World Aviation Training Conference and Tradeshow (WATS)
               April 17-19, 2012, Orlando, FL

---

**MEETING OVERVIEW**

You are the key note speaker at the 2012 World Aviation Training Conference and Tradeshow. You will discuss current FAA training initiatives and encourage the community to voluntarily take on enhanced training standards because the data shows that human performance continues to be one of our big risk areas.

The overall theme of WATS 2012 is "Optimizing Human Performance in Aviation Training and Operations". WATS is a dual world and airline symposium featuring the latest products and services of 60 of the top training companies, suppliers and manufacturers in the industry with the opportunity to participate in more than 80 breakout sessions for over 900 attendees.

**OBJECTIVE**

To promote FAA training initiatives.

**LIST OF ATTENDEES**

John M. Allen, Director, Flight Standards Service
John S. Duncan, Deputy Director, Flight Standards Service
Chris MacWhorter, Manager, Voluntary Safety Programs Branch
Doug Farrow, Voluntary Safety Programs Branch
Harlan Sparrow, Manager, National Simulator Program

**BACKGROUND**

New entrant pilots
- P.L. 111-216 requires rulemaking to require all part 121 pilots have an ATP certificate and at least 1500 hours flight experience. P.L. 111-216 permitted credit towards flight hours for specific academic training courses.

- FAA position:  The FAA has issued an NPRM, which proposes to credit academic experience for flight experience to obtain a restricted ATP. For example, a pilot with military experience could obtain a restricted ATP with 750 hours of flight experience.  A pilot with an aviation bachelor's degree from an aviation specialty school, such as Embry Riddle, could obtain a restricted ATP with 800 hours of flight experience.  The comment period is open until April 30, 2012.

Loss of control (LOC)
- LOC is still the largest killer in commercial air transportation. Mitigating upset recovery is an international focus. The FAA is participating in initiatives of the Royal Aeronautical Society (RAeS) and International Committee for Aviation Training in Extended Envelopes (ICATEE) to address loss of control.
- FAA position: We are reconvening the Stick Pusher and Adverse weather (SPAW) ARC to develop mitigating upset recovery training strategies.
  - ICAO has also extended invitations to other national aviation authorities (NAAs) to observe these proceedings and facilitate harmonization in the development of future training standards.

Crewmember training rule update
- The comment period for the crewmember training rule, which includes new requirements for remedial training and stall and upset recognition and recovery training, closed on September 19, 2011. The FAA is currently reviewing the comments and developing the final rule.  We anticipate issuing the final rule by July 31, 2013.

New organization
- The FAA is also combining its Air Carrier Training Branch and the Voluntary Safety Programs Branch, which handles the Advanced Qualification Program (AQP) into one *Air Transportation Training Systems Branch* which will leverage data, methodology and best practices for all air carriers' training programs to benefit.

**ORDER OF EVENTS**

The event has four tracks: Air Carrier Pilot Training, Regional Airline Pilot Training, Cabin Crew Training and Maintenance Training. You are the first key note speaker, followed by Nancy Graham, Director Air Navigation Bureau, ICAO, and will be addressing all four groups simultaneously on April 17, 2011.

**ATTACHMENTS**

World Airlines Pilot Conference Agenda
Regional Airline Pilot Conference Agenda

**FINAL**                                                                                    **04/16/2012 4:00 PM**

Michael Huerta
World Aviation Training Symposium
Orlando, Fla.
April 17, 2012
-----------------------------------------------------------------------------------------------------------------

Thank you, Chris (*Lehman, editor of Civil Aviation Magazine and conference sponsor*), for that introduction. It's great to be here today with all of you.

We are all here because we believe that training is fundamental to performing our jobs in a safe and professional way.

The ability to fly is not genetic. We want every pilot and dispatcher, every flight attendant and every mechanic, to benefit from the experience of all those who have gone before. We train because we want to raise the safety bar every day with the accumulated learning of the entire aviation industry. We want to do everything we can to maintain the safest aviation system in the world.

My colleague, Dr. Doug Farrow, manager of the FAA's Advanced Qualification Program, has a saying,

"To err is human. To recover indicates good training."

