# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
ANDREW J. BRIGIDA; POLLYANNA L.      )
WANG; SUZANNE M. REBICH; and         )
MATTHEW L. DOUGLAS-COOK,             )
                                     )
       Plaintiffs,                  )   Civil Action No. 16-cv-2227 (DLF)
                                     )
       v.                           )
                                     )
ELAINE L. CHAO, *Secretary, U.S.*    )
*Department of Transportation*       )
                                     )
       Defendant.                   )
_____  )

## DECLARATION OF RENEE COATES

I, M. Renee Coates, hereby declare as follows:

1. I am the Executive Director for Human Resource Services at the Federal Aviation Administration (FAA). I have held this position since August 18, 2014, and my duty location since that time has been Washington, DC.

2. I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3. The FAA is an operating administration within the U.S. Department of Transportation (DOT) and is headquartered at 800 Independence Avenue, SW, Washington, DC 20591. DOT is headquartered at 1200 New Jersey Avenue, SE, Washington, DC 20590.

4. In May 2011, the FAA Administrator commissioned an Independent Review Panel to study the selection, assignment and training of air traffic control specialists. The panel issued a report in September 2011 making multiple recommendations for ways to improve these areas including



hiring practices. Exhibit 1, Final Report, Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (Sept. 22, 2011)

5. In 2013, Outtz and Associates—a contractor hired by the FAA—completed a Barrier Analysis of the Air Traffic Control Specialist Centralized Hiring Process. That same year, the FAA hired APT Metrics to prepare the Extension to Barrier Analysis of the Air Traffic Control Specialist Centralized Hiring Process, which completed its report in April 2013. Exhibit 2, Final Report, Extension to Barrier Analysis of Air Traffic Control Specialist Centralized Hiring Process (Apr. 16, 2013).

6. In June 2013, the FAA established an Executive Steering Committee to oversee the implementation of recommendations to improve the ATCS hiring process. Exhibit 3, FAA Statement on the Barrier Analysis of the Air Traffic Control Specialist Centralized Hiring Process.

7. In February 2014, the FAA implemented a revised ATCS hiring process and issued a vacancy announcement pursuant to that new process. *See* Exhibit 4, Human Resource Policy Manual, Policy Bulletin No. 84, Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring (Feb. 7, 2014); Exhibit 5, FAA, Air Traffic Controller Workforce Plan, 2018-2027 (March 2018).

8. The FAA continued to refine its hiring process in 2015. It contracted with a consulting firm to further develop the Biographical Assessment implemented in 2014. The FAA also began the work to replace the AT-SAT with a newly validated test battery, the Air Traffic Skills Assessment ("ATSA"). *See* Exhibit 6, Teri Bristol, Statement Before the House Committee on Transportation and Infrastructure (June 15, 2016).

\* \* \* \*

Executed this 21st day of December 2018.                    *M. Renee Coates* (signature)

                                                             M. Renee Coates