Firefox | AVIATOR :: Biographical Assessment - P... | +

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=57 | open microsoft paint run command

Federal Aviation Administration

HELP

OMB Control Number 2120-0597

Announcement FAA-AMC-14-ALLSRCE-33537
Job Title Air Traffic Control Specialist - Trainee
Series 2152 Closing Date 2/21/2014
Status : In Progress. Date Submitted
Grade(s) : FG-1

!!! Timeout Warning !!!
For security purposes, your session will end after an extended period of inactivity. A warning will be presented to you if your session will timeout soon.

**Important:** Typing and/or scrolling does NOT constitute "activity". Please Save often!

# Step 8 of 13

## Biographical Assessment - Page 1

**1. How would you describe your ideal job?**
- A. Ability to decide for myself what to do and how to do it
- B. Being told what to do, but not how to do it
- C. Being told what to do, and getting suggestions on how to do it
- D. Being clearly told what to do and how to do it
- E. I am not sure

**2. In the past, what did you do when you were working on something and nothing seemed to go right?**
- A. I took a break from working to relax and started again sometime later.
- B. I continued working, but I was frustrated and upset.
- C. I let others know I was angry, then I began to feel better and continued working.
- D. I took the day as it came and tried to remain upbeat.
- E. I stopped what I was doing, figuring things would go better the next day.

**3. What has been the major cause of your failures?**
- A. Lack of ability
- B. Not trying hard enough
- C. Goals that are too difficult
- D. Bad luck
- E. Some other cause

**4. Which of the following statements do you agree with the MOST?**
- A. It takes a lot of luck to be an outstanding employee on most jobs.
- B. You need connections to important people to be an outstanding employee on most jobs.
- C. It takes time to be an outstanding employee on most jobs.
- D. You need specific skills and abilities to be an outstanding employee on most jobs.
- E. It takes hard work and persistence to be an outstanding employee on most jobs.



AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=57

open microsoft paint run command

**5. People who know me would say that when things go wrong, I**
- A. have an extreme amount of tolerance.
- B. get frustrated only when things go very wrong.
- C. would benefit if I got frustrated less often.
- D. have a good balance between getting too frustrated or staying too calm.
- E. have no tolerance for mistakes.

**6. Which of the following is your greatest strength?**
- A. Ability to follow instructions
- B. Work ethic
- C. Practical knowledge and work experience
- D. High quality standards
- E. Ability to work well with others

**7. I am more**
- A. eager
- B. considerate

**8. More classmates would remember me as**
- A. humble
- B. dominant

**9. Others would be most likely to describe me as a person with great**
- A. drive
- B. persistence

**10. When it comes to getting work done, I am**
- A. fast
- B. accurate

**11. I would rather be known as a person who is**
- A. thorough
- B. considerate

**12. I would rather be known for my**
- A. pleasing personality
- B. inquiring mind

**13. I often start things I do not finish.**
- A. True
- B. False

**14. I would rather be known as a person who is very**
- A. determined
- B. respectful

**15. The high school subject in which I received my lowest grades was:**
- A. Science
- B. Math
- C. English
- D. History/Social Sciences



AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=58

open microsoft paint run command

Step 9 of 13

Biographical Assessment - Page 2

16. Of the following, the college subject in which I received my lowest grades was:
- A. Science
- B. Math
- C. English
- D. History/Political Science
- E. Did not attend college

17. I learned about the opportunity to apply for an Air Traffic Control Specialist (ATCS) job through:
- A. A public notice or media advertisement
- B. A friend or relative
- C. College recruitment
- D. Working in some other capacity for the agency
- E. Some other way

18. My military service was as a:
- A. None
- B. Non-career enlisted
- C. Non-career officer
- D. Career enlisted
- E. Career officer

19. The aspect of being an air traffic controller that appeals to me most is that:
- A. My job is secure in the future
- B. I'll be responsible for the safety of many others
- C. I'll receive a good salary, which will grow
- D. I'll be constantly challenged to resolve situations which arise
- E. The work will always be interesting

20. Relative to other high school students in my major field of study, my most demanding teacher would most likely describe my academic work as:
- A. Superior
- B. Above average
- C. Average
- D. Below average
- E. Don't know

21. The number of different high school sports I participated in was:
- A. 4 or More
- B. 3
- C. 2
- D. 1
- E. Didn't play sports

AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=58

open microsoft paint run command

**22. The high school grade I most often received was:**
- A. A
- B. B
- C. C
- D. D or lower
- E. Don't remember

**23. During my last year in college, my average number of hours of paid employment per week was:**
- A. More than 20 hours
- B. 10 to 20 hours
- C. Fewer than 10 hours
- D. None
- E. Didn't go to college

**24. The college English grade I most often received was:**
- A. A
- B. B
- C. C
- D. D or lower
- E. Didn't take English or didn't go to college

**25. In the three years immediately before applying to this job, the number of different full or part-time jobs I applied for was:**
- A. None
- B. 1 to 2
- C. 3 to 4
- D. 5 to 6
- E. 7 or more

