14-01.01 2152 All Sources Main   *Posted 1/27/14*

**Date:** November 1, 2013
**Modified Date:** ███████████
**Status:** Official Submission

**Subject:** Add 2152 All Sources Proficiency QN

**SWIFT Module/System:** AVIATOR

**Change Request Number:** 14-01.01

**Charge Costs To:** FY 14

1. **REASON FOR CHANGE/MODIFICATION:** Barrier Analysis findings have resulted in the need for a revised application process for the Air Traffic control applicants in AVIATOR. These changes are a result of the modifications to the hiring process for ATC developed by the Barrier Analysis Implementation team assembled in July of 2013.

2. **AVIATOR ADMINISTRATION:**

   **2.1 Create Case, Define Case.**
   **2.1.1** When series 2152 is chosen provide an option of "All Sources" in the "Proficiency" dropdown
   **2.1.2** Disable and remove the following choices from the Proficiency dropdown:
   - CTI
   - Public
   - RMC

   **2.1.3** Payplan: "FG – Similar To The General Schedule."
   **2.1.4** Grades and Paybands: FG-1
   **2.1.5** Position Type: Non-Research
   **2.1.6** Announcement Type: External and Internal
   **2.1.7** Job Category: None
   **2.1.8** VRA Eligible: FG-1
   **2.1.9** Outstanding Scholar: No
   **2.1.10** Superior Academic Achievement: No
   *see 13-86* **2.1.11** Add new duty location type. Reference "13-86 Add All Air Traffic Control Locations Duty Loc" for details.
   **2.1.11.1** For Specified Locations display questions and responses for all duty locations added to the case.

   *N/A* **2.2** **View Case** – Provide menu link to AT-SAT Test List functionality

   **Developers Note:** If changes are needed to AT-TEST List functionality, a separate CR will be submitted.

   **2.3** **Questionnaire, Qualifications & Grade Level Determination**
   *see 14-01.2* **2.3.1** For details reference "14-01.2 2152 All Sources QN"

   **2.3.2 Questionnaire Score Logic**

Last printed 1/27/2014 8:03:00 AM

FAA 12.6.2018 000045

**EXHIBIT 26**

14-01.01 2152 All Sources Main          

See document listed in 2.3.1 for BQ, GLD, and Scoring details.

N/A **2.4     Referral List** – For Referral List requirements see "14-01.03 2152 All Sources Referral List.doc".

> **Developers Note:** These changes are targeted for a future release. This CR will be submitted at a later time.

**2.5     View Case, Applicants**

**2.5.1  Applicant Ineligible Reasons:**

2.5.1.1    If an applicant fails to meet minimum requirements based on a biographical Assessment score less than 114 points display the following message in the Applicant Ineligible Reasons :

> "Biographical Assessment – Applicant did not meet the minimum score required for minimum qualification."

> **Developers Note:** All other ineligible reasons remain consistent with current practice.

**2.5.2  Applicant Details:** (see Attachment 1)

2.5.2.1    Remove rows for "Facility Selected For" and "Facility Selection Input Date"

2.5.2.2    Modify "AT-SAT or AT-SAT(CTI) test status" label to read "AT-SAT Test Status"

2.5.2.3    Modify the values displayed in the "AT-SAT Test Status" row by adding "Biographical Assessment:" followed by "Pass" or "Fail". If Biographical Assessment score is < 114 display "Fail".  If Biographical Assessment score is >= 114 display "Pass".  If the logged on user viewing the applicant details has System Administrator rights, append the actual Biographical Assessment score to the test status in parentheses

2.5.2.3.1  Append "AT-SAT:" to the AT-SAT value.

**3. ASAP ADMINISTRATION and APPLICANT**:

**3.1 Application, Questionnaire**.  For all views, the sections will be displayed as follows:

- Header info
- Resume
- Profile
- Additional Applicant Information
- Geographic Preferences
- Applicant-Preferred Conditions of Employment and Other Federal Service
- Basic Qualifications
- KSAs  (if any)

FAA 12.6.2018 000046

14-01.01 2152 All Sources Main

- Additional Information

**Developers Note:** The Biographical Assessment addressed in CR 14-01.2 2152 All Sources QN will not be displayed on any version of the questionnaire.

