Transportation: FAA-AMC-14-ALLSRCE-33537, Series: 2152

Grade(s): FG-1

Status: Closed Vacancy

**EXHIBIT 4**

# Air Traffic Control Specilibist - Trainee

DEPARTMENT OF TRANSPORTATION

Federal Aviation Administration

Air Traffic Organization - ATO

## Overview

**Open & closing dates**

02/10/2014 to 02/21/2014

**Pay scale & grade**

FG 1

**Service**

Excepted

**Salary**

$20,527.00 - $27,942.00 / Per Year

This salary includes locality pay which will be applicable while attending the FAA ATC Academy.

**Appointment type**

Temporary NTE - 13 months

**Work schedule**

Full Time

## Locations

Many vacancy(s) in the following locations:

All Air Traffic Locations

**Relocation expenses reimbursed**

No

**Telework eligible**

**Announcement number**

FAA-AMC-14-ALLSRCE-33537

**Control number**

361350500

## Duties

**Summary**

**Responsibilities**

This is a developmental Air Traffic Control Specialist (ATCS) position responsible for the safe, orderly, and expeditious movement of air traffic through the nation's airspace. Developmental controllers receive a wide range of training in controlling and separating live air traffic within designated airspace at and around an airport traffic control tower or radar approach control facility, or air route traffic control center. As a new ATCS, you will spend your first several weeks of employment in an intensive training program at the FAA Academy in Oklahoma City, OK. While attending academy training you will be on a temporary appointment. Academy students receive basic air traffic control training at the FAA Academy, which includes: - Complete occupational indoctrination including highlights of Federal employment, familiarization with organizational structure & functions, aircraft, air traffic control system, & aviation industry, classroom instruction & workshop exercises relating to air traffic control system. Individuals who do not successfully

complete training at the FAA Academy and all other necessary requirements will have their employment terminated. Upon successful completion of the Academy initial training program & other employment requirements, newly hired ATCS will be offered a permanent appointment at an FAA facility with a basic salary of $37,441, plus applicable locality pay based on facility assignment. Applicants with prior ATC experience will have their salary set in accordance with the ATCS Collective Bargaining Agreement, upon conversion. ATCS's will be paid long term expense rate (per diem) for Oklahoma City, OK to help offset daily cost of living while attending FAA Academy. FAA will pay for cost of travel in accordance with applicable agency policy. As an ATCS you will receive pay increases as you successfully complete the progressive phases of controller training at your assigned facility. The FAA has Air Traffic Control Facilities in every state as well as Puerto Rico, Virgin Islands, and Guam. This announcement is open to those applicants willing to work at any FAA Air Traffic Control Facility. Applicant geographic area preferences are for informational purposes only and will not be used in the selection process; however, preferences may be considered at time of placement after successful completion of Academy training. Ultimately, placement will be based upon the needs of the FAA.

## Travel Required

**Supervisory status**

No

**Promotion Potential**

1

## Job family (Series)

2152 Air Traffic Controller

# Requirements

## Key Requirements

- US Citizenship is required.
- Selective Service Registration is required for males born after 12/31/1959.
- Three requirements must be met to be referred for selection consideration:
- 1. Basic Qualifications
- 2. Biographical Assessment
- 3. AT-SAT Exam

## Qualifications

Age Requirements: A maximum age of 30 years is established for entry into air traffic control positions covered by Public Law 92-297. Persons who have reached their 31st birthday may not be originally appointed to these positions. If experience was gained as a civilian ATCS with the Federal Aviation Administration (FAA) or Department of Defense (DOD), you must have been hired prior to age 31. Maximum Retention Age: 5 USC 8335 (a) and 5 USC 8425 (a) require mandatory separation at age 56 in a career controller position. Prior experience or training in air traffic control is not required. Applicants will be evaluated based on their responses to the online application. You can qualify in 1 of the following 5 ways: 1. TO QUALIFY BASED ON PROGRESSIVELY RESPONSIBLE WORK EXPERIENCE: applicants must document 3 years of full time (40 hours per week) progressively responsible experience. Most types of paid or unpaid employment will provide progressively responsible experience as the individual doing the work learns about the organization, gains knowledge about the work, and demonstrates responsibility. OR 2. TO QUALIFY BASED UPON EDUCATION: applicants must document a full 4-year course of study leading to a Bachelor's degree. Schools must be accredited by an accrediting institution recognized by the U.S. Department of Education. If qualifying based on education, applicants must submit a copy of the transcript which includes the name of the institution, quarter or semester hours earned and/or confer date. OR 3. TO QUALIFY BASED UPON THE COMBINATION OF BOTH WORK EXPERIENCE AND EDUCATION: The applicant's total qualifying experience is converted to a percentage of the experience required then the applicant's education is converted to a percentage of the education required. The combined percentages must equal 100%. At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school. OR 4. TO QUALIFY BASED ON SPECIALIZED

