# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br>　　　　Defendant. | Case No. 16-cv-2227 (DLF) |

## DECLARATION OF ANDREW J. BRIGIDA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Andrew J. Brigida, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I was born a United States citizen in 1989. I am not African American.

3. I attended Arizona State University ("ASU"), an FAA approved AT-CTI school and participated in the AT-CTI Program.

4. While participating in the AT-CTI program at ASU, I completed approximately 200 hours of an FAA-provided ATCS curriculum. Successful completion of this curriculum was required in order to be eligible to apply to CTI-only ATCS vacancy announcements.

5. On April 3, 2013, while attending ASU, I took, and successfully passed the AT-SAT assessment with the top numerical score possible of 100%.

6. On August 13, 2013, I graduated from ASU, and ASU timely notified the FAA that I met all requirements to be considered a qualified applicant eligible to apply to AT-CTI graduate vacancy announcements.

Case 1:16-cv-02227-DLF

# EXHIBIT 28

7. In early January 2014 I was shocked to find out that the FAA would not consider my graduation from an AT-CTI school, recommendation, and AT-SAT score and that I would have to reapply for all future job opportunities as an off-the-street or general public hire.

8. As part of this new hiring process, I was required to take and pass a Biographical Questionnaire/Biographical Assessment ("BA/BQ") prior to being allowed to re-take the AT-SAT or otherwise move forward with my application.

9. Despite my 100% AT-SAT score, 3.0 GPA, and school recommendation, I took and "failed" the BA/BQ on February 10, 2014.

10. I am well aware of my duties as a prospective Class representative as my legal counsel has briefed me numerous times.

11. I am well aware of the subject matter and issues addressed in the complaints, as amended, filed against the FAA in this matter.

12. I will act independently and in the best interests of all class members if I am appointed as Class representative.

13. I am free of any conflicts and agree to do my very best to represent the interests of the entire class if I am appointed as Class representative.

14. Over 100 CTI graduates have personally reached out to me to express their support for this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 9th, 2021.

*Andrew Brigida*
Signature

Andrew Brigida
Printed Name