UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> PETE BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

### DECLARATION OF MATTHEW L. DOUGLAS-COOK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Matthew L. Douglas-Cook, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify completely thereto:

2. I was born a United States citizen in 1989. I am not African American.

3. I enrolled at the University of Alaska at Anchorage ("UAA"), an FAA approved AT-CTI school, and participated in the AT-CTI program.

4. While participating in the AT-CTI program at UAA, I completed approximately 200 hours of an FAA-provided ATCS curriculum.

5. On April 9, 2013, I took, and successfully passed, the AT-SAT assessment with the top numerical score possible of 100%.

6. In December 2013, I graduated from UAA and satisfied all requirements for being considered a qualified applicant.

7. I subsequently learned that UAA did not formally recommend me to the FAA

because the FAA did not request any recommendations from the December 2013 graduating class.

8. In early January 2014, I learned that the FAA would not consider my graduation from a AT-CTI school and AT-SAT score and that I would have to reapply for future job opportunities as an off-the-street or general public hire.

9. As part of this new hiring process, I was required to take and pass a Biographical Questionnaire/Biographical Assessment ("BA/BQ") prior to being allowed to re-take the AT-SAT or otherwise move forward with my application.

10. I took and "failed" the BA/BQ in February 2014. I have never been hired by the FAA.

11. I am well aware of my duties as a prospective Class representative as my legal counsel has briefed me numerous times.

12. I am well aware of the subject matter and issues addressed in the complaints, as amended, filed against the FAA in this matter.

13. I will act independently and in the best interests of all class members if I am appointed as Class representative.

14. I am free of any conflicts and agree to do my very best to represent the interests of the entire class if I am appointed as Class representative.

15. Numerous CTI graduates have personally reached out to me to express their support for this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on _____, 2021.

_____
Matthew Douglas (Sep 8, 2021 17:07 MDT)
Signature

_____
Printed Name

2