| | |
|---|---|
| **Message** | |
| From: | Swatman [swatman1@gmail.com] |
| Sent: | 2/13/2014 2:47:05 AM |
| To: | Verne Latham [Verne.Latham@asu.edu] |
| Subject: | CTI Grad Get Together |

Hello Professor Latham,

I was wondering if we could get a CTI Grad get-together night where Professor Pearson and yourself talk to everyone about the current situation regarding what is going on between the FAA, CTI Grads, and how it relates to information that is being posted on the ctistudents.com website regarding the NBCFAE. I do not think people know or understand the magnitude and scale that this situation has risen to and it needs to be spread to everyone that has graduated with us on what can be done to help spread the news and message.

Thanks

Andrew Brigida

Case 1:16-cv-02227-DLF         **EXHIBIT 31**