**To:** fox12news@kptv.com[fox12news@kptv.com]
**From:** M Douglas[mldouglas20@gmail.com]
**Sent:** Thur 12/25/2014 8:07:29 AM (UTC)
**Subject:** Air Traffic Control Story

Fox in PHX did a story on this and I am confident that this story would be relevant to the Portland Community.
http://www.myfoxtwincities.com/story/27699957/2014/12/23/faa-changes-rules-for-hiring-air-traffic-controllers

I am a CTI graduate and am in a similar situation as Andrew is from the PHX story. Please contact me if Fox 12 Oregon would like to run a similar story, I'd be pleased to share my story with the Portland Community. The safety of our skies is a public service provided by our government and it is facing some challenges that the public might not be familiar with which should be of great concern for anyone who flies.  The FAA is funded by public tax dollars and the investment by the American people is clearly being spent in a poor manner and needs to be addressed.  Thank you for your time and consideration, I hope Fox 12 Oregon shares the same level of concern as those who delivered this story in PHX.

(There are three entities involved with flight- dispatch, pilots and ATC). This comes at time when the FAA is tightening rules for aircraft dispatchers and pilots. From my personal perspective, it seems a bit odd that they would tighten rules regulating pilots and dispatchers; yet at the same time loosen those governing air traffic controllers.


Again, I am available to share my story at any time.


Best,

Matthew
360-936-7221
mldouglas20@gmail.com

**Case 1:16-cv-02227-DLF**               **EXHIBIT 34**