# Zhonette M. Brown

**PROFESSIONAL EXPERIENCE:**

**Mountain States Legal Foundation**, Lakewood, CO; *General Counsel*, 11/2018-6/2021; *Senior Counsel*, 7/2021-Present.

*Practice:* Constitutional and Administrative Litigation. Experience includes prosecution of takings claims before the Court of Federal Claims; defense of and challenge to federal administrative actions pursuant to Administrative Procedure Act in Federal Courts throughout the West and in Washington D.C.; representation plaintiffs in employment discrimination putative class action; other constitutional and natural resources litigation involving First Amendment, Second Amendment, Endangered Species Act, water law, and grazing rights; preparation of amicus briefs for submission to the Supreme Court of the United States.

**Bryan Cave LLP**, Denver, CO; *Partner*, 2012-2017.

*Practice:* Commercial Litigation and White-Collar Defense. Experience includes defense of federal False Claims Act cases, trade secrets claims, employment disputes, and contract disputes; defending and pursuing class claims; conducting internal investigations and responses to governmental investigations; and providing contracting counseling. Industries represented include health care, real estate, oil & gas, telecommunications, financial services, and software service providers. Routinely provided transactional risk-mitigation/liability advice.  Pro bono efforts include membership on the Colorado Lawyer's Committee Educational Task force and pursuit of related litigation as well as involvement in legal clinics and provision of services for the homeless.

**Brownstein Hyatt Farber Schreck**, Denver, CO; *Shareholder*, 2008-2012.

*Practice:* Commercial Litigation. Experience includes defense of employment discrimination claims, consumer class actions, business torts, contracts, and regulatory matters as well as bankruptcy/reorganization litigation. Industries represented include insurance, real estate development, mortgage lending, oil & gas, and telecommunications. Pro bono representations included Section 1983 litigation and legal services clinics.

**Kirkland & Ellis LLP**, Washington, D.C.; *Partner*, 2004-2008; *Associate*, 1999-2004.

*Practice:* Commercial Litigation. Experience includes defense of financial fraud and misrepresentation cases, response to SEC investigations, multi-district litigation, class actions, domestic and international contract arbitration, and bankruptcy litigation. Industries served include energy, automotive, chemicals, homebuilding and oil & gas. Pro bono representations included employment litigation and seeking asylum for an immigrant.

**United States District Court, District of Maryland**, Baltimore, MD; *Law Clerk*, 1998-99.

The Honorable Marvin J. Garbis: Researched and wrote bench memoranda.  Drafted judicial opinions on various matters including bankruptcy, trademark infringement, and employment discrimination.  Managed cases and docket.

# EXHIBIT 35

**CLASS ACTION EXPERIENCE:**

*In re American Online, Inc. Version 5.0 Software Litigation.;* No. 00-1341; (S.D. Fla. 2000) (Multiple Class Actions). Represented AOL in defending against multiple federal consumer class-action matters subject to MDL, as well as in state class actions, concerning the operation and inter-operability of the AOL software. MDL action resolved via class action settlement.

*Rees v. BP Am. Prod. Co.*, 211 P.3d 910, 911 (Okla. Civ. App. 2008). Represented BP in defending against class action alleging that BP defrauded royalty owners in BP's largest natural gas system in Oklahoma. Trial court dismissed class action complaint and Oklahoma Court of Civil Appeals affirmed the dismissal, marking the first time that an Oklahoma appellate court has held that a class action can be denied because issue preclusion prevents unnamed class members from filing subsequent class actions.

*Chockley v. BP Am. Prod. Co.*, No. CJ-2002-84 (Okla. Dist. Ct., Beaver County 2002). Represented BP in defending against state-wide class action alleging that BP defrauded Oklahoma royalty owners by miscalculating royalty payments. Class was not certified.

*George Durgin v. Technical Olympic, USA, Inc. et al*, Case No.: 06-61844-CIV-Marra (S.D. Fla. 2006). Represented Technical Olympic, USA, Inc. in defending against securities fraud class action.

*Vernon v. Qwest Communications*, No. C08-1516Z; W.D. Wash, 1:09-cv-01840, D. Colo. (2009). Represented Qwest Communications in defending consumer class action challenging Qwest's internet service termination fees.

*Grosvenor v. Qwest Corp.*, No. 1:2009-cv-02848 (D. Colo. 2009). Represented Qwest Communications in defending consumer class action challenging Qwest's internet service pricing.

Plaintiffs' Representation: *Cheryl M. Foley, et al v. Cordillera Golf Club, LLC.*, Case No. 2011-CV5-52, Co. District Court, Eagle County (2011); Case No 1:2012-cv-00351 (D. Colo. 2012); No. 12-707 (10th Cir. 2012). Represented plaintiff class of club members suing club for violation of various membership terms. Case resolved via class action settlement.

**EDUCATION:**
    **Georgetown University Law Center**, J.D., *magna cum laude*, 1998

    **University of Colorado**, B.A. Communications, *summa cum laude*, 1995

**AWARDS:** Colorado Super Lawyer 2014-17; Colorado Lawyers Pro Bono Team of the Year 2015

**BAR ADMISSIONS:** Colorado (2008); Maryland (1998, inactive); District of Columbia (1999)