# WILLIAM E. TRACHMAN

8661 E. 26th Ave, Denver CO 80238 ▪ wtrachman@gmail.com ▪ (303) 887-7284

## EXPERIENCE

**MOUNTAIN STATES LEGAL FOUNDATION, Denver, CO**
**Associate General Counsel**                                                                 Jan. 2021 – June 2021
**General Counsel**                                                                           July 2021 – Present
- Lead team of six attorneys practicing constitutional, civil rights, and administrative law against government agencies.
- Represent clients in major actions against the U.S. Department of Agriculture involving racially exclusionary policies under Section 1005 of the American Rescue Plan Act, which excludes Caucasian farmers and ranchers from obtaining COVID-19 debt relief.
- Consult with schools and private actors over applicability of local, state, and federal law.
- Meet with key stakeholders to address nascent topics in property rights, equal protection, and free speech issues.

**UNITED STATES DEPARTMENT OF EDUCATION, Washington, D.C. and Denver, CO**
**Deputy Assistant Secretary for Policy and Development, Office for Civil Rights**   Dec. 2017 – July 2019
**Senior Counsel to the Office for Civil Rights**                                     July 2019 – Present
- Senior Executive Service employee with T-5 (Top Secret) security clearance.
- Manage program legal staff of 20 attorneys, 5 statisticians, and 5 staff members dedicated to developing policies and regulations affecting schools at the K-12 level and in post-secondary institutions.
- Play key role in major agency projects, including promulgating Title IX regulations, evaluating significant guidance documents, and developing the administrative enforcement priorities of OCR.
- Offer guidance on enforcement practices with respect to compliance initiatives into schools and school districts failing to address sexual harassment and sexual violence, including Michigan State University.
- Serve as a member of the Department of Education Military Advisory Group.

**DOUGLAS COUNTY SCHOOL DISTRICT, Castle Rock, CO**                                    Nov. 2016 – Dec. 2017
**General Counsel**
- Managed both the Legal and Risk Management departments for the third largest school district in Colorado, employing over 8,000 employees and serving nearly 70,000 students.
- Represented and advised the School Board at public meetings and in non-public Executive Sessions.
- Coordinated litigation and administrative investigations, including several matters with the Office for Civil Rights, to address the needs of students with disabilities.
- Conducted trainings on FERPA, open meetings laws, CORA, and other emerging legal topics.

**LITTLER MENDELSON, P.C., Denver, CO**                                                June 2013 – Nov. 2016
**Employment Law Attorney**
- Practiced employment and labor litigation in defense of businesses in wage and hour cases, unfair competition matters, and ERISA disputes involving healthcare and pension plans. Advised clients on compliance issues surrounding trade secrets, religious accommodations, and workplace harassment.

**LITIGATION AND ELECTION LAW ATTORNEY, San Francisco, CA; Denver, CO**                Sept. 2011 – June 2013
- Practiced at Nielsen, Merksamer, Parinello, Gross & Leoni from 2011 to 2012.
- Independent attorney in San Francisco, California and Denver, Colorado from August 2012 to June 2013.

**O'MELVENY & MYERS, LLP, San Francisco, CA**                                          Sept. 2007 – Sept. 2011
**Associate and Counsel**
- Practiced complex commercial, employment, and antitrust litigation in state and federal court.

Case 1:16-cv-02227-DLF                          **EXHIBIT 36**

# WILLIAM E. TRACHMAN

8661 E. 26th Ave, Denver CO 80238 ▪ wtrachman@gmail.com ▪ (303) 887-7284

**TENTH CIRCUIT COURT OF APPEALS, Albuquerque, NM**                              Sept. 2006 – Sept. 2007
**Clerk to the Honorable Harris L. Hartz**

**KIRKLAND & ELLIS, Washington, D.C.**                                                            Sept. 2005 – Aug. 2006
**Associate Attorney**

## EDUCATION

**UNIVERSITY OF CALIFORNIA, BERKELEY SCHOOL OF LAW**
*Juris Doctor,* May 2005
*Activities:*   Editor-in-Chief, Berkeley Journal of International Law
                Member, *California Law Review*

**UNIVERSITY OF CALIFORNIA, BERKELEY**
Bachelor of Arts, Political Science, *cum laude*, May 2002
*Activities*:   National Champion, National Parliamentary Debate Association (2001)

## ACTIVITIES

| | |
|---|---|
| U.S. Commission on Civil Rights, Colorado Advisory Board | Temple Emanuel Brotherhood President |
| Board of Directors, Denver Urban Debate League | Faculty of Federal Advocates |
| National Native American Bar Assoc. (2009-12; 2014-16) | Colorado Federalist Society |

## SELECTED PUBLICATIONS

Marriage with a Capital "M": What Employers Need to Know About the Supreme Court's Decision in *Obergefell v. Hodges*, Littler Mendelson Employment Insight, June 26, 2015 (with co-authors).

Supreme Court Rules Plan Fiduciaries Owe a Fiduciary Duty to Periodically Review Plan Investments, Littler Mendelson Employment Insight, May 29, 2015 (with co-author).

Ninth Circuit Rejects EEOC's Challenge of Tribal Hiring Preferences, Littler Mendelson Insight, September 29, 2014 (with co-authors).

Tribal Criminal Jurisdiction After *U.S. v. Lara*: Answering Constitutional Challenges to the Duro Fix, 93 Calif. L. Rev. 847 (May 2005).

## SELECTED PRESENTATIONS

Title IX:  Past, Present, and Future, December 2019 (Keynote, National Association of Student Personnel Administrators (NASPA)) Law Conference).

Employment Law Issues in the Reproductive Medical Field, February 2016 (Colorado Association of Reproductive Technologists)

Sovereignty and Criminal Jurisdiction in Indian County, Fall 2004 (U.C. Berkeley American Indian Law Symposium).

*Admissions:*   State bars:   Colorado, California, Washington D.C., Maryland (inactive)
                Courts:       U.S. Supreme Court, 10th Circuit, 9th Circuit, S.D. Cal., C.D. Cal., D. Colo.

*Other*:   Nominee, Second Judicial District (2019); endorsed by Colorado Trial Lawyers Association.
           Certificate in Bargaining and Negotiations, September 2016 (Harvard Law School).
           Pro Bono Award, Homeless Rights Project, Lawyers Committee for Civil Rights (2010).