**Michael W. Pearson**

814 West Roosevelt Street
Phoenix, Arizona 85007
602.258.1000
www.azlaw.com

## Education
### Academic

**Juris Doctorate**
   *Arizona State University College of Law,* Tempe, Arizona
   Cum laude honors graduate- Top 15% GPA
   Pedrick Scholar conferred for academic excellence; Honors Legal Writing & Research

**Master of Business Administration**
   *Arizona State University College of Business*, Tempe, Arizona
   Honors Graduate

**Bachelor of Business Administration**
   *University of Houston-* CLC College of Business, Houston, Texas
   Summa cum laude honors graduate (4.00 GPA); Dean's list all semesters.

### Aviation

**United States Department of Transportation**
   Aircraft Accident Investigation School
   Transportation Safety Institute (TSI)
   Oklahoma City, Oklahoma

**Federal Aviation Administration**
   Certified Tower Controller-all FAA classes successfully completed
   Certified Radar Controller-all FAA classes successfully completed
   Certified Professional Air Traffic Controller (CPC)-all FAA classes successfully completed
   Certified Air Traffic Control Instructor- all facilities
   Quality Assurance Specialist -all FAA classes successfully completed
   Certified Weather Observer (CWO)
   Private Pilot

## Employment
### Professional- Legal

**Curry, Pearson & Wooten, P.L.C:** 2003- current
      Partner, Civil Litigation
      Phoenix, Arizona

**EXHIBIT 37**

**Bellah, Harrian & Pearson, P.L.C.**: 1997 – 1999, Of Counsel: 2000- 2002
    Partner, Civil Litigation
    Glendale, Arizona

**Law Offices of Michael W. Pearson**: 1995-1997
    Civil Litigation
    Phoenix, Arizona

Extensive civil litigation experience 100% dedicated to litigation. Practice areas include personal injury, wrongful death, complex civil litigation, FOIA, as well FAA enforcement action cases and aviation accident cases.

Multidistrict litigation (MDL)/Class Action experience – regarding the manufacture and sale by defendants of contaminated heparin. Represented clients injured (including wrongful death). All of the federal heparin lawsuits were eventually transferred to the U.S. District Court in Toledo, Ohio, becoming part of multidistrict litigation (MDL) coordinated by Judge James G. Carr.

Representative entity clients: Various international airlines such as Air France and Zest Airways. Part 135 clients include TALON Air, Keystone Aviation, FUGA, and GlobalJet.

Other clients: the families of the Arizona "Hotshots" who tragically lost their lives during an out-of-control inferno in a brush-choked canyon in the worst loss of life for U.S. wildland firefighters in eight decades to aviation clients including family members who have lost loved ones in accidents, airplane and helicopter accidents, and those injured on domestic and international flights. Other wrongful death cases include matters such as electrocution and shooting deaths.

Representative cases: *Larue v. Brown*, 693 Ariz. Adv. Rep. 18 (App. Div. I, August 19, 2014); *Gilding v. Carr*, 608 F.Supp.2d 1147 (D.Ariz., 2009); *Mitchell v. City of Flagstaff*, 2011 WL 5826014 (D.Ariz. 2011); *Rojas v. Fed. Aviation Admin.*, 927 F.3d 1046 (9th Cir. 2019); *Rojas v. Fed. Aviation Admin.*, 941 F.3d 392 (9th Cir. 2019).

Rating Services:

    "AV" Martindale Hubbell rating
    SuperLawyers- selected in the categories of litigation, personal injury, and aviation
    AVVO- "10" rating
    America's Top 100 Attorneys
    America's Top 100 High Stakes Litigators
    Arizona's Finest Lawyers
    Bar Register as a Preeminent Lawyer
    Multi-Million Dollar Advocate
    National Trial Lawyers Association- Nations Top One Percent

## Academic

**Arizona State University: 1993 – current**
    Associate Professor

    Representative Classes: Aviation Law, Aviation Regulation, Aviation Labor Relations

**Embry-Riddle Aeronautical University: 1994 - 1997**
    Associate/Adjunct Faculty
    Classes: Aviation Law, Business Law, and Aviation Labor Relations

**Federal Aviation Administration: 1992 - 1994**
    Quality Assurance Specialist
    Classes: Various professional aviation courses

## Professional- Air Traffic Control (Radar Approach Control and Tower)

**Air Traffic Control Specialist- Phoenix Tower (PHX)**: 1997 - 2010
    Phoenix, Arizona

**Air Traffic Control Specialist- Phoenix TRACON (P50)**: 1989 - 1996
    Phoenix, Arizona

**Air Traffic Control Specialist- Phoenix Tower (PHX)**: 1988 - 1989
    Phoenix, Arizona

**Air Traffic Control Specialist- Houston Hobby TRACAB (HOU)**: 1984 - 1988
    Houston, Texas

Coordinated the movement of aircraft to maintain safe distances between them, in high density and complex air traffic control facilities. Extensive experience in Air Traffic Control safety and operations in various regions of the country. Certified air traffic control instructor in all facilities.

## Professional- Accident Investigation/Human Factors

**Quality Assurance Specialist- Phoenix TRACON**: 1992 - 1994
    Phoenix, Arizona

Duties included accident/incident data analysis of information collected during investigations of air traffic controllers and pilots. Responsibilities included the development of recommendations, specifically from a human factors perspective (both air traffic control and pilot-in-command), in order to prevent future accidents/incidents.

# Professional Memberships

- Arizona, Colorado, District of Columbia and Wyoming Bar Associations
- American Association for Justice (AAJ).
- Arizona Trial Lawyers Association (ATLA).
- Lawyers and Pilots Bar Association (LPBA)
- National Transportation Safety Board Bar Association
- Air Traffic Control Association (ATCA).
- University Aviation Association (UAA).

- American Association of Airport Executives (AAAE)

## Accreditation/ Licenses
- Licensed to practice law in Arizona, Colorado, District of Columbia, Wyoming- Federal and State Courts.
- Certified Control Tower Operator (CTO); Certified Weather Observer (CWO); Certified Air Traffic Control Instructor; Certified Professional Controller (CPC).

## Editorial Board Memberships
- Editorial Board: *The CRM Insight*, The Aircrew Journal for Cockpit/Crew Resource Management. Published by the MEI Technology Corporation.
- Panel of Reviewers: *Journal of Air Transportation World Wide*, A journal of peer-reviewed articles in all areas of aviation and space transportation research, policy, theory, case study, practice and issues. Published by the Aviation Institute at the University of Nebraska- Omaha.

## Publications
- *Foundations of Aviation Law*. Pearson, M.W., Riley, D., ISBN: 978-1472445636, Routledge Publishing Co., 2016.
- *Air Traffic Testing Systems: ATC Examination Strategies*. Pearson, M.W., Bergevin, P.M., Phoenix, AZ: JAB Publishing Co., 1992.

## Board Service
- Association of Collegiate Training Institutions (ACTI)
- Aviation Education Council of Arizona (AECA)
- Arizona Call-A-Teen Youth Resources, Inc. (ACYR)
- United States Contract Tower Association (USCTA)