UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>Plaintiffs,<br><br>vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Case No. 16-cv-2227 (DLF) |

## PROPOSED NOTICE PLAN

As required by Local Civil Rule 23.1(c), Plaintiffs propose the following methods for providing notice to class members.

First, within 14 days after the grant of class certification the parties shall submit an agreed proposal for the text and form of a Notice of Pendency of Class Action, or if agreement is not reached, shall submit their respective proposals.

Second, to the extent practicable, each potential member of the class shall be notified of the class certification first via e-mail and then, if necessary, via United States Postal Service ("USPS") First Class mail sent to such class member's last known address in the following manner.

Third, within 30 days after the grant of class certification, Defendant will provide to Plaintiffs a list of all potential class members, as defined in Plaintiffs' Fourth Amended Complaint, ECF No. 114 ¶ 173. This list shall include the last known e-mail address and last known mailing address (including name, street address or P.O. Box, city, state, and zip code) of each class

member. Plaintiffs propose to notify all potential class members who cannot be categorically ruled out of the class, such as persons for whom information is incomplete. Within 21 days of receiving the data from Defendant, Plaintiffs shall identify any persons believed to be or potentially in the class not included in the data Defendant previously provided and provide a list of such persons to Defendant. Within 21 days of receiving such list Defendant shall provide last known e-mail address and last known mailing address (including name, address or P.O. Box, city, state, and zip code) for such additional potential class members.

Fourth, within 30 days after receiving addresses of potential class members from Defendant, or within 30 days of the Court approving the text and form of the Notice of Pendency of Class Action, whichever is later, Plaintiffs will send such Notice to each class member via e-mail. For any notice e-mail returned as undeliverable, and for any such e-mail lacking a response within 30 days, Plaintiffs will follow with correspondence by hard copy mail sent to the class members' last known mailing addresses, via USPS First Class Mail. The return address for all such correspondence shall be the office of Plaintiffs' counsel in Lakewood, Colorado. Plaintiffs will also make the Notice publicly available on Class Counsel's respective web sites. Plaintiffs will be responsible for all costs related to notice.

For any mailed notices returned to sender as undeliverable, Plaintiffs will pursue additional options for determining class members' current addresses.

Class members will be given 30 days from the date on which the Notice is physically mailed to opt out of the class. All requests to be excluded from the class must be either received by Plaintiffs' counsel or postmarked by that date.