# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>    Plaintiffs,<br><br>  vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 16-cv-2227 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED[ ORDER

Upon consideration of Plaintiffs' Motion for Class Certification, it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**, and it is further

**ORDERED** _____

**SO ORDERED**.

Dated: _____, 2021    _____
                                                                        UNITED STATES DISTRICT JUDGE