IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-2227 (DLF) |
| PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendant Peter P.M. Buttigieg, Secretary of the U.S. Department of Transportation, files this motion for an extension of the deadline to respond to Plaintiffs' renewed Motion for Class Certification, ECF No. 139, and adjust related deadlines. In support of this Motion, Defendant avers the following:

1. On September 10, 2021, Plaintiffs filed their renewed Motion for Class Certification, ECF No. 139. Defendant's opposition to Plaintiffs' motion is due on or before October 15, 2021, with Plaintiffs' reply to follow on October 29, 2021. *See* Minute Order, June 2, 2021. A joint report proposing a schedule for discovery is due on November 18, 2021. *See* Minute Order, Aug. 20, 2021.

2. Plaintiffs' motion raises a significant number of issues and is supported by 38 often-lengthy exhibits. Undersigned counsel requires additional time to confer with the FAA regarding its response to both the factual and legal issues raised in Plaintiffs' motion. The additional time is necessary in part in order to ensure a comprehensive and reasoned response to the complex issues implicated in Plaintiffs' motion and in part as a result of unanticipated

1

deadlines arising in the undersigned's other cases, including a response due this week in another putative class action pending in a different court.

3.  Undersigned counsel for Defendant conferred with Plaintiffs' counsel on October 13, 2021 regarding an extension. Plaintiffs' counsel stated their consent, but noted that due to travel and other deadlines, November 18, 2021 was the earliest they could file their reply.

4.  Accordingly, the parties agreed on the following proposed schedule:

- October 26, 2021 - Defendant's opposition to Plaintiffs' motion for class certification;
- November 18, 2021 – Plaintiffs' reply in support of their motion for class certification;
- December 10, 2021 – the parties' Joint Status Report proposing a schedule for discovery.

5.  The parties have proposed to extend the Joint Status Report deadline so that they can confer pursuant to Federal Rule of Civil Procedure 26 after briefing is completed without interfering with absences for the Thanksgiving holiday.

6.  A proposed order is attached to motion.

Dated: October 13, 2021                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Trial Counsel
REBECCA CUTRI-KOHART (D.C. Bar No. 1049030)
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendants*