THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PETER P.M. BUTTIGIEG, Secretary, U.S. ) <br> Department of Transportation, ) <br> ) <br> Defendant. ) | Civil Action No. 16-cv-2227 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that Defendant's motion is granted; and further

**ORDERED** that Defendant's opposition to Plaintiffs' Motion for Class Certification [139], shall be filed on or before October 26, 2021; and further

**ORDERED** that Plaintiffs' reply in support of their Motion for Class Certification shall be filed on or before November 18, 2021; and further

**ORDERED** that the parties shall confer pursuant to Rule 26 of the Federal Rules of Civil Procedure and file, on or before December 10, 2021, a joint status report proposing a schedule for discovery.

**SO ORDERED.**

DATED: _____, 2021          _____
                                                                            UNITED STATES DISTRICT JUDGE