IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| ELAINE L. CHAO, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification and Defendant's opposition, it is hereby:

**ORDERED** that Plaintiffs' motion is DENIED with prejudice.

**SO ORDERED.**


DATED: _____, 2021     _____
                                    UNITED STATES DISTRICT JUDGE