## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| PETER P.M. BUTTIGIEG, Secretary, U.S. ) Department of Transportation, ) | |
| Defendant. ) | |

## ERRATA

Due to technical difficulties, undersigned counsel was unable to file Exhibits P through II in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 141, at the time of the initial filing. The ECF system would not accept certain of the PDFs. These issues have now been corrected. Please see the attached exhibits.

1

2

| | |
|---|---|
| Dated: October 27, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>*/s/ Galen N. Thorp*<br>GALEN N. THORP (V.A. Bar No. 75517)<br>Senior Trial Counsel<br>REBECCA CUTRI-KOHART (D.C. Bar No. 1049030)<br>MICHAEL DREZNER (V.A. Bar No. 83836)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: (202) 514-4781<br>Facsimile: (202) 616-8470<br>Email: galen.thorp@usdoj.gov<br><br>*Counsel for Defendants* |