

**EXHIBIT**

**P**

# Extension to Barrier Analysis of Air Traffic Control Specialist Centralized Hiring Process

## FINAL REPORT

## *April 16, 2013*



*©2013 APTMetrics, Inc.*

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## TABLE OF CONTENTS

| Section | Page |
|---|---|
| Chapter 1: Executive Summary | 3 |
| Chapter 2: Overview, Barrier Analysis and Stakeholder Insights regarding the FAA ATCS Selection Process | 10 |
| Chapter 3: Root Cause Analysis of ATCS Decision Point Barriers | 18 |
| Chapter 4: Summary and Recommendations | 51 |
| Chapter 5: References/Appendices | 57 |
|     References | 57 |
|     Appendix A: IRP Review | 59 |
|     Appendix B: Documents Received and Reviewed | 77 |
|     Appendix C: FAA ATCS Stakeholder Interview Protocol | 83 |
|     Appendix D: Analysis Decisions | 90 |
|     Appendix E: Full Data Analysis Results | 97 |

| List of Figures | |
|---|---|
| Figure 1 | Total Applicants by Source (2008 – 2011) | 22 |
| Figure 2 | Applicant Demographics by Source (At Point of Application) | 22 |
| Figure 3 | Total Applicant Flow – Applicant Survival (2008 – 2011) | 23 |
| Figure 4 | Candidate Pool Representation Through to CSP by Ethnicity | 24 |
| Figure 5 | Total Applicant Flow by Ethnicity – Applicant Survival (2008 – 2011) | 25 |
| Figure 6 | Total Applicant Flow by Gender – Applicant Survival (2008 – 2011) | 26 |
| Figure 7 | Total Applicant Flow by Source – Applicant Survival (2008 – 2011) | 27 |
| Figure 8 | Percentage Qualified Applicants Who Are Referred (Announcements Throughout Nation/US Only) | 38 |
| Figure 9 | Process Used to Create CSP Location-Specific Referral Pools | 40 |
| Figure 10 | Distribution of Race & Gender Groups in AT-SAT Bands | 43 |

| List of Tables | |
|---|---|
| Table 1 | ATCS Minimum Qualifications by Applicant Source | 11 |
| Table 2 | Merit System Principles | 14 |
| Table 3 | Outtz and Associates Barrier Analysis Summary | 16 |
| Table 4 | Stakeholder Insights Regarding Barrier Analysis | 17 |
| Table 5 | SME Interviews | 19 |
| Table 6a | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 30 |
| Table 6b | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. HISPANIC | 31 |
| Table 6c | MQ: System Qualifications (from Applied) - Overall and By Applicant Source - Cumulative Applications Analysis - MALE VS. FEMALE | 31 |
| Table 6d | System Qualifications (from Applied) - Unique Analysis | 97 |
| Table 6e | System Qualifications (from Applied) - Cumulative Analysis | 99 |
| Table 7a | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 32 |
| Table 7b | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - WHITE VS. HISPANIC | 32 |
| Table 7c | MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source - Cumulative Applications Analysis - MALE VS. FEMALE | 33 |
| Table 7d | HR Qualifications Review (from System Qual) - Unique Analysis | 101 |
| Table 7e | HR Qualifications Review (from System Qual) - Cumulative Analysis | 103 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Table 8a | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - WHITE VS. AFRICAN AMERICAN | 34 |
| Table 8b | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - WHITE VS. HISPANIC | 34 |
| Table 8c | MQ: HR Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis - MALE VS. FEMALE | 35 |
| Table 8d | HR Qualifications Review (from Applied) - Unique Analysis | 105 |
| Table 8e | HR Qualifications Review (from Applied) - Cumulative Analysis | 107 |
| Table 9a | AT-SAT Pass for Public Source - Unique Applicant Analysis - AFRICAN AMERICAN, HISPANIC, & FEMALE GROUPS | 35 |
| Table 9b | AT-SAT Pass (Public Source Only) - Unique Analysis | 109 |
| Table 10a | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – WHITE vs. AFRICAN AMERICAN | 37 |
| Table 10b | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – WHITE vs. Hispanic | 37 |
| Table 10c | Geographic Location Preferences: Overall and By Applicant Source - Cumulative Applications Analysis – Male vs. Female | 37 |
| Table 10d | Geographic Location Preferences - Cumulative Analysis | 110 |
| Table 11 | Impact of Location Preferences on African Americans | 39 |
| Table 12a | Overview of Adverse Impact by Individual CSP | 41 |
| Table 12b | CSP - Selected (from Referred) - Unique Analysis | 112 |
| Table 12c | CSP - Selected (from Referred) - Cumulative Analysis | 114 |
| Table 12d | CSP Overall - Selected (from Referred) - Unique Analysis | 116 |
| Table 12e | CSP Eastern Service Area - Selected (from Referred) - Unique Analysis | 120 |
| Table 12f | CSP Central Service Area - Selected (from Referred) - Unique Analysis | 124 |
| Table 12g | CSP Western Service Area - Selected (from Referred) - Unique Analysis | 128 |
| Table 13 | Examination of Impact of Lowering AT-SAT Cutoff Score | 44 |
| Table 14a | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - WHITE VS. AFRICAN AMERICAN | 47 |
| Table 14b | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - WHITE VS. HISPANIC | 47 |
| Table 14c | Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis - MALE VS. FEMALE | 48 |
| Table 14d | Interview Pass - Unique Analysis | 132 |
| Table 14e | Medical Pass - Unique Analysis | 133 |
| Table 14f | Conditional Suitability Pass - Unique Analysis | 134 |
| Table 14g | Final Suitability Pass - Unique Analysis | 135 |
| Table 14h | Both Conditional & Final Suitability Pass - Unique Analysis | 136 |
| Table 14i | Hire Decision Pass - Unique Analysis | 137 |
| Table 15a | Overall Hiring Process Decisions - Unique Applicant Analysis - WHITE VS. AFRICAN AMERICAN | 49 |
| Table 15b | Overall Hiring Process Decisions - Unique Applicant Analysis - WHITE VS. HISPANIC | 49 |
| Table 15c | Overall Hiring Process Decisions - Unique Applicant Analysis - MALE VS. FEMALE | 49 |
| Table 15d | Overall Process: Applied to Hired - Unique Analysis | 138 |
| Table 15e | Overall Process: Fully Qualified to Hired - Unique Analysis | 139 |
| Table 16 | HR Screen Comments | 90 |
| Table 17 | Referral Action Comment Recode | 93 |
| Table 18 | Overall Security Score | 94 |
| Table 19 | CSP Dates | 96 |



# Chapter 1

### EXECUTIVE SUMMARY

A Barrier Analysis of the FAA's Air Traffic Control Specialist (ATCS) centralized hiring process was recently completed by Outtz and Associates (October, 2012). This analysis was guided by EEOC's Management Directive 715 & the Uniform Guidelines on Employee Selection Procedures (1978). The results of that analysis indicated that barriers exist for certain protected groups on four of the seven critical decision points that comprise the ATCS centralized hiring process.  APT*Metrics* was contracted by the FAA's Office of Human Resources (OHR) in December, 2012 to conduct a detailed root cause analysis of the identified barriers and establish the foundation for corrective interventions. A summary of our approach, findings and recommendations are discussed below.

While there are 10 steps in the overall hiring process, from Vacancy Announcement (Step 1) through to Firm offer Letter (Step 10), seven of these steps require personnel actions that impact applicant flow and were therefore targeted for review by the barrier analysis (**See Chapter 2**). These seven decision points are:

- **Minimum Qualifications (MQs**).  The ATCS minimum qualifications are customized to each applicant source. The minimum qualification review is carried out in two stages: automated system screening and manual HR review.

- **Air Traffic Selection and Training (AT-SAT).** The AT-SAT is a computer-based selection test battery designed to assess key ATCS worker requirements, aptitude, and personal characteristics associated with success as an ATCS.  The AT-SAT is only relevant for individuals applying from CTI, General Public, and VTP applicant sources.

- **Generation of Referral Lists.**  For all applicant sources except General Public, referral lists are generated separately for each applicant source and geographic location that has vacancies.  Non-referral would occur if an applicant failed to specify a location preference or if the location preferences did not align with state/facility hiring needs.

- **Centralized Selection Panel (CSP).** Once referral lists have been generated, a CSP is convened to review these lists and select individuals to fill specific facility vacancies. The CSP is comprised of management representatives who have expertise in the ATCS occupation and knowledge of the facilities within their respective regions.

- **Interview.**  Applicants who are selected during the CSP are invited to participate in an interview with a facility manager, typically at the facility that is closest to the address on record for the applicant.

- **Medical Screen.** The medical screen consists of both physical and psychological components.



- **Security Clearance.** The security screen consists mainly of a primary screen (termed Conditional Suitability). If the primary screen is insufficient to make a determination, a subsequent secondary screen (termed Final Suitability) is then conducted.

The decision points described above combine to form a fairly complex hiring process. This complexity is due to a number of factors including the use of multiple applicant sources with different minimum qualifications, mixed uses of the AT-SAT, application knock-out factors unrelated to qualifications (e.g., location preference), a potentially multi-year hiring process from the point of application to hire, and referral lists organized by applicant source. Each of these factors is addressed in this report in terms of its impact on protected groups as well as how it can be changed or improved.

Based upon the Barrier Analysis and FAA stakeholder responses to this analysis (including ATO, CAMI, and AHR), a root-cause analysis was blueprinted to thoroughly investigate each of the barriers identified and determine whether any additional hurdles existed to the fair and accurate selection of candidates for the ATCS position (**See Chapter 3**).

The process for conducting this root cause analysis required a thorough understanding of how the various decision points of the hiring process impact candidates' "survival" from application through to the hire decision. Both qualitative and quantitative analyses were employed to interpret the impact of each decision point and tease out the underlying causes of differential pass rates for protected group members.

*Qualitative Review*

The qualitative review incorporated stakeholder interviews, site visits, a review of existing FAA documentation, and an evaluation of recommendations generated through the *FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (IRP)*. Among the insights gleaned during this review was the need to: 1) increase standardization, consistency and documentation across all decision points in the hiring process, 2) establish the job-relatedness of all decision points in the hiring process, 3) minimize subjectivity, particularly in the MQ and CSP steps, 4) improve data capturing and tracking capabilities, and 5) establish a central group to oversee and improve the ATCS hiring process. This phase of the study provided additional context to the barrier analysis and allowed for a thorough understanding of how the hiring system works, the unique challenges involved in balancing applicant flow with adverse impact, and provided direction for the types of analyses that would lead to sustainable interventions.

*Quantitative Review*

The quantitative review relied on data housed in the AVIATOR system between 2006 and 2011, as well as AT-SAT testing data provided by CAMI. This phase of the study began with a high-level evaluation of where important subgroup differences are occurring in the hiring process.

<u>Survival Analysis</u>. When examining the underlying diversity of the various applicant sources, the most dramatic difference was found between the Collegiate Training Initiative (CTI) source and



all other applicant sources with respect to African American representation.  African American applicants comprise only 5% of the CTI pool compared to an average of 34% African American representation across the non-CTI applicant sources. While the CTI applicant source is relatively small compared to the other sources, the CTI subgroup differences are magnified when considering the relatively high "survival" rate of CTI candidates through the hiring process.

An analysis of survival rates by race, gender, and applicant source was conducted for each step in the hiring process. This applicant flow information provided insights into which of the decision points in the hiring process serve to disproportionately screen out minority candidates and certain applicant sources. These analyses illustrated a number of important findings:

- Nearly all applicant screening occurs prior to the interview stage, primarily during the MQ and CSP stages of the hiring process;

- Advancement in the hiring process is clearly correlated with race. White applicants pass the MQ screening and CSP stages at a significantly higher rate than African American applicants;

- Advancement in the hiring process is clearly correlated with applicant source. CTI applicants pass the MQ qualification and CSP hurdles at a significantly higher rate than all other applicant sources, and

- MQ screening dramatically alters the overall diversity of the applicant pool that moves forward in the hiring process. For example, prior to any screening, 32% of all applicants are African Americans and 48% are White. However, following the MQ screening, 16% of all applicants moving forward are African American while 65% are White.  Moreover, this is the stage at which at least 80% of applicants from the most diverse sources are eliminated.

The applicant flow information above highlights several important points which were used to drive our subsequent analyses.  First, the steps from application to CSP selection are the most likely places for systematic adverse impact simply because these steps are responsible for the vast majority of applicant fails.  Second, African Americans stand out as having a very different survival rate for these earlier hurdles.  Third, applicant sources show very different demographics.  Because the CTI source is much less diverse, the CTI source itself can confound analyses by ethnicity.

<u>Root Cause Analyses by Decision Point.</u>  Using the applicant survival analysis, the results of the Barrier Analysis, and our in depth interviews with SMEs, analyses were conducted to evaluate the underpinnings of this differential impact across the hiring decision points.

*MQ Stage*. The MQs were developed to be tailored to each applicant source and therefore differ significantly across sources. This approach impacts pass rates, which happen to vary considerably by applicant source. Results of our adverse impact analyses indicate that the overall MQ stage produces adverse impact for African Americans and Hispanics for all applicant sources except CTI (98% of CTI candidates pass through the MQ stage).  Adverse impact was also found for Females for all applicant sources except CTI and General Public.



*Air Traffic Selection and Training (AT-SAT)*. The AT-SAT serves as a hurdle after qualification for the General Public and VTP applicants and as a minimum qualification for CTI applicants. All three of these sources must score at least a 70 to pass their respective AT-SAT hurdle. However, the AT-SAT is used again during the CSP process to differentiate applicants into "qualified" and "well qualified" bands (see below). When used as a minimum qualification with a 70% pass score, approximately 95% of applicants pass the exam with no resulting adverse impact for African Americans, Hispanics, and Females

*Referral Stage*. The referral decision point is an automated decision based solely on the location preference provided by applicants. If the applicant chooses a location for which an ATCS candidate need exists, then the applicant is referred for that location.[4] However, the use of location preferences as a basis for the referral is problematic. Our analyses revealed that referral rates vary considerably by applicant source. Applicants from the CTI, CTO, and Reinstatement sources were referred at twice the rate of applicants from the RMC and VRA sources, and these also happen to be the sources with the largest percentage of African Americans. Ultimately, African American diversity is reduced disproportionality in the overall process because African American membership is highest for those sources that are referred at much lower rates. Given that the referral rates are so different (i.e., 97% vs. 47%) suggests that perhaps the CTI, CTO, and Reinstatement sources are better informed as to the location of open positions.

*CSP Stage*. For the CSP process, adverse impact was observed for African Americans and Females, for specific panel sessions, though no consistent pattern of adverse impact was observed over the 2008-2011 time period. One significant finding was that adverse impact only occurs for African Americans within the CSP when national Public announcements are used. This is due largely to how the AT-SAT is used to prioritize the selection of General Public applicants.

Currently, applicants are split into two bands based on predetermined score ranges. Scores less than 85 and greater than or equal to 70 are considered to be "qualified." Scores at or above 85 are considered to be "well qualified." Applicants who score in the "well qualified" band are given substantial preference in CSP selection decisions.

Applicants who score in the "Well Qualified" band on the AT-SAT receive priority over those scoring in the "Qualified" band. White applicants score in the preferred band at a disproportionately higher rate than racial minorities (e.g., 70% White vs. 36% African American and 47% Hispanic).

---

[4] The referral process for General Public applicants is slightly different in that applicants are placed on national referral lists and are therefore considered for all locations.



*Interview Stage.* Almost 100% of applicants who were interviewed passed the interview. No race or gender adverse impact was found for the interview. The interview questions and answers can be found online.

*Medical Stage.* More than 90% of applicants passed the medical screen. No race or gender adverse impact was found for the medical screening.

*Security Stage.* Selection rates for all groups remained very high (greater than 95%). No race or gender adverse impact was found for passing the overall security screening process.

*Overall Hiring Process.* Adverse impact was found at several hurdles in the ATCS selection process, as well as across the overall ATCS selection process. Specifically, two of the three focal groups (African Americans and Females) have disproportionately lower pass rates than White and Male applicants for both minimum qualification hurdles (automated and HR) as well as for the CSP selection process. Regarding the minimum qualification hurdles, adverse impact was found within most of the applicant sources as well. Adverse impact was not observed for CTI at any point in the hiring process, though the qualification rate was very high in general. Importantly, adverse impact for the CSP process does vary considerably by individual CSP event and appears to be a function of using General Public source national referral lists. Also, the current method of using location preferences is decreasing applicant diversity due to vastly different referral rates for the applicant sources.

A summary of our findings along with a number of recommendations for each of the decision points that were identified as problematic are presented in **Chapter 4**. In addition, specific suggestions to improve assessment tool vulnerabilities, process inefficiencies, and overall design challenges that need to be addressed to ensure the sustainability of recommended interventions over time are discussed.

**STEP 1: Vacancy Announcements.** A structured process, involving a job analysis and formal validation, should be conducted to determine and validate the differentiating criteria for ranking and deciding upon which applicant sources should be drawn upon for each open position.

In addition, it is recommended that the FAA continue community outreach efforts to educate applicants about the ATCS occupational series and more broadly, establish a national recruitment outreach and education program around the ATCS position.

**STEP 2: Minimum Qualifications.** It is strongly recommended that the MQs be reviewed against the job analysis and revised and validated accordingly. Additionally, every attempt should be made to build consistent MQs across recruitment sources.

Consideration should also be given to the use of preferred qualifications (PQs) that could be used to differentiate between a large number of candidates meeting the MQs and other



qualification requirements (e.g., passing the AT-SAT).  As with MQs, job relevance and potential for adverse impact must be considered for PQs.

A tracking system should also be established to evaluate MQ screening decisions for accuracy and adverse impact on an ongoing basis.

**STEP 3: AT-SAT**.  Roughly 95% of applicants score at or above the passing score of 70, however, this rate drops precipitously and produces significant adverse impact for the cutoff associated with the well qualified band. Operationally, the cutoff score for selection in the CSP is 85 since applicants in the "qualified" band are rarely selected.

One potential solution to this issue is to replace the use of the AT-SAT within the CSP with a measure that can differentiate candidates without increasing adverse impact.  For example, the use of validated preferred qualifications that are collected during the application process could be used for this purpose.

In terms of the AT-SAT itself, it is recommended that supplemental validation research be conducted to confirm its relevance to the job. Specifically, the AT-SAT should be reviewed against an updated job analysis to ensure that it is still measuring the most important requirements for success in the ATCS position.

**STEP 4: Generation of Referral Lists.**  It is recommended that the air traffic controller application form be changed so that applicants could select the "anywhere in the nation" option. They should also be provided with information as to which facilities have openings.  This is in line with the Independent Review Panel's recommendation (ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).

**STEP 5: Centralized Selection Panel (CSP).**  It is recommended that the full CSP process design be evaluated for efficiency, accuracy and fairness.  It is quite likely that alternative approaches to the CSP model would result in more precise, fair outcomes along with tremendous cost savings.  For example, there may be potential to automate much of the current decision making localized in the CSP selection process.  Under this scenario CSP panelists could operate in more of a final review/quality control role.

It will also be critical to implement a rigorous evaluation of the CSP decision making process to ensure that the process is operating as intended.  Initially it will be important to closely monitor and oversee a full cycle of CSPs to ensure real-time decisions are fair and job-related. Decision making in the CSP should continue to be monitored by HR on an on-going basis thereafter.

**STEP 6: Interview**.  The interview has become more of a formality in the ATCS hiring process as almost 100% of the candidates pass.  It is recommended that new interview content be developed and validated, using the job analysis as the driver of which competencies need to be measured.

Additionally, it is recommended that training be provided to all hiring managers involved in conducting the interviews to ensure they understand how to fairly and accurately conduct the



interview process. Training should include "frame of reference" exercises in order to help calibrate judgments and ratings across hiring managers.

## ATCS Overall Design Considerations

The current ATCS selection process is highly decentralized, with decision making and process tracking occurring across multiple departments and organizations.  The absence of a clear structure and accountability for the full selection process results in significant challenges to the evaluation, ongoing improvement, and long-term success of the program.  It is our recommendation that a single organization take charge of this process so that it can be centrally managed from announcement through to placement into the FAA Academy.  The organization best positioned to "own" and run this process is the Office of Human Resources.

A centralized process, housed in AHR, would enable improved standardization and targeted outreach of the recruitment process, an improved ability to track and evaluate the hiring process, and enhanced coordination of the entire process.



# Chapter 2

**OVERVIEW, BARRIER ANALYSIS AND STAKEHOLDER INSIGHTS REGARDING THE FAA ATCS SELECTION PROCESS**

In order to set the context for these analyses, a brief description of the steps and decision points that comprise the ATCS hiring process is provided below.

**Overview of ATCS Hiring Process**

**STEP 1: Vacancy Announcements.** Applicants for ATCS positions must apply online to formal vacancy announcements. The vacancy announcements are specific to an applicant hiring source[5]. Applicant sources used in the ATCS hiring process include the following:

– Reinstatements/Transfers
  • Former FAA controllers
  • PATCO
  • Department of Defense (DOD)
– Former military controllers
  • Veterans' Recruitment Appointment (VRA)
  • Retired Military Controllers (RMC)
– Graduates from FAA accredited collegiate programs
  • Collegiate Training Initiative (CTI)
– General Public
  • Includes Veterans Training Program (VTP) candidates
– Control Tower Operators (CTO)

The mix of applicant sources chosen during any hiring period is based on a combination of the number of positions that need to be filled and preferences of the FAA for particular applicant sources. Notably, candidates can apply to multiple applicant source announcements at any given time.

Announcements, when made, are also designated to a specific geographic area. "National" announcements (i.e., Throughout the US/Nation) are typically issued to cover hiring needs across the US and US territories, though announcements have also been issued for specific states and facilities at different points in time. When applicants apply to an announcement, the applicant must indicate up to two location preferences. For example, for an announcement designated "Throughout the Nation," an applicant might indicate both "Illinois" and "Indiana." These location preferences can be changed by the applicant until the announcement is closed.

---

[5] There are two exceptions to the announcement and application process. First, in 1993, a list of reinstatement and transfer eligible ATCS who were separated from the FAA as a result of the PATCO job action of 1981 was created (known as the PATCO list). This list represents an additional source of applicants. Vacancy announcements are not issued for PATCOs. Second, exceptions were accorded to Flight Service Station (FSS) employees whose positions were eliminated when FSS functions were contracted out,



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

For all applicant sources except General Public, location preferences dictate which location-specific referral list(s) (e.g., RMC-Illinois referral list) an applicant can be placed on once the applicant is deemed fully qualified. Qualified General Public applicants, however, are placed on a national referral list.

**STEP 2: Minimum Qualifications (MQs).** All applications, regardless of applicant hiring source, are then screened against the established minimum qualifications. The ATCS minimum qualifications are customized to each applicant source. Table 1 below outlines the minimum qualifications by applicant source.

### Table 1. ATCS Minimum Qualifications by Applicant Source

| | VRA | RMC | CTO | REIN | PUBLIC | CTI |
|---|---|---|---|---|---|---|
| **Citizenship** | U.S. citizen | | | | | |
| **Language** | Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment | | | | | |
| **Age** | Maximum entry age of 31* | | | | | |
| **Experience or Education** | 52 consecutive weeks of certified ATC experience | | Experience in a military or air traffic tower facility | ATCS in FAA / DoD **-CPC**: Federal Civilian CPC or FPL **-DOD**: 52 wks certified ATC experience | 3 yrs progressive responsible FT work experience OR Bachelor's degree OR Comb. of experience / education equal to 3 yrs OR Alternative requirements | Successful completion of FAA-approved curriculum with university rec |
| **Ratings, Certifications, and/or Assessments** | -- | ATCS certification or facility rating according to FAA standards | Valid CTO certificate with facility rating of Tower/Cab | ATCS certification or facility rating according to FAA standards | -- | AT-SAT score of 70 or higher |
| **Eligibility** | Veterans' Recruitment Appointment eligibility | On terminal leave pending retirement from active duty military svc. or retired from active duty on or after 1999-09-17 | -- | -- | -- | Within eligibility time period from graduation |

*Some applicant sources (i.e., VRA, Reinstatement, CTI) allow for applicants to be over the age of 31 as long as the applicant's initial appointment as an ATCS occurred prior to turning 31. Additionally, the maximum entry age requirement does not apply to the RMC applicant source.



The minimum qualification review is carried out in two stages: automated system screening and manual HR review. As part of the application process, applicants are required to answer a series of "Yes/No" questions to indicate whether or not they meet specific minimum requirements (e.g., age, experience). The minimum qualifications screening process begins with an automated system review of applicant responses to these online screening questions. Applicants are also required to provide specific documentation to support their responses. Applicants who pass the automated screening are then subject to further review by HR representatives to ensure they in fact meet the source-specific minimum qualifications. This includes a detailed review of the application, including work history (if relevant) and required supporting documentation (e.g., facility ratings, veteran's service forms, certifications). Once an applicant has passed both of the qualification stages (automatic and manual HR review), they are considered to be fully qualified.

Note, there is no policy that prohibits an individual from applying through multiple applicant sources within a given hiring period. If an applicant chooses to apply to multiple applicant source announcements, this can result in cases of the same applicant both meeting and not meeting the minimum qualifications of the ATCS position within the same hiring period. Also, due to age requirements and military retirement dates, it is possible for a candidate who is minimally qualified at one point in the process to later be disqualified.

**STEP 3: Air Traffic Selection and Training (AT-SAT).**  The AT-SAT is a computer-based selection test battery designed to assess key ATCS worker requirements, aptitude, and personal characteristics associated with success as an ATCS (Ramos, Heil, & Manning, 2001). The AT-SAT is only relevant for individuals applying to CTI, General Public, and VTP announcements, though the timing of when the test must be taken and passed differs between these applicant sources.  Individuals applying to a VTP and General Public announcement who have been determined to be fully qualified based on the prior minimum qualification screening must then take and pass the AT-SAT in order to receive further consideration in the ATCS hiring process (i.e., be placed on a referral list). Individuals applying to a CTI vacancy announcement must first pass the AT-SAT before they can apply to a CTI vacancy announcement.

A score of 70 is required to pass the AT-SAT.  Roughly 95% of applicants score at or above this passing score.

If the announcement was for a specific state or facility, these applicants must travel to that state to sit for the exam.

Notably, the AT-SAT scores of CTI, VTP, and General Public applicants are also considered during the Centralized Selection Process (CSP) which occurs later in the ATCS hiring process. Here, applicants are placed into either a Well Qualified band (score of 85 or higher) or a Qualified band (score between 70 and 84.9).  A score of 85 or higher has become the operational cut score during the CSP selection phase.  This is discussed in more detail below.

**STEP 4: Generation of Referral Lists.**  Applicants who pass the previous stages of the ATCS hiring process are then referred on to the CSP for further consideration.  More specifically,



referral lists are automatically generated on the basis of the applicant's previously specified location preferences. The only reasons an applicant who passed all prior stages of the ATCS hiring process would not be referred on to the CSP is if they failed to specify any location preference or if the applicant's location preferences did not align with state/facility hiring needs.

For all applicant sources except General Public, referral lists are generated separately for each applicant source and geographic location that has vacancies (e.g., RMC-Illinois, CTI-Illinois). Applicants on a specific state referral list can be considered by the CSP for selection for any facility vacancies within that state.

For the General Public applicant source, a single "national" referral list is generated containing those General Public applicants who passed all prior stages of the ATCS hiring process. Referred General Public applicants can be considered by the CSP for selection for any facility vacancy within the US or US territories.

The ordering and presentation of candidates on referral lists varies by applicant source. The following summarizes the rules for each applicant source:

> *Reinstatements/Transfers:* Candidates are sorted by alpha order

> *Veterans' Recruitment Appointment (VRA):* Candidates are sorted by Priority Veterans Preference

> *Retired Military Controllers (RMC):* Candidates are sorted by Priority Veterans Preference

> *Veterans Training Program (VTP):* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then presented in random order within these two categories

> *Collegiate Training Initiative (CTI):* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then sorted by Priority Veterans Preference and secondarily presented in random order within these two categories

> *General Public:* Candidates are first sorted by AT-SAT score category grouping (85 and above, 70 to 84.9); candidates are then sorted by Priority Veterans Preference and secondarily presented in random order within these two categories

> *Control Tower Operators (CTO):* Candidates are sorted by Priority Veterans Preference.

**STEP 5: Centralized Selection Panel (CSP).** Once referral lists have been generated, a CSP is convened to review the referral lists and select individuals to fill specific facility vacancies. The CSP is comprised of management representatives who have expertise in the ATCS occupation and knowledge of the facilities within their respective regions. Facility selections must be made from amongst the pool of applicants referred on either the relevant state-specific list or national General Public referral list. Panelists have access to applications and vitas (if provided) to



inform their decision making. Panelists are instructed to treat each applicant source with equal weight. Additionally, panelists are instructed by HR that all selections must be made in compliance with merit system principles, veteran's preference, and agency policy. The merit system principles presented to CSP panelists are listed below in Table 2.

**Table 2.  Merit System Principles**

| Merit System Principles (FAA PMS VII and 5 U.S.C. § 2301 (b)) |
| --- |
| Recruit qualified people to achieve a workforce that fairly represents our society |
| Select and promote on the basis of relative knowledge, skills, and abilities as they relate to the requirements of the job to be filled |
| Use fair and open competition to assure equal opportunity |
| Treat employees and applicants fairly and equitably |
| Maintain high standards of integrity, conduct, and concern for the public interest |

**STEP 6: Interview.** Applicants who are selected during the CSP are invited to participate in an interview with a facility manager, typically at the facility that is closest to the address on record for the applicant. The interview is used to assess six competencies: Dependability, Job Motivation, Reactions to Job Demands, Team Work, Air Traffic Control, and Spoken English. Interviewers provide an overall rating of either "Recommended", "Marginal", or "Not Recommended" to Selecting Officials. Applicants must receive a rating of "Recommended" in order to receive a Tentative Offer Letter (discussed in the next section).

Currently, interviews are not standardized and those conducting the interviews are not trained on how to administer and score the interview.

Importantly, interview questions can be found on the internet, providing applicants ample opportunity to practice the interview prior to its administration. Additionally, Selecting Officials, who are not present at the time of the interview, review all "Marginal" and "Not Recommended" decisions and make the final determination as to whether a "Marginal" or "Not Recommended" applicant should be "Recommended". During stakeholder interviews, it was noted that the pass rate at the interview stage is very high (e.g. 95%). Based on the cleaned, final sample used in this report, we found an even higher pass rate for the interview at approximately 99%.

**STEP 7: Tentative Offer Letter.** The tentative offer letter (TOL) is issued after the applicant passes the interview. At the point of a tentative offer it is generally assumed the applicant will be hired barring failure of medical or security clearance.

It should be noted that the TOL stage in the selection process can be somewhat of a "freezing" point for applicants. Specifically, applicants are permitted to turn age 31 after the TOL has been issued with no penalty to their application process (see FAA Policy Bulletin #12, In-Process Rule for Air Traffic Control Specialist Positions). Further, applicants who are on active duty in



the military may also be issued a TOL, which essentially holds the applicant's place in the selection process until their active duty service term is complete.  In this case, the applicant's security and medical clearance would be postponed until the applicant nears the end of their active duty term.  Once medical and security clearances have been conducted and the applicant is no longer on active duty, the applicant can then proceed through the final steps of the selection process.

**STEP 8: Medical and Security Clearance.**  While distinct steps, both medical and security clearance screens can be initiated simultaneously.  The medical screen consists of both physical and psychological components.  The security screen consists mainly of a primary screen (termed Conditional Suitability).  If the primary screen is insufficient to make a determination, a subsequent secondary screen (termed Final Suitability) is then conducted.

**STEP 9: Coordination with Air Traffic Organization on Entry on Duty (EOD) dates.**
Following the medical and security screens, HR must coordinate with ATO to determine EOD dates.  These dates indicate when the applicant will begin training at the Academy.

**STEP 10: Firm Offer Letter.**  The last step of the ATCS centralized hiring process is the issuance of a firm offer letter.

The decision points described above combine to form a fairly complex hiring process.  This complexity is due to a number of factors including the use of multiple applicant sources with different minimum qualifications, mixed uses of the AT-SAT, application knock-out factors unrelated to qualifications (e.g., location preference), a potentially multi-year hiring process from the point of application to hire, and referral lists organized by applicant source.  Each of these factors is addressed in this report in terms of its impact on protected groups as well as how it can be changed or improved.

### RESULTS OF BARRIER ANALYSIS

As a first step in the root cause analysis, Outtz and Associates' Barrier Analysis (2012) was thoroughly reviewed.  A high level summary table created by Outtz and Associates is presented below.  As can be seen in Table 3, four of the seven evaluated decision points present barriers to protected group members.  These decision points were therefore specifically targeted by APT*Metrics* for follow-up root cause analysis.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 3.  Outtz and Associates Barrier Analysis Summary**

| Decision Points | Evaluation Comments | Female | Asian | AA | Hispanic | Multi |
|---|---|---|---|---|---|---|
| Minimum Qualifications Determination | Non-standardized training for HR Specialists | ✓ | ✓ | * | * | * |
| AT-SAT Testing | Decision to use well qualified band results in substantial reduction of RNO and gender representation<br>Validity needs to be reestablished | * | * | * | * | * |
| Preparation of Referral Lists | Use of the minimum qualifications in the referral process builds on adverse impact caused by the qualifications determination | ✓ | ✓ | * | ✓ | ✓ |
| Centralized Selection Panel | CSP members do not receive formal training<br>Inconsistent follow-up on references<br>Applicant location preference has potential to create RNO issues<br>Conflict of interests (candidates may be known to CSP panelists) | ✓ | ✓ | * | ✓ | ✓ |
| Interview | Interview questions are available to candidates on public web site – candidates all well prepared as a result<br>Interview not effective in current form | ✓ | ✓ | ✓ | ✓ | ✓ |
| Medical Clearance | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Security Clearance | | ✓ | ✓ | ✓ | ✓ | ✓ |

\*Statistical criteria indicate that selection decision point is a barrier

✓Statistical criteria indicate that selection decision point is not a barrier

The Barrier Analysis was also reviewed internally by FAA stakeholders, including ATO, CAMI, and AHR.  Insights from these constituents were thematically organized to provide additional direction for the root cause analysis.  Table 4 presents a summary of these comments.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

### Table 4.  Stakeholder Insights Regarding Barrier Analysis

| Barrier | Stakeholder Insights |
|---|---|
| **Choice of Applicant Source Pools** | • Clarify bases for past selection of applicant source pools and the impact of these choices on subpopulations within the pools<br>• Recommend development of explicit rationale for balancing use of sources in the future to achieve desired RNO/gender/veteran/disabled representation in the FAA controller workforce<br>    • Rationale should take into account Federal guidance/mandates on hiring diversity (e.g., increase veterans) and preferences that are allowed under laws governing federal agencies<br>• Compare non-BA CTI program AA drop-out rates to BA CTI programs<br>    • Compare US college drop-out rates to CTI BA programs<br>• Recommend that FAA work to help CTI partners expand diversity and retain minority/women students in the program<br>• Investigate whether further targeted recruitment is needed to source candidates, particularly in CTI programs who will fare better in the selection process<br>• Establish whether it is reasonable to consider the amount of training required for different applicant sources as a factor in source selection |
| **Minimum Qualifications** | • Conduct further analysis to determine impact of MQs used for each applicant source and their impact on diversity of the candidate output<br>    • E.g., Noted much lower qualification rates for VRA and RMC than other sources.  Needs to be explored further<br>• Minimum qualifications applied to each source need to be validated and modified based on findings; should be standardized to the extent feasible<br>• Recommend process enhancements to ensure consistency in application of minimum qualifications |
| **AT-SAT Testing** | • Investigate need to bolster analysis of job-relatedness of the AT-SAT<br>• Review bi-level cutoff currently in use to assess impact on gender/RNO subgroups<br>• Determine reason for including test segments that were not previously shown as having incremental validity<br>• Investigate whether test may have been compromised by its availability through public websites |
| **Referral List Preparation** | • Gather additional information on the process from interviews<br>• Analyze actual process for creating the referral list<br>• Review impact of AT-SAT score and location preference information on referral list and panel decisions |
| **Centralized Selection Panel** | • Review selection of panel members, including their diversity, the training provided, and process as now documented and implemented<br>• Recommend guidelines for the process, selection of CSP decision-makers, and their training<br>• Consider potential impact of bias based on perceived race/ethnicity as represented by applicant names<br>• Examine the impact of changing the way location preference is handled<br>    • Potential inconsistency of application of location information by panel members<br>• Propose improvements to increase consistency and reduce disparate impact<br>• Consider elimination of panel approach |

Based upon the Barrier Analysis and FAA stakeholder comments, a root cause analysis was blueprinted to thoroughly investigate each of the barriers identified and determine whether any additional hurdles existed to the fair and accurate selection of candidates for the ATCS position.



# Chapter 3

## ROOT CAUSE ANALYSIS

### Methodology

*APTMetrics* took a two-pronged approach in executing the root cause analysis.  First, we conducted a qualitative review, incorporating stakeholder interviews, existing FAA documentation, and best practices insights generated through the *FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (IRP)* (contained within ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).  The qualitative review ultimately guided the quantitative review insofar as understanding how selection process decisions were made, interpreting the data we received, and highlighting where root causes may be located.  The quantitative review relies on data housed in the AVIATOR system between 2006 and 2011, as well as AT-SAT testing data received from CAMI. The following two sections summarize the approaches used within the qualitative and quantitative reviews.

### Qualitative Review

As a first step in the root cause analysis of potential barriers, APT*Metrics* was asked to review the IRP report, mentioned above, and provide specific recommendations and analysis of the panel's recommendations.  Using several criteria, we evaluated each panel recommendation.  The full report we prepared in November 2012 can be found in Appendix A.  Note that much of the information collected for the root cause analysis was not yet available at the time of our original review of the IRP report[6]. However, the IRP report did highlight several key considerations that ultimately guided several analyses within this report, as well as the interview protocol developed and used for interviewing key stakeholders.

For the second, and primary step of APT*Metrics*' qualitative analysis, we conducted subject matter expert (SME) interviews, an on-site visit to the training academy, and a thorough policy and documentation review (all documents reviewed/used can be found in Appendix B).  Table 5 lists the SMEs who were interviewed. The interview protocol is presented in Appendix C.

---

[6] Our review of the IRP recommendations occurred prior to the commencement of our barrier analysis extension work described herein and was limited to the information presented in the FAA IRP Report.  As such, APT*Metrics* did not have the opportunity to speak with any individuals to gather more information related to the IRP recommendations nor were any policy/process documentation available prior to preparation of the IRP report.



**Table 5.  SME Interviews**

| Key Stakeholder Interviews | |
|---|---|
| December 3, 2012 | |
| HR Director | Diana Pearsall |
| Aviation Careers Manager | Rick Mitchell |
| Aviator Program Manager | J.B. Goelz |
| CAMI Representatives | Kate Bleckley, Ph.D., and Dana Broach, Ph.D. |
| Technical Workforce Representative | Henry Mogilka |
| Academy Representative | Brian Harmelink |
| December 4, 2012 | |
| Aviation Careers Manager and Aviation Careers Supervisors | Rick Mitchell (Manager), Nancy-Owens Curtis & Elaine McCollum (Supervisors) |
| January 9, 2013 | |
| Human Resources Specialist | Barbara Goldberg |
| VP of Management Services | Mike McCormick |
| January 10, 2013 | |
| Manager of Corporate Recruitment and Marketing | Regina Jones |
| ATO Hiring Lead | Lisa Giordano |
| January 11, 2013 | |
| Personnel Research Psychologist | Lexee Waterford, Ph.D. |
| Human Resources Specialist | Sheila Robinson |
| Supervisory Human Resources Specialist and former Director, ATO Support Team, AHR-4 | Jay Aul, Ph.D. |

Initial insights that emerged during this second phase of qualitative analysis included:

**Enhance Process Controls**.  A consistent theme running through the SME interviews was a call for greater standardization, consistency and documentation across all decision points in the hiring process.  The MQ review and CSP stage were singled out as decision points in particular need of attention.  Training for HR specialists and CSP panelists was thought to be particularly important in achieving greater consistency.  These conclusions were further reinforced by a review of existing policies and procedures and are aligned with the findings reported in the Barrier Analysis.

**Improve Validation & Ongoing Evaluation of ATCS Hiring Effectiveness**.  While the AT-SAT has received a good deal of research attention and has been formally validated, the other steps in the selection process have not.  Since each step in the hiring process is considered to be a selection tool under the Uniform Guidelines (1978), each requires documented evidence of job relatedness.  Additionally, formal program evaluation was suggested as a way to ensure ongoing improvement and overall effectiveness of the ATCS hiring process.

**Reduce Subjectivity and Close "Loopholes" in the Hiring Process**.  Information gained from the interviews indicated that too much subjectivity exists in the process, particularly in the MQ and CSP steps. This is a result of inconsistent MQ requirements by recruitment source and a lack of structured criteria for making CSP decisions.  In addition, the use of location preference appears to benefit those who are able to determine where vacancies exist.



**Improve Data Capturing and Tracking Capabilities**. The FAA's ability to accurately track and analyze its hiring process is compromised by the AVIATOR system due to system limitations. Examples include repurposing variables, recording late process decisions in earlier process decision fields, lack of integration with AT-SAT data, and not recording specific minimum qualification pass/fail values.

**Establish a Central Group to Monitor and Improve the ATCS Hiring Process.** A common issue brought to light through the SME interviews, documentation review and Barrier Analysis is that the decision points within the hiring process are disjointed from one another. This is compounded by continual changes to various components of the process with little or no monitoring of the overall impact from year to year. There is currently no centralized entity in place to monitor, manage and take ownership of the full process.

The qualitative review provided additional context to the barrier analysis and allowed for a thorough understanding of how the hiring system works and the unique challenges involved in balancing applicant flow with adverse impact, and provided insight into additional data analyses that would be required to support recommended interventions. The next section details the results of the quantitative phase of the root cause analysis.

**Data Cleaning**

Before the quantitative analyses could get underway, it was necessary to merge multiple databases and perform extensive data cleaning to ensure that the conclusions would be accurate.

**General Data Cleaning.** APT*Metrics* received multiple iterations of AVIATOR-exported data for the 2006-2011 time period. After confirming which files were appropriate for analysis with our stakeholders, we first merged this data into a master database, along with separate files containing AT-SAT data, facility information and location, referral list locations, and supplemental suitability data exports. After reviewing the data and the information obtained in the qualitative review, it became apparent that AVIATOR had incomplete data for 2006-2007. Specifically, not all applicant sources used during this time period proceeded through the AVIATOR system. Further, the medical and security clearance data was deemed unreliable for these years as it was not entered into the AVIATOR system until 2007. Therefore data for 2006-2007 were excluded from our analyses.

Significant data cleaning was used where necessary to ensure the data accurately reflects decisions made during the ATCS selection process. A full explanation of data cleaning and analysis decisions can be found in Appendix D, but the following are the key decisions that impacted the resulting clean data set to the greatest extent:

> Individuals who were qualified but not referred were excluded (except for General Public applicants who failed the AT-SAT) based on the assumption of no vacancies and/or location preferences were not a match



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

Individuals who did not fully complete an application or did not submit all required documents were excluded

If an individual was selected from a referral list, they were removed from other referral lists within that same announcement (i.e. they cannot be hired twice)

Gender and ethnicity were filled in for individuals who may have indicated these values on an earlier or later application but did not indicate it on a given application

Individuals who declined somewhere during the process as indicated by referral actions and/or comments were excluded from analyses

Applications for announcements that did not have resulting location-specific referral lists (e.g. General Public) were assigned to all possible state/territory CSP location pools. For those selected from these lists, the location/facility that the applicant was selected for was extracted from the referral comments to withhold that individual from other referral list pools to ensure a selected applicant was counted as an applicant elsewhere

Comments found in the both the HR MQ screen and the referral notations were categorized and used in data cleaning rules. Comments were coded using a combination of manual review and automated categorization based on key terms.

**Applicant Flow (Survival) Analysis**

Once the above data decision rules were put into place, we examined the flow of applicants using a variety of approaches. Importantly, our first goal was to diagnose at a high level where important differences in the hiring process may be occurring. To this end, we first examined the diversity of applicants within the ATCS applicant sources. We then examined applicant survival rates for ATCS decision points by race, gender and applicant source. The survival charts presented below visually illustrate the flow of applicants within each racial and gender subgroup across the hiring process. This approach helps highlight the parts of the hiring process that are resulting in the largest percentage decrease of minority applicants. Additionally, we examined the proportional racial and gender representation among those surviving each phase in the hiring process.

Figure 1 presents the total number of unique applicants by source for the 2008-2011 time period. While the General Public makes up the largest percentage of applicants, it is important to note that this applicant source is not consistently used across announcements.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 1.  Total Applicants by Source (2008 – 2011)**



As can be seen below in Figure 2, applicant sources vary considerably in their respective demographic makeup.  Importantly, representation of African Americans and Females is significantly lower in the CTI source.

**Figure 2.  Applicant Demographics by Source (At Point of Application)**





*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

We then examined the survival of all applicants through the entire hiring process to understand which ATCS selection hurdles were screening out the most applicants. Figure 3 displays the percentage of applicants that remained in the ATCS selection process at each hurdle. This figure reveals three important insights. First, both the automated and HR minimum qualification screen reduce the applicant pool substantially. Second, the CSP is also responsible for a significant reduction in applicants. Lastly, after the point of the CSP, the selection rates for applicants are exceptionally high, suggesting little practical adverse impact is likely to exist in the later stages of the process.

**Figure 3. Total Applicant Flow – Applicant Survival (2008 – 2011)**

38,645 valid, unique applicants entered the process

2% drop due to the AT-SAT; of the 10,059 applicants that had to take the AT-SAT 95% passed

54%   39%   37%

5,572 applicants were selected by the CSP

14%   14%   13%   13%   13%

Application  System…  HR Qual  Referral  CSP  Interview  Medical  Security  Hire

Figure 3 presents the percentage of the original applicant pool passing the hurdle. Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using the overall estimated pass rate of each hurdle.

Figure 4 displays the proportional RNO representation of candidates at each stage from initial application through the CSP. The figure presents several key insights. First, MQ screening dramatically alters the overall diversity of the applicant pool that moves forward in the hiring process. For example, prior to any screening, 32% of all applicants are African Americans and 48% are White. However, following the MQ screening, 16% of all applicants moving forward are African American while 65% are White. Moreover, this is the stage at which at least 80% of applicants from the most diverse sources are eliminated. Second, the proportion of non-White and non-African American applicants relative to all applicants surviving each stage in the process is virtually constant across the process. However, relative to African American representation in the initial applicant pool, African Americans become increasingly underrepresented within the surviving applicant pool as the hiring process progresses.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 4.  Candidate Pool Representation Through to CSP by Ethnicity**



Figure 5 displays the survival of applicants across the ATCS selection process by ethnicity.  The figure presents several key insights.  First, and similar to Figure 3, the vast majority of applicant screening occurs prior to the interview for all ethnicities.  Second, substantial differences exist between ethnic groups.  Whites are passing the minimum qualification review at a much higher rate than other groups.  A large effect is apparent for African Americans, with African Americans passing the minimum qualification and CSP hurdles at a much lower rate than Whites.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 5.  Total Applicant Flow by Ethnicity − Applicant Survival (2008 − 2011)**



Figure 5 presents the percentage of the original applicant pool passing the hurdle.  Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

Figure 6 displays the survival of applicants across the ATCS selection process by gender.  The figure also provides several insights.  First, the vast majority of applicant screening occurs prior to the interview for both genders.  Second, differences exist between men and women, particularly early on in the process during the minimum qualification screening.



**Figure 6.  Total Applicant Flow by Gender – Applicant Survival (2008 – 2011)**



Figure 6 presents the percentage of the original applicant pool passing the hurdle.  Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

Figure 7 displays the survival of applicants across the ATCS selection process by applicant source.  Similar to Figure 3, the vast majority of applicant screening occurs prior to the interview for all groups.  More importantly, the figure illustrates that there are substantial differences in survival rates across the applicant sources.  CTI applicants are passing the minimum qualification and CSP hurdles at a drastically higher rate than all other applicant sources. It is important to note here that survival rates in the hiring process should not be interpreted as indicative of the caliber of the applicants. Caliber is an empirical question, whereas our survival rates are merely descriptive of how groups of applicants fare in the hiring process. The fact that CTI applicants are hired at a significantly higher rate than any other applicant sources does not mean this is the strongest source of applicants.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 7. Total Applicant Flow by Source – Applicant Survival (2008 – 2011)**



Figure 7 presents the percentage of the original applicant pool passing the hurdle. Results are based on unique applicant counts. Due to missing data, post CSP hurdle percentages were calculated using each group's estimated pass rate.

**Summary of Applicant Flows and Analysis Considerations**

The applicant flow information above highlights several important points which were used to drive our subsequent analyses. First, nearly all screening (i.e., hurdle failures) of applicants occurs prior to the interview process. The steps from application to CSP selection are the most likely places for systematic adverse impact simply because these steps are responsible for the vast majority of applicant fails. Second, African Americans stand out as having a very different survival rate for these earlier hurdles. Third, applicant sources show very different demographics. Because the CTI source is much less diverse, the CTI source itself can confound analyses by ethnicity. We analyze sources distinctly throughout the process to determine if effects are due to applicant source alone.

Using the applicant survival analysis, the results of Outtz and Associates (October, 2012) Barrier Analysis, and our in depth interviews with SMEs, we developed a plan to best model the ATCS selection process so we could further evaluate potential points of adverse impact. The following section outlines our approach and decision rules used in our quantitative analysis.



**Statistics Used in Quantitative Analysis**

For the primary quantitative analyses, APT*Metrics* analyzed all applicant sources and data from 2008-2011 simultaneously.  All applicant sources chosen for announcements during a given hiring period are considered simultaneously during the process.  Thus, an analysis of the overall process should treat these various candidate pools as a single pool.  However, because applicant sources are subjected to many source-specific criteria and processes throughout the ATCS selection process, significant differences in adverse impact may exist by applicant source.  To address these potential differences we also evaluated the impact of each decision point on each applicant source.

**Cumulative vs. Unique Person Counts**. When aggregating selection data, decisions and applicants can be combined in two different ways: using a cumulative person count, and using a unique person count. The cumulative person approach counts an applicant as many times as he or she appears on one or more decision points in the process. Therefore, if an applicant is on four announcements or referral lists over the relevant time period being examined (e.g., 2008-2011), he/she is counted four times.  A unique person count, on the other hand, counts each unique applicant only once regardless of the number of times he or she appears on different referral lists over the relevant time period being examined.  With a unique person count, a decision must be made as to which disposition to use in the analysis when there is conflicting information (e.g., applicant failed the MQ screening at time one but passed the MQ screening at time two).  Using a cumulative count can provide a more accurate representation of the potential biases in the decisions and hurdles of a process.  A unique count can provide a better assessment of the true impact of the process on the applicant pool. Both unique and cumulative approaches are used for our analyses, up to and including the point of CSP selection decisions. For the unique count, the applicant's best disposition (i.e. pass) at each hurdle/decision point was used.  When both types of approaches were used, only the cumulative results are presented within the report text.  Please refer to Appendix E for unique count results.

**Methods Used to Evaluate Adverse Impact**. APT*Metrics* used three primary methods to examine the FAA's hiring data for evidence of adverse impact: the Four-Fifths Rule, the standard deviation of the difference in selection rates, and the Mantel-Haenszel z test.  All three analytical methods examine the differences in selection rates between subgroups (e.g. Female versus Male, African Americans versus Whites).

*Four-Fifths Rule.* The four-fifths rule is a non-statistical comparison or "rule of thumb" articulated in the federal Uniform Guidelines on Employee Selection Procedures (EEOC et al., 1978). Both the Guidelines and the Questions and Answers to the Guidelines (1979, 1980) (Q&As) indicate that the purpose of the Four-Fifths Rule is to assist the agencies in interpreting the practical meaningfulness of statistically significant differences in selection rates.  Adverse Impact Ratios (AIR) less than 80% or .80 are regarded as an indication of adverse impact (EEOC et al., 1978).

When sample sizes are large, statistical significance can often be found when the "practical significance" of the difference is very small.  Because the sample size is large in many of our analyses within the FAA selection process, it is especially important to couple a measure of



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

practical significance, such as the AIR, with measures of statistical significance. While an adverse impact ratio greater than 0.80 does not indicate a significant statistical result is invalid, it does assist in the interpretation of the relative impact.

*Standard Deviation of the Difference (SD diff)*. The standard deviation of the difference in selection rates is a statistical test used to determine whether the selection rates between two groups are significantly different. Calculating the standard deviation of the difference results in a Z-score and associated probability value (i.e., p-value) which indicates the likelihood that the observed differences in selection rates occurred by chance alone. An SD diff value of greater than 1.96 indicates a statistically significant difference in selection rates.

Adverse impact was determined to be present when the indicators of statistical significance (i.e., SD diff) and practical significance (i.e., impact ratio) are present (i.e., SD difference is greater than 1.96; impact ratio is less than .80).

*Mantel-Haenszel z test*. The Mantel-Haenszel test examines the adverse impact at the cumulative person count level and was applied specifically for CSP decisions. The advantage of the Mantel-Haenszel z test is that it calculates the probability of majority and minority selection for each pool of applicants, and then aggregates these expectancies over time and/or applicant pools to arrive at an overall evaluation of the selection process. This approach allows accurate modeling of the CSP process even though the mix of sources is highly variable across years. A significant Mantel-Haenszel p-value indicates that the actual number of selections is statistically different than the expected number of selections, and hence is an indicator of adverse impact.

The two different ways for combining the data — using the cumulative person count or the unique person count — have different implications in terms of the strengths and challenges that they each impose on the interpretation of adverse impact analyses and results. Given the nature of the CSP hurdle, the cumulative count is analytically the most appropriate in conjunction with the Mantel-Haenszel z test. A cumulative person count also yields larger sample sizes which leads to increased statistical power, or an increased likelihood of finding a statistically significant result if one, in fact, exists. For completeness, however, both cumulative person and unique person count methods were calculated for all selection decisions through to the CSP process.

In the following review, we present statistics for three primary reference groups: African Americans, Hispanics, and Females. Data for all groups can be found in Appendix E.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Quantitative Analysis

**FAA ATCS Selection Hurdle 1: Automated MQ Screen**. The qualifications vary greatly across the various applicant sources leading to different selection rates by applicant source. We analyzed the automated MQ screening step distinctly from the HR MQ screen. This analysis includes all applicants who applied to an announcement and met our data cleaning rules (see Appendix D). The automated screen consists of system-related decisions that automatically exclude applicants based on responses to previously determined minimum qualifications.

Overall, adverse impact was found for African Americans and Hispanics using both aggregation approaches (see Tables 6a-c for focal group cumulative results; see Tables 6d-e in Appendix E for full unique and cumulative approach results).

Importantly, the adverse impact associated with this decision point varies by applicant source. As noted above, the various applicant sources have a wide variety of minimum qualifications, which can lead to very different selection rates by source and by demographic groups. Adverse impact was found for African Americans, Hispanics, and Females for all applicant sources except CTI and General Public for the automated MQ screen.

**Table 6a. MQ: System Qualifications (from Applied) - Overall and By Applicant Source Cumulative Applications Analysis WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **28,637** | **45,170** | **6,557** | **25,543** | **12,455** | **5,898** | **0.40** | **89.86** |
| CTI | 474 | 5,233 | 472 | 5,219 | 473 | 1 | 1.00 | 0.61 |
| Other - CTO | 2,307 | 4,285 | 244 | 2,220 | 862 | 618 | 0.20 | 33.00 |
| Public | 6,267 | 13,567 | 4,604 | 11,804 | 5,184 | 580 | 0.84 | 23.45 |
| Reinstatement | 903 | 1,816 | 75 | 909 | 327 | 252 | 0.17 | 21.34 |
| RMC | 9,975 | 8,335 | 373 | 1,172 | 842 | 469 | 0.27 | 25.02 |
| VRA | 8,711 | 11,934 | 789 | 4,219 | 2,113 | 1,324 | 0.26 | 43.53 |

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 6b.  MQ: System Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC**[*]

|  | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **5,285** | **45,170** | **2,271** | **25,543** | **2,913** | **642** | **0.76** | **18.78** |
| CTI | 549 | 5,233 | 546 | 5,219 | 547 | 1 | 1.00 | 1.15 |
| Other - CTO | 427 | 4,285 | 126 | 2,220 | 213 | 87 | 0.57 | 8.79 |
| Public | 1,432 | 13,567 | 1,122 | 11,804 | 1,234 | 112 | 0.90 | 9.02 |
| Reinstatement | 176 | 1,816 | 32 | 909 | 83 | 51 | 0.36 | 8.09 |
| RMC | 1,311 | 8,335 | 111 | 1,172 | 174 | 63 | 0.60 | 5.54 |
| VRA | 1,390 | 11,934 | 334 | 4,219 | 475 | 141 | 0.68 | 8.42 |

**Table 6c.  MQ: System Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**MALE VS. FEMALE**[*]

|  | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **21,007** | **65,780** | **7,892** | **30,638** | **9,326** | **1,434** | **0.81** | **22.88** |
| CTI | 1,363 | 5,821 | 1,359 | 5,801 | 1,358 | -1 | 1.00 | -0.29 |
| Other - CTO | 1,659 | 5,992 | 466 | 2,478 | 638 | 172 | 0.68 | 9.83 |
| Public | 5,555 | 17,685 | 4,587 | 14,673 | 4,604 | 17 | 1.00 | 0.68 |
| Reinstatement | 737 | 2,413 | 187 | 930 | 261 | 74 | 0.66 | 6.54 |
| RMC | 6,007 | 15,012 | 238 | 1,589 | 522 | 284 | 0.37 | 15.40 |
| VRA | 5,686 | 18,857 | 1,055 | 5,167 | 1,441 | 386 | 0.68 | 13.44 |

**FAA ATCS Selection Hurdle 2: HR MQ Screen.** We next analyzed the HR MQ screening step. This analysis includes all applicants who passed the automated MQ screen.  The HR screen consists of minimum qualification pass/fail decisions made by HR representatives to screen out applicants based on detailed reviews of applicant work history and official documents (e.g., facility ratings, veteran's service forms, certifications) submitted during the application process.

Overall, adverse impact was found for African Americans using both aggregation approaches (see Table 7a-c for focal group cumulative results; see Tables 7d-e in Appendix E for full unique and cumulative results).

Importantly, and as found for the automated MQ screen, adverse impact for the HR MQ screen varies by applicant source.  HR MQ screening for the General Public source resulted in adverse

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =* the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



impact for African Americans and Hispanics.  HR MQ screening for the RMC source resulted in adverse impact for Hispanics and Females.  HR MQ screening for the Reinstatement source resulted in adverse impact for Hispanics.

**Table 7a.  MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. AFRICAN AMERICAN***

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **6,557** | **25,543** | **4,018** | **20,222** | **4,951** | **933** | **0.77** | **30.05** |
| CTI | 472 | 5,219 | 463 | 5,129 | 464 | 1 | 1.00 | 0.29 |
| Other - CTO | 244 | 2,220 | 222 | 2,102 | 230 | 8 | 0.96 | 2.37 |
| Public | 4,604 | 11,804 | 2,538 | 8,780 | 3,176 | 638 | 0.74 | 23.96 |
| Reinstatement | 75 | 909 | 53 | 663 | 55 | 2 | 0.97 | 0.42 |
| RMC | 373 | 1,172 | 219 | 564 | 189 | -30 | 1.22 | -3.56 |
| VRA | 789 | 4,219 | 523 | 2,984 | 553 | 30 | 0.94 | 2.50 |

**Table 7b.  MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC***

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **2,271** | **25,543** | **1,606** | **20,222** | **1,782** | **176** | **0.89** | **9.39** |
| CTI | 546 | 5,219 | 530 | 5,129 | 536 | 6 | 0.99 | 2.00 |
| Other - CTO | 126 | 2,220 | 121 | 2,102 | 119 | -2 | 1.01 | -0.66 |
| Public | 1,122 | 11,804 | 667 | 8,780 | 820 | 153 | 0.80 | 10.78 |
| Reinstatement | 32 | 909 | 18 | 663 | 23 | 5 | 0.77 | 2.07 |
| RMC | 111 | 1,172 | 36 | 564 | 52 | 16 | 0.67 | 3.17 |
| VRA | 334 | 4,219 | 234 | 2,984 | 236 | 2 | 0.99 | 0.26 |

---

* *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 7c.  MQ: HR Qualifications (from System Qualifications) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **7,892** | **30,638** | **5,730** | **23,395** | **5,966** | **236** | **0.95** | **6.92** |
| CTI | 1,359 | 5,801 | 1,325 | 5,706 | 1,335 | 10 | 0.99 | 2.16 |
| Other - CTO | 466 | 2,478 | 433 | 2,354 | 441 | 8 | 0.98 | 1.83 |
| Public | 4,587 | 14,673 | 3,018 | 10,205 | 3,149 | 131 | 0.95 | 4.78 |
| Reinstatement | 187 | 930 | 136 | 684 | 137 | 1 | 0.99 | 0.23 |
| RMC | 238 | 1,589 | 80 | 812 | 116 | 36 | 0.66 | 5.03 |
| VRA | 1,055 | 5,167 | 738 | 3,634 | 741 | 3 | 0.99 | 0.25 |

**FAA ATCS Point of Full Qualification.** The point of full qualification is examined as applicants need to pass both the automated screen and HR screen to be considered fully qualified.  This analysis includes all applicants who applied to an announcement and met our data cleaning rules, combining the pass/fail decisions at both the automated and HR MQ screen.

Overall, adverse impact was found for African Americans, Hispanics, and Females for the point of full qualification using both aggregation approaches (see Tables 8a-c for focal group cumulative results; see Tables 8d-e in Appendix E for full unique and cumulative results).

Importantly, and as was found in the separate analysis of the automated and HR MQ screening steps, the adverse impact for full qualification hurdle varies by applicant source.  As noted previously, the various applicant sources have a wide variety of minimum qualifications, which can lead to very different selection rates by source and by demographic groups.  Ultimately, adverse impact was found for African Americans and Hispanics for all applicant sources except CTI.  Adverse impact was also found for Females for all applicant sources except CTI and General Public.

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 8a.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **28,637** | **45,170** | **4,018** | **20,222** | **9,405** | **5,387** | **0.31** | **86.65** |
| CTI | 474 | 5,233 | 463 | 5,129 | 464 | 1 | 1.00 | 0.49 |
| Other - CTO | 2,307 | 4,285 | 222 | 2,102 | 813 | 591 | 0.20 | 31.96 |
| Public | 6,267 | 13,567 | 2,538 | 8,780 | 3,576 | 1,038 | 0.63 | 32.03 |
| Reinstatement | 903 | 1,816 | 53 | 663 | 238 | 185 | 0.16 | 17.08 |
| RMC | 9,975 | 8,335 | 219 | 564 | 427 | 208 | 0.32 | 15.22 |
| VRA | 8,711 | 11,934 | 523 | 2,984 | 1,480 | 957 | 0.24 | 35.90 |

**Table 8b.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source**
**Cumulative Applications Analysis**
**WHITE VS. HISPANIC**

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **5,285** | **45,170** | **1,606** | **20,222** | **2,286** | **680** | **0.68** | **19.97** |
| CTI | 549 | 5,233 | 530 | 5,129 | 537 | 7 | 0.98 | 2.28 |
| Other - CTO | 427 | 4,285 | 121 | 2,102 | 201 | 80 | 0.58 | 8.18 |
| Public | 1,432 | 13,567 | 667 | 8,780 | 902 | 235 | 0.72 | 13.52 |
| Reinstatement | 176 | 1,816 | 18 | 663 | 60 | 42 | 0.28 | 7.02 |
| RMC | 1,311 | 8,335 | 36 | 564 | 82 | 46 | 0.41 | 5.60 |
| VRA | 1,390 | 11,934 | 234 | 2,984 | 336 | 102 | 0.67 | 6.74 |

---

[*] *Practical Significance Indices:*
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 8c.  MQ: HR Qualifications (from Applied) - Overall and By Applicant Source
Cumulative Applications Analysis
MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **21,007** | **65,780** | **5,730** | **23,395** | **7,050** | **1,320** | **0.77** | **22.15** |
| CTI | 1,363 | 5,821 | 1,325 | 5,706 | 1,334 | 9 | 0.99 | 1.87 |
| Other - CTO | 1,659 | 5,992 | 433 | 2,354 | 604 | 171 | 0.66 | 9.88 |
| Public | 5,555 | 17,685 | 3,018 | 10,205 | 3,161 | 143 | 0.94 | 4.43 |
| Reinstatement | 737 | 2,413 | 136 | 684 | 192 | 56 | 0.65 | 5.36 |
| RMC | 6,007 | 15,012 | 80 | 812 | 255 | 175 | 0.25 | 13.25 |
| VRA | 5,686 | 18,857 | 738 | 3,634 | 1,013 | 275 | 0.67 | 10.87 |

**FAA ATCS Selection Hurdle 3: AT-SAT**.

The next hurdle, the AT-SAT exam, occurs only for General Public and VTP applicants, although CTI applicants must complete and pass the AT-SAT prior to application.  This analysis includes all General Public applicants (VTP applicants were dropped from the analysis due to their small sample size) who passed the minimum qualification stage.  A unique count analysis approach was used for evaluating adverse impact related to the AT-SAT.

To pass the AT-SAT and move on to the referral stage, applicants must score at least a 70 on the exam.  A score of 70 corresponds to a very low cut score, resulting in approximately 95% of applicants passing the exam.

As can be seen in Table 9a, the use of a passing score of 70 does not result in adverse impact for African Americans, Hispanics, and Females (see Table 9b in Appendix E for full results).

**Table 9a.  AT-SAT Pass for Public Source - Unique Applicant Analysis
AFRICAN AMERICAN, HISPANIC, & FEMALE GROUPS**[*]

| | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | # Minority Expected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **White vs. African American** | 1,942 | 6,235 | 1,715 | 6,049 | 1,844 | 129 | 0.91 | 15.30 |
| **White vs. Hispanic** | 494 | 6,235 | 451 | 6,049 | 477 | 26 | 0.94 | 6.75 |
| **Male vs. Female** | 2,185 | 7,361 | 1,997 | 7,052 | 2,071 | 74 | 0.95 | 8.14 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



**FAA ATCS Selection Hurdle 4: Referral.**  Adverse impact was not analyzed at the Referral decision point in our primary analyses because this screen is purely automated based on the geographic location preferences as discussed above.  Once an applicant is qualified (and if a General Public applicant passes the AT-SAT), that applicant is automatically placed on a referral list if they indicated a location that has an open vacancy.  If the applicant chose a location for which no identified ATCS candidate need exists, the applicant is not referred (the only exception is General Public applicants who are placed on national referral lists and are therefore considered for all locations).

Given the automatic nature of the process and our data cleaning rule that excluded individuals who were qualified but not referred due to location preferences, APT*Metrics* did not analyze the Referral decision point with our final, clean database.  However, because there could be significant group differences in how location preferences impact selection rates, we did create a secondary data set specifically to evaluate the impact of location preferences in a separate analysis.

The data cleaning rules used to produce the data set for this analysis are distinct from those found in Appendix D and are listed below:

1) The analysis does not exclude applicant declines, incomplete applications, and applicants already selected elsewhere, which are exclusion rules used in our primary analysis.
2) The analysis approach uses a cumulative count rather than a unique count.  From a process perspective, applicants can be referred/not referred many times, and it is important to use a cumulative perspective to capture these potential differences.
3) The analysis excludes General Public applicants who failed the AT-SAT.  These applicants would not have been eligible for referral and therefore it is not known if location or the AT-SAT led to the applicants' failure to be referred.

As can be seen in Tables 10a-c, the use of geographic location preferences does not result in adverse impact within or across applicant sources for race or gender (see Table 10d in Appendix E for full results). However, this practice does serve to disproportionately reduce the diversity and the representation of certain applicant sources in the overall hiring process.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 10a.** *Geographic Location Preferences: Overall and By Applicant Source -*
*Cumulative Applications Analysis*
**WHITE VS. AFRICAN AMERICAN** [*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **6,897** | **33,752** | **4,242** | **24,301** | **4,843** | **601** | **0.85** | **17.37** |
| CTI | 605 | 7,651 | 598 | 7,575 | 599 | 1 | 1.00 | 0.39 |
| Other - CTO | 262 | 2,472 | 251 | 2,361 | 250 | -1 | 1.00 | -0.22 |
| Public | 3,702 | 12,051 | 2,357 | 9,016 | 2,673 | 316 | 0.85 | 13.24 |
| Reinstatement/DoD CPC | 61 | 775 | 61 | 744 | 59 | -2 | 1.04 | -1.59 |
| RMC | 486 | 1,344 | 237 | 643 | 234 | -3 | 1.02 | -0.35 |
| VRA | 1,781 | 9,459 | 738 | 3,962 | 745 | 7 | 0.99 | 0.35 |

**Table 10b.** *Geographic Location Preferences: Overall and By Applicant Source -*
*Cumulative Applications Analysis*
**WHITE VS. HISPANIC** [*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **2,672** | **33,752** | **1,874** | **24,301** | **1,920** | **46** | **0.97** | **2.06** |
| CTI | 717 | 7,651 | 714 | 7,575 | 710 | -4 | 1.01 | -1.52 |
| Other - CTO | 136 | 2,472 | 133 | 2,361 | 130 | -3 | 1.02 | -1.27 |
| Public | 948 | 12,051 | 646 | 9,016 | 705 | 59 | 0.91 | 4.53 |
| Reinstatement/DoD CPC | 21 | 775 | 20 | 744 | 20 | 0 | 0.99 | 0.18 |
| RMC | 98 | 1,344 | 47 | 643 | 47 | 0 | 1.00 | -0.02 |
| VRA | 752 | 9,459 | 314 | 3,962 | 315 | 1 | 1.00 | 0.07 |

**Table 10c.** *Geographic Location Preferences: Overall and By Applicant Source -*
*Cumulative Applications Analysis*
**MALE VS. FEMALE** [*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Overall** | **9,558** | **39,361** | **6,541** | **27,789** | **6,708** | **167** | **0.97** | **4.15** |
| CTI | 1,887 | 8,349 | 1,862 | 8,266 | 1,867 | 5 | 1.00 | 1.27 |
| Other - CTO | 516 | 2,763 | 497 | 2,634 | 493 | -4 | 1.01 | -0.99 |
| Public | 4,275 | 14,097 | 2,915 | 10,348 | 3,086 | 171 | 0.93 | 6.67 |
| Reinstatement/DoD CPC | 174 | 786 | 166 | 760 | 168 | 2 | 0.99 | 0.83 |
| RMC | 201 | 1,923 | 90 | 920 | 96 | 6 | 0.94 | 0.83 |
| VRA | 2,505 | 11,443 | 1,011 | 4,861 | 1,055 | 44 | 0.95 | 1.95 |

---

[*] *Practical Significance Indices:*
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
*Statistical Significance Indices:*
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



As can clearly be seen in Figure 7, referral rates for each applicant source vary considerably. CTI, CTO, and Reinstatement applicants are referred at a much higher rate. It is believed that location preferences are at the root of these differential rates. The use of location preferences also has a differential impact on the referral rate of White and African American applicants, with qualified African Americans being referred at a substantively lower rate than qualified Whites (see Table 11).  As can be seen in Table 11, the sources with the highest African American representation (Public, RMC, and VRA) at the point of referral are also the sources least likely to be referred based on location preferences.  Ultimately, African American diversity is reduced disproportionality in the overall process because African American membership is highest for those sources that are referred at much lower rates.  This effect is also exacerbated by the fact that the Public, RMC, and VRA applications constitute 68% of total applications at the point of referral.

**Figure 8. Percentage Qualified Applicants Who Are Referred (Announcements Throughout Nation/US Only)**





*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 11. Impact of Location Preferences on African Americans**

|  | % Qualified Who are Referred | % Qualified Who are African American |
|---|---|---|
| CTI | 99% | 6% |
| Reinstatement/DoD CPC | 97% | 6% |
| Other - CTO | 95% | 8% |
| Public | 72% | 20% |
| RMC | 48% | 23% |
| VRA | 45% | 13% |

**FAA ATCS Selection Hurdle 5: Centralized Selection Panel (CSP).** Once applicants are referred, the centralized selection panel process is used to select and slot applicants for specific facilities as needed.  CSP panelists are provided referral lists containing the pool of applicants from which each specific facility vacancy can be filled.  Once an applicant is selected, the applicant cannot be considered for another facility.

In order to analyze the CSP decisions, it was important to accurately model the constraints the CSP panelists had for making their selection decisions.  To this end, APT*Metrics* reconstructed the candidate pools considered at each of the twelve CSP meetings from 2008 to 2012. Applicant pools were reconstructed by assigning referral lists with referral dates coinciding with the appropriate CSP date.  Referral lists within a given CSP were then grouped into applicant pools based on the referral location (e.g. state or facility).  Referral lists that were not location-specific (primarily occurring for the General Public source) were replicated to each location-specific pool.  Figure 8 illustrates a simplified version of this process and how we arrived at location specific referral pools for each CSP.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Figure 9. Process Used to Create CSP Location-Specific Referral Pools**

## Announcement 1

- CTI Texas Referral
- CTI Illinois Referral
- VRA Texas Referral
- VRA Illinois Referral
- Public US Referral

**Location Specific Referral Pools**

- Texas CSP Pool
- Illinois CSP Pool

**CSP Panel Time 1**

## Announcement 2

- CTI Texas Referral
- CTI Illinois Referral
- VRA Texas Referral
- VRA Illinois Referral
- Public US Referral

- Texas CSP Pool
- Illinois CSP Pool

**CSP Panel Time 2**



As discussed in the methodology section earlier, a Mantel-Haenszel approach is appropriate when modeling discrete applicant pools, such as location specific referral pools. We also conducted adverse impact analyses to examine demographic group differences for the following points of aggregation:

- By service area for each CSP meeting

- By service area across all CSP meetings

- For each CSP meeting

- Across all CSP meetings

Results indicate that across all CSPs from 2008-2012, adverse impact can be seen for African Americans and Females based on significant (>1.96) and positive Mantel-Haenszel Z values (see Tables 12b-g in Appendix E for all results). We also analyzed the data by CSP service area to determine whether the observed adverse impact was merely a function of decision making in a particular service area as opposed to a pattern observed for all service areas. Our results indicated adverse impact for all service areas across the CSPs. Finally, the data were analyzed by individual CSP. Reviewing adverse impact across CSPs highlights that some CSP events contain adverse impact while other events do not. Table 12a summarizes the adverse impact by individual CSP.

### Table 12a. Overview of Adverse Impact by Individual CSP

| CSP | Adverse Impact | | | | | | | Public Source Used | Public Announcement Type |
| | African American | Hispanic | Asian | Native American | Hawaiian | Multi | Female | | |
|---|---|---|---|---|---|---|---|---|---|
| February 26-28, 2008 | | | | | | | | ✓ | State Specific |
| May 6-8, 2008 | | | | | | | | ✓ | State Specific |
| June 10-12, 2008 | * | * | * | | * | * | * | ✓ | Throughout US |
| September 8-10, 2008 | * | | * | | | | * | ✓ | Throughout US |
| January 13-15, 2009 | * | | | * | | * | * | ✓ | Throughout US |
| April 28-30, 2009 | * | | | | | | * | ✓ | Throughout US |
| October 27-29, 2009 | * | | * | | | | * | ✓ | Throughout US |
| March 23-25, 2010 | | | * | * | | | | | |
| October 19-21, 2010 | * | | | | | | | ✓ | Throughout US |
| March 8-10, 2011 | | | | | | | | | |
| November 1-3, 2011 | | | | | | * | | | |
| March 6-8, 2012 | | | | | | | * | | |



Taken together our results indicate the CSP hurdle does have adverse impact for protected groups, particularly African Americans and Females, for specific panel sessions, though no consistent pattern of adverse impact was observed over the 2008-2012 time period. However, closer investigation does reveal that adverse impact only occurs for African Americans when national Public announcements are used.

*Analysis and Impact of AT-SAT during the CSP Process.*  In evaluating the CSP selection decisions, and why adverse impact may be occurring, it is necessary to review how the AT-SAT is used within the CSP process.  As discussed above, the AT-SAT serves as a hurdle after qualification for the General Public and VTP applicants and as a minimum qualification for CTI applicants.  All three of these sources must score at least a 70 to pass their respective AT-SAT hurdle.  However, the AT-SAT is used again during the CSP process to differentiate applicants into "qualified" and "well qualified" bands.

Currently, applicants are split into these two bands based on predetermined score ranges.  Scores less than 85 and greater than or equal to 70 are considered to be "qualified."  Scores at or above 85 are considered to be "well qualified."  Applicants who score in the "well qualified" band are given substantial preference in CSP selection decisions.

Figure 9 shows a breakdown of % passing in each of the AT-SAT bands by race and gender groups.  African Americans, Hawaiians, Females, and Hispanics have the lowest number of applicants falling into the Well Qualified band.



**Figure 10. Distribution of Race & Gender Groups in AT-SAT Bands**



APT*Metrics* conducted a focused analysis to understand potential barriers associated with the use of the AT-SAT in the upcoming ATCS hiring in early 2013. More specifically, an analysis was conducted to evaluate the impact of lowering the AT-SAT well-qualified band cutoff score on predicted success on the job and adverse impact for CTI candidates[4]. Table 13 outlines the impact of lowering the cutoff for achieving a "well qualified" score from an 85 to either an 80 or 75. Table 13 is organized as follows:

•      Expected performance data based on two research studies (columns 2-3)

•      Historical adverse impact for the AT-SAT with real applicants (column 4)

•      Distribution of scores for the most recent CTI candidate group (columns 5-8)

An explanation of performance data in column 2 is drawn from a report entitled *Revision of the AT-SAT* (Wise, Tsacoumis, Waugh, Putka, & Hom, 2001). It is explained as follows: *Performance ratings were collected using an anchored 7-point scale… a '4' reflected generally acceptable performance, but a '3' reflected performance that is not always acceptable. The*

---

[4] While applicants from the General Public also take the AT-SAT as part of the hiring process, the General Public applicant source was not used for this particular hiring wave.



*dividing point between these two levels, 3.5, was mapped onto 70, the minimum passing score on the final reporting scale… Further, a value of 5.5 divided the middle (acceptable) range of performance and the upper two categories indicating outstanding or superior performance. This value was mapped onto a 90 on the final reporting scale. Because the mapping was linear, a final score of 65 was equivalent to a rating score of 3.0, 70 was equivalent to 3.5, 75 was equivalent to 4.0 and so forth.* (Wise, et al., 2001, p. 5).

The performance data presented in column 3 is based on a study, *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use* (Broach, Byrne, Manning, Pierce, McCauley, & Bleckley, M. K., under review), that examined the correlation between the AT-SAT and achievement of CPC status at the first field facility.

Based on Table 13, we can see that the current operational cut score of 85 predicts the following: 1) candidates are likely to achieve a job performance rating of "5" on a 7 point scale (Wise et al., 2001); 2) candidates have a 75% probability of achieving Certified Professional Controller (CPC) status (Broach et al.); 3) the adverse impact ratio for African Americans is .48 (using 2007-11 data analyzed by APT*Metrics*) and 4) 70% of the CTI candidates pass the AT-SAT at this level.

At an AT-SAT score of 80, the predicted job performance rating is 4.5 and the probability that candidates will achieve CPC status is 71%.  The adverse impact ratio for African Americans is .62 and 87% of the CTI candidates pass the AT-SAT at this level.

At an AT-SAT score of 75, the predicted job performance rating is 4.0 and the probability that candidates will achieve CPC status is 67%.  The adverse impact ratio for African Americans is .76 and 96% of the CTI candidates pass the AT-SAT at this level.

### Table 13. Examination of Impact of Lowering AT-SAT Cutoff Score

| AT-SAT "Well Qualified" Cutoff | Job Performance Rating (7 point scale) (Wise et al, 2001) | Probability of achieving CPC Status at First Field Facility (Broach et al, under review) | White vs. African American Adverse Impact Ratio (2007-2011 app data) | Current CTI Applicants | | | |
|---|---|---|---|---|---|---|---|
| | | | | Pass N | Total N | % Pass | Additional Passing |
| 70 | 3.5 | 60% | .88 | 1321 | 1321 | 100% | 390 |
| 75 | 4 | 67% | .76 | 1269 | 1321 | 96% | 338 |
| 80 | 4.5 | 71% | .62 | 1153 | 1321 | 87% | 222 |
| 85 | 5 | 75% | .48 | 931 | 1321 | 70% | - |

This analysis demonstrates that lowering the cutoff score to a 75 still reflects the prediction of acceptable performance with substantially less adverse impact.  Despite this improvement in adverse impact, and given the historical pass rates for the General Public on the AT-SAT, a lower well-qualified band cutoff would be expected to have a sizeable increase in the number of



well qualified applicants included in the CSP process.  Considerations for making a cut score change for entry into the well qualified band need to include adverse impact, predicted performance, and the number of additional candidates passing that will need to be incorporated into the evaluation phase (CSP).

*Data Management for Post-CSP Decisions*.  Before discussing the analyses and results for the remaining selection hurdles, a brief note on data treatment is warranted.  Given the process by which post-CSP selection information is entered into the AVIATOR system, the data for the interview, medical, and security clearance stages were sometimes incomplete.  For example, 15% (1,273 out of 8,068) of individuals who were selected by the CSP did not have an interview score.  As such, the analyses on these stages do not include the exact same applicants and applications at each step, e.g., an application may have been included in the security analysis but not in the medical and interview analyses, even though the latter screens should occur first in the overall process.  Each analysis for interview, medical, and security screens contains only the applicants for which data existed (or was recoded based on data cleaning rules).

Data cleaning rules were established in an effort to attain the cleanest and most accurate applicant pools as possible.  Due to missing data, rules were developed to maintain consistency in recoding and handling the data and can be found in Appendix D.

**FAA ATCS Selection Hurdle 6: Interview.**  After applicants are selected by the CSP, the next step in the process is to take an interview.  The interview is conducted by a selecting official and assesses six critical competencies: Dependability, Job Motivation, Reactions to Job Demands, Team Work, Air Traffic Control, and Spoken English.  The applicants included in these analyses are those who had interview data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, almost 100% of applicants who were interviewed passed the interview.  No race or gender adverse impact was found for the interview (see Table 14d in Appendix E for full results).

**FAA ATCS Selection Hurdle 7: Medical.**  After passing the interview, candidates receive a tentative offer letter (TOL) and are moved into the medical and security screening stages.  The medical screen consists of both physical and psychological components and results in an overall pass or fail determination.  Applicants included in these analyses are those who had medical data in our database.  These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, more than 90% of applicants passed the medical screen.  No race or gender adverse impact was found for the medical screening (see Table 14e in Appendix E for full results).

**FAA ATCS Selection Hurdle 8: Suitability/Security.** As was previously discussed, the security screen consists of two possible stages: a primary screen (termed Conditional



Suitability) and a subsequent secondary screen (Final Suitability). These screens will be discussed separately, followed by a discussion of the results for the overall security screen.

Applicants included in these analyses are those who had security/suitability data in our database. These analyses were conducted across all applicant sources using the unique applicant count approach.

*Primary Screen: Conditional Suitability*. As can be seen in Tables 14a-c, more than 90% of applicants passed the conditional suitability screen. No race or gender adverse impact was found for the conditional suitability screening (see Table 14f in Appendix E for full results).

*Secondary Screen: Final Suitability*. As can be seen in Tables 14a-c, passing rates remained very high (close to 100%) for the Final Suitability Screen. No race or gender adverse impact was found for the final suitability screening (see Table 14g in Appendix E for full results).

*Overall Security/Suitability Screen: Passing both Conditional and Final Suitability*. Tables 14a-c show the overall results for passing the suitability/security screen (incorporating both the Conditional and Final Suitability determinations). Selection rates for all groups remained very high (greater than 95%). No race or gender adverse impact was found for passing the overall security screening process (see Table 14h in Appendix E for full results).

**FAA ATCS Selection Hurdle 9: Hire Decision.** The final hurdle in the ATCS selection process is the hiring decision. Once an applicant has passed the medical and security clearances and coordinated with the FAA on facility and Academy dates, they are issued a firm offer letter (FOL) that indicates an official hiring decision. The applicants included in these analyses are those who had firm offer letter data in our database. These analyses were conducted across all applicant sources using the unique applicant count approach.

As can be seen in Tables 14a-c, once again a large majority of applicants at this stage received a firm offer letter. No race or gender adverse impact was found for the issuance of a FOL (see Table 14i in Appendix E for full results).



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 14a.** *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis*
**WHITE VS. AFRICAN AMERICAN**[*]

|  | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 515 | 3,834 | 512 | 3,820 | 513 | 1 | 1.00 | 0.74 |
| **Medical** | 446 | 3,367 | 411 | 3,167 | 419 | 8 | 0.98 | 1.57 |
| **Overall Suitability/Security** | 484 | 3,721 | 472 | 3,670 | 477 | 5 | 0.99 | 1.89 |
| Conditional Suitability | 484 | 3,721 | 456 | 3,642 | 472 | 16 | 0.96 | 4.81 |
| Final Suitability | 317 | 2,420 | 313 | 2,383 | 312 | -1 | 1.00 | -0.37 |
| **Hire Decision** | 413 | 3,171 | 408 | 3,139 | 409 | 1 | 1.00 | 0.38 |

**Table 14b.** *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis*
**WHITE VS. HISPANIC**[*]

|  | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 252 | 3,834 | 252 | 3,820 | 251 | -1 | 1.00 | -0.96 |
| **Medical** | 218 | 3,367 | 204 | 3,167 | 205 | 1 | 0.99 | 0.29 |
| **Overall Suitability/Security** | 241 | 3,721 | 237 | 3,670 | 238 | 1 | 1.00 | 0.37 |
| Conditional Suitability | 241 | 3,721 | 233 | 3,642 | 236 | 3 | 0.99 | 1.23 |
| Final Suitability | 152 | 2,420 | 150 | 2,383 | 150 | 0 | 1.00 | -0.21 |
| **Hire Decision** | 204 | 3,171 | 204 | 3,139 | 202 | -2 | 1.01 | -1.44 |

---

[*] ***Practical Significance Indices:***
*Shortfall # =* Difference between observed and expected frequencies of minority applicants.
*AIR =* Adverse Impact Ratio: 80% rule was applied.
***Statistical Significance Indices:***
*Standard Deviation Difference =*the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



**Table 14c.** *Interview, Medical, Suitability/Security, & Hire Decision - Unique Applicant Analysis*
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| **Interview** | 912 | 4,273 | 911 | 4,256 | 909 | -2 | 1.00 | -1.34 |
| **Medical** | 824 | 3,722 | 780 | 3,488 | 774 | -6 | 1.01 | -1.03 |
| **Overall Suitability/Security** | 881 | 4,126 | 870 | 4,062 | 868 | -2 | 1.00 | -0.67 |
| Conditional Suitability | 881 | 4,126 | 864 | 4,013 | 858 | -6 | 1.01 | -1.37 |
| Final Suitability | 535 | 2,631 | 529 | 2,594 | 528 | -1 | 1.00 | -0.52 |
| **Hire Decision** | 780 | 3,497 | 769 | 3,468 | 773 | 4 | 0.99 | 1.52 |

## FAA ATCS Full Process Review

Now that each hurdle in the selection process has been analyzed and examined separately, an important final analysis is a review of the ATCS selection process as a whole to determine the impact of decisions on adverse impact overall. Two analyses were undertaken here, both from a unique counts perspective, but distinguished by the starting applicant pool.

The first set of analyses was conducted using all applicants who applied to the position, or in other words, the full, clean database. The second set of analyses was conducted on an initial pool of individuals who were fully qualified, i.e., passed both the automated and HR MQ screens. Both analyses use the final hire decision as the outcome (see Tables 15a-c for results).

Given the fact that the job posting system essentially allows any applicant to apply through any applicant source, even though they may not meet even the most basic eligibility requirements on the vacancy announcement (e.g., is a veteran), it is impossible to discern who are "true" applicants for the specific applicant sources from those who indiscriminately applied. As such, we chose to model the hiring process two different ways to understand the adverse impact picture associated with the different definitions of an applicant (i.e., anyone who applies, only those applicants who meet the MQs).

**"Applied" Applicant Pool.** As can be seen in Tables 15a-c, our analyses of the overall hiring process (i.e., from application to hire) found adverse impact for African Americans, Hispanics, and Females (see Table 15d in Appendix E for full results).

**"Fully Qualified" Applicant Pool.** When excluding applicants who did not pass the minimum qualifications screening, adverse impact is also observed for African Americans though not for Hispanics and Females for the overall hiring process (i.e., from qualification to hire) (see Tables 15a-c below; see Table 15e in Appendix E for full results).



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 15a. *Overall Hiring Process Decisions - Unique Applicant Analysis***
**WHITE VS. AFRICAN AMERICAN**[*]

| | # African Americans Considered | # Whites Considered | # African Americans Selected | # Whites Selected | # Expected African Americans Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 12,278 | 18,627 | 408 | 3,139 | 1,409 | 1,001 | 0.20 | 36.51 |
| Overall Process: Fully Qualified to Hired | 2,350 | 9,658 | 408 | 3,139 | 694 | 286 | 0.53 | 14.43 |

**Table 15b. *Overall Hiring Process Decisions - Unique Applicant Analysis***
**WHITE VS. HISPANIC**[*]

| | # Hispanics Considered | # Whites Considered | # Hispanics Selected | # Whites Selected | # Expected Hispanics Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 2,267 | 18,627 | 204 | 3,139 | 363 | 159 | 0.53 | 9.63 |
| Overall Process: Fully Qualified to Hired | 756 | 9,658 | 204 | 3,139 | 243 | 39 | 0.83 | 3.13 |

**Table 15c. *Overall Hiring Process Decisions - Unique Applicant Analysis***
**MALE VS. FEMALE**[*]

| | # Females Considered | # Males Considered | # Females Selected | # Males Selected | # Expected Females Selected | Shortfall # | AIR | Standard Deviation Difference |
|---|---|---|---|---|---|---|---|---|
| Overall Process: Applied to Hired | 8,861 | 27,037 | 769 | 3,468 | 1,046 | 277 | 0.68 | 10.50 |
| Overall Process: Fully Qualified to Hired | 3,008 | 11,189 | 769 | 3,468 | 898 | 129 | 0.82 | 5.78 |

---

[*] ***Practical Significance Indices:***
*Shortfall #* = Difference between observed and expected frequencies of minority applicants.
*AIR* = Adverse Impact Ratio: 80% rule was applied.
***Statistical Significance Indices:***
*Standard Deviation Difference* =the proportion difference in standard deviation units: >= |1.96| indicates statistical significance.



**Summary of Quantitative Analyses**

Adverse impact was found at several hurdles in the ATCS selection process, as well as across the overall ATCS selection process. Specifically, two of our three focal groups (African Americans and Females) have disproportionately lower pass rates than White and Male applicants for both minimum qualification hurdles (automated and HR) as well as for the CSP selection process. Regarding the minimum qualification hurdles, adverse impact was found within most of the applicant sources as well. Adverse impact was not observed for CTI at any point in the hiring process, though the qualification rate was very high in general.  Importantly, adverse impact for the CSP process does vary considerably by individual CSP event and appears to be a function of using General Public source national referral lists.  Also, the current method of using location preferences is decreasing applicant diversity due to vastly different referral rates for the applicant sources.

Overall, our conclusions align with the findings in the Outtz and Associates Barrier Analysis although some specific analyses (e.g. referral, suitability) have changed substantially due to process and data insights gathered after that report was produced.  The following chapter provides a summary of issues identified, associated recommendations, and additional questions that should be addressed.



# Chapter 4

## SUMMARY AND RECOMMENDATIONS

In addition to the adverse impact found at key points in the hiring process, this analysis also uncovered assessment tool vulnerabilities, process inefficiencies, and overall design challenges that need to be addressed to ensure the sustainability of recommended interventions.

The first step towards ensuring a high-quality, sustainable ATCS hiring process is to clearly understand and specify the candidate qualifications (i.e., knowledge, skill, ability, other personal characteristics; KSAOs) necessary for success on the job. This can be accomplished through a well-executed job analysis. Job analysis should serve as the foundation for the ATCS hiring process. Legal guidelines (Equal Employment Opportunity Commission [EEOC], 1978) and professional standards (APA, 1999; SIOP, 2003) describe the importance of job analysis in the development of legally defensible, fair, and effective selection programs. It is our understanding that a job analysis was conducted to support the AT-SAT. At the time of our review, we were only aware of the SACHA job analysis study. This study was published 18 years ago and is too dated to be regarded as professionally acceptable to support the hiring process. However, in response to our draft report, CAMI has noted that subsequent efforts have in fact been carried out that should be incorporated into this recommendation. APT*Metrics* is currently in possession of these subsequent studies and would propose to include their evaluation as part of this recommendation.

With an up-to-date job analysis in place, a blueprint can be established for refining the key decision points in the process, addressing the assessment tool vulnerabilities and refining the overall design. It is with the understanding that a current job analysis exists or will be conducted that the following recommendations are made. These recommendations have been organized into two categories: ATCS Decision Points and Overall Hiring Design.

## ATCS DECISION POINT RECOMMENDATIONS

**STEP 1: Vacancy Announcements.** As described in this report, there appears to be no consistent rationale for determining which applicant source pools are chosen for use for a given hiring period. There may in fact be certain applicant sources that are justifiably ranked above others based upon job-related experience, credentials or other factors. However, this determination needs to be based upon the job analysis, consultation with ATO subject matter experts and confirmed through a validation process using current incumbents. It is therefore recommended that a structured process, involving a job analysis and formal validation, be conducted to determine and validate the differentiating criteria for ranking applicant sources.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

In addition, since the choice of applicant sources significantly impacts the diversity of the applicant pool, it is recommended that the applicant pool criteria explicitly serve to balance recruitment needs, operational issues, and commitment to diversity.

There is also a need to better populate the applicant pools with more diverse candidates. To this end, it is recommended that the FAA continue community outreach efforts to educate applicants about the ATCS occupational series and more broadly, establish a national recruitment outreach and education program around the ATCS position.

Furthermore, while CTI schools appear to be a preferred applicant source, this applicant source tends to have very little diversity. It is highly recommended that the FAA work with CTI schools to address the low retention rates of minority candidates in their programs. Specifically, it is recommended that the FAA work with CTI schools to evaluate how diversity can be increased at these schools to more generally represent the US population. For example, this might include targeted recruiting efforts, working with CTI school marketing to ensure both minority and majority population are targeted with advertising.

**STEP 2: Minimum Qualifications.** The MQs as they currently stand were drawn from standards provided by the Office of Personnel Management (OPM). There is no evidence that these qualifications have been recently reviewed or even validated against the ATCS position. Furthermore, these MQs are specific to each applicant source, which results in inconsistent eligibility and qualification standards being applied for individuals applying to perform the same job. Beyond that, many of the MQs are vague and open to interpretation. It is therefore strongly recommended that the MQs be reviewed against a current job analysis and revised and validated accordingly. Additionally, every attempt should be made to build consistent MQs across recruitment sources.

Consideration should also be given to the use of preferred qualifications (PQs) that could be used to differentiate between a large number of candidates meeting the MQs and other qualification requirements (e.g., passing the AT-SAT). As with MQs, job relevance and potential for adverse impact must be considered for PQs.

It is also recommended that the evaluation of MQs be automated to the extent possible through the creation of a standardized application blank. Criteria that cannot be automatically evaluated must be articulated in such a way as to be objectively evaluated by HR Specialists – with minimal opportunity for differential interpretation. HR Specialists engaged in this evaluation should receive training and a standard operating manual with accompanying screening checklists for each recruitment source. Refresher training should be conducted periodically and documented.

Finally, a tracking system should be established to evaluate MQ screening decisions for accuracy and adverse impact on an ongoing basis.

**STEP 3: AT-SAT.** The AT-SAT is approximately 12 years old and while more recent studies have been conducted to establish its ongoing job relevance and weighting, this test battery



continues to produce adverse impact. The AT-SAT is used at two points in the hiring process: 1) to determine whether particular applicants will be referred on to the CSP (i.e., achieve at least a score of 70) and 2) to prioritize selection decisions in the CSP for particular applicants (i.e., use of "well qualified" and "qualified" bands). Roughly 95% of applicants score at or above the passing score of 70, however, this rate drops precipitously and produces significant adverse impact for the cutoff associated with the well qualified band. Operationally, the cutoff score for selection in the CSP is 85 since applicants in the "qualified" band are rarely selected.

One potential solution to this issue is to replace the use of the AT-SAT within the CSP with a measure that can differentiate candidates without increasing adverse impact.  For example, the use of validated preferred qualifications that are collected during the application process could be used for this purpose. These PQs would be based on background and experience dimensions (and other factors) identified through the job analysis and established as valid through a proper validation study. This approach has been successfully leveraged for similar applications. We would propose to leverage CAMI's previous work and experience in the development of PQs for this position. We therefore recommend that PQs are explored as a valid differentiator and substitute for the AT-SAT for use during the CSP.

In terms of the AT-SAT itself, it is recommended that supplemental validation research be conducted to confirm its relevance to the job. Specifically, the AT-SAT should be reviewed against a recent job analysis to ensure that it is still measuring the most important requirements for success in the ATCS position. A determination can then be made as to whether any gaps exist in its coverage of the important requirements.  If it is determined that the test covers the essential requirements of the job, the next step would be to review the subtest weights and cutoff scores to determine whether a different configuration of subtests could be modeled and cutoff scores modified to more effectively balance validity and adverse impact considerations.

If the mapping of the AT-SAT to the job analysis identifies gaps in coverage of the essential requirements of the job, then new tests should be proposed to fill in these gaps. Regardless of the findings of the job analysis/AT-SAT mapping process, it is highly recommended that the AT-SAT, or its revised form, be revalidated using a criterion-related strategy, which is outlined below[5].

1.  Review/conduct job analysis of ATCS position

    ▪ Verify importance of key responsibilities and required knowledge, skill, ability and personal characteristics

2.  Map current AT-SAT against job requirements

    ▪ Identify any gaps in competency coverage

    ▪ Recommend as needed any additions/revisions to test components

    ▪ Develop new components as required

---

[5] As CAMI noted in their response to a prior draft of this report, a properly conducted criterion-related validation study will require a meaningful investment of time and resources.



3. Conduct criterion validation study

▪ Develop training and performance criteria

▪ Administer experimental version of revised AT-SAT to representative sample of incumbents and applicants

▪ Collect performance data on participating incumbents

▪ Conduct psychometric, validation and adverse impact analyses

4. Finalize and implement revised test

**STEP 4: Generation of Referral Lists.** At present, when applicants apply to an announcement, the applicant must also indicate up to two location preferences. Except for General Public applicants, location preferences ultimately drive which referral lists an applicant can be placed on once the applicant is deemed fully qualified. Applicants who select a location that does not have a position opening are *not* referred on to the CSP even though they meet the source-specific minimum qualifications. It is therefore recommended that the air traffic controller application form be changed so that applicants could select the "anywhere in the nation" option. They should also be provided with information as to which facilities have openings. This is in line with the Independent Review Panel's recommendation (ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).

**STEP 5: Centralized Selection Panel (CSP).** Based upon both the qualitative and quantitative reviews, it was determined that there is a significant opportunity for improvement of the CSP process. The process has been described by stakeholders as complex, unstandardized and subjective. In addition, the CSP process has exhibited adverse impact for protected groups, although those effects are not consistent from one CSP to another.

It is recommended that the full CSP process design be evaluated for efficiency, accuracy and fairness. It is quite likely that alternative approaches to the CSP model would result in more precise, fair outcomes along with tremendous cost savings. For example, there may be potential to automate much of the current decision making localized in the CSP selection process. Under this scenario CSP panelists could operate in more of a final review/quality control role.

Regardless of the final CSP configuration, it is highly recommended that the criteria by which decisions are made at this stage in the hiring process be firmly established and validated against the essential requirements of the job. Once the criteria have been documented and validated, CSP panelists should be trained and monitored in the application of these criteria. It will be important to develop clear policies, rating guidelines, and standardized processes for reviewing applicants and making decisions, including criteria that can and cannot be considered. All panel members must have the same understanding of the purpose of the process and be provided with an approach that will ensure accurate and fair treatment of the candidates.



Finally, it will be critical to implement a rigorous evaluation of the CSP decision making process to ensure that the process is operating as intended. Initially it will be important to closely monitor and oversee a full cycle of CSPs to ensure real-time decisions are fair and job-related. Decision making in the CSP should continue to be monitored by HR on an on-going basis thereafter.

**STEP 6: Interview**. The interview has become more of a formality in the ATCS hiring process as almost 100% of the candidates pass. It is recommended that new interview content be developed and validated, using the job analysis as the driver of which competencies need to be measured. Specifically, the interview should be developed and mapped against required knowledge, skills, and abilities and validated using subject matter experts. Multiple questions should be developed to assess each competency and behavioral anchors should be developed and validated for each of the questions to help guide interviewers in making accurate ratings.

Additionally, it is recommended that training be provided to all individuals involved in conducting the interviews to ensure they understand how to fairly and accurately conduct the interview process. Training should include "frame of reference" exercises in order to help calibrate judgments and ratings across interviewers.

## ATCS Overall Design Considerations

The current ATCS selection process is highly decentralized, with decision making and process tracking occurring across multiple departments and organizations. The absence of a clear structure and accountability for the full selection process results in significant challenges to the evaluation, ongoing improvement, and long-term success of the program. It is our recommendation that a single organization take charge of this process so that it can be centrally managed from announcement through to placement into the FAA Academy. The organization best positioned to "own" and run this process is the Office of Human Resources.

A centralized process, housed in AHR, would enable improved standardization and targeted outreach of the recruitment process, an improved ability to track and evaluate the hiring process, and enhanced coordination of the entire process.

AHR centralization and benefits include:

1. Review and coordination of the applicant sources chosen for a given hiring period, ensuring choices are aligned with FAA diversity and inclusion goals and overall ATCS openings in the field.

2. Coordinated and consistent development, validation, and training on implementation of minimum qualification screens.

3. Generation of referral lists and tracking applicants throughout the selection process to ensure declinations, location assignments, and communications to applicants are handled fairly and consistently.



4. Coordination of applicant selections from referral lists, using formulaic and standardized decision rules for moving applicants further along in the selection process.

5. Coordination, review, and sign off on all applicant interview results.

6. Review of the medical and security screen processes.

7. Consistent documentation of decisions regarding the selection process.

8. Consistent documentation of applicant dispositions throughout the process.

9. Coordination with FAA facilities, Training Academy, and applicants on EODs and distribution of tentative and firm offer letters.



# Chapter 5

## REFERENCES/APPENDICES

**References**

Air Traffic Organization & Office of Human Resource Management. (2012). *ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects*. November 6, 2012.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education. (1999). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

Broach, D., Byrne, C. L., Manning, C. A., Pierce, L., McCauley, D., & Bleckley, M. K. (under review). *The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use.* [Draft report in review for publication as an Office of Aerospace Medicine technical report.]

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1978). Uniform guidelines on employee selection procedures. *Federal Register, 43*(166), 38290-38315.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1979). Adoption of questions and answers to clarify and provide a common interpretation of the uniform guidelines on employee selection procedures. *Federal Register, 44*(43), 11996-12009.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1980). Adoption of additional questions and answers to clarify and provide a common interpretation of the uniform guidelines on employee selection procedures. Federal Register, *45*(87), 29530-29531.

FAA PMS VII and 5 U.S.C. § 2301 (b). *Merit System Principles.*

Federal Aviation Administration. (2010). *Policy Bulletin #12, In-Process Rule for Air Traffic Control Specialist Positions.* [Effective 10/07/02; modified 06/1/10.]

Outtz, J. L., & Hanges, P. J. (2012). *Barrier Analysis of the Air Traffic Control Specialists (ATCS) Centralized Hiring Process.* October 19, 2012.

Ramos, R. A., Heil, M. C., & Manning, C. A. (2001). *Documentation of validity for the AT-SAT computerized test battery* (Volumes I and II). DOT/FAA/AM-01/5. Washington, D.C.: Office of Aviation Medicine.

Society of Industrial and Organizational Psychology. (2003). *Principles for the Validation and Use of Personnel Selection Procedures* (4th ed.). Bowling Green, OH: Author.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

Wise, L. L., Tsacoumis, S., Waugh, G. W., Putka, D. J., & Hom, I. (2001). *Revision of the AT-SAT* (DTR-04-58). Alexandria, VA: Human Resources Research Organization.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Appendix A: IRP Review**

*The information presented here reflects the exact report generated in November 2012. This IRP report was prepared prior to the commencement of APTMetrics' barrier analysis extension work described in the current report.  As such, APTMetrics did not have the opportunity to speak with FAA representatives nor review any policy/process documentation prior to preparation of the IRP report presented below. The opinions expressed in the IRP report below are based solely on the information presented in "FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists (September 22, 2011)."*

**Review of "Blue Ribbon Panel" Findings and Recommendations**

Based on request, APT*Metrics* conducted a review of the FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists report.

APT*Metrics* reviewed and critically evaluated each of the IRP recommendations found in the September 22, 2011 FAA Independent Review Panel on the Selection, Assignment and Training of Air Traffic Control Specialists report (contained within ATO & AHR: Review of Independent Review Panel (IRP) Recommendations & Current Projects, November 6, 2012).

Five primary factors were considered when evaluating each recommendation:

1) Process efficiency improvement (PE)

2) Transparency and equity impact (TEI)

3) Consistency with best practices (CBP)

4) Ease of implementation – time (EIT)

5) Ease of implementation – resources (EIR)

Recommendations that scored highly are prioritized and highlighted to help guide stakeholders in the best short and long term strategies for improving the selection process for ATCSs



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Report Symbols**

✔    PE/TEI/CBP: Recommendation should result in a positive impact on evaluation criteria.
      EIT/EIR: Requires minimal time/resources.

•    PE/TEI/CBP: Recommendation should result in a moderate impact on evaluation criteria.
      EIT/EIR: Requires moderate time/resources or may decrease the need for some
      resources while increasing the need for others.

✖    PE/TEI/CBP: Recommendation may have a negative impact on evaluation criteria.
      EIT/EIR: Requires substantial time/resources.

❶    This recommendation is a high priority and can commence before the barrier analysis is
      complete.

❷    This recommendation is a high priority but should be postponed until after the barrier
      analysis is complete.

❸    This recommendation is sound but is a lower priority.

C    Caution should be taken in implementing this consideration.  Assumptions used for
      recommendation may not hold.

The original report is divided into 6 primary sections. APT*Metrics* follows this structure in our
detailed review, presenting each recommendation in its original order.  The chart below displays
the number of recommendations in each section.



**Key Notes**

The IRP's recommendations regarding organizational structure (Section 5) are of critical and
immediate importance and should serve as the foundation upon which all other
recommendations are executed.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

The IRP's recommendations regarding the proper mix and relative weight of selection components (Section 1) should be treated as examples only, since a full validation study is required to establish this configuration.

**IRP RECOMMENDATION REVIEW Prioritized Short-term Recommendations (Implement Now)**





Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process

**IRP RECOMMENDATION REVIEW Long-term Recommendations (Wait for Barrier Analysis Completion)**





**IRP RECOMMENDATION REVIEW Recommendations Requiring Caution (Caution)**

APT*Metrics* did not conclude any recommendation to be totally unsound. However, in our opinion the specific processes shown and assumptions made for the recommendations below must be tempered or modified by additional empirical support.

**1 (1.1)** Evaluate AT-CTI schools based upon the strength of the ATC-related curriculum and assign levels (1 through 4)

**2 (1.2)** Use AT-CTI levels in the selection process.

**10 (1.10)** Selection for ATCS training and selection for assignment to a facility should be a two-step process.

**16 (1.16)** The FAA needs to review its hiring practices for controller candidates and take advantage of the AT-CTI system it has created.

**31 (3.7)** Develop a voice recognition-training tool to be used supplement instructor based field training.

**37 (3.13)** Extend the current six-month requirement for OJTIs, identified in FAA Order 3120.4M, to one year.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**TRAINING PROGRAMS / SELECTION PROCESS Recommendations Part 1**

| *Collegiate Training Initiative Programs* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **1 (1.1)** Evaluate AT-CTI schools based upon the strength of the ATC-related curriculum and assign levels (1 through 4). | •Requires sustained resources to maintain ranking program and address school concerns<br>•No way to know if the school level is a valid predictor<br>•Process is applicable to only a subset of job applicants | ● | ● | ● | ✖ | ✖ | **C** |
| **2 (1.2)** Use AT-CTI levels in the selection process. | •School levels may be correlated with protected groups resulting in adverse impact<br>•Allows quick prioritization of applicants<br>•Applicants may not understand criteria and can't improve their situation easily<br>•School level should be fully validated as a predictor of job performance and/or training performance<br>•Process is applicable to only a subset of job applicants | ✔ | ✖ | ✖ | ● | ● | **C** |
| **3 (1.3)** Share AT-CTI selectee training performance data with the source institutions. | •Improves transparency for schools | | ✔ | ✔ | ✔ | ✔ | ❸ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**TRAINING PROGRAMS / SELECTION PROCESS Recommendations Part 2**

| *Selection Process* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **4 (1.4)** Track all selectees by source from selection through full qualification as a CPC. | •Will improve process transparency to key stakeholders<br>•Will improve evaluation of process effectiveness, diagnostics, and fairness | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |
| **5 (1.5)** Conduct a longitudinal study to determine the predictive value of the AT-SAT and institutionalize the process. | •Test may need to be updated so any criterion study should be delayed until that decision is reached | | ✓ | ✓ | ✗ | ● | ❷ |
| **6 (1.6)** Correlate specific AT-SAT scores with candidate training performance. | •Requires processes to track training performance and map to test scores | | ✓ | ✓ | ● | ● | ❷ |
| **7 (1.7)** In addition to AT-SAT, other factors should be given appropriate weight in the selection decision for ATCS. | •Weights should be determined through proper validation and fairness considerations | | ✓ | ✓ | ✗ | ● | ❷ |
| **8 (1.8)** Offer the AT-SAT exam through existing FAA testing centers. | •Recommendation would be bolstered by evidence of severity of scheduling issues and/or disproportionate access<br>•Could ease administrative burden on schedulers | ● | ✓ | ✓ | ● | ✓ | ❸ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## TRAINING PROGRAMS / SELECTION PROCESS Recommendations Part 3

| *Selection Process* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **9 (1.9)** Provide an ATCS candidate the opportunity to take the AT-SAT exam once each year. | •Consistent with most test-retest policies <br>•Can increase perceptions of fairness <br>•Could increase number of applications <br>•Consider cap on total number of administrations | ● | ✔ | ✔ | | | ❶ |
| **10 (1.10)** Selection for ATCS training and selection for assignment to a facility should be a two-step process. | •While conceptually reasonable, it assumes applicants will be ok with the facility they are assigned <br>•Based on available applicant data many applicants decline based on facility/location <br>•May result in increased training of subsequent ATCSs who turnover <br>•Process becomes detached from actual openings, increasing potential for trained ATCSs without a position to fill | ✘ | | | ● | ● | **C** |
| **11 (1.11)** A selection algorithm should be developed to help guide the selection panel's decisions. | •Increased standardization and transparency afforded <br>•The model shown in the report should be approached with significant caution <br>•GPA is problematic considering the aforementioned differences in schools <br>•Any algorithm would need to be driven by validation study and adverse impact considerations | ✔ | ✔ | ✔ | ✘ | ● | ❷ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**TRAINING PROGRAMS / SELECTION PROCESS Recommendations Part 4**

| *Selection Process* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **12 (1.12)** Change the air traffic control candidate interview form to three questions which the manager would evaluate using a five-choice Likert scale. Reduce the 41-page Interview Guide to a two page handout listing the dos and don'ts of interviewing. | •Overly complex supporting documentation is seldom used so shortening is beneficial<br>•The three question suggestion is arbitrary<br>•The interview should be developed and mapped against required knowledge, skills, and abilities and validated | ✓ | ✓ | ✓ | ● | ✓ | ❷ |
| **13 (1.13)** The FAA Academy should create a web based Air Traffic Basics course. Completion of this course should be required of all candidates entering ATCS training. | •Completion requirements should not be tied to level of AT-CTI programs<br>•Requires increased and sustained training and administrative resources | ✗ | ✓ | ✓ | ✗ | ✗ | ❷ |
| **14 (1.14)** The FAA Academy should create an Air Traffic Basics exam to be offered at all FAA-approved testing centers. Selectees for ATCS would be required to take the exam. | •Consistent with the recommendation, an exam used for all applicant sources is ideal<br>•Scoring recommendation is arbitrary; passing scores should be determined based on a full validation study and equity analysis | ✓ | ✓ | ✓ | ● | ✓ | ❷ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**TRAINING PROGRAMS / SELECTION PROCESS Recommendations Part 5**

| *Selection Process* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **15 (1.15)** Change the air traffic controller application form so that applicants could select one region, one state, or anywhere. | •Improvement could have a positive impact for protected groups | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |
| **16 (1.16)** The FAA needs to review its hiring practices for controller candidates and take advantage of the AT-CTI system it has created. | •It is not clear if CTI applicants significantly outperform other sources except for anecdotal evidence<br>•Full reliance on the CTI pool, a knowingly less diverse applicant population, should only be implemented if it can be shown that curriculum is necessary to perform the job; this can only be determined through a validation approach that compares applicant sources | | ● | ● | ✗ | ✗ | **C** |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**ACADEMY TRAINING/ASSIGNMENT PROCESS Recommendations Part 1**

| *Academy Training* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **17 (2.1)** Provide Air Traffic Basics training via an online module. | •Requires additional content maintenance and increased administrative resources<br>•Will lengthen onboarding process but should improve performance | ● | ✓ | ✓ | ✗ | ✗ | ❸ |
| **18 (2.2)** Incorporate the Professional Standards module within the Academy-based ATCS curriculum and use contract instructors (augmented by field management and NATCA representatives, as needed) in this role. | •Ensure professional standards are job related<br>•Conduct a full needs assessment rather than anecdotal evidence<br>•Identify what can easily be learned on the job | | ● | ✓ | ✓ | ✗ | ❸ |
| **19 (2.3)** Expose Academy students to all ATCS track specialties and use contract instructors and OJTIs in this role. | •Above review notwithstanding, exposure to tracks is necessary if facility assignment is based on performance | | ✓ | | ● | ● | ❸ |
| **20 (2.4)** Incorporate an "advanced" course for all candidates prior to reporting to the field units and use OJTIs in this role. | •Training demands in the field should be reduced<br>•Training will likely be standardized potentially increasing quality<br>•Restriction of course to "advanced" trainees could result is negative reactions | ✓ | ● | ✓ | ✗ | ● | ❸ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## ACADEMY TRAINING/ASSIGNMENT PROCESS Recommendations Part 2

| *Academy Training* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **21 (2.5)** Improve the quality of Academy-based training by (a) capturing additional performance samples during training, (b) replacing the "pass/fail" grading strategy with multi-level performance measures, and (c) providing detailed Academy training records to the gaining facility manager. | •Substantial administrative burden<br>•Increased depth of training feedback and potential performance improvement initiatives | ✓ | ✓ | ✓ | ✗ | ✗ | ❸ |
| **22 (2.6)** Delay the *track assignment* until after the candidate's aptitude is assessed during initial training at the FAA Academy training and use OJTIs in this process. | •Consistency is key and may be difficult based on actual vacancies/needs<br>•Need to develop and validate clear criteria for assignments<br>•Consider inclusion of an appeals process | | ● | | ● | ● | ❸ |
| **23 (2.7)** Delay the *facility assignment* until after the candidate's aptitude is assessed during Academy training and use field management in this process. | •Consistency is key and may be difficult based on actual vacancies/needs<br>•Consider inclusion of an appeals process<br>•Need to develop clear criteria for assignment<br>•Refer to recommendation 10 (1.10 ) | | ● | | ✓ | ✓ | ❸ |
| *Employee Records* | | | | | | | |
| **24 (2.8)** Establish and maintain an integrated employment/training database across stakeholder offices that captures employees' data from application to retirement date. | •Improves transparency and the ability to evaluate processes for effectiveness and equity | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## FIELD TRAINING Recommendations Part 1

| *Field Training* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **25 (3.1)** Identify key elements of instructional performance for FAA classroom and simulation instructors. | | ✓ | | ✓ | ● | ● | ③ |
| **26 (3.2)** Establish a group of early career controllers to evaluate changes in teaching methodology utilized by both non-FAA and FAA instructors, and assess those changes against the current Air Traffic Control environment. | •Implementation of CMS/LCMS will decrease the need for this group | ✓ | | ✓ | ✘ | ✘ | ③ |
| **27 (3.3)** Continue current actions to implement both a CMS and an LCMS and continue the planned technical training strategy to maintain the currency and accuracy of training. | •Consider a full-featured LMS system, not just content management<br>•Implementation is an extended process | ✓ | | ✓ | ✘ | ✘ | ① |
| **28 (3.4)** Collect and monitor information to measure the effectiveness of the technologies used for classroom and facility training. | •Tracking the effectiveness of specific mediums can help assess how specific groups and types of learners learn best | ✓ | ✓ | ✓ | ✘ | ● | ③ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## FIELD TRAINING Recommendations Part 2

| Simulation Strategy | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **29 (3.5)** Continue to move forward with the implementation of simulation technology in field training. | •Upfront cost/time but decreased reliance on field resources | ✓ | | ✓ | ● | ● | ❸ |
| **30 (3.6)** Develop a mobile simulator lab(s). | •Upfront cost/time but decreased reliance on field resources | ✓ | | ✓ | ✘ | ● | ❸ |
| **31 (3.7)** Develop a voice recognition-training tool to be used supplement instructor based field training. | •Voice recognition technology can be difficult to implement & use | ● | | ● | ✘ | ✘ | **C** |
| *On-the-Job Training Instructors* | | | | | | | |
| **32 (3.8)** Establish a list of key elements and guidance to be used when selecting OJTI candidates. | •Consider a minimum qualification and preferred qualification approach | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |
| **33 (3.9)** Develop instructor skill enhancement courses for OJTIs that address specific areas to be improved. | •Increased need for content development and administrative resources | ✓ | ✓ | ✓ | ✘ | ✘ | ❸ |
| **34 (3.10)** Develop refresher training for FLMs to assist in evaluating current training techniques and best practices in their certification and evaluation of OJTIs. | •Increased need for content development and administrative resources | ✓ | | ✓ | ✘ | ✘ | ❸ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## FIELD TRAINING Recommendations Part 3 *On-the-Job*

| *Training Instructors* | Evaluation Comments | PE | TEI | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **35 (3.11)** Develop a skills assessment form that can help evaluate specific instructional skills for both FLMs and OJTIs. | •Increased consistency and sound tool to communicate expectations | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |
| **36 (3.12)** Require OJTI evaluations to go through all pieces of a training session, including the debriefing. | •Solid approach to evaluation and ongoing improvement | ✓ | ✓ | ✓ | ✓ | ✓ | ❶ |
| **37 (3.13)** Extend the current six-month requirement for OJTIs, identified in FAA Order 3120.4M, to one year. | •Review interview notes to determine how/why candidates were insufficient; confirm it is a function of tenure | | | | ✓ | ✓ | **C** |
| **38 (3.14)** Develop a national database of best practices, lessons learned and current training techniques that are easily available to OJTIs. | •This level of detail could also be tracked in a central LMS system per 27 (3.3)<br>•Leveraging the LMS would increase the PE score<br>•Effective population, retrieval and use of the data requires time and administrative resources | ✗ | | ✓ | ✗ | ✗ | ❸ |
| **39 (3.15)** Establish an annual refresher course for OJTIs. | •Increase time spent in training for OJTIs every year; this should be balanced against value | | | ✓ | ● | ✗ | ❸ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## PROFESSIONAL STANDARDS Recommendations

| Professional Standards | Evaluation Comments | PE | TEI | CPB | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **40 (4.1)** Develop an introductory professionalism curriculum. | •Curriculum may be able to be purchased quickly | | ✓ | ✓ | ✓ | ✖ | ② |
| **41 (4.2)** Develop a complete Academy-level class on professional standards. | | | ✓ | ✓ | ✖ | ✖ | ③ |
| **42 (4.3)** Continue to expand and develop the joint ProStan Program at the field level. Develop a refresher class on professional standards and require annual training. | | | ✓ | | ✖ | ✖ | ③ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## ORG STRUCTURE / RESPONSIBILITIES Recommendations

| *Organizational Structure* | Evaluation Comments | PE | EIT | CBP | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **43 (5.1)** Clarify and document the specific roles and responsibilities of personnel *within each office* that contributes, receives or uses information related to provisioning of air traffic technical training, inclusive of the ATO Service Units, Service Areas, Service Centers and facilities, as well as any other FAA offices. | •Requires significant collaboration from and participation by stakeholders | ✓ | ✓ | ✓ | ✓ | ● | ❶ |
| **44 (5.2)** Clarify and document the specific roles and responsibilities *between offices* that contribute, receive or use information related to provisioning of air traffic technical training, inclusive of the ATO Service Units, Service Areas, Service Centers and facilities, as well as any other FAA offices. | •Requires significant collaboration from and participation by stakeholders | ✓ | ✓ | ✓ | ✓ | ● | ❶ |
| **45 (5.3)** Clarify and document the specific roles and responsibilities between the ATO and the FAA Academy as each contributes to air traffic technical training. | •Requires significant collaboration from and participation by stakeholders | ✓ | ✓ | ✓ | ✓ | ● | ❶ |
| **46 (5.4)** Empower one office with the responsibility, as the REDAC advised the Administrator in 2005, for coordinating the provisioning of air traffic technical training, including the means to fund and execute this responsibility. | •Requires significant collaboration from and participation by stakeholders<br>•Significant organizational changes required | ✓ | ✓ | | ✗ | ✗ | ❶ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## OTHER RECOMMENDATIONS

| Other Recommendations | Evaluation Comments | PE | TEI | CPB | EIT | EIR | Priority |
|---|---|---|---|---|---|---|---|
| **47 (6.1)** The FAA Academy should shift curriculum to the outcomes-based model over the next five years. | •Best practices approach | ✓ | ✓ | ✓ | ✘ | ✘ | ③ |
| **48 (6.2)** AJL should join the franchise fund at the Mike Monroney Aeronautical Center to better serve its mission. | •APT did not evaluate this recommendation | | | | | | |
| **49 (6.3)** The use of the term "Developmental" has a less than positive connotation. A better descriptor should be used. | | | ● | ● | | | ③ |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Appendix B.  Documents Received and Reviewed

| Document Title | Overview |
| --- | --- |
| 2152 Barrier Analysis Draft (October 19, 2012)- Phase 1 (AGC Comments) | Comments on Barrier Analysis from Legal team |
| 2152 vacancy announcement RNO data | Breakdown of race data (%) by applicant source for 2152 vacancy announcement |
| 20120830_FY06_Barrier_Analysis | 2006 data file from barrier analysis broken down by applicant source |
| 20120830_FY07_Barrier_Analysis | 2007 data file from barrier analysis broken down by applicant source |
| 20120830_FY08_Barrier_Analysis | 2008 data file from barrier analysis broken down by applicant source |
| 20120830_FY09_Barrier_Analysis | 2009 data file from barrier analysis broken down by applicant source |
| 20120830_FY10_Barrier_Analysis | 2010 data file from barrier analysis broken down by applicant source |
| 20120830_FY11_Barrier_Analysis | 2011 data file from barrier analysis broken down by applicant source |
| AAC-AMH-07-CTO-06747 | CTO Vacancy announcement: Aug 15, 2007 - Aug 21, 2007 |
| AAC-AMH-07-CTO-06895 | Amended CTO vacancy announcement: Aug 24, 2007 to Aug 24, 2007 |
| AAC-AMH-07-CTO-07044 | Amended CTO vacancy announcement: Sep 5, 2007 to Sep 6, 2007 |
| AT Hiring sources by fiscal year | List of hiring sources by year |
| ATCS system vs HR Specialist DQ | List of disqualification/screen out questions by applicant source |
| ATO & AHR Review of IRP 11.6.12 | IRP / Blue Ribbon report and update |
| BA_Final Report 8 for Distribution | October 19, 2012 Barrier Analysis report by Outtz |
| Barrier Analysis - Additional Questions for SMEs | 1-page document with 3 questions re: MQ Determination and CSP |
| Barrier Analysis qualification response | Summary document referring to a chart of race breakdown % by year for qualified applicants |
| Barrier Analysis questions | List of questions/requests for Barrier Analysis |
| Barrier Analysis_2152 FY 2006 to 2012 info | PPT: "ATCS Hiring Sources and Process by Fiscal Year" |
| CAMI response to the second draft of the barrier analysis | CAMI comments on the barrier analysis |
| CSP March 12 20 pitch | PPT: "CSP Briefing" presented to Centralized Selection Panel |
| Data documents sent to APT 27 November 2012 | List/screenshot of documents sent to APT |
| General Public exclusion numbers | Counts by General Public announcement of # applied, # AVIATOR DQ'd, # HR Specialist DQ'd |
| General Public exclusions | List of excluded General Public applicants by name with reason |
| Interview Names | List of applicant names by year re: interviews. |
| Memo for the record concerning the data provided to the Barrier Analysis workgroup | Memo provided to barrier analysis contractor re: barrier analysis data (presumably from the FAA) |
| Overview of ATCS hiring process | PPT: "Overview of the Air Traffic Controller Hiring Process" |
| King et al (2007) | "Operational Use of the Air Traffic Selection and Training Battery" |
| 00_02 | Manning (2000) - "Measuring Air Traffic Controller Performance in a High-Fidelity Simulation" - 2 reports |
| 00_12 | Heil & Agnew (2000) - "The Effects of Previous Computer Experience on Air Traffic-Selection and Training (AT-SAT) Test Performance" |
| 00_15 | Russell, Dean, & Broach (2000) - "Guidelines for Bootstrapping Validity Coefficients in ATCS Selection Research" |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Document Title | Overview |
|---|---|
| 0105 | "Documentation of Validity for the AT-SAT Computerized Test Battery Volume I" |
| 0106 | Ramos, Heil, & Manning (2001) - "Documentation of Validity for the AT-SAT Computerized Test Battery Volume II" |
| Append_C_I0106V1 | tech report Appendix C |
| AppendA_B 0501V1 | tech report Appendices A and B |
| 1607.5 validity studies | UG - "General standards for validity studies" |
| 1607.7  use of other validity studies | UG - "Use of other validity studies" |
| 1607.14 selection | UG - "Technical standards for validity studies" |
| 1607.15 selection | UG - "Documentation of impact and validity evidence" |
| Broach and Brect-Clark 1994 | "Validation of the Federal Aviation Administration Air Traffic Control Specialist Pre-Training Screen" |
| collins and morris (2008) | "Testing for Adverse Impact when Sample Size is Small" |
| Dattel and King 2006 | "Reweighting AT-SAT to Mitigate Group Score Differences" |
| Manning et al 1988 | Manning et al (1988). "Studies of Poststrike Air Traffic Control Specialist Trainees: II. Selection and Screening Programs" |
| SIOP Principles | SIOP Principles |
| uniform guidelines | EEOC Uniform Guidelines |
| HROI ATC CTI SOP | Standard operating procedures for CTI |
| HRPM EMP-1.7 Testing Policy 2152 | Testing policy for filling entry level Terminal and EnRoute ATCS positions |
| HRPM EMP-1.19 PATCO | Employment of former ATCS |
| HRPM EMP-1.20 Max Entry Age | Maximum entry age for ATCSs |
| HRPM EMP-1.20a RMC | Employment Policy for Employment of RMC program |
| HRPM EMP-1.26b VRA | Employment Policy for Veterans' Recruitment Appointment (VRA) |
| HRPM EMP-1.26g (CTO) | HR Policy Manual: Individuals possessing a CTO certificate with facility rating from trade schools / universities / colleges |
| HRPM FOR RMC Q & A | HR Policy Manual: Employment of RMC Program - Questions and Answers |
| Policy Bulletin #12-Inprocess Rule | Bulletin: In-process rule for ATCS positions |
| HROI METHOD OF EVALUATING | HROI - Method of Evaluating Candidates |
| HRPM EMP-1.10 External Hiring | HRPM - Permanent External Hiring |
| HRPM EMP-1.12 Emp of Vets & Svc Members | HRPM: Employment of Vets and Service Members |
| HRPM Ref Material EVHO | HRPM: Expanded Veterans Hiring Opportunity (EVHO) - Questions and Answers |
| HRPM EMP-1.11 Entry-Level Pay FG-1 | HRPM Supplement - employment policy: Entry-level pay and grade for AT Academy trainees |
| OPM Qual Standard 2152 | Qualification Standards for 2152 |
| AAC-AMH-09-PUBNAT8-12162 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-CTI-27053 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-CTO-27017 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-VRA-26915 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-REINCPC-27019 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-REINDOD-27021 | Job Posting and completed applicant questionnaire |
| FAA-AMH-13-RMC-27006 | Job Posting and completed applicant questionnaire |
| PATCO RECRUIT NOTICE 93-01 | Recruitment Notice from 1993 |
| ATC Hiring Process (TIGER TEAM RECOMMENDATIONS) | Tiger Team evaluation of hiring process |
| ATSPP PAY BANDS EFF. 1-1-2012 | ATSPP Pay Bands by ATC level and career level |
| EnRoute facility listing with levels | List of EnRoute facilities with facility ID, ATC level, facility type, service area, and specific location/facility name |
| Terminal facility code listing with levels | List of Terminal facilities with facility ID, ATC level, facility name, district, and service area |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Document Title | Overview |
|---|---|
| CWP_2012 | "A Plan for the Future: 10-Year Strategy for the ATC Workforce 2012-2021" |
| 20121211_FY06_Barrier_Analysis | new data pull |
| 2012121_FY07_Barrier_Analysis | new data pull |
| 20121211_FY08_Barrier_Analysis | new data pull |
| 20121211_FY09_Barrier_Analysis | new data pull |
| 20121211_FY10_Barrier_Analysis | new data pull |
| 20121211_FY11_Barrier_Analysis | new data pull |
| FY06_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY07_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY08_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY09_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY10_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY11_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 1)] | |
| FY06_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY07_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY08_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY09_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY10_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY11_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 4)] | |
| FY06_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY07_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY08_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY09_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY10_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY11_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 5)] | |
| FY06_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY07_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY08_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY09_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY10_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY11_Barrier_Analysis [from 20120326_Barrier_Analysis_2012 (disk 6)] | |
| FY06_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Document Title | Overview |
|---|---|
| FY07_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |
| FY08_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |
| FY09_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |
| FY10_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |
| FY11_Barrier_Analysis [from 20120611_FY06-11_Barrier_Analysis_B (disk 3)] | |
| 20120830_FY06_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| 20120830_FY07_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| 20120830_FY08_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| 20120830_FY09_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| 20120830_FY10_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| 20120830_FY11_Barrier_Analysis [from 20120830_FY06-11_Barrier_Analysis (disk 2)] | |
| SPSS Files Breakdown | description of variables in Outtz's data files |
| Academy Training Data_ATSATEthnicityMay2012 | Outtz's data |
| agg_2006_qual_ref_sel | Outtz's data |
| agg_2007_qual_ref_sel | Outtz's data |
| agg_2008_qual_ref_sel | Outtz's data |
| agg_2009_qual_ref_sel | Outtz's data |
| agg_2010_qual_ref_sel | Outtz's data |
| agg_2011_qual_ref_sel | Outtz's data |
| ATSATEthnicity | Outtz's data |
| ATC Applicants Disqualified Due To Medical Conditions | Medically disqualified applicants with date |
| ATC Applicants Identified By MMPI-2 And Subsequently Medically Disqualified | Medically disqualified applicants with date |
| AVIATOR Announcements Data (N=386) | Announcements with counts of applicants |
| Interview Template 9-3-08 | ATCS Interview Evaluation Template |
| FY2013 Air Traffic Facility Listing with City, State, Location | 2013 facility info |
| transtoDrOuttz2012-07-13-104858 | List of documents provided to Outtz |
| DrOuttztransfer2012-12-11-102926 | List of documents provided to Outtz |
| Rock et al 1984 | Encyclopedic review of ATC selection research |
| Validity of AT-SAT in Operational Use (v4.0) | draft study - Broach et al "The Validity of the Air Traffic Selection and Training (AT-SAT) Test Battery in Operational Use" |
| atsat subscores raw | AT-SAT raw data file |
| ATSAT subtest code book | Descriptions of AT-SAT variables and subtests |
| ATSAT weights | Weights (coefficients and constants) for ATSAT subscales and total score |
| Barrier Analysis Data Requests-B. Fleener | Response to data request, including announcements mapped to more than one CSP |
| Information Request | Email containing specific CSP start and stop dates |
| 20121227_FY06_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |
| 20121227_FY07_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |
| 20121227_FY08_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Document Title | Overview |
|---|---|
| 20121227_FY09_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |
| 20121227_FY10_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |
| 20121227_FY11_Barrier_Analysis | Repull of AVIATOR data with updated Security "N/A" and "No" values |
| HUMRRO Wise et al 2001 | AT-SAT Reweighting study |
| Barrier Analysis Data Request 1-4-13 | FAA Responses to B. Fleener's AVIATOR data questions |
| Academy Training Data_ATSATethnicityMay2012 | Outtz's data |
| agg_2006_qual_ref_sel | Outtz's data |
| agg_2007_qual_ref_sel | Outtz's data |
| agg_2008_qual_ref_sel | Outtz's data |
| agg_2009_qual_ref_sel | Outtz's data |
| agg_2010_qual_ref_sel | Outtz's data |
| agg_2011_qual_ref_sel | Outtz's data |
| ATSATEthnicity | Outtz's data |
| ATSATEthnicityMay2012 | Outtz's data |
| FAA Training criterion July 2012 | Outtz's data |
| MedDisAgg_1 | Outtz's data |
| SPSS Files Breakdown | Outtz's data |
| AAM-RFS-300-002 ATCS Clearance | ATCS Clearance revision history, flow chart (effective 3-2-11), and procedure |
| AAM-RFS-300-003 ATCS Disqualification | ATCS Disqualification and Appeals revision history, flow chart (effective 3-2-11), and procedure |
| AAM-RFS-300-005 ATCS Applicant Clearance | ATCS Applicant Clearance revision history, flow chart (effective 3-2-11), and procedure |
| ATC Qualification Order 3930.3A Change 1 | ATCS Health Program - change to medical examinations |
| CHAPTER 7-Suitability Guidance | Personnel Suitability Standards, Criteria, and Adjudication (I believe this is from FAA Human Resources Handbook for Suitability Determinations/Adjudications - doc does not say this, though) |
| CHAPTER 8 Security Adjudication | Personnel Security Standards, Criteria, and Adjudication (I believe this is from FAA Human Resources Handbook for Suitability Determinations/Adjudications - doc does not say this, though) |
| Drug and Alcohol Order DOT ncr handbook | Drug and Alcohol-Free Departmental Workplace Program |
| How ATSAT was Changed | PPT of changes to AT-SAT |
| Medical Process Per Dr.Lomangino | 1-page memo re: medical process; contains links to ATCS Applicant Clearance (cannot access because on intranet); Qualification Order (can access and received as a separate document); and Drug and Alcohol Testing (can access) |
| Response-ATCS system vs HR Specialist DQ | Clarification on Public MQs |
| FG-1 qualifications | Policy Bulletin #33: Qualifications Standard for ATCS Trainee - FAA Academy (FG-2152-1) |
| http://www.dol.gov/vets/programs/userra/ | Link to information on USERRA program |
| Draft v2 JO 3330.XX Centralized Selection Placement ATCS_7-25-11 | Draft updates to CSP of new hires in En Route and FAA |
| Final AT CSP SOP | Standard Operating Procedures for CSP process |
| nd1600-1E | DOT Personnel Security Program order |
| 2010 Task 1. Longitudinal Validation of ATCS Selection Instruments | Longitudinal Validation of ATC Specialist Selection Instruments: Assessment of Cognitive Aptitude (Bleckley, Pierce) |
| 2010 Task 2. Evaluation of ATCS Bio Data and Interview Selection Procedures | Evaluation of ATCS Biographical Data and Interview Selection Procedures (Broach) |
| 2010 Task 14. Improving ATCS Selection from Sources other than Gen Public | Task 14: Improving ATCS Selection from Sources Other than the General Public (Pierce, Bleckley) |
| handbook | FAA HUMAN RESOURCES (HR) HANDBOOK FOR SUITABILITY DETERMINATIONS / ADJUDICATIONS |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Document Title | Overview |
|---|---|
| Clarification of HR Qualification Screening | Rick Mitchell's responses to APT's questions re: HR MQ screen |
| Supplemental guidance for ATCS qualification review | FAA guidance for MQ screen |
| BASIC_QUALIFICATION_RATING_SHEET | MQ rating sheet for General Public |
| Guidance on VRA Applications | Detailed guidance on qualifying experience for VRA |
| FAA AT-CTI Schools | Listing of CTI schools and associated FAA-approved degrees |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Appendix C.  FAA ATCS Stakeholder Interview Protocol

**High level Objectives**:

- Clarify our understanding of each key decision point in the hiring process, including:
  - What policy, guidelines, and monitoring is in place to ensure fairness and consistency?
  - When and why there are deviations in the process between applicant sources and years (for the relevant time period)?
- Clarify the desired strategy and impact of each aspect of the existing selection process
- Learn more about stakeholder perspectives around the Outtz Barrier Analysis and IRP report, and well as answers to questions that arose from these reports

**General Questions**

1. What is the typical elapsed time of the selection process?



2. Were the hurdles ever not sequential (b/t '07-'11)?
   - E.g., We're seeing situations in the data in which an applicant went through the medical review phase, but has no record of having been interviewed (which we understand is the preceding step in the process)

3. Relative to the attention the AT-SAT has received, there appears to have been little focus over the past decade on strengthening the subsequent steps in the selection process.  Why is that?

4. What are the different ATC "specialties"? (*this is referenced in the IRP report*)

5. What is an alpha grouping?  What significance does it have in the overall process?

6. What, if any, legal restrictions are placed on explicit consideration of RNO when determining recruitment sources?

7. What, if any, recruitment incentives exist?

8. Explain "early referral CTI".  Were individuals in CTI programs referred to the FAA before they're ready to graduate?

9. IRP report cites the following documents – can we get our hands on these?
   - Tiger Team Report (cited on p. 8)
   - NATCA working group recommendations (cited on p. 8)



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Applicant Source Preferences

 10. The choice of applicant sources used has varied over the years. What specifically has factored into the decision of what applicant sources to use at a given point in time?

 11. Has the relationship between CTI training and/or specific prior experience and performance either in the Academy or subsequently on the job ever been examined? How about relative performance in training or in the job between applicant sources?

 *12.* Did the FAA have applications from sources that were not considered at particular points in time in the hiring process? (e.g., solicited from Gen Pop but did not actually consider these as applicants)

## Application Process

 13. Please describe the application process.
   a) Does it vary? How so?
   b) Is applicant pool passive?  (e.g., does applicant need to express interest for every single vacancy)
   c) Do applicants apply to a specific job posting?  Or just apply overall to be an ATC?

 14. Location/Geographic Preference
   a) How is the location/geographic preference information used in the hiring process?
   b) Why does the # of geographic preferences that applicants can specify vary (e.g., by applicant source, by year, possibly even by region)?
   c) How/when do applicants decline a location/facility and how long does the decline last?
   d) What happens in the passive application process when this occurs?
   e) Get a copy of the forms where this information is provided by applicants as well as what is shared with decision makers.

15. The types of announcements appear to vary across applicant source and year. Why?
   • E.g., some app sources receive announcements by state, others by state and option (terminal vs. enroute), others by option, and others by specific option, i.e., terminal only instead of terminal or enroute.
   a) What goes into these decisions?
   b) Why would some types of announcements be used for some app sources but not for others?
   c) Do data exist that support these choices?



**MQs**



16. Describe the process through which the MQs were developed. Were they ever validated?

17. Why are MQs different across applicant sources?

18. We understand HR Specialists are the ones reviewing applicants relative to the MQs and that there is formal and informal training available to them. Is formal training of the individuals (i.e., HR Specialists) who conduct the MQ review mandatory?



19. Is there any monitoring or oversight of the MQ review process?

20. Re: 3 years of progressive experience…
    a) How was the 3 years of progressively responsible experience in any job established as a minimum qualification?
    b) How exactly is degree of responsibility operationalized?



21. CAMI acknowledges there are inconsistencies in the crediting of experience and this should be addressed.
    a) Have CAMI describe the nature of the problem.
    b) Have any efforts been taken to resolve this problem?
    c) Do you have any particular recommendations to resolve this?

22. Is the 31 year maximum age requirement actually mandated by law, or does the law simply afford the FAA the right to establish an age policy?  [Note: CAMI says it is within the FAA's prerogative, thus implying this is not a legal mandate. Get confirmations from CAMI and HR]
    a) If the specific age is not a legal mandate, what steps were taken to determine what the age maximum should be?



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## AT-SAT

 23. What is the AT-SAT retesting policy?

 24. For how long are AT-SAT scores valid?

 25. Applicants from certain sources are exempt from taking the AT-SAT. There also appear to be differences as to when applicants from certain sources take the AT-SAT. On what basis were these decisions made?

26. Any evidence (firm or anecdotal) to suggest the AT-SAT has been compromised?

27. Have any actions been taken to address the increase in adverse impact resulting from the higher cutoff score?

 28. CAMI noted in their response to the Outtz report that the FAA is already in the process of looking for additional predictors to add to the selection protocol. Learn where they are in the process (what they've looked at, who they are talking to, decisions reached, etc.). Also, get a sense for what value they believe they are getting from the AT-SAT.

29. (**For CAMI**)  CAMI report references OPM guidance contained in its "Category Rating Fact Sheet".  Ask for this documentation.

 30. It is noted that certain subtests of the AT-SAT were included despite evidence that they provided no incremental validity. Why? (e.g., construct coverage, political reasons?)



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Referral List**



31. Describe this phase of the process.
    a) How are referral lists assembled?
    b) What factors are considered (e.g., MQ, location preference)?
    c) Who is involved?
    d) Is Hi qualified band on AT-SAT considered first and exhausted before moving on?
    e) Is the actual AT-SAT composite score considered in the referral process (apart from band)?

(Note: we need to make sure we understand how to identify a unique referral list in the data)



32. Guidelines and Training
    a) Are there formal guidelines and policy governing referrals?
    b) Are decision makers involved with referral list required to undergo any formal training around this part of the process?



33. Is there any monitoring or oversight of this phase of the process?

34. Has adverse impact been calculated by band?

**Centralized Selection Panel**



35. Describe the CSP (e.g., process, factors considered, individuals involved).
    a) Is the CSP convened for every opening?
    b) To what extent does the AT-SAT score impact decisions of the CSP?
    c) Why was this established to begin with?



36. Guidelines and Training:
    a) Are there formal guidelines governing this phase of the process?
    b) Are decision makers involved with CSP required to undergo any formal training around this part of the process?
    c) Speak with someone who has actually sat on a CSP
        i. Do people who've been on the CSP think this guidance was useful?
        ii. Is it followed accurately?
        iii. How did they actually make their decisions?



37. Is there any monitoring or oversight of the CSP phase?



38. (**For CAMI**) CAMI response suggests there is potential inconsistency of application of location information by panel members. Learn more about this.



39. Please explain what OPM guidelines are relevant for this step of the process.

**Interview**



40. Describe the interview process (e.g., level of structure, individuals involved, scoring considerations).
    a) Have any efforts ever been taken to validate the interview?

41. Were all of the individuals who were recommended for an interview by the CSP actually interviewed?



42. How long are interview scores valid?



43. How do interviews relate to applications (e.g. can an applicant have multiple applications, each with its own interview?)



44. Do interviewers undergo any formal training around this part of the process?



45. Is there any monitoring or oversight around this part of the process?

**Medical/Security**

46. What is the sequence of steps for the medical hurdle?



47. The medical clearance process changed at one point from 16PF to MMPI. What were the reasons behind this decision? Validation evidence?

48. Are applicants screened out based on specific disabilities?
    a) When does this screening occur? (during medical evaluation or prior to this?)
    b) What disabilities are screen out? On what basis (e.g., evidence establishing that individuals with this disability cannot perform essential function of the job with or without reasonable accommodation?)
    c) What steps have been taken to establish these
    d) Are there specific criteria?



49. The percent that pass security seems very different in the early years. Was there a change in the process? If not, what do you believe explains this trend (e.g., is it solely a function of different applicant sources or is there something else going on here).

50. We read somewhere that Medical data stopped being entered into the system in 2010 and however we were actually provided data for 2010 and 2011 (though there is a lot of "N/A"s). What was the rationale behind stopping the logging of this data? Do you know why it was still being logged in particular situations?



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Acceptance to Academy and beyond…**

 51. How were final decisions made regarding who gets accepted into the Academy?  Did the process vary depending on applicant source?
  a) Do decision makers undergo any formal training around this part of the process?

 52. What are the requirements for graduating from the Academy?
  a) Are graduation rates tracked?
  b) When exactly are applicants considered "hired"?

 53. Are specific applicant sources, on average, more successful at the Academy? How about on the job?  Have you ever examined this?

 54. Track and Facility Assignments:
  a) It sounds as if track and facility assignments are made prior to entry into the Academy.
      i.   How are these decisions made? What factors are considered?
      ii.  Can/do these change?
      iii. What is the process for revising track and facility assignments?
  b) How are the actual ATC assignments made for graduating applicants?

55. Post-Academy Training
  a) How much training is required post academy at the facility and how formal is this training?
  b) It is possible to also "not graduate" from this stage of training?"



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Appendix D:  Analysis Decisions

APT*Metrics* received a series of MS Excel files, each file containing referral level applications by source across multiple sheets.  We first merged all spreadsheets into a single master database.  Once data was integrated into a single database, we reviewed the data and met with stakeholders to develop a comprehensive and accurate understanding of the data.  Over the course of several meetings and interview, as well as data cleaning best practices, the following decisions and rules were reached regarding Aviator and AT-SAT data.  A total of 164,765 cases of applicant data were received for the 2008-2011 time period.

### Decision Rule Set 1

We found 17,502 rows of the same individual with different demographic values (ethnicity, gender).  If an individual provided demographic data at one point (e.g. on an announcement in 2010) but not at another point (e.g. on an announcement in 2009), the demographic information was carried over to those blank instances.  In cases where the individual indicated unanswered values, as well as if the individual provided conflicting demographics, the last value supplied was chosen.

### Decision Rule Set 2

We found 2,520 cases of an applicant having multiple records within the same case (i.e. vacancy announcement) with the same referral/location designation.  The only differentiating factor for these records was a different HR screening value.  In these instances, one of the rows of data was removed for the applicant as it was completely redundant.

### Decision Rule Set 3

The HR screen variable contains a variety of information that identified the disposition of individuals. We reviewed 30,701 comments (4,605 unique comments) and mapped comments to the following categories with specified actions shown in Table 16.

### Table 16. HR Screen Comments

| Comment Type | N | Action |
|---|---|---|
| Active Duty | 1818 | Recoded as HR min qual fail, qualified fail, referred fail |
| Area of Consideration | 18 | No Action |
| AT-SAT | 15 | No Action – assume actual AT-SAT score will dictate |
| Declined | 347 | Removed from analysis if applicant was not selected/referred based |
| Min Qual | 11792 | Recoded as HR min qual fail, qualified fail, referred fail |
| Missing Application Information | 11310 | Removed from analysis where applicant not selected |
| Other | 40 | No Action |
| Other and Selected | 1 | Removed from analysis where applicant not selected |
| Previously Terminated | 1 | No Action |
| Selected | 5359 | Removed from analysis where applicant not selected |



**Decision Rule Set 4**

We found many instances in which individuals were qualified but not referred.   An individual could be qualified and not referred due to 1) the location preference was for a location which did not require ATCS candidates, ultimately meaning no referral list was generated, 2) for state specific Public announcements the candidate may have been qualified but not traveled to the state to take the AT-SAT, and 3) Public applicants may not have specified location preferences in a secondary Public location tracking system.  In all instances it was decided that these individuals should not be treated as true applicants in our analyses.  However, we did analyze the impact of location preferences separately, which is addressed in Chapter 2.

**Decision Rule Set 5**

We identified a small number of records (978) that were referred but not qualified.  Data stakeholders explained this can occur due to the timing of qualification reviews and how data is stored in Aviator.  The following is an example of how this could occur:

> Step 1:  Applicant applies to announcement and is qualified

> Step 2:  Applicant is referred for a location

> Step 3:  A new referral list is needed.  All applicant qualifications are automatically reviewed when a second referral list is generated.  Let's say the applicant turned 31 between step 1 and step 3, making the applicant now not qualified

> Step 4: The applicant's qualification for the entire announcement is now recorded as not qualified, so the applicant now appears as not qualified but referred on the referral list generated in step 2

Since this incorrectly represents the application qualification pass/fail at the point of the referral, we recoded the data to indicate that the referred candidate was qualified.

**Decision Rule Set 6**

It was decided that individuals who decline positions and/or do not complete required components of the application process should be excluded from analysis.  Unfortunately, the decline variables stored in Aviator at the announcement level cannot be used reliability due to 1) the location decline variable was dual purposed by system users to also indicate an applicant was in process somewhere else and 2) the applicant could decline referrals individually, meaning that within a case an applicant can both decline and not decline but Aviator is only capable of storing one value.  To address these issues we used referral action codes, HR screen comments, and referral comments to identify declinations and exclude individuals from our analyses.



**Decision Rule Set 7**

In building the master analysis database, it was necessary to merge AT-SAT test data with the broader Aviator applicant information.  The AT-SAT was added to the Aviator system using the following rules:

        a.      The AT-SAT was linked to candidates based on SSN

        b.      The individual's AT-SAT data was attached to applications for CTI and General Public applicants where the test date occurred before the announcement close date or application referral date.  If the test date occurred after the referral date, it was not attached to the individual's application.

        c.      AT-SAT score was added in for Public candidates only if the Public candidate was qualified

Public and CTI candidates that were missing the AT-SAT after layering data were removed.  This resulted in a handful of applications (86 CTI, 60 Public) being excluded for our 2008-2011 timeframe.

**Decision Rule Set 8**

We reviewed and classified referral action comments into a number of categories used to drive subsequent data cleaning/actions in the AVIATOR data.  This decision was made because applicant disposition information could be found in the referral comments that was inconsistent with other recorded values for the applicant, or simply added additional data for the applicant's other hurdles. For example, referral action comments could indicate selection decisions for other hurdles or whether the applicant had self-selected out at particular phases of the hiring process. In total, 23,140 comments were reviewed (10,854 unique comments) and we mapped these to the categories indicated in Table 17 below.

Importantly, APT*Metrics* discovered that the CSP "Selected" values provided in the AVIATOR data by default to be incorrect if the applicant later failed a component of the process (i.e., interview, medical, and security) and that fail was recorded at the referral action level.  This error occurs because the CSP "selected" value is calculated from the referral action code and stored at the announcement level.  The following is a simple example of this coding:

Applicant Data:

Referral Action Code:  "Removed – Suitability"

CSP Selected Value: Blank which translates to "No"

Because of the ordering of the ATCS selection process, it is known this applicant did get selected from the CSP as that is the only route to ultimately take the security screen.  In the above example, the CSP selected value should have been an affirmative disposition.  To correct



these issues, we indicated the applicant was selected by the CSP and later failed the indicated hurdle provided in the referral action.

**Table 17. Referral Action Comment Recode**

| Comment Type | N | Action |
|---|---|---|
| Active Duty | 784 | Recoded as HR min qual fail, qualified fail, referred fail |
| Bad Referral List | 68 | Removed referral list |
| Declined | 1712 | Removed application from analysis where applicant was not selected by CSP |
| Did not respond | 1770 | Removed application from analysis |
| Interview | 1 | Recoded interview as fail |
| Medical | 10 | Recoded medical as fail |
| Minimum Qualification | 1125 | Recoded as HR min qual fail, qualified fail, referred fail |
| Missing Application Information | 1121 | Removed application from analysis |
| Other | 910 | No Action |
| Selected | 15639 | No Action |

When two reasons were given for exclusion (e.g. medical, min quals) in referral comments the first reason from a process perspective was indicated as fail, as well as successive hurdles.

**Decision Rule Set 9**

If an applicant was selected by a CSP, that applicant's other applications within that same, specific announcement were removed from analysis. We used this logic under the assumption that an applicant cannot be selected twice and thus would not have been considered eligible for selection from the other referral list(s) by the CSP selecting officials.

**Decision Rule Set 10**

A large amount of data was missing in the interview, medical, and security clearance stage. Much of the data was either coded as N/A or was left blank. For example, 1273 applicants selected by the CSP did not have an interview score out of 8068 selected individuals. Where possible, we backfilled this information where we felt an accurate determination could be made regarding the applicant's disposition. The following outlines the rules for interview, medical, suitability, and hire information:

1. If the applicant had a firm offer date, it was assumed the applicant passed the interview, medical and conditional security screen if those screens were blank.

2. Where possible, the medical value was recoded based on the following:

   o If final medical determination was valid it was used

   o If final medical determination was missing but the applicant had a firm offer date, it was assumed they passed



3. The original AVIATOR security review data also required a second export of the AVIATOR data. N/A values in AVIATOR are used to indicate the given field was not populated with data. In the original AVIATOR export, all N/A values were incorrectly coded as "No" for the suitability screens, indicating failure of the hurdle, and resulting in a highly inflated failure rate. The second export from AVIATOR corrected this issue and the new "Yes/No" values were integrated into our master database. Conditional and final suitability were coded based on the following:

   o Conditional Suitability = "Yes" or firm offer date is valid, assume conditional suitability pass

   o If conditional suitability = "No", assume conditional suitability fail

   o If final suitability is not missing and conditional suitability is missing, it is assumed that conditional suitability is a fail

   o If final suitability = "Yes", assume final suitability pass

   o If final suitability = "No", assume final suitability fail

4. We also calculated an overall security pass/fail value for each applicant to enable evaluating the joint effect of the conditional and final screen. The overall security pass calculation includes logic for various combinations of conditional and final suitability, which is shown in Table 18.

**Table 18. Overall Security Score**

| Conditional Value | Final Value | Treatment |
|---|---|---|
| Yes | Yes | Passing |
| Yes | No | Fail |
| Yes | Missing | Passing |
| No | Yes | Passing |
| No | No | Fail |
| No | Missing | Fail |
| Missing | Yes | Passing |
| Missing | No | Fail |

5. Several scenarios required custom decision logic. The following bullets outline these decisions.

   o 396 application/referral instances occur where the applicant did not pass medical but does have security screen information. Medical data was not recoded for these individuals.

   o 23 application/referral instances were found where individuals did not pass suitability but they did have a firm offer date. Suitability data was not recoded for these individuals.



- o 55 application/referral instances were found where individuals did not pass medical but received a firm offer data.  Medical data was not recoded for these individuals.
- o 103 application/referral  instances were denoted disqualified/qualified in their medical comments while missing the overall medical qualification code – these were recoded to disqualified and qualified respectively

6. If the applicant had a firm offer date and was selected for that specific referral list, the applicant was treated as hired.  If the applicant did not have a firm offer date but was selected for the referral list, passed the interview, passed medical, and passed security, it is assumed they passed everything and were not hired (i.e., they were in the final pool of potential hires when analyzing the localized hire decision step).

7. In a small number of cases, applicants had a firm offer date even though they were not selected.  Based on discussions with stakeholders this was likely due to improper data entry of the interview/medical/and security information.  Cases such as these were indicated as not selected and not hired.

8. Based on our understanding of the hiring process, if applicants had medical or security information but did not have an interview score it is assumed they passed the interview.

9. After all data cleaning efforts in the post CSP process, some data gaps still exist. This includes 322 applications out of 5752 (2008-2011) that did not have interview through hire information even though they were selected.  Assuming data entry errors are normally distributed across demographic groups it should not have an adverse impact on our analyses.  However, because of these gaps, and the gaps in the data discussed above, unlike our analyses up to the CSP, the data used for the interview, medical, and security analyses do not include the exact same applicants and applications (e.g., an application could have been included in the security analysis but not the prior medical and interview analyses) from one analysis to another.  Instead we analyze only those applicants we complete/sufficient data to analyze.

**Decision Rule Set 11**

In order to model the CSP decision point, it was necessary to accurately map and control applicant pools and decisions by referral location.  The first step of this process required us to map CSP events to specific referral lists. CSP dates are shown in Table 19.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 19.  CSP Dates**

| CSP |
| --- |
| February 26-28, 2008 |
| May 6-8, 2008 |
| June 10-12, 2008 |
| September 8-10, 2008 |
| January 13-15, 2009 |
| April 28-30, 2009 |
| October 27-29, 2009 |
| March 23-25, 2010 |
| October 19-21, 2010 |
| March 8-10, 2011 |
| November 1-3, 2011 |
| March 6-8, 2012 |

In mapping referral lists to CSP events, referral dates relative to the CSP dates were used. Referral lists that were issued after the preceding CSP were mapped to the subsequent CSP. In reconstructing the CSP location pools, the following rules were applied and are consistent with how the referral lists are actually generated:

1. Location preference of District of Columbia was mapped to both the Maryland and Virginia referral lists

2. Throughout the US referral lists were mapped to all locations (see diagram X in Chapter 2).  If applicants were selected for a specific location, they were subsequently removed from other pools (i.e., they were not considered an applicant in other pools).  In order to achieve this objective, the facility was extracted from referral action comments where possible.  Note than many referral action comments had multiple facilities indicated.  Where this was the case, the first facility shown was used.



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Appendix E.  Full Data Analysis Results

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Table 6d: System Qualifications (from Applied) - Unique Analysis** | | | | | | | | | | | |
| Ethnicity | White | Asian | Overall | 1,076 | 18,627 | 628 | 12,328 | 708 | 80 | 0.88 | 5.26 |
| | | | CTI | 126 | 1,905 | 126 | 1,899 | 126 | 0 | 1.00 | -0.63 |
| | | | Other - CTO | 121 | 2,563 | 28 | 873 | 41 | 13 | 0.68 | 2.49 |
| | | | Public | 567 | 10,026 | 459 | 8,512 | 480 | 21 | 0.95 | 2.54 |
| | | | Reinstatement/DoD CPC | 53 | 1,222 | 10 | 413 | 18 | 8 | 0.56 | 2.26 |
| | | | RMC | 197 | 3,429 | 15 | 494 | 28 | 13 | 0.53 | 2.67 |
| | | | VRA | 245 | 4,882 | 45 | 1,464 | 72 | 27 | 0.61 | 3.89 |
| | White | Black | Overall | 12,278 | 18,627 | 4,282 | 12,328 | 6,599 | 2,317 | 0.53 | 54.02 |
| | | | CTI | 136 | 1,905 | 135 | 1,899 | 136 | 1 | 1.00 | 0.81 |
| | | | Other - CTO | 1,786 | 2,563 | 112 | 873 | 405 | 293 | 0.18 | 21.54 |
| | | | Public | 5,331 | 10,026 | 3,775 | 8,512 | 4,265 | 490 | 0.83 | 20.78 |
| | | | Reinstatement/DoD CPC | 810 | 1,222 | 39 | 413 | 180 | 141 | 0.14 | 15.38 |
| | | | RMC | 3,395 | 3,429 | 139 | 494 | 315 | 176 | 0.28 | 14.68 |
| | | | VRA | 3,639 | 4,882 | 282 | 1,464 | 746 | 464 | 0.26 | 25.16 |
| | White | Hawaiian | Overall | 231 | 18,627 | 111 | 12,328 | 152 | 41 | 0.73 | 5.78 |
| | | | CTI | 14 | 1,905 | 14 | 1,899 | 14 | 0 | 1.00 | -0.21 |
| | | | Other - CTO | 27 | 2,563 | 10 | 873 | 9 | -1 | 1.09 | -0.32 |
| | | | Public | 124 | 10,026 | 73 | 8,512 | 105 | 32 | 0.69 | 7.98 |
| | | | Reinstatement/DoD CPC | 18 | 1,222 | 2 | 413 | 6 | 4 | 0.33 | 2.02 |
| | | | RMC | 39 | 3,429 | 3 | 494 | 6 | 3 | 0.53 | 1.19 |
| | | | VRA | 73 | 4,882 | 24 | 1,464 | 22 | -2 | 1.10 | -0.53 |
| | White | Hispanic | Overall | 2,267 | 18,627 | 1,170 | 12,328 | 1,465 | 295 | 0.78 | 13.70 |
| | | | CTI | 172 | 1,905 | 171 | 1,899 | 171 | 0 | 1.00 | 0.58 |
| | | | Other - CTO | 316 | 2,563 | 58 | 873 | 102 | 44 | 0.54 | 5.63 |
| | | | Public | 1,155 | 10,026 | 879 | 8,512 | 970 | 91 | 0.90 | 7.72 |

97



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Table 6d: System Qualifications (from Applied) - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | Multi | Reinstatement/DoD CPC | 154 | 1,222 | 21 | 413 | 49 | 28 | 0.40 | 5.07 |
| | | | RMC | 486 | 3,429 | 38 | 494 | 66 | 28 | 0.54 | 3.97 |
| | | | VRA | 590 | 4,882 | 128 | 1,464 | 172 | 44 | 0.72 | 4.19 |
| | | | Overall | 2,865 | 18,627 | 1,611 | 12,328 | 1,858 | 247 | 0.85 | 10.39 |
| | | | CTI | 183 | 1,905 | 183 | 1,899 | 182 | -1 | 1.00 | -0.76 |
| | | | Other - CTO | 396 | 2,563 | 105 | 873 | 131 | 26 | 0.78 | 2.97 |
| | | | Public | 1,447 | 10,026 | 1,170 | 8,512 | 1,221 | 51 | 0.95 | 3.96 |
| | | | Reinstatement/DoD CPC | 179 | 1,222 | 35 | 413 | 57 | 22 | 0.58 | 3.82 |
| | | | RMC | 608 | 3,429 | 55 | 494 | 83 | 28 | 0.63 | 3.55 |
| | | | VRA | 851 | 4,882 | 234 | 1,464 | 252 | 18 | 0.92 | 1.47 |
| | White | Native American | Overall | 209 | 18,627 | 108 | 12,328 | 138 | 30 | 0.78 | 4.40 |
| | | | CTI | 7 | 1,905 | 7 | 1,899 | 7 | 0 | 1.00 | -0.15 |
| | | | Other - CTO | 35 | 2,563 | 8 | 873 | 12 | 4 | 0.67 | 1.39 |
| | | | Public | 110 | 10,026 | 80 | 8,512 | 93 | 13 | 0.86 | 3.53 |
| | | | Reinstatement/DoD CPC | 15 | 1,222 | 5 | 413 | 5 | 0 | 0.99 | 0.04 |
| | | | RMC | 36 | 3,429 | 4 | 494 | 5 | 1 | 0.77 | 0.56 |
| | | | VRA | 63 | 4,882 | 17 | 1,464 | 19 | 2 | 0.90 | 0.52 |
| Gender | Male | Female | Overall | 8,861 | 27,037 | 4,408 | 15,210 | 4,842 | 434 | 0.88 | 10.68 |
| | | | CTI | 479 | 2,030 | 478 | 2,023 | 477 | -1 | 1.00 | -0.48 |
| | | | Other - CTO | 1,192 | 3,842 | 210 | 974 | 280 | 70 | 0.69 | 5.50 |
| | | | Public | 4,371 | 13,589 | 3,484 | 10,918 | 3,505 | 21 | 0.99 | 0.92 |
| | | | Reinstatement/DoD CPC | 588 | 1,782 | 87 | 426 | 127 | 40 | 0.62 | 4.65 |
| | | | RMC | 2,116 | 5,780 | 107 | 632 | 198 | 91 | 0.46 | 7.94 |
| | | | VRA | 2,378 | 7,675 | 378 | 1,805 | 516 | 138 | 0.68 | 7.88 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | White | Asian | Overall | 2,310 | 45,170 | 1,172 | 25,543 | 1,300 | 128 | 0.90 | 5.49 |
| | | | CTI | 355 | 5,233 | 355 | 5,219 | 354 | -1 | 1.00 | -0.98 |
| | | | Other - CTO | 168 | 4,285 | 64 | 2,220 | 86 | 22 | 0.74 | 3.49 |
| | | | Public | 705 | 13,567 | 581 | 11,804 | 612 | 31 | 0.95 | 3.51 |
| | | | Reinstatement/DoD CPC | 57 | 1,816 | 11 | 909 | 28 | 17 | 0.39 | 4.57 |
| | | | RMC | 461 | 8,335 | 34 | 1,172 | 63 | 29 | 0.52 | 4.06 |
| | | | VRA | 564 | 11,934 | 127 | 4,219 | 196 | 69 | 0.64 | 6.25 |
| | White | Black | Overall | 28,637 | 45,170 | 6,557 | 25,543 | 12,455 | 5,898 | 0.40 | 89.86 |
| | | | CTI | 474 | 5,233 | 472 | 5,219 | 473 | 1 | 1.00 | 0.61 |
| | | | Other - CTO | 2,307 | 4,285 | 244 | 2,220 | 862 | 618 | 0.20 | 33.00 |
| | | | Public | 6,267 | 13,567 | 4,604 | 11,804 | 5,184 | 580 | 0.84 | 23.45 |
| | | | Reinstatement/DoD CPC | 903 | 1,816 | 75 | 909 | 327 | 252 | 0.17 | 21.34 |
| | | | RMC | 9,975 | 8,335 | 373 | 1,172 | 842 | 469 | 0.27 | 25.02 |
| | | | VRA | 8,711 | 11,934 | 789 | 4,219 | 2,113 | 1,324 | 0.26 | 43.53 |
| | White | Hawaiian | Overall | 515 | 45,170 | 221 | 25,543 | 290 | 69 | 0.76 | 6.20 |
| | | | CTI | 39 | 5,233 | 39 | 5,219 | 39 | 0 | 1.00 | -0.32 |
| | | | Other - CTO | 42 | 4,285 | 22 | 2,220 | 22 | 0 | 1.01 | -0.07 |
| | | | Public | 145 | 13,567 | 90 | 11,804 | 126 | 36 | 0.71 | 8.81 |
| | | | Reinstatement/DoD CPC | 18 | 1,816 | 2 | 909 | 9 | 7 | 0.22 | 3.29 |
| | | | RMC | 106 | 8,335 | 7 | 1,172 | 15 | 8 | 0.47 | 2.20 |
| | | | VRA | 165 | 11,934 | 61 | 4,219 | 58 | -3 | 1.05 | -0.43 |
| | White | Hispanic | Overall | 5,285 | 45,170 | 2,271 | 25,543 | 2,913 | 642 | 0.76 | 18.78 |
| | | | CTI | 549 | 5,233 | 546 | 5,219 | 547 | 1 | 1.00 | 1.15 |
| | | | Other - CTO | 427 | 4,285 | 126 | 2,220 | 213 | 87 | 0.57 | 8.79 |
| | | | Public | 1,432 | 13,567 | 1,122 | 11,804 | 1,234 | 112 | 0.90 | 9.02 |
| | | | Reinstatement/DoD CPC | 176 | 1,816 | 32 | 909 | 83 | 51 | 0.36 | 8.09 |

Table 6e: System Qualifications (from Applied) - Cumulative Analysis



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Table 6e: System Qualifications (from Applied) - Cumulative Analysis** | | | | | | |
| | White | Multi | RMC | 1,311 | 8,335 | 111 | 1,172 | 174 | 63 | 0.60 | 5.54 |
| | | | VRA | 1,390 | 11,934 | 334 | 4,219 | 475 | 141 | 0.68 | 8.42 |
| | | | Overall | 6,891 | 45,170 | 3,246 | 25,543 | 3,811 | 565 | 0.83 | 14.69 |
| | | | CTI | 586 | 5,233 | 581 | 5,219 | 584 | 3 | 0.99 | 2.36 |
| | | | Other - CTO | 621 | 4,285 | 263 | 2,220 | 314 | 51 | 0.82 | 4.41 |
| | | | Public | 1,813 | 13,567 | 1,522 | 11,804 | 1,571 | 49 | 0.96 | 3.59 |
| | | | Reinstatement/DoD CPC | 249 | 1,816 | 96 | 909 | 121 | 25 | 0.77 | 3.40 |
| | | | RMC | 1,508 | 8,335 | 146 | 1,172 | 202 | 56 | 0.69 | 4.60 |
| | | | VRA | 2,114 | 11,934 | 638 | 4,219 | 731 | 93 | 0.85 | 4.61 |
| | White | Native American | Overall | 457 | 45,170 | 218 | 25,543 | 258 | 40 | 0.84 | 3.80 |
| | | | CTI | 15 | 5,233 | 15 | 5,219 | 15 | 0 | 1.00 | -0.20 |
| | | | Other - CTO | 48 | 4,285 | 18 | 2,220 | 25 | 7 | 0.72 | 1.97 |
| | | | Public | 139 | 13,567 | 105 | 11,804 | 121 | 16 | 0.87 | 3.98 |
| | | | Reinstatement/DoD CPC | 17 | 1,816 | 6 | 909 | 8 | 2 | 0.71 | 1.21 |
| | | | RMC | 83 | 8,335 | 6 | 1,172 | 12 | 6 | 0.51 | 1.79 |
| | | | VRA | 155 | 11,934 | 68 | 4,219 | 55 | -13 | 1.24 | -2.20 |
| Gender | Male | Female | Overall | 21,007 | 65,780 | 7,892 | 30,638 | 9,326 | 1,434 | 0.81 | 22.88 |
| | | | CTI | 1,363 | 5,821 | 1,359 | 5,801 | 1,358 | -1 | 1.00 | -0.29 |
| | | | Other - CTO | 1,659 | 5,992 | 466 | 2,478 | 638 | 172 | 0.68 | 9.83 |
| | | | Public | 5,555 | 17,685 | 4,587 | 14,673 | 4,604 | 17 | 1.00 | 0.68 |
| | | | Reinstatement/DoD CPC | 737 | 2,413 | 187 | 930 | 261 | 74 | 0.66 | 6.54 |
| | | | RMC | 6,007 | 15,012 | 238 | 1,589 | 522 | 284 | 0.37 | 15.40 |
| | | | VRA | 5,686 | 18,857 | 1,055 | 5,167 | 1,441 | 386 | 0.68 | 13.44 |

100



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Table 7d: HR Qualifications Review (from System Qual) - Unique Analysis | | | | | | | | | | | |
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | White | Asian | Overall | 628 | 12,328 | 462 | 9,658 | 491 | 29 | 0.94 | 2.82 |
| | | | CTI | 126 | 1,899 | 122 | 1,864 | 124 | 2 | 0.99 | 1.05 |
| | | | Other - CTO | 28 | 873 | 25 | 783 | 25 | 0 | 1.00 | 0.07 |
| | | | Public | 459 | 8,512 | 308 | 6,235 | 335 | 27 | 0.92 | 2.89 |
| | | | Reinstatement/DoD CPC | 10 | 413 | 6 | 267 | 6 | 0 | 0.93 | 0.30 |
| | | | RMC | 15 | 494 | 5 | 212 | 6 | 1 | 0.78 | 0.74 |
| | | | VRA | 45 | 1,464 | 36 | 1,150 | 35 | -1 | 1.02 | -0.23 |
| | White | Black | Overall | 4,282 | 12,328 | 2,350 | 9,658 | 3,096 | 746 | 0.70 | 29.55 |
| | | | CTI | 135 | 1,899 | 133 | 1,864 | 133 | 0 | 1.00 | -0.30 |
| | | | Other - CTO | 112 | 873 | 94 | 783 | 100 | 6 | 0.94 | 1.84 |
| | | | Public | 3,775 | 8,512 | 1,942 | 6,235 | 2,512 | 570 | 0.70 | 23.63 |
| | | | Reinstatement/DoD CPC | 39 | 413 | 18 | 267 | 25 | 7 | 0.71 | 2.29 |
| | | | RMC | 139 | 494 | 64 | 212 | 61 | -3 | 1.07 | -0.66 |
| | | | VRA | 282 | 1,464 | 200 | 1,150 | 218 | 18 | 0.90 | 2.80 |
| | White | Hawaiian | Overall | 111 | 12,328 | 74 | 9,658 | 87 | 13 | 0.85 | 2.97 |
| | | | CTI | 14 | 1,899 | 14 | 1,864 | 14 | 0 | 1.02 | -0.51 |
| | | | Other - CTO | 10 | 873 | 9 | 783 | 9 | 0 | 1.00 | -0.03 |
| | | | Public | 73 | 8,512 | 38 | 6,235 | 53 | 15 | 0.71 | 4.06 |
| | | | Reinstatement/DoD CPC | 2 | 413 | 1 | 267 | 1 | 0 | 0.77 | 0.43 |
| | | | RMC | 3 | 494 | 1 | 212 | 1 | 0 | 0.78 | 0.33 |
| | | | VRA | 24 | 1,464 | 20 | 1,150 | 19 | -1 | 1.06 | -0.57 |
| | White | Hispanic | Overall | 1,170 | 12,328 | 756 | 9,658 | 903 | 147 | 0.82 | 10.69 |
| | | | CTI | 171 | 1,899 | 166 | 1,864 | 168 | 2 | 0.99 | 0.98 |
| | | | Other - CTO | 58 | 873 | 54 | 783 | 52 | -2 | 1.04 | -0.84 |
| | | | Public | 879 | 8,512 | 494 | 6,235 | 630 | 136 | 0.77 | 10.68 |
| | | | Reinstatement/DoD CPC | 21 | 413 | 9 | 267 | 13 | 4 | 0.66 | 2.02 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Table 7d: HR Qualifications Review (from System Qual) - Unique Analysis** | | | | | | | | |
| | | | RMC | 38 | 494 | 12 | 212 | 16 | 4 | 0.74 | 1.36 |
| | | | VRA | 128 | 1,464 | 101 | 1,150 | 101 | 0 | 1.00 | -0.09 |
| | White | Multi | Overall | 1,611 | 12,328 | 1,141 | 9,658 | 1,248 | 107 | 0.90 | 6.79 |
| | | | CTI | 183 | 1,899 | 181 | 1,864 | 180 | -1 | 1.01 | -0.73 |
| | | | Other - CTO | 105 | 873 | 97 | 783 | 94 | -3 | 1.03 | -0.87 |
| | | | Public | 1,170 | 8,512 | 740 | 6,235 | 843 | 103 | 0.86 | 7.15 |
| | | | Reinstatement/DoD CPC | 35 | 413 | 28 | 267 | 23 | -5 | 1.24 | -1.84 |
| | | | RMC | 55 | 494 | 25 | 212 | 24 | -1 | 1.06 | -0.36 |
| | | | VRA | 234 | 1,464 | 179 | 1,150 | 183 | 4 | 0.97 | 0.71 |
| | White | Native American | Overall | 108 | 12,328 | 70 | 9,658 | 84 | 14 | 0.83 | 3.39 |
| | | | CTI | 7 | 1,899 | 7 | 1,864 | 7 | 0 | 1.02 | -0.36 |
| | | | Other - CTO | 8 | 873 | 7 | 783 | 7 | 0 | 0.98 | 0.20 |
| | | | Public | 80 | 8,512 | 47 | 6,235 | 58 | 11 | 0.80 | 2.91 |
| | | | Reinstatement/DoD CPC | 5 | 413 | 2 | 267 | 3 | 1 | 0.62 | 1.14 |
| | | | RMC | 4 | 494 | 2 | 212 | 2 | 0 | 1.17 | -0.29 |
| | | | VRA | 17 | 1,464 | 12 | 1,150 | 13 | 1 | 0.90 | 0.79 |
| Gender | Male | Female | Overall | 4,408 | 15,210 | 3,008 | 11,189 | 3,190 | 182 | 0.93 | 6.96 |
| | | | CTI | 478 | 2,023 | 465 | 1,988 | 469 | 4 | 0.99 | 1.42 |
| | | | Other - CTO | 210 | 974 | 185 | 878 | 189 | 4 | 0.98 | 0.89 |
| | | | Public | 3,484 | 10,918 | 2,185 | 7,361 | 2,309 | 124 | 0.93 | 5.12 |
| | | | Reinstatement/DoD CPC | 87 | 426 | 56 | 267 | 55 | -1 | 1.03 | -0.30 |
| | | | RMC | 107 | 632 | 37 | 280 | 46 | 9 | 0.78 | 1.88 |
| | | | VRA | 378 | 1,805 | 294 | 1,399 | 293 | -1 | 1.00 | -0.11 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Table 7e: HR Qualifications Review (from System Qual) - Cumulative Analysis** | | | | | | | | |
| Ethnicity | White | Asian | Overall | 1,172 | 25,543 | 910 | 20,222 | 927 | 17 | 0.98 | 1.25 |
| | | | CTI | 355 | 5,219 | 349 | 5,129 | 349 | 0 | 1.00 | -0.05 |
| | | | Other - CTO | 64 | 2,220 | 59 | 2,102 | 61 | 2 | 0.97 | 0.87 |
| | | | Public | 581 | 11,804 | 405 | 8,780 | 431 | 26 | 0.94 | 2.51 |
| | | | Reinstatement/DoD CPC | 11 | 909 | 7 | 663 | 8 | 1 | 0.87 | 0.69 |
| | | | RMC | 34 | 1,172 | 9 | 564 | 16 | 7 | 0.55 | 2.49 |
| | | | VRA | 127 | 4,219 | 81 | 2,984 | 90 | 9 | 0.90 | 1.69 |
| | White | Black | Overall | 6,557 | 25,543 | 4,018 | 20,222 | 4,951 | 933 | 0.77 | 30.05 |
| | | | CTI | 472 | 5,219 | 463 | 5,129 | 464 | 1 | 1.00 | 0.29 |
| | | | Other - CTO | 244 | 2,220 | 222 | 2,102 | 230 | 8 | 0.96 | 2.37 |
| | | | Public | 4,604 | 11,804 | 2,538 | 8,780 | 3,176 | 638 | 0.74 | 23.96 |
| | | | Reinstatement/DoD CPC | 75 | 909 | 53 | 663 | 55 | 2 | 0.97 | 0.42 |
| | | | RMC | 373 | 1,172 | 219 | 564 | 189 | -30 | 1.22 | -3.56 |
| | | | VRA | 789 | 4,219 | 523 | 2,984 | 553 | 30 | 0.94 | 2.50 |
| | White | Hawaiian | Overall | 221 | 25,543 | 159 | 20,222 | 175 | 16 | 0.91 | 2.63 |
| | | | CTI | 39 | 5,219 | 36 | 5,129 | 38 | 2 | 0.94 | 2.82 |
| | | | Other - CTO | 22 | 2,220 | 21 | 2,102 | 21 | 0 | 1.01 | -0.16 |
| | | | Public | 90 | 11,804 | 47 | 8,780 | 67 | 20 | 0.70 | 4.79 |
| | | | Reinstatement/DoD CPC | 2 | 909 | 1 | 663 | 1 | 0 | 0.69 | 0.73 |
| | | | RMC | 7 | 1,172 | 2 | 564 | 3 | 1 | 0.59 | 1.03 |
| | | | VRA | 61 | 4,219 | 52 | 2,984 | 43 | -9 | 1.21 | -2.48 |
| | White | Hispanic | Overall | 2,271 | 25,543 | 1,606 | 20,222 | 1,782 | 176 | 0.89 | 9.39 |
| | | | CTI | 546 | 5,219 | 530 | 5,129 | 536 | 6 | 0.99 | 2.00 |
| | | | Other - CTO | 126 | 2,220 | 121 | 2,102 | 119 | -2 | 1.01 | -0.66 |
| | | | Public | 1,122 | 11,804 | 667 | 8,780 | 820 | 153 | 0.80 | 10.78 |
| | | | Reinstatement/DoD CPC | 32 | 909 | 18 | 663 | 23 | 5 | 0.77 | 2.07 |

103



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMC | 111 | 1,172 | 36 | 564 | 52 | 16 | 0.67 | 3.17 |
| | | | VRA | 334 | 4,219 | 234 | 2,984 | 236 | 2 | 0.99 | 0.26 |
| | White | Multi | Overall | 3,246 | 25,543 | 2,434 | 20,222 | 2,554 | 120 | 0.95 | 5.48 |
| | | | CTI | 581 | 5,219 | 573 | 5,129 | 571 | -2 | 1.00 | -0.62 |
| | | | Other - CTO | 263 | 2,220 | 254 | 2,102 | 250 | -4 | 1.02 | -1.32 |
| | | | Public | 1,522 | 11,804 | 998 | 8,780 | 1,117 | 119 | 0.88 | 7.32 |
| | | | Reinstatement/DoD CPC | 96 | 909 | 85 | 663 | 71 | -14 | 1.21 | -3.33 |
| | | | RMC | 146 | 1,172 | 75 | 564 | 71 | -4 | 1.07 | -0.74 |
| | | | VRA | 638 | 4,219 | 449 | 2,984 | 451 | 2 | 1.00 | 0.18 |
| | White | Native American | Overall | 218 | 25,543 | 155 | 20,222 | 172 | 17 | 0.90 | 2.92 |
| | | | CTI | 15 | 5,219 | 15 | 5,129 | 15 | 0 | 1.02 | -0.51 |
| | | | Other - CTO | 18 | 2,220 | 17 | 2,102 | 17 | 0 | 1.00 | 0.05 |
| | | | Public | 105 | 11,804 | 59 | 8,780 | 78 | 19 | 0.76 | 4.24 |
| | | | Reinstatement/DoD CPC | 6 | 909 | 3 | 663 | 4 | 1 | 0.69 | 1.26 |
| | | | RMC | 6 | 1,172 | 4 | 564 | 3 | -1 | 1.39 | -0.91 |
| | | | VRA | 68 | 4,219 | 57 | 2,984 | 48 | -9 | 1.19 | -2.36 |
| Gender | Male | Female | Overall | 7,892 | 30,638 | 5,730 | 23,395 | 5,966 | 236 | 0.95 | 6.92 |
| | | | CTI | 1,359 | 5,801 | 1,325 | 5,706 | 1,335 | 10 | 0.99 | 2.16 |
| | | | Other - CTO | 466 | 2,478 | 433 | 2,354 | 441 | 8 | 0.98 | 1.83 |
| | | | Public | 4,587 | 14,673 | 3,018 | 10,205 | 3,149 | 131 | 0.95 | 4.78 |
| | | | Reinstatement/DoD CPC | 187 | 930 | 136 | 684 | 137 | 1 | 0.99 | 0.23 |
| | | | RMC | 238 | 1,589 | 80 | 812 | 116 | 36 | 0.66 | 5.03 |
| | | | VRA | 1,055 | 5,167 | 738 | 3,634 | 741 | 3 | 0.99 | 0.25 |

**Table 7e: HR Qualifications Review (from System Qual) - Cumulative Analysis**



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | Table 8d: HR Qualifications Review (from Applied) - Unique Analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
| Ethnicity | White | Asian | Overall | 1,076 | 18,627 | 462 | 9,658 | 553 | 91 | 0.83 | 5.69 |
| | | | CTI | 126 | 1,905 | 122 | 1,864 | 123 | 1 | 0.99 | 0.76 |
| | | | Other - CTO | 121 | 2,563 | 25 | 783 | 36 | 11 | 0.68 | 2.32 |
| | | | Public | 567 | 10,026 | 308 | 6,235 | 350 | 42 | 0.87 | 3.75 |
| | | | Reinstatement/DoD CPC | 53 | 1,222 | 6 | 267 | 11 | 5 | 0.52 | 1.83 |
| | | | RMC | 197 | 3,429 | 5 | 212 | 12 | 7 | 0.41 | 2.10 |
| | | | VRA | 245 | 4,882 | 36 | 1,150 | 57 | 21 | 0.62 | 3.21 |
| | White | Black | Overall | 12,278 | 18,627 | 2,350 | 9,658 | 4,771 | 2,421 | 0.37 | 57.73 |
| | | | CTI | 136 | 1,905 | 133 | 1,864 | 133 | 0 | 1.00 | 0.04 |
| | | | Other - CTO | 1,786 | 2,563 | 94 | 783 | 360 | 266 | 0.17 | 20.45 |
| | | | Public | 5,331 | 10,026 | 1,942 | 6,235 | 2,839 | 897 | 0.59 | 30.46 |
| | | | Reinstatement/DoD CPC | 810 | 1,222 | 18 | 267 | 114 | 96 | 0.10 | 12.47 |
| | | | RMC | 3,395 | 3,429 | 64 | 212 | 137 | 73 | 0.30 | 9.01 |
| | | | VRA | 3,639 | 4,882 | 200 | 1,150 | 577 | 377 | 0.23 | 22.58 |
| | White | Hawaiian | Overall | 231 | 18,627 | 74 | 9,658 | 119 | 45 | 0.62 | 5.99 |
| | | | CTI | 14 | 1,905 | 14 | 1,864 | 14 | 0 | 1.02 | -0.55 |
| | | | Other - CTO | 27 | 2,563 | 9 | 783 | 8 | -1 | 1.09 | -0.31 |
| | | | Public | 124 | 10,026 | 38 | 6,235 | 77 | 39 | 0.49 | 7.19 |
| | | | Reinstatement/DoD CPC | 18 | 1,222 | 1 | 267 | 4 | 3 | 0.25 | 1.67 |
| | | | RMC | 39 | 3,429 | 1 | 212 | 2 | 1 | 0.41 | 0.94 |
| | | | VRA | 73 | 4,882 | 20 | 1,150 | 17 | -3 | 1.16 | -0.77 |
| | White | Hispanic | Overall | 2,267 | 18,627 | 756 | 9,658 | 1,130 | 374 | 0.64 | 16.64 |
| | | | CTI | 172 | 1,905 | 166 | 1,864 | 168 | 2 | 0.99 | 1.13 |
| | | | Other - CTO | 316 | 2,563 | 54 | 783 | 92 | 38 | 0.56 | 4.97 |
| | | | Public | 1,155 | 10,026 | 494 | 6,235 | 695 | 201 | 0.69 | 12.77 |
| | | | Reinstatement/DoD CPC | 154 | 1,222 | 9 | 267 | 31 | 22 | 0.27 | 4.67 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | Multi | RMC | 486 | 3,429 | 12 | 212 | 28 | 16 | 0.40 | 3.30 |
| | | | VRA | 590 | 4,882 | 101 | 1,150 | 135 | 34 | 0.73 | 3.52 |
| | | | Overall | 2,865 | 18,627 | 1,141 | 9,658 | 1,440 | 299 | 0.77 | 11.98 |
| | | | CTI | 183 | 1,905 | 181 | 1,864 | 179 | -2 | 1.01 | -0.96 |
| | | | Other - CTO | 396 | 2,563 | 97 | 783 | 118 | 21 | 0.80 | 2.45 |
| | | | Public | 1,447 | 10,026 | 740 | 6,235 | 880 | 140 | 0.82 | 8.05 |
| | | | Reinstatement/DoD CPC | 179 | 1,222 | 28 | 267 | 38 | 10 | 0.72 | 1.90 |
| | | | RMC | 608 | 3,429 | 25 | 212 | 36 | 11 | 0.67 | 2.00 |
| | | | VRA | 851 | 4,882 | 179 | 1,150 | 197 | 18 | 0.89 | 1.61 |
| | White | Native American | Overall | 209 | 18,627 | 70 | 9,658 | 108 | 38 | 0.65 | 5.28 |
| | | | CTI | 7 | 1,905 | 7 | 1,864 | 7 | 0 | 1.02 | -0.39 |
| | | | Other - CTO | 35 | 2,563 | 7 | 783 | 11 | 4 | 0.65 | 1.35 |
| | | | Public | 110 | 10,026 | 47 | 6,235 | 68 | 21 | 0.69 | 4.18 |
| | | | Reinstatement/DoD CPC | 15 | 1,222 | 2 | 267 | 3 | 1 | 0.61 | 0.79 |
| | | | RMC | 36 | 3,429 | 2 | 212 | 2 | 0 | 0.90 | 0.16 |
| | | | VRA | 63 | 4,882 | 12 | 1,150 | 15 | 3 | 0.81 | 0.84 |
| Gender | Male | Female | Overall | 8,861 | 27,037 | 3,008 | 11,189 | 3,504 | 496 | 0.82 | 12.43 |
| | | | CTI | 479 | 2,030 | 465 | 1,988 | 468 | 3 | 0.99 | 1.14 |
| | | | Other - CTO | 1,192 | 3,842 | 185 | 878 | 252 | 67 | 0.68 | 5.42 |
| | | | Public | 4,371 | 13,589 | 2,185 | 7,361 | 2,323 | 138 | 0.92 | 4.82 |
| | | | Reinstatement/DoD CPC | 588 | 1,782 | 56 | 267 | 80 | 24 | 0.64 | 3.35 |
| | | | RMC | 2,116 | 5,780 | 37 | 280 | 85 | 48 | 0.36 | 6.21 |
| | | | VRA | 2,378 | 7,675 | 294 | 1,399 | 400 | 106 | 0.68 | 6.68 |

Table 8d: HR Qualifications Review (from Applied) - Unique Analysis



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 8e: HR Qualifications Review (from Applied) - Cumulative Analysis**

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | White | Asian | Overall | 2,310 | 45,170 | 910 | 20,222 | 1,028 | 118 | 0.88 | 5.07 |
| | | | CTI | 355 | 5,233 | 349 | 5,129 | 348 | -1 | 1.00 | -0.39 |
| | | | Other - CTO | 168 | 4,285 | 59 | 2,102 | 82 | 23 | 0.72 | 3.55 |
| | | | Public | 705 | 13,567 | 405 | 8,780 | 454 | 49 | 0.89 | 3.93 |
| | | | Reinstatement/DoD CPC | 57 | 1,816 | 7 | 663 | 20 | 13 | 0.34 | 3.76 |
| | | | RMC | 461 | 8,335 | 9 | 564 | 30 | 21 | 0.29 | 4.08 |
| | | | VRA | 564 | 11,934 | 81 | 2,984 | 138 | 57 | 0.57 | 5.74 |
| | White | Black | Overall | 28,637 | 45,170 | 4,018 | 20,222 | 9,405 | 5,387 | 0.31 | 86.65 |
| | | | CTI | 474 | 5,233 | 463 | 5,129 | 464 | 1 | 1.00 | 0.49 |
| | | | Other - CTO | 2,307 | 4,285 | 222 | 2,102 | 813 | 591 | 0.20 | 31.96 |
| | | | Public | 6,267 | 13,567 | 2,538 | 8,780 | 3,576 | 1,038 | 0.63 | 32.03 |
| | | | Reinstatement/DoD CPC | 903 | 1,816 | 53 | 663 | 238 | 185 | 0.16 | 17.08 |
| | | | RMC | 9,975 | 8,335 | 219 | 564 | 427 | 208 | 0.32 | 15.22 |
| | | | VRA | 8,711 | 11,934 | 523 | 2,984 | 1,480 | 957 | 0.24 | 35.90 |
| | White | Hawaiian | Overall | 515 | 45,170 | 159 | 20,222 | 230 | 71 | 0.69 | 6.31 |
| | | | CTI | 39 | 5,233 | 36 | 5,129 | 38 | 2 | 0.94 | 2.52 |
| | | | Other - CTO | 42 | 4,285 | 21 | 2,102 | 21 | 0 | 1.02 | -0.12 |
| | | | Public | 145 | 13,567 | 47 | 8,780 | 93 | 46 | 0.50 | 8.08 |
| | | | Reinstatement/DoD CPC | 18 | 1,816 | 1 | 663 | 7 | 6 | 0.15 | 2.72 |
| | | | RMC | 106 | 8,335 | 2 | 564 | 7 | 5 | 0.28 | 2.00 |
| | | | VRA | 165 | 11,934 | 52 | 2,984 | 41 | -11 | 1.26 | -1.92 |
| | White | Hispanic | Overall | 5,285 | 45,170 | 1,606 | 20,222 | 2,286 | 680 | 0.68 | 19.97 |
| | | | CTI | 549 | 5,233 | 530 | 5,129 | 537 | 7 | 0.98 | 2.28 |
| | | | Other - CTO | 427 | 4,285 | 121 | 2,102 | 201 | 80 | 0.58 | 8.18 |
| | | | Public | 1,432 | 13,567 | 667 | 8,780 | 902 | 235 | 0.72 | 13.52 |
| | | | Reinstatement/DoD CPC | 176 | 1,816 | 18 | 663 | 60 | 42 | 0.28 | 7.02 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMC | 1,311 | 8,335 | 36 | 564 | 82 | 46 | 0.41 | 5.60 |
| | | | VRA | 1,390 | 11,934 | 234 | 2,984 | 336 | 102 | 0.67 | 6.74 |
| | White | Multi | Overall | 6,891 | 45,170 | 2,434 | 20,222 | 2,999 | 565 | 0.79 | 14.73 |
| | | | CTI | 586 | 5,233 | 573 | 5,129 | 574 | 1 | 1.00 | 0.38 |
| | | | Other - CTO | 621 | 4,285 | 254 | 2,102 | 298 | 44 | 0.83 | 3.80 |
| | | | Public | 1,813 | 13,567 | 998 | 8,780 | 1,153 | 155 | 0.85 | 8.04 |
| | | | Reinstatement/DoD CPC | 249 | 1,816 | 85 | 663 | 90 | 5 | 0.94 | 0.73 |
| | | | RMC | 1,508 | 8,335 | 75 | 564 | 98 | 23 | 0.73 | 2.60 |
| | | | VRA | 2,114 | 11,934 | 449 | 2,984 | 517 | 68 | 0.85 | 3.71 |
| | White | Native American | Overall | 457 | 45,170 | 155 | 20,222 | 204 | 49 | 0.76 | 4.64 |
| | | | CTI | 15 | 5,233 | 15 | 5,129 | 15 | 0 | 1.02 | -0.55 |
| | | | Other - CTO | 48 | 4,285 | 17 | 2,102 | 23 | 6 | 0.72 | 1.88 |
| | | | Public | 139 | 13,567 | 59 | 8,780 | 90 | 31 | 0.66 | 5.46 |
| | | | Reinstatement/DoD CPC | 17 | 1,816 | 3 | 663 | 6 | 3 | 0.48 | 1.61 |
| | | | RMC | 83 | 8,335 | 4 | 564 | 6 | 2 | 0.71 | 0.70 |
| | | | VRA | 155 | 11,934 | 57 | 2,984 | 39 | -18 | 1.47 | -3.36 |
| Gender | Male | Female | Overall | 21,007 | 65,780 | 5,730 | 23,395 | 7,050 | 1,320 | 0.77 | 22.15 |
| | | | CTI | 1,363 | 5,821 | 1,325 | 5,706 | 1,334 | 9 | 0.99 | 1.87 |
| | | | Other - CTO | 1,659 | 5,992 | 433 | 2,354 | 604 | 171 | 0.66 | 9.88 |
| | | | Public | 5,555 | 17,685 | 3,018 | 10,205 | 3,161 | 143 | 0.94 | 4.43 |
| | | | Reinstatement/DoD CPC | 737 | 2,413 | 136 | 684 | 192 | 56 | 0.65 | 5.36 |
| | | | RMC | 6,007 | 15,012 | 80 | 812 | 255 | 175 | 0.25 | 13.25 |
| | | | VRA | 5,686 | 18,857 | 738 | 3,634 | 1,013 | 275 | 0.67 | 10.87 |

**Table 8e: HR Qualifications Review (from Applied) - Cumulative Analysis**



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Table 9b: AT-SAT Pass (Public Source Only) - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Public | 308 | 6,235 | 291 | 6,049 | 298 | 7 | 0.97 | 2.51 |
| | White | Black | Public | 1,942 | 6,235 | 1,715 | 6,049 | 1,844 | 129 | 0.91 | 15.30 |
| | White | Hawaiian | Public | 38 | 6,235 | 36 | 6,049 | 37 | 1 | 0.98 | 0.82 |
| | White | Hispanic | Public | 494 | 6,235 | 451 | 6,049 | 477 | 26 | 0.94 | 6.75 |
| | White | Multi | Public | 740 | 6,235 | 709 | 6,049 | 717 | 8 | 0.99 | 1.79 |
| | White | Native American | Public | 47 | 6,235 | 44 | 6,049 | 46 | 2 | 0.96 | 1.36 |
| **Gender** | Male | Female | Public | 2,185 | 7,361 | 1,997 | 7,052 | 2,071 | 74 | 0.95 | 8.14 |

apt Metrics®

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | | Table 100: Geographic Location Preferences - Cumulative Analysis | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
| Ethnicity | White | Asian | Overall | 1,473 | 33,752 | 1,081 | 24,301 | 1,061 | -20 | 1.02 | -1.16 |
| | | | CTI | 498 | 7,651 | 489 | 7,575 | 493 | 4 | 0.99 | 1.73 |
| | | | Other - CTO | 67 | 2,472 | 64 | 2,361 | 64 | 0 | 1.00 | 0.00 |
| | | | Public | 601 | 12,051 | 395 | 9,016 | 447 | 52 | 0.88 | 4.98 |
| | | | Reinstatement/DoD CPC | 12 | 775 | 12 | 744 | 12 | 0 | 1.04 | -0.71 |
| | | | RMC | 39 | 1,344 | 10 | 643 | 18 | 8 | 0.54 | 2.74 |
| | | | VRA | 256 | 9,459 | 111 | 3,962 | 107 | -4 | 1.04 | -0.47 |
| | White | Black | Overall | 6,897 | 33,752 | 4,242 | 24,301 | 4,843 | 601 | 0.85 | 17.37 |
| | | | CTI | 605 | 7,651 | 598 | 7,575 | 599 | 1 | 1.00 | 0.39 |
| | | | Other - CTO | 262 | 2,472 | 251 | 2,361 | 250 | -1 | 1.00 | -0.22 |
| | | | Public | 3,702 | 12,051 | 2,357 | 9,016 | 2,673 | 316 | 0.85 | 13.24 |
| | | | Reinstatement/DoD CPC | 61 | 775 | 61 | 744 | 59 | -2 | 1.04 | -1.59 |
| | | | RMC | 486 | 1,344 | 237 | 643 | 234 | -3 | 1.02 | -0.35 |
| | | | VRA | 1,781 | 9,459 | 738 | 3,962 | 745 | 7 | 0.99 | 0.35 |
| | White | Hawaiian | Overall | 321 | 33,752 | 192 | 24,301 | 231 | 39 | 0.83 | 4.83 |
| | | | CTI | 48 | 7,651 | 47 | 7,575 | 48 | 1 | 0.99 | 0.76 |
| | | | Other - CTO | 27 | 2,472 | 26 | 2,361 | 26 | 0 | 1.01 | -0.20 |
| | | | Public | 94 | 12,051 | 48 | 9,016 | 70 | 22 | 0.68 | 5.27 |
| | | | Reinstatement/DoD CPC | 2 | 775 | 1 | 744 | 2 | 1 | 0.52 | 3.27 |
| | | | RMC | 10 | 1,344 | 2 | 643 | 5 | 3 | 0.42 | 1.76 |
| | | | VRA | 140 | 9,459 | 68 | 3,962 | 59 | -9 | 1.16 | -1.59 |
| | White | Hispanic | Overall | 2,672 | 33,752 | 1,874 | 24,301 | 1,920 | 46 | 0.97 | 2.06 |
| | | | CTI | 717 | 7,651 | 714 | 7,575 | 710 | -4 | 1.01 | -1.52 |
| | | | Other - CTO | 136 | 2,472 | 133 | 2,361 | 130 | -3 | 1.02 | -1.27 |
| | | | Public | 948 | 12,051 | 646 | 9,016 | 705 | 59 | 0.91 | 4.53 |
| | | | Reinstatement/DoD CPC | 21 | 775 | 20 | 744 | 20 | 0 | 0.99 | 0.18 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMC | 98 | 1,344 | 47 | 643 | 47 | 0 | 1.00 | -0.02 |
| | | | VRA | 752 | 9,459 | 314 | 3,962 | 315 | 1 | 1.00 | 0.07 |
| | White | Multi | Overall | 4,164 | 33,752 | 2,878 | 24,301 | 2,985 | 107 | 0.96 | 3.90 |
| | | | CTI | 793 | 7,651 | 783 | 7,575 | 785 | 2 | 1.00 | 0.71 |
| | | | Other - CTO | 306 | 2,472 | 287 | 2,361 | 292 | 5 | 0.98 | 1.34 |
| | | | Public | 1,424 | 12,051 | 1,016 | 9,016 | 1,060 | 44 | 0.95 | 2.84 |
| | | | Reinstatement/DoD CPC | 97 | 775 | 97 | 744 | 94 | -3 | 1.04 | -2.01 |
| | | | RMC | 150 | 1,344 | 84 | 643 | 73 | -11 | 1.17 | -1.90 |
| | | | VRA | 1,394 | 9,459 | 611 | 3,962 | 587 | -24 | 1.05 | -1.37 |
| | White | Native American | Overall | 339 | 33,752 | 183 | 24,301 | 243 | 60 | 0.75 | 7.34 |
| | | | CTI | 24 | 7,651 | 22 | 7,575 | 24 | 2 | 0.93 | 3.58 |
| | | | Other - CTO | 20 | 2,472 | 19 | 2,361 | 19 | 0 | 0.99 | 0.11 |
| | | | Public | 95 | 12,051 | 59 | 9,016 | 71 | 12 | 0.83 | 2.84 |
| | | | Reinstatement/DoD CPC | 4 | 775 | 3 | 744 | 4 | 1 | 0.78 | 2.11 |
| | | | RMC | 14 | 1,344 | 4 | 643 | 7 | 3 | 0.60 | 1.44 |
| | | | VRA | 182 | 9,459 | 76 | 3,962 | 76 | 0 | 1.00 | 0.03 |
| Gender | Male | Female | Overall | 9,558 | 39,361 | 6,541 | 27,789 | 6,708 | 167 | 0.97 | 4.15 |
| | | | CTI | 1,887 | 8,349 | 1,862 | 8,266 | 1,867 | 5 | 1.00 | 1.27 |
| | | | Other - CTO | 516 | 2,763 | 497 | 2,634 | 493 | -4 | 1.01 | -0.99 |
| | | | Public | 4,275 | 14,097 | 2,915 | 10,348 | 3,086 | 171 | 0.93 | 6.67 |
| | | | Reinstatement/DoD CPC | 174 | 786 | 166 | 760 | 168 | 2 | 0.99 | 0.83 |
| | | | RMC | 201 | 1,923 | 90 | 920 | 96 | 6 | 0.94 | 0.83 |
| | | | VRA | 2,505 | 11,443 | 1,011 | 4,861 | 1,055 | 44 | 0.95 | 1.95 |

Table 10d: Geographic Location Preferences - Cumulative Analysis

111



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Table 12b: CSP - Selected (from Referred) - Unique Analysis** | | | | |
| Ethnicity | White | Asian | Overall | 446 | 9,474 | 175 | 3,963 | 186 | 11 | 0.94 | 1.09 |
| | | | CTI | 122 | 1,864 | 71 | 1,199 | 78 | 7 | 0.90 | 1.37 |
| | | | Other - CTO | 25 | 783 | 3 | 138 | 4 | 1 | 0.68 | 0.73 |
| | | | Public | 291 | 6,049 | 71 | 1,849 | 88 | 17 | 0.80 | 2.24 |
| | | | Reinstatement/DoD CPC | 6 | 267 | 4 | 57 | 1 | -3 | 3.12 | -2.64 |
| | | | RMC | 5 | 212 | 2 | 28 | 1 | -1 | 3.03 | -1.72 |
| | | | VRA | 36 | 1,150 | 25 | 708 | 22 | -3 | 1.13 | -0.96 |
| | White | Black | Overall | 2,124 | 9,474 | 541 | 3,963 | 825 | 284 | 0.61 | 13.98 |
| | | | CTI | 133 | 1,864 | 75 | 1,199 | 85 | 10 | 0.88 | 1.84 |
| | | | Other - CTO | 94 | 783 | 7 | 138 | 16 | 9 | 0.42 | 2.51 |
| | | | Public | 1,715 | 6,049 | 325 | 1,849 | 480 | 155 | 0.62 | 9.46 |
| | | | Reinstatement/DoD CPC | 18 | 267 | 5 | 57 | 4 | -1 | 1.30 | -0.64 |
| | | | RMC | 64 | 212 | 7 | 28 | 8 | 1 | 0.83 | 0.48 |
| | | | VRA | 200 | 1,150 | 124 | 708 | 123 | -1 | 1.01 | -0.12 |
| | White | Hawaiian | Overall | 72 | 9,474 | 33 | 3,963 | 30 | -3 | 1.10 | -0.69 |
| | | | CTI | 14 | 1,864 | 9 | 1,199 | 9 | 0 | 1.00 | 0.00 |
| | | | Other - CTO | 9 | 783 | 0 | 138 | 2 | 2 | 0.00 | 1.39 |
| | | | Public | 36 | 6,049 | 7 | 1,849 | 11 | 4 | 0.64 | 1.45 |
| | | | Reinstatement/DoD CPC | 1 | 267 | 0 | 57 | 0 | 0 | 0.00 | 0.52 |
| | | | RMC | 1 | 212 | 0 | 28 | 0 | 0 | 0.00 | 0.39 |
| | | | VRA | 20 | 1,150 | 17 | 708 | 12 | -5 | 1.38 | -2.14 |
| | White | Hispanic | Overall | 715 | 9,474 | 264 | 3,963 | 297 | 33 | 0.88 | 2.57 |
| | | | CTI | 166 | 1,864 | 86 | 1,199 | 105 | 19 | 0.81 | 3.21 |
| | | | Other - CTO | 54 | 783 | 10 | 138 | 10 | 0 | 1.05 | -0.17 |
| | | | Public | 451 | 6,049 | 104 | 1,849 | 136 | 32 | 0.75 | 3.35 |
| | | | Reinstatement/DoD CPC | 9 | 267 | 3 | 57 | 2 | -1 | 1.56 | -0.86 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Table 12b: CSP - Selected (from Referred) - Unique Analysis** | | | | | | | | |
| | | | RMC | 12 | 212 | 1 | 28 | 2 | 1 | 0.63 | 0.49 |
| | | | VRA | 101 | 1,150 | 61 | 708 | 62 | 1 | 0.98 | 0.23 |
| | White | Multi | Overall | 1,112 | 9,474 | 461 | 3,963 | 465 | 4 | 0.99 | 0.24 |
| | | | CTI | 181 | 1,864 | 109 | 1,199 | 116 | 7 | 0.94 | 1.10 |
| | | | Other - CTO | 97 | 783 | 9 | 138 | 16 | 7 | 0.53 | 2.08 |
| | | | Public | 709 | 6,049 | 218 | 1,849 | 217 | -1 | 1.01 | -0.10 |
| | | | Reinstatement/DoD CPC | 28 | 267 | 8 | 57 | 6 | -2 | 1.34 | -0.88 |
| | | | RMC | 25 | 212 | 5 | 28 | 3 | -2 | 1.51 | -0.93 |
| | | | VRA | 179 | 1,150 | 113 | 708 | 111 | -2 | 1.03 | -0.40 |
| | White | Native American | Overall | 67 | 9,474 | 24 | 3,963 | 28 | 4 | 0.86 | 0.99 |
| | | | CTI | 7 | 1,864 | 4 | 1,199 | 5 | 1 | 0.89 | 0.40 |
| | | | Other - CTO | 7 | 783 | 1 | 138 | 1 | 0 | 0.81 | 0.23 |
| | | | Public | 44 | 6,049 | 12 | 1,849 | 13 | 1 | 0.89 | 0.47 |
| | | | Reinstatement/DoD CPC | 2 | 267 | 0 | 57 | 0 | 0 | 0.00 | 0.74 |
| | | | RMC | 2 | 212 | 0 | 28 | 0 | 0 | 0.00 | 0.55 |
| | | | VRA | 12 | 1,150 | 7 | 708 | 7 | 0 | 0.95 | 0.23 |
| Gender | Male | Female | Overall | 2,822 | 10,886 | 953 | 4,425 | 1,107 | 154 | 0.83 | 6.67 |
| | | | CTI | 465 | 1,988 | 280 | 1,247 | 289 | 9 | 0.96 | 1.01 |
| | | | Other - CTO | 185 | 878 | 35 | 132 | 29 | -6 | 1.26 | -1.32 |
| | | | Public | 1,997 | 7,052 | 427 | 2,107 | 559 | 132 | 0.72 | 7.46 |
| | | | Reinstatement/DoD CPC | 56 | 267 | 21 | 54 | 13 | -8 | 1.85 | -2.78 |
| | | | RMC | 37 | 280 | 5 | 38 | 5 | 0 | 1.00 | 0.01 |
| | | | VRA | 294 | 1,399 | 189 | 864 | 183 | -6 | 1.04 | -0.81 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | White | Asian | Overall | 891 | 19,995 | 179 | 4,093 | 182 | 3 | 0.98 | 0.28 |
| | | | CTI | 349 | 5,129 | 73 | 1,233 | 83 | 10 | 0.87 | 1.32 |
| | | | Other - CTO | 59 | 2,102 | 3 | 138 | 4 | 1 | 0.77 | 0.45 |
| | | | Public | 386 | 8,553 | 72 | 1,895 | 85 | 13 | 0.84 | 1.63 |
| | | | Reinstatement/DoD CPC | 7 | 663 | 4 | 57 | 1 | -3 | 6.65 | -4.44 |
| | | | RMC | 9 | 564 | 2 | 30 | 1 | -1 | 4.18 | -2.19 |
| | | | VRA | 81 | 2,984 | 25 | 740 | 20 | -5 | 1.24 | -1.24 |
| | White | Black | Overall | 3,758 | 19,995 | 564 | 4,093 | 737 | 173 | 0.73 | 7.74 |
| | | | CTI | 463 | 5,129 | 77 | 1,233 | 108 | 31 | 0.69 | 3.60 |
| | | | Other - CTO | 222 | 2,102 | 7 | 138 | 14 | 7 | 0.48 | 2.00 |
| | | | Public | 2,278 | 8,553 | 335 | 1,895 | 469 | 134 | 0.66 | 7.81 |
| | | | Reinstatement/DoD CPC | 53 | 663 | 5 | 57 | 5 | 0 | 1.10 | -0.21 |
| | | | RMC | 219 | 564 | 7 | 30 | 10 | 3 | 0.60 | 1.26 |
| | | | VRA | 523 | 2,984 | 133 | 740 | 130 | -3 | 1.03 | -0.31 |
| | White | Hawaiian | Overall | 157 | 19,995 | 34 | 4,093 | 32 | -2 | 1.06 | -0.37 |
| | | | CTI | 36 | 5,129 | 9 | 1,233 | 9 | 0 | 1.04 | -0.13 |
| | | | Other - CTO | 21 | 2,102 | 0 | 138 | 1 | 1 | 0.00 | 1.21 |
| | | | Public | 45 | 8,553 | 7 | 1,895 | 10 | 3 | 0.70 | 1.06 |
| | | | Reinstatement/DoD CPC | 1 | 663 | 0 | 57 | 0 | 0 | 0.00 | 0.31 |
| | | | RMC | 2 | 564 | 0 | 30 | 0 | 0 | 0.00 | 0.34 |
| | | | VRA | 52 | 2,984 | 18 | 740 | 13 | -5 | 1.40 | -1.62 |
| | White | Hispanic | Overall | 1,559 | 19,995 | 268 | 4,093 | 315 | 47 | 0.84 | 3.10 |
| | | | CTI | 530 | 5,129 | 87 | 1,233 | 124 | 37 | 0.68 | 3.95 |
| | | | Other - CTO | 121 | 2,102 | 10 | 138 | 8 | -2 | 1.26 | -0.73 |
| | | | Public | 620 | 8,553 | 106 | 1,895 | 135 | 29 | 0.77 | 2.95 |
| | | | Reinstatement/DoD CPC | 18 | 663 | 3 | 57 | 2 | -1 | 1.94 | -1.19 |

**Table 12c: CSP - Selected (from Referred) - Cumulative Analysis**



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Table 12c: CSP - Selected (from Referred) - Cumulative Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMC | 36 | 564 | 1 | 30 | 2 | 1 | 0.52 | 0.67 |
| | | | VRA | 234 | 2,984 | 61 | 740 | 58 | -3 | 1.05 | -0.43 |
| | White | Multi | Overall | 2,399 | 19,995 | 475 | 4,093 | 489 | 14 | 0.97 | 0.77 |
| | | | CTI | 573 | 5,129 | 111 | 1,233 | 135 | 24 | 0.81 | 2.50 |
| | | | Other - CTO | 254 | 2,102 | 9 | 138 | 16 | 7 | 0.54 | 1.88 |
| | | | Public | 963 | 8,553 | 222 | 1,895 | 214 | -8 | 1.04 | -0.63 |
| | | | Reinstatement/DoD CPC | 85 | 663 | 9 | 57 | 8 | -2 | 1.23 | -0.61 |
| | | | RMC | 75 | 564 | 5 | 30 | 4 | -1 | 1.25 | -0.48 |
| | | | VRA | 449 | 2,984 | 119 | 740 | 112 | -7 | 1.07 | -0.78 |
| | White | Native American | Overall | 152 | 19,995 | 25 | 4,093 | 31 | 6 | 0.80 | 1.23 |
| | | | CTI | 15 | 5,129 | 4 | 1,233 | 4 | 0 | 1.11 | -0.24 |
| | | | Other - CTO | 17 | 2,102 | 1 | 138 | 1 | 0 | 0.90 | 0.11 |
| | | | Public | 56 | 8,553 | 12 | 1,895 | 12 | 0 | 0.97 | 0.13 |
| | | | Reinstatement/DoD CPC | 3 | 663 | 0 | 57 | 0 | 0 | 0.00 | 0.53 |
| | | | RMC | 4 | 564 | 0 | 30 | 0 | 0 | 0.00 | 0.47 |
| | | | VRA | 57 | 2,984 | 8 | 740 | 14 | 6 | 0.57 | 1.87 |
| Gender | Male | Female | Overall | 5,513 | 23,033 | 979 | 4,574 | 1,072 | 93 | 0.89 | 3.54 |
| | | | CTI | 1,325 | 5,706 | 284 | 1,282 | 295 | 11 | 0.95 | 0.81 |
| | | | Other - CTO | 433 | 2,354 | 35 | 132 | 26 | -9 | 1.44 | -1.99 |
| | | | Public | 2,801 | 9,843 | 436 | 2,161 | 575 | 139 | 0.71 | 7.38 |
| | | | Reinstatement/DoD CPC | 136 | 684 | 22 | 54 | 13 | -9 | 2.05 | -3.04 |
| | | | RMC | 80 | 812 | 5 | 40 | 4 | -1 | 1.27 | -0.52 |
| | | | VRA | 738 | 3,634 | 197 | 905 | 186 | -11 | 1.07 | -1.02 |

115



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

**Table 12d: CSP Overall - Selected (from Referred) - Unique Analysis**

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 31,747 | 700,537 | 440 | 9,562 | 401 | -39 |  |  | 0.00 | -2.03 | 0.04 |
| | | | February 26-28, 2008 | 53 | 1,073 | 7 | 215 | 11 | 4 | 0.66 | 1.22 | 0.98 | 1.28 | 0.20 |
| | | | May 6-8, 2008 | 149 | 7,249 | 52 | 140 | 4 | -48 | 18.07 | -25.05 | 0.29 | -25.25 | 0.00 |
| | | | June 10-12, 2008 | 1,539 | 37,411 | 28 | 978 | 40 | 12 | 0.70 | 1.93 | 0.00 | 2.03 | 0.04 |
| | | | September 8-10, 2008 | 1,607 | 35,125 | 23 | 858 | 39 | 16 | 0.59 | 2.59 | 0.05 | 2.62 | 0.01 |
| | | | January 13-15, 2009 | 3,293 | 86,554 | 141 | 2,954 | 114 | -27 | 1.25 | -2.68 | 0.62 | -2.66 | 0.01 |
| | | | April 28-30, 2009 | 5,711 | 145,740 | 65 | 1,531 | 61 | -4 | 1.08 | -0.64 | 0.00 | -0.53 | 0.59 |
| | | | October 27-29, 2009 | 3,142 | 64,455 | 11 | 464 | 22 | 11 | 0.49 | 2.42 | 0.00 | 2.39 | 0.02 |
| | | | March 23-25, 2010 | 235 | 6,028 | 6 | 401 | 17 | 11 | 0.38 | 2.50 | 0.07 | 2.87 | 0.00 |
| | | | October 19-21, 2010 | 15,232 | 287,991 | 69 | 1,178 | 64 | -5 | 1.11 | -0.83 | 0.00 | -0.67 | 0.51 |
| | | | March 8-10, 2011 | 70 | 1,438 | 16 | 344 | 16 | 0 | 0.96 | 0.20 | 0.03 | -0.10 | 0.92 |
| | | | November 1-3, 2011 | 690 | 27,051 | 18 | 418 | 12 | -6 | 1.69 | -2.22 | 0.71 | -1.74 | 0.08 |
| | | | March 6-8, 2012 | 26 | 422 | 4 | 81 | 3 | -1 | 0.80 | 0.48 | 0.82 | -0.43 | 0.67 |
| | White | Black | Overall | 173,526 | 700,537 | 1,164 | 9,562 | 2,297 | 1,133 |  |  | 0.00 | 27.68 | 0.00 |
| | | | February 26-28, 2008 | 224 | 1,073 | 41 | 215 | 45 | 4 | 0.91 | 0.59 | 0.87 | 0.85 | 0.39 |
| | | | May 6-8, 2008 | 642 | 7,249 | 12 | 140 | 13 | 1 | 0.97 | 0.11 | 0.20 | 0.19 | 0.85 |
| | | | June 10-12, 2008 | 19,441 | 37,411 | 126 | 978 | 375 | 249 | 0.25 | 16.12 | 0.00 | 16.09 | 0.00 |
| | | | September 8-10, 2008 | 16,533 | 35,125 | 134 | 858 | 315 | 181 | 0.33 | 12.61 | 0.53 | 12.55 | 0.00 |
| | | | January 13-15, 2009 | 26,344 | 86,554 | 299 | 2,954 | 757 | 458 | 0.33 | 19.35 | 0.80 | 19.32 | 0.00 |
| | | | April 28-30, 2009 | 37,004 | 145,740 | 199 | 1,531 | 349 | 150 | 0.51 | 9.10 | 0.00 | 9.11 | 0.00 |
| | | | October 27-29, 2009 | 12,664 | 64,455 | 57 | 464 | 86 | 29 | 0.63 | 3.39 | 0.00 | 3.42 | 0.00 |
| | | | March 23-25, 2010 | 843 | 6,028 | 51 | 401 | 55 | 4 | 0.91 | 0.66 | 0.58 | 0.56 | 0.58 |
| | | | October 19-21, 2010 | 56,460 | 287,991 | 176 | 1,178 | 219 | 43 | 0.76 | 3.38 | 0.00 | 3.21 | 0.00 |
| | | | March 8-10, 2011 | 165 | 1,438 | 31 | 344 | 31 | 0 | 0.79 | 1.48 | 0.21 | -0.04 | 0.97 |
| | | | November 1-3, 2011 | 3,166 | 27,051 | 37 | 418 | 49 | 12 | 0.76 | 1.65 | 0.71 | 1.92 | 0.05 |
| | | | March 6-8, 2012 | 40 | 422 | 1 | 81 | 3 | 2 | 0.13 | 2.64 | 0.99 | 1.51 | 0.13 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | Hawaiian | | Overall | 3,255 | 700,537 | 72 | 9,562 | 42 | -30 | | | 0.00 | -4.85 | 0.00 |
| | | | February 26-28, 2008 | 4 | 1,073 | 1 | 215 | 1 | 0 | 1.25 | -0.25 | 0.38 | -0.13 | 0.90 |
| | | | May 6-8, 2008 | 46 | 7,249 | 0 | 140 | 1 | 1 | 0.00 | 0.95 | | 0.93 | 0.35 |
| | | | June 10-12, 2008 | 211 | 37,411 | 1 | 978 | 6 | 5 | 0.18 | 1.95 | 1.00 | 1.97 | 0.05 |
| | | | September 8-10, 2008 | 153 | 35,125 | 4 | 858 | 4 | 0 | 1.07 | -0.14 | 1.00 | -0.10 | 0.92 |
| | | | January 13-15, 2009 | 136 | 86,554 | 6 | 2,954 | 5 | -1 | 1.29 | -0.64 | 0.97 | -0.40 | 0.69 |
| | | | April 28-30, 2009 | 608 | 145,740 | 15 | 1,531 | 7 | -8 | 2.35 | -3.41 | 0.40 | -3.18 | 0.00 |
| | | | October 27-29, 2009 | 237 | 64,455 | 0 | 464 | 2 | 2 | 0.00 | 1.31 | | 1.34 | 0.18 |
| | | | March 23-25, 2010 | 74 | 6,028 | 6 | 401 | 4 | -2 | 1.22 | -0.50 | 0.20 | -0.98 | 0.32 |
| | | | October 19-21, 2010 | 1,558 | 287,991 | 30 | 1,178 | 7 | -23 | 4.71 | -9.26 | 0.00 | -9.05 | 0.00 |
| | | | March 8-10, 2011 | 13 | 1,438 | 5 | 344 | 3 | -2 | 1.61 | -1.22 | 0.04 | -1.66 | 0.10 |
| | | | November 1-3, 2011 | 212 | 27,051 | 4 | 418 | 3 | -1 | 1.22 | -0.40 | 0.22 | -0.47 | 0.64 |
| | | | March 6-8, 2012 | 3 | 422 | 0 | 81 | 0 | 0 | 0.00 | 0.84 | | 0.55 | 0.58 |
| White | Hispanic | | Overall | 51,591 | 700,537 | 961 | 9,562 | 802 | -159 | | | 0.00 | -6.02 | 0.00 |
| | | | February 26-28, 2008 | 71 | 1,073 | 11 | 215 | 16 | 5 | 0.77 | 0.93 | 1.00 | 1.49 | 0.14 |
| | | | May 6-8, 2008 | 255 | 7,249 | 12 | 140 | 6 | -6 | 2.44 | -3.09 | 0.28 | -2.78 | 0.01 |
| | | | June 10-12, 2008 | 2,957 | 37,411 | 36 | 978 | 74 | 38 | 0.47 | 4.67 | 0.38 | 4.70 | 0.00 |
| | | | September 8-10, 2008 | 3,399 | 35,125 | 133 | 858 | 88 | -45 | 1.60 | -5.17 | 1.00 | -5.17 | 0.00 |
| | | | January 13-15, 2009 | 8,004 | 86,554 | 424 | 2,954 | 286 | -138 | 1.55 | -8.69 | 1.00 | -8.71 | 0.00 |
| | | | April 28-30, 2009 | 12,717 | 145,740 | 121 | 1,531 | 134 | 13 | 0.91 | 1.05 | 0.00 | 1.17 | 0.24 |
| | | | October 27-29, 2009 | 4,754 | 64,455 | 29 | 464 | 35 | 6 | 0.85 | 0.87 | 0.01 | 1.03 | 0.31 |
| | | | March 23-25, 2010 | 648 | 6,028 | 45 | 401 | 45 | 0 | 1.04 | -0.28 | 0.08 | -0.08 | 0.94 |
| | | | October 19-21, 2010 | 17,466 | 287,991 | 105 | 1,178 | 76 | -29 | 1.47 | -3.81 | 0.00 | -3.46 | 0.00 |
| | | | March 8-10, 2011 | 99 | 1,438 | 22 | 344 | 19 | -3 | 0.93 | 0.38 | 0.91 | -0.78 | 0.44 |
| | | | November 1-3, 2011 | 1,183 | 27,051 | 19 | 418 | 20 | 1 | 1.04 | -0.17 | 0.00 | 0.24 | 0.81 |
| | | | March 6-8, 2012 | 38 | 422 | 4 | 81 | 4 | 0 | 0.55 | 1.32 | 0.15 | 0.23 | 0.82 |

Table 12d: CSP Overall - Selected (from Referred) - Unique Analysis



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Table 12d: CSP Overall - Selected (from Referred) - Unique Analysis** | | | | | | | | | | | |
| White | Multi | | Overall | 74,032 | 700,537 | 1,117 | 9,562 | 1,115 | -2 | | | | -0.07 | 0.95 |
| | | | February 26-28, 2008 | 118 | 1,073 | 68 | 215 | 31 | -37 | 2.88 | -9.11 | 0.07 | -8.66 | 0.00 |
| | | | May 6-8, 2008 | 268 | 7,249 | 15 | 140 | 6 | -9 | 2.90 | -4.15 | 0.10 | -3.58 | 0.00 |
| | | | June 10-12, 2008 | 5,488 | 37,411 | 64 | 978 | 133 | 69 | 0.45 | 6.51 | 0.10 | 6.56 | 0.00 |
| | | | September 8-10, 2008 | 4,712 | 35,125 | 114 | 858 | 115 | 1 | 0.99 | 0.10 | 1.00 | 0.13 | 0.90 |
| | | | January 13-15, 2009 | 10,300 | 86,554 | 306 | 2,954 | 348 | 42 | 0.87 | 2.35 | 0.87 | 2.41 | 0.02 |
| | | | April 28-30, 2009 | 14,211 | 145,740 | 184 | 1,531 | 155 | -29 | 1.23 | -2.70 | 0.00 | -2.49 | 0.01 |
| | | | October 27-29, 2009 | 6,235 | 64,455 | 57 | 464 | 47 | -10 | 1.27 | -1.71 | 0.00 | -1.57 | 0.12 |
| | | | March 23-25, 2010 | 721 | 6,028 | 42 | 401 | 53 | 11 | 0.88 | 0.85 | 0.00 | 1.78 | 0.07 |
| | | | October 19-21, 2010 | 27,639 | 287,991 | 177 | 1,178 | 121 | -56 | 1.57 | -5.62 | 0.00 | -5.41 | 0.00 |
| | | | March 8-10, 2011 | 199 | 1,438 | 43 | 344 | 41 | -2 | 0.90 | 0.72 | 0.01 | -0.45 | 0.66 |
| | | | November 1-3, 2011 | 4,089 | 27,051 | 45 | 418 | 60 | 15 | 0.71 | 2.19 | 0.98 | 2.14 | 0.03 |
| | | | March 6-8, 2012 | 52 | 422 | 2 | 81 | 5 | 3 | 0.20 | 2.75 | 0.26 | 1.94 | 0.05 |
| White | Native American | | Overall | 4,588 | 700,537 | 89 | 9,562 | 66 | -23 | | | 0.00 | -3.00 | 0.00 |
| | | | February 26-28, 2008 | 16 | 1,073 | 2 | 215 | 3 | 1 | 0.62 | 0.75 | 0.07 | 0.69 | 0.49 |
| | | | May 6-8, 2008 | 49 | 7,249 | 2 | 140 | 1 | -1 | 2.11 | -1.09 | 1.00 | -0.92 | 0.35 |
| | | | June 10-12, 2008 | 318 | 37,411 | 57 | 978 | 9 | -48 | 6.86 | -16.64 | 1.00 | -16.79 | 0.00 |
| | | | September 8-10, 2008 | 302 | 35,125 | 5 | 858 | 7 | 2 | 0.68 | 0.88 | 1.00 | 0.90 | 0.37 |
| | | | January 13-15, 2009 | 486 | 86,554 | 6 | 2,954 | 17 | 11 | 0.36 | 2.64 | 0.68 | 2.70 | 0.01 |
| | | | April 28-30, 2009 | 597 | 145,740 | 8 | 1,531 | 6 | -2 | 1.28 | -0.69 | 0.00 | -0.68 | 0.50 |
| | | | October 27-29, 2009 | 519 | 64,455 | 0 | 464 | 4 | 4 | 0.00 | 1.94 | | 1.93 | 0.05 |
| | | | March 23-25, 2010 | 60 | 6,028 | 0 | 401 | 4 | 4 | 0.00 | 2.07 | | 1.98 | 0.05 |
| | | | October 19-21, 2010 | 1,917 | 287,991 | 6 | 1,178 | 8 | 2 | 0.77 | 0.66 | 0.00 | 0.64 | 0.52 |
| | | | March 8-10, 2011 | 10 | 1,438 | 2 | 344 | 3 | 1 | 0.84 | 0.29 | 0.03 | 0.60 | 0.55 |
| | | | November 1-3, 2011 | 314 | 27,051 | 1 | 418 | 4 | 3 | 0.21 | 1.76 | 1.00 | 1.67 | 0.10 |
| | | | March 6-8, 2012 | 0 | 422 | 0 | 81 | 0 | 0 | | | 1.00 | | 1.00 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gender** | Male | Female | Overall | 227,315 | 790,700 | 2,277 | 10,873 | 3,016 | 739 | 3.44 | -13.53 | 0.00 | 15.79 | 0.00 |
| | | | February 26-28, 2008 | 248 | 1,311 | 136 | 209 | 54 | -82 | 1.34 | -13.53 | 0.00 | -14.28 | 0.00 |
| | | | May 6-8, 2008 | 1,094 | 7,418 | 38 | 192 | 31 | -7 | 1.34 | -1.69 | 0.99 | -1.48 | 0.14 |
| | | | June 10-12, 2008 | 19,091 | 46,905 | 271 | 1,002 | 365 | 94 | 0.66 | 6.07 | 1.00 | 5.96 | 0.00 |
| | | | September 8-10, 2008 | 15,962 | 44,923 | 289 | 967 | 327 | 38 | 0.84 | 2.61 | 1.00 | 2.51 | 0.01 |
| | | | January 13-15, 2009 | 33,050 | 99,983 | 486 | 3,546 | 999 | 513 | 0.41 | 19.09 | 0.71 | 19.04 | 0.00 |
| | | | April 28-30, 2009 | 52,659 | 160,485 | 304 | 1,778 | 511 | 207 | 0.52 | 10.74 | 0.00 | 10.69 | 0.00 |
| | | | October 27-29, 2009 | 18,544 | 71,758 | 102 | 511 | 125 | 23 | 0.77 | 2.40 | 0.01 | 2.32 | 0.02 |
| | | | March 23-25, 2010 | 1,323 | 7,195 | 105 | 437 | 91 | -14 | 1.31 | -2.55 | 0.00 | -1.76 | 0.08 |
| | | | October 19-21, 2010 | 79,308 | 317,594 | 319 | 1,365 | 335 | 16 | 0.94 | 1.07 | 0.00 | 0.99 | 0.32 |
| | | | March 8-10, 2011 | 347 | 1,645 | 97 | 365 | 80 | -17 | 1.26 | -2.31 | 0.02 | -2.63 | 0.01 |
| | | | November 1-3, 2011 | 5,582 | 31,013 | 121 | 419 | 84 | -37 | 1.60 | -4.66 | 0.10 | -4.48 | 0.00 |
| | | | March 6-8, 2012 | 107 | 470 | 9 | 82 | 14 | 5 | 0.48 | 2.31 | 0.39 | 2.19 | 0.03 |

Table 12d: CSP Overall - Selected (from Referred) - Unique Analysis

119

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Table 12e: CSP Eastern Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | |
| Ethnicity | White | Asian | Overall | 14,526 | 322,330 | 172 | 4,009 | 165 | -7 | ■ | ■ | 0.00 | -0.54 | 0.59 |
| | | | February 26-28, 2008 | 23 | 540 | 3 | 86 | 4 | 1 | 0.82 | 0.37 | 0.95 | 0.31 | 0.76 |
| | | | May 6-8, 2008 | 68 | 3,159 | 25 | 48 | 2 | -23 | 24.20 | -19.34 | 0.10 | -19.02 | 0.00 |
| | | | June 10-12, 2008 | 647 | 15,806 | 7 | 382 | 15 | 8 | 0.45 | 2.19 | 0.62 | 2.19 | 0.03 |
| | | | September 8-10, 2008 | 684 | 14,986 | 3 | 271 | 12 | 9 | 0.24 | 2.67 | 0.42 | 2.67 | 0.01 |
| | | | January 13-15, 2009 | 1,350 | 35,542 | 57 | 1,096 | 42 | -15 | 1.37 | -2.36 | 0.78 | -2.34 | 0.02 |
| | | | April 28-30, 2009 | 2,573 | 65,960 | 21 | 593 | 23 | 2 | 0.91 | 0.44 | 0.04 | 0.47 | 0.64 |
| | | | October 27-29, 2009 | 1,856 | 38,232 | 6 | 336 | 16 | 10 | 0.37 | 2.54 | 0.87 | 2.51 | 0.01 |
| | | | March 23-25, 2010 | 81 | 3,065 | 6 | 202 | 6 | 0 | 1.12 | -0.29 | 0.77 | 0.11 | 0.91 |
| | | | October 19-21, 2010 | 6,900 | 131,303 | 27 | 634 | 33 | 6 | 0.81 | 1.07 | 0.05 | 1.08 | 0.28 |
| | | | March 8-10, 2011 | 25 | 689 | 10 | 150 | 7 | -3 | 1.84 | -2.15 | 0.16 | -1.31 | 0.19 |
| | | | November 1-3, 2011 | 316 | 12,918 | 7 | 199 | 5 | -2 | 1.44 | -0.96 | 0.59 | -0.87 | 0.38 |
| | | | March 6-8, 2012 | 3 | 130 | 0 | 12 | 0 | 0 | 0.00 | 0.55 | | 0.58 | 0.56 |
| | White | Black | Overall | 79,124 | 322,330 | 651 | 4,009 | 986 | 335 | ■ | ■ | 0.00 | 12.41 | 0.00 |
| | | | February 26-28, 2008 | 135 | 540 | 25 | 86 | 22 | -3 | 1.16 | -0.73 | 0.55 | -0.88 | 0.38 |
| | | | May 6-8, 2008 | 290 | 3,159 | 6 | 48 | 5 | -1 | 1.36 | -0.72 | 0.15 | -0.62 | 0.54 |
| | | | June 10-12, 2008 | 8,239 | 15,806 | 63 | 382 | 151 | 88 | 0.32 | 9.02 | 0.03 | 9.00 | 0.00 |
| | | | September 8-10, 2008 | 7,100 | 14,986 | 47 | 271 | 102 | 55 | 0.37 | 6.68 | 0.72 | 6.65 | 0.00 |
| | | | January 13-15, 2009 | 10,885 | 35,542 | 125 | 1,096 | 286 | 161 | 0.37 | 11.04 | 0.96 | 11.03 | 0.00 |
| | | | April 28-30, 2009 | 16,797 | 65,960 | 105 | 593 | 141 | 36 | 0.70 | 3.47 | 0.00 | 3.46 | 0.00 |
| | | | October 27-29, 2009 | 7,556 | 38,232 | 47 | 336 | 63 | 16 | 0.71 | 2.24 | 0.00 | 2.27 | 0.02 |
| | | | March 23-25, 2010 | 565 | 3,065 | 39 | 202 | 40 | 1 | 1.05 | -0.27 | 0.00 | 0.13 | 0.90 |
| | | | October 19-21, 2010 | 25,865 | 131,303 | 144 | 634 | 127 | -17 | 1.15 | -1.55 | 0.00 | -1.62 | 0.11 |
| | | | March 8-10, 2011 | 103 | 689 | 19 | 150 | 22 | 3 | 0.85 | 0.77 | 0.61 | 0.75 | 0.45 |
| | | | November 1-3, 2011 | 1,565 | 12,918 | 31 | 199 | 26 | -5 | 1.29 | -1.32 | 0.84 | -1.06 | 0.29 |
| | | | March 6-8, 2012 | 24 | 130 | 0 | 12 | 1 | 1 | 0.00 | 1.55 | | 1.01 | 0.31 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | Hawaiian | | Overall | 1,449 | 322,330 | 6 | 4,009 | 16 | 10 | ■ | ■ | 0.72 | 2.64 | 0.01 |
| | | | February 26-28, 2008 | 4 | 540 | 1 | 86 | 1 | 0 | 1.57 | -0.49 | 0.38 | -0.13 | 0.90 |
| | | | May 6-8, 2008 | 20 | 3,159 | 0 | 48 | 0 | 0 | 0.00 | 0.56 | | 0.54 | 0.59 |
| | | | June 10-12, 2008 | 90 | 15,806 | 0 | 382 | 2 | 2 | 0.00 | 1.49 | | 1.52 | 0.13 |
| | | | September 8-10, 2008 | 66 | 14,986 | 2 | 271 | 1 | -1 | 1.68 | -0.74 | 1.00 | -0.69 | 0.49 |
| | | | January 13-15, 2009 | 41 | 35,542 | 0 | 1,096 | 1 | 1 | 0.00 | 1.14 | | 1.16 | 0.25 |
| | | | April 28-30, 2009 | 273 | 65,960 | 0 | 593 | 3 | 3 | 0.00 | 1.57 | | 1.63 | 0.10 |
| | | | October 27-29, 2009 | 141 | 38,232 | 0 | 336 | 1 | 1 | 0.00 | 1.12 | | 1.14 | 0.25 |
| | | | March 23-25, 2010 | 30 | 3,065 | 0 | 202 | 2 | 2 | 0.00 | 1.45 | | 1.39 | 0.17 |
| | | | October 19-21, 2010 | 683 | 131,303 | 0 | 634 | 3 | 3 | 0.00 | 1.82 | | 1.82 | 0.07 |
| | | | March 8-10, 2011 | 2 | 689 | 2 | 150 | 0 | -2 | 4.59 | -2.67 | 1.00 | -3.60 | 0.00 |
| | | | November 1-3, 2011 | 98 | 12,918 | 1 | 199 | 1 | 0 | 0.66 | 0.42 | 0.16 | 0.33 | 0.74 |
| | | | March 6-8, 2012 | 1 | 130 | 0 | 12 | 0 | 0 | 0.00 | 0.32 | 1.00 | | 1.00 |
| White | Hispanic | | Overall | 23,799 | 322,330 | 440 | 4,009 | 336 | -104 | ■ | ■ | 0.00 | -6.07 | 0.00 |
| | | | February 26-28, 2008 | 30 | 540 | 5 | 86 | 5 | 0 | 1.05 | -0.11 | 0.90 | -0.15 | 0.88 |
| | | | May 6-8, 2008 | 113 | 3,159 | 7 | 48 | 2 | -5 | 4.08 | -3.80 | 0.04 | -3.47 | 0.00 |
| | | | June 10-12, 2008 | 1,255 | 15,806 | 17 | 382 | 29 | 12 | 0.56 | 2.40 | 0.12 | 2.43 | 0.02 |
| | | | September 8-10, 2008 | 1,453 | 14,986 | 51 | 271 | 28 | -23 | 1.94 | -4.47 | 0.99 | -4.48 | 0.00 |
| | | | January 13-15, 2009 | 3,302 | 35,542 | 170 | 1,096 | 108 | -62 | 1.67 | -6.39 | 1.00 | -6.41 | 0.00 |
| | | | April 28-30, 2009 | 5,794 | 65,960 | 67 | 593 | 54 | -13 | 1.29 | -1.97 | 0.00 | -1.88 | 0.06 |
| | | | October 27-29, 2009 | 2,838 | 38,232 | 18 | 336 | 25 | 7 | 0.72 | 1.36 | 0.03 | 1.49 | 0.14 |
| | | | March 23-25, 2010 | 318 | 3,065 | 20 | 202 | 21 | 1 | 0.95 | 0.21 | 0.18 | 0.33 | 0.74 |
| | | | October 19-21, 2010 | 8,034 | 131,303 | 57 | 634 | 41 | -16 | 1.47 | -2.81 | 0.00 | -2.59 | 0.01 |
| | | | March 8-10, 2011 | 54 | 689 | 14 | 150 | 11 | -3 | 1.19 | -0.71 | 0.89 | -1.20 | 0.23 |
| | | | November 1-3, 2011 | 586 | 12,918 | 14 | 199 | 11 | -3 | 1.55 | -1.61 | 0.00 | -1.11 | 0.27 |
| | | | March 6-8, 2012 | 22 | 130 | 0 | 12 | 1 | 1 | 0.00 | 1.48 | | 0.99 | 0.32 |

Table 12e: CSP Eastern Service Area - Selected (from Referred) - Unique Analysis



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Table 12e: CSP Eastern Service Area - Selected (from Referred) - Unique Analysis** | | | | | | | | | | | |
| White | White | Multi | Overall | 33,871 | 322,330 | 452 | 4,009 | 458 | 6 | ▉ | ▉ | 0.00 | 0.32 | 0.75 |
| | | | February 26-28, 2008 | 58 | 540 | 23 | 86 | 10 | -13 | 2.49 | -4.45 | 0.08 | -4.80 | 0.00 |
| | | | May 6-8, 2008 | 125 | 3,159 | 7 | 48 | 3 | -4 | 3.69 | -3.49 | 0.02 | -2.71 | 0.01 |
| | | | June 10-12, 2008 | 2,323 | 15,806 | 26 | 382 | 52 | 26 | 0.46 | 3.94 | 0.28 | 3.96 | 0.00 |
| | | | September 8-10, 2008 | 2,020 | 14,986 | 42 | 271 | 37 | -5 | 1.15 | -0.85 | 1.00 | -0.84 | 0.40 |
| | | | January 13-15, 2009 | 4,215 | 35,542 | 110 | 1,096 | 128 | 18 | 0.85 | 1.70 | 0.49 | 1.72 | 0.09 |
| | | | April 28-30, 2009 | 6,418 | 65,960 | 65 | 593 | 59 | -6 | 1.13 | -0.92 | 0.00 | -0.78 | 0.43 |
| | | | October 27-29, 2009 | 3,693 | 38,232 | 32 | 336 | 33 | 1 | 0.99 | 0.08 | 0.00 | 0.20 | 0.84 |
| | | | March 23-25, 2010 | 340 | 3,065 | 21 | 202 | 21 | 0 | 0.94 | 0.29 | 0.00 | 0.07 | 0.94 |
| | | | October 19-21, 2010 | 12,612 | 131,303 | 85 | 634 | 63 | -22 | 1.40 | -2.91 | 0.00 | -2.85 | 0.00 |
| | | | March 8-10, 2011 | 92 | 689 | 20 | 150 | 21 | 1 | 1.00 | 0.01 | 0.08 | 0.22 | 0.82 |
| | | | November 1-3, 2011 | 1,951 | 12,918 | 21 | 199 | 29 | 8 | 0.70 | 1.58 | 0.96 | 1.66 | 0.10 |
| | | | March 6-8, 2012 | 24 | 130 | 0 | 12 | 1 | 1 | 0.00 | 1.55 | | 1.13 | 0.26 |
| White | White | Native American | Overall | 2,129 | 322,330 | 32 | 4,009 | 29 | -3 | ▉ | ▉ | 0.00 | -0.63 | 0.53 |
| | | | February 26-28, 2008 | 10 | 540 | 0 | 86 | 1 | 1 | 0.00 | 1.37 | | 1.20 | 0.23 |
| | | | May 6-8, 2008 | 21 | 3,159 | 1 | 48 | 0 | -1 | 3.13 | -1.20 | 1.00 | -1.05 | 0.29 |
| | | | June 10-12, 2008 | 133 | 15,806 | 23 | 382 | 3 | -20 | 7.16 | -10.86 | 0.99 | -10.97 | 0.00 |
| | | | September 8-10, 2008 | 128 | 14,986 | 2 | 271 | 2 | 0 | 0.86 | 0.21 | 1.00 | 0.21 | 0.83 |
| | | | January 13-15, 2009 | 197 | 35,542 | 0 | 1,096 | 6 | 6 | 0.00 | 2.50 | | 2.51 | 0.01 |
| | | | April 28-30, 2009 | 273 | 65,960 | 4 | 593 | 2 | -2 | 1.63 | -0.99 | 0.00 | -0.97 | 0.33 |
| | | | October 27-29, 2009 | 307 | 38,232 | 0 | 336 | 3 | 3 | 0.00 | 1.65 | | 1.64 | 0.10 |
| | | | March 23-25, 2010 | 36 | 3,065 | 0 | 202 | 3 | 3 | 0.00 | 1.59 | | 1.73 | 0.08 |
| | | | October 19-21, 2010 | 871 | 131,303 | 0 | 634 | 4 | 4 | 0.00 | 2.06 | 0.24 | 2.04 | 0.04 |
| | | | March 8-10, 2011 | 5 | 689 | 1 | 150 | 1 | 0 | 0.92 | 0.10 | | 0.36 | 0.72 |
| | | | November 1-3, 2011 | 148 | 12,918 | 1 | 199 | 2 | 1 | 0.44 | 0.85 | 1.00 | 0.82 | 0.41 |
| | | | March 6-8, 2012 | 0 | 130 | 0 | 12 | 0 | 0 | | | 1 | | 1 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Table 12e: CSP Eastern Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
| Gender | Male | Female | Overall | 103,645 | 363,824 | 1,019 | 4,625 | 1,268 | 249 | 3.59 | | 0.00 | 8.15 | 0.00 |
| | | | February 26-28, 2008 | 134 | 666 | 60 | 83 | 24 | -36 | 1.79 | -8.91 | 0.00 | -9.01 | 0.00 |
| | | | May 6-8, 2008 | 489 | 3,244 | 20 | 74 | 13 | -7 | 1.79 | -2.38 | 0.98 | -2.14 | 0.03 |
| | | | June 10-12, 2008 | 8,103 | 19,807 | 129 | 378 | 147 | 18 | 0.83 | 1.80 | 1.00 | 1.79 | 0.07 |
| | | | September 8-10, 2008 | 6,831 | 19,202 | 96 | 317 | 108 | 12 | 0.85 | 1.39 | 0.94 | 1.33 | 0.18 |
| | | | January 13-15, 2009 | 13,615 | 41,057 | 175 | 1,342 | 377 | 202 | 0.39 | 12.21 | 0.88 | 12.20 | 0.00 |
| | | | April 28-30, 2009 | 23,829 | 72,701 | 109 | 731 | 206 | 97 | 0.45 | 7.91 | 0.00 | 7.85 | 0.00 |
| | | | October 27-29, 2009 | 10,974 | 42,639 | 81 | 355 | 88 | 7 | 0.89 | 0.98 | 0.01 | 0.89 | 0.37 |
| | | | March 23-25, 2010 | 678 | 3,712 | 49 | 233 | 44 | -5 | 1.15 | -0.93 | 0.00 | -0.90 | 0.37 |
| | | | October 19-21, 2010 | 36,125 | 144,962 | 195 | 716 | 181 | -14 | 1.09 | -1.10 | 0.00 | -1.18 | 0.24 |
| | | | March 8-10, 2011 | 154 | 816 | 41 | 175 | 34 | -7 | 1.24 | -1.42 | 0.00 | -1.46 | 0.15 |
| | | | November 1-3, 2011 | 2,676 | 14,853 | 61 | 212 | 42 | -19 | 1.60 | -3.28 | 0.04 | -3.19 | 0.00 |
| | | | March 6-8, 2012 | 37 | 165 | 3 | 9 | 4 | 1 | 1.49 | -0.62 | 0.28 | 0.53 | 0.60 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 8,826 | 198,505 | 83 | 2,954 | 113 | 30 | ■ | ■ | 0.00 | 2.98 | 0.00 |
| | | | February 26-28, 2008 | 17 | 279 | 1 | 75 | 4 | 3 | 0.22 | 1.92 | 1.00 | 1.87 | 0.06 |
| | | | May 6-8, 2008 | 43 | 2,188 | 14 | 34 | 1 | -13 | 20.95 | -13.88 | 0.71 | -14.20 | 0.00 |
| | | | June 10-12, 2008 | 499 | 12,241 | 5 | 349 | 14 | 9 | 0.35 | 2.46 | 0.89 | 2.47 | 0.01 |
| | | | September 8-10, 2008 | 520 | 11,487 | 6 | 323 | 14 | 8 | 0.41 | 2.27 | 0.20 | 2.26 | 0.02 |
| | | | January 13-15, 2009 | 1,062 | 28,333 | 37 | 1,009 | 38 | 1 | 0.98 | 0.13 | 0.99 | 0.12 | 0.90 |
| | | | April 28-30, 2009 | 1,549 | 39,882 | 13 | 545 | 21 | 8 | 0.61 | 1.77 | 0.00 | 1.78 | 0.08 |
| | | | October 27-29, 2009 | 597 | 12,301 | 0 | 80 | 4 | 4 | 0.00 | 1.98 | | 1.97 | 0.05 |
| | | | March 23-25, 2010 | 43 | 1,479 | 0 | 93 | 1 | 1 | 0.00 | 1.70 | | 0.82 | 0.41 |
| | | | October 19-21, 2010 | 4,263 | 81,325 | 3 | 235 | 12 | 9 | 0.24 | 2.64 | 0.00 | 2.64 | 0.01 |
| | | | March 8-10, 2011 | 17 | 338 | 1 | 74 | 2 | 1 | 0.27 | 1.58 | 0.22 | 0.70 | 0.49 |
| | | | November 1-3, 2011 | 210 | 8,537 | 1 | 89 | 2 | 1 | 0.46 | 0.80 | 0.98 | 0.99 | 0.32 |
| | | | March 6-8, 2012 | 6 | 115 | 2 | 48 | 1 | -1 | 0.80 | 0.41 | 0.85 | -1.15 | 0.25 |
| | White | Black | Overall | 50,238 | 198,505 | 333 | 2,954 | 731 | 398 | ■ | ■ | 0.00 | 17.37 | 0.00 |
| | | | February 26-28, 2008 | 51 | 279 | 12 | 75 | 15 | 3 | 0.88 | 0.50 | 0.98 | 0.99 | 0.32 |
| | | | May 6-8, 2008 | 191 | 2,188 | 3 | 34 | 3 | 0 | 1.01 | -0.02 | 0.19 | 0.01 | 0.99 |
| | | | June 10-12, 2008 | 6,354 | 12,241 | 43 | 349 | 133 | 90 | 0.24 | 9.79 | 0.00 | 9.81 | 0.00 |
| | | | September 8-10, 2008 | 5,394 | 11,487 | 53 | 323 | 120 | 67 | 0.35 | 7.51 | 0.17 | 7.50 | 0.00 |
| | | | January 13-15, 2009 | 8,639 | 28,333 | 106 | 1,009 | 260 | 154 | 0.34 | 11.11 | 0.19 | 11.10 | 0.00 |
| | | | April 28-30, 2009 | 10,127 | 39,882 | 73 | 545 | 125 | 52 | 0.53 | 5.25 | 0.00 | 5.29 | 0.00 |
| | | | October 27-29, 2009 | 2,393 | 12,301 | 5 | 80 | 14 | 9 | 0.32 | 2.61 | 0.01 | 2.59 | 0.01 |
| | | | March 23-25, 2010 | 137 | 1,479 | 6 | 93 | 3 | -3 | 0.70 | 0.89 | 0.00 | -1.53 | 0.13 |
| | | | October 19-21, 2010 | 15,933 | 81,325 | 20 | 235 | 41 | 21 | 0.43 | 3.69 | 0.01 | 3.64 | 0.00 |
| | | | March 8-10, 2011 | 35 | 338 | 8 | 74 | 5 | -3 | 1.04 | -0.13 | 0.08 | -1.76 | 0.08 |
| | | | November 1-3, 2011 | 980 | 8,537 | 3 | 89 | 10 | 7 | 0.29 | 2.23 | 0.99 | 2.54 | 0.01 |
| | | | March 6-8, 2012 | 4 | 115 | 1 | 48 | 1 | 0 | 0.60 | 0.67 | 0.54 | 0.31 | 0.76 |

**Table 12f: CSP Central Service Area - Selected (from Referred) - Unique Analysis**



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
| White | White | Hawaiian | Overall | 893 | 198,505 | 8 | 2,954 | 10 | 2 | ■ | ■ | 1.00 | 0.61 | 0.54 |
| | | | February 26-28, 2008 | 0 | 279 | 0 | 75 | 0 | 0 | | | 1.00 | | 1.00 |
| | | | May 6-8, 2008 | 14 | 2,188 | 0 | 34 | 0 | 0 | 0.00 | 0.47 | | 0.46 | 0.64 |
| | | | June 10-12, 2008 | 68 | 12,241 | 0 | 349 | 2 | 2 | 0.00 | 1.41 | | 1.41 | 0.16 |
| | | | September 8-10, 2008 | 49 | 11,487 | 1 | 323 | 1 | 0 | 0.73 | 0.33 | 0.79 | 0.32 | 0.75 |
| | | | January 13-15, 2009 | 31 | 28,333 | 0 | 1,009 | 1 | 1 | 0.00 | 1.07 | | 1.07 | 0.28 |
| | | | April 28-30, 2009 | 163 | 39,882 | 3 | 545 | 2 | -1 | 1.35 | -0.52 | 0.97 | -0.46 | 0.64 |
| | | | October 27-29, 2009 | 48 | 12,301 | 0 | 80 | 0 | 0 | 0.00 | 0.56 | | 0.59 | 0.56 |
| | | | March 23-25, 2010 | 23 | 1,479 | 0 | 93 | 0 | 0 | 0.00 | 1.24 | | 0.72 | 0.47 |
| | | | October 19-21, 2010 | 430 | 81,325 | 3 | 235 | 1 | -2 | 2.41 | -1.57 | 0.99 | -1.49 | 0.14 |
| | | | March 8-10, 2011 | 2 | 338 | 0 | 74 | 0 | 0 | 0.00 | 0.75 | | 0.52 | 0.60 |
| | | | November 1-3, 2011 | 65 | 8,537 | 1 | 89 | 1 | 0 | 1.48 | -0.39 | 0.90 | -0.45 | 0.65 |
| | | | March 6-8, 2012 | 0 | 115 | 0 | 48 | 0 | 0 | | | 1.00 | | 1.00 |
| White | White | Hispanic | Overall | 14,542 | 198,505 | 270 | 2,954 | 244 | -26 | ■ | ■ | 0.43 | -1.75 | 0.08 |
| | | | February 26-28, 2008 | 26 | 279 | 4 | 75 | 8 | 4 | 0.57 | 1.28 | 1.00 | 1.67 | 0.10 |
| | | | May 6-8, 2008 | 77 | 2,188 | 2 | 34 | 1 | -1 | 1.67 | -0.72 | 0.99 | -0.55 | 0.58 |
| | | | June 10-12, 2008 | 963 | 12,241 | 10 | 349 | 26 | 16 | 0.36 | 3.33 | 0.88 | 3.34 | 0.00 |
| | | | September 8-10, 2008 | 1,109 | 11,487 | 46 | 323 | 32 | -14 | 1.48 | -2.52 | 0.98 | -2.53 | 0.01 |
| | | | January 13-15, 2009 | 2,622 | 28,333 | 140 | 1,009 | 97 | -43 | 1.50 | -4.61 | 0.82 | -4.64 | 0.00 |
| | | | April 28-30, 2009 | 3,464 | 39,882 | 35 | 545 | 47 | 12 | 0.74 | 1.75 | 0.00 | 1.83 | 0.07 |
| | | | October 27-29, 2009 | 895 | 12,301 | 9 | 80 | 6 | -3 | 1.55 | -1.25 | 0.22 | -1.23 | 0.22 |
| | | | March 23-25, 2010 | 116 | 1,479 | 3 | 93 | 4 | 1 | 0.41 | 1.61 | 0.38 | 0.60 | 0.55 |
| | | | October 19-21, 2010 | 4,881 | 81,325 | 15 | 235 | 14 | -1 | 1.06 | -0.23 | 0.46 | -0.17 | 0.87 |
| | | | March 8-10, 2011 | 21 | 338 | 2 | 74 | 2 | 0 | 0.44 | 1.35 | 0.46 | 0.31 | 0.76 |
| | | | November 1-3, 2011 | 360 | 8,537 | 1 | 89 | 4 | 3 | 0.27 | 1.42 | 0.36 | 1.37 | 0.17 |
| | | | March 6-8, 2012 | 8 | 115 | 3 | 48 | 2 | -1 | 0.90 | 0.24 | 0.08 | -0.64 | 0.52 |

Table 12f: CSP Central Service Area - Selected (from Referred) - Unique Analysis



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | Table 12f: CSP Central Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
| | White | Multi | Overall | 21,069 | 198,505 | 283 | 2,954 | 339 | 56 | ■ | -6.95 | 0.00 | 3.33 | 0.00 |
| | | | February 26-28, 2008 | 35 | 279 | 30 | 75 | 14 | -16 | 3.19 | -1.59 | 0.58 | -6.21 | 0.00 |
| | | | May 6-8, 2008 | 77 | 2,188 | 3 | 34 | 1 | -2 | 2.51 | | 0.22 | -1.53 | 0.13 |
| | | | June 10-12, 2008 | 1,790 | 12,241 | 20 | 349 | 47 | 27 | 0.39 | 4.28 | 0.23 | 4.29 | 0.00 |
| | | | September 8-10, 2008 | 1,533 | 11,487 | 37 | 323 | 42 | 5 | 0.86 | 0.89 | 0.98 | 0.89 | 0.37 |
| | | | January 13-15, 2009 | 3,353 | 28,333 | 96 | 1,009 | 117 | 21 | 0.80 | 2.08 | 0.85 | 2.09 | 0.04 |
| | | | April 28-30, 2009 | 3,857 | 39,882 | 38 | 545 | 52 | 14 | 0.72 | 1.97 | 0.00 | 2.01 | 0.04 |
| | | | October 27-29, 2009 | 1,199 | 12,301 | 19 | 80 | 9 | -10 | 2.44 | -3.62 | 0.02 | -3.51 | 0.00 |
| | | | March 23-25, 2010 | 168 | 1,479 | 12 | 93 | 14 | 2 | 1.14 | -0.43 | 0.00 | 0.76 | 0.45 |
| | | | October 19-21, 2010 | 7,711 | 81,325 | 12 | 235 | 21 | 9 | 0.54 | 2.13 | 0.04 | 2.15 | 0.03 |
| | | | March 8-10, 2011 | 46 | 338 | 9 | 74 | 6 | -3 | 0.89 | 0.36 | 0.05 | -1.31 | 0.19 |
| | | | November 1-3, 2011 | 1,288 | 8,537 | 6 | 89 | 12 | 6 | 0.45 | 1.97 | 0.63 | 1.84 | 0.07 |
| | | | March 6-8, 2012 | 12 | 115 | 1 | 48 | 3 | 2 | 0.20 | 2.26 | 0.96 | 1.89 | 0.06 |
| | White | Native American | Overall | 1,294 | 198,505 | 30 | 2,954 | 18 | -12 | ■ | ■ | 0.00 | -2.88 | 0.00 |
| | | | February 26-28, 2008 | 2 | 279 | 1 | 75 | 1 | 0 | 1.86 | -0.73 | | -0.28 | 0.78 |
| | | | May 6-8, 2008 | 15 | 2,188 | 0 | 34 | 0 | 0 | 0.00 | 0.49 | | 0.52 | 0.60 |
| | | | June 10-12, 2008 | 106 | 12,241 | 20 | 349 | 3 | -17 | 6.62 | -9.64 | 0.72 | -9.71 | 0.00 |
| | | | September 8-10, 2008 | 99 | 11,487 | 1 | 323 | 3 | 2 | 0.36 | 1.08 | 0.99 | 1.10 | 0.27 |
| | | | January 13-15, 2009 | 157 | 28,333 | 2 | 1,009 | 6 | 4 | 0.36 | 1.54 | 0.67 | 1.56 | 0.12 |
| | | | April 28-30, 2009 | 160 | 39,882 | 0 | 545 | 2 | 2 | 0.00 | 1.49 | | 1.49 | 0.14 |
| | | | October 27-29, 2009 | 98 | 12,301 | 0 | 80 | 1 | 1 | 0.00 | 0.80 | | 0.79 | 0.43 |
| | | | March 23-25, 2010 | 12 | 1,479 | 0 | 93 | 1 | 0 | 0.00 | 0.90 | | 0.30 | 0.76 |
| | | | October 19-21, 2010 | 544 | 81,325 | 6 | 235 | 2 | -4 | 3.82 | -3.49 | 0.00 | -3.53 | 0.00 |
| | | | March 8-10, 2011 | 1 | 338 | 0 | 74 | 0 | 0 | 0.00 | 0.53 | | 0.26 | 0.79 |
| | | | November 1-3, 2011 | 100 | 8,537 | 0 | 89 | 1 | 1 | 0.00 | 1.03 | | 1.00 | 0.32 |
| | | | March 6-8, 2012 | 0 | 115 | 0 | 48 | 0 | 0 | | | 1.00 | | 1.00 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gender | Male | Female | Overall | 65,017 | 224,331 | 651 | 3,237 | 911 | 260 | 3.88 | | 0.00 | 10.16 | 0.00 |
| | | | February 26-28, 2008 | 58 | 352 | 48 | 75 | 18 | -30 | 0.70 | -9.46 | 0.00 | -9.39 | 0.00 |
| | | | May 6-8, 2008 | 321 | 2,239 | 5 | 50 | 7 | 2 | 0.70 | 0.78 | 0.32 | 0.78 | 0.44 |
| | | | June 10-12, 2008 | 6,232 | 15,344 | 87 | 357 | 127 | 40 | 0.60 | 4.36 | 1.00 | 4.31 | 0.00 |
| | | | September 8-10, 2008 | 5,215 | 14,664 | 111 | 348 | 120 | 9 | 0.90 | 1.01 | 0.97 | 0.98 | 0.33 |
| | | | January 13-15, 2009 | 10,843 | 32,664 | 165 | 1,186 | 337 | 172 | 0.42 | 10.97 | 0.21 | 10.98 | 0.00 |
| | | | April 28-30, 2009 | 14,400 | 43,866 | 119 | 580 | 172 | 53 | 0.63 | 4.74 | 0.00 | 4.71 | 0.00 |
| | | | October 27-29, 2009 | 3,541 | 13,668 | 9 | 104 | 23 | 14 | 0.33 | 3.33 | 0.36 | 3.34 | 0.00 |
| | | | March 23-25, 2010 | 260 | 1,699 | 28 | 83 | 17 | -11 | 2.20 | -3.82 | 0.38 | -3.35 | 0.00 |
| | | | October 19-21, 2010 | 22,336 | 89,538 | 33 | 252 | 56 | 23 | 0.52 | 3.55 | 0.00 | 3.48 | 0.00 |
| | | | March 8-10, 2011 | 63 | 397 | 19 | 75 | 12 | -7 | 1.60 | -2.06 | 0.24 | -2.84 | 0.00 |
| | | | November 1-3, 2011 | 1,730 | 9,774 | 24 | 76 | 15 | -9 | 1.78 | -2.52 | 0.41 | -2.50 | 0.01 |
| | | | March 6-8, 2012 | 18 | 126 | 3 | 51 | 6 | 3 | 0.41 | 1.95 | 0.54 | 2.31 | 0.02 |

Table 12f: CSP Central Service Area - Selected (from Referred) - Unique Analysis

127



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | Table 12g: CSP Western Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
| **Ethnicity** | White | Asian | Overall | 8,395 | 179,702 | 185 | 2,599 | 123 | -62 | | | 0.00 | -5.97 | 0.00 |
| | | | February 26-28, 2008 | 13 | 254 | 3 | 54 | 3 | 0 | 1.09 | -0.16 | 0.57 | -0.09 | 0.93 |
| | | | May 6-8, 2008 | 38 | 1,902 | 13 | 58 | 1 | -12 | 11.22 | -10.13 | 0.56 | -10.33 | 0.00 |
| | | | June 10-12, 2008 | 393 | 9,364 | 16 | 247 | 11 | -5 | 1.54 | -1.72 | 0.01 | -1.48 | 0.14 |
| | | | September 8-10, 2008 | 403 | 8,652 | 14 | 264 | 13 | -1 | 1.14 | -0.48 | 0.08 | -0.45 | 0.65 |
| | | | January 13-15, 2009 | 881 | 22,679 | 47 | 849 | 34 | -13 | 1.43 | -2.42 | 0.06 | -2.41 | 0.02 |
| | | | April 28-30, 2009 | 1,589 | 39,898 | 31 | 393 | 17 | -14 | 1.98 | -3.75 | 0.00 | -3.53 | 0.00 |
| | | | October 27-29, 2009 | 689 | 13,922 | 5 | 48 | 3 | -2 | 2.10 | -1.62 | 0.00 | -1.59 | 0.11 |
| | | | March 23-25, 2010 | 111 | 1,484 | 0 | 106 | 10 | 10 | 0.00 | 2.91 | | 3.51 | 0.00 |
| | | | October 19-21, 2010 | 4,069 | 75,363 | 39 | 309 | 19 | -20 | 2.34 | -5.16 | 0.00 | -4.77 | 0.00 |
| | | | March 8-10, 2011 | 28 | 411 | 5 | 120 | 7 | 2 | 0.61 | 1.29 | 0.15 | 0.78 | 0.43 |
| | | | November 1-3, 2011 | 164 | 5,596 | 10 | 130 | 5 | -5 | 2.62 | -3.09 | 0.18 | -2.64 | 0.01 |
| | | | March 6-8, 2012 | 17 | 177 | 2 | 21 | 2 | 0 | 0.99 | 0.01 | 0.62 | -0.13 | 0.90 |
| | White | Black | Overall | 44,164 | 179,702 | 180 | 2,599 | 580 | 400 | | | 0.00 | 19.46 | 0.00 |
| | | | February 26-28, 2008 | 38 | 254 | 4 | 54 | 9 | 5 | 0.50 | 1.55 | 0.90 | 2.17 | 0.03 |
| | | | May 6-8, 2008 | 161 | 1,902 | 3 | 58 | 5 | 2 | 0.61 | 0.85 | 0.79 | 0.91 | 0.36 |
| | | | June 10-12, 2008 | 4,848 | 9,364 | 20 | 247 | 90 | 70 | 0.16 | 9.26 | 0.03 | 9.22 | 0.00 |
| | | | September 8-10, 2008 | 4,039 | 8,652 | 34 | 264 | 94 | 60 | 0.28 | 7.66 | 0.69 | 7.61 | 0.00 |
| | | | January 13-15, 2009 | 6,820 | 22,679 | 68 | 849 | 211 | 143 | 0.27 | 11.46 | 0.95 | 11.43 | 0.00 |
| | | | April 28-30, 2009 | 10,080 | 39,898 | 21 | 393 | 83 | 62 | 0.21 | 7.69 | 0.00 | 7.67 | 0.00 |
| | | | October 27-29, 2009 | 2,715 | 13,922 | 5 | 48 | 9 | 4 | 0.53 | 1.36 | 0.04 | 1.34 | 0.18 |
| | | | March 23-25, 2010 | 141 | 1,484 | 6 | 106 | 11 | 5 | 0.60 | 1.29 | 0.56 | 1.82 | 0.07 |
| | | | October 19-21, 2010 | 14,662 | 75,363 | 12 | 309 | 51 | 39 | 0.20 | 6.10 | 0.00 | 5.96 | 0.00 |
| | | | March 8-10, 2011 | 27 | 411 | 4 | 120 | 4 | 0 | 0.51 | 1.61 | 0.58 | 0.21 | 0.83 |
| | | | November 1-3, 2011 | 621 | 5,596 | 3 | 130 | 13 | 10 | 0.21 | 3.01 | 0.93 | 2.99 | 0.00 |
| | | | March 6-8, 2012 | 12 | 177 | 0 | 21 | 1 | 1 | 0.00 | 1.27 | | 1.13 | 0.26 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | Table 12g: CSP Western Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | |
| White | Hawaiian | | Overall | 913 | 179,702 | 58 | 2,599 | 15 | -43 | ■ | ■ | 0.00 | -11.40 | 0.00 |
| | | | February 26-28, 2008 | 0 | 254 | 0 | 54 | 0 | 0 | | | 1.00 | | 1.00 |
| | | | May 6-8, 2008 | 12 | 1,902 | 0 | 58 | 0 | 0 | 0.00 | 0.61 | | 0.61 | 0.54 |
| | | | June 10-12, 2008 | 53 | 9,364 | 1 | 247 | 1 | 0 | 0.72 | 0.34 | 1.00 | 0.37 | 0.71 |
| | | | September 8-10, 2008 | 38 | 8,652 | 1 | 264 | 1 | 0 | 0.86 | 0.15 | 0.37 | 0.19 | 0.85 |
| | | | January 13-15, 2009 | 64 | 22,679 | 6 | 849 | 3 | -3 | 2.50 | -2.37 | 0.20 | -2.05 | 0.04 |
| | | | April 28-30, 2009 | 172 | 39,898 | 12 | 393 | 2 | -10 | 7.08 | -7.84 | 0.79 | -7.35 | 0.00 |
| | | | October 27-29, 2009 | 48 | 13,922 | 0 | 48 | 0 | 0 | 0.00 | 0.41 | | 0.40 | 0.69 |
| | | | March 23-25, 2010 | 21 | 1,484 | 6 | 106 | 2 | -4 | 4.00 | -3.72 | 0.32 | -3.21 | 0.00 |
| | | | October 19-21, 2010 | 445 | 75,363 | 27 | 309 | 2 | -25 | 14.80 | -17.91 | 0.00 | -17.02 | 0.00 |
| | | | March 8-10, 2011 | 9 | 411 | 3 | 120 | 2 | -1 | 1.14 | -0.27 | 0.12 | -0.67 | 0.50 |
| | | | November 1-3, 2011 | 49 | 5,596 | 2 | 130 | 1 | -1 | 1.76 | -0.81 | 0.02 | -0.80 | 0.42 |
| | | | March 6-8, 2012 | 2 | 177 | 0 | 21 | 0 | 0 | 0.00 | 0.52 | | 0.55 | 0.58 |
| White | Hispanic | | Overall | 13,250 | 179,702 | 251 | 2,599 | 222 | -29 | ■ | ■ | 0.00 | -2.12 | 0.03 |
| | | | February 26-28, 2008 | 15 | 254 | 2 | 54 | 4 | 2 | 0.63 | 0.73 | 1.00 | 1.04 | 0.30 |
| | | | May 6-8, 2008 | 65 | 1,902 | 3 | 58 | 2 | -1 | 1.51 | -0.72 | 0.95 | -0.61 | 0.54 |
| | | | June 10-12, 2008 | 739 | 9,364 | 9 | 247 | 19 | 10 | 0.46 | 2.36 | 0.58 | 2.37 | 0.02 |
| | | | September 8-10, 2008 | 837 | 8,652 | 36 | 264 | 27 | -9 | 1.41 | -1.97 | 0.91 | -1.93 | 0.05 |
| | | | January 13-15, 2009 | 2,080 | 22,679 | 114 | 849 | 81 | -33 | 1.46 | -3.92 | 0.86 | -3.89 | 0.00 |
| | | | April 28-30, 2009 | 3,459 | 39,898 | 19 | 393 | 33 | 14 | 0.56 | 2.53 | 0.00 | 2.58 | 0.01 |
| | | | October 27-29, 2009 | 1,021 | 13,922 | 2 | 48 | 4 | 2 | 0.57 | 0.80 | 0.04 | 0.86 | 0.39 |
| | | | March 23-25, 2010 | 214 | 1,484 | 22 | 106 | 19 | -3 | 1.44 | -1.63 | 0.03 | -0.76 | 0.45 |
| | | | October 19-21, 2010 | 4,551 | 75,363 | 33 | 309 | 21 | -12 | 1.77 | -3.16 | 0.00 | -2.87 | 0.00 |
| | | | March 8-10, 2011 | 24 | 411 | 6 | 120 | 6 | 0 | 0.86 | 0.44 | 0.64 | 0.02 | 0.99 |
| | | | November 1-3, 2011 | 237 | 5,596 | 4 | 130 | 6 | 2 | 0.73 | 0.64 | 0.40 | 0.85 | 0.39 |
| | | | March 6-8, 2012 | 8 | 177 | 1 | 21 | 1 | 0 | 1.05 | -0.05 | 0.63 | 0.14 | 0.88 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | Table 12g: CSP Western Service Area - Selected (from Referred) - Unique Analysis | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Minority Group | Majority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
| White | Multi | | Overall | 19,092 | 179,702 | 382 | 2,599 | 318 | -64 | | | 0.00 | -3.93 | 0.00 |
| | | | February 26-28, 2008 | 25 | 254 | 15 | 54 | 7 | -8 | 2.82 | -4.28 | 0.08 | -3.87 | 0.00 |
| | | | May 6-8, 2008 | 66 | 1,902 | 5 | 58 | 2 | -3 | 2.48 | -2.05 | 0.76 | -1.84 | 0.07 |
| | | | June 10-12, 2008 | 1,375 | 9,364 | 18 | 247 | 34 | 16 | 0.50 | 2.97 | 0.08 | 3.03 | 0.00 |
| | | | September 8-10, 2008 | 1,159 | 8,652 | 35 | 264 | 36 | 1 | 0.99 | 0.06 | 0.75 | 0.11 | 0.91 |
| | | | January 13-15, 2009 | 2,732 | 22,679 | 100 | 849 | 103 | 3 | 0.98 | 0.22 | 0.83 | 0.29 | 0.77 |
| | | | April 28-30, 2009 | 3,936 | 39,898 | 81 | 393 | 44 | -37 | 2.09 | -6.21 | 0.00 | -5.95 | 0.00 |
| | | | October 27-29, 2009 | 1,343 | 13,922 | 6 | 48 | 5 | -1 | 1.30 | -0.60 | 0.63 | -0.61 | 0.54 |
| | | | March 23-25, 2010 | 213 | 1,484 | 9 | 106 | 18 | 9 | 0.59 | 1.58 | 0.01 | 2.37 | 0.02 |
| | | | October 19-21, 2010 | 7,316 | 75,363 | 80 | 309 | 36 | -44 | 2.67 | -8.16 | 0.00 | -7.85 | 0.00 |
| | | | March 8-10, 2011 | 61 | 411 | 14 | 120 | 14 | 0 | 0.79 | 1.01 | 0.11 | -0.07 | 0.94 |
| | | | November 1-3, 2011 | 850 | 5,596 | 18 | 130 | 19 | 1 | 0.91 | 0.37 | 0.79 | 0.29 | 0.77 |
| | | | March 6-8, 2012 | 16 | 177 | 1 | 21 | 1 | 0 | 0.53 | 0.68 | 0.09 | 0.42 | 0.67 |
| White | Native American | | Overall | 1,165 | 179,702 | 27 | 2,599 | 19 | -8 | | | 0.08 | -2.01 | 0.04 |
| | | | February 26-28, 2008 | 4 | 254 | 1 | 54 | 1 | 0 | 1.18 | -0.18 | 0.02 | 0.01 | 0.99 |
| | | | May 6-8, 2008 | 13 | 1,902 | 1 | 58 | 0 | -1 | 2.52 | -0.97 | 0.99 | -0.89 | 0.37 |
| | | | June 10-12, 2008 | 79 | 9,364 | 14 | 247 | 2 | -12 | 6.72 | -8.14 | 0.96 | -8.22 | 0.00 |
| | | | September 8-10, 2008 | 75 | 8,652 | 2 | 264 | 2 | 0 | 0.87 | 0.19 | 0.89 | 0.19 | 0.85 |
| | | | January 13-15, 2009 | 132 | 22,679 | 4 | 849 | 5 | 1 | 0.81 | 0.43 | 0.32 | 0.53 | 0.60 |
| | | | April 28-30, 2009 | 164 | 39,898 | 4 | 393 | 2 | -2 | 2.48 | -1.88 | 0.89 | -1.79 | 0.07 |
| | | | October 27-29, 2009 | 114 | 13,922 | 0 | 48 | 0 | 0 | 0.00 | 0.63 | | 0.64 | 0.52 |
| | | | March 23-25, 2010 | 12 | 1,484 | 0 | 106 | 1 | 1 | 0.00 | 0.96 | | 0.92 | 0.36 |
| | | | October 19-21, 2010 | 502 | 75,363 | 0 | 309 | 2 | 2 | 0.00 | 1.44 | | 1.46 | 0.14 |
| | | | March 8-10, 2011 | 4 | 411 | 1 | 120 | 1 | 0 | 0.86 | 0.18 | 0.01 | 0.44 | 0.66 |
| | | | November 1-3, 2011 | 66 | 5,596 | 0 | 130 | 1 | 1 | 0.00 | 1.25 | | 1.16 | 0.25 |
| | | | March 6-8, 2012 | 0 | 177 | 0 | 21 | 0 | 0 | | | 1.00 | | 1.00 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | CSP Date | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff | Breslow-Day p-value | MH z | MH p-value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gender | Male | Female | Overall | 58,653 | 202,545 | 607 | 3,011 | 837 | 230 | 2.87 | | 0.00 | 9.38 | 0.00 |
| | | | February 26-28, 2008 | 56 | 293 | 28 | 51 | 11 | -17 | 1.30 | -5.34 | 0.19 | -6.18 | 0.00 |
| | | | May 6-8, 2008 | 284 | 1,935 | 13 | 68 | 11 | -2 | 1.30 | -0.89 | 0.95 | -0.79 | 0.43 |
| | | | June 10-12, 2008 | 4,756 | 11,754 | 55 | 267 | 91 | 36 | 0.51 | 4.69 | 0.81 | 4.58 | 0.00 |
| | | | September 8-10, 2008 | 3,916 | 11,057 | 82 | 302 | 99 | 17 | 0.77 | 2.17 | 0.88 | 2.09 | 0.04 |
| | | | January 13-15, 2009 | 8,592 | 26,262 | 146 | 1,018 | 285 | 139 | 0.44 | 9.75 | 0.59 | 9.68 | 0.00 |
| | | | April 28-30, 2009 | 14,430 | 43,918 | 76 | 467 | 134 | 58 | 0.50 | 5.82 | 0.00 | 5.82 | 0.00 |
| | | | October 27-29, 2009 | 4,029 | 15,451 | 12 | 52 | 13 | 1 | 0.88 | 0.38 | 0.65 | 0.40 | 0.69 |
| | | | March 23-25, 2010 | 385 | 1,784 | 28 | 121 | 30 | 2 | 1.07 | -0.34 | 0.01 | 0.39 | 0.70 |
| | | | October 19-21, 2010 | 20,847 | 83,094 | 91 | 397 | 98 | 7 | 0.91 | 0.78 | 0.55 | 0.78 | 0.44 |
| | | | March 8-10, 2011 | 130 | 432 | 37 | 115 | 34 | -3 | 1.07 | -0.41 | 0.76 | -0.85 | 0.39 |
| | | | November 1-3, 2011 | 1,176 | 6,386 | 36 | 131 | 27 | -9 | 1.49 | -2.17 | 0.38 | -2.05 | 0.04 |
| | | | March 6-8, 2012 | 52 | 179 | 3 | 22 | 5 | 2 | 0.47 | 1.33 | 0.41 | 0.99 | 0.32 |

**Table 12g: CSP Western Service Area - Selected (from Referred) - Unique Analysis**

131



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

### Table 14d: Interview Pass - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 166 | 3,834 | 166 | 3,820 | 165 | -1 | 1.00 | -0.78 |
| | White | Black | Overall | 515 | 3,834 | 512 | 3,820 | 513 | 1 | 1.00 | 0.74 |
| | White | Hawaiian | Overall | 33 | 3,834 | 33 | 3,820 | 33 | 0 | 1.00 | -0.35 |
| | White | Hispanic | Overall | 252 | 3,834 | 252 | 3,820 | 251 | -1 | 1.00 | -0.96 |
| | White | Multi | Overall | 444 | 3,834 | 443 | 3,820 | 442 | -1 | 1.00 | -0.47 |
| | White | Native American | Overall | 21 | 3,834 | 21 | 3,820 | 21 | 0 | 1.00 | -0.28 |
| **Gender** | Male | Female | Overall | 912 | 4,273 | 911 | 4,256 | 909 | -2 | 1.00 | -1.34 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

133

| Table 14e: Medical Pass - Unique Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
| **Ethnicity** | White | Asian | Overall | 149 | 3,367 | 146 | 3,167 | 140 | -6 | 1.04 | -2.01 |
| | White | Black | Overall | 446 | 3,367 | 411 | 3,167 | 419 | 8 | 0.98 | 1.57 |
| | White | Hawaiian | Overall | 29 | 3,367 | 25 | 3,167 | 27 | 2 | 0.92 | 1.77 |
| | White | Hispanic | Overall | 218 | 3,367 | 204 | 3,167 | 205 | 1 | 0.99 | 0.29 |
| | White | Multi | Overall | 391 | 3,367 | 364 | 3,167 | 367 | 3 | 0.99 | 0.76 |
| | White | Native American | Overall | 18 | 3,367 | 17 | 3,167 | 17 | 0 | 1.00 | -0.07 |
| **Gender** | Male | Female | Overall | 824 | 3,722 | 780 | 3,488 | 774 | -6 | 1.01 | -1.03 |



*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Table 14f: Conditional Suitability Pass - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 160 | 3,721 | 157 | 3,642 | 157 | 0 | 1.00 | -0.21 |
| | White | Black | Overall | 484 | 3,721 | 456 | 3,642 | 472 | 16 | 0.96 | 4.81 |
| | White | Hawaiian | Overall | 31 | 3,721 | 31 | 3,642 | 30 | -1 | 1.02 | -0.82 |
| | White | Hispanic | Overall | 241 | 3,721 | 233 | 3,642 | 236 | 3 | 0.99 | 1.23 |
| | White | Multi | Overall | 428 | 3,721 | 416 | 3,642 | 419 | 3 | 0.99 | 0.91 |
| | White | Native American | Overall | 19 | 3,721 | 18 | 3,642 | 19 | 1 | 0.97 | 0.94 |
| **Gender** | Male | Female | Overall | 881 | 4,126 | 864 | 4,013 | 858 | -6 | 1.01 | -1.37 |

aptMetrics®

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | | Table 14g: Final Suitability Pass - Unique Analysis | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
| **Ethnicity** | White | Asian | Overall | 73 | 2,420 | 73 | 2,383 | 72 | -1 | 1.02 | -1.06 |
| | White | Black | Overall | 317 | 2,420 | 313 | 2,383 | 312 | -1 | 1.00 | -0.37 |
| | White | Hawaiian | Overall | 12 | 2,420 | 12 | 2,383 | 12 | 0 | 1.02 | -0.43 |
| | White | Hispanic | Overall | 152 | 2,420 | 150 | 2,383 | 150 | 0 | 1.00 | -0.21 |
| | White | Multi | Overall | 232 | 2,420 | 232 | 2,383 | 229 | -3 | 1.02 | -1.90 |
| | White | Native American | Overall | 11 | 2,420 | 11 | 2,383 | 11 | 0 | 1.02 | -0.41 |
| **Gender** | Male | Female | Overall | 535 | 2,631 | 529 | 2,594 | 528 | -1 | 1.00 | -0.52 |

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

136

## Table 14h: Both Conditional & Final Suitability Pass - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 160 | 3,721 | 158 | 3,670 | 158 | 0 | 1.00 | -0.13 |
| | White | Black | Overall | 484 | 3,721 | 472 | 3,670 | 477 | 5 | 0.99 | 1.89 |
| | White | Hawaiian | Overall | 31 | 3,721 | 31 | 3,670 | 31 | 0 | 1.01 | -0.66 |
| | White | Hispanic | Overall | 241 | 3,721 | 237 | 3,670 | 238 | 1 | 1.00 | 0.37 |
| | White | Multi | Overall | 428 | 3,721 | 423 | 3,670 | 422 | -1 | 1.00 | -0.34 |
| | White | Native American | Overall | 19 | 3,721 | 18 | 3,670 | 19 | 1 | 0.96 | 1.45 |
| **Gender** | Male | Female | Overall | 881 | 4,126 | 870 | 4,062 | 868 | -2 | 1.00 | -0.67 |

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

## Table 14i: Hire Decision Pass - Unique Analysis

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 146 | 3,171 | 143 | 3,139 | 144 | 1 | 0.99 | 1.21 |
| | White | Black | Overall | 413 | 3,171 | 408 | 3,139 | 409 | 1 | 1.00 | 0.38 |
| | White | Hawaiian | Overall | 25 | 3,171 | 25 | 3,139 | 25 | 0 | 1.01 | -0.50 |
| | White | Hispanic | Overall | 204 | 3,171 | 204 | 3,139 | 202 | -2 | 1.01 | -1.44 |
| | White | Multi | Overall | 367 | 3,171 | 367 | 3,139 | 364 | -3 | 1.01 | -1.93 |
| | White | Native American | Overall | 17 | 3,171 | 17 | 3,139 | 17 | 0 | 1.01 | -0.42 |
| **Gender** | Male | Female | Overall | 780 | 3,497 | 769 | 3,468 | 773 | 4 | 0.99 | 1.52 |

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Table 15d: Overall Process: Applied to Hired - Unique Analysis** | | | | | | | | | |
| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
| **Ethnicity** | White | Asian | Overall | 1,076 | 18,627 | 143 | 3,139 | 179 | 36 | 0.79 | 3.05 |
| | White | Black | Overall | 12,278 | 18,627 | 408 | 3,139 | 1,409 | 1,001 | 0.20 | 36.51 |
| | White | Hawaiian | Overall | 231 | 18,627 | 25 | 3,139 | 39 | 14 | 0.64 | 2.44 |
| | White | Hispanic | Overall | 2,267 | 18,627 | 204 | 3,139 | 363 | 159 | 0.53 | 9.63 |
| | White | Multi | Overall | 2,865 | 18,627 | 367 | 3,139 | 467 | 100 | 0.76 | 5.45 |
| | White | Native American | Overall | 209 | 18,627 | 17 | 3,139 | 35 | 18 | 0.48 | 3.36 |
| **Gender** | Male | Female | Overall | 8,861 | 27,037 | 769 | 3,468 | 1,046 | 277 | 0.68 | 10.50 |

*Extension to Barrier Analysis of Air Traffic Control Centralized Hiring Process*

| Comparison | Majority Group | Minority Group | Applicant Source | # Minority Considered | # Majority Considered | # Minority Selected | # Majority Selected | Expected | Shortfall | AIR | SD Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | White | Asian | Overall | 462 | 9,658 | 143 | 3,139 | 150 | 7 | 0.95 | 0.69 |
| | White | Black | Overall | 2,350 | 9,658 | 408 | 3,139 | 694 | 286 | 0.53 | 14.43 |
| | White | Hawaiian | Overall | 74 | 9,658 | 25 | 3,139 | 24 | -1 | 1.04 | -0.23 |
| | White | Hispanic | Overall | 756 | 9,658 | 204 | 3,139 | 243 | 39 | 0.83 | 3.13 |
| | White | Multi | Overall | 1,141 | 9,658 | 367 | 3,139 | 370 | 3 | 0.99 | 0.23 |
| | White | Native American | Overall | 70 | 9,658 | 17 | 3,139 | 23 | 6 | 0.75 | 1.46 |
| **Gender** | Male | Female | Overall | 3,008 | 11,189 | 769 | 3,468 | 898 | 129 | 0.82 | 5.78 |

Table 15e: Overall Process: Fully Qualified to Hired - Unique Analysis





# Barrier Analysis of the Air Traffic Control Specialists (ATCS) Centralized Hiring Process

Dr. James L. Outtz    |    Dr. Paul J. Hanges

Outtz and Associates

*May 8, 2013*

# Contents

TABLES ......................................................................................................................... iii

ACRONYMS .................................................................................................................... xi

EXECUTIVE SUMMARY ................................................................................................. 12

TECHNICAL REPORT ..................................................................................................... 26

  INTRODUCTION .......................................................................................................... 26

  THE ORIGIN OF BARRIER ANALYSIS REQUIREMENTS ............................................. 26

  MANAGEMENT DIRECTIVE 715 AND THE INSTRUCTIONS......................................... 26

  SECTION II: BARRIER IDENTIFICATION AND ELIMINATION ..................................... 26

  ATCS HIRING PROCESS ............................................................................................. 28

    DIVERSITY AND APPLICANT SOURCE ..................................................................... 32

    APPLICANT SOURCE RESULTS ................................................................................ 34

ROOT CAUSE ANALYSIS OF THE SEVEN DECISION POINTS IN THE ATCS HIRING PROCESS .................... 38

  DECISION POINT 1: QUALIFICATION DETERMINATION OF APPLICANTS.................... 38

    ROOT CAUSE ANALYSIS OF BARRIERS AT DECISION POINT 1 ............................... 45

  DECISION POINT 2: AT-SAT TESTING PHASE............................................................ 46

    ROOT CAUSE ANALYSIS OF OVERALL COMPOSITE AT-SAT .................................. 50

    AT-SAT SCALES: DIALS............................................................................................ 54

    AT-SAT SCALES: APPLIED MATH ............................................................................ 58

    AT-SAT SCALES: SCAN ........................................................................................... 62

    AT-SAT SCALE: ANGLES ......................................................................................... 66

    AT-SAT SCALE: THE LETTER FACTORY .................................................................. 70

    AT-SAT SCALE: THE LETTER PERFORMANCE SCALE .............................................. 74

    AT-SAT SCALES: AIR TRAFFIC SCENARIOS TEST (ATST)........................................ 78

    AT-SAT SCALES: ANALOGIES TEST ......................................................................... 88

    AT-SAT SCALES: EXPERIENCE QUESTIONNAIRE (EQ) ............................................ 96

    BARRIER ANALYSIS OF AT-SAT ............................................................................ 131

  DECISION POINT 3: PREPARATION OF THE REFERRAL LIST OF ELIGIBLE AND QUALIFIED APPLICANTS...... 133

  DECISION POINT 4: CENTRALIZED SELECTION PANEL ......................................... 137

    BARRIER ANALYSIS OF THE CENTRALIZED SELECTION PANELS (CSP) .............. 141

  DECISION POINT 5: INTERVIEW.............................................................................. 142

  DECISION POINT 6: MEDICAL CLEARANCE ........................................................... 143

Decision Point 7:  Security Clearance ...................................................................................... 143

Security Clearance: Conditional Suitability ........................................................................ 143

Security Clearance: Final Suitability ................................................................................. 147

Recommended Root Cause Corrective Actions to Eliminate Barriers ................................ 151

STUDY LIMITATIONS/CHALLENGES. ........................................................................... 154

References ............................................................................................................................... 156

GLOSSARY OF TERMS ...................................................................................................... 158

Appendix A ............................................................................................................................. 1

Auxiliary Tables ................................................................................................................... 1

Tables 1A through 1F ........................................................................................................... 1

Tables 10A through 10F: ...................................................................................................... 11

Appendix B ............................................................................................................................. 17

# TABLES

Table 1: Subgroup Race/Ethnicity and Gender as a Function of Weighted Average by Application Source ................................................................................................................ 33

Table 2: Proportion of Applicants Passing the Qualification Stage as a Function of Applicant Source ................................................................................................................ 36

Table 3: Percentage of Applicants Passing the Qualification Stage of the ATCS as a Function of Ethnicity ............................................................................................ 39

Table 4: Statistical Test for Differences in Qualified Decisions as a Function of Race/Ethnicity ....................................................................................................... 40

Table 5: Adverse Impact Ratios of Minority Qualified to White Majority Qualified ................... 41

Table 6: Effect Size Estimates of the Adverse Impact Effects ....................................................... 43

Table 7: Proportions of Applicants Passing the Qualification Stage of the ATCS as a Function of Gender ................................................................................................. 43

Table 8: Statistical Test for Differences in Proportions for Qualification Decisions as a Function of Gender ................................................................................................. 44

Table 9: Adverse Impact Ratios Qualification Decisions as a Function of Gender ..................... 44

Table 10: Effect Size Estimates of the Adverse Impact Effects ..................................................... 44

Table 11: Percentage of Ethnic Minorities and Gender Subgroups Passing the AT-SAT Composite Score When Cut Score Is 85 or Better (Highly Qualified) ...................... 46

Table 12: Percentage of Ethnic Minorities and Gender Subgroups Passing the AT-SAT Composite Score When Cut Score Is 70 or Better (Qualified) ................................... 47

Table 13: Descriptive Statistics of the AT-SAT Composite Score as a Function of Race/Ethnicity ....................................................................................................... 51

Table 14: Statistical Test for Differences in Scores for the AT-SAT Composite as a Function of Race/Ethnicity ................................................................................... 52

Table 15: Effect Size Estimates of the Adverse Impact Effects ..................................................... 52

Table 16: Descriptive Statistics of the AT-SAT Composite Score as a Function of Gender ........ 53

Table 17: Statistical Test for Differences in Scores for the AT-SAT Composite as a Function of Gender ........................................................................................... 53

Table 18: Effect Size Estimates of the Adverse Impact Effects ..................................................... 53

Table 19: Descriptive Statistics of the Dials Subtest as a Function of Race/Ethnicity ................. 55

Table 20: Statistical Test for Differences in Scores on the Dials Subtest as a Function of Race/Ethnicity ................................................................................................... 56

Table 21: Effect Size Estimates of the Adverse Impact Effects ..................................................... 56

Table 22: Descriptive Statistics of the Dials Subtest as a Function of Gender ............................. 57

Table 23: Statistical Test for Differences in Score for the Dials Subtest as a Function of Gender ................................................................................................................. 57

Table 24: Effect Size Estimates of the Adverse Impact Effects ................................................ 57

Table 25: Descriptive Statistics of the Applied Math Subtest as a Function of
Race/Ethnicity ................................................................................................... 59

Table 26: Statistical Test for Differences in Scores on the Applied Math Subtest as a
Function of Race/Ethnicity................................................................................. 60

Table 27: Effect Size Estimates of the Adverse Impact Effects................................................ 60

Table 28: Descriptive Statistics of the Applied Math Subtest as a Function of Gender.............. 61

Table 29: Statistical Test for Differences in Score for the Applied Math Subtest as a
Function of Gender............................................................................................ 61

Table 30: Effect Size Estimates of the Adverse Impact Effects ................................................ 61

Table 31: Descriptive Statistics of the Scan Subtest as a Function of Race/Ethnicity ................ 63

Table 32: Statistical Test for Differences in Scores on the Scan Subtest as a Function of
Race/Ethnicity ................................................................................................... 64

Table 33: Effect Size Estimates of the Adverse Impact Effects ................................................ 64

Table 34: Descriptive Statistics of the Scan Subtest as a Function of Gender ........................... 65

Table 35: Statistical Test for Differences in Score for the Scan Subtest as a Function of
Gender ............................................................................................................. 65

Table 36: Effect Size Estimates of the Adverse Impact Effects ................................................ 65

Table 37: Descriptive Statistics of the Angles Subtest as a Function of Race/Ethnicity............. 67

Table 38: Statistical Test for Differences in Scores on the Angles Subtest as a Function of
Race/Ethnicity ................................................................................................... 68

Table 39: Effect Size Estimates of the Adverse Impact Effects. ............................................... 68

Table 40: Descriptive Statistics of the Angles Subtest as a Function of Gender......................... 69

Table 41: Statistical Test for Differences in Score for the Angles Subtest as a Function of
Gender ..............................................................................................................69

Table 42: Effect Size Estimates of the Adverse Impact Effects ................................................69

Table 43: Descriptive Statistics of the Letter Factory Situational Awareness Subtest as a
Function of Race/Ethnicity................................................................................. 71

Table 44: Statistical Test for Differences in Scores on the Letter Factory Situational
Awareness Subtest as a Function of Race/Ethnicity .............................................. 72

Table 45: Effect Size Estimates of the Adverse Impact Effects ................................................72

Table 46: Descriptive Statistics of the Letter Factory Situational Awareness Subtest Score
as a Function of Gender......................................................................................73

Table 47: Statistical Test for Differences in Score for the Letter Factory Situational
Awareness Subtest as a Function of Gender ......................................................... 73

Table 48: Effect Size Estimates of the Adverse Impact Effects ................................................ 73

Table 49: Descriptive Statistics of the Letter Factory Performance Subtest as a Function of
Race/Ethnicity ................................................................................................... 75

Table 50: Statistical Test for Differences in Scores on the Letter Factory Performance
Subtest as a Function of Race/Ethnicity .............................................................. 76

Table 51: Effect Size Estimates of the Adverse Impact Effects ................................................ 76

Table 52: Descriptive Statistics of the Letter Factor, Performance Subtest as a Function of Gender ................................................................................................................... 77

Table 53: Statistical Test for Differences in Score for the Letter Factory Performance Subtest as a Function of Gender .................................................................. 77

Table 54: Effect Size Estimates of the Adverse Impact Effects ................................... 77

Table 55: Descriptive Statistics of the ATST Efficiency Subtest as a Function of Race/Ethnicity ................................................................................................ 79

Table 56: Statistical Test for Differences in Scores on the ATST Efficiency Subtest as a Function of Race/Ethnicity........................................................................ 80

Table 57: Effect Size Estimates of the Adverse Impact Effects ................................... 80

Table 58: Descriptive Statistics of the ATST Efficiency Subtest as a Function of Gender .......... 81

Table 59: Statistical Test for Differences in Score for the ATST Efficiency Subtest as a Function of Gender.................................................................................... 81

Table 60: Effect Size Estimates of the Adverse Impact Effects ................................... 81

Table 61: Descriptive Statistics of the ATST Safety Subtest as a Function of Race/Ethnicity ...... 82

Table 62: Statistical Test for Differences in Scores on the ATST Safety Subtest as a Function of Race/Ethnicity........................................................................ 83

Table 63: Effect Size Estimates of the Adverse Impact Effects ................................... 83

Table 64: Descriptive Statistics of the ATST Safety Subtest as a Function of Gender ................. 84

Table 65: Statistical Test for Differences in Score for the ATST Safety Subtest as a Function of Gender ........................................................................................ 84

Table 66: Effect Size Estimates of the Adverse Impact Effects ................................... 84

Table 67: Descriptive Statistics of the ATST Procedures Subtest as a Function of Race/Ethnicity ................................................................................................ 85

Table 68: Statistical Test for Differences in Scores on the ATST Procedures Subtest as a Function of Race/Ethnicity........................................................................ 86

Table 69: Effect Size Estimates of the Adverse Impact Effects ................................... 86

Table 70: Descriptive Statistics of the ATST Procedures Subtest as a Function of Gender ......... 87

Table 71: Statistical Test for Differences in Score for the ATST Procedures Subtest as a Function of Gender.................................................................................... 87

Table 72: Effect Size Estimates of the Adverse Impact Effects ................................... 87

Table 73: Descriptive Statistics of the Analogies Correct Subtest as a Function of Race/Ethnicity ................................................................................................ 89

Table 74: Statistical Test for Differences in Scores on the Analogies Correct Subtest as a Function of Race/Ethnicity........................................................................ 90

Table 75: Effect Size Estimates of the Adverse Impact Effects ................................... 90

Table 76: Descriptive Statistics of the Analogies Correct Subtest as a Function of Gender ......... 91

Table 77: Statistical Test for Differences in Score for the Analogies Correct Subtest as a Function of Gender.................................................................................... 91

Table 78: Effect Size Estimates of the Adverse Impact Effects ................................... 91

Table 79: Descriptive Statistics of the Analogies, Window Return Subtest as a Function of Race/Ethnicity ................................................................................................ 93

Table 80: Statistical Test for Differences in Scores on the Analogies, Window Return Subtest as a Function of Race/Ethnicity ................................................ 94

Table 81: Effect Size Estimates of the Adverse Impact Effects ................................. 94

Table 82: Descriptive Statistics of the Analogies, Window Return Subtest as a Function of Gender ................................................................................................ 95

Table 83: Statistical Test for Differences in Score for the Analogies, Window Return Subtest as a Function of Gender ................................................................. 95

Table 84: Effect Size Estimates of the Adverse Impact Effects ................................. 95

Table 85: Descriptive Statistics of the EQ Composure Subtest as a Function of Race/Ethnicity ................................................................................................ 97

Table 86: Statistical Test for Differences in Scores on the EQ Composure Subtest as a Function of Race/Ethnicity ................................................................. 98

Table 87: Effect Size Estimates of the Adverse Impact Effects ................................. 98

Table 88: Descriptive Statistics of the EQ Composure Subtest as a Function of Gender ........... 99

Table 89: Statistical Test for Differences in Score for the EQ Composure Subtest as a Function of Gender ................................................................................. 99

Table 90: Effect Size Estimates of the Adverse Impact Effects ................................. 99

Table 91: Descriptive Statistics of the EQ Consistency of Work Behavior Subtest as a Function of Race/Ethnicity ................................................................. 101

Table 92: Statistical Test for Differences in Scores on the  EQ Consistency of Work Behavior Subtest as a Function of Race/Ethnicity ................................ 102

Table 93: Effect Size Estimates of the Adverse Impact Effects ............................... 102

Table 94: Descriptive Statistics of the EQ Consistency of Work Behavior Subtest as a Function of Gender ................................................................................. 103

Table 95: Statistical Test for Differences in Score for the EQ Consistency of Work Behavior Subtest as a Function of Gender ................................................ 103

Table 96: Effect Size Estimates of the Adverse Impact Effects ...............................103

Table 97: Descriptive Statistics of the EQ Concentration Subtest as a Function of Race/Ethnicity ................................................................................................104

Table 98: Statistical Test for Differences in Scores on the  EQ Concentration Subtest as a Function of Race/Ethnicity ................................................................. 105

Table 99: Effect Size Estimates of the Adverse Impact Effects ...............................105

Table 100: Descriptive Statistics of the EQ Concentration Subtest as a Function of Gender....... 106

Table 101: Statistical Test for Differences in Score for the EQ Concentration Subtest as a Function of Gender ................................................................................. 106

Table 102: Effect Size Estimates of the Adverse Impact Effects ............................. 106

Table 103: Descriptive Statistics of the EQ Decisiveness Subtest as a Function of Race/Ethnicity............................................................................................ 107

Table 104: Statistical Test for Differences in Scores on the EQ Decisiveness Subtest as a
    Function of Race/Ethnicity ................................................................................ 108
Table 105: Effect Size Estimates of the Adverse Impact Effects  ........................................ 108
Table 106: Descriptive Statistics of the EQ Decisiveness Subtest as a Function of Gender.. ...... 109
Table 107: Statistical Test for Differences in Score for the EQ Decisiveness Subtest as a
    Function of Gender ............................................................................................ 109
Table 108: Effect Size Estimates of the Adverse Impact Effects ........................................ 109
Table 109: Descriptive Statistics of the EQ Self-Confidence Subtest as a Function of
    Race/Ethnicity ................................................................................................. 110
Table 110: Statistical Test for Differences in Scores on the  EQ Self-Confidence Subtest as a
    Function of Race/Ethnicity. .............................................................................. 111
Table 111: Effect Size Estimates of the Adverse Impact Effects ........................................ 111
Table 112: Descriptive Statistics of the EQ Self-Confidence Subtest as a Function of
    Gender ............................................................................................................. 112
Table 113: Statistical Test for Differences in Score for the EQ Self-Confidence Subtest as a
    Function of Gender ............................................................................................ 112
Table 114: Effect Size Estimates of the Adverse Impact Effects ........................................ 112
Table 115: Descriptive Statistics of the EQ Interpersonal Tolerance Subtest as a Function of
    Race/Ethnicity ................................................................................................. 113
Table 116: Statistical Test for Differences in Scores on the  EQ Interpersonal Tolerance
    Subtest as a Function of Race/Ethnicity. ........................................................... 114
Table 117: Effect Size Estimates of the Adverse Impact Effects ........................................ 114
Table 118: Descriptive Statistics of the EQ Interpersonal Tolerance Subtest as a Function of
    Gender ............................................................................................................. 115
Table 119: Statistical Test for Differences in Score for the EQ Interpersonal Tolerance
    Subtest as a Function of Gender. ....................................................................... 115
Table 120: Effect Size Estimates of the Adverse Impact Effects ........................................ 115
Table 121: Descriptive Statistics of the EQ Execution Subtest as a Function of
    Race/Ethnicity. ................................................................................................. 116
Table 122: Statistical Test for Differences in Scores on the  EQ Execution Subtest as a
    Function of Race/Ethnicity. ............................................................................... 117
Table 123: Effect Size Estimates of the Adverse Impact Effects ........................................ 117
Table 124: Descriptive Statistics of the EQ Execution Subtest as a Function of Gender ........... 118
Table 125: Statistical Test for Differences in Score for the EQ Execution Subtest as a
    Function of Gender. ........................................................................................... 118
Table 126: Effect Size Estimates of the Adverse Impact Effects ........................................ 118
Table 127: Descriptive Statistics of the EQ Task Closure/Thoroughness Subtest as a
    Function of Race/Ethnicity. ............................................................................... 119
Table 128: Statistical Test for Differences in Scores on the  EQ Task Closure/Thoroughness
    Subtest as a Function of Race/Ethnicity. ........................................................... 120

Table 129: Effect Size Estimates of the Adverse Impact Effects ................................................ 120
Table 130: Descriptive Statistics of the EQ Task Closure/Thoroughness Subtest as a
      Function of Gender...................................................................................................... 121
Table 131: Statistical Test for Differences in Score for the EQ Task Closure/Thoroughness
      Subtest as a Function of Gender.................................................................................. 121
Table 132: Effect Size Estimates of the Adverse Impact Effects ................................................ 121
Table 133: Descriptive Statistics of the EQ Flexibility Subtest as a Function of
      Race/Ethnicity ............................................................................................................. 122
Table 134: Statistical Test for Differences in Scores on the  EQ Flexibility Subtest as a
      Function of Race/Ethnicity.......................................................................................... 123
Table 135: Effect Size Estimates of the Adverse Impact Effects. ............................................... 123
Table 136: Descriptive Statistics of the EQ Flexibility Subtest as a Function of Gender. .......... 124
Table 137: Statistical Test for Differences in Score for the EQ Flexibility Subtest as a
      Function of Gender...................................................................................................... 124
Table 138: Effect Size Estimates of the Adverse Impact Effects ................................................ 124
Table 139: Descriptive Statistics of the EQ Self-Awareness Subtest as a Function of
      Race/Ethnicity ............................................................................................................. 125
Table 140: Statistical Test for Differences in Scores on the EQ Self-Awareness Subtest as a
      Function of Race/Ethnicity.......................................................................................... 126
Table 141: Effect Size Estimates of the Adverse Impact Effects ................................................ 126
Table 142: Descriptive Statistics of the EQ Self-Awareness Subtest as a Function of Gender... 127
Table 143: Statistical Test for Differences in Score for the EQ Self-Awareness Subtest as a
      Function of Gender...................................................................................................... 127
Table 144: Effect Size Estimates of the Adverse Impact Effects ................................................ 127
Table 145: Descriptive Statistics of the EQ Sustained Attention Subtest as a Function of
      Race/Ethnicity ............................................................................................................. 128
Table 146: Statistical Test for Differences in Scores on the  EQ Sustained Attention Subtest
      as a Function of Race/Ethnicity................................................................................... 129
Table 147: Effect Size Estimates of the Adverse Impact Effects ................................................ 129
Table 148: Descriptive Statistics of the EQ Sustained Attention Subtest as a Function of
      Gender ......................................................................................................................... 130
Table 149: Statistical Test for Differences in Score for the EQ Sustained Attention Subtest
      as a Function of Gender............................................................................................... 130
Table 150: Effect Size Estimates of the Adverse Impact Effects ................................................ 130
Table 151: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function
      of Ethnicity .................................................................................................................. 134
Table 152: Statistical Test for Differences in Proportions for Referral Decisions as a
      Function of Race/Ethnicity.......................................................................................... 135
Table 153: Adverse Impact Ratios for Referral Decisions as a Function of Race/Ethnicity ....... 135
Table 154: Effect Size Estimates of the Adverse Impact Effects ................................................ 135

Table 155: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function of Gender ................................................................................................................ 136

Table 156: Statistical Test for Differences in Proportions for Referral Decisions as a Function of Gender ................................................................................................... 137

Table 157: Adverse Impact Ratios for Referral Decisions as a Function of Gender .................. 137

Table 158: Effect Size Estimates of the Adverse Impact Effects .................................................. 137

Table 159: Proportion of Applicants Passing the Selection Stage as a Function of Ethnicity .... 138

Table 160: Statistical Test for Differences in Selection Decisions as a Function of Race/Ethnicity ............................................................................................................ 139

Table 161: Adverse Impact Ratios for Selection Decisions as a Function of Race/Ethnicity ..... 139

Table 162: Effect Size Estimates of the Adverse Impact Effects .................................................. 139

Table 163: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function of Gender ................................................................................................................ 140

Table 164: Statistical Test for Differences in Selection as a Function of Gender ....................... 140

Table 165: Adverse Impact Ratios for Differences in Proportions for Selection Decisions as a Function of Gender ............................................................................................. 141

Table 166: Effect Size Estimates of the Adverse Impact Effects .................................................. 141

Table 167: Pass Rate for Medical Clearance….............................................................................. 143

Table 168: Proportion of Applicants Passing the Security Clearance: Conditional Suitability Stage as a Function of Race/Ethnicity ................................................................ 144

Table 169: Statistical Test for Differences in Security Clearance: Conditional Suitability Decisions as a Function of Race/Ethnicity ......................................................... 145

Table 170: Adverse Impact Ratios for in Security Clearance: Conditional Suitability Decisions as a Function of Race/Ethnicity ......................................................... 145

Table 171: Effect Size Estimates of the Adverse Impact Effects .................................................. 146

Table 172: Proportion of Applicants Passing the Security Clearance: Conditional Suitability Stage as a Function of Gender ............................................................................. 146

Table 173: Statistical Test for Differences in Security Clearance: Conditional Suitability Decisions as a Function of Gender ...................................................................... 147

Table 174: Adverse Impact Ratios for Security Clearance: Conditional Suitability Decisions as a Function of Gender ....................................................................................... 147

Table 175: Effect Size Estimates of the Adverse Impact Effects .................................................. 147

Table 176: Proportion of Applicants Passing the Security Clearance: Final Suitability Stage as a Function of Race/Ethnicity ......................................................................... 148

Table 177: Statistical Test for Differences in Security Clearance: Final Suitability as a Function of Race/Ethnicity ................................................................................. 149

Table 178: Adverse Impact Ratios for Security Clearance: Final Suitability Decisions as a Function of Race/Ethnicity ................................................................................. 149

Table 179: Effect Size Estimates of the Adverse Impact Effects .................................................. 150

Table 180: Proportion of Applicants Passing the Security Clearance: Final Suitability Stage as a Function of Gender............................................................................ 150

Table 181: Statistical Test for Differences in Security Clearance: Final Suitability Decisions as a Function of Gender.................................................................................. 151

Table 182: Adverse Impact Ratios for Security Clearance: Final Suitability Decisions as a Function of Gender.................................................................................. 151

Table 183: Effect Size Estimates of the Adverse Impact Effects ................................. 151

# Acronyms

| | |
|---|---|
| ATCS | Air Traffic Control Specialists |
| AFSM | Armed Forces Services Medal |
| AI | Adverse Impact Ratio |
| ATCT | Air Traffic Control Towers |
| AT-CTI | Air Traffic Collegiate Training Initiative |
| AT-SAT | Air Traffic Selection and Training |
| ATST | Air Traffic Scenarios Test |
| CAMI | Civil Aerospace Medical Institute |
| CBPM | Computer Based Performance Measure |
| CoVATCH | Concurrent Validation of AT-SAT for Tower Control Hiring |
| CPC | Certified Professional Controllers |
| CSP | Centralized Selection Panel |
| CTI | Collegiate Training Initiative |
| CTO | Control Tower Operators |
| EEO | Equal Employment Opportunity |
| EEOC | Equal Employment Opportunity Commission |
| EQ | Experience Questionnaire |
| EVHO | Enhanced Veterans Hiring Opportunity |
| FAA | Federal Aviation Administration |
| GPA | Grade Point Average |
| HR | Human Resources |
| HRMO | Human Resource Management Office |
| OPM | Office of Personnel Management |
| RMC | Retired Military Controller |
| RNO | Race and National Origin |
| SDI+ | Self-Description Inventory+ |
| UGESP | Uniform Guidelines on Employee Selection Procedures |
| VRA | Veteran's Recruitment Appointment |

# EXECUTIVE SUMMARY

The Federal Aviation Administration (FAA) performs critical functions to ensure safe and efficient air travel in the National Airspace System (NAS). To accomplish this mission, the Agency relies heavily on trained service providers—the 35,000 controllers, technicians, engineers, and support personnel whose daily efforts keep aircraft moving safely through the nation's skies. These professionals are responsible for managing a very complex and highly automated network of interconnected systems to ensure the safety of the nation's commercial airliners. In particular, air traffic controllers, or the 2152 job series, carry out thousands of air traffic control activities daily and require significant training to prepare them for this job. The Federal Aviation Administration officials have unveiled a plan to hire 12,500 controllers during the next decade. The hiring surge was designed to offset the effects of an anticipated wave of retirements. The Federal Aviation Administration officials have projected that 11,000 air traffic controllers will leave the agency by 2014. The surge in retirements is linked to the 1981 Professional Air Traffic Controllers Association strike, when thousands of workers walked off the job and were replaced. These employees are now nearing retirement age.

Questions have been raised regarding the disproportionate underrepresentation of women and minorities among the air traffic control profession. This report provides the results of a barrier analysis for the Air Traffic Control Specialist (ATCS) centralized hiring process at the FAA.

The Equal Employment Opportunity Commission's (EEOC) Management Directive (MD) 715 outlines a comprehensive workforce analysis process to identify triggers for barrier analysis. MD 715 requires federal agencies to ensure the workplace is free of barriers that impede full opportunities to all persons in the workplace.  The objective of the barrier analysis is the identification of specific barriers to the employment by race/national origin, sex, and disability. If the barriers identified are sufficiently detailed, effective actions must be taken by specific organizations to remove the barriers and improve the diversity of their workforces. The barriers must be specific, clear, and sufficiently detailed or else the barriers identified will be too general to yield appropriate actions to improve the diversity status of any particular class group. More importantly, agencies are required to file annual reports with EEOC that detail how well they are doing with identifying and addressing adverse effects from barriers to employment.

The FAA, Office of Civil Rights commissioned Outtz and Associates to conduct a barrier analysis of the ATCS position. The process was guided by MD 715 and the Uniform Guidelines on Employee Selection Procedures. Based upon the review of the ATCS Centralized Hiring

Process, seven critical decision points were identified for analysis as potential barriers to racial and gender employment opportunities:

1. Qualification determination of applications

2. AT-SAT testing phase

3. Preparation of the referral list of eligible and qualified applicant list

4. Centralized Selection Panel determination of selections to the interview process

5. Interview process

6. Medical clearance process

7. Security clearance process

Evidence of barriers was found for racial/ethnic minorities at the first four decision points. Evidence of barriers was found with regard to race/ethnicity and gender for the second decision point. No barriers were found for the last three decision points. Overall, women and minorities were underrepresented among those successfully completing the ATCS Centralized Hiring Process and being hired.

Recommendations to address the barriers include making improvements to the ATCS hiring process, developing a targeted marketing and outreach campaign to increase diversity within applicants pools, standardization of human resources (HR) evaluation criteria, removing inconsistencies in centralized selection process criteria, and revising how the AT-SAT is used in establishing best-qualified lists.

OVERVIEW

## BACKGROUND

The FAA unveiled a plan for replacing three-quarters of the air traffic controller workforce by hiring 12,500 controllers during the next decade to offset the effects of an anticipated wave of retirements resulting in 11,000 controllers leaving the agency by 2014. The surge in retirements is linked to the 1981 Professional Air Traffic Controllers Association strike, when thousands of workers walked off the job. President Ronald Reagan fired the striking controllers and the FAA subsequently hired mandatory replacement workers. Those newly hired controllers are now nearing retirement age. In 2014 the hiring surge is estimated at or around 11,000 hires, and the FAA expects to have more than 16,000 air traffic controllers in the agency.

## SCOPE

This report was commissioned in part due to the legal requirements contained in the EEOC MD 715, which requires federal agencies to ensure that the workplace is free of barriers that impede full opportunities to all persons in the workplace. Management Directive 715 provides policy guidance and standards for establishing and maintaining effective programs of equal employment opportunity under Section 717 of Title VII (Part A) and effective affirmative action programs under Section 501 of the Rehabilitation Act (PART B). Section II of these instructions contains operational guidance on how to identify barriers that tend to inhibit free and open workplace competition, and how to develop a meaningful plan to eliminate those barriers to equal employment opportunities.

## METHODOLOGY

Before examining the effects of the ATCS Centralized Hiring Process, we first examined the diversity within the application sources used by the FAA as input into the hiring system. Prior to assessing the diversity of the applicant pools, the data had to be adjusted to the applicant level of analysis. That is, the data set originally represented applications, not applicants, in that a single applicant could apply multiple times throughout a fiscal year depending upon the number of posted announcements. The Race and National Origin (RNO) and gender analysis that we are reporting required an assessment of individuals (i.e., applicants) and not applications.

The methodology we used to conduct the barrier analysis also involved an in-depth, root-cause analysis on a multivariance analysis approach and the Uniform Guidelines on Employee Selection Procedures. The Federal government's need for a uniform set of principles on the

question of the use of tests and other selection procedures has long been recognized. The EEOC, the Civil Service Commission, the Department of Labor, and the Department of Justice jointly have adopted these uniform guidelines to meet that need, and to apply the same principles to the Federal government as are applied to other employers. These guidelines incorporate a single set of principles that are designed to assist employers, labor organizations, employment agencies, and licensing and certification boards to comply with requirements of federal law prohibiting employment practices that discriminate on grounds of race, color, religion, sex, and national origin. They are designed to provide a framework for determining the proper use of tests and other selection procedures. These guidelines do not require a user to conduct validity studies of selection procedures where no adverse impact results have been seen. However, all users are encouraged to use selection procedures that are valid, especially users operating under the Federal government's merit principles.

As such, for each year from 2006 to 2011, we analyzed the qualification decision rates made as a function of the RNO and gender subgroups that comprised more than two percent of the population of applicants. We determined from this analysis that Native American/American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander subgroups would be excluded from all subsequent analyses in this report due to their less than two percent representation in the applicant population. The decision to exclude these two subgroups is consistent with the analysis recommendations of the Uniform Guidelines issued by the EEOC, Civil Service Commission, Department of Labor, and the Department of Justice in 1978.

We relied on several criteria to determine the presence of a barrier. Specifically, one criterion that we used was computing a statistic referred to as *effect size* or *d-ratio*. This is a common statistic used in the scientific literature and it is used to understand the magnitude of the difference in selection rates between two groups. The benefit of using *d-ratios* is that there are standards that have been proposed to help researchers and practitioners interpret the magnitude of the *d-ratio*. In particular, *d-ratios* are considered small if they are less than 0.30; they are considered moderate if they are in close to 0.50; and they are generally considered large if they are close to 0.80 or above (Cohen, 1988). Smaller *d-ratios* may be considered trivial whereas larger *d*-values are more problematic. This, however, is not always the case. There are conditions when even small *d-ratios* indicate significant, practical effects. As an example, this can occur in situations in which the overall selection ratio (i.e., number of vacancies divided by the number of applicants) is very low. Very low selection ratios occur when there are typically very few openings and many applicants. In this situation, even small differences in the selection rates for various applicant groups can have meaningful negative consequences and constitute a barrier. For this reason we used three criteria to identify barriers. Our criteria are based on the weighted average of statistical values across years. Our specific criteria are:

- a statistically significant difference between a minority or gender group and the majority group (in this instance Whites and males),

- an effect size of 0.20 or higher, or

- an adverse impact ratio below 0.80.

If a selection step or component of the hiring process meets at least two of the three criteria, we consider it a barrier. Examining Tables 3 through 6, for example, it can be seen that qualification decisions for African-Americans meet all three criteria and therefore constitute a barrier for that group.

In the Technical Report that follows, there is a complete description of the scope and methodology of the barrier analysis and our approach using the data that we received from the agency.

## General Items to Note

Before discussing our specific findings, we note the following three general items. First, the percentage of applicants self-reporting RNO and gender status is quite high. This supports the premise that the samples reporting RNO and gender data are sufficiently large in relation to the total sample to indicate that there is little, if any, difference between the statistics from the self-report sample and what would be expected from the total sample. This is true even though more applicants self-reported RNO status than gender status. Second, the centralized hiring process was not fully implemented until 2007. The data for FY 2006 reflects the pre-2007 hiring process together with the ATCS Centralized Hiring Process currently under examination. Thus, even though we present results from FY 2006, we do not place as much weight on the FY 2006 results as we do on the results from FY 2007 to FY 2011. Finally, we computed weighted averages (e.g., Table 1) to provide an aggregate picture of the RNO and gender diversity composition in the various applicant sources across the fiscal years. This weighted average is computed using the formula described on page 34.

When we analyzed the variability of RNO and gender representation across sources of applicants, it became clear that the FAA has not used all applicant sources throughout the years. Indeed, announcements generating applications from the public source were only posted during FY 2007, FY 2008, and FY 2009. This is despite the extensive representation of African-Americans in this application pool (average 31.3%), as well as our finding that the General Public application source has the second highest pass-rate of minimum qualifications compared to the other sources of applicants. This finding (General Public source having the highest RNO diversity and second highest pass rate) is at odds with current FAA policies, such as not posting ATCS jobs to the General Public since 2009. This policy is consistent with general comments from trainers such as, "Please tell them not to send me any more public hires" (quoted in Barr, Brady, Koleszar, New, & Pounds, 2011; p. 16). The Barr et al. (2011) report interpreted this quote and other similar data, as indicating that the FAA "needs to review its hiring practices to

take advantage of the Air Traffic-Collegiate Training Initiative (AT-CTI) system it has created" (p. 16). As a result of our findings, we question these policies and conclusions. Given the limited number of applicants and especially the diminished diversity in the AT-CTI application source, there are serious diversity consequences for not fully using the General Public application source.

We also identified concerns about the RNO and gender diversity of the CTI schools. A recent report produced by the FAA titled "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12" dated June 12, 2012, sought to determine the diversity of the potential applicant pool from the partner CTI colleges and universities. The authors of that report sought to establish a baseline that would be used to assess the effectiveness of future efforts to improve the diversity of the AT-CTI program. However, when the report was examined in detail, several issues became clear. First, there is a dropout of African-Americans from freshman year (16.9%) to the senior year (6.0%) in four-year CTI programs. This dropout rate of African-Americans is troubling. We recommend that the FAA undertake efforts to understand the cause for this selective dropout rate and take reasonable countermeasures to reduce it in the future. The FAA should investigate this problem by contacting four-year CTI schools and working with them to identify the possible causes of this problem.

Second, while the report "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12" estimated the percentage of African-Americans in the CTI schools to be 12%, that percentage is an overestimate determined by including all students, regardless of their matriculation credits. For purposes of the FAA diversity assessment, the more important statistic is to examine the percentage of students from each ethnic subgroup who are in their senior year in their programs. Specifically, 6% of the CTI seniors from universities are African-American, which actually more closely corresponds to the 2011 CTI applicant source results that we report in Table 1F in Appendix A (5.4%) than the 12% African-American students reported in "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12."

Finally, it would be helpful in future reports for the RNO and gender results to be reported at the school level as well as the individual level of analysis. A school-level analysis will identify diversity problems at the college or university level. This issue is not addressed in the analysis reported in "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12."

Another barrier that we identified concerned the decision regarding the applicant sources that will be used to sample applications. The definition of the applicant pool affects the extent to which different RNO and gender groups are able to pass the minimum qualification criterion. This application source barrier precedes all other barriers in this process because it not only is the first step in determining the hiring process, but it also influences where to draw the applicants from outside the legal requirements that must be met and what sources are the best

sources for diversity in the applicant pools. The FAA data clearly shows which applicant pools have the greatest diversity. Despite this data, however, a decision was made by the FAA to exclude one of the most diverse gender and RNO applicant pools. This decision seems to be the result of attempts to manage the application workload, rather than a legitimate issue of business necessity. This decision had major consequences for the diversity of the eventual pool of potential ATCSs.

All the sources, except the General Public source, require the applicants have air traffic control training or experience. The basis for this requirement is that the content of this previous training or experience will be sufficiently similar to the actual job. This is what is called a *content validation approach* to establishing the business necessity of a practice or policy. Unfortunately, this policy is inconsistent with the fact that the FAA has a training school in place to train applicants. Further, this requirement is inconsistent with the job description, which states that the job requires a high school diploma, three years of general work experience, or a combination of college and general work experience. Thus, the policy requiring applicants to have the same skills that the agency provides in training violates the content validity provisions of the Uniform Guidelines on Employee Selection Procedures.

Some of our interviews raised questions regarding the consistency with which the three years of progressively responsible experience standard is being applied to evaluate the qualifications of the public announcement pool of applicants. We see this inconsistency as a definite barrier. The variability in the standards used to assess applicants allows for errors and biases to enter the hiring process. Psychological research has shown that the more inconsistency in an evaluation process, the greater the likelihood that bias can occur (Roch, Woehr, Mishra, & Kieszczynska, 2012).

Our analysis regarding the AT-SAT indicated that its use is problematic. First, using the original pass score of 70, thousands of people were passing the AT-SAT. This created an administrative burden on the centralized hiring process that the FAA attempted to resolve by creating a "highly qualified" band of applicants (i.e., 85 or above AT-SAT score). Prior work rescoring the AT-SAT was not focused on correcting the administrative burden caused by the numbers of applicants passing the test. Rather, this earlier rescoring of the AT-SAT addressed a serious problem in that only 62% of fully certified controllers would pass the test using its original weighting scheme. In other words, 38% of good, currently employed controllers would fail the AT-SAT. The reweighting directly corrected this problem and as a result, the pass rate using a cut score of 70 for certified controllers was 98.8%.

With regard to using the AT-SAT with actual applicants, the report describing the AT-SAT reweighting indicated that 67.5% of the applicants should pass the test using the 70 or better score. This report also indicated that only 19.2% of the applicants would score 85 or better on

this test. Unfortunately, when the actual pass rates were compared with these expected rates (see Tables 11 and 12), it is clear that something is wrong with the AT-SAT. The current pass-rate of the AT-SAT (70 pass score) is averaging around 95.3%, and the percentage of people scoring 85 or higher on the test is averaging 60.2%. More troubling, there is evidence that the percentage of people scoring 85 or higher on the AT-SAT in certain RNO classifications has been steadily increasing over the last three years at a higher rate than others (see Table 11).

Finally, the FAA practice of reviewing and considering all applicants in the highly qualified band before any applicants in the qualified band is highly questionable. This practice creates adverse impact and there is no evidence that an applicant who scores at or near 85 (highly qualified band) on the AT-SAT is substantially superior to an applicant who scores at or near 84 (qualified band).

These findings are even more troubling in the context that the criterion measure used in the corrected validation study seems to have overlooked that the FAA trains selected applicants for the position. In other words, training performance should have been considered as a criterion measure in that study. Our analysis indicates the policy of considering applicants in the highly qualified band before considering applicants in the qualified band is a root cause of the diminished RNO diversity when examining the consequences of using the AT-SAT.

Furthermore, current use of the AT-SAT is a barrier to RNO and gender diversity at the FAA. The following components of the AT-SAT are a barrier based on either race/ethnicity or gender:

- o  Dials Test
- o  Applied Math Test
- o  Angles Test
- o  The Letter Factory Test
    - ▪  The Letter Performance Scale
- o  Air Traffic Scenarios Test (ATST)
    - ▪  ATST Efficiency Score
    - ▪  ATST Safety Subtest
    - ▪  ATST Procedures Scale
- o  Analogies Test

In addition, the decision to develop and use the highly qualified band resulted in substantial reduction in minority and gender representation in the FAA from the application sources required to take this test. Unfortunately, the FAA did not appear to question the consequences of adopting this policy change regarding the AT-SAT pass-score decision. Given that (a) the original AT-SAT validity report indicated that the cut score of 70 was justified, (b) the original AT-SAT validity report warned about the adverse impact consequences of using the

AT-SAT if alternative diversity recruiting methods were not adopted, and (c) several subsequent reports indicated that the AT-SAT would minimize adverse impact if a cut score of 70 was maintained, the FAA was not justified from a diversity perspective to use the highly qualified band to reduce its administrative burden caused by too many applicants passing the test. The high passing rate was probably indicative of more underlying problems with the exam than inappropriate pass scores.

Finally, as revealed in our results, several of the scales of the AT-SAT show substantial problems with regard to RNO and gender diversity. Specifically, the Dials subtest, the Applied Math subtest, the Angles subtest, the AT-Scenarios Efficiency and Safety scales caused problems with both RNO and gender diversity. The Scan subtest, the Letter Factory Situation Awareness and Performance Scales, the AT-SAT Scenarios Procedure scale, and the Analogies Correct Scale caused problems with RNO diversity. Steps should be explored to reduce the severity of the adverse impact of this instrument. For example, the 2001 validity report assesses the incremental validity for all of the AT-SAT scales. It should be noted that the validity report shows that a number of the AT-SAT components that result in adverse impact do not exhibit incremental validity (Waugh, 2001a)  (see Technical Report page, 135).

Based upon our review, we identified seven critical points at which barriers to racial and gender employment opportunities can be created. These seven decision points are as follows:

1. Qualification determination of applications
2. AT-SAT testing phase
3. Preparation of the referral list of eligible and qualified applicant list
4. Centralized Selection Panel determination of selections to the interview process
5. Interview process
6. Medical clearance process
7. Security clearance process

We considered each point separately and provide the root-cause analysis of the multivariance step analysis that led to the stated conclusions and recommendations regarding each of the identified barriers.

**Point 1 – Qualification Determination:** The first step in the centralized hiring process is the qualification determination. This step involves verifying whether the qualifications of the applicants match the minimum qualifications specified in the job announcements. The determination of whether someone matches the minimum qualifications for the position is either a system decision (i.e., the applicant is missing an objective qualification) or is a decision made by HR personnel (i.e., a subjective decision regarding whether the person has three years of progressive work experience or the requisite combination of experience and education).

**Point 2 – AT-SAT testing phase:** Following the qualification determination phase, applicants from the General Public and the CTI sources must complete the AT-SAT test. Applicants from other hiring sources do not take the AT-SAT test, but move to the next step of the hiring process, the preparation of the referral list of eligible and qualified applicants by state (see Figure 1 on page 28). The AT-SAT consists of eight subtests. Some of these subtests are composed of multiple scales. A total of 23 AT-SAT scales are standardized, weighted, combined, and transformed into the final AT-SAT composite score. Applicants who score 85 and above are considered highly qualified; those who score 70 to 84.9 are considered qualified.

First, we examined the RNO and gender composition of the AT-SAT applicants in the highly qualified band followed by the qualified band. Table 11 shows the percentage of applicants in the highly qualified band by RNO. As can be seen from this table, the percentage of African-Americans passing at the highly qualified level is substantially lower than the percentage of Whites. The same is true for Hispanics/Latinos compared to Whites. In other words, there is evidence that this highly qualified band is resulting in a substantial adverse impact for RNO minorities.

**Point 3 – Referral List:** Table 151 shows the descriptive statistics for the referrals for each racial/ethnic subgroup that comprised more than two percent of the population over the period from 2006 to 2011. Table 152 shows the results of the statistical significance tests comparing the referral rate of each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, the White subgroup is referred significantly more often than African-Americans, Hispanics/Latinos, and the Multiracial subgroups.

Table 153 shows the adverse impact ratios of the referral rates. The effect sizes of these subgroup differences are shown in Table 154. They are medium for African-Americans and Multiracial subgroups but small for Asians and Hispanics/Latinos. Given that (a) there is a statistically significant difference in referral rates for African-Americans and Whites (based on the average across years), (b) the adverse-pact ratio associated with this difference is 0.61 (Table 154), and (c) the effect size is 0.48, we conclude that the process for preparation of the referral list of eligible and qualified applicants is a barrier to African-Americans.

**Point 4 – Centralized Selection Panel:** Table 159 shows the descriptive statistics for the referrals to the interview for each racial/ethnic subgroup that comprised more than two percent of the population over the period from 2006 to 2011. Table 160 shows the results of the statistical significance tests comparing the referral rate of each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, the White subgroup is referred significantly more often than African-Americans are based on the average across years. In addition Table 161 shows that the adverse impact ratio for this difference is below 80%. Table

162 shows that effect size is above 0.20 based on the average across years. Therefore we conclude the Centralized Selection Panel process is a barrier for African-Americans.

**Point 5 – Interview:** Our review of the interview data indicated that there was no adverse impact. This was due to the fact that the pass rates on this decision point are over 85% for all RNO and gender subgroups.

**Point 6 – Medical Clearance:** Table 167 shows the analyses for the medical clearance. No adverse impact was found for either RNO or gender diversity.

**Point 7 – Security Clearance:** We conclude that Security Clearance: Conditional Suitability and Final Suitability are not barriers.

Based on our analyses, we found evidence of barriers to racial/ethnic minorities at the first four decision points in the ATCS hiring process. We also found evidence of a barrier with regard to gender at the second decision point (i.e., AT-SAT testing phase). No evidence of any barriers for the remaining decision points were found.

## SUMMARY RECOMMENDATIONS

The Executive Recommendations that follow summarize our conclusions. Each of the decision points was reviewed by a root-cause analysis using a multivariance approach to identifying and eliminating barriers in the ATCS hiring process. As such, the barriers described in the analysis and our methodology are detailed in the relevant sections under the decision point. This is a summary of the recommendations in the Technical Report. Based upon our review, we make the following recommendations:

- ❖ A positive climate for race and national origin (RNO) and gender diversity needs to be established.

  - o RNO and gender diversity need to be considered a high priority and any changes to the ATCS selection system need to be documented prior to adoption.

- ❖ The technical quality of the entire ATCS hiring process needs to be improved. By technical quality, we mean the aspects of the process that make its application consistent and accurate.

  - o The process needs standardization, monitoring, and overall improvement on an on-going basis.

- o A Steering group responsible for monitoring and improving the ATCS Hiring Process should be established. At a minimum this committee should include a representative from the Office of Human Resources (AHR) and a representative from the Office of Civil Rights (ACR). ACR should have oversight per policy order 1400.8A, Chapter2, Section 4e (5/16/12).
  - ➢ This committee could be an existing FAA unit/division or a group of persons drawn from various units throughout the FAA who are stakeholders in the ATCS selection process.

- ❖ There should be continued community outreach efforts to educate applicant populations about the ATCS occupational series.

- ❖ Qualification decision point:

  - o A standardized training program for HR specialists should be established. The training program should focus on how to properly evaluate applicant qualifications.
  - o The list of collegiate training initiative (CTI) schools needs to be reconsidered with regard to the degree to which it fosters a diverse applicant pool.
  - o CTI school differential effectiveness
    - ➢ Barr et al. (2011) reported that not all AT-CTI programs are equal. They recommended that the FAA track the success of the graduates from each program. The AT-CTI schools differ in terms of equipment (e.g., simulations time and equipment) and the length of training (e.g., 2-year versus 4-year education) given to the students. The Barr et al. (2011) report recommended categorizing the AT-CTI schools by levels based upon the strength of curriculum. We highly recommend analyzing the quality of the product from these schools as well as their diversity. RNO and gender diversity need to be explicitly considered when determining the sources for applicants in each upcoming recruitment year.
  - o CTI diversity data for 2011-12 indicated that a significant number of African-Americans drop out of CTI programs between the freshman and senior year. The FAA should investigate this problem by contacting four-year CTI schools, working with them to identify possible reasons for this phenomenon to correct the problem.

- ❖ AT-SAT decision point

  - o The agency uses this cognitively loaded test while minimizing the use of noncognitive tests to select applicants, despite the fact that applicants are trained in required competencies, and many noncognitive competencies are important to job success. There is little, if any, evidence that use of the AT-SAT with today's

applicants predicts subsequent job performance, therefore less weight should be given to it. The original validation report recommended a cut score of 70. The Agency's use of highly qualified band creates additional RNO and gender diversity problems; therefore one band of 70 and higher should be used. There are alternative ways of combining multiple predictors to handle high applicant volume within ATCS selection (e.g., multiple hurdles, unit weighting of components, pareto-optimal weighting of components).

o   We recommend using a version of the multiple hurdle approach in which the components with the least adverse impact are used first in the hiring process to identify applicants with maximum potential. We recommend that stringent but defensible pass scores be set for these front loaded components. Then the components that have the most adverse impact are used in the latter stages of the hiring process. Given that a large portion of the applicant pool will be eliminated by the first hurdle(s), the pass scores for subsequent components can be more lenient. Research has demonstrated that this approach maximizes diversity while minimizing reductions to criterion-related validity.

o   Our overall recommendation is to revise the way AT-SAT is used (near-term), and eventually replace it (long-term).
   ➤   Update the items for those components that can be shown to be valid.
   ➤   Revise the test so that it assesses cognitive ability in the context of how that ability is used on the job while considering RNO and gender diversity.
   ➤   Further, search for additional predictors to add to the selection protocol.
   ➤   Apply a multihurdle approach to reduce adverse impact. In this approach, the experience components of the AT-SAT would be used to first identify the applicants with the most promise. This is accomplished by setting a strict pass score for this component of the AT-SAT. The cognitive AT-SAT components would then be used as the second hurdle to identify the applicants who will advance to the next step, the Centralized Selection Panel.
   ➤   Immediately complete any AT-SAT validation projects that are in progress and use this information to improve the selection process.

❖ Centralized Selection Panel (CSP) decision point

   o   Remove inconsistencies in the CSP process by taking the following steps:

      ➤   Either prohibit calls to applicants' references or mandate that calls be made to all references.

> ➢ Ensure that everyone understands the goals of the Centralized Selection Panel.  Some Centralized Selection Panel members assume that applicants have already been screened and therefore think that their job is to identify a location for them.

❖ The use of location preferences of applicants is problematic. For example, some of the CSP members adhere strictly to the preferences listed by the applicants whereas others are less consistent. Further, applicants may be willing to take a job in a location other than the two listed in their application. Unfortunately these applicants are lost due to this artificial limitation.

- o A standardized training process for new CSP members should be developed.
- o There should be greater control of the information that the CSP receives.
  - ➢ Exploratory items on the application should be eliminated so that CSP participants do not see them.
  - ➢ Applicants' self-entry of AT-SAT and other scores on their application should be prevented.
- o A policy should be established and/or enforced regarding conflicts of interest in CSP recruitment and screening (e.g., forwarding an applicant to the next stage of process because a CSP member knows the applicant personally).

❖ Interview decision point

- o Make the interview process more consistent across interviewers by developing a specific set of questions or categories of questions to be asked.  Guidelines should be developed as to the manner in which applicant responses are to be evaluated.
- o Alternative questions should be developed for use after a given set of questions has been used three times.
- o Rigorous, frame of reference training should be developed and implemented for interviewers. This training should and include the interview guidelines described above.
- o Standards should be developed regarding who can serve as an interviewer. These standards should address the level or type of training that must be completed and any experience deemed to be necessary. Interviewers should be required to undergo recertification of their training skills periodically.

# TECHNICAL REPORT

## INTRODUCTION

This report provides results of a barrier analysis of the air traffic control specialist (ATCS) centralized hiring process at the Federal Aviation Administration (FAA).

## THE ORIGIN OF BARRIER ANALYSIS REQUIREMENTS

### "MANAGEMENT DIRECTIVE 715 AND THE INSTRUCTIONS:

The Equal Employment Opportunity Commission (EEOC) issued MD 715 to provide guidance and establish standards for developing and maintaining effective programs of equal employment opportunity (EEO) under Section 717 of Title VII of the 1964 Civil Rights Act. This directive provides policy guidance and standards for establishing and maintaining effective affirmative programs of EEO under Section 717 of Title VII (PART A) and effective affirmative action programs under Section 501 of the Rehabilitation Act (PART B). The intent of this directive was to ensure that federal employees and applicants have equality of opportunity regardless of race, sex, national origin, color, religion, disability, or reprisal for engaging in a prior protected activity. Part A of MD-715 clarifies the concept of a barrier analysis and provides a set of instructions that guides and set standards to help maintain effective EEO affirmative programs.

### SECTION II: BARRIER IDENTIFICATION AND ELIMINATION

Section II of these instructions contains operational guidance on how to identify barriers that tend to inhibit free and open workplace competition, and how to develop a meaningful plan to eliminate those barriers.

To develop a competitive and highly qualified workforce, federal agencies must fully use all workers' talents, without regard to race, color, religion, national origin, sex, disability, or reprisal for prior EEO activity. This goal cannot be accomplished when barriers to EEO persist in an agency's management/personnel policies, procedures, or practices.

As Section II of these Instructions explains, the barrier analysis process requires much more of agencies than has been asked in the past. The barrier analysis process cannot be guided solely by examining workforce statistics. While snapshot statistics can be useful as a starting point, statistics alone do not enable an agency to effectively identify workplace barriers.

Workforce statistics can serve to reveal symptoms of barriers to equal opportunity. It must be understood, however, that the statistics themselves are not the barriers. Therefore, when there is an indication, through statistical analyses or other means, that potential barriers exist in the workplace, an agency is responsible for undertaking a thorough examination of all

related policies, procedures, and practices to uncover whether a barrier to EEO exists. When an agency uncovers and understands the barrier then appropriate objectives can be implemented to eliminate it.

Lastly, in addition to analyzing workforce statistics, Section II requires agencies to explore a variety of sources to identify potential barriers to equal employment opportunity." [1]

---

[1] *The U.S. Equal Employment Opportunity Commission Instructions to Federal Agencies for EEO MD-715*

**ATCS Centralized Hiring Process**

Figure 1 shows the ATCS hiring process.



Based upon our review of the ATCS Centralized Hiring Process, we identified seven critical decision points at which barriers to racial and gender employment opportunities could occur. These seven decision points are:

1. Qualification determination of applications
2. AT-SAT testing phase
3. Preparation of the referral list of eligible and qualified applicant list
4. Centralized Selection Panel determination of applicants to proceed to interview
5. Interview
6. Medical clearance process
7. Security clearance process

We will consider each decision point separately and provide the root-cause analysis of the multivariance step analysis that led to our conclusions and recommendations for each of the identified barriers. To begin, applicants can come from several sources. The qualifications required for the various application sources are as follows:

o Application Source: Retired Military Controllers (RMC)

- □ US citizen
- □ Open to military air traffic controllers who are either on terminal leave pending retirement from active duty military service or who retired from active duty on or after September 17, 1999
- □ Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
- □ Appointments will not be made or extended past the last day of the month in which an applicant reaches the mandatory separation age of 56
- □ Must possess experience in a military or civilian air traffic facility that requires the knowledge, skills, and abilities needed to perform the level of work of the position; this experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations
- □ Must have received either an Air Traffic Control Specialist Certification or a facility rating according to FAA standards

o Application Source: Veteran's Recruitment Appointment (VRA)

- □ U.S. citizen
- □ Under maximum entry age of 31 per Public Law 92-291
- □ 52 Consecutive weeks of qualifying air traffic control experience
- □ Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
- □ VRA Eligibility
  - – Veterans who have a compensable service connected disability rating of 10% or more; or
  - – Veterans who served on active duty in the Armed Forces during a war or in a campaign or expedition for which a campaign badge or expeditionary medal was awarded; or
  - – Veterans who served on active duty in the Armed Forces during a military operation for which an Armed Forces Service Medal (AFSM) was awarded on or after June 1, 1992; or
  - – Veterans who have separated from active service (for other than training purposes) within the last three years.

  In addition to the above criteria, all veterans must have been discharged under the general or honorable conditions.

o Application Source: Control Tower Operator (CTO)

- □ U.S. citizen

- ☐ Under maximum entry age of 31 per Public Law 92-291
- ☐ Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
- ☐ Must have a Control Tower Operators (CTO) License with a facility rating of Tower/Cab

o  Application Source: Public

- ☐ U.S. citizen
- ☐ Under maximum entry age of 31 per Public Law 92-291
- ☐ Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
- ☐ May qualify based upon college education or work experience or a combination of work experience and college credits:
  - To qualify based on college education, applicants must have had a full four-year course of study leading to a Bachelor's degree.
  - To qualify based on work experience, applicants must have had three years of progressively responsible work experience that demonstrates the potential for learning and performing air traffic control work. Progressively responsible experience was described in examples as an increase in leadership duties, working with less supervision, or an increase in financial responsibility. Progression was required to be documented in detail on the application.
  - To qualify based on combination of work experience and college credits, applicants must have one year of undergraduate study (30 semester hours or 45 quarter hours is the equivalent of 9 months of general work experience).
- ☐ After a qualifications review by HR, eligible applicants are required to take and pass the AT-SAT pre-employment test. AT-SAT scoring: 100% to 70% is passing, 100% to 85% is well qualified, 84.9% to 70% is qualified.

o  Application Source: Reinstatement-Department of Defense-Certified Professional Controller (DOD CPC)

- ☐ U.S. citizen
- ☐ Reinstatement eligibility refers to applicants who held a career or career-conditional appointment; there is no time limit on reinstatement eligibility for those who either have veteran's preference or acquired career tenure by completing one year of substantially continuous service
- ☐ Must possess 52 consecutive weeks of ATCS experience in a military or civilian air traffic control facility that requires the knowledge, skills, and abilities needed to perform the level of work; this experience must have provided a comprehensive knowledge of the laws, rules, regulations and procedures governing the movement of air traffic, knowledge of aircraft

separation standards and control techniques, and the ability to apply them properly, often under conditions of great stress
- ☐ If experience was gained as a civilian ATCS with the DOD, must have been appointed prior to the maximum entry age of 31
- ☐ Required to submit proof of reinstatement eligibility and age requirements by providing SF-50 Notification of Personnel Actions or its equivalent indicating appointment into the 2152 series as well as current or separation SF-50 actions.
- ☐ Veterans and preference eligibles who are honorably discharged from the Armed Forces after completing at least three years of continuous active service
  - – Veteran and Preference eligible: A veteran or preference eligible, or a veteran spouse, widow, or mother who meets the requirements outlined in 5 USC 2108
  - – Active Service for Enhanced Veterans Hiring Opportunities (EVHO) eligibility only: Active duty in the uniformed services and includes full-time training duty, annual training duty, full-time National Guard duty and attendance, while in the active service, at a school designated as a service school by law or by the Secretary of the military department concerned
  - – Three years of continuous active duty service includes those individuals that were released from active duty a few days before completing a three-year tour if it was for the convenience of the government; the Human Resource Management Office (HRMO) makes this determination
  - – Veterans' Preference in hiring does not apply on announcements with an area of consideration of "Current or Former Federal Employees and EVHO" or "Qualified Civil Service Employees and EVHO"; however, applicants who meet the above criteria will be considered in the hiring process; when the area of consideration includes EVHO, a preference eligible or eligible veteran may apply to a vacancy announcement even though he or she may be outside of the area of consideration, for example, an EVHO-eligible candidate is not limited by the commuting area for the purposes of being considered

- o Application Source: College Training Initiative (CTI)

  - ☐ U.S. citizen
  - ☐ Under maximum entry age of 31 per Public Law 92-291
  - ☐ Must be able to speak English clearly enough to be understood over radios, intercoms, and similar communications equipment
  - ☐ Passed AT-SAT test
  - ☐ Received recommendation from the CTI school

☐ Two-year initial eligibility from graduation date
☐ Extensions could be requested/granted until maximum entry age is met

**DIVERSITY AND APPLICANT SOURCE**

Before examining the impact of the ATCS Centralized Hiring Process, we first examined the diversity within the different application sources used by the FAA as input into the hiring system. Prior to assessing the diversity of the applicant pools, the data had to be adjusted to the applicant level of analysis. That is, the data set originally represented applications, not applicants, in that a single applicant could apply multiple times throughout a fiscal year depending upon the number of posted announcements. The RNO and gender analysis that we are reporting required an assessment of individuals (i.e., applicants) and not applications. Thus, we aggregated the data by applicant unique identifier so that the applicants for each fiscal year could be identified. The data presented in Table 1 are a function of this applicant level of analysis. Specifically, Table 1 provides the ethnic and gender composition of the applicants by weighted average of FY 2007 through FY 2011 from the different application sources. The data in Table 1 is based on the weighted average of data from FY 2007 through FY 2011.

**Table 1: Subgroup Race/Ethnicity and Gender as a Function of Weighted Average by Application Source**

| Ethnicity | Weighted Average FY2007–FY2011* | | | | | | | | | | | |
| | Veterans Recruitment Appointment (VRA) | | Retired Military Controller (RMC) | | Other (CTO) | | Public | | Reinstatement-DOD CPC | | College Training Initiative (CTI) | |
| | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 414 | 2.1% | 318 | 2.2% | 239 | 2.2% | 1136 | 2.8% | 62 | 2.0% | 154 | 4.6% |
| African-American | 6,646 | 34.6% | 6,100 | 42.5% | 3291 | 30.8% | 12,433 | 31.3% | 844 | 27.9% | 179 | 5.4% |
| Hawaiian | 141 | 0.7% | 67 | 0.5% | 63 | 0.6% | 274 | 0.7% | 27 | 1.0% | 16 | 0.9% |
| Hispanic | 1,182 | 6.0% | 849 | 5.9% | 628 | 5.6% | 2,390 | 5.8% | 183 | 5.8% | 219 | 6.5% |
| Multi | 1,409 | 7.4% | 920 | 6.4% | 797 | 7.2% | 2,920 | 7.0% | 210 | 7.0% | 231 | 6.9% |
| Native American | 109 | 0.6% | 72 | 0.5% | 66 | 0.6% | 225 | 0.5% | 20 | 0.7% | 9.0 | 0.3% |
| Unanswered | 1,054 | 5.6% | 707 | 5.1% | 529 | 4.7% | 1,890 | 4.5% | 223 | 7.2% | 191 | 5.7% |
| White | 8,894 | 45.5% | 5,546 | 38.8% | 5,638 | 50.7% | 20,400 | 49.8% | 1,634 | 51.9% | 2,373 | 70.4% |
| **Gender** | | | | | | | | | | | | |
| Female | 4,203 | 21.4% | 3,522 | 24.3% | 2,316 | 20.8% | 9,846 | 23.9% | 652 | 20.4% | 577 | 17.2% |
| Male | 13,321 | 67.3% | 9,278 | 63.8% | 7,595 | 67.7% | 27,151 | 65.3% | 2,114 | 66.1% | 2,481 | 73.6% |
| Unanswered | 2,325 | 11.9% | 1,779 | 12.3% | 1,340 | 12.1% | 4,671 | 11.2% | 437 | 13.8% | 314 | 9.7% |
| | | | | | | | | | | | | |
| Total | 19,849 | | 14,579 | | 11,251 | | 41,668 | | 3,203 | | 3,372 | |

*The weighted averages are based on available data from FY 2007 to FY 2011

Before drawing conclusions from the data in Table 1, three points should be noted. First, the percentage of applicants self-reporting RNO and gender status is high. This supports the premise that the samples reporting RNO and gender data are sufficiently high in relation to the total sample to indicate that there is little, if any, difference between the statistics from the self-report sample and what would be expected from the total sample. This is true even though more

applicants self-reported RNO status than reported gender status. Second, given that the centralized hiring process was not fully implemented until 2007, the data for 2006 include the pre-2007 hiring process together with the ATCS Centralized Hiring Process currently under examination. Thus, we present results from FY 2007 to FY 2011. Finally, we computed weighted averages shown in Table 1 to provide an aggregate picture of the RNO and gender diversity composition in the various applicant sources across the fiscal years. This weighted average is computed using the following formula:

$$\overline{p}_i = \frac{\sum_{t=1}^{k}(p_{ik}f_{ik})}{\sum_{i=1}^{k}f_{ik}}$$

where $p_i$ is the weighted average percentage of applicants in RNO subgroup$_i$ across the fiscal time periods FY 2007 to FY 2011, $p_{ik}$ represents the percentage of applicants in RNO subgroup$_i$ in fiscal year$_k$, and $f_{ik}$ represents the frequency of applicants in the RNO subgroup(i) in fiscal year$_k$. We only included FY 2007 to FY 2011 data because, as indicated previously, the FY 2006 data was a mixture of the old and new hiring systems. The weighted average is a commonly used statistic found in other statistical analyses such as meta-analytic research (e.g., Rosenthal, 1991; Schmidt & Hunter, 1990) as well as in random coefficient modeling (Raudenbush and Bryk, 2002). It is often used to provide an accurate estimate of an effect when there are multiple samples estimating the effect. The weighted average places more weight on those samples that have the most stability (i.e., the largest samples). Refer to Appendix A, Tables 1A through 1F for the data presented year by year.

## APPLICANT SOURCE RESULTS

Examining the demographic information in Table 1, it is clear that the applicant sources vary in terms of the proportion of any one race, ethnic, or gender group. As an example, the proportion of African-Americans by source (based on the weighted average) ranges from a low of 5.4% for CTI to a high of 42.5% for Retired Military Controller. This means that the choice of applicant source can pose a significant barrier based on RNO. For example, Hispanic and female applicants are underrepresented relative to their numbers in the US population, regardless of the source used. Notably there is a higher proportion of Whites than any other applicant group. Moreover, the percentage of males in the AT-CTI applicant source is larger than the other applicant sources. In addition to the variability of RNO and gender representation across sources, it is evident that the FAA has not used all applicant sources throughout the years. Indeed, announcements generating applications from the public source were only posted during FY 2007, FY 2008, and FY 2009. This is the case despite the extensive representation of African-Americans in this application pool (average 31.3%).

This finding raises questions about the RNO and gender diversity of the CTI schools. A recent report titled "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12" dated June 12,

2012, sought to determine the diversity of the potential applicant pool from the partner CTI colleges and universities. The authors of the report sought to establish a baseline that would be used to assess the effectiveness of future efforts to improve the diversity of the AT-CTI program. This report indicated that after combining the data across all colleges, universities, and years in the program: "The predominate race identification was 'White' 58.7% followed by 'Black/African-American' at 12%, 'Asian' 7.1%, and 'American Indian/Alaska Native' and 'Native Hawaiian/Other Pacific Islander' at less than 1%" (p. 4). The report indicated that Hispanic/Latino composed 17.8% of the AT-CTI student population. The conclusion of the report indicated that "There is a 3:1 ratio of male to female students pursuing degrees that qualify for application under the CTI announcement. The reporting of categories other than 'White' is 41% among the respondents" (p. 5).

 Examining "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12" report in greater detail reveals several issues that need highlighting. First, based on the information in the report on the four-year programs, there is a dropout of African-Americans from freshman year (16.9%) to the senior year (6.0%). This dropout rate of African-Americans from the program is troubling. There is not a similar dropout rate for other subgroups. We recommend that the FAA undertake efforts to understand the cause for this selective dropout rate and take reasonable countermeasures to reduce it in the future. The FAA should investigate this problem by contacting four-year CTI schools and work with them to identify the possible causes of the dropout. Second, it is important to note that while "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12" estimated the percentage of African-Americans in the CTI schools to be 12%, that percentage was determined by collapsing all students, regardless of their matriculation credits.

 For purposes of the FAA diversity assessment, the more important statistic is to examine the percentage of students from each ethnic subgroup who are in their senior year in their four-year programs. Specifically, 6% of the CTI seniors from universities are African-American, which more closely corresponds to the 2011 CTI applicant source results that we reported in Table 1F, Appendix A. Similar data for Whites show that they make up 58.7% of the CTI Seniors from four-year universities. Finally, it would be helpful in future reports for the RNO and gender results to be reported at the school level as well as the individual level of analysis. A school-level analysis will identify diversity problems at the college or university level. This issue is not addressed in the analysis reported in "Air Traffic-Collegiate Training Initiative Diversity Data 2011-12.

**Qualities of Different Applicant Sources**

Another potential barrier is the decision as to the pool from which applicants are drawn. The definition of the applicant pool affects the extent to which different RNO and gender groups are able to pass the minimum qualification criteria. Table 2 shows the proportion of applicants passing the qualifications stage as a function of application source specified by RNO and gender subgroup and fiscal year. Individual RNO and gender groups per year can be found in Tables 10A through 10F in the Auxiliary Tables Section (Appendix A). As can be seen from Table 2, there are differences in the proportion of applicants with minimum qualifications as a function of application source. The AT-CTI application source has the applicant pool with the highest proportion of applicants meeting the minimum qualification across ethnic subgroups. The AT-CTI applicants passed the minimum qualifications criteria from a low of 98.6% (Hispanics/Latinos) to a high of 99.6% (Whites). However, the next application source with the highest proportion of applicants passing the minimum qualifications was the General Public. The General Public applicants passed the minimum qualifications from a low of 74.7% (African-Americans) to a high of 86.5% (Whites). In contrast, the application source with the lowest proportion of minimum qualifications was the Retired Military Controller. This application source ranged from 4.2% (African-Americans) to 14.7% (Whites) minimum qualification pass rate.

**Table 2: Proportion of Applicants Passing the Qualification Stage as a Function of Applicant Source**

| Race/Ethnicity | Weighted Average FY2007–FY2011* | | | | | | | | | | | |
| | Veterans Recruitment Appointment (VRA) | | Retired Military Controller (RMC) | | Other (CTO) | | Public | | Reinstatement-DOD CPC | | College Training Initiative (CTI) | |
| | Total | % | Total | % | Total | % | Total | % | Total | % | Total | % |
| Asian | 414 | 24.9% | 318 | 7.2% | 239 | 61.5% | 1,136 | 84.2% | 62 | 33.9% | 154 | 99.3% |
| African-American | 6,646 | 9.6% | 6,100 | 4.2% | 3,291 | 49.4% | 12,433 | 74.7% | 844 | 9.3% | 179 | 99.5% |
| Hispanic | 1,182 | 28.7% | 849 | 9.8% | 628 | 58.3% | 2,390 | 78.5% | 183 | 24.6% | 219 | 98.6% |
| Multi | 1,409 | 28.4% | 920 | 7.4% | 797 | 64.9% | 2,920 | 82.8% | 210 | 28.6% | 231 | 99.1% |
| Race Not Identified | 1,054 | 34.4% | 707 | 11.3% | 529 | 70.5% | 1,890 | 84.9% | 223 | 51.6% | 191 | 99.5% |
| White | 8,894 | 35.5% | 5,546 | 14.7% | 5,638 | 70.9% | 20,400 | 86.5% | 1,634 | 51.2% | 2,373 | 99.6% |
| **Gender** | | | | | | | | | | | | |
| Female | 4203 | 19.0% | 3,522 | 4.3% | 2316 | 59.3% | 9,846 | 82.0% | 652 | 25.5% | 577 | 99.3% |
| Male | 13,321 | 27.5% | 9,278 | 10.9% | 7,595 | 64.6% | 27,151 | 82.1% | 2,114 | 38.5% | 2,481 | 99.5% |
| Gender Not Identified | 2,325 | 27.1% | 1,779 | 10.0% | 1,340 | 61.8% | 4,671 | 81.6% | 437 | 45.5% | 314 | 99.7% |

*The weighted averages are based on available data from FY 2007 to FY 2011

The critical point is that the application sources also differ substantially in terms of the percentage of applicants from the different racial/ethnic and gender groups within it. As an example, in the Public Source category the different subgroup percentages are Asian at 2.7%, African-American at 29.8%, Hispanic at 5.7%, Multiracial at 7.0%, White at 48.9%, and race unidentified at 4.5%. On the other hand, the percentage of each applicant group in the AT-CTI source category is Asian at 4.5%, African-American at 5.3%, Hispanic at 6.5%, Multiracial at 6.8%, White at 70.3%, and race unidentified at 5.7%. These figures show that if the public source is used, then 29.8% of the applicants entering this step are African-American. However, if the AT-CTI source is used, only 5.3% of the applicants entering step 1 are African-American. Given that the total numbers of applicants entering step 1 via the Public and AT-CTI are 41,688 and 3,372, respectively, using the AT-CTI pool severely reduces the diversity of the applicant pool at step 1 for African-Americans. Thus a policy that reduces the use of the General Public Source in favor of the AT-CTI source is acting as a barrier to African-Americans at the applicant source step in the hiring process. This is not the case for other subgroups.

Our finding that the General Public application source has a diverse RNO application pool as well as the second highest pass-rate of minimum qualifications is at odds with FAA policies such as not posting ATC jobs to the General Public since 2009 as well as comments from trainers such as "Please tell them not to send me any more public hires" (Barr et al., 2011, p. 16). The Barr et al. (2011) report interpreted this quote and similar data as indicating that the FAA "needs to review its hiring practices to take advantage of the AT-CTI system it has created" (p. 16). We question these policies and conclusions. Given the limited number of applicants and especially the diminished diversity in the AT-CTI application source, there are serious diversity consequences for not fully using the General Public application source.

When asked in the "Policy Questions and Answers" document (July 2012) how it was decided which application source would be used when an announcement is posted, the agency indicated that the determination as to which hiring sources will be used is made jointly by the Air Traffic Organization (ATO) and the Office of Human Resource Management (AHR).

All the sources except General Public require the applicants to have ATC training or experience. The premise for having the training and experience requirement is that the content is similar to that in the job. This is a content validation approach. This is despite the fact the FAA has a training school in place to train applicants and describes the position as requiring a high school diploma, three years of general work experience, or a combination of college and general work experience. The policy of requiring applicants to come into the job with skills for which the agency provides training violates the content validity provisions of the Uniform Guidelines on Employee Selection Procedures.

Lack of systematic consideration of RNO and gender diversity when making decisions regarding the applicant source for ATCS Centralized Hiring Process is a barrier. Why is the General Public announcement not issued unless there is likely to be a shortage of qualified applicants from other sources, given that this group has the second highest passing rate on minimum qualifications? It yields more diverse applicants than any other source. Thus, a root

cause of differences in qualification determinations by RNO is the lack of systematic consideration of RNO and gender diversity when determining the applicant sources. The application source is a barrier for women and minorities if the Public Source is not posted for applicants to apply and be considered for the ATCS position for each announcement.

# ROOT-CAUSE ANALYSIS OF THE SEVEN DECISION POINTS IN THE ACTS CENTRALIZED HIRING PROCESS

## DECISION POINT 1: QUALIFICATION DETERMINATION OF APPLICANTS

Our analysis indicates that the qualifications for the ATCS position vary greatly by the applicant source. The first step in the ATCS Centralized Hiring Process is the Qualification Determination. This step involves verifying whether the qualifications of the applicants match the minimum qualifications specified in the job announcements. The determination of whether someone matches the minimum qualifications for the position is either a system decision (i.e., the applicant is missing an objective qualification) or it is a decision made by HR personnel (i.e., a subjective decision regarding whether the person has three years of progressive work experience or the requisite combination of experience and education).

**Race/Ethnicity:** For each year from 2006 to 2011, we analyzed the qualification decision rates made as a function of the RNO and gender subgroups that composed more than two percent of the population of applicants. After reviewing Table 1, it was determined that Native American/American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander subgroups would be excluded from all subsequent analyses in this report due to their less than two percent representation in the applicant population. The decision to exclude these two subgroups is consistent with the analysis recommendations of the Uniform Guidelines issued by the EEOC, Civil Service Commission, Department of Labor, and the Department of Justice in 1978.

Table 3 shows the proportion of applicants who were identified as qualified by RNO subgroup for each fiscal year. As can be seen in this table, the average qualified decision varies substantially as a function of self-reported RNO subgroup and year.

**Table 3: Percentage of Applicants Passing the Qualification Stage of the ATCS as a Function of Race/Ethnicity**

| Race/Ethnicity | | Qualified | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007-2011[+] |
| Asian | Mean | 0.45 | 0.61 | 0.68 | 0.73 | 0.56 | 0.78 | 0.68 |
| | N | 74 | 414 | 688 | 559 | 153 | 118 | 386.40 |
| | Std. Deviation | 0.50 | 0.49 | 0.47 | 0.44 | 0.50 | 0.42 | 0.47 |
| African-American | Mean | 0.50 | 0.48 | 0.46 | 0.52 | 0.29 | 0.59 | 0.47 |
| | N | 412 | 7470 | 9177 | 5956 | 1270 | 392 | 4853.00 |
| | Std. Deviation | 0.50 | 0.50 | 0.50 | 0.50 | 0.45 | 0.49 | 0.50 |
| Hispanic | Mean | 0.60 | 0.56 | 0.59 | 0.65 | 0.54 | 0.83 | 0.60 |
| | N | 227 | 1129 | 1571 | 1231 | 301 | 169 | 880.20 |
| | Std. Deviation | 0.49 | 0.50 | 0.49 | 0.48 | 0.50 | 0.37 | 0.49 |
| Multi | Mean | * | 0.58 | 0.63 | 0.71 | 0.57 | 0.81 | 0.65 |
| | N | * | 1147 | 1846 | 1502 | 374 | 295 | 1032.80 |
| | Std. Deviation | * | 0.49 | 0.48 | 0.46 | 0.50 | 0.39 | 0.47 |
| White | Mean | 0.55 | 0.66 | 0.73 | 0.77 | 0.68 | 0.88 | 0.73 |
| | N | 1707 | 7669 | 11776 | 10909 | 2819 | 2172 | 7069.00 |
| | Std. Deviation | 0.50 | 0.47 | 0.44 | 0.42 | 0.47 | 0.33 | 0.44 |

Note: * Multiracial individuals composed less than two percent of the applicant pool in 2006, and thus consistent with the 1978 Uniform Guidelines, were not analyzed for that year.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation ("N" stands for sample size).

Table 4 provides the results of statistical comparisons between the Table 3 qualification rates for the minority subgroups compared to the White majority subgroup. Excluding the 2006 results for reasons mentioned earlier in this report, as well as the single result for Hispanics/Latinos in 2011, there were significant differences in the qualification rates for all RNO subgroups shown in Table 2 when compared to the White majority group. In other words, the minority subgroups were classified as qualified at a significantly lower rate than the White majority group was.

**Table 4: Statistical Test for Differences in Qualified Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Proportions for Qualified Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 1.74 | 1.88 | 2.81** | 2.45** | 3.19** | 3.11** | 2.69** |
| African-American | 1.86 | 22.25** | 40.22** | 34.06** | 23.47** | 14.15** | 26.83** |
| Hispanic | -1.31 | 6.50** | 11.70** | 9.98** | 4.83** | 1.66 | 6.93** |
| Multi | N/A | 5.10** | 8.87** | 5.96** | 4.24** | 3.26** | 5.49** |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of the qualified rate being greater for the White sample.

Finally, we provide two additional tables to help understand the magnitude of this effect. While a significant effect does not mean that the effect is necessarily meaningful in a practical sense, an estimate of the effect's magnitude must be taken into account to understand the importance of the finding (Hanges & Wang, 2012).

Table 5 shows the traditional adverse impact ratio used in fair employment practices cases. The adverse impact ratio (AI) is computed by dividing the proportion deemed qualified for a minority subgroup (e.g., one of the Table 1 qualification rates for a particular RNO minority subgroup) by the proportion for the majority subgroup. For this analysis, we choose the White subgroup as the majority group due to its percentage representation in the sample. Specifically, the adverse impact ratio is computed as follows:

$$AI = \frac{p_{min}}{p_{majority}} \qquad (2)$$

**Table 5: Adverse Impact Ratios of Minority Qualified to White Majority Qualified**

| Race/Ethnicity | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Qualified Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 0.81 | 0.93 | 0.93 | 0.94 | 0.82 | 0.89 | 0.90 |
| African-American | 0.91 | 0.73 | 0.63 | 0.67 | 0.42 | 0.67 | 0.62 |
| Hispanic | 1.08 | 0.85 | 0.81 | 0.83 | 0.80 | 0.95 | 0.85 |
| Multi | N/A | 0.88 | 0.86 | 0.91 | 0.84 | 0.92 | 0.88 |

Note: The White population was used as the majority comparison group.

In the formula above, $p_{min}$ represents the percentage of a particular minority subgroup rated as qualified and $p_{majority}$ represents the percentage of the majority subgroup rated as qualified. AI ratios lower than 80% are considered indicative of underrepresentation or barriers in this instance (Hanges, Salmon, & Aiken, in press). In Table 5, only the AI ratio for the African-American subgroup is consistently below the 0.80 cutoff from FY 2007 to FY 2011.

Another statistic used to understand the magnitude of the difference between two groups is to compute what is known as the effect size or d-ratio. This is a common statistic used in the scientific literature. The d-ratio is computed by using the following formula:

$$d = \frac{\left(p_{min} - p_{majority}\right)}{\sqrt{\left(\frac{p_{min}(1 - p_{min})}{n_{min}}\right)\left(\frac{p_{majority}(1 - p_{majority})}{n_{majority}}\right)}} \tag{3}$$

Similar to Formula 2, $p_{min}$ and $p_{majority}$ represent the percentage of minority subgroup and percentage of majority subgroup rated as qualified, respectively. Finally, $n_{min}$ and $n_{majority}$ are the number rated as qualified. The d statistic is computed by dividing the difference in proportions by the pooled standard deviation for the two compared ethnicities. Table 6 shows these d-values as a function of RNO subgroups.

The benefit of using d-ratios is that there are standards that have been proposed to help researchers and practitioners interpret their magnitude. In particular, d-values are considered small if they are less than 0.30; they are considered moderate if they are close to 0.50; and they are generally considered large if they are close to 0.80 or above (Cohen, 1988). Smaller d-ratios values may be considered trivial whereas larger d-values are more problematic. This, however, is not always the case. Even small durations can indicate significant practical effects. As an example, the overall selection ratio (i.e., number of vacancies divided by the number of applicants) is very low. This means there are typically very few openings and too many applicants. In this situation even small differences in the selection rates for various applicant groups can have meaningful negative consequences and constitute a barrier. For this reason we used three criteria to determine what constitutes a barrier. Those criteria are based on the weighted average:

- A statistically significant difference between a minority or gender group and the majority group (in this instance Whites and males)

- An effect size of 0.20 or higher

- An adverse impact ratio below 0.80

If a selection step or component of the hiring process meets at least two of the three criteria above, we consider it a barrier. Examining the Tables 3 through 6, it can be seen that qualification decisions for African-Americans meet all three criteria therefore, constitute a barrier for that group.

**Table 6: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Qualification Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian/White | 0.21 | 0.10 | 0.11 | 0.11 | 0.27 | 0.30 | 0.18 |
| African-American/White | 0.10 | 0.37 | 0.58 | 0.57 | 0.85 | 0.81 | 0.64 |
| Hispanic/White | -0.09 | 0.21 | 0.32 | 0.30 | 0.30 | 0.13 | 0.25 |
| Multi/White | N/A | 0.16 | 0.22 | 0.16 | 0.24 | 0.20 | 0.20 |

**Gender:** A similar analysis was conducted for gender. Table 7 shows the proportion of qualified applicants as a function of gender per year. This table also provides a weighted average of qualified applicants as a function of gender across FY 2007 to FY 2011. As can be seen in this table, the average qualified decision varied over the years. Table 8 shows the results from our statistical comparison of the female-to-male qualification decisions. As shown in this table, there were differences in the qualification determination as a function of gender. Table 9 shows the AI ratios as a function of gender for each year for the qualification decisions. Table 10 presents the d-ratio for this comparison. As can be seen from Tables 7 through 10, the qualification determination is not a barrier based on gender.

**Table 7: Proportions of Applicants Passing the Qualification Stage of the ATCS as a Function of Gender**

| Gender | | Qualified | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Female | Mean | 0.49 | 0.56 | 0.59 | 0.66 | 0.50 | 0.82 | 0.60 |
| | N | 527 | 4,960 | 6,407 | 4,525 | 953 | 557 | 3,480.40 |
| | Std. Deviation | 0.50 | 0.50 | 0.49 | 0.47 | 0.50 | 0.39 | 0.49 |
| Male | Mean | 0.56 | 0.58 | 0.63 | 0.70 | 0.58 | 0.84 | 0.65 |
| | N | 1,940 | 1,1780 | 17,085 | 14,427 | 3,660 | 2,535 | 9,897.40 |
| | Std. Deviation | 0.50 | 0.49 | 0.48 | 0.46 | 0.49 | 0.37 | 0.47 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 8: Statistical Test for Differences in Proportions for Qualification Decisions as a Function of Gender**

| Gender | Statistical Test for Difference in Proportions for Qualified Decisions | | | | | | |
|--------|------|------|------|------|------|------|------------------|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female | 2.90[**] | 2.63[**] | 5.75[**] | 5.12[**] | 4.10[**] | 1.20 | 3.76[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of the qualification rate being greater for the male sample.

**Table 9: Adverse Impact Ratios Qualification Decisions as a Function of Gender**

| Gender | Adverse Impact Ratios (4/5ths Rule) for Qualified Decisions | | | | | | |
|--------|------|------|------|------|------|------|------------------|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female | 0.87 | 0.96 | 0.93 | 0.94 | 0.87 | 0.97 | 0.93 |

Note: The male population was used as the majority comparison group.

**Table 10: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Qualification Decisions | | | | | | |
|--------|------|------|------|------|------|------|------------------|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female/Male | 0.14 | 0.04 | 0.08 | 0.09 | 0.15 | 0.06 | 0.08 |

**ROOT-CAUSE ANALYSIS OF BARRIERS AT DECISION POINT 1**

Analyses revealed that there were systematic reductions in RNO diversity at the first stage of the ATCS Centralized Hiring Process for African-Americans, Hispanics, and Multiracial subgroups. The question to answer now is why this occurs. Our analysis indicates several possible root causes.

**Nonstandardization of training for HR Specialists**

Interviews of HR managers as well as a review of procedures, policies, and practices indicate that the HR specialists who review the applications do not receive sufficient training to perform their decisions. According to the "Policy Questions and Answers" document (July 2012):

> The Human Resource Specialists responsible for determining the qualifications determination for the Air Traffic Control Specialist (ATCS) position have received formal and informal training. The formal coursework that HR Specialists attends includes Basic Staffing from the United States Department of Agriculture (USDA) Graduate School and Delegated Examining Unit (DEU) training from the Office of Personnel Management. Informal training consists of information provided by Air Traffic Organization (ATO) subject matter experts and on-the-job training from HR Team Leads and experienced HR Specialists.

This indicates that the HR specialists may have a sufficient background in the academic side of staffing as well as specific FAA policies with regard to staffing; however, they do not receive sufficient training or practice in developing a common frame-of-reference to apply similar standards in a similar manner when making subjective assessments of applicant qualifications. As an example, one element of the qualifications determination is whether applicants have three years of work experience. Interviews with a number of people, including the current HR director responsible for managing the field HR managers, indicate that based on their experience at OPM, some HR specialists define the qualification standard as three years of general work experience while others apply a standard of three years of progressive work experience.

When asked to indicate how HR specialists evaluated whether applicants met the 3-year experience requirement, the director of the HR Management Office and the manager of the Aviation Career Division cited in the "Policy Questions and Answers" document (July 2012), making the following statement:

> The 3 years of experience is interpreted as a total of 36 months. The "progressively responsible" aspect was applied by assuming an individual who worked at the same job for 3 years received progressively more responsibility during their tenure with that employer. If the individual had a variety of different types of employment our HR

Specialist would look for a pattern of increasing responsibility over the 3 year period among the different jobs. The practice described in this response is consistent with OPM policy.

Some of our interviews raised questions regarding the consistency with which the three years of progressively responsible experience standard is being applied. We see this inconsistency as a definite barrier. The variability in the standards used to assess applicants allows for errors and biases to enter the hiring process. Psychological research has shown that the more inconsistency in an evaluation process, the greater the likelihood that bias can occur (Roch et al., 2012).

## DECISION POINT 2: AT-SAT TESTING PHASE

Following the Qualification Determination, applicants from the General Public and the CTI sources must complete the AT-SAT test. Applicants from other hiring sources do not take the AT-SAT test, but move to the next step of the hiring process, the preparation of the referral list of eligible and qualified applicants by state (See Figure 1). The AT-SAT consists of eight subtests. Some of these subtests are composed of multiple scales. Twenty-three AT-SAT scales are standardized, weighted, combined, and transformed into the final AT-SAT composite score.

First we examine the RNO and gender composition of the AT-SAT applicants in the highly qualified band followed by the qualified band. Table 11 shows the percentage of applicants in the highly qualified band by RNO. As can be seen from this table, the percentage of African-Americans passing at the highly qualified level is substantially lower than the percentage of Whites. The same is true for Hispanics/Latinos compared to Whites. There is evidence that this highly qualified band is resulting in substantial adverse impact against RNO minorities.

**Table 11: Percentage of Ethnic Minorities and Gender Subgroups Passing the AT-SAT Composite Score When Cut Score Is 85 or Better (Highly Qualified)**

|  | Demographic Characteristics of Applicants Scoring ≥ 85 on the AT-SAT Composite | | | | | |
|---|---|---|---|---|---|---|
| **Race/Ethnicity** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| Asian | 0.45 | 0.67 | 0.55 | 0.55 | 0.74 | 0.78 |
| African-American | 0.22 | 0.34 | 0.29 | 0.37 | 0.36 | 0.38 |
| Hispanic | 0.17 | 0.41 | 0.41 | 0.48 | 0.58 | 0.41 |
| Multi | 0.33 | 0.53 | 0.56 | 0.63 | 0.55 | 0.77 |
| White | 0.53 | 0.67 | 0.67 | 0.68 | 0.74 | 0.78 |
| **Gender** | | | | | | |
| Female | 0.32 | 0.38 | 0.38 | 0.42 | 0.60 | 0.59 |
| Male | 0.52 | 0.62 | 0.60 | 0.66 | 0.71 | 0.78 |
| | | | | | | |
| Percent Highly Qualified | 0.55 | 0.57 | 0.55 | 0.61 | 0.64 | 0.69 |

Table 12 shows the percentage of applicants in the qualified band by RNO. As can be seen from this table, there are only minor differences in passing rates using the 70 pass score, the qualified band. These findings for the pass score of 70 are consistent with the findings of King, Manning, and Drechsler (2007) and Dattel and King (2006). The AT-SAT does not show adverse impact when the cut score is set at 70. However, that is probably due to the fact that, on average, approximately 95.3% of all applicants pass the exam. Results indicate that the AT-SAT is not useful for helping the FAA make the application process manageable.

**Table 12: Percentage of Ethnic Minorities and Gender Subgroups Passing the AT-SAT Composite Score When Cut Score is 70 or Better (Qualified)**

|  | Demographic Characteristics of Applicants Scoring ≥70 on the AT-SAT Composite | | | | | |
|---|---|---|---|---|---|---|
| **Race/Ethnicity** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| Asian | 1.00 | 0.96 | 0.93 | 0.97 | 1.00 | 1.00 |
| African-American | 0.87 | 0.87 | 0.83 | 0.88 | 0.96 | 0.90 |
| Hispanic | 1.00 | 0.88 | 0.88 | 0.92 | 1.00 | 0.86 |
| Multi | 0.94 | 0.98 | 0.94 | 0.94 | 0.98 | 0.96 |
| White | 0.97 | 0.97 | 0.97 | 0.97 | 0.99 | 0.99 |
| **Gender** |  |  |  |  |  |  |
| Female | 0.93 | 0.89 | 0.89 | 0.92 | 0.99 | 0.94 |
| Male | 0.96 | 0.96 | 0.94 | 0.96 | 0.99 | 0.99 |

When asked in the "Policy Questions and Answers" document submitted by the authors to the FAA (July 2012) for the rationale behind the highly qualified score on the AT-SAT, Civil Aerospace Medical Institute (CAMI) responded as follows:

> The 70 cutoff was used as the passing score. Given the large number of applicants, this results in thousands of applicants scoring 70 and above who must be selected through a merit-based process.

> The FAA had an alternative approach available which allowed selecting officials to consider the total individual, including such important factors as motivation, interest in the job, prior experience, etc. This approach was called category ranking. In category ranking, the candidates are sorted into two groups, qualified and well-qualified, in this case on the basis of their AT-SAT score. Selecting officials first select from among candidates in the well-qualified group.

To identify the dividing line between qualified and well-qualified, the AT-SAT contractor was asked to re-scale the test scores so that certain scores corresponded to cut points based on the applicants' predicted job performance. The measure of job performance was the composite peer

and supervisory rating used in the concurrent validation of AT-SAT. The composite peer and supervisory rating was the only validation criterion that included qualitative statements about whether the job performance was below average, average, or above average. The cutoff of 85 corresponds to those whose job performance was predicted to be above average. Those scoring below 85, but at least 70, have predicted job performance that is average.

Examining the information provided regarding the revision of the AT-SAT yielded the following results. First, thousands of people were passing the AT-SAT using the 70 passing score. This created an administrative burden on the centralized hiring process that the use of the highly qualified band was designed to eliminate. The rescoring of the AT-SAT was undertaken not to directly adjust the magnitude of the applicants passing the AT-SAT, but rather to address a problem with the original weighting scheme. Namely, only 62% of fully certified controllers would pass the test under the original weighting scheme, meaning 38% of good controllers would fail the test. The reweighting directly corrected this problem and as a result, the pass rate using a cut score of 70 for certified controllers was 98.8%. Second, in terms of future applicants, the report on the reweighting of the AT-SAT indicated that the expected pass rate would be 67.5%, whereas the report indicated that the expected rate of future applicants scoring 85 or better would be 19.2%. Comparing these expected rates to the rates shown in Tables 11 and 12 indicates that something is wrong with the AT-SAT. The current pass-rate of the AT-SAT averages around 95.3% and the percentage of people scoring 85 or higher on the test is averaging 60.2%. More troubling, there is evidence that White applicants scoring 85 or higher on the AT-SAT over the last three years have generally been increasing (see Table 11).

The departure from the predicted pass rates, in addition to the growth rate of applicants falling into the highly qualified band, is atypical and leads to a conclusion that the test probably has been compromised in some fashion. During our investigation, we found cases of items similar to actual test items being available as well as descriptions and suggestions for taking the AT-SAT on the StuckMic.com website. In addition, there is a published book that provides software to help readers gain experience with similar types of items on a computer (e.g., Mattson, 2006). The reviews by people who have taken the AT-SAT have indicated that they believe that the Mattson (2006) book's information about the content of the AT-SAT was helpful as was practice on some parts of the AT-SAT (e.g., AT Scenarios) but not others (e.g., Letter Factory). Overall, this raises issues of differential availability of this resource material as a function of previous connections with the FAA (e.g., StuckMic.com website) or resources. The possibility that the AT-SAT test has been compromised can explain the distortions in the distribution and the substantial growth in the distribution of the highly qualified band that occurred over the last three years in a test that supposedly measures general cognitive ability.

Finally, the FAA practice is that all applicants in the highly qualified band are reviewed and considered before any applicants in the qualified band are considered. Unfortunately, this practice is highly questionable given that it creates adverse impact and that there is no evidence that an applicant who scores in the highly qualified band on the AT-SAT is substantially superior to an applicant who scores in the qualified band.

Even more troubling, the criterion measure used in the corrected validation study seems to overlook the fact that the FAA trains applicants who are selected for the position, so training performance should also have been considered a criterion measure.

Our analysis indicates the policy of considering applicants in the highly qualified band before considering applicants in the qualified band is a root cause is the AT-SAT proves to be a barrier to racial and ethnic minority applicants, which is addressed later in this report.

When asked in the "Policy Questions and Answers" document (July 2012) why the AT-SAT was not updated, CAMI responded:

> The AT-SAT test was changed several times to update it for changes in the computer hardware and software environment and for computer programming issues. Although there is no evidence that the test is in any way out of date, there are research projects underway to replace the Experience Questionnaire and to add an Auditory Attention Task. We have been in competition with other research priorities for the resources needed for this work. It takes time, research participants, and access to ATCSs to complete these projects.
>
> The proposed replacement for the Experience Questionnaire is a Five Factor Model of Personality measure developed by the US Air Force. This measure, the Self-Description Inventory+ (SDI+), has been shown to have equivalence with the Goldberg Adjective Checklist (Goldberg, 1992). The SDI+ was included in the CoVATCH test battery; we will test whether it has greater predictive validity than the Experience Questionnaire when the contractor delivers the de-identified data set to the FAA.
>
> Additionally, we will conduct fairness analyses to determine what, if any, adverse impact the SDI+ has. The Auditory Attention Task will test the ability to track an auditory input while performing a visual tracking task. The Auditory Attention Task is still in development, but we hope to begin pilot testing this fall.
>
> An alternative version of the test was developed and has been held in reserve in case of a major test security breach. Experience with the old written test suggested that a breach was a significant possibility. The alternative version probably requires some software updating at this point. It was developed some time ago.

**ROOT-CAUSE ANALYSIS OF OVERALL COMPOSITE AT-SAT**

In addition to examining the AT-SAT bands, we also examined the transformed composite scores on the AT-SAT. While it is traditionally assumed that the Centralized Selection Panel participants do not have access to this information, our interviews with the Centralized Selection Panel participant revealed that applicants occasionally put their AT-SAT score on their application. In other words, the Centralized Selection Panel members do occasionally see an applicant's score. This practice can act as a barrier because Whites tend to have higher scores than African-Americans and all other racial groups. The applications should be screened so this information is not available for consideration. Indeed, more than one Centralized Selection Panel participant indicated that they encouraged applicants to provide their AT-SAT score on the application. The probability of this happening increases as the applicant's AT-SAT score gets closer to 100. Given that the Centralized Selection Panel members do see some overall composite scores of the AT-SAT, we examined the overall composite scores of the AT-SAT to understand RNO and gender differential of this test.

**Race/Ethnicity**: Table 13 shows the yearly AT-SAT composite score means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 14 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 13, the AT-SAT Composite score means are significantly lower for African-Americans, Hispanics/Latinos, Asians, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 15. As shown in Table 15, the AT-SAT composite score has a large effect on African-Americans, a medium-to-large effect on Hispanics/Latinos, and a small effect on Asians and Multiracial subgroups. The AT-SAT meets all three criteria established to identify barriers. Therefore we conclude that it is a barrier to Asians, African-Americans, Hispanics/Latinos, and persons from Multiracial groups.

**Table 13: Descriptive Statistics of the AT-SAT Composite Score as a Function of Race/Ethnicity**

| Race/Ethnicity | | AT-SAT Composite Score | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 87.55 | 84.91 | 86.13 | 90.21 | * | 86.13 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 8.99 | 8.87 | 8.28 | 7.26 | * | 8.59 |
| African-American | Mean | 79.14 | 80.43 | 79.37 | 81.25 | 83.30 | * | 80.15 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 8.74 | 9.01 | 9.46 | 9.54 | 8.99 | * | 9.41 |
| Hispanic | Mean | * | 82.46 | 81.76 | 83.80 | 85.65 | * | 82.79 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 9.88 | 9.56 | 9.20 | 7.50 | * | 9.39 |
| Multi | Mean | 82.13 | 86.01 | 85.28 | 86.37 | 86.05 | * | 85.76 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 8.97 | 9.07 | 9.03 | 9.15 | 7.95 | * | 9.03 |
| White | Mean | 85.48 | 87.92 | 87.87 | 88.39 | 89.52 | * | 88.14 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 8.07 | 8.45 | 8.41 | 8.38 | 7.39 | * | 8.35 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group comprised more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 14: Statistical Test for Differences in Scores for the AT-SAT Composite as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Differences in Mean Scores on the AT-SAT Composite | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | 0.35 | 4.70[**] | 3.74[**] | -0.54 | N/A | 2.59[**] |
| African-American | 3.28[**] | 15.55[**] | 32.08[**] | 21.19[**] | 4.61[**] | N/A | 19.16[**] |
| Hispanic | N/A | 6.34[**] | 12.69[**] | 8.52[**] | 3.80[**] | N/A | 8.36[**] |
| Multi | 1.51 | 2.35[**] | 6.15[**] | 4.35[**] | 3.13[**] | N/A | 3.80[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher AT-SAT composite scores in the White sample.

**Table 15: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for AT-SAT Composite Score | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | 0.04 | 0.35 | 0.27 | -0.09 | N/A | 0.24 |
| African-American/White | 0.78 | 0.87 | 0.97 | 0.83 | 0.83 | N/A | 0.93 |
| Hispanic/White | N/A | 0.63 | 0.72 | 0.54 | 0.52 | N/A | 0.63 |
| Multi/White | 0.41 | 0.22 | 0.31 | 0.24 | 0.47 | N/A | 0.28 |

**Gender:** Table 16 shows the yearly AT-SAT composite score means and standard deviations as a function of gender. Table 17 shows the statistical significance test of the difference in female/male AT-SAT composite means. There are significant female/male differences on the AT-SAT composite score over time. Finally, Table 18 shows the effect size of these gender differences over time. The AT-SAT Composite score has a medium effect on gender. Therefore, we conclude that the AT-SAT is a barrier based on gender.

**Table 16: Descriptive Statistics of the AT-SAT Composite Score as a Function of Gender**

| Gender | | AT-SAT Composite Score | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 82.27 | 81.82 | 81.83 | 82.77 | 86.75 | 85.84 | 82.42 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 7.73 | 9.04 | 9.27 | 8.94 | 7.77 | 8.31 | 9.04 |
| Male | Mean | 84.91 | 86.85 | 86.33 | 87.85 | 89.04 | 90.52 | 87.19 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 8.84 | 9.03 | 9.31 | 8.82 | 7.68 | 7.690 | 8.97 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 17: Statistical Test for Differences in Scores for the AT-SAT Composite as a Function of Gender**

| Gender | Statistical Test for Difference in Scores for the AT-SAT Composite | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | 1.94 | 10.67[**] | 17.14[**] | 17.51[**] | 3.21[**] | 4.24[**] | 11.39[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher AT-SAT composite scores in the male sample.

**Table 18: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for AT-SAT Composite | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.31 | 0.56 | 0.48 | 0.58 | 0.30 | 0.60 | 0.53 |

To understand the source of the adverse impact produced by the test and its potential contribution as a barrier to RNO and gender diversity was examined.

**AT-SAT SCALES: DIALS**

The Dials scale measures how quickly and accurately applicants can read dials on an instrument panel. The applicant must quickly identify the correct reading for a specific dial from a list of five possible answers.

**Race/Ethnicity:** Table 19 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 20 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 20, the scale's means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect sizes for these subgroup differences are shown in Table 21. As shown in this table, this scale has a large effect on African-Americans, a medium-to-large effect on Hispanics/Latinos, and a small effect on Asians and Multiracial subgroups. Tables 20 and 21 show that the Dials subtest is a barrier to African-Americans, Hispanics/Latinos, and persons from Multiracial groups.

**Table 19: Descriptive Statistics of the Dials Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Dials Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 19.00 | 18.83 | 18.81 | 19.24 | * | 18.88 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 1.38 | 1.49 | 1.33 | 0.96 | * | 1.39 |
| African-American | Mean | 16.13 | 17.61 | 17.37 | 17.53 | 17.72 | * | 17.45 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 2.93 | 2.39 | 2.60 | 2.56 | 2.29 | * | 2.56 |
| Hispanic | Mean | * | 17.78 | 17.83 | 18.11 | 18.82 | * | 17.98 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 2.68 | 2.31 | 2.00 | 1.71 | * | 2.24 |
| Multi | Mean | 18.06 | 18.36 | 18.32 | 18.50 | 18.50 | * | 18.39 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 2.01 | 2.18 | 1.78 | 1.84 | 1.57 | * | 1.85 |
| White | Mean | 18.66 | 18.90 | 18.80 | 18.89 | 19.12 | * | 18.86 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 1.33 | 1.27 | 1.40 | 1.33 | 1.13 | * | 1.34 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group comprised more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 20: Statistical Test for Differences in Scores on the Dials Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Dials Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | -0.27 | 0.82 | -0.69 | -0.63 | N/A | -0.10 |
| African-American | 4.08** | 11.26** | 21.36** | 15.82** | 4.13** | N/A | 13.37** |
| Hispanic | N/A | 4.95** | 8.55** | 6.74** | 1.33 | N/A | 5.93** |
| Multi | 1.24 | 2.85** | 5.92** | 4.32** | 2.86** | N/A | 3.74** |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Dials subtest scores in the White sample.

**Table 21: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for the Dials Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | -0.079 | -0.02 | 0.06 | -0.105 | N/A | -0.02 |
| African-American/White | 1.564 | 0.753 | 0.788 | 0.831 | 1.106 | N/A | 0.82 |
| Hispanic/White | N/A | 0.74 | 0.647 | 0.561 | 0.25 | N/A | 0.60 |
| Multi/White | 0.427 | 0.383 | 0.336 | 0.286 | 0.524 | N/A | 0.34 |

**Gender:** Table 22 shows the yearly Dial scale score means and standard deviations as a function of gender. Table 23 shows that there are significant female/male differences on the AT-SAT composite score across years. Table 24 shows the effect size of these gender differences across years. The applied Dials subtest has a small-to-medium effect as a function of gender. Tables 23 and 24 show that the Dials subtest is a barrier based on gender.

**Table 22: Descriptive Statistics of the Dials Subtest as a Function of Gender**

| Gender | | Dials Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 17.68 | 17.98 | 17.84 | 18.07 | 18.77 | 18.80 | 17.99 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 1.93 | 2.30 | 2.36 | 2.16 | 1.45 | 1.57 | 2.24 |
| Male | Mean | 18.34 | 18.64 | 18.55 | 18.76 | 19.02 | 19.13 | 18.67 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 2.16 | 1.67 | 1.76 | 1.56 | 1.35 | 1.26 | 1.65 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 23: Statistical Test for Differences in Score for the Dials Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Dials Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | 1.95 | 5.94[**] | 11.28[**] | 10.3[**] | 1.93 | 1.61 | 6.98[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Dials subtest scores in the male sample.

**Table 24: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Dials Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.31 | 0.36 | 0.37 | 0.40 | 0.19 | 0.25 | 0.38 |

**AT-SAT SCALES: APPLIED MATH**

The Applied Math scale measures the applicant's ability to mentally apply mathematics to solve problems involving the traveling speed, time, and distance of aircraft. For the test, applicants must select the correct response to math word problems from lists of four possible answers.

**Race/Ethnicity:** Table 25 shows the means and standard deviations for each racial/ethnic subgroup that compose more than two percent of the applicant population. Table 26 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 26, the means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 27. As shown in this table, this scale has a large effect for African-Americans and Hispanics/Latinos, and a medium-to-large effect for Multiracial subgroups. Tables 26 and 27 show that the Applied Math subtest is a barrier to African-Americans, Hispanics/Latinos, and persons from Multiracial groups. It is not a barrier to Asians.

**Table 25: Descriptive Statistics of the Applied Math Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 19.00 | 17.66 | 18.75 | 20.27 | * | 18.45 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 4.73 | 5.17 | 4.34 | 4.32 | * | 4.75 |
| African-American | Mean | 12.78 | 13.80 | 13.07 | 13.81 | 15.34 | * | 13.44 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 4.54 | 5.36 | 5.40 | 5.43 | 5.56 | * | 5.40 |
| Hispanic | Mean | * | 14.97 | 14.81 | 15.86 | 17.00 | * | 15.32 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 5.34 | 5.46 | 5.57 | 4.38 | * | 5.42 |
| Multi | Mean | 14.72 | 17.63 | 17.36 | 17.54 | 17.16 | * | 17.41 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 5.31 | 5.72 | 5.38 | 5.51 | 4.70 | * | 5.44 |
| White | Mean | 17.77 | 18.82 | 18.95 | 19.20 | 19.76 | * | 19.06 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 5.03 | 5.01 | 4.84 | 4.85 | 4.53 | * | 4.85 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group comprised more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 26: Statistical Test for Differences in Scores on the Applied Math Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | -0.33 | 3.53[**] | 1.40 | -0.67 | N/A | 1.42 |
| African-American | 4.85[**] | 17.50[**] | 38.73[**] | 28.01[**] | 5.30[**] | N/A | 23.44[**] |
| Hispanic | N/A | 8.18[**] | 15.06[**] | 10.26[**] | 4.61[**] | N/A | 10.12[**] |
| Multi | 2.32* | 2.33* | 6.37[**] | 5.94[**] | 3.95[**] | N/A | 4.40[**] |

Notes: $^{*}p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Applied Math subtest scores in the White sample.

**Table 27: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | -0.04 | 0.27 | 0.09 | -0.11 | N/A | 0.13 |
| African-American/White | 1.00 | 0.98 | 1.17 | 1.09 | 0.96 | N/A | 1.13 |
| Hispanic/White | N/A | 0.76 | 0.85 | 0.68 | 0.61 | N/A | 0.76 |
| Multi/White | 0.60 | 0.23 | 0.33 | 0.34 | 0.57 | N/A | 0.34 |

**Gender:** Table 28 shows the yearly Applied Math scale score means and standard deviations as a function of gender. Table 29 shows that there are significant female/male differences on the AT-SAT composite score Applied Math score across years. Table 30 shows the effect size of these gender differences across years. Tables 29 and 30 show that the Applied Math scale is a barrier as a function of gender.

**Table 28: Descriptive Statistics of the Applied Math Subtest as a Function of Gender**

| Gender | | Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years[+] |
| Female | Mean | 13.75 | 14.43 | 14.50 | 14.84 | 16.77 | 16.47 | 14.73 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 4.70 | 5.36 | 5.43 | 5.42 | 4.81 | 5.06 | 5.38 |
| Male | Mean | 17.45 | 18.17 | 18.02 | 18.86 | 19.68 | 20.60 | 18.50 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 5.30 | 5.39 | 5.44 | 5.07 | 4.63 | 4.35 | 5.23 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 29: Statistical Test for Differences in Score for the Applied Math Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years |
| Female | 4.50 | 13.33[**] | 22.88[**] | 23.04[**] | 6.61[**] | 6.21[**] | 15.19[**] |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Applied Math subtest scores in the male sample.

**Table 30: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Applied Math Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.71 | 0.69 | 0.65 | 0.78 | 0.62 | 0.92 | 0.72 |

**AT-SAT SCALES: SCAN**

In the Scan scale, multiple moving blocks of data appear at random on a computer screen. The test measures the applicant's ability to scan the screen and identify targets with numbers outside a specified valid range.

**Race/Ethnicity:** Table 31 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 32 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 32, the scale means are significantly lower for African-Americans and Hispanics/Latinos subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 33. As shown in this table, this subtest has a medium effect for African-Americans and a small effect for Hispanics/Latinos.

**Table 31: Descriptive Statistics of the Scan Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average Across Years[+]** |
| Asian | Mean | * | 180.04 | 180.03 | 180.40 | 188.15 | * | 180.71 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 20.04 | 21.48 | 26.27 | 9.13 | * | 22.75 |
| African-American | Mean | 162.83 | 166.99 | 167.57 | 171.54 | 179.04 | * | 168.80 |
| | N | 23 | 494 | 1670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 25.06 | 31.71 | 30.73 | 26.45 | 11.76 | * | 29.45 |
| Hispanic | Mean | * | 173.80 | 171.18 | 175.55 | 181.95 | * | 173.71 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 24.64 | 29.95 | 25.08 | 11.14 | * | 26.77 |
| Multi | Mean | 173.94 | 181.09 | 176.94 | 178.97 | 182.50 | * | 178.42 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 11.97 | 14.60 | 20.75 | 22.77 | 9.63 | * | 20.41 |
| White | Mean | 174.95 | 179.18 | 179.39 | 180.44 | 183.70 | * | 179.96 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 14.42 | 22.14 | 23.04 | 21.58 | 11.58 | * | 21.76 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 32: Statistical Test for Differences in Scores on the Scan Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | -0.37 | -0.42 | 0.02 | -2.71[**] | N/A | -0.36 |
| African-American | 2.26[**] | 7.70[**] | 14.21[**] | 9.63[**] | 2.61[**] | N/A | 8.82[**] |
| Hispanic | N/A | 2.49[**] | 5.49[**] | 3.34[**] | 1.15 | N/A | 3.45[**] |
| Multi | 0.33 | -1.35 | 2.48[**] | 1.27 | 0.87 | N/A | 1.07 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Scan subtest scores in the White sample.

**Table 33: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | -0.04 | -0.03 | 0.00 | -0.39 | N/A | -0.03 |
| African-American/White | 0.75 | 0.48 | 0.46 | 0.39 | 0.40 | N/A | 0.47 |
| Hispanic/White | N/A | 0.24 | 0.35 | 0.22 | 0.15 | N/A | 0.28 |
| Multi/White | 0.07 | -0.09 | 0.11 | 0.07 | 0.11 | N/A | 0.07 |

Tables 32 and 33 show that the Scan subtest is a barrier to African-American and Hispanic/Latino applicants.

**Gender:** Table 34 shows the yearly Scan scale means and standard deviations as a function of gender. Table 35 shows that there is only one significant female/male difference (FY 2009) on this scale. Table 36 shows the effect size of these gender differences over time. This scale has a trivial difference as a function of gender. The scan subtest is not a barrier based on gender.

**Table 34: Descriptive Statistics of the Scan Subtest as a Function of Gender**

| Gender | | Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average Across Years[+]** |
| Female | Mean | 172.82 | 175.66 | 175.17 | 177.29 | 183.70 | 185.45 | 176.45 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 18.92 | 25.09 | 26.88 | 24.05 | 9.19 | 9.11 | 24.91 |
| Male | Mean | 173.18 | 175.98 | 176.28 | 179.06 | 182.95 | 184.85 | 177.82 |
| | N | 160 | 1318 | 4981 | 4445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 16.21 | 24.86 | 25.39 | 22.80 | 13.96 | 15.39 | 23.58 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 35: Statistical Test for Differences in Score for the Scan Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Female | 0.11 | 0.24 | 1.48 | 2.28* | -0.78 | -0.43 | 1.20 |

Notes: $^{*}p < 0.05$, $^{**}p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Scan subtest scores in the male sample.

**Table 36: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Scan Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Female/Male | 0.02 | 0.01 | 0.04 | 0.08 | -0.06 | -0.04 | 0.06 |

**AT-SAT SCALE: ANGLES**

The Angles scale measures the applicant's ability to recognize and identify angles. The scale format is multiple choice.

**Race/Ethnicity:** Table 37 shows this scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 38 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 38, the subtest means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 39. As shown in this table, this subtest has a large effect for African-Americans and a medium-to-large effect for Hispanics/Latinos and Multiracial subgroups. The results shown in Tables 38 and 39 show that the Angles subtest is a barrier to African-Americans, Hispanics/Latinos, and applicants from Multiracial groups.

**Table 37: Descriptive Statistics of the Angles Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average Across Years[+]** |
| Asian | Mean | * | 27.27 | 26.23 | 26.76 | 27.77 | * | 26.69 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 2.46 | 3.69 | 3.11 | 2.05 | * | 3.22 |
| African-American | Mean | 22.83 | 22.53 | 22.25 | 23.20 | 25.60 | * | 22.63 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 3.38 | 5.06 | 5.27 | 4.80 | 3.53 | * | 5.07 |
| Hispanic | Mean | * | 24.70 | 23.80 | 25.42 | 26.82 | * | 24.67 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 4.72 | 4.82 | 3.86 | 2.25 | * | 4.38 |
| Multi | Mean | 24.28 | 25.60 | 25.37 | 25.97 | 26.71 | * | 25.67 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 3.98 | 4.15 | 4.06 | 4.08 | 2.71 | * | 4.03 |
| White | Mean | 26.88 | 26.57 | 26.60 | 26.90 | 27.68 | * | 26.78 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 2.58 | 3.17 | 3.21 | 3.03 | 2.09 | * | 3.07 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group comprised more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 38: Statistical Test for Differences in Scores on the Angles Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | -2.37** | 1.44 | 0.64 | -0.24 | N/A | 0.33 |
| African-American | 5.52** | 16.32** | 31.50** | 22.72** | 3.98** | N/A | 19.56** |
| Hispanic | N/A | 4.63** | 11.73** | 6.61** | 2.83** | N/A | 7.20** |
| Multi | 2.71** | 2.66** | 6.62** | 4.55** | 2.58** | N/A | 4.06** |

Notes: * $p < 0.05$, ** $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Angles subtest scores in the White sample.

**Table 39: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | -0.22 | 0.12 | 0.05 | -0.04 | N/A | 0.03 |
| African-American/White | 1.51 | 1.04 | 1.11 | 1.08 | 0.93 | N/A | 1.14 |
| Hispanic/White | N/A | 0.55 | 0.83 | 0.48 | 0.41 | N/A | 0.65 |
| Multi/White | 0.95 | 0.30 | 0.37 | 0.30 | 0.45 | N/A | 0.35 |

**Gender:** Table 40 shows this scale means and standard deviations on the Angles subtest as a function of gender. Table 41 shows that there are significant female/male differences for this scale across years. Table 42 shows the effect size of these gender differences over time. This scale has a medium effect as a function of gender. We conclude from Tables 41 and 42 that the Angles Subtest is a barrier based on gender.

**Table 40: Descriptive Statistics of the Angles Subtest as a Function of Gender**

| Gender | | Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 24.66 | 23.75 | 23.62 | 24.51 | 26.82 | 26.64 | 24.13 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.85 |
| | Std. Deviation | 3.44 | 4.80 | 4.91 | 4.47 | 2.59 | 3.00 | 4.64 |
| Male | Mean | 26.43 | 25.98 | 25.84 | 26.63 | 27.60 | 27.74 | 26.30 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 19,68.83 |
| | Std. Deviation | 3.29 | 3.85 | 4.06 | 3.39 | 2.25 | 2.14 | 3.67 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 41: Statistical Test for Differences in Score for the Angles Subtest
as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | 3.05[**] | 9.37[**] | 16.66[**] | 15.29[**] | 3.34[**] | 2.84[**] | 10.55[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Angles Subtest scores in the male sample.

**Table 42: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Angles Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.53 | 0.54 | 0.52 | 0.58 | 0.33 | 0.48 | 0.55 |

**AT-SAT SCALE: THE LETTER FACTORY**

The Letter Factory test measures three abilities required to perform the air traffic control job:

1. Planning and deciding what action to take in a given situation
2. Thinking ahead to avoid problems before they occur
3. Maintaining awareness of the work setting

In the Letter Factory scenarios, letters move down four conveyor belts shown on a computer screen. Applicants must place the colored letters into colored boxes, load empty boxes into the loading area, order new boxes as needed, and answer multiple choice situational awareness questions. There are 18 scenarios in the test, and two scores are calculated for each applicant.

The Letter Factory Situational Awareness scale is calculated based on the number of correct answers provided for the multiple choice situational awareness items.

**Race/Ethnicity:** Table 43 shows the scale means and standard deviations on the Letter Factory Situational Awareness scale for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 44 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 44, the subtest means are significantly lower for African-Americans, Asian, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 45. As shown in this table, this subtest has a large effect for African-Americans and Hispanics/Latinos, a medium effect for Multiracial subgroups, and a small effect for the Asian subgroup. This subtest meets our definition of a barrier for all racial and ethnic groups studied.

**Table 43: Descriptive Statistics of the Letter Factory Situational Awareness Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Letter Factory Situational Awareness Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 41.75 | 40.89 | 42 | 45.68 | * | 41.76 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 8.82 | 8.19 | 8.12 | 7.45 | * | 8.23 |
| African-American | Mean | 36.7 | 37.32 | 36.79 | 37.15 | 39.68 | * | 37.02 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 9.29 | 7.53 | 8.01 | 8.09 | 7.59 | * | 7.97 |
| Hispanic | Mean | * | 38.75 | 38.51 | 39.81 | 39.77 | * | 39.05 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 8.38 | 8.28 | 7.39 | 7.54 | * | 7.97 |
| Multi | Mean | 39.44 | 42.63 | 41.35 | 42.04 | 39.89 | * | 41.66 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 8.99 | 8.71 | 8.62 | 8.28 | 7.16 | * | 8.45 |
| White | Mean | 42.83 | 43.29 | 43.37 | 43.52 | 44.53 | * | 43.48 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 7.87 | 7.77 | 7.87 | 7.98 | 7.58 | * | 7.89 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group comprised more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 44: Statistical Test for Differences in Scores on the Letter Factory Situational Awareness Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Letter Factory Situational Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 1.51 | 4.26[**] | 2.57[**] | -0.87 | N/A | 2.31* |
| African-American | 3.01[**] | 14.40[**] | 28.55[**] | 21.87[**] | 4.20[**] | N/A | 17.85[**] |
| Hispanic | N/A | 6.18[**] | 11.60[**] | 8.48[**] | 4.64[**] | N/A | 8.05[**] |
| Multi | 1.53 | 0.85 | 5.03[**] | 3.50[**] | 4.59[**] | N/A | 3.10[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Letter Factory Situational Awareness subtest scores in the White sample.

**Table 45: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Letter Factory Situational Awareness Subtest Score | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.20 | 0.31 | 0.19 | -0.15 | N/A | 0.22 |
| African-American/White | 0.76 | 0.78 | 0.83 | 0.80 | 0.64 | N/A | 0.82 |
| Hispanic/White | N/A | 0.58 | 0.62 | 0.47 | 0.63 | N/A | 0.56 |
| Multi/White | 0.42 | 0.08 | 0.25 | 0.18 | 0.62 | N/A | 0.23 |

**Gender:** Table 46 shows the scale means and standard deviations as a function of gender. Table 47 shows that there are statistically significant female/male differences on this scale. Table 48 shows the effect size of these gender differences over time. This scale has a small effect as a function of gender. Based on the data in Tables 47 and 48, we conclude that the Letter Factory Situational Awareness subtest is not a barrier based on gender.

**Table 46: Descriptive Statistics of the Letter Factory Situational Awareness Subtest Score as a Function of Gender**

| Gender | | Letter Factory Situational Awareness Subtest Score | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Female | Mean | 42.02 | 40.04 | 40.19 | 40.90 | 43.45 | 42.17 | 40.59 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 7.76 | 7.83 | 8.20 | 8.20 | 7.74 | 8.24 | 8.13 |
| Male | Mean | 41.76 | 41.83 | 41.68 | 42.51 | 43.70 | 44.72 | 42.20 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 8.59 | 8.43 | 8.52 | 8.29 | 7.75 | 7.74 | 8.37 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 47: Statistical Test for Differences in Score for the Letter Factory Situational Awareness Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores for the Letter Factory Situational Awareness Subtest | | | | | | Average Across Years |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Female | -0.19 | 4.28[**] | 6.37[**] | 6.03[**] | 0.35 | 2.32[*] | 4.21[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Letter Factory Situational Awareness subtest scores in the male sample.

**Table 48: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Letter Factory Situational Awareness Subtest | | | | | | Average Across Years |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Female/Male | -0.03 | 0.22 | 0.18 | 0.20 | 0.03 | 0.33 | 0.19 |

**AT-SAT SCALE: THE LETTER FACTORY PERFORMANCE SCALE**
The Letter Factory Performance Scale is calculated using the total number of boxes correctly placed by the applicant, the total number of failures to order boxes when needed, the total number of attempts to place unneeded boxes, the correct box placement latency, and the box placement failure latency.

**Race/Ethnicity:** Table 49 shows the means and standard deviations on this subtest for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 50 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, subtest means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 51. As shown in this table, this subtest has a large effect for African-Americans, a medium effect for Hispanics/Latinos, and a small effect for Multiracial subgroups. Based on the data in Tables 50 and 51, we conclude that the Letter Factory Performance Subtest is a barrier to African-Americans, Hispanics/Latinos, and persons from Multiracial groups.

**Table 49: Descriptive Statistics of the Letter Factory Performance Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Letter Factory Performance Subtest | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 0.25 | 0.25 | 0.27 | 0.3 | * | 0.26 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 0.09 | 0.09 | 0.08 | 0.07 | * | 0.08 |
| African-American | Mean | 0.21 | 0.19 | 0.2 | 0.2 | 0.22 | * | 0.20 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 0.09 | 0.06 | 0.07 | 0.06 | 0.06 | * | 0.06 |
| Hispanic | Mean | * | 0.22 | 0.23 | 0.24 | 0.25 | * | 0.23 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 0.07 | 0.07 | 0.06 | 0.06 | * | 0.07 |
| Multi | Mean | 0.27 | 0.26 | 0.24 | 0.26 | 0.27 | * | 0.25 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 0.1 | 0.08 | 0.07 | 0.08 | 0.08 | * | 0.07 |
| White | Mean | 0.3 | 0.26 | 0.27 | 0.27 | 0.28 | * | 0.27 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | * | 0.07 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 50: Statistical Test for Differences in Scores on the Letter Factory Performance Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Letter Factory Performance Subtest | | | | | | Average Across Years |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | N/A | 1.00 | 3.00[**] | 0.69 | -1.64 | N/A | 1.27 |
| African-American | 4.82[**] | 20.34[**] | 34.86[**] | 29.39[**] | 6.09[**] | N/A | 23.27[**] |
| Hispanic | N/A | 7.11[**] | 11.62[**] | 9.32[**] | 3.19[**] | N/A | 8.47[**] |
| Multi | 0.97 | 0.71 | 7.70[**] | 3.40[**] | 1.28 | N/A | 3.52[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Letter Factory Performance subtest scores in the White sample.

**Table 51: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Letter Factory Performance Subtest | | | | | | Average Across Years |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian/White | N/A | 0.14 | 0.25 | 0.06 | -0.27 | N/A | 0.14 |
| African-American/White | 1.22 | 1.05 | 0.97 | 0.98 | 0.85 | N/A | 1.03 |
| Hispanic/White | N/A | 0.61 | 0.58 | 0.49 | 0.40 | N/A | 0.57 |
| Multi/White | 0.32 | 0.06 | 0.36 | 0.18 | 0.21 | N/A | 0.29 |

**Gender:** Table 52 shows the scale means and standard deviations as a function of gender. Table 53 shows three statistically significant female/male differences from FY 2008 to FY 2010 but not on the other years and not overall. Table 54 shows that these gender differences are trivial and in favor of women. We conclude therefore that the Letter Factory Performance Subtest is not a barrier based on gender.

**Table 52: Descriptive Statistics of the Letter Factory Performance Subtest as a Function of Gender**

| Gender | | Letter Factory Performance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 0.29 | 0.25 | 0.25 | 0.26 | 0.29 | 0.29 | 0.26 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 0.07 | 0.08 | 0.08 | 0.08 | 0.07 | 0.08 | 0.08 |
| Male | Mean | 0.28 | 0.24 | 0.25 | 0.26 | 0.27 | 0.29 | 0.25 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 0.08 | 0.07 | 0.08 | 0.08 | 0.07 | 0.08 | 0.08 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 53: Statistical Test for Differences in Score for the Letter Factory Performance Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Letter Factory Performance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -0.78 | -1.68 | -2.12[*] | -2.21[*] | -3.62[**] | 0.32 | -1.26 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Letter Factory Performance Subtest scores in the male sample.

**Table 54: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Letter Factory Performance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.12 | -0.09 | -0.06 | -0.07 | -0.32 | 0.05 | -0.05 |

**AT-SAT SCALES: AIR TRAFFIC SCENARIOS TEST (ATST)**

The Air Traffic Scenarios test simulates air traffic situations and is designated to measure the ability to safely and efficiently guide airplanes. This low-fidelity simulation of a controller's job tests the applicant's ability to learn and follow simple procedures, visualize and project paths in three dimensions, monitor several objects at once, plan ahead, and remember to execute elements of the plan at the appropriate time. The test consists of four operational scenarios, and three scores are calculated for each applicant.

The ATST Efficiency score is based on the speed with which aircraft are accepted into the airspace (handoff latency) and reach their destinations.

**Race/Ethnicity:** Table 55 shows subtest means and standard deviations on the ATST Subtest for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 56 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, the subtest means are significantly lower for African-Americans, Asians, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect sizes of these subgroups differences are shown in Table 57. As shown in this table, this subtest has a large effect for African-Americans, and a medium to large effect for Hispanics/Latinos, and a medium effect for Asian and Multiracial subgroups. We conclude that the ATST subtest is a barrier to African-Americans, Hispanics/Latinos, Asians, and Multiracial applicants.

**Table 55: Descriptive Statistics of the ATST Efficiency Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 58.70 | 59.95 | 64.28 | 71.78 | * | 62.19 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 15.74 | 15.98 | 14.85 | 10.66 | * | 15.25 |
| African-American | Mean | 49.92 | 45.93 | 46.98 | 49.5 | 62.14 | * | 47.81 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 13.25 | 13.21 | 13.9 | 14.55 | 15.64 | * | 14.02 |
| Hispanic | Mean | * | 54.78 | 55.5 | 60.98 | 67.51 | * | 57.96 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 14.78 | 15.49 | 14.62 | 13.78 | * | 15.01 |
| Multi | Mean | 61.52 | 61.3 | 58.74 | 63.73 | 68.32 | * | 61.41 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 16.77 | 15.32 | 14.86 | 16.48 | 13.2 | * | 15.50 |
| White | Mean | 66.64 | 64.56 | 65.04 | 67.8 | 72.90 | * | 66.56 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 13.04 | 14.35 | 14.38 | 14.36 | 12.46 | * | 14.25 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 56: Statistical Test for Differences in Scores on the ATST Efficiency Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | Statistical Test for Difference in Mean Scores on the ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 3.21$^{**}$ | 4.50$^{**}$ | 3.25$^{**}$ | 0.59 | N/A | 3.17$^{**}$ |
| African-American | 5.66$^{**}$ | 25.15$^{**}$ | 44.50$^{**}$ | 34.92$^{**}$ | 4.59$^{**}$ | N/A | 29.27$^{**}$ |
| Hispanic | N/A | 7.50$^{**}$ | 12.19$^{**}$ | 7.92$^{**}$ | 2.90$^{**}$ | N/A | 8.35$^{**}$ |
| Multi | 1.25 | 2.38$^{**}$ | 9.06$^{**}$ | 4.88$^{**}$ | 2.48$^{**}$ | N/A | 4.80$^{**}$ |

Notes: $^{*}p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Efficiency Subtest scores in the White sample.

**Table 57: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.41 | 0.35 | 0.24 | 0.09 | N/A | 0.30 |
| African-American/White | 1.28 | 1.33 | 1.27 | 1.27 | 0.84 | N/A | 1.32 |
| Hispanic/White | N/A | 0.68 | 0.66 | 0.47 | 0.43 | N/A | 0.60 |
| Multi/White | 0.38 | 0.23 | 0.44 | 0.28 | 0.37 | N/A | 0.36 |

**Gender:** Table 58 shows the scale means and standard deviations as a function of gender. Table 59 shows that there are statistically significant female/male differences on this scale across years. Table 60 shows that these gender differences are of a medium effect. We conclude that this subtest is a barrier based on gender.

**Table 58: Descriptive Statistics of the ATST Efficiency Subtest as a Function of Gender**

| Gender | | ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 56.54 | 51.21 | 52.05 | 56.63 | 66.69 | 69.46 | 54.41 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 12.22 | 15.21 | 15.21 | 15.92 | 12.85 | 12.91 | 15.29 |
| Male | Mean | 65.82 | 61.42 | 62.16 | 66.25 | 72.83 | 74.99 | 64.55 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 14.37 | 15.75 | 15.84 | 15.35 | 12.77 | 12.25 | 15.40 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 59: Statistical Test for Differences in Score for the ATST Efficiency Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | 4.29[**] | 12.74[**] | 23.25[**] | 18.72[**] | 5.20[**] | 3.21[**] | 14.25[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Efficiency subtest scores in the male sample.

**Table 60: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for ATST Efficiency Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.67 | 0.65 | 0.64 | 0.62 | 0.48 | 0.45 | 0.66 |

The ATST Safety scale is based on avoidance of separation errors and crashes.

**Race/Ethnicity:** Table 61 shows the scale means and standard deviations on the ATST Safety Subtest for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 62 shows the results of the statistical significance test of the

difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 62, the scale means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites.

The effect size of these subgroup differences are shown in Table 63. As shown in this table, this subtest has a large effect for African-Americans and small but nontrivial effect for Hispanics/Latinos and Multiracial subgroups. We conclude that the ATST Safety Subtest is a barrier for African-Americans as well as Hispanic/Latinos and persons from Multiracial groups.

**Table 61: Descriptive Statistics of the ATST Safety Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | ATST Safety Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 59.28 | 60.94 | 63.77 | 77.09 | * | 62.83 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 17.85 | 16.63 | 17.15 | 10.04 | * | 16.72 |
| African-American | Mean | 51.48 | 48.59 | 49.79 | 51.23 | 59.7 | * | 50.19 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 17.2 | 18.37 | 18.02 | 18.42 | 17.08 | * | 18.18 |
| Hispanic | Mean | * | 56.22 | 57.09 | 60.69 | 66.08 | * | 58.72 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 18.54 | 17.45 | 17.43 | 15.67 | * | 17.53 |
| Multi | Mean | 64.31 | 60.46 | 58.19 | 62.99 | 67.43 | * | 60.78 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 14.87 | 18.54 | 17.32 | 18.36 | 16.17 | * | 17.78 |
| White | Mean | 66.93 | 64.01 | 63.19 | 65.37 | 72.55 | * | 64.73 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 14.48 | 16.54 | 16.77 | 16.75 | 14.14 | * | 16.58 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.
+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 62: Statistical Test for Differences in Scores on the ATST Safety Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the ATST Safety Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 2.28[*] | 1.91 | 1.28 | -2.49[**] | N/A | 1.25 |
| African-American | 4.10[**] | 15.89[**] | 26.22[**] | 21.62[**] | 5.01[**] | N/A | 17.94[**] |
| Hispanic | N/A | 4.80[**] | 6.90[**] | 4.57[**] | 3.06[**] | N/A | 5.00[**] |
| Multi | 0.71 | 2.15[*] | 6.18[**] | 2.56[**] | 2.28[*] | N/A | 3.20[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Safety subtest scores in the White sample.

**Table 63: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for ATST Safety Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.29 | 0.14 | 0.10 | -0.33 | N/A | 0.11 |
| African-American/White | 1.04 | 0.90 | 0.78 | 0.83 | 0.89 | N/A | 0.86 |
| Hispanic/White | N/A | 0.46 | 0.36 | 0.28 | 0.45 | N/A | 0.36 |
| Multi/White | 0.18 | 0.21 | 0.30 | 0.14 | 0.36 | N/A | 0.24 |

**Gender:** Table 64 shows the scale means and standard deviations as a function of gender. Table 65 shows that there are statistically significant female/male differences on this scale across years. Table 66 shows that these gender differences are of a medium effect. This subtest is a barrier based on gender.

**Table 64: Descriptive Statistics of the ATST Safety Subtest as a Function of Gender**

| Gender | | ATST Safety Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 58.89 | 51.97 | 52.29 | 55.05 | 65.97 | 69.36 | 54.11 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 13.38 | 19.11 | 18.20 | 18.26 | 15.92 | 17.55 | 18.21 |
| Male | Mean | 66.16 | 61.88 | 61.56 | 64.83 | 72.58 | 75.17 | 63.81 |
| | N | 160 | 1318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 15.97 | 17.26 | 17.47 | 17.19 | 14.30 | 14.51 | 17.10 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 65: Statistical Test for Differences in Score for the ATST Safety Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the ATST Safety Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | $3.05^{**}$ | $10.20^{**}$ | $18.17^{**}$ | $16.66^{**}$ | $4.60^{**}$ | $2.53^{*}$ | $11.63^{**}$ |

Notes: $^{*}p < 0.05$, $^{**}p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Safety subtest scores in the male sample.

**Table 66: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for ATST Safety Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.47 | 0.56 | 0.52 | 0.56 | 0.45 | 0.39 | 0.56 |

The ATST Procedures scale is based on following the rules for correct destination and landing/exit conditions.

**Race/Ethnicity:** Table 67 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 68 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 68, the scale means are significantly lower for African-Americans, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 69. As shown in this table, this subtest has a medium effect for African-Americans and a small but nontrivial effect for Hispanics/Latinos and Multiracial subgroups. We conclude, therefore, that the ATST Procedures Subtest is a barrier for African-Americans, Hispanics/Latinos, and persons from Multiracial groups.

**Table 67: Descriptive Statistics of the ATST Procedures Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 50.38 | 51.68 | 56.15 | 61.53 | * | 53.83 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 14.74 | 16.41 | 15.80 | 12.32 | * | 15.72 |
| African-American | Mean | 50.91 | 41.98 | 42.77 | 45.74 | 51.79 | * | 43.72 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 21.04 | 18.42 | 18.51 | 18.27 | 14.63 | * | 18.39 |
| Hispanic | Mean | * | 48.57 | 48.03 | 51.00 | 58.40 | * | 49.75 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 17.65 | 17.49 | 16.72 | 15.77 | * | 17.17 |
| Multi | Mean | 59.78 | 48.95 | 47.96 | 51.24 | 55.45 | * | 49.85 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 18.12 | 14.94 | 16.05 | 15.4 | 14.66 | * | 15.66 |
| White | Mean | 61.24 | 50.85 | 51.38 | 54.01 | 58.08 | * | 52.90 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 13.04 | 14.64 | 14.8 | 14.93 | 14.27 | * | 14.78 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 68: Statistical Test for Differences in Scores on the ATST Procedures Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 0.27 | -0.26 | -1.86 | -1.57 | N/A | -0.65 |
| African-American | 2.29* | 9.40** | 16.98** | 12.95** | 2.83** | N/A | 11.47** |
| Hispanic | N/A | 1.49 | 3.82** | 3.08** | -0.15 | N/A | 2.70** |
| Multi | 0.33 | 1.41 | 4.57** | 3.52** | 1.28 | N/A | 2.81** |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Procedures subtest scores in the White sample.

**Table 69: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.03 | -0.02 | -0.14 | -0.24 | N/A | -0.06 |
| African-American/White | 0.72 | 0.56 | 0.54 | 0.53 | 0.44 | N/A | 0.58 |
| Hispanic/White | N/A | 0.15 | 0.22 | 0.20 | -0.02 | N/A | 0.21 |
| Multi/White | 0.11 | 0.13 | 0.23 | 0.19 | 0.18 | N/A | 0.20 |

**Gender:** Table 70 shows the scale means and standard deviations as a function of gender. Table 71 shows that there are statistically significant female/male differences on this scale across years. Table 72 shows that these gender differences are of a small effect. We concluded that the ATST Procedures Subtest is not a barrier based on gender.

**Table 70: Descriptive Statistics of the ATST Procedures Subtest as a Function of Gender**

| Gender | | ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 60.22 | 45.94 | 47.58 | 50.49 | 58.03 | 56.62 | 49.06 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 15.37 | 17.17 | 18.28 | 17.83 | 15.33 | 13.54 | 17.76 |
| Male | Mean | 60.17 | 49.13 | 49.43 | 53.05 | 57.60 | 58.84 | 51.57 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 14.10 | 15.84 | 15.79 | 15.38 | 14.22 | 14.24 | 15.51 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 71: Statistical Test for Differences in Score for the ATST Procedures Subtest as a Function of Gender**

| Gender | | Statistical Test for Difference in Mean Scores on the ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | | -0.02 | 3.63[**] | 3.69[**] | 4.53[**] | -0.31 | 1.21 | 3.13[**] |

Notes: $^{*} p < 0.05$, $^{**} p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher ATST Procedures subtest scores in the male sample.

**Table 72: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for ATST Procedures Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.00 | 0.20 | 0.11 | 0.16 | -0.03 | 0.16 | 0.16 |

**AT-SAT SCALES: ANALOGIES TEST**

The Analogies test assesses inductive reasoning and information-processing skills using three item types: nonsemantic words, semantic words, and nonsemantic visuals. For each test item, the Analogy program separates the computer screen into three sections. The applicant then uses the mouse to view each section of the screen and answer the item. Two scores are calculated for each applicant. The Analogies Correct Subtest is scored on the number of items the applicant answers correctly.

**Race/Ethnicity:** Table 73 shows the means and standard deviations on the Analogies Correct subtest for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 74 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 74, means are significantly lower for African-Americans, Asians, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 75. As shown in this table, this subtest has a large effect for African-Americans and Hispanics/Latinos, a small nontrivial effect for Asian and Multiracial subgroups. Therefore, the Analogies Correct subtest is a barrier to African-Americans, Hispanics/Latinos, and persons from Multiracial groups and Asians.

**Table 73: Descriptive Statistics of the Analogies Correct Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 26.6 | 25.77 | 27.31 | 28.94 | * | 26.69 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 7.87 | 7.09 | 7.31 | 5.23 | * | 7.21 |
| African-American | Mean | 19.22 | 23.24 | 22.23 | 22.97 | 24.49 | * | 22.62 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 5.74 | 6.65 | 7.22 | 7.06 | 7.51 | * | 7.09 |
| Hispanic | Mean | * | 23.01 | 22.72 | 23.65 | 25.12 | * | 23.22 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 7.68 | 7.46 | 6.6 | 5.91 | * | 7.14 |
| Multi | Mean | 22.94 | 27.36 | 26.13 | 27.33 | 26.00 | * | 26.66 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 6.74 | 7.35 | 7.05 | 6.87 | 7.3 | * | 7.03 |
| White | Mean | 25.94 | 28.04 | 28.01 | 28.27 | 28.80 | * | 28.13 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 5.36 | 6.40 | 6.62 | 6.62 | 5.87 | * | 6.54 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 74: Statistical Test for Differences in Scores on the Analogies Correct Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 1.59 | 4.45** | 1.81 | -0.16 | N/A | 2.21* |
| African-American | 5.28** | 13.39** | 28.34** | 21.01** | 3.83** | N/A | 17.40** |
| Hispanic | N/A | 7.53** | 14.07** | 11.88** | 4.58** | N/A | 10.05** |
| Multi | 1.82 | 1.04 | 5.73** | 2.69** | 2.78** | N/A | 3.01** |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Analogies Correct subtest scores in the White sample.

**Table 75: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.22 | 0.34 | 0.15 | -0.03 | N/A | 0.22 |
| African-American/White | 1.24 | 0.74 | 0.85 | 0.79 | 0.72 | N/A | 0.83 |
| Hispanic/White | N/A | 0.77 | 0.79 | 0.70 | 0.63 | N/A | 0.74 |
| Multi/White | 0.54 | 0.10 | 0.28 | 0.14 | 0.47 | N/A | 0.22 |

**Gender:** Table 76 shows the scale means and standard deviations as a function of gender. Table 77 shows that there are statistically significant female/male differences on this scale across years. Table 78 shows that these gender differences are small but nontrivial. We conclude that the Analogies Correct Subtest is a barrier based on gender.

**Table 76: Descriptive Statistics of the Analogies Correct Subtest as a Function of Gender**

| Gender | | Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 23.93 | 25.45 | 24.91 | 26.06 | 27.83 | 27.17 | 25.51 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 5.16 | 7.30 | 7.43 | 7.19 | 6.19 | 5.85 | 7.23 |
| Male | Mean | 24.68 | 26.69 | 26.45 | 27.36 | 28.10 | 29.21 | 26.96 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 6.39 | 6.89 | 7.25 | 6.96 | 6.29 | 6.20 | 7.02 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 77: Statistical Test for Differences in Score for the Analogies Correct Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | 0.80 | 3.30[**] | 7.37[**] | 5.62[**] | 0.47 | 2.57[*] | 4.32[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Analogies Correct Subtest scores in the male sample.

**Table 78: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Analogies Correct Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | 0.12 | 0.18 | 0.21 | 0.19 | 0.04 | 0.33 | 0.20 |

The Analogies Window Return score is based on the total number of times the applicant selects each screen.

**Race/Ethnicity:** Table 79 shows the means and standard deviations on the Analogies Window Return test for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 80 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 80, the scale means are significantly lower for African-Americans, Asians, Hispanics/Latinos, and Multiracial subgroups compared to Whites. The effect size of these subgroup differences are shown in Table 81. As shown in this table, this subtest has small effects for all subgroups except Asians; therefore it is a barrier to Asians.

**Table 79: Descriptive Statistics of the Analogies Window Return Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | Analogies Window Return Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 5.87 | 5.38 | 5.15 | 6.03 | * | 5.41 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 4.30 | 4.52 | 4.11 | 3.48 | * | 4.28 |
| African-American | Mean | 6.44 | 6.66 | 6.67 | 6.54 | 7.36 | * | 6.64 |
| | N | 23 | 494 | 1670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 2.73 | 4.63 | 4.81 | 4.53 | 5.47 | * | 4.70 |
| Hispanic | Mean | * | 6.12 | 6.74 | 6.36 | 5.67 | * | 6.45 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 5.26 | 4.79 | 4.41 | 5.29 | * | 4.78 |
| Multi | Mean | 7.61 | 6.76 | 6.62 | 6.33 | 6.32 | * | 6.53 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 2.64 | 4.56 | 4.57 | 4.30 | 4.17 | * | 4.43 |
| White | Mean | 7.51 | 7.16 | 7.34 | 7.18 | 6.60 | * | 7.22 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 2.40 | 4.41 | 4.64 | 4.54 | 3.97 | * | 4.51 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 80: Statistical Test for Differences in Scores on the Analogies Window Return Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the Analogies Window Return Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | 2.57** | 6.09** | 6.75** | 0.92 | N/A | 4.65** |
| African-American | 1.79 | 2.04 | 4.86** | 3.92** | -0.94 | N/A | 2.74** |
| Hispanic | N/A | 2.27* | 2.50** | 3.15** | 1.32 | N/A | 2.35** |
| Multi | -0.16 | 1.00 | 3.34** | 3.87** | 0.48 | N/A | 2.23* |

Notes: * $p < 0.05$, ** $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher Analogies Window Return Subtest scores in the White sample.

**Table 81: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Analogies Window Return Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | 0.29 | 0.42 | 0.45 | 0.14 | N/A | 0.40 |
| African-American/White | 0.44 | 0.11 | 0.14 | 0.14 | -0.19 | N/A | 0.13 |
| Hispanic/White | N/A | 0.23 | 0.13 | 0.18 | 0.23 | N/A | 0.17 |
| Multi/White | -0.04 | 0.09 | 0.16 | 0.19 | 0.07 | N/A | 0.15 |

**Gender:** Table 82 shows this scale means and standard deviations as a function of gender. Table 83 shows that there are statistically significant female/male differences on this scale across years. Table 84 shows that these gender differences are small and in favor of women. The Analogies Window Return Subtest is not a barrier based on gender.

**Table 82: Descriptive Statistics of the Analogies Window Return Subtest as a Function of Gender**

| Gender | | Analogies Window Return Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 8.05 | 7.75 | 7.81 | 8.06 | 7.93 | 6.80 | 7.87 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 2.88 | 4.82 | 4.90 | 4.80 | 4.61 | 3.97 | 4.81 |
| Male | Mean | 7.06 | 6.45 | 6.78 | 6.62 | 6.20 | 6.18 | 6.64 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 2.42 | 4.40 | 4.62 | 4.40 | 4.04 | 3.84 | 4.44 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 83: Statistical Test for Differences in Score for the Analogies Window Return Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the Analogies Window Return Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.07[*] | -5.32[**] | -7.51[**] | -9.40[**] | -4.17[**] | -1.17 | -5.61[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher Analogies Window Return Subtest scores in the male sample.

**Table 84: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Analogies Window Return Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.39 | -0.29 | -0.22 | -0.32 | -0.41 | -0.16 | -0.27 |

**AT-SAT Scales: Experience Questionnaire (EQ)**

The Experience Questionnaire (EQ) assesses whether the applicants possess certain work-related attributes by asking questions about their past experiences. Each question is written as a statement about the applicants' past experience. This questionnaire requires applicants to indicate their level of agreement with each statement on a five-point scale. The questionnaire produces 11 scores for each applicant.

The EQ Composure score indicates the applicant's ability to think clearly in stressful situations.

**Race/Ethnicity:** Table 85 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 86 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 86, the scale's means only showed significant differences only for Asians. Therefore, the EQ Composure Subtest is a barrier to Asians. The effect sizes of these subgroups differences are shown in Table 87.

**Table 85: Descriptive Statistics of the EQ Composure Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Composure Subtest | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 81.00 | 77.46 | 76.98 | 78.09 | * | 77.86 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 12.69 | 12.63 | 13.04 | 13.57 | * | 12.88 |
| African-American | Mean | 79.26 | 80.51 | 80.23 | 81.95 | 79.29 | * | 80.76 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 12.38 | 12.47 | 12.8 | 12.43 | 13.03 | * | 12.64 |
| Hispanic | Mean | * | 80.98 | 80.32 | 80.46 | 79.42 | * | 80.41 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 12.86 | 12.04 | 11.31 | 12.66 | * | 11.99 |
| Multi | Mean | 78.5 | 79.33 | 80.00 | 80.90 | 80.15 | * | 80.24 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 10.65 | 12.81 | 12.03 | 12.12 | 12.66 | * | 12.18 |
| White | Mean | 75.38 | 80.61 | 80.33 | 80.35 | 79.46 | * | 80.25 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 12.20 | 11.74 | 11.65 | 11.71 | 12.84 | * | 11.76 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 86: Statistical Test for Differences in Scores on the EQ Composure Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Composure Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | -0.26 | 3.21** | 3.56** | 0.58 | N/A | 2.05* |
| African-American | -1.40 | 0.16 | 0.30 | -3.61** | 0.09 | N/A | -0.91 |
| Hispanic | N/A | -0.32 | 0.02 | -0.16 | 0.03 | N/A | -0.20 |
| Multi | -1.16 | 1.12 | 0.58 | -0.89 | -0.39 | N/A | 0.01 |

Notes: * $p < 0.05$, ** $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Composure Subtest scores in the White sample.

**Table 87: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Composure Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | -0.03 | 0.25 | 0.29 | 0.11 | N/A | 0.20 |
| African-American/White | -0.32 | 0.01 | 0.01 | -0.14 | 0.01 | N/A | -0.04 |
| Hispanic/White | N/A | -0.03 | 0.00 | -0.01 | 0.00 | N/A | -0.01 |
| Multi/White | -0.26 | 0.11 | 0.03 | -0.05 | -0.05 | N/A | 0.00 |

**Gender:** Table 88 shows the means and standard deviations as a function of gender. Table 89 shows that there are statistically significant female/male differences on this scale across years. Table 90 shows that these gender differences are small. The EQ Composure Subtest is not a barrier based on gender.

Table 88: Descriptive Statistics of the EQ Composure Subtest as a Function of Gender

| Gender | | EQ Composure Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 79.31 | 79.51 | 78.88 | 79.50 | 80.32 | 76.69 | 79.20 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 11.08 | 12.38 | 12.17 | 11.85 | 12.16 | 12.90 | 12.10 |
| Male | Mean | 76.41 | 81.14 | 80.56 | 80.78 | 79.07 | 79.25 | 80.54 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 12.29 | 11.85 | 11.92 | 11.95 | 12.84 | 12.99 | 12.01 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Table 89: Statistical Test for Differences in Score for the EQ Composure Subtest as a Function of Gender

| Gender | Statistical Test for Difference in Mean Scores on the EQ Composure Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -1.50 | 2.54[*] | 4.91[**] | 3.32[**] | -1.11 | 1.47 | 2.40[*] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Composure Subtest scores in the male sample.

Table 90: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for EQ Composure Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.24 | 0.14 | 0.14 | 0.11 | -0.10 | 0.20 | 0.11 |

The EQ Consistency of Work Behavior score indicates the applicant's ability to behave consistently at work (e.g., dealing with coworkers in a consistent manner; consistently using the correct phraseology).

**Race/Ethnicity:** Table 91 shows the scale means and standard deviations on the EQ Consistency of Work Behavior Subtest for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 92 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup.  As shown in Table 92, the subtest means showed occasional significant differences but only one significant difference to the disadvantage of a minority group, Asians. The effect sizes of these subgroup differences are shown in Table 93, and they are trivial in size except in the case of Asians. This subtest is a barrier to Asians.

**Table 91: Descriptive Statistics of the EQ Consistency of Work Behavior Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Consistency of Work Behavior Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 84.67 | 82.76 | 81.84 | 85.23 | * | 82.86 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 10.83 | 10.54 | 11.17 | 9.36 | * | 10.78 |
| African-American | Mean | 86.92 | 85.92 | 85.55 | 86.97 | 84.82 | * | 86.03 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 10.69 | 10.46 | 10.48 | 10.22 | 9.87 | * | 10.40 |
| Hispanic | Mean | * | 85.24 | 84.47 | 85.03 | 85.59 | * | 84.84 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 10.77 | 10.77 | 9.95 | 10.43 | * | 10.50 |
| Multi | Mean | 83.89 | 84.97 | 84.48 | 85.27 | 85.04 | * | 84.85 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 12.32 | 10.22 | 10.23 | 10.13 | 10.00 | * | 10.22 |
| White | Mean | 83.31 | 85.48 | 84.95 | 85.1 | 85.77 | * | 85.08 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 9.50 | 9.63 | 9.97 | 10.00 | 9.90 | * | 9.94 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 92: Statistical Test for Differences in Scores on the EQ Consistency of Work Behavior Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Consistency of Work Behavior Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 0.65 | 2.92** | 4.03** | 0.32 | N/A | 2.28* |
| African-American | -1.53 | -0.80 | -2.02* | -5.07** | 0.63 | N/A | -2.01* |
| Hispanic | N/A | 0.25 | 0.87 | 0.13 | 0.12 | N/A | 0.33 |
| Multi | -0.19 | 0.55 | 0.98 | -0.32 | 0.52 | N/A | 0.34 |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Consistency of Work Behavior Subtest scores in the White sample.

**Table 93: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Consistency of Work Behavior Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.08 | 0.22 | 0.33 | 0.05 | N/A | 0.22 |
| African-American/White | -0.37 | -0.05 | -0.06 | -0.19 | 0.10 | N/A | -0.10 |
| Hispanic/White | N/A | 0.02 | 0.05 | 0.01 | 0.02 | N/A | 0.02 |
| Multi/White | -0.06 | 0.05 | 0.05 | -0.02 | 0.07 | N/A | 0.02 |

**Gender:** Table 94 shows the scale means and standard deviations as a function of gender. Table 95 shows that there are two statistically significant female/male differences (FY 2006 and FY 2010) on this scale. Table 96 shows that the gender difference is trivial and in favor of women. Therefore, the EQ Consistency of Work Behavior Subtest is not a barrier based on gender.

**Table 94: Descriptive Statistics of the EQ Consistency of Work Behavior Subtest as a Function of Gender**

| Gender | | EQ Consistency of Work Behavior Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 86.80 | 85.07 | 85.34 | 85.36 | 87.16 | 86.60 | 85.43 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 606.83 |
| | Std. Deviation | 9.34 | 9.87 | 9.53 | 9.63 | 8.79 | 8.66 | 9.57 |
| Male | Mean | 83.52 | 85.78 | 84.84 | 85.29 | 85.23 | 85.58 | 85.14 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 10.09 | 10.03 | 10.35 | 10.22 | 9.89 | 9.83 | 10.23 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 95: Statistical Test for Differences in Score for the EQ Consistency of Work Behavior Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Consistency of Work Behavior Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.02[*] | 1.37 | -1.82 | -0.23 | -2.32[*] | -0.86 | -0.64 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Consistency of Work Behavior Subtest scores in the male sample.

**Table 96: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Consistency of Work Behavior Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.33 | 0.07 | -0.05 | -0.01 | -0.20 | -0.11 | -0.03 |

The EQ Concentration score indicates the applicant's ability to focus on job activities amid distractions for short periods of time.

**Race/Ethnicity:** Table 97 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 98 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 98, the scale means only showed occasional significant differences, which for the most part are in favor of minorities. The effect sizes of these subgroup differences are shown in Table 99, and they are small in size. The EQ Concentration Subtest is not a barrier for any racial or ethnic group.

Table 97: Descriptive Statistics of the EQ Concentration Subtest as a Function of Race/Ethnicity

| Race/Ethnicity | | EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 85.17 | 83.38 | 82.02 | 85.22 | * | 83.25 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 12.78 | 12.99 | 12.67 | 10.91 | * | 12.73 |
| African-American | Mean | 84.78 | 86.39 | 85.75 | 87.05 | 86.58 | * | 86.24 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 13.16 | 11.57 | 11.54 | 11.71 | 9.49 | * | 11.58 |
| Hispanic | Mean | * | 86.08 | 85.68 | 85.95 | 83.49 | * | 85.69 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 13.29 | 11.70 | 11.14 | 13.35 | * | 11.90 |
| Multi | Mean | 84.46 | 84.61 | 84.97 | 85.72 | 84.88 | * | 85.19 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 11.45 | 10.92 | 11.89 | 11.33 | 11.45 | * | 11.55 |
| White | Mean | 82.02 | 85.28 | 84.7 | 84.84 | 83.94 | * | 84.74 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 11.98 | 11.17 | 11.26 | 11.48 | 12.62 | * | 11.43 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 98: Statistical Test for Differences in Scores on the EQ Concentration Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | 0.08 | 1.44 | 3.07[**] | -0.65 | N/A | 1.29 |
| African-American | -0.95 | -1.77 | -3.17[**] | -5.24[**] | -1.78 | N/A | -2.86[**] |
| Hispanic | N/A | -0.69 | -1.65 | -1.68 | 0.25 | N/A | -1.17 |
| Multi | -0.85 | 0.68 | -0.49 | -1.50 | -0.58 | N/A | -0.56 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Concentration Subtest scores in the White sample.

**Table 99: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | 0.01 | 0.12 | 0.25 | -0.10 | N/A | 0.13 |
| African-American/White | -0.23 | -0.10 | -0.09 | -0.19 | -0.21 | N/A | -0.13 |
| Hispanic/White | N/A | -0.07 | -0.09 | -0.10 | 0.04 | N/A | -0.08 |
| Multi/White | -0.21 | 0.06 | -0.02 | -0.08 | -0.08 | N/A | -0.04 |

**Gender:** Table 100 shows the scale means and standard deviations as a function of gender. Table 101 shows that there are only two statistically significant female/male differences (FY 2006 and FY 2010) on this scale, and they favor women. Table 102 shows that these gender differences are trivial. The EQ Concentration Subtest is not a barrier based on gender.

Table 100: Descriptive Statistics of the EQ Concentration Subtest as a Function of Gender

| Gender | | EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 86.80 | 85.76 | 85.25 | 85.47 | 85.94 | 84.63 | 85.43 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 10.32 | 11.27 | 11.25 | 11.15 | 11.51 | 12.47 | 11.24 |
| Male | Mean | 82.03 | 85.63 | 84.88 | 85.10 | 83.64 | 84.03 | 84.93 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 12.82 | 11.56 | 11.48 | 11.72 | 12.32 | 11.99 | 11.66 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Table 101: Statistical Test for Differences in Score for the EQ Concentration Subtest as a Function of Gender

| Gender | Statistical Test for Difference in Mean Scores on the EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.57[*] | -0.22 | -1.15 | -1.01 | -2.14[*] | -0.36 | -0.96 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Concentration Subtest scores in the male sample.

Table 102: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for EQ Concentration Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.39 | -0.01 | -0.03 | -0.03 | -0.19 | -0.05 | -0.04 |

The EQ Decisiveness Subtest indicates the applicant's ability to make effective decisions in a timely manner.

**Race/Ethnicity:** Table 103 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 104 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 104, the scale means only showed occasional significant differences, most of which favor minorities when considering the average across years, with the exception being for Asians. The effect sizes of these subgroup differences are shown in Table 105. This scale is a barrier to Asians.

**Table 103: Descriptive Statistics of the EQ Decisiveness Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 81.31 | 80.30 | 79.59 | 79.73 | * | 80.14 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 13.52 | 12.52 | 12.83 | 11.66 | * | 12.76 |
| African-American | Mean | 84.11 | 83.57 | 82.72 | 84.19 | 81.77 | * | 83.28 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 12.33 | 12.11 | 11.96 | 12.06 | 10.76 | * | 12.00 |
| Hispanic | Mean | * | 83.09 | 82.49 | 82.53 | 82.77 | * | 82.61 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 12.76 | 11.63 | 11.24 | 12.20 | * | 11.73 |
| Multi | Mean | 81.04 | 82.13 | 82.53 | 83.56 | 82.23 | * | 82.82 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 10.28 | 11.11 | 11.77 | 11.14 | 13.35 | * | 11.52 |
| White | Mean | 79.57 | 83.31 | 82.57 | 82.48 | 82.42 | * | 82.55 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 11.09 | 10.87 | 10.93 | 11.20 | 11.8 | * | 11.08 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 104: Statistical Test for Differences in Scores on the EQ Decisiveness Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 1.29 | 2.56** | 3.10** | 1.31 | N/A | 2.10* |
| African-American | -1.67 | -0.40 | -0.44 | -3.98** | 0.40 | N/A | -1.36 |
| Hispanic | N/A | 0.20 | 0.13 | -0.08 | -0.21 | N/A | -0.07 |
| Multi | -0.57 | 1.19 | 0.07 | -1.90 | 0.11 | N/A | -0.33 |

Notes: * $p < 0.05$, ** $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Decisiveness Subtest scores in the White sample.

**Table 105: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.18 | 0.21 | 0.26 | 0.23 | N/A | 0.22 |
| African-American/White | -0.40 | -0.02 | -0.01 | -0.15 | 0.06 | N/A | -0.07 |
| Hispanic/White | N/A | 0.02 | 0.01 | -0.01 | -0.03 | N/A | -0.01 |
| Multi/White | -0.13 | 0.11 | 0.00 | -0.10 | 0.02 | N/A | -0.02 |

**Gender:** Table 106 shows this scale means and standard deviations as a function of gender. Table 107 shows that there are three statistically significant female/male differences (FY 2006, FY 2009, FY 2010) on this scale across years. Table 108 shows that these gender differences are of a trivial-to-small effect and favor women, indicating there is no barrier based on gender.

**Table 106: Descriptive Statistics of the EQ Decisiveness Subtest as a Function of Gender**

| Gender | | EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 83.85 | 83.97 | 82.94 | 83.43 | 83.89 | 81.56 | 83.27 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 10.76 | 11.24 | 11.11 | 10.83 | 11.46 | 13.10 | 11.08 |
| Male | Mean | 79.90 | 83.02 | 82.37 | 82.44 | 81.79 | 81.67 | 82.39 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 11.54 | 11.43 | 11.41 | 11.64 | 11.80 | 11.88 | 11.53 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 107: Statistical Test for Differences in Score for the EQ Decisiveness Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.12[*] | -1.62 | -1.80 | -2.74[**] | -1.99[*] | 0.06 | -1.70 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Decisiveness Subtest scores in the male sample.

**Table 108: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Decisiveness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.35 | -0.08 | -0.05 | -0.09 | -0.18 | 0.01 | -0.08 |

The EQ Self-Confidence Subtest assesses the applicant's belief that he/she is the right person for the job.

**Race/Ethnicity:** Table 109 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 110 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 110, with the exception of Asians, the scale means only showed occasional significant differences. The effect sizes of these subgroup differences are shown in Table 111, and they are below 0.20, with the exception of Asians. Therefore, the EQ Confidence Subtest is a barrier only to Asians.

**Table 109: Descriptive Statistics of the EQ Self-Confidence Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 84.87 | 83.67 | 82.40 | 83.86 | * | 83.38 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 12.93 | 12.55 | 11.89 | 11.73 | * | 12.33 |
| African-American | Mean | 86.16 | 87.17 | 85.98 | 87.26 | 86.76 | * | 86.56 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 9.81 | 10.11 | 10.62 | 10.33 | 10.11 | * | 10.44 |
| Hispanic | Mean | * | 87.10 | 86.44 | 86.98 | 86.33 | * | 86.71 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 11.01 | 10.08 | 9.43 | 9.11 | * | 9.97 |
| Multi | Mean | 88.56 | 85.50 | 85.86 | 86.00 | 84.64 | * | 85.85 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 8.95 | 10.62 | 11.38 | 10.52 | 11.62 | * | 10.96 |
| White | Mean | 82.84 | 86.61 | 85.96 | 85.94 | 85.57 | * | 85.95 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 11.11 | 10.11 | 10.05 | 10.30 | 10.82 | * | 10.22 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 110: Statistical Test for Differences in Scores on the EQ Self-Confidence Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 1.18 | 2.58** | 4.11** | 0.83 | N/A | 2.32* |
| African-American | -1.49 | -1.01 | -0.08 | -3.52** | -0.77 | N/A | -1.28 |
| Hispanic | N/A | -0.50 | -0.94 | -1.86 | -0.60 | N/A | -1.10 |
| Multi | -2.50** | 1.17 | 0.18 | -0.10 | 0.57 | N/A | 0.13 |

Notes: $^*$ $p < 0.05$, $^{**}$ $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Self-Confidence Subtest scores in the White sample.

**Table 111: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.17 | 0.22 | 0.34 | 0.16 | N/A | 0.25 |
| African-American/White | -0.30 | -0.06 | 0.00 | -0.13 | -0.11 | N/A | -0.06 |
| Hispanic/White | N/A | -0.05 | -0.05 | -0.10 | -0.07 | N/A | -0.08 |
| Multi/White | -0.52 | 0.11 | 0.01 | -0.01 | 0.09 | N/A | 0.01 |

**Gender:** Table 112 shows this scale means and standard deviations as a function of gender. Table 113 shows that there are no statistically significant female/male differences on this scale across years. Table 114 shows that the effect is below 0.20. The EQ Confidence Subtest is not a barrier based on gender.

**Table 112: Descriptive Statistics of the EQ Self-Confidence Subtest as a Function of Gender**

| Gender | | EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 85.46 | 86.33 | 85.62 | 85.80 | 86.56 | 83.06 | 85.77 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 9.99 | 10.49 | 10.42 | 10.33 | 10.42 | 12.83 | 10.45 |
| Male | Mean | 83.65 | 86.85 | 86.00 | 86.14 | 85.19 | 85.76 | 86.07 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 11.27 | 10.28 | 10.34 | 10.48 | 10.68 | 10.31 | 10.41 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 113: Statistical Test for Differences in Score for the EQ Self-Confidence Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -1.03 | 0.96 | 1.29 | 0.99 | -1.42 | 1.61 | 0.62 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Self-Confidence Subtest scores in the male sample.

**Table 114: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Self-Confidence Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.16 | 0.05 | 0.04 | 0.03 | -0.13 | 0.25 | 0.03 |

The EQ Interpersonal Tolerance Subtest score indicates the applicant's ability to accommodate or deal with criticisms, interpersonal conflicts, and differences in personalities in the work environment.

**Race/Ethnicity:** Table 115 shows the scale means and standard deviations for each

racial/ethnic subgroup that composed more than two percent of the applicant population. Table 116 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 116, the scale means only showed a significant advantage for the African-Americans and the Multiracial subgroup over the White subgroup. The effect sizes of these subgroup differences are shown in Table 117. They are small and favor minority groups. This subtest is not a barrier to any racial or ethnic minority group.

Table 115: Descriptive Statistics of the EQ Interpersonal Tolerance Subtest as a Function of Race/Ethnicity

| Race/Ethnicity | | EQ Interpersonal Tolerance Subtest | | | | | | Weighted Average Across Years[+] |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Asian | Mean | * | 88.76 | 87.16 | 87.18 | 90.29 | * | 87.62 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 10.12 | 9.75 | 9.50 | 7.14 | * | 9.58 |
| African-American | Mean | 90.52 | 89.98 | 89.56 | 90.75 | 88.68 | * | 89.97 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 7.91 | 8.69 | 8.52 | 8.19 | 9.36 | * | 8.46 |
| Hispanic | Mean | * | 89.64 | 88.56 | 89.54 | 90.33 | * | 89.16 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 9.03 | 8.85 | 8.32 | 8.30 | * | 8.68 |
| Multi | Mean | 88.89 | 89.44 | 89.32 | 89.94 | 89.75 | * | 89.58 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 11.57 | 8.35 | 8.85 | 8.59 | 8.88 | * | 8.74 |
| White | Mean | 86.34 | 88.17 | 88.15 | 88.33 | 88.92 | * | 88.24 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 9.43 | 8.89 | 8.93 | 9.09 | 9.02 | * | 9.01 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 116: Statistical Test for Differences in Scores on the EQ Interpersonal Tolerance Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Interpersonal Tolerance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | -0.51 | 1.44 | 1.66 | -1.07 | N/A | 0.72 |
| African-American | -2.31[*] | -3.81[**] | -5.64[**] | -8.03[**] | 0.17 | N/A | -4.44[**] |
| Hispanic | N/A | -1.85 | -0.90 | -2.47[**] | -1.24 | N/A | -1.54 |
| Multi | -0.90 | -1.68 | -2.81[**] | -3.65[**] | -0.66 | N/A | -2.19[*] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Interpersonal Tolerance Subtest scores in the White sample.

**Table 117: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Interpersonal Tolerance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | -0.07 | 0.11 | 0.13 | -0.15 | N/A | 0.07 |
| African-American/White | -0.45 | -0.21 | -0.16 | -0.27 | 0.03 | N/A | -0.20 |
| Hispanic/White | N/A | -0.17 | -0.05 | -0.14 | -0.16 | N/A | -0.10 |
| Multi/White | -0.26 | -0.14 | -0.13 | -0.18 | -0.09 | N/A | -0.15 |

**Gender:** Table 118 shows the scale means and standard deviations as a function of gender. Table 119 shows that there are two statistically significant female/male differences on this scale, both in favor of women. However, these were years with a substantial number of applicants, and the average difference is statistically significant. Table 120 shows that these gender differences are trivial, indicating that this subtest is not a barrier based on gender.

**Table 118: Descriptive Statistics of the EQ Interpersonal Tolerance Subtest as a Function of Gender**

| Gender | | EQ Interpersonal Tolerance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average Across Years[+]** |
| Female | Mean | 89.23 | 89.54 | 89.08 | 89.53 | 90.19 | 88.82 | 89.34 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 8.61 | 8.27 | 8.40 | 8.52 | 8.49 | 8.10 | 8.43 |
| Male | Mean | 86.48 | 88.75 | 88.34 | 88.67 | 88.80 | 88.23 | 88.50 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 9.64 | 8.93 | 9.02 | 9.02 | 8.98 | 8.88 | 9.02 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 119: Statistical Test for Differences in Score for the EQ Interpersonal Tolerance Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Interpersonal Tolerance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Female | -1.83 | -1.79 | -3.08[**] | -3.06[**] | -1.76 | -0.53 | -2.09[*] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Interpersonal Tolerance Subtest scores in the male sample.

**Table 120: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Interpersonal Tolerance Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Female/Male | -0.29 | -0.09 | -0.08 | -0.10 | -0.16 | -0.07 | -0.09 |

The EQ Execution Subtest score indicates the applicant's ability to take timely action to avoid problems and to solve existing problems.

**Race/Ethnicity:** Table 121 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table

122 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 122, the scale means only showed one statistically significant difference and that favored African-Americans. The effect size for this subgroup difference is shown in Table 123. The EQ Execution Subtest is not a barrier based on race or ethnicity.

**Table 121: Descriptive Statistics of the EQ Execution Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Execution Subtest | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 84.51 | 84.61 | 83.31 | 84.82 | * | 84.11 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 12.05 | 10.46 | 10.86 | 9.71 | * | 10.84 |
| African-American | Mean | 85.13 | 84.78 | 83.65 | 84.80 | 84.26 | * | 84.19 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 11.00 | 10.65 | 11.22 | 10.89 | 10.25 | * | 11.03 |
| Hispanic | Mean | * | 86.54 | 84.60 | 84.81 | 84.60 | * | 84.97 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 10.80 | 10.83 | 10.71 | 10.78 | * | 10.79 |
| Multi | Mean | 84.56 | 83.93 | 83.89 | 84.99 | 86.14 | * | 84.42 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 9.55 | 10.01 | 10.91 | 10.56 | 11.39 | * | 10.68 |
| White | Mean | 81.61 | 84.58 | 84.10 | 84.04 | 84.14 | * | 84.09 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 11.23 | 10.44 | 10.38 | 10.51 | 11.33 | * | 10.50 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 122: Statistical Test for Differences in Scores on the EQ Execution Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Execution Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 0.05 | -0.68 | 0.93 | -0.39 | N/A | -0.02 |
| African-American | -1.43 | -0.35 | 1.41 | -1.95[*] | -0.07 | N/A | -0.20 |
| Hispanic | N/A | -2.06 | -0.90 | -1.22 | -0.31 | N/A | -1.18 |
| Multi | -1.21 | 0.72 | 0.42 | -1.76 | -1.25 | N/A | -0.44 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Execution Subtest scores in the White sample.

**Table 123: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Execution Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.01 | -0.05 | 0.07 | -0.06 | N/A | 0.00 |
| African-American/White | -0.31 | -0.02 | 0.04 | -0.07 | -0.01 | N/A | -0.01 |
| Hispanic/White | N/A | -0.19 | -0.05 | -0.07 | -0.04 | N/A | -0.08 |
| Multi/White | -0.27 | 0.06 | 0.02 | -0.09 | -0.18 | N/A | -0.03 |

**Gender:** Table 124 shows this scale means and standard deviations as a function of gender. Table 125 shows that there are only two years for which statistically significant female/male differences were found, and they favor women. Table 126 shows that these gender differences are trivial based on the average across years. The EQ Execution Subtest is not a barrier based on gender.

Table 124: Descriptive Statistics of the EQ Execution Subtest as a Function of Gender

| Gender | | EQ Execution Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 85.14 | 85.41 | 84.08 | 85.21 | 86.56 | 85.48 | 84.78 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 10.20 | 10.52 | 10.70 | 10.34 | 10.34 | 9.47 | 10.51 |
| Male | Mean | 81.76 | 84.62 | 84.01 | 83.92 | 83.71 | 83.81 | 83.99 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 11.50 | 10.52 | 10.62 | 10.68 | 11.16 | 10.98 | 10.68 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Table 125: Statistical Test for Differences in Score for the EQ Execution Subtest as a Function of Gender

| Gender | Statistical Test for Difference in Mean Scores on the EQ Execution Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -1.89 | -1.44 | -0.25 | -3.81[**] | -2.94[**] | -1.28 | -1.61 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Execution Subtest scores in the male sample.

Table 126: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for EQ Execution Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.30 | -0.08 | -0.01 | -0.12 | -0.26 | -0.16 | -0.07 |

The EQ Task Closure/Thoroughness Subtest score indicates the applicant's ability to continue an activity to completion through the coordination and inspection of work.

**Race/Ethnicity:** Table 127 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 128 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 128, the scale means showed an advantage for African-Americans over the White subgroup based on the average across the years. The effect sizes of these subgroup differences are shown in Table 129, and they are small in size. This subtest is not a barrier for racial/ethnic minorities.

**Table 127: Descriptive Statistics of the EQ Task Closure/Thoroughness Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 83.90 | 81.72 | 81.00 | 80.93 | * | 81.73 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 11.50 | 11.76 | 11.68 | 11.16 | * | 11.67 |
| African-American | Mean | 86.39 | 85.45 | 84.59 | 85.64 | 84.65 | * | 85.05 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 11.11 | 10.93 | 10.99 | 11.00 | 8.38 | * | 10.95 |
| Hispanic | Mean | * | 84.98 | 83.68 | 84.44 | 82.03 | * | 84.02 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 11.42 | 10.93 | 10.36 | 10.81 | * | 10.83 |
| Multi | Mean | 85.09 | 83.78 | 83.81 | 83.71 | 84.32 | * | 83.81 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 8.56 | 10.44 | 10.98 | 10.65 | 11.11 | * | 10.77 |
| White | Mean | 79.95 | 84.36 | 83.33 | 83.28 | 83.27 | * | 83.36 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 10.81 | 10.39 | 10.63 | 10.73 | 11.52 | * | 10.70 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 128: Statistical Test for Differences in Scores on the EQ Task Closure/Thoroughness Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | 0.35 | 1.93 | 2.69** | 1.18 | N/A | 1.55 |
| African-American | -2.60** | -1.86 | -4.00** | -5.97** | -1.05 | N/A | -3.41** |
| Hispanic | N/A | -0.62 | -0.63 | -1.90 | 0.84 | N/A | -0.89 |
| Multi | -2.34** | 0.62 | -0.93 | -0.79 | -0.67 | N/A | -0.60 |

Notes: $^*$ $p < 0.05$, $^{**}$ $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Task Closure/Thoroughness Subtest scores in the White sample.

**Table 129: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | 0.04 | 0.15 | 0.21 | 0.20 | N/A | 0.15 |
| African-American/White | -0.59 | -0.10 | -0.12 | -0.22 | -0.12 | N/A | -0.16 |
| Hispanic/White | N/A | -0.06 | -0.03 | -0.11 | 0.11 | N/A | -0.06 |
| Multi/White | -0.48 | 0.06 | -0.05 | -0.04 | -0.09 | N/A | -0.04 |

**Gender:** Table 130 shows the scale means and standard deviations as a function of gender. Table 131 shows that there are statistically significant female/male differences on this scale across years in favor of women. Table 132 shows that these gender differences are small. The EQ Task Closure/Thoroughness Subtest is not a barrier based on gender.

Table 130: Descriptive Statistics of the EQ Task Closure/Thoroughness Subtest as a Function of Gender

| Gender | | EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 85.97 | 86.45 | 85.57 | 85.53 | 86.52 | 85.38 | 85.72 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 8.96 | 9.65 | 9.98 | 9.87 | 9.65 | 10.50 | 9.88 |
| Male | Mean | 80.38 | 84.20 | 82.92 | 83.13 | 82.37 | 82.10 | 83.06 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 10.99 | 10.78 | 10.98 | 11.04 | 11.34 | 11.86 | 11.03 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Table 131: Statistical Test for Differences in Score for the EQ Task Closure/Thoroughness Subtest as a Function of Gender

| Gender | Statistical Test for Difference in Mean Scores on the EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -3.48[**] | -4.32[**] | -9.14[**] | -7.30[**] | -4.50[**] | -2.27[*] | -5.64[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Task Closure/Thoroughness Subtest scores in the male sample.

Table 132: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for EQ Task Closure/Thoroughness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.53 | -0.21 | -0.25 | -0.22 | -0.38 | -0.28 | -0.25 |

The EQ Flexibility Subtest score indicates the applicant's ability to adapt to changing situations or conditions.

**Race/Ethnicity:** Table 133 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 134 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 134, the scale means show that the Asian group was significantly lower than the White subgroup on this scale, but African-Americans and Hispanics/Latinos were significantly higher on this scale in most years than the White subgroup. The effect sizes of these subgroup differences are shown in Table 135, and they are small in size. This subtest is a barrier only for Asians.

**Table 133: Descriptive Statistics of the EQ Flexibility Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 83.81 | 82.98 | 82.69 | 82.82 | * | 82.73 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 11.39 | 10.59 | 11.17 | 10.38 | * | 11.09 |
| African-American | Mean | 85.33 | 85.98 | 85.75 | 86.77 | 85.02 | * | 85.91 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 13.08 | 10.28 | 10.05 | 9.90 | 9.25 | * | 10.21 |
| Hispanic | Mean | * | 86.01 | 85.14 | 85.61 | 85.98 | * | 85.19 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 10.75 | 9.83 | 9.37 | 9.26 | * | 10.01 |
| Multi | Mean | 84.98 | 85.10 | 85.45 | 86.38 | 86.00 | * | 85.44 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 6.71 | 9.55 | 9.80 | 9.12 | 9.45 | * | 9.70 |
| White | Mean | 82.61 | 85.72 | 85.16 | 85.34 | 85.23 | * | 84.94 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 9.53 | 9.95 | 9.84 | 9.89 | 10.56 | * | 10.04 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.
+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 134: Statistical Test for Differences in Scores on the EQ Flexibility Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | 1.45 | 2.91** | 3.26** | 1.31 | N/A | 2.20* |
| African-American | -0.96 | -0.47 | -2.05* | -4.01** | 0.15 | N/A | -2.09* |
| Hispanic | N/A | -0.30 | 0.05 | -0.49 | -0.59 | N/A | -0.36 |
| Multi | -1.35 | 0.71 | -0.62 | -2.21* | -0.58 | N/A | -0.74 |

Notes: $^{*} p < 0.05$, $^{**} p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Flexibility Subtest scores in the White sample.

**Table 135: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | 0.19 | 0.22 | 0.27 | 0.23 | N/A | 0.22 |
| African-American/White | -0.27 | -0.03 | -0.06 | -0.15 | 0.02 | N/A | -0.10 |
| Hispanic/White | N/A | -0.03 | 0.00 | -0.03 | -0.07 | N/A | -0.03 |
| Multi/White | -0.26 | 0.06 | -0.03 | -0.11 | -0.07 | N/A | -0.05 |

**Gender:** Table 136 shows the scale means and standard deviations as a function of gender. Table 137 shows that there are only two statistically significant female/male differences on this scale. Table 138 shows that these gender differences are trivial. This subtest is not a barrier based on gender.

Table 136: Descriptive Statistics of the EQ Flexibility Subtest as a Function of Gender

| Gender | | EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 86.92 | 86.11 | 85.57 | 85.68 | 86.56 | 85.76 | 85.74 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 8.47 | 10.14 | 9.66 | 9.75 | 10.09 | 9.93 | 9.77 |
| Male | Mean | 82.63 | 85.71 | 85.17 | 85.50 | 84.72 | 84.79 | 85.29 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 10.13 | 10.00 | 9.99 | 9.94 | 10.22 | 9.99 | 9.98 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Table 137: Statistical Test for Differences in Score for the EQ Flexibility Subtest as a Function of Gender

| Gender | Statistical Test for Difference in Mean Scores on the EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.85[**] | -0.77 | -1.45 | -0.56 | -1.97[*] | -0.72 | -1.00 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Flexibility Subtest scores in the male sample.

Table 138: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for EQ Flexibility Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.44 | -0.04 | -0.04 | -0.02 | -0.18 | -0.10 | -0.05 |

The **EQ** Self-Awareness Subtest score indicates the applicant's ability to maintain an internal awareness of his/her actions and attitudes, including knowing his/her limitations.

**Race/Ethnicity:** Table 139 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 140 shows the results of the statistical significance test of the difference in means, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 140, the scale means show significant differences between African-Americans and Asians when compared to the White subgroup. The effect sizes of these subgroup differences are shown in Table 141, and they are small in size. This subtest is not a barrier based on race or ethnicity.

**Table 139: Descriptive Statistics of the EQ Self-Awareness Subtest as a Function of Race/Ethnicity**

| Race/Ethnicity | | EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 80.73 | 80.84 | 82.18 | 83.59 | * | 81.56 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 10.08 | 9.60 | 9.55 | 9.77 | * | 10.11 |
| African-American | Mean | 81.65 | 80.53 | 80.51 | 81.11 | 82.21 | * | 81.44 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 14.94 | 12.08 | 11.41 | 11.05 | 10.42 | * | 11.35 |
| Hispanic | Mean | * | 81.72 | 80.18 | 81.56 | 82.37 | * | 81.61 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 10.86 | 10.23 | 9.33 | 10.75 | * | 10.24 |
| Multi | Mean | 84.89 | 81.83 | 81.30 | 82.71 | 81.75 | * | 82.27 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 7.24 | 10.11 | 10.72 | 9.42 | 9.81 | * | 10.21 |
| White | Mean | 82.13 | 82.14 | 81.97 | 81.93 | 83.35 | * | 82.27 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 8.46 | 9.85 | 9.85 | 9.91 | 10.32 | * | 10.02 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 140: Statistical Test for Differences in Scores on the EQ Self-Awareness Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian | N/A | 1.45 | 2.91$^{**}$ | 3.26$^{**}$ | 1.31 | N/A | 2.20$^{*}$ |
| African-American | -0.96 | -0.47 | -2.05$^{*}$ | -4.01$^{**}$ | 0.15 | N/A | -2.09$^{*}$ |
| Hispanic | N/A | -0.30 | 0.05 | -0.49 | -0.59 | N/A | -0.36 |
| Multi | -1.35 | 0.71 | -0.62 | -2.21$^{*}$ | -0.58 | N/A | -0.74 |

Notes: $^{*} p < 0.05$, $^{**} p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Self-Awareness Subtest scores in the White sample.

**Table 141: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average Across Years** |
| Asian/White | N/A | 0.19 | 0.22 | 0.27 | 0.23 | N/A | 0.07 |
| African-American/White | -0.27 | -0.03 | -0.06 | -0.15 | 0.02 | N/A | 0.08 |
| Hispanic/White | N/A | -0.03 | 0.00 | -0.03 | -0.07 | N/A | 0.07 |
| Multi/White | -0.26 | 0.06 | -0.03 | -0.11 | -0.07 | N/A | 0.00 |

**Gender:** Table 142 shows the scale means and standard deviations as a function of gender. Table 143 shows that there are three statistically significant female/male differences on this scale and that the overall average is statistically significant in favor of women. Table 144 shows that these gender differences are small. Therefore, we conclude that the EQ Self-Awareness Subtest is not a barrier based on gender.

**Table 142: Descriptive Statistics of the EQ Self-Awareness Subtest as a Function of Gender**

| Gender | | EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 84.05 | 82.56 | 82.39 | 82.38 | 84.11 | 83.82 | 82.53 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 8.72 | 10.03 | 10.26 | 9.65 | 9.43 | 9.88 | 9.97 |
| Male | Mean | 81.39 | 81.27 | 81.16 | 81.72 | 82.87 | 83.24 | 81.53 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 9.67 | 10.73 | 10.34 | 10.11 | 10.48 | 8.93 | 10.26 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 143: Statistical Test for Differences in Score for the EQ Self-Awareness Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -1.75 | -2.42[*] | -4.24[**] | -2.08[*] | -1.39 | -0.44 | -2.14[*] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Self-Awareness Subtest scores in the male sample.

**Table 144: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Self-Awareness Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.28 | -0.12 | -0.12 | -0.07 | -0.12 | -0.06 | -0.10 |

The EQ Sustained Attention Subtest score indicates the applicant's ability to stay focused on tasks for periods of time over 60 minutes.

**Race/Ethnicity:** Table 145 shows the scale means and standard deviations for each racial/ethnic subgroup that composed more than two percent of the applicant population. Table 146 shows the results of the statistical significance test of the difference in means comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in Table 146, the scale means showed no statistically significant differences based upon the average across years. The effect sizes of these subgroup differences are shown in Table 147, and they are trivial. The EQ Sustained Attention Subtest is not a barrier based on race/ethnicity.

Table 145: Descriptive Statistics of the EQ Sustained Attention Subtest as a Function of Race/Ethnicity

| Race/Ethnicity | | EQ Sustained Attention Subtest | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Asian | Mean | * | 87.06 | 85.28 | 83.96 | 85.88 | * | 85.09 |
| | N | * | 79 | 207 | 197 | 34 | * | 129.25 |
| | Std. Deviation | * | 12.22 | 11.70 | 11.47 | 12.10 | * | 11.74 |
| African-American | Mean | 85.30 | 86.12 | 85.60 | 87.16 | 84.30 | * | 86.12 |
| | N | 23 | 494 | 1,670 | 945 | 47 | * | 635.80 |
| | Std. Deviation | 16.18 | 12.50 | 12.36 | 11.72 | 11.6 | * | 12.21 |
| Hispanic | Mean | * | 86.57 | 85.28 | 85.96 | 83.90 | * | 85.61 |
| | N | * | 145 | 425 | 310 | 60 | * | 235.00 |
| | Std. Deviation | * | 11.89 | 12.10 | 11.22 | 12.84 | * | 11.84 |
| Multi | Mean | 84.44 | 85.96 | 86.04 | 86.98 | 85.86 | * | 86.34 |
| | N | 18 | 139 | 508 | 422 | 56 | * | 228.60 |
| | Std. Deviation | 11.20 | 10.57 | 11.48 | 10.49 | 11.25 | * | 11.00 |
| White | Mean | 81.97 | 86.14 | 85.47 | 85.43 | 84.91 | * | 85.44 |
| | N | 155 | 1,054 | 4,215 | 4,066 | 545 | * | 2,007.00 |
| | Std. Deviation | 11.55 | 10.56 | 10.78 | 10.98 | 11.80 | * | 10.91 |

Note: * Asian and Hispanic applicants composed less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year. In 2011, no racial or ethnic group composed more than two percent of the applicant pool.
+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 146: Statistical Test for Differences in Scores on the EQ Sustained Attention Subtest as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Mean Scores on the EQ Sustained Attention Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian | N/A | -0.65 | 0.24 | 1.76 | -0.46 | N/A | 0.33 |
| African-American | -0.95 | 0.04 | -0.38 | -4.13** | 0.34 | N/A | -1.26 |
| Hispanic | N/A | -0.41 | 0.31 | -0.80 | 0.58 | N/A | -0.22 |
| Multi | -0.88 | 0.19 | -1.05 | -2.87** | -0.60 | N/A | -1.17 |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Sustained Attention Subtest scores in the White sample.

**Table 147: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for EQ Sustained Attention Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Asian/White | N/A | -0.09 | 0.02 | 0.13 | -0.08 | N/A | 0.03 |
| African-American/White | -0.27 | 0.00 | -0.01 | -0.16 | 0.05 | N/A | -0.06 |
| Hispanic/White | N/A | -0.04 | 0.02 | -0.05 | 0.09 | N/A | -0.02 |
| Multi/White | -0.22 | 0.02 | -0.05 | -0.14 | -0.08 | N/A | -0.08 |

**Gender:** Table 148 shows the scale means and standard deviations as a function of gender. Table 149 shows that there is no statistically significant female/male difference on this scale based upon the average across years. Table 150 shows that gender differences are trivial. This subtest is not a barrier based on gender.

**Table 148: Descriptive Statistics of the EQ Sustained Attention Subtest as a Function of Gender**

| Gender | | EQ Sustained Attention Subtest | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average Across Years[+] |
| Female | Mean | 86.73 | 86.19 | 85.65 | 85.74 | 86.26 | 86.79 | 85.81 |
| | N | 44 | 509 | 1,668 | 1,199 | 149 | 66 | 605.83 |
| | Std. Deviation | 10.45 | 11.07 | 11.26 | 10.91 | 10.79 | 10.88 | 11.08 |
| Male | Mean | 82.56 | 86.34 | 85.47 | 85.77 | 84.43 | 84.70 | 85.57 |
| | N | 160 | 1,318 | 4,981 | 4,445 | 568 | 341 | 1,968.83 |
| | Std. Deviation | 12.41 | 11.23 | 11.31 | 11.19 | 11.96 | 11.83 | 11.32 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 149: Statistical Test for Differences in Score for the EQ Sustained Attention Subtest as a Function of Gender**

| Gender | Statistical Test for Difference in Mean Scores on the EQ Sustained Attention Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female | -2.24[*] | 0.26 | -0.55 | 0.10 | -1.79 | -1.41 | -0.47 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of higher EQ Sustained Attention Subtest scores in the male sample.

**Table 150: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for EQ Sustained Attention Subtest | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average Across Years |
| Female/Male | -0.35 | 0.01 | -0.02 | 0.00 | -0.16 | -0.18 | -0.02 |

**BARRIER ANALYSIS OF AT-SAT:**

On the basis of our review, we conclude that current use of the AT-SAT is a barrier to RNO and gender diversity for the FAA. The following components of the AT-SAT are barriers based on either race/ethnicity or gender:

- o  Dials Subtest
- o  Applied Math Subtest
- o  Angles Test Subtest
- o  The Letter Factory Subtest
    - ▪  The Letter Performance Subtest
- o  Air Traffic Scenarios Test (ATST)
    - ▪  ATST Efficiency Subtest
    - ▪  ATST Safety Subtest
    - ▪  ATST Procedures Subtest
- o  Analogies Correct Subtest

In addition, the decision to develop and use the highly qualified band has resulted in a substantial reduction in minority and gender representations in the FAA from the application sources that are required to take this test. The organization appeared not to question the consequences of this change in its score cut decision. Given that (a) the validity report indicated that the cut score of 70 was justified, (b) it warned about the adverse consequences of using the AT-SAT if alternative diversity recruiting methods were not adopted, and (c) several reports indicated that the AT-SAT was performing well in terms of adverse impact if a cut score of 70 was maintained, the FAA was not justified from a diversity perspective to use the highly qualified band to resolve a problem of too many applicants passing the test. The high passing rate was probably indicative of more underlying problems with the exam than inappropriate pass scores.

Further, as revealed in our results, several of the scales of the AT-SAT show substantial problems with regard to RNO and gender diversity. Specifically, the Dials Subtest, the Applied Math Subtest, the Angles Subtest, and the AT-Scenarios Efficiency and Safety scales caused problems with regard to both RNO and gender diversity. The Scan Subtest, the Letter Factory Situation Awareness and Performance Scales, the AT-SAT Scenarios Procedure scale, and the Analogies Correct Scale caused problems for RNO diversity. Overall, this is not surprising given that this portion of the AT-SAT is measuring cognitive ability. Steps should be explored to reduce the severity of the adverse impact of this instrument. For example, the 2001 validity report assesses the incremental validity for all of the AT-SAT scales. It should be noted that the validity report shows that not all the AT-SAT scales exhibit incremental validity (Waugh, 2001a). Specifically, as noted in the footnote for Table 5.5.2: "For $p < 0.05$ level of

significance, the incremental validity for a single scale must be greater than about 0.06 (the critical value varies from 0.055 to 0.062, depending upon the column)."

Examining Table 5.5.2 in Volume 2 of the original validity report reveals that the following AT-SAT Subtests do not show incremental validity for either the computer-based performance measure (CBPM) or the ratings criteria:

- ATST Safety Subtest
- Analogies Latency Subtest
- Dials Subtest
- Letter Factory Situational Awareness Subtest
- Letter Factory Performance Subtest

Focusing on just the rating criterion,[2] the number of cognitive Subtests that show incremental validity decreases. Thus, at the very least, the ATST: Safety scale, the Analogies: Latency, Dials Subtest, Letter Factory: Situational Awareness, and Letter Factory: Performance should be removed from the computation of the AT-SAT composite score. The 2001 validity document indicates that these scales do not provide incremental validity and these scales contribute to reduced RNO and gender diversity. The adverse impact of the final AT-SAT test could be reduced further if only the scales with incremental validity on the rating criteria were examined. The FAA should take corrective action by exploring the elimination of subtests that do not show incremental validity, and assessing the validity of various combinations of cognitive and noncognitive components in terms of subgroup differences.

Additionally, in our response to comments from the Agency regarding our initial draft report, we indicate that we are worried about the AT-SAT's validity due to lack of use of alternative forms, updating items, and potential breaches of test security. We have noted a problematic distribution shift in the AT-SAT not seen in other measures of cognitive ability (i.e., in contrast to predictions after reweighting of AT-SAT, over 90% of the applicants pass the test and the percentage of applicants passing the highly qualified cut-off has substantially increased especially in the last three years). While the underlying cause of this distribution shift is uncertain at this time, we strongly urge that all explanations for this shift warrant serious and immediate attention. It was because of the administrative burden caused by the magnitude of applicants passing the AT-SAT at this stage of the ATCS Centralized Hiring Process that the FAA adopted the highly qualified band and minimized use of the General Public application

---

[2]  According to Borman, Hedge, Hanson, Bruskiewicz, Mogilka, & Manning (2001), the CBPM is "patterned after the situational judgment test method. The basic idea was to have an air traffic scenario appear on the computer screen, allow a little time for the problem to evolve, and then freeze the screen and ask the examinee a multiple choice question about how to respond to the problem" (p. 2). Thus, the CBPM can be conceived as a cognitive multiple choice test of air traffic job knowledge. We contend that the CBPM criterion will be more cognitively loaded and reflect maximal job performance when the ATCSs know that they are being assessed. In contrast, while they have problems, job performance ratings are reflective of typical job performance.

source, and thereby inadvertently increased the adverse impact of the ATCS Centralized Hiring Process.

## DECISION POINT 3: PREPARATION OF THE REFERRAL LIST OF ELIGIBLE AND QUALIFIED APPLICANTS

The next step of the ATCS Centralized Hiring Process is the preparation of the referral list of eligible and qualified applicants.

**Race/Ethnicity:** Table 151 shows the descriptive statistics for the referrals for each racial/ethnic subgroup that composed more than two percent of the population over the period from 2006 to 2011. Table 152 shows the results of the statistical significance tests comparing the referral rate of each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, the White subgroup is referred significantly more often than African-Americans, Hispanics/Latinos, and the Multiracial subgroups. This is not the case for Asians.

Table 153 shows the adverse impact ratios of the referral rates. The effect sizes of these subgroup differences are shown in Table 154. They are medium for African-Americans and Multiracial subgroups but small for Asians and Hispanics/Latinos. For African Americans only, there is a statically significant difference in referral rates compared to Whites (based on the average across years). The adverse impact ratio associated with this difference is 0.61 (Tables 153) and the effect size is 0.48, we conclude that the process for preparation of the referral list of eligible and qualified applicants is a barrier only to African-Americans.

**Table 151: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function of Race/Ethnicity**

| Race/Ethnicity | | Referral | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average 2007–2011[+]** |
| Asian | Mean | 0.97 | 0.50 | 0.43 | 0.44 | 0.71 | 0.91 | 0.50 |
| | N | 33 | 254 | 469 | 408 | 85 | 92 | 261.60 |
| | Std. Deviation | 0.174 | 0.50 | 0.50 | 0.50 | 0.46 | 0.28 | 0.49 |
| African-American | Mean | 0.937 | 0.26 | 0.33 | 0.24 | 0.39 | 0.69 | 0.29 |
| | N | 205 | 3,586 | 4,202 | 3,094 | 363 | 231 | 2,295.20 |
| | Std. Deviation | 0.244 | 0.44 | 0.47 | 0.43 | 0.49 | 0.46 | 0.45 |
| Hispanic | Mean | 0.941 | 0.47 | 0.45 | 0.35 | 0.71 | 0.82 | 0.46 |
| | N | 135 | 632 | 926 | 796 | 163 | 141 | 531.60 |
| | Std. Deviation | 0.237 | 0.50 | 0.50 | 0.48 | 0.46 | 0.39 | 0.49 |
| Multi | Mean | * | 0.39 | 0.47 | 0.39 | 0.63 | 0.83 | 0.46 |
| | N | * | 668 | 1,165 | 1059 | 213 | 239 | 668.80 |
| | Std. Deviation | * | 0.49 | 0.50 | 0.49 | 0.48 | 0.38 | 0.49 |
| White | Mean | 0.94 | 0.51 | 0.54 | 0.46 | 0.68 | 0.83 | 0.54 |
| | N | 937 | 5,050 | 8,611 | 8,449 | 1,917 | 1,907 | 5,186.80 |
| | Std. Deviation | 0.237 | 0.50 | 0.50 | 0.50 | 0.47 | 0.38 | 0.49 |

Notes: * Multiracial applicants were less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 152: Statistical Test for Differences in Proportions for Referral Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Proportions for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011 |
| Asian | -0.72 | 0.31 | 4.91** | 0.88 | -0.50 | -2.17** | 0.69 |
| African-American | 0.16** | 23.35** | 22.14** | 21.46** | 10.48** | 5.06** | 16.50** |
| Hispanic | -0.05 | 1.80 | 5.56** | 6.19** | -0.68 | 0.30 | 2.63** |
| Multi | N/A | 5.44** | 4.69** | 4.08** | 1.51 | -0.12 | 3.12** |

Notes: $^{*}p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of the referral rate being greater for the White sample.

**Table 153: Adverse Impact Ratios for Referral Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 1.03 | 0.98 | 0.79 | 0.95 | 1.04 | 1.11 | 0.97 |
| African-American | 1.00 | 0.51 | 0.62 | 0.52 | 0.58 | 0.83 | 0.61 |
| Hispanic | 1.00 | 0.92 | 0.82 | 0.75 | 1.04 | 0.99 | 0.90 |
| Multi | N/A | 0.78 | 0.87 | 0.86 | 0.93 | 1.00 | 0.89 |

Note: The White population was used as the majority comparison group.

**Table 154: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian/White | -0.13 | 0.02 | 0.23 | 0.04 | -0.06 | -0.23 | 0.00 |
| African-American/White | 0.02 | 0.53 | 0.43 | 0.46 | 0.62 | 0.35 | 0.48 |
| Hispanic/White | 0.00 | 0.07 | 0.19 | 0.23 | -0.05 | 0.03 | 0.09 |
| Multi/White | N/A | 0.22 | 0.15 | 0.13 | 0.11 | -0.01 | 0.12 |

**Gender:** Table 155 shows the descriptive statistics for the referrals as a function of gender from 2006 to 2011. Table 156 shows the results of the statistical significance tests comparing the referral rate for males and females. As shown in this table, males and females significantly differ in their referral rates; however, the adverse impact ratio is above 0.80 and the effect size is below 0.20. Therefore, we conclude that the process for preparation of the referral list of eligible and qualified applicants is not a barrier based on gender.

Table 157 shows the adverse impact ratios for these referral rates. These ratios are all within the 4/5ths rule. The effect sizes of the gender differences are shown in Table 158, and they are small effects. We conclude, therefore, that the referral process for establishing eligible and qualified applicants is not a barrier based on gender.

**Table 155: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function of Gender**

| Gender | | Referral | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Female | Mean | 0.49 | 0.35 | 0.41 | 0.345 | 0.59 | 0.82 | 0.40 |
| | N | 527 | 2,774 | 3,750 | 2,970 | 477 | 454 | 2,085.00 |
| | Std. Deviation | 0.50 | 0.48 | 0.49 | 0.475 | 0.49 | 0.39 | 0.48 |
| Male | Mean | 0.56 | 0.44 | 0.49 | 0.414 | 0.66 | 0.82 | 0.49 |
| | N | 1,940 | 6,842 | 10,701 | 10,053 | 2,106 | 2,118 | 6,364.00 |
| | Std. Deviation | 0.50 | 0.50 | 0.50 | 0.493 | 0.47 | 0.39 | 0.49 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 156: Statistical Test for Differences in Proportions for Referral Decisions as a Function of Gender**

| Gender | Statistical Test for Difference in Proportions for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female | 2.90** | 8.57** | 8.55** | 6.72** | 2.93** | -0.05 | 5.34** |

Notes: * $p < 0.05$, ** $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of the referral rate being greater for the male sample.

**Table 157: Adverse Impact Ratios for Referral Decisions as a Function of Gender**

| Gender | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female | 0.87 | 0.78 | 0.84 | 0.83 | 0.89 | 1.00 | 0.87 |

Note: The male population was used as the majority comparison group.

**Table 158: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Referral Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female/Male | 0.08 | 0.19 | 0.16 | 0.14 | 0.15 | 0.00 | 0.13 |

## DECISION POINT 4: CENTRALIZED SELECTION PANEL

The next step of the ATCS Centralized Hiring Process is the evaluation of applicants by the Centralized Selection Panel, which involves selecting the candidates who can proceed to the interview stage.

**Race/Ethnicity:** Table 159 shows the descriptive statistics for the referrals for each racial/ethnic subgroup that composed more than two percent of the population over the period from 2006 to 2011. Table 160 shows the results of the statistical significance tests comparing the referral rate of each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, the White subgroup is referred significantly more often than African-Americans based on the average across years. In addition, Table 161 shows that the adverse impact ratio for this difference is below 0.80. Table 162 shows that effect size is above 0.20 based on the average across years. Therefore, we conclude the Centralized Selection Panel process is a barrier for African-Americans.

**Table 159: Proportion of Applicants Passing the Selection Stage as a Function of Race/Ethnicity**

| Race/Ethnicity | | Selected | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average 2007-2011[+]** |
| Asian | Mean | 0.31 | 0.48 | 0.40 | 0.20 | 0.20 | 0.48 | 0.35 |
| | N | 32 | 126 | 200 | 179 | 60 | 84 | 129.8 |
| | Std. Deviation | 0.47 | 0.50 | 0.49 | 0.40 | 0.40 | 0.50 | 0.46 |
| African-American | Mean | 0.17 | 0.31 | 0.22 | 0.13 | 0.18 | 0.36 | 0.23 |
| | N | 192 | 918 | 1404 | 742 | 142 | 159 | 673.00 |
| | Std. Deviation | 0.38 | 0.46 | 0.41 | 0.34 | 0.39 | 0.48 | 0.41 |
| Hispanic | Mean | 0.21 | 0.42 | 0.29 | 0.22 | 0.22 | 0.41 | 0.31 |
| | N | 127 | 296 | 413 | 276 | 115 | 115 | 243.00 |
| | Std. Deviation | 0.41 | 0.50 | 0.46 | 0.42 | 0.41 | 0.49 | 0.46 |
| Multi | Mean | * | 0.42 | 0.40 | 0.23 | 0.22 | 0.42 | 0.34 |
| | N | * | 263 | 546 | 418 | 134 | 198 | 311.80 |
| | Std. Deviation | * | 0.50 | 0.49 | 0.42 | 0.41 | 0.50 | 0.47 |
| White | Mean | 0.213 | 0.44 | 0.41 | 0.20 | 0.19 | 0.49 | 0.35 |
| | N | 881 | 2553 | 4669 | 3894 | 1304 | 1575 | 2799.00 |
| | Std. Deviation | 0.41 | 0.50 | 0.49 | 0.40 | 0.39 | 0.50 | 0.46 |

Notes: * Multiracial applicants were less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 160: Statistical Test for Differences in Selection Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Proportions for Selection Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | -1.35 | -0.71 | 0.37 | 0.22 | -0.25 | 0.16 | -0.04 |
| African-American | 1.27 | 6.87** | 13.22** | 4.64** | 0.12 | 3.03 | 5.58** |
| Hispanic | 0.00 | 0.72 | 4.84** | -0.89 | -0.79 | 1.57 | 1.09 |
| Multi | N/A | 0.68 | 0.63 | -1.54 | -0.82 | 1.75 | 0.14 |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of the selected rate being greater for the White sample.

**Table 161: Adverse Impact Ratios for Selection Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Selection Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 1.47 | 1.07 | 0.97 | 0.97 | 1.07 | 0.98 | 1.01 |
| African-American | 0.81 | 0.71 | 0.53 | 0.64 | 0.98 | 0.74 | 0.72 |
| Hispanic | 1.00 | 0.95 | 0.70 | 1.11 | 1.16 | 0.84 | 0.95 |
| Multi | N/A | 0.95 | 0.97 | 1.16 | 1.16 | 0.86 | 1.02 |

Note: The White population was used as the majority comparison group.

**Table 162: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Selection Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007-2011 |
| Asian/White | -0.24 | -0.07 | 0.03 | 0.02 | -0.03 | 0.02 | -0.01 |
| African-American/White | 0.10 | 0.27 | 0.41 | 0.19 | 0.01 | 0.25 | 0.23 |
| Hispanic/White | 0.00 | 0.04 | 0.25 | -0.06 | -0.08 | 0.15 | 0.06 |
| Multi/White | N/A | 0.50 | 0.49 | -0.08 | 0.39 | 0.50 | 0.36 |

**Gender:** Table 163 shows the descriptive statistics for the referrals as a function of gender from 2006 to 2011. Table 164 shows the results of the statistical significance tests comparing the

referral rate for males and females. As shown in this table, there is a statistically significant difference based on the average across years. There are no real patterns of statistical significance across years.

**Table 163: Proportion of Applicants Passing the Referral Stage of the ATCS as a Function of Gender**

| Gender | | Selected | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Weighted Average 2007–2011[+]** |
| Female | Mean | 0.26 | 0.38 | 0.30 | 0.17 | 0.23 | 0.45 | 0.30 |
| | N | 238 | 957 | 1,545 | 1,025 | 282 | 372 | 836.20 |
| | Std. Deviation | 0.44 | 0.49 | 0.46 | 0.38 | 0.42 | 0.50 | 0.45 |
| Male | Mean | 0.20 | 0.43 | 0.39 | 0.20 | 0.19 | 0.47 | 0.34 |
| | N | 1,025 | 3,007 | 5,280 | 4,160 | 1,394 | 1,732 | 3,114.60 |
| | Std. Deviation | 0.40 | 0.50 | 0.49 | 0.40 | 0.39 | 0.50 | 0.46 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 164: Statistical Test for Differences in Selection as a Function of Gender**

| Gender | Statistical Test for Difference in Proportions for Selection Decisions | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female | -1.91 | 2.79[**] | 6.81[**] | 2.24[**] | -1.43 | 0.46 | 2.17[**] |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of the selected rate being greater for the male sample.

Table 165 shows the adverse impact ratios with regard to these referral rates. As shown, these ratios are all within the 4/5ths rule. The effect sizes of these gender differences are shown in Table 166, and they are trivial based on the average across years.

Table 165: Adverse Impact Ratios for Differences in Proportions for Selection Decisions as a Function of Gender

| Gender | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Selection Decisions | | | | | | |
|--------|------|------|------|------|------|------|--------------------|
|        | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female | 1.28 | 0.88 | 0.76 | 0.85 | 1.19 | 0.97 | 0.93 |

Note: The male population was used as the majority comparison group.

Table 166: Effect Size Estimates of the Adverse Impact Effects

| Gender | D-ratios for Selection Decisions | | | | | | |
|--------|-------|------|------|------|-------|------|--------------------|
|        | 2006  | 2007 | 2008 | 2009 | 2010  | 2011 | Average 2007–2011 |
| Female/Male | -0.14 | 0.10 | 0.20 | 0.08 | -0.09 | 0.03 | 0.06 |

Based on the results shown in table 164 through 166, we conclude that the Centralized Selection Panel process is not a barrier based on gender.

BARRIER ANALYSIS OF THE CENTRALIZED SELECTION PANELS (CSP)

We interviewed 17 participants who were involved with the CSPs. From these interviews, we learned that new CSP members do not receive formal training. Rather they receive on-the-job training from the lead CSP participant. Not surprisingly, the nature of this informal training varied. Some of the interviewees described themselves as full participants the first time, others indicated that they "reviewed applications and the lead CSP person checked in occasionally to see how it was going" whereas others indicated that they were only observers the first time. It should be noted that all participants in our discussions remarked that the HR specialists do a good job with their briefing at the beginning of the CSP sessions and that the HR specialists are available to answer any questions during the CSP sessions. One CSP interview participant mentioned that the HR specialists watched over the participant when as a new member to ensure appropriate adherence to HR policies and practices.

There were other problems identified in this decision point besides unstandardized training. First, some CSP participants indicated that they called applicant references, whereas others said that they never called references. Second, the CSP participants indicated that some applicants provided their actual GPA and AT-SAT test score on their applications. Indeed, some of the CSP participants indicated that they encourage applicants to do so when the applicant has a high AT-SAT or GPA so that they would "stick out" from the pool of applicants. Third, some CSP participants indicated that the applicant location preference was

controversial. In particular, some participants indicated the FAA might lose talented applicants if the location preference requirement was strictly adhered to, meaning they sometimes would not apply the rule. Other CSP participants whom we interviewed indicated that they understood the reasons why the location preferences requirement was instituted and that they stick to the applicant's stated preferences. At the very least, the location preference and its limitation could potentially create RNO diversity issues. Further, there are issues with regard to which CSP participants sometimes do not pay attention to the applicants stated location preferences. Finally, the CSP participants that we interviewed indicated that there are lists of names that are brought to the CSP meeting of high potential applicants. One of the CSP participants indicated during our interview that he/she has reviewed an applicant that he/she had known previously. A more formal policy regarding this potential conflict of interest needs to be established, or if already established, more formally reinforced.

## DECISION POINT 5: INTERVIEW

The 17 CSP participants were also asked about their experience with the interview. Overall, CSP participants indicated that it is a situational interview. They used to receive a manual to ensure they could be certified as an interviewer. Training is now online. Several CSP participants indicated that all the interview questions are "out" and applicants come to the interview completely prepared. Indeed, one CSP participant indicated that the length of the interviews has shortened over the years because applicants are so well prepared and the interview questions have not been updated over the years. Another problem with the interview is the quality of note taking by the interviewers and the extent to which they can document their ratings. A few of the participants we interviewed indicated that when interviewers' ratings are challenged, the notes often do not justify the actual ratings that were given to the applicant. Thus, the interview is not an effective tool for the FAA in its current form. However, research shows that it can be used effectively. This requires more consistent updating of questions as well as a rigorous certification process that is maintained by a body within the FAA.

Our review of the interview data indicated that there was no adverse impact. This was due to the fact that the pass rates on this decision point are over 85% for all RNO and gender subgroups.

## DECISION POINT 6: MEDICAL CLEARANCE

Table 167 shows the analyses for the medical clearance. No adverse impact was found for either RNO or gender diversity.

**Table 167: Pass Rate for Medical Clearance**

| Race/Ethnicity | Number of People who Reached Stage | Pass Rate for General Medical | Pass Rate for MMPI |
|---|---|---|---|
| African-American | 431 | 0.97 | 0.97 |
| Hispanic | 174 | 0.98 | 0.97 |
| Multi | 300 | 0.98 | 0.97 |
| White | 2,728 | 0.87 | 0.8 |
| **Gender** | | | |
| Female | 694 | 0.99 | 0.99 |
| Male | 2,907 | 0.99 | 0.98 |
| Total | 4,015 | 0.99 | 0.98 |

## DECISION POINT 7: SECURITY CLEARANCE

The final decision point for applicants is the security clearance process. Applicants who successfully pass the security clearance are offered a job. This section has two components: the conditional suitability approval and the final suitability approval. For the conditional suitability, applicants pass an initial screening such as a credit check. The final suitability approval is the complete clearance including a background check.

### SECURITY CLEARANCE: CONDITIONAL SUITABILITY

**Race/Ethnicity:** Table 168 shows the descriptive statistics for the conditional security clearance for each racial/ethnic subgroup that composed more than two percent of the population over the period from 2006 to 2011. Table 169 shows the results of the statistical significance tests comparing the conditional security clearance rate comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, there were some significant differences between the White subgroup and African-Americans. The difference for African-Americans is statistically significant based on the average across years.

**Table 168: Proportion of Applicants Passing the Security Clearance: Conditional Suitability Stage as a Function of Race/Ethnicity**

| Race/ Ethnicity | | Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Asian | Mean | 0.00 | 0.10 | 0.51 | 0.75 | 0.86 | 0.64 | 0.49 |
| | N | 3 | 62 | 91 | 40 | 14 | 42 | 49.80 |
| | Std. Deviation | 0.00 | 0.30 | 0.50 | 0.44 | 0.36 | 0.49 | 0.44 |
| African-American | Mean | 0.05 | 0.12 | 0.41 | 0.59 | 0.65 | 0.58 | 0.34 |
| | N | 21 | 390 | 419 | 132 | 37 | 65 | 208.60 |
| | Std. Deviation | 0.22 | 0.32 | 0.49 | 0.49 | 0.48 | 0.50 | 0.43 |
| Hispanic | Mean | 0.11 | 0.10 | 0.46 | 0.68 | 0.70 | 0.69 | 0.44 |
| | N | 9 | 125 | 168 | 87 | 30 | 49 | 91.80 |
| | Std. Deviation | 0.33 | 0.30 | 0.50 | 0.47 | 0.47 | 0.47 | 0.44 |
| Multi | Mean | * | 0.08 | 0.51 | 0.73 | 0.79 | 0.71 | 0.49 |
| | N | * | 157 | 291 | 122 | 38 | 94 | 140.40 |
| | Std. Deviation | * | 0.27 | 0.50 | 0.45 | 0.41 | 0.46 | 0.44 |
| White | Mean | 0.022 | 0.11 | 0.51 | 0.74 | 0.80 | 0.63 | 0.48 |
| | N | 92 | 1,418 | 2,543 | 985 | 289 | 819 | 1,210.80 |
| | Std. Deviation | 0.147 | 0.32 | 0.50 | 0.44 | 0.40 | 0.48 | 0.45 |

Notes: * Multi-ethnic applicants were less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year.
+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 169: Statistical Test for Differences in Security Clearance:  Conditional Suitability Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Proportions for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 0.26 | 0.25 | 0.00 | -0.14 | -0.55 | -0.13 | -0.11 |
| African-American | -0.67 | -0.55 | 3.57[**] | 3.61[**] | 2.08[*] | 0.80 | 1.90[**] |
| Hispanic | -1.50 | 0.34 | 1.18 | 1.22 | 1.28 | -0.85 | 0.63 |
| Multi | N/A | 1.15 | -0.13 | 0.24 | 0.14 | -1.53 | -0.03 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of the conditional security clearance rate being greater for the White sample.

Table 170 shows the adverse impact ratios of the conditional clearance rates. None of the adverse impact ratios are below 0.80 and all are either 1 or close to 1. The effect sizes of these subgroup differences are shown in Table 171, and they are all small-to-medium effects. Given that the adverse impact ratios are 1 or close to 1 and the effect sizes are generally small, we conclude that the Security Clearance: Conditional Suitability is not a barrier based on race/ethnicity.

**Table 170: Adverse Impact Ratios for in Security Clearance:  Conditional Suitability Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007– 2011 |
| Asian | 0.00 | 0.91 | 1.00 | 1.01 | 1.08 | 1.02 | 1.00 |
| African-American | 2.18 | 1.09 | 0.81 | 0.80 | 0.81 | 0.92 | 0.89 |
| Hispanic | 5.05 | 0.91 | 0.91 | 0.92 | 0.88 | 1.10 | 0.94 |
| Multi | N/A | 0.73 | 1.01 | 0.99 | 0.99 | 1.13 | 0.97 |

Note: The White population was used as the majority comparison group.

**Table 171: Effect Size Estimates of the Adverse Impact Effects**

| Race/Ethnicity | D-ratios for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian/White | 0.15 | -0.07 | 0.00 | -0.02 | -0.15 | -0.15 | -0.08 |
| African-American/White | -0.16 | 0.27 | 0.19 | 0.34 | 0.36 | 0.36 | 0.30 |
| Hispanic/White | -0.53 | 0.04 | 0.09 | 0.14 | 0.23 | 0.23 | 0.15 |
| Multi/White | N/A | 0.04 | -0.01 | 0.03 | 0.02 | 0.02 | 0.02 |

**Gender:** Table 172 shows the descriptive statistics for the conditional clearance as a function of gender from 2006 to 2011. Table 173 shows the results of the statistical significance tests comparing the conditional clearance rate for males and females. As shown in this table, no pattern of statistical significant difference emerges over time. There is no statistically significant difference based on the average across years.

**Table 172: Proportion of Applicants Passing the Security Clearance: Conditional Suitability Stage as a Function of Gender**

| Gender | | Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Female | Mean | 0.04 | 0.12 | 0.48 | 0.71 | 0.69 | 0.64 | 0.45 |
| | N | 27 | 422 | 600 | 234 | 84 | 185 | 305 |
| | Std. Deviation | 0.19 | 0.33 | 0.50 | 0.46 | 0.47 | 0.48 | 0.45 |
| Male | Mean | 0.03 | 0.11 | 0.50 | 0.72 | 0.81 | 0.64 | 0.47 |
| | N | 100 | 1,641 | 2,712 | 1,071 | 314 | 872 | 1,322 |
| | Std. Deviation | 0.17 | 0.31 | 0.50 | 0.45 | 0.39 | 0.48 | 0.44 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 173: Statistical Test for Differences in Security Clearance: Conditional Suitability Decisions as a Function of Gender**

| Gender | Statistical Test for Difference in Proportions for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female | -0.26 | -0.58 | 0.89 | 0.31 | 2.38[**] | 0.00 | 0.60 |

Notes: [*] $p < 0.05$, [**] $p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of the conditional security clearance rate being greater for the male sample.

Table 174 shows the adverse impact ratios for conditional clearance rates. As shown, these ratios are all within the 4/5ths rule. The effect sizes of these gender differences are shown in Table 175, and they are 0.10 based upon the average across years. Therefore, we conclude that the Conditional Security Clearance is not a barrier based on gender.

**Table 174: Adverse Impact Ratios for Security Clearance: Conditional Suitability Decisions as a Function of Gender**

| Gender | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female | 1.33 | 1.09 | 0.96 | 0.99 | 0.85 | 1.00 | 0.98 |

Note: The male population was used as the majority comparison group.

**Table 175: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Security Clearance: Conditional Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **Average 2007–2011** |
| Female/Male | -0.04 | -0.04 | 0.04 | 0.04 | 0.30 | 0.30 | 0.13 |

SECURITY CLEARANCE: FINAL SUITABILITY

**Race/Ethnicity**: Table 176 shows the descriptive statistics for the Security Clearance: Final Suitability for each racial/ethnic subgroup that composed more than two percent of the population over the period from 2006 to 2011. Table 177 shows the results of the statistical significance tests comparing the final suitability security clearance rate, comparing each minority racial/ethnic subgroup to the majority White subgroup. As shown in this table, there were no consistent patterns of significance. None of the differences are statistically significant based on the average across years.

**Table 176: Proportion of Applicants Passing the Security Clearance: Final Suitability Stage as a Function of Race/Ethnicity**

| Race/ Ethnicity | | Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Asian | Mean | 0.00 | 0.05 | 0.29 | 0.53 | 0.64 | 0.29 | 0.29 |
| | N | 3 | 62 | 91 | 40 | 14 | 42 | 49.80 |
| | Std. Deviation | 0.00 | 0.22 | 0.45 | 0.51 | 0.50 | 0.46 | 0.42 |
| African-American | Mean | 0.05 | 0.11 | 0.42 | 0.67 | 0.62 | 0.37 | 0.34 |
| | N | 21 | 380 | 419 | 132 | 37 | 65 | 206.60 |
| | Std. Deviation | 0.22 | 0.31 | 0.50 | 0.47 | 0.49 | 0.49 | 0.43 |
| Hispanic | Mean | 0.11 | 0.09 | 0.40 | 0.59 | 0.40 | 0.37 | 0.35 |
| | N | 9 | 125 | 168 | 87 | 30 | 49 | 91.80 |
| | Std. Deviation | 0.33 | 0.28 | 0.49 | 0.50 | 0.50 | 0.49 | 0.45 |
| Multi | Mean | * | 0.07 | 0.44 | 0.50 | 0.39 | 0.33 | 0.35 |
| | N | * | 157 | 291 | 122 | 38 | 94 | 140.40 |
| | Std. Deviation | * | 0.26 | 0.50 | 0.50 | 0.50 | 0.47 | 0.45 |
| White | Mean | 0.022 | 0.08 | 0.45 | 0.66 | 0.66 | 0.39 | 0.40 |
| | N | 92 | 1,418 | 2,543 | 985 | 289 | 819 | 1,210.80 |
| | Std. Deviation | 0.147 | 0.28 | 0.50 | 0.48 | 0.48 | 0.49 | 0.45 |

Notes: * Multiethnic applicants were less than two percent of the applicant pool in 2006 and thus, consistent with the 1978 Uniform Guidelines, were not analyzed for that year.

+ The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

**Table 177: Statistical Test for Differences in Security Clearance: Final Suitability as a Function of Race/Ethnicity**

| Race/ Ethnicity | Statistical Test for Difference in Proportions for Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 0.26 | 0.86 | 3.00** | 1.70 | 0.15 | 1.30 | 1.40 |
| African-American | -0.67 | -1.85 | 0.88 | -0.23 | 0.48 | 0.32 | -0.08 |
| Hispanic | -1.50 | -0.39 | 1.16 | 1.32 | 2.82** | 0.28 | 1.04 |
| Multi | N/A | 0.44 | 0.16 | 3.48 | 3.24** | 1.13 | 1.69 |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The White population was used as the majority comparison group. Positive Z-scores are indicative of the final security clearance rate being greater for the White sample.

Table 178 shows the adverse impact ratios of the final suitability clearance rates. The adverse impact ratios are near or above 0.80. The effect sizes of these subgroup differences are shown in Table 179, and they are all small effects. We conclude that the Security Clearance: Final Suitability is not a barrier based on race/ethnicity.

**Table 178: Adverse Impact Ratios for Security Clearance: Final Suitability Decisions as a Function of Race/Ethnicity**

| Race/ Ethnicity | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions for Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian | 0.00 | 0.63 | 0.64 | 0.80 | 0.97 | 0.74 | 0.76 |
| African-American | 2.18 | 1.38 | 0.95 | 1.02 | 0.94 | 0.95 | 1.05 |
| Hispanic | 5.05 | 1.13 | 0.90 | 0.89 | 0.61 | 0.95 | 0.90 |
| Multi | N/A | 0.88 | 0.99 | 0.76 | 0.59 | 0.85 | 0.81 |

Note: The White population was used as the majority comparison group.

**Table 179: Effect Size Estimates of the Adverse Impact Effects**

| Race/ Ethnicity | D-ratios for Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Asian/White | 0.15 | 0.11 | 0.32 | 0.28 | 0.03 | 0.03 | 0.15 |
| African-American/White | -0.16 | -0.11 | 0.05 | -0.02 | 0.08 | 0.08 | -0.02 |
| Hispanic/White | -0.53 | -0.04 | 0.09 | 0.15 | 0.54 | 0.54 | 0.26 |
| Multi/White | N/A | 0.04 | 0.01 | 0.33 | 0.55 | 0.55 | 0.30 |

**Gender:** Table 180 shows the descriptive statistics for the conditional clearance as a function of gender from 2006 to 2011. Table 181 shows the results of the statistical significance tests comparing the conditional clearance rate for males and females. As shown in this table, no statistically significant differences were found. The adverse impact ratio is above 0.80 and the effect size is near zero. We conclude that the Security Clearance: Final Suitability is not a barrier based on gender.

**Table 180: Proportion of Applicants Passing the Security Clearance: Final Suitability Stage as a Function of Gender**

| Gender | | Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Weighted Average 2007–2011[+] |
| Female | Mean | 0.04 | 0.08 | 0.41 | 0.61 | 0.60 | 0.42 | 0.36 |
| | N | 27 | 422 | 600 | 234 | 84 | 185 | 305 |
| | Std. Deviation | 0.19 | 0.28 | 0.49 | 0.49 | 0.49 | 0.49 | 0.44 |
| Male | Mean | 0.03 | 0.08 | 0.44 | 0.64 | 0.61 | 0.36 | 0.38 |
| | N | 100 | 1,641 | 2,712 | 1,071 | 314 | 872 | 1,322 |
| | Std. Deviation | 0.17 | 0.27 | 0.50 | 0.48 | 0.49 | 0.48 | 0.45 |

Note: + The average per year is a weighted average computed by summing the yearly proportion multiplied by the sample size for that year. This summation is divided by the total sample size for an ethnicity across the six years of data. The average standard deviation was computed by first converting the yearly entries into variances and multiplying them by their degrees of freedom. This summed product was then divided by the total sample size minus 6 and the square root of the result was obtained to yield the average standard deviation.

Barrier Analysis of ATCS Centralized Hiring Process, 151

**Table 181: Statistical Test for Differences in Security Clearance: Final Suitability Decisions as a Function of Gender**

| Gender | Statistical Test for Difference in Proportions for Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female | -0.26 | 0.00 | 1.34 | 0.86 | 0.17 | -1.53 | 0.17 |

Notes: $^*p < 0.05$, $^{**}p < 0.01$
The male population was used as the majority comparison group. Positive Z-scores are indicative of the final security clearance rate being greater for the male sample.

Table 182 shows the classic adverse impact ratios with regard to these conditional clearance rates. As shown, these ratios are all within the 4/5ths rule. The effect sizes of these gender differences are shown in Table 183, and they are small effects.

**Table 182: Adverse Impact Ratios for Security Clearance: Final Suitability Decisions as a Function of Gender**

| Gender | Adverse Impact Ratios (4/5ths Rule) for Difference in Proportions For Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female | 1.33 | 1.00 | 0.93 | 0.95 | 0.98 | 1.17 | 1.01 |

Note: The male population was used as the majority comparison group.

**Table 183: Effect Size Estimates of the Adverse Impact Effects**

| Gender | D-ratios for Security Clearance: Final Suitability | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Average 2007–2011 |
| Female/Male | -0.04 | -0.01 | 0.06 | 0.09 | 0.03 | 0.03 | 0.04 |

## RECOMMENDED ROOT CAUSE CORRECTIVE ACTIONS TO ELIMINATE BARRIERS

Evidence of barriers was found for racial/ethnic minorities at the first four decision points.

1. Qualification determination of applications
2. AT-SAT testing phase
3. Preparation of the referral list of eligible and qualified applicants
4. Centralized Selection Panel determination of applicants to proceed to interview

No evidence of barriers was found for the other decision points.

5. Interview
6. Medical clearance process

7. Security clearance process

Based upon our review, we recommend that a positive climate for RNO and gender diversity be established. RNO and gender diversity needs to be considered a high priority and any changes to the ATCS selection system should be documented prior to adoption. We further recommend the following corrective actions:

☐ The technical quality of the entire ATCS Centralized Hiring Process should be improved.
   o The process needs standardization, monitoring, and overall improvement on an on-going basis.
   o A committee should be established that is responsible for monitoring and improving the ATCS Centralized Hiring Process.
      ▪ The committee could be an existing FAA unit/division or a committee of persons drawn from various units throughout the FAA who have some responsibility for input with regard to ATCS hiring.

☐ There should be continued efforts to reach out to the national community to educate populations about the job.

☐ Qualification Decision Point:
   o There needs to be a more standardized process for HR specialists to evaluate the qualifications of applicants.
   o CTI School placement needs to be reconsidered with regard to diversity
   o CTI School Differential Effectiveness
      ▪ Barr et al. (2011) report that not all AT-CTI programs are equal. As indicated in that report, the FAA needs to track the success of the graduates from each school. AT-CTI schools differ in equipment (e.g., simulations time and equipment) and the length of training (e.g., two year versus four year) given to the students. The Barr et al. (2011) report recommends categorizing the AT-CTI schools by levels based upon the strength of the program's curriculum. Analyzing the quality of these schools as well as their diversity is highly recommended.

☐ RNO and gender diversity should be explicitly considered when determining the sources for the applicants in each upcoming recruitment year.

☐ Efforts need to continue to reach out to diverse RNO groups and to females/males to provide information about the nature of ATCS position.

☐ AT-SAT Decision Point:

   o The agency should not use a primarily cognitively loaded test to select applicants from the General Public for a job in which required competencies are trained.

- There is little if any evidence that the AT-SAT predicts subsequent on-the-job performance of actual applicants, therefore, evidence of its validity for applicants should be generated.
- Use of a highly qualified band creates RNO and gender diversity problems and is not justified. It is recommended that a cut score of 70 be used.
- There are alternative ways of combining multiple predictors to handle applicant volume.
- Our overall recommendation is to revise the way AT-SAT is used for the short-term, and long-term to replace AT-SAT.
  - Update items for those components of the test that can be shown to be valid.
  - Revise the test so that it assesses cognitive abilities in the context of how those abilities are used on the job while keeping RNO and gender diversity in mind.
  - Conduct a search for additional predictors to add to the selection protocol.
  - Apply a multihurdle approach to reduce adverse impact.
  - Complete any validation projects associated with AT-SAT immediately and use that information to revise the hiring process.

- CSP Decision Point:

  - Remove inconsistencies in the CSP process
    - Either prohibit calls to applicant references or mandate that all references be called.
  - Ensure that everyone understands the goals of the CSP
    - Some CSP participants assume that applicants have already been screened (are already qualified for job), and think their job is to identify facility/geographical placement.
  - Reconsider the use of location preferences of applicants
  - Develop a standardized training process for new CSP members
  - Control the information that the CSP receives
    - Exploratory items on the application should be eliminated so that CSP participants do not see them.
    - Applicants' self-entry of AT-SAT and other scores on their application should be prevented.
  - A policy needs to be established and/or enforced regarding conflicts of interest in CSP recruitment (e.g., forwarding an applicant to next stage of process because a CSP member knows the applicant personally).

- Interview Decision Point:

  - The interview needs to be standardized and brought up to professional standards.
  - New questions need to be written and updated frequently.

o   Rigorous frame of reference training needs to be implemented.
o   Standards need to be established for who is qualified and motivated to be an interviewer.
o   Periodic recertification of interviewer skills is needed.

**Study Limitations/Challenges**

☐ The barrier analysis was underway for several years and, due to a variety of circumstances, the final product was rendered unacceptable. It did not meet the needs of Federal Aviation Administration and/or the other stakeholders.

> Outtz and Associates were brought in on a very short turnaround and faced with a great deal of challenges at the onset of this undertaking. The ATCS Centralized Hiring Process roles and responsibilities are channeled throughout several organizations that are subsets to ATO. Many are housed within ATO but several are divisions within the human resources community and have a unique relationship to the hiring process. All these partner and stakeholder roles were not always apparent or well defined. The data that were necessary to complete the barrier analysis were drawn from all these sources and identifying which source retained the data was time consuming and challenging. As such, there will be lessons learned from this process that will serve the FAA as it proceeds with the barrier analysis process.

☐ Finding the expert in various stages of the process and being able to convey the stage of the process with clarity and ownership was not available to the contractors early on in the collection of data.

☐ The data was not available at the time the contract was awarded for a great number of reasons. We learned that the data and the data collection process changed as decisions involving the hiring sources changed. Identifying all of the changes became problematic.

☐ We had to identify the principals, roles, and responsibilities early on and acquiring participation from all parties (information offices) was necessary to alleviate contract work stoppage. The FAA intervened several times to ensure that it was working on locating the data and getting it to us within the time constraints.

☐ The Secretary of Transportation and the Acting Administrator of the Federal Aviation Administration were contacted by leading advocates of civil rights organizations on the lack of progress in producing any tangible reports of a barrier analysis on a major occupation that has such vital national interest of the national airspace. This exacerbated the time limitations under which the study had to be conducted.

☐ There were a number of external stakeholders who expressed their desire to have the barrier analyses completed through Congress, national forums, and organizations that advocate actively against employment barriers and discrimination. Several meetings were held with these groups on an abbreviated timeline to complete the barrier analysis due to the concerns that each of these groups brought to the FAA. We heard from other stakeholders, congressional offices representing their constituents, and two congressmen. These stakeholders were dissatisfied with the lack of timeliness of producing results and placed stringent time lines to complete the product in fiscal year 2012.

# REFERENCES

Barr, M., Brady, T, Koleszar, G., New, M., & Pounds, J. (2011). *FAA Independent Review Panel on the Selection, Assignment, and Training of Air Traffic Control Specialists (Final Report).* September 22, 2011.

Borman, W.C., Hedge, J.W., Hanson, M.A., Bruskiewicz, K.T., Mogilka, H., & Manning, C. (2001). Development of Criterion Measures of Air traffic Controller Performance. In R.A. Ramos, M.C. Heil, & C.A. Manning (Eds.), *Documentation of Validity for the AT-SAT Computerized Test Battery Volume II.* (DOT/FAA/AM-01/6). Washington, DC: Federal Aviation Administration Office of Aviation Medicine. http://www.faa.gov/data_research/research/med_humanfacs/oamtechreports/2000s/2001/.

Cohen, J. (1988). *Statistical Power Analysis for the Behavioral Sciences (Second Ed).* Hillsdale, NJ: Lawrence Erlbaum.

Dattel, A.R. & King, R.E. (2006). Reweighting AT-SAT to Mitigate Group Score Differences (DOT/FAA/AM-06/16). Washington, DC: FAA Office of Aerospace Medicine.http://www.faa.gov/data_research/research/med_humanfacs/oamtechreports/2000s/media/200616.pdf.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1978). Uniform Guidelines on Employee Selection Procedures. Federal Register, 43 (166), 38290-39315.

Hanges, P. J., Salmon, E.D., & Aiken, J.R. (in press). Legal Issues in Industrial Testing and Assessment. In K.F. Geisinger (Ed.-in-Chief), B.A. Bracken, J.F. Carlson, J.C. Hansen, N.R. Kuncel, S.P. Reise, & M.C. Rodriguez (Assoc. Eds.), *APA Handbooks in Psychology: APA Handbook of Testing and Assessment in Psychology*: *Vol. 1. Test Theory and Testing and Assessment in Industrial and Organizational Psychology*. Washington, DC: American Psychological Association.

Hanges, P.J. & Wang, M. (2012). Seeking the Holy Grail in Organizational Science: Uncovering Causality through Research Design. (pp. 79-116). In S.W.J. Kozlowski (Ed.), *The Oxford Handbook of Organizational Psychology.* New York: Oxford University Press.

King, R.E., Manning, C.A. & Dreschler, G.K. (2007). Operational Use of the Air Traffic Selection and Training Battery, (DOT/FAA/AM-07/14).Washington, DC: FAA Office of Aerospace Medicine. http://www.faa.gov/data_research/research/med_humanfacs/oamtechreports/2000s/media/200714.pdf

Mattson, P. R. (2006). *Air Traffic Control Career Prep: A Comprehensive Guide to One of the Best-Paying Federal Government Careers, Including Test Preparation for the Initial ATC Exams*. Newcastle, WA: Aviation Supplies and Academics.

Raudenbush, S. W. & Bryk, A.S. (2002). Hierarchical Linear Models: Applications and Data Analysis Methods (Advanced Quantitative Techniques in the Social Sciences). Thousand Oaks, CA: SAGE Publications.

Roch, Woehr, Mishra & Kieszczynska. (2012).

Rosenthal, R. (1991). *Meta-Analytic Procedures for Social Research*. Newbury Park, CA: SAGE Publications.

Schmidt, F.L. & Hunter, J.E. (1990). *Methods of Meta-Analysis: Correcting Error and Bias in Research Findings*. Newbury Park, CA: SAGE Publications.

Waugh, G. (2001a). Predictor-criterion analyses. In R.A. Ramos, M.C. Heil, & C.A. Manning (Eds.), *Documentation of Validity for the AT-SAT Computerized Test Battery Volume II*. (DOT/FAA/AM-01/6). Washington, DC: Federal Aviation Administration Office of Aviation Medicine. http://www.faa.gov/data_research/research/med_humanfacs/oamtechreports/2000s/2001/.

Waugh, G. (2001b). Analyses of Group Differences and Fairness. In R.A. Ramos, M.C. Heil, & C.A. Manning (Eds.), *Documentation of Validity for the AT-SAT Computerized Test Battery Volume II*. (DOT/FAA/AM-01/6). Washington, DC: Federal Aviation Administration Office of Aviation Medicine. Available from http://www.faa.gov/data_research/research/med_humanfacs/oamtechreports/2000s/2001/.

# GLOSSARY OF TERMS

**Adverse Impact** – A substantially different rate of selection in hiring, promotion, or other employment decision that works to the disadvantage of members of a race, sex, or ethnic group.

**Air Traffic Collegiate Training Initiative** (AT-CTI) – The FAA has partnerships with many colleges and universities. These schools offer two- and four-year nonengineering aviation degrees that teach basic courses in air traffic control. The program is designed to provide qualified applicants to fill developmental air traffic control specialist positions.

**Air Traffic Control Specialist** (ATCS) – A civilian employee who is actively engaged in the separation and control of air traffic; or providing preflight, in-flight, or airport advisory service to aircraft operators. Also included in this definition is an employee who is the immediate (first-level) supervisor of an air traffic controller as defined above.

**Analysis** – The process of identifying a question or issue to be addressed and examining the issue, investigating the results, interpreting the results, and possibly making a recommendation. Analysis typically involves using scientific or mathematical methods for evaluation.

**Applicant** – Any individual who is a candidate for initial employment into an ATCS position.

**Applicant Flow Data** – Information reflecting characteristics of the pool of individuals applying for an employment opportunity.

**Assessment** – Process of measuring or judging the value or level of something.

**Attrition** – Number of new hires who are no longer in the ATC training program.

**AVIATOR** – Automated Vacancy Information Access Tool for Online Referral – Generates vacancy announcements and automatically posts them to the FAA and USAJOBS websites.

**Barrier** – A policy, practice, or procedure that limits or tends to limit employment opportunities for members of a particular race, gender, ethnic background, or because of a disability.

**Barrier Analysis** – A process that examines relevant data, trends and benchmarks to identify a policy, practice or procedure that limits or tends to limit employment opportunities.

**Centralized Selection Panel** (CSP) – A panel consisting of managers from selected air traffic facilities that assigns candidates using a referral list.

**Certified Professional Controller** (CPC) – An applicant becomes a CPC once he/she has completed all the required training and has been tested and certified on the necessary air traffic instruments.

**Civilian Labor Force** (CLF) – Data collected and compiled by the U.S. Census Bureau for persons 16 years of age and over, except those in the armed forces, who are employed or are unemployed and seeking work. This information is to be used as the benchmark to compare and analyze the command/activity workforce as part of the barrier analysis process.

**Control Tower Operator (CTO)** – A person who performs air traffic control duties at an air traffic control tower.

**Facility** – Generally, any installation of equipment designated to aid in the navigation, communication, or control of air traffic. Specifically, the term denotes the total electronic equipment, power generation, or distribution systems, and any structure used to house, support, and/or protect this equipment and systems. A facility may include a number of systems, subsystems, and equipment.

**Hire Source** – Announcement hiring source.

**Hires** – Number of hires from source.

**Human Factors** – A multidisciplinary effort to generate and compile information about human capabilities and limitations and apply that information to equipment, systems, facilities, procedures, jobs, operations, environments, training, staffing, and personnel management for safe, comfortable, efficient, and effective human performance.

**Major Occupations** – Agency occupations that are mission related and heavily populated relative to other populations within the agency.

**Medical Examination** – Any and all examinations performed under the ATCS Health Program.

**National Airspace System** (NAS) – Included are system components shared jointly with the military. The system's present configuration is a reflection of the technological advances concerning the speed and altitude capability of jet aircraft, as well as the complexity of microchip, and satellite-based navigation equipment.

**Professional Air Traffic Controllers Organization** (PATCO) – An independent labor union in the United States. It is certified by the NLRB and currently represents air traffic controllers who work in private sector control towers.

**Qualitative Data** – Subjective data that is expressed as a measure of quality; nominal data.

**Quantitative Data** – Objective data expressed as a quantity, number, or amount; allows for rational analysis and substantiation of findings.

**Reinstatement Candidate** (REIN) – Any former ATCS seeking reemployment into an operational ATCS position.

**Relevant Civilian Labor Force** (RCLF) – The source from which an agency draws or recruits applicants for employment or an internal selection, such as a promotion, will determine a more precise benchmark to use to compare the command/activity workforce.

**Retired Military Controller** (RMC) – Also known as PC-20, PHX-20, or Phoenix 20.

**Stakeholder** – A group or individual who is affected by or is in some way accountable for the outcome of an undertaking; an interested party having a right, share, or claim in a product or service, or in its success in possessing qualities that meet that party's needs and/or expectations.

**Validation** – The process of proving that the right system is being built, i.e., that the system requirements are unambiguous, correct, complete, and verifiable.

**Verification** – The process that ensures that the system requirements have been met by the design solution and the system is ready to be used in the operational environment for which it is intended.

**Veterans Recruitment Appointment** (VRA) – A special authority that permits agencies to appoint certain veterans noncompetitively up to FG-11 or equivalent.

# APPENDIX A

## AUXILIARY TABLES

### TABLES 1A THROUGH 1F

Table 1A: Subgroup Ethnicity and Gender as a Function of Application Source by Year

| Ethnicity | Source: Veterans Recruitment Appointment (VRA) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | 58 | 2.4% | 123 | 2.1% | 136 | 2.1% | 86 | 1.9% | 46 | 2.5% | 23 | 2.1% | 414 | 2.1% |
| African-American | 308 | 12.8% | 2,039 | 35.2% | 2,522 | 38.0% | 1,506 | 33.3% | 435 | 24.0% | 144 | 13.1% | 6,646 | 34.6% |
| Hawaiian | 23 | 1.0% | 41 | 0.7% | 39 | 0.6% | 33 | 0.7% | 15 | 0.8% | 13 | 1.2% | 141 | 0.7% |
| Hispanic | 186 | 7.7% | 370 | 6.4% | 405 | 6.1% | 263 | 5.8% | 93 | 5.1% | 51 | 4.7% | 1,182 | 6.0% |
| Multi | 0 | 0.0% | 326 | 5.6% | 461 | 7.0% | 335 | 7.4% | 165 | 9.1% | 122 | 11.1% | 1409 | 7.4% |
| Native American | 20 | 0.8% | 33 | 0.6% | 41 | 0.6% | 18 | 0.4% | 11 | 0.6% | 6 | 0.5% | 109 | 0.6% |
| Unanswered | 380 | 15.7% | 411 | 7.1% | 309 | 4.7% | 197 | 4.4% | 90 | 5.0% | 47 | 4.3% | 1054 | 5.6% |
| White | 1,438 | 59.6% | 2,444 | 42.2% | 2717 | 41.0% | 2,086 | 46.1% | 957 | 52.8% | 690 | 63.0% | 8,894 | 45.5% |

Barrier Analysis of ATCS Centralized Hiring Process, 2

Table 1A Continued: Subgroup Ethnicity and Gender as a Function of Application Source by Year

| Gender | Source: Veterans Recruitment Appointment (VRA) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Female | 438 | 18.2% | 1,304 | 22.5% | 1,524 | 23.0% | 577 | 20.0% | 297 | 16.4% | 173 | 15.8% | 4,203 | 21.4% |
| Male | 1,595 | 66.1% | 3,714 | 64.2% | 4,345 | 65.5% | 2,481 | 68.7% | 1,305 | 72.0% | 847 | 77.3% | 13,321 | 67.3% |
| Unanswered | 380 | 15.7% | 769 | 13.3% | 761 | 11.5% | 314 | 11.3% | 210 | 11.6% | 76 | 6.9% | 2,325 | 11.9% |
| | | | | | | | | | | | | | | |
| Total | 2,413 | | 5,787 | | 6,630 | | 4,524 | | 1,812 | | 1,096 | | 19,849 | |

Note: $F_i$ = Frequency of applicants self-identified in each category.
[++] The Weighted Averages are based on available data from FY 2007 to FY 2011.
[a] Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

Barrier Analysis of ATCS Centralized Hiring Process, 3

**Table 1B: Subgroup Ethnicity and Gender as a Function of Application Source by Year**

| | | | | | | | | | | | | | Weighted Average[++] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ethnicity** | **2006** | | **2007** | | **2008** | | **2009** | | **2010** | | **2011** | | | |
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | **Total** | **%** |
| Asian | 42 | 2.9% | 78 | 1.9% | 109 | 2.1% | 93 | 2.3% | 28 | 3.2% | 10 | 2.7% | 318 | 2.2% |
| African-American | 228 | 15.8% | 1,901 | 45.7% | 2,262 | 43.6% | 1,596 | 40.1% | 265 | 30.1% | 76 | 20.4% | 6,100 | 42.5% |
| Hawaiian | 8 | 0.6% | 20 | 0.5% | 24 | 0.5% | 19 | 0.5% | 3 | 0.3% | 1 | 0.3% | 67 | 0.5% |
| Hispanic | 106 | 7.3% | 233 | 5.6% | 331 | 6.4% | 215 | 5.4% | 56 | 6.4% | 14 | 3.8% | 849 | 5.9% |
| Multi | 0 | 0.0% | 213 | 5.1% | 346 | 6.7% | 268 | 6.7% | 67 | 7.6% | 26 | 7.0% | 920 | 6.4% |
| Native American | 8 | 0.6% | 23 | 0.6% | 21 | 0.4% | 21 | 0.5% | 6 | 0.7% | 1 | 0.3% | 72 | 0.5% |
| Unanswered | 264 | 18.3% | 279 | 6.7% | 211 | 4.1% | 171 | 4.3% | 32 | 3.6% | 14 | 3.8% | 707 | 5.1% |
| White | 788 | 54.6% | 1,414 | 34.0% | 1,881 | 36.3% | 1,597 | 40.1% | 423 | 48.1% | 231 | 61.9% | 5,546 | 38.8% |

Source: Retired Military Controller (RMC)

Barrier Analysis of ATCS Centralized Hiring Process, 4

Table 1B Continued: Subgroup Ethnicity and Gender as a Function of Application Source by Year

| Gender | Source: Retired Military Controller (RMC) | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
| | $F_i$[+] | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Female | 239 | 16.6% | 1,078 | 25.9% | 1,305 | 25.2% | 915 | 23.0% | 160 | 18.2% | 64 | 17.2% | 3522 | 24.4% |
| Male | 941 | 65.2% | 2,527 | 60.7% | 3,267 | 63.0% | 2,580 | 64.8% | 621 | 70.6% | 283 | 75.9% | 9,278 | 63.8% |
| Gender Not Identified | 264 | 18.3% | 556 | 13.4% | 613 | 11.8% | 485 | 12.2% | 99 | 11.3% | 26 | 7.0% | 1,779 | 12.3% |
| Total | 1,444 | | 4,161 | | 5,185 | | 3,980 | | 880 | | 373 | | 14,579 | |

Note: ⁺$F_i$ = Frequency of applicants self-identified in each category.
[++]The Weighted Averages are based on available data from FY 2007 to FY 2011.
[a] Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

Barrier Analysis of ATCS Centralized Hiring Process, 5

Table 1C: Ethnicity and Gender as a Function of Application Source by Year

**Source: Other (CTO)**

| Ethnicity | 2006 $F_i^+$ | 2006 % | 2007 $F_i$ | 2007 % | 2008 $F_i$ | 2008 % | 2009 $F_i$ | 2009 % | 2010 $F_i$ | 2010 % | 2011 $F_i$ | 2011 % | Weighted Average[++] Total | Weighted Average[++] % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | | | 4 | 3.4% | 49 | 1.6% | 103 | 2.2% | 55 | 2.6% | 28 | 2.4% | 239 | 2.2% |
| African-American | | | 23 | 19.5% | 1,196 | 37.9% | 1,376 | 29.3% | 508 | 24.3% | 188 | 15.9% | 3,291 | 30.8% |
| Hawaiian | | | 0 | 0.0% | 14 | 0.4% | 26 | 0.6% | 13 | 0.6% | 10 | 0.8% | 63 | 0.6% |
| Hispanic | | | 6 | 5.1% | 181 | 5.7% | 271 | 5.8% | 122 | 5.8% | 48 | 4.1% | 628 | 5.6% |
| Multi | | | 7 | 5.9% | 193 | 6.1% | 337 | 7.2% | 144 | 6.9% | 116 | 9.8% | 797 | 7.2% |
| Native American | | | 1 | 0.8% | 19 | 0.6% | 24 | 0.5% | 11 | 0.5% | 11 | 0.9% | 66 | 0.6% |
| Unanswered | | | 7 | 5.9% | 139 | 4.4% | 221 | 4.7% | 93 | 4.4% | 69 | 5.8% | 529 | 4.7% |
| White | | | 70 | 59.3% | 1,364 | 43.2% | 2,346 | 49.9% | 1,147 | 54.8% | 711 | 60.2% | 5,638 | 50.7% |

Barrier Analysis of ATCS Centralized Hiring Process, 6

**Table 1C Continued: Ethnicity and Gender as a Function of Application Source by Year**

| Gender | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Female | 24 | 20.3% | 732 | 23.2% | 969 | 20.6% | 401 | 19.2% | 190 | 16.1% | 2316 | 20.8% |
| Male | 80 | 67.8% | 2,014 | 63.8% | 3,174 | 67.5% | 1,434 | 68.5% | 893 | 75.6% | 7,595 | 67.7% |
| Unanswered | 14 | 11.9% | 409 | 13.0% | 561 | 11.9% | 258 | 12.3% | 98 | 8.3% | 1,340 | 12.1% |
| Total | 118 | | 3,155 | | 4,704 | | 2,093 | | 1,181 | | 11,251 | |

Note: $^{+}F_r$ = Frequency of applicants self-identified in each category.

$^{++}$The Weighted Averages are based on available data from FY 2007 to FY 2011.

$^a$ Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

Barrier Analysis of ATCS Centralized Hiring Process, 7

**Table 1D: Ethnicity and Gender as a Function of Application Source by Year**

| | | | | | | | | | | | | | Source: Public | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
| **Ethnicity** | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | **Total** | % |
| Asian | | | 297 | 2.3% | 481 | 2.8% | 358 | 3.1% | | | | | 1,136 | 2.8% |
| African-American | | | 4,993 | 38% | 5,055 | 29.8% | 2,385 | 20.6% | | | | | 12,433 | 31.3% |
| Hawaiian | | | 89 | 0.7 | 112 | 0.7% | 73 | 0.6% | | | | | 274 | 0.7% |
| Hispanic | | | 754 | 5.7% | 992 | 5.9% | 644 | 5.6% | | | | | 2,390 | 5.8% |
| Multi | | | 856 | 6.5% | 1238 | 7.3% | 826 | 7.1% | | | | | 2,920 | 7.0% |
| Native American | | | 69 | 0.5 | 86 | 0.5% | 70 | 0.6% | | | | | 225 | 0.5% |
| Unanswered | | | 623 | 4.7% | 733 | 4.3% | 534 | 4.6% | | | | | 1,890 | 4.5% |
| White | | | 5,469 | 41.6% | 8242 | 48.7% | 6,689 | 57.8% | | | | | 20,400 | 49.8% |

Barrier Analysis of ATCS Centralized Hiring Process, 8

**Table 1D Continued: Ethnicity and Gender as a Function of Application Source by Year**

| Gender | $F_r$ | % | $F_r$ | % | $F_r$ | % | | | $F_r$ | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Female | 3,454 | 26.3% | 4,043 | 23.9% | 2,349 | 20.3% | | | 9,846 | 23.9% |
| Male | 8,157 | 62.0% | 11,037 | 65.2% | 7,957 | 68.7% | | | 27,151 | 65.3% |
| Unanswered | 1,539 | 11.7% | 1,859 | 11.0% | 1,273 | 11.0% | | | 4,671 | 11.2% |
| Total | 13,150 | | 16,939 | | 11,579 | | | | 41,668 | |

Note: $^+F_r$ = Frequency of applicants self-identified in each category.

$^{++}$The Weighted Averages are based on available data from FY 2007 to FY 2011.

$^a$ Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

Barrier Analysis of ATCS Centralized Hiring Process, 9

Table 1E: Ethnicity and Gender as a Function of Application Source by Year

**Source: Reinstatement-DOD CPC**

| Ethnicity | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | | | 0 | 0.0% | 18 | 2.3% | 13 | 1.4% | 22 | 2.1% | 9 | 2.3% | 62 | 2.0% |
| African-American | | | 5 | 13.2% | 211 | 27.3% | 277 | 29.9% | 311 | 29.0% | 40 | 10.2% | 844 | 27.9% |
| Hawaiian | | | 0 | 0.0% | 3 | 0.4% | 8 | 0.9% | 11 | 1.0% | 5 | 1.3% | 27 | 1.0% |
| Hispanic | | | 2 | 5.3% | 48 | 6.2% | 57 | 6.2% | 60 | 5.6% | 16 | 4.1% | 183 | 5.8% |
| Multi | | | 1 | 2.6% | 30 | 3.9% | 77 | 8.3% | 74 | 6.9% | 28 | 7.1% | 210 | 7.0% |
| Native American | | | 0 | 0.0% | 7 | 0.9% | 4 | 0.4% | 6 | 0.6% | 3 | 0.8% | 20 | 0.7% |
| Unanswered | | | 5 | 13.2% | 61 | 7.9% | 52 | 5.6% | 78 | 7.3% | 27 | 6.9% | 223 | 7.2% |
| White | | | 25 | 65.8% | 394 | 51.0% | 438 | 47.3% | 511 | 47.6% | 266 | 67.5% | 1634 | 51.9% |
| **Gender** | | | | | | | | | | | | | | |
| Female | | | 6 | 15.8% | 167 | 21.6% | 191 | 20.6% | 221 | 20.6% | 67 | 17.0% | 652 | 20.4% |
| Male | | | 24 | 63.2% | 490 | 63.5% | 618 | 66.7% | 700 | 65.2% | 282 | 71.6% | 2,114 | 66.1% |
| Unanswered | | | 8 | 21.1% | 115 | 14.9% | 117 | 12.6% | 152 | 14.2% | 45 | 11.4% | 437 | 13.8% |
| **Total** | | | 38 | | 772 | | 926 | | 1,073 | | 394 | | 3,203 | |

Note: $^+F_i$ = Frequency of applicants self-identified in each category.
$^{++}$The Weighted Averages are based on available data from FY 2007 to FY 2011.
[a] Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

Barrier Analysis of ATCS Centralized Hiring Process, 10

**Table 1F: Ethnicity and Gender as a Function of Application Source by Year**

| | Source: College Training Initiative (CTI) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average[++] | |
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | a | a | a | a | 25 | 5.0% | 20 | 3.6% | 42 | 4.2% | 67 | 5.1% | 154 | 4.6% |
| African-American | a | a | a | a | 34 | 6.8% | 33 | 5.9% | 51 | 5.1% | 61 | 4.6% | 179 | 5.4% |
| Hawaiian | a | a | a | a | 0 | 0.0% | 8 | 1.4% | 2 | 0.2% | 6 | 0.5% | 16 | 0.9% |
| Hispanic | a | a | a | a | 28 | 5.6% | 41 | 7.3% | 62 | 6.2% | 88 | 6.7% | 219 | 6.5% |
| Multi | a | a | a | a | 28 | 5.6% | 33 | 5.9% | 65 | 6.5% | 105 | 7.9% | 231 | 6.9% |
| Native American | a | a | a | a | 2 | 0.4% | 0 | 0.0% | 4 | 0.4% | 3 | 0.2% | 9 | 0.3% |
| Unanswered | a | a | a | a | 31 | 6.2% | 26 | 4.7% | 66 | 6.6% | 68 | 5.1% | 191 | 5.7% |
| White | a | a | a | a | 349 | 70.2% | 398 | 71.2% | 702 | 70.6% | 924 | 69.9% | 2373 | 70.4% |
| **Gender** | | | | | | | | | | | | | | |
| Female | a | a | a | a | 98 | 19.7% | 93 | 16.6% | 160 | 16.1% | 226 | 17.1% | 577 | 17.2% |
| Male | a | a | a | a | 335 | 67.4% | 412 | 73.7% | 734 | 73.8% | 1,000 | 75.6% | 2481 | 73.6% |
| Unanswered | a | a | a | a | 64 | 12.9% | 54 | 9.7% | 100 | 10.1% | 96 | 7.3% | 314 | 9.7% |
| Total | | | | | 497 | | 559 | | 994 | | 1,322 | | | |

Note: [+]$F_i$ = Frequency of applicants self-identified in each category.
[++]The Weighted Averages are based on available data from FY 2007 to FY 2011.
[a] Applications from CTI applicants were received in FY 2006 and FY 2007; however, they were not entered into the Aviator system. Thus, no data were available for our analyses for the CTI application source for FY 2006 and FY 2007.

**TABLES 10A THROUGH 10F:**

Table 10A: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year

**Source: Veterans Recruitment Appointment (VRA)**

| Ethnicity | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average FY2007–2011++ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $F_i^{+}$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | 58 | 53.4% | 123 | 28.5% | 136 | 16.2% | 86 | 22.1% | 46 | 30.4% | 23 | 56.5% | 414 | 24.9% |
| African-American | 308 | 54.2% | 2,039 | 10.0% | 2,522 | 5.6% | 1,506 | 6.3% | 435 | 23.7% | 144 | 63.9% | 6,646 | 9.6% |
| Hispanic | 186 | 66.1% | 370 | 33.5% | 405 | 21.0% | 263 | 17.9% | 93 | 50.5% | 51 | 70.6% | 1,182 | 28.7% |
| Multi | 0 | 0.0% | 326 | 23.3% | 461 | 18.4% | 335 | 20.6% | 165 | 47.9% | 122 | 75.4% | 1,409 | 28.4% |
| Race Not Identified | 380 | 46.8% | 411 | 38.9% | 309 | 27.2% | 197 | 19.8% | 90 | 50.0% | 47 | 74.5% | 1,054 | 34.4% |
| White | 1438 | 56.7% | 2,444 | 38.1% | 2,717 | 25.6% | 2,086 | 23.9% | 957 | 53.5% | 690 | 75.5% | 8,894 | 35.5% |
| **Gender** | | | | | | | | | | | | | | |
| Female | 438 | 53.9% | 1,304 | 19.9% | 1524 | 11.7% | 905 | 13.9% | 297 | 37.0% | 173 | 71.1% | 4203 | 19.0% |
| Male | 1595 | 58.3% | 3,714 | 28.8% | 4345 | 18.0% | 3,110 | 18.3% | 1,305 | 46.8% | 847 | 74.5% | 13,321 | 27.5% |
| Gender Not Identified | 380 | 46.8% | 769 | 29.6% | 761 | 21.7% | 509 | 17.7% | 210 | 44.8% | 76 | 68.4% | 2,325 | 27.1% |
| Total | 2413 | | 5787 | | 6630 | | 4525 | | 1812 | | 1096 | | | |

References, 12

**Table 10B: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year**

| | Source: Retired Military Controller (RMC) | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average FY2007–2011[++] | |
| Ethnicity | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | 42 | 16.7% | 78 | 3.8% | 109 | 3.7% | 93 | 6.5% | 28 | 17.9% | 10 | 50.0% | 318 | 7.2% |
| African-American | 228 | 21.5% | 1,901 | 3.1% | 2,262 | 2.8% | 1,596 | 3.1% | 265 | 16.6% | 76 | 53.9% | 6,100 | 4.2% |
| Hispanic | 106 | 23.6% | 233 | 14.6% | 331 | 6.0% | 215 | 4.2% | 56 | 23.2% | 14 | 50.0% | 849 | 9.8% |
| Multi | 0 | 0.0% | 213 | 3.8% | 346 | 5.5% | 268 | 6.3% | 67 | 14.9% | 26 | 53.8% | 920 | 7.4% |
| Race Not Identified | 264 | 25.4% | 279 | 11.1% | 211 | 10.0% | 171 | 8.8% | 32 | 21.9% | 14 | 42.9% | 707 | 11.3% |
| White | 788 | 25.5% | 1,414 | 13.1% | 1,881 | 11.7% | 1,597 | 9.6% | 423 | 30.5% | 231 | 56.3% | 5,546 | 14.7% |
| **Gender** | | | | | | | | | | | | | | |
| Female | 239 | 18.4% | 1,078 | 3.4% | 1,305 | 3.1% | 915 | 4.0% | 160 | 10.0% | 64 | 34.4% | 3,522 | 4.3% |
| Male | 941 | 26.0% | 2,527 | 9.7% | 3,267 | 7.9% | 2,580 | 6.8% | 621 | 27.2% | 283 | 59.0% | 9,278 | 10.9% |
| Gender Not Identified | 264 | 25.4% | 556 | 7.6% | 613 | 8.6% | 485 | 9.1% | 99 | 24.2% | 26 | 57.7% | 1,779 | 10.0% |
| Total | 1,444 | | 4,161 | | 5,185 | | 3,980 | | 880 | | | | | |

Table 10C: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year

| Ethnicity | Source: Other (CTO) | | | | | | | | | | | | Weighted Average FY2007–2011[++] | |
| | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | | |
| | $F_i$[+] | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | | | 4 | 75.0% | 49 | 10.2% | 103 | 85.4% | 55 | 60.0% | 28 | 64.3% | 239 | 61.5% |
| African-American | | | 23 | 78.3% | 1,196 | 6.4% | 1,376 | 90.3% | 508 | 40.0% | 188 | 45.2% | 3,291 | 49.4% |
| Hispanic | | | 6 | 83.3% | 181 | 16.0% | 271 | 87.8% | 122 | 48.4% | 48 | 72.9% | 628 | 58.3% |
| Multi | | | 7 | 100.0% | 193 | 13.0% | 337 | 95.0% | 144 | 59.7% | 116 | 68.1% | 797 | 64.9% |
| Race Not Identified | | | 7 | 100.0% | 139 | 36.7% | 221 | 91.4% | 93 | 62.4% | 69 | 79.7% | 529 | 70.5% |
| White | | | 70 | 97.1% | 1364 | 24.8% | 2,346 | 94.5% | 1,147 | 67.1% | 711 | 84.7% | 5,638 | 70.9% |
| **Gender** | | | | | | | | | | | | | | |
| Female | | | 24 | 91.7% | 732 | 14.2% | 969 | 92.4% | 401 | 54.4% | 190 | 70.0% | 2,316 | 59.3% |
| Male | | | 80 | 92.5% | 2,014 | 17.3% | 3,174 | 93.1% | 1,434 | 58.9% | 893 | 76.6% | 7,595 | 64.6% |
| Gender Not Identified | | | 14 | 92.9% | 409 | 19.8% | 561 | 88.6% | 258 | 63.2% | 98 | 75.5% | 1,340 | 61.8% |
| Total | | | 1,18 | | 3,155 | | 4,704 | | 2,093 | | 1,181 | | | |

References, 14

**Table 10D: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year**

**Source: Public**

| Ethnicity | 2006 $F_i^+$ | 2006 % | 2007 $F_i$ | 2007 % | 2008 $F_i$ | 2008 % | 2009 $F_i$ | 2009 % | 2010 $F_i$ | 2010 % | 2011 $F_i$ | 2011 % | Weighted Average FY2007–2011++ Total | Weighted Average FY2007–2011++ % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | | | 297 | 75.8% | 481 | 87.9% | 358 | 86.3% | | | | | 1136 | 84.2% |
| African-American | | | 4,993 | 68.3% | 5,055 | 78.7% | 2,385 | 79.6% | | | | | 12,433 | 74.7% |
| Hispanic | | | 754 | 69.5% | 992 | 82.3% | 644 | 83.2% | | | | | 2,390 | 78.5% |
| Multi | | | 856 | 73.5% | 1,238 | 85.7% | 826 | 88.1% | | | | | 2,920 | 82.8% |
| Race Not Identified | | | 623 | 75.1% | 733 | 88.9% | 534 | 90.8% | | | | | 1,890 | 84.9% |
| White | | | 5,469 | 77.5% | 8,242 | 89.9% | 6,689 | 89.8% | | | | | 20,400 | 86.5% |
| **Gender** | | | | | | | | | | | | | | |
| Female | | | 3,454 | 74.2% | 4,043 | 85.8% | 2,349 | 86.9% | | | | | 9,846 | 82.0% |
| Male | | | 8,157 | 72.6% | 11,037 | 85.4% | 7,957 | 87.1% | | | | | 27,151 | 82.1% |
| Gender Not Identified | | | 1,539 | 72.4% | 1,859 | 85.5% | 1,273 | 86.9% | | | | | 4,671 | 81.6% |
| Total | | | 13,150 | | 16,939 | | 11,579 | | | | | | | |

References, 15

Table 10E: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year

Source: Reinstatement-DOD CPC

| Ethnicity | 2006 $F_i^+$ | 2006 % | 2007 $F_i$ | 2007 % | 2008 $F_i$ | 2008 % | 2009 $F_i$ | 2009 % | 2010 $F_i$ | 2010 % | 2011 $F_i$ | 2011 % | Weighted Average FY2007–2011[++] Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | | | 0 | 0.0% | 18 | 55.6% | 13 | 23.1% | 22 | 27.3% | 9 | 22.2% | 62 | 33.9% |
| African-American | | | 5 | 40.0% | 211 | 9.0% | 277 | 4.0% | 311 | 11.6% | 40 | 25.0% | 844 | 9.3% |
| Hispanic | | | 2 | 100.0% | 48 | 16.7% | 57 | 24.6% | 60 | 30.0% | 16 | 18.8% | 183 | 24.6% |
| Multi | | | 1 | 0.0% | 30 | 16.7% | 77 | 20.8% | 74 | 32.4% | 28 | 53.6% | 210 | 28.6% |
| Race Not Identified | | | 5 | 100.0% | 61 | 59.0% | 52 | 34.6% | 78 | 47.4% | 27 | 70.4% | 223 | 51.6% |
| White | | | 25 | 76.0% | 394 | 57.9% | 438 | 41.1% | 511 | 53.8% | 266 | 50.4% | 1,634 | 51.2% |
| **Gender** | | | | | | | | | | | | | | |
| Female | | | 6 | 50.0% | 167 | 18.6% | 191 | 18.3% | 221 | 28.5% | 67 | 50.7% | 652 | 25.5% |
| Male | | | 24 | 70.8% | 490 | 44.9% | 618 | 28.0% | 700 | 40.3% | 282 | 43.3% | 2,114 | 38.5% |
| Gender Not Identified | | | 8 | 100.0% | 115 | 53.0% | 117 | 32.5% | 152 | 40.1% | 45 | 68.9% | 437 | 45.5% |
| Total | | | 38 | | 772 | | 926 | | 1,073 | | 394 | | | |

References, 16

Table 10F: Proportion of Applicants Passing the Qualification Stage as a Function of Application Source by Year

Source: College Training Initiative (CTI)

| Ethnicity | 2006 | | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | Weighted Average FY2007–2011[++] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $F_i^+$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | $F_i$ | % | Total | % |
| Asian | a | a | a | a | 25 | 100.0% | 20 | 100.0% | 42 | 100.0% | 67 | 98.5% | 154 | 99.3% |
| African-American | a | a | a | a | 34 | 100.0% | 33 | 100.0% | 51 | 100.0% | 61 | 98.4% | 179 | 99.5% |
| Hispanic | a | a | a | a | 28 | 100.0% | 41 | 97.6% | 62 | 100.0% | 88 | 97.7% | 219 | 98.6% |
| Multi | a | a | a | a | 28 | 92.9% | 33 | 100.0% | 65 | 100.0% | 105 | 100.0% | 231 | 99.1% |
| Race Not Identified | a | a | a | a | 31 | 100.0% | 26 | 100.0% | 66 | 98.5% | 68 | 100.0% | 191 | 99.5% |
| White | a | a | a | a | 349 | 99.7% | 398 | 99.0% | 702 | 99.7% | 924 | 99.8% | 2,373 | 99.6% |
| **Gender** | | | | | | | | | | | | | | |
| Female | a | a | a | a | 98 | 100.0% | 93 | 97.8% | 160 | 100.0% | 226 | 99.1% | 577 | 99.3% |
| Male | a | a | a | a | 335 | 99.1% | 412 | 99.3% | 734 | 99.7% | 1,000 | 99.6% | 2,481 | 99.5% |
| Gender Not Identified | a | a | a | a | 64 | 100.0% | 54 | 100.0% | 100 | 99.0% | 96 | 100.0% | 314 | 99.7% |
| Total | | | | | 497 | | 559 | | 994 | | 1,322 | | | |

# APPENDIX B

## FAA JOB ANNOUNCEMENT SUMMARY 2006 – 2011

| WHO MAY BE CONSIDERED: | COUNT |
|---|---|
| Individuals with air traffic control experience who are eligible for appointment under the Veteran's Readjustment Appointment (VRA) authority and who have been discharged from active duty or who are on terminal leave. | 231 (57.6%) |
| | |
| Military air traffic controllers who are either on terminal leave pending retirement from active duty military service or who retired from active duty on or after September 17, 1999, may apply. | 40 (10%) |
| | |
| U. S. Citizens | 88 (21.9%) |
| | |
| This announcement is open to reinstatement eligible and employees of other federal agencies that are eligible for transfer. This vacancy announcement is also open to individuals who are eligible for Selection Priority Program (SPP) consideration. All SPP eligible must submit an application and a copy of their RIF Notice with this job announcement referenced to receive consideration under SPP. We are not accepting applications from noncitizens. | 2 (0.4%) |
| | |
| All sources may apply under this announcement. Former employees eligible for SPP consideration must submit an application, a copy of their RIF Notice, and any other information specified in this announcement to receive consideration as an SPP candidate. | 1 (0.02%) |
| | |
| Current or former employees – qualified civil service employees – This announcement is open to non-FAA employees who are eligible for transfer or reinstatement and also open to former FAA employees eligible for SPP consideration. All SPP eligible must submit a copy of their RIF Notice and any other information specified in this announcement to receive consideration under SPP. | 13 (0.2%) |
| | |
| Students of Silver State CTO programs only | 5 (0.1)% |
| | |
| AT-CTI graduates | 9 (0.2%) |

| | |
|---|---|
| All sources – applicants must possess the following selective placement factor to qualify: A control tower operators (CTO) license with a facility rating of Tower Cab. | **4 (0.1%)** |
| Current or Former Federal Employees & EVHO – this announcement is open to former FAA CPC-level air traffic controllers or those who qualify under the Expanded Veterans Hiring Opportunity (EVHO). | **2 (0.01%)** |
| Current or former federal employees & EVHO – This announcement is open to civilian Department of Defense (non-FAA employees) who are eligible for transfer or reinstatement or those who qualify under the Expanded Veterans Hiring Opportunity (EVHO) | **5 (0.1%)** |
| **TOTAL** | **401** |



**EXHIBIT R**

# Federal Aviation Administration

# Memorandum

**Date:**

**To:**        FAA Management Board

**From:**    Michael J. Huerta, FAA Administrator, AOA-1

**Subject:**  Freeze of Hiring and Non-Essential Spending

FY 2013 continues to remain a very challenging budgeting year. We have a Continuing Resolution in place until March 27, 2013, and the American Taxpayer Relief Act of 2012 has delayed the possibility of a sequestration until March 1, 2013.

The uncertainty of the FAA's funding levels in FY13 make strict controls on spending imperative to keep the Agency operating effectively and potentially help mitigate the need for more severe budget restrictions.

Current Hiring and Non-Essential Spending Restrictions

As a reminder, you must continue to comply with the "Spending Guidance During the FY 2013 Continuing Resolution" memorandum dated October 11, 2012, from Mark House, FAA Chief Financial Officer. This memorandum outlined specific guidelines on hiring, contracts, awards, travel, training, IT equipment, and office supplies which help the FAA reduce operating costs. These spending restrictions will continue to apply until further notice.

You must also continue to comply with the one for two hiring restriction through February 28, 2013. Please note, this guidance is now applicable to all FAA professions and is to be managed by each Head of Line of Business/Staff Office (LOB/SO).

<u>Implementation of Hiring Freeze</u>

I will also be implementing a freeze on all hiring in all FAA LOB/SOs funded by the Operations, Facilities and Equipment, or Research, Engineering, and Development accounts on March 1, 2013. The majority of FAA recruitment and hiring actions will be affected. A very limited number of exceptions will be considered on a case-by-case basis. The LOB/SOs will need to develop and submit justification for any exemptions through the Assistant Administrator for Human Resources Management, AHR-1, who will review and submit to me for final decision.

More detailed guidance and procedures on the hiring freeze, including the format and process for submitting requests for exemptions will be included in a forthcoming Human Resources Policy Manual Bulletin.

<u>Conclusion</u>

I will monitor and revisit the freeze and the other spending measures once we have a better understanding of our full year funding situation. In the meantime, I am counting on each of you to help the FAA continue to meet our mission in the most efficient and fiscally responsible manner possible.

I am fully aware of the difficult situation this creates for your operations and that many important activities will be curtailed. Nonetheless, we must take these actions to maintain the safety of the flying public and meet our responsibilities ensuring the FAA's financial solvency and accountability.

FAA_00009572

🇺🇸 An official website of the United States government Here's how you know ⌄

ⓘ The latest general information on the Coronavirus (COVID-19) is available on Coronavirus.gov. For FAA-specific COVID-19 resources, please visit faa.gov/coronavirus.

United States Department of Transportation



**Federal Aviation Administration**

Home / Newsroom

IN THIS SECTION       +

## Contact Us

Federal Aviation Administration Press Office
800 Independence Avenue, SW
Washington, DC 20591
United States

**Email:**

pressoffice@faa.gov

**Social Media Links:**

Subscribe to FAA News

## FAA Report

Tuesday, June 4, 2013
Former Administrator, Michael Huerta (January 09, 2013–January 05, 2018)

**Sequester and Budget Update**

Good morning and thank you, Bill, for that update. Thank you all for coming today. And special thanks to Representative LoBiondo and Deputy Secretary Porcari for their continued support of NextGen.

As you know, we have had an extremely busy year. We're working on many important projects, but at the same time, we're dealing with the sequester and all that it entails.

We have had to make sizeable budget cuts that affect our operations and our future.

As the Deputy Secretary said, the sequester is not over. But, Congress gave us the financial flexibility to avoid the furloughs for the remainder of this fiscal year – through September 30. We were able to transfer $253 million from the airport grant program – which was exempt from the sequester.

With this flexibility, we are also able to keep open the 149 low activity contract towers through September. And we're putting $10 million towards NextGen, to reduce cuts and delays in core programs; and $11 million to maintain equipment and infrastructure that is so necessary for the system.

## Metroplex

As part of this flexibility, we are able to restart the Metroplex work that had been put on hold. As you know these projects are highly collaborative and must include our operational air traffic control personnel. Furloughs under the sequester required us to recall air traffic controllers and managers back to their duty stations.

Last week, we started the coordination efforts to get these air traffic controllers back on the Metroplex work. They are experts in their airspace, and we will restart the collaborative process with airlines and the many other stakeholders who are all working to improve congested airspace over busy cities. We are able to do this in seven Metroplex cities where the work will continue, including: Washington, D.C., Northern Texas, Charlotte, Northern and Southern California, Houston and Atlanta.

## Sequester not over

Keep in mind however, that the sequester is still in place and that the FAA must still cut a total of $637 million from our budget by Sept. 30.

We've also cut our spare parts inventory, which may increase restoration time during outages and reduce system efficiency. And as an interim measure, we're not training new air traffic controllers or technicians to maintain and operate new technologies, which has led to a shut down of a large part of the FAA Academy in Oklahoma City.

## NextGen under sequester

Because the sequester is designed to last ten years, we have conducted an initial assessment of how a long term sequester would impact our current NextGen Implementation Plan. Today, we have seven programs in the implementation phase. These programs are current contract commitments that will deliver new capabilities for all phases of flight by 2018.

The budget profile even under sequester would provide the capital funding required to meet most of those commitments. But, to make this happen we must have the operations funds to maintain our active workforce participation in key activities like procedures design, onsite testing, and training. And, if we are not able to keep the workforce engagement, we simply will not be able to meet all of our current commitments and the associated timelines.

## Mike Whitaker

Nonetheless, there are bright spots. And we are delighted that the President has appointed Mike Whitaker to be the Deputy Administrator of the FAA. Mike has more than 20 years of experience in the airline industry and he will be the Chief NextGen Officer. He'll be in charge of everything NextGen and will be doing these reports from now on with all of you. He just came on board yesterday, and I'm looking forward to a very productive relationship. Please join me in welcoming Mike. He'll be leading our NextGen efforts, focused on delivering benefits now, and will be taking over as the NAC's Designated Federal Official going forward. He may need a few more days to get fully immersed in all our acronyms, but I'm confident that in working with all of you, he will make a difference. Please join me in welcoming Mike.

## Jim Crites

I would also like to congratulate Jim Crites, Executive Vice President for Operations at Dallas Fort Worth Airport. Jim has received this year's White House Champions of Change award in the category of Transportation Technology Solutions.

Jim has demonstrated a powerful personal and professional commitment to the advancement of NextGen. He has been an effective, vocal advocate, and he has actively participated in the testing and demonstration of key NextGen technologies and programs. As a champion of collaboration, he has brought representatives of various communities to the table when necessary to collaborate on NextGen planning and implementation, and to overcome challenges.

Please join me in congratulating Jim Crites.

**City Pairs**

Now, I would like to talk about some of the work the FAA has been doing as a result of our collaboration here at the NextGen Advisory Committee.

As you know, Congress has asked us to measure NextGen performance in the context of key city pairs. This was part of reauthorization.

Last summer we asked for your help in identifying these city pairs and we received your suggestions in February. I am pleased to say that the FAA accepts those recommendations for 25 city pairs. We are going to begin to report the benefits we realize between these cities as part of our metrics web page and the NextGen Performance Snapshots.

Also, we plan to release the NextGen Implementation Plan within the month. We wanted to make sure that everything in the plan lines up with the President's 2014 budget. It will be available online this year. We're trying to reduce printing costs.

**Controller Handbook**

Despite the difficulties of the sequester, we are making progress on important work that the NAC has helped to guide and that will make our airspace safer and more efficient.

We are updating our air traffic control handbook, which sets the standards that controllers use to ensure safety and properly separate aircraft. It was published long before the use of performance based navigation, and we've identified 15 updates that would allow air traffic controllers to take full advantage of the benefits of NextGen. While these changes are complicated, we are determined to publish many this year.

**ELSO**

For example, we're going to expand the use of equivalent lateral spacing operations, or ELSO. You'll hear more about this later today. The precision of NextGen navigation means we can safely allow jets to take off on headings that are slightly closer together. This small change has been used in Atlanta and we're seeing an increase of 8 to 12 planes departing per hour. Last year we estimate that this saved customers 700,000 minutes of waiting, or 1.3 years of waiting in line to take-off in Atlanta. It's better for the environment too. All those jets spend less time on the ground with their engines running. So we're burning less fuel and decreasing pollution. ELSO saved the airlines $20 million last year in Atlanta alone. We want other major airports to be able to use ELSO, so we are changing the handbook.

**Closely spaced parallel operations**

We're also working very diligently to increase the number of aircraft that can land at an airport each hour, while maintaining safety. That is why we have put so much effort into closely spaced parallel operations and will change the controller handbook to make these operations more common.

We are working on improvements to staggered approaches for runways that are very close together – closer than 2,500 feet. About 17 of our busiest 35 airports have runways this close together.

You can't do simultaneous operations on these runways, but we can still safely lower the separation standard for aircraft that are coming into these close runways.

This is because our entire airspace system has undergone extensive advances over the years. We have the ability to collect and analyze better radar data. Our aircraft have better avionics, and we have more effective training for both pilots and controllers. Technology across the board has improved to such an extent that we are extremely confident that we can operate aircraft at a closer proximity to one another and still be just as safe.

These reduced separation standards of three miles down to one-and-a-half nautical miles for staggered approaches have already been approved for specific runways at eight airports right now. They are: Boston, Newark, St. Louis, Cleveland, Seattle, Memphis, Philadelphia and San Francisco. Before airports can use these new separation standards, the FAA must first train the controllers.

These changes will help the entire air space system by safely increasing capacity at major hubs when the weather prohibits visual approaches. It will decrease the ripple of delays that spreads across the system when one hub is experiencing weather conditions.

**Conclusion**

We have a lot of good work going on at the FAA and a very dedicated workforce. I've really enjoyed working with everyone on the NAC over the past few years. Thank you very much for all of the work you are doing and your dedication to NextGen and to improving flight today and for future generations.

Now I'd like to introduce Pam Whitley, who is Acting Assistant Administrator for NextGen. She'll introduce the next agenda item which is on the NextGen performance snapshots website. We established this website a year ago to report NextGen specific metrics and to publish NextGen success stories.

**U.S. DEPARTMENT OF TRANSPORTATION**

Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591
866.835.5322 (866-TELL-FAA)
Contact Us

**GET IMPORTANT INFO/DATA**

Accident & Incident Data

Charting & Data

Flight Delay Information

Supplemental Type Certificates

Type Certificate Data Sheets (TCDS)

**REVIEW DOCUMENTS**

Aircraft Handbooks & Manuals
Airport Diagrams

Aviation Handbooks & Manuals

Examiner & Inspector

FAA Guidance

Performance Reports & Plans

LEARN ABOUT NEXTGEN

Next Generation Air Transportation System (NextGen)

This is NextGen

Key Programs

Benefits

VISIT OTHER FAA SITES

Airmen Inquiry

Airmen Online Services

N-Number Lookup

FAA Mobile

FAA Safety Team

Frequently Asked Questions



POLICIES, RIGHTS & LEGAL

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

USA.gov

Web Policies and Notices

Web Standards



Congressional
Research
Service

# Sequestration at the Federal Aviation Administration (FAA): Air Traffic Controller Furloughs and Congressional Response

**Bart Elias**
Specialist in Aviation Policy

**Clinton T. Brass**
Specialist in Government Organization and Management

**Robert S. Kirk**
Specialist in Transportation Policy

May 7, 2013

Congressional Research Service

7-5700

www.crs.gov

R43065

*The Federal Aviation Administration's Response to Budget Sequester Funding Reductions*

# Summary

In response to across-the-board funding reductions in federal programs through the budget sequestration process implemented in FY2013, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013. In conjunction with air traffic controller furloughs, FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing on controller workload. This resulted in some delays affecting about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Amid concerns over the impacts of air traffic controller furloughs, Congress passed the Reducing Flight Delays Act of 2013 (P.L. 113-9). The act authorized FAA to transfer up to $253 million from funding available for airport grants or other FAA programs and accounts to the FAA operations account for necessary costs to prevent reduced operations and staffing and ensure a safe and efficient air transportation system. Following passage of this legislation in Congress, FAA suspended all employee furloughs and resumed air traffic control operations under normal procedures and full staffing levels.

Prior to the April 2013 furloughs, FAA furloughed employees in the summer of 2011. However, the FAA furlough actions associated with sequestration had a different legal basis and were consequently implemented quite differently. The summer 2011 furloughs arose as a result of a lapse in authority to collect Airport and Airways Trust Fund (AATF) revenues, the sole funding source for FAA's facilities and equipment (F&E) account, the Airport Improvement Program (AIP), and research, engineering, and development activities. Expenditure authority for AIP also expired in the summer of 2011. The expiration of these authorities resulted in immediate furloughs for most employees funded from these accounts. Some employees funded through the F&E account responsible for ensuring the safety and reliability of navigation and communications equipment were ordered to stay on the job. Employees paid through FAA's operations account, including air traffic controllers, were not furloughed in 2011.

Certain AIP grants-in-aid funds for airport development and planning are now subject to provisions of the Reducing Flight Delays Act of 2013. It appears that the transfer of the designated AIP discretionary funds to air traffic operations reduces the amount made available to airports under 49 U.S.C. 48103. This has implications for both the eventual spending of AIP discretionary funds and the calculation of the amount of AIP entitlement funding available for distribution.

- Unless Congress takes further action, the transferred funds will eventually lead to real reductions in AIP discretionary spending.

- FAA may need to stop or reduce its AIP discretionary grant making for the remainder of FY2013 to comply with the act.

- Individual airports' formula "entitlements" could be reduced for the remainder of the fiscal year if FAA transfers most or all of the $253 million allowed under the act.

# Contents

Introduction.............................................................................................................................. 1

    Sequester Cuts and the FAA Budget.................................................................................... 1

Implementation of Sequestration at FAA ............................................................................... 3

Contrast with FAA's Summer 2011 Furloughs ....................................................................... 4

    The Difference Between Shutdown- and Sequestration-Related Furloughs ........................... 4

        Shutdowns and Associated "Shutdown Furloughs" ....................................................... 5

        Sequestration and Associated "Administrative Furloughs" ............................................ 6

Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9)............................ 7

    RFDA and the Airport Improvement Program (AIP) .......................................................... 7

        "Carryover" Funds (Protected Entitlement Funds) ......................................................... 8

        Implications of RFDA Transfers for AIP ....................................................................... 9

## Tables

Table 1. FAA Major Account Funding Levels ............................................................................ 2

## Contacts

Author Contact Information.................................................................................................... 10

# Introduction

The Budget Control Act of 2011 (BCA; P.L. 112-25) provided for automatic reductions to most federal discretionary spending if no agreement on deficit reduction was reached by the Joint Select Committee on Deficit Reduction. Such reductions, referred to as sequestration, went into effect on March 1, 2013, which was the extended deadline for a deficit reduction agreement established under the American Taxpayer Relief Act of 2012 (ATRA; P.L. 112-240).[1] In general, sequestration requires agencies to reduce spending for certain suballocations of funds—programs, projects, and activities—within nondefense discretionary accounts by 5.3% in FY2013.[2]

To implement the sequester-related reductions, the Federal Aviation Administration (FAA) began to furlough personnel, including air traffic controllers, on April 21, 2013.[3] In the wake of concerns about the adverse effects of furloughs on air travel, the Senate passed S. 853, the Reducing Flight Delays Act of 2013 (RFDA), on April 25, 2013, by unanimous consent.[4] The bill provided new authority to the Secretary of Transportation to transfer up to $253 million to FAA's "operations" account from other FAA accounts, including discretionary grants-in-aid for airports. The next day, the House agreed to H.R. 1765 under suspension of the rules.[5] Under agreement, H.R. 1765, being identical in content to S. 853, was presented to the President on April 30, 2013, and was enacted on May 1, 2013, becoming P.L. 113-9. FAA halted furlough actions even before the bill was signed by President Obama.

This report provides a brief overview of FAA's implementation of the sequester in April 2013, as it relates to air traffic control operations and staff furloughs. It then considers the congressional response, including the potential impact of the funds transfers authorized under P.L. 113-9 on FAA's Airport Improvement Program (AIP).

## Sequester Cuts and the FAA Budget

The sequester cuts reduced FAA spending for FY2013 by about $636 million below the amount specified in the FY2013 continuing budget resolution. The portion of funding designated for staff salaries and benefits varies considerably by major FAA funding account. FAA's operations account, which includes air traffic operations and aviation safety functions, is the most labor-intensive, with about 71% of outlays going to employee salaries and benefits. This is by far the

---

[1] CRS Report R42884, *The "Fiscal Cliff" and the American Taxpayer Relief Act of 2012*, coordinated by Mindy R. Levit.

[2] See CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[3] FAA also previously announced plans to cease operations completely at several air traffic control towers, including 149 towers in the Federal Contract Tower program. A four-week phased closure process, originally set to begin on April 7, 2013, was postponed until June 15, 2013. P.L. 113-9 does not specifically mention contract towers. Pending tower closures are discussed in detail in CRS Report R43021, *Proposed Cuts to Air Traffic Control Towers Under Budget Sequestration: Background and Considerations for Congress*, by Bart Elias.

[4] Likely in light of past House assertions that appropriations bills must originate in the House, the unanimous consent agreement provided "that if the Senate receives a bill from the House and the text of that bill is identical to S. 853, the bill then be considered read three times and passed and the motion to reconsider be considered made and laid upon the table."

[5] The House later in the day corrected a typographical error in the bill by unanimous consent, replacing in Section 2(a) the first instance of the word "account" with "accounts."

largest FAA budget account. The facilities and equipment account, on the other hand, is spent largely for facility construction and technology acquisition and maintenance, and only 15% of spending is devoted to salaries and benefits. Similarly, Grants-in-Aid for Airports, also known as the Airport Improvement Program (AIP), has a very low percentage (roughly 3%) of its total devoted to salaries and benefits, as most funds designated for this account are passed on to airport authorities for carrying out construction and maintenance projects. The research, engineering, and development account mainly performs its functions through university research grants and industry contracts, with 23% of its budget going to salaries and benefits.

As operations, including both air traffic services and safety-related functions, require the most internal labor resources from FAA, these functions are most heavily impacted by agency-wide furlough actions (see **Table 1**). FAA operations face a sequester reduction of roughly $486 million. P.L. 113-9 gives FAA authority to transfer up to $253 million to operations using available moneys from unspent airport funds, which were not subject to sequestration, and from other available sources. While the focus of legislative debate on P.L. 113-9 was the reduction or elimination of air traffic controller furloughs in order to avoid disruption of airline service, the effects of the legislation will hinge on FAA's specific budgetary actions under this authority.

### Table 1. FAA Major Account Funding Levels

$ in Millions

| Account | FY2012 Actual | FY2013 Requested | FY2013 Continuing Resolution Pre-Sequester Estimate[a] | FY2013 Pre-Sequester Salaries and Benefits | Salaries and Benefits as % of Enacted Account Totals | Sequester Amount |
|---|---|---|---|---|---|---|
| Operations | 9,653 | 9,718 | 9,634 | 6,857 | 71% | -486 |
| Facilities and Equipment | 2,730 | 2,850 | 2,754[b] | 422 | 15% | -142 |
| Research, Engineering, and Development | 166 | 154 | 166 | 39 | 23% | -8 |
| Grants-in-Aid for Airports | 3,350 | 2,424 | 3,343 | 87 | 3% | 0 |
| Total[c] | 15,902 | 15,146 | 15,897 | 7,405 | 46% | -636 |

**Source:** Federal Aviation Administration, FY2013 and FY2014 Budget Estimates.

a.  The FY2013 Continuing Resolution (CR) pre-sequester estimate applies a 0.2% rescission to FY2012 amounts to all nonsecurity budget authority based on Office of Management and Budget (OMB) calculations of across-the-board rescissions necessary to avoid exceeding discretionary spending limits. For details of the FY2013 CR, see CRS Report R42782, *FY2013 Continuing Resolutions: Analysis of Components and Congressional Action*, by Jessica Tollestrup.

b.  Amount includes $30 million supplemental appropriation specified in P.L. 113-2.

c.  Column totals do not equal sum of account totals due to rounding.

# Implementation of Sequestration at FAA

Sequestration under the American Taxpayer Relief Act of 2012 did not affect all Federal Aviation Administration (FAA) functions. FAA's grants for airport improvements, which are subject to obligation limitations, are statutorily exempt from the sequester cuts.[6] FAA's other functions faced significant spending reductions. FAA interpreted the law as requiring it to reduce spending proportionately in all accounts other than airport grants. In response, FAA implemented agency-wide furloughs of employees, including air traffic controllers, beginning April 21, 2013. FAA employees were told they would be required to take 11 furlough days through the remainder of FY2013.

FAA employs about 45,000 people in a variety of functions. Different FAA components implemented various approaches to designating furlough days. FAA's Air Traffic Organization, which includes both air traffic controllers and the technicians and engineers who maintain the air traffic control system, implemented rolling furloughs among its 33,000 employees to minimize staffing impacts to flight operations. Following negotiations with the union representing controllers, FAA agreed that all air traffic controllers nationwide would be required to take one unpaid furlough day in each two-week pay period, irrespective of the workload or potential impact of reduced staffing at a particular facility.

FAA implemented various air traffic management initiatives to mitigate impacts of the reduced staffing due to furloughs, including increased aircraft spacing, which reduces the number of flights an airport can handle in a given period. These measures led to delays during the first week of reduced staffing, most noticeably in the New York City area and at Dallas-Fort Worth, Las Vegas, Chicago, and Tampa airports.[7] In total, delays related to staffing reductions appear to have affected about 3%-4% of flights, with some acute delay impacts occurring in congested airspace, particularly in the New York City area.

Airlines warned that prolonged furloughs and associated delays could impact revenues, but this could be offset somewhat by lower fuel prices.[8] Also, in response to the furlough delays, airline advocacy groups sought exemption from the Department of Transportation's tarmac delay rules, which generally require airlines to allow passengers to disembark from aircraft delayed more than three hours and carry fines for airlines that fail to comply.[9]

On April 27, 2013, following House and Senate passage of legislation to allow it to transfer $253 million from other accounts to its operations account, FAA announced that it had suspended all employee furloughs and that air traffic facilities would resume operations under normal staffing levels.[10]

---

[6] See CRS Report R42050, *Budget "Sequestration" and Selected Program Exemptions and Special Rules*, coordinated by Karen Spar.

[7] Federal Aviation Administration, *Press Release—FAA Statement*, April 23, 2013. Available at http://www.faa.gov/news/press_releases/news_story.cfm?newsid=14575.

[8] Hugo Martin, "Flight Delays Continue As Airlines Worry About Fiscal Impact," *Los Angeles Times*, April 25, 2013; Gina Chon, "Airlines Warn FAA Furloughs Eating Into April Earnings," *Government Executive,* April 23, 2013.

[9] Motion of Airlines for America (A4) and Regional Airlines Association (RAA) for a temporary exemption from 14 C.F.R. §259.4, Docket DOT-OST-213- 0084, April 19, 2013.

[10] Federal Aviation Administration, *Press Release—FAA Statement*, April 27, 2013.

It is not certain that these steps will avert all furloughs of FAA employees in FY2013. As explained below, FAA may be unable to transfer the entire $253 million from AIP to its operations account without triggering reductions in many airports' entitlements under AIP. One way for FAA to avoid this problem would be for it to transfer some of the funds from programs other than AIP. This would necessitate spending reductions in those programs, which could potentially include employee furloughs.

# Contrast with FAA's Summer 2011 Furloughs

FAA previously furloughed employees in the summer of 2011. Its furlough actions in April 2013 had significantly different impacts due to the fact that they had a different legal basis from those in 2011.

The 2011 furloughs resulted from the effective temporary shutdown of the Airport Improvement Program (AIP) and a lapse in revenue collection authority for the Airport and Airways Trust Fund (AATF), which provides major funding for FAA programs. When short-term extensions of FAA authority under the Airport and Airway Extension Act of 2011, Part III (P.L. 112-21), expired on July 22, 2011, employees working for FAA's office of airports and funded under AIP were immediately furloughed. Other employees paid from the facilities and equipment and research, engineering, and development accounts were also furloughed, as the sole funding source for those FAA programs, the AATF, could no longer collect revenue. Certain employees funded from the facilities and equipment account who inspected FAA navigation and communications equipment were ordered to stay on the job without pay because they were deemed to be essential to the safety of the air traffic system. About 4,000 FAA employees in total, roughly 9% of FAA's total workforce, were affected. As general fund moneys were available to continue paying employees, including any air traffic controllers paid out of the FAA's operations account, these employees were not immediately furloughed.

A subsequent short-term extension of AIP expenditure authority and AATF revenue collection authority (P.L. 112-27) was enacted on August 5, 2011, ending the furloughs for affected FAA employees and eliminating the need for possible additional furloughs of other employees paid through the operations account. Although additional legislation (e.g., H.R. 2814, 112th Congress) sought to compensate FAA employees for lost wages under the August 2011 furlough, the legislation was determined to be unnecessary, and employees were subsequently granted back pay for furloughed days under existing Department of Transportation authority.[11]

## The Difference Between Shutdown- and Sequestration-Related Furloughs

The term "furlough" refers to placement of an employee in temporary nonduty, nonpay status because of lack of work or funds, or other nondisciplinary reasons, but with continued benefits under certain conditions, such as health insurance.[12] There are two types of furloughs: "shutdown furloughs" (also called "emergency furloughs") and "administrative furloughs." This distinction

---

[11] Sean Reilly, "Furloughed FAA Employees To Receive Back Pay," *Federal Times*, October 3, 2011.

[12] U.S. Office of Personnel Management (hereinafter OPM), "Pay & Leave: Furlough Guidance," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/.

explains why, during FAA's April 2013 implementation of the sequester, federal civil service employees such as air traffic controllers were treated differently in comparison with the 2011 shutdown of certain FAA activities in response to a lapse in budget authority.[13]

## Shutdowns and Associated "Shutdown Furloughs"

Under a shutdown, an agency suddenly may lack authority to obligate and spend certain funds due to a lapse in annual appropriations, or, alternatively, due to expiration of an authorizing act that provides access to certain funds.[14] In these situations, it is generally understood that the lapse (or expiration) is temporary, due to an impasse in negotiations within Congress or between Congress and the President, and not intended by policymakers to be a permanent change in law. Some employees who are paid from affected funds are "excepted" by law from a specific kind of furlough ("shutdown furlough").[15] In the context of a shutdown, for example, employees whose duties involve the safety of human life or the protection of property may be told by an agency to come to work during the period of time in which funds are lapsed or an authorizing statute is expired. In other words, they are excepted from furlough. Other employees whose duties do not fit that criterion, however, may be placed on shutdown furlough and told to not come to work during this time period.[16]

The so-called Antideficiency Act, in particular, generally prohibits agencies from accepting voluntary services and employing personal services exceeding that authorized by law, "except for emergencies involving the safety of human life or the protection of property" (31 U.S.C. §1342). The statute elaborates that "the term 'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property."

Two legal opinions from former Attorney General Benjamin R. Civiletti, written in 1980 and 1981, have strongly influenced activities in the executive branch related to shutdowns.[17] The opinions and subsequent guidance from the Office of Management and Budget (OMB) and Office of Personnel Management (OPM) direct agencies in interpreting the Antideficiency Act and the exceptions from the act that are authorized by law, including the exception related to safety of human life and protection of property. These interpretations generally tell agencies which groups of employees may be directed to come to work in the absence of appropriations (i.e., which employees are excepted from shutdown furlough). The interpretations do not require agencies to

---

[13] For example, see Glenn Kessler, "Sequester Politics: Claims About the FAA Furloughs," *Washingtonpost.com*, April 25, 2013, at http://www.washingtonpost.com/blogs/fact-checker/post/sequester-politics-claims-about-the-faa-furloughs/2013/04/24/e0bcf4ce-ad30-11e2-a8b9-2a63d75b5459_blog.html.

[14] For more information about shutdowns associated with a lapse in appropriations, see CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[15] For frequently asked questions regarding shutdown furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Shutdown Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Shutdown-Furlough.

[16] CRS Report RL34680, *Shutdown of the Federal Government: Causes, Processes, and Effects*, coordinated by Clinton T. Brass.

[17] For discussion and links to copies of the opinions, see ibid. Congress amended the Antideficiency Act in 1990. In 1995, the Department of Justice issued a further opinion that interpreted the effect of the amendment. The 1995 opinion said one aspect of the 1981 Civiletti opinion's description of emergency governmental functions should be modified in light of the amendment, but that the 1981 opinion otherwise "continues to be a sound analysis of the legal authorities respecting government operations" during a funding gap.

make exceptions for all employees whose activities involve the safety of human life or the protection of property. However, it is possible that agencies may interpret law and guidance as generally communicating an expectation that all or many of these employees should (or shall) be excepted from furlough.

Affected excepted employees and nonexcepted employees do not receive pay during a shutdown, due to lack of available budget authority. Arguably, there is a legal obligation for an agency to pay excepted employees for their work during the lapse period, once funding resumes, however. In historical practice, subsequent law has provided for both excepted and nonexcepted personnel to be paid for the work days that pass during a shutdown period.

## Sequestration and Associated "Administrative Furloughs"

Under the process known as sequestration, a sequester—such as the one associated with the Budget Control Act of 2011 (BCA; P.L. 112-25)—provides for the automatic cancellation of previously enacted spending, making largely across-the-board reductions to nonexempt programs, activities, and accounts.[18] In this situation, certain percentage reductions are applied across major categories of spending. For each category, a uniform percentage reduction of nonexempt budgetary resources is determined. The reduction then is applied to each program, project, and activity (PPA) within each budget account that falls within the category.[19]

Ultimately, sequestration could be characterized as an elaborate process for making a policy decision to reduce the budgets for certain federal activities. As such, Congress and the President may, through law, reduce the budgets of activities that involve the safety of human life or the protection of property. When agencies face these across-the-board reductions at the account level and the PPA level, they may adjust the incidence of the reductions for a given account or PPA through any available authorities to transfer funds from one account to another and reprogram funds from one PPA to another within the same account.[20] A transfer or reprogramming may cushion some activities from across-the-board reductions, but this may increase the extent of reductions elsewhere.

One way in which an agency may cope with budget cuts is to use administrative furloughs. These furloughs reduce an agency's personnel costs, because employees are not required to be paid for furlough days and, in practice, are not paid for these days.[21] Agencies generally have considerable

---

[18] CRS Report R42972, *Sequestration as a Budget Enforcement Process: Frequently Asked Questions*, by Megan S. Lynch.

[19] Ibid. As noted in this CRS report, PPAs are delineated in different ways: for accounts included in appropriations acts, PPAs within each budget account are delineated in those acts or accompanying reports; and for accounts not included in appropriations acts, PPAs are delineated in the most recently submitted President's budget.

[20] U.S. Government Accountability Office, *A Glossary of Terms Used in the Federal Budget Process*, GAO-05-734SP, September 2005, pp. 85 and 95. For an agency to use transfer authority, it must be given this authority by statute. An agency may reprogram funds as part of its duty to manage funds without additional statutory authority. Many statutes require an agency to notify certain committees in advance of a transfer or reprogramming, a certain number of days before the transfer or reprogramming takes place. In practice, an agency's exercise of transfer and reprogramming authorities may be influenced by congressional committees, such as committees that are required by statute to be notified by the agency.

[21] For frequently asked questions regarding administrative furloughs, see OPM, "Pay & Leave: Furlough Guidance," tab on "Administrative Furlough," at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url= Administrative-Furlough.

discretion to choose which employees are subject to administrative furlough. OPM's guidance says that "[a]gencies are responsible for identifying the employees affected by administrative furloughs based on budget conditions, funding sources, mission priorities (including the need to perform emergency work involving the safety of human life or protection of property), and other mission-related factors."[22]

In the context of sequestration related to BCA, OMB has offered similar guidance to agencies to implement sequestration-related reductions—including any transfers or reprogramming—in a way that mitigates operational risks and negative impacts on an agency's core mission.[23] Although OMB and OPM both make reference to work involving the safety of human life or protection of property, budget reductions may affect and reduce the extent of this work that an agency undertakes, which in some cases may make administrative furloughs unavoidable.

# Implications of the Reducing Flight Delays Act of 2013 (RFDA; P.L. 113-9)

RFDA provides FAA with the authority to transfer up to $253 million of FAA funds from other uses to operations. Although worded broadly, the transfer authority is meant primarily to counteract the impact of sequestration on the air traffic control system.

The act allows FAA to transfer funds from two sources. Amounts made available for obligation under the Airport Improvement Program (AIP) in FY2013 for discretionary grants derived from apportioned funds not required in FY2013, pursuant to 49 U.S.C. 47117(f), can be transferred to other uses. Further, the act allows for transfers from "any other program or account" of FAA. The transferred amounts are to be available immediately for obligation and expenditure as directly appropriated budget authority.

## RFDA and the Airport Improvement Program (AIP)

The Airport Improvement Program provides federal grants to airports for airport development and planning. The 3,355 airports eligible for AIP grants range from major international hubs to county general aviation airports that have no commercial service.[24]

There are two forms of grant distribution to these airports: entitlement and discretionary. The entitlement funds (also called apportionments) are based on formulas that determine the amount

---

[22] OPM, *Guidance for Administrative Furloughs*, April 2013, p. 1, at http://www.opm.gov/policy-data-oversight/pay-leave/furlough-guidance/#url=Administrative-Furlough.

[23] See several memoranda from OMB, including U.S. Executive Office of the President, Office of Management and Budget (hereinafter OMB), "Planning for Uncertainty with Respect to Fiscal Year 2013 Budgetary Resources," memorandum M-13-03, January 14, 2013, p. 2; OMB, "Agency Responsibilities for Implementation of Potential Joint Committee Sequestration," memorandum M-13-05, February 27, 2013, pp. 1-4; OMB, "Issuance of the Sequestration Order Pursuant to Section 251A of the Balanced Budget and Emergency Deficit Control Act of 1985, as Amended," memorandum M-13-06, March 1, 2013, p. 1; and OMB, "Ongoing Implementation of the Joint Committee Sequestration," memorandum M-13-11, April 4, 2013, pp. 1-2; available at http://www.whitehouse.gov/omb/memoranda_default/.

[24] See the National Plan of Integrated Airport Systems (NPIAS) reports at http://www.faa.gov/airports/planning_capacity/npias/reports/.

that each eligible airport is entitled to for a fiscal year. Airports do not need to compete with one another for these funds. Once the entitlements are fulfilled, the remaining funds are distributed as discretionary funds by FAA. The distribution is conditioned by certain set-asides and is based on project priority and other selection criteria. The federal share under AIP varies from 75% for projects at large and medium hub airports to 90% for most small airports. The local match is generally paid for by the airport.

Entitlements are available to recipient airports for either three or four years, depending on the type of airport. If an airport has not obligated its entitlement funds within the allowed period, the amounts are reclassified as discretionary funds and remain available for FAA to distribute until expended.

AIP spending authority is based on contract authority, which is a kind of spending authority that allows obligations to be incurred in advance of appropriations. Because of this characteristic, AIP spending is controlled through a limitation on obligations. The annual limitation on obligations is usually set in appropriations legislation and restricts the amount of AIP contract authority that can be obligated (i.e., awarded) in a particular year. Controlling the rate of the annual obligation of funds allows Congress to control the rate of eventual outlays.

## "Carryover" Funds (Protected Entitlement Funds)

Section 2(a)(1) of RFDA allows FAA to transfer any apportioned entitlement funds that airports have elected not to use in the year that the funds are apportioned, for use as discretionary funds. These sums historically were referred to as "carryover" funds, but FAA now uses the term "protected entitlement funds." These entitlement funds are "protected" in the sense that airports have the right to use them in later years of their eligibility. This movement of funds from entitlement to discretionary (carryover) status and back to restored entitlement status is done because of the multiyear nature of the entitlements and the desire to obligate the entire obligation limitation level each year.[25]

In recent years, the balance of protected entitlement funds (i.e., carryover funds) has grown. This could have occurred for a number of reasons. Some airports, especially small ones, sometimes let the funds build up so that they draw on two or more years' entitlements at once to fund larger projects. In some cases, the sequence of a project's construction schedule requires entitlement funds to be held for a period before being spent. Some airports in recent years have had difficulty raising their local matching shares. Also, prior to the enactment of the FAA Modernization and Reform Act of 2012 (P.L. 112-95), FAA funding underwent 23 short-term extensions that made systematic planning difficult for some airports. These factors have caused some airports to defer the obligation of their apportionments to the later years of their eligibility, and the "carryover" balance has reportedly grown to roughly $700 million.

It is important to understand that the use of the terms "carryover funds" or "unused entitlement funds" does not mean that these are idle surplus funds with no intended use. The transfer of these funds to other parts of FAA under RFDA will reduce eventual AIP discretionary outlays by a like amount. Airports of all sizes benefit from the discretionary grants, but unlike entitlement funds, not every airport receives funding every year. In general, small airports depend on AIP funds for

---

[25] The Federal Highway Administration has an annual August redistribution of unobligated formula funds among the states to deal with the same dilemma of multiyear eligibility under annual obligation limitations.

airport improvements more than large airports, because small airports are less likely to be able to finance improvements by selling bonds or imposing passenger facility charges.

## Implications of RFDA Transfers for AIP

Section 2(b)(2) of the act appears to require the amount transferred to be considered an obligation for grants-in-aid airports, effectively reducing the spending authority made available for such purposes. In effect, the act appears to reduce the obligation limitation for FY2013. Should this be the case, there would be two major implications.

- Because the transferred amounts reduce the FY2013 obligation limitation by a like amount (pursuant to Section 2 (b)(2)), FAA might have to refrain from making additional awards or reduce the rate of award-making of discretionary grants from now until the end of FY2013 to keep AIP within its reduced obligation limitation. This reduction of obligational authority for AIP discretionary funding will eventually lead to reductions in outlays for airport improvements unless Congress decides to restore the funding in the future.

- Under the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (P.L. 106-181; codified under 49 U.S.C. 47114), a threshold of at least $3.2 billion must be made available for airport planning and development under Section 48103 in order for FAA to implement certain "special rules" that provide for more generous entitlements.[26] Consequently, if the transfers authorized by RFDA reduce the $3.343 billion[27] made available for FY2013 below $3.2 billion, most airports' entitlements could be reduced for the remainder of FY2013. The $3.2 billion threshold has been met every year for the last 10 fiscal years, and airports have become accustomed to the larger entitlement distributions.[28] To prevent reductions in entitlements, FAA would have to forgo transferring from AIP roughly $100 million to $110 million of the $253 million it is authorized to transfer under RFDA.[29] If FAA determines that it needs the entire $253 million amount to avoid controller furloughs, then, to avoid breaching the threshold, it appears that it would have to transfer roughly $100 million to $110 million from FAA accounts other than AIP unless Congress were to provide some other legislative solution.

---

[26] P.L. 106-181 provided for a major increase in AIP funding over FY1999-FY2003. The act retained most of the underlying formulas. However, to increase entitlement funding the law added a special rule that, contingent on $3.2 billion or more being made available for a fiscal year, doubled the primary airport entitlement and raised the primary minimum entitlement from $650,000 to $1 million; changed the general aviation entitlement from an area and population formula to a guarantee of the lesser of $150,000 or one-fifth of the most recently published estimate of each airport's five-year costs for improvements; and altered cargo and reliever airport grants.

[27] The $3.343 billion reflects the OMB-calculated 0.2% rescission of $6.7 million (under P.L. 113-6) from the $3.350 billion made available for AIP for FY2013.

[28] The amount of discretionary funds available might actually increase, since discretionary funds are the funds that remain after the entitlements are satisfied.

[29] The amount is uncertain because of the unknown budgetary treatment of the 0.2% rescission in the Further Continuing Appropriations Act of 2013 (P.L. 113-9, Division F and Division G, §3004). The Office of Management and Budget estimated AIP rescission to be $6.7 million. See http://www.whitehouse.gov/sites/default/files/omb/assets/legislative_reports/reductions/fy13_atb_reductions_04_25_13.pdf.

# Author Contact Information

Bart Elias
Specialist in Aviation Policy
belias@crs.loc.gov, 7-7771

Clinton T. Brass
Specialist in Government Organization and
Management
cbrass@crs.loc.gov, 7-4536

Robert S. Kirk
Specialist in Transportation Policy
rkirk@crs.loc.gov, 7-7769

EXHIBIT
U

| From: | terry.craft@faa.gov |
|---|---|
| To: | afsli@uaa.alaska.edu; anaumann@mdc.edu; asikora@broward.edu; Brent.Spencer@erau.edu; cscott@greenriver.edu; Coynea7e@erau.edu; danm@hesston.edu; domenic.proscia@vaughn.edu; donofrij@dowling.edu; drechsel@aero.und.edu; dwilliams@ccbcmd.edu; dwilt@fit.edu; Deborah.abingdon@roswell.enmu.edu; gwescott@tulsacc.edu; gzlotky@mtsu.edu; jeichelberger@ccbcmd.edu; jmerkt@ju.edu; Jim.Scott@ccbc.edu; kuhlmank@msudenver.edu; lwilkin2@aims.edu; millers@scc.losrios.edu; mmcfarl2@kent.edu; mnolan@purdue.edu; mtfranqui@gmail.com; Margaret.browning@hamptonu.edu; parrotwi@lewisu.edu; ramon.claudio@tstc.edu; rpace@mgc.edu; rrogus@mtsac.edu; Ryan C Seiler; sam.fischer@fscj.edu; slanderson@stcloudstate.edu; stephenwest@ou.edu; Seanfortier@letu.edu; trena.mathis@minneapolis.edu; verne.latham@asu.edu; wyman_peter@dwc.edu |
| Cc: | afach@uaa.alaska.edu; afrpc@uaa.alaska.edu; ancds@uaa.alaska.edu; aviation@greenriver.edu; Albert.culp@tstc.edu; beverly.byrdsong@hamptonu.edu; broganwi@lewisu.edu; Barb.soleta@aims.edu; Brad.Sherman@tstc.edu; carey.freeman@hamptonu.edu; ccheatum@fscj.edu; ckomsa@ccbcmd.edu; craigc@aero.und.edu; dbraun1@broward.edu; dcushwa@uaa.alaska.edu; dgallion@fscj.edu; dlewis4@mdc.edu; David.Kangas@minneapolis.edu; Dusty.lewis@roswell.enmu.edu; fieglr@erau.edu; forrestj@msudenver.edu; gcomollo@greenriver.edu; Gil Sinclair; gregory.mcguirk@erau.edu; greverdi@fitaviation.com; hayden_scott@dwc.edu; idar@scc.losrios.edu; jboerger@kent.edu; jcain@fit.edu; john.gilding@asu.edu; joseph.gridley@asu.edu; jshakesp@broward.edu; juan.salmon@roswell.enmu.edu; JCALAF@BAYAMON.INTER.EDU; kencarson@ou.edu; koplinkl@dowling.edu; linda.bracewell@minneapolis.edu; lstephe4@aims.edu; mtsuatc@mtsu.edu; mummeb6e@erau.edu; mwillet@ju.edu; Mary.Niemczyk@asu.edu; nradi@aero.und.edu; rcharles@mgc.edu; ron.ferrara@mtsu.edu; rpcapozzi@uaa.alaska.edu; ryates@ju.edu; RBancroft@tulsacc.edu; Rosalinda.Herrera@tstc.edu; Rusty.Chandler@cecilairport.com; sandraz@hesston.edu; sandyt@hesston.edu; senglish@broward.edu; sharon.devivo@vaughn.edu; smithabc@erau.edu; streitmi@lewisu.edu; Sshackelford@mtsac.edu; SteveKintner@letu.edu; webbd@scc.losrios.edu; Renee.Grannis@faa.gov; Parkman, Allen K; jje64@aol.com |
| Subject: | INFORMATION: FAA Hiring Rumors |
| Date: | Tuesday, July 16, 2013 10:43:34 AM |

CTI Stakeholders;

If you are not aware, please let me be the first to let you know that there is an image circulating of what appears to be an official FAA edict referencing 2014 hiring (see attached). It appears to have originated first at Broward, and I was first made aware of it from them and have been contacted via email and phone to determine the validity. I have spoken with Technical Workforce Onboarding Team and determined that this was not put out by the FAA.

As with all rumors, there is some truth to them which make them appear legitimate. As you all are well aware the FAA is working on a reduced budget in 2013 based on law passed in December 2012, known as "sequestration". After the law took effect, the FAA was given additional funds to ensure air traffic services were not inhibited by the cuts (furloughs). This funding did not completely restore FY12 or 13 levels of funding.

Our FY14 budget has not yet been determined. Under a continuing resolution (CR) we will maintain our 2013 (reduced) funding. With retirements we anticipate that we may be able to bring on somewhere between 400-600 controllers to supplement some of the retirements although this is not yet finalized. At this time it **appears that this is all we will be able to hire in FY-14.**

At this time we anticipate that we have significantly more selections who have been given tentative offer letters (TOL's) to meet the FY-14 hiring. The candidates with TOL's will have to have medical and drug tests updated before we can offer firm offer letters (FOL's) . Since we do not currently have the funding to do this we will have to wait until FY 14 (October) to start them, thus we will not begin training at the Academy until sometime between mid-November and January. As we have more selections with TOL's than we can hire in FY-14, at this time, we do not anticipate a new announcement **of any type** in the foreseeable future.

The FAA has conducted a "Barrier Analysis" over the last year to determine if there are barriers that are inhibiting our workforce diversity. This was not specific to ATSAT as was implied in the graphic although all aspects of qualifications, announcements, selections, hiring and training were examined. This report is not yet final and the FAA is looking at it to determine if any of the barriers can be overcome.

As for "state selections" , those in the CTI community are aware that we are working towards a better method to select and place new hires based on performance at the Academy. This will help us to place those strong candidates at higher level facilities, and at the type of facilities where they excel in training at the Academy.  Again, this is part of our future vision and was part of the FAA Independent Review Panel (IRP) recommendations.  As discussed before, we are not yet there with the curriculum and hiring to implement at this time.

The future hiring of air traffic controllers is not definitive at this time due to the "sequestration" law.  We do know our need based on retirements, on average 1,000 per year as outlined in the Controller Workforce Plan as presented to Congress, but actual hires will be based on appropriate funding to the FAA.

I hope this helps as you field calls and emails from current and past students. This is as we know it today and is subject to change based on Congress.  It is not the best of news but it is what it is. We can only do what we are funded to do.  Hiring is not the only cuts the FAA  has absorbed and is the last one we take off the table.


Respectfully


Terry L. Craft
Manager CTI Training Initiative
AJI-216 Air Traffic Safety and Technical Training
202.385.6788 (Office)
202.578.7627 (Mobile)

CONFIDENTIAL

EXHIBIT
V

| From: | Greta.K.Ballentine@faa.gov |
|---|---|
| To: | afsll@uaa.alaska.edu; anaumann@mdc.edu; asikora@broward.edu; Brent.Spencer@erau.edu; cscott@greenriver.edu; Coynea7e@erau.edu; danm@hesston.edu; domenic.proscia@vaughn.edu; donofrij@dowling.edu; drechsel@aero.und.edu; dwilliams@ccbcmd.edu; dwilt@fit.edu; Deborah.abingdon@roswell.enmu.edu; gwescott@tulsacc.edu; gzlotky@mtsu.edu; jeichelberger@ccbcmd.edu; jmerkt@ju.edu; Jim.Scott@ccbc.edu; kuhlmank@msudenver.edu; lwilkin2@aims.edu; millers@scc.losrios.edu; mmcfarl2@kent.edu; mnolan@purdue.edu; moore@fit.edu; mtfranqui@gmail.com; Margaret.browning@hamptonu.edu; parrotwi@lewisu.edu; ramon.claudio@tstc.edu; rpace@mgc.edu; rrogus@mtsac.edu; Ryan C Seiler; sam.fischer@fscj.edu; slanderson@stcloudstate.edu; stephenwest@ou.edu; Seanfortier@letu.edu; trena.mathis@minneapolis.edu; verne.latham@asu.edu; wyman_peter@dwc.edu |
| Cc: | afach@uaa.alaska.edu; afrpc@uaa.alaska.edu; ancds@uaa.alaska.edu; aviation@greenriver.edu; Albert.culp@tstc.edu; beverly.byrdsong@hamptonu.edu; broganwi@lewisu.edu; Brad.Sherman@tstc.edu; carey.freeman@hamptonu.edu; ccheatum@fscj.edu; ckomsa@ccbcmd.edu; craigc@aero.und.edu; dbraun1@broward.edu; dcushwa@uaa.alaska.edu; dgallion@fscj.edu; dlewis4@mdc.edu; David.Kangas@minneapolis.edu; Dusty.lewis@roswell.enmu.edu; forrestj@msudenver.edu; gcomollo@greenriver.edu; Gil Sinclair; gregory.mcguirk@erau.edu; hayden_scott@dwc.edu; idar@scc.losrios.edu; jboerger@kent.edu; john.gilding@asu.edu; joseph.gridley@asu.edu; jshakesp@broward.edu; juan.salmon@roswell.enmu.edu; JCALAF@BAYAMON.INTER.EDU; kencarson@ou.edu; koplinkl@dowling.edu; linda.bracewell@minneapolis.edu; lstephe4@aims.edu; mtsuatc@mtsu.edu; mummeb6e@erau.edu; mwillet@ju.edu; Mary.Niemczyk@asu.edu; nradi@aero.und.edu; rcharles@mgc.edu; ron.ferrara@mtsu.edu; rpcapozzi@uaa.alaska.edu; ryates@ju.edu; RBancroft@tulsacc.edu; Rosalinda.Herrera@tstc.edu; Rusty.Chandler@cecilairport.com; sandraz@hesston.edu; sandyt@hesston.edu; senglish@broward.edu; sharon.devivo@vaughn.edu; smithabc@erau.edu; streitmi@lewisu.edu; Sshackelford@mtsac.edu; SteveKintner@letu.edu; webbd@scc.losrios.edu; Kerry.Skofteland@faa.gov |
| Subject: | Planned CTI Telecon |
| Date: | Wednesday, December 18, 2013 10:11:33 AM |

Good morning all,

I've learned this morning that there apparently will be some form of announcement about hiring within the next two week (before the below referenced telecon). I don't know what will be in that announcement, the extent of it, or even what form it will take. At this point I will keep the call schedule as is but I will let you know if, for whatever reason, I am asked not hold off on communications. I just wanted to make everyone aware.

Thank you,

Greta K Ballentine, M.Ed. (formerly Ballard)
Manager, Curriculum
Office: 202-385-6855
Cell: 202-573-6497
greta.k.ballentine@faa.gov
Air Traffic Organization – Technical Training

*"Human beings, who are almost unique in having the ability to learn from the experience of others, are also remarkable for their apparent disinclination to do so."*

*~ Douglas Adams*

_____

Hello all,

I know there are rumors and speculation flying about changes in the FAA's hiring processes and if "not knowing" can drive you to the brink of insanity as much as it can many of us, then I'd like to hold a telecon so at least we can get the rumors and speculation on the table. At the moment, I'm sorry to say that I don't have anything new to offer in the way of information. I may by the time we can talk, but I figure we can at least get the questions and concerns heard for when something more concrete does become known.

CONFIDENTIAL

I'm scheduling a conference call for January 6th at 2pm ET. The conference call bridge information is 712-432-0930, passcode 271256#

I've gotten some requests to add/remove names from the email distribution list and I hope I've managed to get everyone. Please let me know if there's someone I've missed. I hope that Kerry (Skofteland) or I have gotten back to anyone who asked a question recently - even though I know most responses have been a big old "I don't know yet". If I have missed anything, either let me know via email or during the call and we'll either answer or add it to the "I don't know" list.

I wish everyone a happy holiday and we'll talk in the new year.

Thank you,


Greta K Ballentine, M.Ed. (formerly Ballard)
Manager, Curriculum
Office: 202-385-6855
Cell: 202-573-6497
greta.k.ballentine@faa.gov
Air Traffic Organization – Technical Training

*"We live in a society exquisitely dependent on science and technology, in which hardly anyone knows anything about science and technology."*

*~ Carl Sagan*

CONFIDENTIAL

CTI0016311

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84**

**Suspension of Policy on Air Traffic Control Specialist Academy Trainee Hiring**

**This policy bulletin applies to:**  (1) Non-bargaining unit employees/positions and (2) bargaining unit employees/positions, except where the applicable collective bargaining agreement contains conflicting provisions or the subject has not been negotiated.

**Policy bulletin effective date:**  02/07/2014.  This policy bulletin will remain in effect until cancelled by the Office of Human Resource Management or until new assessment/selection process has been incorporated in agency policy(ies), whichever occurs first.

**Background information:**   In the spirit of continuous process improvement, the FAA reviewed the end-to-end process of hiring air traffic control specialists.   As a result, the FAA chose to make several improvements to the way it selects, trains, and assigns air traffic controllers in order to enhance decision making and increase objectivity in the assessment of candidates.  The new process will ensure compliance with statutory requirements including antidiscrimination laws, apply Merit System Principles, and align with the applicable FAA HR employment policies related to permanent external hiring.

_____

1. Purpose
2. Interim Process—Overview
3. Policy Suspension/Modification
4. Points of Contact

**1.  Purpose:**  This policy bulletin suspends provisions of FAA Human Resources (HR) policy related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist (ATCS) Academy Trainees.

**2.  Interim Process—Overview:**

**a.**   The Agency will apply the existing FG-2152-01 position description and minimum experience/education requirements under the single agency qualification standard for FG-2152-01, Air Traffic Control Trainee-FAA Academy.

**b.**   Generally, the FAA will use a single external competitive vacancy announcement open to all U.S. citizens to create an ATCS Academy trainee candidate inventory. At its discretion, the Agency  may consider using another candidate source (such as reinstatement, or an on-the-spot hiring authority such as Veterans' Recruitment Appointment, 30% or More Disabled Veteran Program, People With Disabilities) to fill specific positions as appropriate.

**c.**   The FAA will close previous ATCS Academy trainee competitive inventories, notifying candidates that their prior applications and pre-employment test scores will no longer be considered and encouraging them to apply to future vacancy announcements.

**d.**   Applicants may indicate preferred geographical region and state(s) but this information will not be used in the selection process.  The Agency may consider designated geographic preferences in the post-Academy facility placement process but staffing needs will be paramount.

**e.**   All applicants will complete the Biographical Assessment.

**Human Resources Policy Manual (HRPM)**
**Policy Bulletin # 84: Temporary Suspension of Agency Policy on**
**Air Traffic Control Specialist Academy Trainee Hiring**

**Effective:  02/07/2014**
**Page 1 of 2**

**f.**   Applicants with a passing score on the Biographical Assessment will be screened for eligibility (citizenship, Selective Service registration, etc.) and minimum experience/education.

**g.**   Applicants meeting the requirements for eligibility and experience/education and with passing scores on the Biographical Assessment will be contacted regarding scheduling of the AT-SAT exam.

**h.**   Candidates meeting all requirements for eligibility and experience/education and with passing scores on the Biographical Assessment and the AT-SAT exam will be placed into one of three quality categories based on a weighted composite of both pre-employment tests and veterans' preference.

**i.**   Selections will be made beginning with the candidates at the top of the category group and working down the list.   Randomization will be used to break any ties.  Veterans' passover procedures will be used if necessary.

**3.   Policy Suspension/Modification:**

**a.**   Effective immediately, provisions of FAA HR policy documents related to the recruitment, assessment, selection and appointment of Air Traffic Control Specialist Academy Trainees are suspended.  While some provisions of these policy documents may be referred to as guidance, the FAA will not be bound by their provisions.  This includes (but is not limited to) the following documents:

- **Human Resources Operating Instruction (HROI): Air Traffic Collegiate Training Initiative (AT-CTI) Standard Operating Procedures** effective 04/01/2007;

- **HROI: Eligibility Period for AT-CTI Graduates** effective 04/01/2007; originally established 05/26/2006;

- **HRPM EMP-1.7a Supplement (Series 2152) Testing Policy for Filling Entry Level  Air Traffic Control Specialist Positions in Terminal and En Route Options** effective 04/01/2007;

- **HRPM EMP-1.11b Supplement (ATCS Employment Policy) Entry Level Pay and Grade for Air Traffic Academy Trainees** effective 06/25/2009; originally established 04/07/2007;

- **FAPM Letter 330-3 Placement of Entry Level Air Traffic Control Specialists** effective 10/04/85; and

- **AHF Operating Procedure #18: Use of On-the-Spot (OTS) Hiring Authority for Air Traffic Control Specialist (ATCS) Positions** effective 3/26/09

**b.**   Some exceptions or modifications to FAA HR policy provisions that are not specific to ATCS employment may also occur as part of the implementation (for example, using more than the two categories specified in EMP-1.28 Category Rating for ranking candidates.)   Any such an exception/modification must be approved by the Director, HR Policy and Compliance Division, AHR-100.

**4.   Points of Contact:**  Questions about this policy should be directed to the Office of Human Resource Management HR Policy and Compliance Division, AHR-110.



**Federal Aviation Administration**

# Results of Air Traffic Control Specialist (ATCS) Interim Hiring Process

Privileged and Confidential

# Executive Summary

- **The interim ATCS selection process strongly favored those with an aviation and/or military background/education**
  - 1034 of the 1591 referrals (65%) had some combination of CTI, VP, some military, or some specific aviation related work history/experience
  - CTI grads/students were referred at three times the rate of non-CTI grads/students

- **The best qualified CTI candidates and general public candidates were selected to fill the open vacancies**

- **28,474 applicants applied via the interim process and 1591 are to receive a TOL**
  - All interested applicants across the country were able to apply, allowing the Agency to select from a larger pool of qualified applicants than under past vacancy announcements
  - The interim process allowed the Agency to find highly qualified candidates to fill demanding and challenging positions as Air Traffic Controllers

---

Privileged and Confidential



**Federal Aviation Administration**

2

# CTI Statistics

| Status | Total Applicants | Passes | Percent Passing |
|---|---|---|---|
| Non CTI | 22508 | 837 | 3.72% |
| CTI Grads and Students/Some Coursework | 5966 | 754 | 12.64% |
| *CTI Grads* | 4092 | 569 | 13.91% |
| *CTI Students/Some Coursework* | 1874 | 185 | 9.87% |



- •Non CTI
- •CTI Grads
- •CTI Students/Some Coursework

•Interim TOL

•11.6%

•52.6%

•35.8%

N=199



**Federal Aviation Administration**

# Veterans Statistics

| Status | Total Applicants | Passes | Percent Passing |
|---|---|---|---|
| Non Vet/Non Military | 24165 | 1301 | 5.38% |
| Some Military Service and VP Vets | 4309 | 290 | 6.73% |
| Some Military Service | 665 | 86 | 12.93% |
| VP Vets | 3644 | 204 | 5.60% |



**Federal Aviation Administration**

4

# TOL Pool Demographics – Overview*

| | CPC Population | | TOL Group** | | Percentage Difference |
|---|---|---|---|---|---|
| | n | % | n | % | |
| | 11567 | 100% | 1591 | 100% | |
| **Ethnicity** | | | | | |
| American Indian or Alaskan Native | 86 | 0.7% | 4 | 0.4% | •-0.3% |
| Asian | 270 | 2.3% | 57 | 6.3% | •4.0% |
| Black or African American | 623 | 5.4% | 92 | 10.2% | •4.8% |
| Hispanic or Latino | 782 | 6.8% | 153 | 16.9% | •10.1% |
| Multi-ethnic | 123 | 1.1% | 48 | 5.3% | •4.2% |
| Native Hawaiian or Other Pacific Islander | 29 | 0.3% | 6 | 0.7% | •0.4% |
| White | 9654 | 83.5% | 544 | 60.2% | •-23.3% |
| Missing | 0 | | 687 | | |
| **Disability** | NA | | 31 | 2.0% | |
| **Gender** | | | | | |
| Female | 1855 | 16.0% | 260 | 28.6% | •12.6% |
| Male | 9712 | 84.0% | 650 | 71.4% | •-12.6% |
| Missing | 0 | | 681 | | |

* This information responds to questions raised by congressional staff

**Groups do not include candidates with missing data in percentage calculations

Privileged and Confidential



**Federal Aviation Administration**

# Next Steps

- **Finalize changes to ATCS assessment tools**

- **Next Vacancy Announcement for ATCS positions expected in March of 2015**



**Federal Aviation Administration**

6



**EXHIBIT Y**

# Associate of Applied Science, Air Traffic Control

## Program Description and Outcomes

ATC professionals utilize knowledge of aircraft operating limitations and performance, weather and atmospheric processes, radar theory and radar systems, federal regulations, the US air traffic control system, as well as navigation methods within the National Airspace System. The AAS degree prepares students for the technical requirements of the air traffic control profession, and for entry into the FAA Academy. At the completion of this program, students will be able to:

1. Demonstrate knowledge of aircraft operating limitations and performance, including methods of air and ground navigation within the National Airspace System.
2. Demonstrate knowledge of weather and atmospheric processes and how weather phenomenon affects aviation operations.
3. Demonstrate knowledge of the relationship between federal regulations, FAA publications, and the U.S. air traffic control system.
4. Demonstrate knowledge of fundamentals of aircraft separation in radar, non-radar, and terminal environments, as well as operating techniques of ATC facilities in visual and instrument conditions.

## Admission Requirements

Satisfy Associate Degree Admission Requirements in Chapter 7, Academic Standards and Regulations.

## Special Considerations

UAA has no restrictions on age or physical condition of students. However, students desiring employment with the FAA should be aware of employment requirements:

1. Medical Certificate is required as depicted in FAR 65.49 and 67 Subpart C.
2. Thirty-year-old maximum age restriction for students anticipating employment in terminal or en route options.
3. For employment considerations with the FAA, students must receive a PASS score on the Air Traffic-Selection and Training (ATSAT) examination administered by the FAA. The examination provides a systematic process for continued enhancement of air traffic selection and training by testing candidates for recognition and cognitive skills required in the air traffic specialty and to identify the "composite controller."

CTI0001031.10475-1

## Advising

All students must meet with an academic advisor in the ATD prior to beginning any program of study and are encouraged to meet each semester for the purpose of reviewing their academic progress and planning future courses. It is particularly important for students to meet with their advisor whenever academic difficulties arise. Degree check sheets are available in the Aviation Technology Division office.

## Federal Aviation Administration (FAA) Recommendation for Employment

1. To be eligible for FAA employment, student must achieve a C or better in all Air Traffic Control-specific courses: ATC A143, ATC A144, ATC A147, ATC A241/L, ATC A242/L, ATC A243/L.
2. In order to advance to 200 level ATC classes (ATC 241/L, ATC A242/L, ATC A243/L) students must have a C or better in ATC A143, ATC A144, ATC A147.
3. Students may repeat ATC A143, ATC A144, and ATC A147 only once due to performance.

## General University Requirements

Complete the General University Requirements for Associate of Applied Science Degrees located at the beginning of this chapter.

## General Course Requirements

Complete the Associate of Applied Science General Course Requirements located at the beginning of this chapter. ENGL A212 is recommended. Any English course used to satisfy the humanities General Education Requirement must be different from the written communications requirement and have a course number higher than ENGL A111.

## Major Requirements

1. Complete the following required courses:

| | | |
|---|---|---|
| ATA A102 | Introduction to Aviation Technology | 3 |
| ATA A132 | History of Aviation | 3 |
| ATC A143 | ATC Regulations | 3 |
| ATC A144 | ATC Flight Procedures | 3 |
| ATC A147 | Pilot/Controller Techniques | 3 |
| ATC A241 | Control Tower Operations | 3 |
| ATC A241L | Control Tower Operations Lab | 1 |
| ATC A242 | ATC Terminal Radar Procedures | 3 |
| ATC A242L | ATC Terminal Radar Procedures Lab | 1 |
| ATC A243 | ATC En Route Procedures | 3 |
| ATC A243L | ATC En Route Procedures Lab | 1 |
| ATC A325 | Tools for Weather Briefing | 3 |
| ATP A100 | Private Pilot Ground School | 3 |
| ATP A235 | Elements of Weather | 3 |

| | | |
|---|---|---|
| *One of the following:* | | 3 |
| ATA A133 | Aviation Law and Regulations (3) | |
| ATA A134 | Principles of Aviation Administration (3) | |

| | | |
|---|---|---|
| *One of the following* | | 3 |
| ATA A233 | Aviation Safety (3) | |
| ATP A231 | Search, Survival, and Rescue (3) | |
| ATP A232 A | Advanced Aviation Navigation (3) | |

| | | |
|---|---|---|
| *\*One of the following* | | 3-4 |
| MATH A105 | Intermediate Algebra (3) *(Note: prerequisite)* | |
| MATH A107 | College Algebra (4) *(Note: prerequisite)* | |
| MATH A108 | Trigonometry (3) *(Note: prerequisite)* | |
| MATH A172 | Applied Finite Mathematics (3) *(Note: prerequisite)* | |
| MATH A200 | Calculus I (4) *(Note: prerequisite)* | |
| MATH A272 | Applied Calculus (3) *(Note: prerequisite)* | |

| | |
|---|---|
| *One of the following not already taken:* | 3 |
| ATA A133, ATA A134, ATA A233, ATA A331,  ATA A425,  ATP A231, ATP A232 | |

*\*Courses may be used to fulfill the Associate of Applied Science General Degree Requirements.*

2.     A total of 60 – 61 credits are required for the degree.

3.     See the Aviation Technology Division advisor for appropriate sequence of courses.



EXHIBIT
**Z**

**Office of Legal Counsel**

January 22, 2021

Zhonette Brown
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227

      RE:    *Brigida v. Chao* – Subpoena to Purdue University

Dear Ms. Brown:

      Please consider the following Purdue University's response to your third-party Subpoena in connection with the class action lawsuit referenced above involving the FAA and its Air Traffic Collegiate Training Initiative ("AT-CTI") program.

GENERAL RESPONSES AND OBJECTIONS

      Purdue University does not separately recognize "CTI Graduates" nor does it have an AT-CTI program. Rather, Purdue is one of many schools that has been approved to participate in the FAA's AT-CTI program. At Purdue University West Lafayette, students who followed the plan of study for a major in aviation management, took AT 36900 and AT 47900 (recognize class numbering may change over the years) earning a grade of C or higher, and were awarded a bachelor's degree, were recommended for hiring to the FAA. Similarly, at Purdue University Indianapolis-Statewide Technology, students who followed the plan of study for a major in aviation technology, took AT 26900 and AT 28100 earning a grade of C or higher, and were awarded an associate's degree, were recommended for hiring to the FAA.

      Any student information provided in Purdue's response is protected by the Family Educational Rights and Privacy Act ("FERPA") and is subject to the Amended Protective Order in *Brigida v. Chao, et al.*, Case 1:16-cv-022227-DLF.

      Purdue has not produced documents protected by the attorney work-product and attorney-client privilege. Nothing contained in these answers is intended as, or shall in any way be deemed a waiver of any attorney-client privilege, any work-product protection, or any other applicable privilege or doctrine.

CONFIDENTIAL

Zhonette Brown
January 22, 2021
Page 2

## SUBPOENA RESPONSE

**REQUEST NO. 1:**  Please produce a roster or list of all CTI Graduates who received a degree from Your Institution from January 2007 through February 2014.

> RESPONSE:  Purdue University asserts the General Objection above, as Purdue does not separately recognize "CTI Graduates." Accordingly, Purdue has no such list of these individuals for the 2007-2014 time frame. Subject to and without waiving its objection, attached as Purdue-RFP-1 is a list of students who met the criteria described in General Objection ¶ 1 above. Purdue's is generally unaware of which students on the list, if any, actually participated in the FAA's AT-CTI program.

**REQUEST NO. 2:**  Please produce a roster of Professors who taught courses within Your Institution's AT-CTI Program from January 2007 through February 2014 or any AT-CTI Program Director at Your Institution from January 2007 through February 2014.

> RESPONSE:  Purdue University asserts the General Objection above, as Purdue does not separately recognize "CTI Graduates." Courses required of individuals to participate in the FAA AT-CTI program were also required of several degree programs. Faculty members would likely not correlate their teaching of course as specific to the FAA's AT-CTI program. Accordingly, Purdue has no such list of these individuals for the 2007-2014 time frame. Subject to and without waiving its objection, attached as Purdue-RFP-2 is a list of faculty members who taught courses that were included as criteria to qualify as eligible for the FAA AT-CTI program.

**REQUEST NO. 3:**  For each CTI Graduate who received a degree from Your Institution from January 2007 through February 2014, please provide Documents sufficient to show such student's (1) graduation date; (2) degree received; (3) cumulative Grade Point Average; (4) college transcript; (5) AT-SAT score(s); (6) possession or receipt or eligibility or ineligibility for, a letter of recommendation or similar endorsement from Your Institution to the FAA; (7) date of birth; (8) race; (9) status as a United States citizen; and (10) other information Your Institution may have provided to the FAA regarding such student.

> RESPONSE:  Purdue University asserts the General Objection above, as Purdue does not separately recognize "CTI Graduates."

(1)     Graduation date – *see* RFP-1;

(2)     Degree received -- *see* RFP-1;

(3)     Cumulative Grade Point Average – *see* RFP-3(4),

CTI0014681

Zhonette Brown
January 22, 2021
Page 3

(4)     College transcript – Purdue estimates it will take 30 work hours to print
        362 transcripts (362 transcripts @ 5 min. each). With student workers
        returning this week, we anticipate having the transcripts printed by
        Friday, February 5, and will supplement this response.

(5)     AT-SAT score – The AT-SAT score is a FAA-generated test score.
        Purdue does not have this information.

(6)     Possession or receipt or eligibility or ineligibility for, a letter of
        recommendation or similar endorsement from Your Institution to the
        FAA.

        *See* RFP-1. The names of all students who met the criteria and eligibility
        requirements described in the General Objection ¶ 1 above, and who
        graduated from the start of the FAA/Purdue collaboration through 2009,
        were provided to the FAA.

        At some point in 2010, Purdue began requiring student permission to pass
        their name along to the FAA should they qualify for the program.
        Accordingly, students identified in RFP-1 who graduated between 2010-
        2013 would have signed such a permission slip. These permission slips no
        longer exist, and were destroyed in the normal course of business.

        Beginning in 2014, any student who wanted a letter of recommendation,
        had to request one from the program director. Any student who met the
        eligibility requirements described in General Objection ¶ 1 above, was
        given a letter of recommendation, the template of which is attached hereto
        as RFP-3(6). No qualified student (who requested one) was refused a letter
        of recommendation.

(7)     Date of birth – *see* RFP-1

(8)     Race – *see* RFP-1

(9)     Status as a United States citizen – *see* RFP-1

(10)    Other information Your Institution may have provided to the FAA
        regarding such student – None, including date of birth, race, and
        citizenship status.

CONFIDENTIAL

Zhonette Brown
January 22, 2021
Page 4

**REQUEST NO. 4:** For each CTI Graduate who received a degree from Your Institution from January 2013 through February 2014 but did not receive a letter of recommendation or similar endorsement from Your Institution to the FAA, please provide any document reflecting Your Institution's reasoning for not providing a letter of recommendation or endorsement to such student.

RESPONSE:   Not applicable. See RFP-3(6) above.

**REQUEST NO. 5:**  Please provide Documents explaining Your Institution's criteria in 2013-2014 for providing or not providing letters of recommendation or similar endorsements to the FAA for CTI Graduates.

RESPONSE:   Standard letters of recommendation were provided to all students who were qualified and met the eligibility requirements of the FAA AT-CTI program. *See* RFP-3(6) above.

**REQUEST NO. 6:**  For each CTI Graduate who received a degree from Your Institution from January 2007 through February 2014, please provide Documents, regarding such student being offered employment by the FAA as an ATCS and/or accepting employment by the FAA in ATCS positions that may have been used for internal promotion of the CTI Program or reporting to the FAA.

RESPONSE:  Purdue has no such documents. Any such communications occurred between the FAA and the student.

**REQUEST NO. 7:**  Please produce Documents the FAA provided to Your Institution prior to February 2014 concerning the benefit to Your Institution of participating in the AT-CTI Program or the benefits to the students at Your Institution of participating in the AT-CTI Program.

RESPONSE:  Purdue objects to this request as vague and ambiguous. Subject to and without waiving its objection, and to the extent documents existed, Purdue has no longer has responsive documents.

**REQUEST NO. 8:**  Please produce all Communications between the FAA and your Institution from January 1, 2012 through December 31, 2016 regarding the AT-CTI Program; this request specifically includes Communications regarding FAA's plans for hiring or process for hiring from the AT-CTI Program or for ATCS positions and Communications regarding the use, validity, purpose, changes to, or cessation of using the Biographical Assessment/Biographical Questionnaire.

RESPONSE:  Purdue made reasonable efforts to search both physical and digital files for relevant documents and no such documents were located.

CONFIDENTIAL

Zhonette Brown
January 22, 2021
Page 5

**REQUEST NO. 9:**  Please provide all Communications between the FAA and Your Institution from January 1, 2010, through December 31, 2014 regarding Your Institution's efforts to recruit diverse students to the AT-CTI Program, the diversity of students within Your Institution's AT-CTI Program, the FRAA's desire to increase diversity among ATCS applicants or AT-CTI Students, the Barrier Analysis prepared for the FAA in 2012 and 2013, and the Extension to the Barrier Analysis prepared for the FAA in 2013.

RESPONSE:  Purdue made reasonable efforts to search both physical and digital files for relevant documents and no such documents were located.

**REQUEST NO. 10:**  Please provide all Communications between the FAA and Your Institution from January 1, 2008 through December 31, 2015 regarding the use, validity, purpose of the AT-SAT.

RESPONSE:  Purdue made reasonable efforts to search both physical and digital files for relevant documents and no such documents were located.

**REQUEST NO. 11:**  Please provide all Documents and Communications between Members of or Committees of the United States Congress and Your Institution from January 1, 2014 through December 31, 2016 regarding changes to the FAA's ATCS Hiring Process and the FAA Extension, Safety, and Security Act of 2016, including the hiring process for AT-CTI Students and/or Graduates and the FAA's use of the Biographical Assessment/Biographical Questionnaire in its ATCS Hiring Process.

RESPONSE:  Purdue made reasonable efforts to search both physical and digital files for relevant documents and no such documents were located.

Sincerely,

Trenten D. Klingerman
Deputy General Counsel

Enclosures

CONFIDENTIAL