# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK<br><br>Plaintiffs,<br><br>vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Case No.: 16-cv-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF COREY C. BARTKUS

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Corey C. Bartkus hereby withdraws his appearance in above-captioned matter as counsel for Andrew J. Brigida and Matthew L. Douglas-Cook (collectively referred to as "PLAINTIFFS").

The basis for this withdrawal is that Mountain States Legal Foundation no longer employs Mr. Bartkus. Zhonette M. Brown, William E. Pearson, Michael W. Pearson, and David C. McDonald, who have previously entered their appearance on behalf of PLAINTIFFS in this matter, will remain as counsel of record for PLAINTIFFS.

DATED this 22nd day of November 2021.

Respectfully submitted,

*/s/ Corey C. Bartkus (with authorization)*

Corey C. Bartkus
cbartkus23@gmail.com
1350 Speer Blvd, #711
Denver, CO  80204

Acknowledged by:

**Andrew J Brigida**

Andrew J. Brigida

**Matthew L. Douglas**

Matthew L. Douglas-Cook

*See* acknowledgment signatures on following page

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following counsel of record in this matter:

Michael L. Drezner
Michael.L.Drezner@usdoj.gov

Galen Nicholas Thorp
galen.thorp@usdoj.gov

/s/ Meri Pincock
Meri Pincock

**Signature:** *Matthew L Douglas (Nov 22, 2021 08:58 MST)*
**Email:** mldouglas20@gmail.com

**Signature:** *Andrew J Brigida (Nov 22, 2021 09:12 MST)*
**Email:** andrew.brigida@gmail.com