UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,<br><br>          Plaintiffs,<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>          Defendant. | Case No. 16-cv-2227 (DLF) |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

Andrew J. Brigida and Matthew L. Douglas-Cook ("Plaintiffs") and Peter P.M. Buttigieg ("Defendant") (collectively the "Parties"), hereby jointly move the Court for an extension of time to submit their Rule 26 status report. The Parties request that the deadline to submit the report be extended from December 10, 2021 until 21 days after the Court rules on Plaintiffs' pending Motion for Class Certification and in support thereof state:

1. In the Parties' Joint Status Report of May 28, 2021, ECF No. 132, the Parties proposed a schedule whereby the Parties would confer and submit a joint status report proposing a timeline for merits discovery on August 27, 2021.

2. The Court adopted the Parties' proposed schedule in its Minute Order dated June 2, 2021. The Minute Order, however, also stated that the Court would not address merits discovery until after it resolves Plaintiffs' Motion for Class Certification.

3. Thereafter, as other deadlines changed, the Parties sought and the Court granted extensions through December 10, 2021, of the deadline for the joint status report regarding

merits discovery. *See* Minute Orders, Oct. 14, 2021, Aug. 20, 2021; Mots. for Extension of Time, ECF Nos. 137, 140.

4. On September 10, 2021, Plaintiffs filed their Motion for Class Certification. *See* ECF No. 139. On November 22, 2021, the Court set a hearing on that motion for December 10, 2021. *See* Notice of Hearing, Nov. 22, 2021.

5. On December 2, 2021, the Parties conferred regarding a variety of discovery issues, including the potential structure of discovery if a class is certified and possible ways to make the collection, review, and production of electronically-stored information (ESI) more efficient. The Parties agree that additional time is needed for the Parties to prepare a specific discovery proposal for the Court's consideration and plan to confer again within the next month. The Parties also agree that it would be more efficient to complete such a proposal following the Court's ruling on class certification.

6. Accordingly, the Parties jointly request that the joint status report currently due December 10, 2021 be due 21 days after the Court's ruling on Plaintiffs' Motion for Class Certification.

7. The proposed extension will cause little delay, as the Court has indicated it will not establish a schedule for merits discovery until it has resolved class certification.

8. For all of these reasons, and in order to provide sufficient time for the Parties to engage in a constructive conferral, the Parties jointly request that the deadline for their Rule 26 report be extended until 21 days after the Court rules on Plaintiffs' Motion for Class Certification. A proposed order is attached to this Motion.

| | |
|---|---|
| DATED: December 6, 2021 | Respectfully submitted, |
| /s/ *Zhonette M. Brown (by permission)* | BRIAN M. BOYNTON |
| Zhonette M. Brown, D.C. Bar # 463407 | Acting Assistant Attorney General |
| David C. McDonald, D.C. Bar # CO0079 | |
| MOUNTAIN STATES LEGAL FOUNDATION | CARLOTTA P. WELLS |
| 2596 South Lewis Way | Assistant Director |
| Lakewood, Colorado 80227 | Civil Division, Federal Programs Branch |
| Telephone: (303) 292-2021 | |
| Facsimile: (303) 292-1980 | /s/ *Galen N. Thorp* |
| Email: zhonette@mslegal.org | Galen N. Thorp (V.A. Bar No. 75517) |
| Email: dmcdonald@mslegal.org | Senior Trial Counsel |
| | Michael Drezner (V.A. Bar No. 83836) |
| *Counsel for Plaintiffs* | Trial Attorney |
| | U.S. Department of Justice |
| /s/ *Michael W. Pearson (by permission)* | Civil Division, Federal Programs Branch |
| Michael W. Pearson, DC Bar No. 997169 | 1100 L Street NW |
| CURRY, PEARSON, & WOOTEN, PLC | Washington, DC 20530 |
| 814 West Roosevelt | Telephone: (202) 514-4781 |
| Phoenix, Arizona 85007 | Facsimile: (202) 616-8470 |
| Telephone: (602) 258-1000 | Email: galen.thorp@usdoj.gov |
| Facsimile: (602) 523-9000 | |
| Email: mpearson@azlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |