THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| PETER P.M. BUTTIGIEG, Secretary, U.S. ) Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that the parties shall confer pursuant to Rule 26 of the Federal Rules of Civil Procedure and file, within 21 days after the Court rules on Plaintiffs' Motion for Class Certification, ECF No. 139, a joint status report proposing a schedule for discovery.

**SO ORDERED.**


DATED: _____, 2021       _____
                                                                    UNITED STATES DISTRICT JUDGE