**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16-cv-2227 (DLF) |
| vs. | ) ) ) | |
| PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) ) ) | |
| Defendant. | ) ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSALS REGARDING NOTICE OF PENDENCY OF CLASS ACTION**

Defendant Peter P.M. Buttigieg, Secretary of the U.S. Department of Transportation

moves the Court for a three-day extension of time—through February 18, 2022—for the parties

to submit their proposals for the text and form of a Notice of Pendency of Class Action.

Pursuant to the Court's February 1, 2022 Order, the parties' joint or individual proposals are due

today, February 15, 2021. *See* ECF No. 146. Undersigned counsel conferred with Plaintiffs'

counsel who stated that Plaintiffs consent to this motion.

There is good cause to grant this motion. The Parties have conferred by email and

telephone and exchanged drafts of the proposed notice and notice plan. The Parties have

compromised on a number of wording issues, but there are some significant areas of

disagreement. Defendant believes that there may be an opportunity to narrow those areas of

disagreement with more time for the government to discuss the issues internally and for the

Parties to confer. The Parties have also agreed that any submission on February 18, 2022 in

support of alternative notices will be limited to ten pages.  This brief extension will not prejudice the Parties or affect any scheduled deadline.

For all of these reasons, Defendant requests that the deadline for the parties' joint or individual submission of proposals for the text and form of a Notice of Pendency of Class Action be extended until February 18, 2022. A proposed order is attached to this Motion.

DATED: February 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Galen N. Thorp*
Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Michael Drezner (V.A. Bar No. 83836)
Alexandra R. Saslaw (D.C. Bar No. 1618175)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*