## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) ) |
| PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) ) ) ) |
| Defendant. | ) ) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that the parties the parties shall submit, on or before February 18, 2022, an agreed proposal for the text and form of a Notice of Pendency of Class Action; if an agreement is not reached, the parties shall submit their respective proposals on or before that date.

**SO ORDERED.**


DATED: _____, 2022      _____
                                     UNITED STATES DISTRICT JUDGE