# OPT-OUT FORM

*Brigida, et al. v. Peter P.M. Buttigieg, Secretary of Department of Transportation*
United States District Court for the District of Columbia
Case No. 16-cv-02227 (DLF)

**This is NOT a Claim Form. It EXCLUDES you from this Class Action entirely.
DO NOT use this Form if you wish to remain IN this Class Action.**

Name of Class Member: _____

Address: _____
    Street         City         State         Zip Code

Telephone: _____
    Area Code/Phone No. (Ext. if applicable)

*I understand that by opting out of this Class Action, I will not be eligible to receive any equitable relief or money that may result from any trial or settlement of this lawsuit, if there is one. I do not wish to receive compensation or other benefits under the terms of any judgment or settlement or to otherwise participate in this Class Action.*

*If you wish to opt out of this Class Action, please check the box below.*

☐    By checking this box, I affirm that I wish to be excluded from this Class Action entirely.

_____    _____
Date Signed                  Signature of Class Member or Executor, Administrator or
                             Personal Representative

**This form must be postmarked NO LATER THAN 30 days after the accompanying Notice of Pendency of Class Action was sent to you and mailed or emailed to:**

**COUNSEL FOR PLAINTIFF CLASS**

Zhonette M. Brown
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
CTI_Class@mslegal.org

# FORM TO WAIVE MONETARY RELIEF OTHER THAN BACK PAY OR FRONT PAY AND WAIVE A JURY TRIAL

*Brigida, et al. v. Peter P.M. Buttigieg, Secretary of Department of Transportation*
United States District Court for the District of Columbia
Case No. 16-cv-02227 (DLF)

**This is NOT a Claim Form. It EXCLUDES you from obtaining monetary relief <u>other than</u> back pay or front pay AND excludes you from having your claim resolved by a binding jury verdict—your claim would be resolved by the Court.**

Name of Class Member: _____

Address: _____
       Street              City              State          Zip Code

Telephone: _____
       Area Code/Phone No. (Ext. if applicable)

*I understand that by remaining in the Class but waiving compensatory damages (which are distinct from back pay or front pay), I will not be eligible to receive any money for emotional distress or mental anguish and associated medical expenses, or reimbursement for out-of-pocket expenses that were caused by any discrimination that the Court finds to have occurred during the FAA's 2014 air traffic controller hiring process. Examples of monetary relief that may be available but that I am waiving include compensatory damages such as job-hunting expenses, relocation expenses, and tuition costs. By waiving these damages, I am also waiving the right/requirement to have my discrimination claim resolved by a binding jury verdict.*

*By waiving these compensatory damages but remaining in the Class, I will still be bound by the Court's determinations as to whether the FAA engaged in discrimination and, if so, any declaratory relief and injunctive relief such as hiring preferences, back pay and front pay. By remaining in the Class I will not be permitted to relitigate those issues in another lawsuit.*

☐    By checking this box, I affirm that I wish to remain in the Class but waive all claims for emotional distress or for monetary relief other than back pay or front pay AND to waive the right/requirement for a jury trial.

_____      _____
Date Signed                                     Signature of Class Member or Executor, Administrator or Personal Representative

**This form must be postmarked NO LATER THAN 30 days after the accompanying Notice of Pendency of Class Action was sent to you and mailed or emailed to:**

**COUNSEL FOR PLAINTIFF CLASS**

Zhonette M. Brown
MOUNTAIN STATES LEGAL FOUNDATION      CTI_Class@mslegal.org
2596 South Lewis Way
Lakewood, Colorado 80227