**Parties' Agreement Regarding Class Notice Process**

As explained in greater detail below, the Parties propose that each Class member shall be notified of the class certification via e-mail (return receipt requested) and then, for any Class member who does not acknowledge receipt of the email or otherwise respond, such Class member will also be notified via United States Postal Service ("USPS") First Class mail. Plaintiffs will bear the cost of providing notice.

1. If Plaintiffs have not already done so, within two business days of the Court's approval of the form of notice of pendency of class action and proposed notice plan, Plaintiffs will provide Defendant with a list of persons they understand to be included in the Class based on data provided from the FAA and the CTI schools, with sufficient identifying information for each person, including AVIATOR Record Number for the 2014 Vacancy Announcement.

2. Within 21 days of the Court's approval of the form of notice of pendency of class action and proposed notice plan, Defendant shall inform Plaintiffs of any disagreement with the proposed list of Class members and the basis for such disagreement.

3. For up to 21 days the parties will then seek to resolve their disagreements, with the understanding that ultimately Plaintiffs will provide notice to all potential Class members who cannot be categorically ruled out of the Class based on the available data; for example, CTI graduates appearing to meet all other criteria but whose academic record or complete academic record has not yet been provided by a CTI school.

4. Within 14 days of the Parties reaching agreement or completing conferral regarding the list of potential Class members to receive notice, Defendant shall provide the most recent e-mail address and mailing address (including name, street address or P.O. Box, city, state, and zip code) associated with each Class member's AVIATOR Record Number.

5. No later than 14 days after receiving addresses of potential Class members from Defendant, Plaintiffs will send the Court approved notice of pendency of class action and opt out forms to each Class member via email, return receipt requested. Plaintiffs' counsel have established an email address, CTI_Class@mslegal.org, to send the class notice, to receive responses including opt-out forms, and to correspond with Class members.

6. For any notice e-mail returned as undeliverable, and for Class member not providing a response within 30 days, Plaintiffs will mail the Court approved notice of pendency of class action and opt out forms to the Class member at the Class member's last known mailing addresses, via USPS First Class Mail.

7. The return address for all such correspondence shall be the office of Plaintiffs' counsel in Lakewood, Colorado.

8. For any notices mailed to Class members and returned to sender as undeliverable, Plaintiffs may pursue additional options for determining class members' current addresses.

9. Plaintiffs will make the Court approved notice of pendency of class action and opt out forms publicly available on Class Counsel's respective web sites.

10. Until notice is completed, Plaintiffs will update the Court regarding the notice process as part of the submission of any joint status reports otherwise required to be submitted.