UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

PETER BUTTIGIEG, Secretary, U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

**[PROPOSED] ORDER APPROVING FORM OF
CLASS NOTICE AND NOTICE PLAN**

Having reviewed and considered the adequacy of the parties' proposed forms of class notice, and having evaluated the parties' proposed notice plan, the Court finds that the following class notice and notice plan comply with Rule 23 of the Federal Rules of Civil Procedure and otherwise satisfy class action notice requirements.

Accordingly, it is

**ORDERED** that the form of class notice attached to this Order as Exhibit A is approved for emailing and mailing to Class members consistent with the process established below. It is further

**ORDERED** that the opt out and waiver forms attached to this Order as Exhibit B are approved for emailing and mailing to Class members consistent with the process established below. It is further

**ORDERED** that the approved notice, opt out, and waiver forms should be provided to the Class members in the following manner:

1. If Plaintiffs have not already done so, within two business days of this Order, Plaintiffs shall provide Defendant with a list of persons they understand to be included in the Class based on data provided from the FAA and the CTI schools, with sufficient identifying information for each person, including AVIATOR Record Number for the 2014 Vacancy Announcement.

2. Within 21 days of this Order, Defendant shall inform Plaintiffs of any disagreement with the proposed list of Class members and the basis for such disagreement.

3. For up to 21 days after Defendant provides its suggested exclusions from the Class, the parties shall seek to resolve any disagreements, with the understanding that ultimately Plaintiffs will provide notice to all potential Class members who cannot be categorically ruled out of the Class based on the available data; for example, CTI graduates appearing to meet all other criteria but whose academic record or complete academic record has not yet been provided by a CTI school.

4. Within 14 days of the Parties reaching agreement or completing conferral regarding the list of potential Class members to receive notice, Defendant shall provide Plaintiffs with the most recent e-mail address and mailing address (including name, street address or P.O. Box, city, state, and zip code) associated with each Class member's AVIATOR Record Number.

5. No later than 14 days after receiving addresses of potential Class members from Defendant, Plaintiffs shall send the Court approved notice of pendency of class action and opt out forms to each Class member via email, return receipt requested.

6. For any notice e-mail returned as undeliverable, and for any Class member not providing a response within 30 days, Plaintiffs shall mail the Court approved notice

        of pendency of class action and opt out forms to the Class member at the Class member's last known mailing addresses, via USPS First Class Mail.

7. The return address for all such correspondence shall be the office of Plaintiffs' counsel in Lakewood, Colorado.

8. For any notices mailed to Class members and returned to sender as undeliverable, Plaintiffs may pursue additional options for determining Class members' current addresses.

9. Plaintiffs may also make the Court approved notice of pendency of class action and opt out forms publicly available on Class counsel's respective web sites.

10. Until notice is completed, Plaintiffs shall update the Court regarding the notice process as part of the submission of any joint status reports otherwise required to be submitted.

11. Plaintiffs shall bear the cost of providing notice to Class members.

**SO ORDERED.**

                                                    DABNEY L. FRIEDRICH
                                                    United States District Judge

_____, 2022