**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al*., <br><br> *Plaintiff Class*, <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant*. | No. 16-cv-2227 (DLF) |

**[PROPOSED] SCHEDULING ORDER**

The Court has reviewed the parties' Joint Status Report (ECF No. 150). For good cause shown,

**IT IS ORDERED** the following schedule shall govern merits discovery during the liability and injunctive phase of this case:

| | |
|---|---|
| Within 21 days of this Order | The Parties shall serve initial disclosures |
| Within __ months of this Order | Fact discovery closes |
| Within 45 days after fact discovery closes | Plaintiffs shall serve their expert reports |
| 45 days later | Defendant shall serve his expert reports |
| 45 days later | Plaintiffs shall serve any rebuttal expert reports |
| 45 days later | Expert discovery shall close |
| 60 days later | Summary judgment motion are due |
| 45 days later | Opposition to summary judgment motions due |
| 30 days later | Summary judgment reply briefs are due |

**IT IS FURTHER ORDERED** that if a deadline established above falls upon a weekend or federal holiday, the deadline will automatically be extended to the next business day.

**IT IS FURTHER ORDERED** that the parties shall file joint status reports every 60 days after this Order;

**IT IS FURTHER ORDERED** that the parties may each seek up to 15 depositions without seeking leave of the Court for additional depositions pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i).

Dated this _ day of February, 2022

_____
Dabney L. Friedrich
U.S. DISTRICT COURT JUDGE