UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class*,<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant*. | No. 16-cv-2227 (DLF) |

### JOINT STATUS REPORT

Pursuant to the Scheduling Order dated February 23, 2022, ECF No. 151, counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together "Plaintiffs") and for Defendant Peter P.M. Buttigieg, in his official capacity as Secretary of Transportation, conferred and submit the following joint status report. Additionally, pursuant to the parties' agreed Class notice process, ECF No. 149-3, and the Minute Order dated February 22, 2022, Plaintiffs provide an update regarding the progress of the Class notice process.

### Merits Discovery

The parties have started merits discovery. Pursuant to the Scheduling Order, the parties exchanged initial disclosures on March 16, 2022.

Additionally, Plaintiffs served document requests on March 4, 2022, and an interrogatory on April 8, 2022. Defendant has provided responses and objections to Plaintiffs' document requests and indicated it will start producing responsive documents by May 18, 2022. While Plaintiffs have concerns regarding Defendant's responses and objections, including the proposed production into January 2023 and the refusal to search email until an agreement is reached regarding keywords,

1

custodians, tape selection, etc., the parties are conferring regarding these issues, and it is premature to present the issues to the Court for resolution.

## **Class Notice Update**

The parties, each reserving various rights and objections, conferred and exchanged data regarding the identity of Class Members. Ultimately it was determined that notice would be provided to 919 individuals. Using contact information provided by Defendant, Plaintiff emailed the Class notice to these 919 individuals on April 7, 2022. The cover email attached the Class notice and opt-out form and contained a link to a web-hosted Class notice and opt-out form. The Class notice and opt-out form is hosted on Plaintiffs' counsels' websites.

Fifty of the Class notice emails returned error messages. Notice was mailed to those fifty Class members via United States Postal Service on April 18, 2022.

Thus far two Class members have opted out of the Class and one putative Class member has indicated that he does not fit the Class definition. Eighty-six additional Class members have contacted Plaintiffs' counsel to acknowledge receipt of the Class notice and/or provide updated contact information. Other CTI graduates have also contacted Class counsel to determine why they are not in the Class and at least one thus far denies that he received an offer of employment that would exclude him from the Class.

On May 6, 2022, Plaintiffs intend to send a hard copy of the Class Notice and opt-out form via United States Parcel Service to any Class member who has not responded to the emailed Class Notice form, not including the 50 already mailed on April 18, 2022.

DATED: April 25, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Zhonette M. Brown | BRIAN M. BOYNTON |
| Zhonette M. Brown, D.C. Bar # 463407 | Acting Assistant Attorney General |
| William E. Trachman, D.C. Bar # 502500 | |
| David C. McDonald, D.C. Bar # CO0079 | CARLOTTA P. WELLS |
| MOUNTAIN STATES LEGAL FOUNDATION | Assistant Director |
| 2596 South Lewis Way | Civil Division, Federal Programs Branch |
| Lakewood, Colorado 80227 | |
| Telephone: (303) 292-2021 | /s/ Galen N. Thorp (with permission) |
| Facsimile: (303) 292-1980 | Galen N. Thorp (V.A. Bar No. 75517) |
| Email: zhonette@mslegal.org | Senior Trial Counsel |
| | Michael Drezner (V.A. Bar No. 83836) |
| *Counsel for Plaintiff Class* | Trial Attorneys |
| | U.S. Department of Justice |
| /s/ Michael W. Pearson (with permission) | Civil Division, Federal Programs Branch |
| Michael W. Pearson, DC Bar No. 997169 | 1100 L Street NW |
| CURRY, PEARSON, & WOOTEN, PLC | Washington, DC 20530 |
| 814 West Roosevelt | Telephone: (202) 514-4781 |
| Phoenix, Arizona 85007 | Facsimile: (202) 616-8470 |
| Telephone: (602) 258-1000 | Email: galen.thorp@usdoj.gov |
| Facsimile: (602) 523-9000 | |
| Email: mpearson@azlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff Class* | |