UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK,<br><br>Class Plaintiffs,<br><br>vs.<br><br>PETE BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>Defendant. | Case No. 16-cv-2227 (DLF) |

**NOTICE OF ENTRY OF APPEARANCE OF ERIN M. ERHARDT**

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Erin M. Erhardt hereby enters her appearance in this action as counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the class as certified at ECF No. 146. The Clerk of the Court is respectfully requested to add Ms. Erhardt's name to the list of attorneys of record. Ms. Erhardt is registered for ECF and will receive copies of filings, notices, and orders electronically.

Ms. Erhardt's contact information is as follows:

Erin M. Erhardt
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 0227
(303) 292-2021
eerhardt@msleegal.org

DATED this 19th day of May, 2022.

Respectfully submitted,

*/s/ Erin M. Erhardt*

Erin M. Erhardt, D.C. Bar ID No. CO00110
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
eerhardt@mslegal.org

Attorney for Plaintiffs

## **CERTFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I caused a true and correct copy of the foregoing Notice of Entry of Appearance of Erin M. Erhardt to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/ Erin M. Erhardt*
Erin M. Erhardt