UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

## JOINT STATUS REPORT

Pursuant to the Scheduling Order dated February 23, 2022, ECF No. 151, counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together "Plaintiffs") and for Defendant Peter P.M. Buttigieg, in his official capacity as Secretary of Transportation, conferred and submit the following joint status report. Additionally, pursuant to the parties' agreed Class notice process, ECF No. 149-3, and the Minute Order dated February 22, 2022, Plaintiffs provide an update regarding the progress of the Class notice process.

### Merits Discovery Update

Since the last Joint Status Report in April 2022, the parties have continued to conduct discovery. The parties' actions in this regard include but are not limited to Defendant's production of approximately 835 documents in May 2022 and conferring via detailed correspondence and video calls regarding Defendant's Rule 34 objections, the configuration of the Federal Aviation Administration's (FAA) electronically-stored information, and options regarding production of custodians' email and individually stored documents. The parties' conferral about these issues remains ongoing. Additionally, Plaintiffs have served subpoenas on APT Metrics, NBCFAE, and

1

Dr. Hanges. Plaintiffs have an additional subpoena out for service. Defendant has objected to the subpoenas and the parties anticipate conferral about these issues.

### Discovery Dispute

The parties are currently unable to resolve one significant discovery issue. Specifically, the parties disagree as to the appropriate time period from which documents may be sought in discovery. Because of the significant impact the discovery window will have on the burden, expense, and time required for discovery in this case, the parties request an opportunity to brief this issue for the Court. The parties invite the Court's direction regarding its preferred approach to addressing such disputes as they arise and propose the following schedule for the instant issue:

Plaintiffs' Motion to Compel – due July 1, 2022

Defendants' Opposition – due July 8, 2022

Plaintiffs' Reply – due July 15, 2022

Conference with Court – at the Court's convenience.

Defendant reserves the right to file a motion for protective order along with its Opposition, if it will be necessary to present the full scope of the parties' dispute to the Court. In that instance, Defendant anticipates the possibility of filing a motion to modify these deadlines. The parties intend to further confer next week regarding the potential issues to be presented to the Court.

### Class Notice Update

Since the last Joint Status Report in April, Plaintiffs have mailed hard copy Class notices to the Class members who did not respond to the emailed and web-posted Class notice. As of June 24, 2022, in total approximately 136 Class members have affirmatively acknowledged receipt of the Class notice; four of whom submitted opt out forms. Additionally, at least two people excluded from the Class notice list take issue with the basis for their exclusion. Approximately 148 of the

Class notices sent via U.S. Postal Service were returned as undeliverable. Plaintiffs have identified possible current addresses for approximately 123 of the Class members with returned notices and mailed replacement notices earlier this week. Plaintiffs are investigating current addresses for the remaining individuals with returned notices and will send a notice to an updated address if one is discernable.

DATED: June 24, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Zhonette M. Brown* | BRIAN M. BOYNTON |
| Zhonette M. Brown, D.C. Bar # 463407 | Principal Deputy Assistant Attorney General |
| William E. Trachman, D.C. Bar # 502500 | |
| David C. McDonald, D.C. Bar # CO0079 | CARLOTTA P. WELLS |
| MOUNTAIN STATES LEGAL FOUNDATION | Assistant Director |
| 2596 South Lewis Way | Civil Division, Federal Programs Branch |
| Lakewood, Colorado 80227 | |
| Telephone: (303) 292-2021 | */s/ Michael Drezner [with permission]* |
| Facsimile: (303) 292-1980 | Galen N. Thorp (V.A. Bar No. 75517) |
| Email: zhonette@mslegal.org | Senior Trial Counsel |
| | Michael Drezner (V.A. Bar No. 83836) |
| *Counsel for Plaintiff Class* | Alexandra R. Saslaw (D.C. Bar 1618175) |
| | Trial Attorneys |
| */s/ Michael W. Pearson [with permission]* | U.S. Department of Justice |
| Michael W. Pearson, DC Bar No. 997169 | Civil Division, Federal Programs Branch |
| CURRY, PEARSON, & WOOTEN, PLC | 1100 L Street NW |
| 814 West Roosevelt | Washington, DC 20530 |
| Phoenix, Arizona 85007 | Telephone: (202) 514-4781 |
| Telephone: (602) 258-1000 | Facsimile: (202) 616-8470 |
| Facsimile: (602) 523-9000 | Email: galen.thorp@usdoj.gov |
| Email: mpearson@azlaw.com | |
| *Counsel for Plaintiff Class* | *Counsel for Defendant* |