

# National Black Coalition Of Federal Aviation Employees

*Historical Journal - From the Beginning*

# *NBCFAE History*

## ACKNOWLEDGEMENTS

The collection of this history is information of the past, with special attention to written records gathered from original documents and in-person interviews with the historians and originators of the National Black Coalition of Federal Aviation Employees (NBCFAE). This was a field of research that was examined and analyzed to present a sequence of events that ultimately became the platform for NBCFAE.

It's interesting that the NBCFAE's history illustrates a nature of conflicts and forbearance within a federal agency and justifies a need to have an employee association. It also describes a social history with a need to continually change over time. These changes were in lockstep with transformations in social trends that assimilate from areas of economic change, an evolution of social norms, behaviors, and/or legal strategies.

No matter how these events are deemed it is a people's history— historical events from the perspective of common people. In this case, this journal includes factual events that occurred in the fullness of time, over a wave of smaller events that caused certain developments to occur.

 

To remain fiscally responsible the Coalition established the Treasury Oversight Committee. Primary responsibility of this committee was to enforce strict compliance to policy and procedures for the obligation and expenditure of funds.

As the world developed in automation, so did the NBCFAE and the FAA. One of the major automated employment assessment tools to be newly implemented into the FAA was the Basic Electronic Screening Tool ( BEST} to identify and select new hires for Technical Operation positions and the Air Traffic Selection Assessment Tool (ATSAT) for the identification and selection of new Air Traffic Controllers. Although these were modern techniques, it was clearly apparent that these tools may have an adverse impact on minority selections . Immediate action taken by the NBCFAE provided definitive evidence of adverse impact. The NBCFAE hired subject matter experts to participate in the validation of these tools (BEST and ATSAT} that were being developed by the FAA.

The NBCFAE hired Dr. James Outtz, PhD, to perform an independent assessment of both screening tools. His conclusions and findings provided sufficient data to convince the agency that additional testing and review of both tests were required prior to implementation to minimize adverse impact to minorities. BEST was never implemented and ATSAT underwent major changes prior to its

implementation. Although it took several years for the agency to acknowledge their error, the NBCFAE stayed the course and with Dr. Outtz assisted the agency revamp the ATSAT making it a "best practice" in federal testing procedures for employment into the air traffic control occupation. Accomplishment well done by 2002 and during these years the NBCFAE emerged as a renowned efficient organization.

On October 3, 1997, President Davis participated in the National Employee Forum in Washington DC. The meeting was NBCFAE's first opportunity to engage in dialogue with the newly appointed FAA Administrator Jane Garvey. This was the beginning of an open door policy with the Administrator.

From September 1998 through August 2004, Mamie Mallory served as National President of NBCFAE. Hannah Dixon, Lawrence Perkins, and Ramone Crowe served as National Vice Presidents. Serving with Mamie Mallory were Ola Melvin as National Treasurer, and Jacqueline (Jaci) Malone, John McCartney, and Shaun Sanders as National Secretaries.

