

**Office of the National President**
**National Black Coalition of Federal Aviation Employees**
P.O. Box 845
Hampton, GA 30228

2011 JUL 21 AM 6: 19
FAA REGIONS AND CENTER OPERATIONS

May 12, 2011

**FOIA REQUEST**
TO: AHR, ACR  CONTROL NO: 11-7886
RESPONSE TO BE COORDINATED
AS APPROPRIATE, SIGNED AND 9-7-11
MAILED BY
"all other"

Mr. Randy Babbitt
Administrator
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591

Dear Mr. Babbitt:

Under the Freedom of Information Act (FOIA) and the Privacy Act (PA), the National Black Coalition of Federal Aviation (NBCFAE) hereby requests the following information from the Federal Aviation Administration:

1. Copies of the Affirmative Action and/or Affirmative Employment Plans used by managers/supervisors for planning and implementing employment decisions that address under-representation in the FAA workplace, for the past three years.

2. Copies of notes, reports, records, e-mails and other related documents used to compile MD-715 reports for each facility or organization, for the past three years.

3. A copy of the 2010 Barrier Analysis conducted by the FAA Civil Rights office as discussed during the meeting held February 4, 2010 with Ms Ventris Gibson, Assistant Administrator for Human Resources and Ms. Fannie Rivera, Assistant Administrator for Civil Rights and as per Ms. Rivera's letter dated March 10, 2010.

4. A demographic listing, by facility, of each of the mission critical positions (Community Planner, Human Resources Specialist, Information Technology Specialist, Engineer, Acquisition Specialist, Security Certification/Compliance Inspectors, Aviation Safety Inspector, Transportation Systems Specialist, and Air Traffic Control Specialist), for the past three years. This listing must indicate:
    a. race and sex of each employee;
    b. when the employee started his/her training;
    c. when the employee completed their training;
        i. and, if unsuccessful, the training stage/phase when his/her training was terminated;

      ii. subsequent Agency action towards the unsuccessful employee (i.e. employment termination, transfer to another position/facility/organization, or retained/retrained, etc.).

5. Demographic listing of each of the mission critical job candidates who were denied employment, for the past three years. This listing must show:
   a. race and sex of the candidate;
   b. reason employment was denied.

6. Total number of exit interviews for mission critical employees who were terminated, resigned, transferred, or retired from the Agency, for the past three years. In addition, we ask for the redacted copies of those exit interview reports.

Subsequent to an interim response, we appreciate a complete and full response to our request for information, no later than June 30, 2011; as the requested information is easily obtainable and available for release in accordance with FOIA/PA regulations and EEO law/regulation.

Sincerely,

Roosevelt Lenard Jr.
NBCFAE National President


904-649-1546