

**U.S Department of Transportation**
**Federal Aviation Administration**

Assistant Administrator for Civil Rights and FAA Diversity Advocate

800 Independence Avenue, SW
Washington, DC 20591

11-7886

SEP 7 2011

Mr. Roosevelt Lenard
President, NBCFAE

Dear Mr. Lenard:

The Office of Civil Rights (ACR) has received your request and are willing to share with you all of the efforts our agency has made over the past three years.

Your requests, which fall under the ACR purview, are as follows:

1. Copies of the Affirmative Action and/or Affirmative Employment Plans, used by Managers/ Supervisors for planning and implementing employment decisions, that address under-representation in the Federal Aviation Administration (FAA) workplace, for the past three years.
2. Copies of notes, reports, records, emails and other related documents used to compile Management Directive (MD)-715 reports for each facility or organization for the past three years.
3. A copy of the barrier analysis conducted by ACR.

In regards to your first request, I have included a copy of each FAA MD-715 report for the past three fiscal years (FY) 2008, 2009 and 2010. This information is also on the ACR website.

Regarding your second request, ACR does not request nor maintain materials to complete the FAA MD-715 report. The FAA MD-715 report is completed by our office. The ACR National Model Equal Employment Opportunity Program team completes the entire FAA MD-715 report.

Lastly, your third request for a copy of the barrier analysis for the Air Traffic Control Specialist, FY 2007 and 2008, will be completed on or about November 30th 2011. This document is currently undergoing the review and vetting process through the Office of Human Resource Management and the Office of Chief Counsel. At this time, I am uncertain as to how this information will be shared. I encourage you to follow up with our office in the coming months, when more information will be available.

We thank you for your concerns and wish only to assist you and your constituency to the best of our abilities. Please do no hesitate to contact our office, if you have any future questions or concerns.

Sincerely,

*Fanny Rivera*

Fanny Rivera
Assistant Administrator for Civil Rights
 and FAA Diversity Advocate

Enclosures