Contract No. DTFAWA-13-C-00002
Modification No. 0016

The services will be provided on a labor hour basis.

| Labor Category | Labor Rate | Labor Hours | Estimated Cost |
|---|---|---|---|
| Chief Operating Officer | $450.00 | 324 | $145,800 |
| Vice President | $400.00 | 338 | $135,200 |
| Associate Director | $300.00 | 726 | $217,800 |
| I/O Project Manager | $250.00 | 945 | $236,250 |
| Operations Manager/Lead Software Engineer | $250.00 | 266 | $66,500 |
| Application Developer | $200.00 | 1280 | $256,000 |
| Consultant/Product Solutions Team | $200.00 | 1190 | $238,000 |
| Senior Consulting Associate | $150.00 | 300 | $45,000 |
| Project Assistant | $75.00 | 465 | $34,875 |
| **Total Labor** | | | **$1,375,425** |
| | | | |
| ODC | | | $150,000 |
| | | | |
| **Estimated Cost** | | | **$1,525,425** |
| | | | |
| **Optional Services** | | | |
| APTMetrics can provide trained test administrators for collecting validation data at the FAA Academy; assumes administration twice a week and data consolidation/ cleaning services ongoing | $200 | 1500 | $300,000 |
| ODC (Travel/meals/lodging for test administrators) | | | $75,000 |
| | | | |
| **Estimated Cost for Optional Services** | | | **$375,000** |
| **Total Estimated Cost for Extension** | | | **$1,900,425** |

[ PAGE \* MERGEFORMAT ]

FAA_00017850

Contract No. DTFAWA-13-C-00002
Modification No. 0016

Part I - Section C
Specifications/Statement of Work

FEDERAL AVIATION ADMINISTRATION

BARRIER ANALYSIS RECOMMENDATION IMPLEMENTATION: AT-SAT EVALUATION AND REPLACEMENT ADDENDUM

1. Background

The Federal Aviation Administration (FAA) is responsible for the safety of civil aviation. The agency's mission is to provide the safest, most efficient aerospace system in the world. FAA strives to reach the next level of safety, efficiency, environmental responsibility and global leadership. The agency's success depends on the respect, diversity, collaboration, and commitment of the FAA workforce. The FAA has conducted a review of its Air Traffic Controller hiring practices to identify any barriers to the full achievement of Equal Employment Opportunity (EEO) for its workforce and develop plans to eliminate any potential barriers to equal employment opportunity. This review produced a set of recommendations and corrective actions that the agency desires to implement to the extent possible.

2. Scope

The scope of this effort is to provide full support, collaboration, training, assistance, and management of the implementation of the barrier analysis corrective actions for the Air Traffic Controller hiring process. Based on the work completed between 2013 and 2014, the AT-SAT examination was targeted as a potential barrier of employment. FAA stakeholders have elected to complete a comprehensive search for a replacement to the AT-SAT. The following project outline represents the projected efforts to evaluate alternatives to the AT-SAT for ATC selection and ultimately build a replacement for the AT-SAT if necessary.

3. Requirements

    a. Briefings and Documentation
        i. Briefings will be provided for FAA personnel on the following:
            1. The statistical methodology utilized to obtain the recommendations.
            2. The methodology developed for implementation of the recommendations.
       ii. Any necessary user, administrator, and/or briefing/training documentation will be provided.
       iii. The contractor is responsible for developing any training necessary for the FAA to achieve implementation for the recommendations.

[ PAGE \* MERGEFORMAT ]

    b. <u>Administrative or Judicial Discussions</u>
        i. If any of the statistical analyses or recommendations require further debate, discussion, or testimony in any administrative or judicial forum, the vendor will be present for these events and assist the Agency's Office of the Chief Counsel as needed including testifying at a judicial or administrative hearing or other litigation-related event.
        ii. The vendor will also make appropriate staff available for all aspects of preparation in depositions and trial hearings.
    c. <u>Program Management</u>
        i. A Management Plan will be developed and implemented by the vendor to efficiently and effectively execute the requirements of this contract. FAA COR should review and approve the Management Plan.
        ii. A Program Manager (PM) will be assigned to organize, plan, schedule, implement, control, analyze, and report on all elements of the contract. The PM will have sufficient resources and authority to ensure efficient and timely contract execution and must be the vendor's focal point for all required contract tasks.
        iii. The PM will be prepared to present and discuss the status of contract activities and deliverables at least on a monthly basis at Program Review Meetings.

4. <u>Deliverables</u>

The vendor will ensure that all analyses and deliverables remain current with industry standards. Any deliverables deemed unacceptable by the FAA Steering Committee (SC) and/or the FAA Contracting Officer's Representative (COR) will be returned to the vendor. The vendor will provide a timeline for correction and completion of the deliverables to the SC and/or the COR. The SC and/or the COR will have 10 business days to review all deliverables and provide feedback.

| DELIVERABLE | TIMELINE | CRITERIA FOR ACCEPTANCE |
|---|---|---|
| Schedule Kick-Off meeting with stakeholders and FAA management | Within three (3) days of award | All vendor key personnel involved in the effort must be present or available. |
| Identify FAA key participants and stakeholders | Within one (1) week of award | Requires concurrence from FAA SC and/or COR. |
| Management Plan | Within fifteen days (15) of award | Must be manageable, flexible, and provide detailed processes and individuals involved. Requires concurrence from |

