# FAA Interim Process Development

# Technical Documentation

## *January 2015*

## *Final*



© 2015 APTMetrics, Inc.

*Privileged and Confidential – Prepared at the Request of Counsel*

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER    FAA_00011288