**EXHIBIT 7**

| | |
|---|---|
| **From:** | Olson, Bradley (FAA) |
| **To:** | Vincent, Erika (FAA) |
| **Subject:** | FW: Coordination on Investigation |
| **Date:** | Tuesday, June 30, 2015 11:51:23 AM |

FYSA – 1 ⬛⬛⬛⬛⬛⬛ works for APT Metrics, and was involved in the project as well.  I have another email from him that may or may not be relevant to your investigation, but I'll forward it.

Brad

**From:** Olson, Bradley (FAA)
**Sent:** Tuesday, June 30, 2015 11:50 AM
**To:** Vincent, Erika (FAA)
**Subject:** FW: Coordination on Investigation

**From:** John C. Scott [mailto:JScott@APTMetrics.com]
**Sent:** Tuesday, May 26, 2015 12:27 PM
**To:** Goelz, James (FAA); Coates, Renee (FAA); Olson, Bradley (FAA)
**Cc:** Cannon, Rickie (FAA); Kominoth, Christina (FAA); Brandon Fleener
**Subject:** RE: Coordination on Investigation

Hi Brad, here are some clarifications that apply solely to the Feb. 2014 announcement

The 2014 announcement for entry level Air Traffic Controllers (ATCs) contained the following security initiatives:

1) The 2014 announcement was the first time that version of the biographical assessment (BA) was used.  The BA was only administered to those passing the automated minimum qualification screen.

2) Only select stakeholders (e.g. Legal, HR, APT*Metrics*) were familiar with the BA scoring algorithms.

3) Applicants did not know their pass/fail status until after the announcement had closed and thus it was not possible for an external applicant to have a demonstrable "passing response profile" on the BA which could be shared.

4) The scoring of the items was empirically driven based on historical data collected by CAMI. The "correct" answers were not transparent based on this approach.

5) Some items were not scored in the BA, which severely limits the possibility of identifying the scoring of the BA for current and future administrations.

6) Applicants could not re-take the BA as once the assessment was submitted applicants could not re-enter the assessment.

7) Multiple, significant hurdles occurred after the BA.  First, HR reviewed all applicant supplied documentation supporting the minimum qualifications, which reduces the potential for "cheating" when responding to the minimum qualification checks.  Second, after the BA applicants had to pass the AT-SAT and security/medical clearance which presented substantial additional security hurdles in the ATC selection process.

Notably, these security features do not remove the potential for individuals to purport they know



# Federal Aviation Administration

# Memorandum

| | |
|---|---|
| Date: | JUL 28 2015 |
| To: | Michael P. Heurta, Administrator |
| From: | H. Clayton Foushee, Director, Audit and Evaluation (AAE-1) |
| Subject: | Audit Summary—ATC Candidate Selection Test Security |

As you requested, the Office of Audit and Evaluation (AAE) audited the security of the Agency's 2014 and 2015 tests utilized in the selection of Air Traffic Controller candidates. This memo is intended only as summary of the audit findings.

In a national media broadcast, it was alleged that during the 2014 Air Traffic Control Specialist (ATCS) hiring process, an FAA employee provided some candidates with the correct answers to the 2014 Biographical Questionnaire (BQ). This audit did not investigate those allegations, and the Office of Security and Hazardous Materials Safety (ASH) was assigned to conduct that investigation. This audit was focused exclusively upon the security procedures utilized to safeguard the tests.

## 2014 Biographical Questionnaire (BQ) and 2015 Biographical Assessment (BA) Tests

We found that the 2015 BA and the 2014 BQ tests were (and currently are) relatively secure. The only individuals with access to the scoring algorithms for the 2014 test were the two contract employees who developed the test, three employees (including two senior executives) from FAA's Chief Counsel's Office, and eight FAA Information Technology personnel including five developers and the Program Manager.

For the 2015 test, access was restricted even further, and only included the two contract employees and eight IT personnel. We found no evidence to suggest that the BA and BQ algorithms were compromised or shared outside of this group. All of the individuals with access to the scoring algorithms testified that they were closely guarded and not shared. All individuals with access were, and currently are, legally-bound by non-disclosure agreements.

The 2014 BQ test contained the following security features:

- Only those applicants who met minimum qualifications were permitted to take the BQ.

- Once the test was submitted, applicants could not change their responses.

FAA 9570001320

- Pass/fail notifications were not sent to any of applicants until the vacancy announcement for all applicants closed and the BQ test was no longer available to any applicant.

- Not all of the BQ test questions were scored and a test-taker would have no way of knowing which answers were scored and which were not.

While there is no evidence that the scoring algorithm was ever compromised, the 2014 test would have been more secure had there been multiple versions of the test, had the questions been asked in random order, and had applicants been required to complete a non-disclosure agreement. Since there was only one test, and one order of questions, and no such restriction against sharing the test, the 62 questions were widely available on the internet.

As a result of the widespread internet availability of the 2014 BQ, the 2015 BA had the same test security measures as the 2014 BA, but enhanced security measures were also implemented:

- BA test-takers were required to read and sign a non-disclosure agreement.

- The non-disclosure agreement advised that the test was proprietary information belonging to the FAA and expressly prohibited disclosing, publishing, reproducing, or transmitting the content of the test.

- Applicants were randomly assigned one of two different re-designed BA tests.

- Each version of the BA test contained 132 items— more than double to the 2014 number.

- The questions were randomly organized in each test version, and not all questions were scored.

## Air Traffic Standardized Aptitude Test (AT-SAT) Security Measures

The FAA completed and validated two versions of the AT-SAT in 2002, but only one version has been utilized until recently. In June 2015, the Agency began utilizing the second version of the test. No evidence was found that either of the AT-SAT tests has ever been compromised. First, contractor personnel administer the AT-SAT in a proctored setting, with video and audio recording of all activity. The test is encrypted, and a chain of custody log is maintained. FAA personnel monitor websites, bulletin boards, and test scores. The scores at various test locations are analyzed to determine whether significantly higher scores during a particular administration of the test might suggest that one or more individuals has gained access to test answers. No such trends have been identified.

Since first incorporating the AT-SAT in the ATCS hiring process, the FAA does not have any evidence of applicant cheating or that the test was otherwise compromised. However, as is common with many employment selection and educational admissions tests, commercially-

3

developed and publicly available test preparation materials are available that purport to mimic aspects of the actual AT-SAT test.

More detailed information pertaining to our audit is available upon your request.

FAA 9570001322