

U.S. Department
of Transportation

**Federal Aviation
Administration**

Office of the Administrator

800 Independence Ave., S.W.
Washington, D.C. 20591

August 21, 2015

The Honorable Frank A. LoBiondo
House of Representatives
Washington, DC 20515

Dear Congressman LoBiondo:

This is in further response to your May 29 letter, cosigned by your congressional colleagues, regarding news reports alleging possible misconduct during the Federal Aviation Administration's (FAA) hiring process for air traffic controllers (ATC).

Specifically, press reports cited an allegation that an FAA employee provided answers to the FAA's Biographical Assessment (BA) to applicants before they took the test. The BA is a critical component of the FAA's process for selecting the most qualified applicants for ATC positions. It tests the following demonstrably job-related personal characteristics: flexibility, risk tolerance, self-confidence, dependability, resilience, stress tolerance, cooperation, teamwork, and rules application.

As I indicated in my June 16 response, I tasked two offices within the FAA to conduct thorough investigations into the allegations. The major investigative activities have concluded and while we are completing our internal written reports, I wanted to share our findings.

Our Office of Security and Hazardous Material Safety (ASH) was tasked with investigating the specific actions cited in the news reports and to determine whether misconduct occurred. During the course of the investigation, ASH interviewed 29 persons and reviewed relevant documents and audio recordings. ASH attempted, on multiple occasions, to interview the individual making the allegation repeated in the reports. The individual making the allegation declined repeated attempts to be interviewed.

ASH found no evidence that the allegations in the press reports are true. Furthermore, ASH found no evidence that any FAA employee provided ATC applicants with either the questions of or answers to the BA.

In addition, I tasked the Office of Audit and Evaluation to conduct a robust audit of test security and integrity. This office audited the security and access to all tests associated with the selection of air traffic controller candidates, both the BA and the Air Traffic Standardized Aptitude Test (AT-SAT). This review found that the scoring algorithms for the BA were closely guarded and found no evidence to suggest that the algorithms were compromised or shared outside of a protected group of authorized individuals. For the AT-SAT, it found no evidence of applicant cheating or that the test was otherwise compromised. However, as is common with many employment selection and educational admissions tests, commercially developed and publicly available test preparation materials are available that purport to mimic aspects of the actual AT-SAT test.

We wanted to make you aware of further allegations that came to light as part of equal employment opportunity (EEO) complaints. These complaints alleged that employees in the FAA's Office of Human Resource Management (AHR) improperly gave advantage to ATCS applicants affiliated with the National Black Coalition of Federal Aviation Employees (NBCFAE). ASH is currently conducting an investigation into these allegations and we will summarize their findings for your office when this supplemental investigation concludes.

We are working to compile the complete reports on each of these investigations. While the reports will not be subject to public release given their sensitive nature and Privacy Act protections, we welcome the opportunity to brief you or your staff on the process and our findings.

We have sent an identical letter to each of the cosigners of your letter.

If I can be of further assistance, please contact me or Molly Harris, Acting Assistant Administrator for Government and Industry Affairs at (202) 267-3277.

Sincerely,

Michael P. Huerta
Administrator