Message

From: Congressman Don Young [matt.shuckerow@mail.house.gov]
Sent: 6/10/2015 10:23:46 PM
To: fndlb1@uaf.edu
Subject: Congressman Young Mounts Fight to Defend Alaska Aviation Interests in House Passed Appropriations Bill

Congressman Young Mounts Fight to Defend Alaska Aviation Interests in House Passed Appropriations Bill

Washington, D.C. – Last night, the U.S. House of Representatives and Alaska Congressman Don Young passed H.R. 2577, the Fiscal Year 2016 Transportation, Housing and Urban Development (THUD) Appropriations Act, by a vote of 216 to 210. During consideration of H.R. 2577, Congressman Young mounted several notable fights to defend Alaskan aviation interests, including efforts to defend UAA Collegiate Training Initiative (CTI) graduates harmed by FAA hiring changes, which passed 240 to 186, and efforts to retain funding for the Essential Air Service program.

"For months, I've heard from CTI graduates and UAA officials regarding the harmful impacts the FAA's new hiring practices have caused," said Congressman Young. "The FAA and CTI schools across the nation established a commonsense partnership to train our next generation of air traffic controllers, but without warning or consultation these students had the rug pulled out from underneath them. I proudly supported an amendment offered by Rep. Hultgren to block funding from being used to administer the controversial Biographical Questionnaire, or BioQ screening test, which has been used to block fully qualified CTI graduates from attending the FAA Academy. This amendment sends a clear message to the Administration that their recent hiring protocol must be rethought, especially given recent reports that the FAA may have given certain individuals access to answers on key admission tests."

Congressman Young also worked to defeat an amendment offered by Rep. Tom McClintock to eliminate funding for the Essential Air Service (EAS) program. The $155 million in discretionary funding for the EAS program, which maintains current spending levels, is a vital lifeline for many Alaskan rural communities who would not otherwise receive air service.

H.R. 2577, the House's fifth appropriations package since April, provides $53.3 billion in discretionary spending for transportation, aviation, housing and other related federal projects.

"Overall, H.R. 2577 sets a fiscally responsible path for vital transportation and housing programs across the nation," said Congressman Don Young. "The bill prioritizes spending that encourages innovation across our nation's many transportation systems, while addressing improvements needed to ensure safety, eliminate waste, and improve access for programs relied upon by countless Alaskan families. In addition to increasing funds for Public and Indian Housing, H.R. 2577 ensures the Federal Aviation Administration receives the funding it needs to support air traffic control personal – an issue of high importance for a state with the largest number of pilots per capita."

Items of Alaskan interest included in the H.R. 2577:

Essential Air Service (EAS) - $155 million
Alaska Flight Service Facility Modernization (AFSFM) - $2.65 million
Alaskan Satellite Telecommunications Infrastructure (ASTI) - $12.5 million
Other Important items included in H.R. 2577:

Department of Transportation - $17.2 billion, $1 billion below enacted
Federal Aviation Administration (FAA) - $15.9 billion, $137 million increase
Federal Railroad Administration (FRA) - $1.4 billion, $262 million decrease
Federal Transit Administration (FTA) - $10.7 billion, $139 million decrease
Maritime Administration (MARAD) - $357 million, $16.1 million increase
Department of Housing and Urban Development
Section 8 and Public and Indian Housing - $26.8 billion, $353 million increase.
Community Development Block Grant (CDBG) - $3 billion w/ $60 million set aside for tribes
CDBG funding is relied upon by many Alaskan groups, including RuralCAP.
Native American Housing (NAHASDA) - $650 million, level funding
Bill provides $8 million to guarantee up to $1.27 billion in Section 184 loans, which provide low-income American Indians and Alaska Natives with low-interest home loans.

###
Unsubscribe:
http://donyoung.house.gov/Forms/EmailSignup/?Delete=true&MessageID=194095&Email=fndlb1@uaf.edu

Message

| | |
|---|---|
| **From:** | Senator Murkowski [noreply@murkowski.senate.gov] |
| **Sent:** | 6/18/2015 5:27:54 PM |
| **To:** | lmcooper3@alaska.edu |
| **Subject:** | Responding to your message |

<http://murkowski.senate.gov/images/email_response/committee.jpg>

<http://murkowski.senate.gov/images/email_response/header.jpg>

<http://murkowski.senate.gov/images/email_response/offices.jpg>

Dear Linda:

Thank you for contacting me about the Federal Aviation Administration's (FAA) process for the hiring of air traffic controllers. I appreciate hearing from you and having the opportunity to respond.

I am very concerned about the FAA's recent changes to hiring practices for air traffic controllers. Alaska needs a stable air traffic control workforce that knows Alaskan skies and the uniqueness of the Alaskan flying public. Therefore, the FAA needs a mechanism for highly qualified air traffic controllers to be recruited and maintained. However, the FAA's new hiring practices do not serve the general flying public and adversely affect qualified candidates who desire to stay in Alaska and safeguard our skies.

H.R. 1964, the Air Traffic Controllers Hiring Act of 2015, would prioritize the most qualified applicants, eliminate biographical assessments, and provide a path to reconsider candidates denied on the basis of the biographical assessment. H.R. 1964 was introduced by Congressman Randy Hultgren on April 22, 2015, and has been referred to the House Transportation and Infrastructure Committee.

Should the Senate consider H.R. 1964 or other legislation related to the hiring practices for air traffic controllers, I will keep your comments in mind. Again, thank you for contacting me.

United States Senator
 Lisa Murkowski<http://murkowski.senate.gov/images/LM_signature.png>
http://murkowski.senate.gov*

CONFIDENTIAL
CTI0001525