**EXHIBIT 10**

**From:** Bob Poole
**To:** Amereihn, Tina (FAA)
**Subject:** ATC Reform News #119, January 2015
**Date:** Wednesday, January 07, 2015 4:46:49 PM



# ATC REFORM NEWS

### REASON FOUNDATION

## ISSUE NO. 119 – JANUARY 2015

By Robert W. Poole, Jr.

Director of Transportation Policy and Searle Freedom Trust Transportation Fellow

Reason Foundation

Bob Poole's Bio

More Air Traffic Control News

Link

**In this issue:**

- Who is the most efficient ATC provider?
- Growing concerns over FAA controller hiring
- Remote tower progress raises concerns
- UAS proliferation challenges FAA
- ATC outage plan falls short
- Congress reconsiders eLoran for GPS backup
- News Notes
- Quotable Quotes

**Who Is the Most Efficient ATC Provider?**

CANSO last month released its 2014 *Global Air Navigation Services Performance Report*. Its 82 pages of text, graphs, and tables are aimed at giving stakeholders of air navigation service providers (ANSPs) objective data on how well they are converting inputs (such as staff, facilities, and equipment) into outcomes, as measured by various key performance indicators. This latest report is more detailed than previous ones—except that several large ANSPs are no longer providing the data needed to generate the KPIs. While more of the smaller ANSPs have joined the effort, four major ones are conspicuous by their absence: Airservices Australia, DFS (Germany), ENAIRE (Spain), and NATS (U.K.).

The most commonly used measure of ultimate cost-effectiveness is cost per IFR flight hour. This is the most important factor driving the cost that shows up in en-route and oceanic charges (except for the out-of-step United States, which still funds ATC via aviation excise taxes). On this measure, the top performer among developed-nation ANSPs remains Nav Canada. The table below provides data for leading ANSPs, based on the CANSO reports for 2011 through 2014.

| ANSP | 2011 | 2012 | 2013 | 2014 |
|------|------|------|------|------|
| Air Traffic Organization (U.S.) | $429 | $433 | $454 | $450 |
| Nav Canada | $297 | $327 | $339 | $340 |
| Airways New Zealand | $344 | $396 | $431 | $420 |
| DFS (Germany) | na | $650* | na | na |
| ENAIRE (Spain) | $870 | $801 | na | na |
| NATS (U.K.) | $875 | $774 | na | na |

\* from Eurocontrol 2012 *Performance Review Report 2012*

The last time I wrote about a CANSO performance report, several readers suggested that cost per IFR flight hour was not the only indicator of efficiency, given the many differences among ANSPs in the composition of services provided (e.g., oceanic vs. domestic, long flights vs. short flights, etc.). The most common additional KPI suggested was IFR flight hours per controller (per year), as shown in the table below, based on the same set of CANSO reports.

| ANSP | 2011 | 2012 | 2013 | 2014 |
|------|------|------|------|------|
| Air Traffic Organization (U.S.) | 1803 | 1800 | 1729 | 1725 |
| Nav Canada | 1619 | 1683 | 1739 | 1760 |
| Airways New Zealand | 747 | 718 | 697 | 680 |
| DFS (Germany) | na | na | na | na |
| ENAIRE (Spain) | 732 | 748 | na | na |
| NATS (U.K.) | 922 | 1081 | na | na |

Advocates for the status quo in U.S. air traffic control continue to state that the United States has "the largest, safest, most efficient, most complex, most diverse airspace system in the world." All of those points were true for most of aviation's history. But the numbers above demonstrate that—at least on two widely accepted measures of efficiency—the U.S. Air Traffic Organization is no longer the world's most efficient. In terms of both absolute numbers and trends, Nav Canada takes the prize as the most efficient ANSP for large developed countries. Its low overhead and productivity-increasing technology investments have enabled it to operate without a rate increase since 2007, and after adjusting for inflation, its real rates are 33% less than they were in 2004.

As I've written a number of times before, the ATO's problem is not just uncertain funding. It is also an organizational culture that is not focused on productivity gains, and a set of institutional constraints that make it incapable of operating as a business. The restructuring that transformed a similar tax-funded, government-run ATC provider into Nav Canada addressed all of those problems. It will take a reform of

similar scope to solve the ATO's problems.

