# IRP Update

**Federal Aviation Administration**

## Improving Controller Selection, Assignment and Training



Presented to: Joseph Teixeira
By: Karen Callihan, Manager Training Initiatives Team
Date: 8 January 2015

FAA_00016565

# IRP Recommendation Dashboard

Updated: 1/8/2015 (post VP Briefing)

| Program Information | |
|---|---|
| Program Manager | Karen Callihan |
| Program Scope | The Training Initiatives Team, an office under ATO Safety and Technical Training, supports the implementation of the 49 recommendations made by the Independent Review Panel (IRP) on the Selection, Assignment and Training of Air Traffic Control Specialists. |

### IRP Recommendation Status Overview



- Complete: 19
- On Track: 16
- Behind Schedule: 1
- Stalled: 4
- Will Not Implement: 1

*50 Total Recommendations, Recommendation 10 is Divided into 10a & 10b

| Top Priorities | Recommendation(s) |
|---|---|
| Assignment/Selection/ Placement Processes | 1, 2, 5, 6, 7, 10a, 10b, 11, 15, 16, 19, 20, 21, 22, 23 |
| OJTI Skills/OJTI Process | 32, 33, 34, 35, 36, 37, 38, 39 |
| AT Basics | 13, 14, 17 |

| Implementation Challenges | Recommendation(s) |
|---|---|
| Functional Dependencies | 19, 22, 31 |
| Low Priority | 19, 22, 31 |
| Lack of Staffing | 4, 24 |

### Implementation Challenges Overview



*A recommendation may have more than one

ATO Pre-Decisional



Federal Aviation Administration

2

| | | | | |
|---|---|---|---|---|
| **Project J: Placement Process / Project Manager: Gene Burdick** | | | | |
| 19 | Expose Academy students to all ATCS tracks and use contract instructor/OJTI in role | BK R | Carol Manning, AAM | **Alternate Solution:** The interim process is that track selection will be random and currently researching other factors to assist in track assignment. **Comments/Next Steps:** Defer to next steps for Recommendation 22 (below) which will address both recommendations. **Update:** Continue working with AJG and CAMI to determine a way ahead for research. Development of this course is not a priority for Technical Training. |
| 22 | Delay track assignment until after aptitude assessed in initial training at FAA | R | Carol Manning, AAM | **Alternate Solution:** N/A **Comments/Next Steps:** As a part of the FY15 research program, CAMI has proposed an investigation into the requirements and assessments focusing on initial training that precedes track assignment. **Update:** Continue working with AJG and CAMI to determine a way ahead for research. Development of this course is not a priority for Technical Training. |
| **Project P: Technology Strategy / Project Manager: TBD** | | | | |
| 28 | Collect information to measure effectiveness of technologies used in classroom and facility training | BK R | TBD, AJI | **Alternate Solution:** Develop a process to measure effectiveness of new technology and institutionalize this process for implementation of new technology. **Comments/Next Steps:** Will be included as a part of the Strategic Plan; once adopted the process to measure technologies will be implemented. Draft due by end of March 2015. **Update:** Awaiting a new project manager. |
| 30 | Develop a mobile simulator lab(s) | R | TBD, AJI | **Alternate Solution:** N/A **Comments/Next Steps:** Mobile simulator lab was purchased. **Update:** Awaiting a new project manager. |
| 31 | Develop a voice recognition-training tool to be used in field training | R | TBD, AJI | **Alternate Solution:** N/A **Comments/Next Steps:** Will be included as an item in the Strategic Plan and is not a priority for Technical Training. **Update:** Awaiting a new project manager. |
| **Project R: Integrated Database / Project Manager: TBD** | | | | |
| 4 | Track all selectees by source from selection through full qualification as a CPC | R | TBD, AJI | **Alternate Solution:** N/A **Comments/Next Steps:** See Recommendation 24 (page 7). Implementing a TRAX replacement system will enable us to move forward with integrating data from Aviator and FPPS with AT training data to get the full data lifecycle from selection through full qualification to separation from the FAA. Need to work with other offices to gain agreement to use their data. Exploring contract options for utilizing Air Force Training Record (AFTR). Lack of staffing to complete business case. **Update:** Awaiting new project manager. |
| 24 | Establish and maintain an integrated employment/training database | R | TBD, AJI | **Alternate Solution:** N/A **Comments/Next Steps:** Exploring contract options for utilizing Air Force Training Record (AFTR). Lack of staffing to complete business case. **Update:** Awaiting new project manager. |

ATO Pre-Decisional



Federal Aviation Administration

3

FAA_00016567

# IRP Project Issues/Concerns

### Project G– Selection Process

**Recommendation 7: In addition to AT-SAT, other factors should be considered in selection decision for ATCS**

- BQ is different than AT-SAT

**Recommendation 11: Selection algorithm should be developed to guide selection panel decisions**

- BQ is different than AT-SAT

### Project V – AT Basics

**Recommendation 14: FAA Academy should create AT Basics exam to be offered at FAA-approved testing centers**

ATO Pre-Decisional



Federal Aviation Administration

4

# Back-Up Slides

ATO Pre-Decisional



Federal Aviation Administration

5

FAA_00016569

# IRP Project Close-Outs

**Project F– Interview Process**

**Recommendation 12: Change interview form to three questions and managers evaluate using five-point Likert Scale**

- ✓ IRP strategy to address this recommendation has been superseded by the Barrier Analysis and this recommendation will not be implemented. Note: NATCA is proposing to hold interviews for selectees of the ALLSOURCES vacancy announcement separately from the experienced air traffic controller announcement.

**Project G – Selection Process**

**Recommendation 16: FAA needs to review hiring practices for controller candidates and use AT-CTI hiring source**

- ✓ IRP strategy to address this recommendation has been superseded by the Barrier Analysis and this recommendation will not be implemented.

ATO Pre-Decisional



Federal Aviation Administration

6

# IRP Project Close-Outs

### Project J – Placement Process

**Recommendation 20: Incorporate an "advanced" course for all candidates prior to field units and use OJTIs**

- ✓ Cost of advanced course is not feasible, will not implement.

**Recommendation 10b: Selection for ATCS training and selection for assignment to a two-step process – Step 2 is assignment to a facility**

**Recommendation 23: Delay facility assignment until after aptitude assessed in Academy Training**

- ✓ AJG-R41 implemented the new facility selection SOP in mid-October. The new process has been successfully utilized for both Tower and En Route facility placements.

ATO Pre-Decisional



Federal Aviation Administration

7

# IRP Project Close-Outs

**Project K – Roles and Responsibilities**

**Recommendation 44: Clarify the specific technical training roles and responsibilities of personnel between each office**

**Recommendation 45: Clarify the specific roles and responsibilities of personnel between ATO and Academy**
- ✓ Chapter 2 in the 3120.4N, and Chapter 2 in the 3000.22A address these recommendations.

ATO Pre-Decisional



Federal Aviation Administration

8

FAA_00016572