Air Traffic Controller Hiring and Training:
CTI Graduates ARE Best Qualified

**Inconvenient Fact #1**
**The FAA's "Independently Validated" Process is Less Predictive Than a Coin Flip**[1]
- Of the 2,407 so-called "Best Qualified" applicants who passed the 64-question "Biographical Assessment" (BA) in 2014, just 1,138 – 47.2%! – received Firm Offer Letters.
- Worse, since 20-25% of those 1,138 are expected to fail at the FAA Academy[2], the "success" rate of selecting which applicants to hire will fall near 35%! Yet the FAA refuses to change course.



**47.2%** Selection Rate <

**Inconvenient Fact #2**
**The FAA's Own Data Shows the Success of the AT-CTI Program and Its Graduates**
- The most recent data published[3] – from October 2015 – highlights that AT-CTI graduates outperform both General Public (GenPub) and Military applicants.
- Compared to General Public applicants, AT-CTI graduates are as much as 26.7% more likely to certify as Controllers at their first assigned facility!



**Inconvenient Fact #3**
**Neglecting AT-CTI Graduates Is Costing the Taxpayer Millions of Dollars**
- Training at the FAA Academy averages $53,000 per student[4]. Given the training time to certify as a controller (2.3 years[3]), the average training salary (50% complete), and the demonstrated need to hire more applicants to achieve the same outcomes, it can be shown that **by neglecting AT-CTI graduates and their education, the FAA is wasting upwards of $20 million per year!**

**Inconvenient Fact #4**
**The FAA Knows That AT-CTI Graduates are Prepared and More Likely to Be Successful**
- In the Partnership Agreement with each AT-CTI school – which the FAA is now ignoring – schools are required to "ensure graduates…possess the requisite knowledge, skills, and abilities to succeed in training."
- Responding to the initial Controller Hiring Shortage, the FAA held up AT-CTI as one its most viable solutions, saying "**These candidates have at least a basic level of training in air traffic control and have shown a sincere interest in the career field by the investment they have made in their own training.**"[5]
- Further demonstrating the value the of the AT-CTI program, the FAA went so far as to predict the decline of GenPub hiring, stating that "We expect this [hiring GenPub applicants] trend to reverse going forward because of the significant number of available candidates from our CTI and military sources."[6] **It is clear that the FAA preferred to hire AT-CTI and military applicants first.**

**Help return sanity, stop the waste, and end experimental hiring policies. Commit the FAA to recognizing the value of specialized education and give hiring preference to AT-CTI graduates.**
For further information, please contact Sam Fischer (904-234-1986; sfischer@ctiassociation.com) or Joe Eichelberger (443-840-4463; jeichelberger@ccbcmd.edu).

Sources – 1) FOIA requests 2016-00316 and 2015-009324, 2) Historical data from Controller Workforce Plans, 3) FAA Semi-Annual Training Reports, 4) Post-Hearing Questions for the Record from Senator Claire McCaskill. Jan 14, 2014, 5) 2006 Controller Workforce Plan (CWP), 6) 2010 CWP.