Message

---

| | |
|---|---|
| **From**: | Sharon L LaRue [sllarue@uaa.alaska.edu] |
| **Sent**: | 4/8/2016 7:02:03 PM |
| **To**: | Peter_Henry@sullivan.senate.gov |
| **Subject**: | CTI issues |
| **Attachments**: | 2016-003336 AHR 0307 Response - Veteran Applicants.pdf |

Hi Peter, so I have been working with our group to get you some numbers on the proposed changes we discussed earlier this week.  As far as military applicants, you explained that military applicants will be allowed to skip the Biographical Assessment.  This has the potential of being hugely problematic for all CTI students if it is applied incorrectly.  The main issue here is whether all military applicants would be allowed to skip the BA, or only those claiming VRA status.  Those claiming VRA status makes sense; all military does not and would, in effect, probably eliminate all OTS and CTI candidates.  According to numbers received from a FOIA request, in the 2014 bid, there were 4310 applicants who claimed military status; in the 2015 bid, there were 1921.  If there is not a way to filer these applicants, they will take all available positions.  I have copied the FOIA letter with these numbers.  As you can see, the number of applicant claiming veteran status would easily fill all positions.  So, to reiterate, our group completely agrees with the proposal to remove VRA applicants from the BA process.  However, if all applicants claiming military status are exempt from that process, it will effectively eliminate all other applicants, as it is required to provide priority status to these applicants.
	Finally, I have one final question, and this is just from me, not the group.  Are NATCA or the FAA giving any reasons for insisting that OTS hire being included, and on an equal level?  Most accounts have proven they are not cost effective (the numbers I sent you last week certainly do, and they are from the FAA), and are not as successful in the training process.  I am just wondering why they are insisting on their inclusion, and what they believe is gained by their presence in the FAA?
	Please let me know if you have any questions.  Thanks again for all you are doing.

Sherri

CONFIDENTIAL                                                                                                       CTI0003313

Case 1:16-cv-02227-DLF   Document 157-14   Filed 07/21/22   Page 2 of 3

Message

**From:** Sharon L LaRue [sllarue@uaa.alaska.edu]
**Sent:** 5/23/2016 10:26:46 PM
**To:** Leathard, Scott [Scott.Leathard@mail.house.gov]
**Subject:** Re: Air Traffic Controllers Veterans

?Hi Scott,  busy this afternoon, but I will look at this tonight and get back to you.

Sherri

_____
From: Leathard, Scott <Scott.Leathard@mail.house.gov>
Sent: Monday, May 23, 2016 8:44 AM
To: Sharon L LaRue
Cc: Johnsen, Jakob
Subject: FW: Air Traffic Controllers Veterans

Hi Sherri -

The Congressman has been asked to help champion a veteran hire initiative for ATC.  I wanted to check on your perspective of this request in the context of our larger effort correcting the FAA treatment of hires from CTI schools.  Please see attached.  If you have any feedback, it will be appreciated.

Thanks.

Scott

Scott Leathard
Deputy Chief of Staff & Legislative Director
Office of Congressman Don Young
Congressman for All Alaska
2314 Rayburn House Office Building
Washington D.C. 20515
Phone: (202) 225-5765
Fax: (202) 225-0425
Sign up for Rep. Young's newsletter here<http://donyoung.house.gov/Forms/EmailSignup/>

CONFIDENTIAL

CTI0002909