DTFAWA-16-C-00014 Barrier Analysis Requirement

# Part I - Section B

## Supplies/Services & Prices/Cost

**B.1    GENERAL**

The Contractor shall furnish and make available all professional, technical, administrative and management support services needed to accomplish the requirements set forth in Section C, Statement of Work (SOW), for the period of performance.

**B.2    TYPE AND TERM OF AGREEMENT**

The Federal Aviation Administration (FAA) Office of Human Resources (AHR) awards a single source bridge contract to APT Metrics, a small woman owned business. This contract is a labor hour contract. The Government reserves the right to amend this contract. The Government also reserves the right to terminate this contract in the event the services are no longer required

The term of the contract is as follows:

March 23, 2016 through March 22, 2017


The North American Industry Classification System (NAICS) Code for this requirement is 541612, Human Resources Consulting Services. The Small Business Administration Size standard for NAICS 541612 is less than $14M in gross revenue.

**B.3    Contract Value**

The estimated ceiling value is $972,065.00 for the life of the contract.

B.4   PRICE/COST SCHEDULE

| | Section B - FAA Human Resources Barrier Analysis | | | |
|---|---|---|---|---|
| | Labor Categories | Labor Hours | Fully Burdened Labor Rates | Extended Total |
| 0001 | Chief Operating Officer | 100 | $450 | $45,000 |
| 0002 | Vice President | 80 | $400 | $32,000 |
| 0003 | Associate Director | 500 | $300 | $150,000 |
| 0004 | Project Manager | 200 | $250 | $50,000 |
| 0005 | Operations Manager | 50 | $250 | $12,500 |
| 0006 | Application Developer | 50 | $200 | $10,000 |
| 0007 | Consultant | 500 | $200 | $100,000 |
| 0008 | Consulting Associate | 500 | $150 | $75,000 |
| 0009 | Project Assistant | 80 | $75 | $6,000 |
| 0010 | Technical Support – Testing Sites | 1155 | $23 | $26,565 |
| | Labor Total | | | $507,065 |
| 0011 | Other Direct Costs (ODC), approved prior to incurrence | | | $465,000 |
| | Labor and ODC Estimated Total | | | $972,065 |

4

|  |  |
|---|---|
|  | ODC may include travel. ODC must be pre-approved by the Contracting Officer |

# Part I - Section C

## FAA Human Resources Barrier Analysis Implementation
## Bridge Contract for Phase II Implementation
## Statement of Work

**1.0 Introduction**

The Federal Aviation Administration (FAA) maintains the safest and most efficient aerospace system in the world partly because we continuously evaluate and strengthen our Air Traffic Control Specialist (ATCS) hiring and training processes. Making correct selection decisions during the hiring process is critical for maximizing the success of new trainees at the academy and in the field. Notably, the FAA Academy difficulty has increased recently with a new cumulative grading approach, resulting in an increase in the failure rate of new students. Perhaps now more than ever, it is critical to identify those applicants who will be successful starting on day one at the academy and carry that success through to achieving Certified Professional Controller (CPC) status.

**2.0 Background**

The FAA instituted changes to the ATC hiring process following a 2013 barrier analysis which found unintentional barriers existed in four of the seven critical decision points that comprised the ATC centralized hiring process (legacy process). As a result of the Barrier Analysis, FAA undertook steps to remove the barriers by implementing an interim process in 2014 and finalizing additional changes to the process in 2015. One of those changes include relacing the current version of the AT SAT. The work identified in this SOW supports the FAA's continued efforts toward a revision of the Air Traffic Control (ATC) hiring process by the completion of the validation of a replacement for the current Air Traffic Selection and Training exam (AT-SAT). FAA aims to make the ATC hiring process more relevant to the day-to-day work of an air traffic controller and to better identify the knowledge, skills, and abilities that candidates must possess in order to be successful in this career.

This work has _extreme_ visibility. The Deputy Assistant Administrator for Human Resources and Chief Operating Officer of the Air Traffic Control Office have both testified before Congress on the current ATC hiring process and staffing shortages. The ATC hiring target for FY 2016 is 1,619 and for each of the next two fiscal years, the target is 1,781. These targets are tied to FAA Executive performance standards for FY 2016.

