Case 1:16-cv-02227-DLF    Document 157-16    Filed 07/21/22    Page 1 of 4
EXHIBIT 16



DOT/FAA/AM-16/4
Office of Aerospace Medicine
Washington, DC 20591

# Studies of the Next Generation of Air Traffic Control Specialists II: Job and Career Expectations

Alfretia L. Scarborough
Dana Broach

Civil Aerospace Medical Institute
Federal Aviation Administration
Oklahoma City, OK 73125

May 2016

Final Report

FAA_00001417

## NOTICE

This document is disseminated under the sponsorship of the U.S. Department of Transportation in the interest of information exchange. The United States Government assumes no liability for the contents thereof.

———————

This publication and all Office of Aerospace Medicine technical reports are available in full-text from the Civil Aerospace Medical Institute's publications website: http://www.faa.gov/go/oamtechreports

Technical Report Documentation Page

| 1. Report No.<br>DOT/FAA/AM-16/4 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br>Studies of the Next Generation of Air Traffic Control Specialists II: Job and Career Expectations | | 5. Report Date<br>May 2016 |
| | | 6. Performing Organization Code |
| 7. Author(s)<br>Scarborough, AL & Broach, D | | 8. Performing Organization Report No. |
| 9. Performing Organization Name and Address<br>FAA Civil Aerospace Medical Institute<br>P.O. Box 25082<br>Oklahoma City, OK 73125 | | 10. Work Unit No. (TRAIS) |
| | | 11. Contract or Grant No. |
| 12. Sponsoring Agency name and Address<br>Office of Aerospace Medicine<br>Federal Aviation Administration<br>800 Independence Ave., S.W.<br>Washington, DC 20591 | | 13. Type of Report and Period Covered |
| | | 14. Sponsoring Agency Code |
| 15. Supplemental Notes | | |

16. Abstract

This study compared the job expectations of two cohorts of air traffic controllers, one hired in the period 1986–1992 ("Post-Strike" controllers; N=13,227) and the other hired in the period 2007–2014 ("Next Generation" controllers; N=5,622). Job expectations were compared using Z-tests for independent proportions on data collected during their initial training at the FAA Academy. Overall, the Next Generation controllers had much higher expectations than Post-Strike controllers on eight factors (e.g., expect to be challenged by job, expect job to provide good pay, benefits, job security, and opportunity for advancement). However, a smaller proportion of Next Generation controllers expected the job to be equally challenging five years from entry on duty compared to Post-Strike controllers. Despite the differences in proportions, examination of a cross-plot of expectations found the two generational cohorts were more similar than different. These results and those of a previous study by Cannon and Broach (2011) show that the two generations of controllers have similar motivations for and expectations of their employment. Longitudinal research assessing the degree to which initial job and career expectations of the controllers have or have not been met is suggested.

| 17. Key Words<br>Air traffic control specialist, generational differences, job expectations | 18. Distribution Statement<br>Document is available to the public through the Internet:<br>http://www.faa.gov/go/oamtechreports/ | | |
|---|---|---|---|
| 19. Security Classif. (of this report)<br>Unclassified | 20. Security Classif. (of this page)<br>Unclassified | 21. No. of Pages<br>10 | 22. Price |

Form DOT F 1700.7 (8-72)       Reproduction of completed page authorized

i

## AUTHOR NOTE

Alfretia L. Scarborough and Dana Broach, Aerospace Human Factors Research Division, Federal Aviation Administration Civil Aerospace Medical Institute, Oklahoma City, Oklahoma.

The opinions expressed in the report are those of the authors and do not necessarily reflect the official position of the Federal Aviation Administration, the Department of Transportation, or the United States government.

Correspondence concerning this report should be addressed to Dana Broach, Aerospace Human Factors Research Division (AAM-500), P.O. Box 25082, Oklahoma City, OK 73125. E-mail: dana.broach@faa.gov

FAA_00001420