**EXHIBIT 17**

## DEPARTMENT OF TRANSPORTATION
## OFFICE OF INSPECTOR GENERAL

# REPORT OF
# INVESTIGATION

This document is loaned to you For
Official Use Only. For handling
instructions, see inside cover.

# FOR OFFICIAL USE ONLY

(Public availability to be determined under 5 U.S.C. 552)

I15E012SINV

PROJECT CODE

## INVESTIGATIVE RECORD REVIEW

### PLEASE READ AND SIGN BELOW

This file contains information from the Office of Inspector General's Investigative Record System and is subject to provisions of the Privacy Act of 1974 (5 U.S.C. 552a, P.L. 93-579). It is the property of the Office of Inspector General and is loaned to you for official purposes only.

This material must be safeguarded from unauthorized disclosure. It should not be left unattended nor discussed with unauthorized persons and must be retained in an approved security container when not in use. Those individuals who review this material are required to complete the bottom portion of this form.

**THIS FILE OR ANY PORTIONS THEREOF *MAY NOT BE RELEASED* TO THE SUBJECT OF THE INVESTIGATION OR ANY INDIVIDUAL IDENTIFIED THEREIN, OR THEIR REPRESENTATIVES, OR REPRODUCED WITHOUT THE CONSENT OF THE OFFICE OF INSPECTOR GENERAL.**

| SUBJECT | PROJECT CODE |
|---|---|
| 9 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , J Band | I15E012SINV |

| REVIEWED BY | | | |
|---|---|---|---|
| DATE | DOT ELEMENT | TITLE | SIGNATURE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IG F 1600.1 (Rev. 5/97)



# U.S. Department of Transportation
## Office of Inspector General

| REPORT OF INVESTIGATION | INVESTIGATION NUMBER<br>I15E012SINV | DATE<br>August 9, 2016 | |
|---|---|---|---|
| TITLE<br>9<br><br>New York Air Route Traffic<br>  Control Center<br>Ronkonkoma, NY | PREPARED BY SPECIAL AGENT<br>13<br>  13        13 | STATUS<br><br>Final | |
| | | | 1/5 |
| VIOLATION(S)<br><br>14 CFR 65.18 – Written Tests:<br>Cheating or other unauthorized<br>conduct | DISTRIBUTION<br><br>FAA, Office of Investigations Program<br>  and Operations Division (AEO-500)<br>File | APPROVED<br>Floyd Sherman<br>2016.08.10<br>09:48:52 -04'00'<br><br>FDS | |

## SYNOPSIS

This investigation was initiated in response to media reports alleging answers to a Biographical Assessment (BA) test were given to applicants seeking to be hired by the Federal Aviation Administration (FAA) as air traffic control specialists (ATCS). Reports by Fox Business News identified 9, 10 National Black Coalition of Federal Aviation Employees (NBCFAE), and as the person speaking in an audio text message with information that offered specific answers to the BA test. The Office of Inspector General (OIG) subsequently received a letter from the U.S. House of Representatives Committee on Transportation and Infrastructure requesting OIG review FAA's hiring programs and practices to determine if cheating took place on the BA test.

This investigation found that during FAA's open vacancy announcement period in 2014, 9, 10 NBCFAE's 10 , organized a teleconference exclusively for NBCFAE members who were seeking to apply to the ATCS positions. Text messages from 9 about the teleconference indicated 10 intended to walk the members through the application process. In an interview with OIG, 9 confirmed 10 organized the teleconference, sat at a computer and went through the online application process with the members during the teleconference, and responded to questions from the members. According to 9 , the members told 10 some of the questions they posed were either taken from the BA test, or were questions they were told were on the test. 9 acknowledged 10 explained to

I15E012SINV

each person how they should answer the questions posed to [10] by the group. Statements from two independent witnesses confirmed [9] answered BA test questions during the teleconference.

