UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,

    *Plaintiffs*,

    v.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,

    *Defendant.*

Civil Action No 16-2227 (DLF)

## DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST INTERROGATORY

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 26.2, Defendant Peter P.M. Buttigieg hereby provides his objections and responses to Plaintiffs' First Interrogatory dated April 8, 2022.

## OBJECTIONS TO DEFINITIONS & INSTRUCTIONS

Defendant objects to Definition No. 2 on the ground that the instrument it refers to is titled the Biographical Assessment, not the "Biographical Questionnaire." *See* ECF Nos. 139-25, 139-26. Plaintiffs' terminology thus causes unnecessary confusion because the Biographical Questionnaire was an instrument administered to students at the FAA Academy and is distinct from the Biographical Assessment administered to applicants in 2014. Defendant construes this definition to refer only to the Biographical Assessment administered to applicants in 2014.

Defendant objects to Instruction No. 1 on the ground that no specifications were attached to Plaintiffs' First Interrogatory, dated April 8, 2022. To the extent that Instruction No. 1 is referring to the technical specifications that were attached to Plaintiffs' First Merits Request for Production of Documents, dated March 4, 2022, Defendant objects to this instruction on the basis that not all aspects of the attached technical specifications may be appropriate or efficient for production of some documents responsive to

1

this Interrogatory.

## RESERVATION OF OBJECTIONS

The forgoing objections to Definitions and Instructions, and the following specific objections and responses are based on Defendant's interpretation of Plaintiffs' interrogatory and on information reasonably available to Defendant as of today. Defendant reserves the right to supplement these objections or responses if Plaintiff purports to interpret the interrogatory differently than Defendant or if Defendant discovers new information supporting additional objections or responses. Defendant also reserves the right to object to the admissibility of any information contained herein on the grounds of relevance, proportionality, accessibility, materiality, or any other appropriate ground.

## RESPONSES TO SPECIFIC INTERROGATORIES

**INTERROGATORY NO. 1:** Describe in detail all processes and standards the FAA used to validate or otherwise evaluate the 2014 Biographical Questionnaire, including any steps taken to ensure that the Biographical Questionnaire complied with legal requirements governing employee selection procedures.

**Response to Request for Production No. 1:**

Defendant incorporates by reference the forgoing general objections and objections to instructions and definitions. Defendant specifically objects to this request as follows:

First, Defendant objects to the phrase "validate or otherwise evaluate" as vague and ambiguous. Defendant construes this phrase to refer to prospective efforts during the design of the 2014 Biographical Assessment to analyze evidence regarding whether the assessment is predictive of job performance.

Second, Defendant objects to the clause concerning "any steps taken to ensure that [it] complied with legal requirements governing employee selection procedures" as vague and ambiguous. Defendant construes this to refer to efforts to ensure compliance with applicable federal law.

Third, Defendant objects to this Interrogatory to the extent that it seeks information subject to or protected by (a) the attorney work-product doctrine; (b) the attorney-client privilege; (c) the deliberative process privilege, or (d) any other applicable privilege or protection.

Subject to and without waiving the foregoing objections, and pursuant to Federal Rule of Civil

Procedure 33(d), Defendant directs Plaintiffs to the attached document, marked for identification as FAA_00011288 through FAA_00011316.

Dated: May 17, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Trial Counsel
MICHAEL DREZNER (V.A. Bar No. 83836)
ALEXANDRA R. SASLAW (D.C. Bar 1618175)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*

## **VERIFICATION**

Based on information that I obtained in the course of my official duties, I declare under penalty of perjury that the response to Interrogatory 1 is true and correct to the best of my knowledge and belief.

Dated: May 17, 2022

Matthew Paul Amato
Digitally signed by Matthew Paul Amato
Date: 2022.05.17 17:03:05 -04'00'

Matthew Amato
Executive Director (a)
FAA-Human Resources

## **CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was served by e-mail on counsel for plaintiffs on May 17, 2022.

*/s/ Galen N. Thorp*
Galen N. Thorp