UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA; MATTHEW L. DOUGLAS-COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>Defendant | Case No. 16-cv-2227 (DLF) |

**DECLARATION OF HESHAM ASHRAF**

I, Hesham Ashraf, declare as follows:

1. I am the eDiscovery Program Manager in the Office of Chief Counsel for the Federal Aviation Administration (FAA).

2. I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3. The FAA currently uses Microsoft Outlook for its enterprise email.

4. The FAA completed the migration of users from Lotus Notes to Microsoft Outlook in mid-May 2014. The FAA began migrating a limited number of users to Microsoft Outlook in 2013.

5. Using Proofpoint, the FAA maintains an archive of all items sent to or from an FAA email address (@faa.gov), starting on the date the user started using an FAA email address in Microsoft Outlook.

EXHIBIT 1

6. In the course of my official duties, I am able to search emails in the FAA's Proofpoint archive using keywords and other common search parameters.

7. Among other things, I am able to obtain reports using Proofpoint of the number of Outlook items that meet selected search parameters.

8. The FAA's litigation counsel for the above-captioned case asked me to conduct sample searches using 10 sets of search terms proposed by Plaintiffs. For eight of the searches, I was directed to search 13 custodians (Searches 1-5, 7-9). One search (Search 6) sought communications among 12 people, but I was only able to search within 10 of those custodians' mailboxes because the other individuals were not Proofpoint custodians. And one search (Search 10) only applied to one of the 13 primary custodians because it was designed only for Civil Aerospace Medical Institute (CAMI) employees.

9. Because the relevant custodians migrated to Microsoft Outlook in mid-May 2014, I first conducted searches for items sent between May 1, 2014 at 12:00 AM EDT and December 31, 2014 at 11:59 PM EST. Attached as Exhibits 1-10 are reports of the parameters and results of those 2014 searches. The results of these searches are also reported in the table below.

10. Next, I conducted searches using the same search parameters, except the time period of the search was items sent between January 1, 2015 at 12:00 AM EST and December 31, 2015 at 11:59 PM EST. The results of these searches are reported in the table below.

11. Finally, I conducted searches using the same search parameters, except the time period of the search was items sent between January 1, 2016 at 12:00 AM EST and December 31, 2016 at 11:59 PM EST. The results of these searches are reported in the table below.

12. The following table summarizes the search results for the limited number of custodians:

| Search No. | May-Dec. 2014 | Jan.-Dec. 2015 | Jan.-Dec. 2016 | **2015/2016 Total** |
|---|---|---|---|---|
| 1 (13 custodians) | 12,250 | 18,781 | 17,306 | **36,087** |
| 2 (13 custodians) | 885 | 1,705 | 711 | **2,416** |
| 3 (13 custodians) | 2,644 | 5,210 | 4,853 | **10,063** |
| 4 (13 custodians) | 679 | 1,089 | 972 | **2,061** |
| 5 (13 custodians) | 23 | 37 | 44 | **81** |
| 6 (10 custodians) | 3,837 | 5,666 | 3,470 | **9,136** |
| 7 (13 custodians) | 1,175 | 1,787 | 1,562 | **3,349** |
| 8 (13 custodians) | 910 | 1,883 | 1,486 | **3,369** |
| 9 (13 custodians) | 1,552 | 1,891 | 1,810 | **3,701** |
| 10 (1 custodian) | 785 | 1,394 | 1,447 | **2,841** |
| Annual Total | 24,740 | 39,443 | 33,661 | **73,104** |

\* \* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 4, 2022

HESHAM ASHRAF
Digitally signed by HESHAM ASHRAF
Date: 2022.08.04 15:59:08 -04'00'

Hehsam Ashraf
eDiscovery Program Manager
Office of Chief Counsel
Federal Aviation Administration