UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

## JOINT STATUS REPORT

Pursuant to the Scheduling Order dated February 23, 2022, ECF No. 151, counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together "Plaintiffs") and for Defendant Peter P.M. Buttigieg, in his official capacity as Secretary of Transportation, conferred and submit the following joint status report. Additionally, pursuant to the parties' agreed Class notice process, ECF No. 149-3, and the Minute Order dated February 22, 2022, Plaintiffs provide an update regarding the progress of the Class notice process.

### Merits Discovery Update

Since the last Joint Status Report in June 2022, the parties have taken the following actions:

- On July 6, 2022, the FAA served its first merits Rule 34 production requests. Plaintiffs served their objections to these requests on August 5, 2022, and made their first production of documents on August 19, 2022, anticipating completing their production in September.

- On August 11, 2022, the parties completed briefing their discovery dispute concerning whether FAA documents from 2015–2016 are generally subject to discovery in this case.

- On August 19, 2022, the FAA produced more than 400 documents that had been provided by FAA's contractor Dr. Paul Hanges, who was also the subject of one of Plaintiffs' third-party subpoenas.

1

The parties have also continued to confer via letters dated July 5 and August 19 regarding significant categories of electronically stored information, including but not limited to the following:

- FAA Review of Contractor Documents:  APT Metrics and Dr. Paul Hanges have provided Defendant with more than 10,000 documents regarding their work for FAA from 2012-2014.  Defendant is reviewing these documents and has begun to produce responsive, nonprivileged documents to Plaintiffs on a rolling basis.

- Lotus Notes email (before May 2014): Because the FAA converted from Lotus Notes to Microsoft Outlook in May 2014, Defendant's view is that the collection of relevant email from prior to May 2014 is complicated and costly. Lotus Notes email primarily resides on disaster recovery backup tapes, which are well beyond their expected lifespan, and a widespread restoration of potentially relevant custodians could cost millions of dollars.  The FAA has restored the May 2014 mailboxes of about 50 custodians on the parties' initial disclosures, but the process for converting those files to an accessible format and uploading them to Defendant's e-discovery platform is very slow (only 12 have been uploaded so far). The parties have not yet reached agreement about the ultimate scope of email restoration (e.g., how many custodians, for what time period, and how many monthly backup tapes per custodian).

    > Plaintiffs' view is that the vast majority of any complexity, expense, and technical risk could have been eliminated through proper preservation/conversion of documents in late 2013 or early 2014. Plaintiffs do not believe that the FAA's selection of a preservation option in the face of anticipated litigation and an email migration should dictate the outcome a proportionality analysis. Nonetheless, Plaintiffs are hopeful that parties will be able to reach an agreed approach to restoration of Lotus Notes emails or at least to narrow issues for the Court's eventual resolution.

- Outlook email (from May 2014): Beginning when each FAA employee converted to Outlook, the FAA has the capacity to search every email sent or received.  On June 1, 2022, Plaintiffs suggested a set of 11 detailed searches to run for 54 custodians to identify documents responsive to all pending document requests.  The parties have not yet reached agreement on search terms or custodians.  Defendant ran a variation of Plaintiffs' proposed searches for 13 key custodians for the six-month period from May-December 2014, which produced over 20,000 hits.  For two additional custodians who converted to Outlook in 2013, Defendant also exported to an e-discovery platform eighteen months of email from June 2013-December 2014.  Defendant is examining the search terms and results in order to respond to Plaintiffs' search term proposal.

- <u>Hard Drives:</u>  The parties have also begun discussion about hard drives that have been preserved for certain custodians.  This includes a retired FAA industrial psychologist whose hard drive contains about 31 GB of data.  Once key custodians are agreed upon and appropriate search terms have been identified, searches of some hard drives are likely to be warranted.

Further, the parties have agreed that rolling productions will result in the production of documents at least once per month until the production at issue is complete. Finally, the parties have agreed that in addition to continuing their conferrals via correspondence, they will have a regularly scheduled conferral call a month before each joint status report to the Court.

## Class Notice Update

No additional Class members have opted out of the Class since the last update in April. As of August 19, approximately 185 of the Class notices sent via U.S. Postal Service were returned as undeliverable. Plaintiffs have identified possible current addresses for approximately 135 of the Class members with returned notices and mailed replacement notices. Thus far Plaintiffs have been unable to confirm new addresses for 50 individuals with returned notices. The parties will confer regarding additional options for identifying more recent contact information for these 50 individuals.

DATED: August 23, 2022

/s/ Zhonette M. Brown

Zhonette M. Brown, D.C. Bar # 463407
William E. Trachman, D.C. Bar # 502500
David C. McDonald, D.C. Bar # CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
Email: zhonette@mslegal.org

*Counsel for Plaintiff Class*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Galen N. Thorp (with permission)*

Galen N. Thorp (VA Bar No. 75517)
Senior Trial Counsel
Michael Drezner (VA Bar No. 83836)
Alexandra R. Saslaw (D.C. Bar 1618175)
Trial Attorneys
U.S. Department of Justice

| | |
|---|---|
| */s/ Michael W. Pearson (with permission)*<br>Michael W. Pearson, DC Bar No. 997169<br>CURRY, PEARSON, & WOOTEN, PLC<br>814 West Roosevelt<br>Phoenix, Arizona 85007<br>Telephone: (602) 258-1000<br>Facsimile: (602) 523-9000<br>Email: mpearson@azlaw.com<br><br>*Counsel for Plaintiff Class* | Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: (202) 514-4781<br>Facsimile: (202) 616-8470<br>Email: galen.thorp@usdoj.gov<br><br>*Counsel for Defendant* |