## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA and MATTHEW L.
DOUGLAS-COOK,

        *Plaintiffs*,

    v.

PETER P.M. BUTTIGIEG, Secretary,
U.S. Department of Transportation,

        *Defendant.*

Civil Action No 16-2227 (DLF)

## <u>NOTICE OF APPEARANCE</u>

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

co-counsel for: Defendant, Peter P.M. Buttigieg, Secretary, U.S. Department of Transportation.

Dated: December 8, 2022        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        CARLOTTA P. WELLS
        Assistant Director, Civil Division, Federal Programs Branch

        */s/ Hilarie E. Snyder*
        GALEN N. THORP (V.A. Bar No. 75517)
        Senior Trial Counsel
        MICHAEL DREZNER (V.A. Bar No. 83836)
        ALEXANDRA R. SASLAW (D.C. Bar 1618175)
        HILARIE E. SNYDER (BAR D.C. Bar 464837)
        Trial Attorneys,
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20530
        Telephone: (202) 305-0747

Facsimile: (202) 616-8470
Email: hilarie.e.snyder@usdoj.gov

*Counsel for Defendant*