**EXHIBIT 2**
**Declaration of Zhonette Brown**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class*, <br><br> v. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) No. 16-cv-2227 (DLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF ZHONETTE BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR PAYMENT OF EXPENSES UNDER FED. R. CIV. P. 37(a)(5)(A)**

1. The facts set forth in this declaration are based on my personal knowledge and Mountain States Legal Foundation's business records.

2. I am over the age of 18, and if called as a witness, I can competently testify to the truthfulness of the facts herein under oath.

3. I am Senior Counsel at Mountain States Legal Foundation and have been one of Plaintiffs' counsel in the case for more than three years. My curriculum vitae is on file at ECF No. 139-35. Mountain States Legal Foundation has been approved as co-counsel to represent the class. *See* ECF No. 146.

4. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorney Fees Pursuant to Fed. R. Civ. P. 37(a)(5)(A) in the above captioned action.

5. Attachment A represents a summary of a subset of contemporaneous time entries maintained in the regular course of business by Mountain States Legal Foundation (MSLF). It is the regular practice of the MSLF to make and keep records of time spent and tasks performed for

its clients and undersigned believes this regular practice was followed as it relates to the time entries reflected in Attachment A.

6. I have audited and reviewed the time entries generated in this matter, reflecting all professional time expended in connection with the Motion to Compel and associated motion for fees. I have cut any excessive or unnecessary work performed.

7. This summarized subset accurately reflects the reasonable attorneys' fees that I have concluded in my professional judgment are appropriate for recovery in connection with Plaintiffs' Motion to Compel, ECF No. 157, and associated motion for fees.

8. I have excluded from this subset any time spent by law student interns, who provided over 15 hours of work researching and/or drafting the motions at issue. I have also excluded from this subset any of time spent on conferrals leading up to the filing of the Motion to Compel. I have excluded from this summary some entries of time related to internal coordination or communication about the motions. Finally, I have excluded what may be considered redundant proofreading by additional attorneys on the case but not the specific motion at issue.

9. Moreover, the attached summary reflects reductions in time where the research or effort involved may have related to more than one issue or may additionally be useful in later discovery conferral or disputes or where an inefficiency may have existed for one reason or another.

10. In addition to the elimination of over 15 hours of law student intern time, these reductions account for more than 30 hours of attorney and paralegal time.

11. After these eliminations, Plaintiffs seek fees for approximately 88.9 hours of time for the Motion to Compel and the motion for fees combined, which is a conservative underestimate.

12. MSLF is a 501(c)(3) non-profit firm and assigns its attorneys billable rates like many non-profits. To the best of my knowledge, the rates in Attachment A are significantly below prevailing market rates in the Washington, D.C. area and below rates reflected in the *Laffey* matrix and are reasonable given the experience of the attorneys and paralegal and the value of the claims at issue.

13. Mr. Trachman's resume is on file with the Court at ECF No. 139-36. Ms. Erhardt graduated from law school in 2015 and Mr. McDonald graduated from law school in 2016.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that, if called upon to do so, I can competently testify of my personal knowledge of the matters stated herein.


Dated: December 12, 2022.        *Zhonette M. Brown*
                                 Zhonette M. Brown