12

**ATTACHMENT A**
**to Zhonette Brown's Declaration**

## Brigida | Fees Under Rule 37 | Motion to Compel

| Date | Time | Description | Atty/Paralegal | Rate/Hr | Percent | Total $ |
|---|---|---|---|---|---|---|
| 6/6/2022 | 0.2 | Collaborate with Erin re preparing brief to address discovery period covering through 2016. | Z. Brown | $500.00 | 100% | $100.00 |
| 6/7/2022 | 4.1 | Research into discovery issues. | E. Erhardt | $350.00 | 25% | $358.75 |
| 6/8/2022 | 4.6 | Research into temporal scope of discovery issues, particularly under Title VII and in class actions. | E. Erhardt | $350.00 | 100% | $1,610.00 |
| 6/13/2022 | 4.2 | Research into temporal scope of discovery. | E. Erhardt | $350.00 | 100% | $1,470.00 |
| 6/16/2022 | 3.4 | Research into temporal scope of discovery and other discovery issues. | E. Erhardt | $350.00 | 25% | $297.50 |
| 6/20/2022 | 1.1 | Research [Redacted] for proportionality argument. | Z. Brown | $500.00 | 25% | $137.50 |

| Date | Hours | Description | Timekeeper | Rate | % | Amount |
|---|---|---|---|---|---|---|
| 6/20/2022 | 3.2 | Research and organize cases re scope of discovery to prepare insert for and later argument on JSR issue regarding temporal scope of discovery. | Z. Brown | $500.00 | 75% | $1,200.00 |
| 6/21/2022 | 6.6 | Research cases re proportionality in Title VII cases; research cases re temporal limits on discovery in Title VII cases; research [Redacted - re proportionality]. | Z. Brown | $500.00 | 75% | $2,475.00 |
| 6/25/2022 | 1.7 | Draft proportionality section of motion to compel/discovery brief re 2014-2016 time period. | Z. Brown | $500.00 | 75% | $637.50 |
| 6/25/2022 | 3.2 | Research and draft motion to compel re time period for discovery. | Z. Brown | $500.00 | 75% | $1,200.00 |
| 6/26/2022 | 3.7 | Research and draft motion to compel | Z. Brown | $500.00 | 75% | $1,387.50 |

| Date | Hours | Description | Attorney | Rate | % | Total |
|---|---|---|---|---|---|---|
| 6/27/2022 | 2.9 | Research and draft motion to compel. | Z. Brown | $500.00 | 75% | $1,087.50 |
| 6/27/2022 | 0.3 | Review FAA materials from 2015-2016 support motion to compel. | Z. Brown | $500.00 | 75% | $112.50 |
| 6/28/2022 | 4.6 | Draft motion to compel. | Z. Brown | $500.00 | 75% | $1,725.00 |
| 7/5/2022 | 1.3 | Research and revise draft motion to compel. | Z. Brown | $500.00 | 75% | $487.50 |
| 7/7/2022 | 0.8 | Revise draft motion to compel to fit 10 page limit. | Z. Brown | $500.00 | 75% | $300.00 |
| 7/8/2022 | 1.7 | Convert draft Motion to Compel to 10 page version. | Z. Brown | $500.00 | 75% | $637.50 |
| 7/11/2022 | 5.5 | Convert motion to compel into 10 page version. | Z. Brown | $500.00 | 75% | $2,062.50 |
| 7/18/2022 | 3.4 | Revise draft motion to compel. | Z. Brown | $500.00 | 100% | $1,700.00 |
| 7/18/2022 | 3.4 | Pull and organize exhibits to Motion to Compel Discovery; start draft of Exhibit/ECF lists | M. Pincock | $150.00 | 50% | $255.00 |

