# EXHIBIT 3
# PROPOSED TEXT OF ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, )<br>)<br>*Plaintiff Class*, )<br>)<br>v. )<br>)<br>PETER P.M. BUTTIGIEG, Secretary, U.S. )<br>Department of Transportation, )<br>)<br>*Defendant*. ) | No. 16-cv-2227 (DLF) |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Memorandum in Support Thereof, and any opposition thereto, it is this ____ of _____, 2022, hereby,

ORDERED, that Plaintiffs' Motion is GRANTED; and it is further

ORDERED, that Plaintiffs are awarded attorney's fees of $38,961.25, and it is further

ORDERED, that Defendant shall pay the awarded fees and costs unto Plaintiffs' counsel within ten (10) days of the date of this Order.

_____
Judge, United States District Court
for the District of Columbia