UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> Defendant. | Case No. 16-cv-2227 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PAYMENT OF EXPENSES**

Defendant Peter P.M. Buttigieg, Secretary of the U.S. Department of Transportation moves the Court for an extension of time—through January 24, 2023—to submit its response to Plaintiffs' Motion for Payment of Expenses Under Fed. R. Civ. P. 37(a)(5)(A). *See* ECF No. 164. Undersigned counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs consent to this motion.

There is good cause to grant this motion. Defendants' response is currently due by December 27, 2022. However, the end-of-year holidays and the press of work for Defendants' counsel will make it highly challenging to draft and file a fulsome response by that date. Plaintiffs will not be prejudiced by an extension of time for Defendants' response, and Plaintiffs have consented to this motion. For all these reasons, Defendant requests that the deadline for Defendant's response be extended until January 24, 2023. A proposed order is attached to this Motion.

DATED: December 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Michael Drezner*
Michael Drezner (V.A. Bar No. 83836)
Trial Attorney
Galen N. Thorp (V.A. Bar No. 75517)
Senior Trial Counsel
Hilarie E. Snyder (D.C. Bar No. 464837)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*