**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANDREW J. BRIGIDA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-2227 (DLF) |
| | ) | |
| PETER P.M. BUTTIGIEG, Secretary, U.S. | ) | |
| Department of Transportation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, and good cause being shown, it is hereby:

**ORDERED** that Defendant's Response to Plaintiffs' Motion for Payment of Expenses Under Fed. R. Civ. P. 37(a)(5)(A) will be due by January 24, 2023.

**SO ORDERED.**

DATED: _____, 2022       _____
                                            UNITED STATES DISTRICT JUDGE