THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PETER P.M. BUTTIGIEG, Secretary, U.S. )<br>Department of Transportation, )<br>)<br>Defendant. )<br>) | Civil Action No. 16-cv-2227 (DLF) |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Payment of Expenses Under Fed. R. Civ. P. 37(a)(5)(A), and Defendant's response in opposition to that motion, it is hereby:

**ORDERED** that Plaintiffs' motion is DENIED.

**SO ORDERED.**


DATED: _____, 2023      _____
                                                                    UNITED STATES DISTRICT JUDGE