UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class*,<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant*. | No. 16-cv-2227 (DLF) |

## JOINT MOTION FOR ENTRY OF SECOND AMENDED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties respectfully move the Court to enter the attached Proposed Second Amended Protective Order to supersede the Amended Protective Order, ECF No. 116.

In support of this motion, the parties state as follows:

1. The operative Amended Protective Order provides for the protection of produced information under three categories: (1) records subject to the requirements of the Privacy Act of 1974, (2) educational, financial, or medical records or condition of or the personally identifiable information of certain categories of people, and (3) non-public competitively sensitive commercial information.

2. Defendant proposes that the Protective Order should also encompass non-public Federal Aviation Administration (FAA) testing materials, including job analyses used in the development of testing materials, interview scoring guides, biographical data instruments or questions, and documents from the development and validation of the Air Traffic Skills Assessment (ATSA).

1

3. Defendant's concerns include the potentiality that non-public testing materials that will be produced could compromise current and future tests if released to the public or to individuals who might take such tests.

4. Defendant has indicated that it is unwilling to produce non-public testing materials without greater protection than that currently provided in the protective order.

5. In order to address Defendant's concerns, Defendant proposes to designate this information "Highly Confidential Information," and to further restrict access to this produced information, as set forth in the proposed Second Amended Protective Order.

6. In order to facilitate the progress of discovery, Plaintiffs are willing to provide for a "Highly Confidential" category of documents to be addressed by the Protective Order.

7. Among the reservations more fully stated in Section 9 of the proposed order, this motion and the proposed order do not alter the parties' reservation of their rights to move to modify the terms of the order at any time, to seek a protective order with regard to any documents or information, to challenge by motion the designation of materials under this protective order, to challenge the filing of a document under seal, and to object to discovery on any appropriate ground.

8. In particular, given that Plaintiffs' attorneys have not reviewed or analyzed the documents yet, Plaintiffs' attorneys reserve the right to challenge any designation of Highly Confidential Information, based on the nature and content of the document, and given their duties to adequately represent the class.

Accordingly, there is good cause for entry of this Second Amended Protective Order, and the parties respectfully request that the attached proposed order be approved.

DATED: March 10, 2023

/s/ Zhonette M. Brown (by permission)
Zhonette M. Brown, D.C. Bar # 463407
William E. Trachman, D.C. Bar # 502500
David C. McDonald, D.C. Bar # CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
Email: zhonette@mslegal.org

*Counsel for Plaintiff Class*

/s/ Michael W. Pearson (by permission)
Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
Telephone: (602) 258-1000
Facsimile: (602) 523-9000
Email: mpearson@azlaw.com

*Counsel for Plaintiff Class*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

/s/ Galen N. Thorp
Galen N. Thorp (VA Bar No. 75517)
Senior Trial Counsel
Michael Drezner (VA Bar No. 83836)
Hilarie E. Snyder (D.C. Bar No. 464837)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*