IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation., <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF ZHONETTE BROWN

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), Zhonette M. Brown hereby withdraws her appearance in the above-captioned matter as counsel for Plaintiff, Andrew J. Brigida, and the Class he seeks to represent. The basis for this withdrawal is that Mrs. Brown is no longer employed with Mountain States Legal Foundation. William E. Trachman, David C. McDonald, Erin M. Erhardt, and Michael W. Pearson, who have previously entered appearances on behalf of Mr. Brigida and the Plaintiff Class in this matter, will remain as counsel for Plaintiff.

DATED this the 2nd day of May 2023.

Respectfully submitted,

*/s/ William E. Trachman*
William E. Trachman

Acknowledged by,

*Andrew Brigida*
_____
Andrew J. Brigida

Acknowledged by,


  Matthew Douglas
_____
Matthew L. Douglas-Cook

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ William E. Trachman
William E. Trachman
MOUNTAIN STATES LEGAL FOUNDATION

**Signature:** _MLD_
Matthew L. Douglas (May 2, 2023 11:22 MDT)

**Email:** mldouglas20@gmail.com