UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class,*<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,<br><br>*Defendant.* | No. 16-cv-2227 (DLF) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY D. SEAN TO APPEAR PRO HAC VICE

Having reviewed the motion for admission of attorney D. Sean Nation, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that D. Sean Nation is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Plaintiffs.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE