UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation., <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

**MOTION REQUESTING ADMISSION OF ATTORNEY
DONALD SEAN NATION TO APPEAR *PRO HAC VICE***

Donald Sean Nation hereby applies for permission to be admitted as counsel for Plaintiff Class, in the above-entitled matter pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Attorney Donald Sean Nation to Appear *Pro Hac Vice*.

The undersigned, William E. Trachman, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 6th day of June 2023.

        Respectfully submitted,

        /s/ *William E. Trachman*
        William E. Trachman (D.D.C. Bar No. 502500)
        Donald Sean Nation (GA Bar No. #313022)*
        *(*pro hac vice* application pending)
        MOUNTAIN STATES LEGAL FOUNDATION
        2596 South Lewis Way
        Lakewood, Colorado 80227
        Tel: (303) 292-2021
        Fax: (877) 349-7074
        wtrachman@mslegal.org
        snation@mslegal.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically serve notice of the filing on all counsel of record.

                                                */s/ William E. Trachman*
                                                William E. Trachman