## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>   *Plaintiff Class,*<br><br>  vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,<br><br>   *Defendant.* | No. 16-cv-2227 (DLF) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DONALD SEAN TO APPEAR PRO HAC VICE

Having reviewed the motion for admission of attorney Donald Sean Nation, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Donald Sean Nation is admitted to practice before this Court for the limited purpose of appearing as attorney for Plaintiff Class in this case.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE