UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class,*<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,<br><br>*Defendant.* | No. 16-cv-2227 (DLF) |

## NOTICE OF ENTRY OF APPEARANCE OF D. SEAN NATION

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), D. Sean Nation, hereby enters his appearance in this action as counsel for Plaintiff Class. The Clerk of the Court is respectfully requested to add Mr. Nation's name to the list of attorneys of record. Mr. Nation is registered for ECF and will receive copies of filings, notices, and orders electronically.

Mr. Nation's contact information is as follows:

D. Sean Nation
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(877) 349-7074 (facsimile)
snation@mslegal.org

DATED this 8th day of June 2023.

Respectfully submitted,

*/s/ D. Sean Nation*

D. Sean Nation, GA Bar ID: 313022*
*Admitted *Pro Hac Vice*
William E. Trachman, D.C. Bar ID: 502500 /
 D.D.C. Bar ID: CO0097
David C. McDonald, D.D.C. Bar ID: CO0079
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(877) 349-7074 (facsimile)
snation@mslegal.org
wtrachman@mslegal.org
dmcdonald@mslegal.org

Michael W. Pearson, D.D.C. Bar ID: 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, Arizona 85007
(602) 258-1000
(602) 523-9000 (facsimile)
mpearson@azlaw.com

*Attorneys for Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF D. SEAN NATION** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/ D. Sean Nation*
D. Sean Nation
