# EXHIBIT A

Case No. 1:16-cv-2227 (DLF)

| | |
|---|---|
| **From:** | Janson, Eric J. |
| **To:** | "Zhonette Brown" |
| **Cc:** | William Trachman; Michael W. Pearson; Thorp, Galen (CIV); Snyder, Hilarie (CIV); Drezner, Michael L. (CIV) |
| **Subject:** | [EXTERNAL] RE: Brigida v. Buttigieg - Subpoena served on APT Metrics |
| **Date:** | Friday, May 05, 2023 12:02:13 PM |

Zhonette,

We just wanted to follow-up on our email correspondence below in light of the parties' joint status report filed on April 21, 2023 and provide additional information in case it would help identify a path to resolve this issue. APTMetrics ran the first-level search you proposed on March 31, 2023 for emails containing the word "FAA" from January 2012 - June 2016 but excluding emails to or from the domains @faa.gov (as well as those to/from APTMetrics outside counsel during this time). This resulted in about 52,000 emails. APTMetrics was also able to calculate the deduplicated breakdown of emails per custodian as follows:

|  | **Number of Emails** |
|---|---:|
| John Scott | 12044 |
| Brandon Fleener | 6388 |
| David Pollack | 2143 |
| David Finch | 2826 |
| Kathleen Lundquist | 493 |

This confirms our stated concern about the undue burden of our client's expenses in reviewing the results of the searches you propose. While we appreciate your proposal to cover the third-party ESI costs to facilitate more nuanced searches, it is not clear to us that your currently proposed searches would significantly reduce this volume or burden. Instead, it seems likely that the results of your search terms would still require hundreds of hours for legal counsel to review the documents for responsiveness/confidentiality/privilege before production. From the explanation you provided in your status report, it also appears that your search terms may not yet be tailored to your purpose. Would you consider a far more tailored search among the documents that mention FAA? If Plaintiffs could agree to decisively limit their search terms so that only 1,000 or fewer documents needed review by legal counsel, then we expect that we could more accurately estimate the legal expense involved.

We hope the parties can explore ways to resolve this short of judicial intervention. I have also included counsel for DOJ for further visibility and follow-up.

**Eric J. Janson** | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-3532 | Fax: +1-202-463-2400
ejanson@seyfarth.com | www.seyfarth.com





CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Janson, Eric J. <EJanson@seyfarth.com>
**Sent:** Monday, April 17, 2023 8:54 AM
**To:** 'Zhonette Brown' <zhonette@mslegal.org>; Michael W. Pearson <mpearson@azlaw.com>
**Cc:** William Trachman <wtrachman@mslegal.org>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Zhonette,

We appreciate your proposal to reduce the cost and burden for our client.  Indeed, what you propose should address our concerns regarding the underlying third-party ESI costs outlined in our earlier correspondence and potentially our concerns regarding confidentiality.  However, what still remains unresolved would be our client's expenses in reviewing the results of the searches you proposed.  While these expenses could be minimal if your search results do not yield many hits/results to us to review before producing, unfortunately we cannot make that assessment until the data is loaded and the initial searches are run.  If your client is willing to reimburse APTMetrics for its legal expense in reviewing the search results for responsiveness/confidentiality/privilege before ultimately producing (in addition to covering the third-party vendor costs below), I believe our client would amenable to this proposal.  Likewise, any such arranging would also require a written understanding that your third-party vendor will not turn over any data without our express authorization.  Furthermore, I assume you and FAA would also need to separately resolve any potential privilege concerns they may wish to assert.

Please let me know you thoughts or if you would like to discuss this further.

