# EXHIBIT B

Case No. 1:16-cv-2227 (DLF)

# Part I - Section B

## Supplies/Services & Prices/Cost

**B.1    GENERAL**

The Contractor shall furnish and make available all professional, technical, administrative and management support services needed to accomplish the requirements set forth in Section C, Statement of Work (SOW), for the period of performance.

**B.2    TYPE AND TERM OF AGREEMENT**

The Federal Aviation Administration (FAA) Office of Human Resources (AHR) awards a single source bridge contract to APT Metrics, a small woman owned business. This contract is a labor hour contract. The Government reserves the right to amend this contract. The Government also reserves the right to terminate this contract in the event the services are no longer required

The term of the contract is as follows:

March 23, 2016 through March 22, 2017

The North American Industry Classification System (NAICS) Code for this requirement is 541612, Human Resources Consulting Services. The Small Business Administration Size standard for NAICS 541612 is less than $14M in gross revenue.

**B.3    Contract Value**

The estimated ceiling value is $972,065.00 for the life of the contract.

3

FAA_00017653

## B.4    PRICE/COST SCHEDULE

| | | Labor Hours | Fully Burdened Labor Rates | Extended Total |
|---|---|---|---|---|
| | **Section B - FAA Human Resources Barrier Analysis** | | | |
| | Labor Categories | | | |
| 0001 | Chief Operating Officer | 100 | $450 | $45,000 |
| 0002 | Vice President | 80 | $400 | $32,000 |
| 0003 | Associate Director | 500 | $300 | $150,000 |
| 0004 | Project Manager | 200 | $250 | $50,000 |
| 0005 | Operations Manager | 50 | $250 | $12,500 |
| 0006 | Application Developer | 50 | $200 | $10,000 |
| 0007 | Consultant | 500 | $200 | $100,000 |
| 0008 | Consulting Associate | 500 | $150 | $75,000 |
| 0009 | Project Assistant | 80 | $75 | $6,000 |
| 0010 | Technical Support – Testing Sites | 1155 | $23 | $26,565 |
| | Labor Total | | | $507,065 |
| 0011 | Other Direct Costs (ODC), approved prior to incurrence | | | $465,000 |
| | Labor and ODC Estimated Total | | | $972,065 |

4

| | |
|---|---|
| | ODC may include travel. ODC must be pre-approved by the Contracting Officer |

5

# Part I - Section C

## FAA Human Resources Barrier Analysis Implementation
## Bridge Contract for Phase II Implementation
## Statement of Work

### 1.0 Introduction

The Federal Aviation Administration (FAA) maintains the safest and most efficient aerospace system in the world partly because we continuously evaluate and strengthen our Air Traffic Control Specialist (ATCS) hiring and training processes. Making correct selection decisions during the hiring process is critical for maximizing the success of new trainees at the academy and in the field. Notably, the FAA Academy difficulty has increased recently with a new cumulative grading approach, resulting in an increase in the failure rate of new students. Perhaps now more than ever, it is critical to identify those applicants who will be successful starting on day one at the academy and carry that success through to achieving Certified Professional Controller (CPC) status.

### 2.0 Background

The FAA instituted changes to the ATC hiring process following a 2013 barrier analysis which found unintentional barriers existed in four of the seven critical decision points that comprised the ATC centralized hiring process (legacy process). As a result of the Barrier Analysis, FAA undertook steps to remove the barriers by implementing an interim process in 2014 and finalizing additional changes to the process in 2015. One of those changes include relacing the current version of the AT SAT. The work identified in this SOW supports the FAA's continued efforts toward a revision of the Air Traffic Control (ATC) hiring process by the completion of the validation of a replacement for the current Air Traffic Selection and Training exam (AT-SAT). FAA aims to make the ATC hiring process more relevant to the day-to-day work of an air traffic controller and to better identify the knowledge, skills, and abilities that candidates must possess in order to be successful in this career.

This work has <u>extreme</u> visibility. The Deputy Assistant Administrator for Human Resources and Chief Operating Officer of the Air Traffic Control Office have both testified before Congress on the current ATC hiring process and staffing shortages. The ATC hiring target for FY 2016 is 1,619 and for each of the next two fiscal years, the target is 1,781. These targets are tied to FAA Executive performance standards for FY 2016.

In order to meet the current fiscal year goals for ATC hiring, as well as the hiring goals for the next two fiscal years, the FAA must utilize a new test battery to assess whether general experience applicants possess the required knowledge, skill, and abilities for entry-level ATC positions. As recommended in the Barrier Analysis and decided upon by the FAA, alternatives to the AT-SAT were sought due to the dated nature of the test, its over-exposure, and large group differences.

6

To achieve this goal, the FAA and APTMetrics undertook a project to evaluate and implement alternatives to the AT SAT, which is required for general experience recruitments.

The FAA has officially committed to having a general experience announcement by August FY16. . This critical commitment to our clientele hinges entirely on the FAA being able to procure the services described below from an experienced and knowledgeable vendor; one who can aid the FAA in completing the validation of a replacement test for the AT-SAT. As this effort is a culmination of nearly four years of work, the selected vendor must thoroughly understand both the ATC hiring needs of the FAA and the historical data that supports the need for a replacement AT-SAT.

## 3.0 Scope

The scope of work identified in this SOW requires the continued validation of previously identified, potential replacements for the experimental assessments, which must be validated and selected for inclusion in a final assessment battery for ATC selection. This will require an evaluation of off-the-shelf cognitive assessments, identification of any gaps in required testing areas, and validation and implementation the selected replacement test or combination of tests.

## 3.1 Validation of Replacements

1. Continue to conduct validation analyses of the replacement subtests and test in accordance with the Uniform Guidelines on Employee Selection Procedures and Society for Industrial and Organizational Psychology guidelines.
   a. (http://www.eeoc.gov/laws/regulations/index.cfm) and Society for Industrial and Organizational Psychology guidelines (http://www.siop.org/_principles/principles.pdf).
2. Assume primary criteria for validation to include performance at the FAA academy and achieving acceptable performance on the job.
   a. Provide ongoing hosting of a performance appraisal system using the FAA's established performance measurement tools for criterion collection that started in January 2016 through March 2016
   b. Provide ongoing updates and modifications to employee databases based on CPC assignment and FLM changes
   c. Provide 2nd tier customer support related to Certified Professional Controllers (CPC) and Academy student logistics and assessment proctoring.
3. Combine/merge validation data set with data collected up to the point of March 2016.
4. Develop, monitor, and manage CPC sampling plan and alternate selections for validation process.
5. Submit names of test-ready candidates, ensuring sampling candidate pool reaches target goal ($\geq$80% of 2000).
6. Prepare and distribute communication related to validation process and provide customer support as required to validation participants and First Line Managers (FLMs).
7. Distribute CPC participation and validation tracking documents to all FLMs.
8. Secure assessment use and assessment proctoring during the validation process .

7

9. Conduct validation analyses and coordinate and brief the FAA and its stakeholders regarding validation results.
10. Contract with all necessary 3rd parties and secure the use of assessments already chosen for validation. during the validation process (SHL/CEB, Airways New Zealand/SureSelect, PSI Services LLC).
11. Complete SureSelect network software installation on PSI's internal network systems.
12. Carry out all activities related to launching and using the following assessments chosen:

| | |
|---|---|
| SHL/CEB Verify Deductive Reasoning | SHL/CEB Verify Inductive Reasoning |
| SHL/CEB Verify Numerical Reasoning | SHL/CEB Verify Verbal Reasoning |
| SHL/CEB Verify Spatial Ability | SHL/CEB Verify Technical Checking |
| SHL/CEB Multitasking Ability | SHL/CEB Occupational Personality Questionnaire |
| SHL/CEB Motivational Questionnaire | SHL/CEB Reliability |
| SHL/CEB Achievement | SureSelect's 4 CBTs |

13. Arrange for assessment proctoring nationwide for validation study participants.
14. Manage all 3rd party proctoring and assessments during the validation process.

