## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *et al.*<br><br>       *Plaintiff Class,*<br><br>    vs.<br><br>PETER BUTTIGIEG, Secretary, U.S.<br>Department of Transportation,<br><br>       *Defendant.* | Case No. 16-cv-2227 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

Please take notice that the undersigned attorney, James C. McGlinchy of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant, in place of Michael Leon Drezner.  Mr. McGlinchy hereby certifies that he is personally familiar with the Local Rules of this Court.

DATED: July 7, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

*/s/ James C. McGlinchy*

Galen N. Thorp (VA Bar No. 75517)
Senior Trial Counsel
Hilarie E. Snyder (D.C. Bar No. 464837)
James C. McGlinchy (D.C. Bar No. 241321)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 305-0593

Facsimile: (202) 616-8460
Email: james.c.mcglinchy@usdoj.gov

*Counsel for Defendant*