IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation., <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF ERIN M. ERHARDT

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), Erin M. Erhardt hereby withdraws her appearance in the above-captioned matter as counsel for Plaintiff, Andrew J. Brigida, and the Class he seeks to represent. The basis for this withdrawal is that Ms. Erhardt is no longer employed with Mountain States Legal Foundation. William E. Trachman, David C. McDonald, D. Sean Nation, and Michael W. Pearson, who have previously entered appearances on behalf of Mr. Brigida and the Plaintiff Class in this matter, will remain as counsel for Plaintiff.

DATED this the 11th day of July 2023.

Respectfully submitted,

*/s/ D. Sean Nation*
D. Sean Nation, GA Bar ID 313022*
*Admitted *Pro Hac Vice*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Tele: (303) 292-2021
snation@mslegal.org

Acknowledged by,

_Andrew J Brigida_ (Digitally signed by Andrew J Brigida, Date: 2023.07.11 10:45:57 -07'00')
_____
Andrew J. Brigida


Acknowledged by,


_____
Matthew L. Douglas-Cook

Acknowledged by,

_____
Andrew J. Brigida

Acknowledged by,

Matt Douglas
_____
Matthew L. Douglas-Cook

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                                  */s/ D. Sean Nation*
                                                  D. Sean Nation
                                                  MOUNTAIN STATES LEGAL FOUNDATION

Case 1:16-cv-02227-DLF   Document 183   Filed 07/11/23   Page 4 of 4