IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class,*<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant.* | No. 16-cv-2227 (DLF) |

### NOTICE OF WITHDRAWAL OF DAVID C. MCDONALD

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), David C. McDonald hereby withdraws his appearance in the above-captioned matter as counsel for Plaintiff Class, Andrew J. Brigida and Matthew L. Douglas-Cook. Good cause for withdrawal exists because Mr. McDonald is leaving employment with Mountain States Legal Foundation as of October 5, 2023. William E. Trachman, D. Sean Nation, and Michael W. Pearson, who have previously entered appearances on behalf of Plaintiff Class in this matter, will remain as counsel for Plaintiff.

DATED this 28th day of September 2023.

        Respectfully submitted,

        */s/ David C. McDonald*
        David C. McDonald, D.D.C. Bar No. CO0079
        MOUNTAIN STATES LEGAL FOUNDATION
        2596 South Lewis Way
        Lakewood, CO 80227
        Tele: (303) 292-2021 | Fax: (877) 349-7074
        dmcdonald@mslegal.org

Signature: *Andrew Brigida*
Andrew Brigida (Sep 27, 2023 12:55 PDT)
Email: andrew.brigida@gmail.com

Acknowledged by,

_____
Andrew J. Brigida

Signature: *MDC*
Matthew Douglas (Sep 28, 2023 11:39 MDT)
Email: mldouglas20@gmail.com

Acknowledged by,

_____
Matthew L. Douglas-Cook

Acknowledged by,

_____
Andrew J. Brigida

Acknowledged by,

Matthew Douglas
_____
Matthew L. Douglas-Cook

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                         */s/ David C. McDonald*
                                         David C. McDonald
                                         MOUNTAIN STATES LEGAL FOUNDATION