IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF ERIN M. ERHARDT

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), Erin M. Erhardt hereby withdraws her appearance in the above-captioned matter as counsel for Plaintiff Class, Andrew J. Brigida and Matthew L. Douglas-Cook. The basis for this withdrawal is that Ms. Erhardt is no longer employed with Mountain States Legal Foundation. D. Sean Nation, William E. Trachman, and Michael W. Pearson, who have previously entered appearances on behalf of Plaintiff Class in this matter, will remain as counsel for Plaintiff Class.

Ms. Erhardt has authorized the undersigned counsel to file this motion requesting an order from this Court granting Ms. Erhardt's request for withdrawal of appearance.

DATED this the 28th day of September 2023.

Respectfully submitted,

*/s/ Erin M. Erhardt* (with permission)
Erin M. Erhardt
7995 E. Mississippi Avenue, #F11
Denver, CO 80247
Tele: (636) 448-0410
eerhardt@nrahq.org

*/s/ D. Sean Nation*
D. Sean Nation, GA Bar ID 313022*
*Admitted *Pro Hac Vice*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Tele: (303) 292-2021 | Fax: (877) 349-7074
snation@mslegal.org

Acknowledged by,

Andrew J Brigida
Digitally signed by Andrew J Brigida
Date: 2023.07.11 10:45:57 -07'00'

_____
Andrew J. Brigida

Acknowledged by,

_____
Matthew L. Douglas-Cook

Acknowledged by,

_____
Andrew J. Brigida


Acknowledged by,

Matt Douglas
_____
Matthew L. Douglas-Cook

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/ D. Sean Nation*
D. Sean Nation
MOUNTAIN STATES LEGAL FOUNDATION