IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>   *Plaintiff Class,*<br><br>   v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>                     *Defendant*. | Civil Action No. 16-cv-2227 (DLF) |

### NOTICE OF ENTRY OF APPEARANCE OF VINCENT J. COLATRIANO

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Vincent J. Colatriano hereby enters his appearance in this action as counsel for Plaintiff Class. The Clerk of the Court is respectfully requested to add Mr. Colatriano's name to the list of attorneys of record. Mr. Colatriano is registered for ECF and will receive copies of filings, notices, and orders electronically.

Mr. Colatriano's contact information is as follows:

Vincent J. Colatriano
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
vcolatriano@cooperkirk.com

DATED this 7th day of December, 2023.

                Respectfully submitted,

                /s/ Vincent J. Colatriano

                Vincent J. Colatriano (DC Bar No. 429562)
                COOPER & KIRK, PLLC
                1523 New Hampshire Avenue, N.W.
                Washington, D.C. 20036
                Telephone: (202) 220-9600
                Fax: (202) 220-9601
                vcolatriano@cooperkirk.com

                *Counsel for Plaintiff Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF VINCENT J. COLATRIANO** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/Vincent J. Colatriano
Vincent J. Colatriano