## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br>    *Plaintiff Class,* <br><br> v. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br>                  *Defendant.* | Civil Action No. 16-cv-2227 (DLF) |

## NOTICE OF ENTRY OF APPEARANCE OF PETER A. PATTERSON

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Peter A. Patterson hereby enters his appearance in this action as counsel for Plaintiff Class. The Clerk of the Court is respectfully requested to add Mr. Patterson's name to the list of attorneys of record. Mr. Patterson is registered for ECF and will receive copies of filings, notices, and orders electronically.

Mr. Patterson's contact information is as follows:

Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
ppatterson@cooperkirk.com

DATED this 21st day of December, 2023.

                              Respectfully submitted,

                              <u>/s/ Peter A. Patterson</u>

                              Peter A. Patterson (DC Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
ppatterson@cooperkirk.com

*Counsel for Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF PETER A. PATTERSON** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                                */s/Peter A. Patterson*
                                                Peter A. Patterson