# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, et al., ) | |
| ) | |
| Plaintiff Class, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2227 (DLF) |
| ) | |
| PETER P.M. BUTTIGIEG, Secretary, U.S. ) Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to Certify Completion of Document Productions, and good cause being shown, it is hereby:

**ORDERED** that Defendant's Motion is GRANTED; and further

**ORDERED** that Defendant may certify that it has substantially completed its document production on or before February 2, 2024.

**SO ORDERED.**

DATED: _____, 2023          _____
                                                                        UNITED STATES DISTRICT JUDGE