UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> v. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## MOTION FOR ATTORNEY SAMUEL D. ADKISSON TO APPEAR *PRO HAC VICE*

Samuel D. Adkisson hereby applies for permission to be admitted as counsel for Plaintiff Class, in the above-entitled matter pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Attorney Samuel D. Adkisson to Appear *Pro Hac Vice*.

The undersigned, Vincent J. Colatriano, is a member in good standing of the bar of this Court, and moves for the admission of Samuel D. Adkisson *pro hac vice*.

DATED this 2nd day of May, 2024.

                                             Respectfully submitted,

                                             /s/ *Vincent J. Colatriano*
                                             Vincent J. Colatriano (D.D.C. Bar No. 429562)
                                             Samuel D. Adkisson (TX Bar No. 24131212)*
                                             COOPER & KIRK, PLLC
                                             1523 New Hampshire Ave., NW
                                             Washington, DC 20036
                                             Tel: (202) 220-9600

Fax: (202) 220-9601
vcolatriano@cooperkirk.com
sadkisson@cooperkirk.com

*On April 30, 2024, the D.C. Court of Appeals' Committee on Admission informed Mr. Adkisson that he had "completed the process with the Committee on Admissions" and "may now hold out that you are entitled to practice law in the District of Columbia." Mr. Adkisson does not yet have a D.C. Bar number, as the process of registering and obtaining a number takes three to four weeks. He intends to apply for admission to the bar of this Court after registering and obtaining the appropriate paperwork from the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically serve notice of the filing on all counsel of record.

                                                             */s/ Vincent J. Colatriano*
                                                             Vincent J. Colatriano