UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class,*<br><br>v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,<br><br>*Defendant.* | No. 16-cv-2227 (DLF) |

**DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY
SAMUEL D. ADKISSON TO APPEAR *PRO HAC VICE***

I, Samuel D. Adkisson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

1. My full name is Samuel Dawson Adkisson.

2. My office address is Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, Northwest, Washington, DC 20036.

3. My office telephone number is (202) 220-9600 and fax number is (202) 220-9601.

4. I am currently admitted to practice before the following courts:

| Jurisdiction | Date of Admittance |
|---|---|
| Supreme Court of Texas \| Bar No. 24131212 | 10/12/2022 |
| Supreme Court of Virginia \| Bar No. 93362 | 12/5/2018 |
| U.S. District Court for the Southern District of Texas | 1/20/2023 |

| | |
|---|---|
| U.S. Court of Appeals for the Sixth Circuit | 11/13/2020 |

5. I am in good standing and eligible to practice before the above-referenced courts to which I am admitted.

6. A Certificate of Good Standing from the State of Texas is attached hereto as Exhibit A.

7. I have never been suspended or disbarred by any court. I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rules or orders or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

8. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

9. I do engage in the practice of law from Cooper & Kirk, PLLC, an office located in the District of Columbia. I applied for admission to the District of Columbia Bar on January 21, 2024. On April 30, 2024, the Committee on Admissions of the District of Columbia Court of Appeals informed me that I had "completed the process with the Committee on Admissions" and that "[p]ursuant to D.C. App. R.46(k) you may now hold out that you are entitled to practice law in the District of Columbia." The process of registering with the District of Columbia Bar and obtaining a license number takes three to four weeks. Upon completion of that process, I intend to apply for admission to the Bar of this Court.

10. I am ready, willing, and able to appear before this Court in person for any and all conferences, arguments, and hearings, as requested by the Court.

11. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom

the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

Vincent J. Colatriano, D.C. Bar No. 429562

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
vcolatriano@cooperkirk.com

Dated: May 2, 2024

Respectfully submitted,

*/s/ Samuel D. Adkisson*

Samuel D. Adkisson (TX Bar No. 24131212)*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
sadkisson@cooperkirk.com

* On April 30, 2024, the D.C. Court of Appeals' Committee on Admission informed Mr. Adkisson that he had "completed the process with the Committee on Admissions" and "may now hold out that you are entitled to practice law in the District of Columbia." Mr. Adkisson does not yet have a D.C. Bar number, as the process of registering and obtaining a number takes three to four weeks. He intends to apply for admission to the bar of this Court after registering and obtaining the appropriate paperwork from the D.C. Bar.