UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al*.<br><br>*Plaintiff Class,*<br><br>vs.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No 16-2227 (DLF) |

## NOTICE OF APPEARANCE

Please take notice that Cameron Silverberg hereby enters his appearance in this case as counsel for Defendant.

Dated:  May 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY NESTLER
Assistant Branch Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 353-9265
Fax:    (202) 616-8470
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*