# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> v. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## MOTION FOR ATTORNEY JOHANNA M. EINTERZ
## TO APPEAR *PRO HAC VICE*

Johanna M. Einterz hereby applies for permission to be admitted as counsel for Plaintiff Class, in the above-entitled matter pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Attorney Johanna M. Einterz to Appear *Pro Hac Vice*.

The undersigned, Vincent J. Colatriano, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 12th day of June, 2024.

                                                Respectfully submitted,

                                                /s/ *Vincent J. Colatriano*
Vincent J. Colatriano (D.D.C. Bar No. 429562)
Johanna M. Einterz (NY Bar No. 3977915)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
vcolatriano@cooperkirk.com
jwebber@cooperkirk.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically serve notice of the filing on all counsel of record.

*/s/ Vincent J. Colatriano*
Vincent J. Colatriano
