UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>　*Plaintiff Class,*<br><br>　v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>　*Defendant.* | No. 16-cv-2227 (DLF) |

**DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY
JOHANNA M. EINTERZ TO APPEAR *PRO HAC VICE***

I, Johanna M. Einterz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

1. My full name is Johanna Marie Einterz.

2. My office address is 14 Forest Avenue, Morris Plains, NJ 07950. The office address of the firm that has retained me as an independent contractor is Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, Northwest, Washington, DC 20036.

3. My office telephone number is 973-723-2769.

4. I am currently admitted to practice before the following Bar(s):

| Jurisdiction | Date of Admittance |
|---|---|
| State of New York \| Bar No. 3977915 | June 11, 2001 |

5. I am in good standing and eligible to practice before the above-referenced bar to which I am admitted.

6. A Certificate of Good Standing from the State of New York is attached hereto as Exhibit A.

7. I have never been suspended or disbarred by any court. I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rules or orders or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

8. I am not currently practicing *pro hac vice* in any other cases in the United States District Court for the District of Columbia, nor have I been admitted *pro hac vice* in this Court within the last two years.

9. I am not a member of the District of Columbia Bar. I am an independent contractor retained by Cooper & Kirk, PLLC to work on this matter, and do not regularly engage in the practice of law in the District of Columbia.

10. I am ready, willing, and able to appear before this Court in person for any and all conferences, arguments, and hearings, as requested by the Court.

11. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

Vincent J. Colatriano, D.C. Bar No. 429562

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
vcolatriano@cooperkirk.com

Dated: June 12, 2024

        Respectfully submitted,

        */s/ Johanna M. Einterz*
        Johanna M. Einterz (NY Bar No. 3977915)
        COOPER & KIRK, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC 20036
        Tel: (202) 220-9600
        Fax: (202) 220-9601
        jwebber@cooperkirk.com