UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class,*<br><br>v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant.* | No. 16-cv-2227 (DLF) |

## [PROPOSED] ORDER GRANTING MOTION FOR ATTORNEY JOHANNA M. EINTERZ TO APPEAR *PRO HAC VICE*

Having reviewed the motion for admission of attorney Johanna M. Einterz, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Johanna M. Einterz is admitted to practice before this Court for the limited purpose of appearing as attorney for Plaintiff Class in this case.

IT IS SO ORDERED this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE