**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW J. BRIGIDA, *et al.*

       *Plaintiff Class,*

   vs.

PETER P.M. BUTTIGIEG, Secretary, U.S.
Department of Transportation,

      *Defendant.*

Civil Action No 16-2227 (DLF)

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Alexandra R. Saslaw hereby enters her appearance in this case as counsel for Defendant.


Dated:  June 13, 2024

                                   Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney General

                                   EMILY NESTLER
                                   Assistant Branch Director

                                   */s/ Alexandra R. Saslaw*
                                   ALEXANDRA R. SASLAW
                                   Trial Attorney (D.C. Bar No. 1618175)
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   Tel.:   (202) 514-4520
                                   Email: Alexandra.R.Saslaw@usdoj.gov

                                   *Counsel for Defendant*