IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>    *Plaintiff Class,*<br><br>    v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>    *Defendant.* | Civil Action No. 16-cv-2227 (DLF) |

**NOTICE OF ENTRY OF APPEARANCE OF JOHANNA M. EINTERZ**

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Johanna M. Einterz hereby enters her appearance in this action as counsel for Plaintiff Class. The Clerk of the Court is respectfully requested to add Ms. Einterz's name to the list of attorneys of record. Ms. Einterz is registered for CM/ECF and will receive copies of filings, notices, and orders electronically.

Ms. Einterz's contact information is as follows:

Johanna M. Einterz
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (973) 723-2769
Fax: (202) 220-9601
jwebber@cooperkirk.com

1

DATED this 11th day of July, 2024.

        Respectfully submitted,

        /s/ Johanna M. Einterz
        Johanna M. Einterz (NY Bar No. 3977915)*
        COOPER & KIRK, PLLC
        1523 New Hampshire Avenue, N.W.
        Washington, D.C. 20036
        Telephone: (973) 723-2769
        Fax: (202) 220-9601
        jwebber@cooperkirk.com

        *Admitted *pro hac vice*

        *Counsel for Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF JOHANNA M. EINTERZ** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/ Johanna M. Einterz*
Johanna M. Einterz