UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>    *Defendant*. | Civil Action No 16-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Hilarie E. Snyder, withdraws her appearance as counsel for Defendant in the above-captioned action. Galen Thorp, Alexandra Saslaw, James McGlinchy, and Cameron Silverberg have entered their appearances and will continue to represent Defendant in this case.

Dated: July 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Director, Civil Division, Federal Programs Branch

*/s/ Hilarie E. Snyder*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Trial Counsel
JAMES McGLINCHY (D.C. Bar No. 241321)
ALEXANDRA R. SASLAW (D.C. Bar 1618175)
CAMERON D. SILVERBERG (D.C. Bar 1780628)
HILARIE E. SNYDER (BAR D.C. Bar 464837)
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20530
Telephone: (202) 305-0747
Facsimile: (202) 616-8470
Email: hilarie.e.snyder@usdoj.gov

*Counsel for Defendant*