UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Adoption of Revised Discovery and Summary Judgment Briefing Schedule, and good cause being shown, it is hereby:

**ORDERED** that the Joint Motion is GRANTED; and further

**ORDERED** that the following revised schedule is adopted:

1. The parties must identify any fact witnesses that they wish to depose on or before **August 12, 2024.**

2. The parties must complete written fact discovery on or before **September 11, 2024**. This deadline shall not apply to the resolution of any disputes between the parties concerning privilege assertions or clawback demands.

3. The parties must complete fact witness depositions on or before **September 26, 2024**.

4. The schedule for expert discovery will be as follows:

    a. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **December 20, 2024**.

    b. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **February 10, 2025**.

    c. Plaintiffs shall serve any rebuttal expert reports on or before **March 21, 2025**.

    d. All experts who provide disclosures pursuant to the above schedule are to be made available for deposition, and all such depositions must be completed on or before **May 12, 2025**.

1

5. The schedule for the filing of summary judgment motions shall be as follows:

   a. Plaintiffs shall file any motion for summary judgment on or before **June 10, 2025**.

   b. Defendant shall file any consolidated opposition to Plaintiffs' summary judgment motion and cross-motion for summary judgment on or before **July 28, 2025**.

   c. Plaintiffs shall file any consolidated opposition to Defendant's summary judgment motion and reply in support of their summary judgment motion on or before **August 25, 2025**.

   d. Defendant shall file any reply in support of its summary judgment motion on or before **September 22, 2025**.

**SO ORDERED**.

DATED: _____, 2024            _____
                                          UNITED STATES DISTRICT JUDGE