UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>    *Defendant.* | Civil Action No 16-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Alexandra R. Saslaw, withdraws her appearance as counsel for Defendant in the above-captioned action. Galen Thorp, James McGlinchy, and Cameron Silverberg have entered their appearances and will continue to represent Defendant in this case.

Dated: September 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Director, Civil Division, Federal Programs Branch

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW (D.C. Bar 1618175)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4520

Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*