AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Andrew J. Brigida, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16-cv-2227 (DLF) |
| Peter P.M. Buttigieg, U.S. Dep't of Transportation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter P.M. Buttigieg, in his official capacity as Secretary of Transportation.

Date:  09/23/2024

/s/ Clayton L. Bailey
*Attorney's signature*

Clayton L. Bailey (Bar No. 1644867)
*Printed name and bar number*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
*Address*

clayton.l.bailey@usdoj.gov
*E-mail address*

(202) 598-1226
*Telephone number*

(202) 616-8470
*FAX number*