UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

PETER P.M. BUTTIGIEG, Secretary,
U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
EXPERT DISCOVERY SCHEDULE**

Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, "Plaintiffs") respectfully move for a modest extension of the schedule governing expert discovery in this matter. Plaintiffs have consulted with Defendant regarding this motion, and Defendant has informed Plaintiffs that Defendant does not oppose the requested extension.

In its August 2, 2024 Minute Order, the Court adopted the parties' proposed revisions to the schedule governing the completion of fact and expert merits discovery and the briefing of summary judgment motions. That revised schedule included deadlines for the parties to produce expert disclosures and to complete expert depositions.[1] It also included a schedule for the briefing of summary judgment motions, under which briefing would begin in June 2025 and end in September 2025.

Since the adoption of the revised schedule, the parties have continued to make progress towards the completion of merits discovery. The parties worked together to schedule and complete the

---

[1] Under the revised schedule, Plaintiffs are to produce their initial expert disclosures by December 20, 2024, Defendant is to produce its expert disclosures by February 10, 2025, Plaintiffs are to produce any rebuttal expert reports by March 21, 2025, and expert depositions are to be completed by May 12, 2025.

1

depositions of fact witnesses, and have, subject to the resolution of remaining issues concerning Defendant's privilege invocations,[2] completed document productions and other written fact discovery.

It has recently become apparent to Plaintiffs, however, that they needed a short extension of the deadlines governing the completion and service of expert disclosures. Plaintiffs therefore proposed to Defendant to extend the current deadlines for the parties' initial disclosures by about 30 days (with some minor adjustments to account for weekends and holidays), and to extend the current deadlines for any rebuttal reports and the completion of expert depositions by less than 30 days. Defendant does not oppose these modest revisions to the expert discovery schedule. Importantly, these revisions do not necessitate any revisions to the schedule for the briefing of summary judgment motions following the completion of expert discovery.

Plaintiffs therefore respectfully request that the Court enter a new scheduling order with the following deadlines:

1. The schedule for expert discovery shall be revised as follows:

    a. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **January 21, 2025**. (The deadline under the current schedule is December 20, 2024.)

    b. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **March 14, 2025**. (The deadline under the current schedule is February 10, 2025.)

    c. Plaintiffs shall serve any rebuttal expert reports on or before **April 15, 2025**. (The deadline under the current schedule is March 21, 2025.)

    d. All experts who provide disclosures pursuant to the above schedule are to be

---

[2] Under the revised schedule adopted by the Court in its Minute Order, the deadline for the completion of written fact discovery did not apply to "any remaining disputes between the parties concerning privilege assertions or clawback demands." As the parties indicated in their Joint Motion seeking the adoption of that revised schedule (Doc. 198), the parties have been working diligently to attempt to resolve their differences regarding Defendants' privilege invocations, or, failing that, to narrow any privilege disputes that might need to be presented to the Court. Joint Motion at 3. While the parties have, since filing the Joint Motion, continued to try, with some success, to narrow their differences, Plaintiffs anticipate that they will likely need to file, in the coming weeks, a motion to compel on this issue.

      made available for deposition, and all such depositions must be completed on or before **May 30, 2025**.  (Under the current schedule, expert discovery is to close by May 12, 2025.)

2. The schedule for the filing of summary judgment motions remains unchanged and shall be as follows:

   a. Plaintiffs shall file any motion for summary judgment on or before **June 10, 2025**.

   b. Defendant shall file any consolidated opposition to Plaintiffs' summary judgment motion and cross-motion for summary judgment on or before **July 28, 2025**.

   c. Plaintiffs shall file any consolidated opposition to Defendant's summary judgment motion and reply in support of their summary judgment motion on or before **August 25, 2025**.

   d. Defendant shall file any reply in support of its summary judgment motion on or before **September 22, 2025**.

A proposed order incorporating the above schedule is attached to this Motion.

DATED: December 5, 2024.

                                                                       */s/ David H. Thompson*
                                           David H. Thompson, DC Bar No. 450503
                                           Vincent J. Colatriano, DC Bar No. 429562
                                           Adam P. Laxalt, DC Bar No. 1670779
                                           Samuel Adkisson, DC Bar No. 90023952
                                           COOPER & KIRK, PLLC
                                           1523 New Hampshire Ave., N.W.
                                           Washington, D.C., 20036
                                           Telephone: (202) 220-9600
                                           Facsimile: (202) 220-9601
                                           Email: vcolatriano@cooperkirk.com

                                           Michael W. Pearson, DC Bar No. 997169
                                           CURRY, PEARSON, & WOOTEN, PLC
                                           814 West Roosevelt
                                           Phoenix, AZ 85007
                                           Telephone: (602) 258-1000
                                           Facsimile: (602) 523-9000
                                           Email: mpearson@azlaw.com

                                           Sean Nation, *pro hac vice*
                                           William E. Trachman, DC Bar No. 502500
                                           MOUNTAIN STATES LEGAL FOUNDATION

2596 South Lewis Way<br>
Lakewood, CO 80227<br>
Telephone: (303) 292-2021<br>
Facsimile: (877) 349-7074<br>
Email: snation@mslegal.org

*Counsel for Plaintiff Class*

5

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served by e-mail on counsel for Defendant on December 5, 2024.

                                            /s/ *Vincent J. Colatriano*
                                            Vincent J. Colatriano