## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al*.,

          *Plaintiff Class*,

   vs.

PETER P.M. BUTTIGIEG, Secretary,
U.S. Department of Transportation,

          *Defendant*.

No. 16-cv-2227 (DLF)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Expert Discovery Schedule, and good cause being shown, it is hereby:

**ORDERED** that the Unopposed Motion is GRANTED; and further

**ORDERED** that the following revised schedule is adopted:

1. The schedule for expert discovery shall be as follows:

    a. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **January 21, 2025**.

    b. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due on or before **March 14, 2025**.

    c. Plaintiffs shall serve any rebuttal expert reports on or before **April 15, 2025**.

    d. All experts who provide disclosures pursuant to the above schedule are to be made available for deposition, and all such depositions must be completed on or before **May 30, 2025**.

2. The schedule for the filing of summary judgment motions shall remain as follows:

    a. Plaintiffs shall file any motion for summary judgment on or before **June 10, 2025**.

    b. Defendant shall file any consolidated opposition to Plaintiffs' summary judgment motion and cross-motion for summary judgment on or before **July 28, 2025**.

1

c.  Plaintiffs shall file any consolidated opposition to Defendant's summary judgment motion and reply in support of their summary judgment motion on or before **August 25, 2025**.

d.  Defendant shall file any reply in support of its summary judgment motion on or before **September 22, 2025**.

**SO ORDERED**.

DATED: _____, 2024

_____
UNITED STATES DISTRICT JUDGE