UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class,*

vs.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,

    *Defendant.*

No. 16-cv-2227 (DLF)

---

**MOTION FOR ADMISSION OF ATTORNEY
GRADY J. BLOCK TO APPEAR *PRO HAC VICE***

---

    Grady J. Block hereby applies for permission to appear and participate as counsel for Plaintiffs, in the above-entitled matter pursuant to LCvR 83.2(c) and (d) of the Local Rules for the United States District Court for the District of Columbia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney Grady J. Block to Appear *Pro Hac Vice*.

    The undersigned, William E. Trachman, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 17th day of December 2024.

        Respectfully submitted,

        */s/ William E. Trachman*
        William E. Trachman (D.D.C. Bar No. 502500)
        Grady J. Block (CO Bar No. 55085) *
        *(*pro hac vice* application pending)
        MOUNTAIN STATES LEGAL FOUNDATION
        2596 South Lewis Way
        Lakewood, Colorado 80227
        Tel: (303) 292-2021
        Fax: (877) 349-7074
        wtrachman@mslegal.org
        gblock@mslegal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically serve notice of the filing on all counsel of record.

*/s/ William E. Trachman*
William E. Trachman