UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class,*

vs.

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,

    *Defendant.*

No. 16-cv-2227 (DLF)

---

**DECLARATION IN SUPPORT OF MOTION REQUESTING ADMISSION OF ATTORNEY GRADY J. BLOCK TO APPEAR *PRO HAC VICE***

---

I, Grady J. Block, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following information is true, correct, and accurate:

1. My full name is Grady Johnson Block.

2. My office address is 2596 South Lewis Way, Lakewood, Colorado 80227.

3. My office telephone number is (303) 292-2021.

4. I am currently admitted to practice before the following courts:

| Jurisdiction | Date of Admittance |
|---|---|
| Colorado<br>Bar No. 55085 | 10/15/2020 |
| Texas<br>Bar No. 24120616 | 10/29/2020 |
| Oklahoma<br>Bar No. 34915 | 11/08/2021 |
| U.S. District Court for the District of Colorado U.S. Court of Appeals | 01/08/2024 |

| | |
|---|---|
| for the Tenth Circuit | 05/14/2024 |
| U.S. Court of Appeals for the Eighth Circuit | 06/11/2024 |

5. I am in good standing and eligible to practice before the above-referenced courts to which I am admitted. I recently appeared in *Young v. Colorado Department of Corrections et al*, Case No. 23-cv-01688, in the U.S. District Court for Colorado. Colorado is a state I regularly practice in.

6. A Certificate of Good Standing from the State of Colorado is attached hereto as Attachment 1. Additionally, a Certificate of Good Standing from the State of Texas is attached hereto as Attachment 2.

7. I have never been suspended or disbarred by any court. I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rules or orders or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents.

8. I am not currently practicing pro hac vice in any other cases in the United States District Court for the District of Columbia, nor have I been admitted pro hac vice in this Court within the last two years.

9. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

10. I am ready, willing, and able to appear before this Court in person for any and all conferences, arguments, and hearings, as requested by the Court.

11. I am associated with the following attorney who is a member of the Bar of this Court, who has the authority to act as attorney of record for all purposes in this case, with whom the Court and

opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

    William E. Trachman, Esq., D.C. Bar No. 502500
    Mountain States Legal Foundation
    2596 South Lewis Way
    Lakewood, Colorado 80227
    Tel: (303) 292-2021
    wtrachman@mslegal.org

DATED: December 17, 2024.

                                            Respectfully submitted,

                                            /s/ Grady J. Block
                                            Grady J. Block (CO Bar No. 55085) *
                                            *(*pro hac vice* application pending)
                                            MOUNTAIN STATES LEGAL FOUNDATION
                                            2596 South Lewis Way
                                            Lakewood, Colorado 80227
                                            Tel: (303) 292-2021
                                            Fax: (877) 349-7074
                                            gblock@mslegal.org