**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class,*

vs.                                                                           No. 16-cv-2227 (DLF)

PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation.,

    *Defendant.*

---

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GRADY J. BLOCK TO APPEAR *PRO HAC VICE*

---

Having reviewed the motion for admission of attorney Grady J. Block, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Grady J. Block is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Plaintiffs.

IT IS SO ORDERED this ____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE
