UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>    *Plaintiff Class*,<br><br>    vs.<br><br>PETER P.M. BUTTIGIEG, Secretary,<br>U.S. Department of Transportation,<br><br>    *Defendant*. | No. 16-cv-2227 (DLF) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF D. SEAN NATION**

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), D. Sean Nation hereby withdraws his appearance in the above-captioned matter as counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, the "Plaintiff Class"). The basis for this withdrawal is that Mr. Nation is no longer employed with Mountain States Legal Foundation. William E. Trachman, Michael W. Pearson, David H. Thompson, Vincent J. Colatriano, Samuel D. Adkisson, and Johanna M. Einterz, who have previously entered appearances on behalf of the Plaintiff Class in this matter, will continue as counsel for the Plaintiff Class. Mr. Nation has authorized the undersigned counsel to file this notice of withdrawal of appearance on his behalf, and Mr. Brigida and Mr. Douglas-Cook have signed the below acknowledgements of Mr. Nation's withdrawal of his appearance.

DATED: December 20, 2024

Respectfully submitted,

*/s/ D. Sean Nation* (with permission)
D. Sean Nation, *pro hac vice*
Sedalia, Colorado
dsnation@gmail.com

1

/s/ Vincent J. Colatriano
Vincent J. Colatriano, DC Bar No. 429562
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: vcolatriano@cooperkirk.com

*Counsel for Plaintiff Class*

Acknowledged by,

Andrew J. Brigida (Dec 20, 2024 14:42 EST)
Andrew J. Brigida

Acknowledged by,

Matthew L. Douglas-Cook (Dec 20, 2024 15:16 MST)
Matthew L. Douglas-Cook

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by e-mail on counsel for Defendant on December 20, 2024.

/s/ *Vincent J. Colatriano*
Vincent J. Colatriano