UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class*, <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, <br><br> *Defendant*. | No. 16-cv-2227 (DLF) |

## **UNOPPOSED MOTION FOR EXTENSION FOR JOINT STATUS REPORT**

Defendant Peter P.M. Buttigieg, in his official capacity as Secretary of Transportation ("Defendant" or the "FAA") respectfully submits this unopposed motion for extension of the deadline for filing a joint status report which is currently due January 6, 2024. An 11-day extension through January 17, 2025, would enable the parties to more efficiently present any remaining issues to the Court. Undersigned counsel conferred with Plaintiffs' counsel on January 2, 2024, who stated that Plaintiffs do not oppose this motion.

In a Minute Order entered on December 21, 2024, the Court set a January 6, 2024 deadline for the parties to submit a joint status report "that summarizes the remaining discovery issues in 8-10 pages per side" and to provide a subset of documents from the privilege log for in camera review "if the parties agree that it would be helpful for the Court to review" them. *See* Minute Order, Dec. 21, 2024.

There is good cause for the Court to grant this motion. Undersigned counsel for Defendants has been out of the office on personal leave for almost the entirety of the time since entry of the Court's order, and any time in the office has been spent on urgent deadlines in other matters. Similarly, other members of the litigation team, including agency counsel for the Federal Aviation Administration has been out on leave for most of this time. Accordingly, the parties have not been in a position to exchange

1

drafts of the joint status report, or determine which (if any) documents should be provided for in camera review. The brief extension will enable the parties to complete their negotiations and determine whether any disputes can be further narrowed.

Defendant therefore respectfully requests that the Court grant an extension through January 17, 2025 for the joint status report, and set a telephonic status conference at the Court's convenience after that point.

Dated: January 2, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (VA Bar No. 75517)
Senior Trial Counsel
CLAYTON L. BAILEY (D.C. BAR 1644867)
JAMES C. McGLINCHY (D.C. BAR 241321)
CAMERON D. SILVERBERG (D.C. Bar No. 1780628)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by e-mail on counsel for Defendant on January 2, 2025.

                                                */s/ Galen N. Thorp*
                                                Galen N. Thorp