THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, et al., | ) |
| Plaintiff Class, | ) |
| v. | ) Civil Action No. 16-cv-2227 (DLF) |
| PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for Extension for Joint Status Report, and good cause being shown, it is hereby:

**ORDERED** that Defendant's Motion is GRANTED; and further

**ORDERED** that the parties shall file their Joint Status Report called for by the Court's December 21, 2024 Minute Order on or before January 17, 2025.

**SO ORDERED.**

DATED: _____, 2025      _____
                                     UNITED STATES DISTRICT JUDGE