# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class,* <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation., <br><br> *Defendant.* | No. 16-cv-2227 (DLF) |

## NOTICE OF ENTRY OF APPEARANCE OF GRADY J. BLOCK

To the Clerk of the Court and all parties of record:

Pursuant to LCvR 83.6(a), Grady J. Block, hereby enters his appearance in this action as counsel for Plaintiff Class. The Clerk of the Court is respectfully requested to add Mr. Block's name to the list of attorneys of record. Mr. Block is registered for ECF and will receive copies of filings, notices, and orders electronically.

Mr. Block's contact information is as follows:

Grady J. Block
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
gblock@mslegal.org

DATED this 6th day of January 2025.

Respectfully submitted,

*/s/ Grady J. Block*

Grady J. Block, CO Bar ID: 55085*
*Admitted *Pro Hac Vice*
William E. Trachman, D.C. Bar ID: 502500 and
 D.D.C. Bar ID: CO0097
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(877) 349-7074 (facsimile)
gblock@mslegal.org
wtrachman@mslegal.org

*Attorneys for Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF GRADY J. BLOCK** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                                */s/ Grady J. Block*
                                                Grady J. Block