UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA and MATTHEW L. DOUGLAS-COOK,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETER P.M. BUTTIGIEG, Secretary, U.S. Department of Transportation,<br><br>*Defendant.* | Civil Action No. 16-2227 (DLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, James C. McGlinchy, withdraws his appearance as counsel for Defendant in the above-captioned action. Galen Thorp, Clayton Bailey, and Cameron Silverberg have entered their appearances and will continue to represent Defendant in this case.

Dated: January 10, 2025        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Director, Civil Division, Federal Programs Branch

*/s/ James C. McGlinchy*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Trial Counsel
CLAYTON LOUIS BAILEY (D.C. Bar No. 1644867)
JAMES McGLINCHY (D.C. Bar No. 241321)
CAMERON D. SILVERBERG (D.C. Bar No. 1780628)
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20530
Telephone: (202) 305-0593
Facsimile: (202) 616-8470
Email: James.C.McGlinchy@usdoj.gov

*Counsel for Defendant*