# EXHIBIT 1

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **1. Deliberative Process Privilege Generally** |
| 1 | Yes | 3D_PARTY_002038 | 3D_PARTY_002038_002 | 3D_PARTY_002038 | 3D_PARTY_002038_002 | 0000000038574A94086B9A489E3FF376E97581D484072000.MSG | Lamont.Virgil@faa.gov | RE: Pre brief | Mamie.Mallory@faa.gov;JScott@APTMetrics.com;Rickie.Cannon@faa.gov;Renee.Coates@faa.gov;Jerry.Mellody@faa.gov;bfleener@APTMetrics.com | Lamont.Virgil@faa.gov | Humberto.Ruiz@faa.gov;Yvette.Armstead@faa.gov;Courtney.Wilkerson@faa.gov;jlouttz@aol.com;Paul J. Hanges [phanges@umd.edu] | 12/21/2015 | Redacted | Deliberative Process Privilege | Email communication among FAA personnel and FAA Contractors (Scott, Fleener, Hanges) regarding meeting with OIG and compilation of data for OIG about controller hiring. Communications were generated prior to completing the report and were drafted to assist decision makers with the OIG report and FAA response. The communications reflect the give and take of decision making regarding the drafting of the OIG report. |
| 2 | Yes | 3D_PARTY_002129 | 3D_PARTY_002129 | 3D_PARTY_002129 | 3D_PARTY_002130 | 0000000038574A94086B9A489E3FF376E97581D4840E2000.MSG | Mamie.Mallory@faa.gov | FW: 2101 Barrier Analysis | James.Goelz@faa.gov; abe.castillo@faa.gov;Lauren.Adams@faa.gov;Steve.Bestwick@faa.gov | Mamie.Mallory@faa.gov | jlouttz@aol.com;Paul J. Hanges [phanges@umd.edu] | 7/22/2015 | Withheld | Deliberative Process Privilege | Email chain among FAA Contractors (Outtz, Hanges) and FAA Personnel reflecting deliberations regarding information to consider for a Barrier Analysis for job series 2101. The communications were generated prior to the completion of any Analysis. The comments were prepared to assist decision makers in compiling a potential analysis. They reflect the give and take of decision making regarding for the Barrier Analysis. |
| 3 | No | 3D_PARTY_002389 | 3D_PARTY_002389 | 3D_PARTY_002389 | 3D_PARTY_002390 | 0000000038574A94086B9A489E3FF376E97581D404142000.MSG | Paul Hanges | Re: FW: Draft Report - Controller Hiring Policy | Mamie.Mallory@faa.gov | Paul Hanges [phanges@umd.edu] | Courtney.Wilkerson@faa.gov;<Yvette.Aine@faa.gov> [Yvette.Aine@faa.gov] | 11/4/2016 | Withheld | Deliberative Process Privilege | OIG draft report and discussion of that draft for FAA response. |
| 3 | Yes | 3D_PARTY_002390 | 3D_PARTY_002390 | 3D_PARTY_002389 | 3D_PARTY_002390 | Controller Hiring Policy - Draft Report_signed Hanges edits.pdf | JA-10 | | | | | 11/4/2016 | Withheld | Deliberative Process Privilege | OIG draft report and discussion of that draft for FAA response. |
| 4 | Yes | FAA_00107109 | FAA_00107110 | FAA_00107109 | FAA_00107110 | 0000000032C00C6B7DD3AE4493B98085339093DAA4252000.MSG | Kominoth, Christina (FAA) | RE: FAA Discussion about the TIGER Team | Williams, Adrienne M <OIG> [adrienne.williams@oig.dot.gov] | Kominoth, Christina (FAA) [Christina.Kominoth@faa.gov] | | 3/21/2016 | Withheld | Deliberative Process Privilege | Email chain among FAA and OIG personnel reflecting confidential pre-decisional deliberations regarding controller hiring process. |
| 5 | No | FAA_00115191 | FAA_00115191 | FAA_00115191 | FAA_00115225 | 00000000CC4E1A13A3C0F944919CA5503A8F29DD04A32000.MSG | Broach, Dana (FAA) | INFO: Manuscript of study, as requested, on success rates in ATCS field facility training by recruitment source | Huddle, Benjamin R <OIG> [benjamin.huddle@oig.dot.gov] | Broach, Dana (FAA) [dana.broach@faa.gov] | | 3/25/2015 | Withheld | Deliberative Process Privilege | Confidential communication between FAA personnel and OIG for the purpose of responding to OIG request regarding ATCS training. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Yes | FAA_00 115192 | FAA_00 115225 | FAA_00 115191 | FAA_00 115225 | Analysis of Facility Training Outcomes by Recruitment Source (v7.0).pdf | AVS Enterprise | | | | | 3/6/2015 | Withheld | Deliberative Process Privilege | Confidential document attached to email between FAA Personnel (Dana Broach) and OIG (Benjamin Huddle) concerning manuscript submitted for publication about ATCS. |
| 6 | No | FAA_00 635278 | FAA_00 635278 | FAA_00 635278 | FAA_00 635318 | INFORMATION: Data Analysis Report for New Hires FY2006-2010.msg | | INFORMATION: Data Analysis Report for New Hires FY2006-2010 | robert.a.romich@oig.dot.gov | Terry Craft <terry.craft@faa.gov> | Anthony Gagliardo <Anthony.Gagliardo@faa.gov> | 4/2/2012 | Withheld | Deliberative Process Privilege | Email chain between FAA personnel reflecting confidential response to OIG concerning data analysis report for new hires. |
| 6 | Yes | FAA_00 635279 | FAA_00 635318 | FAA_00 635278 | FAA_00 635318 | 2006 -2010 New Hire Analysis Report FINAL.pdf | Terry | | | | | 3/7/2012 | Withheld | Deliberative Process Privilege | Draft PDF document attached to email chain among FAA personnel reflecting pre-decisional deliberations regarding response to OIG about Data analysis report for new hires. |
| 7 | No | FAA_00 650459 | FAA_00 650459 | FAA_00 650459 | FAA_00 650461 | 0000000002AC5DE0 81F92D4D9A28389D 705800AC84282000. MSG | Williams, Adrienne M <OIG> | RE: Requested Items from Meeting this morning. | Mamie Mallory [mamie.mallory@faa.dot.gov];Sanusi, Tola (FAA) [Tola.Sanusi@faa.gov] | Williams, Adrienne M <OIG> [adrienne.williams@oig.dot.gov] | | 8/25/2015 | Withheld | Deliberative Process Privilege | Withheld document reflects pre-decisional deliberations regarding draft response to OIG investigation. |
| 7 | Yes | FAA_00 650460 | FAA_00 650460 | FAA_00 650459 | FAA_00 650461 | FAA Statement in APT Metrics Extension.pdf | | | | | | 8/25/2015 | Withheld | Deliberative Process Privilege | Withheld document is copy of FAA document attached by OIG to email chain seeking information for purpose of OIG investigation, which collectively constitute pre-decisional deliberations. |
| 8 | Yes | FAA_00 656157 | FAA_00 656157 | FAA_00 656157 | FAA_00 656161 | 0000000048EE2A1E3 069E04591CDD2E3F 520E30384712000.MSG | Giordano, Lisa (FAA) | VALIDATION: New Numbers Request | Mitchell, Rick (FAA) [Rick.Mitchell@faa.gov] | Giordano, Lisa (FAA) [Lisa.Giordano@faa.gov] | | 4/5/2016 | Withheld | Deliberative Process Privilege | Email chain between FAA and OIG personnel reflecting confidential pre-decisional deliberations related to requests for information by OIG regarding FAA ATCS hiring. |
