# EXHIBIT 2

Message

| | |
|---|---|
| **From**: | Brandon Fleener [bfleener@APTMetrics.com] |
| **Sent**: | 12/5/2016 3:02:49 PM |
| **To**: | Lamont.Virgil@faa.gov |
| **Subject**: | RE: Job Analysis |

Hi Lamont,

Legal has the final version of the report and has instructed us to have all technical report requests/distribution go through them. I believe Humberto would be the best contact for you to reach out to on this particular report. Sorry for the inconvenience.

Thank you,

Brandon Fleener, Ph.D.
Associate Director
APT*Metrics*
1007 Church Street, Suite 308
Evanston, IL 60201
Tel: (847) 864-2126
Direct: (203) 202-2413
Fax: (203) 655-8288
bfleener@APTMetrics.com
www.APTMetrics.com

**Global Strategies for Talent Management.**

---

**From:** Lamont.Virgil@faa.gov [mailto:Lamont.Virgil@faa.gov]
**Sent:** Monday, December 05, 2016 1:55 PM
**To:** Brandon Fleener
**Subject:** Job Analysis

Brandon,

Trying to ensure I have all the records as Rickie has moved on and need to get a copy of the job analyses completed for the ATC position, post-barrier analysis. Can you send me a copy?

Thanks,
Lamont

Lamont H. Virgil
Principal Deputy Director (AHF-2)
Office of Human Resource Services
Federal Aviation Administration (FAA)
800 Independence Ave. SW
Washington DC, 20591
Office. (202) 267-9817 | Cell. 202-407-1333 | Fax. (202) 267-8330