# EXHIBIT 4

| | |
|---|---|
| **From**: | mamie.mallory@faa.gov [mamie.mallory@faa.gov] |
| **Sent**: | 4/23/2014 8:53:19 AM |
| **To**: | christina kominoth/awa/faa |
| **CC**: | courtney wilkerson/awa/faa; rickie cannon/awa/faa; carrolyn bostick/awa/faa |
| **Subject**: | Re: *Confidential: Fw: Materials for Tomorrow's ESC Meeting (Privileged and Confidential) |

Christine,

Thank you for the info. I was on leave from March 11 thru March 21 which explains why I missed it.

We will get back to you on a date.

Sent from my iPad

On Apr 23, 2014, at 7:46 AM, "Christina Kominoth" <Christina.Kominoth@faa.gov> wrote:

Below are the materials that were briefed to the ESC on March 20, 2014. APT briefed this information again to ATO Senior management based on a request from Teri Bristol at the 3/20 meeting.

We would be happy to have APT review the information in more detail with you. Just let me know and I can get that scheduled.

Chris Kominoth

Special Assistant to the Asst Administrator for Human Resource Management

Federal Aviation Administration

800 Independence Avenue

Washington, DC 20591

202.267.9049

Think green: keep it on the screen

----- Forwarded by Christina Kominoth/AWA/FAA on 04/23/2014 07:42 AM -----

From: "David M. Finch" <dfinch@APTMetrics.com>
AHR-010, HR Strategic Initiate
To: Christina Kominoth/AWA/FAA@FAA,
Cc: Jerry Mellody/AWA/FAA@FAA, "John C. Scott" <JScott@appliedpsych.com>
Date: 03/19/2014 01:06 PM
Subject: Materials for Tomorrow's ESC Meeting (Privileged and Confidential)

Chris,

Here are the materials for tomorrow's meeting. Thank you for your assistance with photocopying. If you need to forward these on to any participants who will be calling in, I believe Jerry should be cc'd in order to maintain privilege.

BTW, what room are we meeting in tomorrow?

**David M. Finch, Ph.D.**

**Director & Government Practice Leader**

**APT*Metrics*, Inc.**

Tel: (203) 202-2420

Fax: (203) 655-8288

www.APT*Metrics*.com


**Global Strategies for Talent Management**

*(See attached file: FAA ATCS Job Analysis Results (Privileged and Confidential).pptx)(See attached file: ATCS SAOs and Work Activities (Privileged and Confidential).pdf)*

<FAA ATCS Job Analysis Results (Privileged and Confidential).pptx>

<ATCS SAOs and Work Activities (Privileged and Confidential).pdf>