# EXHIBIT 5

VULNERABILITY ASSESSMENT
Barrett, Apr 2004

Confidential: Subject to Protective Order

FAA_00362721

| Federal Aviation Administration | Award for Supplies or Services | Page 1 of 1 |
|---|---|---|
| Date of Award 03-JAN-2001 Contract Number (if any)<br>Date of Revision | Award No (if any)<br>DTFA0201P04222 | AAM-500 |

IMPORTANT Mark all package(s), invoice(s), and correspondence with contract and/or order/award numbers

| Contractor (Name Address and Zip Code)<br>BARRETT & ASSOCIATES INC<br>500 W EXCHANGE ST STE 7<br>AKRON OH 44302 | Mail Invoice To (Name, Address, and Zip Code)<br>FAA MM Aero Center    TIN 73-0588975<br>Financial Services AMZ-110<br>PO Box 25710<br>Oklahoma City OK 73125-4913<br>405/954-4716 |
|---|---|
| Contact Point/Phone No<br>GERALD BARRETT<br>330-762-2323<br>Distribution T | Issuing Office (Address Correspondence To)<br>6973H5 FAA AERO CENTER AMQ-300<br>AVIATION MED&TRNG ACQ DIV MPB RM369<br>PO BOX 25082    M<br>OKLAHOMA CITY OK 731250082 |
| FOB Point    Ship Via    Discount Terms<br>Contractor    N/A    Due in 30<br>Facility | |
| PURCHASER NAME AND PHONE NO<br>Marilyn K Hampton<br>405-954-7867 | TOTAL AMOUNT OF ORDER/AWARD    $56 000 00 |

IMPORTANT Contractor ☐ is, ☒ is not required to sign this document and return ___ copies to the issuing office    OMB 2120-0595

| NAME AND TITLE OF PERSON AUTHORIZED TO SIGN<br>BY<br><br>DATE SIGNED | UNITED STATES OF AMERICA<br>NAME OF CONTRACTING OFFICER.<br>BY /s/ Marilyn K Hampton<br>Marilyn K Hampton    DATE SIGNED 01/03/01 |
|---|---|

CLAUSES NUMBERED 7-8-9-14-43 OF THE ATTACHED PURCHASE ORDER TERMS AND CONDITIONS AC FORM 4415-8 (11/96) HEREBY APPLY

| Line | Description | Quantity | UOM | Unit Price | LI Total $ |
|---|---|---|---|---|---|
| 1 | Contractor shall review develop and validate Air Traffic Selection & Training (AT-SAT) Test Battery in accordance with Performance Work Statement within proposal DTFA-02-67-Q-05266 | 1 00 | Job | $56 000 00 | $56 000 00 |

Non-ISO 9000    PLACE OF INSPECTION AND ACCEPTANCE Destination

Requisition No 0105266    PRI CODE 5

| Shipment A6973DQM | QUANTITY | DELIVER BY |
|---|---|---|
| #1 6973DQ FAA AERO CENTER AAM-500<br>HUMAN RES RESEARCH DIV RM-270 CAMI<br>PO BOX 25082<br>OKLAHOMA CITY OK 731250082 | 1 00 | 03-APR-2001 |

MARK FOR Edna Fiedler AAM-500 (405) 954-6838

A 388- 0-- ---- 8BA--- B360--- 251F 480100 N --- 2 BHRR517---    AMOUNT
$56 000 00

SCREENING INFORMATION REQUEST (SIR):
REQUEST FOR OFFER (RFO)
DTFA-02-67-Q-05266

PART I, SECTION C: DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

C   PERFORMANCE WORK STATEMENT:

C 1 0   PURPOSE

The purpose of this proposed procurement is to review and evaluate the development and validation of the AT-SAT test battery up to and including test version 1 06 C, with respect to professional testing standards and legal precedents  Standards include, but are not limited to, the *Uniform Guidelines on Employee Selection Procedures*, APA *1999 Standards for Educational and Psychological Testing*, the APA *Ethical Principles of Psychologists and Code of Conduct*, and the SIOP 1987 *Principles for the Validation and Use of Employee Selection Procedures*

