UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class*, <br><br> vs. <br><br> PETER P.M. BUTTIGIEG, Secretary, <br> U.S. Department of Transportation, <br><br> *Defendant*. | No. 16-cv-2227 (DLF) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SAMUEL D. ADKISSON

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), Attorney Samuel D. Adkisson hereby withdraws his appearance in the above-captioned matter as counsel for Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, the "Plaintiff Class"). The basis for this withdrawal is that Mr. Adkisson is no longer employed with Cooper & Kirk, PLLC. Attorneys William E. Trachman, Grady Block, Michael W. Pearson, David H. Thompson, Peter A. Patterson, Vincent J. Colatriano, and Johanna M. Einterz, who have previously entered appearances on behalf of the Plaintiff Class in this matter, will continue as counsel for the Plaintiff Class. Mr. Adkisson has authorized the undersigned counsel to file this notice of withdrawal of appearance on his behalf, and Mr. Brigida and Mr. Douglas-Cook have signed the below acknowledgements of Mr. Adkisson's withdrawal of his appearance.

DATED: January 28, 2025.

Respectfully submitted,

*/s/ Samuel D. Adkisson* (with permission)
Samuel D. Adkisson, *pro hac vice*
Washington, DC
samuel.adkisson@gmail.com

1

/s/ Vincent J. Colatriano
Vincent J. Colatriano, DC Bar No. 429562
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: vcolatriano@cooperkirk.com

*Counsel for Plaintiff Class*

Acknowledged by,


Andrew J. Brigida (Jan 27, 2025 16:12 MST)

Andrew J. Brigida

*Plaintiff*

Acknowledged by,


Matthew L. Douglas-Cook (Jan 28, 2025 09:00 MST)

Matthew L. Douglas-Cook

*Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by e-mail on counsel for Defendant on January 28, 2025.

/s/ *Vincent J. Colatriano*
Vincent J. Colatriano

*Counsel for Plaintiff Class*