UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW J. BRIGIDA, *et al.*,

    *Plaintiff Class*,

vs.

SEAN DUFFY, Secretary, U.S. Department of Transportation,

    *Defendant*.

No. 16-cv-2227 (DLF)

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 30, 2025, Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, "Plaintiffs") and Defendant Sean Duffy, in his official capacity as Secretary of Transportation ("Defendant" or the "FAA"), respectfully submit this joint status report:

1. On March 27, 2025, the Court granted the parties' joint motion to stay the litigation. The Court ordered that Defendant's Rule 26(a)(2) expert disclosures be due on or before April 14, 2025, otherwise ordered that the case be stayed for 60 days, and referred the case for mediation. The Court directed the parties to file a joint status report on or before May 30, 2025, proposing a schedule for further proceedings or requesting a continued stay.

2. On May 2, 2025, the Court granted Defendant's motion to stay the deadline for Defendant's expert disclosures pending further order of the Court. The Court directed the parties to propose a new schedule for expert disclosures, if necessary, in their May 30, 2025, joint status report.

3. The parties participated in an in-person mediation session May 22-23, 2025, and have been making good progress towards settlement.

4. In accordance with the Court's March 27 and May 2 orders, the parties submitted a joint

1

status report on May 30, 2025.  The parties reported that they were continuing to pursue mediation, and proposed to file another joint status report on or before June 30, 2025.  In an order issued on May 30, 2025, the Court directed the parties to file a joint status report on or before June 30, 2025.

5. The parties are continuing to pursue mediation with the goal of reaching a negotiated resolution of this case.

For the foregoing reasons, the parties respectfully request that the Court continue to stay this matter, including the deadline for Defendant's Rule 26(a)(2) expert disclosures. The parties propose to file another joint status report on or before July 31, 2025.

Dated: June 30, 2025                                        Respectfully submitted,

| | |
|---|---|
| */s/ David H. Thompson* | YAAKOV M. ROTH |
| David H. Thompson, DC Bar No. 450503 | Acting Assistant Attorney General |
| Vincent J. Colatriano, DC Bar No. 429562 | |
| Adam P. Laxalt, DC Bar No. 1670779 | DIANE KELLEHER |
| COOPER & KIRK, PLLC | Director, Federal Programs Branch |
| 1523 New Hampshire Ave., N.W. | |
| Washington, D.C., 20036 | */s/ Elizabeth Tulis* |
| Telephone: (202) 220-9600 | ELIZABETH TULIS (N.Y. Bar) |
| Facsimile: (202) 220-9601 | Assistant Branch Director |
| Email: vcolatriano@cooperkirk.com | DANIEL RIESS (Texas Bar No. 24037359) |
| | Trial Attorney |
| Michael W. Pearson, DC Bar No. 997169 | U.S. Department of Justice |
| CURRY, PEARSON, & WOOTEN, PLC | Civil Division, Federal Programs Branch |
| 814 West Roosevelt | 1100 L Street NW |
| Phoenix, AZ 85007 | Washington, DC 20530 |
| Telephone: (602) 258-1000 | Telephone: (202) 353-3098 |
| Facsimile: (602) 523-9000 | Email: daniel.riess@usdoj.gov |
| Email: mpearson@azlaw.com | |
| | *Counsel for Defendant* |
| William E. Trachman, DC Bar No. 502500 | |
| Grady J. Block (admitted *pro hac vice*) | |
| MOUNTAIN STATES LEGAL FOUNDATION | |
| 2596 South Lewis Way | |
| Lakewood, CO 80227 | |
| Telephone: (303) 292-2021 | |
| Facsimile: (877) 349-7074 | |
| Email: wtrachman@mslegal.org | |

*Counsel for Plaintiff Class*