UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW J. BRIGIDA, *et al.*,<br><br>*Plaintiff Class*,<br><br>vs.<br><br>SEAN DUFFY, Secretary, U.S. Department of Transportation,<br><br>*Defendant*. | No. 16-cv-2227 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 31, 2025, Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, "Plaintiffs") and Defendant Sean Duffy, in his official capacity as Secretary of Transportation ("Defendant" or the "FAA"), respectfully submit this joint status report:

1. On March 27, 2025, the Court granted the parties' joint motion to stay the litigation. The Court ordered that Defendant's Rule 26(a)(2) expert disclosures be due on or before April 14, 2025, otherwise ordered that the case be stayed for 60 days, and referred the case for mediation. The Court directed the parties to file a joint status report on or before May 30, 2025, proposing a schedule for further proceedings or requesting a continued stay.

2. On May 2, 2025, the Court granted Defendant's motion to stay the deadline for Defendant's expert disclosures pending further order of the Court. The Court directed the parties to propose a new schedule for expert disclosures, if necessary, in their May 30, 2025, joint status report.

3. The parties participated in an in-person mediation session May 22-23, 2025, and made good progress towards settlement, as documented in a joint status report submitted on May 30, 2025 in accordance with the Court's March 27 and May 2 orders.

4. In an order issued on May 30, 2025, the Court directed the parties to file a joint status report on or before June 30, 2025.

5. The parties submitted a Joint Status Report on June 30, 2025, reporting that they were continuing to pursue mediation. They proposed to file another joint status report on or before July 31, 2025.

6. In an order issued on July 1, 2025, the Court directed the parties to file a joint status report on or before July 31, 2025.

7. The parties submitted a Joint Status Report on July 31, 2025, reporting that they were continuing to pursue mediation. They proposed to file another joint status report on or before August 29, 2025.

8. In an order issued on July 31, 2025, the Court directed the parties to file a joint status report on or before August 29, 2025.

9. The parties are continuing to pursue mediation with the goal of reaching a negotiated resolution of this case.

For the foregoing reasons, the parties respectfully request that the Court continue to stay this matter, including the deadline for Defendant's Rule 26(a)(2) expert disclosures. The parties propose to file another joint status report on or before September 19, 2025.

Dated: August 29, 2025

/s/ *David H. Thompson*
David H. Thompson, DC Bar No. 450503
Vincent J. Colatriano, DC Bar No. 429562
Adam P. Laxalt, DC Bar No. 1670779
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: vcolatriano@cooperkirk.com

Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, AZ 85007
Telephone: (602) 258-1000
Facsimile: (602) 523-9000
Email: mpearson@azlaw.com

William E. Trachman, DC Bar No. 502500
Grady J. Block (admitted *pro hac vice*)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Telephone: (303) 292-2021
Facsimile: (877) 349-7074
Email: wtrachman@mslegal.org

*Counsel for Plaintiff Class*

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General,
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

/s/ *Elizabeth Tulis*
ELIZABETH TULIS (N.Y. Bar)
Assistant Branch Director
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 353-3098
Email: daniel.riess@usdoj.gov

*Counsel for Defendant*