**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ANDREW J. BRIGIDA, *et al.*, <br><br> *Plaintiff Class*, <br><br> vs. <br><br> SEAN DUFFY, Secretary, U.S. Department of Transportation, <br><br> *Defendant*. |

No. 16-cv-2227 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 15, 2026, Plaintiffs Andrew J. Brigida, Matthew L. Douglas-Cook, and the certified Class (together, "Plaintiffs") and Defendant Sean Duffy, in his official capacity as Secretary of Transportation ("Defendant" or the "FAA"), respectfully submit this joint status report:

1.    On March 27, 2025, the Court granted the parties' joint motion to stay the litigation. The Court ordered that Defendant's Rule 26(a)(2) expert disclosures be due on or before April 14, 2025, otherwise ordered that the case be stayed for 60 days, and referred the case for mediation. The Court directed the parties to file a joint status report on or before May 30, 2025, proposing a schedule for further proceedings or requesting a continued stay.

2.    On May 2, 2025, the Court granted Defendant's motion to stay the deadline for Defendant's expert disclosures pending further order of the Court. The Court directed the parties to propose a new schedule for expert disclosures, if necessary, in their May 30, 2025 joint status report.

3.    The parties participated in an in-person mediation session May 22-23, 2025, and made good progress towards settlement, as documented in a joint status report submitted on May 30, 2025 in accordance with the Court's March 27 and May 2 orders.

1

4.     In Joint Status Reports submitted on June 30, 2025, July 31, 2025, August 29, 2025, September 19, 2025, October 17, 2025, November 14, 2025, December 13, 2025, January 16, 2026, February 13, 2026, March 18, 2026, April 17, 2026, and May 15, 2026, the parties reported that they were continuing to pursue mediation.

5.     In an order issued on May 15, 2026, the Court directed the parties to file another joint status report on or before May 29, 2026.

6.     The parties, with the continuing involvement of officials from the Circuit Executive's mediation program, are continuing to pursue mediation with the goal of reaching a negotiated resolution of this case. The parties have made significant progress in their mediation effort, and they anticipate that, within the next 14 days, they will be in a position to report to the Court on the results of that effort and the nature and scope of any further proceedings that may be necessary.

For the foregoing reasons, the parties respectfully request that the Court continue to stay this matter, including the deadline for Defendant's Rule 26(a)(2) expert disclosures. The parties propose to file another joint status report on or before June 12, 2026.

Dated: May 29, 2026

Respectfully submitted,

/s/ David H. Thompson
_____
David H. Thompson, DC Bar No. 450503
Vincent J. Colatriano, DC Bar No. 429562
Adam P. Laxalt, DC Bar No. 1670779
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: vcolatriano@cooperkirk.com

Michael W. Pearson, DC Bar No. 997169
CURRY, PEARSON, & WOOTEN, PLC
814 West Roosevelt
Phoenix, AZ 85007
Telephone: (602) 258-1000
Facsimile: (602) 523-9000
Email: mpearson@azlaw.com

William E. Trachman, DC Bar No. 502500
Grady J. Block (admitted *pro hac vice*)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Telephone: (303) 292-2021
Facsimile: (877) 349-7074
Email: wtrachman@mslegal.org

*Counsel for Plaintiff Class*

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General,
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

/s/ Daniel Riess
_____

DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 353-3098
Email: daniel.riess@usdoj.gov

*Counsel for Defendant*

3