Training is fundamental, but we must also recognize that we should voluntarily transfer experience from one pilot to another, from one generation to another, to make sure our workforce is well prepared.

Mentoring is a tradition in aviation. Most of a pilot's experience is gained by performing the job. Knowledge is transferred from captain to first officer on the line. Experience is transferred from a senior flight attendant to new flight attendants in the cabin. Experienced air traffic controllers train new air traffic controllers on position.

They pass on a code of professionalism. We are focused on fostering the kinds of behaviors that lead to professional conduct. We can address issues in a systematic way. And we did achieve a major milestone in this area last year with the completion of the new flight and duty time rule for pilots.

Combatting fatigue in the cockpit is the obligation of both airlines and pilots, working together. Every pilot has a personal responsibility to arrive at work fit for duty. The new rule gives pilots enough time to get the rest they really need.

This rule is flexible. It accounts for differences in fatigue based on different types of operations – long haul, or short haul, day or night. It is not one size fits all.

We are using the latest fatigue science to set new requirements for pilots' schedules. The rule addresses cumulative fatigue and how flight schedules affect the body's 24-hour clock.

This approach will take into account factors such as the time of day a pilot takes his or her first flight, the number of scheduled flight segments and the number of time zones crossed.

The FAA also is expanding the definition of a flight duty period to include more than just flying the plane. The flight duty period now includes training in an aircraft or simulator, standing by on-call for flights at an airport, and flying on company time to another city to start a flight. These duties are part of the workday and contribute to fatigue. So they will now be counted as flight duty time above the core job of flying the plane.

We are also requiring a minimum 10-hour rest period before a flight. That is a two-hour increase over the old

rules. This should allow enough time for a pilot to arrive at the hotel, eat and have an opportunity for eight hours of uninterrupted sleep. If there are delays or circumstances that cut into that eight hour sleep opportunity, the pilot should notify the carrier that he or she needs more time to rest.

And this rule will provide airlines the option to develop Fatigue Risk Management Systems based on fatigue science. This gives them the opportunity to create an alternative model for combatting fatigue. The systems use data to evaluate and mitigate the fatigue risk in a work schedule.  Such systems allow flexibility and innovation in mitigating fatigue.

The traveling public expects an alert and rested flight crew when they board a plane. This rule benefits both pilots and passengers.

The FAA has also focused a lot of energy on enhancing both the certification and qualification for our airline crew members.

We are raising the baseline qualifications for first officers who fly for U.S. passenger and cargo airlines. The proposed rule, which we introduced in February, would require first officers to hold an ATP certificate.

Not only do we want to require that certificate, but we propose to greatly increase the training to achieve it. For example, we believe that it's necessary to have both academic and flight training in critical operating skills. This includes learning more about high altitude aero-dynamics, handling stalls and upsets and knowing how to perform in multi-pilot operations.

We are also proposing to increase the experience to become the captain of a U.S. passenger or cargo airline. You would need at least 1000 hours in airline operations before upgrading to captain.

Once these crew members are hired, we also want to ensure that the baseline training they receive is updated and applicable to the types of environments they will face.

We are working on a final rule for pilot and crew training that will improve safety. It would require pilots to demonstrate their skills in real scenarios – situations that they might encounter in the cockpit.

Of course, many of you are familiar with AQP, the Advanced Qualification Program. This is a voluntary, FAA crew member training program which incorporates many of the safety enhancements in this proposed rule.  I know many of you have benefitted from this kind of training and we want everyone to do so.

The FAA has consistently issued strong training guidance to carriers. But this proposed rule does represent the most significant overhaul of crew training in the last 20 years.

This is a major effort to strengthen the performance of pilots, flight attendants and dispatchers through better training.

We want to give pilots more training and better training on how to recognize and recover from stalls and aircraft upsets.

We will be able to do this in the advanced flight simulators we have today.

But the difference is, rather than have a pilot execute a recovery in a highly choreographed event, the new training will be conducted as if they were actually on a flight.