**26. The number of months I was unemployed during the three years immediately before applying to this job is:**
- A. 0
- B. 1 to 2
- C. 3 to 4
- D. 5 to 6
- E. 7 or more

**27. Which of the following would your peers say describes your behavior in a group situation?**
- A. You freely express your views and sway the group considerably
- B. You freely express your views but the group doesn't always share them
- C. You are reluctant to express your views, but when you do, they are usually well received
- D. You usually don't express your views
- E. Don't know

**28. Which of the following would your peers say describes your behavior in a social situation?**





AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=58

open microsoft paint run command

D. 5 to 6

E. 7 or more

**27. Which of the following would your peers say describes your behavior in a group situation?**

A. You freely express your views and sway the group considerably

B. You freely express your views but the group doesn't always share them

C. You are reluctant to express your views, but when you do, they are usually well received

D. You usually don't express your views

E. Don't know

**28. Which of the following would your peers say describes your behavior in a social situation?**

A. Always at ease in social situations

B. Almost always at ease in social situations

C. Generally at ease in social situations

D. Occasionally at ease in social situations

E. Don't know

**29. My peers would probably say that having someone criticize my performance (i.e. point out a mistake) bothers me:**

A. Much less than most

B. Somewhat less than most

C. About the same as most

D. Somewhat more than most

E. Much more than most

**30. The amount of formal training that I have (other than college) related directly to this job is:**

A. Less than 6 months

B. 6 months to a year

C. 1 to 2 years

D. 3 to 4 years

E. 5 or more years

Next

FAA.gov Home | Privacy Policy | Web Policies & Notices | Disclaimer | Privacy Act and Paperwork Reduction Act | Contact Us

**Readers & Viewers:** PDF Reader | MS Word Viewer | MS Excel Viewer



AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=59

open microsoft paint run command

# Step 10 of 13

## Biographical Assessment - Page 3

**31. Your grade point average in high school Arithmetic**

- A. About "A-" to "A+"
- B. About "B-" to "B+"
- C. About "C-" to "C+"
- D. Lower than "C-"
- E. Did not have the course

**32. Your overall high school grade point average (GPA) was:**

- A. About "A-" to "A+"
- B. About "B-" to "B+"
- C. About "C-" to "C+"
- D. Lower than "C-"
- E. Do not remember

**33. The number of college credit hours you've taken in Art/Music/Dance/Drama is:**

- A. Did not attend college
- B. earned 0 credit hours in this area of study
- C. 1 to 6 credit hours
- D. 7 to 12 credit hours
- E. 13 or more credit hours

**34. During high school (grades 9 - 12) I made the semester honor roll:**

- A. Never
- B. Once or twice
- C. Three or four times
- D. Five or six times
- E. Seven or eight times

**35. My class standing in high school put me in the:**

- A. Top 10%
- B. Top 33%
- C. Top 50%
- D. Top 90%
- E. Did not graduate from high school

**36. In the three years prior to applying to this job, the number of formal suggestions I have submitted to my employer(s) was:**

- A. Not employed
- B. 0
- C. 1
- D. 2
- E. 3 or More



AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=59

open microsoft paint run command

**37. My previous supervisor (or teachers if not previously employed) would most likely describe the speed at which I work as:**

- A. Superior
- B. Above average
- C. Average
- D. Below average
- E. Don't know

**38. My previous supervisor (or teachers, if not previously employed) would most likely describe the amount of time I needed to complete assignments as:**

- A. A great deal
- B. More than average
- C. Average
- D. Less than average
- E. Don't know

**39. My previous supervisor (or teachers, if not previously employed) would likely describe my oral communication skills as:**

- A. Superior
- B. Above average
- C. Average
- D. Below average
- E. Don't know

**40. My peers would probably describe me as:**

- A. Much more aggressive than most of my peers
- B. Somewhat more aggressive than most of my peers
- C. About as aggressive as most of my peers
- D. Somewhat less aggressive than most of my peers
- E. Much less aggressive than most of my peers

**41. The high school math grade I most often received was:**

- A. A
- B. B
- C. C
- D. D or lower
- E. Don't remember or didn't take math

**42. The amount of time I have been out of work between jobs usually has been:**

- A. Never out of work
- B. Less than one month
- C. 1 to 2 months
- D. 3 to 4 months
- E. 5 or more months

**43. The age at which I first started to earn money (other than an allowance) was:**

- A. Less than 12 years old
- B. 12 to 13 years old





- A. A
- B. B
- C. C
- D. D or lower
- E. Don't remember or didn't take math

**42. The amount of time I have been out of work between jobs usually has been:**

- A. Never out of work
- B. Less than one month
- C. 1 to 2 months
- D. 3 to 4 months
- E. 5 or more months

**43. The age at which I first started to earn money (other than an allowance) was:**

- A. Less than 12 years old
- B. 12 to 13 years old
- C. 14 to 15 years old
- D. 16 to 17 years old
- E. 18 years or older

**44. My peers would probably describe me as a person who:**

- A. Never takes chances
- B. Hardly ever takes chances
- C. Sometimes takes chances
- D. Often takes chances
- E. Very often takes chances