**3.2 Application Status** – For those who have passed all minimum qualifications requirements other than the Biographical Assessment (regardless of the Biographical Assessment score) display the following message:

> Thank you for applying. Your application for announcement FAA-AMH-14-ALLSRCE-11418 has been received. To get updates on the status of your application please check your USAJOBs account after the announcement closes.

> **Developers Note:** We are open to making this change across the board for our "Thank you for applying" message if that makes it easier to accommodate in the time frame we have.

## 4. USAJOBS
**4.1** Ensure vacancy announcements are uploaded to USAJOBS properly
**4.2** Ensure applicants can apply online and receive application status updates
**4.2.1** If the applicant fails minimum qualifications (not Biographical Assessment-related), send status "12002 – Reviewed".
**4.2.2** If the applicant meets minimum qualifications, regardless of Biographical Assessment score send status "12001 – Received".

5. **Submitted by:**
   J.B. Goelz, AHP-100, 405-954-4974

6. **Approved by:**
   J.B. Goelz, AHP-100, 405-954-4974

**Attachment 1**

## 14-01.01 2152 All Sources Main

**Applicant Details**                                                         ✕

| | |
|---|---|
| Most Current Submit Date | 10/29/2013 |
| Eligibility Begin Date | 10/29/2013 ☑ |
| Eligibility End Date | Expiration Date: 10/30/2014 |
| Eligible | Yes |
| Available | Available for AT-SAT<br>Not Available for Referral 🛈 |
| Grades / Paybands | FG-1 |
| Geographical Preference | Anniston, Alabama |
| Quals Reviewed Status | Not Reviewed ☑ |
| Quals Reviewed Date | None |
| HGQ | FG-1 |
| LAG | FG-1 |
| VP | CP ☑ |
| VRA | No ☑ |
| Exclusions | No Exclusions ☑ |
| Missed Consideration | No ☑ |
| AT-SAT or AT-SAT(CTI) test status | Biographical Assessment: Pass (124)<br>AT-SAT: No Test records have been entered |
| Flight Check | No Test records have been entered. |
| Facility Selected For | N/A |
| Facility Selection Input Date | N/A |
| Score | 93.67 |
| Total Score | 103.67 |
| Date of Birth | 08/08/1980 |

> Only show score if Sys Admin

Close

FAA 12.6.2018 000048

14-01.02 2152 All Sources QN

| | | |
|---|---|---|
| Indiana | Florida | Colorado |
| Kansas | Georgia | Hawaii |
| Louisiana | Kentucky | Idaho |
| Michigan | Massachusetts | Montana |
| Minnesota | Maryland | Nevada |
| Missouri | Maine | Oregon |
| North Dakota | Mississippi | Utah |
| Nebraska | North Carolina | Washington |
| New Mexico | New Hampshire | Wyoming |
| Ohio | New Jersey | |
| Oklahoma | New York | |
| South Dakota | Pennsylvania | |
| Texas | Rhode Island | |
| Wisconsin | South Carolina | |
| | Tennessee | |
| | Virginia | |
| | Vermont | |
| | West Virginia | |

**1.9.2** Provide the following choices in the drop downs for the preferences ordered as follows.  Default answer to blank.  All 6 preferences must be other than "Blank" (require a response prior to moving to next step).  No preferences can be duplicated.

- Blank
- Central Geographic Area
- Eastern Geographic Area
- Western Geographic Area
- Guam
- Puerto Rico
- Virgin Islands

**1.9   Uploaded documents**

*Note to Developers:*  Default all question answers to a blank value. Do not select a radio button answer.  If not answered upon submit, leave all questions as not answered.

**2.  Logic for Basic Quals:**
To meet basic qualifications for 2152 – All Sources the applicant must meet all of the following:
- USAJOBS Citizenship question = United States Citizen,
- Within the Area of Consideration   *All Sources so no logic*
- Selective Factors (Screenout KSAs) are met.
- Basic qualifications question 1 = Yes (English proficiency),
- Age (calculated from Additional Applicant Information question related to DOB) is less than 31 years old or basic qualifications question 2a = yes, or 2b = yes, or 2c = yes, or 2d = yes,

14-01.02 2152 All Sources QN

- Basic qualifications question 3 = Yes or Basic qualifications question 4 = F or Basic qualifications question 5 = Yes or Basic qualifications question 6 = Yes or Basic qualifications question 7a = Yes or Basic qualifications question 7b = Yes or Basic qualifications question 7c = Yes or Basic qualifications question 7d = Yes or Basic qualifications question 7e = Yes or Basic qualifications question 7f = Yes.