WORK EXPERIENCE AS AN AIR TRAFFIC CONTROL SPECIALIST: applicants qualifying based on specialized experience must provide supporting documentation that verifies that this requirement has been met (e.g., FAA certificate, military certificate or training record). OR 5. TO QUALIFY BASED ON ALTERNATIVE REQUIREMENTS, applicants must provide supporting documentation that verifies at least one of the following alternative requirements being met: a. Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers? b. Do you hold or have held an FAA certificate as a dispatcher for an air carrier? c. Do you hold or have held an instrument flight rating? d. Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces? e. Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating? f. Have you served as a rated Aerospace Defense Command Intercept Director? Successful candidates must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment.

We are not accepting applications from noncitizens.

## Education

Preview Job Questionnaire
https://jobs.faa.gov/aviator/login/viewquestionnaire.aspx?vid=33537

Make sure your Resume includes detailed information to support your qualifications and answers to the job questionnaire.

## Additional information

We may use this vacancy to fill other similar vacant positions.

Travel may be required.

Position may be subject to a background investigation.

A one-year probationary period may be required.

The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

There will be two pre-employment tests: 1: Biographical assessment administered through the online application. 2: Applicants meeting basic qualifications and passing the Biographical Assessment may be scheduled to take the AT-SAT at a designated test site. Travel to & from testing locations will be at the expense of the applicant. The Biographical Assessment will be scored at the close of the vacancy announcement. Applicants may check their USAJOBs account to get updates on the status of their application after the announcement closes. Applicants who set up their USAJOBs account to provide email updates will receive an email notification with any change in status of their applications. Candidates who have successfully met all three requirements (Basic Qualifications, Biographical Assessment, and the AT-SAT) will be placed into pre-determined quality categories, group 1, group 2, or group 3 based on their veterans' preference and pre-employment exam composite scores. Requirement for pre-employment medical clearance: Applicants selected for ATCS positions must pass a medical examination that includes psychological screening prior to appointment. Applicants with prior military service are encouraged to obtain a sealed copy of their military medical records prior to discharge and to retain these records to be provided upon request if selected. Requirement for security clearance: This position requires an Access National Agency Check and Inquiry with Credit (ANACI) or higher prior to appointment unless a waiver is obtained. Department of Transportation's Drug and Alcohol Testing Program: This position is covered by the Department of Transportation's Drug and Alcohol Testing Program. Any applicant tentatively selected for this position will be subject to a pre-employment or pre-appointment drug screening. Persons occupying covered positions will be subject to random drug and/or alcohol testing. Training Requirements: Developmentals will enter the appropriate phase of field training as determined by the assigned facility to prepare for advancement to the Certified Professional Controller (CPC) level. They must learn the skills needed for operation at higher levels of responsibility. Failure to meet training requirements for or accept promotion to higher grade ATCS positions may constitute grounds for reassignment, demotion or separation from employment. Requirement for nonstandard duty hours or work week: Incumbent may be required to work irregular duty hours or a nonstandard work week or tour of duty.

This is not a bargaining unit position.

**Links to Important Information:** Locality Pay, COLA

## How You Will Be Evaluated

Applicants may be rated on the extent and quality of experience, education, and training relevant to the duties of the position(s). All answers provided in the on-line process must be substantiated.

## Background checks and security clearance

### Security clearance

Public Trust - Background Investigation

### Drug test required

## REQUIRED DOCUMENTS

Applicants who are using education as a qualifier must submit a copy of the official/unofficial transcripts to substantiate all credit hours and/or confer date.

Applicants who have reached the maximum entry age of 31 must provide a copy of an SF-50, Notification of Personnel Action, which verifies original appointment to a Federal Civilian ATCS position (2152 series) with the Department of Defense or FAA prior to age 31.

Facility rating records issued by the FAA or military issued ratings and/or training records must be provided, if qualifying based on specialized experience or one of the alternative requirements.

**All Veterans:** If you are claiming veterans' preference, you must submit either a DD Form 214 Certificate of Release or Discharge from Active Duty (Member 4 Copy or equivalent), or a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions. If you are claiming 10 point preference, you must also submit a completed SF-15, Application for 10-Point Veteran's Preference, and supporting documents outlined on the SF-15. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

If you are claiming 10 point preference but fail to submit the supporting documents outlined on the SF-15, you will be tentatively assessed as a 5 point preference eligible provided your DD Form 214 reflects that you have the service required to qualify for preference. Documents must be uploaded or faxed to the Servicing Human Resource Management Office listed in this announcement and all documents must be received by the closing date of the announcement. If you fail to submit documentation, you will be assessed as a non-veteran.