FAA_00017852

| | | FAA COR. |
|---|---|---|
| Test publisher/vendor interviews | Within 60 days of month of award | APT*Metrics* to provide recommendations for off-the-shelf assessment alternatives to AT-SAT |
| Project plan for based on SC decisions regarding off-the-shelf assessment usage | Within two (2) months of award | Must be implementable, comprehensive, and provide a detailed timeline, milestones, methodology, and identify potential obstacles. Concurrence from the SC and/or COR required. |
| Validation of Off-the-Shelf Instruments/Tools<br><br>• Progress Updates<br>• RFPs for Vendor Participation<br>• Recommendations regarding assessment usage and strategy<br>• Completed validation analysis and technical report (does not include test administration during validation) | Within fifteen (15) months of award | Must be comprehensive, informative, and written in non-technical language; must identify key milestones achieved and implications of implemented recommendations as they relate to FAA mission and goals. Must be in final format and include all edits. |
| APT*Metrics* Development of an AT-SAT Replacement Assessment<br><br>• Progress Updates<br>• RFPs for Vendor Participation<br>• Recommendations regarding assessment usage and strategy | Within seventeen (17) months of award | Must be comprehensive, informative, and written in non-technical language; must identify key milestones achieved and implications of implemented recommendations as they relate to FAA mission and goals. Must be in final format |

FAA_00017853

| | | |
|---|---|---|
| <ul><li>Development of draft and final assessment versions (costs based on assuming 3 dynamic subtests)</li><li>Conducting up to two pilot studies to refine dynamic subtests and validation study (does not include optional test administration during validation)</li><li>Recommendations regarding assessment usage and strategy</li><li>Completed validation analysis and technical report</li></ul> | | and include all edits. |

5. Place of Performance

Services under this purchase order will be completed at the Contractor's office location(s). The Contractor may be required to visit the FAA Headquarters, Regional Offices Field Offices, and Center locations, throughout the country FAA, Washington DC and any regional FAA locations, as well as at the vendor's location. The FAA COR will provide instructions regarding visits.

6. Period of Performance

The period of performance is September 23, 2015 to March 22, 2016.

7. Travel and Other Direct Costs

Travel requests must be included in the proposal and must adhere to the Joint Travel Regulations. All travel must be approved by the Contracting Office. All Other Direct Costs must be included in the proposal and approved by the Contracting Office.

8. Contracting Officer's Representative

Anna Kasior, COR – Management Analyst, Business Management and Performance
Phone: 202-267-4385
Email: Anna.kasior@faa.gov.

FAA_00017854

Contract No. DTFAWA-13-C-00002<br>Modification No. 0016

9. <u>FAA Responsibilities</u>

FAA offices and divisions will provide relevant data for the accomplishment of this effort to the vendor, as necessary and as approved by FAA management.

FAA_00017855

Contract No. DTFAWA-13-C-00002
Modification No. 0016

## FAA Human Resources Barrier Analysis Implementation Addendum to SOW

**Overview of Project Work and Deliverables**

This proposed phase of work clarified in this Addendum is intended to evaluate and implement alternatives to the current assessment used for ATC selection, the AT-SAT. As recommended in the barrier analysis, and decided by the FAA, alternatives to the AT-SAT should be sought out due to its datedness, over-exposure and large group differences.

The first stage of work to be completed for this initiative is Test Vendor Sourcing, consisting of a review of existing off-the-shelf assessments from test publishers. APT*Metrics*' deliverables during this phase include a review of off-the-shelf technical documentation, meetings with test vendors to discuss test and test administration options, conducting follow up interviews with qualified test vendors, and reporting pros/cons and recommendations to the project steering committee regarding our findings. The recent job analysis results for ATCs will serve as a foundation for evaluating assessments.

The second stage of work will consistent of APT*Metrics*' development of up to three ATC specific and dynamic tests designed to measure key requirements of the job which are not measured by the off-the-shelf assessments. During the development of the tests, APT*Metrics* will perform two independent pilot studies of the dynamic tests to study user-interface interaction and test performance, followed by a full validation study conducted at the FAA Academy.

**Stage 1: Validation and Implementation of Off-the-Shelf Assessments**

Stage 1 consists of the following work steps/deliverables:

- Review off-the-shelf assessments and meetings with test vendors to evaluate test psychometrics, test policy and refreshment capability, and linkage to the job of an ATC
- Coordination and briefings with FAA and its stakeholders regarding Assessment Validation/Progress
- Conduct validation analyses
  - Assumes performance at the academy is primary criterion and all new hires
    - Validation assessments completed during their first week of classes
    - Assumes FAA conducts test proctoring at the Academy in OKC
  - Criterion referenced study conducted to link academy performance to performance at a facility

  - Evaluation of validation results relative to AT-SAT
- Technical Documentation
- Development of test policy/implementation recommendations (e.g. cut scores, sequencing); Coordination of test administration process

[ PAGE \* MERGEFORMAT ]

FAA_00017856

Contract No. DTFAWA-13-C-00002
Modification No. 0016

- Note that chosen assessment vendors may require additional fees during validation which are not included in this SOW

**Stage 2: Development, Validation and Implementation of Custom-Designed Assessments**

This stage consists of the following work steps/deliverables:

- Development of test plan; Identification/development of subtest options
- Development of custom subtests (draft version 1s)
    - Assumes 3 dynamic tests
    - Pilot study of dynamic subtests/UAT/version evaluations
- Development of dynamic subtests (draft version 2s)
    - Pilot study of dynamic subtests (draft version 2s)
- Development of final validation version of dynamic subtests
- APT*Metrics* conducts validation analyses;
    - Assumes performance at the academy is primary criterion and all new hires must complete assessment during their first week of classes
    - Criterion referenced study to link academy performance to performance at a facility
    - Assumes FAA test proctoring at the FAA Academy
- Final test stand-alone application development
- Development/publication of online test information and practice test site
- Technical Documentation
    - Development of test policy/implementation recommendations (e.g. cut scores, sequencing); Coordination of test administration process.