» return to top

**Growing Concern Over FAA Controller Hiring Policy**

The FAA's controversial 2014 controller hiring policy—opening it up to "off-the-street" candidates and requiring everyone to first "pass" a Biographical Assessment (BA)—is attracting more critical attention. A bipartisan Safe Towers Act was introduced last year by Reps. Randy Hultgren (R, IL) and Dan Lipinski (D, IL), and will be reintroduced in the new Congress. It would eliminate use of the BA and reinstate the long-standing FAA preference for graduates of ATC courses at colleges in the Collegiate Training Initiative and former military controllers. It would also allow those who did not "pass" the 2014 BA to re-apply, which is not currently allowed.

FAA has never given a straightforward explanation for the new procedure, which is widely believed to be motivated by concerns within the FAA Human Resources office that too high a fraction of controllers are white males. Officials of CTI colleges, such as Curt Scott of Green River College in Auburn, WA, told *Air Traffic Management* that "CTI schools had already provided a large and very diverse pool of available, 'ready to train' candidates—which the FAA BA personality test screened out for the most part, disqualifying over 90%."

*Fox 10* in Phoenix reported on Dec. 23, 2014 that it had obtained internal FAA documents and emails relating to the new hiring approach, claiming that they "show the biographical assessment was never validated, and the agency knew it was flawed." It reported an email saying the agency "has restricted briefings on the background and development of the BA, citing advice [from counsel] amid concerns of legal challenges." An email from a deputy assistant administrator was reported as saying, "I want to consolidate a few different email chains and make sure everyone is on the same page . . . we have to find a way to address Congressional inquiries without hurting our cause when it comes to litigation." *Our cause?*

Despite this defensiveness, yet another email reported as "particularly troubling . . . the large number of CTI candidates who were previously qualified, many of whom had already passed the the Air Traffic Selection and Training (AT-SAT) test with high test scores, who were subsequently deemed ineligible because of the BA." Another such email noted that "Some FAA Employee Associations have expressed concern that many very qualified minority and women candidates, as well as veterans, were deemed ineligible based on the BA."

The only defense from FAA that I'm aware of is that the BA was intended as a screening device, to avoid the huge expense of administering the AT-SAT to some 22,500 applicants—as opposed to

the 1,591 deemed to have passed the BA and thereby eligible to take the AT-SAT. But that justification is ludicrous. It rests on the premise that FAA should open its doors to "off-the-street" applicants, rather than limiting applicants to former military controllers and CTI graduates, as had been the practice prior to 2014.

That's the course recommended in 2005 by the DOT Office of Inspector General in AV-2006-021, "FAA Has Opportunities to Reduce Academy Training Time and Cost by Increasing Educational Requirements for Newly Hired Air Traffic Controllers." The idea was that FAA would shift some of the coursework now taught at its Academy to the CTI schools, enabling most such graduates to finish the Academy course in less time and possibly enabling some to bypass it altogether and go straight to on-the-job training. This would also be consistent with the requirement in many federal professional job categories for a college degree. It would also be consistent with the 2011 recommendations of FAA's Independent Review Panel on the Selection, Assignment, and Training of Air Traffic Control Specialists.

Frankly, the effort to politicize the selection and training of air traffic controllers does great harm to the ATO's standing as one of the world's best ANSPs. It is yet another reason to de-politicize the ATO, by removing it from the FAA and converting it into a self-supporting, commercialized ANSP.

» return to top

**Remote Tower Progress Raises Questions and Concerns**

Last fall the concept of remote towers moved from the aviation media to the mainstream, when the *New York Times* published a fairly long article by Nicola Clark on the pioneering remote facility in Sundsvall, Sweden, where it will begin early this year to control traffic at the Ornskoldsvik Airport 60 miles to the north, following its certification by the Swedish Transport Agency in November. The article was quite positive about the concept, accepting the potential cost-saving and safety benefits of remote towers.

But as the concept nears its first all-up operational use, concerns are being raised in some quarters of the aviation community. The largest set of concerns was set forth in November by the European Cockpit Association, a pilots' advocacy group. In response to certification of the Sundsvall facility, ECA released a position paper that, while noting the potential cost savings and safety benefits, warned of the need for contingency/backup plans in case of hardware failures or interference with devices such as cameras (e.g., in case "bugs sat on the camera, blocking the view"). They also raised cyber-security concerns, and urged mandatory reporting of all such occurrences.

Those concerns apply to all initial plans, live those of LFV, the Swedish ANSP, to control traffic at one remote airport from a facility