In order to meet the current fiscal year goals for ATC hiring, as well as the hiring goals for the next two fiscal years, the FAA must utilize a new test battery to assess whether general experience applicants possess the required knowledge, skill, and abilities for entry-level ATC positions. As recommended in the Barrier Analysis and decided upon by the FAA, alternatives to the AT-SAT were sought due to the dated nature of the test, its over-exposure, and large group differences.

6

To achieve this goal, the FAA and APTMetrics undertook a project to evaluate and implement alternatives to the AT SAT, which is required for general experience recruitments.
The FAA has officially committed to having a general experience announcement by August FY16. . This critical commitment to our clientele hinges entirely on the FAA being able to procure the services described below from an experienced and knowledgeable vendor; one who can aid the FAA in completing the validation of a replacement test for the AT-SAT. As this effort is a culmination of nearly four years of work, the selected vendor must thoroughly understand both the ATC hiring needs of the FAA and the historical data that supports the need for a replacement AT-SAT.

### 3.0 Scope

The scope of work identified in this SOW requires the continued validation of previously identified, potential replacements for the experimental assessments, which must be validated and selected for inclusion in a final assessment battery for ATC selection. This will require an evaluation of off-the-shelf cognitive assessments, identification of any gaps in required testing areas, and validation and implementation the selected replacement test or combination of tests.

### 3.1 Validation of Replacements

1. Continue to conduct validation analyses of the replacement subtests and test in accordance with the Uniform Guidelines on Employee Selection Procedures and Society for Industrial and Organizational Psychology guidelines.
    a. (http://www.eeoc.gov/laws/regulations/index.cfm) and Society for Industrial and Organizational Psychology guidelines (http://www.siop.org/_principles/principles.pdf).
2. Assume primary criteria for validation to include performance at the FAA academy and achieving acceptable performance on the job.
    a. Provide ongoing hosting of a performance appraisal system using the FAA's established performance measurement tools for criterion collection that started in January 2016 through March 2016
    b. Provide ongoing updates and modifications to employee databases based on CPC assignment and FLM changes
    c. Provide 2nd tier customer support related to Certified Professional Controllers (CPC) and Academy student logistics and assessment proctoring.
3. Combine/merge validation data set with data collected up to the point of March 2016.
4. Develop, monitor, and manage CPC sampling plan and alternate selections for validation process.
5. Submit names of test-ready candidates, ensuring sampling candidate pool reaches target goal (≥80% of 2000).
6. Prepare and distribute communication related to validation process and provide customer support as required to validation participants and First Line Managers (FLMs).
7. Distribute CPC participation and validation tracking documents to all FLMs.
8. Secure assessment use and assessment proctoring during the validation process .

9. Conduct validation analyses and coordinate and brief the FAA and its stakeholders regarding validation results.
10. Contract with all necessary 3rd parties and secure the use of assessments already chosen for validation. during the validation process (SHL/CEB, Airways New Zealand/SureSelect, PSI Services LLC).
11. Complete SureSelect network software installation on PSI's internal network systems.
12. Carry out all activities related to launching and using the following assessments chosen:

| SHL/CEB Verify Deductive Reasoning | SHL/CEB Verify Inductive Reasoning |
|---|---|
| SHL/CEB Verify Numerical Reasoning | SHL/CEB Verify Verbal Reasoning |
| SHL/CEB Verify Spatial Ability | SHL/CEB Verify Technical Checking |
| SHL/CEB Multitasking Ability | SHL/CEB Occupational Personality Questionnaire |
| SHL/CEB Motivational Questionnaire | SHL/CEB Reliability |
| SHL/CEB Achievement | SureSelect's 4 CBTs |

13. Arrange for assessment proctoring nationwide for validation study participants.
14. Manage all 3rd party proctoring and assessments during the validation process.

**3.2 Implementation of Selected Assessment Solution**
1. Develop implementation recommendations, test policy, and implementation plan.
2. Provide recommendations on final online subtest and test, publish online test information, and develop a practice test site.
3. Draft all relevant and required technical documentation relating to the test and subtest, including all draft and final versions, metrics, test data, and a final technical report for the FAA's Office of the Chief Counsel.
4. Coordinate and oversee all aspects of the test administration process, and document and address any/all issues or obstacles that arise.
5. Coordinate and brief the FAA internal and external stakeholders regarding the replacement assessment solution.
6. Assist in new test battery implementation.

**3.3 Data Collection and Distribution**
1. Respond to ongoing and ad-hoc data calls, requests, inquiries, and information collection activities, as needed and requested by various offices, teams, management and stakeholders.

8