## BACKGROUND

In the past, FAA utilized the Air Traffic Selection and Training (AT-SAT) test as the initial pre-employment screening tool to identify candidates eligible to be hired into training for an ATCS position. In February 2014, FAA introduced the BA as the initial screening tool for ATCS applicants. Under this new process, the ATCS applicants must now pass the BA before advancing to take the AT-SAT test.

According to the FAA, the AT-SAT test was intended to provide a scientifically based screen to better identify potentially successful air traffic controllers, to increase the efficiency of training and reduce the training failure rate and its associated costs. FAA introduced the use of the BA test, which FAA indicated could measure applicants for [behavioral] characteristics that have been shown to predict success as an air traffic controller.

The justification and implementation of FAA's new ATCS hiring process was reviewed by OIG's Aviation and Special Programs Audit Office (JA-10). The results of the audit with the associated project number 15A3003A000 will be issued at a later date and are not included in this report of investigation.

Additionally, FAA's Office of Security and Hazardous Materials Safety (AEO-500) also investigated allegations of cheating on the BA test and allegations that Human Resources (HR) employees gave improper advantages in processing the applications of ATCS candidates affiliated with the NBCFAE. This Report of Investigation (ROI) references information from those investigations; however, full details for those cases are available in AEO-500's ROIs for Case Numbers AHQ20150125 and AHQ20150170 respectively.

## DETAILS

This investigation developed two key findings that expanded upon AEO-500's investigation regarding [9] role in allegedly providing answers for the BA test, as well as [10] role in the overall application process. The investigation developed information demonstrating [9] organized and facilitated a teleconference for NBCFAE members to "walk through" the application process, including addressing questions from the BA test, during the open vacancy announcement period. The investigation also identified [9] as the source who provided a list of 'buzzwords" to NBCFAE members which [10] represented in an email as confidential information coming from an NBCFAE member in FAA's Human Resources office.

I15E012SINV

**The February 19, 2014 Teleconference**

AEO-500's investigation developed information from two witness interviews that indicated 9 organized and facilitated a teleconference involving NBCFAE members during the open vacancy announcement period[1] (**AHQ20150125 Exhibits 24 and 26**). One witness said during the call, participants told 9 they were looking at questions on the BA test but did not know what to enter on the test. According to this witness, 9 responded with information that should be entered on the BA test. The other witness did not recall that anyone told the group what to answer on the BA test.

AEO-500 interviewed 9 and he provided a signed statement that he did not recall convening the reported teleconference and never gave anyone answers to the BA test (**AHQ20150125 Exhibit 29**). 9 statement indicated 10 involvement in the ATCS application process ended with a February 12, 2014, email 10 sent to NBCFAE members and others that contained screenshots of the USA Job profile questions (**AHQ20150125 Exhibit 16**).

AEO-500 attempted to contact a third witness for additional information, but the witness was not fully responsive to AEO-500's information requests (**AHQ20150125 Exhibit 11**). OIG contacted this witness through counsel and the witness provided information verifying 9 involvement in orchestrating the February 19, 2014 teleconference. In an interview with OIG, the witness said questions from the BA test were discussed during the teleconference and 9 advised the group how to answer the questions (**Attachment 1**). The witness provided evidence in the form of text messages that showed 9 initiated the teleconference because an individual did not make it through the "bid" process due to a minor error and 9 didn't want that to happen again (**Attachment 2**).

OIG interviewed one of the witnesses previously interviewed by AEO-500 and was told that during the teleconference the group read each BA question and 9 gave [verbal] answers to the group (**Attachment 3**).

During an interview with OIG, 9 did not initially acknowledge 10 participation in the teleconference (**Attachment 4**). However, after being shown the text message string and consulting with 10 counsel, 9 recalled organizing the teleconference in response to an NBCFAE member who did not make it through the application process because 10 was rated unqualified on the BA test. 9 said the participants asked questions they said were from the BA test, or that they were told were on the BA test. 9 acknowledged responding to these questions from the group saying 10 explained to each person how they should answer.

---

[1] FAA's open vacancy announcement period for ATCS positions was February 10-21, 2014.