| Date | Hours | Description | Timekeeper | Rate | % | Total |
|---|---|---|---|---|---|---|
| 7/20/2022 | 2.6 | Review and address proposed edits to motion to compel; review and request revisions to exhibits; correspond with FAA counsel re document designated confidential and attached to motion. | Z. Brown | $500.00 | 100% | $1,300.00 |
| 7/20/2022 | 2.4 | Revise Exhibit/ECF List per Z. Brown's request. | M. Pincock | $150.00 | 50% | $180.00 |
| 7/20/2022 | 1.8 | Update exhibits with bates labeled documents; prepare multiple documents with slip sheets | M. Pincock | $150.00 | 50% | $135.00 |
| 7/21/2022 | 0.9 | Review Motion to Compel. | E. Erhardt | $350.00 | 100% | $315.00 |
| 7/21/2022 | 1.2 | Finalize motion and exhibits for filing. | Z. Brown | $500.00 | 100% | $600.00 |

| Date | Hours | Description | Attorney | Rate | % | Total |
|---|---|---|---|---|---|---|
| 7/21/2022 | 4.4 | Mark exhibits to Motion to Compel; draft and finalize Exhibit/ECF List and create Abbreviation list; email exchange regarding same: prepare Motion to Compel and exhibits for filing; file and upload into SharePoint | M. Pincock | $150.00 | 75% | $495.00 |
| 8/5/2022 | 0.4 | Review FAA opposition to motion to compel and attachments. | Z. Brown | $500.00 | 100% | $200.00 |
| 8/8/2022 | 4.1 | Research and begin to draft reply re motion to compel. | Z. Brown | $500.00 | 100% | $2,050.00 |
| 8/9/2022 | 9.1 | Draft and revise reply in support of motion to compel. | Z. Brown | $500.00 | 100% | $4,550.00 |
| 8/10/2022 | 2.3 | Review cases and add citations to reply on motion to compel; edit brief and circulate to team. | Z. Brown | $500.00 | 100% | $1,150.00 |
| 8/10/2022 | 0.5 | Review and edit draft reply to Motion to Compel. | E. Erhardt | $350.00 | 100% | $175.00 |

| Date | Hours | Description | Attorney | Rate | % | Total |
|---|---|---|---|---|---|---|
| 8/11/2022 | 1.8 | Finalize and file MTC reply. | Z. Brown | $500.00 | 100% | $900.00 |
| Total for MTC (after reductions) | 71.175 | | | | | $31,291.25 |
| 12/5/2022 | 1.9 | Review and revise draft of motion for fees and associated declaration and attachments. | Z. Brown | $500.00 | 100% | $950.00 |
| 11/30/2022 | 1 | Finalize attorney fee motion and circulate to Z. Brown | W. Trachman | $500.00 | 100% | $500.00 |
| 11/21/2022 | 2.3 | Work on fees motion in Brigida | W. Trachman | $500.00 | 100% | $1,150.00 |
| 11/17/2022 | 0.3 | Review draft of fees motion and provide feedback; | Z. Brown | $500.00 | 100% | $150.00 |
| 11/16/2022 | 3.9 | Completed second draft of motion for fees | D. McDonald | $350.00 | 100% | $1,365.00 |
| 11/15/2022 | 1.8 | Worked on motion for fees | D. McDonald | $350.00 | 100% | $630.00 |
| 11/8/2022 | 2.5 | Revised motion for fees | D. McDonald | $350.00 | 100% | $875.00 |
| 11/4/2022 | 1.9 | Work on fees motion in Brigida | W. Trachman | $500.00 | 100% | $950.00 |
| 11/4/2022 | 0.3 | Review and respond to comments in draft motion for fees. | Z. Brown | $500.00 | 100% | $150.00 |

| Date | Hours | Description | Attorney | Rate | % | Total |
|---|---|---|---|---|---|---|
| 11/3/2022 | 1.6 | Work on fees motion, comment on motion draft | W. Trachman | $500.00 | 100% | $800.00 |
| 10/28/2022 | 0.3 | Review case law for Brigida re Rule 27 Fees motion | W. Trachman | $500.00 | 100% | $150.00 |
| Total for Fees Motion | 17.8 | | | | | $7,670.00 |
| | | | | | | |
| Combined Total | 88.975 | | | | | $38,961.25 |