Regards,


**Eric J. Janson** | Partner
Washington, DC | Ext: 793532 (+1-202-828-3532)
ejanson@seyfarth.com

**From:** Zhonette Brown <zhonette@mslegal.org>
**Sent:** Friday, March 31, 2023 12:06 PM
**To:** Janson, Eric J. <EJanson@seyfarth.com>; Michael W. Pearson <mpearson@azlaw.com>
**Cc:** William Trachman <wtrachman@mslegal.org>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Mr. Janson,

Plaintiffs are considering a method to reduce the cost and burden to APT Metrics. Specifically, would APT Metrics agree to run the custodians (potentially switching Mr. Finch for Ms. Locklear) with just "FAA" (ideally excluding any documents with to/from "faa.gov [faa.gov]") for the 2012 -June 2016 time frame? The results could then be provided to one of two vendors that Plaintiffs would recommend (and pay for). The vendor would exclude to/from faa.gov [faa.gov] if APT Metrics is unable to do so and then run the searches below (modified to exclude "FAA" since that term would already be present). Plaintiffs may also request a couple of additional searches based on what has been produced since Plaintiffs initially proposed the terms last year. Plaintiffs could negotiate with the FAA whether or how a privilege screen is also run. The results could be provided to the parties and the vendor would then no longer retain the larger data set.

Also, to the extent that it helps, the case now provides for a higher level of protection under the protective order and Plaintiffs could stipulate that the internal correspondence of APT Metrics is subject to the higher protection.

Regards,



**Zhonette M. Brown**
Senior Counsel | Mountain States Legal Foundation

Address: 2596 S. Lewis Way, Lakewood, CO 80227
Email: zhonette@mslegal.org
Web site: www.mslegal.org [nam02.safelinks.protection.outlook.com]
Phone: 720-640-8699
Free country. Free people.

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Janson, Eric J. <EJanson@seyfarth.com>
**Sent:** Tuesday, March 28, 2023 1:37 PM
**To:** Zhonette Brown <zhonette@mslegal.org>; Michael W. Pearson <mpearson@azlaw.com>
**Cc:** William Trachman <wtrachman@mslegal.org>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Zhonette,

We appreciate your patience and willingness to try to narrow the scope of your subpoena request per our discussion.  Unfortunately, however, your proposal is still not going to alleviate our client's stated concerns.  Leaving aside for the moment our stated objections regarding the production of APTMetrics' proprietary and commercially sensitive methodologies, analyses, and confidential business information, our client's email platform

simply does not have the level of sophistication required to perform the requested queries below.  In particular, the queries below cannot be effectively or efficiently executed as stated in their current native environment as their platform only allows for either multiple "AND" or multiple "OR" functions *but not in any combination* (meaning AND connectors cannot also be run with OR connectors).  As a result, for your first stated search, "FAA" would need to be run *individually* with EACH of your 5 targeted "AND" connectors (i.e. reject* or refus* or deny or veto or Congress) and then repeated an additional 13 times for your remaining terms and *then again* for each of the 5 requested custodians.  This alone would produce *millions* of pages of largely irrelevant documents which would then need to be further reviewed by counsel for responsiveness and potential privilege and confidentiality concerns at an extraordinary and unreasonable expense.  In the alternative, APTMetrics could upload the entirety of each custodian's email communication for a 5 year period (2012-2016) to a more sophisticated ESI review platform with an e-discovery vendor to perform the searches requested more efficiently.  However, this too would similarly require APTMetrics to expend tens of thousands in dollars both in collection, processing, imaging and hosting fees, as well as in attorney's fees to its responsiveness, privilege and confidentiality reviews.

As we stated in our written objections to this subpoena, APTMetrics has already produced over 7GB of electronically stored information (ESI) containing over 500,000 pages of electronic documents and email communications that are related to its contracted work with Defendant DOT/FAA and Plaintiffs' allegations in this case.  This ESI was produced to DOT/FAA *in toto* and without substantive review based not only on our contractual objections to DOT/FAA (and whom we understand has its own objections based on privilege) but also because APTMetrics was able to do so without incurring substantial expense.  However, we are unable and unwilling to provide DOT/FAA (or your client) with wholesale access to its *internal* email communications, the overwhelming majority of which have no relevance whatsoever to the underlying contract at issue.  Indeed,  given the technical difficulties stated above, we reasonably estimate that it would cost APTMetrics *several multiples* of its original estimate of fees and costs stated in its written objections to comply with your requested email search below either using its current email platform or utilizing a more sophisticated review platform as outlined above.  To the extent your clients are prepared to fully reimburse APTMetrics for its time and expense to conduct the review requested, we would certainly be open to that discussion.  However, absent such assurances, we simply have no choice but to stand by our stated objections.