## 3.2 Implementation of Selected Assessment Solution
1. Develop implementation recommendations, test policy, and implementation plan.
2. Provide recommendations on final online subtest and test, publish online test information, and develop a practice test site.
3. Draft all relevant and required technical documentation relating to the test and subtest, including all draft and final versions, metrics, test data, and a final technical report for the FAA's Office of the Chief Counsel.
4. Coordinate and oversee all aspects of the test administration process, and document and address any/all issues or obstacles that arise.
5. Coordinate and brief the FAA internal and external stakeholders regarding the replacement assessment solution.
6. Assist in new test battery implementation.

## 3.3 Data Collection and Distribution
1. Respond to ongoing and ad-hoc data calls, requests, inquiries, and information collection activities, as needed and requested by various offices, teams, management and stakeholders.

FAA_00017658

# Part I – Section D

## Packaging and Marketing

### D.1   PRESERVATION, PACKING, AND PACKAGING

The Contractor must be responsible for the preservation, packing, and packaging of all items to be delivered under this contract. This responsibility must be carried out in a manner wherein adequate protection is provided against physical damage during shipment and handling from sources of supply to the specific destination. The Contractor must preserve, pack and package in such a way to ensure complete delivery at destination without damage or deterioration of the supplies due to the hazards of shipping, handling or storage. Standard commercial preservation, packing, and packaging practices must be employed.

### D.2   MARKING

Each package, report, or other deliverable required in accordance with the Statement of Work to be delivered to the Contracting Officer's Representative (COR) must be accompanied by a letter, with a copy excluding enclosures, to the Contracting Officer (CO) which:

  (a) Identifies the contract number and work order number under which the item is being delivered;
  (b) Identifies the deliverable item number or "Report Requirement" which requires the delivered item(s); and
  (c) Indicates whether the Contractor considers the deliverable to be a partial or full satisfaction of the requirement.

### D.3   TRANSMISSION OF DELIVERABLES/ELECTRONIC DELIVERY

All deliverable items required by this contract must be shipped Federal Office Building (FOB) destination, within the consignee's premises, with all mailing and transport expenses prepaid by the Contractor.

Alternatively, electronic mail transmittal is acceptable. However, the contractor must not send by unencrypted electronic mail any information that:

(a) is classified (at the "For Government Use Only" level or higher), or
(b) the COR or CO has informed the contractor is inappropriate for transfer by unencrypted email.

9

# Part I – Section E

## Inspection and Acceptance

**E.1   3.1-1 Clauses and Provisions Incorporated by reference (July 2011)**

This contract incorporates by reference the provisions or clauses listed below with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://conwrite.faa.gov.

**3.10.4-4        Inspection of Services - Both Fixed-Price & Cost Reimbursement (April 1996)**

**3.10.4-5        Inspection – Time-and-Material and Labor-Hour (April 1996)**

**E.2   INSPECTION AND ACCEPTANCE**

(a) The Contracting Officer (CO) or the Contracting Officer's Representative (COR), listed in Section G as the CO's duly authorized representative, is authorized to perform inspection on behalf of the Government for the purpose of acceptance of all supplies/services to be provided.

(b) Inspection, review or the anticipation of acceptance/approval of a contract item in the course of its preparation must not be construed as assurance of acceptance of the finished product.

(c) The deliverables cited in Section C must be delivered to the COR on or before the due dates. The COR must have ten business days to inspect the work and either report deficiencies or accept the deliverable. The contractor must then have five business days to correct any identified deficiencies and re deliver to the FAA.

10

# Part I - Section F

## Deliveries or Performance

**F.1     3.1-1 Clauses and Provisions Incorporated by reference (July 2011)**

This contract incorporates by reference the provisions or clauses listed below with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://conwrite.faa.gov.

**3.10.1-9        Stop-Work Order** (October 1996)
**3.10.1-24      Notice of Delay** (March 2009)

**F.2     3.2.4-34     Option to Extend Services (April 1996)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder must not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

**F.3     PLACE OF PERFORMANCE**

Services under this contract will be completed at the Contractor's office location(s). The Contractor may be required to visit FAA offices per COR instruction.

**F.6     DELIVERABLES**

If the contractor becomes unable to complete the contract work at the time(s) specified, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the contractor shall give the Contracting Officer written notice of the anticipated delay and reason therefore. Such notice and reasons shall be delivered promptly after the condition creating and anticipated delay becomes known to the contractor, but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer. Revision of the schedule is solely at the discretion of the Contracting Officer.

| Del # | Deliverable Description | Timeline | Acceptance Criteria |
|---|---|---|---|
| 1 | Kick-Off meeting  with | Within three (3) | All vendor key personnel |

| | stakeholders and FAA management | days of award | involved in the effort must be present or available. |
|---|---|---|---|
| 2 | Identification FAA key participants, stakeholders, and Subject Matter Experts | Within one (1) week of award | Requires concurrence from FAA Management and/or COR. |
| 3 | Management Plan | Within fifteen days (15) of award | Must be manageable, flexible, with a clear timeline, deadlines, work breakdown structure (if applicable) and provide detailed processes and individuals involved. Requires concurrence from FAA COR. |
| 4 | Validation Analyses | 3/31/16 – 7/27/16 | Must be comprehensive, examine all identified replacement subtests, and follow the  Uniform Guidelines on Employee Selection Procedures and Society for Industrial and Organizational Psychology guidelines |
| 5 | Validation Report | 4/1/16-08/10/16 | Must be comprehensive, verifiable, and review validity results and determine assessment approach. Must describe and compare each assessment. Concurrence from the SC and/or COR required. |
| 6 | Secure use of 3rd Party Licenses for Assessments | 05/15/16 | Contract with all necessary 3rd parties via valid, clear, and legally binding agreements. |
| 7 | AT-SAT Replacement Implementation Recommendations | 8/11/16 – 09/12/16 | Must be validated, implementable, and results-driven. Must be based on the data presented in the validation report. Must provide test data and metrics. Work with stakeholders and 3rd party vendors to determine the ideal assessment delivery format. |
| 8 | Implementation Report & Technical Documentation | 8/11/16-9/12/16 | Must document the process, obstacles, goals achieved, timelines, and resources required/expended during the implementation of the selected |

FAA_00017662

| | | | assessment solution |
|---|---|---|---|

| 9 | New Test Battery Implementation | 09/12/16 | Utilize process assessment data as determined by test policy/cut score policy. |
|---|---|---|---|

**\* - Deliverable dates contingent on Government input and participation**

**F.7     ORDERING**

This is a contract for the services specified and effective for the period stated, in Section B and C. Delivery or performance shall be made only as authorized by the CO. The Contractor must furnish to the FAA, when and if ordered, the supplies or services specified in Section C.

Performance under this contract is subject to the following ordering procedure:

(a)  All work to be performed under this contract shall be within the scope of the statement of work (SOW) contained in Section C and shall not commence until so authorized by the Contracting Officer under a specific Task Order issued under this contract or other formal authorization.  The contractor shall incur costs only in the performance of SOW services issued in accordance with these ordering procedures.  No other costs are authorized under this contract without the express written consent of the Contracting Officer.

(b)  Once a task is issued, the Contractor is not authorized to incur cost or expend level of effort (man-hours) in excess of those established in the contract or in excess of authorized funding on the Task Order without written approval of the Contracting Officer.  After a task is issued, if any revision becomes necessary to the estimated cost or level of effort, the Contractor shall promptly submit to the Contracting Officer a revised plan with explanatory notes.  Revised plans submitted by the Contractor are subject to the review and approval of the Contracting Officer.