| 8 | Yes | FAA_00 656158 | FAA_00 656158 | FAA_00 656157 | FAA_00 656161 | ATC OIG Data (4-5-16).xlsx | FAA/DOT | | | | | 4/5/2016 | Withheld | Deliberative Process Privilege | Spreadsheet attachment to email chain between FAA and OIG personnel reflecting confidential pre-decisional deliberations related to requests for information by OIG regarding FAA ATCS hiring |
| 8 | Yes | FAA_00 656159 | FAA_00 656159 | FAA_00 656157 | FAA_00 656161 | HIR SUM FY14 as of 09-20-14 PP20_Final.xlsx | Daugherty, Bill (FAA) | | | | | 10/7/2014 | Withheld | Deliberative Process Privilege | Spreadsheet attachment to email chain between FAA and OIG personnel reflecting confidential pre-decisional deliberations related to requests for information by OIG regarding FAA ATCS hiring |
| 9 | No | FAA_00 680594 | FAA_00 680594 | FAA_00 680594 | FAA_00 680685 | Barrier Analysis Requested Documents | Mallory, Mamie (FAA) | Barrier Analysis Requested Documents | Williams, Adrienne M <OIG> [adrienne.williams@oig.dot.gov] | Mallory, Mamie (FAA) [Mamie.Mallory@faa.gov] | Sanusi, Tola (FAA) [tola.sanusi@faa.gov] | 7/27/2015 | Withheld | Deliberative Process Privilege | FAA response to OIG request for information, reflecting confidential pre-decisional deliberations regarding draft report about Barrier Analysis. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Yes | FAA_00 680640 | FAA_00 680640 _0008 | FAA_00 680594 | FAA_00 680685 | MD 715 Congressional.pdf | | | | | | 7/27/2015 | Withheld | Deliberative Process Privilege | Attachment to email from FAA employee responding to OIG regarding documents and information requested by OIG; release would reveal OIG's confidential pre-decisional deliberations regarding its investigation. |
| 9 | No | FAA_00 831526 | FAA_00 831526 | FAA_00 831526 | FAA_00 831550 | 000000008E960E921 4EFE947A1EB2BE9C ABF565624592000. MSG | Mallory, Mamie (FAA) | Barrier Analysis Requested Documents | Williams, Adrienne M <OIG> [adrienne.williams@oig.dot.gov] | Mallory, Mamie (FAA) [Mamie.Mallory@faa.gov] | Sanusi, Tola (FAA) [Tola.Sanusi@faa.gov] | 7/27/2015 | Withheld | Deliberative Process Privilege | Confidential email chain between FAA Personnel and OIG Personnel for the purposes of providing documents pretaining to predecisional deliberations regarding the barrier analysis and responding to OIG request. |
| 9 | Yes | FAA_00 831527 | FAA_00 831527 | FAA_00 831526 | FAA_00 831550 | Outtzassociates.pdf | | | | | | 7/24/2015 | Withheld | Deliberative Process Privilege | Confidential document attached to email chain between FAA Personnel and OIG Personnel for the purposes of providing documents pretaining to predecisional deliberations regarding the barrier analysis and responding to OIG request. |
| 9 | Yes | FAA_00 831547 | FAA_00 831547 | FAA_00 831526 | FAA_00 831550 | Briefing on Barrier Analysis to Senate Aviation Subcommittee Staff 6.4.14.pptx | MTONEY | | | | | 6/3/2014 | Withheld | Deliberative Process Privilege | Confidential document attached to email chain between FAA Personnel and OIG Personnel for the purposes of providing documents pretaining to predecisional deliberations regarding the barrier analysis and responding to OIG request. |
| 10 | Yes | FAA_00 829081 | FAA_00 829081 | FAA_00 829081 | FAA_00 829081 | 0000000090D8EC84 54ED3A4BB7B40659 502DB0D124C22200. MSG | Brandon Fleener | RE: OIG Request for FY 14 ATCS Academy RNO Data | Lamont.Virgil@faa.gov ;John C Scott [JScott@APTMetrics.com] | Brandon Fleener [bfleener@APTMetrics.com] | | 11/19/2015 | Withheld | Deliberative Process Privilege | Confidential pre-decisional deliberations between FAA and OIG for the purposes of obtaining information in response to a request for demographic data. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | No | FAA_00 874672 | FAA_00 874673 | FAA_00 874672 | FAA_00 874700 | Fw: Materials for 12/3 Business Council.msg | | Fw: Materials for 12/3 Business Council | Dabre, Ayisha (FAA) <Ayisha.Dabre@faa.gov>; Snow, Joanne (FAA) <Joanne.Snow@faa.gov>; Elliott, Lance (FAA) <Lance.Elliott@faa.gov>; House, Mark (FAA) <Mark.House@faa.gov>; Coppedge, Michelle (FAA) <Michelle.Coppedge@faa.gov>; McNall, Pat (FAA) <pat.mcnall@faa.gov>; Towles, Ray (FAA) <Ray.Towles@faa.gov>; Amereihn, Tina (FAA) <tina.amereihn@faa.gov> | Wassmer, Victoria (FAA) <Victoria.Wassmer@faa.gov> | Rice, Linda J (FAA) <Linda.J.Rice@faa.gov> | 12/3/2013 | Released | Not Privileged | |
| 11 | Yes | FAA_00 874674 | FAA_00 874674 | FAA_00 874672 | FAA_00 874700 | EC Meeting Minutes 11-25-13 v2.docx | Lindsey Padrino | | | | | 11/27/2013 | Withheld | Deliberative Process Privilege | Withheld material is predecisional deliberation about Strategic Initiatives |
| 11 | Yes | FAA_00 874675 | FAA_00 874678 | FAA_00 874672 | FAA_00 874700 | BC Meeting Minutes 11-18-13 draft_v2.docx | Lindsey Padrino | | | | | 11/26/2013 | Redacted | Deliberative Process Privilege | Redacted material is predecisional deliberation about Strategic Initiatives |
| 12 | No | FAA_00 881547 | FAA_00 881548 | FAA_00 881547 | FAA_00 881619 | 000000004B40BC36 0AEFEA4EB3628848 85B535BCA44F2000. MSG | Kominoth, Christina (FAA) | FW: Briefing book for FAA Chief of Staff: Request for Updates | McFall, John H (FAA) [John.H.McFall@faa.gov] | Kominoth, Christina (FAA) [Christina.Kominoth@faa.gov] | | 2/2/2016 | Released | Not Privileged | |
| 12 | Yes | FAA_00 881596 | FAA_00 881596 | FAA_00 881547 | FAA_00 881619 | 42 Air Traffic Control Optimum Training Solution.docx | clare.doherty | | | | | 5/23/2013 | Withheld | Deliberative Process Privilege | Confidential document attached to forwarded email chain between FAA Personnel Christina Kominoth and John McFall. Document includes internal information related to a briefing book for FAA chief of staff. FAA Deputy Director requested AHR to review, provide updates, and add topics to this. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Yes | FAA_00 881637 | FAA_00 881637 | FAA_00 881637 | FAA_00 881638 | 000000004B40BC36 0AEFEA4EB3628848 85B535BCC46F2000. MSG | Aine, Yvette (FAA) | OIG response | Williams, Harnetta (FAA) [harnetta.williams@faa.gov];Barham, Wilbur (FAA) [wilbur.barham@faa.gov] | Aine, Yvette (FAA) [Yvette.Aine@faa.gov] | | 2/12/2016 | Withheld | Deliberative Process Privilege | Confidential communications that are part of predecisional deliberations regarding responding to OIG investigation of controller hiring. |
| 14 | No | FAA_00 891083 | FAA_00 891084 | FAA_00 891083 | FAA_00 891120 | 16B059411212F12D 85257830004B9B06. MSG | Sasha J Johnson | Re: Briefing book | Sandra Alvarez [Sandra.Alvarez@faa.gov] | Sasha J Johnson [Sasha.J.Johnson@faa.gov] | | 2/7/2011 | Released | Not Privileged | |