C 2 0   OBJECTIVE

The objectives of this research are to (a) identify and describe the strengths and vulnerabilities of the AT-SAT for screening Air Traffic Controller applicants, including fairness and adverse impact issues, and (b) make recommendations for future validation and ways to address weaknesses

C 3 0   BACKGROUND

C 3 1   The purpose of the AT-SAT project was to develop and validate a computerized selection battery to hire Air Traffic Control Specialists (ATCSs) for the Federal Aviation Administration (FAA), according to legal and professional guidelines

C 3 2   The main purpose of the ATCS job is to maintain safe, orderly, and efficient flow of aviation traffic  Separation errors can result in a terrible loss of life and property  The combination of skills and abilities required for proficiency in the position is not generally prevalent in the labor force  Because of these characteristics, ATCSs have been the focus of a great deal of selection and training research over the years

C 3 3   During the 1981 ATCS strike, President Reagan fired many controllers, resulting in a loss of about 11,000 ATCSs  The strike recovery required the recruitment, selection, hiring, and training of thousands of ATCSs  During the late 1990's, rehired controllers and graduates of college and university aviation training programs have filled most open positions  Starting in fiscal year 2001, many of the post 1981 hires will start to reach retirement eligibility  As controllers retire, there will be a need to replace them, probably with new hires who have little background in ATCSs work

C 3 4   The AT-SAT selection test battery is designed to provide the vehicle that will screen all candidates into the new Multi-Path Training Model  The training program will assume that candidates have the basic skills needed to perform the work of the ATCS  To implement the new training model, a selection process which screens candidates for the critical skills needed to perform the job is required  A multi-path hiring model implemented with AT-SAT and augmented by a revised training program will likely reduce ATCS attrition, training length and time to certification

Confidential:  Subject to Protective Order                                          FAA_00362723

C 4 0    TASK 1    Evaluate validation of the AT-SAT

C 4 1    Evaluation of AT-SAT with respect to 14 CFR 160  14 B and 15 of the *Uniform Guidelines on Employee Selection Procedures*, APA standards, and SIOP 1987 *Principles for the Validation and Use of Employee Selection Procedures*  Determine the extent to which AT-SAT conforms to accepted professional standards, guidelines, principles, and practice for the development and validation of employee selection procedures

C 4 2    Evaluation should also include review of relevant legal standards for a selection screening procedure, including fairness, and adverse impact

C 5 0    TASK 2    Develop recommendations

C 5 1    Based on findings of Task 1, recommendations will be developed to improve future validation or address current weaknesses

C 6 0    TASK 3  Written and verbal report

C 6 1    A written report will be submitted to the Civil Aeromedical Institute (CAMI), AAM-520 addressing all issues in Tasks 1 and 2    At least one meeting will be held at CAMI to review and discuss in depth the written report

C 7 0    DELIVERABLES/SCHEDULE

| Task | Deliverable | Schedule |
|---|---|---|
| Task 1-3 | Written Report | + 60 days from award |
| Task 1-3 | Oral Report | + 75 days from award |

C 8 0    LOCATION OF WORK

Contractor shall work primarily at the contractor's facilities

C 9 0    CAMI will provide the contractor with

   9 1  AT-SAT Test
   9 2  Validation Results
   9 3  AT-SAT Validation Report
   9 4  SACHA Job Task Analysis

C 10 0    TRAVEL

Contractor travel shall require approval of the FAA Contracting Officer's Technical Representative (COTR)    Cost of travel shall be provided by CAMI through issuance of separate Government travel orders

C 11 0    ACCEPTANCE

Deliverables will be evaluated for acceptance with respect to  adherence to the statement of work, technical accuracy, adequacy, completeness and freedom from logical errors, and operational suitability and usability of the job analyses information database and inventory

Confidential: Subject to Protective Order                                      FAA_00362724

```
                                                    SIR RFO DTFA-02-67-Q-05266
                                                    PAGE 4
```