We believe this kind of scenario-based training will enhance safety for the kind of emergencies – that are extremely rare – but we want pilots to have sufficient knowledge, experience and confidence so they can appropriately handle any situation.

Flight attendants would be required to complete hands-on emergency drills every 12 months and engage in more scenario based training that will better prepare them for emergencies.

Today's operating environment is incredibly complex and we must ensure training and knowledge are being applied to real life situations. We don't just want the flight crews to show us they have mastered individual skills. We want them to demonstrate that they can apply those skills in real world situations.

We want to make certain that all members of a flight crew are fully trained for the mission they are expected to fly.

We believe that the FAA's voluntary reporting systems are a critical tool to help identify evolving training requirements.  We are trying to prevent an incident or accident by collecting and studying real flight data to recognize precursors.

One program we use connects 46 separate safety databases across the industry. This umbrella program is called ASIAS (*pronounced ah-sigh-as*). It stands for the Aviation Safety Information and Analysis Sharing System.

One example you are well acquainted with is the Aviation Safety Action Program (or ASAP).

It permits individuals to report errors and safety-related information with reasonable protection from company discipline or FAA enforcement.

The result is an abundance of safety information that otherwise would probably not come to light.

Our goal is not to punish. We want to know about the behavior and we want to correct it.

ASAP works for flight, maintenance, dispatch, and cabin crews.  There are nearly 250 ASAP programs currently in place. More than 200,000 ASAP reports have been completed since 2008. This data provides invaluable insight for training.

Airlines use this safety data to develop training objectives and scenarios. For example, one airline used Flight Operations Quality Assurance (FOQA, *pronounced foh-qwah*) and ASAP data to see that flight crews were sometimes conducting unstabilized approaches.

The company changed its approach procedures and established clear guidelines for approach stabilization. The new procedures were emphasized in training and evaluated

during line operational evaluations. The result was a 60 percent reduction in unstabilized approaches the next year.

We know that in addition to the training we require, companies also develop and deliver thousands of hours of training that exceed regulatory minimums.

In many cases this training comes even before the regulations. Why? Because it makes economic sense and it ensures flight safety and employee safety. Safety is good for business.

The FAA supports development of training for maintenance technicians.  For example, we have created a tool that helps airlines and MROs develop human factors training for mechanics.

This tool lets industry developers choose from a set of materials – power point slides, short videos and animation files.

It allows them to customize training for their companies on issues like communication, fatigue, human error, vision, hearing and worker safety. For more than five years, this FAA tool has become the de-facto standard for human factors training.

The FAA is also helping to deliver training through the Fatigue Awareness Training Program, developed by the Civil Aerospace Medical Institute and Flight Standards.

The two hour program was originally designed for maintenance personnel but has since evolved to a version for cabin crew. Numerous airlines here and abroad have loaded the two-hour fatigue training system on their servers. They deliver it to all maintenance and engineering personnel. It is also used in some airline flight departments.

During 2011, more than 16,000 mechanics and aviators went directly onto the FAA web site and completed this two-hour fatigue course and passed the test.

You may have seen part of this training last year at WATS, when we played the video "Grounded." It's designed to make employees think more about their schedule and their sleeping habits.

Lastly, I want to talk about the impact of training.

We know it's hard to measure whether training has been effective or contributed to the bottom line.

We know that training evaluation goes beyond an assessment of the individual learner.  It should also

improve the organization. The tough measurement is to show the safety and cost return on investment.  I know that Captain John Cox, the next speaker, will talk about that this morning.

I'd like to share an example of return on investment from the FAA's Dr. Bill Johnson.

Last year, a large U.S.-based MRO targeted worker fatigue as a contributing factor in aircraft damage and employee injury.  They delivered the FAA's fatigue training to all of their maintenance workers and managers. The result was that they lowered the severity and cost of OSHA-reported injuries and also reduced aircraft damage. During 2011 they calculated a 300 percent return on their investment. That return is growing during 2012.  Reduced injury and aircraft damage are exactly the kind of outcomes that contribute to enhanced safety.