**45. Compared to others on my last full-time job, my rate of promotion was:**

- A. Much faster than most
- B. Somewhat faster than most
- C. About the same as most
- D. Somewhat slower than most
- E. Not employed full-time prior to present job

Next

AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=60

open microsoft paint run command

Step 11 of 13

**Biographical Assessment - Page 4**

**46. Before I applied with the FAA, the information I had about the type of work that air traffic controllers are expected to do was**

- A. None
- B. Practically no information
- C. Some Information
- D. Quite a bit
- E. Knew in considerable detail

**47. Do you have a pilots certificate?**

- A. No
- B. Yes

**48. Did you work in an aviation-related or air traffic-related job while in the armed forces?**

- A. Did not work in the armed forces
- B. Did not work in aviation-related job
- C. Worked in aviation-related job which was not related to air traffic
- D. Worked in air traffic-related job

**49. Do you have a prior Air Traffic Control Specialist (ATCS) rating?**

- A. No
- B. Yes - Center
- C. Yes - FSS/AFSS
- D. Yes - TRACON/RAPCON
- E. Yes - Center, FSS/AFSS and TRACON/RAPCON

**50. Do you have a prior Control Tower Operator (CTO) rating?**

- A. No
- B. Yes - Instrument Flight Rules (IFR)
- C. Yes - Visual Flight Rules (VFR)
- D. Yes - Both Instrument and Visual Flight Rules (IFR & VFR)

**51. Do you have prior Instrument Flight Rules (IFR) experience?**

- A. No
- B. Yes - Military
- C. Yes - Civilian
- D. Yes - Both Military and Civilian

**52. How long do you think it will take to become fully effective in your job?**

- A. Much longer than most others
- B. Somewhat longer than most others
- C. About as long as most others
- D. A little less time than most others
- E. Much less time than most others

AVIATOR :: Biographical Assessment - P...

https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=60

open microsoft paint run command

**53. Do you have an Associate and/or Technical/Military/Vocational-Technical degree?**

A. Yes

B. No

**54. Which of the following BEST describes aviation coursework taken towards your Associate and/or Technical/Military/Vocational-Technical degree?**

A. No aviation course work

B. Vocational oriented

C. Baccalaureate-transfer oriented

D. Other

E. Not applicable

**55. Of all the Air Traffic Control Specialists (ATCSs) in the country, at what percentile do you think you will be able to perform?**

A. In the lowest 10%

B. In the lower half

C. At about the 50% or average level

D. In the upper half

E. In the top 10%

**56. Overall college grade point average**

A. Did not attend college

B. 2.00 or below

C. 2.01 to 2.50

D. 2.51 to 3.00

E. 3.01 to 3.50

F. 3.51 to 4.00

**57. In your current or previous job(s), education, or other similar experiences, how did you usually feel about assignments changing at the last minute?**

A. I did not mind it, but preferred that the assignments did not change.

B. I did not like it, and it affected how much I liked my work.

C. I liked it, and it made my work more challenging.

D. I liked it, but preferred to know about changes before the last minute.

E. I have not had an assignment change at the last minute.

**58. Which of the following would bother you the LEAST?**

A. Having to make promises that I cannot keep

B. Having to disappoint people who count on me

C. Having to miss deadlines due to poor planning

D. Having to take advantage of people who trust me

E. Having to implement an idea that I don't agree with

**59. At which one of the following do you excel?**

A. Setting challenging goals for myself

B. Setting priorities for getting things done

C. Keeping track of many details

10:40 PM
2/9/2014



AVIATOR :: Biographical Assessment - P...
https://jobs.faa.gov/aviator/Modules/MyApplications/qn_sections.aspx?vid=33537&tid=60
open microsoft paint run command
B. Having to disappoint people who count on me
C. Having to miss deadlines due to poor planning
D. Having to take advantage of people who trust me
E. Having to implement an idea that I don't agree with
59. At which one of the following do you excel?
A. Setting challenging goals for myself
B. Setting priorities for getting things done
C. Keeping track of many details
D. Helping others solve their problems
E. Something other than these
60. When finished with my work, I:
A. tend to not worry about minor details and efficiently move on to other activities.
B. do a quick overview of my work and then move on to something else.
C. ask someone with more attention to detail to review my work.
D. check my work carefully.
E. check and double-check my work.
61. How does it make you feel to do poor quality work?
A. I feel bad about myself.
B. I feel upset at the situation.
C. I feel angry at whoever is responsible.
D. I am not bothered by it.
E. I never do poor quality work.
62. How have you planned your work activities at work, school, or in other similar situations?
A. I made exact and detailed plans.
B. I made general plans, but not exact.
C. I usually drafted plans.
D. I usually did not have plans because it is important to let things happen freely.
E. I did not do any of these.
Next
FAA.gov Home | Privacy Policy | Web Policies & Notices | Disclaimer | Privacy Act and Paperwork Reduction Act | Contact Us
Readers & Viewers: PDF Reader | MS Word Viewer | MS Excel Viewer