If applicant meets the basic qualifications listed above they are, then, required to complete the following biographical assessment test:



### 3. Biographical Assessment
3.1 This test should only be administered 1 time per announcement.  If the applicant completes the assessment and reapplies, they should not be presented with the assessment again.  The presence of a Biographical Assessment test score stored with the case should drive whether the applicant is presented with the assessment.
3.2 The Biographical Assessment sections should NOT be displayed when either the applicant or an administrative user are reviewing the questionnaire.
3.3 The Steps displayed on the screen for the applicant will reduce by 5 If the applicant has an existing assessment score on the case.
3.3.1  Remove the "Previous" and "Save" buttons from the Biographical Assessment pages 1, 2, 3, and 4. (See 3.5, 3.6, 3.7 and 3.8)
3.4 Biographical Assessment Instructions

> **Directions:** The following assessment may only be taken **one time** for this application.  Once you have submitted this assessment, you **will not be able to alter your responses and the resulting score cannot be changed**.  Please complete the assessment in its entirety.
>
> This is an assessment of background and life experience factors that have been shown to be predictive of future performance in the Air Traffic Control Specialist (ATCS) occupation. Read each question and select the answer that best fits your experience. Be honest in your responses, as this is an official form and the information you provide may be verified through reference checks, background investigation, personal interview, and records checks.

### 3.5 Biographical Assessment – Page 1

**Developers Note:** Question Weight, Answer Weight are not shown on the questionnaire

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000050

14-01.02 2152 All Sources QN

---

1. How would you describe your ideal job?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Ability to decide for myself what to do and how to do it | 0 | 0 |
| O | B. Being told what to do, but not how to do it | 0 | 0 |
| O | C. Being told what to do, and getting suggestions on how to do it | 0 | 0 |
| O | D. Being clearly told what to do and how to do it | 0 | 0 |
| O | E. I am not sure | 0 | 0 |

2. In the past, what did you do when you were working on something and nothing seemed to go right?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. I took a break from working to relax and started again some time later. | 0 | 0 |
| O | B. I continued working, but I was frustrated and upset. | 0 | 0 |
| O | C. I let others know I was angry, then I began to feel better and continued working. | 0 | 0 |
| O | D. I took the day as it came and tried to remain upbeat. | 0 | 0 |
| O | E. I stopped what I was doing, figuring things would go better the next day. | 0 | 0 |

3. What has been the major cause of your failures?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Lack of ability | 0 | 0 |
| O | B. Not trying hard enough | 0 | 0 |
| O | C. Goals that are too difficult | 0 | 0 |
| O | D. Bad luck | 0 | 0 |
| O | E. Some other cause | 0 | 0 |

4. Which of the following statements do you agree with the MOST?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. It takes a lot of luck to be an outstanding employee on most jobs. | 0 | 0 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000051

14-01.02 2152 All Sources QN

| | | | |
|---|---|---|---|
| O | B. You need connections to important people to be an outstanding employee on most jobs. | 0 | 0 |
| O | C. It takes time to be an outstanding employee on most jobs. | 0 | 0 |
| O | D. You need specific skills and abilities to be an outstanding employee on most jobs. | 0 | 0 |
| O | E. It takes hard work and persistence to be an outstanding employee on most jobs. | 0 | 0 |

5. People who know me would say that when things go wrong, I

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. have an extreme amount of tolerance. | 0 | 0 |
| O | B. get frustrated only when things go very wrong. | 0 | 0 |
| O | C. would benefit if I got frustrated less often. | 0 | 0 |
| O | D. have a good balance between getting too frustrated or staying too calm. | 0 | 0 |
| O | E. have no tolerance for mistakes. | 0 | 0 |

6. Which of the following is your greatest strength?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Ability to follow instructions | 0 | 0 |
| O | B. Work ethic | 0 | 0 |
| O | C. Practical knowledge and work experience | 0 | 0 |
| O | D. High quality standards | 0 | 0 |
| O | E. Ability to work well with others | 0 | 0 |

7. I am more

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. eager | 0 | 0 |
| O | B. considerate | 0 | 0 |

8. More classmates would remember me as

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. humble | 0 | 0 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000052