**Veterans currently on active duty claiming veterans' preference:** You will be granted tentative preference if you submit a document from the armed forces certifying that within 120 days you are expected to be discharged or released from active duty service under honorable conditions and your application shows that you have the required service. Prior to being appointed, you must provide to the Servicing Human Resource Management Office a DD Form 214 documenting discharge/release and showing that the service was honorable or general. If you are on terminal leave, you must provide documentation certifying authorized terminal leave.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education(http://www.ed.gov/admins/finaid/accred/).

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## Benefits

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

- Benefits for federal employees (https://www.usa.gov/benefits-for-federal-employees#item-36407)

- [Healthcare insurance (https://www.opm.gov/healthcare-insurance/)](https://www.opm.gov/healthcare-insurance/)
- [Pay and leave (https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)](https://www.usajobs.gov/Help/working-in-government/pay-and-leave/)

[http://www.faa.gov/jobs/working_here/benefits/](http://www.faa.gov/jobs/working_here/benefits/)

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How to Apply

You must apply online to receive consideration. Your application must have a status of **"Received"** by 11:59 PM **Eastern Time** on the Close Date for it to be accepted. If you are applying for positions associated with FAA registers, your application must have a status of **"Received"** each time a referral list is created in order to receive consideration for positions associated with register.

**IN DESCRIBING YOUR WORK EXPERIENCE AND/OR EDUCATION, PLEASE BE CLEAR AND SPECIFIC REGARDING YOUR EXPERIENCE OR EDUCATION.**
**We strongly encourage applicants to utilize the USAJOBS resume builder in the creation of resumes.**
**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)
- Duties (be specific in describing your duties)
- Employer's name and address
- Supervisor name and phone number
- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)
- Full-time or part-time status (include hours worked per week)
- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide ALL of this information may result in a finding of ineligible.**

You may upload completed documents to your USAJOBS Account. This will provide you the opportunity to utilize the uploaded information again when applying for future vacancies. Please see this guide, Document Upload Guide, for more information on uploading and re-using the documents in your applications.

**Forms:**

- SF-15 : Application for 10-Point Veteran Preference

**Agency contact information**
**Aviation Careers**

**Phone**

405-954-4657

**Fax**

405-954-5766

**Email**

Aviation.Careers@faa.gov

**Address**

Federal Aviation Administration
Aviation Careers
6500 South Mac Arthur Blvd.
Oklahoma City, OK
73160
US

The Department of Transportation (DOT) is ranked #4 in the 2017 best places to work in the Federal Government!

Thanks to the work of the Federal Aviation Administration (FAA), over the past 50 years, aviation has become central to the way we live and do business, linking people from coast to coast and connecting America to the world. In fact, FAA has created the safest, most reliable, most efficient, and most productive air transportation system in the world.

### Visit our careers page

Learn more about what it's like to work at Federal Aviation Administration, what the agency does, and about the types of careers this agency offers.
http://www.faa.gov/jobs/

### Next steps

Candidates for FAA positions are evaluated using our Automated Vacancy Information Access Tool for Online Referral (AVIATOR) system. AVIATOR compares your skills and experience as described in your application with the requirements of the position. If you are found to be an eligible, highly-qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official.

**Important** - If you make any change to your application, you must resubmit it. If you change your application and do not resubmit it, your changes will not be considered part of your application package, and your previous application will be considered.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

### Equal Employment Opportunity Policy

The United States Government does not discriminate in employment on the basis of race, color, religion, sex (including pregnancy And gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, or other non-merit factor.

- Equal Employment Opportunity (EEO) office at OPM (https://www.opm.gov/about-us/our-people-organization/support-functions/equal-employment-opportunity/)
- Office of Equal Opportunity (http://www.eeoc.gov/eeoc/internal_eeo/index.cfm)

### Reasonable Accommodation Policy

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application process should follow the instructions in the job opportunity announcement. For any part of the remaining hiring process, applicants should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

A reasonable accommodation is any change in the workplace or the way things are customarily done that provides an equal employment opportunity to an individual with a disability. Under the Rehabilitation Act of 1973 the Equal Employment Opportunity Commission (EEOC) must provide reasonable accommodations:

- An applicant with a disability needs an accommodation to have an equal opportunity to apply for a job.

- An employee with a disability needs an accommodation to perform the essential job duties or to gain access to the workplace.

- An employee with a disability needs an accommodation to receive equal access to benefits, such as details, training, and office-sponsored events.

- Disability Employment - Reasonable Accommodations (https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations/)

- How to contact an agency (https://www.uat.usajobs.gov//Help/how-to/application/agency/contact/)

## Legal and regulatory guidance

Financial suitability (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/financial-suitability/)

Social security number request (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/social-security-number/)

Privacy Act (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/privacy-act/)

Signature & False statements (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/signature-false-statements/)

Selective Service (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/selective-service/)

New employee probationary period (https://www.uat.usajobs.gov//Help/working-in-government/fair-and-transparent/probationary-period/)