Finally, with respect to your request for "archival applicant/incumbent databases" used to research, create, and evaluate the 2014 and 2015 Biographical Questionnaires, we would direct you to the DOT/FAA as this data has already been produced to them and is in their possession.

Please let me know if you have any further questions or would like to discuss this matter further.

Eric


**Eric J. Janson** | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-3532 | Fax: +1-202-463-2400
ejanson@seyfarth.com | http://www.seyfarth.com

[nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Zhonette Brown <zhonette@mslegal.org>
**Sent:** Tuesday, March 21, 2023 9:07 AM
**To:** Janson, Eric J. <EJanson@seyfarth.com>; Michael W. Pearson <mpearson@azlaw.com>
**Cc:** William Trachman <wtrachman@mslegal.org>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Good morning Mr. Janson,

     I've reviewed my correspondence and do not believe that we received a response to the proposal below. Please let us know APT*Metrics*' position as to whether it is willing to provide any of its internal emails in response to the subpoena previously served on APT*Metrics* in the *Brigida v. Buttigieg* class action. We also request production of the database referred to in APT*Metrics*' documentation as the "archival applicant/incumbent database" used to research, create, and evaluate the 2014 Biographical Questionnaire and any similar database(s) used for the 2015 Biographical Questionnaire. Reference to the 2014 database is found in the "FAA Interim Process Development Technical Documentation" dated January 2015.

Sincerely,



**Zhonette M. Brown**
Senior Counsel | Mountain States Legal Foundation

Address: 2596 S. Lewis Way, Lakewood, CO 80227
Email: zhonette@mslegal.org
Web site: www.mslegal.org [nam02.safelinks.protection.outlook.com]
[nam02.safelinks.protection.outlook.com]
Phone: 720-640-8699
Free country. Free people.

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Zhonette Brown
**Sent:** Monday, November 7, 2022 9:39 AM
**To:** Janson, Eric J. <EJanson@seyfarth.com>; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Good morning Mr. Janson,

Thank you again for your time when we spoke last week. Pursuant to our conversation, below please find a suggested list of APT*Metrics* custodians/employees and of search terms that may be appropriate to perform a limited search of APT*Metrics* internal emails for documents responsive to the subpoena Plaintiffs served. Please let us know if these terms/formats are workable.

Further, as discussed, if needed for the protection of APT*Metrics*' proprietary information, Plaintiffs would be willing to enter into a more restrictive protective order.

APT*Metrics* Custodians for Internal Email Search:
John Scott
Brandon Fleener
David Pollack
Toni Locklear
Kathleen Lundquist

Terms for APT*Metrics* Internal Email Search (conducted to exclude all emails to or from *@faa.gov and conducted so that each search excludes the results from the prior search(es)):

1. FAA or Mamie or Mallory or Cannon or Rickie or Bostick or Carolyn or ACR or AHR or NBCFAE or CAMI or Broach or Bleckley or ESC **and** reject* or refus* or deny or veto or Congress

2. FAA or Mamie or Mallory or Cannon or Rickie or Bostick or Carolyn or ACR or AHR or NBCFAE or CAMI or Broach or Bleckley or ESC **and** demand* or require* or insist* or instruct* or request or order or illegal or unlawful or violate or defend* or defens* or liability or disparate or discriminat* or "adverse impact"