(c)  Task will be issued in writing by the Contracting Officer to cover specific work assignments within the scope of the contract.  Task Orders will be issued on forms specified and provided by the Government.  Task Orders will be numbered.  All Task Orders shall contain the following information: (if applicable)

> (1) Task Order number;
> (2) FAA technical point-of-contact;
> (3) Period of performance;
> (4) Description of the work to be performed;

13

(5) Estimated Cost;
(6) Estimated labor hours/mix;
(7) Anticipated Travel requirements;
(8) Start and completion dates, with major milestones;
(9) Deliverables with required delivery dates;
(10) Personnel Security and Security requirements; and
(11) List of Government Furnished Property, Equipment, and/or Information (GFP/GFE/GFI)

# Part I, Section G

## Contract Administration Data

**3.1-1 Clauses and Provisions Incorporated by reference (July 2011)**

This contract incorporates by reference the provisions or clauses listed herein with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://conwrite.faa.gov.

**G.1      CONTRACT ADMINISTRATION (FAA)**

The Federal Aviation Administration Points of Contact are as follows:

**Contracting Officer (CO):**

Attn: James T. Hayes
Contracting for Services
800 Independence Avenue, S.W.
Washington, DC 20591
Phone:  (202) 267-4192
Fax: (202) 267-5149
Email:  jim.hayes@faa.gov

**Contracting Officer's Representative (COR):**

Attn:  Anna Kasior
Office of Human Resources
800 Independence Avenue, S.W.
Washington, DC 20591

14

Email: anna.kasior@faa.gov
Phone: (202) 267-4385

## G.2     FAA CONTRACTING OFFICER'S (CO) AUTHORITY

The FAA Contracting Officer is responsible for ensuring the performance of all necessary actions for effective contracting, compliance with contract terms, and protecting the interests of the United States in its relationships. In this regard, the Contracting Officer is the only individual who has the authority to enter into, administer, or terminate this contract.  In addition, the Contracting Officer is the only person authorized to approve changes to any of the requirements under this contract, and notwithstanding any provision contained elsewhere in the contract, this authority remains solely with the Contracting Officer.

It is the responsibility of the Contractor to contact the Contracting Officer immediately if there is even the appearance of any technical direction that is or may be outside the scope of the contract. Work not ordered by the Contracting Officer and/or work outside the scope of the contract shall not be paid by the Government.

The Contractor shall immediately notify the Contracting Officer for clarification when a question arises regarding the authority of any person to act for the Contracting Officer under the contract.

## G.3     CONTRACTING OFFICER'S REPRESENTATIVE

The COR is responsible for the technical administration of the contract and the technical liaison with the Contractor.  The COR is not authorized to change the scope of work or specifications in the contract, or make any commitments or otherwise obligate the Government. In addition, the COR may not authorize any changes which affect the contract price, delivery schedule, period of performance, or other terms and conditions of the contract.

The COR is responsible for monitoring the progress and overall technical management of the work hereunder and shall be contacted regarding questions or problems of a technical nature.  In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the Contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless a contract modification or letter of direction is executed by the Contracting Officer prior to completion of this contract.

On all matters that pertain to contract terms, the Contractor shall contact the Contracting Officer. When, in the opinion of the Contractor, the COR requests effort outside the existing scope of the contract, the Contractor will promptly notify the Contracting Officer.  The Contractor under such request shall take no action unless and until the Contracting Officer has issued a letter of direction or a contract modification.

FAA_00017665

**G.4      3.10.1-22 Contracting Officer's Representative (April 2012)**

(a) The Contracting Officer may designate other Government personnel (known as the Contracting Officer's Representative) to act as his or her authorized representative for contract administration functions which do not involve changes to the scope, price, schedule, or terms and conditions of the contract. The designation will be in writing, signed by the Contracting Officer, and will set forth the authorities and limitations of the representative(s) under the contract. Such designation will not contain authority to sign contractual documents, order contract changes, modify contract terms, or create any commitment or liability on the part of the Government different from that set forth in the contract.

(b) The Contractor shall immediately contact the Contracting Officer if there is any question regarding the authority of an individual to act on behalf of the Contracting Officer under this contract.

**G.5      TECHNICAL DIRECTION**

The COR is **not** authorized to make any commitments or changes which constitute work not within the general scope of this contract, or change the expressed terms and conditions incorporated into this contract, or which constitute a basis for increase in the contract amount or extension of the contract period of performance.

The COR may provide technical direction on contract performance.  As used herein "technical direction" is direction to the Contractor, which confirms the results of meetings, fills in details, requires pursuit of certain lines of inquiry, or otherwise serves to accomplish the contract SOW.

(a) Technical direction will be issued in writing by the COR or confirmed by him/her in writing within five (5) calendar days after verbal issuance.

(b) The Contractor shall express its concurrence that any such technical direction is entirely within the scope of this contract and consistent with this provision by endorsing the written direction of the work so directed.

(c) If the Contractor should, during the course of the contract, interpret any advice or comments from the Contracting Officer's Representative as constituting any addition or revision to the scope of this contract, he shall immediately notify the Contracting Officer so as to obtain official confirmation thereof, and refrain from acting on such advice or comments until confirmed by the Contracting Officer.

**G.6      INTERPRETATION OR MODIFICATION**

16

No verbal statement by any person, and no written statement by anyone other than the Contracting Officer, or his/her authorized representative acting within the scope of his/her authority, shall be interpreted as modifying or otherwise affecting the terms of this solicitation or any resulting contract. All requests for interpretation or modification shall be made in writing to the Contracting Officer.

## G.7     CORRESPONDENCE PROCEDURES

To promote timely and effective contract administration, correspondence submitted under this contract shall be subject to the following procedures (except for invoices and deliverable items):

(a) All correspondence relative to this contract shall be addressed to the Contracting Officer. Correspondence of a technical nature shall include an information copy addressed to the Contracting Officer's Representative (COR).

(b) Mail:  The Contractor shall use discretion in the use of "express" or "overnight" mail.  These premium services should be used sparingly and only in situations where the regular U.S. mail system is not adequate for the timely transfer of technical or contract related documentation.  Use of electronic mail service is encouraged when appropriate.

## G.8     TRAVEL COSTS

Travel may be required for the purpose of the contactor's efforts under the contract.  Travel dates, times, and locations must be coordinated and pre-approved by the CO prior to making arrangements and reservations. Travel will be reimbursed for allocable, allowable and reasonable travel expenses only at the per diem rates specified in the Federal Travel Regulations (FTR). The contractor is responsible for making travel arrangements. The FAA will not pay for travel within 50 miles of FAA offices.

**(a) Travel: The Contractor shall ensure that:**

(1) All travel, whether it be within the continental United States or outside the continental United States, shall be accomplished by commercial carrier, privately-owned automobile or auto rental and the cost paid by the Contractor.   Travel will be reimbursed for allocable, allowable and reasonable travel expenses only at the per diem rates specified in the Federal Travel Regulations for domestic transportation if by commercial or Government carrier, and at the going rate per mile, plus road and bridge tolls, when travel is performed by private automobile.  Auto rental will be reimbursed at actual cost plus road and bridge tolls.

(2)  The travel reimbursable herein includes only that travel (commercial carrier, or private automobile or auto rental) performed in accordance with the Statement of Work. Travel within a Government installation where Government transportation is available, and travel performed for personal convenience, including daily travel to and from work, will not be reimbursed.

17

(3)  Relocation costs and travel costs incident to relocation are not allowable and will not be reimbursed.