| 14 | Yes | FAA_00 891105 | FAA_00 891105 | FAA_00 891083 | FAA_00 891120 | #13 - Operational Errors v3.doc | eric.beightel | | | | | 2/4/2011 | Withheld | Deliberative Process Privilege | Draft briefing book entry about irrelevant topic; withheld as confidential pre-decisional deliberation. |
| | | | | | | | | II. Deliberative Process Privilege and Law Enforcement Privilege | | | | | | | |
| 15 | Yes | FAA_00 668313 | FAA_00 668313 | FAA_00 668241 | FAA_00 668493 | FW INFORMAITON REQUEST | | FW INFORMAITON REQUEST | Andrews, Annie B (FAA) | Zschiesche, Joseph M <OIG> | Sherman, Floyd D <OIG>, Hampton, Matthew E <OIG>, Cannon, Rickie (FAA), Olson, Bradley (FAA) | 10/3/2016 | Withheld | Deliberative Process Privilege; Law Enforcement Privilege | Withheld document is part of OIG investigation into cheating allegations regarding controller hiring in 2014; the document is pre-decisional in that it predates the conclusion of the investigation; it reflects steps taken in the investigation in order to inform deliberations. |
| 16 | Yes | FAA_00 671936 | FAA_00 671936 | FAA_00 671936 | FAA_00 671936 | Alleged Cheating Update 201506122.docx | Akgun, Atilla (FAA) | | | | | 7/2/2015 | Withheld | Deliberative Process Privilege; Law Enforcement Privilege | Withheld document is part of ASH civil investigative file regarding potential disciplinary action against FAA employee. Production of this material would disclose confidential enforcement techniques, identify confidential sources, and/or compromise the integrity of future investigations. The document is pre-decisional in that it predates the conclusion of the investigation; it reflects the give and take of decision making and assisted the decisionmakers in determining whether disciplinary or other action was necessary against an FAA employee. |
| | | | | | | | | III. Attorney Client and Work Product Privileges Regarding Barrett & Associates Report | | | | | | | |
| 17 | No | FAA_00 127366 | FAA_00 127366 | FAA_00 127366 | FAA_00 127560 | Fw: ACTION: Review of Barrier Analysis Report for ATCS Centralized Hiring Process.msg | | Fw: ACTION: Review of Barrier Analysis Report for ATCS Centralized Hiring Process | delia.d.stephens@faa.gov | rickie.cannon@faa.gov | | 11/13/2012 | Released | Not Privileged | |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Yes | FAA_00 127367 | FAA_00 127560 | FAA_00 127366 | FAA_00 127560 | BA_Final Report 8 for Distribution.pdf | PSYC | Dr. James L. Outtz \| Dr. Paul J. Hanges | | | | 11/1/2012 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Redacted portion of document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the AT-SAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, reflecting legal impressions of counsel regarding that anticipated litigation. |
| 18 | Yes | FAA_00 362733 | FAA_00 362741 | | | | | Contract Proposal, and completion of the FAA Request for Offer form and the Business Declaration Form | Marilyn K. Hampton | Gary Roos, PhD | | 1/2/2001 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Redacted portion of document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the AT-SAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, and reflects impressions of counsel regarding that anticipated litigation. |
| 19 | Yes | FAA_00 682727 | FAA_00 682727 | FAA_00 682528 | FAA_00 682921 | Final Report for AT-SAT Vulnerability Assessme.doc | GVB | | | | | 7/9/2001 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Withheld document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the AT-SAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, reflecting legal impressions of counsel regarding that anticipated litigation. |
| 20 | Yes | FAA_00 684406 | FAA_00 684421 | FAA_00 684406 | FAA_00 684421 | TU Brownbag Materials.doc | AVS Enterprise | | | | | 3/5/2013 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Redacted portion of document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the ATSAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, reflecting legal impressions of counsel regarding that anticipated litigation. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Yes | FAA_00 685562 | FAA_00 685611 | FAA_00 685562 | FAA_00 685612 | Revised Nav Canada Briefing Tech Training.ppt.pptx | MTONEY | | | | | 4/22/2014 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Redacted portion of document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the AT-SAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, reflecting legal impressions of counsel regarding that anticipated litigation. |
| 22 | No | FAA_00 843068 | FAA_00 843068 | FAA_00 843068 | FAA_00 843285 | response to Barrier Analysis draft report | | response to Barrier Analysis draft report | "Manning, Carol (FAA)" <carol.manning@faa.gov>; "Chidester, Thomas (FAA)" <thomas.chidester@faa.gov> | Kate Bleckley <kate.bleckley@faa.gov> | "Byrne, Cristina (FAA)" <cristina.byrne@faa.gov>; "Broach, Dana (FAA)" <dana.broach@faa.gov> | 8/8/2012 | Released | Not Privileged | |
| 22 | Yes | FAA_00 843281 | FAA_00 843285 | FAA_00 843068 | FAA_00 843285 | BA comments .doc | Kate Bleckley | | | | | 10/12/2016 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Redacted portion of document reflects confidential legal advice provided by counsel (Gerald Barrett) regarding the potential use of the AT-SAT in FAA hiring, was prepared at the direction of counsel in order to provide legal advice regarding the potential use of the AT-SAT in FAA hiring, and was prepared in anticipation of litigation regarding the potential use of the AT-SAT in FAA hiring, reflecting legal impressions of counsel regarding that anticipated litigation. |
| | | | | | | **IV. Attorney Client and/or Work Product Privileges Generally** | | | | | | | | | |