Two (2) paper copies of all reports and documents, and one (1) copy on 1 44Mb diskette in Microsoft Word® 1997 shall be delivered to the technical representative at the FAA Civil Aeromedical Institute, Oklahoma City, Oklahoma All deliverables briefings, documents, and other work products produced under this procurement shall be clearly marked with the work order and contract number

C 12 0 DISSEMINATION OF RESEARCH RESULTS

No information is to be provided to any person beyond those connected directly with this research project without the prior written permission of the FAA, as arranged through the task technical representative  "Those connected with this research project" are only those personnel working directly on this procurement and paid by funds for this procurement, the FAA project technical representative or his/her designee, and the FAA and performing organization Contracting Officer (s)  "Information" includes briefings and presentations at professional conferences as well as more formal modes of communication such as technical papers, reports, book chapters, or other written documents describing the substance, content, methods, procedures, analyses, and/or results of the research project  No briefing, presentation, paper, report, book chapter  or other formal and informal communication or description of work derived from or performed under this research task may be presented, published, or given without the expressed, written permission of the FAA, as arranged through the task technical representative  Any requests for information submitted to the performing organization under the Freedom of Information Act concerning this procurement shall be forwarded to the FAA project technical representative for response

C 13 0 TECHNICAL CONSIDERATIONS

A strong applied background in selection test procedures, as well as an understanding of the legal and professional standards is a pre-requisite to this work  A Ph D  in psychology is required of the principal scientists, with evidence of practice in selection procedure research and expert testimony Familiarity with the *Uniform Guidelines on Employee Selection Procedures*, APA *1999 Standards for Educational and Psychological Testing*, SIOP 1987 *Principles for the Validation and Use of Employee Selection Procedures* and the APA *Ethical Principles of Psychologists and Code of Conduct* is desirable  Familiarity with the principles of legally defensible selection procedures, testing, and validation is desirable

**3 1-1 Clauses and Provisions Incorporated by Reference** (June 1999)

This screening information request (SIR) or contract, as applicable, incorporates by reference one or more provisions or clauses listed below with the same force and effect as if they were given in full text  Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at  http //fast faa gov (on this web page, select "toolsets", then "procurement toolbox")

**PART I, SECTION D: PACKAGING AND MARKING**

NOT APPLICABLE THIS REQUIREMENT

## PART I, SECTION E: INSPECTION AND ACCEPTANCE

**NOTICE:** The following provision and/or contract clauses pertinent to this section are hereby incorporated by reference in accordance with Secion C, Clause 3 1-1

3 10 4-4 Inspection of Services--Both Fixed-Price & Cost Reimbursement
    (April 1996)

## PART I, SECTION F: DELIVERIES OR PERFORMANCE

F 1 DELIVERY

Final delivery of all requested items shall be made within 90 days after receipt of order resulting from this SIR

**3 10.1-24 Notice of Delay** (November 1997)

If the Contractor becomes unable to complete the contract work at the time(s) specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the contractor shall give the Contracting officer written notice of the anticipated delay and the reasons therefor  Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay becomes known to the contractor, but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer  When notice is so required, the Contracting officer may extend the time specified in the Schedule for such period as deemed advisable

## PART I, SECTION G: CONTRACT ADMINISTRATION DATA

G 1     **INVOICING PROCEDURES - GENERAL** (JUL 1997)                    CLA 0135

(a) In addition to the requirements set forth at AMS Clause 3 3 1-17, Prompt Payment, for the submission of a proper invoice, the contractor shall submit a separate invoice for (1) each month of performance of services, or (2) those items of supplies furnished, as follows

    (1) The original to     FAA, Mike Monroney Aeronautical Center
                            Financial Operations Division (AMZ-100)
                            P O  Box 25710
                            Oklahoma City, OK  73125-4913

    (2) Two copies to       FAA, Mike Monroney Aeronautical Center
                            Civil Aeromedical Institute, AAM-6
                            P O  Box 25082
                            Oklahoma City, OK  73125

(b) Each invoice shall highlight the following information
    (1) Contract number and applicable Delivery Order number
    (2) Noun description of services and/or supplies, including applicable line item number(s) and quantity(s) that were provided
    (3) Extended totals for invoiced quantities

```
                                                      SIR RFO DTFA 02-67-Q-05266
                                                                          PAGE 6
```