And safety is our primary mission. We can make our machines as safe as possible. We are continually improving them. But without pilots who are trained, without controllers who are properly trained – without mechanics, flight attendants, and dispatchers who have the proper

training – it won't get us where we need to go. Human factors training is an important area where we can make great advances. If we have a workforce with the underlying skills, we are going to advance to the next level of safety.

So I want to thank you for your dedication and for your professionalism in doing the job right, all the time, even when no one is looking. I also want to thank you for passing your knowledge on to the next generation and doing your utmost to help aviation –worldwide—move to the next level of safety and efficiency.

Thank you.

# Overview

# WATS 2012

## 17 - 19 April 2012

### World Aviation Training Conference and Tradeshow

Rosen Shingle Creek Resort, Orlando, Florida

 

In this, **our 15th WATS**, the aviation training industry continues to grapple with regulatory change, acute human resource issues, ever advancing technology and continued commercial challenges. With these problems needing to be addressed our overall theme for WATS 2012 will be "**Optimising Human Performance in Aviation Training and Operations**".

During the conference you be able to attend presentations from the **4 dedicated tracks** – Air Carrier Pilot Training, Regional Airline Pilot Training, Cabin Crew Training and Maintenance Training. The conference sessions will address:

- New hire issues and personnel supply and demand.
- National and international regulatory change.
- Safety and security.
- New aviation technologies and the impact on training.
- Aviation human factors issues.
- Instructional technologies and techniques.
- Simulation technologies and e-learning.
- Economic and environmental realities.

WATS 2012 will once again be host to an impressive international cast of training and simulation experts. It is the **only** show this year where you will hear representatives form professional organizations, regulatory groups and industry leaders talk about getting the most out of your current training program, as well as efficient ways to improve it.

WATS is the aviation conference & tradeshow that:

- Offers exceptional networking opportunities with colleagues, customers and suppliers.
- Presents practical and informative discussions on optimizing YOUR training program.
- Reveals the latest raining solutions and techniques to improve safety and performance.
- Displays state of the art training systems and technologies



**Day 1 – Tuesday 17th April 2012**
**Session 1**

**BIOGRAPHY**

**Nancy Graham, Director, Air Navigation Bureau, ICAO**

Ms. Graham is the Director of the Air Navigation Bureau of the International Civil Aviation Organization (ICAO), the United Nations specialized agency whose mandate is to establish and revise the international standards for the safe, efficient and economical air navigation. Ms. Graham is responsible for ICAO's Safety and Efficiency programmes.

Ms. Graham served as the United States Federal Aviation Administration's (FAA) Asia Pacific Regional Director from 2005 to 2007. Ms. Graham led the FAA's Asia Pacific efforts to strengthen safety in the Region while encouraging procedural and system harmonization, promoting a safe and efficient global aviation system.

Prior to this assignment, Ms. Graham served as the Senior ATM Advisor to both the Chief Operating Officer for the Air Traffic Organization and the Director of the European and Middle East International Area Office, representing the FAA in a variety of ICAO venues.

She formerly served as the Director for the FAA's International Oceanic and Offshore Programs, responsible for the development and implementation of communication, navigation and surveillance programs in the oceanic operational environment.

Ms. Graham holds a Master of Science Degree in Technology Management, a Bachelor's Degree in Management and is an avid scuba diver and gardener.



# AIR CARGO SAFETY AND SECURITY:
## CLOSING THE GAPS

April 17, 2012 | Omni Shoreham Hotel | Washington, DC

## DRAFT AGENDA

**APRIL 16, 2012**

5:00 – 7:00 PM | **WELCOME RECEPTION**
Air Line Pilots Association, Int'l | 1625 Massachusetts Ave., NW
Eighth Floor

**APRIL 17, 2012**

7:30 – 8:30 AM | **REGISTRATION & MORNING COFFEE**

8:30 – 8:35 AM | **WELCOME ADDRESS**
Captain Bill Soer – Chairman, President's Committee for Cargo, Air Line Pilots
Association, Int'l

8:35 – 9:05 AM | **KEYNOTE ADDRESS**
The Honorable Chip Cravaack – U.S. House of Representatives Transportation &
Infrastructure Committee, and Homeland Security Committee