14-01.02 2152 All Sources QN

| | | | |
|---|---|---|---|
| ○ | B. dominant | 0 | 0 |

**9. Others would be most likely to describe me as a person with great**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. drive | 0 | 0 |
| ○ | B. persistence | 0 | 0 |

**10. When it comes to getting work done, I am**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. fast | 0 | 0 |
| ○ | B. accurate | 0 | 0 |

**11. I would rather be known as a person who is**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. thorough | 0 | 0 |
| ○ | B. considerate | 0 | 0 |

**12. I would rather be known for my**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. pleasing personality | 0 | 0 |
| ○ | B. inquiring mind | 0 | 0 |

**13. I often start things I do not finish.**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. True | 0 | 0 |
| ○ | B. False | 0 | 0 |

**14. I would rather be known as a person who is very**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. determined | 0 | 0 |
| ○ | B. respectful | 0 | 0 |

**15. The high school subject in which I received my lowest grades was:**

FAA 12.6.2018 000053

14-01.02 2152 All Sources QN

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Science | 1 | (15) | ᴈ |
| O | B. Math | 1 | 0 | |
| O | C. English | 1 | 0 | |
| O | D. History/Social Sciences | 1 | 0 | |
| O | E. Physical Education | 1 | 0 | |

### 3.6 Biographical Assessment – Page 2

**Developers Note:** Question Weight, Answer Weight are not shown on the questionnaire

| 16. Of the following, the college subject in which I received my lowest grades was: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. Science | 1 | 0 |
| O | B. Math | 1 | 0 |
| O | C. English | 1 | 0 |
| O | D. History/Political Science | 1 | (15) |
| O | E. Did not attend college. | 1 | 0 |

ᴈ

| 17. I learned about the opportunity to apply for an Air Traffic Control Specialist (ATCS) job through: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. A public notice or media advertisement | 1 | (5) |
| O | B. A friend or relative | 1 | 0 |
| O | C. College recruitment | 1 | (3) |
| O | D. Working in some other capacity for the agency | 1 | (3) |
| O | E. Some other way | 1 | 0 |

5

3

3

| 18. My military service was as a: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |

FAA 12.6.2018 000054

14-01.02 2152 All Sources QN

| | | | |
|---|---|---|---|
| O | A. None | 0 | 0 |
| O | B. Non-career enlisted | 0 | 0 |
| O | C. Non-career officer | 0 | 0 |
| O | D. Career enlisted | 0 | 0 |
| O | E. Career officer | 0 | 0 |

**19. The aspect of being an air traffic controller that appeals to me most is that:**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. My job is secure in the future | 0 | 0 |
| O | B. I'll be responsible for the safety of many others | 0 | 0 |
| O | C. I'll receive a good salary, which will grow | 0 | 0 |
| O | D. I'll be constantly challenged to resolve situations which arise | 0 | 0 |
| O | E. The work will always be interesting | 0 | 0 |

**20. Relative to the other high school students in my major field of study, my most demanding teacher would most likely describe my academic work as:**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Superior | 0 | 0 |
| O | B. Above average | 0 | 0 |
| O | C. Average | 0 | 0 |
| O | D. Below average | 0 | 0 |
| O | E. Don't know | 0 | 0 |

**21. The number of different high school sports I participated in was:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. 4 or more | 1 | (5) | 5 |
| O | B. 3 | 1 | (4) | 4 |
| O | C. 2 | 1 | (3) | 3 |
| O | D. 1 | 1 | (2) | 2 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000055

14-01.02 2152 All Sources QN

| O | E. Didn't play sports | 1 | (1) | 1 |
|---|---|---|---|---|

**22. The high school grade I most often received was:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. A | 1 | (5) | 5 |
| O | B. B | 1 | (4) | 4 |
| O | C. C | 1 | 0 | |
| O | D. D or lower | 1 | (1) | 1 |
| O | E. Don't remember | 1 | (1) | 1 |

**23. During my last year in college, my average number of hours of paid employment per week was:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. More than 20 hours | 1 | 0 | |
| O | B. 10 to 20 hours | 1 | (1) | 1 |
| O | C. Fewer than 10 hours | 1 | (5) | 5 |
| O | D. None | 1 | (1) | 1 |
| O | E. Didn't go to college | 1 | (3) | 3 |