3. FAA or Mamie or Mallory or Cannon or Rickie or Bostick or Carolyn or ACR or AHR or NBCFAE or CAMI or Broach or Bleckley or ESC **and** bio* or assessment or questionnaire **and** purpose or objective or motiv* or intent or goal or rationale or design or target or function or remediat* or counterbalanc* or compensat* or qualification or affirmative or MD-715 (MD 715, MD715)

4. FAA or Mamie or Mallory or Cannon or Rickie or Bostick or Carolyn or ACR or AHR or CAMI or Broach or Bleckley or ESC or ATC* or controller or CPC **and** bio* or assessment or questionnaire **and** ABA or CBAS or EQ or BQ or validat* or validity or success or criteri* or correlate* or weight* or score or "group differences" or "four-fifths" or guidelines

5. FAA or ATC* or controller or barrier or CTI or bio* or RNO or African or circularize* or MD-715 (MD 715, MD715) **and** Mamie or Mallory or Cannon or Rickie or Bostick or Carolyn or ACR or AHR or NBCFAE or CAMI or Broach or Bleckley

Finally, please remind APT*Metrics* to preserve relevant data while we address the issues in the subpoena and pending trial on this matter.

Regards,

Zhonette M. Brown
Senior Counsel

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021, Ex. 1010
www.mslegal.org [mslegal.org] [nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Janson, Eric J. <EJanson@seyfarth.com>
**Sent:** Monday, October 31, 2022 10:23 AM
**To:** Zhonette Brown <zhonette@mslegal.org>; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Late morning tomorrow still works for me.

**Eric J. Janson** | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-3532 | Fax: +1-202-463-2400
ejanson@seyfarth.com | www.seyfarth.com [nam02.safelinks.protection.outlook.com]

[nam02.safelinks.protection.outlook.com]
[nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Zhonette Brown <zhonette@mslegal.org>
**Sent:** Friday, October 28, 2022 12:08 PM
**To:** Janson, Eric J. <EJanson@seyfarth.com>; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

How about late morning or early afternoon on Tuesday?

Zhonette M. Brown
Senior Counsel

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021, Ex. 1010
www.mslegal.org [mslegal.org] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Janson, Eric J. <EJanson@seyfarth.com>
**Sent:** Friday, October 28, 2022 9:16 AM
**To:** Zhonette Brown <zhonette@mslegal.org>; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Zhonette,

We are available next week for a further discussion regarding our stated objections to your client's previously served subpoena in this matter.  Please let me know your availability.


**Eric J. Janson** | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-3532 | Fax: +1-202-463-2400
ejanson@seyfarth.com | http://www.seyfarth.com [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com]

[nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Zhonette Brown <zhonette@mslegal.org>
**Sent:** Thursday, October 27, 2022 2:21 PM
**To:** Janson, Eric J. <EJanson@seyfarth.com>; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** RE: Brigida v. Buttigieg - Subpoena served on APT Metrics

Good afternoon Mr. Janson,

We have not heard from you regarding this communication from last week. Is there anyone else representing APT Metrics on this matter and with whom we could speak?

Zhonette M. Brown
Senior Counsel

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021, Ex. 1010
www.mslegal.org [mslegal.org] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com]

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Zhonette Brown
**Sent:** Wednesday, October 19, 2022 2:59 PM
**To:** Ejanson@seyfarth.com; Michael W. Pearson <mpearson@azlaw.com>
**Subject:** Brigida v. Buttigieg - Subpoena served on APT Metrics

Good afternoon Mr. Janson,

We would like to confer with you concerning the subpoena Plaintiffs served on APT Metrics with regard to the Brigida v. Buttigieg class action, attached for your convenience. We understand from the FAA that APT Metrics refuses to produce internal emails related to the work APT Metrics performed for the FAA in 2012-2016. We would like to discuss this with you to understand APT Metrics' position and see if a resolution may be reached. Please let us know times you are available for a call tomorrow or Friday.

Regards,

Zhonette M. Brown
Senior Counsel

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021, Ex. 1010
[www.mslegal.org [mslegal.org] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com] [nam02.safelinks.protection.outlook.com]](#)

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.