**b. Per Diem:**

(1) The Contractor will be reimbursed for the expense of meals at the approved M&IE rate (receipts not required), lodging for actual expenses only but not to exceed the Maximum Lodging Amount rate (receipts required), transportation between places of lodging or business and places where meals are taken and any other miscellaneous travel and living expense incurred in the performance of this contract at the per diem rate as set forth in accordance with the FTR.

(2) Per Diem will be payable only when in an authorized travel status. The per diem rate will be established in accordance with the FTR.  The Government will not reimburse the Contractor for the costs of lodging, meals, or incidental expenses in excess of the actual costs incurred.

**c.  Disallowed Travel Cost:**

Incurred travel costs, listed below, will be disallowed for Government reimbursement and considered as being expenditures to be absorbed by the Contractor.  Travel costs disallowed include costs:

1. in excess of amounts allowed by the FTR;
2. within a Government installation, where Government transportation is available;
3. for personal convenience, including daily travel to and from work;
4. in the case of urgent emergent travel, in excess of amounts allowed by the FTR, due to the Contractor not requesting Contracting Officer assistance reasonably in advance except for justifiable and documented circumstances which prevented such advance contact from being possible; and
5. in the replacement of personnel, when such replacement is accomplished for the Contractor's or employee's convenience.

**G.9    3.3.2-2    Reimbursement for Travel and Subsistence (April 2010)**

a) Travel and subsistence are authorized for work performed under this contract. The contractor will be reimbursed for allocable, allowable and reasonable travel expenses only at the per diem rates specified in applicable Federal Travel Regulations and in accordance with FAA Acquisition Management System (AMS) contract cost principles for travel costs.

(b) The Contractor must conduct a cost analysis prior to the start of travel to determine the most cost effective means of travel. Alternate airports must be used where available and within a reasonable commuting distance, if it will result in lower costs.

FAA_00017668

(c) The Contractor must summarize the travel (date and place of the expenses, purpose of the trip, name of person(s) of trip and title or relationship to contractor) and submit the information in accordance with the invoicing instructions in Section G of the contract. The Contractor's travel expense report must be provided to the Contracting Officer at the same time the invoice is submitted for payment.

(d) Travel will be reimbursed in accordance with the above and the Contractor's provisional G&A rate applicable to the time the travel occurred.

## G.10     PROCEDURES FOR SUBMISSION OF INVOICES

The Federal Aviation Administration intends to make payment within 30 days of receipt of a properly prepared invoice submitted to the billing office below at either address:

U.S. MAIL

FAA Accounts Payable Branch, AMZ-110

PO Box 25710

Oklahoma City, OK 73125


FEDEX

FAA Accounts Payable Branch, AMZ-110

6500 S MacArthur Blvd.

Oklahoma City, OK 73169

The Offeror must submit an original and two copies of all invoices (including all supporting backup documentation) to the billing office noted above on a monthly basis.  Certification of the invoices will be based on COR and/or CO review.

In order to expedite the processing of invoices, the Offeror must also submit one copy of the invoice to the Contracting Officer and the COR concurrent with submission of the invoice to the billing office.  Submission of these copies by email is acceptable
For invoice inquiries, please contact the FAA Accounts Payable Branch, AMZ-110, at telephone number 405-954-5200.  For inquiries, please contact the FAA Accounts Payable Branch, AMZ-110, at telephone number 405-954-7276.

The payment will be made pursuant to the "Payment by Electronic Funds Transfer/Central Offeror Registration" clause in Section I of this contract.

## G.11     INVOICE FORMAT

At a minimum invoices must include the following, if applicable:

- The contract number and tasks/order/call number
- The period covered by the invoice

19

- The total labor hours broken down by individual, and labor category/ skill level in the period of the invoice, as well as the cumulative amount
- Total labor dollars divided by individual and labor category/ skill level in the period of the invoice as well as the cumulative amount
- Itemized travel dollars by individual by labor category/ skill level and totaled for the period covered by the invoice and the cumulative amount
- Itemized other direct costs (material) and totaled for the period covered by the invoice and the cumulative amount
- Total material handling costs and General and Administrative expenses for the period covered by the invoice and the cumulative amount
- Certification from an authorized official of the contractor as follows:

The Contractor must place the following statement on each invoice, signed by an authorized company representative:

*This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.*

_____          _____
*Signature of Contractor's*                                        *Date of Invoice*

## G.12    RELEASE OF GOVERNMENT OBLIGATION

The Contractor and each assignment entered under and in effect at the time of the final invoice shall execute and deliver a release, as a condition precedent to final payment, discharging the Government, its officers, agents, and employees of and from all liabilities, obligations, and claims arising out of or under this contract, subject only to the following exceptions:

a. Specified claims in stated amounts, or in estimated amounts if the amounts are not susceptible of exact statement, by the Contractor.

b. Claims, coupled with incidental expenses, based off liabilities of the Contractor to third parties involved in the performance of this contract that are not known to the Contractor on the date of the execution of the release. The Contractor must give notice in writing to the Contracting Officer notifying him/her of such claims no more than six years after either the date of the release or the date of any notice to the Contractor that the Government is prepared to make final payment, whichever is earlier.

20

# Part I - Section H

## Special Contract Requirements

**H.1    3.13-1 Approval of Contract** (October 2001)

This Contract is subject to the written approval of the Contracting Officer and shall not be binding until so approved.

**H.2    DISSEMINATION OF CONTRACT INFORMATION**

The Contractor must not publish, permit to be published, or distribute for public consumption any information, oral or written, concerning the results or conclusions made pursuant to the performance of this Contract, without the prior written consent of the Contracting Officer. This statement includes seminars, professional society meeting and conferences, and meetings with foreign dignitaries both government and from the private sector. Two copies of any material proposed to be published or distributed must be submitted to the Contracting Officer. The following schedule is established as a guideline when requesting consent (calendar days):

•        Written information - 15 days
•        Oral information - 15 days
•        Congressional information - 10 days

Any Contractor proposals for prospective work, exclusive of this Contract, for which the Contractor may employ information generated in the performance of this Contract, the Contractor is required only to notify the Contracting Officer of its intent to submit a proposal. Such notification must include a brief description of the requirement for which the Contractor is proposing and indicate the Government or business contractor to which the proposal is being submitted.

**H.3    CONFIDENTIALITY OF DATA AND INFORMATION**

The Contractor and any of its subcontractors in performance of this Contract may have need for access to and use of various types of data and information in the possession of the Government, which the Government obtained under conditions which restrict the Government's right to use and disclose the data and information, or which may be of a nature that its dissemination or use other than in the performance of this Contract, would be adverse to the interests of the Government or other parties. Therefore, the Contractor and its subcontractors agree to abide by any restrictive use conditions on such data and not to:

1. Knowingly disclose such data and information to others without written authorization from the Contracting Officer, unless the Government has made the data and information available to the public; and

21

2. Use for any purpose other than the performance of this Contract that data which bears a restrictive marking or legend.

In the event the work required to be performed under this contract requires access to proprietary data of other companies, the Contractor must obtain agreement from such other companies for such use unless such data is provided or made available to the Contractor by the Government. Two copies of such company-to-company agreements must be furnished promptly to the Contacting Officer for information only. These agreements must prescribe the scope of authorized use or disclosure, and other terms and conditions to be agreed upon between the parties thereto. It is agreed by the Contractor that any such data, whether obtained by the Contractor pursuant to the aforesaid agreement or from the Government, must be protected from unauthorized use or disclosure to any individual, corporation, or organization so long as it remains proprietary.