| 23 | Yes | 3D_PARTY_001987 | 3D_PARTY_001987 | 3D_PARTY_001987 | 3D_PARTY_001987 | 0000000038574A94086B9A489E3FF376E97581D4C4022000.MSG | Paul J. Hanges | Re: PRIVILEGED ATTORNEY WORK-PRODUCT: ATC Validation Summary | Brandon Fleener [bfleener@aptmetrics.com] | Paul J. Hanges [phanges@umd.edu] | Humberto.Ruiz@faa.gov | 7/8/2016 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Counsel (Humberto Ruiz) and FAA Contractors (Paul Hanges, Brandon Fleener) for the purpose of providing or obtaining legal advice regarding the ATC validation. Additionally, these communications were made in anticipation of litigation and reflect attorneys' mental impressions, conclusions, opinions, or legal theories. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Yes | 3D_PARTY_001988 | 3D_PARTY_001988 | 3D_PARTY_001988 | 3D_PARTY_001988 | 0000000038574A94086B9A489E3FF376E97581D4E4022000.MSG | Paul J. Hanges | Re: PRIVILEGED ATTORNEY WORK-PRODUCT: Validation Results | Brandon Fleener [bfleener@aptmetrics.com] | Paul J. Hanges [phanges@umd.edu] | Humberto.Ruiz@faa.gov | 7/8/2016 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Counsel (Humberto Ruiz) and FAA Contractors (Paul Hanges, Brandon Fleener) for the purpose of providing or obtaining legal advice regarding the ATC validation. Additionally, these communications were made in anticipation of litigation and reflect attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 25 | Yes | 3D_PARTY_001995 | 3D_PARTY_001995_0003 | 3D_PARTY_001995 | 3D_PARTY_001995_0003 | 0000000038574A94086B9A489E3FF376E97581D4A4032000.MSG | Brandon Fleener | RE: Validation Results | Paul J. Hanges [phanges@umd.edu] | Brandon Fleener [bfleener@APTMetrics.com] | | 7/5/2016 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Contractors (Hanges, Fleener) regarding ATC validation. The communications were made in furtherance of a request by FAA Counsel for the purpose of providing legal advice to the FAA regarding controller hiring. Additionally, the communications were made in anticipation of litigation regarding ATC hiring/validation. |
| 26 | Yes | 3D_PARTY_002064 | 3D_PARTY_002064 | 3D_PARTY_002064 | 3D_PARTY_002064 | 0000000038574A94086B9A489E3FF376E97581D444092000.MSG | Paul J. Hanges | Re: ATTORNEY-CLIENT PRIVILEGE: Data from recent ATC selection process | Brandon Fleener [bfleener@APTMetrics.com] | Paul J. Hanges [phanges@umd.edu] | Jerry.Mellody@faa.gov;Humberto.Ruiz@faa.gov;John C. Scott [JScott@APTMetrics.com];Russell.Christensen@faa.gov | 10/27/2015 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email communications between FAA Counsel and FAA contractors (Paul Hanges, Brandon Fleener) for the purpose of obtaining or receiving legal advice to the FAA regarding the ATC hiring process. Additionally, the information was requested by FAA Counsel in anticipation of litigation and is revelatory of attorneys' mental impressions, opinions, conclusions, or legal theories. |
| 27 | No | 3D_PARTY_002523 | 3D_PARTY_002523 | 3D_PARTY_002523 | 3D_PARTY_002524 | 0000000038574A94086B9A489E3FF376E97581D4C41A2000.MSG | Paul J. Hanges | Re: Validation Results | Brandon Fleener [bfleener@aptmetrics.com] | Paul J. Hanges [phanges@umd.edu] | | 7/5/2016 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Contractors (Hanges, Fleener) regarding ATC validation. The communications were made in furtherance of a request by FAA Counsel for the purpose of providing legal advice to the FAA regarding controller hiring. Additionally, the communications were made in anticipation of litigation regarding ATC hiring/validation. |
| 27 | Yes | 3D_PARTY_002524 | 3D_PARTY_002524 | 3D_PARTY_002523 | 3D_PARTY_002524 | Hanges Grojean and Smith.pdf | Paul J. Hanges, Michael W. Grojean & D. Brent Smith | | | | | 7/31/2012 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Attachment to email at 3D_PARTY_002523 among FAA Contractors. These communications were made in furtherance of a request by FAA Counsel for the purpose of providing legal advice to the FAA regarding controller hiring. Additionally, the communications were made in anticipation of litigation regarding ATC hiring/validation. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Yes | FAA_00 035755 | FAA_00 035755 | FAA_00 035755 | FAA_00 035755 | RE: ATSAT Scale Review with Barrier Analysis scale removals.msg | | RE: ATSAT Scale Review with Barrier Analysis scale removals | JScott@APTMetrics.com; Jerry.Mellody@faa.gov; Yvette.Armstead@faa.gov; Humberto.Ruiz@faa.gov; Russell.Christensen@faa.gov; Christina.Kominoth@faa.gov | Rickie.Cannon@faa.gov | bfleener@APTMetrics.com; dpollack@APTMetrics.com; TLocklear@APTMetrics.com | 12/5/2014 | Withheld | Attorney Client Privilege | Confidential email chain among FAA counsel (Humberto Ruiz, Jerry Mellody, Yvette Armstead, Russell Christensen), FAA personnel (Rickie Cannon, Christina Kominoth), and FAA contractor personnel (Brandon Fleener, David Pollack, Toni Locklear, John Scott) for the purpose of obtaining or providing legal advice regarding ATCS hiring process changes and distribution of material. |
| 29 | No | FAA_00 041902 | FAA_00 041902 | FAA_00 041902 | FAA_00 041914 | FW: Revised ATCS Hiring Power Point.msg | | FW: Revised ATCS Hiring Power Point | JScott@appliedpsych.com | Russell.Christensen@faa.gov | | 7/7/2014 | Withheld | Attorney Client Privilege | Confidential email chain from FAA Counsel (Russell Christensen) to FAA Contractor (John Scott) forwarding email from FAA Counsel (Yvette Armstrong) to FAA Personnel (Sasha Johnson) with cc to FAA Counsel (Jerry Mellody and Russell Christenson) regarding draft briefing materials regarding FAA hiring process. The emails were for the purposes of obtaining or providing legal advice to the FAA regarding the draft documents and the FAA hiring process. Additionally, the drafts and communications regarding same were created in part in anticipation of litigation and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 29 | Yes | FAA_00 047042 | FAA_00 047042 | FAA_00 047042 | FAA_00 047042 | Fact Sheet Privileged and Confidential.docx | Brandon Fleener | | | | | 7/1/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Draft one-page document regarding ATCS Interim Hiring Process attached to email chain from FAA Counsel (Russell Christensen) to FAA Contractor (John Scott) forwarding email from FAA Counsel (Yvette Armstrong) to FAA Personnel (Sasha Johnson) with cc to FAA Counsel (Jerry Mellody and Russell Christenson) at FAA_00041902 regarding draft briefing materials about FAA hiring process. The emails were for the purposes of obtaining or providing legal advice to the FAA regarding the draft documents and the FAA hiring process. Additionally, the drafts and communications regarding same were created in part in anticipation of litigation and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Yes | FAA_00 047309 | FAA_00 047309 | FAA_00 047309 | FAA_00 047309 | FAA Tech docs 8.30.17.zip?FAA JA Report (with Tables&Appendices) 10-27-2015 w comments - RD edits 8.30.17.pdf | Brandon Fleener | | | | | 8/30/2017 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Draft Technical Report regarding job analysis for FAA Air Traffic Control Specialists prepared at the request of FAA Counsel by APT Metrics. Final version released at FAA_00051567. File name indicates that this is a draft version containing edits. The draft document was prepared in anticipation of litigation, and is revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. The document was compiled to assist FAA counsel in providing legal advice to the FAA in conjunction with Controller hiring. |