## PART I, SECTION H: SPECIAL CONTRACT REQUIREMENTS

**H 1    CONTRACT PERFORMANCE WITH FORMER GOVERNMENT                CLA 4527
         EMPLOYEES (JAN 2000)**

    (a) After contract award or the effective date this clause is incorporated into the contract by modification, the Contractor agrees not to allow any former Government employee, who separated from Government service with a Voluntary Separation Incentive Payment (VSIP), to perform work on this contract before receipt of non-objection by the Contracting Officer
    (b) The contractor shall notify the Contracting Officer in advance of any proposed work or change in work to be done under this contract by a former government "buyout' employee   Such written notification shall include

        1) employee's full name and date of separation from Government service,
        2) name and location of former Government agency of employment, and
        3) either evidence of any one of the following,
          (i)   repayment of the separation incentive or a court approved settlement, or
          (ii)  a waiver of repayment granted under authority of the statute(s) or
          (iii) that five years have lapsed since separation from government service, or
        4) proposed job title, work location and "a detailed statement of work to be performed by the former employee" under the contract
    (c) The contracting officer's non-objection described in (a) above is at the sole discretion of the Government   In no event shall the Government's decision under (a) above with respect to any person, or the length of time to arrive at the decision, constitute grounds for adjustment of the contract price, or the contract performance or delivery requirements

**H 2      AERONAUTICAL CENTER REGULATIONS (JAN 1997)                 CLA 3402**

    Contractor personnel, including employees of subcontractors, suppliers, etc , working or visiting the worksite, shall abide by all appropriate traffic, parking, security, and airport regulations in effect at the Mike Monroney Aeronautical Center/Will Rogers World Airport

**H 3  GOVERNMENT-ISSUED KEYS/IDENTIFICATION BADGES                   CLA 3403
       AND VEHICLE DECALS (APRIL 2000)**

    (a)   It may become necessary for the Government to issue keys, identification (ID) cards or vehicle decals to contractor personnel   Prior to or upon completion or termination of the work required hereunder, the contractor shall return all such government issued items to the issuing office with notification to the Contracting Officer Representative (COR)

    When contract employees who have been issued such items, either directly by the Government or through the contract supervisor, no longer require them to perform the work, the Government issued items shall be returned to the Government within three work days   Additionally, unauthorized duplication or use of such keys, ID cards or decals is a violation of security procedures and is prohibited
    (b)   In the event such keys, ID cards, or vehicle decals are not returned, the contractor understands and agrees that the Government may, in addition to any other withholding provision of the contract, withhold $200 for each key, ID card, or vehicle decal not returned   If the keys, ID cards, or vehicle decals are not returned within 30 days from the date the withholding action was initiated, any amount so withheld will be forfeited by the contractor

(c) Access to aircraft ramp/hangar areas is authorized only to those persons displaying a flightline identification card and, for vehicles, a current ramp permit issued pursuant to Part 107 of the Federal Aviation Regulations

(d) The Government retains the right to inspect, inventory, or audit the ID cards, keys, vehicle decals and RUSCARDS issued to the contractor in connection with the contract at the convenience of the Government  Any items not accounted for to the satisfaction of the Government shall be assumed to be lost and the provisions of paragraph (b) shall apply

(e) Keys shall be obtained from the COR who will require the contractor to sign a receipt for each key obtained  Lost keys or identification media shall immediately be reported concurrently to the Contracting Officer (CO), COR, the Civil Aviation Security Division, AMC-700 and the Office of Facility Management, AMP-300  RUSCARD keys shall be handled in the same manner as metal keys

(f) Each contract employee, during all times of on-site performance at the Mike Monroney Aeronautical Center, shall prominently display his/her current and valid identification card on the front portion of their body between the neck and waist

(1) Prior to any contractor personnel obtaining any pass or ID, the contractor shall submit complete documentation required under AMS Clause 3 13-6 Security Requirements