9:05 – 10:15 AM | **GOVERNMENT AND INDUSTRY PERSPECTIVES**
Captain Lee Moak – President, Air Line Pilots Association, Int'l
The Honorable Deborah Hersman – Chair, National Transportation Safety Board
Ms. Peggy Gilligan – Associate Administrator for Aviation Safety -
Administration – Federal Aviation Administration *(invited)*
Mr. John Sammon – Assistant Administrator for Security Policy and Industry
Engagement, Transportation Security Administration
Mr. Steve Alterman – President, Cargo Airline Association

10:15 – 10:45 AM | **COFFEE BREAK**

10:45 – 11:30 AM | **CARRIAGE OF LITHIUM BATTERIES – THE ICAO AGREEMENT AND
BEYOND**
First Officer Mark Rogers – Director of Dangerous Goods, Air Line Pilots
Association, Int'l
Mr. Harry Webster – William J. Hughes Technical Center Office, Aviation
Research Division, Federal Aviation Administration *(invited)*
Mr. George Kerchner – Executive Director, PRBA – The Rechargeable Battery
Association

11:30 – 12:30 PM        **ALL-CARGO SECURITY ROUNDTABLE**
                        Captain Fred Eissler – Aviation Security Chair, Air Line Pilots Association, Int'l
                        Mr. Christopher Bidwell – Vice President, Security and Facilitation, Airports
                              Council International – North America
                        Ms. Elizabeth Shaver – Director of Cargo Services, Airlines for America
                        Mr. Warren Miller, Transportation Security Administration

12:30 -1:30 PM          **LUNCH**

1:30 – 3:00 PM          **PERSPECTIVES ON FLIGHT TIME/DUTY TIME FOR ALL-CARGO**
                        **OPERATIONS**
                        Captain Bill Soer – Chairman, President's Committee for Cargo, Air Line Pilots
                              Association, Int'l
                        The Honorable Tim Bishop, House of Representatives *(invited)*
                        The Honorable Mark Rosekind, Ph.D. – Member, National Transportation Safety
                              Board
                        Mr. Jim Winkelman – Director of Regulatory Compliance, Alaska Airlines
                        Mr. Michael Robbins – Director of Legislative Affairs, Air Line Pilots Association,
                              Int'l

3:00 – 3:45 PM          **BILATERAL ISSUES AND TRADE AGREEMENTS**
                        Mr. Russ Bailey, Attorney, Air Line Pilots Association, Int'l
                        Mr. Wendell Albright – Office of Aviation Negotiations, Department of State
                        Mr. Paul Gretch – Director, International Aviation, Department of Transportation

3:45 – 4:15 PM          **COFFEE BREAK**

4:15 – 5:15 PM          **ARFF PROTECTION OF ALL-CARGO OPERATIONS**
                        First Officer Steve Jangelis – Airport and Ground Environment Chairman, Air
                              Line Pilots Association, Int'l
                        Mr. Jack Kreckie, Chairman, Aircraft Rescue and Fire Fighting Working Group
                        Mr. Paul Flanagan – Battalion Chief, Philadelphia International Airport Fire
                              Department *(invited)*

5:15 PM                 **CLOSING REMARKS AND ADJOURNMENT**
                        The Honorable Michael Huerta, Acting Administrator, Federal Aviation
                              Administration

**FINAL**                                                    **04/16/2012  4:00 PM**

Michael Huerta
ALPA Cargo Safety and Security Conference
Washington, D.C.
April 17, 2012
------------------------------------------------------------------------------------------------------------

Thank you, Sean (*Cassidy, ALPA First Vice President*), for that introduction. It's great to be here today with all of you.

I want to thank ALPA for convening the symposium and bringing this group together. As you have heard today from all the presenters, we gain a lot when we gather in the same place and share our thoughts and differing perspectives. The FAA is happy to be a part of this process.

The American public expects the safe operation of our aircraft and aviation system 24 hours a day, seven days a week, year in and year out.