**24. The college English grade I most often received was:**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. A | 0 | 0 |
| O | B. B | 0 | 0 |
| O | C. C | 0 | 0 |
| O | D. D or lower | 0 | 0 |
| O | E. Didn't take English or didn't go to college | 0 | 0 |

**25. In the three years immediately before applying to this job, the number of different full or part-time jobs I applied for was:**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. None | 1 | 0 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000056

14-01.02 2152 All Sources QN

| | | | |
|---|---|---|---|
| ○ | B. 1 to 2 | 1 | 4 |
| ○ | C. 3 to 4 | 1 | 3 |
| ○ | D. 5 to 6 | 1 | 5 |
| ○ | E. 7 or more | 1 | 1 |

26. The number of months I was unemployed during the three years immediately before applying to this job is:

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| ○ | A. 0 | 1 | 6 | 6 |
| ○ | B. 1 to 2 | 1 | 10 | 10 |
| ○ | C. 3 to 4 | 1 | 0 | |
| ○ | D. 5 to 6 | 1 | 8 | 8 |
| ○ | E. 7 or more | 1 | 4 | 4 |

27. Which of the following would your peers say describes your behavior in a group situation?

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| ○ | A. You freely express your views, and sway the group considerably | 1 | 1 | 1 |
| ○ | B. You freely express your views, but the group does not always share them | 1 | 3 | 3 |
| ○ | C. You are reluctant to express your views, but when you do they are usually well received | 1 | 5 | 5 |
| ○ | D. You usually don't express your views | 1 | 2 | 2 |
| ○ | E. Don't know | 1 | 0 | |

28. Which of the following would your peers say describes your behavior in a social situation?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| ○ | A. Always at ease in a social situation | 0 | 0 |
| ○ | B. Almost always at ease in a social situation | 0 | 0 |
| ○ | C. Generally at ease in a social situation | 0 | 0 |
| ○ | D. Occasionally at ease in a social situation | 0 | 0 |

FAA 12.6.2018 000057

**14-01.02 2152 All Sources QN**

| | | | |
|---|---|---|---|
| O | E. Don't know | 0 | 0 |

**29. My peers would probably say that having someone criticize my performance (i.e. point out a mistake) bothers me:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Much less than most | 1 | (8) | 8 |
| O | B. Somewhat less than most | 1 | (4) | 4 |
| O | C. About the same as most | 1 | (8) | 8 |
| O | D. Somewhat more than most | 1 | (0) | 0 |
| O | E. Much more than most | 1 | (10) | 10 |

**30. The amount of formal training that I have (other than college) related directly to this job is:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Less than 6 months | 1 | (1) | 1 |
| O | B. 6 months to a year | 1 | (4) | 4 |
| O | C. 1 to 2 years | 1 | (5) | 5 |
| O | D. 3 to 4 years | 1 | (2) | 2 |
| O | E. 5 or more years | 1 | 0 | |

## 3.7 Biographical Assessment – Page 3

**Developers Note:** Question Weight, Answer Weight are not shown on the questionnaire

**31. Your grade point average in high school Arithmetic**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. About A- to A+ | 1 | (5) | 5 |
| O | B. About B- to B+ | 1 | (2) | 2 |
| O | C. About C- to C+ | 1 | 0 | |
| O | D. Lower than C- | 1 | (1) | 1 |
| O | E. Did not have the course | 1 | (3) | 3 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000058

14-01.02 2152 All Sources QN

| 32. Your overall high school grade point average (GPA) was: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. About A- to A+ | 0 | 0 |
| O | B. About B- to B+ | 0 | 0 |
| O | C. About C- to C+ | 0 | 0 |
| O | D. Lower than C- | 0 | 0 |
| O | E. Do not remember | 0 | 0 |

| 33. The number of college credit hours you've taken in Art/Music/Dance/Drama is: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. Did not attend college. | 1 | 0 |
| O | B. earned 0 credit hours in this area of study | 1 | (5)  5 |
| O | C. 1-6 credit hours | 1 | 0 |
| O | D. 7-12 credit hours | 1 | (4)  4 |
| O | E. 13 or more credit hours | 1 | (1)  1 |

| 34. During high school (grades 9-12) I made the semester honor roll: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. Never | 1 | (1)  1 |
| O | B. Once or twice | 1 | (2)  2 |
| O | C. Three or four times | 1 | (3)  3 |
| O | D. Five or six times | 1 | (4)  4 |
| O | E. Seven or eight times | 1 | (5)  5 |

| 35. My class standing in high school put me in the: | | | |
|---|---|---|---|
| | | Question Weight | Answer Weight |
| O | A. Top 10% | 1 | (5)  5 |
| O | B. Top 33% | 1 | (4)  4 |
| O | C. Top 50% | 1 | (3)  3 |