(a) Through formal training in company policy and procedures, the Contractor agrees to make employees aware of the requirement to maintain confidentiality of data and information, as required above, to the end that they will be disciplined in the necessity to refrain from divulging either the proprietary data of other companies or data that is obtained from the Government to anyone except as authorized. The Contractor must obtain from each employee, engaged in any effort connected with this contract, an agreement, in writing, which must in substance provide that such employee will not, during his/her employment by the Contractor, or thereafter disclose to others or use for his/her own benefit or the future benefit of any individual any trade secrets, confidential information, or proprietary/restricted data (to include Government "For Official Use Only") received in connection with the work under this contract.

(b) The Contractor agrees to hold the Government harmless and indemnify the Government as to any cost/loss resulting from the unauthorized use or disclosure of third party data or software by the Contractor, its employees, subcontractors, or agents.

## H.4    RELATIONSHIPS, INTERPRETATIONS, AND MODIFICATIONS

The Contractor must provide support to the Government by completing work within the Statement of Work and as assigned under each Call Order.  The Contractor must not provide technical direction of, or assume the Government's responsibility under any programs. Although the effort under this contract may include recommendations to the Government, specific Government approval and action will be necessary before such recommendations can become effective. The Contractor's efforts must not be binding on other Government contractors. The Contractor must not take any action with respect to other contractors which causes any change in their contract scope of work, cost, or scheduling.

No oral statement of any person, and no written statement of anyone other than the Contracting Officer or the COR, acting within the limits of the authority specified in such designation, must modify or otherwise affect any provision of this contract.

22

## H.5 NON-PERSONAL SERVICES

The Contractor agrees that this is a non-personal services contract; that for all the purposes of the contract the Contractor is not, nor shall it hold itself out to be, an agent or partner of, or joint venture with, the Government; and that the Contractor shall neither supervise, nor accept supervision from Government employees.

No personal services must be performed under this contract. No contractor employee will be directly supervised by the Government. All individual contractor employee assignments, and daily work direction, shall be given by the applicable contractor supervisor. If the contractor believes that any Government action or communication has been given that would create a personal services relationship between that Government and any contractor employee, the contractor must promptly notify the Contracting Office of this communication or action. The contractor must not perform any inherently Government functions under this contract. No contractor employee shall hold him or herself out to be a Government employee, agent, or representative. No contractor employee shall state orally of in writing at any time that he or she is acting on behalf of the Government.

In all communications (including meetings, participation) with third parties in connection with this contract, contractor employees must identify themselves as contractor employees and specify the name of the company for which they work. In all communications with other Government contractors in connection with this contract, the contractor employee must state that they have no authority to in any way change the contract and that if the other contractor believes this communications to be direction to change their contract, they should notify the Contracting Officer for that contract and not carry out the direction until a clarification has been issued.

Pursuant to AMS the CO may waive this provision to the extent that individual work orders may require Personal Services, provided that the required FAA approvals are obtained prior to the performance of the services.

The Contractor is the legally responsible employer and must maintain that relationship during the time its employees are assigned to work on this contract. The Contractor is solely responsible for all employee hiring, firing, discipline, promotions, training, bonuses, pay, and benefits

## H.6 ACCESS TO GOVERNMENT FACILITIES

Part of the effort to be performed under this contract may be at facilities operated by the Federal Aviation Administration. The Contractor will be granted ingress and egress at the specific site where the effort is to be accomplished. Access to the site shall be coordinated with the COR.

While Contractor personnel are at Government facilities, they are required to comply with all rules and regulations of the site, particularly in the areas of health and safety. The facilities to which the Contractor has access at all times will be in the custody of the Federal Government and will not be considered "Government Property" furnished to the Contractor.

FAA_00017673

The scheduling of access to Government facilities shall be under the control of the Government. Facility availability will be scheduled to permit timely performance of contract requirements. However, Contractor personnel shall be prepared to work outside the normal daytime shift if conditions at the facility so require.

The Contractor shall require that all Contractor personnel who perform work at Government facilities wear identification badges which clearly identify individuals as Contractor employees.

The Government reserves the right to issue its own contractor identification badges.  If Government badges are required, they will be issued in accordance with Government procedures.

If it is brought to the attention of the Government that any Contractor or subcontractor employee working on this contract does not meet the minimum work requirements, the Contractor will be advised in writing by the Contracting Officer and access to Government facilities may be denied for that employee.

**H.7    3.14-4 Access to FAA Systems and Government-Issued Keys, Personal Identity Verification (PIV) cards, and Vehicle Decals** (October 2010)

(a) It may become necessary for the Government to grant access to FAA systems or issue keys, PIV cards, vehicle decals, and/or access control cards to contractor employees. Prior to or upon completion or termination of the work required hereunder, the contractor must return all such Government-issued items and submit a request to terminate all user accounts on applicable FAA systems to the issuing office with notification to the Contracting Officer's Representative (COR). When contractor employees who have been issued such items are terminated or no longer required to perform the work, the Government-issued items must be returned to the Government and a request submitted for the termination of FAA system access within three (3) business days after termination of the contract or the employee. Improper use, possession or alteration of FAA issued keys, PIV Cards and/or vehicle decals is subject to penalties under Title 18, USC 499, 506, 701, and 1030.

(b) In the event such keys, PIV Cards, or vehicle decals are lost, stolen, or not returned, the contractor understands and agrees that the Government may, in addition to any other withholding provision of the contract, withhold payment per the value of each key, PIV Card, and vehicle decal lost, stolen, or not returned. If the keys, PIV Cards, or vehicle decals are not returned within 30 calendar days from the date the withholding action was initiated, any amount so withheld must be forfeited by the contractor.

(c) Access to aircraft ramp/hangar areas is authorized only to those persons displaying a flight line identification card and for vehicles, a current ramp permit issued pursuant to Title 49, Part 1542, Code of Federal Regulations.

(d) The Government retains the right to inspect inventory, or audit PIV Cards, keys, vehicle

24

decals, and access control cards issued to the contractor in connection with the contract at the convenience of the Government. Any items not accounted for, to the satisfaction of the Government will be assumed to be lost and the provisions of section (b) apply.

(e) Keys must be obtained from the COR who will require the contractor to sign a receipt for each key obtained. Lost or stolen keys, PIV Cards, vehicle decals, and access control cards must immediately be reported concurrently to the Contracting Officer (CO), COR, and Office of Security & Hazardous Materials (ASH), Security Service Center (SSC), Orville Wright Building, FOB 10A, Room 109, Washington, D.C. 20591, Phone: (202) 267-7423. Electronic keying cards are handled in the same manner as metal keys.

(f) Each contract employee, during all times of on-site performance at government facilities must prominently display his/her current and valid PIV card on the front portion of his/her body between the neck and waist. Each PIV card holder must not affix pins, stickers, or other decorations to the PIV.

(1) Prior to any contractor employee obtaining a PIV Card or vehicle decals, the contractor is required to enter data for each employee into the Vendor Applicant Process (VAP) as described in AMS clause 3.14-2, Contractor Personnel Suitability Requirements. From the information entered into the VAP, the SSE will determine whether final suitability can be granted due to the existence of a previous investigation, or will initiate the contractor applicant into the Electronic Questionnaires for Investigations Processing (eQIP) system so that the applicant can complete the investigative forms. Interim suitability cannot be granted until the eQIP form is completed, and fingerprints and signature pages are submitted to the SSE. When an interim is granted by the SSE, the individual may begin work under escort until their OPM fingerprint check has been returned and successfully adjudicated. Once the OPM fingerprint check has been successfully adjudicated, they can then be badged. If the contract employee requires a PIV Card, a fingerprint check must be completed and favorably adjudicated by the SSE prior to approval or issuance of the PIV card.