| 31 | Yes | FAA_00 047310 | FAA_00 047310 | FAA_00 047310 | FAA_00 047310 | FAA Tech docs 8.30.17.zip?FAA Process Documentation-ATSA w comment - RD edits 8.30.17.pdf | Brandon Fleener | | | | | 8/30/2017 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Technical Report regarding validation of the ATSA for FAA Air Traffic Control Specialists prepared at the request of FAA Counsel by APT Metrics. File name indicates that this is a draft version containing edits. The draft document was prepared in anticipation of litigation, and is revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. The document was compiled to assist FAA counsel in providing legal advice to the FAA in conjunction with Controller hiring. |
| 32 | Yes | FAA_00 047311 | FAA_00 047335 | FAA_00 047311 | FAA_00 047335 | Technical Reports.zip?FAA 3 Interim Selection Process Results - HIGHLY CONFIDENTIAL.pdf | Brandon Fleener | | | | | 5/26/2016 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Document was prepared at the request of counsel for the purpose of providing legal advice to the FAA regarding the ATC hiring process. Additionally the document was prepared in part in anticipation of litigation and its drafting and contents is revelatory of attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 33 | No | FAA_00 056986 | FAA_00 056986 | FAA_00 056986 | FAA_00 056990 | FW: Privileged & Confidential-Attorney Client Work product.msg | | FW: Privileged & Confidential-Attorney Client Work product | Humberto Ruiz/AWA/FAA (Humberto.Ruiz@faa.gov) | John C. Scott <JScott@APTMetrics.com> | | 12/2/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email discussion among FAA Counsel (Jerry Mellody, Yvette armstead, Russell Christensen, and, for part, Humberto Ruiz), FAA Personnel (Christina Kominoth, Rickie Cannon), and FAA contractor (John Scott, Brandon Fleener, David Pollock) for the purpose of obtaining and/or providing legal advice regarding the biodata validation study, draft biodata items, security, ATCS hiring generally, and draft documents. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Yes | FAA_00056987 | FAA_00056987 | FAA_00056986 | FAA_00056990 | Biodata validation Overview.docx | Reviewer 1 | | | | | 12/2/2014 | Withheld | Attorney Client Privilege | Draft document regarding Biographical Assessment provided to FAA Counsel as attachment to email at FAA_00056986 (among FAA Counsel, FAA Contractors, FAA Personnel) for the purpose of obtaining legal advice about the draft and ATCS Hiring. |
| 34 | No | FAA_00064022 | FAA_00064022 | FAA_00064022 | FAA_00064023 | AIRs and Expected Performance At Various Percentile Cuts 12-12-14 - Privileged & Confidential.msg | | AIRs and Expected Performance At Various Percentile Cuts 12-12-14 - Privileged & Confidential | Willner, Kenneth M. <kenwillner@paulhastings.com>; Humberto Ruiz/AWA/FAA (Humberto.Ruiz@faa.gov) | John C. Scott <JScott@APTMetrics.com> | Brandon Fleener </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=63851523717746e78ae3f2d6cd22ca9f-BFleener@ap>; John C Scott </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f232cd0de52b47ccb3a98c90847463c7-JScott@appl> | 12/12/2014 | Withheld | Attorney Client Privilege | Confidential email between FAA Contractors (John Scott, Brandon Fleener), FAA Counsel (Humberto Ruiz), and FAA Outside Cousnel (Kenneth Willner) for the purpose of obtaining or providing legal advice to the FAA regarding ATCS hiring process changes. Additionally, the attached information and the communications were prepared in anticipation of litigation, and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 34 | Yes | FAA_00064023 | FAA_00064023 | FAA_00064022 | FAA_00064023 | AIRs and Expected Performance At Various Percentile Cuts 12-12-14.docx | John C. Scott | | | | | 12/12/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential Word File attached to email among FAA Counsel, FAA Outside Counsel, and FAA Contractors at FAA_00064022. Communications and word file were for the purpose of obtaining or providing legal advice to the FAA regarding ATCS hiring process changes. Additionally, the Word file and communications were prepared in anticipation of litigation, and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | No | FAA_00064069 | FAA_00064069 | FAA_00064069 | FAA_00064074 | RE: Job Analysis Report - Privileged and Confidential - Prepared at the Request of Counsel.msg | | RE: Job Analysis Report - Privileged and Confidential - Prepared at the Request of Counsel | Jerry.Mellody@faa.gov; Yvette Armstead <Yvette.Armstead@faa.gov>; Russell.Christensen@faa.gov; Willner, Kenneth M. <kenwillner@paulhastings.com> | John C. Scott <JScott@appliedpsych.com> | Toni S. Locklear </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39f9fc3926c54ee49bd4caa788e4f1a1-TLocklear@a> | 5/30/2014 | Withheld | Attorney Client Privilege | Confidential email chain between FAA Contractor (John Scott, Toni Locklear, and, for part, Jessica Keeney), FAA Counsel (Yvette Armstead, Russell Christensen, Jerry Mellody) and FAA Outside Counsel (Kenneth Willner) for the purposes of obtaining or providing legal advice regarding the draft job analysis report and draft NATCA briefing. Additionally, the communications re the draft report and briefing were prepared in part in anticipation of litigation and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 35 | Yes | FAA_00064073 | FAA_00064073 | FAA_00064069 | FAA_00064074 | FAA ATCS Job Analysis Results 5-20-14.pptx^Microsoft_Excel_Worksheet1.xlsx | David M. Finch | | | | | 3/19/2014 | Withheld | Attorney Client Privilege | Excel file embedded FAA_00064070 in Draft PowerPoint NATCA presentation document attached to confidential email at FAA_00064069 between FAA Counsel, FAA Contractors and FAA Outside Counsel for the purpose of obtaining or providing legal advice regarding the draft presentation. Additionally, the draft presentation and communications were prepared in part in anticipation of litigation, and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 36 | No | FAA_00093266 | FAA_00093266 | FAA_00093266 | FAA_00093267 | RE: Average length of time on applicant inventory.msg | | RE: Average length of time on applicant inventory | Grossman, Cathy (FAA) <Cathy.Grossman@faa.gov> | Goelz, James (FAA) <James.Goelz@faa.gov> | Castillo, Abe (FAA) <abe.castillo@faa.gov> | 9/18/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain contains communications with FAA counsel Russell Christensen and FAA personnel Abe Castillo, Cathy Grossman, James Goelz, Rickie Cannon, Renee Coates, Christina Kominoth and Jojo Williams, concerning information Christensen requested for the purpose of providing legal advice, relating to ATCS hiring. Information requested by an attorney in anticipation of litigation and reflects attorney's mental impressions, conclusions, opinions or legal theories. |