(2) To obtain the ID card each employee shall submit an Identification Card/Credential Application, (DOT 1681), signed by the employee and authorized by the CO or the COR  The DOT 1681 shall be submitted at the same time the personnel security investigation paperwork required by AMS Clause 3 13-6, Security Requirements is submitted  The DOT 1681 shall contain, as a minimum, under the "Credential Justification" heading, the name of the contractor/company, the contract number or the appropriate acquisition identification number, the expiration date of the contract or the task (whichever is sooner), and the required signatures  This paperwork shall be submitted to the Civil Aviation Security Division, AMC-700 in the Airmen Records Building (ARB), Rm 124, by the contractor, in a sealed envelope, either hand-carried by the contractor or sent via U S Mail to  FAA, Civil Aviation Security Division, AMC-700, P O Box 25082, Oklahoma City, OK 73125  The contractor will be notified when the DOT 1681 has been approved and is ready for processing by the Aeronautical Center guards in the Headquarters Building, Room 151  Arrangements for processing the Identification Cards, including photographs and lamination, can be made by contacting the Aeronautical Center security guards at 405-954-4620

(3) The contractor's project manager shall receive and sign for each ID card issued on the reverse of the DOT 1681  The DOT 1681 will be retained by the Government for accountability purposes

(g) The contractor is responsible for ensuring final clearance is accomplished for all departing contact employees  Final clearance will be accomplished by close of business the final work-day of the contract employee or the next day under special conditions  Aeronautical Center Form AC 3370-2 Contract Employee Clearance Form will be completed by the contractor and copies will be distributed to the COR, CO, and AMC-700 after completion

**H 4       AGREEMENT TO PARTICIPATE IN ALTERNATIVE                CLA 4540
            DISPUTE RESOLUTION   (APRIL 1998)**

(a) The Federal Aviation Administration encourages direct communications and negotiations between the contractor and the contracting officer in an attempt to resolve contract disputes  In those situations where the parties are not able to achieve resolution at the contracting officer level, the agency favors the use of alternative dispute resolution (ADR) techniques to resolve disputes

(b) The parties hereby agree that, prior to referring a contract dispute to the Office of Disputes Resolution as described in contract clause 3 9 1-1 "Contract Disputes", the parties will discuss whether they are willing to utilize ADR techniques such as mediation or nonbinding evaluation of the dispute by a neutral party  Upon receipt of a contract dispute from the contractor, the

Confidential:  Subject to Protective Order                                    FAA_00362728

```
                                                    SIR RFO DTFA-02-67-Q-05266
                                                    PAGE 8
```

contracting officer will explore with the contractor whether the use of ADR techniques would be appropriate to resolve the dispute  Both parties must agree that the use of such techniques is appropriate, and agree to fairly share the associated expenses   If the parties do not mutually agree to utilize ADR to resolve the dispute, the dispute will be processed in accordance with the procedures set forth in clause 3 9 1-1

**H 5   TRAVEL**

Any and all travel will require coordination and approval by the Contracting Officer's Technical Representative (COTR) prior to contractor employee travel, on an as needed basis  Travel arrangements will be accomplished via Government travel orders, with estimated associated costs for method of conveyance and lodging outlined therein  Travel expenses other than for lodging and transportation will be reimbursed at the per diem rates established by the General Services Administration (GSA) for the areas to which travel is required  All travel will be subject to Federal Government travel regulations   In accordance with Federal Travel Regulation 301-1 103(f), frequent traveler benefits earned in connection with official travel, such as mileage credits, points, etc , may be used only for official travel and may not be used for personal travel  Travel vouchers will be processed through normal FAA travel procedures, with reimbursement made direct to contractor personnel for lodging and conveyance  If travel is to be accomplished via air travel the FAA will provide airline ticket(s)  The FAA will process payments within a reasonable amount of time after final voucher examination

## PART II, SECTION I: CONTRACT CLAUSES

**3 9.1-1 Contract Disputes (August 1999)**

(a) All contract disputes arising under or related to this contract shall be resolved through the Federal Aviation Administration (FAA) dispute resolution system at the Office of Dispute Resolution for Acquisition (ODRA) and shall be governed by the procedures set forth in 14 C F R  Parts 14 and 17, which are hereby incorporated by reference  Judicial review, where available, will be in accordance with 49 U S C  46110 and shall apply only to final agency decisions  A contractor may seek review of a final FAA decision only after its administrative remedies have been exhausted