We expect professionalism, and while we cannot regulate professionalism, we can foster the kind of behaviors that lead to safe and appropriate conduct.

We achieved a major milestone in this area last year with the completion of the new flight and duty time rule for pilots.

Combating fatigue in the cockpit is the obligation of both airlines and pilots, working together. Every pilot has a personal responsibility to arrive at work fit for duty. This new rule gives pilots enough time to get the rest they really need.

This rule is flexible. It accounts for differences in fatigue based on different types of operations – long haul, or short haul, day or night. It is not one size fits all.

We are using the latest fatigue science to set new requirements for pilots' schedules. The rule addresses cumulative fatigue and how flight schedules affect the body's 24-hour clock.

This approach takes into account factors such as the time of day a pilot takes his or her first flight, the number of scheduled flight segments and the number of time zones crossed.

The FAA also is expanding the definition of a flight duty period to include more than just flying the plane. The flight duty period now includes training in an aircraft or simulator, standing by on-call for flights at an airport, and flying on company time to another city to start a flight.

These duties are part of the workday and contribute to fatigue. So they will now be counted as flight duty time above the core job of flying the plane.

We have also increased the opportunity for rest – to a 10-hour rest period before a flight. That is a two-hour increase over the old rules. This should allow enough time for a pilot to arrive at the hotel, eat and have an opportunity for eight hours of uninterrupted sleep. If there are delays or circumstances that cut into that, the pilot should notify the carrier that he or she needs more time to rest.

And this rule will provide airlines the option to develop Fatigue Risk Management Systems based on fatigue science. This gives airlines the opportunity to create an alternative model for combatting fatigue. The systems use data to evaluate and mitigate the fatigue risk in a work schedule.  Such systems allow flexibility and innovation in dealing with fatigue.

As everyone in this room is well aware, cargo operations are not covered by this rule. However, we are strongly encouraging cargo operators to voluntarily opt in and design flight schedules and fatigue risk management

systems that take into account the body's 24-hour clock and the latest in fatigue science.

The public expects an alert and rested flight crew, and this rule benefits both pilots and passengers.

Another area where the FAA has focused a lot of energy is enhancing both the certification and qualification for our airline crewmembers.

We are raising the baseline qualifications for first officers who fly for U.S. passenger and cargo airlines. The proposed rule, which we introduced in February, would require first officers to hold an ATP certificate.

Not only do we want to require that certificate, but we propose to greatly increase the training to achieve it. For example, we believe that it's necessary to have both academic and flight training in critical operating skills. This includes learning more about high altitude aero-dynamics, handling stalls and upsets and knowing how to perform in multi-pilot operations.

We are also proposing to increase the experience necessary to become the captain of a U.S. passenger or cargo airline.  You would need at least 1000 hours in airline operations before upgrading to captain.

Once these crewmembers are hired, we also want to ensure that the baseline training they receive is updated and applicable to the types of environments they will face.

Whether you are flying a passenger plane or a cargo plane, training is fundamental to performing the job in a safe and professional way.

We are working on a final rule for pilot and crew training that will improve safety. It would require pilots to demonstrate their skills in real scenarios – situations that they might encounter in the cockpit.

Of course, many of you are familiar with AQP, the Advanced Qualification Program. This is a voluntary, FAA crew member training program which incorporates many of the safety enhancements in this proposed rule.  I know

many of you have benefitted from this kind of training and we want everyone to do so.

The FAA has consistently issued strong training guidance to carriers. But this proposed rule does represent the most significant overhaul of crew training in the last 20 years.

This is a major effort to strengthen the performance of pilots, flight attendants and dispatchers through better training.

We want to give pilots more training and better training on how to recognize and recover from stalls and aircraft upsets.

We will be able to do this in the advanced flight simulators we have today.

But the difference is, rather than have a pilot execute a recovery in a highly choreographed event, the new training will be conducted as if they were actually on a flight.

This training will be delivered as a scenario as it would unfold in real life and flight crews will be trained on how to use the proper response and techniques. It'll be more life-like.

We believe this kind of scenario-based training will enhance safety for the kind of emergencies that are extremely rare, but we want pilots to have sufficient knowledge, experience and confidence so they can appropriately handle any situation.