Last printed 1/27/2014 7:40:00 AM
FAA 12.6.2018 000059

| | | | | |
|---|---|---|---|---|
| O | D. Top 90% | 1 | (2) | 2 |
| O | E. Did not graduate from high school | 1 | (1) | 1 |

**36. In the three years prior to applying to this job, the number of formal suggestions I have submitted to my employer(s) was:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Not employed' | 1 | (10) | 10 |
| O | B. 0 | 1 | (8) | 8 |
| O | C. 1 | 1 | (6) | 6 |
| O | D. 2 | 1 | (4) | 4 |
| O | E. 3 or more | 1 | (2) | 2 |

**37. My previous supervisor (or teachers, if not previously employed) would most likely describe the speed at which I work as:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Superior | 1 | (5) | 5 |
| O | B. Above average | 1 | (4) | 4 |
| O | C. Average | 1 | (3) | 3 |
| O | D. Below average | 1 | (2) | 2 |
| O | E. Don't know | 1 | (1) | 1 |

**38. My previous supervisor (or teachers, if not previously employed) would most likely describe the amount of time I needed to complete assignments as:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. A great deal | 1 | (5) | 5 |
| O | B. More than average | 1 | (4) | 4 |
| O | C. Average | 1 | (3) | 3 |
| O | D. Less than average | 1 | (2) | 2 |
| O | E. Don't know | 1 | (1) | 1 |

**39. My previous supervisor (or teachers, if not previously employed) would likely describe my oral communication skills as:**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| | | | |

FAA 12.6.2018 000060

**14-01.02 2152 All Sources QN**

| | | | | |
|---|---|---|---|---|
| O | A. Superior | 1 | (5) | 5 |
| O | B. Above average | 1 | (4) | 4 |
| O | C. Average | 1 | (3) | 3 |
| O | D. Below average | 1 | (2) | 2 |
| O | E. Don't know | 1 | (1) | 1 |

**40. My peers would probably describe me as:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Much more aggressive than most of my peers | 1 | (1) | 1 |
| O | B. Somewhat more aggressive than most of my peers | 1 | (2) | 2 |
| O | C. About as aggressive as most of my peers | 1 | (3) | 3 |
| O | D. Somewhat less aggressive than most of my peers | 1 | (4) | 4 |
| O | E. Much less aggressive than most of my peers | 1 | (5) | 5 |

**41. The high school math grade I most often received was:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. A | 1 | (10) | 10 |
| O | B. B | 1 | (8) | 8 |
| O | C. C | 1 | (6) | 6 |
| O | D. D or lower | 1 | (4) | 4 |
| O | E. Don't remember or didn't take math | 1 | (2) | 2 |

**42. The amount of time I have been out of work between jobs usually has been:**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Never out of work | 0 | 0 | |
| O | B. Less than one month | 0 | 0 | |
| O | C. 1 to 2 months | 0 | 0 | |
| O | D. 3 to 4 months | 0 | 0 | |
| O | E. 5 or more months | 0 | 0 | |

FAA 12.6.2018 000061

14-01.02 2152 All Sources QN

43. The age at which I first started to earn money (other than an allowance) was:

|   |   | Question Weight | Answer Weight |   |
|---|---|---|---|---|
| O | A. Less than 12 years old | 1 | ⑤ | 5 |
| O | B. 12 to 13 years old | 1 | ④ | 4 |
| O | C. 14 to 15 years old | 1 | ③ | 3 |
| O | D. 16 to 17 years old | 1 | ② | 2 |
| O | E. 18 years or older | 1 | ① | 1 |

44. My peers would probably describe me as a person who:

|   |   | Question Weight | Answer Weight |   |
|---|---|---|---|---|
| O | A. Never takes chances | 1 | ① | 1 |
| O | B. Hardly ever takes chances | 1 | ② | 2 |
| O | C. Sometimes takes chances | 1 | ③ | 3 |
| O | D. Often takes chances | 1 | ④ | 4 |
| O | E. Very often takes chances | 1 | ⑤ | 5 |