(2) To obtain the PIV Card, contractor employee must submit an identification Card/Credential Application (DOT 1681) signed by the contractor employee and by the authorized trusted agent (when applicable) and also by the authorized sponsor to the CO or to the COR. The DOT 1681 must contain, as a minimum, under the "Credential Justification" heading, the name of the contractor/company, the contract number or the appropriate acquisition identification number, the expiration date of the contract or the task (whichever is sooner), and the required signatures. The contractor will be notified when the DOT 1681 has been approved and is ready for processing by the Office of Security & Hazardous Materials (ASH), Security Service Center (SSC), Orville Wright Building, FOB 10A, Room 109 Washington, D.C. 20591, Phone: (202) 267-7423. Arrangements for processing the identification cards, including photographs and lamination can be made by the contacting the Office of Security & Hazardous Materials (ASH), Security Service Center (SSC).

(3) The contractor must contact the SSE to obtain the procedures that the contractor's employees

25

must utilize to obtain their PIV Card.

(g) The contractor is responsible for ensuring final out-processing is accomplished for all departing contractor employees. Final out-processing must be accomplished by close of business the final workday of the contractor employee or the next day under special conditions. The SSE must be notified in writing and ensure that all FAA media, including the PIV card, are returned to the SSE.

## H.8          FEDERAL HOLIDAYS OBSERVED

Working hours scheduled shall observe Federal Holidays as follows:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King's Day | Columbus Day |
| Washington's Birthday | Veterans Day |
| Memorial Day | Thanksgiving Day |
| Independence Day (July 4th) | Christmas Day |

When one of the above-designated holidays falls on a Sunday, the following Monday will generally be observed as a legal holiday.  When a legal holiday falls on a Saturday, the preceding Friday is generally observed as a holiday.

## H.9    QUALIFICATION OF CONTRACTORS

The Contracting Officer will provide notice to the contractor when the Contracting Officer finds that any contractor employee is incompetent, careless, unsuitable, or otherwise objectionable, or whose conduct appears contrary to the public interest, or inconsistent with the best interest of national security.  The contractor shall take appropriate action, including the removal of such employees from working on this contract, at their own expense.  The contractor agrees to insert terms that conform substantially to the language of this clause in all subcontracts under this contract.

## H.10   Contractor Conduct

The Contractor must provide employees who conduct themselves in a responsible manner. Contractor employees must not disclose information obtained in the performance of contract duties to parties or individuals other than those Contractor and FAA AHR personnel directly involved in the execution of the work described in this contract unless authorized by the Contracting Officer.

## H.11    Labor Category Descriptions

**Administrative Support**: Performs normal office functions such as setting up and maintaining files; interviewing callers and making proper referrals; arranging meetings and conferences; and

26

receiving, referring, or answering mail. Reviews drafts and finished documents for appropriate grammatical usage; answers questions relating to office operations and established policies and procedures. Gathers, compiles and reports on information relevant to supervisor's assignment.

**Minimum experience:** 3 years
**Minimum education level**:  High school diploma
**Project/Program Manager**:  Oversees and manages the operational aspects of ongoing projects and serves as liaison between project management and planning, project team, and line management. Reviews status of projects and budgets; manages schedules and prepares status reports. Assesses project issues and develops resolutions to meet productivity, quality, and client-satisfaction goals and objectives. Develops mechanisms for monitoring project progress and for intervention and problem solving with project managers, line managers, and clients.

**Minimum experience:** 8 years
**Minimum education level**: Bachelor degree

**Associate Director/ Program Director**:  Directs all phases of programs from inception through completion.  Responsible for the cost, schedule and technical performance of company programs or subsystems of major programs. Participates in the negotiation of contract and contract changes.  Coordinates the preparation of proposals, business plans, proposal work statements and specifications, operating budgets and financial terms/conditions of contract. Acts as primary customer contact for program activities, leading program review sessions with customer to discuss cost, schedule, and technical performance. Establishes design concepts, criteria and engineering efforts for product research, development, integration and test. Establishes milestones and monitors adherence to master plans and schedules identifies program problems and obtains solutions, such as allocation of resources or changing contractual specifications. Directs the work of employees assigned to the program from technical, manufacturing and administrative areas.

**Minimum experience:** 10 years
**Minimum education level**: Bachelor degree

**I.O. Consultant:** Develops information which extends knowledge in a given field. Information may form the basis of newly developed concepts, theories and products. Deliver complex, technical, and process consulting. Interfaces with client on a frequent basis.  Must be able to analyze and synthesize complex qualitative and quantitative information. Consultants communicate with consulting team members to delegate project-related activities and may work directly with clients to discuss project-related issues.

FAA_00017677

**Minimum experience:** 1 year + Ph.D. in I-O Psychology or 2 years + Master's/ABD in I-O Psychology

**Minimum education level:** Advanced Degree

**Chief Operating/Chief Executive Officer:**

Plan, direct, or coordinate the operations of public or private sector organizations. Duties and responsibilities include formulating policies, managing daily operations, and planning the use of materials and human resources, but are too diverse and general in nature to be classified in any one functional area of management or administration, such as personnel, purchasing, or administrative services.

Determine and formulate policies and provide overall direction of companies or private and public sector organizations within guidelines set up by a board of directors or similar governing body. Plan, direct, or coordinate operational activities at the highest level of management with the help of subordinate executives and staff managers.

**Minimum experience:** 10 years
**Minimum education level:** Bachelor degree

## H.11   Information Security

The FAA's Information System Security Program is defined by FAA Order 1370.82 and various referenced documents including Federal Information Processing Standards Publication (FIPS PUB) 199 and multiple National Institute of Standards (NIST) documents.  The extent to which the requirements contained in each of these documents will apply to SOW services will be determined by the results of analysis conducted during performance of the following work effort and determinations by FAA Information Security representatives.

## H.12   Attorney Client/Privilege

(a)  During performance of this contract the Contractor may be required to attend meetings at which FAA employees seek and receive legal advice from FAA Attorneys.  The FAA intends, and the Contractor agrees, that such advice is to be treated as confidential legal advice, that the Contractor will not discuss such legal advice with non-FAA personnel, that such advice will not be included in notes, written reports, or minutes of such meetings, and that for purposes of asserting the Attorney-Client privilege with regard to such information, the Contractor shall be considered an agent of the FAA.

(b)  In the event of litigation involving third parties to which the Contractor is not a named party, the Contractor shall support the FAA by promptly providing to the FAA any documents requested as part of discovery which the Contractor may have in its possession, and by making

28

Contractor employees available for depositions or testimony at hearings at the Agency's cost and expense. This provision does not preclude the Contractor or Contractor employees from being represented by counsel retained by the Contractor or the Contractor employee, provided such representation is at no direct cost to the FAA.

# PART II - SECTION I

## CONTRACT CLAUSES

**3.1-1 Clauses and Provisions Incorporated by reference (July 2011)**

This screening information request (SIR) or contract, as applicable, incorporates by reference the provisions or clauses listed below with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://conwrite.faa.gov.

| | |
|---|---|
| **3.1.7-2** | **Organizational Conflicts of Interest (August 1997)** |
| **3.1.7-4** | **Organizational Conflict of Interest** (March 2009) |
| **3.1.8-1** | **Cancellation, Rescission and Recovery of Funds for Illegal or Improper Activity** (October 2000) |
| **3.1.8-2** | **Price or Fee Adjustment for Illegal or Improper Activity (April 2010)** |
| **3.1.9-1** | **Electronic Commerce and Signature (July 2007)** |
| **3.2.2.3-8** | **Audit and Records (July 2010)** |
| **3.2.2.3-33** | **Order of Precedence** (March 2009) |
| **3.2.2.7-6** | **Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment** (April 2011) |
| **3.2.2.7-8** | **Disclosure of Team Arrangements** (April 2008) |
| **3.2.4-5** | **Allowable Cost and Payment** (March 2001) |
| **3.2.5-1** | **Officials Not to Benefit** (April 1996) |
| **3.2.5-3** | **Gratuities or Gifts** (January 1999) |
| **3.2.5-4** | **Contingent Fees** (October 1996) |
| **3.2.5-5** | **Anti-Kickback Procedures** (October 2010) |
| **3.2.5-6** | **Restrictions on Subcontractor Sales to the FAA** (April 1996) |
| **3.2.5-7** | **Disclosure Regarding Payments to Influence Certain Federal Transactions** (Oct 2010) |
| **3.2.5-8** | **Whistleblower Protection for Contractor Employees** (April 1996) |
| **3.2.5-13** | **Contractor Code of Business Ethics and Conduct** (April 2010) |
| **3.2.5-14** | **Display of Hotline Poster(s)** (April 2008) |
| **3.3.1-1** | **Payments** (April 1996) |