| 36 | Yes | FAA_00093267 | FAA_00093267 | FAA_00093266 | FAA_00093267 | Average Days from App Date to TOL for 2152.xlsx | FAA/DOT | | | | | 9/18/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Excel spreadsheet attached to confidential email from James Goelz to Cathy Grossman and Abe Castillo, contains information requested by FAA counsel Russell Christensen for the purpose of providing legal advice related to ATCS hiring. Document prepared at the request of an attorney in anticipation of litigation and reflects attorney's mental impressions, conclusions, opinions or legal theories. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Yes | FAA_00 100255 | FAA_00 100255 | FAA_00 100254 | FAA_00 100255 | Revised ATCS Process 2-20-14v2.pptx | MTONEY | | | | | 2/24/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft Powerpoint prepared at request of counsel in anticipation of litigation, for the purpose of obtaining or providing legal advice and providing information for the purpose of rendering such legal advice regarding cutoff score for ATCS applicants. This one-page excerpt comes from a longer Powerpoint presentation that addressed concerns from FAA counsel (Jerry Mellody) and was intended for his review. See FAA_00630425. |
| 38 | Yes | FAA_00 105553 | FAA_00 105554 | FAA_00 105553 | FAA_00 105554 | 0000000032C706B92 07782438F58564A99 5BDD5204C22000.M SG | Castillo, Abe (FAA) | ATCS Data (MODIFICATION of Request) | Goelz, James (FAA) [James.Goelz@faa.gov] ;Blankenbiller, Jeffrey (FAA) [jeffrey.blankenbiller@ faa.gov];Gausman, Carl (FAA) [carl.gausman@faa.gov] | Castillo, Abe (FAA) [abe.castillo@faa.gov] | Grossman, Cathy (FAA) [Cathy.Grossman@faa. gov] | 6/11/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | FAA personnel collecting information regarding 2014 hiring process at the request of counsel. Data collected to assist counsel in providing legal advice to the FAA about controller hiring and in anticipation of litigation. See separate email chain conveying FAA counsel's request: FAA_00826821. |
| 38 | No | FAA_00 829076 | FAA_00 829076 | FAA_00 829076 | FAA_00 829078 | 0000000090D8EC84 54ED3A4BB7B40659 502DB0D124A82200. MSG | John C. Scott | RE: DeFazio Request for Biographical Assessment - BA Test and Overview - Privilieged and Confidential - Prepared at the Request of Counsel | Rickie.Cannon@faa.go v;Jerry.Mellody@faa.g ov;Molly.Harris@faa.g ov;brian.langdon@faa. gov;Christina.Kominot h@faa.gov;Humberto. Ruiz@faa.gov;Renee.C oates@faa.gov | John C. Scott [JScott@APTMetrics.co m] | John C Scott [JScott@APTMetrics.co m];Brandon Fleener [bfleener@APTMetrics .com] | 12/10/2015 | Withheld | Attorney Client Privilege | Confidential communications between FAA personnel and FAA counsel (Jerry Mellody, Humberto Ruiz) for the purpose of providing or obtaining legal advice regarding biographical assessments |
| 38 | No | FAA_00 829140 | FAA_00 829140 | FAA_00 829140 | FAA_00 829141 | 0000000090D8EC84 54ED3A4BB7B40659 502DB0D1C4BC2300 .MSG | John C. Scott | FW: BA validation for House Aviation Subcommittee - Privilveged and Confidential | Jerry.Mellody@faa.gov ;Humberto Ruiz/AWA/FAA (Humberto.Ruiz@faa.g ov) [Humberto.Ruiz@faa.g ov] | John C. Scott [JScott@APTMetrics.co m] | Brandon Fleener [bfleener@APTMetrics .com] | 1/29/2015 | Redacted | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential communications between FAA personnel and FAA Counsel (Jerry Mellody) for the purpose of obtaining and providing legal advice to the FAA regarding biographical assessment validation for House Aviation Subcommittee. The communication was created in anticipation of litigation and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 39 | No | FAA_00 172096 | FAA_00 172096 | FAA_00 172096 | FAA_00 172101 | 000000002F60A3FDF 3E133469005BB6EFB DE157DA48D2000.M SG | Langdon, Brian (FAA) | Results of 2015 ATCS Hiring Process | Langdon, Brian (FAA) [brian.langdon@faa.go v] | Langdon, Brian (FAA) [brian.langdon@faa.go v] | Harris, Molly (FAA) [Molly.Harris@faa.gov] ;Toman, Peter (FAA) [peter.toman@faa.gov ];Clarke, Mike (FAA) [Mike.Clarke@faa.gov] | 12/4/2015 | Released | Not Privileged | |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | Yes | FAA_00 172097 | FAA_00 172097 | FAA_00 172096 | FAA_00 172101 | FY2015 Hiring Stats 151204 FINAL Privileged and Confidential.pptx | MTONEY | | | | | 12/4/2015 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft PowerPoint presentation prepared in anticipation of litigation and reflecting legal advice and request for such legal advice from FAA Counsel to the FAA regarding such draft document concerning FAA ATCS hiring process. |
| 39 | Yes | FAA_00 172098 | FAA_00 172098 | FAA_00 172096 | FAA_00 172101 | Microsoft_Excel_Worksheet1.xlsx | Brandon Fleener | | | | | 9/22/2015 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft spreadsheet attachment to draft PowerPoint presentation prepared in anticipation of litigation and reflecting legal advice and request for such legal advice from FAA Counsel to the FAA regarding such draft documents concerning FAA ATCS hiring process. |
| 39 | No | FAA_00 659625 | FAA_00 659627 | FAA_00 659625 | FAA_00 659632 | 000000007DD6004F280CA94AAA6D06EE2F8A1175045F2000.MSG | Langdon, Brian (FAA) | FW: Plan to Release Results of 2015 ATCS Hiring Process on Friday | Rosenberg, Jenny (FAA) [Jenny.Rosenberg@faa.gov];Brown, Laura J (FAA) [laura.j.brown@faa.gov];Toman, Peter (FAA) [peter.toman@faa.gov];Clarke, Mike (FAA) [Mike.Clarke@faa.gov] | Langdon, Brian (FAA) [brian.langdon@faa.gov] | Harris, Molly (FAA) [Molly.Harris@faa.gov] | 12/4/2015 | Redacted | Attorney Client Privilege | Redacted confidential communications between FAA personnel (Brian Langdon, Molly Harris) and FAA counsel (Kristin Amerling) for the purpose of requesting and providing legal advice concerning the Plan to Release Results of 2015 ATCS Hiring Process ahead of Congressional Briefings on ATCS Hiring. |