(b) The filing of a contract dispute with the ODRA may be accomplished by mail, overnight delivery, hand delivery, or by facsimile  A contract dispute is considered to be filed on the date it is received by the ODRA

(c) Contract disputes are to be in writing and shall contain

(1) The contractor's name, address, telephone and fax numbers and the name, address, telephone and fax numbers of the contractor's legal representative(s) (if any) for the contract dispute,

(2) The contract number and the name of the Contracting Officer,

(3) A detailed chronological statement of the facts and of the legal grounds for the contractor's positions regarding each element or count of the contract dispute (i e , broken down by individual claim item), citing to relevant contract provisions and documents and attaching copies of those provisions and documents,

Confidential:  Subject to Protective Order                              FAA_00362729

SIR RFO DTFA-02-67-Q-05266
PAGE 9

(4) All information establishing that the contract dispute was timely filed,

(5) A request for a specific remedy, and if a monetary remedy is requested, a sum certain must be specified and pertinent cost information and documentation (e g , invoices and cancelled checks) attached  broken down by individual claim item and summarized, and

(6) The signature of a duly authorized representative of the initiating party

(d) Contract disputes shall be filed at the following address

(1) Office of Dispute Resolution for Acquisition, AGC-70,
Federal Aviation Administration,
400 7th Street, S W , Room 8332,
Washington, DC 20590,

Telephone  (202) 366-6400,
Facsimile  (202) 366-7400, or

(2) other address as specified in 14 CFR Part 17

(e) A contract dispute against the FAA shall be filed with the ODRA within two (2) years of the accrual of the contract claim involved  A contract dispute by the FAA against a contractor (excluding contract disputes alleging warranty issues, fraud or latent defects) likewise shall be filed within two (2) years after the accrual of the contract claim  If an underlying contract entered into prior to the effective date of this part provides for time limitations for filing of contract disputes with the ODRA which differ from the aforesaid two (2) year period, the limitation periods in the contract shall control over the limitation period of this section  In no event will either party be permitted to file with the ODRA a contract dispute seeking an equitable adjustment or other damages after the contractor has accepted final contract payment, with the exception of FAA claims related to warranty issues, gross mistakes amounting to fraud or latent defects  FAA claims against the contractor based on warranty issues must be filed within the time specified under applicable contract warranty provisions  Any FAA claims against the contractor based on gross mistakes amounting to fraud or latent defects shall be filed with the ODRA within two (2) years of the date on which the FAA knew or should have known of the presence of the fraud or latent defect

(f) A party shall serve a copy of the contract dispute upon the other party, by means reasonably calculated to be received on the same day as the filing is to be received by the ODRA

(g) After filing the contract dispute, the contractor should seek informal resolution with the Contracting Officer

(h) The FAA requires continued performance with respect to contract disputes arising under this contract, in accordance with the provisions of the contract, pending a final FAA decision

(i) The FAA will pay interest on the amount found due and unpaid from (1) the date the Contracting Officer receives the contract dispute, or (2) the date payment otherwise would be due, if that date is later, until the date of payment  Simple interest on contract disputes shall be paid at the rate fixed by the Secretary of the Treasury that is applicable on the date the Contracting Officer receives the contract dispute and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary until payment is made

Confidential:  Subject to Protective Order                                    FAA_00362730

**3 9 1-2 Protest After Award** (August 1997)

(a) Upon receipt of a notice that a protest has been filed with the FAA Office of Dispute Resolution, or a determination that a protest is likely, the Administrator or his designee may instruct the Contracting Officer) to direct the Contractor to stop performance of the work called for by this contract  The order to the Contractor shall be in writing, and shall be specifically identified as a stop-work order issued under this clause  Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage  Upon receipt of the final decision or other resolution of the protest, the Contracting Officer shall either--