Flight attendants would be required to complete hands-on emergency drills every 12 months and engage in more scenario based training that will better prepare them for emergencies.

We also want to standardize and improve the training for the people who train and test the flight attendants and dispatchers.

Today's operating environment is incredibly complex and we must ensure training and knowledge are being

applied to real life situations. We don't just want the flight crews to show us they have mastered individual skills. We want them to demonstrate that they can apply those skills in real world situations.

We want to make certain that all members of a flight crew are fully trained for the mission they are expected to fly.

Training is extremely important. And, finally, so is knowing what kind of cargo you are carrying and where it's located.

As you discussed earlier today, ICAO has recommended that airlines apply dangerous goods safety standards to lithium battery shipments. ICAO is calling for stricter standards in labeling, training, inspection, and pilot notification of the shipments.

This is good news and a big step forward, thanks to a lot of hard work by many people in this room. The DOT and the Pipeline and Hazardous Materials Safety

Administration are working with the FAA. We are committed to doing what it takes to make sure all operations are conducted as safely as our technology and expertise can make them.

Knowing exactly what's on the manifest means that you have a heads up in case of an emergency.  You know what's on board and you know where it's located, so you can try to deal with it.

One key principle in raising the safety bar for U.S. cargo operators is to do the same for cargo operators around the world, so that our airlines are not at a competitive disadvantage. FAA is working through ICAO to make that happen.

We look forward to working with all of you to enhance the safety and security of all-cargo operations in a way that will not impede commerce while creating a level playing field for everyone.

Thank you for your attention this afternoon and I'll be happy to take any questions.

**Peggy Gilligan Associate Administrator for Aviation Safety** Opening remarks as a 5 minute overview and then moderated discussion based on Q and A. (On the opening panel with Lee Moak, John Sammon, Steve Alterman, Sharon Pinkerton, and Debbie Hersman)

- Thanks and happy to be here
- Our aviation industry is safe, the safest it has ever been; important to do everything we can to keep all operations, whether they are passenger, cargo, charter, fractional or whatever at the highest level of safety.  The traveling and shipping public expects that of us.
- As we have seen in some accidents, the safety of persons on the ground can be put at risk by the safety of flight, regardless of the size or type of payload
- Accidents are rare and our focus needs to, and has, shifted to a prognostic approach to identifying and acting on issues before an accident occurs
- We have data-driven processes in place that give us the ability to identify trends and, if issues are identified, give us the ability to identify enhancements to mitigate those issues; here again, we have to collect and analyze data from all operations, regardless of payload
- It is important that the data exist and be available and be analyzed by the regulator in conjunction with industry stakeholders
- CAST and ASIAS are examples of those processes
- Not all agencies follow similar processes but we are all moving in that direction.


**Michael Huerta Acting FAA Administrator** (Closing speaker, remarks for 10 to 15 minutes)

- Thanks to ALPA for convening the symposium and bringing the group together
- As you have heard today from all of the presenters, there is much that can be gained by bringing a group together to share thoughts and differing perspectives on issues in our industry
- FAA is happy to be a part of that process
- Remember however that FAA, as the regulator, has the ultimate responsibility for insuring the highest levels of safety.  As Peggy said this morning, that means the highest level of safety for all operations in the NAS. The American people, and Congress, hold us accountable for that
- This means at times that the agency must take the conservative approach, an approach that not all in the industry will be completely happy with but an approach that, while economics has been removed from our mandate, must balance the highest level of safety while giving the industry the ability to operate, operate efficiently, and compete in a global economy
- The FAA and DOT are committed to doing what it takes to make sure all operations are conducted as safely as our technology and expertise can make them.
- One key principal in raising the safety bar for U.S. cargo operators is to do the same for cargo operators around the world, so that our airlines are not at a competitive disadvantage. FAA is working through ICAO to make that happen.
- His philosophy and vision as he moves into leadership of the agency
- We look forward to working with all of you to enhance the safety and security of all-cargo operations in a way that will not impede commerce while creating a level playing field