45. Compared to others on my last full-time job, my rate of promotion was:

|   |   | Question Weight | Answer Weight |   |
|---|---|---|---|---|
| O | A. Much faster than most | 1 | ⑩ | 10 |
| O | B. Somewhat faster than most | 1 | ⑧ | 8 |
| O | C. About the same as most | 1 | ⑥ | 6 |
| O | D. Somewhat slower than most | 1 | ④ | 4 |
| O | E. Not employed full-time prior to present job | 1 | ② | 2 |

## √3.8 Biographical Assessment – Page 4

**Developers Note:** Question Weight, Answer Weight are not shown on the questionnaire

46. Before I applied with the FAA, the information I had about the type of work that air traffic controllers are expected to do was

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000062

### 14-01.02 2152 All Sources QN

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. None | 1 | (1) | 1 |
| O | B. Practically no information | 1 | (2) | 2 |
| O | C. Some Information | 1 | (3) | 3 |
| O | D. Quite a bit | 1 | (4) | 4 |
| O | E. Knew in considerable detail | 1 | (5) | 5 |

**47. Do you have a pilots certificate?**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. No | 1 | (1) | 1 |
| O | B. Yes | 1 | (2) | 2 |

**48. Did you work in an aviation-related or air traffic-related job while in the armed forces?**

| | | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. Did not work in the armed forces | 1 | (1) | 1 |
| O | B. Did not work in aviation-related job | 1 | (1) | 1 |
| O | C. Worked in aviation-related job which was not related to air traffic | 1 | (2) | 2 |
| O | D. Worked in air traffic-related job | 1 | (3) | 3 |

**49. Do you have a prior Air Traffic Control Specialist (ATCS) rating?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. No | 0 | 0 |
| O | B. Yes - Center | 0 | 0 |
| O | C. Yes - FSS/AFSS | 0 | 0 |
| O | D. Yes - TRACON/RAPCON | 0 | 0 |
| O | E. Yes - Center, FSS/AFSS and TRACON/RAPCON | 0 | 0 |

**50. Do you have a prior Control Tower Operator (CTO) rating?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. No | 0 | 0 |

FAA 12.6.2018 000063

14-01.02 2152 All Sources QN

| | | | |
|---|---|---|---|
| O | B. Yes – Instrument Flight Rules (IFR) | 0 | 0 |
| O | C. Yes - Visual Flight Rules (VFR) | 0 | 0 |
| O | D. Yes - Both Instrument and Visual Flight Rules (IFR & VFR) | 0 | 0 |

**51. Do you have prior Instrument Flight Rules (IFR) experience?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. No | 0 | 0 |
| O | B. Yes - Military | 0 | 0 |
| O | C. Yes - Civilian | 0 | 0 |
| O | D. Yes - Both Military and Civilian | 0 | 0 |

**52. How long do you think it will take to become fully effective in your job?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Much longer than most others | 0 | 0 |
| O | B. Somewhat longer than most others | 0 | 0 |
| O | C. About as long as most others | 0 | 0 |
| O | D. A little less time than most others | 0 | 0 |
| O | E. Much less time than most others | 0 | 0 |

**53. Do you have an Associate and/or Technical/Military/Vocational-Technical degree?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Yes | 0 | 0 |
| O | B. No | 0 | 0 |

**54. Which of the following BEST describes aviation coursework taken towards your Associate and/or Technical/Military/Vocational-Technical degree?**

| | Require response other than "E" if #53 = Yes; Require response of "E" if #53 = No | Question Weight | Answer Weight | |
|---|---|---|---|---|
| O | A. No aviation course work | 1 | (1) | 1 |
| O | B. Vocational oriented | 1 | (2) | 2 |
| O | C. Baccalaureate-transfer oriented | 1 | (3) | 3 |

FAA 12.6.2018 000064

## 14-01.02 2152 All Sources QN

| | | | | |
|---|---|---|---|---|
| O | D. Other | 1 | (4) | 4 |
| O | E. Not applicable | 1 | 0 | |