FAA_00017679

| | |
|---|---|
| **3.3.1-5** | **Payments under Time-and-Materials and Labor-Hour Contracts** (May 2001) |
| **3.3.1-6** | **Discounts for Prompt Payment** (May 1997) |
| **3.3.1-7** | **Limitation on Withholding of Payments** (May 1997) |
| **3.3.1-10** | **Availability of Funds** (May 1997) |
| **3.3.1-14** | **Limitation of Funds** (April 1996) |
| **3.3.1-15** | **Assignment of Claims** (April 1996) |
| **3.3.1-17** | **Prompt Payment** (Sept 2009) |
| **3.3.2-1** | **FAA Cost Principles** (October 1996) |
| **3.4.1-11** | **Insurance – Liability to Third Persons** (June 1999) |
| **3.4.1-12** | **Insurance** (July 1996) |
| **3.5-1** | **Authorization and Consent** (January 2009) |
| **3.5-2** | **Notice and Assistance Regarding Patent and Copyright Infringement** (January 2009) |
| **3.5-3** | **Patent Indemnity** (January 2009) |
| **3.5-13** | **Rights in Data – General** (January 2009) |
| **3.5-16** | **Rights in Data – Special Works (January 2009)** |
| **3.6.1-7** | **Limitations on Subcontracting** (Oct 2011) |
| **3.6.2-2** | **Convict Labor** (April 1996) |
| **3.6.2-9** | **Equal Opportunity** (August 1998) |
| **3.6.2-12** | **Affirmative Action for Special Disabled and Vietnam Era Veterans** (Jan 2011) |
| **3.6.2-13** | **Affirmative Action for Workers with Disabilities** (Oct 2010) |
| **3.6.2-16** | **Notice to the Government of Labor Disputes** (April 1996) |
| **3.6.2-35** | **Prevention of Sexual Harassment** (August 1998) |
| **3.6.2-39** | **Trafficking in Persons** (January 2008) |
| **3.6.3-16** | **Drug Free Workplace** (Mar 2009) |
| **3.6.4-2** | **Buy American Act – Supplies** (Jul 2010) |
| **3.7-1** | **Privacy Act Notification** (Oct 1996) |
| **3.7-2** | **Privacy Act** (May 1997) |
| **3.8.2-11** | **Continuity of Services** (Oct 2008) |
| **3.9.1-1** | **Contract Disputes** (Oct 2011) |
| **3.9.1-2** | **Protest After Award** (Aug 1997) |
| **3.10.1-1** | **Notice of Intent to Disallow Costs** (April 1996) |
| **3.10.1-3** | **Penalties for Unallowable Costs** (Oct 1996) |
| **3.10.1-7** | **Bankruptcy** (Apr 1996) |
| **3.10.1-12** | **Alternate I Changes - Fixed-Price** (April 1996) |
| **3.10.1-14** | **Changes - Time and Materials or Labor Hours** (April 1996) |
| **3.10.1-25** | **Novation and Change-of-Name Agreements** (Oct 2007) |
| **3.10.2-1** | **Subcontracts (Fixed-Price Contracts)** (April 1996) |
| **3.10.3-1** | **Definitions** (Apr 2004) |
| **3.10.6-1** | **Termination for Convenience of the Government (Fixed Price)** (October 1996) |
| **3.10.6-3** | **Termination (Cost-Reimbursement)** (October 2011) |

FAA_00017680

| | |
|---|---|
| **3.10.6-3** | **Alternate IV Termination (Cost-Reimbursement)** (October 1996) |
| **3.10.6-4** | **Default (Fixed-Price Supply and Service)** (October 1996) |
| **3.10.6-7** | **Excusable Delays** (Oct 1996) |
| **3.13-5** | **Seat Belt Use by Contractor Employees** (Oct 2001) |
| **3.13-11** | **Plain Language** (Jul 2006) |
| **3.13-13** | **Contractor Policy to Ban Text Messaging While Driving** (January 2011) |
| **3.14-5** | **Sensitive Unclassified Information (SUI)** (Jul 2008) |

**3.1.7-6 Disclosure of Certain Employee Relationships** (July 2009)

(a) The policy of the FAA is to avoid doing business with contractors, subcontractors, and consultants who have a conflict of interest or an appearance of a conflict of interest. The purpose of this policy is to maintain the highest level of integrity within its workforce and to ensure that the award of procurement contracts is based upon fairness and merit.

(b) The contractor must provide to the Contracting Officer the following information with its proposal and must provide an information update within 30 days of the award of a contract, any subcontract, or any consultant agreement, or within 30 days of the retention of a Subject Individual or former FAA employee subject to this clause:

(1) The names of all Subject Individuals who:

(i) participated in preparation of proposals for award; or
(ii) are planned to be used during performance; or
(iii) are used during performance; and

(2) The names of all former FAA employees, retained by the contractor who were employed by FAA during the two year period immediately prior to the date of:

(i) the award; or
(ii) their retention by the contractor; and

(3) The date on which the initial expression of interest in a future financial arrangement was discussed with the contractor by any former FAA employee whose name is required to be provided by the contractor pursuant to subparagraph (2); and

(4) The location where any Subject Individual or former FAA employee whose name is required to be provided by the contractor pursuant to subparagraphs (1) and (2), are expected to be assigned.

(c) "Subject Individual" means a current FAA employee's father, mother, son, daughter,

31

brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, half sister, spouse of an in-law, or a member of his/her household.

(d) The contractor must incorporate this clause into all subcontracts or consultant agreements awarded under this contract and must further require that each such subcontractor or consultant incorporate this clause into all subcontracts or consultant agreements at any tier awarded under this contract unless the Contracting Officer determines otherwise.

(e) The information as it is submitted, must be certified as being true and correct. If there is no such information, the certification must so state.

(f) Remedies for nondisclosure: The following are possible remedies available to the FAA should a contractor misrepresent or refuse to disclose or misrepresent any information required by this clause:

(1) Termination of the contract.
(2) Exclusion from subsequent FAA contracts.
(3) Other remedial action as may be permitted or provided by law or regulation or policy or by the terms of the contract.

(g) Annual Certification. The contractor must provide annually, based on the anniversary date of contract award, the following certification in writing to the Contracting Officer:

ANNUAL CERTIFICATION OF DISCLOSURE OF CERTAIN EMPLOYEE RELATIONSHIPS

The contractor represents and certifies that to the best of its knowledge and belief that during the prior 12 month period:

[ ] A former FAA employee(s) or Subject Individual(s) has been retained to work under the contract or subcontract or consultant agreement and complete disclosure has been made in accordance with subparagraph (b) of AMS Clause 3.1.7-6.

[ ] No former FAA employee(s) or Subject Individual(s) has been retained to work under the contract or subcontract or consultant agreement, and disclosure required by AMS Clause 3.1.7-6 is not applicable.