| 39 | No | FAA_00 826821 | FAA_00 826821 | FAA_00 826821 | FAA_00 826821 | RE: ATCS Data Request (AGC).msg | | RE: ATCS Data Request (AGC) | Castillo, Abe (FAA) <abe.castillo@faa.gov> | Christensen, Russell (FAA) <Russell.Christensen@faa.gov> | Cannon, Rickie (FAA) <Rickie.Cannon@faa.gov>; Grossman, Cathy (FAA) <Cathy.Grossman@faa.gov>; Kominoth, Christina (FAA) <Christina.Kominoth@faa.gov> | 6/9/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Counsel (Russell Christensen) and FAA personnel (Abe Castillo, Rickie Cannon, and Cathy Grossman) requesting and providing information for the purpose of rendering legal advice to the FAA regarding ATCS applicant selection. Such email chain was prepared in anticipation of litigation and reflects attorney's mental impressions, conclusions, opinions or legal theories. |
| 40 | No | FAA_00 059506 | FAA_00 059506 | FAA_00 059506 | FAA_00 059509 | FAA ATCS TOL Demo Summary.pptx - please use this version.msg | | FAA ATCS TOL Demo Summary.pptx - please use this version | Russell.Christensen@faa.gov; 'Yvette.Armstead@faa.gov' | John C. Scott <JScott@appliedpsych.com> | Brandon Fleener <bfleener@APTMetrics.com>; John C. Scott <JScott@appliedpsych.com> | 6/9/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft document prepared at request of counsel in anticipation of litigation. |

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | No | FAA_00 059510 | FAA_00 059510 | FAA_00 059510 | FAA_00 059513 | FAA ATCS TOL Demo Summary (3).pptx.msg | | FAA ATCS TOL Demo Summary (3).pptx | Russell.Christensen@faa.gov; 'Yvette.Armstead@faa.gov' | John C. Scott <JScott@appliedpsych.com> | Brandon Fleener <bfleener@APTMetrics.com>; John C. Scott <JScott@appliedpsych.com> | 6/9/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email between FAA Contractor (John Scott, Brandon Fleener) and FAA Counsel (Russell Christensen, Yvette Armstead) for the purpose of obtaining or providing legal advice regarding draft presentations related to the ATCS Interim Hiring Process. Additionally, the drafts and communications were prepared in part in anticipation of litigation, and are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 40 | Yes | FAA_00 627766 | FAA_00 627766 | FAA_00 627766 | FAA_00 627768 | FAA ATCS TOL Demo Summary.pptx | MTONEY | | | | | 6/9/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential analysis of 2014 applicants who received temporary offer letters, completed at the request of FAA Counsel for the purpose of obtaining or providing legal advice regarding ATCS hiring process. Such analysis was prepared in anticipation of litigation and reflects the attorney's mental impressions, conclusions, opinions, or legal theories. |
| 40 | Yes | FAA_00 627767 | FAA_00 627767 | FAA_00 627766 | FAA_00 627768 | FAA ATCS TOL Demo Summary.pptx^Microsoft_Excel_Worksheet1.xlsx | Brandon Fleener | | | | | 6/9/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential attachment to analysis of 2014 applicants who received temporary offer letters, completed at the request of FAA Counsel for the purpose of obtaining or providing legal advice regarding ATCS hiring process. Such attachment was prepared in anticipation of litigation and reflects the attorney's mental impressions, conclusions, opinions, or legal theories. |
| 41 | Yes | FAA_00 627963 | FAA_00 627963 | FAA_00 627963 | FAA_00 627963 | Re: FAA Cutoff Score Analysis.msg | | Re: FAA Cutoff Score Analysis | carolyn.bostick@faa.gov | John C. Scott <jscott@appliedpsych.com> | | 2/12/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Counsel (Jerry Mellody), FAA Contractor (John Scott), and FAA Personnel (Carolyn Bostick) for the purpose of obtaining or providing legal advice about draft document regarding cutoff score discussion. Additionally, Counsel's comments were made, in part, in anticipation of litigation and are revelatory of attorneys' mental impressions, opinions, conclusions, or legal theories. |
| 42 | No | FAA_00 630371 | FAA_00 630374 | FAA_00 630371 | FAA_00 630375 | Fw: FOR REVIEW - ATCS FAQs.msg | | Fw: FOR REVIEW - ATCS FAQs | christina.kominoth@faa.gov | rick.mitchell@faa.gov | | 1/17/2014 | Released | Not Privileged | |
| 42 | Yes | FAA_00 630375 | FAA_00 630375 | FAA_00 630371 | FAA_00 630375 | ATCS JOBS FAQ DRAFT - Master List.sj edits.doc | Matthew Ash | | | | | 1/17/2014 | Withheld | Attorney Client Privilege | ATCS JOBS FAQ Draft that was forwarded to FAA Counsel (Jerry Mellody) for the purpose of providing or obtaining legal advice. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Yes | FAA_00 630425 | FAA_00 630425 | FAA_00 630425 | FAA_00 630426 | FW: Revised ATCS Process 2-19-14.pptx.msg | | FW: Revised ATCS Process 2-19-14.pptx | rickie.cannon@faa.gov; rick.mitchell@faa.gov; christina.kominoth@faa.gov | John C. Scott <jscott@appliedpsych.com> | Brandon Fleener <bfleener@aptmetrics.com>; David M. Finch <dfinch@aptmetrics.com> | 2/21/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential email chain between FAA Contractors (John Scott, Brandon Fleener, David Finch) and FAA Personnel (Rickie Cannon, Rick Mitchell, Christina Kominoth) for the purpose of compiling information for attorneys so that they can provide legal advice relating to the ATCS hiring process. Additionally, the powerpoint discussed in the communications was prepared in part in anticipation of litigation at Counsel's request, and the communications and draft powerpoint are revelatory of the attorneys' mental impressions, conclusions, opinions, or legal theories. |
| 44 | No | FAA_00 631881 | FAA_00 631881 | FAA_00 631881 | FAA_00 631882 | Fw: AGC-100 comments revised Minimum Quals.msg | | Fw: AGC-100 comments revised Minimum Quals | David M. Finch <dfinch@aptmetrics.com>; jscott@aptmetrics.com | christina.kominoth@faa.gov | rickie.cannon@faa.gov | 2/15/2013 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential communications between FAA personnel and FAA Counsel (Elizabeth Head, Yvette Armstead)) for the purpose of obtaining and providing legal advice to the FAA regarding Revised Draft Manual for HR Screening. The comments/edits/questions also were made in anticipation of litigation and they reflect the attorney's mental impressions, conclusions, opinions, or legal theories. |
| 45 | No | FAA_00 631888 | FAA_00 631889 | FAA_00 631888 | FAA_00 631905 | Draft Minimum Quals SOP.msg | | Draft Minimum Quals SOP | rickie.cannon@faa.gov; fred.renz@faa.gov | rick.mitchell@faa.gov | | 2/12/2013 | Released | Not Privileged | |