    (1) Cancel the stop-work order, or
    (2) For other than cost-reimbursement contracts, terminate the work covered by the order as provided in the "Default" or the "Termination for Convenience of the Government" clause(s) of this contract, or
    (3) For cost-reimbursement contracts, terminate the work covered by the order as provided in the "Termination" clause of this contract

(b) If a stop-work order issued under this clause is canceled either before or after the final resolution of the protest, the Contractor shall resume work  The Contracting Officer shall make for other than cost-reimbursement contracts, an equitable adjustment in the delivery schedule or contract price, or both, and for cost-reimbursement contracts, an equitable adjustment in the delivery schedule, the estimated cost, the fee, or a combination thereof, and in any other terms of the contract that may be affected, and the contract shall be modified, in writing, accordingly, if--

    (1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract, and

    (2) The Contractor asserts its right to an adjustment within 30 days after the end of the period of work stoppage, provided, that if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal submitted at any time before final payment under this contract

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order

(e) The Government's rights to terminate this contract at any time are not affected by action taken under this clause

**3 10.1-22 Contracting Officer's Technical Representative** (July 1996)

(a) The Contracting Officer may designate other Government personnel (known as the Contracting Officer's Technical Representative) to act as his or her authorized representative for contract administration functions which do not involve changes to the scope, price, schedule, or terms and conditions of the contract  The designation will be in writing, signed by the Contracting Officer and will set forth the authorities and limitations of the representative(s) under the contract  Such designation will not contain authority to sign contractual documents, order contract changes, modify contract terms, or create any commitment or liability on the part of the Government different from that set forth in the contract

Confidential:  Subject to Protective Order    FAA_00362731

SIR RFO DTFA-02-67-Q-05266
PAGE 11

(b) The Contractor shall immediately contact the Contracting Officer is there is any question regarding the authority of an individual to act on behalf of the Contracting Officer under this contract

**NOTICE:** The following provision and/or contract clauses pertinent to this section are hereby incorporated by reference in accordance with Section C Clause 3 1 1

| | |
|---|---|
| 3 1 7-2 | Organizational Conflicts of Interest (August 1997) |
| 3 2 2 3-33 | Order of Precedence (January 1999) |
| 3 2 2 7-6 | Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (April 1996) |
| 3 2 5-1 | Officials Not to Benefit (April 1996) |
| 3 2 5-3 | Gratuities or Gifts (January 1999) |
| 3 2 5-4 | Contingent Fees (October 1996) |
| 3 2 5-5 | Anti-Kickback Procedures (October 1996) |
| 3 2 5-8 | Whistleblower Protection for Contractor Employees (April 1996) |
| 3 2 5-11 | Drug Free Workplace (April 1996) |
| 3 3 1-1 | Payments (April 1996) |
| 3 3 1-6 | Discounts for Prompt Payment (April 1996) |
| 3 3 1-15 | Assignment of Claims (April 1996) |
| 3 3 1-17 | Prompt Payment (August 1998) |
| 3 3 1-25 | Mandatory Information for Electronic Funds Transfer Payment (October 1996) |
| 3 4 2-6 | Taxes--Contracts Performed in U S Possessions or Puerto Rico (October 1996) |
| 3 4 2-7 | Federal, State, and Local Taxes--Fixed-Price, Noncompetitive Contract (April 1996) |
| 3 6 2-9 | Equal Opportunity (August 1998) |
| 3 6 2-12 | Affirmative Action for Special Disabled and Vietnam Era Veterans (January 1998) |
| 3 6 2-14 | Employment Reports on Special Disabled Veterans and Veterans of Vietnam Era (January 1998) |
| 3 10 1-7 | Bankruptcy (April 1996) |
| 3 10 1-12 | Changes--Fixed-Price (April 1996) |
| 3 10 6-1 | Termination for Convenience of the Government (Fixed Price) (October 1996) |
| 3 10 6-4 | Default (Fixed-Price Supply and Service) (October 1996) |

**PART III, SECTION J: LIST OF DOCUMENTS AND OTHER ATTACHMENTS**

NOT APPLICABLE TO THIS REQUIREMENT


REST OF THIS PAGE IS INTENTIONALLY BLANK

Confidential: Subject to Protective Order                                      FAA_00362732