**55. Of all the Air Traffic Control Specialists (ATCSs) in the country, at what percentile do you think you will be able to perform?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. In the lowest 10% | 0 | 0 |
| O | B. In the lower half | 0 | 0 |
| O | C. At about the 50% or average level | 0 | 0 |
| O | D. In the upper half | 0 | 0 |
| O | E. In the top 10% | 0 | 0 |

**56. Overall college grade point average**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Did not attend college. | 0 | 0 |
| O | B. 2.00 or below | 0 | 0 |
| O | C. 2.01 to 2.50 | 0 | 0 |
| O | D. 2.51 to 3.00 | 0 | 0 |
| O | E. 3.01 to 3.50 | 0 | 0 |
| O | F. 3.51 to 4.00 | 0 | 0 |

**57. In your current or previous job(s), education, or other similar experiences, how did you usually feel about assignments changing at the last minute?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. I did not mind it, but preferred that the assignments did not change. | 0 | 0 |
| O | B. I did not like it, and it affected how much I liked my work. | 0 | 0 |
| O | C. I liked it, and it made my work more challenging. | 0 | 0 |
| O | D. I liked it, but preferred to know about changes before the last minute. | 0 | 0 |
| O | E. I have not had an assignment change at the last minute. | 0 | 0 |

FAA 12.6.2018 000065

14-01.02 2152 All Sources QN

58. Which of the following would bother you the LEAST?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Having to make promises that I cannot keep | 0 | 0 |
| O | B. Having to disappoint people who count on me | 0 | 0 |
| O | C. Having to miss deadlines due to poor planning | 0 | 0 |
| O | D. Having to take advantage of people who trust me | 0 | 0 |
| O | E. Having to implement an idea that I don't agree with | 0 | 0 |

59. At which one of the following do you excel?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. Setting challenging goals for myself | 0 | 0 |
| O | B. Setting priorities for getting things done | 0 | 0 |
| O | C. Keeping track of many details | 0 | 0 |
| O | D. Helping others solve their problems | 0 | 0 |
| O | E. Something other than these | 0 | 0 |

60. When finished with my work, I:

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. tend to not worry about minor details and efficiently move on to other activities. | 0 | 0 |
| O | B. do a quick overview of my work and then move on to something else. | 0 | 0 |
| O | C. ask someone with more attention to detail to review my work. | 0 | 0 |
| O | D. check my work carefully. | 0 | 0 |
| O | E. check and double-check my work. | 0 | 0 |

61. How does it make you feel to do poor quality work?

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. I feel bad about myself. | 0 | 0 |
| O | B. I feel upset at the situation. | 0 | 0 |

Last printed 1/27/2014 7:40:00 AM

FAA 12.6.2018 000066

14-01.02 2152 All Sources QN

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | C. I feel angry at whoever is responsible. | 0 | 0 |
| O | D. I am not bothered by it. | 0 | 0 |
| O | E. I never do poor quality work. | 0 | 0 |

**62. How have you planned your work activities at work, school, or in other similar situations?**

| | | Question Weight | Answer Weight |
|---|---|---|---|
| O | A. I made exact and detailed plans. | 0 | 0 |
| O | B. I made general plans, but not exact. | 0 | 0 |
| O | C. I usually drafted plans. | 0 | 0 |
| O | D. I usually did not have plans because it is important to let things happen freely. | 0 | 0 |
| O | E. I did not do any of these. | 0 | 0 |

All A = 113 ✓   All B = 98 ✓   All C = 84 ✓   All D = 81 ✓   All E = 55

**4. Logic for Grade level Determination:**

**FG-1**

If the applicant meets Basic Qualifications listed in "2. Logic for Basic Quals" section and receives greater than or equal to 114 points on the Biographical Assessment the applicant is qualified at the FG-1.

**5. Logic for Scoring:**

Score for each answer in Biographical Assessment section = Question Weight * Answer Weight. Those questions with Question Weights = 0 are informational only and will not count towards the Biographical Assessment score.

Score for "2152 All Sources" proficiency = 70 + (((((Sum of all answer scores in the Biographical Assessment Section – 105.88)/13.25) * 2.5) + ((AT-SAT score – 69.82)/7.62)) * (30/7.48)) – 6.25 (see attachment 1)

Total score will consist of this aggregate score + any veterans points the applicant is entitled to.

| Section | Points |
|---|---|
| Basic Qualifications (including Biographical Assessment >= 114) | 70 |

FAA 12.6.2018 000067