_____
Authorized Representative

_____
Company Name

32

_____
Date

(End of clause)

### 3.3.1-33      CENTRAL CONTRACTOR REGISTRATION (January 2008)

(a) Definitions. As used in this clause

"Central Contractor Registration (CCR) database" means the primary Government repository for Contractor information required for the conduct of business with the Government.

"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

"Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts for the same parent concern.

"Registered in the CCR database" means that the Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in Representations, Certifications and Other Statements of Offerors Section of the solicitation, the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number
(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://fedgov.dnb.com/webform; or
(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

33

(2) The offeror should be prepared to provide the following information:
(i) Company legal business.
(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.
(iii) Company Physical Street Address, City, State, and ZIP Code.
(iv) Company Mailing Address, City, State and ZIP Code (if different from physical street address).
(v) Company Telephone Number.
(vi) Date the company was started.
(vii) Number of employees at your location.
(viii) Chief executive officer/key manager.
(ix) Line of business (industry).
(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer may proceed to award to the next otherwise successful registered offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)(1)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in AMS Procurement Guidance T3.10.1.A-8, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to:

(A) change the name in the CCR database;
(B) comply with the requirements of T3.10.1.A-8; and
(C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide the Contracting Officer with the notification, sufficient documentation to support the legally changed name.

34

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims. Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov/ or by calling 1-888-227-2423, or 269-961-5757.

(End of Clause)

### 3.3.1-34    Payment by Electronic Funds Transfer- Central Contractor Registration (March 2009)

(a) Method of payment.
(1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.
(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either"
(i) Accept payment by check or some other mutually agreeable method of payment; or
(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) Contractor's EFT information. The Government shall make payment to the Contractor using the EFT information contained in the Central Contractor Registration (CCR) database. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National

35

Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR Part 210.

(d) Suspension of payment. If the Contractor's EFT information in the CCR database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the CCR database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers.
(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for"
(i) Making a correct payment;
(ii) Paying any prompt payment penalty due; and
(iii) Recovering any erroneously directed funds.
(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and"
(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or
(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register separately in the CCR database and shall be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an assignment of claims, is not permitted. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

36

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the CCR database.

(End of clause)

**3.14-2 Contractor Personnel Suitability Requirements** (October 2012)

(a) This clause applies to the extent that this contract requires contractor employees, subcontractors, or consultants to have unescorted access to FAA:

(1) Facilities;

(2) Sensitive information; and/or;

(3) Resources regardless of the location where such access occurs, and none of the exceptions of FAA Order 1600.72A, Contractor and Industrial Security Program, Chapter 5, paragraphs 4, 6, 7 and 8 pertains.

Definitions of applicable terminology are contained in the corresponding guidance and FAA Order 1600.72A, appendix A.

(b) Consistent with FAA Order 1600.72A, the FAA Servicing Security Element (SSE) has approved designated risk levels for the positions under the contract. Those designated risk levels are: TBD

(c) If a National Agency Check with Inquiries (NACI) or other investigation is required under paragraph (b) for a given position, the contractor will submit to the Contracting Officer (CO) a point of contact (POC) that will enter applicant data into the Vendor Applicant Process (VAP) system (vap.faa.gov). VAP is a FAA system used to process and manage security information for FAA contractor personnel. Each contract may have up to 5 POCs. Once designated, a VAP administrator will provide each POC a Web ID

37

FAA_00017687

and password.

The type of investigation conducted will be determined by the position risk level designation for all duties, functions, and/or tasks performed and will serve as the basis for granting a favorable employment suitability authorization as described in FAA Order 1600.72A. If an employee has had a previous U. S. Government conducted background investigation which meets the requirements of Chapter 5 of FAA Order 1600.72A and Homeland Security Presidential Directive 12 (HSPD-12), it will be accepted by the FAA. However, the FAA reserves the right to conduct further investigations, if necessary. The contract may include positions that are temporary, seasonal, or under escort only. In such cases, an OPM Position Designation or FAA Form 1600-77 for each specific position will be established as the investigative requirements may differ from the NACI.

The following information must be entered into VAP by the POC for each applicant requiring an investigation:
- Name;
- Date and place of birth (city and state);
- Social Security Number (SSN);
- Position and office location;
- Contract number;
- Current e-mail address and telephone number (personal or work); and
- Any known information regarding current security clearance or previous investigations (e.g. the name of the investigating entity, type of background investigation conducted, contract number, labor category (Position), and approximate date the previous background investigation was completed).

If a prior investigation exists and there has not been a 2 year break in service by the applicant, the SSE will notify the contractor that no investigation is required and that final suitability is approved.

If no previous investigation exists, the SSE will send the applicant an e-mail (this step may be delegated to VAP POC):
- Stating that no previous investigation exists and the applicant must complete a form through the Electronic Questionnaires for Investigations Processing (eQIP) system;
- Instructing the applicant how to enter and complete the eQIP form;
- Providing where to send/fax signature and release pages and other applicable forms; and
- Providing instructions regarding fingerprinting.

The applicant must complete the eQIP form and submit other required material within 15 days of receiving the e-mail from the SSE.

For items to be submitted outside eQIP, the contractor must submit the required information, referencing the contract number, to:

FAA_00017688

Headquarters Contracts:

Manager, Personnel Security Division, AIN-400
800 Independence Avenue, S.W., Room 315
Washington, D.C. 20591

(d) The contractor must submit the information required by paragraph (c) of this Clause for any new employee not listed in the Contractor's initial submission who is hired into any position identified in paragraph (b) of this Clause.

(e) The CO will provide notice to the contractor when any contractor employee is found to be unsuitable or otherwise objectionable, or whose conduct appears contrary to the public interest, or inconsistent with the best interest of national security. The contractor must take appropriate action, including the removal of such employee from working on this FAA contract, at their own expense. Once action has been taken, the contractor will report the action to the CO and SSE.

(f) No contractor employee will work in a high, moderate, or low risk position unless the SSE has received all forms necessary to conduct any required investigation and has authorized the contractor employee to begin work.

(g) The contractor must notify the CO within one (1) business day after any employee identified pursuant to paragraph (c) of this Clause is terminated from performance on the contract. This notification must be done utilizing the Removal Entry Screen of VAP. If FAA issued the terminated employee and identification card, the contractor must collect the card and submit it to the SSE.

(h) The contractor must request a report from the VAP on at least a semiannual basis in order to reconcile discrepancies and then must notify the SSE of these discrepancies as soon as possible.

(i) The CO may also, after coordination with the SSE and other security specialists, require contractor employees to submit any other security information (including additional fingerprinting) deemed reasonably necessary to protect the interests of the FAA. In this event, the contractor must provide, or cause each of its employees to provide, such security information to the SSE, to meet the requirements of paragraph (c) of this Clause.

(j) The contractor and/or subcontractor(s) must contact the Servicing Security Elements (Regional and/or Center Security Divisions) or AIN-400 at Headquarters within one (1) business day in the event an employee is arrested (detained by law enforcement for any offenses, other than minor traffic offenses) or is involved in theft of government property or the contractor becomes aware of any information that may raise a question about the

39

suitability of a contractor employee.

(k) Failure to submit information required by this clause within the time required may be determined by the CO a material breach of the contract.

(l) If subsequent to the effective date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in direct contract costs or otherwise affect any other term or condition of this contract, the contract will be subject to an equitable adjustment.

(m) The contractor agrees to insert terms that conform substantially to the language of this clause, including paragraph (k) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access and where the exceptions under Chapter 5, FAA Order 1600.72A do not apply.

(n) Contractor employees who have not undergone a background investigation must be escorted at all times. In some instances, a contractor employee may be required to serve as an escort. To serve as an escort, a contractor employee must have a favorably adjudicated fingerprint check and initiated a NACI with FAA.

(End of Clause)

FAA_00017690