| 45 | Yes | FAA_00 631905 | FAA_00 631905 | FAA_00 631888 | FAA_00 631905 | ATTH7M7N.docx | Katey Foster | | | | | 2/12/2013 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft manual regarding HR screening of ATCS minimum qualifications reflecting legal advice and request for such legal advice by FAA personnel from FAA Counsel (AGC) concerning such draft document, which was prepared in anticipation of litigation and reflects Counsel's mental impressions, conclusions, opinions, or legal theories. |
| 46 | No | FAA_00 632336 | FAA_00 632338 | FAA_00 632336 | FAA_00 632339 | Fw: CTI Q&As.msg | | Fw: CTI Q&As | deborah.green@faa.gov | rickie.cannon@faa.gov | | 2/5/2014 | Released | Not Privileged | |
| 46 | Yes | FAA_00 632339 | FAA_00 632339 | FAA_00 632336 | FAA_00 632339 | CTI QAs (2).doc | Deborah Green | | | | | 2/5/2014 | Withheld | Attorney Client Privilege | Draft on Q&As concerning CTI schools that was forwarded to FAA attorney's (Humberto Ruiz and Jerry Mellody) for attorney's comments/edits and legal advice. |
| 47 | No | FAA_00 634611 | FAA_00 634614 | FAA_00 634611 | FAA_00 634616 | Fw: Comments on Draft 2152 Barrier Analysis Report.msg | | Fw: Comments on Draft 2152 Barrier Analysis Report | Marie Hiligh <cn=marie hiligh/ou=awa/o=faa@faa> | mamie.mallory@faa.gov | Joyce Davis <cn=joyce davis/ou=asw/o=faa@faa>; Yvette Aine <cn=yvette aine/ou=awa/o=faa@faa> | 8/13/2012 | Redacted | Attorney Client Privilege | Redacted portions reflect confidential communications between FAA personnel and FAA counsel (Jerry Mellody, Yvette Armstead, Humberto Ruiz) for the purpose of obtaining or providing legal advice regarding a Barrier Analysis Report. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Yes | FAA_00 634615 | FAA_00 634615 | FAA_00 634611 | FAA_00 634616 | ATO Comments on Draft Barrier Analysis.docx | | | | | | 8/10/2012 | Withheld | Attorney Client Privilege | Document reflects a forwarded attachment from an August 13, 2012 email from Mamie Mallory to FAA counsel (Jerry Mellody, Yvette Armstead, Humberto Ruiz) sent as part of a request legal advice regarding a Barrier Analysis Report, and therefore reflects the substance of Ms. Mallory's request for legal advice. |
| 47 | Yes | FAA_00 634616 | FAA_00 634616 | FAA_00 634611 | FAA_00 634616 | CAMI Comments on Draft Barrier Analysis 9August2012.pdf | Kate Bleckley | | | | | 8/9/2012 | Withheld | Attorney Client Privilege | Document reflects a forwarded attachment from an August 13, 2012 email from Mamie Mallory to FAA counsel (Jerry Mellody, Yvette Armstead, Humberto Ruiz) sent as part of a request legal advice regarding a Barrier Analysis Report, and therefore reflects the substance of Ms. Mallory's request for legal advice. |
| 48 | Yes | FAA_00 634699 | FAA_00 634699 | FAA_00 634699 | FAA_00 634700 | Fw: APT Metric's Assessment of the IRP.msg | | Fw: APT Metric's Assessment of the IRP | harnetta.williams@faa.gov | mamie.mallory@faa.gov | | 12/10/2012 | Withheld | Attorney Client Privilege | Confidential communications among FAA personnel, and FAA counsel made for the purpose of obtaining or providing legal advice about APT Metric's Assessment of the IRP. |
| 48 | Yes | FAA_00 634700 | FAA_00 634700 | FAA_00 634699 | FAA_00 634700 | IRP Review 11-30-12.pdf | Brandon Fleener | | | | | 11/30/2012 | Withheld | Attorney Client Privilege | Document attached to confidential communications among FAA personnel, and FAA counsel made for the purpose of obtaining legal advice about APT Metric's Assessment of the IRP. |
| 49 | No | FAA_00 639422 | FAA_00 639422 | FAA_00 639422 | FAA_00 639423 | 0000000090D8EC84 54ED3A4BB7B40659 502DB0D1E4A52200. MSG | John C. Scott | Revised ATCS Tech Doc - Privileged and Confidential - Prepared at the Request of Counsel | Jerry.Mellody@faa.gov ;Humberto Ruiz/AWA/FAA (Humberto.Ruiz@faa.gov) [Humberto.Ruiz@faa.gov] | John C. Scott [JScott@APTMetrics.com] | Brandon Fleener [bfleener@APTMetrics.com];Toni S. Locklear [TLocklear@APTMetrics.com];John C Scott [JScott@APTMetrics.com] | 12/11/2015 | Withheld | Attorney Client Privilege | Client seeking legal advice from attorney regarding revised ATCS tech doc. |
| 49 | Yes | FAA_00 640057 | FAA_00 640057 | FAA_00 640057 | FAA_00 640057 | Biodata validation Overview.docx | Reviewer 1 | | | | | 12/10/2015 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Document prepared at the direction of FAA counsel for purposes of obtaining legal advice related to 2015 ATC hiring process and in anticipation of potential litigation. |
| 50 | Yes | FAA_00 829146 | FAA_00 829146 | FAA_00 829146 | FAA_00 829146 | FAA Process Documentation-VolII-FINAL-PendFAARev(12 11 2015) .pdf | Brandon Fleener | | | | | 12/11/2015 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Confidential draft document regarding ATCS selection process development and validation prepared by FAA Contractor (APTMetrics) at the request of FAA Counsel in anticipation of litigation and reflecting legal advice from FAA Counsel to the FAA. |

Brigida v. DOT, No. 16-2227 (D.D.C.)
Exemplar Privilege Log
January 17, 2025

| TAB | Pls' Ex.? | Begin Bates | End Bates | Family Begin Bates | Family End Bates | FILENAME | AUTHOR | SUBJECT | To | FROM | CC | Date | Redacted / Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | No | FAA_00853266 | FAA_00853267 | FAA_00853266 | FAA_00853268 | Cutoff Scores | John C. Scott | Cutoff Scores | carolyn.bostick@faa.gov;jerry.mellody@faa.gov;rickie.cannon@faa.gov;michael.whitaker@faa.gov;sasha.johnson@faa.gov;michael.j.mccormick@faa.gov | John C. Scott [jscott@appliedpsych.com] | John C. Scott [jscott@appliedpsych.com] | 2/12/2014 | Released | Not Privileged | |
| 51 | Yes | FAA_00853268 | FAA_00853268 | FAA_00853266 | FAA_00853268 | FAA Cutoff Score Analysis 2-13-14.docx | Reviewer 1 | | | | | 2/12/2014 | Withheld | Attorney Client Privilege; Attorney Work Product Doctrine | Draft Word document attached to confidential communications between FAA personnel and FAA Counsel for the purpose of obtaining and providing legal advice to FAA about Cutoff score analysis. This document was made in anticipation of litigation and is revelatory of attorneys' mental impressions, opinions, conclusions, or legal theories. |
| | | | | | | **V. Highly Sensitive** | | | | | | | | | |
| 52 | Yes | FAA_00047336 | FAA_00047336 | FAA_00047336 | FAA_00047336 | Technical Reports.zip?FAA 6 ATSA Scoring Algorithms - HIGHLY CONFIDENTIAL.pdf | Brandon Fleener | | | | | 4/24/2017 | Withheld | Highly Sensitive Testing Information | Document withheld because it contains information of the highest sensitivity regarding the scoring algorithms for a test currently in use that is of no practical relevance to this litigation. |